1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE: VIOXX PRODUCTS        *   MDL DOCKET NO. 1657
     LIABILITY LITIGATION         *
6                                 *
                                  *
7    THIS DOCUMENT RELATES TO     *   AUGUST 4, 2006, 8:30 A.M.
                                  *
8                                 *
     GERALD BARNETT V. MERCK      *   CASE NO. 06-CV-485-L
9      & CO., INC.                *
     * * * * * * * * * * * * * * * *
10

11                              VOLUME V
12                     JURY TRIAL BEFORE THE
                      HONORABLE ELDON E. FALLON
13                   UNITED STATES DISTRICT JUDGE

14
     APPEARANCES:
15

16   FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                 BY:  MARK P. ROBINSON JR., ESQ.
17                               620 NEWPORT CENTER DRIVE
                                 NEWPORT BEACH, CALIFORNIA 92660
18

19   FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                   PORTIS & MILES
20                               BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                 234 COMMERCE STREET
21                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA 36103
22

23   FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                   PALENCHAR & SCOTT
24                               BY:  PHILIP S. BECK, ESQ.
                                   ANDREW L. GOLDMAN, ESQ.
25                               54 W. HUBBARD STREET, SUITE 300
                                 CHICAGO, ILLINOIS 60601


                              DAILY COPY

1

2     OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                    TONI DOYLE TUSA, CCR, FCRR
3                                   500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
4                                   (504) 589-7778

5

6
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
7     PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              DAILY COPY

908

1                        <u>I N D E X</u>

2                                                    <u>PAGE</u>

3

   MICHAEL MIKOLA
4        Direct Examination                          909
         Cross-Examination                           928
5        Redirect Examination                        971
         Recross-Examination                         975
6        Further Redirect Examination                977
         Direct Examination                          979

7

8  MARK KARAVAN (DEPO 1)
         Direct Examination                          979
9        Cross-Examination                          1029
         Redirect Examination                       1094
10       Recross-Examination                        1098
         Further Redirect Examination               1099

11

12 MARK KARAVAN (DEPO 2)
         Direct Examination                         1100
13       Cross-Examination                          1117

14

15

16

17

18

19

20

21

22

23

24

25

                        DAILY COPY

1              **MORNING SESSION**

2              **(AUGUST 4, 2006)**

3          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4    TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT

5    REPORTER.)

6              **THE DEPUTY CLERK:**  EVERYONE RISE.

7              **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING.

8    MEMBERS OF THE JURY.

9              **MR. ROBINSON:**  YOUR HONOR, I'M TOLD BY ONE OF STAFF

10   HERE THAT APPARENTLY THE SOUND IS OFF.  IS THAT RIGHT?

11             **THE COURT:**  OKAY.  MEMBERS OF THE JURY, WHILE WE'RE

12   WAITING, TOMORROW, I WANT TO JUST GO OVER A PORTION OF THE DAY

13   SO WE CAN GET YOU OUT AND CUT THE GRASS AND THINGS OF THAT SORT

14   THAT YOU NEED OF TO DO.  GIVE SOME THOUGHT TO THE TIME.  I CAN

15   COME AT EITHER 8:00 AND LEAVE AT 1:00, OR AT 8:30 AND LEAVE AT

16   1:30, WHICHEVER IS GOOD FOR YOU ALL.  KICK IT AROUND AND LET ME

17   KNOW SOMETIME TODAY.  THAT'S WHAT WE'LL DO, WHATEVER TIME YOU

18   SAY.  I'LL SUPPLY THE DOUGHNUTS TOMORROW.

19             (WHEREUPON, **MICHAEL MIKOLA**, HAVING BEEN DULY SWORN,

20   TESTIFIED AS FOLLOWS.)

21                    **DIRECT EXAMINATION**

22   BY MR. ROBINSON:

23   **Q.**   OKAY.  IF WE GO TO THE NEXT DOCUMENT, WHICH IS JULY 12,

24   '01.  COULD YOU READ THE FIRST THREE SENTENCES.

25   **A.**   "A 55-YEAR-OLD GENTLEMAN WITH HYPERLIPIDEMIA, TINEA

1  UNGUIUM, REFLUX, AND ESOPHAGEAL STRICTURE SEEN FOR FOLLOW-UP

2  VISIT."

3  Q.   OKAY.  KEEP GOING ON.  READ THE NEXT TWO SENTENCES.

4  A.   "HE HAS NOT HAD ANY ANGINA.  HE HAD UPPER RESPIRATORY

5  INFECTION RECENTLY AND TREATED WITH AUGMENTIN."

6  Q.   AND THEN UNDER THE ASSESSMENT PLAN, COULD YOU READ

7  NUMBER 2 INTO THE RECORD, PLEASE.

8  A.   "HYPERLIPIDEMIA.  DOING WELL ON THE LIPITOR 10 MILLIGRAMS

9  AND DIET AND EXERCISE."

10 Q.   OKAY.  COULD WE GO TO THE DATE -- IT WOULD BE 2/18/02.

11 A.   YES, SIR.

12 Q.   COULD YOU READ THE FIRST SENTENCE INTO THE RECORD.

13 A.   "55-YEAR-OLD GENTLEMAN WITH HYPERLIPIDEMIA AND ESOPHAGEAL

14 REFLUX SEEN FOR FOLLOW-UP.

15 Q.   AND IF YOU GO DOWN TO THE AP, READ NUMBER 2 UNDER

16 "HYPERLIPIDEMIA" INTO THE RECORD.

17 A.   "HYPERLIPIDEMIA.  HE IS ON A LOW-FAT, LOW-CARBOHYDRATE

18 DIET, REGULAR EXERCISE.  I ANSWERED SEVERAL QUESTIONS FOR HIM

19 TODAY.  I WILL CONTINUE HIS CURRENT THERAPY."

20 Q.   WOULD YOU READ NUMBER 5 INTO THE RECORD, PLEASE.

21 A.   "REFLUX AND ESOPHAGEAL DILATATION.  CONTINUE LIFELONG

22 PRILOSEC THERAPY.  I DID RECOMMEND SOME OVER-THE-COUNTER ADVIL

23 OR ALEVE FOR ABOUT FIVE TO SEVEN DAYS FOR HIS SHOULDER

24 DISCOMFORT."

25 Q.   OKAY.  THAT WAS IN ADDITION TO HIS REGULAR VIOXX THAT HE

1   WAS GETTING FOR HIS NECK OR BACK PAIN; RIGHT?

2   **A.**   GENERALLY, I WOULD HAVE -- IT'S NOT CLEAR FROM THE RECORD.

3   GENERALLY, I DON'T RECOMMEND THAT PEOPLE TAKE THEM TOGETHER.

4   **Q.**   BUT IF HE TOOK VIOXX DURING THAT PERIOD, WOULD THAT HAVE

5   BEEN A PROBLEM FOR HIM?

6   **A.**   NO.  IT'S JUST THAT ADVIL, ALEVE, AND VIOXX, GENERALLY, IN

7   TERMS OF PAIN AND INFLAMMATION WORK BY THE SAME MECHANISM, AND

8   THERE'S PROBABLY LITTLE ADDITIONAL BENEFIT OF TAKING TWO

9   DIFFERENT DRUGS WITH THE SAME MECHANISM OF ACTION.

10  **Q.**   OKAY.  LET'S GO TO THE VISIT WHICH IS 8/20/02.

11  **A.**   YES, SIR.

12  **Q.**   READ -- CAN YOU READ THE THIRD SENTENCE IN, PLEASE.

13  **A.**   "HE HAS NOT HAD ANGINA, PARESTHESIAS, TINGLING, NUMBNESS,

14  HEAT OR COLD INTOLERANCE, EASY BRUISING, OR BLEEDING.  HE HAS

15  ATYPICAL CHEST PAIN.  IT IS USUALLY RELEASED AND CONTROLLED

16  WITH PRILOSEC."

17  **Q.**   GO AHEAD.

18  **A.**   "HIS BLOOD PRESSURE WHEN HE GOES TO THE WALK-IN CLINIC FOR

19  OCCASIONAL SINUS FLARE-UPS GENERALLY IS 120/80.  HE HAS NOT HAD

20  ANY RECENT DECONGESTANTS."

21  **Q.**   NOW, IF WE GO BACK TO THE FIRST PAGE ON THE CHART, COULD

22  YOU READ INTO THE RECORD WHAT HIS BLOOD PRESSURE WAS ON 8/20/02

23  TAKEN BY YOUR NURSE.

24  **A.**   "152/90."

25  **Q.**   AND WHAT WAS HIS BLOOD PRESSURE ON 2/18/02?

1   A.    "170/92."

2   Q.    AND WHAT WAS HIS BLOOD PRESSURE ON 12/28/2000?

3   A.    "138/62."

4   Q.    LET'S GO DOWN TO AP UNDER NUMBER ONE.  WOULD YOU READ THAT

5   INTO THE RECORD.

6   A.    "TINEA UNGUIUM.  HE STATES THE LAMISIL WAS NOT EFFECTIVE.

7   HE TOOK IT FOR THREE MONTHS.  I'M GOING TO GIVE HIM A TRIAL OF

8   A SPORANOX PULSEPAK.  HE WILL HAVE LFT'S AFTER THE FIRST WEEK

9   OF THERAPY."

10  Q.    OKAY.  NOW, WHAT IS SPORANOX?

11  A.    SPORANOX IS AN ANTIFUNGAL MEDICINE.

12  Q.    EXHIBIT 5 IS A COPY OF THE ORIGINAL BOX LABEL; IS THAT

13  RIGHT?

14  A.    I BELIEVE THAT'S CORRECT.

15  Q.    UNDER "CONTRAINDICATIONS," IS THERE ANY CONTRAINDICATION

16  LISTED REGARDING CARDIAC CONDITIONS OR EVENTS, PAGE 2 OF THE

17  LABEL?

18  A.    NO, SIR.

19  Q.    WAS THERE ANY WARNING THAT RELATED TO CARDIOVASCULAR EVENT

20  IN THIS LABEL UNDER THE WARNINGS SECTION?

21  A.    NO, SIR.

22  Q.    NOW, LET ME STOP THERE.  WERE YOU EVER TOLD THAT THE CV

23  EVENTS ASSOCIATED WITH VIOXX AND THE VIGOR TRIALS WERE BELIEVED

24  BY THE PRESIDENT OF MERCK RESEARCH LABORATORIES TO BE

25  MECHANISM-BASED?

1  **A.**   NO, SIR.

2  **Q.**   NOW, SOMETIME IN SEPTEMBER OF 2002, MR. BARNETT HAD A

3  HEART ATTACK, DIDN'T HE?

4  **A.**   I BELIEVE THAT'S CORRECT, YES.

5  **Q.**   WHAT GENERALLY DO YOU -- CAN YOU TELL US ABOUT THE SALES

6  REP DISCUSSIONS REGARDING NAPROXEN?

7  **A.**   GENERALLY -- LET ME BACK UP AND SAY THAT MY WIFE WAS A

8  SALES REP, AND SHE'S WORKED FOR DIFFERENT COMPANIES OVER THE

9  YEARS.  GENERALLY, THE DETAILING FROM THE REPS, I TRY TO GET MY

10  MEDICAL EDUCATION FROM JOURNAL ARTICLES.  USUALLY, I'VE

11  REQUESTED FROM THE REPS TO GIVE ME THE ACTUAL ARTICLES OR

12  REPRINTS OF THE ARTICLES VERSUS DETAILING.  SO THEY WOULD

13  GENERALLY CALL ON ME -- IF I HAD QUESTIONS, THEY WOULD ANSWER

14  THEM OR REFER -- MAKE A REFERRAL OR A REQUEST FROM THEIR

15  COMPANY FOR FURTHER INFORMATION.  BUT, GENERALLY, THEY DIDN'T

16  DO A LOT OF DETAILING.

17  **Q.**   I'LL PUT IT THIS WAY:  IS IT TRUE THAT IF YOU LOOK AT

18  EXHIBIT 9, THAT YOU WERE CONTACTED BY MERCK SALES REPS ON VIOXX

19  OVER 330 TIMES -- FROM 1999 TO 2004?

20  **A.**   I CAN'T CONFIRM THE NUMBER BUT I CAN TELL YOU THAT I WAS

21  CONTACTED BY MERCK REPS MANY TIMES IN THAT PERIOD.

22  **Q.**   AND ONE OF THE REPS WAS YOUR WIFE, YOU SAID?

23  **A.**   THAT'S CORRECT.

24  **Q.**   WHAT'S HER NAME?

25  **A.**   SHARON.  NOW SHARON MIKOLA.  AT THE TIME, SHARON

1   MIKOLAJCZYK.

2   **Q.**   AND SHE ACTUALLY, FOR A SHORT PERIOD OF TIME, CALLED YOU

3   ON VIOXX AS WELL?

4   **A.**   SHE CALLED ON ME, YES, SIR.

5   **Q.**   AND WHY THAT -- AS A DOCTOR, WHY IS AN INFORMED DECISION

6   AN IMPORTANT THING FOR YOU?

7   **A.**   IN GENERAL, THE PRESCRIBING OF MEDICINES IS ALWAYS A

8   RISK-VERSUS-BENEFIT DECISION.  ALL MEDICINES HAVE POTENTIAL

9   SIDE EFFECTS AND ALL MEDICINES -- MOST MEDICINES, HOPEFULLY,

10  HAVE POTENTIAL BENEFITS, AND WHEN YOU DECIDE ON WHETHER TO

11  PRESCRIBE A MEDICINE FOR A CONDITION OR WHICH MEDICINE YOU'RE

12  GOING TO PRESCRIBE FOR A GIVEN CONDITION, IT'S IMPORTANT THAT

13  YOU KNOW THE POTENTIAL RISKS OF USING THE MEDICINE SO THAT YOU

14  CAN WEIGH THE RISKS VERSUS THE BENEFITS AND DECIDE IF IT'S

15  APPROPRIATE FOR THAT PATIENT.

16  **Q.**   LET ME SHOW YOU EXHIBIT 11.  OKAY.  I WANT YOU -- FOR

17  PURPOSES OF THIS QUESTION, I WANT YOU TO ASSUME THIS WAS THE

18  FDA PROPOSED LABEL CHANGE THAT NEVER WAS EVER PUT INTO THE

19  VIOXX LABEL.  DO YOU SEE AT THE BOTTOM OF -- OF 8571, IT SAYS

20  "CARDIOVASCULAR DISEASE" AT THE VERY BOTTOM?

21  **A.**   YES, SIR.

22  **Q.**   WILL YOU READ THE FIRST PARAGRAPH INTO THE RECORD, PLEASE.

23  **A.**   YES, SIR.  "VIOXX SHOULD BE USED WITH CAUTION IN PATIENTS

24  AT RISK OF DEVELOPING CARDIOVASCULAR THROMBOTIC EVENTS SUCH AS

25  THOSE WITH A HISTORY OF MYOCARDIAL INFARCTION AND ANGINA AND IN

1   PATIENTS WITH PREEXISTING HYPERTENSION AND CONGESTIVE HEART

2   FAILURE."

3   **Q.**   OKAY.  NOW, GIVEN THE INFORMATION THAT YOU'VE READ IN

4   EXHIBITS I'VE JUST SHOWN YOU AND THIS PROPOSED LABEL, IF YOU

5   HAD KNOWN THAT INFORMATION THAT I'VE SHOWN YOU AND YOU HAD SEEN

6   A LABEL LIKE THIS, WOULD YOU HAVE PRESCRIBED VIOXX TO

7   MR. BARNETT, GIVEN HIS HISTORY WITH POSSIBLE ANGINA, IN JANUARY

8   OF 2000?

9   **A.**   I BELIEVE I WOULD HAVE LEFT HIM ON FELDENE.

10  **Q.**   YOU WOULDN'T HAVE PUT HIM ON VIOXX?

11  **A.**   I DON'T BELIEVE SO, NO, SIR.

12  **Q.**   WHAT IS FELDENE, FOR THE RECORD?

13  **A.**   FELDENE IS A NONSELECTIVE ANTI-INFLAMMATORY DRUG.

14  **Q.**   AND WHEN HE FIRST SAW YOU, HE WAS DOING OKAY ON IT?

15  **A.**   CORRECT.

16  **Q.**   WERE YOU EVER TOLD THAT MERCK WAS ABLE TO NEGOTIATE THE

17  APRIL 2002 LABEL WITH THE FDA BEFORE TODAY?

18  **A.**   NO, SIR.

19  **Q.**   DID YOU KNOW THAT THE VIGOR INFORMATION WAS -- WAS PLACED

20  EVENTUALLY IN THE PRECAUTIONS SECTION OF THE APRIL 2002 WARNING

21  RATHER THAN UP IN THE WARNINGS SECTION, AS PREVIOUSLY PROPOSED

22  BY THE FDA?

23  **A.**   NO, SIR.

24  **Q.**   AND OBVIOUSLY, YOU WEREN'T AWARE THAT MR. SCOLNICK TALKED

25  ABOUT THE FDA AS BEING GRADE D HIGH SCHOOLERS; RIGHT?

916

1    **A.**   THAT'S CORRECT.

2    **Q.**   DID YOU EVER RECEIVE A WARNING WHILE YOU WERE TREATING AND

3    PRESCRIBING VIOXX TO MR. BARNETT, BEFORE HIS HEART ATTACK, THAT

4    YOU SHOULD ABSOLUTELY GIVE LOW-DOSE ASPIRIN WITH VIOXX WHEN

5    PRESCRIBING VIOXX?

6    **A.**   NO, SIR.

7    **Q.**   ONCE AGAIN, 15 IS A SERIES OF RECORDS AT OR AROUND

8    MR. BARNETT'S HEART ATTACK COMMENCING ON 9/6/2002.  EXHIBIT 15,

9    PAGE 1 AND 2, APPEAR TO BE A DISCHARGE SUMMARY WITH COPIES

10   GOING TO YOU, BUT -- AND DR. KARAVAN FROM BRIAN D.

11   SCHRECKENGAST?

12   **A.**   CORRECT.  CORRECT.

13   **Q.**   AND WHO HE IS?

14   **A.**   HE WAS A PHYSICIAN'S ASSISTANT WHO WORKED FOR THE

15   CARDIOTHORACIC SURGEONS AT GRAND STRAND HOSPITAL IN

16   MYRTLE BEACH.

17   **Q.**   THE DATE OF DISCHARGE FROM HIS HOSPITALIZATION WAS

18   9/14/2002?

19   **A.**   CORRECT.

20   **Q.**   AND APPARENTLY, HE HAD HIS HEART ATTACK ON 9/6/2002; IS

21   THAT RIGHT?

22   **A.**   I BELIEVE THAT'S CORRECT, YES.

23   **Q.**   CAN YOU READ THE DG MEDS -- DISCHARGE MEDS INTO THE

24   RECORD, PLEASE.

25   **A.**   YES, SIR.  "ENTERIC-COATED ASPIRIN, 325 MILLIGRAMS PO QD,

1  WHICH MEANS BY MOUTH DAILY; PRILOSEC, 20 MILLIGRAMS, PO QD; AND

2  LIPITOR FOR HOME REGIME" -- WHICH THERE ARE SOME TYPOS -- I CAN

3  CORRECT AT THE END.  "VIOXX, 25 MILLIGRAMS, PO QD; DARVOCET-N

4  100, ONE TO TWO TABS EVERY FOUR HOURS AS NEEDED FOR PAIN.

5          LOPRESSOR, 50 MILLIGRAMS PO BID; MULTIVITAMIN, ONE,

6  PO QD."  AND THE TYPO IS THE "DG MEDS" SHOULD BE "DC MEDS FOR

7  DISCHARGE," AND IT SHOULD READ "AND LIPITOR PER HOME REGIMEN."

8  "PER" NOT "FOR," WHICH WOULD MEAN HE WOULD BE ON THE SAME DOSE

9  AS PRIOR TO ADMISSION.

10  **Q.**   AND WOULD YOU ALSO READ THE DISCHARGE DIAGNOSIS INTO THE

11  RECORD, PLEASE.

12  **A.**   "NON Q-WAVE MYOCARDIAL INFARCTION, CORONARY ARTERY

13  DISEASE, HYPERLIPIDEMIA, SYSTEMIC HYPERTENSION,

14  GASTROESOPHAGEAL REFLUX DISEASE, AND DIVERTICULOSIS."

15  **Q.**   AND WHAT IS -- CAN YOU READ THE PROCEDURES THAT YOU

16  UNDERWENT INTO THE RECORD, PLEASE.

17  **A.**   "DIAGNOSTIC CORONARY CATHETERIZATION PERFORMED BY DR. MARK

18  KARAVAN ON SEPTEMBER 9, 2002, REVEALING SIGNIFICANT

19  THREE-VESSEL CORONARY ARTERY DISEASE."  NUMBER 2 IS "A CORONARY

20  ARTERY BYPASS GRAFTING TIMES FIVE PERFORMED SEPTEMBER 9, 2002,

21  BY DR. BRYAN, WITH THE LEFT INTERNAL MAMMARY ARTERY TO THE LEFT

22  ANTERIOR DESCENDING ARTERY (SIC), SAPHENOUS VEIN GRAFT TO THE

23  SECOND DIAGONAL CORONARY ARTERY, SAPHENOUS VEIN GRAFT TO THE

24  RAMUS INTERMEDIUS CORONARY ARTERY AND A BLANK SEQUENTIAL GRAFT,

25  SAPHENOUS VEIN GRAFT TO THE POSTERIOR DESCENDING CORONARY

1   ARTERY TO THE LEFT VENTRICULAR BRANCH."

2   **Q.**   IT'S THE THIRD PAGE OF EXHIBIT 15, WOULD YOU READ IN THE

3   NOTE OF DR. PYLE.

4   **A.**   YES, SIR.  WHEN I'M -- I'M SORRY.  "58-YEAR-OLD WHITE MALE

5   WHO STATES THAT HE WAS SITTING AT HIS DESK THIS EVENING WHEN HE

6   DEVELOPED SYMPTOMS OF A, QUOTE, UNQUOTE, CHEST ACHE.  STATES

7   SYMPTOMS WERE MILD IN INTENSITY.  HOWEVER, HE BECAME SOMEWHAT

8   CONCERNED AFTER HE REMEMBERED READING THAT SPORANOX, WHICH HE

9   HAD STARTED WITHIN THE PAST WEEK COULD CAUSE HEART PROBLEMS."

10  **Q.**   LET ME STOP YOU RIGHT THERE.  YOU PRESCRIBED HIM SPORANOX?

11  **A.**   CORRECT.

12  **Q.**   DOES SPORANOX IN ANY WAY CAUSE A HEART ATTACK?

13  **A.**   NO, SIR.

14  **Q.**   OKAY.  GO AHEAD.  "STATES HE TOOK HIS BLOOD PRESSURE

15  TWICE, AND IT WAS NOTED TO BE ELEVATED WITH LEVELS AS HIGH AS

16  190 SYSTOLIC, WHICH HE ADMITS SEEMED TO MAKE HIM MORE ANXIOUS;

17  AND TIGHTNESS PERSISTED.  HE THEN CALLED EMS AND WAS BROUGHT TO

18  THE EMERGENCY DEPARTMENT, WHERE EN ROUTE HE DID RECEIVE

19  SUBLINGUAL NITROGLYCERIN WITH IMPROVEMENT OF SYMPTOMS.  DURING

20  THE ED, HE WAS EVALUATED WITH NEGATIVE STUDIES, INCLUDING NO

21  ACUTE CHANGES PER EKG DESPITE A RECURRENCE OF HIS CHEST

22  DISCOMFORT."

23          "HE REPORTS THAT TWO YEARS AGO, HE HAD PRESENTED WITH

24  COMPLAINTS OF CHEST PAIN.  AT THAT TIME HE HAD A SHARP

25  STABBING-TYPE PAIN.  HE WAS ADMITTED AND EVALUATED, HAD STRESS

1    THALLIUM.  REPORTS THAT HE HAD GOOD EXERCISE TOLERANCE, HAD AN

2    EQUIVOCAL CHANGE AT THE VERY END OF HIS STRESS TEST, BUT IN

3    VIEW OF THE NEGATIVE SYMPTOMS, DESPITE GOOD EXERCISE TOLERANCE,

4    THAT HIS RISK WAS LOW.  SINCE THEN, HIS SHARP CHEST PAIN HAS

5    BEEN INTERMITTENT BUT HAS NOT REQUIRED FURTHER."  AND THE

6    DICTATION ENDS.

7    I BELIEVE THAT'S THE CORRECT DATE, YES, JANUARY 19, 2000.

8    **Q.**   CAN WE GO TO THE NEXT PAGE, PLEASE.  THIS LOOKS LIKE A

9    THREE-PAGE DOCUMENT AND -- LET'S SEE SOMETHING HERE.  THIS

10   ACTUALLY IS SIGNED BY ROBERTA GONZALEZ, ANOTHER PHYSICIAN'S

11   ASSISTANT; RIGHT?

12   **A.**   CORRECT.

13   **Q.**   OKAY.  WHY DON'T YOU READ THE HISTORY INTO THE RECORD.

14   **A.**   "THE PATIENT IS A PLEASANT 58-YEAR-OLD WHITE MALE WHO

15   UNDERWENT EXERCISE CARDIOLITE STRESS TEST JANUARY 2000 AFTER

16   PRESENTING TO GRAND STRAND REGIONAL MEDICAL CENTER WITH SHARP

17   CHEST PAIN.  THE PATIENT RULED OUT FOR MYOCARDIAL INFARCTION

18   AND UNDERWENT THE STRESS TEST ON AN OUTPATIENT BASIS.  THE

19   PATIENT EXERCISED 15 MINUTES OF A STANDARD BRUCE PROTOCOL, AND

20   CARDIOLITE IMAGES REVEAL JUST A SMALL AREA OF LATERAL

21   ISCHEMIA."

22   **Q.**   THAT WAS THE ANGINA SITUATION BACK IN JANUARY OF 2000;

23   RIGHT?

24   **A.**   CORRECT.

25           "AS SUCH, IT WAS FELT PATIENT COULD BE TREATED

DAILY COPY

1    MEDICALLY.  HE HAS SUBSEQUENTLY DONE WELL AND STATES THAT HE

2    STILL, ON OCCASION, GETS SOME SLIGHT SHARP CHEST PAIN USUALLY

3    ASSOCIATED WITH HIS ABDOMEN BEING BLOATED.  HE, HOWEVER,

4    REPORTS THAT LAST NIGHT HE HAD A NEW AND DIFFERENT PAIN.  HE

5    WAS JUST SITTING AT HIS COMPUTER WHEN HE DEVELOPED A SUBTERNAL

6    ACHE, QUOTE, LIKE A FLU-TYPE ACHE, BUT ONLY IN THE CENTER OF MY

7    CHEST, UNQUOTE.

8            HE STATES THAT HIS DISCOMFORT BEGAN TO RADIATE

9    OUTWARD AND THROUGH TO HIS BACK BUT DENIES ANY RADIATION INTO

10   HIS NECK, JAW, OR ARMS.  HE DENIES ASSOCIATED DIAPHORESIS OR

11   NAUSEA BUT DID START TO BECOME SHORT OF BREATH, PART OF WHICH

12   HE THINKS MAY HAVE BEEN DUE TO ANXIETY.

13           "THE PATIENT STATES THE DISCOMFORT WAS CONSTANT BUT

14   DID VARY SLIGHTLY IN INTENSITY.  HE THEN WALKED DOWNSTAIRS TO

15   CHECK HIS BLOOD PRESSURE, WHICH WAS 189/111.  FIVE MINUTES

16   LATER, IT WAS 194/104.  HE CALLED BLUE CROSS/BLUE SHIELD'S

17   NURSE, WHO SUGGESTED HE CALL 911.

18           "THE PATIENT STATES HE DID AND EN ROUTE RECEIVED A

19   SUBLINGUAL NITROGLYCERINE SPRAY WITH COMPLETE RESOLUTION OF HIS

20   CHEST ACHE WITHIN A MINUTE TO A MINUTE AND A HALF.  HE STATES

21   THAT THE ENTIRE EPISODE OF PAIN LASTED ABOUT 30 MINUTES.

22   "THEN, WHILE BEING EVALUATED IN THE EMERGENCY ROOM, THE PATIENT

23   STATES THE DISCOMFORT RETURNED BUT AGAIN WAS RELEASED WITH ONE

24   SUBLINGUAL NITROGLYCERINE."

25   **Q.**   WAS THAT A TYPO?  SHOULD THAT BE "RELIEVED"?

1    A.    "RELIEVED," YES, SIR, "WITH ONE SUBLINGUAL NITROGLYCERINE,

2    WITH THE ENTIRE DURATION OF THE SECOND EPISODE WAS

3    APPROXIMATELY FIVE MINUTES.  ABOUT 45 MINUTES TO AN HOUR LATER,

4    HE HAD ANOTHER THIRD OCCURRENCE AGAIN RESOLVING WITH SUBLINGUAL

5    NITROGLYCERINE AND LASTING SIX TO SEVEN MINUTES IN DURATION.

6           THE PATIENT WAS THEN ADMITTED TO 2 NORTH, DR. PYLE'S

7    SERVICE.  THE PATIENT STATES THAT AT 7:30 THIS MORNING HE HAD A

8    SLIGHT HEARTBURN, BUT IT DID NOT PARTICULARLY WORSEN AND

9    RESOLVED PROMPTLY.  HE ALSO STATES THAT SINCE PAIN LAST NIGHT,

10   HE HAD A DISCOMFORT THAT HE COULD -- COULD LOCALIZE IN HIS LEFT

11   ANTERIOR CHEST WALL THAT RESOLVES IF HE MASSAGES IT.  PATIENT

12   HAS CONSEQUENTLY GO ON TO RULE IN FOR A NON Q-WAVE MI WITH HIS

13   THIRD CPK BEING 217 WITH AN MB INDEX OF 5.8 AND A TROPONIN

14   (SIC) OF 1.4.  WE ARE NOW SEEING PATIENT FOR CARDIOLOGY

15   RECOMMENDATION AND EVALUATION."

16   Q.    COULD YOU READ THE MEDS IN, PLEASE.

17   A.    YES, SIR.  "PRIOR TO THIS ADMISSION, MEDS:  VIOXX

18   25 MILLIGRAMS QD, PRILOSEC 20 MILLIGRAMS QD, LIPITOR

19   20 MILLIGRAMS QD, AND SPORANOX, ONE PER WEEK FOR A TOE FUNGUS."

20   Q.    GOOD.  CAN YOU HE READ THE PEOPLE HISTORY IN?

21   A.    "FAMILY HISTORY.  THE PATIENT'S FATHER DIED AT AGE 68 WITH

22   HIS SECOND MYOCARDIAL INFARCTION.  HIS FIRST MI WAS AT AGE 62.

23   HE ALSO SUFFERED A STROKE BETWEEN THE TWO HEART ATTACKS.  THE

24   PATIENT'S MOTHER IS LIVING AT AGE 86 AND HAS HAD SOME TIA'S.

25   THE PATIENT HAS FOUR BROTHERS AND ONE SISTER.  HIS SISTER HAS

1    HAD MULTIPLE TIA'S AND IS 50 YEARS OLD.  NONE OF HIS BROTHERS

2    HAVE HAD HEART PROBLEMS OR HYPERLIPIDEMIA."

3    **Q.**    OKAY.  WOULD YOU READ THE ASSESSMENT PLAN IN, PLEASE.

4    **A.**    YES, SIR.  "ASSESSMENT PLAN.  PATIENT IS A PLEASANT

5    58-YEAR-OLD WHITE MALE WHO PRESENTS WITH A NON Q-WAVE

6    MYOCARDIAL INFARCTION.  PATIENT'S THIRD CPK, ISOENZYME AND

7    TROPONIN I ARE ALL ELEVATED, AND WE WILL OBTAIN A FOURTH CPK

8    AND MB INDEX UNTIL WE GET PATIENT'S PEAK RECORDED.  EKG,

9    HOWEVER, SHOWED NONSPECIFIC ST/T-WAVE CHANGES, BUT WE WILL

10   RECHECK AN EKG IN THE MORNING.  WE OTHERWISE CURRENTLY AGREE

11   WITH MANAGEMENT TO DATE, INCLUDING LOPRESSOR, LOVENOX, LIPITOR,

12   ASPIRIN, AND POTASSIUM REPLACEMENT.

13           "UNFORTUNATELY, PATIENT WAS UNABLE TO TOLERATE HIS

14   NITROGLYCERIN OINTMENT DUE TO SIGNIFICANT HEADACHE, NAUSEA, AND

15   BECOMING CLAMMY.  WE, HOWEVER, FEEL THAT GIVEN HIS POSITIVE

16   ENZYMES AND RECURRENT CHEST PAIN IN THE EMERGENCY ROOM, THE

17   PATIENT SHOULD BE TRANSFERRED TO THE PCU FOR CLOSER OBSERVATION

18   OVER THE WEEKEND.  WE WILL THEN PLAN FOR CARDIAC

19   CATHETERIZATION FOR MONDAY MORNING.  HOWEVER, SHOULD PATIENT

20   DEVELOP EVIDENCE OF AN ACUTE INJURY PATTERN DURING THE WEEKEND,

21   WE WILL CONSIDER URGENT CARDIAC CATHETERIZATION.  FURTHER

22   RECOMMENDATIONS WILL BE MADE DURING THE PATIENT'S CLINICAL

23   COURSE AS WELL AS THE OUTCOME OF HIS CATHETERIZATION ON MONDAY.

24   WE WILL CONTINUE TO FOLLOW THIS PATIENT ALONG WITH YOU."

25   **Q.**    OKAY.  COULD YOU GO TO THE NEXT PAGE, WHICH WAS, I THINK,

1  DR. BRYAN'S CONSULT?

2  **A.**   YES, SIR.

3  **Q.**   CAN YOU READ IN THE CARDIAC CATH RESULTS.

4  **A.**   YES, SIR.  "CARDIAC CATHETERIZATION PERFORMED TODAY

5  DEMONSTRATED THE FOLLOWING:  1, A 50 PERCENT DISTAL LEFT MAIN

6  STENOSIS; 2, AN 80 PERCENT D1 STENOSIS IN A VERY SMALL VESSEL;

7  3, AN 80 PERCENT MID LAD STENOSIS; 4, DIFFUSE HIGH-GRADE

8  DISEASE IN A VERY SMALL CIRCUMFLEX SYSTEM; 5, AN 80 PERCENT

9  PROXIMAL RAMUS INTERMEDIUS STENOSIS; 6, OCCLUSION OF THE

10 POSTERIOR DESCENDING BRANCH WITH FILLING VIA COLLATERALS; 7, AN

11 80 PERCENT POSTEROLATERAL BRANCH STENOSIS; AND 8, EJECTION

12 FRACTION APPROXIMATELY 50 PERCENT WITH AN LVEDP OF 16.  PATIENT

13 IS SEEN IN CONSULTATION FOR CONSIDERATION OF

14 REVASCULARIZATION."

15 **Q.**   I WANT TO GO BACK TO EXHIBIT NO. 3 AND SEE WHICH

16 PRESCRIPTIONS WERE YOURS AND WHICH ONES WERE DR. MCCAFFREY.

17 OKAY.  WILL YOU LOOK AT -- OKAY.  THE DATE ON THE FIRST ONE ON

18 MY SHEET IS -- IT SAYS, "RENEW AFTER 3/4/2002.  PRESCRIPTION

19 EXPIRES 12/21/2002."  DO YOU SEE THAT?

20 **A.**   YES, SIR.

21 **Q.**   THAT WOULD HAVE BEEN YOU; RIGHT?

22 **A.**   YES, SIR.

23 **Q.**   OKAY.  THE NEXT ONE BELOW THAT -- THEN GO TO, I GUESS, THE

24 NEXT PAGE.  YOU PRESCRIBED LIPITOR, PRILOSEC, AND VIOXX

25 10/31/2002, AND PRESCRIPTION EXPIRES 2/25/2003.

924

1  A.   I BELIEVE THE DATE IS ABOVE THE LITTLE BAR CODE, 9/4/2002,

2  AND THAT IS WHEN HE CAN HAVE HIS NEXT REFILL, 10/29/02.

3  Q.   OKAY.  AND WOULD THE SAME BE TRUE, GOING BACK TO PAGE 1 IS

4  BECAUSE THE BAR CODE IS 12/13/2001?

5  A.   THAT'S CORRECT.

6  Q.   THAT WOULD BE THE DATE OF PRESCRIPTION?

7  A.   YES, SIR.

8  Q.   LET'S GO TO THE THIRD PAGE.  SO THE DATE ABOVE THAT BAR

9  CODE IS 6/7/2002?

10  A.   I BELIEVE THAT'S CORRECT.

11  Q.   AND THAT WOULD HAVE BEEN YOUR PRESCRIPTION.  YOU

12  PRESCRIBED HIM CLARITIN, PRILOSEC, AND 90 VIOXX; RIGHT?

13  A.   YES, SIR.

14  Q.   AND THOSE LAST TWO PRESCRIPTIONS WERE 90 ALSO FOR VIOXX?

15  A.   YES, SIR.  CORRECT.

16  Q.   OKAY.  THEN GOING ON THE SECOND HALF OF PAGE THREE, THE

17  BAR CODE IS 3/6/2002.  AND -- IT SAYS THE BAR -- THE BAR

18  CODE -- THE DATE ABOVE THE BAR CODE IS 3/6/2002; CORRECT?

19  A.   YES, SIR.

20  Q.   AND THAT WOULD HAVE BEEN 90 TABS -- OR 90, 90 PILLS?

21  A.   YES, SIR.

22  Q.   LET'S GO TO THE NEXT PAGE, 0005.  THE THIRD

23  PRESCRIPTION -- THE THIRD PRESCRIPTION DOWN WAS A VIOXX

24  PRESCRIPTION BY YOU; IS THAT RIGHT?

25  A.   THAT'S CORRECT.

1   Q.   WHAT WAS THE DATE OF THAT?

2   A.   MARCH 4, 2002.

3   Q.   OKAY.  AND THEN THE LAST ONE DOWN THERE ON THAT PAGE WAS

4   YOURS ALSO?

5   A.   YES, SIR.

6   Q.   LET'S GO TWO PAGES AHEAD TO 0007.  THAT'S DATED --

7   THERE'S -- THE SECOND PRESCRIPTION DOWN WAS YOURS, FOR VIOXX;

8   RIGHT?

9   A.   YES, SIR.

10  Q.   THE DATE WAS?

11  A.   DECEMBER 28TH, 2001.

12  Q.   AND IF YOU LOOK AT THE FIRST PAGE OF EXHIBIT 21, IT'S A

13  VISIT THAT MR. BARNETT MADE TO YOU AFTER HIS HEART ATTACK,

14  ABOUT SIX MONTHS AFTER HIS HEART ATTACK; IS THAT RIGHT?

15  A.   YES, SIR.

16  Q.   LET'S READ THE -- LET'S JUST READ THE -- WELL, WHY DON'T

17  WE READ UP THROUGH "LIFTING WEIGHTS."

18  A.   "56-YEAR-OLD GENTLEMAN WITH HYPERLIPIDEMIA AND REFLUX SEEN

19  FOR FOLLOW-UP HE WAS ADMITTED TO THE HOSPITAL AT THE END OF

20  FEBRUARY FOR SOME ATYPICAL CHEST PAIN.  DR. HOLLINGSWORTH

21  ADMITTED HIM AND RULED ON THE MI AND DISCHARGED HIM.  HE HAS

22  SEEN DR. KARAVAN WHO, PERFECT PATIENT REPORT, DID NOT THINK HIS

23  CHEST PAIN WAS CARDIAC.  HE WAS NOT APPARENTLY ON AN EKG AS

24  WELL.  HE HAS A LENGTHY HISTORY BEHIND THE SYMPTOMS THAT TOOK

25  ABOUT 15 MINUTES FOR HIM TO RELATE.  HOWEVER, IT DOES NOT OCCUR

1    DURING CARDIOVASCULAR STRESS SUCH AS TREADMILL, ET CETERA, ONLY

2    WHEN HE LIFTED WEIGHTS.  WHEN HE --"

3    **Q.**   AND THEN READ NUMBER 1.  ACTUALLY, READ NUMBER 4 --

4    NUMBER 4.

5    **A.**   FOUR.  "OSTEOARTHRITIS.  STABLE.  HE INQUIRES ABOUT THE

6    SAFETY OF CELEBREX VERSUS VIOXX FOR CORONARY ARTERY (SIC)

7    DISEASE.  I INFORMED HIM THAT I DO NOT THINK EITHER DRUG IS

8    CARDIOPROTECTIVE NOR DO I BELIEVE THAT EITHER IS LIKELY TO

9    SIGNIFICANTLY IMPROVE" -- AND THAT'S A TYPO.  IT SHOULD READ

10   "INCREASE" -- "HIS RISK OF HEART DISEASE, AS LONG AS HE

11   CONTINUES ON HIS BABY ASPIRIN AND PLAVIX AND TREAT HIS

12   MODIFIABLE RISK FACTORS."

13   **Q.**   SO FROM YOUR REVIEW OF THE LITERATURE AT THAT POINT IN

14   TIME, MARCH 24, '03, IT WAS YOUR UNDERSTANDING THAT THE DRUG

15   WAS -- NEITHER CELEBREX NOR VIOXX WAS CARDIOPROTECTIVE; IS THAT

16   RIGHT?

17   **A.**   THAT'S CORRECT.

18   **Q.**   AND THAT AT THAT POINT IN TIME, AT LEAST, YOU DID NOT

19   BELIEVE THAT EITHER DRUG SIGNIFICANTLY INCREASED THE RISK OF

20   HEART DISEASE?

21   **A.**   THAT'S CORRECT.

22   **Q.**   OKAY.  OKAY.  LET ME ASK YOU THIS:  GIVEN THAT HE WAS ON

23   VIOXX FOR SOME TWO AND A HALF YEARS AND THEN HAD A -- HAD A

24   HEART ATTACK, CAN YOU RULE OUT VIOXX AS ONE OF THE CAUSES OF

25   THE HEART ATTACK?

1  **A.**   I CANNOT SAY DEFINITIVELY THAT VIOXX DIDN'T HAVE A

2  POTENTIALLY CONTRIBUTING ROLE.

3  **Q.**   WHY DO YOU SAY THAT?

4  **A.**   SOME OF THE DATA THAT WAS PRESENTED TODAY, IN ADDITION TO

5  SOME OF THE SUBSEQUENT DATA PUBLISHED ON THE VIEW OF THE VIGOR

6  TRIAL STATING THAT THE PROTECTOR EFFECT OF NAPROSYN WAS NOT

7  LIKELY TO EXPLAIN -- THERE WAS, I BELIEVE, AN ARTICLE IN THE

8  LANCET -- WOULD NOT EXPLAIN THE DIFFERENCE ENTIRELY BETWEEN THE

9  THROMBOTIC EVENTS ATTRIBUTED TO THE VIOXX AND THE VIGOR TRIAL

10 WOULD SUGGEST THAT VIOXX MAY HAVE SOME -- HOWEVER SMALL OR

11 LARGE, I DON'T REALLY KNOW -- INCREASED RISK OF CAUSING

12 THROMBOSES.

13 **Q.**   SO, IN OTHER WORDS, VIOXX WOULD BE -- IN YOUR DIFFERENTIAL

14 DIAGNOSES AS ONE OF THE POTENTIAL CAUSES OF HIS HEART ATTACK?

15 **A.**   IT WOULD BE A CONSIDERATION, YES.

16 **Q.**   BUT THESE ARTICLES AND MATERIALS AND MEMOS THAT I'VE SHOWN

17 YOU TODAY, YOU DIDN'T HAVE IN YOUR FILE OR YOU WEREN'T ABLE TO

18 READ THEM BACK BEFORE HIS HEART ATTACK; RIGHT?

19 **A.**   THAT IS CORRECT.

20 **Q.**   I NOTICED THAT MR. BARNETT'S WEIGHT FLUCTUATES BETWEEN

21 172, 182, IN THAT AREA.  DID YOU CONSIDER HIM REALLY

22 OVERWEIGHT?

23 **A.**   NO.  I WOULD SAY HE WAS MILDLY OVERWEIGHT.

24 **Q.**   OKAY.  BUT HE DID HAVE CORONARY ARTERY DISEASE IN HIS

25 FAMILY; RIGHT?

1   **A.**   CORRECT.

2   **Q.**   AND GIVEN WHAT YOU'VE READ TODAY, THAT COMBINED WITH HIS

3   ANGINA, WOULD YOU SAY THAT FROM EVERYTHING YOU'VE READ ABOUT

4   VIOXX TODAY, THAT YOU PROBABLY WOULD NOT HAVE PRESCRIBED VIOXX

5   FOR, HIM IF YOU'D KNOWN ALL OF THIS INFORMATION, IN 2000?

6   **A.**   HAVING KNOWN TODAY WHAT I KNOW ABOUT VIOXX, I WOULD NOT

7   HAVE PRESCRIBED IT.

8   **Q.**   THANK YOU.

9          **MR. ROBINSON:**  MAY WE TAKE A BREAK, YOUR HONOR, SO WE

10  CAN SET UP AGAIN.

11          (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

12          **THE DEPUTY CLERK:**   EVERYONE RISE.

13          **THE COURT:**  BE SEATED, PLEASE.  WHICH PORTION OF THIS

14  NOW?  IS THIS THE DEFENSE CROSS?

15          **MR. BECK:**  YES, YOUR HONOR, THIS IS -- IN FACT, IT'S

16  MR. GOLDMAN CROSS-EXAMINING THE DOCTOR.

17          **THE COURT:**  ALL RIGHT.  FINE.  PLAY IT.

18                    **CROSS-EXAMINATION**

19  BY MR. GOLDMAN:

20  **Q.**   GOOD AFTERNOON, SIR.

21  **A.**   GOOD AFTERNOON.

22  **Q.**   MY NAME IS ANDY GOLDMAN AND I REPRESENT MERCK.  YOU AND I

23  HAVEN'T MET BEFORE TODAY; CORRECT?

24  **A.**   THAT'S CORRECT.

25  **Q.**   DID YOU UNDERSTAND, MR. BARNETT, THAT THE QUESTIONS THAT

1  YOU WERE BEING ASKED ABOUT WHAT YOU WOULD HAVE DONE WERE BASED

2  ON HINDSIGHT?

3  **A.**   YES, SIR.

4  **Q.**   YOU UNDERSTAND THAT THE QUESTIONS YOU WERE ASKED ABOUT

5  WHAT YOU WOULD HAVE DONE CONCERNING VIOXX WERE BASED ON

6  DOCUMENTS THAT WERE CREATED -- SOME OF WHICH WERE CREATED AFTER

7  YOU TREATED MR. BARNETT?

8  **A.**   YES, SIR.

9  **Q.**   YOU UNDERSTAND THAT SOME OF THE DOCUMENTS THAT YOU SAW

10 THAT YOU WERE ASKED ABOUT BY MR. BARNETT'S LAWYERS INCLUDED

11 DOCUMENTS THAT WERE GENERATED AFTER THE WITHDRAWAL OF VIOXX?

12 **A.**   YES, SIR.

13 **Q.**   AND THOSE SORTS OF MATERIALS WERE NOT AVAILABLE TO YOU AT

14 THE TIME YOU WERE MAKING A TREATMENT DECISION FOR MR. BARNETT,

15 RIGHT?

16 **A.**   THAT'S CORRECT.

17 **Q.**   AND IT'S A DIFFERENT THING TO ASK YOU WHY YOU MADE THE

18 DECISION YOU MADE TO PRESCRIBE VIOXX TO MR. BARNETT BACK AT THE

19 TIME YOU WERE PRESCRIBING IT TO HIM, AS OPPOSED TO WHAT WOULD

20 YOU HAVE DONE IF YOU HAD ALL OF THIS INFORMATION THAT WAS

21 OBTAINED SUBSEQUENT TO YOUR TREATMENT OF MR. BARNETT; CORRECT?

22 **A.**   ACTUALLY THE DIFFERENCE IS, AT THE TIME, I DIDN'T KNOW

23 THAT VIOXX WAS GOING TO BE WITHDRAWN FROM THE MARKET, AND

24 KNOWING THAT IT WAS GOING TO BE WITHDRAWN FROM THE MARKET, I

25 WOULD NOT HAVE USED IT.

1   **Q.**   WHEN YOU WERE MAKING TREATMENT DECISIONS FOR MR. BARNETT

2   AND PRESCRIBING VIOXX, WERE YOU OR WERE YOU NOT RELYING ON THE

3   MEDICAL INFORMATION THAT WAS AVAILABLE TO YOU AT THE TIME?

4   **A.**   THAT'S CORRECT.

5   **Q.**   I BELIEVE YOU SAID IN RESPONSE TO MR. BARNETT'S QUESTIONS

6   THAT YOU PRESCRIBED VIOXX TO MR. BARNETT BECAUSE HE HAD

7   OSTEOARTHRITIS?

8   **A.**   YES, SIR.  THAT WAS THE INDICATION FOR THE PRESCRIPTION.

9   **Q.**   WHAT IS OSTEOARTHRITIS?

10  **A.**   OSTEOARTHRITIS IS A DEGENERATIVE DISEASE INVOLVING THE

11  JOINTS, SUMMARIZED LARGELY BY WEARING OUT AND DETERIORATION OF

12  THE CARTILAGE, WHICH SERVES NOT ONLY AS A CUSHION BETWEEN THE

13  BONES SO THAT THEY ARTICULATE SMOOTHLY WITH ONE ANOTHER, BUT IT

14  ALSO MAKES A JOINT FLUID THAT LUBRICATES THE JOINT TO KEEP THE

15  INFLAMMATION DOWN TO KEEP MOVEMENT SMOOTH AND RANGE OF MOTION

16  PRESERVED.

17  **Q.**   SO IF PEOPLE HAVE HEALTHY CARTILAGE, THAT ALLOWS THEIR

18  BONES TO SORT OF GLIDE OVER ONE ANOTHER WITHOUT CAUSING PAIN?

19  **A.**   UH-HUH (AFFIRMATIVE RESPONSE).  USUALLY, YES.

20  **Q.**   DO YOU AGREE THAT, FOR MANY PEOPLE, INCLUDING MR. BARNETT,

21  OSTEOARTHRITIS IS A SERIOUS HEALTH PROBLEM?

22  **A.**   YES.

23  **Q.**   WHY IS THAT?

24  **A.**   ESPECIALLY FOR SOMEONE LIKE MR. BARNETT, IF THEIR

25  ARTHRITIS IS UNTREATED, IT CAN LIMIT THEIR ABILITY TO EXERCISE

1   AND STAY ACTIVE.  AND IN AN INDIVIDUAL WITH A FAMILY HISTORY OF

2   HEART DISEASE AND HIGH CHOLESTEROL, EXERCISE IS AN IMPORTANT

3   PART OF REDUCING HIS RISK FACTORS FOR VASCULAR DISEASE.  IT CAN

4   ALSO LEAD TO OTHER DEBILITATIONS THAT MAKES WEIGHT LOSS MORE

5   DIFFICULT.  IF YOU'RE UNABLE TO EXERCISE DUE TO THE PAIN OF

6   ARTHRITIS, AND -- IT CAN COMPLICATE A LOT OF OTHER MEDICAL

7   ISSUES.

8   **Q.**   WHEN YOU SAID THAT OSTEOARTHRITIS MIGHT PREVENT

9   INDIVIDUALS LIKE MR. BARNETT FROM EXERCISING, WHY IS THAT A

10  PROBLEM FOR SOMEBODY LIKE MR. BARNETT?

11  **A.**   IT'S CAUSES THEM PAIN.  GENERALLY, IF THEY DO A LOT OF

12  PHYSICAL ACTIVITY, THE JOINTS THAT ARE INVOLVED WILL BECOME

13  PAINFUL, AND IT CAN LIMIT THEIR ABILITY TO EXERCISE, WALK --

14  **Q.**   AND --

15  **A.**   SPECIFICALLY WALK.  JOGGING IS VERY PAINFUL FOR THEM.

16  SOME PEOPLE CAN RIDE A STATIONARY BICYCLE, DEPENDING ON IF

17  THEIR KNEES ARE INVOLVED; BUT IF THEIR KNEES ARE SIGNIFICANTLY

18  INVOLVED, THAT MAY BE LIMITED AS WELL.

19  **Q.**   IS IT TRUE THAT THE MORE EXERCISE PEOPLE LIKE MR. BARNETT

20  ARE ABLE TO DO, THE LOWER THEIR CHANCES ARE OF DEVELOPING HEART

21  DISEASE OR A HEART ATTACK?

22  **A.**   YES, SIR.  I WOULD SAY THE MORE EXERCISE THAT THEY DO

23  VERSUS ABLE TO DO REDUCES THEIR CHANCE OF HEART ATTACKS AND

24  VASCULAR EVENTS.

25  **Q.**   HAS IT BEEN YOUR EXPERIENCE, SIR, THAT OSTEOARTHRITIS CAN

1    ADVERSELY AFFECT A PATIENT'S QUALITY OF LIFE?

2    **A.**   YES, SIR.

3    **Q.**   HAVE YOU SEEN THAT OSTEOARTHRITIS CAN BE SO PAINFUL THAT

4    IT CAN LEAD TO DEPRESSION AND STRESS?

5    **A.**   YES, SIR.

6    **Q.**   ARE YOU AWARE OF WHETHER OSTEOARTHRITIS IS ONE OF THE MOST

7    FREQUENT CAUSES OF DISABILITY IN THE UNITED STATES?

8    **A.**   I KNOW IT'S A FREQUENT CAUSE OF DISABILITY, YES, SIR.

9    **Q.**   IN YOUR YEARS OF TREATING OSTEOARTHRITIS, HAVE YOU TRIED

10   DIFFERENT PAIN AND ANTI-INFLAMMATORY MEDICINE FOR YOUR

11   PATIENTS?

12   **A.**   YES, SIR.

13   **Q.**   HAVE YOU USED NARCOTICS ON OCCASION FOR YOUR PATIENTS WHO

14   HAVE OSTEOARTHRITIS?

15   **A.**   YES, SIR.

16   **Q.**   CAN YOU DESCRIBE TO THE LADIES AND GENTLEMEN OF THE JURY

17   WHAT THE BENEFITS AND SOME OF THE SIGNIFICANT RISKS ARE OF

18   NARCOTICS TO TREAT OSTEOARTHRITIS.

19   **A.**   THE BENEFITS THAT ARE VERY EFFECTIVE IN TERMS OF PAIN

20   CONTROL.  TYPICALLY, THERE IS SORT OF A CEILING EFFECT OF

21   ANTI-INFLAMMATORY MEDICINES ON HOW MUCH PAIN THEY WILL RELIEVE,

22   AND IN SOME PATIENTS -- AND I'VE USED BOTH TOGETHER -- SOME

23   PATIENTS ARE NOT ADEQUATELY RELIEVED BY ANTI-INFLAMMATORY

24   MEDICINES AND NON-NARCOTIC ANALGESIC.  AND THE NARCOTICS ARE

25   MOST IMPORTANT, AND THEY ARE ABLE TO PROVIDE RELIEF OF MORE

1    SEVERE PAIN, GENERALLY, THAN THE ANTI-INFLAMMATORY MEDICINES

2    ARE.

3            SOME OF THE COMPLICATIONS:  CONSTIPATION IS A VERY

4    COMMON PROBLEM; IMPAIRMENT IN COORDINATION.  IN ELDERLY

5    PERSONS, NARCOTICS CAN INCREASE THE RISK OF FALLING AND HAVING

6    FRACTURED BONES AS A RESULT.  AND MORE COMMONLY IN ELDERLY

7    PATIENTS, IT CAN CAUSE CONFUSION.  I SHOULD SAY CONFUSION IS

8    MORE COMMON IN ELDERLY PATIENTS TREATED WITH NARCOTICS.

9    **Q.**   CAN NARCOTICS ALSO BE ADDICTIVE?

10   **A.**   YES, SIR.

11   **Q.**   CAN THEY ALSO IMPAIR THINKING OF THOSE WHO TAKE THEM?

12   **A.**   YES, SIR.

13   **Q.**   CAN NARCOTICS ALSO HAVE A SIDE EFFECT OF CAUSING

14   DROWSINESS?

15   **A.**   YES, SIR.

16   **Q.**   HAVE YOU ALSO USED ASPIRIN IN TRYING TO TREAT

17   OSTEOARTHRITIS?

18   **A.**   VERY RARELY.

19   **Q.**   WHY IS THAT?

20   **A.**   GENERALLY THE DOSE OF ASPIRIN NECESSARY TO TREAT THE

21   SYMPTOMS OF OSTEOARTHRITIS HAVE A HIGHER RISK OF CAUSING

22   GASTROINTESTINAL PROBLEMS THAN EFFECTIVE DOSES OF ESPECIALLY

23   SPECIFICALLY COX-2 INHIBITORS.

24   **Q.**   WHAT ARE SOME OF THE GASTROINTESTINAL PROBLEMS THAT YOU

25   UNDERSTAND ASPIRIN CAN CAUSE?

1  **A.**   GASTRITIS, WHICH IS AN INFLAMMATION OF THE LINING OF THE

2  STOMACH.   IT CAN CAUSE GASTRIC EROSIONS AND ULCERATIONS AND

3  THEY CAN ALSO CAUSE -- OR ASPIRIN CAN ALSO CAUSE INTESTINAL

4  ULCERATION AS WELL.

5  **Q.**   CAN ASPIRIN ALSO CAUSE STOMACH BLEEDS?

6  **A.**   YES, SIR.

7  **Q.**   HAVE YOU ALSO TRIED PRESCRIBING TRADITIONAL OR

8  NONSELECTIVE NSAIDS?

9  **A.**   YES, SIR.

10  **Q.**   WHICH NSAIDS HAVE YOU PRESCRIBED TO YOUR PATIENTS IN THE

11  PAST, SIR, IF YOU CAN REMEMBER THEM?

12  **A.**   RELAFEN, WHICH IS NAPROXEN.  PIROXICAM.  VOLTAREN, WHICH

13  IS DICLOFENAC; CLINORIL, WHICH IS SULINDAC; NAPROXEN;

14  IBUPROFEN; KETOROLAC; SALICYLATE OF MAGNESIUM, OR MAGNESIUM

15  SALICYLATE, WHICH IS A NONASSIMILATED SALICYLATE SIMILAR TO

16  ASPIRIN, BUT A LITTLE BIT DIFFERENT.

17  **Q.**   I DON'T UNDERSTANDS.  CAN YOU --

18  **A.**   IT'S THE WAY THE MOLECULE IS PRODUCED CHEMICALLY.  IT IS

19  IN THEORY A LITTLE BIT LESS LIKELY TO CAUSE STOMACH ULCERATION

20  THAN PLAIN ASPIRIN IN THEORY.

21  **Q.**   OKAY.

22  **A.**   AND I THINK THOSE ARE PROBABLY THE MAIN ONES.

23  **Q.**   DO YOU STILL PRESCRIBE THOSE NSAIDS TODAY?

24  **A.**   NOT THAT OFTEN, SINCE ADVIL AND ALEVE ARE OVER THE COUNTER

25  NOW.   I USUALLY WOULD PRESCRIBE THE OVER-THE-COUNTER MEDICATION

1  BECAUSE IT'S A LOT LESS EXPENSIVE FOR MOST FOLKS.  AND I DO

2  ALSO PRESCRIBE SOME CELEBREX STILL.

3  Q.   CAN YOU DESCRIBE SOME OF THE POTENTIAL SIDE EFFECTS OF

4  NSAIDS THAT YOU'VE SEEN IN YOUR PRACTICE, SIR.

5  A.   SAME -- IT WOULD BE ESSENTIALLY THE SAME AS ASPIRIN:

6  STOMACH PROBLEMS, INCLUDING -- RANGING FROM ULCERS TO BLEEDING.

7  THEY CAN OCCASIONALLY RAISE BLOOD PRESSURE.  IT CAN CAUSE

8  EDEMA.

9  Q.   WHAT IS EDEMA?

10  A.   SWELLING, FLUID RETENTION.  MOST PROMINENTLY SEEN AROUND

11  THE ANKLES.

12  Q.   CAN THEY CAUSE KIDNEY COMPLICATIONS AS WELL?

13  A.   YES, SIR.

14  Q.   ARE YOU AWARE THAT THE STOMACH COMPLICATIONS OF NSAIDS CAN

15  BE A SERIOUS HEALTH PROBLEM?

16  A.   YES, SIR.

17  Q.   DO YOU KNOW, SIR, AND DID YOU WHILE YOU WERE PRESCRIBING

18  VIOXX TO MR. BARNETT, THAT THOUSANDS OF PEOPLE ARE HOSPITALIZED

19  OR DIE EACH YEAR FROM GI BLEEDS AS A RESULT OF TAKING NSAIDS?

20  A.   YES, SIR.

21  Q.   WHEN DID YOU START PRESCRIBING COX-2 INHIBITORS OR

22  SELECTIVE NSAIDS?

23  A.   PROBABLY WITHIN A FEW MONTHS OF THEIR INTRODUCTION INTO

24  THE UNITED STATES MARKET.  I DON'T REMEMBER THE EXACT YEAR.  I

25  BELIEVE VIOXX AND CELEBREX CAME TO MARKET RELATIVELY CLOSE IN

1   TIME.  IF I REMEMBER CORRECTLY, WITHIN A FEW MONTHS AFTER THEY

2   HIT THE U.S. MARKET OR WERE APPROVED BY THE FDA FOR SALE IN THE

3   UNITED STATES.

4   **Q.**   WHY DID YOU PRESCRIBE CELEBREX AND VIOXX RATHER THAN THE

5   TRADITIONAL NSAIDS FOR SOME OF YOUR PATIENTS?

6   **A.**   GENERALLY BECAUSE I BELIEVED THAT THE SAFETY, SPECIFICALLY

7   FOR GASTROINTESTINAL COMPLICATIONS, WAS SUPERIOR WITH THE COX-2

8   INHIBITORS VERSUS THE TRADITIONAL NONSELECTIVE NSAIDS.

9   **Q.**   AND DO YOU KNOW WHY THAT IS THAT COX-2 INHIBITORS ARE MORE

10  BENEFICIAL TO THE STOMACH THAN TRADITIONAL NSAIDS?

11  **A.**   COX-2 INHIBITION REDUCES INFLAMMATION -- GENERALLY REDUCES

12  INFLAMMATION.  COX-1 INHIBITION REDUCES THE PRODUCTION OF

13  PROSTACYCLIN E2, WHICH IS A PROSTAGLANDIN NECESSARY FOR THE

14  STOMACH TO MAKE A PROTECTIVE MUCOUS COATING, AND IF YOU BLOCK

15  THAT PROSTAGLANDIN WITH A NONSELECTIVE AGENT, NUMBER ONE, THE

16  STOMACH IS UNABLE TO MAKE THE PROTECTIVE MUCUS EFFECTIVELY, AND

17  IT MAKES THEM PRONE TO DEVELOP EROSIONS AND ULCERATION FROM THE

18  STOMACH ACIDS.

19  **Q.**   DID YOU CONSIDER THE AVAILABILITY OF COX-2 INHIBITORS TO

20  BE A MAJOR ADVANCE FOR THE TREATMENT OF ARTHRITIS AND ACUTE

21  PAIN?

22  **A.**   IN TERMS OF GI SAFETY, YES.

23  **Q.**   CAN YOU DESCRIBE, SIR, YOUR GENERAL EXPERIENCE WITH VIOXX

24  WHILE YOU WERE PRESCRIBING IT WHEN IT WAS ON THE MARKET, SIR?

25  **A.**   I HAD VERY GOOD SUCCESS WITH IT.  OCCASIONALLY, I WOULD

1    SEE SOME PATIENTS WITH STOMACH UPSET AND GI SIDE EFFECTS.  IF

2    I -- AND DON'T QUOTE ME ON THE NUMBER, BUT I SAW OVER THE

3    COURSE OF SEVERAL YEARS MAYBE THREE OR FOUR PATIENTS WITH GI

4    BLEEDING; BUT FOR THE MOST PART, IT WAS VERY WELL TOLERATED,

5    VERY EFFECTIVE.

6              IN MY EXPERIENCE TREATING PATIENTS WITH COX-2

7    INHIBITORS FOR NONSELECTIVE AGENTS, MUCH OF THE TREATMENT,

8    UNFORTUNATELY, IS SORT OF TRIAL AND ERROR.  SOME PEOPLE WILL

9    GET A REAL GOOD RESPONSE TO ONE DRUG AND NOT SUCH A GOOD

10   RESPONSE TO ANOTHER.  SO YOU'LL GENERALLY PUT THEM ON ONE.  IF

11   THEY DO WELL ON IT, CONTINUE IT; IF NOT, THEN WE'LL SWITCH TO

12   ANOTHER.

13   Q.   WERE YOU PLEASED WHILE YOU WERE USING VIOXX TO HAVE IT AS

14   A CHOICE TO TREAT PATIENTS WITH?

15   A.   YES, SIR.

16   Q.   DID YOU FEEL THAT VIOXX WAS EFFECTIVE AT TREATING PAIN?

17   A.   YES, SIR.

18   Q.   DID YOU FEEL THAT VIOXX ALLOWED PATIENTS TO LEAD MORE

19   ACTIVE AND FUNCTIONAL LIVES?

20   A.   YES, SIR.

21   Q.   DID YOU FEEL THAT VIOXX WAS MORE TOLERABLE THAN MANY OF

22   THE OTHER NSAIDS?

23   A.   YES, SIR.

24   Q.   WAS YOUR WIFE'S JOB AS A SALES REPRESENTATIVE FOR MERCK

25   EVER A FACTOR IN YOUR DECISION TO PRESCRIBE VIOXX TO YOUR

1  PATIENTS?

2  **A.**   WAS IT A FACTOR?  I WOULD SAY THAT IF I HAD A PATIENT WHO

3  WOULD BENEFIT FROM A COX-2 INHIBITOR -- AND AT THAT TIME, AND

4  TO THIS DAY, I STILL PROBABLY DON'T BELIEVE THAT ANY OF THE

5  THREE THAT WERE AVAILABLE WERE MORE EFFECTIVE THAN THE

6  OTHERS -- I MAY BE INCLINED TO USE VIOXX FIRST, BUT IF -- AS I

7  MENTIONED, IF IT DIDN'T WORK FOR THE PATIENT, I WOULD NOT

8  HESITATE TO SWITCH THEM.  OR IF A PATIENT CAME IN, FOR

9  INSTANCE, AND ASKED FOR CELEBREX OR -- OR BEXTRA, I WOULD NOT

10  BE OPPOSED TO PUTTING THEM ON IT FIRST.

11  **Q.**   HOW WOULD YOU DESCRIBE YOUR INTERACTIONS WITH MERCK SALES

12  REPRESENTATIVES WHO WERE DETAILING VIOXX, OTHER THAN YOUR WIFE?

13  **A.**   GENERALLY, NOT ONLY MERCK BUT MOST OF THE PHARMACEUTICAL

14  REPS, I WOULD TYPICALLY PREFER NOT TO BE DETAILED TO EXTENT,

15  AND GENERALLY, I WOULD ASK THEM FOR COPIES OF THE ORIGINAL

16  ARTICLES FROM WHICH THEY DREW THEIR DETAIL PIECES.

17          WHEN YOU PRACTICE MEDICINE, I'LL SEE THE PFIZER REP

18  COME IN AND TELL ME WHY LIPITOR IS THE BEST DRUG; THREE MINUTES

19  LATER THE MERCK REP COMES IN AND TELLS ME WHY ZOCOR IS THE BEST

20  DRUG; THREE MINUTES LATER THE NOVARTIS REP WILL COME IN AND

21  TELL ME WHY LESCOL IS THE BEST DRUG.

22  THEY CAN'T BE ALL RIGHT.  THEY HAVE A LOT OF GLOSSIES AND

23  DETAIL PIECES WHICH CONTAIN FACTUAL INFORMATION, BUT GENERALLY,

24  IT DOESN'T CONTAIN ALL THE INFORMATION AVAILABLE.  SO I WOULD

25  GENERALLY ASK THAT THEY NOT PARTICULARLY DETAIL ME BUT PRESENT

1   ME WITH THE ORIGINAL ARTICLES.  FROM THAT, I COULD READ IT AND

2   DRAW MY OWN CONCLUSION.

3   **Q.**   DID YOU FIND THAT MERCK SALES REPS WERE PROFESSIONAL WITH

4   YOU?

5   **A.**   YES, SIR.

6   **Q.**   DID YOU FEEL THAT THEY WERE TRYING TO HIDE ANY INFORMATION

7   ABOUT SAFETY?

8   **A.**   NO, SIR.

9   **Q.**   DID THE REPRESENTATIVE OF MERCK EVER REFUSE TO ANSWER OR

10  AVOID QUESTIONS YOU HAD ABOUT VIOXX?

11  **A.**   IF I HAD QUESTIONS THAT THEY COULD NOT ANSWER, THEY

12  WOULD -- EITHER BECAUSE THEY DIDN'T KNOW THE ANSWER OR THEY

13  WEREN'T ALLOWED TO SPEAK OFF LABEL, THEY WOULD GENERALLY SUBMIT

14  MY QUESTION TO MERCK FOR A WRITTEN RESPONSE.  SO NO.

15  **Q.**   WHAT DO YOU MEAN WHEN YOU SAY THEY COULD NOT SPEAK ABOUT

16  VIOXX OFF LABEL?

17  **A.**   AS I UNDERSTAND IT, THE FDA HAS RULES AND REGULATIONS

18  ABOUT WHAT DRUG REPS CAN AND CAN'T SAY TO PHYSICIANS.  THEY ARE

19  ALLOWED TO GIVE YOU INFORMATION FROM THE PACKAGE INSERT, BUT IN

20  ORDER FOR THEM TO PRESENT US WITH A DETAIL PIECE, IT HAS TO BE

21  APPROVED FIRST BY EITHER THE FDA OR SOME OTHER REGULATORY BOARD

22  TO MAKE SURE THAT THEY DON'T PRESUMABLY PASS MISINFORMATION.

23  **Q.**   DID YOU FIND THAT MERCK SALES REPRESENTATIVES WHO WERE

24  DETAILING YOU ON VIOXX WERE RESPONSIVE TO YOUR QUESTIONS?

25  **A.**   YES, SIR.

1   **Q.**   DID YOU EVER FEEL THAT MERCK SALES REPRESENTATIVES WERE

2   DODGING OR TRYING TO AVOID YOUR QUESTIONS?

3   **A.**   NO, SIR.

4   **Q.**   WAS IT HELPFUL TO YOU TO BE ABLE TO OBTAIN SCIENTIFIC

5   INFORMATION DIRECTLY FROM MERCK ABOUT QUESTIONS YOU HAD, RATHER

6   THAN A SALES REPRESENTATIVE?

7   **A.**   YES.

8   **Q.**   WHEN YOU PRESCRIBE MEDICATIONS TO PATIENTS, DO YOU MAKE A

9   RISK/BENEFIT ASSESSMENT OF THE DRUG THAT YOU'RE PRESCRIBING?

10  **A.**   YES, SIR.

11  **Q.**   CAN YOU EXPLAIN WHAT THAT MEANS.

12  **A.**   YES.  AS I ALLUDED EARLIER, ALL DRUGS HAVE POTENTIAL SIDE

13  EFFECTS; AND MOST DRUGS, HOPEFULLY, THAT WE -- ALL DRUGS

14  HOPEFULLY, THAT WE PRESCRIBE HAVE POTENTIAL BENEFITS.  AND WHEN

15  YOU -- OR WHEN I PRESCRIBE A DRUG TO A PATIENT, I EVALUATE THE

16  POTENTIAL RISKS VERSUS THE POTENTIAL BENEFITS.  GENERALLY, I'LL

17  DISCUSS IT WITH THE PATIENT, AND THEN YOU COME UP WITH A

18  DECISION REGARDING WHETHER THAT DRUG IS APPROPRIATE FOR THAT

19  PATIENT OR THAT THE BENEFITS OUTWEIGH THE RISKS, BASICALLY.

20  **Q.**   ARE THERE RISKS WITH EVERY MEDICINE THAT'S SOLD IN THE

21  UNITED STATES?

22  **A.**   YES, SIR.

23  **Q.**   DO YOU ATTEMPT TO WEIGH THOSE RISKS, HOWEVER TINY, AGAINST

24  THE BENEFITS OF A MEDICINE AND MAKE THE BEST MEDICAL JUDGMENT

25  YOU CAN?

1   **A.**   YES.  THE -- THE -- IF YOU HAVE A DRUG THAT HAS A LOT OF

2   POTENTIAL BENEFIT AND A VERY, VERY, VERY RARE BUT SERIOUS

3   COMPLICATION, FROM A STATISTICAL STANDPOINT, PATIENTS ARE MUCH

4   MORE LIKELY TO GET THE BENEFIT FROM THE SIDE -- ADVERSE EFFECT,

5   EVEN THOUGH THE ADVERSE EFFECT MAY BE SERIOUS.  SO THE

6   FREQUENCY OF ADVERSE EFFECTS IS IMPORTANT TO DETERMINE THE

7   RATIO.

8   **Q.**   IS IT TRUE THAT FDA-APPROVED PACKAGE INSERTS ARE ONE OF

9   YOUR PRIMARY SOURCES OF INFORMATION CONCERNING THE BENEFITS AND

10  RISKS OF MEDICINES YOU PRESCRIBE?

11  **A.**   YES, SIR.

12  **Q.**   WHEN YOU REVIEW PACKAGE INSERTS FOR MEDICINES YOU

13  PRESCRIBE, YOU MAKE SURE YOU'RE FAMILIAR WITH ALL ASPECTS OF

14  THE PACKAGE INSERT; RIGHT?

15  **A.**   I READ THE PACKAGE, ALL ASPECTS OF THE PACKAGE INSERT,

16  YES, SIR.

17  **Q.**   SO, FOR VIOXX, YOU MAKE IT A POINT TO REVIEW THE

18  CONTRAINDICATIONS, THE WARNINGS, AND THE PRECAUTION SECTIONS;

19  RIGHT?

20  **A.**   YES, SIR.

21  **Q.**   DO YOU RELY ON THE SCIENTIFIC DATA ABOUT THE MEDICINE AND

22  DETERMINE WHAT THE RISKS AND BENEFITS ARE FROM?

23  **A.**   TO A VERY LARGE EXTENT, YES.

24  **Q.**   BECAUSE YOU'RE NOT CAPABLE OF REVIEWING EVERY E-MAIL AND

25  EVERY THEORY THAT SOMEBODY WITHIN A DRUG COMPANY MIGHT HAVE?

1   **A.**   THAT'S CORRECT.

2   **Q.**   AND AS A RESPONSIBLE PHYSICIAN, YOU EXPECT THAT THE FDA

3   WILL TAKE ALL STUDIES INTO ACCOUNT IN DECIDING WHAT THE RISKS

4   AND BENEFITS ARE FOR THE MEDICATIONS SOLD IN THE U.S.?

5   **A.**   ALL STUDIES PRESENTED TO THE FDA, YES.

6   **Q.**   MR. MIKOLA -- I'M SORRY.  DR. MIKOLA, I'VE HANDED YOU

7   EXHIBIT 30, WHICH APPEARS TO BE A SET OF MR. BARNETT'S MEDICAL

8   RECORDS FROM YOUR FORMER OFFICE, DOESN'T IT?

9   **A.**   THAT'S CORRECT.

10  **Q.**   THE STUDY ON THE FIRST PAGE, OCTOBER 22, 1999, THIS IS THE

11  FIRST DAY THAT MR. BARNETT CAME TO SEE YOU?

12  **A.**   YES, SIR.

13  **Q.**   WHAT DO YOU DO WHEN A PATIENT FIRST COMES TO SEE YOU?

14  **A.**   GENERALLY WE DO WHAT'S CALLED A HISTORY AND PHYSICAL,

15  WHICH BASICALLY ENTAILS TAKING A HISTORY OF THEIR PREVIOUS

16  MEDICAL PROBLEMS, CURRENT MEDICATIONS, DRUG ALLERGIES, FAMILY

17  HISTORY, AND CURRENT SYMPTOMS.  AFTER THAT, WE'LL DO AN EXAM,

18  PHYSICAL EXAMINATION, AND TYPICALLY DROP A PLAN FOR THEIR

19  ONGOING HEALTHCARE AND ANY ACUTE NEEDS THAT THEY HAVE AT THE

20  TIME.

21  **Q.**   THE FIRST TWO PAGES OF EXHIBIT 30 ARE YOUR OFFICE NOTES

22  FROM THAT FIRST VISIT WITH MR. BARNETT; RIGHT?

23  **A.**   THAT'S CORRECT.

24  **Q.**   TURNING YOUR ATTENTION ON THE FIRST PAGE TO PAST MEDICAL

25  HISTORY, DO YOU SEE THE FIRST ENTRY, "ELEVATED LIPIDS"?

1    **A.**   YES, SIR.

2    **Q.**   WHAT DOES THAT MEAN?

3    **A.**   THAT MEANS THAT HIS CHOLESTEROL HAS BEEN HIGH IN THE PAST.

4    **Q.**   WAS THAT IMPORTANT TO YOU WHEN YOU WERE EVALUATING

5    MR. BARNETT'S HEALTH?

6    **A.**   YES, SIR.

7    **Q.**   WHY?

8    **A.**   BECAUSE IT IS A RISK FACTOR FOR THE DEVELOPMENT OF

9    VASCULAR DISEASE.  AND AN IMPORTANT PART OF WHAT I DO ON A

10   DAILY BASIS, OR AT LEAST TRY TO DO, IS PREVENT HEALTH

11   CONSEQUENCES OF MODIFIABLE THINGS LIKE THAT.

12   **Q.**   WAS IT SIGNIFICANT TO YOU THAT HIS MOTHER HAD TIA'S,

13   HYPERTENSION, HIS FATHER DIED OF CORONARY DISEASE AND POSSIBLY

14   HYPERTENSION, AND HIS SISTER HAD MINI STROKES AT AGE 45?

15   **A.**   YES, SIR.

16   **Q.**   WHY?

17   **A.**   IT TELLS ME THAT HE MAY BE GENETICALLY AT HIGHER RISK OF

18   HAVING VASCULAR DISEASE.

19   **Q.**   WAS IT YOUR BELIEF --

20   **A.**   I SHOULD SAY ARTERIAL VASCULAR DISEASE.

21   **Q.**   WAS IT YOUR BELIEF, DR. MIKOLA, THAT MR. BARNETT WAS AT

22   RISK OF HEART DISEASE AND A HEART ATTACK, GIVEN HIS FAMILY

23   HISTORY?

24   **A.**   YES, SIR.

25   **Q.**   DID YOU RECORD IN VARIOUS MEDICAL RECORDS HERE SIR, THAT

1   MR. BARNETT WAS STABLE WHILE TAKING VIOXX?

2   **A.**   YES, SIR.

3   **Q.**   WHAT DID THAT MEAN WHEN YOU SAID "STABLE ON VIOXX"?

4   **A.**   THAT MEANS THAT HIS SYMPTOMS WERE UNDER CONTROL AND HE DID

5   NOT SHOW EVIDENCE OF SIGNIFICANT SIDE EFFECTS.

6   **Q.**   IS THAT WHY YOU CONTINUED TO PRESCRIBE VIOXX, SIR, TO HIM?

7   **A.**   YES, SIR.

8   **Q.**   WE'RE GOING TO MARK AS EXHIBIT 31 A MEDICAL RECORD, SIR,

9   IF YOU COULD LOOK AT THAT.  OKAY?

10  **A.**   OKAY.

11  **Q.**   IS THIS YOUR DICTATION OF WHAT OCCURRED WITH MR. BARNETT

12  IN THE JANUARY 19, 2000, TIME FRAME, 2000?

13  **A.**   YES, SIR.

14  **Q.**   DIRECTING YOUR ATTENTION TO THE FIFTH SENTENCE, WHAT DOES

15  IT SAY, STARTING WITH "AFTER"?

16  **A.**   "AFTER HE WAS TOLD HE MAY REQUIRE CARDIAC CATHETERIZATION,

17  HE BECAME QUITE ANXIOUS.  THIS LASTED A FEW SECONDS AND

18  RESOLVED WITHOUT ANY SPECIFIC TREATMENT.  HE HAD AN EPISODE OF

19  CHEST PAIN, FAIRLY SEVERE, IN THE ER.  HE TOOK A SUBLINGUAL

20  NITROGLYCERIN AND PAIN WAS RESOLVED WITHIN 30 SECONDS."

21  **Q.**   YOU CAN STOP THERE.  DO YOU REMEMBER, DOCTOR, THAT YOU

22  THOUGHT HE MIGHT NEED TO HAVE A CARDIAC CATHETERIZATION IN

23  JANUARY OF 2000?

24  **A.**   YES, SIR.

25  **Q.**   WHAT IS A CARDIAC CATHETERIZATION AND WHY DID YOU THINK

1  THAT HE MIGHT NEED ONE?

2  **A.**   A CARDIAC CATHETERIZATION IS A DIAGNOSTIC TEST WHERE THE

3  CARDIOLOGIST THREADS A CATHETER INTO AN ARTERY, EITHER THERE IN

4  THE ARM OR THE LEG, AND RUNS IT THROUGH THE ARTERY UP INTO THE

5  HEART.  THEY THEN INJECT DYE, WHICH THEY CAN SEE ON FLUOROSCOPY

6  OR ON MOVING X-RAY, INTO THE CORONARY ARTERIES AND TAKE

7  PICTURES OF THE DYE FILLING THE ARTERIES.

8  **Q.**   WHAT ARE THE CORONARY ARTERIES?

9  **A.**   ARTERIES TO THE HEART.

10 **Q.**   PLEASE CONTINUE.

11 **A.**   THAT GIVES THEM AN INDICATION OR AN IDEA ABOUT PLAQUE

12 DEVELOPMENT, MOVEMENT OF THE HEART MUSCLE, TO SEE IF THERE ARE

13 AREAS NOT -- THAT ARE NOT MOVING PROPERLY THAT YOU MAY SEE IN A

14 PREVIOUS HEART ATTACK, AND ALSO HOW WELL THE HEART'S PUMPING,

15 THE STRENGTH OF THE HEARTBEAT.

16 **Q.**   SO YOU THOUGHT THAT -- THAT IT WAS POSSIBLE THAT HE WOULD

17 NEED A CARDIAC CATHETERIZATION IN JANUARY OF 2000, BUT AS I

18 UNDERSTAND IT, MR. BARNETT DIDN'T WANT TO GO THAT ROUTE?

19 **A.**   THAT'S CORRECT.

20 **Q.**   WHY NOT?

21 **A.**   MY BEST GUESS IS HE WAS JUST TOO SCARED OF THE PROCEDURE.

22         WITH -- WITH A HEART CATHETERIZATION, WHEN THE

23 CARDIOLOGIST TALKS TO THE PATIENT ABOUT IT, GENERALLY, THEY'LL

24 QUOTE ODDS OF ABOUT 1 TO 1,000 -- 1 TO 1,000 CHANCE OF DYING OR

25 1 TO 10,000.  THOSE STATISTICS ARE FOR ALL HEART

1  CATHETERIZATIONS.  AND MANY OF THE PEOPLE THAT GET HEART

2  CATHETERIZATIONS ARE IN THE MIDST OF AN ACUTE MI OR AN ACUTE

3  HEART ATTACK, AND THEIR RISK IS A LOT HIGHER, BUT MR. BARNETT

4  WAS QUITE ANXIOUS AND DIDN'T WANT TO HAVE THE CATHETERIZATION

5  DONE.

6  **Q.**   WHILE WE WERE AT A BREAK, YOU TOLD US THAT THERE WAS

7  SOMETHING YOU WANTED TO CLARIFY IN THIS EXHIBIT 31?

8  **A.**   YES, SIR.  I PROBABLY DICTATED IT OUT OF ORDER.  WHAT

9  OCCURRED WHEN I TALKED TO HIM ABOUT THE HEART CATHETERIZATION,

10  IT SAYS HE DID BRADY DOWN INTO THE 30S AFTER HE WAS TOLD HE MAY

11  REQUIRE A CARDIAC CATHETERIZATION.

12  **Q.**   WHAT DOES THAT MEAN WHEN YOU SAY "BRADY DOWN INTO THE

13  30S"?

14  **A.**   WHEN I TALKED TO HIM ABOUT THE CARDIAC CATHETERIZATION,

15  THAT HE MAY -- NEEDED ONE, HE ALMOST PASSED OUT.  THAT MEANS

16  HIS PULSE WENT DOWN TO 30, 30 BEATS A MINUTE, AND HE ALMOST

17  LOST CONSCIOUSNESS; FAINTED, BASICALLY.  AND FORTUNATELY, HE

18  WAS IN BED AND DIDN'T FALL.  BUT THAT'S HOW APPREHENSIVE HE WAS

19  ABOUT THE HEART CATHETERIZATION.

20  **Q.**   IS THAT ONE REASON WHY YOU FELT IT WASN'T NECESSARY TO DO

21  THE CATHETERIZATION AND TO GO THE MORE CONSERVATIVE ROUTE?

22  **A.**   I DON'T THINK HE WOULD HAVE AGREED TO A CATHETERIZATION.

23       AND THAT'S THE DECISION MADE BETWEEN THE PATIENT AND

24  THE CARDIOLOGIST, ULTIMATELY, BUT HE WAS NOT AT THAT TIME

25  INTERESTED IN HAVING A CARDIAC CATHETERIZATION.

1  **Q.**   RECOGNIZING THAT MR. BARNETT WAS INDICATED FOR ASPIRIN IN

2  LIGHT OF HIS ISCHEMIA CONDITION IN JANUARY OF 2000, DID YOU

3  RECOMMEND THAT HE SHOULD TAKE ASPIRIN ON A DAILY BASIS?

4  **A.**   I DON'T RECALL SPECIFICALLY.  I WOULD HAVE ASSUMED THAT I

5  DID, BUT I DON'T RECALL SPECIFICALLY.  MY PAGE WITH MY MEDICINE

6  LIST IN IT, WHICH IS WHERE I WOULD RECORD THE MEDICINES I HAD

7  HIM ON, ARE NOT IN THE DOCUMENTS.

8  **Q.**   DO YOU AGREE, IN LIGHT OF MR. BARNETT'S AGE AT THIS TIME,

9  56 YEARS OLD, HIS FAMILY HISTORY OF HEART DISEASE, HIS HIGH

10  CHOLESTEROL AND HIS ISCHEMIA IN JANUARY OF 2000, THAT HE WAS

11  INDICATED FOR ASPIRIN?

12  **A.**   YES, SIR.

13  **Q.**   UNDER "HYPERLIPIDEMIA," THE SECOND PAGE, IT INDICATES IN

14  THE MIDDLE, "HE DID LOWER HIS LDL FROM 190 TO 152 WITH DIETARY

15  CHANGES, AND FURTHER DECISIONS REGARDING HIS THERAPY WILL BE

16  MADE AFTER THE RESULTS OF HIS CARDIAC WORKUP."  DO YOU SEE

17  THAT?

18  **A.**   YES, SIR.

19  **Q.**   HOW WOULD YOU DESCRIBE A LDL LEVEL OF 190?

20  **A.**   HIGH.

21  **Q.**   HOW WOULD YOU DESCRIBE A LDL LEVEL OF 152?

22  **A.**   STILL HIGH.  I SHOULD CLARIFY, IF I MAY THE

23  RECOMMENDATIONS ON LIPID LEVELS HAVE CHANGED IN THE LAST FEW

24  YEARS.  PRIOR TO THAT TIME, IT WAS RECOMMENDED THAT IF YOU

25  DON'T HAVE TWO OR MORE RISK FACTORS FOR HEART DISEASE, A GOAL

1  OF LDL OF 130 IS ACCEPTABLE.  THEY SUBSEQUENTLY LOWERED IT TO

2  120.

3           IF YOU HAVE CORONARY DISEASE, IT'S RECOMMENDED THAT

4  YOU GET IT BELOW A HUNDRED.  THAT'S WHY THE TARGET IS DIFFERENT

5  DEPENDING ON RISK FACTORS AND THE PRESENCE OF DISEASE.

6  **Q.**   MR. BARNETT HAD MULTIPLE RISK FACTORS FOR HEART DISEASE,

7  DIDN'T HE?

8  **A.**   HE HAD TWO, YES, SIR.

9  **Q.**   HIGH CHOLESTEROL?

10 **A.**   WELL, THREE:  MALE SEX.  HE'S A MALE.

11 **Q.**   MALE.  HIGH CHOLESTEROL.

12 **A.**   AND HIS FAMILY HISTORY.

13 **Q.**   FAMILY HISTORY.  DID YOU CONSIDER MR. BARNETT'S SEX,

14 GENDER, MALE, HIS HIGH CHOLESTEROL, AND HIS FAMILY HISTORY TO

15 BE RISK FACTORS FOR HEART DISEASE IN JANUARY OF 2000?

16 **A.**   YES, SIR.

17 **Q.**   I UNDERSTAND THAT IN SEPTEMBER OF 2002, WHEN MR. BARNETT

18 HAD A CARDIAC CATHETERIZATION, IT WAS DETERMINED THAT HE HAD

19 SIX VESSELS THAT WERE OCCLUDED, SEVERAL OF WHICH WERE ABOVE 80

20 PERCENT.

21 **A.**   YES.  HE HAD AT LEAST FIVE.

22 **Q.**   AND IT'S YOUR UNDERSTANDING THAT IF YOU HAVE NORMAL STRESS

23 TESTS OVER TIME THAT DOESN'T MEAN THAT YOU DON'T HAVE PLAQUE

24 BUILDUP IN YOUR ARTERIES?

25 **A.**   THAT'S ABSOLUTELY CORRECT.

1  **Q.**  IT'S ONLY UNTIL YOU HAVE 70 PERCENT, IN YOUR VIEW, OR

2  MORE, OCCLUSION THAT A STRESS TEST MIGHT PICK UP THE REDUCED

3  BLOOD FLOW?

4  **A.**  THAT'S CORRECT.

5  **Q.**  IS IT ALSO YOUR UNDERSTANDING, DR. MIKOLA, THAT

6  ATHEROSCLEROSIS BUILDS UP OVER TIME AND GETS PROGRESSIVELY

7  WORSE?

8  **A.**  ATHEROSCLEROSIS, YES.

9  **Q.**  I KNOW YOU DIDN'T LOOK INSIDE MR. BARNETT'S ARTERIES IN

10  JANUARY OF 2000, BUT BASED ON THE DIAGNOSES OF ISCHEMIA, THAT

11  WOULD SUGGEST THAT HE HAD PLAQUE AND ATHEROSCLEROTIC LESIONS

12  BEFORE JANUARY OF 2000; RIGHT?

13  **A.**  YES, SIR.

14  **Q.**  IS IT YOUR UNDERSTANDING OR NOT, SIR THAT IT TAKES MANY

15  YEARS FOR PLAQUE TO DEVELOP AND ATHEROSCLEROTIC LESIONS TO

16  DEVELOP TO THE POINT THAT YOU HAVE ISCHEMIA?

17  **A.**  YES, SIR.  THAT'S CORRECT.

18  **Q.**  TURNING YOUR ATTENTION TO EXHIBIT 30 ON THE BATES STAMP AT

19  THE BOTTOM, HUBERTY 4.

20  **A.**  LET'S SEE.

21  **Q.**  ON THE BOTTOM, "HUBERTY 4."

22  **A.**  YES, SIR.

23  **Q.**  IS THIS AN OFFICE RECORD OF YOURS FOR MR. BARNETT DATED

24  JANUARY 27 OF 2002?

25  **A.**  THAT'S CORRECT.

1  **Q.**   CAN YOU PLEASE READ, DR. MIKOLA, WHAT YOU WROTE IN THE
2  SECOND-TO-LAST AND LAST SENTENCE UNDER "HISTORY OF PRESENT
3  ILLNESS"?
4  **A.**   YES, SIR.  IT'S REFERRING TO HIS CHEST PAIN.  "HE THINKS
5  IT MAY HAVE BEEN RELATED TO STRESS AND EXERCISING AFTER A
6  LAYOFF AND OVERUSE.  IT IS NEARLY RESOLVED."
7  **Q.**   WHAT DID YOU UNDERSTAND MR. BARNETT TO MEAN WHEN HE SAID
8  THAT HE THOUGHT IT MAY HAVE BEEN RELATED TO STRESS?
9  **A.**   THE EPISODES OF CHEST PAIN.
10  **Q.**   DO YOU KNOW WHAT STRESS MR. BARNETT WAS UNDER IN JANUARY
11  OF 2000?
12  **A.**   NOT SPECIFICALLY, NO, SIR.
13  **Q.**   DO YOU REMEMBER THAT MR. BARNETT'S WIFE WAS,
14  UNFORTUNATELY, DIAGNOSED WITH NECK AND HEAD CANCER IN 1999?
15  **A.**   NOW THAT YOU MENTION IT, I DO RECALL THAT, YES, SIR.
16  **Q.**   CAN THAT BE A STRESSFUL EVENT?
17  **A.**   DEFINITELY.
18  **Q.**   CAN STRESS AFFECT PLAQUE FORMATION AND THE DEVELOPMENT OF
19  HEART DISEASE?
20  **A.**   YES, SIR.  WE BELIEVE THAT IT CAN.
21  **Q.**   CAN STRESS BE RELATED TO THE DEVELOPMENT OF ISCHEMIA?
22  **A.**   YES.
23  **Q.**   BASED ON YOUR EXPERIENCE WITH ISCHEMIA AND THESE
24  STRESS-TEST RESULTS, I THINK YOU SAID BEFORE THAT YOU WOULD
25  BELIEVE THAT THE PATIENT WHO WAS DIAGNOSED WITH ISCHEMIA WOULD

1    HAVE DEVELOPED PLAQUE AND CORONARY ARTERY DISEASE?

2    **A.**   THE PATIENT DIAGNOSED WITH ISCHEMIA WOULD LIKELY TO HAVE

3    SIGNIFICANT CORONARY DISEASE AND PLAQUE, YES.

4    **Q.**   TO BE CLEAR, MR. BARNETT, IN JANUARY OF 2000, HAD CORONARY

5    ARTERY DISEASE THAT HAD BEEN DEVELOPED OVER THE YEARS?

6    **A.**   I BELIEVE THAT'S THE CASE, YES.

7    **Q.**   EITHER WAY, WHETHER HE WAS TAKING FELDENE OR VIOXX, YOU

8    DIDN'T BELIEVE THAT EITHER ONE CONTRIBUTED IN ANY WAY TO HIS

9    ISCHEMIA CONDITION; TRUE?

10   **A.**   I DON'T BELIEVE THAT EITHER ONE CONTRIBUTED TO HIS

11   ATHEROSCLEROSIS.

12   **Q.**   CAN YOU TURN IN EXHIBIT 30 TO HUBERTY 29.  IS THIS A BLOOD

13   TEST BASED ON BLOOD DRAWN ON MARCH 24 OF 2000, SIR?

14   **A.**   YES, SIR.

15   **Q.**   WHAT DOES THIS INDICATE ABOUT MR. BARNETT'S LDL

16   CHOLESTEROL?

17   **A.**   THIS IS THE BLOOD THAT HE HAD -- THAT HE WAS EXPOSED TO

18   HAVE BEFORE THE 21ST, THAT I ASKED HIM TO COME BACK AND GET.

19   THAT WOULD INDICATE THAT HIS CHOLESTEROL IS SIGNIFICANTLY

20   ELEVATED.

21   **Q.**   WHAT IS THE NUMBER INDICATED AFTER "LDL CHOLESTEROL"?

22   **A.**   174.

23   **Q.**   IS THAT SIGNIFICANTLY HIGH TO YOU, SIR?

24   **A.**   YES, SIR.

25   **Q.**   AND HOW ABOUT HIS TOTAL CHOLESTEROL?

1    **A.**    250.

2    **Q.**    I'M NOT SURE IT WILL COME UP BY THE TIME THE JURY SEES

3    THIS VIDEO, BUT WHAT IS LDL CHOLESTEROL?

4    **A.**    LDL IS THE COLLECTION OF CHOLESTEROL THAT WE ATTRIBUTE

5    LARGELY TO THE PLAQUE-FORMING PROCESS.  CHOLESTEROL GENERALLY

6    DOESN'T FLOAT AROUND IN THE BLOODSTREAM ON ITS OWN.  IT'S BOUND

7    TO PROTEINS, AND THE PROTEIN/CHOLESTEROL COMPLEX IS REFERRED TO

8    AS HDL, LDL, VLDL, IDL.  THERE ARE SEVERAL DIFFERENT TYPES.

9    BUT THE EPIDEMIOLOGIC AND MOST DATA WOULD SUGGEST THAT HIGH

10   LEVELS OF LDL CHOLESTEROL IN APPROPRIATE PATIENTS WILL INCREASE

11   THE RISK OF VASCULAR DISEASE.

12   **Q.**    AND IS LDL CHOLESTEROL OTHERWISE KNOWN AS BAD CHOLESTEROL?

13   **A.**    YES, SIR.

14   **Q.**    DOCTOR, WOULD YOU READ THE HDL AND THE TOTAL CHOLESTEROL

15   PORTION THAT'S UNDER THE "NORMAL" COLUMN.

16   **A.**    YES, SIR, THE TRIGLYCERIDES WERE 130, AND NORMAL IS

17   CONSIDERED CURRENTLY TO BE LESS THAN 150.  ALTHOUGH, THIS

18   REFERENCE AT THE TIME, THIS WAS THE BELOW 200. IN EITHER EVENT,

19   THAT WOULD BE NORMAL.  THE HDL WOULD BE LISTED AS 50.  NORMAL

20   WOULD BE ANYTHING ABOVE 40.  AT THAT TIME THE NORMAL RANGE --

21   AND AS I MENTIONED EARLIER, THE RECOMMENDED LEVELS OF BLOOD

22   LIPIDS HAVE CHANGED IN THE LAST FEW YEARS.  THE VLDL

23   CHOLESTEROL WAS 26 AND THE TOTAL CHOLESTEROL/HDL RATIO WAS 5.0.

24   **Q.**    I THINK YOU TESTIFIED BEFORE THAT YOU THOUGHT HE WAS

25   MILDLY OVERWEIGHT.

1   **A.**   UM-HUM.  YES.  CAN I --

2   **Q.**   LET ME ASK YOU FOR -- I'M SORRY.

3   **A.**   CAN I COMMENT ON THAT?

4   **Q.**   SURE.

5   **A.**   HIS OVERALL WEIGHT, HE WAS NEVER MORBIDLY OBESE.  HE

6   HAD -- TENDED TO HAVE ABDOMINAL OBESITY.  SO HE WASN'T MARKEDLY

7   OVERWEIGHT, BUT HE HAD THE TYPE OF OBESITY OR THE FAT

8   DEPOSITION IN THE ABDOMEN THAT IS GENERALLY ASSOCIATED WITH AN

9   INCREASED RISK OF METABOLIC SYNDROME AND ATHEROSCLEROTIC

10  DISEASE, VASCULAR DISEASE.

11          SO HE WASN'T MARKEDLY OVERWEIGHT.  HIS WEIGHT WAS

12  CONCENTRATED IN AN AREA THAT CAN HAVE A LITTLE BIT THAN IF IT

13  WAS DISTRIBUTED, SAY, IN HIS THIGHS OR BUTTOCKS OR ELSEWHERE.

14  **Q.**   HIGHER RISK FOR HEART DISEASE AND HEART ATTACK?

15  **A.**   YES, SIR.

16  **Q.**   DID YOU UNDERSTAND THAT MR. BARNETT HAD A MILD HEART

17  ATTACK?

18  **A.**   YES, SIR.

19  **Q.**   WHY DO YOU SAY THAT?

20  **A.**   TWO REASONS:  THE ELEVATION IN HIS ENZYMES, IF I WILL

21  REMEMBER THE NUMBERS.  HIS CPK WENT TO 217 OR POSSIBLY A LITTLE

22  HIGHER.

23          THE DEGREE OF ELEVATION OF THE CPK IS AN INDICATOR OF

24  THE AMOUNT OF HEART MUSCLE THAT'S BEEN DAMAGED BY THE HEART

25  ATTACK.  A LARGE HEART ATTACK WOULD MOST LIKELY GIVE YOU CPK'S

DAILY COPY

1   IN THE 2-, 3-, 4,000 RANGE A CPK IN THE 200'S WOULD INDICATE A

2   SMALL AREA OF A HEART MUSCLE THAT'S BEEN DAMAGED.

3           THE OTHER REASON IS HE WAS DIAGNOSED WITH A NONQ-WAVE

4   MI, WHICH MEANS THE HEART ATTACK DID NOT INVOLVE THE ENTIRE

5   THICKNESS OF THE HEART MUSCLE.

6           THE ARTERIES TO THE HEART DON'T EXACTLY BRANCH OUT

7   THROUGH THE HEART MUSCLE LIKE MUSCLES -- SKELETAL MUSCLES.

8   THEY ARE LOCATED ON TOP OF THE HEART.  THEY PERFUSE THROUGH THE

9   HEART MUSCLE AND SORT OF ALMOST PERCOLATE THROUGH THE WALL OF

10  THE HEART MUSCLE.  THE BLOOD DOES.  IN A LARGER HEART ATTACK,

11  GENERALLY, THE ENTIRE THICKNESS OF THE CARDIAC MUSCLE, OF THE

12  HEART MUSCLE WALL, WILL BE DAMAGED, AND THAT'S WHAT WE CALL A

13  Q-WAVE MI.

14          HE HAD A NONQ-WAVE MI, WHICH INDICATES IT'S NOT THE

15  ENTIRE THICKNESS OF THE HEART MUSCLE.

16  Q.   THIS IS 37, AND IT'S GRAND STRAND RMC 34 TO 35.  YOU SEE

17  AT THE TOP OF THE PAGE THERE IS A DIAGNOSIS NUMBER 2, CORONARY

18  ARTERY DISEASE?

19  A.   YES, SIR.

20  Q.   YOU UNDERSTAND THAT THAT IS A CONDITION THAT TAKES YEARS

21  AND YEARS TO DEVELOP?

22  A.   THAT IS CORRECT.

23  Q.   MR. --

24  A.   I SHOULD SAY ATHEROSCLEROTIC CORONARY ARTERY DISEASE.

25  Q.   AND THAT'S WHAT MR. BARNETT HAD?

DAILY COPY

1   **A.**   YES, SIR.

2   **Q.**   DID YOU, SIR, ATTEMPT TO DETERMINE AFTER MR. BARNETT'S

3   HEART ATTACK WHETHER ANY OF THE MEDICATION THAT HE WAS TAKING

4   MIGHT HARM HIS HEART?

5   **A.**   YES, SIR.

6   **Q.**   AND YOU UNDERSTOOD THAT MR. BARNETT WAS TAKING VIOXX IN

7   DECEMBER OF 2002; RIGHT?

8   **A.**   YES, SIR.

9   **Q.**   YOU UNDERSTOOD THAT HE WAS GOING TO CONTINUE TAKING VIOXX

10   AFTER THAT POINT BECAUSE IT WAS HELPING HIS PAIN?

11   **A.**   YES, SIR.

12   **Q.**   YOU WOULD HAVE STOPPED MR. BARNETT FROM USING VIOXX IF YOU

13   BELIEVED IT CONTRIBUTED IN ANY WAY TO HIS HEART ATTACK; RIGHT?

14   **A.**   YES, SIR.

15   **Q.**   AND IF YOU THOUGHT VIOXX MIGHT CAUSE MR. BARNETT HEART

16   PROBLEMS IN THE FUTURE, YOU WOULD HAVE TOLD HIM TO STOP USING

17   IT?

18   **A.**   YES, SIR.

19   **Q.**   DR. MIKOLA, WHEN YOU DETERMINED THAT IT WAS OKAY FOR

20   MR. BARNETT TO CONTINUE TO TAKE VIOXX AFTER HIS HEART ATTACK,

21   THAT WAS IN PART BECAUSE YOU BELIEVED AT THE TIME THAT VIOXX

22   HAD NOTHING TO DO WITH HIS HEART ATTACK?

23   **A.**   THAT'S CORRECT.

24   **Q.**   THIS IS A DOCUMENT BATES-STAMPED CARDIO GAS ASSOCIATES 54.

25   IT'S DATED JULY 18, 2003.  DOES IT IDENTIFY YOU AS THE

1    REFERRING PHYSICIAN?

2    **A.**   YES, SIR.

3    **Q.**   IS THIS THE SAME TYPE OF STRESS TEST THAT WAS CONDUCTED

4    BACK IN JANUARY OF 2000?

5    **A.**   THAT'S CORRECT.

6    **Q.**   DIRECTING YOUR ATTENTION JUST TO THE IMPRESSION, WHAT DOES

7    IT SAY UNDER NUMBER 1?

8    **A.**   "EXCELLENT EXERCISE TOLERANCE."

9    **Q.**   HOW LONG, IF YOU LOOK ABOVE UNDER STRESS PROCEDURE," DID

10   MR. BARNETT LAST ON THE TREADMILL THAT INVOLVED BRUCE PROTOCOL?

11   **A.**   AGAIN, 15 MINUTES.

12   **Q.**   WHAT DID THAT INDICATE TO YOU ABOUT THE CONDITION OF

13   MR. BARNETT'S HEART IN JULY 2003?

14   **A.**   IT WOULD REALLY INDICATE TWO THINGS:  ONE, THAT HE'S IN

15   PRETTY GOOD CARDIOVASCULAR CONDITION; AND, TWO, THAT HE'S

16   UNLIKELY TO BE ABLE TO EXERCISE THAT LONG WITH SIGNIFICANT

17   PLAQUE BUILDUP.

18   **Q.**   IF YOU LOOK UNDER IMPRESSION AGAIN, NO. 4 SAYS "LEFT

19   VENTRICULAR INJECTION FRACTION."  WHAT'S THE NUMBER THERE?

20   **A.**   58 PERCENT.

21   **Q.**   DO YOU REMEMBER THAT THAT IS ACTUALLY HIGHER THAN WHAT IT

22   WAS IN JANUARY OF 2000?

23   **A.**   IT WAS 56 PERCENT, I THINK.  JUST -- YES.  1 OR 2 PERCENT,

24   MAY BE SPLITTING HAIRS, BUT IT'S CERTAINLY AS GOOD AS IT WAS

25   BEFORE.

1  **Q.**   AN INJECTION FRACTION OF 58 PERCENT IN JULY OF 2003 YOU

2  WOULD CONSIDER TO BE NORMAL?

3  **A.**   YES, SIR.

4  **Q.**   TURNING BACK TO HUBERTY 16, IN THE FIRST PARAGRAPH, DO YOU

5  SEE THAT YOU WROTE IN THE MIDDLE, "HE HAD A LIST OF ABOUT SIX

6  QUESTIONS TODAY THAT WERE ANSWERED AT LENGTH.  HE HAS NOT HAD

7  ANY RECURRENT ANGINA.  HE IS GOING TO SCUBA DIVING IN COZUMEL,

8  IF POSSIBLE."

9  **A.**   YES, SIR.

10 **Q.**   DID YOU BELIEVE THAT MR. BARNETT'S HEART WAS IN

11 GOOD-ENOUGH CONDITION TO GO SCUBA DIVING IN COZUMEL IF HE

12 WANTED TO?

13 **A.**   YES, SIR.

14 **Q.**   DID YOU EVER TELL MR. BARNETT THAT HE COULDN'T GO SCUBA

15 DIVING BECAUSE HE HAD A HEART ATTACK?

16 **A.**   NO, SIR.

17 **Q.**   WAS IT YOUR UNDERSTANDING THAT MR. BARNETT INTENDED, WHEN

18 HE WENT TO COZUMEL HERE IN AUGUST OF 2003, THAT HE WAS GOING TO

19 SCUBA DIVE?

20 **A.**   YES, SIR.

21 **Q.**   IS THERE ANY INDICATION IN YOUR MEDICAL RECORDS, SIR, FOR

22 MR. BARNETT THAT HE WAS SUFFERING ANY PSYCHOLOGICAL OR

23 EMOTIONAL PROBLEMS AS A RESULT OF HIS HEART ATTACK?

24 **A.**   NO, SIR.

25 **Q.**   HAS MR. BARNETT EVER TOLD YOU IN THE YEARS THAT YOU'VE

1   SEEN HIM THAT HE BELIEVES HE CANNOT DO CERTAIN ACTIVITIES

2   BECAUSE OF HIS HEART ATTACK?

3   **A.**   NO, SIR.

4   **Q.**   DO YOU SEE ANY INDICATION IN THE MEDICAL RECORDS THAT

5   MR. BARNETT SAID HE CANNOT SKI BECAUSE HIS HEART?

6   **A.**   NO, SIR.

7   **Q.**   DO YOU SEE ANY INDICATION IN THE MEDICAL RECORDS THAT

8   MR. BARNETT CANNOT CAN DANCE AS OFTEN AS HE WANTS TO BECAUSE OF

9   HIS HEART ATTACK?

10   **A.**   NO, SIR.

11   **Q.**   DID MR. BARNETT EVER TELL YOU THAT HE FELT HE COULD NOT

12   EXERCISE AS MUCH BECAUSE OF HIS HEART ATTACK?

13   **A.**   NO, SIR.

14   **Q.**   AS OF YOUR LAST VISIT WITH MR. BARNETT, WAS IT YOUR VIEW

15   THAT HE COULD DO ALL OF THOSE THINGS?

16   **A.**   YES, SIR.

17   **Q.**   DID YOU UNDERSTAND THAT THAT INDICATED THAT THERE WERE

18   FOUR TIMES AS MANY HEART ATTACKS IN THE PATIENTS USING VIOXX,

19   50 MILLIGRAMS, COMPARED TO THE PATIENTS USING 1,000 MILLIGRAMS

20   OF NAPROXEN?  DO YOU UNDERSTAND?

21          I WANT TO GET YOUR UNDERSTANDING OF THE .1 PERCENT

22   VERSUS THE .4 PERCENT, OKAY?

23   **A.**   FOUR TIMES MORE EVENTS.

24   **Q.**   DID YOU KNOW IN ABOUT NOVEMBER OF 2000 THAT THERE WERE

25   FOUR TIMES AS MANY HEART ATTACK EVENTS IN THE VIOXX ARM OF THE

1   VIGOR STUDY COMPARED TO THE NAPROXEN ARM?

2   **A.**   YES, SIR.

3   **Q.**   WE'LL GO THROUGH THE OTHER PARTS.  WOULD IT HAVE MADE A

4   DIFFERENCE TO YOU, DR. MIKOLA, IF IN THAT SENTENCE THE NONMERCK

5   AUTHORS AND MERCK HAD WRITTEN THAT THERE WERE 17 HEART ATTACKS

6   IN THE VIOXX ARM VERSUS FOUR HEART ATTACKS IN THE NAPROXEN ARM?

7   **A.**   PROBABLY NOT.

8   **Q.**   THERE HAS BEEN AN ALLEGATION THAT MERCK SHOULD HAVE

9   UPDATED INFORMATION THAT OCCURRED AFTER THE CUTOFF DATE IN THIS

10  STUDY.  DO YOU KNOW WHAT I MEAN BY "CUTOFF DATE"?

11  **A.**   YES, SIR.

12  **Q.**   AND THAT MERCK SHOULD HAVE INCLUDED THESE ADDITIONAL HEART

13  ATTACK EVENTS THAT OCCURRED AFTER THE CUTOFF DATE.  OKAY?

14  **A.**   YES, SIR.

15  **Q.**   NOW, IF MERCK HAD INCLUDED THREE ADDITIONAL HEART ATTACKS

16  THAT OCCURRED AFTER THE CUTOFF DATE OF THIS STUDY, THAT WOULD

17  HAVE CHANGED THE PERCENTAGES TO FIVE TIMES; IN OTHER WORDS,

18  THERE WOULD HAVE BEEN FIVE TIMES AS MANY NARCOTICS ATTACKS IN

19  THE VIOXX ARM VERSUS THE NAPROXEN ARM -- ARE YOU WITH ME?

20  **A.**   YES, SIR.

21  **Q.**   -- WOULD IT HAVE MADE A DIFFERENCE TO YOU IF THE NUMBER

22  WAS FIVE TIMES AS OPPOSED TO FOUR TIMES?

23  **A.**   I DON'T BELIEVE SO.

24  **Q.**   EVEN THOUGH YOU READ THE VIGOR ARTICLE THAT THE AUTHORS

25  CONCLUDED THAT NAPROXEN WAS A REASONABLE EXPLANATION FOR THE

DAILY COPY

1  HEART ATTACK DIFFERENCE IN THE VIGOR STUDY, DID YOU ALSO

2  UNDERSTAND, SIR, THAT THERE WERE OTHERS WHO DISAGREED WITH

3  THAT?

4  A.   AT THE TIME THAT I READ THE VIGOR STUDY OR SINCE THAT

5  TIME?

6  Q.   SINCE THAT TIME.

7  A.   YES.

8  Q.   WERE YOU AWARE, SIR, THAT THERE WERE OTHERS IN THE MEDICAL

9  COMMUNITY IN THE 2002 AND 2001 TIME FRAME WHO QUESTIONED

10 WHETHER NAPROXEN WAS THE APPROPRIATE EXPLANATION FOR THE VIGOR

11 RESULTS?

12 A.   YES, SIR.

13 Q.   DID YOU KNOW THAT BECAUSE THERE WAS NO PLACEBO ARM OF THE

14 VIGOR STUDY, THAT IT WAS IMPOSSIBLE TO KNOW FOR SURE WHETHER

15 VIOXX WAS CAUSING THE HEART ATTACKS IN THE VIGOR STUDY OR

16 NAPROXEN WAS PREVENTING THEM?

17 A.   YES.

18 Q.   CAN YOU EXPLAIN A LITTLE BIT ABOUT WHY THAT'S SO?

19 A.   YES.  WHEN A STUDY IS DONE, THE ASSUMPTION IS THAT THE

20 PLACEBO REALLY DOESN'T DO MUCH OF EITHER.

21 Q.   AND THAT'S A SUGAR PILL?

22 A.   IT'S A PILL THAT DOESN'T HAVE METABOLICALLY -- OR ACTIVE

23 MEDICATION IN IT.  THE CONCEPT IS THAT A PLACEBO SHOULD NOT

24 REDUCE THE RISK OF HEART ATTACKS, AND A STUDY LIKE THAT SHOULD

25 NOT INCREASE THE RISK OF HEART ATTACKS.

1           IF YOU COMPARE -- AND I'LL USE VIOXX FOR AN EXAMPLE

2    TO PLACEBO IN A STUDY, LET'S SAY THE VIGOR TRIAL.  IF THERE

3    WERE A DIFFERENCE BETWEEN THE TWO GROUPS IN TERMS OF THE HEART

4    ATTACKS, FOR EXAMPLE, YOU WOULD EXPECT THAT DIFFERENCE, IF IT

5    WAS STATISTICALLY SIGNIFICANT, TO BE DUE TO THE EFFECTS OF THE

6    VIOXX MUCH LESS SO THAN ANY EFFECT OF THE PLACEBO BECAUSE THE

7    ASSUMPTION IS THE PLACEBO SHOULD NOT HAVE SIGNIFICANT EFFECTS.

8           WHEN YOU COMPARE A DRUG TO ANOTHER DRUG AND YOU'RE

9    COMPARING TWO DRUGS THAT BOTH HAVE EFFECTS, THEN IT MAKES IT

10   MUCH MORE DIFFICULT TO TEASE OUT HOW MUCH IS DUE TO A

11   BENEFICIAL EFFECT OF ONE DRUG VERSUS A DISADVANTAGEOUS EFFECT

12   OF ANOTHER DRUG.  IT CLOUDS THE WATER, SO TO SPEAK.  SO IT

13   REALLY MAKES THE COMPARISON VERY -- IT MAKES DRAWING THE

14   CONCLUSION WHICH ONE CONTRIBUTED TO THE OUTCOME MUCH MORE

15   DIFFICULT.

16   Q.   BASED ON ALL THAT YOU KNEW, SIR, ABOUT THE VIGOR STUDY

17   DURING THE TIME THAT YOU WERE PRESCRIBING VIOXX TO MR. BARNETT

18   BEFORE HIS HEART ATTACK, DID YOU BELIEVE THE BENEFITS OF VIOXX

19   OUTWEIGHED THE RISKS?

20   A.   YES, SIR.

21   Q.   BECAUSE THERE WAS NO PLACEBO ARM IN THE VIGOR STUDY, YOU

22   UNDERSTOOD, WHILE YOU WERE PRESCRIBING VIOXX TO MR. BARNETT

23   BEFORE HIS HEART ATTACK, THAT YOU COULDN'T BE CERTAIN WHETHER

24   VIOXX WAS ATTRIBUTING TO HEART ATTACKS OR NAPROXEN WAS

25   PREVENTING THEM IN THE VIGOR STUDY?

1    A.    THAT'S CORRECT.

2    Q.    AND THERE HAS BEEN DEBATE IN THE MEDICAL COMMUNITY ABOUT

3    THAT STUDY?

4    A.    MUCH DEBATE.

5    Q.    DO YOU SEE IN EXHIBIT 413 A "DEAR HEALTHCARE PROFESSIONAL"

6    LETTER THAT MERCK SENT IN APRIL OF 2002 INDICATING IN THE

7    SECOND PARAGRAPH "THE PRESCRIBING INFORMATION HAS BEEN REVISED

8    TO REFLECT THE RESULTS OF THE VIGOR STUDY AND THE FDA APPROVAL

9    OF VIOXX FOR THE RELIEF OF THE SIGNS AND SYMPTOMS OF RHEUMATOID

10   ARTHRITIS IN ADULTS?

11   A.    YES, SIR.

12   Q.    AND THEN I'M GOING TO ASK YOU A NUMBER OF QUESTIONS ABOUT

13   THIS, BUT YOU SEE ON THE FIRST PAGE IMPORTANT PRESCRIBING

14   INFORMATION AND ON THE SECOND IT SAYS THE SAME THING?

15   A.    YES, SIR.

16   Q.    DO YOU RECALL ONE WAY OR THE OTHER WHETHER OR NOT YOU

17   RECEIVED THE "DEAR HEALTHCARE PROFESSIONAL" LETTER IN APRIL OF

18   2002?

19   A.    I DON'T SPECIFICALLY RECALL.

20   Q.    DO YOU HAVE ANY REASON TO DISPUTE THAT YOU WERE SENT THE

21   LETTER AND THAT IT ARRIVED AT YOUR OFFICE?

22         WHAT YOU ARE LOOKING AT, SIR, DO YOU SEE THAT MERCK

23   WAS INDICATING THE STUDY RESULTS OF THE GASTROINTESTINAL SAFETY

24   IN VIGOR?

25   A.    YES.

1  Q.    AND THEN THERE IS A TABLE.  DO YOU SEE THAT?

2  A.    YES, SIR.

3  Q.    THEN THERE IS OTHER SAFETY FINDINGS, AND IT DESCRIBES

4  CARDIOVASCULAR SAFETY AT THE BOTTOM OF PAGE 2; CORRECT?

5  A.    YES, SIR.

6  Q.    ON TABLE 2, DO YOU SEE THAT THERE IS A COMPARISON OF

7  PATIENTS WITH SERIOUS CARDIOVASCULAR THROMBOTIC ADVERSE EVENTS

8  OVER TIME.

9  A.    YES, SIR.

10  Q.    AND THAT IF YOU LOOK IN THE TABLE ON THE FAR RIGHT, DO YOU

11  SEE THAT FOR VIOXX 50 MILLIGRAMS, THERE WERE 45 EVENTS AT 10

12  AND A HALF MOTHS, COMPARED TO 19 EVENTS FOR NAPROXEN?

13  A.    YES, SIR.

14  Q.    AND THAT THAT'S 1.81 PERCENT OF THE PATIENTS WHO HAD

15  SERIOUS CARDIOVASCULAR ADVERSE EVENTS IN THE VIOXX ARM AND

16  .60 PERCENT IN THE NAPROXEN ARM?

17  A.    THAT'S THE KEY, YES, SIR.

18  Q.    DO YOU ALSO SEE -- THE RISK ABOVE, THE 1.81 PERCENT, AND

19  THAT THAT IS A STATISTICALLY SIGNIFICANT DIFFERENCE, AS

20  EVIDENCED AT THE BOTTOM OF THE TABLE, WHERE IT SAYS P-VALUE IS

21  LESS THAN .002?

22  A.    YES, SIR.

23  Q.    MY QUESTION IS:  IF YOU HAD SEEN THAT BACK WHEN YOU WERE

24  PRESCRIBING MEDICINE TO -- VIOXX TO MR. BARNETT--

25  A.    YEAH.

1   Q.   -- WOULD THAT HAVE CAUSED YOU NOT TO PRESCRIBE VIOXX AND,

2   INSTEAD, TO PRESCRIBE FELDENE?

3   A.   IT'S QUITE POSSIBLE.

4   Q.   AND IF YOU HAD SEEN A --

5   A.   AGAIN, IT SORT OF DEPENDS.  I THINK TO SOME DEGREE THERE

6   IS A DOSE ISSUE.  THIS IS A 50-MILLIGRAM DOSE.  I RARELY

7   PRESCRIBE 50 MILLIGRAMS.

8   Q.   WOULD THE SAFETY ISSUES BE THE SAME AT 50 MILLIGRAMS, 25,

9   OR 12.5 MILLIGRAMS THAT WOULD PROBABLY MAYBE A DIFFERENCE.

10  A.   IF THE FDA SAID THAT 25 MILLIGRAMS MAY NOT BE SAFE AND

11  UNSTABLE IN PATIENTS WITH RISK FACTORS FOR HEART DISEASE, THEN

12  THAT PROBABLY WOULD HAVE HAD A SIGNIFICANT IMPACT ON MY

13  PRESCRIBING ABILITY .

14  Q.   THAT'S NOT WHAT THE FDA SAID; RIGHT?

15  A.   CORRECT.

16  Q.   I'VE HANDED YOU WHAT I'VE MARKED AS EXHIBIT 44.

17  A.   YES, SIR.

18  Q.   A PACKAGE INSERT THAT IS DATED APRIL OF 2002, APPROVED BY

19  THE FOOD & DRUG ADMINISTRATION.  OKAY?

20  A.   YES, SIR.

21  Q.   WHEN YOU WERE PRESCRIBING VIOXX TO MR. BARNETT, IN

22  APRIL 2002 TIME FRAME, WERE YOU FAMILIAR WITH THE RISKS AND

23  BENEFITS IN THE LABEL THAT WAS IN EXISTENCE AT THE TIME?

24  A.   YES, SIR.

25  Q.   SO YOU WOULD HAVE BEEN FAMILIAR WITH THE INFORMATION

1   CONTAINED IN EXHIBIT 44?

2   A.   YES, SIR.

3   Q.   AND THEN, FURTHER DOWN, WHERE IT SAYS "OTHER SAFETY

4   FINDINGS, CARDIOVASCULAR SAFETY," DO YOU SEE THAT IT INDICATES

5   THE VIGOR STUDY SHOWED A HIGHER INCIDENCE OF ADJUDICATED

6   SERIOUS CARDIOVASCULAR THROMBOTIC EVENTS IN PATIENTS TREATED

7   WITH VIOXX 50 MILLIGRAMS ONCE DAILY AS COMPARED TO PATIENTS

8   TREATED WITH NAPROXEN 500 MILLIGRAMS TWICE DAILY?

9   A.   YES, SIR.

10  Q.   YOU UNDERSTOOD THAT INFORMATION BACK IN NOVEMBER OF 2000

11  WHEN YOU READ THE VIGOR STUDY; RIGHT?

12  A.   YES, SIR.

13  Q.   AND IF YOU LOOK ON THE RIGHT-HAND COLUMN, THE

14  "PRECAUTIONS," UNDER "CARDIOVASCULAR EFFECTS," THE INFORMATION

15  BELOW SHOULD BE TAKEN INTO CONSIDERATION AND CAUTION SHOULD BE

16  EXERCISED WHEN VIOXX IS USED IN PATIENTS WITH A MEDICAL HISTORY

17  OF ISCHEMIC HEART DISEASE."  AND IT CONTINUES TO DESCRIBE THE

18  VIGOR STUDY.  DID YOU SEE THAT?

19  A.   NOT YET.

20  Q.   RIGHT-HAND COLUMN UNDER "PRECAUTIONS," "CARDIOVASCULAR

21  EFFECTS."

22  A.   OH, YES.

23  Q.   DO YOU SEE THE SENTENCE, "THE INFORMATION BELOW SHOULD BE

24  TAKEN INTO CONSIDERATION AND CAUTION SHOULD BE EXERCISED WHEN

25  VIOXX IS USED IN PATIENTS WITH A MEDICAL HISTORY OF ISCHEMIC

1    HEART DISEASE."  DO YOU SEE THAT?

2    **A.**   YES, SIR.

3    **Q.**   DO YOU SEE HOW, IN THAT NEXT PARAGRAPH, THERE IS A

4    DESCRIPTION OF A NUMBER OF SERIOUS CARDIOVASCULAR THROMBOTIC

5    EVENTS.  IT SAYS THAT THE NUMBER OF SERIOUS CARDIOVASCULAR

6    THROMBOTIC EVENTS WAS ACTUALLY HIGHER IN PATIENTS TREATED WITH

7    VIOXX VERSUS NAPROXEN.  DO YOU SEE THAT?

8    **A.**   I DON'T FIND THAT YET.

9    **Q.**   IT'S THE SECOND SENTENCE.  ACTUALLY, IT'S IN THE FIRST

10   SENTENCE OF THE SECOND PARAGRAPH UNDER "CARDIOVASCULAR

11   EFFECTS."  IT SAYS, "IN VIGOR," AND THEN IT DESCRIBES IT.  AND

12   THEN AFTER THE COMMA, "THE RISK OF DEVELOPING A SERIOUS

13   CARDIOVASCULAR THROMBOTIC EVENT WERE SIGNIFICANTLY HIGHER IN

14   PATIENTS TREATED WITH VIOXX 50 MILLIGRAMS ONCE A DAY AS

15   COMPARED WITH PATIENTS TREATED WITH NAPROXEN 500 MILLIGRAMS

16   TWICE A DAY.  DO YOU SEE THAT?

17   **A.**   YES, SIR.

18   **Q.**   AND FURTHER DOWN:  "IN A PLACEBO-CONTROLLED DATABASE

19   DERIVED FROM TWO STUDIES WITH A TOTAL OF 2,142 ELDERLY

20   PATIENTS, MEAN AGE 74, WITH A MEDIAN DURATION OF EXPOSURE OF

21   APPROXIMATELY 14 MONTHS, THE NUMBER OF PATIENTS WITH SERIOUS

22   CARDIOVASCULAR THROMBOTIC EVENTS WAS 21 VERSUS 35 FOR PATIENTS

23   TREATED WITH VIOXX 25 MILLIGRAMS, ONCE DAILY, VERSUS PLACEBO."

24   **A.**   YES, SIR.

25   **Q.**   WHAT'S THE SIGNIFICANCE OF THAT TO YOU?

1    **A.**   I WOULD HAVE TO KNOW THE P-VALUE TO KNOW IF IT WAS

2    STATISTICALLY SIGNIFICANT.  BUT I COULD STATE THAT, IN THAT

3    DATA, THERE WERE LESS CARDIOVASCULAR EVENTS IN PATIENTS ON

4    VIOXX 25 MILLIGRAMS THAN ON PLACEBO.

5    **Q.**   AND KNOWING THAT BACK IN APRIL OF 2002, WHY WAS THAT

6    SIGNIFICANT TO YOU?

7    **A.**   WELL, COMPARING THAT TO THE VIGOR TRIAL -- AND IT'S NOT

8    ALWAYS VALID TO COMPARE ONE TRIAL TO THE OTHER DUE TO A NUMBER

9    OF VARIABLES -- IT SEEMED TO INDICATE THAT, AT LEAST IN ELDERLY

10   PATIENTS, 25-MILLIGRAM DOSE OF VIOXX DAILY FOR, I THINK, UP TO

11   NINE MONTHS DID NOT INCREASE THEIR RISK OF VASCULAR -- OF MAJOR

12   CARDIOVASCULAR EVENTS.

13   **Q.**   AND WHAT YOU HAVE RESULTS IN A PLACEBO-CONTROLLED

14   ENVIRONMENT, LIKE THEY'RE DESCRIBING HERE, THERE IS NO

15   DIFFERENCE BETWEEN VIOXX AND PLACEBO CONCERNING SERIOUS

16   CARDIOVASCULAR THROMBOTIC EVENTS, THAT WOULD SUGGEST THAT THERE

17   IS NO INCREASE IN RISK ASSOCIATED WITH VIOXX; CORRECT?

18   **A.**   THAT WOULD SUGGEST THAT THERE'S NO INCREASED RISK.

19   **Q.**   TO YOU, AS A PRESCRIBING PHYSICIAN, WHEN YOU WERE

20   PRESCRIBING VIOXX TO MR. BARNETT BEFORE HIS HEART ATTACK, WAS

21   THE MOST IMPORTANT CLINICAL TRIAL EVIDENCE CONCERNING HEART

22   ATTACK RISK EVIDENCE THAT WOULD BE GENERATED IN THE

23   PLACEBO-CONTROLLED STUDIES?

24   **A.**   I THINK CONCLUSIONS DRAWN FROM PLACEBO-CONTROLLED STUDIES

25   ARE EASIER TO INTERPRET CAUSE AND EFFECT AND PROBABLY MORE

1   GENERALIZABLE WHEN YOU'RE LOOKING AT SAFETY AND EFFICACY.

2   Q.    IF YOU SKIP DOWN TO THE NEXT SENTENCE:  "THE SIGNIFICANCE

3   OF A CARDIOVASCULAR FINDINGS FROM THESE THREE STUDIES, VIGOR

4   AND TWO PLACEBO-CONTROLLED STUDIES, IS UNKNOWN."  YOU SEE THAT?

5   A.    NOT YET.  YES, SIR.

6   Q.    THAT IS INFORMATION YOU KNEW IN APRIL OF 2002; RIGHT?

7   A.    YES, SIR.

8   Q.    ARE YOU WEIGHING THE RISKS AND BENEFITS OF VIOXX BASED ON

9   HOW THEY'RE DESCRIBED IN THE PACKAGE, IN OTHER WORDS, WHEN

10  YOU'RE DECIDING WHETHER TO PRESCRIBE VIOXX FOR MR. BARNETT?

11  A.    THAT'S ONE PART OF THE DECISION-MAKING PROCESS.

12  Q.    AND HERE IN APRIL OF 2002, THE FDA-APPROVED LABEL IS

13  INDICATING THAT THE REASON FOR THE DIFFERENCE IN VIGOR AND

14  THESE PLACEBO-CONTROLLED STUDIES IS UNCERTAIN.  DO YOU SEE

15  THAT?

16  A.    YES.

17  Q.    WHEN YOU'RE MAKING A RISK/BENEFIT DECISION ABOUT WHETHER

18  TO PRESCRIBE VIOXX TO MR. BARNETT, IT'S IMPORTANT THAT YOU KNOW

19  THAT -- WHEN YOU WERE PRESCRIBING THE VIOXX TO MR. BARNETT

20  AFTER APRIL OF 2002, YOU UNDERSTOOD THE FDA-APPROVED LABEL

21  SAYING THAT THE RESULTS OF VIGOR AND THESE PLACEBO-CONTROLLED

22  STUDIES WERE UNKNOWN; CORRECT?

23  A.    I WOULD INTERPRET IT AS THE RESULTS OF THE VIGOR AND THE

24  OTHER TWO STUDIES ARE NOT DEFINITIVE.

25  Q.    AND YOU UNDERSTOOD THAT BACK IN APRIL OF 2002?

1    **A.**   YES, SIR.

2    **Q.**   BASED ON THAT, YOU FELT THAT THE BENEFITS OF VIOXX

3    OUTWEIGHED THE RISKS FOR MR. BARNETT?

4    **A.**   I THOUGHT -- I THOUGHT THAT THE RISK-TO-BENEFIT RATIO WAS

5    ACCEPTABLE FOR MR. BARNETT.

6    **Q.**   I'M MARKING AS EXHIBIT 45, DR. MIKOLA, A LETTER DATED

7    MARCH 28, 2000, FROM MERCK TO YOU.  DO YOU SEE THAT?

8    **A.**   YES, SIR.

9    **Q.**   IN THIS DOCUMENT, I WON'T GO THROUGH IT IN THAT MUCH

10   DETAIL, BUT DO YOU SEE THAT MERCK IS DESCRIBING DR. REICIN'S

11   ANALYSIS OF THE CARDIOVASCULAR SAFETY PROFILE OF VIOXX IN

12   ELDERLY PATIENTS WITH ALZHEIMER'S DISEASE OR MILD COGNITIVE

13   IMPAIRMENT?

14   **A.**   YES, SIR.

15   **Q.**   DO YOU SEE THE CONFIRMED ADJUDICATED SERIOUS METABOLIC

16   ADVERSE EVENTS IN ELDERLY PEOPLE, THAT THERE WERE 25 CASES IN

17   THE VIOXX 25 MILLIGRAM ARM COMPARED TO 39 CASES IN THE PLACEBO

18   ARM?

19   **A.**   YES, SIR.

20   **Q.**   AND THEN IF YOU LOOK IN THE FAR RIGHT COLUMN UNDER

21   RELATIVE RISK.

22   **A.**   YES, SIR.

23   **Q.**   WHAT DOES .72 MEAN TO YOU IN TERMS OF THE RISK OF SERIOUS

24   THROMBOTIC CARDIOVASCULAR ADVERSE EVENTS IN THIS

25   PLACEBO-CONTROLLED DATABASE?

1    **A.**   IT MEANS THAT THERE ARE 28 PERCENT LESS EVENTS IN THE

2    VIOXX GROUP COMPARED TO THE PLACEBO GROUP.

3    **Q.**   AND THEN DO YOU SEE THE THIRD PAGE THAT MERCK IS INCLUDING

4    TOWARD THE BOTTOM?  ALMOST DONE.

5    **A.**   THAT'S OKAY.

6    **Q.**   ON THE THIRD PAGE, MERCK IS INCLUDING THE PRESCRIBING

7    INFORMATION FOR VIOXX.  AND IF YOU FLIP THROUGH, YOU'LL SEE

8    IT'S A VERBATIM DESCRIPTION OF WHAT IS IN THE APRIL 2002 LABEL

9    CONCERNING VIGOR?

10   **A.**   YES, SIR.

11   **Q.**   AND WHEN YOU WERE PRESCRIBING VIOXX TO MR. BARNETT -- NOW,

12   THIS IS AFTER HIS HEART ATTACK IN MARCH OF 2003 -- YOU

13   UNDERSTOOD THIS INFORMATION AND YOU BELIEVED THAT THE BENEFITS

14   OF VIOXX OUTWEIGHED THE RISKS?

15   **A.**   YES, SIR.  AT THE DOSES PRESCRIBED, YES, SIR.

16   **Q.**   LET ME HAND YOU, DR. MIKOLA, WHAT I'VE MARKED AS

17   EXHIBIT 46.  THIS IS A CURRENT VERSION OF THE FELDENE PACKAGE

18   INSERT.  OKAY?

19   **A.**   YES, SIR.

20   **Q.**   CAN YOU READ THE FIRST BULLET POINT UNDER "CARDIOVASCULAR

21   RISKS" IN THE BLACK BOX FOR FELDENE.

22   **A.**   YES, SIR.

23   **Q.**   OUT LOUD.

24   **A.**   "NSAIDS MAY CAUSE AN INCREASED RISK OF SERIOUS

25   CARDIOVASCULAR THROMBOTIC EVENTS, MYOCARDIAL INFARCTION, AND

1    STROKE, WHICH CAN BE FATAL.  THIS RISK MAY INCREASE WITH

2    DURATION OF USE.  PATIENTS WITH CARDIOVASCULAR DISEASE OR RISK

3    FACTORS FOR CARDIOVASCULAR DISEASE MAY BE AT GREATER RISK.  SEE

4    WARNINGS."

5    **Q.**   ARE YOU AWARE THAT CELEBREX AND MOBIC AND OTHER NSAIDS

6    HAVE THE SAME BLACK-BOX WARNING TODAY?

7    **A.**   YES, SIR.

8    **Q.**   EVEN THOUGH THERE IS A BLACK-BOX WARNING FOR POTENTIAL

9    CARDIOVASCULAR RISKS, HOWEVER SMALL, IN FELDENE AND OTHER

10   NSAIDS, YOU STILL PRESCRIBE THOSE NSAIDS IF YOU THINK THE

11   BENEFITS OUTWEIGH THE RISKS; RIGHT?

12   **A.**   YES, SIR.

13   **Q.**   AND EVEN IF THERE'S THE POTENTIAL FOR SOME SMALL INCREASED

14   CARDIOVASCULAR RISK FOR A PARTICULAR PATIENT, THAT PAIN THAT

15   THAT PATIENT IS EXPERIENCING EVERY DAY IS A RELEVANT FACTOR IN

16   DECIDING WHETHER OR NOT THE BENEFITS OUTWEIGH THE RISKS FOR

17   THAT PARTICULAR MEDICINE; TRUE?

18   **A.**   YES, SIR.  THE PAIN AFFECTS THEIR QUALITY-OF-LIFE ISSUES

19   SIGNIFICANTLY.

20            **THE COURT:**  WHAT'S OUR NEXT ONE?

21            **MR. ROBINSON:**  THE PLAINTIFF, YOUR HONOR.  THE

22   REDIRECT.

23            **THE COURT:**  OKAY.  REDIRECT.  ALL RIGHT.

24

25

DAILY COPY

1                    **REDIRECT EXAMINATION**

2    **BY MR. ROBINSON:**

3    **Q.**   DR. MIKOLA, I INTRODUCED MYSELF EARLIER.  IN EXHIBIT 2 --

4    AND CLARIFY, THIS WAS THE -- THE DOCUMENT THAT GRAND STRAND

5    REGIONAL MEDICAL CENTER -- WHAT APPEARS TO BE SOME SORT OF -- I

6    DON'T KNOW IF IT'S A DISCHARGE SUMMARY OR A SUMMARY BY

7    DR. SWAMI, BUT IT DOES INDICATE THAT MR. BARNETT WAS ON VIOXX.

8    DO YOU SEE THAT?

9    **A.**   YES.

10   **Q.**   AND EVEN THOUGH YOUR RECORD THAT WE PREVIOUSLY WENT OVER

11   WITH COUNSEL DIDN'T SPECIFICALLY INDICATE VIOXX, YOU'RE NOT

12   DISPUTING THAT HE WAS ON VIOXX AT THAT TIME?

13   **A.**   HE APPARENTLY TOLD DR. SWAMI OR THE PA -- I THINK IT WAS

14   VICKI ALLEN THAT SAW HIM AT THAT TIME -- THAT HE WAS TAKING

15   VIOXX.

16   **Q.**   AND IT'S NOT COMPLETELY UNCOMMON FOR -- WHEN PATIENTS ARE

17   PROVIDING A LIST OF MEDICATIONS THAT -- THAT THE MEDICATION

18   LIST IS NOT -- IS DIFFERENT BETWEEN DOCTORS?

19   **A.**   YES.

20   **Q.**   YOU'VE SEEN THAT OFTEN?

21   **A.**   YES.  AND IF IT'S NOT UPDATED, IT'S VERY POSSIBLE THAT

22   DR. MCCAFFREY PUT HIM ON VIOXX AND, ACCORDING TO MY RECORDS, HE

23   WAS STILL ON FELDENE.

24   **Q.**   DOCTOR, YOU'RE AWARE THAT VIOXX INCREASES HYPERTENSION OR,

25   AT LEAST, INCREASES BLOOD PRESSURE?

1   **A.**   IT CAN, YES.

2   **Q.**   AND INCREASE IN HYPERTENSION, ARE YOU AWARE OF THE

3   LITERATURE THAT INDICATES THAT AN INCREASE IN HYPERTENSION CAN

4   ALSO LEAD TO THE PROGRESSION OF ATHEROGENESIS?

5   **A.**   THE LITERATURE STATES THAT ELEVATED BLOOD PRESSURE --

6   WOULD SHOW THAT ELEVATED BLOOD PRESSURE OVER TIME CAN INCREASE

7   THE RISK OF ATHEROGENESIS.  IT'S NOT CLEAR WHETHER IT'S --

8   BLOOD PRESSURE ELEVATIONS IS A CAUSE OF MEDICATION VERSUS

9   ESSENTIAL HYPERTENSION.

10  **Q.**   ASSUMING THAT MR. BARNETT HAD STARTED VIOXX BY

11  DR. MCCAFFREY IN DECEMBER OF '99 OR JANUARY -- EARLY JANUARY OF

12  2000, WOULD YOU AGREE THAT YOU CAN'T RULE OUT THAT THE VIOXX

13  COULD HAVE POTENTIALLY CONTRIBUTED TO THE ISCHEMIA THAT YOU

14  OBSERVED IN LATE JANUARY OF 2000?

15  **A.**   THE QUESTION, I THINK, BECOMES WHETHER OR NOT VIOXX

16  CONTRIBUTES TO INSTABILITY OR PLAQUES AND PLAQUE RUPTURE.  I

17  CAN'T SAY THAT IT DOES; I CAN'T SAY THAT IT DOESN'T.

18  **Q.**   SO, IN OTHER WORDS, YOU CAN'T RULE THAT OUT?

19  **A.**   THAT'S CORRECT.

20  **Q.**   NOW, DR. MIKOLA, IF YOU CAN TURN TO EXHIBIT 40 THAT

21  DEFENSE COUNSEL SHOWED YOU --

22  **A.**   YES, SIR.

23  **Q.**   -- THAT IS THE BOMBARDIER ARTICLE?

24  **A.**   YES, SIR.

25  **Q.**   AND CAN YOU READ THE TITLE FOR THE RECORD.

1  **A.**    "COMPARISON OF UPPER GASTROINTESTINAL TOXICITY OF

2  ROFECOXIB AND NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS."

3  **Q.**    DOES THE TITLE ANYWHERE INDICATE TO YOU, DOCTOR, THAT

4  VIOXX INCREASES THE RISK OF CARDIOVASCULAR DISEASE OR

5  CARDIOVASCULAR EVENTS?

6  **A.**    NO, SIR.

7  **Q.**    IS THERE ANYWHERE IN THE ABSTRACT THAT INDICATES THAT

8  VIOXX SIGNIFICANTLY INCREASES THE RISK OF CARDIOVASCULAR

9  EVENTS?

10  **A.**    NO, SIR.

11  **Q.**    AND YOU, AS A PRESCRIBING PHYSICIAN, RELY UPON A

12  PHARMACEUTICAL COMPANY PROVIDING YOU WITH A FAIR AND BALANCED

13  PRESENTATION OF THE SCIENTIFIC EVIDENCE; CORRECT?

14  **A.**    I RELY ON THE PRESENTATION OF EVIDENCE TO BE FAIR AND

15  BALANCED, YES.

16  **Q.**    AND THAT WOULD INCLUDE THAT IF THERE'S TWO POSSIBILITIES,

17  THAT YOU WOULD EXPECT THE COMPANY TO GIVE YOU BOTH OF THOSE,

18  CORRECT?

19  **A.**    THE CONCLUSION IS THERE'S SPECULATION IN THIS INSTANCE.

20  WOULD I -- THEY SPECULATE THAT THE DIFFERENCE IS DUE TO A

21  PROTECTIVE EFFECT OF NAPROSYN.  WOULD I EXPECT THEM TO ALSO

22  SPECULATE THAT IT MAY BE DUE TO A PROTHROMBOTIC EFFECT OF

23  VIOXX?  I DON'T KNOW.

24  **Q.**    WELL, IF -- IF THEY'RE GOING TO PROVIDE YOU WITH ONE AREA

25  OF SPECULATION, WOULD IT BE EQUALLY FAIR AND REASONABLE TO GIVE

1   YOU THE OTHER SIDE OF THAT EQUATION?

2   **A.**   YES.

3            **THE COURT:**  ANYTHING FURTHER ON THAT WITNESS?

4            **MR. GOLDMAN:**  THREE MINUTES, JUDGE, ON RECROSS.

5            **THE COURT:**  OKAY.

6                         **RECROSS-EXAMINATION**

7   **BY MR. GOLDMAN:**

8   **Q.**   ARE YOU AWARE THAT VIOXX AND ITS WARNINGS LABEL ALWAYS

9   WARNED ABOUT THE POTENTIAL INCREASED RISK OF HYPERTENSION?

10  **A.**   IT WAS ALWAYS IN THE PACKAGE INSERT, YES.

11  **Q.**   DO YOU UNDERSTAND, IS IT YOUR UNDERSTANDING, SIR, THAT ALL

12  COX-2 INHIBITORS AND NSAIDS HAVE THE POTENTIAL TO INCREASE THE

13  RISK OF HYPERTENSION?

14  **A.**   YES, SIR.

15  **Q.**   IN THE FELDENE WARNING LABEL THAT I HANDED YOU BEFORE, IT

16  INDICATES A WHOLE SECTION ON HYPERTENSION STATING NSAIDS,

17  INCLUDING FELDENE, CAN LEAD TO ONSET OF NEW HYPERTENSION OR

18  WORSENING OF PREEXISTING HYPERTENSION, EITHER OF WHICH MAY

19  CONTRIBUTE TO THE INCREASED INCIDENCES OF CV EVENTS?  YOU SEE

20  THAT?

21  **A.**   WHAT PAGE?

22  **Q.**   IT'S ON PAGE 4.

23  **A.**   YES, SIR.

24  **Q.**   DID YOU NOTICE AT ALL, SIR, WHILE MR. BARNETT WAS TAKING

25  VIOXX, HIS HYPERTENSION DID NOT INCREASE?

1  **A.**   I WOULD HAVE TO LOOK AT MY RECORDS.  MR. BARNETT HAD WHAT

2  WE CALL WHITECOAT HYPERTENSION.  HIS BLOOD PRESSURES IN THE

3  OFFICE WERE GENERALLY ELEVATED -- OR FREQUENTLY, NOT ALWAYS,

4  AND THAT'S OFTEN ATTRIBUTABLE TO APPREHENSION.

5       WHEN I QUESTIONED HIM ABOUT IT AND HE TOLD ME HE HAD

6  HIS BLOOD PRESSURE CHECKED OTHER PLACES, IT WAS GENERALLY

7  NORMAL, 120/80 RANGE SO OUTSIDE THE OFFICE PER HIS REPORT, HIS

8  BLOOD PRESSURE WASN'T AFFECTED.

9  **Q.**   YOU DIDN'T SEE ANY EVIDENCE WHILE YOU WERE TREATING

10 MR. BARNETT THAT VIOXX WAS INCREASING HIS HYPERTENSION?

11 **A.**   THAT'S TRUE.

12 **Q.**   IN THE PACKAGE INSERT THAT YOU TESTIFIED YOU KNEW ABOUT IN

13 APRIL OF 2002 -- I'M JUST GOING TO READ IT TO YOU -- THERE IS A

14 STATEMENT THAT SAYS, "THE VIGOR STUDY SHOWED A HIGHER INCIDENCE

15 OF ADJUDICATED SERIOUS CARDIOVASCULAR THROMBOTIC EVENTS IN

16 PATIENTS TREATED WITH VIOXX 50 MILLIGRAMS AS OPPOSED TO

17 PATIENTS TREATED WITH NAPROXEN 500 MILLIGRAMS TWICE A DAY."

18 THAT'S NOT MERCK HIDING THE RESULTS OF THE VIGOR STUDY, IS IT?

19 **A.**   NO, SIR.

20 **Q.**   YOU UNDERSTOOD FROM READING THE WARNING LABEL AT THE TIME

21 YOU WERE PRESCRIBING VIOXX IN MR. BARNETT THAT THERE WAS A

22 STATISTICALLY SIGNIFICANT DIFFERENCE IN HEART ATTACKS BETWEEN

23 THE VIOXX ARM AND THE NAPROXEN ARM; TRUE?

24 **A.**   IN THE VIGOR STUDY, YES.

25 **Q.**   WELL, THE PACKAGE INSERT SAID THE VIGOR STUDY SHOWED A

1   HIGHER INCIDENCE OF ADJUDICATED SERIOUS CARDIOVASCULAR

2   THROMBOTIC EVENTS IN PATIENTS TREATED WITH VIOXX 50 MILLIGRAMS

3   ONCE DAILY AS COMPARED TO PATIENTS TREATED WITH NAPROXEN

4   500 MILLIGRAMS TWICE DAILY.  THAT'S WHAT THE PACKAGE INSERT

5   SAID UNTIL APRIL OF 2002.

6   **A.**   TO THE BEST OF MY RECOLLECTION, THAT'S CORRECT.

7   **Q.**   AND THAT INFORMATION DIDN'T DISSUADE YOU FROM PRESCRIBING

8   THE MEDICINE TO MR. BARNETT, DID IT?

9   **A.**   NO, SIR.

10          **MR. ROBINSON:**  THIS IS THE PLAINTIFF NOW.

11                **FURTHER REDIRECT EXAMINATION**

12   BY MR. ROBINSON:

13   **Q.**   DR. MIKOLA, IN THE APRIL 2002 PACKAGE INSERT, COUNSEL

14   POINTED TO A SPECIFIC SECTION WHERE HE INDICATED SPECIAL

15   STUDIES, VIGOR, OTHER SAFETY FINDINGS, CARDIOVASCULAR SAFETY.

16   IT SAYS, "IN A PLACEBO-CONTROLLED DATABASE DERIVED FROM TWO

17   STUDIES WITH A TOTAL OF 2,142 ELDERLY PATIENTS, MEAN AGE 75,

18   WITH A MEDIAN DURATION OF EXPOSURE OF APPROXIMATELY 14 MONTHS,

19   THE NUMBER OF PATIENTS WITH SERIOUS CARDIOVASCULAR THROMBOTIC

20   EVENTS WAS 21 VERSUS 35 FOR PATIENTS TREATED WITH VIOXX, 25

21   MILLIGRAMS ONCE DAILY, VERSUS PLACEBO, RESPECTIVELY."  DO YOU

22   SEE THAT?

23   **A.**   WHAT PAGE ARE YOU ON, FIRST OR SECOND?

24   **Q.**   THAT IS UNDER "PRECAUTIONS, CARDIOVASCULAR EFFECTS," THE

25   RIGHT-HAND COLUMN.

1  **A.**   OKAY.  I REMEMBER THE TEXT FROM EARLIER.

2  **Q.**   YEAH.  AND IN --

3  **A.**   YES, SIR.

4  **Q.**    -- IN PRESCRIBING THE MEDICATION TO MR. BARNETT AS OF

5  APRIL 2002, YOU RELIED UPON THAT STATEMENT AS BEING ACCURATE;

6  CORRECT?

7  **A.**   THAT WOULD BE CORRECT.

8  **Q.**   AND IF THERE WAS INFORMATION THAT WAS CONTRARY TO THAT,

9  THAT'S SOMETHING THAT YOU'RE UNAWARE OF; CORRECT?

10  **A.**   THAT WOULD BE CORRECT.

11  **Q.**   SO IF THERE WAS INFORMATION THAT INDICATED THAT, EVEN AT

12  25 MILLIGRAMS, THERE WAS A STATISTICALLY SIGNIFICANT INCREASE

13  IN RISK FOR VIOXX, THAT'S SOMETHING THAT MERCK DID NOT SHARE

14  WITH YOU; CORRECT?

15  **A.**   THAT WOULD BE CORRECT.

16          **THE COURT:**  IS THERE A NEXT WITNESS?

17          **MR. ROBINSON:**  WE'RE GOING TO DR. KARAVAN.

18  YOUR HONOR.

19          **THE COURT:**  OKAY.

20          **MR. ROBINSON:**  BY VIDEO.

21          **THE COURT:**  LET'S CALL HIM.  WE'VE GOT TO GET THROUGH

22  THIS, FOLKS.  LET'S CALL HIM.

23          **MR. ROBINSON:**  DR. KARAVAN, ANOTHER TREATING

24  DOCTOR, IS A CARDIOLOGIST FOR MR. BARNETT.

25          FOR THE RECORD, THESE DOCTORS ALL LIVE IN

1   SOUTH CAROLINA AND THEY COULDN'T COME HERE WE HAVE TO DO IT BY

2   VIDEO.

3            (WHEREUPON, **MARK KARAVAN (DEPO 1)** , HAVING BEEN DULY

4   SWORN, TESTIFIED AS FOLLOWS.)

5                        **DIRECT EXAMINATION**

6   **BY MR. ROBINSON:**

7   **Q.**   GOOD MORNING, DOCTOR.  DID YOU DO ANYTHING TO PREPARE FOR

8   THIS DEPOSITION?

9   **A.**   I JUST SORT OF LOOKED BACK OVER MR. BARNETT'S RECORDS JUST

10  TO REFRESH MY MEMORY ON SOME THINGS.

11  **Q.**   AND YOU ACTUALLY BROUGHT YOUR CHART?

12  **A.**   BROUGHT THE CHART, YEAH.

13  **Q.**   SINCE YOU HAVEN'T HAD YOUR DEPOSITION TAKEN BEFORE, I WANT

14  TO LET YOU KNOW THAT I'M GOING TO ASK QUESTIONS AND THE

15  ATTORNEYS ON THE OTHER SIDE ARE GOING TO ASK QUESTIONS, AND

16  YOU'RE UNDER OATH JUST AS IF YOU WERE TESTIFYING IN COURT

17  BEFORE A JUDGE AND JURY.

18  **A.**   YES, SIR, I -- I UNDERSTAND THAT.

19  **Q.**   NOW, WILL YOU GIVE THE JURY AN UNDERSTANDING OF YOUR

20  EDUCATIONAL BACKGROUND.

21  **A.**   WELL, I DID MY MEDICAL SCHOOL TRAINING IN MEDICAL

22  UNIVERSITY OF SOUTH CAROLINA IN CHARLESTON, SOUTH CAROLINA;

23  STAYED ON, DID AN INTERNSHIP IN MEDICINE AND RESIDENCY AT MUSC,

24  WHAT'S CALLED MUSC, IN CHARLESTON, SOUTH CAROLINA, AND DID

25  MY -- AND DID MY CARDIOLOGY FELLOWSHIP ALSO IN CHARLESTON,

1  SOUTH CAROLINA, AT THE MEDICAL UNIVERSITY OF SOUTH CAROLINA.

2  **Q.**   YOU'RE IN A PRACTICE WITH ANOTHER GROUP OF CARDIOLOGISTS;

3  IS THAT RIGHT?

4  **A.**   RIGHT.  WE'RE IN A GROUP PRACTICE HERE IN MYRTLE BEACH

5  WITH SIX OR SEVEN OTHER CARDIOLOGISTS.

6  **Q.**   AND ARE YOU BOARD-CERTIFIED?

7  **A.**   YES, SIR.

8  **Q.**   WHAT IS YOUR BOARD?

9  **A.**   WELL, FIRST GOT BOARD-CERTIFIED IN INTERNAL MEDICINE AND

10  BOARD-CERTIFIED IN CARDIOLOGY AND THEN RECERTIFIED ROUGHLY FIVE

11  YEARS AGO.

12  **Q.**   OKAY.  AND FROM LOOKING AT YOUR RECORDS, WHEN IS THE FIRST

13  TIME YOU SAW MR. BARNETT?

14  **A.**   I'M GOING TO REFER TO THESE SO I CAN GET THE DATES.

15  **Q.**   THAT'S FINE.

16  **A.**   THE FIRST TIME I SAW HIM WAS RIGHT AROUND 9/6/02.  OKAY.

17  MAY HAVE BEEN THE 5TH OR -- I CAN DOUBLE-CHECK THAT.  YOU NEED

18  THE EXACT DATE?

19  **Q.**   NO.

20  **A.**   IN SEPTEMBER OF 2002.

21  **Q.**   AND THAT'S THE DAY HE HAD THE HEART ATTACK; IS THAT RIGHT?

22  **A.**   THE -- HE -- HE HAD COME IN, I BELIEVE, THE DAY BEFORE,

23  ADMITTED THE DAY BEFORE, EVENING BEFORE, AND THEN WE CONSULTED

24  HIM THE NEXT DAY, IF MY MEMORY IS CORRECT.

25  **Q.**   AND NO ONE'S BEFORE TODAY SHOWN YOU ANY OF MERCK'S

1    INTERNAL DOCUMENTS ABOUT VIOXX?

2    **A.**    OH, NO.  I HAVE NO ASSOCIATION WITH MERCK AND HAVE NO IDEA

3    WHAT THEIR INTERNAL DOCUMENTS ARE LIKE.  IS THAT WHAT YOU MEAN?

4    **Q.**    YES.

5    **A.**    OKAY.

6    **Q.**    BY THE WAY, WHEN YOU HAVE NO ASSOCIATION WITH MERCK, DO

7    YOU HAVE ASSOCIATION WITH ANY PHARMACEUTICAL COMPANIES?

8    **A.**    NO, SIR.

9    **Q.**    AND WHY DON'T YOU JUST TELL THE JURY WHAT YOUR GENERAL

10   PRACTICE CONSISTS OF ON A DAILY OR WEEKLY BASIS.

11   **A.**    BASICALLY IT'S A BUSY CLINICAL CARDIOLOGY PRACTICE.  I'M

12   AN INTERVENTIONAL CARDIOLOGIST AND WE TAKE CARE OF A LOT OF

13   ACUTE CORONARY SYNDROMES, A LOT OF HEART ATTACKS IN THE

14   HOSPITAL.  I'M ON CALL EVERY THIRD DAY FOR HEART ATTACK CALL,

15   AND HAVE A BUSY OFFICE PRACTICE TO TAKE CARE OF, A LOT OF

16   CLINICAL CARDIOLOGY.  I DO NO RESEARCH AND THAT SORT OF THING.

17   IT'S ALL CLINICAL CARDIOLOGY, SEE A LOT OF PATIENTS OVER THE

18   LAST 15 YEARS, 20 YEARS.

19   **Q.**    NOW, I'M GOING TO SHOW YOU EXHIBIT 3 AND ASK YOU IF YOU'VE

20   EVER SEEN EXHIBIT 3 BEFORE?

21   **A.**    OKAY.  THE -- YES, SIR, I HAVE.  WHEN I WAS REVIEWING THE

22   CHART RECENTLY, I CAME ACROSS THIS AND READ IT, UH-HUH

23   (AFFIRMATIVE RESPONSE).

24   **Q.**    AND WHAT IS EXHIBIT 3?

25   **A.**    THIS IS A CARDIOLOGY EVALUATION BY ONE OF MY FORMER

1    PARTNERS WHO SAW MR. BARNETT BACK ON 1/20/00 FOR CHEST PAIN.

2    IT WAS A CARDIOLOGY CONSULTATION IN -- IN THE HOSPITAL.

3    Q.   AND WHO WAS YOUR ASSOCIATE BACK THEN?

4    A.   DR. VAISHALI SWAMI.

5    Q.   OKAY.  IS DR. SWAMI STILL PRACTICING WITH YOU?

6    A.   NO, SIR.

7    Q.   AND COULD YOU READ INTO THE RECORD THE HISTORY OF WHAT

8    HAPPENED ACCORDING TO -- TO DR. SWAMI AS OF 1/20/00?

9    A.   OH, SURE.  THIS IS A 55-YEAR-OLD WHITE MALE WITH KNOWN

10   HYPERLIPIDEMIA BUT NO OTHER CARDIAC HISTORY.  POTION -- PATIENT

11   WOKE YESTERDAY MORNING AROUND 6:00 A.M. WITH LEFT-SIDED CHEST

12   PAIN.  THE PAIN CONTINUES TO COME AND GO APPROXIMATELY EVERY 20

13   MINUTES.  IT WAS SHARP IN NATURE.  HE DENIED ANY

14   LIGHT-HEADEDNESS, DIAPHORESIS, NAUSEA, VOMITING OR SHORTNESS OF

15   BREATH.

16          THE FREQUENCY OF PAIN INCREASED.  THE PATIENT

17   THEREFORE SAW DR. MIKOLAJCZYK AT HIS OFFICE.  EKG WAS NORMAL.

18   DR. MIKOLAJCZYK GAVE THE PATIENT A PRESCRIPTION FOR SUBLINGUAL

19   NITROGLYCERINE AND SUGGESTED HE RETURN AS PAIN REOCCURRED

20   WITHOUT RELIEF.

21          THAT EVENING THE PATIENT WENT TO HIS DANCE CLASS.

22   THE PATIENT GOT THROUGH MOST OF THE ROUTINES WITH NO

23   DIFFICULTY.  DURING THE LAST FEW MINUTES, THE PAIN DID RETURN.

24   THE PATIENT TOOK ONE SUBLINGUAL NITROGLYCERINE WHICH QUICKLY

25   RELEASED THE PAIN.  THE PATIENT DECIDED TO COME TO THE ER AT

1    THAT POINT FOR FURTHER EVALUATION.

2            IN THE EMERGENCY ROOM, THE PATIENT HAD RECURRENT

3    CHEST PAIN EVEN AFTER IV NITROGLYCERINE WAS STARTED.  THE

4    PATIENT DESCRIBED THEM AS SHORT, SHARP PAINS.  THE PATIENT DID

5    RECEIVE FLEXERIL, 10 MILLIGRAMS WITH SOME RELIEF.  THE PATIENT

6    WORKS OUT REGULARLY.  HE -- HE STOPPED FOR APPROXIMATELY TWO

7    WEEKS SECONDARY TO AN UPPER RESPIRATORY INFECTION.  THE PATIENT

8    JUST STARTED BACK ON MONDAY, 1/17.  THE PATIENT HAD CHEST PAIN

9    IN THE PAST AFTER HEAVY WORKOUTS.  THE PATIENT FELT THAT THESE

10   WERE RELATED TO MUSCULOSKELETAL PROBLEMS.

11   Q.   ALSO, CAN YOU -- ON THE NEXT PAIN, CAN YOU READ INTO THE

12   RECORD WHAT MEDS THE PATIENT WAS ON.

13   A.   THE MEDS WERE LISTED AS PRILOSEC AND VIOXX.

14   Q.   OKAY.  AND CAN YOU READ THE, THE FAMILY HISTORY FOR THIS

15   PATIENT.

16   A.   PATIENT'S FATHER DECEASED AT 6 -- AT AGE 68 SECONDARY TO

17   MYOCARDIAL INFARCTION.  HE SUSTAINED FIRST MYOCARDIAL

18   INFARCTION AT THE AGE OF 62 AND HAD A CVA.  MOTHER IS STILL

19   ALIVE AT AGE 84 AND HEALTHY.  PATIENT HAS FOUR BROTHERS AND ONE

20   SISTER, NONE OF WHICH HAVE HAD HEART DISEASE.  THE YOUNGER

21   SISTER HAS HAD MULTIPLE TIA'S.

22   Q.   AND COULD YOU READ THE ASSESSMENT PLAN INTO THE RECORD THE

23   THIRD DAY, PLEASE.

24   A.   THIS IS A 55-YEAR-OLD WHITE MALE WHO PRESENTS WITH

25   ATYPICAL CHEST PAIN.  THE PATIENT -- THE PATIENT HAS RULED OUT

1    FOR MYOCARDIAL INFARCTION AS CARDIAC ENZYMES HAVE BEEN NEGATIVE

2    TIMES TWO.  GIVEN THAT THE PATIENT DOES HAVE RISK FACTORS FOR D

3    CORONARY ARTERY DISEASE, AN EXERCISE STRESS TEST IS

4    RECOMMENDED.  PATIENTS STATED THAT HE PREFERS THIS -- THIS

5    CONSERVATIVE MANAGEMENT.  THE -- THE PATIENT IS FAIRLY STABLE

6    AT THIS TIME AND WE FEEL THAT THIS STRESS TEST CAN BE PERFORMED

7    AS AN OUTPATIENT -- ON A -- EXCUSE ME, ON AN OUTPATIENT BASIS

8    AT OUR OFFICE.  THIS WAS DISCUSSED WITH THE PATIENT AND THIS

9    WILL BE SET UP THROUGH OUR OFFICE.

10   Q.   DOCTOR, WHAT IS EXHIBIT 4?

11   A.   THIS IS THE WRITTEN REPORT OF THE RESULT OF THE STRESS

12   TEST AS MENTIONED IN THE -- THAT THEY WERE GOING TO ORDER AND

13   IT IS DATED 1/24/2000.

14   Q.   AND LET'S SEE.  WHO CONDUCTED THE STRESS TEST?

15   A.   DR. VAISHALI SWAMI.

16   Q.   AND THAT WAS DONE AT YOUR OFFICE?

17   A.   THAT'S CORRECT.

18   Q.   AND COULD YOU READ INTO THE RECORD UNDER STRESS WHAT IT

19   SAYS.

20   A.   HIS STRESS?

21   Q.   YES.

22   A.   THE PATIENT EXERCISED 15 MINUTES ZERO SECONDS INTO A BRUCE

23   PROTOCOL, COMPLETING THREE MINUTES, ZERO SECONDS OF STAGE 5,

24   17.5 MET'S.

25   Q.   AND CAN YOU READ THE NEXT COUPLE STATEMENTS.

DAILY COPY

1   **A.**   RIGHT BELOW?

2   **Q.**   BELOW THAT.

3   **A.**   THE PATIENT STOPPED DUE TO FATIGUE.  HEART RATE INCREASED

4   FROM 81 TO 171 -- EXCUSE ME,172 BEATS PER MINUTE, PARENTHESIS,

5   95 -- 94 PERCENT OF AGE PREDICTED, END PARENTHESIS.  BLOOD --

6   BLOOD PRESSURE INCREASED FROM 110/80 TO 160/80.  RESTING EKG,

7   NORMAL SINUS RHYTHM.  STRESS EKG SHOWED INFEROLATERAL T-WAVE

8   INVERSION AT PEAK STRESS.

9   **Q.**   NOW, CAN YOU READ IN THE PORTION BELOW WHERE IT SAYS

10  PERFUSION REPORT.

11  **A.**   RIGHT STRESS IMAGES SHOWED MILD DECREASED PERFUSION IN THE

12  LATERAL WALL, NORMAL THICKENING.

13  **Q.**   OKAY.  AND CAN YOU READ THE SECTION IN UNDER INJECTION

14  FRACTION?

15  **A.**   LVEF WAS 56 PERCENT.

16  **Q.**   AND CAN YOU READ THE WALL MOTION ANALYSIS IN.

17  **A.**   WALL MOTION ANALYSIS SHOWED NORMAL WALL MOTION BUT MILD

18  LATERAL ISCHEMIA.

19  **Q.**   AND WHAT IS MILD LATERAL ISCHEMIA?

20  **A.**   THAT MEANS THE LATERAL PART OF THE HEART WAS NOT GETTING

21  THE PROPER BLOOD FLOW TO A MILD DEGREE.

22  **Q.**   AND -- AND THAT'S WHAT -- WHAT THEY REFERRED TO UP IN THE

23  STRESS IMAGES WHERE IT SAYS, QUOTE, SHOWED MILD DECREASED

24  PERFUSION IN THE LATERAL WALL, NORMAL THICKENING, OR IS THAT

25  SOMETHING DIFFERENT?

1    **A.**   WELL, THAT IS CORRECT IF -- THE -- I THINK TO BE

2    ABSOLUTELY CORRECT, WHAT YOU WOULD SAY IS WALL MOTION ANALYSIS

3    SHOWED NORMAL WALL MOTION BUT MILD LATERAL HYPOKINESIS BECAUSE

4    YOU'RE LOOKING AT WALL MOTION, YOU'RE NOT LOOKING AT PERFUSION,

5    OKAY?

6    **Q.**   OKAY.

7    **A.**   SO THE CORRECT WAY WOULD PROBABLY BE TO SAY MILD LATERAL

8    WALL HYPOKINESIS, INDICATING THAT THE LATERAL SIDE OF THE HEART

9    WAS NOT CONTRACTING QUITE AS VIGOROUS AS IT SHOULD.  THE

10   PERFUSION, WHICH IS A MEASUREMENT OF THE BLOOD FLOW, OKAY,

11   WOULD SHOW THAT THERE WAS DECREASED PERFUSION IN THE LATERAL

12   WALL THE ON STRESS, WITH THE REST IMAGES SHOWING NORMAL

13   PERFUSION, MEANING THAT WITH STRESS, THE LATERAL SIDE OF THE

14   HEART DIDN'T GET THE NORMAL BLOOD FLOW.

15   **Q.**   BUT SHE DID FIND ISCHEMIA WHEN SHE RAN THE STRESS TEST; IS

16   THAT RIGHT?

17   **A.**   THERE IS NO QUESTION FROM THE TEST HE HAD ISCHEMIA.

18   WHETHER HIS ISCHEMIA WAS CAUSING HIS SYMPTOMS IS A LITTLE BIT

19   DIFFICULT TO STATE AT THIS POINT IN TIME.

20   **Q.**   JUST FOR THE LAYPERSON, COULD ISCHEMIA LEAD TO SOME CHEST

21   PAIN?

22   **A.**   YES, WHEN SOMEONE HAS ISCHEMIC HEART DISEASE, A LACK OF

23   PROPER BLOOD FLOW TO THE HEART, YOU CAN CERTAINLY GET CHEST

24   DISCOMFORT.

25   **Q.**   ARE YOU SAYING THAT IT'S POSSIBLE THAT HE MAY HAVE HAD A

1   MILD BOUT OF ANGINA?

2   **A.**   CERTAINLY THE MAN, MR. BARNETT, EXCUSE ME, HAD LATERAL

3   EVIDENCE FOR ISCHEMIA, AND IT IS CERTAINLY POSSIBLE THAT HE WAS

4   HAVING CHEST DISCOMFORT THAT COULD HAVE BEEN SECONDARY TO

5   ISCHEMIA.

6   **Q.**   AND THE TERM ANGINA, IS THAT PAIN?

7   **A.**   ANGINA IS WHAT A PERSON FEELS WHEN THEY DON'T -- WHEN THEY

8   DON'T GET THE PROPER BLOOD FLOW.  AND ANGINA IS DIFFERENT FOR

9   DIFFERENT PEOPLE.  TYPICALLY, AND THIS IS WHY THE PHYSICIAN WAS

10  SAYING THAT IT WAS NOT THE USUAL THE KIND OF DISCOMFORT SOMEONE

11  MIGHT EXPERIENCE.  IT'S -- ANGINA IS A DISCOMFORT IN THE CHEST

12  ANYWHERE FROM MILD TO MORE SEVERE PAIN.

13  **Q.**   AND, DOCTOR, LET ME SHOW YOU EXHIBIT -- WELL, LET ME,

14  BEFORE WE DO THAT, YOU SAID THAT YOU FIRST SAW, YOURSELF,

15  MR. BARNETT, ON OR ABOUT 9/6/2002; IS THAT RIGHT?

16  **A.**   THAT'S CORRECT.

17  **Q.**   AND WHAT WAS THAT FOR?

18  **A.**   FOR -- WELL, THE CONSULTATION WAS PUT IN FOR WHAT'S CALLED

19  A NON Q-WAVE MYOCARDIAL INFARCTION.

20  **Q.**   THIS IS THE HOSPITAL?

21  **A.**   THIS IS THE HOSPITAL CARDIOLOGIST CONSULTATION ARE FROM

22  9/6/02 THAT I PERFORMED FOR THE FIRST TIME -- ALONG WITH MY

23  PHYSICIAN'S ASSISTANT THAT WE PERFORMED WHEN WE FIRST SAW

24  MR. BARNETT.

25  **Q.**   DOES NUMBER 5 APPEAR TO BE THE EXHIBIT THAT YOU'RE

988

1   REFERRING TO?

2   A.   YES, SIR.  LOOKS LIKE THE EXACT SAME.

3   Q.   WELL, WE'LL -- MAYBE WE CAN READ FROM NUMBER 5.

4   A.   YES, SIR, LOOKS LIKE EXACTLY THE SAME.

5   Q.   MAYBE WEEK READ FROM NUMBER 5.  SO UNDER PROBLEM LIST, CAN

6   YOU READ THE SIX PROBLEMS THAT WERE LISTED.

7   A.   YES, SIR.  FIRST PROBLEM IS NON Q-WAVE MYOCARDIAL

8   INFARCTION.  SECOND PROBLEM, CHEST PAIN.  SUBSET 2A, SHARP

9   ATYPICAL CHEST PAIN WITH EXERCISE CARDIOLITE STRESS TEST

10  JANUARY 24, 2000.  15 MINUTES OF BRUCE PROTOCOL STOPPING

11  SECONDARY TO FATIGUE.  PEAK HEART RATE 172, 94 PERCENT

12  PREDICTED MAXIMUM HEART RATE WITH MAXIMUM BLOOD PRESSURE

13  160/80.  PERFUSION IMAGES SHOWN -- REVEALED SMALL AREA OF

14  LATERAL ISCHEMIA, EJECTION FRACTION 56 PERCENT.

15  Q.   THAT REFERS TO THE -- TO THE EVENT WE JUST TALKED ABOUT IN

16  JANUARY OF 2000; IS THAT RIGHT?

17  A.   YES, SIR.  JANUARY 24.

18  Q.   NOW YOU CAN GO AHEAD.  WHAT'S NUMBER 3?

19  A.   NUMBER 3 IS HYPERLIPIDEMIA.

20  Q.   AND WHAT'S HYPERLIPIDEMIA?

21  A.   THAT MEANS YOUR CHOLESTEROL IS HIGH.

22  Q.   OKAY.  WHAT IS NUMBER 4?

23  A.   HISTORY OF CERVICAL DISC HERNIATION SECONDARY TO MOTOR

24  VEHICLE ACCIDENT 1979.

25  Q.   OKAY.  NUMBER 5?

1  **A.**   GASTROESOPHAGEAL REFLUX, SUBSET A, UPPER ENDOSCOPY
2  SEPTEMBER 1994, FOUR CENTIMETER HIATAL HERNIA WITH EROSIVE
3  ESOPHAGITIS AND SCHATZKI'S RING.  HE WAS DILATED TO
4  25 MILLIMETERS.  BIOPSIES WERE NEGATIVE FOR HELICOBACTER
5  PYLORI.
6  **Q.**   WHAT'S NUMBER 6?
7  **A.**   NUMBER 6, DIVERTICULOSIS, 6A SUBSET, SCREENING FLEX
8  SIGMOIDOSCOPY DECEMBER 1997.
9  **Q.**   WILL YOU READ INTO THE RECORD THE FIRST FOUR LINES UNDER
10 HISTORY.
11 **A.**   HISTORY, THE PATIENT IS A PLEASANT 58-YEAR-OLD WHITE MALE
12 WHO UNDERWENT EXERCISE CARDIOLITE STRESS TEST JANUARY 2000
13 AFTER PRESENTING TO GRAND STRAND REGIONAL MEDICAL CENTER WITH
14 SHARP CHEST PAIN.  THE PATIENT RULED OUT FOR MYOCARDIAL
15 INFARCTION AND UNDERWENT THE STRESS TEST ON AN OUTPATIENT
16 BASIS.  THE PATIENT EXERCISED 15 MINUTES OF A STANDARD BRUCE
17 PROTOCOL AND CARDIOLITE IMAGES REVEALED JUST A SMALL AREA OF
18 LATERAL ISCHEMIA.
19 **Q.**   AND CAN YOU READ STARTING WITH HE -- HE, HOWEVER, REPORTS,
20 LAST -- THE LAST LINE.
21 **A.**   HE, HOWEVER, REPORTS THAT LAST NIGHT HE HAD A NEW AND
22 DIFFERENT PAIN.  HE WAS JUST SITTING AT HIS COMPUTER WHEN HE
23 DEVELOPED A SUBSTERNAL ACHE LIKE A FLU-TYPE ACHE BUT ONLY IN
24 THE CENTER OF MY CHEST.  HE STATES THE DISCOMFORT BEGAN TO
25 RADIATE OUTWARD AND THROUGH TO HIS BACK, BUT HE DENIES ANY

1  RADIATION TO HIS NECK, JAW OR ARMS.

2  **Q.**    OKAY.  CAN YOU READ STARTING WITH THE PATIENT STATES THE

3  DISCOMFORT.

4  **A.**    THE PATIENTS STATES THE DISCOMFORT WAS CONSTANT BUT DID

5  VARY SLIGHTLY IN INTENSITY.  HE THEN WALKED DOWNSTAIRS TO CHECK

6  HIS BLOOD PRESSURE, WHICH WAS 189/111.  FIVE MINUTES LATER, IT

7  WAS 194/104.  HE CALLED BLUE CROSS/BLUE SHIELD'S NURSE WHO

8  SUGGESTED HE CALL 911.  THE PATIENT STATES HE DID AND EN ROUTE

9  RECEIVED A SUBLINGUAL NITROGLYCERINE SPRAY WITH COMPLETE

10  RESOLUTION OF HIS CHEST ACHE WITHIN A MINUTE TO A MINIMUM AND A

11  HALF.

12  **Q.**    NOW, DOES NITROGLYCERINE WORK IN SUCH A WAY THAT IF YOU'RE

13  HAVING, LIKE A HEART RELATED CHEST PAIN THAT THE NITROGLYCERINE

14  CAN RESOLVE THAT CHEST PAIN?

15  **A.**    NITROGLYCERINE IS A CORONARY VASODILATOR WHICH IMPROVES

16  BLOOD FLOW TO HEART MUSCLE AND IF IT'S ISCHEMIC AND THE HEART

17  MUSCLE IS NOT GETTING THE PROPER BLOOD FLOW, IT CAN DILATE THE

18  BLOOD VESSELS TO ALLEVIATE THE ISCHEMIA.

19  **Q.**    REMEMBER IN THAT.  THAT JANUARY 2000 EVENT WHERE HE -- HE

20  HAD THE CHEST PAIN AND THEY SAID THAT THE NITROGLYCERINE

21  ACTUALLY RELEASED THE CHEST PAIN?  I THINK YOU READ THAT

22  EARLIER.

23  **A.**    YEAH.  I'M GOING TO WANT TO MAKE SURE I'M CORRECT IN

24  STATING THAT, BUT I DO RECALL READING IT.  CORRECT.  HIS

25  STATEMENT'S IN THE EVALUATION FROM BEFORE.

1   Q.   OKAY.  SO IN OTHER WORDS, THAT WOULD BE SOME EVIDENCE THAT

2   THE CHEST PAIN THAT HE HAD IN JANUARY OF 2000 MIGHT HAVE BEEN

3   RELATED TO -- TO HIS HEART?

4   A.   IF NITROGLYCERINE RELIEVES CHEST PAIN, THERE IS SOME

5   EVIDENCE THAT HE MAY HAVE HAD ISCHEMIC CHEST PAIN.

6   Q.   OKAY.  THEN CAN YOU READ STARTING WITH THEN.

7   A.   THEN WHILE BEING EVALUATED AT THE EMERGENCY ROOM, THE

8   PATIENT STATES THE DISCOMFORT RETURNED BUT AGAIN WAS RELEASED

9   WITH ONE SUBLINGUAL NITROGLYCERINE AND THE ENTIRE DURATION OF

10  THE SECOND EPISODE WAS APPROXIMATELY FIVE MINUTES.  ABOUT 45

11  MINUTES TO AN HOUR LATER, HE HAD ANOTHER THIRD OCCURRENCE,

12  AGAIN RESOLVING WITH SUBLINGUAL NITROGLYCERINE AND LASTING SIX

13  TO SEVEN MINUTES IN DURATION.

14  Q.   CAN YOU READ THE SECTION THAT SAYS, HE ALSO STATES THAT

15  SINCE.

16  A.   HE ALSO STATES THAT SINCE HIS INITIAL PAIN LAST THE NIGHT

17  HE HAS HAD A DISCOMFORT THAT HE COULD LOCALIZE IN HIS LEFT

18  ANTERIOR CHEST WALL THAT RESOLVES IF HE MASSAGES IT.

19  Q.   AND READ ON.

20  A.   PATIENT HAS SUBSEQUENTLY GONE TO RULE IN FOR NON Q-WAVE

21  MYOCARDIAL INFARCTION WITH HIS THIRD CPK BEING 217 WITH AN MB

22  INDEX OF 5.8 AND A TROPONIN OF -- TROPONIN-I, EXCUSE ME, OF

23  1.4.

24  Q.   AND DOES IT SAY WHAT -- CAN YOU READ THE MEDS INTO THE --

25  THE MEDS, PLEASE.

1    **A.**   YES.  THE MEDS, PRIOR TO THIS ADMISSION, VIOXX

2    25 MILLIGRAMS A DAY, PRILOSEC 20 MILLIGRAMS A DAY, LIPITOR 20

3    MILLIGRAMS A DAY, SPORANOX ONE PER WEEK FOR A TOE FUNGUS.  THE

4    PATIENT TOOK HIS LAST SPORANOX WEDNESDAY AND HAS NOT TAKEN

5    LIPITOR DUE TO HIS CONCERN OF HIS LIVER.

6    **Q.**   AND CAN YOU READ THE FAMILY HISTORY INTO THE RECORD

7    PLEASE.

8    **A.**   THE FAMILY HISTORY, THE PATIENT'S FATHER DIED AT 68 WITH

9    HIS SECOND MYOCARDIAL INFARCTION.  HIS FIRST MI WAS AT AGE 62,

10   AND HE ALSO SUFFERED A STROKE BETWEEN THE TWO HEART ATTACKS.

11   THE PATIENT'S MOTHER IS LIVING AT 86, AND HAS SOME TIA'S.  THE

12   PATIENT HAS FOUR BROTHERS AND ONE SISTER.  HIS SISTER HAS HAD

13   MULTIPLE TIA'S AND IS 50 YEARS OLD.  NONE BE OF HIS BROTHERS

14   HAVE HAD HEART PROBLEMS OR HYPERLIPIDEMIA.

15   **Q.**   AND CAN YOU GO TO THE NEXT PAGE AND READ IN THE FIRST FOUR

16   LINES.

17   **A.**   THE PATIENT IS A PLEASANT 58-YEAR-OLD WHITE MALE WHO

18   PRESENTS WITH A NON Q-WAVE MYOCARDIAL INFARCTION.  THE

19   PATIENT'S THIRD CPK ISOENZYMES AND TROPONIN-I ARE ALL ELEVATED

20   AND WE WILL OBTAIN A FOURTH CPK AND MB INDEX UNTIL WE GET THE

21   PATIENT'S PEAK RECORD -- RECORDED.  EKG, HOWEVER, SHOWED

22   NONSPECIFIC ST/T-WAVE CHANGES, BUT WE WILL RECHECK AN EKG IN

23   THE MORNING.

24   **Q.**   LET ME ASK YOU THIS:  YOU KNOW, I WENT THROUGH THE RECORDS

25   AND I DIDN'T SEE ANY FOURTH CPK OR TROPONIN RECORD BEYOND THE

1  1.4 TROPONIN AND THE 217 THAT WAS MENTIONED PREVIOUSLY.  DO

2  YOU -- DO YOU KNOW IF YOUR RECORDS SHOW ANY INITIAL --

3  A.   I KNOW MY -- YEAH, I KNOW MY RECORDS DO NOT HAVE ANY CPK

4  ENZYME ANALYSIS.

5  Q.   OKAY.  BUT YOU ACTUALLY -- YOU AND YOUR ASSISTANT ROBERTA

6  GONZALEZ, ACTUALLY WANTED TO GET ANOTHER TROPONIN LEVEL AND A

7  CPK LEVEL; RIGHT?

8  A.   THAT WOULD BE CORRECT, ACCORDING TO THE REPORT.

9  Q.   AND IS THAT TO TRY AND FIND OUT WHAT THE ACTUAL PEAK FOR

10  THE ENZYMES WOULD BE?

11  A.   THAT WOULD BE CORRECT.

12  Q.   IF THE ADDITIONAL CPK OR -- AND TROPONIN WAS NOT DONE, IS

13  IT POSSIBLE THAT HIS TROPONIN MIGHT HAVE BEEN A LITTLE HIGHER

14  THAN THE 1.4?

15  A.   I WOULD HAVE TO GO LOOK THROUGH THESE RECORDS TO ANSWER

16  THAT QUESTION TO BE HONEST WITH YOU.

17  Q.   OKAY.  I GUESS I'M ASKING JUST HYPOTHETICALLY, IF, IN

18  FACT, THE LAST ENZYMES WAS THE ONE THAT -- THE THIRD ONES THAT

19  WERE DRAWN THAT SHOW THAT 1.4 TROPONIN AND -- AND THERE --

20  HYPOTHETICALLY THERE WASN'T A FOURTH ONE DRAWN, IS IT AT LEAST

21  POSSIBLE THAT HIS TROPONINS MIGHT HAVE BEEN A LITTLE HIGHER

22  THAN THE 1.4?

23  A.   I'D HAVE TO REVIEW.  I MEAN, I DON'T KNOW THE ANSWER TO

24  THAT QUESTION, I MEAN, OTHER THAN TO STATE WHAT I JUST STATED.

25  Q.   WHEN YOU LOOK AT THE FIRST EKG, WHICH WAS 9/6/2002, DO YOU

1    SEE ANY Q-WAVE THERE?

2    **A.**   THE -- I WOULD INTERPRET THIS EKG AS PROBABLY NORMAL.

3    THERE IS POSSIBLY A SMALL Q-WAVE IN LEAD 3, WHICH I WOULD SAY

4    IS -- WHICH NORMALLY WHEN I INTERPRET AN EKG LIKE THIS, I WOULD

5    SAY Q AND 3 PROBABLY NORMAL.

6    **Q.**   OKAY.  LET'S GO TO THE ONE ON 9/7.  IT'S THE THIRD PAGE

7    IN.  HOW WOULD YOU DESCRIBE THE Q-WAVE ON LEADS 2, 3 AND AVF ON

8    THAT ONE?  HAS IT GROWN A LITTLE BIT?

9    **A.**   I WOULDN'T COMMENT ON THEM IF I WAS READING THIS.  AND

10   ACTUALLY, I DID READ THIS EKG AND DIDN'T COMMENT ON IT THEN.

11   THIS IS 9/7 AT 07:57:53?

12   **Q.**   YES.

13   **A.**   YES, I WOULD READ IT EXACTLY LIKE I READ IT.

14   **Q.**   OKAY.  LET ME GO BACK TO 9/11/2002.  DO YOU SEE A Q-WAVE

15   THERE?

16   **A.**   OKAY.  ON THIS EKG HE HAS A -- I WOULD INTERPRET THIS EKG

17   AS SMALL Q-WAVES IN LEAD 3 AND AVF, NONDIAGNOSTIC, CONSIDER

18   INFERIOR MI PATTERN.

19   **Q.**   SO DO YOU SEE -- SO YOU DO SEE A BIGGER Q-WAVE ON -- ON

20   9/11; IS THAT RIGHT?

21   **A.**   ON 9/11 THERE IS A MORE PROMINENT Q-WAVE IN LEAD 3 AND A

22   SMALL Q-WAVE IN LEAD AVF.

23   **Q.**   OKAY.  AND JUST SO WE UNDERSTAND, WHEN YOU DO LOOK AT IT

24   AS A CARDIOLOGIST, ARE YOU LOOKING AT THE WIDTH OF THE Q-WAVE?

25   **A.**   THAT WOULD BE THE WIDTH, ALSO THE DEPTH, BUT MOSTLY THE

1   WIDTH, YES, SIR.

2   **Q.**   AND WHY -- WHY, WHY DON'T YOU EXPLAIN TO THE JURY WHAT IT

3   IS ABOUT THE WIDTH AND THE DEPTH THAT'S IMPORTANT.

4   **A.**   WELL, JUST AS IMPLIED ON THE EKG PREVIOUSLY, THOSE ARE

5   REALLY NOT Q-WAVES AND THAT'S WHAT ARE NON -- A LOT OF -- EKG

6   IS NOT TOTALLY A HUNDRED PERCENT SPECIFIC ALL THE TIME, AND

7   WHEN YOU HAVE SMALL LITTLE BLIPS CALLED Q-WAVES, THEY CAN BE

8   VERY NONSPECIFIC AND NOT MEAN ANYTHING.  HIS EKG THE DAY BEFORE

9   REALLY HAD SMALL LITTLE BLIPS THAT I WOULDN'T EVEN COMMENT ON.

10  SO THE LARGER THE Q-WAVE AND THE MORE PROMINENT, THE MORE

11  LIKELY IT IS TO BE A PATHOLOGIC FINDING.

12  **Q.**   NOW, THE 9/11 EKG, IS THE Q-WAVE LIGHTER AND HAVE MORE

13  DEPTH THAN -- THAN THE PREVIOUS TWO FROM 9/6 AND 9/7?

14  **A.**   THE Q-WAVE IS MORE PROMINENT ON THE EKG FROM -- ON 9/11/02

15  AND I WOULD INTERPRET IT LIKE I JUST DID.

16  **Q.**   DO TROPONINS TYPICALLY GO UP AS YOU -- AS YOU DRAW THE

17  ENZYMES OVER TIME AFTER A HEART ATTACK?

18  **A.**   OKAY, OVER -- OVER A PERIOD OF TIME, THEY PEAK AND THEN

19  THEY FALL.

20  **Q.**   OKAY.  BUT I MEAN, WHEN YOU FIRST DREW THEM, THEY WERE

21  LOWER THAN THE 1.4; IS THAT RIGHT?

22  **A.**   THAT'S CORRECT.  WHEN -- THE INITIAL TROPONIN ENZYME WAS

23  LOWER THAN THAT.

24  **Q.**   AND THE CPK WAS LOWER THAN THE 217; CORRECT?

25  **A.**   INITIALLY, CORRECT.

1    Q.   NOW, WITH REGARD TO THE -- THE Q-WAVE ON THIS SERIES OF

2    EKG'S, DOES IT APPEAR THAT FROM 9/6 TO 9/7 AND THEN EVENTUALLY

3    9/11 THAT THE Q-WAVE DID GET QUITE -- PROGRESSIVE?

4    A.   I WOULD INTERPRET THESE SERIES OF EKG'S AS INITIAL EKG

5    BEING -- A SMALL NONDIAGNOSTIC Q-WAVE IN LEAD 3 AS THE INITIAL

6    EKG, 9/6/02, 1:54:59.  THE LAST EKG THAT I HAVE IS 9/11/02 AT

7    04:12:43 A.M., AND I WOULD INTERPRET THIS EKG AS SMALL INFERIOR

8    Q-WAVES IN LEADS 3 AND SADS -- F CONSIDERED INFERIOR MYOCARDIAL

9    INFARCTION PATTERN.

10   Q.   AND BY WAY, IF THERE IS A Q-WAVE ON AN EKG, WHAT PART OF

11   THE HEART DOES THAT TYPICALLY ALIGN WITH IN TERMS OF -- OF ANY

12   TYPE OF DAMAGE TO THE HEART?  IS IT THE BOTTOM OF THE HEART,

13   THE SIDE OF THE HEART?

14   A.   WELL, THAT'S -- THE INTERPRETATION, LIKE I SAID, WOULD

15   HAVE BEEN AN INFERIOR, WHICH WOULD BE THE BOTTOM SIDE OF THE

16   HEART.

17   Q.   OKAY.  AND SO THERE'S -- THERE'S -- FOR EXAMPLE, OVER HERE

18   IN THE UPPER -- I'LL JUST TAKE -- LET'S SAY WHERE IT SAYS V --

19   V -- V4 OR V5, WHAT IS THAT -- WHAT PART OF THE HEART DOES THAT

20   RELATE TO?

21   A.   THE V4 AND V5 WOULD BE THE ANTERIOR LATERAL PART OF THE

22   HEART.

23   Q.   OKAY.  SO THE Q-WAVE WOULD RELATE TO THE INFERIOR PART OF

24   THE HEART; RIGHT?

25   A.   THE Q-WAVES ON HIS EKG WOULD BE CONSISTENT THE INFERIOR

1    PART OF HIS HEART.

2    **Q.**    FOR THE JURY, WHAT IS THE INFERIOR PART OF YOUR HEART?

3    **A.**    THAT WOULD BE THE BOTTOM PART OF THE HEART.

4    **Q.**    LET'S GO TO EXHIBIT 7, IS IT?

5    **A.**    OKAY.

6    **Q.**    LET'S GO TO EXHIBIT 7 AND ASK YOU TO TELL THE JURORS WHAT

7    EXHIBIT 7 IS.

8    **A.**    OKAY.  THIS IS A BLOOD REPORT OF THE CARDIAC ENZYMES FROM

9    9/7/02 ON MR. BARNETT, AND THEY'RE IN SERIES SO THE 9/7 --

10   OKAY, 9/6 -- ACTUALLY GOING FROM LEFT TO RIGHT WOULD BE BACKED.

11   WE GO FROM -- RIGHT TO LEFT WOULD BE PROGRESSION IN TIME, I

12   THINK, HERE

13   **Q.**    WELL, I'M JUST GOING TO ASK YOU THIS:  UNDER -- UNDER

14   TROPONIN, IT DOES SAY THAT -- THAT AT ONE POINT, THE TROPONIN

15   WAS 1.40; IS THAT RIGHT?

16   **A.**    THE TROPONIN, YEAH, WAS 1.4, THAT'S CORRECT.

17   **Q.**    JUST SO WE UNDERSTAND, LAY PEOPLE UNDERSTAND, N IF YOU

18   HAVE TROPONIN AT 1.4, WHAT DOES THAT MEAN IN TERMS OF A HEART

19   ATTACK?

20   **A.**    IT IS CONSISTENT WITH THE DEATH OF MYOCARDIAL CELLS.  IT'S

21   A VERY SMALL AMOUNT.

22   **Q.**    BUT THERE IS A HEART ATTACK THERE?

23   **A.**    THAT WOULD BE -- IN THE CONTEXT OF MR. BARNETT, THIS IS

24   CONSISTENT WITH A NON Q-WAVE MYOCARDIAL INFARCTION JUST LIKE IT

25   WAS DIAGNOSED IN HIS EVALUATION.

1   Q.    NOW, WHAT DOES THE -- WHAT IS THE -- THE C KEY MB -- CKMB
2   REFER TO?
3   A.    THAT IS ANOTHER CARDIAC ENZYME MARKER OF -- OF MYOCARDIAL
4   DAMAGE.
5   Q.    OH, OKAY.
6   A.    IN A PREVIOUS QUESTION YOU ASKED ABOUT THE ENZYMES.  THE
7   ENZYMES WERE DRAWN.  THERE'S ONE, TWO, THREE, FOUR, FIVE SETS
8   OF ENZYMES.
9   Q.    I SEE.
10  A.    SO THERE WERE FIVE DONE, NOT THREE OR FOUR.
11  Q.    OKAY.  THERE WAS FIVE -- THERE WAS FIVE OR FOUR?
12  A.    THERE WERE FIVE, NOT -- NOT THREE AND NOT FOUR BUT FIVE.
13  Q.    SO THE CKMB OF 21.1, WHAT DOES THAT MEAN TO YOU?
14  A.    OKAY.  THAT WOULD BE ON THE ENZYME 040, RIGHT?
15  Q.    YEAH.
16  A.    THE TOTAL CPK WAS 288 WITH A CPK PORTION OF THAT 21, WHICH
17  IS 7.3 PERCENT, WHICH IS CONSISTENT WITH MYOCARDIAL DAMAGE.
18  Q.    NOW, NUMBER 8, THERE, THERE'S SOME PROGRESS NOTES; IS THAT
19  RIGHT?
20  A.    RIGHT.
21  Q.    FOR THE JURY WHAT'S A PROGRESS NOTE?
22  A.    IT'S AN OFFICIAL NOTE IN THE HOSPITAL CHART THAT DOCTORS
23  WRITE ON TO DESCRIBE THEIR FINDING AND ASSESSMENT.
24  Q.    OKAY.  NOW, DID YOU WRITE ONE OF THOSE PROGRESS NOTES?
25  A.    YES, SIR.

1    **Q.**    WHICH ONE DID YOU WRITE?

2    **A.**    THE, SECOND ONE TOO BOTTOM HALF OF THE PAGE.

3    **Q.**    CAN YOU READ YOUR PROGRESS NOTE INTO THE RECORD BECAUSE --

4    **A.**    OKAY.  IT SAYS 9/6/02, 6:00 P.M., ASSESSMENT NUMBER 1, NON

5    Q-WAVE MYOCARDIAL INFARCTION.  RECOMMENDATION, ASPIRIN,

6    LOVENOX, METROPROLOL, NITROGLYCERINE AS NEEDED.  CATH MONDAY.

7    PATIENT UNDERSTANDS RISK AS ONE -- WITH REGARDS TO THE CATH AS

8    ONE IN A THOUSAND DEATHS, 1 IN 500 CVA, MI, ARRHYTHMIA, DYE

9    REACTION, VESSEL INJURY, RISK OF PTCA/STENT AT 1 PERCENT DEATH,

10   2 TO 3 PERCENT RISK OF MI AND POSSIBLE EMERGENT CABG.

11   **Q.**    LET ME SHOW YOU EXHIBIT 10.  DOES THIS APPEAR TO BE YOUR

12   PROGRESS NOTE FROM 9/7?

13   **A.**    CORRECT.  THAT -- THE TOP PART OF THIS PAPER IS MY

14   PROGRESS NOTE, 9/7.

15   **Q.**    COULD YOU READ THAT INTO THE RECORD, PLEASE.

16   **A.**    NO ANGINA.  HEART RATE WOULD BE 55.  BLOOD PRESSURE

17   110/60.  CHEST CLEAR.  CARDIAC, NO MURMUR.  CPK 288.  EKG,

18   NORMAL.  ASSESSMENT, NON Q-WAVE MI.  NO RECURRENT ANGINA.  PLAN

19   FOR CATH MONDAY.  RISK AS PRESCRIBED PREVIOUSLY.

20   **Q.**    LET'S GET TO THE NEXT EXHIBIT, WHICH WOULD BE 11.  HERE,

21   DOCTOR.  IS THAT YOUR NOTE AT THE BOTTOM?

22   **A.**    YES, SIR.

23   **Q.**    OKAY.  THAT'S 9/8?

24   **A.**    YES, SIR.

25   **Q.**    CAN YOU READ THAT INTO THE RECORD, PLEASE.

1000

1   **A.**   NO ANGINA.  ONLY NECK PAIN.  HEART RATE 60.  BLOOD

2   PRESSURE 110/60.  NECK, NO JVD.  CHEST, CLEAR.  CARDIAC,

3   REGULAR AND NO MURMUR.  EXTREMITIES, NO EDEMA.  PEAK CPK 288.

4   ASSESSMENT AND PLAN, NON Q-WAVE MI.  NO ANGINA.  FOR CATH IN

5   A.M.  PATIENT UNDERSTANDS RISK AS ONE IN A THOUSAND DEATH, 1 IN

6   500 CVA, MI, ARRHYTHMIA DYE REACTION, VESSEL INJURY.  RISK OF

7   PTCA/STENT AT ONE PERCENT DEATH, TWO TO THREE PERCENT ACUTE MI

8   AND POSSIBLE EMERGENT CABG.

9   **Q.**   OKAY.  WHAT'S A CABG?

10  **A.**   CORONARY ARTERY BYPASS GRAFT.

11  **Q.**   SO THAT'S A BYPASS SURGERY?

12  **A.**   YES, SIR.

13  **Q.**   OKAY.  LET'S GO TO EXHIBIT NUMBER 12.  NUMBER 12 APPEARS

14  TO BE YOUR NOTE AS WELL; RIGHT?

15  **A.**   YES, SIR.

16  **Q.**   AND THE DATE OF IT IS 9/9/02?

17  **A.**   LOOKS LIKE 8:00 A.M., YES, SIR.

18  **Q.**   CAN YOU READ THAT ONE SLOWLY INTO THE RECORD FOR TERRI?

19  **A.**   YES, SIR.  THIS IS THE NOTE OF THE CATH RESULTS.  FOR THE

20  CATH RESULTS.

21  **Q.**   FIRST OF ALL, YOU DID WHAT THEY CALL AS A CARDIAC

22  CATHETERIZATION?

23  **A.**   YES, SIR.

24  **Q.**   ON WHAT DAY?

25  **A.**   9/9/02.

1    Q.    AND TELL THE JURY WHAT A CARDIAC CATHETERIZATION IS.

2    A.    THAT'S A TEST WHERE WE SLIDE TUBES FROM THE GROIN UP INTO

3    THE HEART AND INJECT CONTRAST DYE INTO THE BLOOD VESSELS OF THE

4    HEART AND FEED BLOOD TO THE HEART AND ASSESS FOR BLOCKAGE.

5    Q.    AND BLOCKAGE IS -- IS -- YOU'LL GIVE A PERCENTAGE OF THE

6    BLOCKAGE; IS THAT RIGHT?

7    A.    YES, SIR, WE GIVE --

8    Q.    WE'LL COME TO THAT.

9    A.    YES, SIR.

10   Q.    COULD YOU READ INTO THE RECORD WHAT YOU SAY IN YOUR

11   HANDWRITING ON 9/9/02 ON EXHIBIT 12.

12   A.    CATH WITHOUT COMPLICATION.  LVEF APPROXIMATELY 50 PERCENT.

13   LVEDP 16.  LEFT MAIN, 50 PERCENT DISTAL.  LAD, MILD PROXIMAL

14   IRREGULARITIES, MID VESSEL 80 PERCENT.  D1 SMALL 80 PERCENT.

15   D2 MODERATE, MILD IRREGULARITIES.  CIRCUMFLEX, SMALL DIFFUSE,

16   HIGH-GRADE DISEASE.  RAMUS, LARGE, PROXIMAL 80 PERCENT LESION.

17   RCA HUNDRED PERCENT PDA WITH COLLATERALS.  POSTEROLATERAL

18   BRANCH 80 PERCENT.  RECOMMENDATION, CABG.

19   Q.    NOW, JUST TO GO THROUGH THAT, THE FIRST VESSEL IS BLOCKED

20   50 PERCENT?

21   A.    THE LEFT MAIN CORONARY WAS 50 PERCENT STENOSED, OR

22   BLOCKED.

23   Q.    AND THE LAD WAS BLOCKED 80 PERCENT?

24   A.    YES, SIR.

25   Q.    IN ONE PORTION OF IT; RIGHT?  WHAT PORTION WAS THAT?  MID

1    VESSEL?

2    **A.**   OKAY.  MID VESSEL HAD 80 PERCENT STENOSIS.

3    **Q.**   AND THEN WHAT IS THE D1?

4    **A.**   FIRST DIAGONAL.  IT'S A BRANCH OFF THE LAD.

5    **Q.**   IT'S A SMALL VESSEL?

6    **A.**   THE FIRST DIAGONAL WAS LISTED AS SMALL, 80 PERCENT

7    BLOCK -- LESION BLOCK DAMAGE.

8    **Q.**   AND WHAT'S THE D2?

9    **A.**   THAT'S THE SECOND DIAGONAL.

10   **Q.**   AND THAT HAD A MODERATE --

11   **A.**   WELL, WHAT THAT MEANT IS THERE WAS A MODERATE SIZED VESSEL

12   WITH MILD IRREGULARITIES.

13   **Q.**   AND THE CX IS THE CIRCUMFLEX?

14   **A.**   CORRECT.

15   **Q.**   AND WHAT SO YOU'RE SAYING THERE IS A SMALL DIFFUSE

16   HIGH-GRADE -- IS THAT ATHEROSCLEROTIC DISEASE?

17   **A.**   YES, SIR.

18   **Q.**   AND THE RAMUS HAD 80 PERCENT BLOCKAGE; RIGHT?

19   **A.**   YES, SIR.

20   **Q.**   NOW, THIS PDA --

21   **A.**   YES, SIR.

22   **Q.**   -- HAD A HUNDRED PERCENT -- IT WAS -- IT WAS OCCLUDED;

23   RIGHT?

24   **A.**   YES, SIR.

25   **Q.**   AND, WELL, WE'LL COME TO THAT IN A SECOND HERE AND WHAT

1   WAS THIS LAST THING DOWN AT THE BOTTOM, THE ONE BELOW -- THE

2   ONE BELOW?

3   **A.**   OH, POSTEROLATERAL?

4   **Q.**   POST WHAT?

5   **A.**   IT'S CALLED A POSTEROLATERAL BRANCH, ANOTHER BRANCH OF THE

6   RIGHT CORONARY ARTERY.

7   **Q.**   POSTERIOR -- IS IT POSTERIOR LATERAL?

8   **A.**   POSTEROLATERAL.  UH-HUH (AFFIRMATIVE RESPONSE).

9   **Q.**   OKAY.  OKAY.  NEXT EXHIBIT 13.  WHAT IS 13 FOR THE JURY?

10  **A.**   THIS IS MY OFFICIAL DICTATED HEART CATHETERIZATION REPORT

11  ON MR. BARNETT.

12  **Q.**   OKAY.  AND THIS WAS DONE ON 9/9/2002, RIGHT?

13  **A.**   YES, SIR.

14  **Q.**   OKAY.  COULD YOU SLOWLY READ THAT INTO THE RECORD FOR

15  TERRI.

16  **A.**   YES, SIR.  AORTIC PRESSURE 110/60, MEAN 75.  LV PRESSURE

17  110/16.  LEFT VENTRICULOGRAM, MID INFERIOR DIAPHRAGMATIC

18  HYPOKINESIS.  EJECTION FRACTION APPROXIMATELY 50 PERCENT.

19  **Q.**   CAN WE STOP THERE.

20  **A.**   YES, SIR.

21  **Q.**   WHAT IS A VENTRICULOGRAM?

22  **A.**   THAT'S WHEN WE STICK THE TUBES INSIDE THE PUMPING CHAMBER

23  OF THE HEART, INJECT DYE AND WATCH THE HEART MUSCLE PUMP TO

24  ASSESS THE CONTRACTILITY OR THE ABILITY OF THE HEART TO PUMP

25  BLOOD.

1004

1  **Q.**   AND YOU TOLD US PREVIOUSLY THAT THE INFERIOR PART OF THE

2  HEART IS THE BOTTOM PART OF THE HEART?

3  **A.**   CORRECT.

4  **Q.**   SO WHEN YOU SAY THERE IS INFERIOR DIAPHRAGMATIC

5  HYPOKINESIS, WHAT DO YOU MEAN?

6  **A.**   IT'S NOT CONTRACTING AS STRONG AS IT SHOULD, SO WHAT HAS

7  HAPPENED, IF I MAY INTERPRET ALL OF THIS.

8  **Q.**   YES.

9  **A.**   MR. BARNETT CLOSED HIS PDA, WHICH IS POSTERIOR DESCENDING

10 ARTERY GOING TO THE BOTTOM OF THE HEART.  HE HAD A MILD HEART

11 ATTACK AS EVIDENCED BY HIS CPK ENZYME RISE OF 228, AND HIS PVA

12 WAS CLOSED.  HIS INFERIOR PART OF HIS HEART HAD A MILD AMOUNT

13 OF DAMAGE AND WAS HYPOKINETIC.

14 **Q.**   AND HYPOKINETIC FOR THE JURY, WHAT DOES THAT MEAN?

15 **A.**   DIDN'T PUMP QUITE AS STRONG AS IT SHOULD.

16 **Q.**   SO IN OTHER WORDS, THERE WAS SOME THE DAMAGE TO THE

17 INFERIOR PART OF THE HEART?

18 **A.**   THAT'S CORRECT.

19 **Q.**   MAYBE YOU CAN EXPLAIN IT.  DEFINE IN TERMS OF HEART DAMAGE

20 WHAT INFERIOR HYPOKINESIS IS?

21 **A.**   IT MEANS THE BOTTOM SIDE OF THE HEART IS NOT PUMPING AS

22 STRONG AS IT SHOULD BECAUSE THERE'S BEEN DAMAGE FROM A SMALL

23 HEART ATTACK.

24 **Q.**   OKAY.  AND THAT HEART ATTACK, FROM WHAT YOU'VE OBSERVED

25 WAS DUE TO THIS OCCLUSION ON THE ADJACENT VESSEL WHICH WAS THE

1    PDA; IS THAT RIGHT?

2    **A.**   IT WAS A RESULT OF CLOSURE OF THE PDA, OR POSTERIOR

3    DESCENDING ARTERY OF THE HEART.

4    **Q.**   OKAY.  WHEN YOU SAY CLOSURE, IS THAT TYPICALLY DUE TO A

5    THROMBUS AT THAT LOCATION?

6    **A.**   MOST HEART ATTACKS, AS WELL KNOWN, ARE USUALLY CAUSED BY

7    PLAQUE RUPTURE WITH THROMBUS FORMATION.

8    **Q.**   AND WHY DON'T YOU DESCRIBE WHAT -- WHAT -- FOR THE JURY

9    WHAT THAT MEANS, PLAQUE RUPTURE WITH A THROMBUS FORMATION.

10   **A.**   THE CORONARY ARTERIES OVER TIME DEVELOP ATHEROSCLEROSIS,

11   OR -- OR PLAQUING IN THE VESSELS.  IT'S VERY CONSISTENT THE

12   CHOLESTEROL AND OTHER THINGS.  MOST PLAQUES ARE SMOOTH AND

13   COVERED, BUT WHAT CAN HAPPEN IS WITH -- IN MOST HEART ATTACKS

14   IS THIS PLAQUE RUPTURES, FISSURES, CRACKS, EXPOSING THE INSIDE

15   OF THE PLAQUE TO THE SURROUNDING BLOODSTREAM AND AS A RESULT A

16   THROMBUS OR BLOOD CLOT WANTS TO FORM ON TOP OF THE FISSURE OR

17   CRACK OF THE PLAQUE.

18   **Q.**   AND THEN THAT CAUSES AN OCCLUSION?

19   **A.**   AND THAT CAUSES THE VESSEL TO CLOSE, BE OCCLUDED.

20   **Q.**   AND DO YOU BELIEVE THAT'S WHAT HAPPENED HERE?

21   **A.**   YES, SIR.

22   **Q.**   AND FOR THE JURY, PLEASE, DESCRIBE WHAT A THROMBUS IS,

23   ACTUALLY.

24   **A.**   THROMBUS IS -- I ALWAYS TELL MY PATIENTS IT'S JUST LIKE IF

25   YOU CUT YOURSELF AND YOU WATCH YOUR -- THE BLOOD CLOT ON YOUR

1    HAND, THE SAME THING HAPPENS INSIDE THE BLOOD VESSEL.  IT'S A

2    CLOTTING CASCADE THAT EFFECTS INSIDE THE BLOOD VESSEL.

3    **Q.**   BUT -- BUT PUT IT THIS WAY, THAT -- IN YOUR OPINION,

4    THAT'S WHAT HAPPENED HERE?

5    **A.**   I THINK HIS CLINICALLY SITUATION IS ONE OF DIFFUSE

6    ATHEROSCLEROSIS WITH PROBABLE PLAQUE RUPTURE, THROMBUS

7    FORMATION AND MYOCARDIAL INFARCTION.

8    **Q.**   OKAY.  CAN YOU READ THE CONCLUSIONS.  WELL, YOU KNOW,

9    MAYBE WE BETTER -- WHERE DID WE LEAVE OFF HERE?  WE -- OKAY.

10   WHY DON'T WE -- WHY DON'T YOU READ UNDER THE SECTION CALLED

11   LEFT MAIN.

12   **A.**   OKAY.  THIS -- THAT -- OKAY.  LEFT MAIN --

13   **Q.**   WE'RE STILL ON EXHIBIT 13; RIGHT, DOCTOR?

14   **A.**   YES, SIR.  LEFT MAIN, A 50 PERCENT ECCENTRIC DISTAL

15   LESION.  LAD, MILD --

16   **Q.**   WHAT THAT 50 PERCENT ECCENTRIC?

17   **A.**   THAT MEANS THE LUMEN OF THE LEFT MAIN BLOOD VESSEL IS

18   NARROWED 50 PERCENT ECCENTRICALLY, MEANING IT'S TO ONE SIDE OF

19   THE BLOOD VESSEL.

20   **Q.**   AND THAT'S DUE TO -- TO THE BUILDUP OF THE

21   ATHEROSCLEROSIS?

22   **A.**   YES, SIR.

23   **Q.**   AND THEN THE -- WHAT ABOUT THE -- READ WHAT YOU SAY ABOUT

24   THE LAD.  WHAT IS THE LAD?

25   **A.**   THE LEFT ANTERIOR DESCENDING BRANCH RISING OFF OF THE LEFT

1    MAIN TRUNCUS.

2    **Q.**   WHAT DO YOU SAY THERE?

3    **A.**   MILD PROXIMAL IRREGULARITIES.  THE FIRST DIAGONAL IS A

4    MODERATELY LARGE VESSEL WITH MILD IRREGULARITIES.  THE MID LAD

5    AS TUBULAR 70 TO 80 PERCENT NARROWING.  THERE IS A MORE

6    PROXIMAL DIAGONAL BRANCH WHICH IS SMALL WITH TUBULAR 80 PERCENT

7    NARROWING.

8    **Q.**   NOW, READ WHAT YOU SAID.

9    **A.**   RAMUS INTERMEDIUS IS A LARGE VESSEL WITH TUBULAR PROXIMAL

10   80 PERCENT NARROWING.

11   **Q.**   AND BY -- BY THIS 80 PERCENT NARROWING, YOU'RE TALKING

12   ABOUT ATHEROSCLEROTIC DISEASE; RIGHT?

13   **A.**   YES, SIR.

14   **Q.**   AND THEN WHAT DO YOU SAY ABOUT THE CIRCUMFLEX?

15   **A.**   RELATIVELY SMALL VESSEL.  THERE IS TUBULAR PROXIMAL 70 TO

16   80 PERCENT NARROWING.

17   **Q.**   THAT'S DUE TO THAT --

18   **A.**   ATHEROSCLEROTIC PLAQUE.

19   **Q.**   THEN GO ON.

20   **A.**   THE ONLY OBTUSE MARGINAL BRANCH OFF OF THE CIRCUMFLEX IS

21   SMALL -- IS A SMALL VESSEL WITH DIFFUSE HIGH-GRADE DISEASE.

22   **Q.**   OKAY.  CAN YOU READ WHAT YOU SAY ABOUT THE R -- WHAT IS

23   THE RCA?

24   **A.**   OKAY.RIGHT CORONARY ARTERY, DOMINANT VESSEL -- IN THE MID

25   VESSEL THERE ARE DIFFUSE IRREGULARITIES.  DISTALLY AT THE

1    BIFURCATION THE PDA IS TOTALLY OCCLUDED.  THE POSTEROLATERAL

2    BRANCH, A MODERATE SIZE -- IS A MODERATE SIZED VESSEL WITH AN

3    80 PERCENT PROXIMAL LESION.  THE PDA RECEIVES COLLATERAL

4    FILLING FROM THE LEFT CORONARY ARTERY.

5    **Q.**   THE FACT THAT THE PDA RECEIVES ITS COLLATERAL FILLING,

6    DOES THAT HELP SORT OF REDUCE THE -- THE HEART ATTACK SIZE?

7    **A.**   IN GENERAL, IT'S FELT THAT COLLATERALIZATION DOES IMPROVE

8    BLOOD FLOW THROUGH THE FILLING FROM OTHER BLOOD VESSELS AND CAN

9    LIMIT THE AMOUNT OF DAMAGE THAT OCCURS FROM A HEART ATTACK.

10   **Q.**   AND SO THAT IN THIS -- IN THIS CASE, YOU FOUND THAT THERE

11   WERE COLLATERALS FILLING FROM THE LEFT CORONARY ARTERY TO THE

12   PDA; IS THAT RIGHT?

13   **A.**   THAT'S CORRECT.

14   **Q.**   AND THE PDA IS THE POSTERIOR DESCENDING ARTERY?

15   **A.**   YES, SIR.

16   **Q.**   WHAT IS THE SIGNIFICANCE OF THE COLLATERAL FILLING FROM

17   THE LEFT CORONARY ARTERY TO THE PDA?

18   **A.**   COLLATERAL BLOOD VESSELS ARE BLOOD VESSELS THAT PICK UP

19   THE -- THAT HELP TO IMPROVE BLOOD FLOW TO AN AREA OF THE HEART

20   WHEN THE -- WE WILL CALL ANTEGRADE FILLING IS COMPROMISED AND

21   COLLATERAL BLOOD VESSELS CAN REDUCE THE SIZE OF A HEART ATTACK.

22   **Q.**   OKAY.  AND WHY?

23   **A.**   BECAUSE THEY ALLOW FILLING TO THAT AREA OF THE HEART

24   THROUGH A DIFFERENT DIRECTION.

25   **Q.**   AND YOU BELIEVE THAT THAT WAS AT WORK HERE?

1   A.   OKAY.  MY OPINION ON THAT IS THE PDA -- THE -- WELL, TO

2   ANSWER THAT QUESTION, I REALLY NEED TO LOOK AT THE FILMS, TO BE

3   HONEST WITH YOU, BUT THE PDA GENERALLY IS NOT A HUGE VESSEL.

4   I'M NOT SURE THE SIZE OF IT IN MR. BARNETT.  IF A SMALL --

5   BLOOD VESSELS ARE LIKE TREES.  IF YOU -- IF YOU CLOSE A SMALL

6   BRANCH, THEN IT'S GOING TO BE A SMALL HEART ATTACK, SO IT

7   DEPENDS ON THE SIZE OF THE BLOOD VESSEL.  IF YOU HAVE A PICTURE

8   THERE --

9   Q.   AND, SO I'M ALSO GOING TO GIVE YOU NUMBER 15, WHICH IS HAS

10  GOT THE FRAME NUMBER ON IT 25-79 AND 26-79.  DO YOU SEE ON

11  NUMBER 15 A VIEW OF THE AREA WHERE THE -- THE RIGHT CORONARY

12  ARTERY COMES OFF TO THE PDA?

13  A.   YES, SIR.

14  Q.   AND DO YOU SEE THE AREA OF THE OCCLUSION ON EXHIBIT 15?

15  A.   YES, SIR.

16  Q.   WHY DON'T YOU DESCRIBE FOR THE RECORD WHAT -- WHAT

17  EXHIBIT 15 SHOWS.  AND REFER TO WHICH FRAME YOU'RE REFERRING

18  TO, FOR EXAMPLE --

19  A.   LOOKING AT 25-79, IT'S A -- IT'S AN INJECTION OF THE RIGHT

20  CORONARY ARTERY.  THE PDA VESSEL IN QUESTION WE'RE DISCUSSING

21  CAN OBVIOUSLY BE -- IS SHOWN TO BE TOTALLY OCCLUDED RIGHT ITS

22  ORIGIN.

23        FRAME NUMBER 57-72 IS AN INJECTION OF THE LEFT

24  CORONARY ARTERY WHICH SHOWS THE COLLATERALIZATION TO THE PDA

25  WHICH WE HAVE BEEN DISCUSSING.  OKAY.

1   **Q.**   WHAT DO YOU SEE?

2   **A.**   I SEE THE COLLATERAL FLOW TO THE PDA.

3   **Q.**   OKAY.  SO BASICALLY ARE YOU SAYING THAT -- THAT

4   EXHIBIT 14, WITH BOTH VIEWS ON 14 SHOWS THE DYE COMING FROM ONE

5   SIDE AND -- AND EXHIBIT 15 HAS THE DYE COMING FROM A DIFFERENT

6   SIDE?

7   **A.**   THIS -- RIGHT.  ONCE -- CORRECT.

8   **Q.**   OKAY.  WE LOOK AT EXHIBIT 14 AND VIEW NINE -- OR FRAME

9   9/72?

10  **A.**   YES, SIR.

11  **Q.**   IN THE LEFT BOTTOM OF -- OF THE PICTURE, WE SEE LIKE A

12  BLACK AREA THERE.  SEE WHERE I'M POINTING RIGHT THERE?

13  **A.**   YES, SIR.

14  **Q.**   AND WHAT DOES THAT APPEAR TO BE?

15  **A.**   THAT APPEARS TO BE DYE HANGING UP CONSISTENT WITH THE FACT

16  THAT THE PATIENT'S PDA OR POSTERIOR DESCENDING ARTERY WAS

17  CLOSED.

18  **Q.**   WHY DON'T YOU SORT OF EXPLAIN TO THE JURY, WHY DYE WOULD

19  HANG UP IF -- IN THAT LOCATION IF THE PDA WAS CLOSED?

20  **A.**   WHAT HAPPENS IS A BLOOD VESSEL CLOSES AND THE BLOOD FLOW

21  THROUGH THAT AREA IS STOPPED ESSENTIALLY.  AND WHEN DYE GOES

22  DOWN THERE, IT JUST GOES AND SITS IN THE AREA OF THE CLOSURE.

23  **Q.**   AND IS -- IS DYE HANGING UP ONE OF THE INDICIA OF A -- OF

24  A POTENTIAL THROMBUS.

25  **A.**   MAJORITY OF HEART ATTACKS ARE RELATED TO THROMBUS

DAILY COPY

1  FORMATION, AND -- AND THE MAJORITY OF THE -- MAJORITY OF HEART
2  ATTACKS HAVE -- WHEN YOU TAKE ANGIOGRAMS DO HAVE SOME ELEMENT
3  OF DYE THAT'S -- THAT HANGS UP, TEND TO HANG UP BECAUSE THE
4  FLOW IS SO POOR BECAUSE THERE'S -- THE VESSEL IS CLOSED.
5  Q.   CAN YOU TELL THE JURY WHAT EXHIBIT 16 IS.
6  A.   THIS IS THE HANDWRITTEN DIAGRAM OF -- THAT I USED TO SHOW
7  THE PATIENT AND THE FAMILY AFTER WE'VE PERFORMED A CARDIAC --
8  CARDIAC CATHETERIZATION OR CORONARY ANGIOGRAM TO GIVE THEM AN
9  IDEA OF WHAT WAS FOUND.
10 Q.   AND DID YOU PUT A MARK ON THE PDA WHERE THE CLOT OR
11 THROMBUS WAS?
12 A.   THE PDA IS MARKED AS A HUNDRED PERCENT OCCLUDED.
13 Q.   DID YOU PUT SOME KIND OF MARK IN THE AREA WHERE YOU
14 BELIEVE THE THROMBUS FORMED?
15 A.   THE -- I DREW -- THE AREA ALMOST LOOKS LIKE THIS REAL
16 PHOTOGRAPH HERE OF WHERE THE PDA IS CLOSED.
17 Q.   SO YOU ACTUALLY DREW IT IN THE AREA RIGHT WHERE THE -- THE
18 PDA COMES OFF OF THE RIGHT CORONARY ARTERY; RIGHT?  NOW, ALSO,
19 WITH THE HEART, YOU -- THERE'S SOME SORT OF LITTLE HAND DRAWING
20 DOWN THERE.
21 A.   THOSE -- THOSE LITTLE SQUIGGLY THINGS ARE THE -- MY
22 ATTEMPT OF JUST RELAYING -- RELATING TO THE PATIENT THAT THIS
23 IS A COLLATERALIZED BLOOD VESSEL.
24 Q.   COLLATERALIZED.  AND I KNOW IT DOESN'T SHOW ON THIS
25 DRAWING, EXHIBIT 16, BUT IS THE INFERIOR WALL OF THE -- OF THE

1012

1    HEART, IN OTHER WORDS, THE BOTTOM OF THE HEART ADJACENT TO THIS

2    PDA VESSEL?

3    **A.**    THE PDA -- THAT'S CORRECT, THE PDA SUPPLIES THE INFERIOR

4    WALL OF THE HEART.  THAT'S MARKED.

5    **Q.**    IS THIS -- IS THIS SUPPOSED TO BE THE HEART HERE.  WHERE

6    IS THE HEART?  IS IT ON HERE?

7    **A.**    THAT'S THE HEART.  AND MAYBE I -- I'LL TELL YOU LIKE I

8    TELL ALL MY PATIENTS:  THE HEART'S A PUMP.  IT PUMPS THE BLOOD.

9    BUT IT HAS TO HAVE ITS OWN BLOOD AND GETS IT'S THROUGH THE

10   BLOOD VESSEL.  AND THIS IS THE DIAGRAM OF THE BLOOD VESSELS

11   THAT FEED BLOOD TO THE HEART MUSCLE SO IT'S ABLE TO DO ITS JOB

12   OF PUMPING BLOOD.  THESE BLOOD VESSELS SIT ON TOP OF THE HEART,

13   AND THEY FEED BLOOD INTO THE HEART TISSUE.

14   **Q.**    AND THE -- THE PDA --

15   **A.**    CORRECT.

16   **Q.**    -- FEEDS BLOOD INTO THE --

17   **A.**    YES, SIR.

18   **Q.**    -- INFERIOR PART OF THE HEART; RIGHT?

19   **A.**    YES, SIR.

20   **Q.**    AND THAT INFERIOR PART IS THE AREA WHERE YOU FOUND THAT

21   HYPERKINESIS?

22   **A.**    THAT'S CORRECT.

23   **Q.**    CAN YOU TELL US WHAT EXHIBIT 17 IS?

24   **A.**    OKAY.  THIS IS THE -- HOLD ON ONE SECOND.  YEAH.  THIS IS

25   THE OFFICIAL TYPED OPERATIVE REPORT OF MR. BARNETT'S CORONARY

1  ARTERY BYPASS GRAFTING AS PERFORMED BY -- PERFORMED BY DR. CURT
2  BRYAN.
3  Q.   SO WHO IS DR. CURTIS BRYAN?
4  A.   CARDIOTHORACIC SURGEON THAT PERFORMED THE CORONARY BYPASS
5  GRAFT IN MR. BARNETT.
6  Q.   AND HE DID THAT, THAT BYPASS SURGERY, ON 9/10/2002; IS
7  THAT RIGHT?
8  A.   YES, SIR, THAT'S CORRECT.
9  Q.   AND CAN YOU READ IN THE PREOPERATIVE DIAGNOSIS INTO THE
10  RECORD, PLEASE.
11  A.   PRE-OP DIAGNOSIS NO. 1:  ATHEROSCLEROTIC CORONARY ARTERY
12  DISEASE; NO. 2, NON Q-WAVE MYOCARDIAL INFARCTION.
13  Q.   WERE THOSE THE DIAGNOSES THAT YOU FOUND FROM YOUR WORKUP
14  AND CARDIAC CATHETERIZATION?
15  A.   YES, SIR.
16  Q.   COULD YOU READ THE POSTOP DIAGNOSIS IN, PLEASE.
17  A.   OKAY.  THE POSTOP NUMBER 1 -- THESE ARE EXACTLY LIKE THE
18  PREOP.  POSTOP DIAGNOSIS 1, ATHEROSCLEROTIC CORONARY ARTERY
19  DISEASE; NUMBER 2, NON-Q WAVE MYOCARDIAL INFARCTION.
20  Q.   SO, BASICALLY, DR. BRYAN AGREED WITH YOUR PREOP DIAGNOSIS;
21  RIGHT?
22  A.   YES, SIR.
23  Q.   WHEN YOU GO DOWN TO THE BLOCKAGE THAT WAS SHOWN IN THE
24  CARDIAC CATH ON THIS DOCUMENT, HE LISTS THE BLOCKAGE THAT YOU
25  FOUND; CORRECT?

1014

1    **A.**    THAT'S CORRECT.

2    **Q.**    SO WE WON'T GO BACK INTO IT, BUT IT'S THE SAME?

3    **A.**    SAME.   SAME THING.

4    **Q.**    OKAY.   HE DESCRIBED ON PAGE 2 DETAILS OF THE OPERATION;

5    RIGHT?

6    **A.**    THAT'S CORRECT.

7    **Q.**    JUST IN LAYMEN'S TERMS, WHAT DID HE DO THERE?

8    **A.**    HE PERFORMED A FIVE WAY CORONARY ARTERY BYPASS GRAFTING TO

9    MR. BARNETT.

10   **Q.**    FIVE DIFFERENT VESSELS?

11   **A.**    FIVE, THAT'S CORRECT.

12   **Q.**    AND JUST FOR THE JURY, WHAT -- WHAT DOES THAT INVOLVE?

13   **A.**    IT INVOLVES TAKING WHAT WE CALL GRAFTS OR CONDUIT FROM THE

14   LEG, WHICH ARE VEIN, EXCISING THEM OUT OF THE LEG, TAKING

15   CONDUIT FROM THE CHEST WALL, CALLED AN ARTERY; OPENING UP THE

16   CHEST; AND SEWING THESE CONDUITS, GRAFTS, BYPASSES TO THE

17   ARTERIES THAT FEED BLOOD TO THE HEART TO SUPPLY THEM WITH BLOOD

18   FLOW.

19   **Q.**    AND THEN, OBVIOUSLY, MR. BARNETT SINCE MR. BARNETT'S STILL

20   HERE TODAY, IT WAS A GOOD RESULT; RIGHT?

21   **A.**    I WOULD -- I WOULD AGREE WITH THAT ASSESSMENT.

22   **Q.**    HE OWES DR. BRYAN AND YOU; CORRECT?

23   **A.**    NO, HE DOESN'T OWE US ANYTHING.   HE HAD -- I THINK, BUT HE

24   HAD A GOOD RESULT.

25   **Q.**    OKAY.   DOCTOR, LET ME SHOW YOU EXHIBIT NUMBER 18 AND ASK

1    YOU TO TELL THE JURY WHAT THAT IS.

2    **A.**    OKAY.  THIS IS THE DISCHARGE SUMMARY AS DICTATED BY THE

3    PHYSICIAN'S ASSISTANT FOR THE CARDIOTHORACIC TEAM OR

4    DR.  BRYAN, IN OTHER WORDS.

5    **Q.**    OKAY.  AND WHAT WAS THE DISCHARGE DIAGNOSIS?

6    **A.**    DISCHARGE DIAGNOSIS NUMBER 1, NON-Q WAVE MYOCARDIAL

7    INFARCTION; NUMBER 2, CORONARY ARTERY DISEASE; NUMBER 3,

8    HYPERLIPIDEMIA.

9    **Q.**    HYPERLIPIDEMIA IS INCREASED CHOLESTEROL?

10   **A.**    YES, SIR.

11   **Q.**    AND THEN WHY DON'T YOU READ THE SECTION UNDER PROCEDURES

12   DONE IN THE HOSPITAL?

13   **A.**    PROCEDURE NUMBER 1, "DIAGNOSTIC CORONARY CATHETERIZATION

14   PERFORMED BY DR. MARK KARAVAN ON SEPTEMBER 9, 2002, REVEALING

15   SIGNIFICANT THREE-VESSEL CORONARY ARTERY DISEASE."

16   **Q.**    AND WHEN THEY SAY "THREE-VESSEL," WHAT DOES THAT MEAN?

17   **A.**    SIGNIFICANT THREE-VESSEL CORONARY ARTERY DISEASE, IN MY

18   MIND, IS BLOCKAGE IN ALL OF THE MAJOR BLOOD VESSELS THAT LEAD

19   UP TO THE HEART.

20   **Q.**    OKAY.

21   **A.**    SIGNIFICANT.

22           NUMBER 2, "CORONARY ARTERY BYPASS GRAFTING TYPES FIVE

23   PERFORMED SEPTEMBER 9, 2002, BY DR. BRYAN, WITH THE LEFT

24   INTERNAL MAMMARY ARTERY TO THE LAD -- EXCUSE ME, TO THE LEFT

25   ANTERIOR DESCENDING CORONARY ARTERY; SAPHENOUS VEIN GRAFT TO

1  THE SECOND DIAGONAL CORONARY ARTERY, SAPHENUS VEIN GRAFT TO THE

2  RAMUS INTERMEDIUS, CORONARY ARTERY AND A" -- THIS IS BLANK, BUT

3  I CAN TELL YOU WHAT IT'S SUPPOSED TO MEAN IF YOU LIKE.

4  **Q.**  OKAY.

5  **A.**  -- "NATURAL Y GRAFT, SEQUENTIAL GRAFT, SAPHENOUS VEIN TO

6  THE PDA, OR POSTERIOR DESCENDING ARTERY -- CORONARY ARTERY, AND

7  THE LEFT VENTRICULAR BRANCH."

8  **Q.**  OKAY.  AND UNDER -- IS THAT -- HC, IS THAT "HOSPITAL

9  COURSE"?

10  **A.**  "COURSE."

11  **Q.**  CAN YOU READ THAT INTO THE RECORD?

12  **A.**  "THE PATIENT IS A 58-YEAR-OLD GENTLEMAN ADMITTED WITH A

13  NON-Q WAVE MYOCARDIAL INFARCTION WHO UNDERWENT THE

14  ABOVE-MENTIONED DIAGNOSTIC CORONARY CATHETERIZATION BY

15  DR. KARAVAN AND THEN PLACED IN CONSULTATION TO DR. BRYAN'S

16  CARDIOTHORACIC SURGERY SERVICE WHERE THE PATIENT WAS DEEMED A

17  GOOD CANDIDATE FOR REVASCULARIZATION.

18       "THE PATIENT WAS BROUGHT TO THE OPERATING ROOM ON

19  SEPTEMBER 10, 2002, AT WHICH TIME HE UNDERWENT THE

20  ABOVE-MENTIONED CORONARY ARTERY BYPASS GRAFTING TIMES FIVE.

21  POSTOPERATIVELY, HE WAS TRANSFERRED TO THE SURGICAL INTENSIVE

22  CARE UNIT IN STABLE CONDITION WHERE HE WAS LATER EXTUBATED

23  APPROXIMATELY SIX HOURS AFTER SURGERY WITHOUT DIFFICULTY.

24       "ON POSTOP DAY 1, THE PATIENT WAS OUT OF BED, INTO A

25  CHAIR, AND DOING WELL WITH" -- IT'S BLANK.  "HEMODYNAMICS WITH

1   A CARDIAC INDEX OF 4.0."

2   **Q.**   OKAY.

3   **A.**   "THE PATIENT WAS STABLE FOR TRANSFER TO THE PROGRESSIVE

4   CARE UNIT.

5          "ON POSTOP DAY, THE PATIENT "-- "DAY 2, THE PATIENT

6   CONTINUED TO PROGRESS WELL.  HIS PACING WIRES AND MEDIASTINAL

7   CHEST TUBE WERE REMOVED WITHOUT DIFFICULT.  THE PATIENT

8   CONTINUED TO INCREASE AMBULATION AND SLOWLY TOLERATED A REGULAR

9   DIET.

10          "ON POSTOP DAY 3, BLANK CHEST TUBE WAS REMOVED

11   WITHOUT DIFFICULTY.

12          "ON POSTOP DAY 4, THE PATIENT WAS STABLE FOR

13   DISCHARGE HOME, AT WHICH TIME HE WAS TOLERATING A REGULAR DIET

14   AND HAD ADEQUATE PAIN CONTROL AND AMBULATING ON HIS OWN WITHOUT

15   DIFFICULTY."

16   **Q.**   OKAY.  FIRST OF ALL, YOU KNOW, IN 1998, IS IT TRUE THAT

17   YOU DID NOT KNOW THAT MERCK WAS STUDYING OR LOOKING AT THE

18   BENEFITS OF ADVERSE CONSEQUENCES OF SELECTIVE INHIBITION OF

19   COX-2 ON CORONARY HEART DISEASE --

20   **A.**   YES.

21   **Q.**   -- IS THAT TRUE?

22   **A.**   THAT WOULD BE CORRECT.

23   **Q.**   OKAY.  HAD YOU EVER READ ANYTHING BEFORE TODAY ABOUT THE

24   DESTABILIZATION OF THE CAP OF THESE PLAQUES BY INFLAMMATORY

25   CELLS MAKING THEM RUPTURE-PRONE?

1018

1    A.   I WOULD INFER THAT THE -- THIS WOULD BE POSSIBLE GIVEN THE

2    FACT THAT THE ANTI-INFLAMMATORIES MAY BE PROTHROMBOTIC --

3    Q.   OKAY.  MEANING THAT -- YOU KNOW, HAVING A PROPENSITY FOR

4    THROMBUS FORMATION, WHICH WOULD GO ALONG THE -- ESSENTIALLY

5    THAT STATEMENT, BUT NOT THE -- WHAT I'M TRYING TO SAY IS NOT --

6    I WASN'T AWARE OF ANY DEVELOPMENT OF -- OF ATHEROSCLEROSIS,

7    LIPID-RICH CORONARY PLAQUING, BUT AWARE OF THE FACT THAT

8    THEY'RE POTENTIALLY PROTHROMBOTIC.

9    Q.   WHAT DOES THAT MEAN, "PROTHROMBOTIC"?

10   A.   POTENTIAL TO FORM THROMBOSIS.  THAT -- THROMBOTIC

11   OCCLUSION IS THE EVENT THAT MOST -- I WOULD THINK MOST

12   PHYSICIANS WOULD BE CONCERNED ABOUT WITH THE USE OF

13   NONSTEROIDAL ANTI-INFLAMMATORIES.

14   Q.   WERE YOU AWARE BEFORE SITTING HERE TODAY THAT VIOXX, AT

15   LEAST, MAY HAVE ABILITY TO DESTABILIZE THE CAP OF THESE PLAQUES

16   BY INFLAMMATORY CELLS, MAKING THEM, QUOTE, RUPTURE-PRONE, END

17   QUOTE?

18   A.   BASICALLY, MY -- YOU KNOW, AGAIN, I SORT OF REVERT BACK TO

19   WHAT I STATED A COUPLE MINUTES AGO IN THAT I THINK, YOU KNOW --

20   THE CONCERN IS THAT THERE'S A PROTHROMBOTIC EFFECT IN -- WITH

21   THESE DRUGS, AND I'M NOT -- I'M NOT AWARE OF ANY

22   DESTABILIZATION OF THE CAP.

23   Q.   OKAY.  SO -- SO THAT WE UNDERSTAND, WHEN YOU SAY THAT A

24   DRUG IS PROTHROMBOTIC, WHAT DO YOU MEAN?

25   A.   IT HAS -- HAS THE ABILITY TO CAUSE PLATELETS TO ADHERE AND

1    OTHER BLOOD PRODUCTS TO ADHERE TO A SPECIFIC SITE IN THE VESSEL

2    CAUSING THE VESSEL TO CLOSE --

3    **Q.**    AND --

4    **A.**    -- THROUGH WHAT -- THROUGH WHATEVER MECHANISM.

5    **Q.**    AND THAT CLOSURE IS A RESULT OF -- OF THE THROMBUS THAT IT

6    FORMS?

7    **A.**    THE CLOSURE OF THE VESSEL WOULD BE SECONDARY TO THROMBUS

8    FORMATION THROUGH WHATEVER MECHANISM.

9    **Q.**    OKAY.  AND WHAT IS THE THROMBOTIC EVENT, FOR THE JURY?

10   **A.**    OKAY.  THE EVENT COULD BE EITHER HEART ATTACK OR A STROKE.

11   **Q.**    NOW, IF, IN FACT, A PERSON SUCH AS MR. BARNETT HAS

12   CORONARY ARTERY DISEASE TO BEGIN WITH AND A FAMILY HISTORY OF

13   CORONARY ARTERY DISEASE AND IS A MALE OVER 55, IS IT REASONABLE

14   THAT A DRUG THAT'S PROTHROMBOTIC COULD CONTRIBUTE TO HIS HEART

15   ATTACK?

16   **A.**    I THINK THE CONCERN WITH ANTI-INFLAMMATORIES IS THAT, IN

17   THE FACE OF PREEXISTING ATHEROSCLEROSIS, THAT THROMBUS

18   FORMATION POTENTIALLY CAN OCCUR ON A SITE OF PLAQUE RUPTURE.

19   **Q.**    AND BY ANTI-INFLAMMATORIES, YOU MEAN, LIKE, VIOXX?

20   **A.**    THAT WOULD BE CORRECT.

21           **MR. GOLDMAN:**  MR. ROBINSON, CAN YOU ALSO HAVE THE

22   WITNESS THE WITNESS, FOR COMPLETENESS, READ THE FIRST SENTENCE

23   TOO.

24   **BY MR. ROBINSON:**

25   **Q.**    YEAH, READ -- CAN YOU READ THE FIRST SENTENCE, PLEASE.

```
 1   A.   THE FIRST SENTENCE OF THIS PARAGRAPH READS:  "RECENT
 2   EVIDENCE INDICATES THAT INFLAMMATORY CELLS ARE PRESENT IN THE
 3   REGION OF THE THINNED-OUT CAP THAT COVERS ATHEROMATOUS PLAQUES,
 4   AND IT'S THOUGHT THAT THESE INFLAMMATORY CELLS CONTRIBUTE TO
 5   THINNING THE PLAQUE AT ITS MARGIN THAT IS THE FREQUENT SITE OF
 6   PLAQUE RUPTURE."
 7   Q.   OKAY.  LET ME ASK THIS FOR THE JURY.  PLAQUE, THE LAYMAN
 8   KNOWS AS -- AS ATHEROSCLEROTIC LESIONS; IS THAT RIGHT?
 9   A.   PLAQUE IS ATHEROSCLEROTIC LESIONS, RIGHT.
10   Q.   AND -- AND WHAT DOES THE CAP OF THE PLAQUE REFER TO?
11   A.   THE CAP IS A MATERIAL THAT'S -- THAT'S -- IT CONCEALS THE
12   INNER COMPONENTS OF ATHEROSCLEROTIC PLAQUE.
13   Q.   AND IF THE CAP GETS DISLODGED OR RUPTURED, DOES THAT
14   MATERIAL THAT IS INSIDE THE PLAQUE THEN COME OUT?
15   A.   THE -- IF THE CAP RUPTURES, THEN THE INSIDE COMPONENTS OF
16   THE PLAQUE ARE EXPOSED TO THE BLOOD VESSEL -- WELL, TO THE
17   BLOOD PRODUCTS.
18   Q.   OKAY.  AND CAN THAT LEAD TO A THROMBUS, THEN?
19   A.   PLAQUE RUPTURE AND EXPOSURE OF THE PRODUCTS UNDERNEATH THE
20   CAP CAN LEAD TO THROMBUS FORMATION.
21   Q.   AND WHAT -- WHAT ARE THE MATERIALS UNDERNEATH THE CAP?
22   WHAT--
23   A.   IT CONSTITUTES A VARIETY OF CELLULAR PRODUCTS, THESE FOAM
24   CELLS AND MONOCYTES AND PLATELETS AND CHOLESTEROL-RIDDEN
25   MACROPHAGES AND ALL THIS.  ALL THE PRODUCTS OF ATHEROSCLEROTIC
```

1   PLAQUE ARE UNDERNEATH THE CAP.

2   Q.   AND THAT -- IF THE CAP COMES OFF AND THOSE PRODUCTS SEEM

3   OUT, IT'S SORT OF LIKE POPPING A ZIT:  IF THERE IS STUFF

4   UNDERNEATH THE ZIT, THIS STUFF CAN COME OUT.  IS THAT SORT OF A

5   FAIR ANALOGY?

6   A.   I THINK OF IT AS, BASICALLY, THE PLAQUE IS SORT OF LIKE --

7   AGAIN, IF YOU CUT YOUR HAND AND YOU HAVE A BLOOD CLOT FORM AS

8   THE -- THE SAME THING HAPPENS IN THERE:  THE PLAQUE RUPTURES,

9   THE CRACK OPENS UP, AND THEN THE CELLULAR PRODUCT -- CELLULAR

10  PRODUCTS OF THE BLOODSTREAM WANT TO ADHERE TO THE CONTENTS OF

11  THE PLAQUE.

12  Q.   AND THEN HOW DOES THAT LEAD TO THE THROMBUS OR THE CLOT?

13  A.   BECAUSE PLATELETS AND OTHER BLOOD PRODUCTS WON'T ADHERE TO

14  THE -- THE PLAQUE, BASICALLY.

15  Q.   OKAY.  I SEE.  SO -- AND WHEN THERE'S A THROMBUS LIKE THIS

16  ONE, YOU HAVE A TOTAL OCCLUSION?  IS THIS WHAT'S CALLED AN

17  ACUTE EVENT?

18  A.   ACUTE JUST MEANS THAT IT HAPPENS SUDDENLY.

19  Q.   AND WOULD THAT ACUTE EVENT THEN SHOW A SYMPTOM OF CHEST

20  PAIN?

21  A.   MOST HEART ATTACK HAPPEN SUDDENLY, AND MOST -- AND MOST

22  HEART ATTACKS PRESENT THEMSELVES AS CHEST PAIN.

23  Q.   OKAY.  AND GIVEN THE HISTORY THAT YOU HEARD FROM

24  MR. BARNETT ON OR ABOUT 9/6/2002, DO YOU BELIEVE THAT HE HAD AN

25  ACUTE NON-Q WAVE MI?

1   **A.**   YES, SIR.

2   **Q.**   FOR THE JURY, WHAT'S THE WORD "ACUTE" MEAN?

3   **A.**   HAPPENS WITHIN -- YOU KNOW, ACUTELY OR SUDDENLY AND WITHIN

4   A REASONABLE TIME FRAME.

5   **Q.**   CAN YOU TELL THE JURY WHAT EXHIBIT NO. 20 IS.

6   **A.**   THIS WOULD BE MY OUTPATIENT PROGRESS NOTE WITH REGARDS TO

7   MR. BARNETT'S CARE ON 3/14/03.

8   **Q.**   OKAY.  CAN YOU READ INTO THE RECORD WHAT YOU SAY UNDER

9   "HISTORY"?

10  **A.**   "MR. BARNETT WAS HOSPITALIZED A WEEK AGO" --

11          **MR. ROBINSON:**  YOUR HONOR, I DIDN'T KNOW.  HOW LONG

12  DO YOU WANT TO GO?

13          **THE COURT:**  ABOUT 12:00.

14  **BY MR. ROBINSON:**

15  **Q.**   UNDER "HISTORY."

16  **A.**   "MR. BARNETT WAS HOSPITALIZED A WEEK AGO FOR CHEST PAIN.

17  IT WAS VERY ATYPICAL.  A STRESS CARDIOLITE TEST WAS

18  RECOMMENDED.  HOWEVER, HE DECIDED NOT TO PURSUE ONE BECAUSE HE

19  FELT IT PROBABLY -- IT PROBABLY WASN'T HIS HEART.  HE STATES HE

20  HAD BEEN WORKING OUT WITH SOME WEIGHTS, AND WITH THAT HE HAS

21  HAD A SORENESS ACROSS HIS CHEST AND FEELS THAT HIS SORENESS HAS

22  IMPROVED AS HE HAS LOWERED THE AMOUNT OF WEIGHTS THAT HE

23  LIFTS."

24  **Q.**   NOW, I NOTICE LATER ON, LIKE IN 2005, AFTER VIOXX WAS

25  TAKEN OFF THE MARKET, YOU -- YOU HAD A DISCUSSION WITH HIM

DAILY COPY

1   ABOUT ALL NSAIDS.  BUT AS OF THIS TIME, IN MARCH OF 2003, DID

2   YOU BELIEVE THAT THE NSAIDS WERE OKAY FOR -- FOR MR. BARNETT?

3   **A.**   MY APPROACH TO NONSTEROIDAL ANTI-INFLAMMATORIES IS, WHEN I

4   WAS IN TRAINING, THEY -- MOTRIN WAS FOUND TO BE -- AT LEAST,

5   THAT'S WHAT THEY TAUGHT US -- WAS PROTHROMBOTIC IN VITRO.

6   OKAY?  IN VITRO PETRI DISH.

7          AND SO THERE WAS SOME CONCERN ABOUT NONSTEROIDALS ALL

8   ALONG, ABOUT THEIR PROTHROMBOTIC EFFECT.  AND SO WITH REGARD TO

9   HEART DISEASE AND ANTI-INFLAMMATORIES AND HOW BAD SOMEONE NEEDS

10  AN ANTI-INFLAMMATORY AND -- AND THEIR QUALITY OF LIFE FROM THE

11  NEED FOR TAKING ANTI-INFLAMMATORY, FOR WHATEVER REASON.

12         SO I ALWAYS TRY TO MITIGATE THE -- ANY ANTI -- OR ANY

13  PROTHROMBOTIC EFFECT OF ANTI-INFLAMMATORIES BY USING

14  ANTI-PLATELET AGENTS.  AND HE WAS BASICALLY ON AN BABY ASPIRIN

15  AND PLAVIX AS A DOUBLE, DUAL, ANTI-PLATELET THERAPY.  SO, YOU

16  KNOW, BASED ON 2003 DATA AND THE WAY I FELT ABOUT THINGS, HE --

17  WE -- I KIND OF FELT THAT WE WERE USING PRETTY GOOD

18  ANTI-PLATELET THERAPY AND TO TRY THE BEST WE COULD.

19  **Q.**   LET ME SHOW YOU EXHIBIT NUMBER 21, WHICH APPEARS TO BE --

20  WHAT IS 21?

21  **A.**   21 IS ANOTHER OFFICE OUTPATIENT FOLLOW-UP NOTE IN MY

22  OFFICE ON MR. BARNETT.

23  **Q.**   CAN YOU READ THE HISTORY INTO THE RECORD, PLEASE?

24  **A.**   YES, SIR.  THIS IS FROM 12/20/05.  I'M SORRY.  I'M SORRY

25  ABOUT THAT.  "SINCE LAST SEEN, MR. BARNETT STATES HE IS DOING

1    WELL.  HE HAS NOT BEEN AS AGGRESSIVE WITH HIS EXERCISE AS HE

2    USED TO; BUT NONETHELESS, HE HAS HAD NO EXERTIONAL CHEST, NECK,

3    ARM, OR JAW DISCOMFORT, NO DYSPNEA ON EXERTION, PND OR

4    ORTHOPNEA, NO TACHY PALPATIONS OR SYNCOPE.  HE TRIES TO WATCH

5    HIS DIET AND LIPID INTAKE.  HE STATES HIS BLOOD PRESSURE IS

6    WELL CONTROLLED."

7    **Q.**   CAN YOU GO TO THE NEXT PAGE, PLEASE, AND READ INTO THE

8    RECORD WHAT YOU SAY UNDER "I HAVE RECOMMENDED..."

9    **A.**   "I HAVE RECOMMENDED TO MR. BARNETT THAT HE TAKES THE LEAST

10   AMOUNT OF NONSTEROIDAL ANTI-INFLAMMATORIES AS HE CAN TO AVOID

11   ANY POTENTIAL THROMBOTIC EFFECT.  OTHERWISE, HE WILL CONTINUE

12   HIS CURRENT MEDICINES.  HE WILL BE SEEN IN FOLLOW-UP IN ABOUT

13   SEVEN MONTHS."

14   **Q.**   OKAY.  BETWEEN MARCH OF 2003 AND SOME TWO AND

15   THREE-QUARTERS YEARS LATER IN DECEMBER OF 2005, HAD YOU LEARNED

16   MORE ABOUT THE POTENTIAL THROMBOTIC EFFECTS OF NONSTEROIDAL

17   ANTI-INFLAMMATORIES?

18   **A.**   BY THAT TIME, VIOXX WAS REMOVED OFF THE MARKET.

19   **Q.**   OKAY.

20   **A.**   -- BECAUSE OF THOSE CONCERNS, AND AS A RESULT, MORE

21   ATTENTION IN THE LITERATURE AND ALL TO ANTI-INFLAMMATORIES AND

22   THEIR ROLE IN THROMBOSIS.  AND SO I THINK EVERYBODY WAS MORE

23   AWARE OF THE POTENTIAL ROLE OF ANTI-INFLAMMATORIES.

24   **Q.**   THANK YOU.

25           **THE COURT:**  WE'LL STOP AT THIS TIME.  LET'S TAKE A

1    BREAK AT THIS TIME.  WE WILL COME BACK AT 1:30.  COURT WILL

2    STAND IN RECESS UNTIL 1:30.

3                         **(LUNCHEON RECESS)**

4                          *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAILY COPY

1       **AFTERNOON SESSION**

2       **(AUGUST 4, 2006)**

3               (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4       TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

5       REPORTER.)

6               **THE DEPUTY CLERK:**  EVERYONE RISE.

7               **THE COURT:**  BE SEATED, PLEASE.

8               (WHEREUPON, **MARK KARAVAN (DEPO 1)**, HAVING BEEN DULY

9       SWORN, TESTIFIED BY DEPOSITION AS FOLLOWS.)

10                      **DIRECT EXAMINATION**

11      **BY MR. ROBINSON:**

12      **Q.**    THANK YOU.  NOW, LET ME ASK YOU THIS.  HE HAD A COUPLE OF

13      EPISODES WHERE HE WENT INTO THE HOSPITAL -- I THINK ONE IN 2003

14      AND THEN ONE IN 2004 -- WITH CHEST PAIN OF SOME SORT.  WHAT WAS

15      YOUR OVERALL IMPRESSION OF THESE TWO HOSPITALIZATIONS?  I'M

16      TRYING TO SUM UP HERE RATHER THAN --

17      **A.**    I MEAN, SINCE HIS -- BASICALLY, SINCE HIS OPERATION AND

18      BYPASS GRAFT, FROM A HEART STANDPOINT, I THOUGHT HE'S DONE

19      WELL.  HE'S HAD A STRESS TEST THAT SHOWED HE HAD NORMAL

20      PERFUSION OR NORMAL BLOOD FLOW TO THE HEART AND THE HEART PUMPS

21      NORMALLY.  I FELT THAT THE DISCOMFORT HE WOULD EXPERIENCE AT

22      TIMES WAS PROBABLY NOT RELATED TO HIS HEART.

23      **Q.**    CAN YOU SHOW US WHAT TESTS YOU ACTUALLY CONDUCTED ON HIM

24      MAYBE IN 2003, 2004, 2005.

25      **A.**    ON 7/18/03 HE HAD WHAT WE CALL STRESS PERFUSION, NUCLEAR

1  STRESS TEST.  HE WENT 15 MINUTES WITH A BRUCE PROTOCOL, PEAK

2  HEART RATE WAS 120, EJECTION WAS 58 PERCENT, AND THEN HE HAD

3  WHAT'S CALLED APICAL THINNING.

4  **Q.**   WHAT IS APICAL THINNING?

5  **A.**   IT JUST MEANS THE APEX OR THE TYPE OF THE HEART IS HARD

6  TO -- HARD TO IMAGE AND IMAGING TECHNIQUE, NOT A PROBLEM WITH

7  THE BLOOD FLOW ITSELF.

8  **Q.**   WHAT IS THE APICAL?

9  **A.**   THAT'S THE TIP OF THE HEART.

10  **Q.**   BUT IN ANY EVENT HE DID HAVE SOME -- WHAT DOES THINNING

11  MEAN?

12  **A.**   BASICALLY, IT WAS FELT THE BLOOD FLOW TO HIS HEART WAS

13  NORMAL.  THAT'S A NORMAL VARIANT.

14  **Q.**   OKAY.  WHAT WOULD THIN -- WHAT WOULD --

15  **A.**   THAT'S A NORMAL VARIANT.

16  **Q.**   I DON'T KNOW IF YOU HAVE IT IN FRONT OF YOU, BUT ON

17  5-17-2005 YOU SAW HIM, 5-17-2005?

18  **A.**   YES, SIR.

19  **Q.**   HE'D NOT BEEN MODIFYING HIS RISK FACTORS AS WELL AS HE

20  USED TO ACCORDING TO THE HISTORY?

21  **A.**   MR. BARNETT'S VERY ASTUTE IN -- IN HIS UNDERSTANDING OF

22  THE DISEASE PROCESS AND MODIFICATION OF IT AND TRYING EVERY

23  AVAILABLE METHOD AND THAT -- I WASN'T BEING SPECIFIC IN THERE,

24  BUT HE JUST WASN'T QUITE AS ADHERENT AS HE HAD BEEN FOR THE

25  MOST PART.  I THINK IT MUST HAVE BEEN A LITTLE BIT OF DIET AND

 1  HIS WEIGHT WAS UP A LITTLE BIT, PROBABLY AFTER THE HOLIDAYS.

 2  **Q.**   NOW, WOULD YOU SAY THAT, THOUGH, PRETTY MUCH HE WAS VERY

 3  DISCIPLINED AT TRYING TO FOLLOW YOUR ORDERS AND TAKING CARE OF

 4  HIS RISK FACTORS, ET CETERA?

 5  **A.**   MR. BARNETT'S ALWAYS BEEN VERY AGGRESSIVE WITH RISK FACTOR

 6  MODIFICATION.

 7  **Q.**   TELL ME, ONCE YOU HAVE ONE HEART ATTACK, ARE YOU AT AN

 8  INCREASED RISK FOR A SECOND HEART ATTACK?

 9  **A.**   WHEN SOMEONE HAS A DISEASE PROCESS SUCH AS CORONARY

10  ATHEROSCLEROSIS VERSUS SOMEBODY THAT DOES NOT, THEN, OF COURSE,

11  THE RISK OF HAVING A HEART ATTACK IS HIGHER THAN SOMEONE THAT

12  DOESN'T HAVE -- THAT DOES NOT HAVE THE DISEASE.

13  **Q.**   I WANT YOU TO ASSUME MR. BARNETT TOOK VIOXX FOR SOME 32

14  MONTHS DAILY BEFORE HIS HEART ATTACK.  CAN YOU RULE OUT VIOXX

15  AS ONE OF THE CAUSES OF MR. BARNETT'S HEART ATTACK, ALONG WITH

16  HIS CORONARY ARTERY DISEASE?

17  **A.**   THE WAY I CLINICALLY PUT MR. BARNETT TOGETHER IS LIKE

18  THIS.  HE HAD SOME RISK FACTORS FOR CORONARY ARTERY DISEASE,

19  AND HE HAD ONE BAD RISK FACTOR FOR THE DEVELOPMENT OF PLAQUE,

20  HYPERLIPEMIA, WITH AND LDL THAT WAS SAID TO BE 190 AT THE TIME

21  OF HIS FIRST STRESS TEST IN 2000, WHICH IS AN EXTREMELY HIGH

22  LDL, WHICH WILL INCREASE YOUR RISK OF CORONARY ATHEROSCLEROSIS

23  RIGHT THERE.  AT THE TIME OF HIS PRESENTATION WITH HIS HEART

24  ATTACK, HE HAD DIFFUSE MULTI-VESSEL ATHEROSCLEROTIC DISEASE,

25  WHICH I FEEL IS PROBABLY MOST RELATED TO HIS RISK FACTOR OF

1   SIGNIFICANT HYPERLIPEMIA WITH A SIGNIFICANTLY ELEVATED LDL AND

2   A FAMILY HISTORY, THE GENES.

3            HE WAS ON VIOXX FOR MANY MONTHS PRIOR TO THAT.  WHAT

4   WE KNOW ABOUT COX INHIBITORS AND VIOXX IS THAT THEY HAVE A

5   POSSIBLE PROTHROMBOTIC EFFECT.  COULD THEY BE RELATED TO THE

6   FACT THAT HE HAD OCCLUSION OF HIS PDA?  THE ANSWER IS POSSIBLY

7   THEY COULD.

8                          **CROSS-EXAMINATION**

9   **BY MR. GOLDMAN:**

10  **Q.**   GOOD AFTERNOON, DR. KARAVAN.

11  **A.**   YES, SIR.

12  **Q.**   MY NAME IS ANDY GOLDMAN.  YOU AND I HAVEN'T MET BEFORE

13  TODAY, HAVE WE?

14  **A.**   CORRECT.

15  **Q.**   HOW MANY YEARS, SIR, HAVE YOU TREATED PATIENTS WITH HEART

16  DISEASE?

17  **A.**   ROUGHLY 20 YEARS.

18  **Q.**   DO YOU CONSIDER HEART DISEASE TO BE A SERIOUS PUBLIC

19  HEALTH PROBLEM?

20  **A.**   YES, I DO.

21  **Q.**   DO YOU KNOW WHETHER CARDIOVASCULAR DISEASE IS THE LEADING

22  CAUSE OF DEATH IN AMERICA?

23  **A.**   IT WOULD BE.

24  **Q.**   HAS IT BEEN FOR A NUMBER OF YEARS?

25  **A.**   YES, SIR.

1   **Q.**   WHY IS IT, IN YOUR VIEW, SIR, THAT HEART DISEASE IS A

2   SERIOUS PUBLIC HEALTH PROBLEM?

3   **A.**   IN THE UNITED STATES, I THINK IT'S BECAUSE OF LIFESTYLE

4   CHOICES FOR THE MOST -- MOSTLY.  IT'S A MULTITUDE OF REASONS,

5   BUT LIFESTYLE CHOICES IN THE UNITED STATES ARE, I THINK, NUMBER

6   ONE.

7   **Q.**   ARE YOU AWARE OF WHETHER CARDIOVASCULAR DISEASE ACCOUNTS

8   FOR MORE THAN A THIRD OF ALL DEATHS IN THE UNITED STATES?

9   **A.**   YES, SIR.

10  **Q.**   CAN YOU DESCRIBE YOUR ROLE, DR. KARAVAN, IN MR. BARNETT'S

11  MEDICAL CARE.

12  **A.**   I'M MR. BARNETT'S CARDIOLOGIST.  I'M HIS CLINICAL

13  CARDIOLOGIST.  I'M RESPONSIBLE FOR TAKING CARE OF HIS HEART

14  PROBLEM.

15  **Q.**   DID YOU FIRST MEET MR. BARNETT WHEN HE CAME TO THE

16  HOSPITAL WITH A HEART ATTACK?

17  **A.**   THAT'S CORRECT.

18  **Q.**   THAT WAS SEPTEMBER 6 OF 2002?

19  **A.**   YES, SIR.

20  **Q.**   HAD YOU EVER HAD ANY DEALINGS WITH MR. BARNETT BEFORE THAT

21  POINT?

22  **A.**   NO, SIR.

23  **Q.**   DID YOU EVER PRESCRIBE VIOXX TO MR. BARNETT?

24  **A.**   I BELIEVE AFTER HE HAD -- WITH HIS MUSCULOSKELETAL

25  COMPLAINTS, I'M NOT A HUNDRED PERCENT CERTAIN WHETHER I WROTE

1    THE PRESCRIPTION OR NOT, BUT I WAS AWARE THAT HE WAS ON VIOXX

2    AFTERWARDS.

3    **Q.**   THE PHARMACY RECORDS DON'T INDICATE THAT YOU'VE ACTUALLY

4    EVER PRESCRIBED VIOXX, BUT I UNDERSTAND YOUR TESTIMONY TO MEAN

5    THAT YOU KNEW GOING FORWARD, AFTER THE HEART ATTACK, THAT

6    MR. BARNETT CONTINUED TO TAKE VIOXX?

7    **A.**   THAT'S CORRECT.

8    **Q.**   DR. KARAVAN, WOULD YOU CONSIDER YOURSELF SOMEBODY WHO

9    PRESCRIBED A LOT OF COX-2 INHIBITORS IN YOUR PRACTICE?

10   **A.**   NO, SIR.

11   **Q.**   LET ME TURN TO THE VISIT THAT YOU FIRST HAD WITH

12   MR. BARNETT ON SEPTEMBER 6, 2002.  DOES THIS APPEAR TO BE THE

13   REPORT FROM THE ER WHEN MR. BARNETT ARRIVED ON SEPTEMBER 6,

14   2002?

15   **A.**   YES, SIR, IT DOES.

16   **Q.**   CAN YOU PLEASE READ, SIR, THE FIRST SENTENCE INTO THE

17   RECORD?

18   **A.**   "THIS IS A 58-YEAR-OLD GENTLEMAN WITH HISTORY OF SMALL

19   VESSEL CORONARY ARTERY DISEASE BY HIS OWN REPORT,

20   GASTROESOPHAGEAL REFLUX, AND HYPERCHOLESTEROLEMIA, WHO PRESENTS

21   WITH COMPLAINTS OF AN ACHING PRESSURE-LIKE MIDSTERNAL CHEST

22   PAIN THAT BEGAN ABOUT 12:30 TONIGHT WHILE HE WAS SITTING AT HIS

23   OFFICE AT WORK."

24   **Q.**   DO YOU KNOW, SIR, WHY MR. BARNETT WAS SAYING HE HAD

25   PREEXISTING CORONARY ARTERY DISEASE?

1  **A.**   THE STATEMENT IS A LITTLE BIT FUNNY.  IN OTHER WORDS,

2  SOMETHING IS MISSPELLED THERE.  IT SAYS "SMELL VESSEL."  I

3  GUESS HE MEANT "SMALL," BUT I'M NOT SURE WHAT HE MEANT BY THAT.

4  I WOULD HAVE TO ASSUME THAT HE HAD THE STRESS TEST TWO YEARS

5  BEFORE THEN THAT SHOWED LATERAL WALL ISCHEMIA, AND MAYBE THEY

6  WERE TALKING ABOUT HIS LATERAL WALL ISCHEMIA THAT WOULD GIVE

7  HIM DIAGNOSIS OF CORONARY ARTERY DISEASE.

8  **Q.**   IF MR. BARNETT HAD, AND HE DID, AN ISCHEMIA DIAGNOSIS IN

9  JANUARY OF 2000, DOES THAT MEAN THAT HE HAD CORONARY ARTERY

10  DISEASE IN JANUARY 2000?

11  **A.**   YES.  I WOULD SAY GIVEN THE RESULTS OF THIS STRESS TEST,

12  HE HAD CORONARY ARTERY DISEASE IN 2000.

13  **Q.**   IN THE NEXT PARAGRAPH THE ER PHYSICIAN WROTE, "A 12-LEAD

14  EKG WAS PERFORMED UPON ARRIVAL, REVEALING A NORMAL SINUS RHYTHM

15  WITH NO ACUTE ABNORMALITIES."  DO YOU SEE THAT?

16  **A.**   CORRECT.  I SEE THAT.

17  **Q.**   DOES THAT MEAN THAT THE FIRST EKG THAT MR. BARNETT HAD

18  WHEN HE ARRIVED AT THE HOSPITAL WAS NORMAL?

19  **A.**   CORRECT.

20  **Q.**   DID MR. BARNETT HAVE A SECOND EKG WHILE HE WAS IN THE

21  HOSPITAL ON SEPTEMBER 6, 2002?

22  **A.**   ACCORDING TO THIS NOTE AND ACCORDING TO THE EMERGENCY ROOM

23  PHYSICIAN, HE HAD A SECOND EKG THAT DID NOT SHOW ANY ACUTE

24  FINDINGS, NO CHANGE.

25  **Q.**   DOES THAT MEAN THAT IT WAS NORMAL?

1   **A.**   I WOULD ASSUME, IN HIS MIND, IT WAS NORMAL.

2   **Q.**   DO YOU SEE UNDER THE "LABS" PARAGRAPH, WHERE THERE'S AN

3   INDICATION TROPONIN-I IS NORMAL, CPK NORMAL AT 198, WITH NORMAL

4   INDICES?

5   **A.**   YES.  THAT'S TROPONIN-I, FOR THE RECORD.

6   **Q.**   WHAT IS TROPONIN-I?

7   **A.**   IT'S A MARKER OF CARDIAC DAMAGE.  IT'S A CARDIAC ENZYME.

8   **Q.**   IS IT TRUE THAT THE HIGHER THE TROPONIN LEVEL, THE MORE

9   EVIDENCE THERE IS OF HEART DAMAGE?

10  **A.**   YES, SIR.

11  **Q.**   IS THAT ALSO TRUE FOR CPK AND CKMB READINGS?

12  **A.**   YES, SIR.

13  **Q.**   THE HIGHER THE CPK READING AND THE HIGHER THE CKMB, THE

14  MORE HEART DAMAGE THERE IS?

15  **A.**   YES, SIR.

16  **Q.**   WHAT WOULD YOU CONSIDER IN YOUR PRACTICE TO BE A

17  TROPONIN -- A CK (SIC) AND A CKMB LEVEL THAT YOU WOULD

18  ASSOCIATE WITH A LARGE HEART ATTACK OR A SIGNIFICANT HEART

19  ATTACK?

20  **A.**   WELL, I THINK ANY HEART ATTACK IS SIGNIFICANT TO THAT

21  PERSON, BUT "LARGE" IS A SUBJECTIVE TERM.  OKAY.  IF WE'RE

22  TALKING ABOUT MR. BARNETT, HIS CPK WAS 288, AND THAT'S A SMALL

23  HEART ATTACK.

24  **Q.**   IS MR. BARNETT'S TROPONIN LEVEL AT 1.4, WHICH WAS THE

25  SUBSEQUENT DIAGNOSIS, ALSO CONSIDERED TO BE A SMALL LEVEL?

1034

1    **A.**   IF WE'RE TALKING ABOUT THE SIZE OF MR. BARNETT'S HEART

2    ATTACK, WE HAVE EVIDENCE TO SHOW HE HAS A CPK OF 288, WHICH WAS

3    ONE OF FIVE DRAWN.  HE HAS A SMALL VESSEL THAT'S TOTALLY

4    OCCLUDED, WITH COLLATERALIZATION, AND HE HAD AN EJECTION

5    FRACTION OVERALL THAT WAS NORMAL.  THAT IS ALL CONSISTENT WITH

6    A SMALL HEART ATTACK.

7    **Q.**   YOU MENTIONED EJECTION FRACTION.  WHAT IS THAT?

8    **A.**   THAT'S THE AMOUNT OF BLOOD THE HEART PUMPS OUT EACH TIME

9    IT PUMPS.  IN OTHER WORDS, EACH TIME HIS HEART EJECTS BLOOD OR

10   PUMPS, IT PUMPS OUT 50 PERCENT OF THE VOLUME OF BLOOD IN THE

11   HEART.  ANYTHING, BASICALLY, MORE THAN 50 PERCENT OR GREATER IS

12   FELT TO BE NORMAL OVERALL.

13   **Q.**   DID MR. BARNETT HAVE AN EJECTION FRACTION, WHILE HE WAS IN

14   THE HOSPITAL IN 2002, OF 50 PERCENT?

15   **A.**   BEFORE I ANSWER THAT, I WANT TO MAKE SURE.  I BELIEVE THAT

16   WAS THE NUMBER.  THAT'S CORRECT, 50 PERCENT.

17   **Q.**   THAT IS NORMAL?

18   **A.**   OKAY.  IT WAS CONSISTENT WITH THE FACT THAT HE HAD A SMALL

19   HEART ATTACK TO THE BOTTOM OF HIS HEART.  IN OTHER WORDS, IF HE

20   HAD NOT HAD THE HEART ATTACK, IT MIGHT HAVE BEEN 55, IT MIGHT

21   HAVE BEEN 58, A LITTLE BIT HIGHER THAN THAT.

22   **Q.**   DO YOU REMEMBER BACK IN JANUARY OF 2000, WHEN HE HAD HIS

23   CARDIOLITE STRESS TEST, HIS EJECTION FRACTION WAS 56 PERCENT?

24   **A.**   THAT SOUNDS CORRECT.  I'LL HAVE TO REVIEW TO MAKE SURE OF

25   IT.  DO YOU WANT ME TO?  DO YOU HAVE IT IN FRONT OF YOU?

1   **Q.**   WE'LL GET TO IT IF YOU WANT, BUT DOES THAT SOUND --

2   **A.**   THAT SOUNDS RIGHT, YES.

3   **Q.**   CAN YOU GO BACK TO EXHIBIT 23, SIR, AND READ ALONG WITH ME

4   UNDER "LABS," IN THE SECOND PARAGRAPH, WHERE IT SAYS:  "AT THIS

5   TIME I THINK THE PATIENT REQUIRES ADMISSION TO THE HOSPITAL FOR

6   RULE OUT MI PROTOCOL GIVEN HIS MULTIPLE CARDIAC RISK FACTORS,

7   INCLUDING HIS AGE OF 58, HYPERCHOLESTEROLEMIA, FAMILY HISTORY

8   OF CORONARY ARTERY DISEASE, AND WE WILL VERY LIKELY OBTAIN A

9   STRESS TEST WHILE IN THE EMERGENCY ROOM."  DO YOU SEE THAT?

10  **A.**   YES, SIR, I SEE THAT.

11  **Q.**   DO YOU AGREE THAT MR. BARNETT HAD MULTIPLE CARDIAC RISK

12  FACTORS?

13  **A.**   HE BASICALLY HAD THE RISK FACTORS OF SIGNIFICANT

14  HYPERLIPEMIA AND A FAMILY HISTORY OF CORONARY ARTERY DISEASE.

15  **Q.**   OKAY.  FROM YOUR PERSPECTIVE, MR. BARNETT'S MAJOR RISK

16  FACTORS WERE HIS HYPERCHOLESTEROLEMIA, OR HIGH CHOLESTEROL, AND

17  FAMILY HISTORY?

18  **A.**   CORRECT.

19  **Q.**   LET ME SHOW YOU WHAT I HAVE MARKED AS EXHIBIT 24, SIR.

20  THIS IS A MEDICAL RECORD FROM YOUR OFFICE DATED SEPTEMBER 17,

21  1997.  IT WAS PREPARED BY A COLLEAGUE OF YOURS, DR. CORNELL?

22  **A.**   DR. CORNELL IS A GASTROINTESTINAL PHYSICIAN IN OUR

23  PRACTICE.

24  **Q.**   ON THIS OCCASION MR. BARNETT WAS SEEING DR. CORNELL

25  BECAUSE OF HIS REFLUX CONDITION?

1  **A.**   YES, SIR.

2  **Q.**   DO YOU SEE UNDER "SUBJECTIVE" ON THE FIRST PAGE -- LET ME

3  FIRST ASK YOU:  WHAT DOES "SUBJECTIVE" MEAN WHEN IT'S IN A

4  MEDICAL CHART?

5  **A.**   BASICALLY, IT'S JUST A HISTORY OF PRESENT ILLNESS.  IT'S

6  SUBJECT TO THE DISCUSSION WITH THE PATIENT IS ABOUT HIS

7  SYMPTOMS.

8  **Q.**   WHEN SOMEBODY IN YOUR POSITION WRITES DOWN "SUBJECTIVE"

9  AND THEN HAS AN ENTRY, IS THAT ENTRY BASED ON WHAT THE PATIENT

10  TOLD YOU?

11  **A.**   YES, SIR.

12  **Q.**   IF YOU LOOK AT THE FOURTH SENTENCE WITH ME, DR. KARAVAN,

13  DO YOU SEE THAT IT SAYS, "HE," MEANING MR. BARNETT, "STATES

14  THAT HE IS ALWAYS UNDER A LOT OF STRESS, WHICH IS

15  UNDERSTANDABLE.  HE IS AN FBI AGENT."

16  **A.**   I SEE THAT, YES.

17  **Q.**   AM I RIGHT THAT THROUGHOUT THE MEDICAL RECORDS YOU

18  CONSISTENTLY REFERRED TO MR. BARNETT'S HEART ATTACK AS A NON-Q

19  WAVE MYOCARDIAL INFARCTION?

20  **A.**   YES, SIR.

21  **Q.**   WHAT IS A NON-Q WAVE MYOCARDIAL INFARCTION AND HOW DOES

22  THAT DIFFER FROM A Q WAVE?

23  **A.**   JUST IN LAYMAN'S TERMS, I MEAN, THE LITERAL MEANING OF IT,

24  IT MEANS THAT THERE'S NO DEVELOPMENT OF WHAT WE CALL PATHOLOGIC

25  Q WAVES ON THE EKG.

1    CLINICALLY, TO A PHYSICIAN, A CARDIOLOGIST, IN MY

2  MIND "NON-Q WAVE" MEANS THAT A HEART ATTACK HAS OCCURRED AND

3  THE CONCERN IS THAT HAS NOT BEEN COMPLETED.  IN OTHER WORDS,

4  SOME HEART ATTACKS OCCUR AND THE VESSEL IS NOT TOTALLY CLOSED

5  AND MORE DAMAGE CAN BE -- CAN OCCUR.

6  **Q.**   HOW DOES THAT CONTRAST WITH A Q WAVE?

7  **A.**   IN GENERAL, WHEN YOU HAVE A Q WAVE HEART ATTACK, THAT

8  MEANS THE DAMAGE HAS BEEN DONE AND YOU CAN'T UNDO IT.

9  **Q.**   DOES A NON-Q WAVE HEART ATTACK MEAN THAT THE PATIENT HAS

10  HAD A HEART ATTACK, BUT THERE ARE NO CHANGES THAT ARE SEEN ON

11  AN EKG REPORT?

12  **A.**   NO Q WAVE CHANGES.

13  **Q.**   IF YOU TURN TO THE HISTORY PART OF THIS DOCUMENT, I THINK

14  MR. ROBINSON HAD YOU READ THE FIRST SENTENCE, "THE PATIENT IS A

15  PLEASANT 58-YEAR-OLD WHITE MALE WHO UNDERWENT EXERCISE

16  CARDIOLITE STRESS TEST JANUARY 2000 AFTER PRESENTING TO

17  GRAND STRAND REGIONAL MEDICAL CENTER WITH SHARP CHEST PAIN."

18  THEN IT CONTINUES IN THE NEXT SENTENCE, "THE PATIENT RULED OUT

19  FOR MYOCARDIAL INFARCTION AND UNDERWENT THE STRESS TEST ON AN

20  OUTPATIENT BASIS.  THE PATIENT EXERCISED 15 MINUTES OF A

21  STANDARD BRUCE PROTOCOL, AND CARDIOLITE IMAGES REVEAL JUST A

22  SMALL AREA OF LATERAL ISCHEMIA."

23  **A.**   YES, SIR.

24  **Q.**   THE CONSULT THAT YOU WROTE SEPTEMBER 6, 2002, REFERS TO AN

25  EXERCISE STRESS TEST THAT MR. BARNETT HAD IN JANUARY OF 2000;

1  RIGHT?

2  A.   YES, SIR.  THE REASON TO DOCUMENT THAT IS, OF COURSE, ANY

3  TESTING PERTINENT TO THE ORGAN SYSTEM THAT YOU'RE EVALUATING IN

4  THE PAST IS RELEVANT TO THE PRESENT.  OKAY.  THE RELEVANCE OF

5  THAT IS THAT THERE WAS EVIDENCE HE HAD CORONARY DISEASE BACK IN

6  2000.

7  Q.   THE HISTORY ALSO CONTINUES AND TALKS ABOUT HOW, SUBSEQUENT

8  TO THAT DIAGNOSIS, HE HAS SUBSEQUENTLY DONE WELL AND STATES

9  THAT HE STILL, ON OCCASION, GETS SOME SLIGHT SHARP CHEST PAIN,

10  USUALLY ASSOCIATED WITH HIS ABDOMEN BEING BLOATED.  DO YOU SEE

11  THAT?

12  A.   YES, SIR.

13  Q.   IS IT TRUE, DR. KARAVAN, THAT SOMETIMES ANGINA OR

14  HEART-RELATED PAIN IS NOT DIAGNOSED AS HEART-RELATED PAIN, BUT

15  INSTEAD IS CALLED REFLUX?

16  A.   CERTAINLY, YOU CAN HAVE CHEST DISCOMFORT THAT'S FROM THE

17  HEART THAT CAN BE CONFUSING AND DIFFICULT TO DIAGNOSE AND CAN

18  BE MISUNDERSTOOD FOR REFLUX.

19  Q.   IN THE "HISTORY" PORTION, YOU ALSO REFERRED TO A BRUCE

20  PROTOCOL, 15-MINUTES OF A STANDARD BRUCE PROTOCOL.  WHAT IS

21  THAT?

22  A.   THAT'S THE STANDARD EXERCISE STRESS TEST THAT WE DO.  THE

23  FACT THAT HE WENT 15 MINUTES GAVE HIM AN EXCELLENT PROGNOSIS

24  BECAUSE HE WAS ABLE TO DO SUCH A LONG PROTOCOL.

25  Q.   IF A PATIENT LASTS 15 MINUTES ON A BRUCE PROTOCOL, THAT'S

1039

1  AN INDICATION THAT THEY HAVE A VERY GOOD OR, YOU SAID,

2  EXCELLENT PROGNOSIS GOING FORWARD?

3  **A.**   A GOOD PROGNOSIS, THAT'S CORRECT.

4  **Q.**   IS A BRUCE PROTOCOL SOMETHING WHERE A PATIENT GOES ON A

5  TREADMILL AND THE TREADMILL EVERY THREE MINUTES IS INCREASED,

6  IN TERMS OF THE STAGE THAT IT'S AT, AND IT GETS MORE DIFFICULT

7  OVER TIME TO LAST ON THE TREADMILL?

8  **A.**   THE SPEED AND INCLINATION GOES UP, UH-HUH.

9  **Q.**   WHEN YOU SEE A PATIENT WHO CAN LAST 15 MINUTES ON A BRUCE

10  PROTOCOL, TO YOU THAT MEANS THAT THE PATIENT IS DOING WELL FROM

11  A HEART PERSPECTIVE; TRUE?

12  **A.**   IN CONTEXT TO MR. BARNETT, IT WOULD BE -- I WOULD

13  INTERPRET IT LIKE THIS:  IN 15 MINUTES HE HAD A SMALL AREA OF

14  LATERAL ISCHEMIA.  THAT GIVES HIM A VERY GOOD PROGNOSIS, BUT IT

15  DOES GIVE HIM A DIAGNOSIS OF CORONARY ARTERY DISEASE.  A

16  DECISION WAS MADE TO TREAT THE PATIENT MEDICALLY BECAUSE HE HAD

17  A GOOD PROGNOSIS AND THAT'S HOW HE WAS TREATED.

18  **Q.**   IS HAVING CORONARY ARTERY DISEASE AN IMPORTANT DIAGNOSIS?

19  **A.**   YES, SIR.

20  **Q.**   WHY?

21  **A.**   BECAUSE IF SOMEONE HAS CORONARY ARTERY DISEASE, THEN THEY

22  ARE AT RISK FOR HAVING HEART ATTACK.

23  **Q.**   WHEN MR. BARNETT WAS DIAGNOSED WITH ISCHEMIA IN JANUARY OF

24  2000, THAT MEANT THAT HE HAD CORONARY ARTERY DISEASE AND WAS AT

25  RISK OF HAVING A HEART ATTACK; CORRECT?

1    **A.**   OKAY.  NOT IMMINENT.  THE FACT THAT HE WAS ABLE TO GO 15

2    MINUTES ON A STRESS TEST GAVE HIM A GOOD PROGNOSIS AND,

3    THEREFORE, THE DECISION TO TREAT HIM MEDICALLY, AS OPPOSED TO

4    INTERVENING ON HIM, BASED ON WHAT WE KNOW ABOUT PEOPLE AND

5    THEIR ABILITY TO PERFORM WELL ON STRESS TESTS AND THE AMOUNT OF

6    ISCHEMIA HE HAD.  IT'S CERTAINLY RELEVANT TO SOMEONE THAT

7    DOESN'T HAVE BLOCKAGES.  SOMEONE THAT DOES HAVE BLOCKAGES HAS A

8    DIFFERENT RISK PROFILE FOR HAVING A HEART ATTACK.

9    **Q.**   WHEN YOU SAID THAT MR. BARNETT IS NOT AT RISK OF AN

10   IMMINENT HEART ATTACK IN JANUARY OF 2000, WHAT DID YOU MEAN BY

11   THAT?

12   **A.**   THAT, AGAIN, GOING BACK TO HIS PERFORMANCE ON THE STRESS

13   TEST WAS VERY GOOD AND, THEREFORE, HIS RISK OF HAVING A CARDIAC

14   EVENT WAS ONE SUCH AS MEDICAL THERAPY WOULD PROVE TO BE JUST AS

15   EFFICIENT OR JUST AS GOOD AS OTHER METHODS, SUCH AS

16   ANGIOPLASTY, STENT SURGERY, AND THAT SORT OF THING.

17   **Q.**   THAT WAS THE THOUGHT THAT THE DOCTORS HAD AT THE TIME;

18   THAT BASED ON THE STRESS TEST RESULT, THEY WOULD TREAT

19   MR. BARNETT MEDICALLY AS OPPOSED TO SURGICALLY?

20   **A.**   RIGHT.

21   **Q.**   DO YOU SEE THAT IN JANUARY OF 2000 MR. BARNETT WAS ALSO

22   DIAGNOSED WITH AN EJECTION FRACTION OF 56 PERCENT?

23   **A.**   YES, SIR, I SEE THAT.

24   **Q.**   I THINK YOU TALKED ABOUT THAT BEFORE, THAT 56 PERCENT IS

25   IN THE NORMAL RANGE FOR A MAN OF MR. BARNETT'S AGE?

1    **A.**    THAT'S CORRECT.

2    **Q.**    IS AN EJECTION FRACTION THE GOLD STANDARD FOR MEASURING

3    HEART FUNCTION AND HEART DAMAGE?

4    **A.**    IN CLINICAL PRACTICE, I WOULD SAY, DEPENDING ON THE METHOD

5    THAT YOU GET THE EJECTION FRACTION, YES.

6    **Q.**    DO YOU SEE IN THE CONSULT THAT YOU INDICATED HOW LONG

7    MR. BARNETT HAD EXPERIENCED CHEST PAIN ON SEPTEMBER 6, 2002,

8    TOWARD THE BOTTOM, UNDER "HISTORY"?

9    **A.**    YOU'RE REFERRING TO THE STATEMENT, "THE PATIENT STATES THE

10   ENTIRE EPISODE OF PAIN LASTED ABOUT 30 MINUTES"?

11   **Q.**    YES.

12   **A.**    YES, SIR.

13   **Q.**    CAN YOU READ ON, SIR, UNTIL THE NEXT PAGE, ENDING AT THE

14   WORD "DURATION."

15   **A.**    "THEN, WHILE BEING EVALUATED IN THE EMERGENCY ROOM, THE

16   PATIENT STATES THE DISCOMFORT RETURNED BUT, AGAIN, WAS RELIEVED

17   WITH ONE SUBLINGUAL NITROGLYCERINE."

18   **Q.**    COULD YOU SLOW DOWN?

19   **A.**    SORRY.  AND THE ENTIRE DURATION OF THE SECOND EPISODE WAS

20   APPROXIMATELY FIVE MINUTES.

21   **Q.**    SO DOES THAT MEAN THAT MR. BARNETT, WHILE HE WAS IN THE

22   HOSPITAL, WAS EXPERIENCING CHEST DISCOMFORT; AND THEN HE WAS

23   GIVEN THIS MEDICINE, SUBLINGUAL NITROGLYCERINE, AND THE PAIN

24   WENT AWAY IN FIVE MINUTES?

25   **A.**    THAT'S CORRECT.

1  **Q.**   HOW IS SUBLINGUAL NITROGLYCERINE TAKEN?

2  **A.**   UNDER THE TONGUE.

3  **Q.**   THE NEXT SENTENCE?

4  **A.**   "ABOUT 45 MINUTES TO AN HOUR LATER, HE HAD ANOTHER THIRD

5  OCCURRENCE, AGAIN RESOLVING WITH SUBLINGUAL NITROGLYCERINE AND

6  LASTING SIX TO SEVEN MINUTES IN DURATION."

7  **Q.**   AT THE END OF THAT PARAGRAPH IS WHERE YOU INDICATE

8  "PATIENT HAS SUBSEQUENTLY GONE ON TO RULE IN FOR A NON-Q WAVE

9  MI WITH HIS THIRD CPK BEING 217 WITH AN MB INDEX OF 5.8 AND A

10  TROPONIN-I OF 1.4"; RIGHT?

11  **A.**   YES, SIR.

12  **Q.**   A TROPONIN-I OF 1.4 IS VERY SMALL IN TERMS OF AN INCREASE?

13  **A.**   THAT WOULD BE CORRECT.

14  **Q.**   SO IS AN INDICATION OF A CPK OF 217; TRUE?

15  **A.**   TRUE.  IF I MAY, WE HAD DETERMINED THAT HIS PEAK CPK WAS

16  288.

17  **Q.**   A 288 PEAK CPK IS ALSO A VERY SMALL INCREASE IN CPK?

18  **A.**   IT STILL IS SMALL, THAT'S CORRECT.

19  **Q.**   THAT'S EVIDENCE OF A MILD HEART ATTACK?

20  **A.**   CORRECT.

21  **Q.**   IS IT TRUE THAT SOME DOCTORS EVEN TODAY WOULD LABEL

22  MR. BARNETT'S CONDITION ON SEPTEMBER 6, 2002, AS ACUTE CORONARY

23  SYNDROME?

24  **A.**   2006 LINGO WOULD BE "ACUTE CORONARY SYNDROME."

25  **Q.**   HOW DOES ACUTE CORONARY SYNDROME DIFFER FROM A HEART

1   ATTACK?

2   **A.**    ACUTE CORONARY SYNDROME INCLUDES UNSTABLE ANGINA, WHICH IS

3   NOT TOO DAMAGED, BUT PAIN OR DISCOMFORT THAT A PERSON IS

4   FEELING, BUT DOES NOT NECESSARILY MEAN DAMAGE.

5   **Q.**    DR. KARAVAN, A READING OF 1.4 TROPONIN AND A 21 CKMB IS AN

6   INDICATION OF MINIMAL DAMAGE TO THE HEART; TRUE?

7   **A.**    I USUALLY USE THE TERM "SMALL" OR "MILD" HEART ATTACK.

8   **Q.**    LOOKING AT THE DOCUMENT THAT YOU WROTE AROUND SEPTEMBER 6,

9   2002, DO YOU KNOW WHAT YOU TOLD MR. BARNETT ABOUT THE INCREASE

10  IN HIS ENZYME LEVELS?

11  **A.**    WELL, LET ME READ MY THING ONE MORE TIME.  BASICALLY, I

12  WOULD HAVE TOLD HIM THAT HE HAD A SMALL HEART ATTACK AND I'D

13  RECOMMEND THAT HE UNDERGO A HEART CATHETERIZATION TO FURTHER

14  ASSESS HIS CONDITION.

15  **Q.**    WHAT IS THE PURPOSE OF A CARDIAC CATHETERIZATION AND WHAT

16  IS IT?

17  **A.**    CARDIAC CATHETERIZATION IS WHERE WE SLIDE TUBES UP,

18  USUALLY THROUGH THE GROIN, INTO THE HEART AND PUT DYE INTO THE

19  BLOOD VESSELS THAT FEED BLOOD TO THE HEART TO ASSESS HOW MUCH

20  BLOCKAGE THERE IS AND HOW MUCH DAMAGE HAS BEEN DONE.

21  **Q.**    IS THE MAIN PURPOSE OF A CARDIAC CATHETERIZATION TO SEE

22  HOW MUCH PLAQUE IS BUILT UP IN THE VARIOUS ARTERIES?

23  **A.**    IN THIS SITUATION, THE ANSWER WOULD BE YES, TO ASSESS THE

24  AMOUNT OF THE BLOCKAGE.

25  **Q.**    YOU DECIDED ON SEPTEMBER 6, 2002, THAT IT WAS OKAY FOR

1  MR. BARNETT TO WAIT THE WEEKEND TO HAVE HIS CARDIAC

2  CATHETERIZATION ON MONDAY; IS THAT RIGHT?

3  **A.**   THAT'S CORRECT.

4  **Q.**   WHY WAS THAT?

5  **A.**   BECAUSE WE THOUGHT HE WAS STABLE ENOUGH TO DO SO.

6  **Q.**   IF YOU FELT THAT MR. BARNETT WAS HAVING AN ACUTE HEART

7  ATTACK OR WAS AT SERIOUS RISK OF A MORE SERIOUS INJURY, WOULD

8  YOU HAVE DONE AN IMMEDIATE CATHETERIZATION ON HIM?

9  **A.**   THAT'S CORRECT.

10  **Q.**   WOULD YOU ALSO HAVE ORDERED AN IMMEDIATE BYPASS OR

11  RECOMMENDED AN IMMEDIATE BYPASS BASED ON THE CATHETERIZATION

12  RESULTS?

13  **A.**   IF HE WAS HAVING RECURRENT PROBLEMS AND THE

14  CATHETERIZATION SHOWED THE KIND OF BLOCKAGE HE HAD, HE WOULD

15  HAVE HAD AN EMERGENT BYPASS.

16  **Q.**   HOW MANY CATHETERIZATIONS WOULD YOU ESTIMATE YOU HAVE DONE

17  IN YOUR CAREER, SIR?

18  **A.**   IN BETWEEN 15,000 AND 20,000.

19  **Q.**   ARE YOU THE HEAD OF THE CATHETERIZATION LAB AT YOUR

20  HOSPITAL?

21  **A.**   I GUESS SO.  IT'S A LOOSE TERM.

22  **Q.**   YOU SAID BEFORE THAT YOU INJECT DYE INTO THE ARTERIES OF

23  YOUR PATIENTS IN ORDER TO LOOK FOR CORONARY ARTERY DISEASE OR

24  BLOCKAGE; IS THAT RIGHT?

25  **A.**   THAT'S CORRECT.

1    **Q.**   HOW DO YOU, THEN, ACTUALLY LOOK AT THE INSIDE OF THE

2    ARTERIES BASED ON THE DYE THAT'S INSIDE THEM?

3    **A.**   THE DYE SHOWED THAT THE -- CONSIDER THE BLOOD VESSELS AS

4    PIPES AND YOU'RE FILLING THE PIPE UP, AND WHAT THE DYE CANNOT

5    GET THROUGH, THEN YOU HAVE A NEGATIVE IMPRESSION ON THE DYE

6    FROM THE CONSTRICTION OF THE BLOCKAGE.  SO WHERE THE DYE CANNOT

7    GET THROUGH, THAT INDICATES WHERE THE BLOCKAGE IS.

8    **Q.**   WHEN YOU CONDUCT A CARDIAC CATHETERIZATION, DO YOU ALSO

9    TRY TO ASSESS HOW WELL THE HEART IS PUMPING?

10   **A.**   YES, SIR.

11   **Q.**   IS THAT WHEN YOU MAKE A DETERMINATION OF THE EJECTION

12   FRACTION?

13   **A.**   YES, SIR.

14   **Q.**   DO YOU ACTUALLY LOOK AT THE HEART MUSCLE TO SEE HOW MUCH

15   IT CONTRACTS AND THEN HOW MUCH IT EXPANDS TO MAKE THAT

16   DETERMINATION?

17   **A.**   THAT'S CORRECT.  THE DIFFERENCE BETWEEN HOW BIG IT IS WHEN

18   IT EXPANDS TO HOW SMALL IT IS WHEN IT CONTRACTS IS THE

19   RESULTANT EJECTION FRACTION.

20   **Q.**   ABOUT HOW LONG DOES A CATHETERIZATION TAKE IN

21   MR. BARNETT'S CASE?

22   **A.**   IF YOU MEAN FROM THE TIME YOU'D WALK IN AND STICK THE SKIN

23   AND FINISH, 15, 20 MINUTES.

24   **Q.**   WERE THERE ANY COMPLICATIONS IN THE PROCEDURE THAT YOU

25   PERFORMED ON MR. BARNETT?

1    **A.**    NOT THAT I CAN RECALL, NO, SIR.

2    **Q.**    AFTER MR. BARNETT HAD HIS CATHETERIZATION, YOU THEN SAT

3    DOWN IN FRONT OF A COMPUTER SCREEN AND ANALYZED THE IMAGES THAT

4    WERE PICKED UP DURING THAT PROCEDURE?  IS THAT HOW IT WORKS?

5    **A.**    YES, SIR.

6    **Q.**    AS YOU ARE WATCHING THE SCREEN AND BLOOD FLOW THROUGHOUT

7    THE HEART, WERE YOU KEEPING TRACK OF WHICH PARTICULAR VESSELS

8    HAD BLOCKAGE?

9    **A.**    WHILE YOU'RE DOING THE PROCEDURE, YOU'RE INTERPRETING THE

10   FILMS AS YOU ARE DOING IT.

11   **Q.**    SO IF IT LOOKS TO YOU LIKE THE LAD OR ONE OF THE CORONARY

12   ARTERIES IS BLOCKED BY 50 PERCENT, YOU WOULD WRITE DOWN "50

13   PERCENT BLOCKAGE"?

14   **A.**    YEAH.  THE WAY WE WOULD RECORD THAT IS WE WOULD DO THE

15   PROCEDURE, AND AS I'M DOING IT I'M WELL AWARE OF WHAT WE'RE

16   SEEING, AND THEN I SIT DOWN IN FRONT OF A SCREEN AND FILL OUT

17   THE PROGRESS NOTE, TEMPORARY REPORT, AND THEN WE DICTATE A

18   PERMANENT REPORT RIGHT THEN.

19   **Q.**    CAN YOU TRY TO FIND, IF YOU WOULD, THE CARDIAC

20   CATHETERIZATION REPORT THAT YOU PREPARED.  I THINK IT WAS

21   MARKED AS EXHIBIT 13.

22   **A.**    YES, SIR.  13.

23   **Q.**    DID YOU DICTATE EXHIBIT 13, OR YOUR CARDIAC

24   CATHETERIZATION REPORT, SHORTLY AFTER WATCHING THE CARDIAC

25   CATHETERIZATION PROCEDURE?

1  **A.**   ACCORDING TO THIS, I DID 9-9-02, 7:23 IN THE MORNING.

2  **Q.**   LET ME ASK YOU A QUESTION.  UNDER "CONCLUSIONS" -- AND

3  WE'LL GO ABOVE THAT IN A MINUTE, BUT UNDER "CONCLUSIONS" YOU

4  WROTE "PRESERVED LEFT VENTRICULAR SYSTOLIC FUNCTION."  WHAT

5  DOES THAT MEAN?

6  **A.**   THAT MEANS BASICALLY, OVERALL, HIS HEART MUSCLE PUMPS

7  NORMAL.

8  **Q.**   IS THAT ANOTHER WAY OF SAYING THAT HIS EJECTION FRACTION

9  WAS NORMAL?

10 **A.**   THAT WOULD BE CORRECT.

11 **Q.**   IS LEFT VENTRICULAR SYSTOLIC FUNCTION AN IMPORTANT PART OF

12 OUR HEARTS?

13 **A.**   IT IS A FUNCTION OF THE HEART TO PUMP BLOOD, AND YOU WANT

14 TO PUMP IT AS GOOD AS IT CAN, SO THE ANSWER IS IT'S THE MOST

15 IMPORTANT.

16 **Q.**   NUMBER 3 SAYS "SEVERE THREE-VESSEL CORONARY ARTERY

17 DISEASE."  WHAT DOES THAT MEAN, SIR?

18 **A.**   WHEN I DICTATE "SEVERE THREE-VESSEL CORONARY ARTERY

19 DISEASE," THAT MEANS THAT THERE IS A LOT OF PLAQUING STENOSIS

20 IN THE MAJOR ARTERIES THAT FEED BLOOD TO THE HEART.

21 **Q.**   WHEN YOU WERE TALKING WITH MR. ROBINSON EARLIER ABOUT YOUR

22 DIAGNOSIS UP ABOVE, "LEFT VENTRICULOGRAM MID INFERIOR

23 DIAPHRAGMATIC HYPOKINESIS" -- DO YOU REMEMBER TALKING ABOUT IT

24 WITH MR. ROBINSON?

25 **A.**   YES, SIR.

1  Q.    DO YOU KNOW WHAT THAT DIAGNOSIS LOOKED LIKE MONTHS LATER?

2  A.    THE ANSWER IS WE HAVE AN EJECTION FRACTION FROM HIS

3  NUCLEAR STRESS TEST FROM 7-18-03 AND IT WAS 58 PERCENT AT THAT

4  TIME.

5  Q.    WHAT IS THE SIGNIFICANCE OF AN EJECTION FRACTION OF

6  58 PERCENT WHEN IT COMES TO THIS MID INFERIOR DIAPHRAGMATIC

7  HYPOKINESIS?

8  A.    WHEN YOU DO THE NUCLEAR STRESS TEST, YOU CAN ASSESS THE

9  EJECTION FRACTION PUMPING OF THE HEART, AND HIS HEART MUSCLE

10  WAS PUMPING NORMALLY, WITH A NORMAL MOTION TO THE HEART, AND

11  THE OVERALL EJECTION FRACTION WAS NORMAL AT 58 PERCENT.

12  Q.    DOES THAT, IN YOUR MIND, MEAN THAT THE MID INFERIOR

13  DIAPHRAGMATIC HYPOKINESIS RESOLVED?

14  A.    HIS WALL MOTION WAS NOW NORMAL IN THE BOTTOM OF HIS HEART,

15  WHICH IS THAT AREA.

16  Q.    WHICH MEANS THAT HIS MID INFERIOR DIAPHRAGMATIC

17  HYPOKINESIS RESOLVED?

18  A.    CORRECT.

19  Q.    CAN YOU EXPLAIN IN TERMS THAT I MIGHT UNDERSTAND WHAT MID

20  INFERIOR DIAPHRAGMATIC HYPOKINESIS IS?

21  A.    THE BOTTOM PART OF THE HEART WAS NOT PUMPING AS

22  VIGOROUSLY, AS STRONGLY, AS NORMAL AS IT SHOULD, IT WAS MILDLY

23  WEAKENED, AND THAT'S WHAT THAT MEANS.

24  Q.    IS THAT SOMETHING THAT YOU WOULD EXPECT A BYPASS TO

25  RESOLVE?

DAILY COPY

1    **A.**   IF YOU RECALL, HE DID HAVE THE COLLATERALIZATION TO THAT

2    AREA OF THE HEART, WHICH HELPED TO IMPROVE BLOOD FLOW TO THAT

3    AREA AND LIMIT THE AMOUNT OF DAMAGE.  THEREFORE, AS THE

4    VESSEL -- AS THE HEART MUSCLE WAS REVASCULARIZED, AS THE BLOOD

5    FLOW WAS NORMAL TO THAT AFTER AN OPERATION, THE HEART MUSCLE

6    IMPROVED.

7    **Q.**   WHEN YOU WROTE "PRESERVE LEFT VENTRICULAR SYSTOLIC

8    FUNCTION" ON SEPTEMBER 9 OF 2002 ON YOUR CATHETERIZATION

9    REPORT, WHAT DID THAT TELL YOU ABOUT MR. BARNETT'S HEART

10   FUNCTION?

11   **A.**   THAT HE HAD ONLY HAD A MILD AMOUNT OF DAMAGE AND THE HEART

12   FUNCTION WAS STILL DID.

13   **Q.**   I'D LIKE TO TURN NOW TO AN EXHIBIT THAT I THINK

14   MR. ROBINSON USED.  IT WAS YOUR DIAGRAM OF THE HEART.

15   **A.**   OKAY.

16   **Q.**   DR. KARAVAN, WHAT I'D LIKE TO DO HERE, IF YOU WOULD BE

17   WILLING TO, IS TO TAKE EXHIBIT 16 -- WHICH IF YOU COULD JUST

18   HOLD IT UP FOR THE JURY, IF YOU DON'T MIND.  WHAT IS THAT,

19   AGAIN?

20   **A.**   THIS IS THE DIAGRAM OF THE BLOOD VESSELS THAT FEED BLOOD

21   TO THE HEART AND THE DRAWING OF THE BLOCKAGE THAT I FOUND ON

22   MR. BARNETT.

23   **Q.**   DID YOU DRAW EXHIBIT 16 SO THAT YOU COULD EXPLAIN TO

24   MR. BARNETT WHAT YOU SAW DURING THE CATHETERIZATION PROCEDURE?

25   **A.**   THAT IS CORRECT.  THIS IS AN IMAGING OR A PICTURE OF WHAT

1    WE FOUND AT THE TIME OF THE CATHETERIZATION.

2    **Q.**   DR. KARAVAN, DO YOU HAVE IN FRONT OF YOU THE DIAGRAM THAT

3    YOU DREW ON SEPTEMBER 7, 2002, AND DID YOU TRY TO MAKE IT MORE

4    LEGIBLE?

5    **A.**   YES, SIR, THAT'S WHAT I'VE DONE.

6    **Q.**   CAN YOU FIRST EXPLAIN WHAT THE DIAGRAM IS ABOUT.  WHAT IS

7    THE --

8    **A.**   THE DIAGRAM IS A PICTURE OF THE HEART.  THE HEART PUMPS

9    THE BLOOD, BUT THE HEART HAS TO HAVE ITS OWN BLOOD TO LIVE AND

10   GETS IT THROUGH BLOOD VESSELS.  THIS IS A DRAWING OF THE BLOOD

11   VESSELS THAT FEED BLOOD TO THE HEART.

12   **Q.**   ARE THE ARTERIES OR THE VESSELS THAT ARE DESCRIBED THERE

13   THE CORONARY ARTERIES?

14   **A.**   THAT'S CORRECT.

15   **Q.**   WHY DON'T YOU TELL THE JURY WHAT CORONARY ARTERIES ARE.

16   **A.**   CORONARY ARTERIES ARE THE BLOOD VESSELS THAT FEED BLOOD TO

17   THE HEART, SO THAT THE HEART RECEIVES BLOOD FLOW SO IT CAN DO

18   ITS JOB OF PUMPING BLOOD.  THIS IS A DIAGRAM OF THOSE BLOOD

19   VESSELS SPECIFICALLY.

20   **Q.**   ON THAT DIAGRAM, THERE ARE SOME AREAS THAT ARE SHADED.

21   WHAT IS THAT MEANT TO REFLECT?

22   **A.**   THAT JUST SIMPLY MEANS IT IS EITHER DIVING INTO THE HEART

23   TISSUE OR GOING BACK BEHIND THE HEART TO GIVE IT A

24   THREE-DIMENSIONAL EFFECT.

25   **Q.**   SO THE FIRST VESSEL THAT YOU IDENTIFIED IN YOUR

1  CATHETERIZATION REPORT WAS THE LEFT MAIN ARTERY.  CAN YOU

2  PLEASE SHOW THE JURY WHERE THAT IS.

3  **A.**   THIS IS THE LEFT MAIN ARTERY, AND IT WAS ABOUT 50 PERCENT

4  BLOCKED.  IT'S CALLED THE LEFT MAIN BLOOD VESSEL BECAUSE IT'S A

5  BIG TRUNK THAT INITIATES THE BLOOD FLOW DOWN TO THE BRANCHES --

6  ALL THE BRANCHES TO THE FRONT AND THE BACK OF THE HEART, AND

7  THIS IS THE SHORT LEFT MAIN BLOOD VESSEL RIGHT THERE.

8  **Q.**   IS THE LEFT MAIN ARTERY CONSIDERED AN IMPORTANT ONE?

9  **A.**   THE TERM "MAIN" IS USED BECAUSE IT IS THE MOST IMPORTANT

10  BLOOD VESSEL.  IT SUPPLIES -- THE TRUNK SUPPLIES ABOUT

11  TWO-THIRDS OR THREE-QUARTERS OF THE BLOOD FLOW TO THE HEART.

12  **Q.**   ARE THERE MANY OTHER VESSELS THAT FEED OFF OF OR BRANCH

13  OFF OF THE LEFT MAIN ARTERY?

14  **A.**   USUALLY, IN MOST INSTANCES, THERE ARE AT LEAST SEVERAL

15  MAJOR BLOOD VESSELS THAT COME OFF OF THE LEFT MAIN BLOOD

16  VESSEL.

17  **Q.**   HOW BLOCKED WAS MR. BARNETT'S LEFT MAIN ARTERY WHEN YOU

18  SAW IT ON SEPTEMBER 6, 2002?

19  **A.**   50 PERCENT NARROWED.

20  **Q.**   THE NEXT ARTERY THAT YOU IDENTIFIED IS THE LAD.  WHAT IS

21  THAT?

22  **A.**   LEFT ANTERIOR DESCENDING.  IT'S THE BRANCH THAT COMES OFF

23  THE LEFT MAIN BLOOD VESSEL AND FEEDS BLOOD TO THE FRONT OF THE

24  HEART.

25  **Q.**   IS THAT ALSO AN IMPORTANT ARTERY?

1   **A.**   VERY IMPORTANT BLOOD VESSEL FEEDING THE FRONT OF THE

2   HEART.

3   **Q.**   DOES THE LAD SUPPLY APPROXIMATELY 40 PERCENT OF THE BLOOD

4   TO THE HEART?

5   **A.**   THAT WOULD BE A PRETTY CLOSE APPROXIMATION, THAT'S

6   CORRECT.

7   **Q.**   HOW MUCH PLAQUE HAD ACCUMULATED IN MR. BARNETT'S LAD BY

8   SEPTEMBER 9, 2002?

9   **A.**   THE LAD HAD ACCUMULATED APPROXIMATELY 70 TO 80 PERCENT

10  PLAQUING OF THE VESSEL.

11  **Q.**   DR. KARAVAN, WHEN YOU DREW THE BLACK MARKS SORT OF IN THE

12  MIDDLE ON BOTH SIDES OF THE LAD, ARE YOU ATTEMPTING TO SHOW THE

13  LOCATION OF WHERE THE PLAQUE WAS WITHIN MR. BARNETT'S LAD?

14  **A.**   THAT'S CORRECT.

15  **Q.**   SO, FOR THE LAD PORTION, THERE WAS PLAQUE ON THE RIGHT AND

16  THE LEFT SIDE OF THE ARTERY?

17  **A.**   OKAY.  BASICALLY, WHAT I'M TRYING TO DEPICT IS NARROWING

18  INSIDE THE BLOOD VESSEL.  THIS IS OCCURRING INSIDE THE BLOOD

19  VESSEL, AND THIS IS THE NARROWING INSIDE THE PIPE OR THE BLOOD

20  VESSEL.

21  **Q.**   WHAT HAPPENS WHEN THERE'S NARROWING INSIDE OF THE BLOOD

22  VESSEL?

23  **A.**   THEN THE BLOOD FLOW IS RESTRICTED AND THE HEART MUSCLE

24  DOES NOT GET THE PROPER BLOOD FLOW, AND IF IT CLOSES TOTALLY

25  THEN THAT'S USUALLY WHAT CAUSES A HEART ATTACK.

1    **Q.**    CAN YOU ALSO HAVE A HEART ATTACK IF YOU DON'T HAVE

2    COMPLETE CLOSURE OF AN ARTERY?

3    **A.**    YOU CAN IN CERTAIN INSTANCES.

4    **Q.**    HAVEN'T YOU HAD PATIENTS WHO HAVE HAD ONLY 50 PERCENT

5    BLOCKAGE IN CERTAIN ARTERIES AND THEY HAVE GONE ON TO HAVE

6    HEART ATTACKS?

7    **A.**    YES.   THERE ARE INSTANCES WHEN YOU -- SOMEONE HAS A HEART

8    ATTACK AND YOU DO A HEART CATHETERIZATION, LOOK, AND THEIR

9    BLOCKAGE IS NOT THAT TIGHT.   THERE ARE ALSO INSTANCES WHEN

10   SOMEONE HAS BLOCKAGE THAT IS NOT THAT TIGHT AT THE TIME OF

11   CATHETERIZATION, AND THEN THEY GO ON TO HAVE A HEART ATTACK

12   SUBSEQUENTLY AT A LATER DATE.

13   **Q.**    THE NEXT ARTERY THAT YOU REFER TO IN YOUR CATHETERIZATION

14   REPORT IS THE PROXIMAL DIAGONAL BRANCH.   IS THAT A VESSEL OFF

15   OF THE LAD?

16   **A.**    THAT'S CORRECT.   IN THIS DIAGRAM, IT'S DEPICTED AS THIS

17   BLOOD VESSEL BRANCHING OFF OF THE SIDE OF THE LAD.

18   **Q.**    HOW MUCH PLAQUE HAD ACCUMULATED IN MR. BARNETT'S PROXIMAL

19   DIAGONAL BRANCH?

20   **A.**    THAT WOULD BE THIS RIGHT HERE, APPROXIMATELY 80 PERCENT

21   NARROWED.

22   **Q.**    YOU NEXT TALK ABOUT THE RAMUS INTERMEDIUS?

23   **A.**    CORRECT.

24   **Q.**    WHERE IS THAT LOCATED?

25   **A.**    YOU HAVE TO UNDERSTAND, THIS DIAGRAM IS A GENERAL DIAGRAM.

1    EVERYBODY'S BODY AND HEART IS A LITTLE DIFFERENT IN THE BLOOD

2    VESSELS.  SO IT'S GENERALLY A BLOOD VESSEL THAT GOES OFF THE

3    BACK OF THE HEART, A BRANCH OFF OF THE BACK OF THE HEART.

4    **Q.**   IS THAT A BRANCH THAT IS ACTUALLY CONNECTED IN SOME WAY TO

5    THE LAD, AS WELL?

6    **A.**   NO, IT'S NOT.  IT COMES OFF OF THE LEFT MAIN.  IT IS NOT

7    CONNECTED TO THE LAD.

8    **Q.**   HOW MUCH PLAQUE HAD ACCUMULATED IN MR. BARNETT'S RAMUS

9    INTERMEDIUS?

10   **A.**   IT WAS ABOUT 80 PERCENT BLOCKED, ALSO.

11   **Q.**   YOU ALSO TALK ABOUT THE CIRCUMFLEX.  WHERE IS THAT

12   LOCATED?

13   **A.**   WELL, IT'S PART OF THIS BLOOD VESSEL GOING TO THE BACK OF

14   THE HEART.

15   **Q.**   IS THAT CONSIDERED ONE OF THE THREE MAJOR CORONARY

16   ARTERIES?

17   **A.**   THE CIRCUMFLEX IS IN MR. BARNETT -- EVERYBODY'S A LITTLE

18   DIFFERENT.  HIS RAMUS INTERMEDIUS WAS ACTUALLY LARGER THAN THE

19   CIRCUMFLEX ITSELF.  SO THE RAMUS INTERMEDIUS WOULD BE

20   CONSIDERED, IN MR. BARNETT, ONE OF THE THREE MAJOR BLOOD

21   VESSELS.

22   **Q.**   IN MOST PEOPLE IS THE CIRCUMFLEX CONSIDERED ONE OF THE

23   THREE MAJOR CORONARY ARTERIES?

24   **A.**   IN MOST PEOPLE, THAT'S THE CASE.

25   **Q.**   HOW MUCH PLAQUE HAD ACCUMULATED IN MR. BARNETT'S

DAILY COPY

1    CIRCUMFLEX BY SEPTEMBER 9 OF 2002?

2    **A.**   HE HAD A BRANCH ON THE BACK THAT WAS UP TO 70 PERCENT

3    BLOCKED AND FURTHER DOWNSTREAM, IN A SMALL BRANCH, IT WAS WHAT

4    I'VE TERMED DIFFUSE HIGH-GRADE DISEASE OR HIGH-GRADE BLOCKAGE,

5    THROUGHOUT THE LENGTH OF A SMALL BLOOD VESSEL, THOUGH.

6    **Q.**   I'M LOOKING AT YOUR CATHETERIZATION REPORT AND YOU SAID,

7    FOR THE CIRCUMFLEX, A RELATIVELY SMALL VESSEL, THERE IS A

8    TUBULAR PROXIMAL 70 TO 80 PERCENT NARROWING.  WHAT DOES IT MEAN

9    TO HAVE TUBULAR PROXIMAL NARROWING?

10   **A.**   THAT MEANS THE PROXIMAL PORTION OF THE BLOOD VESSEL IS THE

11   AREA THAT YOU'RE LOOKING AT, AS OPPOSED TO THE AREA DOWNSTREAM,

12   THE DISTAL PART OR MID PART.  PROXIMAL OR FIRST PART OF THE

13   BLOOD VESSEL NARROWED 70 TO 80 PERCENT IS WHAT THAT MEANS.

14   **Q.**   "PROXIMAL" MEANS MORE TO THE TOP AREA?

15   **A.**   CORRECT.

16   **Q.**   FOR THE TUBULAR PROXIMAL VESSEL, THAT WAS 70 TO 80 PERCENT

17   NARROWED?

18   **A.**   RIGHT.

19   **Q.**   THEN YOU SAID THAT THERE WAS A SMALL VESSEL WITH DIFFUSE

20   HIGH-GRADE DISEASE.  WHAT DOES IT MEAN TO HAVE A DIFFUSE

21   HIGH-GRADE DISEASE?

22   **A.**   "DIFFUSE" MEANS THE BLOCKAGE IS DOWN THE LENGTH OF THE

23   BLOOD VESSEL.  "HIGH GRADE" MEANS SIGNIFICANT BLOCKAGE.  SO THE

24   ENTIRE LENGTH OF THIS SMALL BLOOD VESSEL HAD A LOT OF BLOCKAGE.

25   **Q.**   HOW MUCH BLOCKAGE WOULD YOU ESTIMATE MR. BARNETT HAD IN

1   HIS TUBULAR PROXIMAL?

2   **A.**   70 TO 80 PERCENT.

3   **Q.**   THE NEXT ARTERY THAT YOU REFER TO IS THE OBTUSE MARGINAL

4   BRANCH OFF OF THE CIRCUMFLEX.  WHERE IS THAT?

5   **A.**   WE'RE GETTING A LITTLE INTO SEMANTICS HERE AND I WAS

6   TRYING TO GIVE YOU THE BIG PICTURE.  BASICALLY, IN THIS

7   DIAGRAM -- THE CIRCUMFLEX, IF I CAN BACKTRACK JUST A MINUTE?

8   **Q.**   SURE.

9   **A.**   IN HIM, THE CIRCUMFLEX, LIKE I SAID, WAS A SMALL BLOOD

10  VESSEL.  I TRIED TO DEPICT THE CIRCUMFLEX AS THIS BLOOD VESSEL

11  HERE, ABOUT 7O PERCENT NARROWED.  COMING OFF OF THIS CIRCUMFLEX

12  IS AN OBTUSE MARGINAL BRANCH.  IN MR. BARNETT, THIS OBTUSE

13  MARGINAL BRANCH WAS SMALL AND DIFFUSELY DISEASED.  I DID NOT

14  DRAW IT IN AT THE TIME BECAUSE AT THE TIME IT'S NOT CLINICALLY

15  RELEVANT TO HIM WHETHER WE DO ANYTHING ABOUT THIS BLOOD VESSEL

16  OR NOT.  THE POINT OF THIS BLOOD VESSEL IS IT'S SMALL, AND HE

17  HAD BLOCKAGE ALL THE WAY DOWN THE LENGTH OF THE BLOOD VESSEL ON

18  THE BACK OF THE HEART CALLED THE OBTUSE MARGIN.

19  **Q.**   THE NEXT ARTERY THAT YOU REFER TO IN YOUR REPORT IS THE

20  RIGHT CORONARY ARTERY OR THE RCA?

21  **A.**   CORRECT.

22  **Q.**   WHERE IS THAT LOCATED?

23  **A.**   THIS BLOOD VESSEL COMING TO THE BOTTOM OF THE HEART.

24  **Q.**   IS THAT ANOTHER IMPORTANT CORONARY ARTERY?

25  **A.**   THAT'S ONE OF THE MAJOR BLOOD VESSELS, CORRECT.

1   **Q.**   HOW MUCH PLAQUE HAD ACCUMULATED IN THE RIGHT CORONARY

2   ARTERY?

3   **A.**   OKAY.  HE HAD TWO BRANCHES OF THE -- THE RIGHT CORONARY

4   ARTERY COMES TO THE BOTTOM OF THE HEART AND BRANCHES INTO TWO

5   SIGNIFICANT BRANCHES, ONE OF WHICH WAS THE PDA, OR POSTERIOR

6   DESCENDING ARTERY, WHICH WAS 100 PERCENT OCCLUDED OR BLOCKED,

7   AND THE POSTEROLATERAL BRANCH, OR LEFT VENTRICLE BRANCH, SOME

8   PHYSICIANS CALL IT, HAD A SIGNIFICANT STENOSIS OR BLOCKAGE OF

9   ABOUT 80 PERCENT.

10   **Q.**   SO WHEN YOU WERE REFERRING TO PDA WHEN MR. ROBINSON WAS

11   ASKING YOU QUESTIONS, THAT'S CALL A POSTERIAL (SIC) DESCENDING

12   ARTERY?

13   **A.**   POSTERIOR DESCENDING ARTERY.

14   **Q.**   WHERE IS THAT, AGAIN?

15   **A.**   IT IS THIS BLOOD VESSEL GOING TO THE BOTTOM OF THE HEART.

16   **Q.**   I BELIEVE THAT YOU SAID THAT THERE WERE COLLATERALS THAT

17   WERE COMPENSATING --

18   **A.**   YES, SIR.

19   **Q.**   -- FOR THE BLOCKAGE IN THE PDA?  WHERE WERE THOSE

20   COLLATERALS LOCATED?

21   **A.**   THEY'RE DOWN HERE, ARISING FROM THE LEFT CORONARY ARTERY,

22   AND SUPPLYING BLOOD TO THE PDA THROUGH THESE COLLATERAL OR

23   BRIDGING BLOOD VESSELS.

24   **Q.**   ARE COLLATERALS KNOWN AS THE BODY'S NATURAL WAY OF

25   BYPASSING A BLOCKAGE?

1   **A.**   A COMMON TERM USED IS THAT'S YOUR OWN BODY'S BYPASS TO A

2   BLOCKAGE, CORRECT.

3   **Q.**   DO COLLATERALS TAKE A LONG TIME TO DEVELOP?

4   **A.**   GENERALLY, IT'S FELT THEY TAKE A WHILE TO DEVELOP.

5   **Q.**   DOES IT TAKE MANY YEARS, DR. KARAVAN, FOR A PATIENT TO

6   DEVELOP THE TYPE OF COLLATERALS MR. BARNETT HAD IN HIS BODY?

7   **A.**   I WOULD SAY THAT IT USUALLY TAKES A TIME PERIOD OF YEARS

8   FOR THEM TO DEVELOP.

9   **Q.**   DID MR. BARNETT HAVE SIGNIFICANT COLLATERALS THAT WERE

10  COMPENSATING FOR THE BLOCKAGE IN HIS PDA?

11  **A.**   HE HAD VERY ADEQUATE COLLATERAL BLOOD VESSELS THAT

12  SUPPLIED FLOW TO THE BOTTOM OF HIS HEART OR HIS PDA.

13  **Q.**   JUST SO WE'RE CLEAR, THE SQUIGGLY LINES THAT YOU JUST

14  DREW, THAT IS MEANT TO REPRESENT THE COLLATERALS GOING FROM THE

15  LEFT --

16  **A.**   CORRECT, FROM THE LEFT CORONARY ARTERY TO THE PDA.

17  **Q.**   WHAT'S THE REASON THAT WE HAVE COLLATERALS AND WHY DO THEY

18  DEVELOP?

19  **A.**   I DON'T KNOW IF ANYONE KNOWS THE ANSWER TO THAT, WHY THEY

20  DEVELOP.   THERE'S BEEN A LOT OF RESEARCH INTO DEVELOPMENT OF --

21  THE POTENTIAL TO DEVELOP COLLATERALIZATION.   THEY'RE A GOOD

22  THING TO HAVE, AND THE REASON IS THAT THEY SUPPLY BLOOD FLOW TO

23  AN AREA OF PARTICULARLY HEART MUSCLE WHEN THE NORMAL ROUTE IS

24  BLOCKED OFF.

25  **Q.**   IS IT TRUE THAT COLLATERALS TYPICALLY DEVELOP ONCE THERE

1   IS MORE THAN 75 PERCENT BLOCKAGE IN AN ARTERY?

2   **A.**   USUALLY IT TAKES ENOUGH STENOSIS, BLOCKAGE, OR NARROWING

3   FOR THE NORMAL PATHWAY TO GET LIMITED BLOOD FLOW, AND THEN THE

4   OTHER ONES HELP TO PICK UP THE SLACK AS THE NORMAL FLOW IS

5   DIMINISHED.

6   **Q.**   DR. KARAVAN, GIVEN THE SEVERITY OF MR. BARNETT'S CORONARY

7   ARTERY DISEASE, AS YOU JUST DESCRIBED IT, HOW LONG DO YOU

8   BELIEVE IT TOOK FOR THAT MUCH PLAQUE TO BUILD UP?

9   **A.**   THE AMOUNT OF PLAQUE THAT HE HAD TOOK SOME TIME TO BUILD

10  UP.  A PERIOD OF YEARS.  OKAY.

11  **Q.**   CAN YOU HELP QUANTIFY THAT WHEN YOU SAY "YEARS"?

12  **A.**   WELL, I CAN SAY THAT -- HIS HEART ATTACK OCCURRED ON 9-02.

13  **Q.**   CORRECT.

14  **A.**   -- SEPTEMBER 2.  IN THE YEAR 2000, HE HAD THIS OTHER

15  NUCLEAR STRESS TEST THAT SHOWED THAT HE HAD BLOCKAGE THEN,

16  WHICH WAS APPROXIMATELY TWO-PLUS YEARS FROM THE TIME OF HIS

17  HEART ATTACK.  SO IT WAS THERE AT THAT POINT IN TIME AND

18  PROBABLY AT LEAST SEVERAL YEARS OR MANY YEARS BEFORE THEN TO

19  SOME DEGREE.

20  **Q.**   DOES PLAQUE START DEVELOPING IN OUR BODIES WHEN WE ARE

21  YOUNG?

22  **A.**   WHAT'S CALLED FATTY STREAKS IN EARLY DEVELOPMENT HAVE BEEN

23  SHOWN TO BE IN -- ON AUTOPSY IN ADOLESCENTS.

24  **Q.**   HAVE YOU HEARD OF A STUDY OF KOREAN WAR SOLDIERS OR

25  ADOLESCENTS THAT SHOW THAT, EVEN AS YOUNG AS THEY ARE, THEY

1060

1    HAVE ACCUMULATED SIGNIFICANT PLAQUE IN THEIR BODY?

2    **A.**    I'M FAMILIAR WITH SOME STUDIES OF ADOLESCENTS THAT HAVE

3    SOME EARLY DEVELOPMENT OF CORONARY ARTERY DISEASE, STREAKY

4    PLAQUES, AND BLOCKAGES, CORRECT.

5    **Q.**    CAN YOU BE A LITTLE BIT MORE SPECIFIC?  WHAT WERE THE

6    STUDIES ABOUT?

7    **A.**    I DON'T KNOW IF I CAN RECALL THE SPECIFICS OF A STUDY

8    OTHER THAN TO SAY THAT THE DEVELOPMENT OF CORONARY ARTERY

9    DISEASE CAN OCCUR AT A YOUNG AGE.

10   **Q.**    IS CORONARY ARTERY DISEASE AND ATHEROSCLEROSIS A GRADUAL

11   AND CHRONIC PROCESS?

12   **A.**    IN MOST INSTANCES, THAT WOULD BE CORRECT, YES.

13   **Q.**    IS IT TRUE THAT IN MOST INSTANCES CORONARY ARTERY DISEASE

14   GETS WORSE OVER TIME AND MORE AND MORE PLAQUE BUILDS UP IN OUR

15   ARTERIES AS WE GET OLDER?

16   **A.**    THAT WOULD BE CORRECT.

17   **Q.**    MR. BARNETT'S SEVERE MULTI-VESSEL CORONARY ARTERY DISEASE

18   DID NOT JUST DEVELOP IN TWO TO THREE YEARS, DID IT, SIR?

19   **A.**    THAT'S CORRECT.

20   **Q.**    IS IT TRUE, DR. KARAVAN, THAT EVEN TODAY IT'S UNCLEAR

21   ABOUT WHETHER COX-2 INHIBITORS AND TRADITIONAL OR NONSELECTIVE

22   NSAIDS ARE PROTHROMBOTIC OR INCREASE THE LIKELIHOOD OF A

23   PATIENT HAVING A HEART ATTACK?

24   **A.**    IS IT STILL CONTROVERSIAL?

25   **Q.**    IS IT STILL AN OPEN QUESTION?

1061

1    A.   IN MY MIND, IT STILL NEEDS TO BE WORKED OUT HOW THAT -- IF

2    THAT OCCURS AND HOW IT OCCURS.

3    Q.   ARE YOU AWARE OF ANY SCIENTIFIC EVIDENCE, DR. KARAVAN,

4    THAT VIOXX CAUSES PLAQUE FORMATION?

5    A.   I'M UNAWARE OF ANY DATA FOR THE DEVELOPMENT OF PLAQUE

6    FORMATION WITH VIOXX.

7    Q.   ARE YOU AWARE OF ANY SCIENTIFIC EVIDENCE THAT VIOXX CAUSES

8    PLAQUE ACCELERATION OR PROGRESSION?

9    A.   I DON'T KNOW OF ANY PROGRESSION, NO.

10   Q.   HAVE YOU EVER SEEN A SINGLE STUDY THAT SHOWS THAT VIOXX OR

11   ANY OTHER COX-2 INHIBITOR CAUSES PLAQUE RUPTURE IN HUMAN

12   BEINGS?

13   A.   I THINK THE STUDIES OF CONCERN ARE THOSE THAT DEAL WITH

14   ACUTE THROMBOSIS, AND THE ETIOLOGY OF THAT ACUTE THROMBOSIS IS

15   NOT TOTALLY KNOWN; THEREFORE, YOU COULD SURMISE THAT PLAQUE

16   RUPTURE MIGHT BE INVOLVED IN THAT.

17   Q.   WELL, YOU COULD SURMISE THAT, BUT THAT HASN'T BEEN SHOWN

18   IN A SINGLE STUDY ANYWHERE; TRUE?

19   A.   NOT THAT I'M AWARE OF.

20   Q.   WHEN YOU EXAMINED MR. BARNETT ON SEPTEMBER 9, 2002, YOU

21   SAW IN HIS ARTERIES THAT HE HAD SEVERE MULTI-VESSEL CORONARY

22   ARTERY DISEASE; RIGHT?

23   A.   THAT'S WHAT I JUST SAID.

24   Q.   LOTS OF YOUR PATIENTS HAVE SEVERE CORONARY ARTERY DISEASE;

25   RIGHT?

1    **A.**   YES, SIR.

2    **Q.**   NOT EVERY ONE OF THOSE PATIENTS IS TAKING VIOXX?

3    **A.**   YES, SIR.

4    **Q.**   MANY OF THOSE PATIENTS GO ON TO HAVE HEART ATTACKS?

5    **A.**   YES, SIR.

6    **Q.**   MANY OF THOSE PATIENTS HAVE PLAQUE RUPTURE AND HAVE CLOTS?

7    **A.**   THAT'S CORRECT.

8    **Q.**   WHETHER OR NOT THEY ARE TAKING VIOXX?

9    **A.**   THAT'S CORRECT.

10   **Q.**   THERE WAS NOTHING UNIQUE ABOUT MR. BARNETT'S ARTERIES OR

11   WHAT YOU SAW ON THE CATHETERIZATION THAT WOULD SHOW THAT VIOXX

12   WAS THE CAUSE OR A CONTRIBUTING FACTOR IN MR. BARNETT'S HEART

13   ATTACK; TRUE?

14   **A.**   THE DEVELOPMENT OF HIS BLOCKAGES, CORRECT.  AGAIN, WHETHER

15   THERE WAS ANY PROTHROMBOTIC EFFECT WOULD BE THE QUESTION.

16   **Q.**   I UNDERSTAND THAT, BUT MY QUESTION IS A LITTLE DIFFERENT.

17   **A.**   I SEE HIS KIND OF DISEASE AND HIS KIND OF BLOCKAGES ALL

18   DAY WITH PEOPLE NOT ON NONSTEROIDAL ANTI-INFLAMMATORIES.

19   **Q.**   WHAT HAPPENS TO THOSE PEOPLE?

20   **A.**   THEY GET THE SAME TREATMENT HE DID.

21   **Q.**   WHICH WAS WHAT?

22   **A.**   WELL, IF IT'S DIFFUSE PLAQUING AND MULTI-VESSEL DISEASE,

23   THEY GO ON TO BYPASS SURGERY.

24   **Q.**   BEFORE VIOXX CAME TO THE MARKET IN THE UNITED STATES IN

25   1999, HOW MANY PATIENTS HAD YOU TREATED WITH HEART ATTACKS WHO

1    WERE MEN IN THEIR 50S WITH HIGH CHOLESTEROL AND A FAMILY

2    HISTORY OF HEART DISEASE?

3    **A.**    A LOT.

4    **Q.**    SINCE VIOXX HAS BEEN WITHDRAWN FROM THE MARKET, HAVE YOU

5    CONTINUED TO SEE PATIENTS WITH MR. BARNETT'S SAME RISK FACTORS

6    WHO HAVE GONE ON TO HAVE HEART ATTACKS?

7    **A.**    THAT'S CORRECT.

8    **Q.**    OVER THE COURSE OF YOUR CLINICAL PRACTICE, SIR, HOW MANY

9    PATIENTS WOULD YOU ESTIMATE YOU HAVE SEEN, WITH THE SAME SEVERE

10   CORONARY ARTERY DISEASE AS MR. BARNETT, WHO HAVE HAD HEART

11   ATTACKS AND THEN BYPASS SURGERY?

12   **A.**    SEVERAL THOUSAND.

13   **Q.**    I WANT TO TALK ABOUT CLOTS FOR A MINUTE.  WERE YOU ABLE TO

14   TELL, WHEN YOU WERE CONDUCTING YOUR CARDIAC CATHETERIZATION,

15   WHICH PARTICULAR BLOCKAGE LED TO THE HEART ATTACK?

16   **A.**    YES, SIR.

17   **Q.**    WAS THAT THE PDA?

18   **A.**    YES, SIR.

19   **Q.**    DID YOU INDICATE THAT ANYWHERE IN YOUR MEDICAL RECORDS, OR

20   THAT'S JUST WHAT YOU REMEMBER?

21   **A.**    I DON'T THINK I CAME OUT AND SAID IT'S WHAT WE CALL THE

22   "CULPRIT" -- THE CULPRIT BLOCK OR THE CULPRIT LESION WAS THE

23   PDA, BUT IT WAS OBVIOUS THAT'S WHAT IT WAS.

24   **Q.**    HOW WAS IT OBVIOUS THAT THE OCCLUSION IN THE PDA WAS WHAT

25   LED TO MR. BARNETT'S HEART ATTACK AS OPPOSED TO THE BLOCKAGES

1  IN HIS OTHER ARTERIES?

2  **A.**   I THINK EVERYTHING FIT THAT THAT WOULD BE THE ONE, AND BY

3  THAT I MEAN HE HAD A SMALL HEART ATTACK.  THE PDA WAS NOT A

4  REAL LARGE BLOOD VESSEL.  IT WOULD ACCOUNT - SMALL BLOOD

5  VESSELS CAUSE SMALL HEART ATTACKS.  INJECTION OF THAT CORONARY

6  ARTERY, HE HAD SOME -- A LITTLE HANG-UP OF DYE IN THAT BLOOD

7  VESSEL DISTALLY, WHICH USUALLY GOES ALONG WITH AN ACUTE EVENT,

8  AND HIS -- WHEN SOMEONE HAS A HEART ATTACK, YOU GET DAMAGE TO A

9  CERTAIN AREA OF THE HEART.  THE PDA SUPPLIES THE BOTTOM OF THE

10 HEART, AND THE BOTTOM OF THE HEART WAS THE PART OF THE HEART

11 THAT WASN'T PUMPING PROPERLY.

12 **Q.**   WHEN MR. ROBINSON WAS ASKING YOU QUESTIONS, I BELIEVE THAT

13 THERE WAS SOME DISCUSSION ABOUT WHETHER THERE WAS A CLOT OR A

14 THROMBUS IN THE PDA WHERE THERE WAS OCCLUSION.  DO YOU REMEMBER

15 THAT?

16 **A.**   I REMEMBER THAT DISCUSSION, RIGHT.

17 **Q.**   BASED ON THE CATHETERIZATION THAT YOU OBSERVED, YOU DIDN'T

18 SEE A CLOT IN THAT PARTICULAR AREA; RIGHT?

19 **A.**   YOU CANNOT VISUALIZE A THROMBUS BY ANY MANNER, BASICALLY.

20 **Q.**   EVEN IF THERE WERE A CLOT IN MR. BARNETT'S PDA ARTERY,

21 THAT WOULDN'T BE SURPRISING GIVEN THAT HE HAD 100 PERCENT

22 BLOCKAGE IN THAT ARTERY; TRUE?

23 **A.**   MOST HEART ATTACKS OCCUR FROM THROMBOSIS OR CLOT.

24 **Q.**   IS THROMBOSIS OR CLOT A NATURAL PROGRESSION OF

25 ATHEROSCLEROSIS?

1  **A.**   PRETTY MUCH SO.

2  **Q.**   DR. KARAVAN, IS THE MAIN CAUSE FOR HEART ATTACKS PLAQUE

3  RUPTURE AND CLOT FORMATION WHETHER OR NOT PATIENTS ARE TAKING

4  ANY DRUGS?

5  **A.**   I WOULD AGREE WITH THAT.

6  **Q.**   I WANT TO TALK ABOUT THE MILD LATERAL ISCHEMIA DIAGNOSIS

7  IN JANUARY OF 2000.  OKAY?

8  **A.**   (NODS HEAD)

9  **Q.**   THAT WAS A DIAGNOSIS THAT WAS MADE BASED ON THE CARDIOLITE

10  STRESS TEST; RIGHT?

11  **A.**   RIGHT.

12  **Q.**   A CARDIOLITE STRESS TEST IS SOMETHING THAT IS DONE SORT OF

13  LIKE INJECTING DYE IN YOUR BODY, LIKE A CATHETERIZATION, AND

14  LOOKING FOR REDUCED BLOOD FLOW; RIGHT?

15  **A.**   YOU INJECT WHAT'S CALLED A NUCLEAR MEDICINE THAT'S

16  CIRCULATED THROUGH THE BLOOD AND THROUGH THE HEART MUSCLE, AND

17  YOU CAN MEASURE IT GOING THROUGH THE HEART MUSCLE TO MEASURE

18  THE AMOUNT OF BLOOD FLOW THROUGH THE HEART MUSCLE.

19  **Q.**   NOW, THE GOLD STANDARD OR THE BEST WAY TO DETERMINE HOW

20  OCCLUDED OR BLOCKED SOME OF THESE ARTERIES ARE IS TO PERFORM A

21  CARDIAC CATHETERIZATION?

22  **A.**   CORRECT.

23  **Q.**   WERE YOU AWARE THAT MR. BARNETT'S DOCTORS HAD SUGGESTED

24  THAT HE HAVE A CARDIAC CATHETERIZATION BACK IN JANUARY OF 2000?

25  **A.**   I WAS NOT AWARE OF THAT.

1   **Q.**   DID ANYBODY TELL YOU, SIR, THAT MR. BARNETT DECIDED NOT TO

2   HAVE A CARDIAC CATHETERIZATION BECAUSE HE WANTED TO GO A MORE

3   CONSERVATIVE ROUTE AND HAVE THE CARDIOLITE STRESS TEST DONE IN

4   JANUARY OF 2000?

5   **A.**   WELL, LIKE I SAID, I WAS NOT INVOLVED WITH HIS CARE IN

6   2000, BUT ACCORDING TO THE RECORDS HE WAS STABLE AND HIM AND, I

7   ASSUME, DR. SWAMI, DR. MIKOLAJCZYK, FELT THAT HE COULD BE

8   MANAGED MEDICALLY.  I DON'T KNOW WHAT THEIR SPECIFIC, YOU KNOW,

9   CONVERSATION WAS.

10  **Q.**   AM I RIGHT, DR. KARAVAN, THAT A CARDIOLITE STRESS TEST IS

11  DESIGNED TO SEE WHAT AREAS OF THE HEART ARE RECEIVING LESS

12  BLOOD FLOW THAN OTHER AREAS?

13  **A.**   THAT'S RIGHT.

14  **Q.**   ARE YOU AWARE, SIR, THAT IF THERE IS CONSISTENT SIMILAR

15  BLOCKAGE AMONG THE ARTERIES IN A PERSON'S BODY, A CARDIOLITE

16  STRESS TEST MIGHT COME BACK AND SAY THERE'S JUST MILD ISCHEMIA?

17  **A.**   CORRECT.

18  **Q.**   SO IF A PATIENT HAS 80 PERCENT BLOCKAGE IN HIS LAD AND

19  80 PERCENT BLOCKAGE IN HIS RCA AND 80 PERCENT BLOCKAGE IN HIS

20  CIRCUMFLEX AND 50 PERCENT BLOCKAGE IN HIS LEFT MAIN AND A

21  LITTLE BIT MORE BLOCKAGE IN HIS PDA, THEN THE RESULT THAT COULD

22  COME BACK FROM THAT TEST IS MILD LATERAL ISCHEMIA; CORRECT?

23  **A.**   I STILL GO BY WHAT I'VE SAID ALL ALONG.  I FEEL HE HAD

24  THREE-VESSEL DIFFUSE PLAQUING PRIOR TO WHEN I SAW HIM IN 2002.

25  IT TAKES YEARS FOR IT TO DEVELOP, SO THE ODDS ARE HE HAD

1  DIFFUSE CORONARY ARTERY PLAQUING IN 2000 WITH HIS STRESS TEST,

2  WHICH CAN GIVE YOU VARIABLE AMOUNTS OF DEFECTS BECAUSE OF WHAT

3  WE CALL BALANCED ISCHEMIA.

4  **Q.**   WHEN A PATIENT HAS BALANCED ISCHEMIA OR BALANCED PLAQUE IN

5  THEIR ARTERIES, THEN A CARDIOLITE STRESS TEST MIGHT SIGNAL JUST

6  MILD ISCHEMIA?

7  **A.**   THAT'S CORRECT.

8  **Q.**   ONE OF THE KNOWN LIMITATIONS OF A CARDIOLITE STRESS TEST

9  IS THAT BALANCED BLOCKAGE OF ALL MAJOR CORONARY ARTERIES CAN

10 ACTUALLY SHOW NORMAL BLOOD FLOW?

11 **A.**   THAT WOULD BE CORRECT.

12 **Q.**   AM I RIGHT, DR. KARAVAN, THAT EKG TESTS ARE NOT VERY GOOD

13 PREDICTORS OF HEART DISEASE?

14 **A.**   THEY'RE, I THINK -- THE SENSITIVITY AND SPECIFICITY OF EKG

15 STRESS TESTING IS IN THE 60, 70 PERCENT RANGE SO, THEREFORE,

16 CAN YOU MISS BLOCKAGE?  THE ANSWER IS YES.

17 **Q.**   IF YOU HAVE A LONG HISTORY OF NORMAL EKG TESTS AND THEN

18 YOU HAVE A POSITIVE EKG TEST, THAT DOESN'T MEAN THAT THE

19 POSITIVE EKG TEST IS WRONG OR IS A FALSE-POSITIVE; RIGHT?

20 **A.**   IF SOMEONE COMES TO ME AND THEY HAVE HAD A LONG HISTORY OF

21 TOTALLY NORMAL EKG STRESS TESTS AND THEN THEY HAVE AN ABNORMAL

22 EKG STRESS TEST, I WOULD CONSIDER THAT PROBABLY SIGNIFICANT.

23 **Q.**   THE FACT THAT MR. BARNETT HAD NEGATIVE EKG TESTS FOR A

24 LONG TIME DIDN'T MEAN THAT HE DIDN'T HAVE CORONARY ARTERY

25 DISEASE DURING THAT TIME; RIGHT?

1   **A.**   I THINK THAT IN ORDER FOR A STRESS TEST -- OR IN ORDER FOR

2   CORONARY ARTERY DISEASE TO CAUSE A PHYSIOLOGIC PROBLEM, IN

3   OTHER WORDS, THE LACK OF BLOOD FLOW TO THE HEART MUSCLE IN A

4   CERTAIN AREA, GENERALLY THE DEGREE OF STENOSIS NEEDS TO BE IN

5   THE 75 TO 80 PERCENT RANGE.  SO IF SOMEONE CAME IN WITH

6   MULTIPLE 50 PERCENT BLOCKAGES DIFFUSELY THROUGHOUT THE HEART

7   MUSCLE, THEN YOU'RE NOT GOING TO SEE THOSE ON TESTING.

8   **Q.**   I JUST WANTED TO MAKE CLEAR THAT JUST BECAUSE YOU HAVE A

9   NEGATIVE EKG TEST DOESN'T MEAN THAT YOU DON'T HAVE SIGNIFICANT

10  CORONARY ARTERY DISEASE?

11  **A.**   THAT'S CORRECT.

12  **Q.**   AM I RIGHT, DR. KARAVAN, THAT EKG'S ARE NOT EVEN

13  RECOMMENDED TODAY AS PART OF A ROUTINE PHYSICAL FOR MEN UNDER

14  50?

15  **A.**   THAT'S CORRECT.

16  **Q.**   I'M GOING TO IDENTIFY A FEW CHOLESTEROL READINGS FOR YOU

17  THAT MR. BARNETT HAD OVER TIME AND ASK YOU A QUESTION ABOUT

18  THOSE.  OKAY?

19  **A.**   UH-HUH.

20  **Q.**   IN FEBRUARY OF 1993, MR. BARNETT HAD AN LDL OF 164.  WHAT

21  IS AN LDL?

22  **A.**   LOW-DENSITY LIPOPROTEIN.

23  **Q.**   IS THAT A BAD FORM OF CHOLESTEROL TO HAVE?

24  **A.**   THE LDL IS WHAT WE CALL THE LOUSY CHOLESTEROL, THE BAD

25  CHOLESTEROL IN YOUR BODY.

1  **Q.**  WHEN YOU HAVE BAD CHOLESTEROL, THAT CAN CONTRIBUTE TO
2  PLAQUE FORMATION; RIGHT?
3         **MR. GOLDMAN:**  JUDGE, NOW WOULD BE A GOOD TIME FOR A
4  BREAK, IF IT WORKS FOR YOU.
5         **THE COURT:**  OKAY.  LET'S TAKE A 10-MINUTE BREAK HERE.
6         **THE DEPUTY CLERK:**  EVERYONE RISE.
7         (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
8         **THE DEPUTY CLERK:**  EVERYONE RISE.
9         **THE COURT:**  BE SEATED, PLEASE.
10  **BY MR. GOLDMAN:**
11  **Q.**  I'M GOING TO IDENTIFY A FEW CHOLESTEROL READINGS FOR YOU
12  THAT MR. BARNETT HAD OVER TIME AND ASK YOU A QUESTION ABOUT
13  THOSE.  OKAY?  IN FEBRUARY OF 1993, MR. BARNETT HAD AN LDL OF
14  164.  WHAT IS AN LDL?
15  **A.**  LOW-DENSITY LIPOPROTEIN.
16  **Q.**  IS THAT A BAD FORM OF CHOLESTEROL TO HAVE?
17  **A.**  THE LDL IS WHAT WE CALL THE LOUSY CHOLESTEROL, THE BAD
18  CHOLESTEROL IN YOUR BODY.
19  **Q.**  WHEN YOU HAVE BAD CHOLESTEROL, THAT CAN CONTRIBUTE TO
20  PLAQUE FORMATION; RIGHT?
21  **A.**  IT'S FELT THAT LDL IS ONE OF THE MOST -- PREDICTORS OF
22  DEVELOPMENT OF BLOCKAGE, BAD -- HIGH LDL.
23  **Q.**  IS AN LDL OF 164 CONSIDERED HIGH?
24  **A.**  YES, SIR.
25  **Q.**  IN FEBRUARY OF 1997 MR. BARNETT HAD AN HDL OF 33.  WHAT IS

1   HDL?

2   **A.**   HIGH-DENSITY LIPOPROTEIN.

3   **Q.**   THAT'S A GOOD CHOLESTEROL?

4   **A.**   IT'S USUALLY FELT TO BE A GOOD CHOLESTEROL.

5   **Q.**   SO IT OFFSETS THE BAD CHOLESTEROL THAT WE HAVE IN OUR

6   BODIES?

7   **A.**   USUALLY.

8   **Q.**   IS A READING OF 33 FOR HDL CONSIDERED TO BE LOW?

9   **A.**   IN MOST LABS IT'S PROBABLY ON THE LOWER SIDE, AT LEAST.

10  **Q.**   IN APRIL OF 1998 MR. BARNETT HAD AN LDL OF 198 AND A TOTAL

11  CHOLESTEROL OF 251.  IS THAT CONSIDERED HIGH?

12  **A.**   IN MOST PEOPLE, THAT WOULD BE CONSIDERED HIGH.

13  **Q.**   ON OCTOBER 22, 1999, MR. BARNETT HAD AN LDL OF 152 AND A

14  TOTAL CHOLESTEROL OF 218.  IS THAT CONSIDERED ABOVE NORMAL?

15  **A.**   FOR TODAY'S STANDARD, THAT WOULD BE CORRECT.

16  **Q.**   DID MR. BARNETT HAVE BYPASS SURGERY THE DAY AFTER YOU DID

17  THE CARDIAC CATHETERIZATION?

18  **A.**   AS I RECALL, YES, BECAUSE THE CATH WAS ON THE 9TH AND HE

19  WAS DONE ON THE 10th.

20  **Q.**   IS THE PURPOSE OF A BYPASS TO FIX ANY MINOR DAMAGE THAT

21  MIGHT BE DONE BY THE HEART ATTACK?

22  **A.**   IF THERE'S ANY DAMAGE FROM A HEART ATTACK, YOU'RE HOPEFUL

23  THAT BYPASS SURGERY WILL IMPROVE THE FUNCTION OF THE HEART, BUT

24  NOT NECESSARILY.

25  **Q.**   IS THE REAL PURPOSE OF A BYPASS TO TRY TO AVOID A

1    POTENTIALLY FATAL HEART ATTACK IN THE FUTURE?

2    **A.**   YOU'RE ALWAYS DOING THINGS TO TRY TO PREVENT HEART

3    ATTACKS, BUT IT'S NOT A CURE.  BUT WHEN YOU HAVE MULTI-VESSEL

4    DISEASE, IT CAN PROLONG YOUR LIFE, YES, SIR.

5    **Q.**   BY PERFORMING A BYPASS TO TRY TO GET AROUND PLAQUE BUILDUP

6    IN OUR ARTERIES, IS THE GOAL TO TRY TO IMPROVE BLOOD FLOW SO

7    THAT PATIENTS DON'T HAVE HEART ATTACKS IN THE FUTURE?

8    **A.**   THAT IS ONE OF THE GOALS.

9    **Q.**   IF MR. BARNETT HAD PRESENTED TO THE HOSPITAL SEVERAL

10   MONTHS BEFORE HIS HEART ATTACK, SIR, AND YOU HAD DONE A CARDIAC

11   CATHETERIZATION AND SAW SIGNIFICANT BUILDUP OF PLAQUE AS YOU

12   SAW IN SEPTEMBER OF 2002, WOULD YOU HAVE RECOMMENDED A BYPASS?

13   **A.**   IN ALL LIKELIHOOD, IF HIS ANATOMY, PICTURES, THE AMOUNT OF

14   BLOCKAGE HE HAD, WAS COMMENSURATE WITH WHAT WE FOUND, THEN AT

15   THAT TIME THE ODDS ARE THE RECOMMENDATION WOULD HAVE BEEN AN

16   OPERATION.

17   **Q.**   IN FACT, THE FACT THAT MR. BARNETT HAD 50 PERCENT BLOCKAGE

18   IN HIS LEFT MAIN ARTERY ALONE, PUTTING ASIDE THE BLOCKAGE IN

19   HIS OTHER ARTERIES, ISN'T THAT ENOUGH TO JUSTIFY BYPASS

20   SURGERY?

21   **A.**   IN GENERAL, 50 PERCENT OR GREATER OF LEFT MAIN DISEASE

22   WILL WARRANT BYPASS SURGERY.

23   **Q.**   SO IF MR. BARNETT ONLY HAD 50 PERCENT BLOCKAGE IN HIS LEFT

24   MAIN ARTERY AND NO BLOCKAGE IN HIS LAD OR RCA OR CIRCUMFLEX,

25   YOUR RECOMMENDATION WOULD HAVE BEEN TO HAVE BYPASS SURGERY?

1    A.   IN ALL LIKELIHOOD, YES.

2    Q.   WHY WOULDN'T YOU USE A STENT OR SOME OTHER TOOL TO TRY TO

3    RESOLVE SEVERE BLOCKAGE IN A LEFT MAIN ARTERY, RATHER THAN

4    GOING TO THE NEXT STEP, WHICH IS A BYPASS?

5    A.   IN THE RECENT ERA OF STENTING, THERE ARE INSTITUTIONS AND

6    PLACES THAT ARE STENTING LEFT MAIN DISEASE.  SO THERE ARE SOME

7    PLACES THAT WOULD ACTUALLY STENT LEFT MAIN BLOCKAGE.  IT'S AN

8    AGGRESSIVE FORM OF THERAPY WITH STENTING, BUT NOT UNHEARD OF

9    THESE DAYS.  SO IN THIS INSTITUTION HERE IN MYRTLE BEACH,

10   BYPASS SURGERY WOULD BE RECOMMENDED ROUTINELY.  THIS WAS A

11   REASON THEY COULDN'T BE OPERATED ON --

12   Q.   AND BYPASS --

13   A.   -- FOR LEFT MAIN DISEASE.

14   Q.   SO GIVEN THE SEVERE CORONARY ARTERY DISEASE THAT

15   MR. BARNETT HAD, YOU WOULD RECOMMEND A BYPASS WHETHER OR NOT HE

16   HAD A HEART ATTACK?

17   A.   IN ALL LIKELIHOOD, YES.

18   Q.   ISN'T IT ALSO TRUE, SIR, THAT THERE ARE LOTS OF PEOPLE WHO

19   HAVE SEVERE CORONARY ARTERY DISEASE AND THEY HAVE FATAL HEART

20   ATTACKS WITHOUT EVEN KNOW THEY HAVE CORONARY ARTERY DISEASE?

21   A.   UP TO 20 PERCENT OF THE TIME, HEART ATTACKS CAN BE SILENT,

22   WITHOUT SYMPTOMS.  IN THE FIRST PRESENTATION, IT CAN BE SUDDEN

23   DEATH.

24   Q.   HAVEN'T YOU SEEN MANY PATIENTS IN YOUR PRACTICE OF WHO

25   LEARNED FOR THE FIRST TIME THAT THEY HAD SIGNIFICANT CORONARY

1   ARTERY DISEASE AFTER THEY HAD A HEART ATTACK?

2   **A.**   THAT IS CORRECT.  AGAIN, UP TO 20 PERCENT OF THE TIME

3   HEART ATTACKS ARE SILENT.  PEOPLE DON'T EVEN REALIZE THAT THEY

4   HAVE THEM.

5   **Q.**   IS THERE ALSO A HIGH PERCENTAGE OF PATIENTS WHO,

6   UNFORTUNATELY, DIE, AND THEY DON'T EVEN KNOW THEY HAVE CORONARY

7   ARTERY DISEASE, BUT THEY DIED OF A HEART ATTACK?

8   **A.**   SUDDEN DEATH IS A FREQUENT FIRST MANIFESTATION OF HEART

9   DISEASE OR BLOCKAGES.

10   **Q.**   GIVEN THE EXTENT OF MR. BARNETT'S PLAQUE BUILDUP IN HIS

11   ARTERIES, AM I RIGHT THAT IF HE DIDN'T RECEIVE THE BYPASS, IT

12   IS VERY POSSIBLE HE WOULD HAVE GONE ON TO HAVE PERHAPS A FATAL

13   STROKE OR A FATAL HEART ATTACK?

14   **A.**   I DON'T THINK STROKE HAD ANYTHING TO DO WITH HIS HEART

15   DISEASE, SO I DON'T SEE THE CONNECTION WITH STROKE.  HE HAD

16   PRETTY SEVERE DIFFUSE CORONARY ARTERY DISEASE AND ODDS ARE HE

17   WAS GOING TO HAVE ANOTHER HEART ATTACK.  I CAN'T PREDICT WHEN

18   THAT WAS GOING TO HAPPEN.

19   **Q.**   MR. BARNETT DIDN'T KNOW THE SEVERITY OF HIS CORONARY

20   ARTERY DISEASE UNTIL HE HAD A MILD HEART ATTACK AND YOU THEN

21   PERFORMED THE CATHETERIZATION; RIGHT?

22   **A.**   I THINK HIS PHYSICIANS KNEW HE HAD BLOCKAGE BASED ON THE

23   STRESS TEST BEFORE.

24   **Q.**   IN JANUARY OF 2000?

25   **A.**   RIGHT.  HE HAD RESPONDED TO MEDICAL THERAPY AND NOT HAD

1    SYMPTOMS UNTIL HE PRESENTED, BASICALLY.  HE DIDN'T HAVE IN THE

2    INTERIM THE SYMPTOMS TO SUGGEST A LOT OF BAD BLOCKAGE UNTIL HE

3    REALLY PRESENTED WITH HIS HEART ATTACK IN SEPTEMBER OF 2002.

4    SO HE WAS WALKING AROUND WITH BLOCKAGE FOR SOME TIME WITHOUT

5    BAD SYMPTOMS.

6    **Q.**  BY HAVING A MILD HEART ATTACK, WHILE NOBODY WANTS TO HAVE

7    A HEART ATTACK, THAT ALLOWED YOU TO PERFORM A CATHETERIZATION

8    ON MR. BARNETT, WHICH THEN IDENTIFIED THE SEVERITY OF HIS

9    CORONARY ARTERY DISEASE AND LED TO A BYPASS WHICH HELPED SAVE

10   HIS LIFE?

11   **A.**  MR. BARNETT WAS FORTUNATE IN THE FACT THAT HIS FIRST

12   PRESENTATION WASN'T SUDDEN DEATH AND WASN'T A LARGE HEART

13   ATTACK.  AGAIN, THERE'S NO SUCH THING AS A GOOD HEART ATTACK,

14   BUT IT, FORTUNATELY, WAS A SMALL ONE, AND THE EXTENT OF HIS

15   DISEASE WAS DISCOVERED AT THAT TIME.

16   **Q.**  BY DISCOVERING THE EXTENT OF MR. BARNETT'S DISEASE, YOU

17   WERE ABLE TO BYPASS THE BLOCKAGE AND SAVE HIS LIFE; TRUE?

18   **A.**  HIS SMALL HEART ATTACK UNMASKED THE DEGREE OF HIS DISEASE,

19   AND IT WAS FOUND AND HE HAD A BYPASS AND IS DOING FINE.

20   **Q.**  DID YOU CONTINUE TO MONITOR MR. BARNETT AFTER HE HAD HIS

21   HEART ATTACK THROUGH THE PRESENT?

22   **A.**  YES, SIR.

23   **Q.**  EACH TIME MR. BARNETT CAME TO SEE YOU, YOU TRIED TO ASSESS

24   HIS HEART FUNCTION; RIGHT?

25   **A.**  WE HAD SOME ASSESSMENT OF THAT.  NOT EACH TIME.

1075

1  **Q.**   BUT WHEN MR. BARNETT WOULD COME TO SEE YOU AFTER HE HAD A

2  HEART ATTACK, YOU WOULD TRY TO DETERMINE IF HE WAS EXPERIENCING

3  ANY ANGINA OR CHEST PAIN; RIGHT?

4  **A.**   THAT'S CORRECT.

5  **Q.**   DID MR. BARNETT GO HOME FOUR DAYS AFTER HE HAD A BYPASS?

6  **A.**   I BELIEVE THAT'S CORRECT.  WE WENT THROUGH THAT EARLIER

7  TODAY.  DAY FOUR SOUNDS CORRECT.  THAT WOULD BE CORRECT,

8  BECAUSE IT WAS THE 10th AND HE WENT HOME ON THE 14th.

9  **Q.**   LET ME HAND YOU, SIR, WHAT I'LL MARK AS EXHIBIT 26.  THIS

10  MAY HAVE BEEN MARKED ALREADY.  I'M SORRY.  IT IS THE DISCHARGE

11  SUMMARY FOR THE SEPTEMBER 2002 HOSPITAL STAY.  DO YOU SEE THAT?

12  **A.**   YES, SIR.

13  **Q.**   YOU RECEIVED A COPY BECAUSE YOU'RE CC'D ON THE SECOND

14  PAGE?

15  **A.**   YES, UH-HUH.

16  **Q.**   THE FIRST PARAGRAPH OF THIS SAYS "DISCHARGE MEDS" -- IS

17  "ENTERIC"?

18  **A.**   ENTERIC ASPIRIN, UH-HUH.

19  **Q.**   ENTERIC-COATED ASPIRIN, WHAT TYPE OF ASPIRIN IS THAT?

20  **A.**   COATED, SO IT PROTECTS THE STOMACH, FULL ASPIRIN.

21  **Q.**   BY MOUTH ONCE A DAY?

22  **A.**   CORRECT.

23  **Q.**   WHY WAS IT DETERMINED THAT MR. BARNETT SHOULD TAKE ASPIRIN

24  ON A DAILY BASIS AFTER HE HAD HIS HEART ATTACK?

25  **A.**   IT'S BEEN PROVEN THAT ANYONE THAT'S HAD A HEART ATTACK,

1  ANYONE THAT'S HAD BYPASS SURGERY BENEFITS FROM TAKING ASPIRIN

2  IN REDUCTION OF FUTURE CARDIAC EVENTS, HEART ATTACKS.

3  **Q.**   DO YOU ALSO PUT PATIENTS WHO ARE DIAGNOSED WITH ISCHEMIA

4  AND HAVE A FAMILY HISTORY OF CORONARY ARTERY DISEASE AND HIGH

5  CHOLESTEROL ON ASPIRIN?

6  **A.**   IN GENERAL, YES, UH-HUH.

7  **Q.**   IF YOU HAD A PATIENT WHO HAD BEEN DIAGNOSED WITH ISCHEMIA,

8  MILD LATERAL ISCHEMIA, AND YOUR PATIENT HAD A FAMILY HISTORY

9  LIKE MR. BARNETT'S AND HE HAD HIGH CHOLESTEROL, WOULD YOU

10 PRESCRIBE BABY ASPIRIN?

11 **A.**   NO QUESTION ABOUT IT.

12 **Q.**   BY PRESCRIBING BABY ASPIRIN, YOUR HOPE WOULD BE THAT THAT

13 MIGHT PREVENT A HEART ATTACK?

14 **A.**   THAT'S CORRECT.

15 **Q.**   DO YOU SEE THAT IN THE DISCHARGE SUMMARY, DR. KARAVAN,

16 THERE'S A REFERENCE TO VIOXX, 25 MILLIGRAM, ONCE DAILY BY

17 MOUTH?  IS THAT WHAT THAT MEANS, "PO QD"?

18 **A.**   YES, SIR.

19 **Q.**   WERE YOU AWARE SEPTEMBER 14 OF 2002 THAT MR. BARNETT WAS

20 GOING TO CONTINUE TO TAKE VIOXX?

21 **A.**   IF NOT ON THAT DAY, THEN SHORTLY THEREAFTER.

22 **Q.**   IF YOU THOUGHT THAT MEDICINE, ANY MEDICINE, HAD CAUSED OR

23 CONTRIBUTED TO MR. BARNETT'S HEART ATTACK, YOU WOULDN'T HAVE

24 LEFT HIM ON IT; TRUE?

25 **A.**   THAT WOULD BE CORRECT.

1  **Q.**   YOU WOULD NOT HAVE PRESCRIBED OR ALLOWED MR. BARNETT TO

2  STAY ON VIOXX IN SEPTEMBER OF 2002 IF YOU THOUGHT THAT VIOXX

3  CONTRIBUTED IN ANY WAY TO HIS HEART ATTACK; RIGHT?

4  **A.**   AS A PHYSICIAN, I WOULD NOT TRY TO PROMOTE ANYTHING THAT

5  WOULD CAUSE HIM MORE HARM.

6  **Q.**   DID YOU HAVE AN UNDERSTANDING OF WHY MR. BARNETT WAS

7  CONTINUING TO TAKE VIOXX AFTER SEPTEMBER OF 2002?

8  **A.**   YEAH, I BELIEVE SO.

9  **Q.**   WHAT WAS YOUR UNDERSTANDING?

10  **A.**   FOR THE NECK PAIN -- NECK PAIN.  HE HAD A CERVICAL INJURY

11  AND -- NECK PAIN, MOSTLY, AND THAT SORT OF THING.

12  **Q.**   WHEN YOU MADE THE DECISION THAT IT WAS OKAY FOR

13  MR. BARNETT TO STAY ON VIOXX, WAS THAT BECAUSE YOU HAD SOME

14  RELATIONSHIP WITH MERCK?

15  **A.**   NOT AT ALL.

16  **Q.**   DID YOU EVER PARTICIPATE IN ANY SPEAKING PROGRAMS FOR

17  MERCK?

18  **A.**   NEVER HAVE.

19  **Q.**   HAVE YOU EVER HAD ANY LUNCHES THAT YOU ATTENDED THAT MERCK

20  PAID FOR?

21  **A.**   NOT THAT I'M AWARE OF.

22  **Q.**   HAVE YOU EVER BEEN COMPENSATED IN ANY WAY BY MERCK IN

23  ORDER TO PRESCRIBE MEDICATION?

24  **A.**   NOT THAT I KNOW OF, UH-UH.

25  **Q.**   WAS YOUR DECISION TO ALLOW MR. BARNETT TO STAY ON VIOXX

1  BASED ON YOUR MEDICAL JUDGMENT THAT THAT WAS THE BEST PAIN

2  MEDICINE FOR HIM TO TAKE?

3  A.   I FELT THAT WE HAD THE ANTI-PLATELET THERAPY OF ASPIRIN

4  AND PLAVIX ON BOARD, AND I WAS NOT PARTICULARLY ALARMED ABOUT

5  HIM TAKING VIOXX.

6  Q.   WAS YOUR DECISION TO ALLOW MR. BARNETT TO CONTINUE TO TAKE

7  VIOXX THE RESULT OF ADVERTISEMENTS OR COMMERCIALS THAT YOU SAW

8  ON TELEVISION ABOUT VIOXX?

9  A.   NOT AT ALL.

10  Q.   DO YOU FACTOR INTO YOUR MEDICAL JUDGMENT, WHEN YOU'RE

11  DECIDING WHAT MEDICINE TO PRESCRIBE TO YOUR PATIENTS, WHAT

12  PHARMACEUTICAL COMPANIES SAY ABOUT THEIR PRODUCTS ON

13  TELEVISION?

14  A.   NOT AT ALL.

15  Q.   HAS MR. BARNETT EVER, IN THE SEVERAL YEARS THAT YOU'VE

16  TREATED HIM, COME TO YOU AND SAID THAT HE SAW A PARTICULAR

17  MEDICINE ON TELEVISION AND HE WANTED TO BE PUT ON THAT

18  MEDICINE?

19  A.   WE HAVE HAD A LOT OF CONVERSATIONS ABOUT DIFFERENT THINGS.

20  HE'S A VERY ASTUTE ABOUT MODALITIES OF TREATMENT AND HAS

21  CHALLENGED MY ABILITIES WITH REGARDS TO THAT.  I CAN'T

22  RECALL -- AND WE HAVE HAD A LOT OF CONVERSATIONS.  I CAN'T

23  RECALL ANY CONVERSATION, SPECIFICALLY, ABOUT SOMETHING ON TV,

24  BUT HE CERTAINLY HAD A LOT OFF THE INTERNET.

25  Q.   WHEN YOU SAY THAT MR. BARNETT IS VERY ASTUTE ABOUT

1    MODALITIES OF TREATMENT AND ALWAYS CHALLENGES YOUR ABILITIES,

2    CAN YOU BE MORE SPECIFIC?

3    **A.**   WELL, HE WOULD ALWAYS COME IN WITH DIFFERENT AND NEW

4    THERAPIES THAT WERE POTENTIALLY HELPFUL WITH REGARDS TO

5    PREVENTION, BLOCKAGE, AND CORONARY ARTERY ATHEROSCLEROSIS,

6    INCLUDING DIETARY MEDICINES, ALTERNATIVE TREATMENTS, AND THAT

7    SORT OF THING.

8    **Q.**   IS MR. BARNETT THE TYPE OF PATIENT WHO YOU THINK RELIES ON

9    THE MEDICAL JUDGMENT OF DOCTORS WHO ARE PRESCRIBING HIM

10   MEDICINE?

11   **A.**   I THINK HE DOES, BUT HE'S INDEPENDENT AND HE WILL -- I

12   THINK HE MAKES UP HIS OWN MIND ABOUT THINGS AND RESEARCHES

13   THINGS ON HIS OWN.  HE DOESN'T JUST RELY ON HIS PHYSICIAN.  HE

14   TAKES MATTERS OF HIS HEALTH INTO HIS HAND, HIS ABILITY TO

15   RESEARCH THINGS, AND SEE IF THERE'S ANYTHING ELSE OUT THERE

16   NEW, CUTTING EDGE, THAT WILL HELP HIM.

17   **Q.**   DOES MR. BARNETT STRIKE YOU AS THE TYPE OF PERSON WHO

18   WOULD USE A MEDICATION BECAUSE HE SAW A COMMERCIAL ON

19   TELEVISION AND THAT WAS IT?

20   **A.**   HE RESEARCHES ALL OF HIS MEDICATIONS I BELIEVE THOROUGHLY

21   BEFORE HE PUTS IT IN HIS MOUTH.

22   **Q.**   I WON'T PUT YOU THROUGH THE TROUBLE, SIR, OF GOING THROUGH

23   EVERY VISIT THAT YOU HAD WITH MR. BARNETT AFTER SEPTEMBER OF

24   2002, AND I DON'T WANT TO DO THAT TO THE JURY EITHER.  OKAY?

25   **A.**   OKAY.

1    **Q.**   BUT I WOULD LIKE YOU TO LOOK AT YOUR CHART, AND IF YOU

2    NEED ME TO HAND YOU DOCUMENTS I'M HAPPY TO DO THAT.  CAN YOU

3    LOOK IN YOUR CHART FOR VISITS ON NOVEMBER 14 OF 2002,

4    FEBRUARY 28 OF 2003, MARCH 14 OF 2003, MAY 13 OF 2003, AND

5    FEBRUARY 11 OF 2004, BASICALLY EVERY VISIT THAT MR. BARNETT HAD

6    WITH YOU, AND CAN YOU TELL ME, SIR, WHETHER OR NOT HE IS

7    EXPERIENCING OR COMPLAINING ABOUT SYMPTOMS OF ANGINA OR

8    ISCHEMIA IN ANY OF THOSE VISITS?

9    **A.**   I NEVER FELT THAT IN THOSE VISITS THAT HE HAD SYMPTOMS OF

10   ANGINA OR ISCHEMIA.

11   **Q.**   ON NOVEMBER 14 OF 2002, MR. BARNETT WAS ALREADY

12   EXERCISING; RIGHT?

13   **A.**   YES.  GOING TO REHAB, EXERCISE.

14   **Q.**   DID YOU DESCRIBE HIS HEALTH AS HE'S DOING WELL?

15   **A.**   I FELT EVER SINCE HIS BYPASS SURGERY HE'S DOING FINE FROM

16   A HEART STANDPOINT.

17   **Q.**   IS THAT TRUE ALL THE WAY THROUGH DECEMBER OF 2005?

18   **A.**   THAT WOULD BE CORRECT.

19   **Q.**   THERE'S A DIAGNOSIS IN THE RECORDS CALLED

20   HYPERHOMOCYSTEINEMIA.  DO YOU KNOW WHAT THAT IS?

21   **A.**   YES.

22   **Q.**   WHAT IS IT?

23   **A.**   BASICALLY, IT'S FELT THAT IF YOU HAVE HIGH HOMOCYSTEINE

24   LEVELS, THAT YOU MAY EXPERIENCE CORONARY ARTERY DISEASE,

25   BLOCKAGE, PLAQUE.

1    Q.   IS THAT CONDITION A GENETIC CONDITION; DO YOU KNOW?

2    A.   I BELIEVE THAT WOULD BE A GENETIC THING.

3    Q.   THAT'S SOMETHING THAT YOU WERE BORN WITH, YOU HAVE ALL

4    YOUR LIFE, EVEN IF IT'S NOT DIAGNOSED UNTIL LATER?

5    A.   AS FAR AS I RECALL, THAT'S CORRECT.

6    Q.   IS THERE AN ASSOCIATION, SIR, BETWEEN ELEVATED

7    HYPERHOMOCYSTEINEMIA AND THROMBOTIC EVENTS?

8    A.   CORRECT.

9    Q.   DR. KARAVAN, I HAVE HANDED YOU WHAT I HAVE MARKED AS

10   EXHIBIT 27, WHICH IS A CARDIOLITE STRESS TEST RESULT FROM

11   JULY 18, 2003.  DO YOU SEE THAT?

12   A.   YES, SIR.

13   Q.   THIS IS THE SAME TYPE OF TEST THAT MR. BARNETT HAD BACK IN

14   JANUARY OF 2000?

15   A.   CORRECT.

16   Q.   DO YOU SEE UNDER "STRESS PROCEDURE" IT STATES:  "THE

17   PATIENT EXERCISED 15 MINUTES, 0 SECONDS, INTO A BRUCE

18   PROTOCOL"?  LET'S STOP THERE.

19   A.   YES, SIR.

20   Q.   IS THAT THE SAME AMOUNT OF MINUTES THAT HE WAS ABLE TO GO

21   BACK IN JANUARY OF 2000?

22   A.   I'M PRETTY SURE IT'S 15, BUT I NEED TO DOUBLE-CHECK THAT.

23   ON JANUARY 2 -- 15 MINUTES.  SAME NUMBER, YES.

24   Q.   DO YOU AGREE THAT EXERCISING FOR 15 MINUTES ON A BRUCE

25   PROTOCOL, WHEN A TREADMILL CHANGES SPEED AND CHANGES

DAILY COPY

1  DIFFICULTY, IS IMPRESSIVE EXERCISE TOLERANCE?

2  **A.**   IT'S VERY GOOD EXERCISE TOLERANCE.

3  **Q.**   DO YOU SEE THAT ON THE REST OF THAT SENTENCE IT SAYS,

4  "COMPLETING THREE MINUTES AND ZERO SECONDS OF STAGE 5, 17.2

5  METS."  WHAT ARE METS?

6  **A.**   METABOLIC EQUIVALENTS.  IT'S A MEASUREMENT THAT HAS TO

7  DEAL WITH PHYSIOLOGY AND BLOOD FLOW AND ALL THIS STUFF.

8  **Q.**   IS IT TRUE THAT, IN ASSESSING EXERCISE CAPACITY OR

9  ABILITY, THE MORE APPROPRIATE MEASUREMENT IS THE METS LEVEL

10  RATHER THAN EVEN THE AMOUNT OF TIME THAT THE PATIENT IS

11  SPENDING ON A TREADMILL?

12  **A.**   THE METABOLIC EQUIVALENTS ARE IMPORTANT.  THE LENGTH OF

13  TIME, THOUGH, IS GOING TO TRANSLATE INTO THAT.  THE LONGER

14  YOU'RE ON IT AND THE MORE INCLINE, THE MORE METS YOU ACHIEVE.

15  SO THEY'RE SORT OF, YOU KNOW, TOGETHER.  IF YOU ONLY STAY ON IT

16  FOR THREE MINUTES, YOU'RE NOT GOING TO HAVE ANY METS.  OKAY?

17  **Q.**   WHEN WE TALK ABOUT METABOLIC EQUIVALENTS, OR METS, IS THAT

18  ANOTHER WAY OF SAYING HOW MUCH OXYGEN IT TAKES TO ACHIEVE

19  VIGOROUS EXERCISE?

20  **A.**   CORRECT.  THE ABILITY OF YOUR BODY TO DELIVER THE OXYGEN

21  TO THE TISSUES.

22  **Q.**   ARE YOU AWARE THAT THE NORMAL RANGE FOR A 59-YEAR-OLD MAN

23  IN TERMS OF METS IS 10?

24  **A.**   I DON'T KNOW THE NORMAL DIAGRAM, BUT I'M SURE IT'S LESS

25  THAN 15 MINUTES OR 17 MINUTES.

1  **Q.**   IN FACT, NORMAL IN TERMS OF METS FOR A 25-YEAR-OLD MAN IS

2  12; IS THAT ABOUT RIGHT?

3  **A.**   IT'S BEEN A LONG TIME SINCE I LOOKED AT THE NORMAL METS

4  DIAGRAM ON A 20-YEAR-OLD, BUT THAT SOUNDS -- IF YOU HAVE A

5  NOMOGRAM, I'LL BE GLAD TO LOOK AT IT, BUT THAT SOUNDS PRETTY

6  CLOSE.  I THINK THE BOTTOM LINE IS 15 MINUTES IS A VERY GOOD

7  EXERCISE TOLERANCE.

8  **Q.**   DR. KARAVAN, I HAVE HANDED YOU WHAT I HAVE MARKED AS

9  EXHIBIT 28.  THIS IS AN ARTICLE TITLED "COMPARISON OF RAMP

10  VERSUS STEP PROTOCOLS FOR EXERCISE TESTING IN PATIENTS GREATER

11  THAN OR EQUAL TO 60 YEARS OF AGE."  IT IS PUBLISHED IN WHICH

12  JOURNAL?

13  **A.**   THIS LOOKS LIKE THE *AMERICAN HEART JOURNAL* TO ME.  THE

14  *AMERICAN JOURNAL OF CARDIOLOGY*.  *AMERICAN JOURNAL OF*

15  *CARDIOLOGY*.

16  **Q.**   IS THE *AMERICAN JOURNAL OF CARDIOLOGY* A REPUTABLE JOURNAL?

17  **A.**   IT'S A SECOND-TIER JOURNAL IN CARDIOLOGY, BUT REPUTABLE.

18  **Q.**   IT'S REPUTABLE?  IS IT PEER-REVIEWED?

19  **A.**   YES, SIR.

20  **Q.**   IF YOU LOOK ON THE SECOND PAGE OF THIS ARTICLE,

21  DR. KARAVAN, DO YOU SEE TABLE 1 ENTITLED "PRETEST ACTIVITY

22  QUESTIONNAIRE"?

23  **A.**   I DO.

24  **Q.**   DO YOU SEE ON THE LEFT PART OF THE TABLE THERE ARE VARIOUS

25  ACTIVITIES STARTING WITH EATING, DRESSING, WORKING AT A DESK,

1084

1    SHOWERING, THEN IT GOES DOWN TO LIGHT YARD WORK AND WALKING

2    BRISKLY, NINE HOLES OF GOLF, SLOWLY JUMPING ROPE, ALL THE WAY

3    TO COMPETITIVE ACTIVITY?

4    **A.**   YES, I DO.

5    **Q.**   ON THE RIGHT SIDE OF THE TABLE DO YOU SEE ESTIMATED MET

6    FROM 1 TO 13?

7    **A.**   YES, YES, YES.

8    **Q.**   DO YOU INTERPRET THIS, DR. KARAVAN, TO MEAN IF YOU'RE

9    GOING TO PARTICIPATE IN EATING, DRESSING, OR YOU'RE JUST

10   WORKING AT YOUR DESK ACTIVITY, THE AMOUNT OF OXYGEN REQUIRED OR

11   THE METS THAT YOU WOULD NEED IS ONE TO BE ABLE TO PERFORM THAT?

12   **A.**   THAT WOULD BE CORRECT.  THAT'S CORRECT.

13   **Q.**   IF YOU WANTED TO PLAY NINE HOLES OF GOLF, CARRYING YOUR

14   OWN CLUBS, OR MOWING THE LAWN WITH A PUSH MOWER, THAT WOULD

15   TAKE SIX METS.

16   **A.**   I SEE THAT.

17   **Q.**   DO YOU SEE THAT, FURTHER DOWN, MOVING HEAVY FURNITURE,

18   JOGGING SLOWLY, CARRYING 20 POUNDS UP STAIRS IS EIGHT METS?  DO

19   YOU SEE THAT?

20   **A.**   YES, SIR.

21   **Q.**   CROSS-COUNTRY SKIING, FULL-COURT BASKETBALL IS 11 METS?

22   **A.**   YES, SIR.

23   **Q.**   RUNNING BRISKLY IS 12 AND COMPETITIVE ACTIVITY IS 13?  DO

24   YOU SEE THAT SIR?

25   **A.**   YES.

1  **Q.**   ARE THOSE NUMBERS CONSISTENT WITH YOUR UNDERSTANDING OF

2  THE NUMBER OF METS IT TAKES TO PERFORM THOSE TASKS?

3  **A.**   THAT WOULD BE CORRECT.

4  **Q.**   BASED ON MR. BARNETT'S 17.2 METS THAT HE ACHIEVED ON

5  JULY 18 OF 2003, DO YOU AGREE HE COULD PERFORM ANY OF THE

6  ACTIVITIES IDENTIFIED IN TABLE 1?

7  **A.**   CERTAINLY BASED ON METABOLIC EQUIVALENTS, YES, SIR.

8  **Q.**   THE ENERGY LEVEL THAT HE NEEDS TO, LET'S SAY, CARRY A GOLF

9  BAG AND PLAY NINE HOLES IS SIX, AND MR. BARNETT WAS ABLE TO

10  ACHIEVE 17.2 OR MORE THAN DOUBLE THAT AMOUNT OF METS?

11  **A.**   CORRECT.

12  **Q.**   EVEN IN JANUARY OF 2000, MR. BARNETT ACHIEVED A 17.5 METS

13  NUMBER, WHICH IS NOT MUCH DIFFERENT FROM WHAT HE ACHIEVED IN

14  JULY OF 2003; RIGHT?

15  **A.**   THAT'S CORRECT.

16  **Q.**   MR. BARNETT ACHIEVED 17.5 METS ON JANUARY 24 OF 2000 AND

17  THEN 17.2 METS ON JULY 18 OF 2003, WHICH IS BASICALLY

18  UNCHANGED; CORRECT?

19  **A.**   THAT'S CORRECT.  THAT'S CORRECT.

20  **Q.**   MR. BARNETT'S HEART ATTACK DIDN'T IMPACT HIS ABILITY TO

21  ACHIEVE THE NUMBER OF METS THAT HE ACHIEVED IN JULY OF 2003;

22  RIGHT?

23  **A.**   THERE'S NO DIFFERENCE BETWEEN THE TWO.

24  **Q.**   BASED ON MR. BARNETT'S 17.2 METS SCORE IN JULY OF 2003 AND

25  YOUR OBSERVATION OF HIM THROUGH DECEMBER OF 2005, DO YOU

1    BELIEVE MR. BARNETT IS CAPABLE OF PARTICIPATING IN THE

2    FOLLOWING ACTIVITIES:   PLAYING 18 HOLES OF GOLF WITHOUT A CART?

3    **A.**   YES, SIR.

4    **Q.**   SKIING?

5    **A.**   YES, SIR.

6    **Q.**   BASKETBALL?

7    **A.**   YES, SIR.

8    **Q.**   A FRIENDLY GAME OF FOOTBALL?

9    **A.**   YES, SIR.

10   **Q.**   RUNNING?

11   **A.**   YES, SIR.

12   **Q.**   DANCING?

13   **A.**   YES, SIR.

14   **Q.**   YARD WORK?

15   **A.**   YES, SIR.

16   **Q.**   SCUBA DIVING?

17   **A.**   AS LONG AS HE KNOWS HOW.

18   **Q.**   HAVE YOU EVER TOLD MR. BARNETT THAT, BECAUSE OF HIS HEART,

19   HE SHOULDN'T GO SCUBA DIVING?

20   **A.**   NO, SIR.

21   **Q.**   BASED ON MR. BARNETT'S METS SCORE IN JULY OF 2003 AND YOUR

22   OBSERVATION OF HIM THROUGH DECEMBER OF 2005, DO YOU BELIEVE

23   THAT HIS HEART WILL ALLOW HIM TO USE A BICYCLE OR A STEPPER AT

24   A GYM, STEPPING MACHINE?

25   **A.**   YES, SIR.

1  **Q.**   IS THERE ANY ACTIVITY, SIR, BASED ON YOUR OBSERVATION OF

2  MR. BARNETT AND HIS 17.2 METS SCORE IN JULY OF 2003 THAT YOU

3  THINK HE CANNOT DO BECAUSE OF HIS HEART?

4  **A.**   I FEEL THAT ANYBODY THAT HAS HEART DISEASE STILL NEEDS TO

5  USE COMMON SENSE NO MATTER WHAT KIND OF SHAPE THEY'RE IN.  IF

6  IT'S AUGUST, JULY, IN MYRTLE BEACH, AND IT'S 105 DEGREES

7  OUTSIDE, I DON'T THINK HE OUGHT TO BE TRYING TO DO 17 METS IN

8  THE SUN AND THE SAME IN THE COLD, BECAUSE I THINK THAT EXTREME

9  STRESSES CAN PRECIPITATE EVENTS NO MATTER WHAT KIND OF SHAPE

10 YOU'RE IN.  SO ANYTHING WITHIN REASON I WOULD HAVE NO PROBLEM

11 WITH HIM DOING, INCLUDING VIGOROUS EXERCISE, USING COMMON

12 SENSE, ALONG THOSE LINES.

13 **Q.**   HAVE YOU EVER TOLD MR. BARNETT THAT HE COULD NOT

14 PARTICIPATE IN ANY OF THE ACTIVITIES THAT I MENTIONED A FEW

15 MINUTES AGO?

16 **A.**   NOT THAT I CAN RECALL, NO.

17 **Q.**   LET'S QUICKLY TURN TO THE LAST VISIT, THE MOST RECENT

18 VISIT YOU HAVE HAD WITH MR. BARNETT.  THAT WAS ON DECEMBER 20

19 OF 2005.  TELL ME WHEN YOU'RE THERE, SIR.  THIS IS THE LAST

20 TIME THAT YOU SAW MR. BARNETT BEFORE TODAY'S DEPOSITION?

21 **A.**   THAT'S CORRECT.

22 **Q.**   CAN YOU READ THE FIRST SENTENCE UNDER "HISTORY."

23 **A.**   THE FIRST SENTENCE UNDER "HISTORY"?

24 **Q.**   YES.

25 **A.**   "SINCE LAST SEEN"?

1   **Q.**   YES.

2   **A.**   "MR. BARNETT STATES HE IS DOING WELL."

3   **Q.**   YOU CONTINUE TO SAY HE HAS NO CHEST DISCOMFORT?

4   **A.**   I CAN READ IT ALL.  "HE HAS NOT BEEN AS AGGRESSIVE WITH

5   HIS EXERCISE AS HE USED TO, BUT NONETHELESS HE HAS HAD NO

6   EXERTIONAL CHEST, NECK, ARM, OR JAW DISCOMFORT AND NO DYSPNEA

7   ON EXERTION, PMB OR ORTHOPNEA, NO PALPITATIONS."

8   **Q.**   DID MR. BARNETT HAVE ANY SYMPTOMS OF CHEST PAIN OR ANGINA

9   ON DECEMBER 20 OF 2005?

10  **A.**   NO, SIR.

11  **Q.**   DURING THE TWO YEARS THAT MR. BARNETT USED VIOXX AFTER HIS

12  HEART ATTACK, DID YOU FEEL THAT HE WAS EXPERIENCING ANY ANGINA

13  OR HEART-RELATED TROUBLE?

14  **A.**   NO, SIR.

15  **Q.**   UNDER "ASSESSMENT AND PLAN" YOU SAY "CURRENTLY

16  ASYMPTOMATIC WITH A GOOD EXERCISE TOLERANCE."

17  **A.**   UH-HUH.

18  **Q.**   IS THAT ANOTHER WAY OF SAYING THAT MR. BARNETT HAS AN

19  ENERGY LEVEL THAT'S EVEN ABOVE WHAT YOU WOULD EXPECT FOR A MAN

20  OF HIS AGE?

21  **A.**   IT JUST MEANS HE DOES A LOT OF PHYSICAL ACTIVITY AND

22  TOLERATES IT WELL.

23  **Q.**   DO YOU FEEL MR. BARNETT HAS AS MUCH ENERGY AS YOU WOULD

24  EXPECT, OR MORE, OF A MAN HIS AGE?

25  **A.**   I FEEL MR. BARNETT EXERCISES -- USED TO.  I ASSUME HE

1  STILL DOES -- VIGOROUSLY AND HAS A GOOD EXERCISE TOLERANCE.

2  **Q.**   IF YOU TURN TO THE SECOND PAGE OF THIS, PLEASE.

3  MR. ROBINSON ASKED YOU TO READ THIS STATEMENT:  "I HAVE

4  RECOMMENDED TO MR. BARNETT THAT HE TAKE THE LEAST AMOUNT OF

5  NONSTEROIDAL ANTI-INFLAMMATORIES AS HE CAN TO AVOID ANY

6  POTENTIAL THROMBOTIC EFFECT."  DO YOU SEE THAT?

7  **A.**   YES, SIR.

8  **Q.**   HERE YOU'RE REFERRING TO ANY NONSTEROIDAL

9  ANTI-INFLAMMATORIES, MOTRIN, IBUPROFEN, FELDENE, MOBIC?

10  **A.**   ANY OF THEM.

11  **Q.**   YOU STATE HERE, "HE SHOULD TAKE THE LEAST AMOUNT OF

12  NONSTEROIDAL ANTI-INFLAMMATORIES TO AVOID ANY POTENTIAL

13  THROMBOTIC EFFECT."  YOU SAY "POTENTIAL" BECAUSE THAT'S VERY

14  MUCH AN UNKNOWN; CORRECT?

15  **A.**   I FEEL THAT QUESTIONS HAVE BEEN RAISED AND I DON'T FEEL

16  ANYONE KNOWS THE EXACT ANSWER TO THOSE QUESTIONS.

17  **Q.**   DO YOU KNOW THAT MR. BARNETT IS TAKING MOBIC --

18  **A.**   I KNEW HE --

19  **Q.**   -- EVERY DAY?

20  **A.**   YES, I'M AWARE HE TAKES MOBIC.

21  **Q.**   YOU'RE AWARE THAT MR. BARNETT IS TAKING MOBIC ONCE A DAY

22  EVEN THOUGH THERE IS A BLACK-BOX WARNING ABOUT POTENTIAL

23  THROMBOTIC EVENTS?

24  **A.**   THAT WOULD BE CORRECT.

25  **Q.**   DO YOU KNOW WHY?

1  **A.**   WELL, I THINK YOU GO THROUGH LIFE IN TREATING PEOPLE AND

2  THEIR CONDITIONS AND THERE'S A RISK WITH EVERYTHING YOU DO IN

3  LIFE.  I DON'T THINK ANYONE KNOWS THE EXACT RISK OF THESE

4  ANTI-INFLAMMATORY DRUGS AND WHAT THEY CAN DO.  AS I SAID

5  EARLIER, MOTRIN'S BEEN AROUND, OBVIOUSLY, A LONG TIME.  IT WAS

6  FOUND, I KNOW, IN EARLY STUDIES TO BE AT LEAST THROMBOTIC

7  EFFECT IN VITRO, AT LEAST THAT'S WHAT THEY TAUGHT US IN MEDICAL

8  SCHOOL.  SO YOU HAVE TO MAKE DECISIONS BASED ON YOUR QUALITY OF

9  LIFE AND WHAT YOU WANT TO DO.  SOME DRUGS CAN HELP YOU.  YOU

10  KNOW, THERE'S NO ONE MAGIC DRUG THAT DOESN'T HAVE SOME SIDE

11  EFFECTS SOMEWHERE.

12         I FEEL THAT HE NEEDS IT TO IMPROVE HIS QUALITY OF

13  LIFE.  HE'S AN EDUCATED-ENOUGH PERSON AND CAN MAKE HIS

14  DECISIONS ALONG WITH HIS PHYSICIAN.  LIKE I SAID EARLIER, HE IS

15  ON ASPIRIN, HE'S ON PLAVIX, AND HE'S ON TWO STRONG

16  ANTI-PLATELET DRUGS THAT WILL HELP DECREASE THE RISK OF

17  THROMBOTIC EVENTS, PARTICULARLY PLAVIX BLOCKING PLATELET

18  RECEPTOR.  I THINK THAT, IN HIM, IT'S AN ACCEPTABLE RISK, YOU

19  KNOW, AS LONG AS THE PATIENT UNDERSTANDS THE POTENTIAL SIDE

20  EFFECTS AND IT'S NOT TAKEN OFF THE MARKET.  THE FDA HAS IT ON

21  THE MARKET WITH THESE THINGS AND WITH THESE UNDERSTANDINGS.

22  THE PATIENT KNOWS THAT AND IS AGREEABLE TO ACCEPT THAT RISK TO

23  HAVE A QUALITY OF LIFE THAT HE WANTS.  WE TRY TO MINIMIZE THE

24  RISK BY ADDING THESE OTHER DRUGS, ANTI-PLATELET DRUGS TO, IT

25  AND THAT'S IT.

1091

1    **Q.**   HAVE YOU HAD PATIENTS, SIR, WHO ARE WILLING TO TAKE SMALL

2    RISKS OF EVEN A SERIOUS POTENTIAL SIDE EFFECT BECAUSE OF THE

3    BENEFITS OF MEDICINE THEY TAKE?

4    **A.**   YEAH.  TO IMPROVE QUALITY OF LIFE, PATIENTS WILL TAKE

5    CERTAIN RISKS TO DO THAT.

6    **Q.**   YOU MENTIONED BEFORE, WHEN MR. ROBINSON WAS ASKING YOU

7    QUESTIONS, THAT MR. BARNETT MIGHT BE AT RISK OF ANOTHER HEART

8    ATTACK IN THE FUTURE.  DO YOU REMEMBER?

9    **A.**   YEAH, UH-HUH, SURE, YES.

10   **Q.**   IS THE REASON THAT MR. BARNETT IS AT RISK OF ANOTHER HEART

11   ATTACK IN THE FUTURE BECAUSE HE HAS A HISTORY OF SIGNIFICANT

12   CORONARY ARTERY DISEASE?

13   **A.**   THAT WOULD BE THE MAIN REASON, CORRECT.

14   **Q.**   HOPEFULLY THIS WON'T HAPPEN TO MR. BARNETT AND, HOPEFULLY,

15   ALL THE THINGS THAT HE'S DOING TO TRY TO PREVENT THAT FROM

16   HAPPENING WILL PREEMPT A HEART ATTACK, BUT DO YOU AGREE, SIR,

17   THAT EVEN WITH THE BEST EFFORTS THAT SOME PEOPLE TAKE TO WATCH

18   THEIR WEIGHT AND CONTROL THEIR CHOLESTEROL AND WATCH THEIR

19   LIFESTYLE, THAT SOMETIMES MOTHER NATURE HAS A WAY OF WORKING SO

20   THAT THE CORONARY ARTERY DISEASE INCREASES, NONETHELESS, AND A

21   HEART ATTACK MIGHT HAPPEN?

22   **A.**   IT'S WELL KNOWN CORONARY ARTERY DISEASE IS A CHRONIC

23   DISEASE PROCESS.  WE HAVE NO MAGIC BULLET TO CURE THE DISEASE

24   PROCESS, AND IT CAN PROGRESS OVER TIME.  OBVIOUSLY, ANYONE THAT

25   HAS A HISTORY OF SEVERE ATHEROSCLEROSIS HAS A RISK IN THE

 1   FUTURE.

 2   **Q.**   DR. KARAVAN, WHEN YOU SAID THAT MR. BARNETT MIGHT BE AT

 3   RISK OF ANOTHER HEART ATTACK IN THE FUTURE, THAT'S NOT BECAUSE

 4   OF VIOXX, IS IT?

 5   **A.**   NOT IN MY MIND, NO, SIR.

 6   **Q.**   TO SUMMARIZE YOUR TESTIMONY, AT LEAST IN RESPONSE TO MY

 7   QUESTIONS, CAN YOU TELL ME WHETHER THESE STATEMENTS ARE TRUE?

 8   **A.**   YES.

 9   **Q.**   MR. BARNETT SUFFERED A MILD HEART ATTACK WITH SLIGHTLY

10   ELEVATED CARDIAC ENZYMES?

11   **A.**   CORRECT.

12   **Q.**   HE HAD A HEART ATTACK DUE TO SEVERE LONG-STANDING CORONARY

13   ARTERY DISEASE?

14   **A.**   CAN I QUALIFY THAT?

15   **Q.**   SURE.

16   **A.**   DIFFUSE SEVERE CORONARY ARTERY DISEASE WITH ACUTE

17   THROMBOSIS.

18   **Q.**   ACUTE THROMBOSIS IS A NATURAL PART OF ANY ATHEROSCLEROTIC

19   EVENT?

20   **A.**   THAT'S CORRECT.

21   **Q.**   MR. BARNETT'S CORONARY ARTERY DISEASE AND THE SEVERITY OF

22   IT WENT UNDIAGNOSED UNTIL HE HAD A CATHETERIZATION IN SEPTEMBER

23   OF 2002?

24   **A.**   HE WAS DIAGNOSED AS HAVING CORONARY ARTERY DISEASE

25   EARLIER.  THE TOTAL EXTENT WASN'T TRULY KNOWN UNTIL 2002.

1093

1    **Q.**   IF MR. BARNETT DID NOT HAVE A HEART ATTACK, SIR, BUT YOU

2    KNEW THE EXTENT OF HIS CORONARY ARTERY DISEASE, SAY, THROUGH A

3    HEART SCAN, YOU WOULD HAVE RECOMMENDED A BYPASS?

4    **A.**   THE QUALIFICATION ON THAT IS MULTI-VESSEL DISEASE

5    SOMETIMES IS TREATED MEDICALLY, WITH MEDICINES.  THE LEFT MAIN

6    BLOCKAGE WAS SUCH THAT IT WAS AT LEAST BORDERLINE TO WHERE YOU

7    MIGHT RECOMMEND MEDICAL THERAPY.  THREE-VESSEL DISEASE,

8    ASYMPTOMATIC, 15 MINUTES ON A TREADMILL, OKAY, MIGHT BE MANAGED

9    MEDICALLY.  OKAY.  THE LEFT MAIN LESION IS A BORDERLINE.  IN

10   OTHER WORDS, 50 TO 60, 70 PERCENT IN THERE, YOU'RE GOING TO

11   DEFINITELY RECOMMEND AN OPERATION.  OKAY.  HIS LEFT MAIN

12   PROBABLY WOULD HAVE KICKED HIM OVER INTO THE BYPASS SURGERY

13   RECOMMENDATION.

14   **Q.**   IF MR. BARNETT HAD PRESENTED WITH CHEST PAIN AS HE DID IN

15   SEPTEMBER OF 2002 AND YOU KNEW THE EXTENT OF HIS CORONARY

16   ARTERY DISEASE, SAY, THROUGH A HEART SCAN, YOU WOULD HAVE

17   RECOMMENDED A BYPASS; TRUE?

18   **A.**   IN ALL LIKELIHOOD.

19   **Q.**   MR. BARNETT GOT THE BYPASS THAT HE REALLY NEEDED AND IT

20   WAS SUCCESSFUL; DO YOU AGREE?

21   **A.**   I RECOMMENDED WHAT I FELT HE NEEDED AND HE'S DOING FINE.

22         **MR. GOLDMAN:**  THOSE ARE ALL THE QUESTIONS I HAVE.

23   THANK YOU, DOCTOR.

24         **THE COURT:**  WE HAVE TO TAKE A 15-MINUTE BREAK HERE.

25   I HAVE A CONFERENCE.  COURT WILL STAND IN RECESS.

DAILY COPY

1           **THE DEPUTY CLERK:**  EVERYONE RISE.

2           (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

3           **THE DEPUTY CLERK:**  EVERYONE RISE.

4           **THE COURT:**  BE SEATED, PLEASE.

5           **MR. BECK:**  YOUR HONOR, WE ARE NOW SWITCHING BACK TO

6   MR. ROBINSON.

7           **MR. ROBINSON:**  THIS IS VERY BRIEF REDIRECT,

8   YOUR HONOR.

9                      **REDIRECT EXAMINATION**

10  **BY MR. ROBINSON:**

11  **Q.**   HAS YOUR OPINION CHANGED THAT VIOXX MAY HAVE PLAYED A

12  ROLE, ALONG WITH THAT CORONARY ARTERY DISEASE, IN MR. BARNETT'S

13  HEART ATTACK?

14  **A.**   I STILL THINK, JUST LIKE I STATED EARLIER, HE HAD DIFFUSE

15  CORONARY ATHEROSCLEROSIS FOR THE REASONS GIVEN AND HE HAD A

16  THROMBOTIC MYOCARDIAL INFARCTION, AND THE CONCERN WOULD BE

17  WHETHER VIOXX PLAYED ANY POTENTIAL ROLE IN THE MYOCARDIAL

18  INFARCTION BASED ON THE LITERATURE.

19  **Q.**   MR. GOLDMAN READ YOU SOME CHOLESTEROL LEVELS FOR

20  MR. BARNETT PRECEDING HIS HEART ATTACK.  DO YOU REMEMBER THAT?

21  **A.**   UH-HUH.

22  **Q.**   HE SHOWED YOU ONE IN 1993, HE SHOWED YOU ANOTHER ONE IN

23  1998, AND ANOTHER ONE IN 1999.  DO YOU REMEMBER THAT?

24  **A.**   I REMEMBER THAT.

25  **Q.**   OKAY.  IF IT SHOULD TURN OUT THAT MR. BARNETT'S

1095

1    CHOLESTEROL LEVEL WENT FROM 251, AS MR. GOLDMAN SAID, IN
2    OCTOBER OF '99, BUT THAT MR. BARNETT WAS PUT ON LIPITOR BY
3    DR. MIKOLAJCZYK THE SPRING, EARLY SUMMER OF 2000 AFTER THAT
4    CARDIOLITE EVENT --
5    **A.**   RIGHT, RIGHT.
6    **Q.**   -- AND HIS CHOLESTEROL LEVELS DROPPED TO A CONSISTENT
7    PATTERN OF 161 ON JULY 18 OF 2000, AND 160 ON JUNE 27, 2001,
8    AND 166 ON FEBRUARY 7, 2002, AND A MONTH BEFORE HIS HEART
9    ATTACK, IN AUGUST OF 2002, WAS 166, WOULD YOU SAY THAT WAS A
10   FAIRLY SIGNIFICANT DROP, FROM THE 250 TO THE 160 RANGE?
11   **A.**   LOWERING YOUR CHOLESTEROL FROM 250 TO 160 IS A GOOD
12   IMPROVEMENT.
13   **Q.**   SO AT LEAST THROUGH DIET, EXERCISE, AND THE LIPITOR, IF
14   THESE NUMBERS I JUST GAVE YOU ARE TRUE, THEN WHAT DOES THAT
15   MEAN IN TERMS OF MR. BARNETT'S CHOLESTEROL HEALTH BEFORE THE
16   HEART ATTACK?
17   **A.**   WELL, I MEAN, IT MEANS WE HADN'T GOT IT FIGURED OUT YET,
18   YOU KNOW.  IN OTHER WORDS, LOWERING THE CHOLESTEROL HELPED
19   SOME.  IT'S NOT A DRANO PILL, BUT THERE'S MORE TO
20   ATHEROSCLEROSIS THAN CHOLESTEROL.  ALSO, IT MEANS THAT IT'S A
21   LONG -- YOU KNOW, LONG-TERM OCCURRING THING.  IN OTHER WORDS,
22   BLOCKAGES DON'T OCCUR OVERNIGHT, AND ONCE THEY FORM WE DON'T
23   HAVE A DRANO PILL TO GET RID OF THEM.  DRANO DOESN'T EXIST.
24   **Q.**   SO MY POINT IS:  THAT WOULD BE ANOTHER FACTOR THAT YOU'D
25   LIKE TO CONSIDER, CORRECT, IN THIS, TRYING TO FIGURE OUT WHAT

1  HAPPENED WITH MR. BARNETT WHEN HE HAD HIS CHOLESTEROL DROP FROM

2  250 TO THE 160 RANGE WHILE TAKING VIOXX FOR 32 MONTHS AND STILL

3  HAD THIS MASSIVE OR 80 PERCENT --

4  **A.**   I THINK THE ARGUMENT IS THAT ATHEROSCLEROSIS IS A PROCESS

5  THAT'S BEEN GOING ON FOR A WHILE.  IT DIDN'T HAPPEN OVER PERIOD

6  OF A YEAR NOR YEARS.  WHEN YOU HAVE ESTABLISHED

7  ATHEROSCLEROSIS, STATIN DRUGS DON'T -- THEY'RE NOT A DRANO

8  PILL.  YOU CAN GET SOME REGRESSION, MAYBE.  MAYBE YOU CAN GET

9  IT TO SUBSIDE OR HELP THE PROGRESSION A LITTLE BIT, BUT THEY'RE

10  NOT DRANO AND ATHEROSCLEROSIS CAN OCCUR.

11  **Q.**   YOU'VE LEARNED A LOT MORE ABOUT THAT SINCE THAT TIME?

12  **A.**   I KNOW THERE'S INCREASED CONCERN ABOUT THOSE DRUGS CAUSING

13  THROMBOTIC EVENTS.

14  **Q.**   ACCORDING TO ACCEPTED STANDARDS FOR INTERVENTIONAL

15  CARDIOLOGY, IF YOU HAVE A MILD LATERAL ISCHEMIA ON A CARDIOLITE

16  EXAM, ALL THAT REALLY SAYS IS THAT YOU HAVE AT LEAST ONE VESSEL

17  THAT IS BLOCKED TO 70 PERCENT?  GO AHEAD.

18  **A.**   NOT REALLY.

19  **Q.**   OKAY.

20  **A.**   OKAY.  WHEN YOU HAVE A CARDIOLITE NUCLEAR SCAN, IT TRIES

21  TO PICK UP A GRADIENT OF FLOW.  OKAY.  ONE OF THE PROBLEMS YOU

22  HAVE IS, IF YOU HAVE DIFFUSE BLOCKAGE, THERE'S NOT A LOT OF

23  GRADIENT.  EVERYTHING IS DOWN, SO NOTHING LOOKS DIFFERENT THAN

24  THE OTHER, TO SPEAK OF.  SO IT'S WELL KNOWN THAT YOU CAN MISS

25  OR NOT DETECT MULTI-VESSEL DISEASE WITH THAT.

1  **Q.**   IS THERE ANY SUCH THING AS A GOOD HEART ATTACK?

2  **A.**   I DON'T THINK THERE'S ANY -- NO SUCH THING AS A GOOD HEART

3  ATTACK.  IF YOU HAVE AN EVENT THAT'S A MINOR EVENT -- IN OTHER

4  WORDS, IT DOESN'T HARM YOU, AND IT ENABLES YOU TO DETECT THE

5  WHOLE -- NOT JUST THE TIP OF THE ICEBERG, BUT ALL THE DISEASE

6  PROCESS, THEN SOMEONE MAY BENEFIT LONG TERM BECAUSE IT WAS

7  FOUND IN TIME, BEFORE THEY HAD A BAD EVENT.  OKAY.

8  **Q.**   OKAY.  OKAY.  IN SPITE OF THE STUDY THAT COUNSEL SHOWED

9  YOU ABOUT SOME ENERGY LEVELS VIS-À-VIS THE STRESS TEST THAT YOU

10  PUT HIM ON, IF HIS WIFE AND BROTHER AND EVEN MR. BARNETT FEELS

11  THAT HE'S HAD A DROP IN ENERGY LEVELS OVER THE LAST COUPLE OF

12  YEARS, OR EVEN THREE OR FOUR YEARS, THAT WOULD NOT MEAN THAT

13  WHAT MR. BARNETT IS FEELING AND WHAT HIS WIFE AND BROTHER ARE

14  SEEING IS NOT ACCURATE?

15  **A.**   I DON'T RECALL BEING AWARE OF ANY CHANGE IN HIS EXERCISE

16  TOLERANCE OR THOSE KIND OF PROBLEMS.  THE LAST OBJECTIVE DATA,

17  I.E., THE STRESS TEST, SUGGESTS GOOD PERFORMANCE, BUT I WILL

18  CERTAINLY BE GLAD TO SEE HIM ANY TIME.

19  **Q.**   I GUESS WHAT I'M SAYING IS THERE ARE PEOPLE THAT CAN

20  EXERCISE WHEN YOU TELL THEM TO EXERCISE, BUT AFTER A HEART

21  ATTACK OR EVEN A CABG SURGERY, THEY MIGHT HAVE SOME LOSS OF

22  ENERGY; IS THAT TRUE?

23  **A.**   POOR ENERGY IS A VERY NONSPECIFIC COMPLAINT.  THERE'S NOT

24  A DAY THAT SOMEONE DOESN'T GO BY IN MY OFFICE OR ANY DOCTOR'S

25  OFFICE THAT DOESN'T SAY THEY'RE TIRED AND THEIR ENERGY LEVEL IS

1    DOWN.  IT'S ONE OF THE HARDEST THINGS TO PUT YOUR FINGER ON.

2    USUALLY YOU CORRELATE IT WITH SOME OBJECTIVE FINDING.  IF YOU

3    DON'T HAVE THAT, THEN MAYBE IT'S SOME SUBJECTIVE FINDING.

4              **MR. GOLDMAN:**  WE HAVE A VERY, VERY SHORT RECROSS.

5              **THE COURT:**  WE HAVE TO TALK ABOUT GOING BACK AND

6    FORTH LIKE THAT.

7                        **RECROSS-EXAMINATION**

8    BY MR. GOLDMAN:

9    **Q.**   DID MR. ROBINSON SHOW YOU ANY STUDY SHOWING THAT VIOXX

10   PROMOTES ATHEROSCLEROSIS?

11   **A.**   NO, SIR.

12   **Q.**   IN THE 20 YEARS THAT YOU'VE BEEN PRACTICING CARDIOLOGY,

13   HAVE YOU SEEN A SINGLE PEER-REVIEWED PUBLISHED ARTICLE SAYING

14   THAT VIOXX OR COX-2 INHIBITORS PROMOTE ATHEROSCLEROSIS?

15   **A.**   NO, SIR.

16   **Q.**   ARE YOU AWARE OF ANY STUDY ANYWHERE SHOWING THAT CRIME OR

17   OTHER COX-2 INHIBITORS CAN ACCELERATE ATHEROSCLEROSIS?

18   **A.**   I'M NOT AWARE OF ANY.

19   **Q.**   LET ME HAND YOU, SIR, WHAT I HAVE MARKED AS EXHIBIT 30.

20   THIS IS A VISIT FROM MAY 17 OF 2005, WHICH WAS YOUR LAST VISIT

21   WITH MR. BARNETT BEFORE HE CAME TO YOU ON DECEMBER 20 OF 2005.

22   OKAY?

23   **A.**   OKAY.

24   **Q.**   HERE YOU WROTE UNDER HISTORY, "SINCE I LAST SAW

25   MR. BARNETT, HE STATES HE HAS NOT BEEN MODIFYING HIS RISK

1  FACTORS AS WELL AS HE USED TO.  HIS WEIGHT IS UP A LITTLE BIT

2  AND HE HAS NOT BEEN EXERCISING MUCH, BUT HE IS READY TO CHANGE

3  THAT.  NONETHELESS, HE HAS FELT FINE FROM A CHEST STANDPOINT."

4  DO YOU SEE THAT?

5  **A.**   RIGHT.

6  **Q.**   WAS IT YOUR IMPRESSION, DR. KARAVAN, THAT WHEN MR. BARNETT

7  SAID HE WASN'T EXERCISING, THAT WAS JUST BECAUSE HE HAD BECOME

8  LAX, PERIODICALLY, IN TAKING CARING OF HIMSELF, AS OPPOSED TO

9  NOT EXERCISING BECAUSE HIS HEART IS PREVENTING HIM FROM

10  EXERCISING?

11  **A.**   I KNEW OF NO REASON HE COULDN'T EXERCISE, FROM A HEART

12  STANDPOINT, AND IT WOULD BE MORE OF JUST HIS MOTIVATION.

13           **THE COURT:**  OKAY.

14                **FURTHER REDIRECT EXAMINATION**

15  BY MR. ROBINSON:

16  **Q.**   HE ASKED YOU ABOUT MEDICATIONS OR DRUGS PROMOTING

17  ATHEROSCLEROSIS DISEASE.  ARE YOU AWARE THAT TOBACCO HAS BEEN

18  SAID TO PROMOTE ATHEROSCLEROTIC DISEASE?  GO AHEAD.

19  **A.**   I ADVISE ALL MY PATIENTS NOT TO SMOKE BECAUSE OF THE

20  ASSOCIATION OF SMOKING AND HEART DISEASE.

21  **Q.**   ACTUALLY, THE UNDERSTANDING IS THAT EVEN SECONDHAND SMOKE

22  MAY PROMOTE PLAQUE BUILDUP AND ATHEROSCLEROTIC DISEASE; IS THAT

23  TRUE?

24  **A.**   SECONDHAND SMOKE, IF THERE'S ENOUGH, CAN PROBABLY

25  CONTRIBUTE TO ATHEROSCLEROSIS.

1      **MR. ROBINSON:**  THERE WAS AN INTERVENING PROCEDURE AND

2  NOW WE ARE GOING TO PLAY THAT DEPOSITION.  IT WAS TAKEN ABOUT

3  THREE WEEKS AGO.

4         (WHEREUPON, **MARK KARAVAN (DEPO 2)**, HAVING BEEN DULY

5  SWORN, TESTIFIED AS FOLLOWS.)

6                        **DIRECT EXAMINATION**

7  BY MR. ROBINSON:

8  **Q.**   GOOD AFTERNOON, DOCTOR.

9  **A.**   YES.

10 **Q.**   YOU ARE MR. BARNETT'S CARDIOLOGIST; IS THAT RIGHT?

11 **A.**   UH-HUH.

12 **Q.**   IN 2002, YOU DID AN ANGIOGRAM ON MR. BARNETT; RIGHT?

13 **A.**   CORRECT.

14 **Q.**   YOU DID ANOTHER ANGIOGRAM ON MR. BARNETT IN 2006?

15 **A.**   CORRECT.

16 **Q.**   WHAT I WANT TO DO INITIALLY IS TO GO BACK THROUGH SOME OF

17 THE EXHIBITS THAT MR. GOLDMAN WENT THROUGH WITH YOU.  YOU SEE

18 EXHIBIT 29?  I THINK IT'S --

19 **A.**   YEAH, I THINK SO.

20 **Q.**   IT'S YOUR RECORD OF --

21 **A.**   UH-HUH.

22 **Q.**   -- JUNE 26, 2006?

23 **A.**   UH-HUH.

24 **Q.**   UNDER THE ECHOCARDIOGRAM SECTION, SECTION E, WHERE YOU

25 STATE, "ECHOCARDIOGRAM INDIANA 5/06 SHOWING NORMAL GLOBAL LEFT

1   VENTRICULAR SYSTOLIC FUNCTION WITH MILD INFEROBASILAR

2   HYPOKINESIS," DO YOU SEE THAT SECTION?

3   A.   YES, SIR.

4   Q.   WELL, LET ME ASK IT THIS WAY.  DO YOU KNOW WHETHER OR NOT

5   THE ACTUAL ECHOCARDIOGRAM REFERRED TO THE BASAL POSTERIOR

6   SECTION?

7   A.   I DON'T HAVE THE FULL REPORT IN FRONT OF ME.  DO YOU HAVE

8   THAT FULL REPORT?

9   Q.   DO YOU SEE IT?

10  A.   I GOT IT.  I'M SORRY.

11  Q.   DO YOU SEE IF YOU GO TO THE THIRD PAGE IN --

12  A.   CORRECT.  THE ECHOCARDIOGRAM WAS INTERPRETED AS MIDLATERAL

13  BASAL LATERAL HYPOKINESIS AND SEVERE HYPOKINESIS OF THE

14  POSTEROBASILAR, INFEROBASILAR AREAS.

15  Q.   WHEN YOU TALKED ABOUT, IN RESPONSE TO A QUESTION BY

16  MR. GOLDMAN, YOUR CATH NOT SHOWING THE BACK PART OF THE HEART,

17  WHAT DO YOU MEAN?

18  A.   WITH A VENTRICULOGRAM, WHICH WE DO AT THE TIME OF

19  CATHETERIZATION, MOST PEOPLE JUST DO THE REO VENTRICULOGRAM,

20  SOME DO ANOTHER SIDE, AND YOU CANNOT VISUALIZE ALL SEGMENTS OF

21  THE HEART UNLESS YOU'RE LOOKING BACK THERE.  THE ECHOGRAM WOULD

22  PICK UP WALL MOTION THAT A VENTRICULOGRAM MAY WOULD NOT, AND

23  THESE PARTS ARE BASICALLY ON THE BACK SIDE OF THE HEART.  THEY

24  WOULD BE SOMEWHAT HIDDEN FROM THE VENTRICULOGRAM THAT WAS

25  PERFORMED THIS MONTH.

1  **Q.**   WHEN IT SAYS MIDLATERAL BASAL LATERAL HYPOKINESIS, WHAT

2  DOES THAT REFER TO?

3  **A.**   THE WAY I WOULD INTERPRET THIS IN THIS SITUATION IS THAT

4  HE HAD A PREVIOUS SMALL WHAT I CALL PDA INFARCT.  OKAY.  IT'S

5  THE NON-Q WAVE FROM BEFORE.  SO THERE'S A WALL MOTION

6  ASSOCIATED IN THE BASAL POSTERIOR AND BASAL INFERIOR PORTION

7  THAT COULD BE CONSISTENT WITH HIS PDA.  HE HAS HYPOKINESIS OF

8  THE LATERAL, MIDLATERAL.  THEY CALL IT BASAL LATERAL.  THAT

9  COULD BE CONSISTENT WITH THE FACT THAT HIS CIRCUMFLEX VESSEL

10 WAS NOT FEEDING ENOUGH BLOOD FLOW TO THAT PORTION OF THE HEART

11 AND THAT WAS THE VESSEL THAT WE OPENED UP.

12 **Q.**   WHAT ABOUT THE PART BELOW THAT WHERE IT SAYS "SEVERE

13 HYPOKINESIS"?

14 **A.**   I THINK THAT IS RELATED TO HIS INITIAL EVENT FROM 2002.

15 **Q.**   WHEN YOU SAID THE CIRCUMFLEX, WOULD THAT ALSO INCLUDE THE

16 RAMUS?

17 **A.**   YES.

18 **Q.**   WILL YOU TELL THE JURY WHAT YOU REFERRED TO WHEN YOU

19 MENTIONED THE CIRCUMFLEX IN THE LAST ANSWER.

20 **A.**   I'M SORRY.  YES.  CLINICALLY, IN MR. BARNETT, HIS RAMUS

21 INTERMEDIUS IS SYNONOMOUS WITH THE CIRCUMFLEX.  IT SUPPLIES THE

22 MIDLATERAL AND BASAL LATERAL PORTIONS OF THE HEART.  THAT

23 VESSEL WAS STENOSED, AFFECTING THE BLOOD FLOW, THEREFORE

24 POTENTIALLY MAKING IT HYPOKINETIC.

25 **Q.**   WHAT DOES "HYPOKINETIC" MEAN?

1    **A.**   IT DOESN'T PUMP QUITE AS STRONG AND MOVE QUITE AS STRONG

2    AS IT SHOULD.

3    **Q.**   IF SOMEONE'S HEART HAS A PORTION OF IT THAT'S HYPOKINETIC,

4    IS THAT A GOOD THING?

5    **A.**   WELL, IT COULD BE ISCHEMIC.  I MEAN, IN THIS SITUATION, IN

6    MY MIND, IT MEANS THAT HIS CIRCUMFLEX OR RAMUS INTERMEDIUS

7    VESSEL HAD STENOSIS.  THAT PORTION OF THE HEART WAS ISCHEMIC

8    AND, THEREFORE, NOT PUMPING AS GOOD BECAUSE THE HEART NEEDS

9    BLOOD FLOW TO PUMP.

10   **Q.**   THE OTHER PORTION WHERE THEY SAY BASAL INFERIOR

11   HYPOKINESIS, WHAT DOES THAT REFER TO?

12   **A.**   I FEEL IN MR. BARNETT THIS WALL MOTION ABNORMALITY WOULD

13   BE CONSISTENT WITH HIS INITIAL EVENT IN 2002, WHICH IS

14   ESSENTIALLY CLOSURE OF HIS PDA, WHICH SUPPLIES THE

15   POSTEROBASILAR, INFEROBASILAR PART OF THE HEART.

16   **Q.**   WHAT DOES THIS MEAN?

17   **A.**   IT MEANS TWO THINGS.  THIS STATEMENT MEANS TWO THINGS.

18   ONE IS THE RAMUS INTERMEDIUS IS ISCHEMIC TO THE LATERAL SIDE OF

19   THE HEART MAKING IT HYPOKINETIC.  HE HAD A NON-Q WAVE, WHAT I

20   DETERMINED TO BE A NON-Q WAVE MYOCARDIAL INFARCTION ON THE

21   INFEROBASILAR PART OF THE HEART SUPPLIED BY THE PDA.  IT WAS

22   THERE IN 2002, AND THAT'S WHY YOU SEE IT NOW.

23   **Q.**   DO YOU HAVE AN OPINION ONE WAY OR ANOTHER AS TO WHETHER IT

24   IS PROBABLY GOING TO STAY THERE?

25   **A.**   HE WILL ALWAYS HAVE -- AT THIS POINT IN TIME, I SUSPECT HE

1    WILL ALWAYS HAVE A SMALL AREA OF HYPOKINESIS OF THE

2    POSTEROBASILAR PART OF THE HEART FROM HIS INITIAL INFARCT FROM

3    FOUR YEARS AGO.  OVERALL, IN LIGHT OF THE FACT THAT -- THAT

4    PART OF THE HEART HAS IMPROVED SOME.  HIS INITIAL

5    VENTRICULOGRAM SHOWED A MORE DISTINCT WALL MOTION ABNORMALITY,

6    WHERE YOU DON'T SEE IT AS CLEARLY NOW.

7    Q.   WOULD THE VENTRICULOGRAM THAT YOU DID SHOW THE BACK PART

8    OF THE HEART?

9    A.   NO, SIR, IT WOULD NOT.  IT WOULD NOT SHOW -- THE

10   MIDLATERAL HYPOKINETIC AREA IN THIS POSTEROBASILAR

11   INFEROBASILAR AREA WOULD NOT SHOW UP WELL ON A VENTRICULOGRAM.

12   Q.   WOULD IT SHOW UP ON AN ECHOCARDIOGRAM?

13   A.   CORRECT, JUST AS IT DID.

14   Q.   IF, IN FACT, SOMEONE HAS HYPOKINESIS, AS MR. BARNETT HAS,

15   BUT ALSO HAS AN EJECTION FRACTION THAT'S NORMAL AND HAS THE

16   LEVEL OF CORONARY ARTERY DISEASE THAT MR. BARNETT HAS, IS THERE

17   ANY POTENTIAL PROBLEM IN THE FUTURE WITH THIS HYPOKINESIS AND

18   THE CORONARY ARTERY DISEASE AS IT MIGHT AFFECT HIS HEART?

19   A.   AGAIN, THE AREA ON THE BACK SIDE, THE MIDLATERAL BASAL

20   LATERAL, I SUSPECT WAS FROM THIS HIGH-GRADE OBSTRUCTION IN THE

21   CIRCUMFLEX RAMUS VESSEL WHICH WE OPENED UP, AND I WOULD BE

22   HOPEFUL THAT THIS PART OF THE HEART WOULD RETURN TO PUMPING

23   MORE NORMALLY.

24         YOU KNOW, IN GENERAL, WHEN SOMEONE HAS AN OVERALL

25   NORMALLY FUNCTIONING HEART, AGAIN, WE ALWAYS SAY THEY HAVE A

1  RELATIVELY GOOD PROGNOSIS.  OBVIOUSLY, YOU WOULD NOT -- IF IT

2  WERE YOUR HEART, YOU WOULD WANT EVERY SEGMENT OF YOUR HEART

3  BEATING STRONGLY AND NORMALLY.  THE QUESTION IS:  WILL THIS

4  AREA OF HYPOKINESIS HAVE A NEGATIVE EFFECT ON HIM IN THE

5  FUTURE?

6  **Q.**  ALONG WITH HIS CORONARY ARTERY DISEASE.

7  **A.**  WELL, IF YOU HAVE ONE WALL MOTION ABNORMALITY AND HAVE

8  ANOTHER EVENT AND HAVE ANOTHER WALL MOTION ABNORMALITY, THEN

9  THEY CAN CERTAINLY ADD UP TO BE MORE SIGNIFICANT.

10  **Q.**  DO YOU KNOW WHETHER OR NOT CORONARY ARTERY DISEASE CAN

11  LEAD TO A SUBSEQUENT WALL MOTION ABNORMALITY?

12  **A.**  IF YOU HAVE SIGNIFICANT OBSTRUCTION, SIGNIFICANT LACK OF

13  BLOOD FLOW, THEN WHATEVER AREA OF THE HEART IS AFFECTED WILL

14  NOT PUMP NORMALLY.

15  **Q.**  NOW, DO YOU KNOW WHETHER OR NOT, IN YOUR ANGIOGRAM THAT

16  YOU JUST DID ON JULY 10, 2006, MR. BARNETT HAD A PREMATURE

17  HEARTBEAT OR SERIES OF PREMATURE HEARTBEATS?

18  **A.**  HE HAD VENTRICULAR PREMATURE BEATS, WHICH CAN OCCUR WHEN

19  YOU'RE INSIDE THE HEART, PUTTING DYE IN THERE.  IT'S TICKLING,

20  STIMULATING THE HEART MUSCLE TO HAVE EXTRA BEATS.

21  **Q.**  IF YOU HAVE A PREMATURE BEAT, DO YOU KNOW WHETHER OR NOT

22  YOU HAVE A PAUSE AFTER A PREMATURE BEAT?

23  **A.**  BASICALLY, WHAT CAN HAPPEN WHEN YOU HAVE PVC'S IS IT

24  ALLOWS MORE TIME BETWEEN THE SUBSEQUENT BEAT, AND WHEN THAT

25  HAPPENS MORE CALCIUM INFLUX INTO THE MYOCARDIAL CELLS,

1    MYOCYTES, CARDIOMYOCYTES, AND THEY CONTRACT AND PUT STRONGER OR

2    BETTER.  SO WALL MOTION DOES IMPROVE WHAT WE CALL POST EXTRA

3    SYSTOLIC PAUSE.

4    **Q.**   DO YOU KNOW WHETHER OR NOT THAT COULD IN SOME WAY MASK A

5    WALL MOTION ABNORMALITY?

6    **A.**   THE WALL MOTION ABNORMALITIES SEEN ON ECHOCARDIOGRAM WERE

7    DIFFICULT TO -- IN THE AREA, THAT WOULD HAVE BEEN DIFFICULT TO

8    SEE IN A RIGHT REO VENTRICULOGRAM.  POST PVC, ANY POTENTIAL

9    WALL MOTION ABNORMALITY WOULD BE LESS APPARENT.

10   **Q.**   GOING BACK TO THE EXHIBIT 29, WHICH WAS YOUR REPORT, CAN

11   YOU GO TO THE THIRD PAGE, PLEASE, WHERE YOU HAVE THE

12   CONTINUATION OF YOUR HISTORY OF PRESENT ILLNESS.

13   **A.**   YEAH.

14   **Q.**   WOULD YOU READ INTO THE RECORD WHAT YOU SAY THERE,

15   BEGINNING, "HE HAD AN ECHOCARDIOGRAM."

16   **A.**   HE HAD AN ECHOCARDIOGRAM THAT SHOWED AN OVERALL NORMAL

17   LEFT VENTRICULAR SYSTOLIC FUNCTION WITH MILD INFEROBASAL AND

18   BASAL -- I'M SORRY.  MILD INFEROBASAL.  I'LL DO IT OVER.

19   NORMAL LEFT VENTRICULAR SYSTOLIC FUNCTION WITH MILD INFEROBASAL

20   AND POSTEROBASAL HYPOKINESIS.  MORE?

21   **Q.**   YEAH.  GO AHEAD.

22   **A.**   HE HAD A STRESS PERFUSION STUDY.  HE HAD NINE AND A HALF

23   MINUTES, STOPPED FOR FATIGUE.  HE HAD NO CHEST PAIN.  PEAK

24   HEART RATE, 106.  HE HAD AN EJECTION FRACTION OF 60 PERCENT BY

25   NUCLEAR IMAGING WITH A SMALL AREA OF INFEROLATERAL ISCHEMIA.

1   Q.   WOULD YOU JUST TELL ME WHAT THAT MEANS, "WITH A SMALL AREA
2   OF INFEROLATERAL ISCHEMIA."
3   A.   IT MEANS THE INFEROLATERAL PORTION OF THE HEART WAS NOT
4   RECEIVING THE PROPER BLOOD FLOW AT THE TIME OF STRESS TESTING,
5   INDICATING THERE MAY BE A BLOCKAGE THAT'S AFFECTING BLOOD FLOW.
6   Q.   WHAT ARTERY FEEDS TO THE INFERIOR WALL OF THE HEART?
7   A.   IT WOULD BE THE RIGHT CORONARY ARTERY GENERALLY FEEDS THE
8   INFERIOR PORTION OF THE HEART.
9   Q.   CAN YOU TELL US THE STATUS OF HIS RIGHT CORONARY ARTERY
10  TODAY?
11  A.   HIS NATIVE RIGHT CORONARY ARTERY IS TOTALLY OCCLUDED
12  PROXIMALLY IN THE MID VESSEL.
13  Q.   CAN YOU TELL ME THE STATUS OF HIS NATIVE POSTERIOR
14  DESCENDING ARTERY TODAY?
15  A.   WELL, IT'S TOTALLY OCCLUDED.
16  Q.   THERE IS A DIAGONAL THAT GOES TO THE PDA, I THINK YOU
17  SAID?
18  A.   OKAY.  WITH REGARDS TO THE RIGHT CORONARY ARTERY, HE HAD A
19  GRAFT THAT WENT -- WHAT WE CALL A NATURAL Y GRAFT --
20  SEQUENTIALLY TO THE TWO BRANCHES OF THE DISTAL, FARTHER PART OF
21  THE RIGHT CORONARY ARTERY.  ONE GRAFT WENT TO THE
22  POSTEROLATERAL BRANCH AND THAT'S OPEN.  ANOTHER GRAFT
23  SEQUENTIAL WENT TO THE PDA AND THAT'S CLOSED.  THE PDA FILLS
24  VIA OR THROUGH COLLATERAL BLOOD VESSELS FROM THE LEFT CORONARY
25  ARTERY.

1   **Q.**   I WOULD LIKE TO MARK THIS DRAWING 37.   IN YOUR REPORT THAT

2   MR. GOLDMAN WENT OVER REGARDING YOUR ANGIOGRAM, WHAT DID YOU

3   SAY WAS THE STATUS OF THE RCA?

4   **A.**   THE NATIVE RIGHT CORONARY ARTERY IS TOTALLY OCCLUDED.

5   **Q.**   SO THAT'S 100 PERCENT?

6   **A.**   100 PERCENT.

7   **Q.**   THE VEIN GRAFT THAT GOES DOWN TO THE PDA, DOES THAT FEED

8   THE ENTIRE AREA OF THE HEART THAT IS NORMALLY FED BY THE RCA?

9   **A.**   NO.   THERE WAS A -- WELL, THERE WAS A -- REMEMBER, IT'S A

10  SEQUENTIAL GRAFT.   ONE LIMB IS OPEN.   THAT GOES TO WHAT WE CALL

11  THE POSTEROLATERAL BRANCH.   THE OTHER LIMB THAT FILLS THE

12  REMAINDER OF THE RIGHT CORONARY ARTERY, THE PDA, IS CLOSED.

13  **Q.**   OKAY.   COULD YOU MAYBE MARK THE PARTS OF THE PDA AND THE

14  RCA ON THIS EXHIBIT 37 MAYBE WITH AN INK PEN BLOCKING OUT THE

15  PORTIONS THAT ARE CLOSED.

16  **A.**   THE NATIVE RIGHT CORONARY ARTERY IS CLOSED IN THE MID TO

17  DISTAL VESSEL 100 PERCENT AND THEN THERE WERE -- AND THEN

18  SUBSEQUENTLY DOWNSTREAM FROM THAT IS CLOSED, ALSO.

19  **Q.**   WILL YOU MARK IN RED THE AREAS THAT ARE DOWNSTREAM CLOSED.

20  **A.**   OKAY.   OKAY.   THE GRAFT WAS A SEQUENTIALED OR JUMP GRAFT,

21  AND THE SECOND PORTION OF IT TO THE PDA IS CLOSED.   THE FIRST

22  PORTION IS FINE GOING TO THE POSTEROLATERAL BRANCH, WHICH IS

23  THE FIRST PLACE.

24  **Q.**   COULD YOU POINT OR SHOW THE JURY WHAT YOU DREW ON THIS

25  DOCUMENT, EXHIBIT 37.

1  **A.**   THIS IS THE RIGHT CORONARY ARTERY, THE NATIVE BLOOD VESSEL

2  MR. BARNETT WAS BORN WITH.  IT STARTS UP HERE, THE BLOOD FLOW

3  COMES, AND THEN IT'S CLOSED OFF.  THE BYPASS GRAFTS ARE

4  DESIGNED TO FLOW DOWNSTREAM AND SUPPLY BLOOD AROUND THE

5  BLOCKAGE.  THIS GRAFT HAD TWO LIMBS OR TWO BRANCHES, THE FIRST

6  BRANCH GOING TO WHAT WE EQUAL THE POSTEROLATERAL BRANCH IS OPEN

7  AND FINE.  THE SECOND BRANCH GOING TO THE PDA OR POSTERIOR

8  DESCENDING ARTERY IS TOTALLY CLOSED.

9  **Q.**   OKAY.  POINT ON THE RCA THE PORTIONS THAT ARE CLOSED, AS

10  WELL.  POINT THERE.

11  **A.**   WELL, IT COMES TO -- DOWN A PORTION OF IT, AND THEN ABOUT

12  WHAT WE CALL THE MID VESSEL IS TOTALLY CLOSED.  AS YOU COME

13  DOWN, THERE WOULD BE SOME OTHER BRANCHES THAT HAVE CLOSED.  YOU

14  COME TO WHAT WE CALL THE BIFURCATION, AND IT BIFURCATES INTO

15  THE PDA AND THEN THE POSTEROLATERAL BRANCH.  SO ALL OF THIS IS

16  CLOSED TO HERE, AND THE PDA GRAFT IS CLOSED.  THE COLLATERAL,

17  WHAT WE CALL THE COLLATERAL BLOOD VESSELS FROM THE LEFT

18  CORONARY ARTERY SUPPLY BLOOD FLOW TO THIS PDA.

19  **Q.**   IS THE PDA CLOSED STILL?

20  **A.**   WELL, THE PDA IS CLOSED WHAT WE CALL PROXIMALLY.  THE

21  DISTAL OR FURTHER DOWN PARTS OF THE PDA RECEIVES BLOOD FLOW

22  THROUGH THE BACK DOOR, COLLATERAL.

23  **Q.**   SO THEY'RE RECEIVING SOME FROM THE BOTTOM, BUT NOT FROM

24  THE TOP?

25  **A.**   THAT'S CORRECT.  FROM THE BACK DOOR, SO TO SPEAK.

DAILY COPY

1   **Q.**   OKAY.  DOCTOR, I DON'T KNOW IF WE CAN DO THIS, BUT IF WE

2   BRING THESE TWO COMPUTERS OVER -- SHE'S GOT YOUR TWO CATHS AND

3   SHE'S GOT THE RCA MARKED.  THAT'S YOUR BEFORE.  THAT'S THE

4   SEPTEMBER 6, 2002, AND THIS ONE IS THE JULY 10, 2006.  I'D LIKE

5   TO PUT THEM SIDE-BY-SIDE AND MAYBE YOU CAN POINT IT OUT TO THE

6   JURY.  WE'LL GET IT ON CAMERA HERE.

7   **A.**   BASICALLY, THIS IS ALL YOU'RE GONNA -- THIS IS THE 2006

8   ANGIOGRAM, AND THIS IS THE CATHETER INJECTING DYE INTO WHAT WE

9   CALL THE RIGHT CORONARY ARTERY.  THIS IS ALL YOU NEED TO SEE

10  FOR THIS PICTURE.  THE BLOOD VESSEL FILLS WITH DYE AND IS

11  TOTALLY CLOSED.  IT STOPS RIGHT THERE.  IT SHOULD BE COMING AND

12  BRANCHING OUT IN THIS MANNER.  SO IT'S TOTALLY CLOSED IN THE

13  MID VESSEL OF THE RIGHT CORONARY ARTERY.  THAT'S THE MOST

14  RECENT CATHETERIZATION OF 2006.

15          THIS IS THE 9-2002 CATHETERIZATION, BUT THIS IS THE

16  RIGHT CORONARY ARTERY.  YOU CAN SEE THAT IT'S PATENT THROUGH

17  HERE.  THIS IS WHAT'S CLOSED NOW, HERE VERSUS HERE.  THAT WAS

18  OPEN BACK IN 2002.  MOST OF THE DISEASE WAS DOWNSTREAM, IF WE

19  CAN PLAY IT AND POINT IT OUT.  THIS IS THE NATIVE RIGHT

20  CORONARY ARTERY, AS WE JUST POINTED OUT.  TODAY IT'S CLOSED

21  RIGHT HERE.  PREVIOUSLY, IT WAS OPEN HERE, CAME DOWN INTO WHAT

22  WE CALL THE BIFURCATION, WHICH IS OCCURRING RIGHT IN HERE.

23  THIS IS WHAT WE CALL THE POSTEROLATERAL BRANCH, WHICH WAS OPEN

24  WITH A BLOCKAGE IN IT.  THEN THE PDA, AS WE SAID, WAS TOTALLY

25  CLOSED AND WAS MAINLY FILLING THROUGH COLLATERAL BLOOD VESSELS.

1    SO YOU DO NOT SEE THE PDA COMING DOWN HERE LIKE YOU NORMALLY

2    WOULD.  IT'S GETTING COLLATERAL FILLING THROUGH THE LEFT

3    SYSTEM.

4    Q.   SO TODAY WE HAVE -- THIS IS THE JULY 10, 2006 CATH; RIGHT?

5    A.   CORRECT.

6    Q.   WHY DON'T YOU DESCRIBE THE DIFFERENCE, JUST FOR THE

7    RECORD, SO I'M NOT LEADING YOU IN ANY WAY.

8    A.   THE INITIAL ANGIOGRAM FROM 2002 HAD A PATENT RIGHT

9    CORONARY ARTERY WITH HIGH-GRADE OBSTRUCTION, WHAT WE CALL DOWN

10   AT THE BIFURCATION INTO THE POSTEROLATERAL BRANCH AND THE PDA.

11   NOW, THERE'S LESS BLOOD FLOW DOWN THE NATIVE RIGHT CORONARY

12   ARTERY, WITH IT TOTALLY CLOSED MIDWAY THROUGH THE VESSEL, NO

13   LONGER SUPPLYING WHAT WE CALL ANTEGRADE FILLING TO THE

14   POSTEROLATERAL BRANCH OR THE PDA.

15   Q.   OKAY.  THANK YOU VERY MUCH, DOCTOR.  IN RESPONSE TO A

16   QUESTION BY MR. GOLDMAN REGARDING PROGRESSION OF

17   ATHEROSCLEROSIS, YOU SAID SOMETHING ABOUT THE POTENTIAL

18   POSSIBLE LONG-TERM EFFECTS OF A DRUG TAKEN BY MR. BARNETT IN

19   THE PAST.  DO YOU REMEMBER THAT?

20   A.   I DO.

21   Q.   NOW, EXHIBIT 39.  OKAY.  DOCTOR, I WOULD LIKE YOU TO -- DO

22   YOU SEE THIS EXHIBIT 39 IS BY GARRETT FITZGERALD?

23   A.   YES.

24   Q.   SUMMARY IS COXIBS AND CARDIOVASCULAR DISEASE?

25   A.   YES, SIR.

1    **Q.**    WHAT'S THE DATE OF THAT DOCUMENT?

2    **A.**    THIS ONE LOOKS LIKE FROM THE *NEW ENGLAND JOURNAL OF*

3    *MEDICINE*, OCTOBER 21, 2004.

4    **Q.**    DO YOU SEE WHERE IT SAYS IN THE LAST PARAGRAPH ON THE

5    FIRST PAGE, "THUS A SINGLE MECHANISM"?

6    **A.**    YES, I DO.

7    **Q.**    CAN YOU READ THAT INTO THE RECORD, PLEASE.

8    **A.**    "THUS A SINGLE MECHANISM, DEPRESSION OF PROSTAGLANDIN I2

9    FORMATION MIGHT BE EXPECTED TO ELEVATE BLOOD PRESSURE,

10   ACCELERATE ATHEROGENESIS IN PREDISPOSED PATIENTS RECEIVING

11   COXIBS TO AN EXAGGERATED THROMBOTIC RESPONSE TO THE RUPTURE OF

12   AN ATHEROSCLEROTIC PLAQUE."

13   **Q.**    COULD YOU READ THE NEXT SENTENCE, PLEASE, SIR.

14   **A.**    "THE HIGHER A PATIENT'S INTRINSIC RISK OF CARDIOVASCULAR

15   DISEASE, THE MORE LIKELY IT WOULD BE THAT SUCH A HAZARD WOULD

16   MANIFEST ITSELF RAPIDLY IN THE FORM OF A CLINICAL EVENT."

17   **Q.**    OKAY.  AS A CARDIOLOGIST TREATING MR. BARNETT, WHAT DOES

18   IT MEAN TO YOU WHEN IT SAYS "MIGHT BE EXPECTED TO ELEVATE BLOOD

19   PRESSURE, ACCELERATE ATHEROGENESIS"?

20   **A.**    IF A PERSON IS TAKING A DRUG THAT CAN DO THESE THINGS,

21   THEN THERE WOULD BE A LOT OF CONCERN.

22   **Q.**    WHEN IT SAYS, "THE HIGHER A PATIENT'S INTRINSIC RISK OF

23   CARDIOVASCULAR DISEASE, THE MORE LIKELY IT WOULD BE THAT SUCH A

24   HAZARD WOULD MANIFEST ITSELF RAPIDLY IN THE FORM OF A CLINICAL

25   EVENT," WHAT DOES THAT MEAN TO YOU?

1  **A.**   IT MEANS THAT -- IF THAT'S TRUE, IT MEANS THAT A PATIENT

2  SUCH AS MR. BARNETT WOULD BE INCLUDED IN THAT RISK.

3  **Q.**   LET ME SHOW YOU THE NEXT EXHIBIT.  I'M GOING TO PAGE 2,

4  WHICH IS PAGE 65 OF THIS EXHIBIT 40.  YOU SEE THAT IT WAS

5  UPDATED ON MAY 26, 2006?

6  **A.**   RIGHT.

7  **Q.**   IF WE GO TO TABLE C14 AND LOOK AT THE PEOPLE THAT WERE

8  FOLLOWED UP IN THE APPROVE STUDY FOR THE FIRST SIX MONTHS AFTER

9  THIS CONTINUATION OF THE DRUG, CAN YOU READ IN THE ROFECOXIB

10 VERSUS PLACEBO NUMBERS AND THE RELATIVE RISKS, PLEASE?

11 **A.**   OKAY.  SO AS I SEE THIS -- AND YOU WANT IT FOR THE FIRST

12 SIX MONTHS?

13 **Q.**   YES.

14 **A.**   EVENTS PER PATIENT YEARS.  THESE EVENTS ARE -- I'M

15 ASSUMING ARE ALL EVENTS, WHICH WOULD INCLUDE CARDIAC EVENTS.

16 IS THAT CORRECT?  LET'S SEE.  WHAT IS THE EVENT RATE AT SIX

17 MONTHS BETWEEN ROFECOXIB VERSUS PLACEBO, AND THE EVENT RATE WAS

18 11 OUT OF 537 FOR THE ROFECOXIB VERSUS 3 OUT OF OVER 450 --

19 548, I'M SORRY, WITH A RELATIVE RISK OF 3.74.

20 **Q.**   IS THAT STATISTICALLY SIGNIFICANT IN THE RIGHT COLUMN

21 THERE?

22 **A.**   THAT WOULD BE STATISTICALLY SIGNIFICANT FOR THESE EVENTS.

23 **Q.**   HAD YOU EVER SEEN THAT AT THE TIME OF YOUR LAST

24 DEPOSITION?

25 **A.**   NO.  BECAUSE THIS WAS -- THIS WAS SUBSEQUENT TO THAT.

1    THIS IS 5-26-06.

2    **Q.**    NOW, GIVEN THAT THERE IS THIS TRUE FOLLOW-UP DATA THAT

3    I'VE SHOWN YOU AND GIVEN THAT THE OTHER DOCUMENT THAT I SHOWED

4    YOU THAT ACTUALLY TALKS ABOUT THE POTENTIAL FOR VIOXX CAUSING

5    ATHEROSCLEROSIS, OKAY, IF IN FACT THERE IS A POTENTIAL FOR

6    VIOXX TO CAUSE ATHEROSCLEROSIS OR TO BUILD UP ATHEROSCLEROSIS,

7    DO YOU HAVE AN OPINION AS TO HOW THIS MAY PLAY A PART IN

8    MR. BARNETT'S COURSE OVER THE LAST SEVERAL YEARS SINCE HE HAS

9    BEEN TAKING VIOXX?

10   **A.**    IF A PATIENT SUCH AS MR. BARNETT WERE TAKING A DRUG THAT

11   PROMOTED THROMBOTIC EVENTS, ATHEROSCLEROSIS, GIVEN HIS

12   UNDERLYING SUBSTRATE, SO TO SPEAK, RISK FACTORS, THEN HE WOULD

13   BE AT POTENTIAL RISK FOR CARDIAC EVENTS AND PROGRESSIVE

14   ATHEROSCLEROSIS IF THAT'S THE CASE.

15   **Q.**    IF, IN FACT, VIOXX CAN, NUMBER ONE, CAUSE HEART ATTACKS

16   AND CAN ACCELERATE ATHEROSCLEROSIS, DO YOU HAVE AN OPINION AS

17   TO WHETHER VIOXX AND MR. BARNETT'S PREEXISTING CORONARY ARTERY

18   DISEASE WERE POTENTIALLY JOINT CONTRIBUTING CAUSES TO HIS HEART

19   ATTACK?

20   **A.**    AGAIN, IF A DRUG CAUSES POTENTIAL FOR ATHEROSCLEROSIS,

21   THROMBOTIC EVENTS, MR. BARNETT WOULD BE DEFINITELY AT RISK FOR

22   THOSE COMPLICATIONS GIVEN HIS GENES, HYPERLIPIDEMIA, AND

23   SUBSTRATE FOR DEVELOPMENT OF CORONARY ARTERY DISEASE.

24   **Q.**    IF, IN FACT, VIOXX DOES CAUSE HEART ATTACKS AND ACCELERATE

25   ATHEROSCLEROSIS, HOW WOULD THE VIOXX WORK ON MR. BARNETT'S

1    "SUBSTRATE," AS YOU PUT IT?

2    **A.**    IT WOULD POTENTIALLY DO ALL THE THINGS WE'RE TALKING ABOUT

3    AND MAKE HIS DISEASE PROCESS PROGRESSIVE AND POTENTIALLY LEAD

4    TO HEART ATTACK AND MORE BLOCKAGE.

5    **Q.**    IS THERE SUCH A THING AS A SILENT HEART ATTACK?

6    **A.**    THERE IS SUCH A THING AS A SILENT HEART ATTACK.  IT IS

7    FELT THAT MAYBE 20 PERCENT OF CARDIAC HEART ATTACKS CAN BE

8    UNDIAGNOSED, UNRECOGNIZED, SILENT, WHATEVER YOU WANT TO CALL

9    IT.

10   **Q.**    IF SOMEONE DOES HAVE A THROMBOSIS MAYBE TWO YEARS AGO, DO

11   YOU KNOW WHETHER OR NOT THAT THE THROMBOSIS COULD BE FLUSHED

12   AWAY OR IN SOME WAY RESOLVED OVER SOME TIME PERIOD?

13   **A.**    YOU CAN HAVE WHAT WE CALL AUTOLYSIS AND RESOLUTION OF

14   THROMBUS IN VESSELS FROM ANY POINT IN TIME.

15   **Q.**    DO YOU KNOW WHETHER OR NOT, AS YOU SIT HERE NOW, HE HAD

16   SOME SORT OF AN INFARCT OVER THE LAST, SAY, FOUR YEARS, SINCE

17   HIS LAST HEART ATTACK?

18   **A.**    CLINICALLY, I DON'T FEEL THAT HE'S HAD ANOTHER INFARCT

19   FROM WHEN HE FIRST PRESENTED IN 2002.

20   **Q.**    OKAY.  WHAT DO YOU MEAN BY "CLINICALLY"?

21   **A.**    WELL, PUTTING HIM TOGETHER, IF ANYTHING, HIS EJECTION

22   FRACTION, IN MY MIND, AND WALL MOTION IS BETTER THAN IT WAS IN

23   SEPTEMBER OF 2002.  I HAVEN'T SEEN -- ON HIS ANGIOGRAM, I

24   DIDN'T SEE A VESSEL THAT CLOSED TO SUSPECT THAT THERE'S BEEN A,

25   QUOTE, ANOTHER HEART ATTACK.  HIS RIGHT CORONARY ARTERY NOW IS

1    SOLIDLY CLOSED.

2              COULD HE HAVE HAD SOME TYPE OF EVENT WHEN IT CLOSED

3    AND THE GRAFT TOOK OVER?  I MEAN, POTENTIALLY, BUT IT'S HARD TO

4    MEASURE.  ALL OF HIS EJECTION FRACTIONS COME OUT 60 PERCENT.

5    HE HAS SUBTLE WALL MOTION ABNORMALITIES OF THE INFERIOR PORTION

6    OF THE HEART.  SO I JUST DON'T THINK HE'S HAD ANOTHER HEART

7    ATTACK, SIZABLE.

8    **Q.**   COULD HE HAVE A SILENT ONE?

9    **A.**   WHETHER IT WAS SILENT OR NOT SILENT, I DON'T SEE THE

10   EVIDENCE, BASICALLY, FOR THAT.

11   **Q.**   LET ME ASK YOU THIS.  WAS THE RAMUS SAPHENOUS VEIN GRAFT

12   THE GRAFT THAT WAS OCCLUDED?

13   **A.**   CORRECT.

14   **Q.**   REMEMBER IN THE ECHOCARDIOGRAM THERE WAS SOME WALL MOTION

15   ABNORMALITIES; IS THAT RIGHT?

16   **A.**   WHAT WE CALL MID BASAL AND LATERAL, UH-HUH.

17   **Q.**   WOULD THAT BE CONSISTENT WITH A POSSIBLE OCCLUSION TO THE

18   RAMUS?

19   **A.**   I FELT THAT MOST LIKELY THAT AREA WAS ISCHEMIC, GIVING

20   THAT WALL MOTION ABNORMALITY.  THE VESSEL WAS PATENT.  IT

21   WASN'T 100 PERCENT CLOSED.  IT WAS SAID TO BE ISCHEMIC, NOT

22   SCARRED, ON HIS PERFUSION STUDY.  SO I THINK THE WALL MOTION

23   COULD BE ATTRIBUTED TO THAT VESSEL.  DID HE HAVE A HEART ATTACK

24   THERE?  IF HE DID, IT WASN'T A BIG ONE.  I CAN TELL YOU THAT.

25   **Q.**   IS IT POSSIBLE THAT HE HAD A SMALL ONE?

1  **A.**   GIVEN THE FACT THAT HE HAS A SMALL WALL MOTION ABNORMALITY

2  THERE, IT'S CONSISTENT -- IT'S POSSIBLE THAT HE MIGHT HAVE HAD

3  A SMALL MARKET IN THAT AREA.

4  **Q.**   NOW, LET ME ASK YOU THIS.  JUST IN TERMS OF -- I'M TRYING

5  TO GO OVER -- BEFORE YOUR LAST DEPOSITION, DID YOU MEET WITH

6  ME?

7  **A.**   NO, SIR.

8  **Q.**   SO THE FIRST TIME WE MET BEFORE A DEPOSITION WAS

9  YESTERDAY; IS THAT RIGHT?

10  **A.**   CORRECT.

11  **Q.**   WHAT DID WE DISCUSS YESTERDAY?

12  **A.**   BASICALLY THE SAME SORT OF TOPICS WE'RE DISCUSSING HERE

13  THIS DAY.

14  **Q.**   DID WE GO OVER THE CATH?

15  **A.**   WE WENT OVER HIS RECENT STUDIES, CORRECT, UH-HUH.

16  **Q.**   IS THERE ANYTHING YOU SAID YESTERDAY TO ME THAT YOU

17  HAVEN'T SAID TODAY IN YOUR DEPOSITION?

18  **A.**   I'M SURE THERE IS.  I'M JUST NOT SURE WHAT IT IS.

19              **MR. GOLDMAN:**  WE HAVE OUR CROSS-EXAMINATION NOW.

20                        **CROSS-EXAMINATION**

21  BY MR. GOLDMAN:

22  **Q.**   GOOD AFTERNOON, DR. KARAVAN.

23  **A.**   YES, SIR.

24  **Q.**   YOU AND I MET LAST MAY, MAY 4 OF 2006.  DO YOU REMEMBER

25  THAT?

1118

1    A.    CORRECT.

2    Q.    THAT WAS WHEN I ASKED YOU QUESTIONS IN YOUR DEPOSITION.

3    THAT WAS ONLY TWO MONTHS AGO --

4    A.    RIGHT.

5    Q.    -- RIGHT?  I ASKED YOU QUESTIONS THEN.  YOU REMEMBER THAT

6    I WAS NOT ALLOWED TO MEET WITH YOU BEFORE YOUR DEPOSITION LAST

7    TIME; CORRECT?

8    A.    UH-HUH.  CORRECT.

9    Q.    I WAS NOT ALLOWED TO MEET WITH YOU -- OR ANYBODY FROM --

10   REPRESENTING MERCK WAS NOT ALLOWED TO MEET WITH YOU BEFORE

11   TODAY'S DEPOSITION; RIGHT?

12   A.    CORRECT.

13   Q.    MR. ROBINSON, THOUGH, AND HIS TEAM HAD A CHANCE TO MEET

14   WITH YOU YESTERDAY, DIDN'T THEY?

15   A.    CORRECT.

16   Q.    HOW MANY PEOPLE MET WITH YOU?

17   A.    TWO.

18   Q.    WHO WAS THERE?

19   A.    THESE FIRST TWO, MR. ROBINSON AND -- I'M SORRY?

20          **MR. ROBINSON:**  CYNTHIA GARBER.

21   BY MR. GOLDMAN:

22   Q.    CYNTHIA GARBER?

23   A.    YES.

24   Q.    WHAT TIME DID THEY ARRIVE AT YOUR OFFICE?

25   A.    AROUND 4:30, 5:00.

DAILY COPY

1    **Q.**    WHAT TIME DID THEY LEAVE?

2    **A.**    AROUND 6:30.

3    **Q.**    YOU SPOKE WITH MR. ROBINSON AND MS. GARBER ABOUT THE

4    CATHETERIZATIONS, IS THAT RIGHT, THAT YOU DID OF MR. BARNETT?

5    **A.**    THAT'S RIGHT.

6    **Q.**    DID YOU REVIEW CERTAIN DOCUMENTS THAT THEY BROUGHT TO SHOW

7    YOU THAT WERE NOT HIS MEDICAL RECORDS, BUT WERE DOCUMENTS

8    RELATING TO MERCK?

9    **A.**    BASICALLY, THE ONLY ONE WAS THE EVENT, THE TABLE OF

10   EVENTS.

11   **Q.**    SO MR. ROBINSON BROUGHT WITH HIM A TWO-PAGE -- CAN I

12   PLEASE SEE THAT DOCUMENT, SIR -- A TWO-PAGE DOCUMENT FROM THE

13   APPROVE FOLLOW-UP DATA?

14   **A.**    UH-HUH.

15   **Q.**    IT'S TABLE B6, TABLE B7, TABLE C13, AND TABLE C14?

16   **A.**    OKAY.

17   **Q.**    RIGHT?

18   **A.**    OKAY.

19   **Q.**    MR. ROBINSON DIDN'T SHOW YOU THE REST OF THE DOCUMENT AND

20   THE REST OF THE DATA THAT RELATES TO THE FOLLOW-UP PERIOD OR

21   THE EXTENSION PERIOD FOR PATIENTS IN THE APPROVE STUDY, DID HE?

22   **A.**    THAT'S CORRECT.

23   **Q.**    HE NEVER SHOWED YOU ANY TESTIMONY BY ANY WITNESS ABOUT THE

24   FOLLOW-UP STUDY, DID HE?

25   **A.**    NO.

1  **Q.**  MR. ROBINSON DIDN'T EVEN WALK THROUGH WITH YOU EACH OF THE
2  ENTRIES HERE ON THIS TWO-PAGE EXHIBIT YESTERDAY, DID HE?  HE
3  POINTED YOU TO A COUPLE.
4  **A.**  WE WALKED THROUGH SEVERAL OF THEM.  I DON'T THINK ALL OF
5  THEM.
6  **Q.**  LET ME ASK IF HE SHOWED YOU THIS ONE.  BECAUSE HE DIDN'T
7  ASK ABOUT IT ON DIRECT EXAMINATION SO LET ME SEE IF YOU COVERED
8  THIS WITH MR. ROBINSON.  UNDER "CARDIAC EVENTS" -- I'M LOOKING
9  AT TABLE B6 -- DO YOU SEE THAT, UNDER "VIOXX 25 MILLIGRAMS,"
10 THERE WERE 16 CARDIAC EVENTS -- AND MR. BARNETT HAD A CARDIAC
11 EVENT, RIGHT, IN SEPTEMBER OF 2002.
12 **A.**  THAT'S CORRECT.
13 **Q.**  SO HE WOULD FIT INTO THIS CATEGORY?
14 **A.**  I ASSUME SO.
15 **Q.**  SO HERE, ON VIOXX, THERE WERE 16 PATIENTS WHO HAD A
16 CARDIAC EVENT, AND THAT IS A RATE OF 1.04.  HOW MANY PATIENTS
17 HAD CARDIAC EVENTS ON PLACEBO IN THE EXTENSION PERIOD, WHICH IS
18 ALL THE WAY THROUGH 210 WEEKS?
19 **A.**  I CAN'T SEE FROM HERE.
20 **Q.**  SURE.
21 **A.**  ACCORDING TO THIS, 16 OUT OF 1402.
22 **Q.**  SO THERE ARE ACTUALLY A HIGHER PERCENTAGE, THOUGH NOT
23 STATISTICALLY SIGNIFICANT, A HIGHER PERCENTAGE OF PATIENTS HAD
24 CARDIAC EVENTS ON PLACEBO THAN ON VIOXX WHEN YOU LOOK AT THE
25 DATA THROUGH THE 210-WEEK PERIOD; RIGHT?

1    **A.**   YES, THAT'S CORRECT.

2    **Q.**   THAT DOESN'T SUGGEST, DR. KARAVAN, THAT VIOXX CAUSES THE

3    PROGRESSION OF ATHEROSCLEROSIS, DOES IT?  YOU SEE A 16 TO 16

4    NUMBER OF CARDIAC EVENTS?

5    **A.**   IF THAT TABLE INCLUDES THE NUMBER OF CARDIAC EVENTS FOR

6    THE EQUAL GROUPS OF MATCHED PATIENTS AT THE SAME TIME IN THE

7    WORLD, THEN THAT WOULD BE A CORRECT STATEMENT.

8    **Q.**   IF YOU LOOK AT B7, SIR, AND YOU LOOK AT THE SUMMARY OF

9    CONFIRMED -- DO YOU KNOW WHAT "TCVSAE" STANDS FOR?

10   **A.**   TOTAL -- I GUESS TOTAL -- TOTAL CARDIAC -- CARDIOVASCULAR

11   EVENTS.

12   **Q.**   DO YOU KNOW WHAT'S ENCOMPASSED BY THAT?

13   **A.**   I'M ASSUMING MYOCARDIAL AND CEREBROVASCULAR EVENTS.

14   **Q.**   NOW, THIS, IF YOU LOOK, COVERS THE PERIOD DURING THE

15   FOLLOW-UP FROM MORE THAN 14 DAYS AFTER THE END OF THE APPROVE

16   STUDY OR THE BASE STUDY THROUGH 210 WEEKS.  DO YOU SEE THAT?

17   **A.**   RIGHT.

18   **Q.**   MR. ROBINSON ASKED YOU ABOUT ZERO TO SIX MONTHS.  IS THAT

19   WHAT HE ASKED YOU ABOUT ON DIRECT EXAMINATION?

20   **A.**   THAT'S RIGHT.

21   **Q.**   DID HE ASK YOU ABOUT ANY OF THE OTHER ENTRIES HERE, 6 TO

22   12 MONTHS, FOR EXAMPLE?

23   **A.**   NO, HE DID NOT.

24   **Q.**   SO WE CAN TRY TO APPLY THIS TO MR. BARNETT'S CASE AND NOT

25   SOME HYPOTHETICAL PATIENT, MR. BARNETT HAS BEEN OFF VIOXX NOW

1    SINCE SEPTEMBER 23 OR SO OF 2004; RIGHT?

2    A.   I BELIEVE THAT'S ABOUT THE CORRECT DATE.

3    Q.   AND THAT'S ALMOST TWO YEARS AGO?

4    A.   A YEAR AND TEN --

5    Q.   HOW MANY YEARS AGO WAS THAT?

6    A.   ALMOST TWO.

7    Q.   SO THE ZERO TO SIX MONTHS REALLY DOESN'T APPLY TO

8    MR. BARNETT RIGHT NOW, DOES IT?

9    A.   IF YOU'RE REFERRING TO THE FACT THAT 22 MONTHS AFTER THE

10   DISCONTINUATION OF VIOXX, DOES A ZERO-TO-SIX MONTHS STUDY

11   APPLY --

12   Q.   RIGHT.

13   A.   -- THEY'RE OBVIOUSLY TWO DIFFERENT TIME PERIODS.

14   Q.   CORRECT.  IF YOU LOOK AT GREATER THAN 18 MONTHS, WHICH IS

15   WHERE WE'RE AT TODAY, DO YOU SEE THAT THE NUMBER OF TOTAL

16   CONFIRMED -- AND IT'S THROMBOTIC AND CARDIOVASCULAR SERIOUS

17   ADVERSE EVENTS -- IS FOUR OUT OF 357 FOR VIOXX AND FOUR OUT OF

18   232 FOR PLACEBO?  DO YOU SEE THAT?

19   A.   CORRECT.

20   Q.   NOW, WHEN YOU CONSIDER THAT THERE WERE MORE PATIENTS ON

21   VIOXX, 357, THAN THERE WERE ON PLACEBO, 232, DO YOU SEE THAT

22   THE RATE IS LOWER ON VIOXX, 25 MILLIGRAMS, FOR CONFIRMED

23   THROMBOTIC CARDIOVASCULAR SERIOUS ADVERSE EVENTS?

24   A.   THAT'S WHAT THAT TABLE IMPLIES AFTER 18 MONTHS.

25   Q.   CERTAINLY, THAT WOULDN'T SUGGEST THAT VIOXX CAUSES SOME

1   PROGRESSION OF ATHEROSCLEROSIS AND EXPOSES PATIENTS TO AN

2   INCREASE IN CARDIAC EVENT RISKS AFTER THEY STOPPED USING THE

3   MEDICINE; TRUE?

4   **A.**   YEAH.  AT PROLONGED PERIODS OF TIMES, 18 MONTHS AND

5   GREATER, ACCORDING TO THAT.

6   **Q.**   IF YOU LOOK ABOVE 6 TO 12 MONTHS, AS WELL, WHICH

7   MR. ROBINSON DIDN'T ASK YOU ABOUT, DO YOU SEE THAT THERE IS NO

8   STATISTICALLY SIGNIFICANT DIFFERENCE BETWEEN THE NUMBER OF

9   THROMBOTIC CARDIOVASCULAR SERIOUS ADVERSE EVENTS ON VIOXX,

10  WHICH IS 11, TO 7 ON PLACEBO?  DO YOU SEE THAT?

11  **A.**   11 TO 7?

12  **Q.**   DO YOU SEE THAT, SIR?

13  **A.**   THAT'S WHAT THE TABLE SAYS, CORRECT.

14  **Q.**   IF YOU LOOK AT 12 TO 18 MONTHS, THERE WAS ONE CONFIRMED

15  THROMBOTIC CARDIOVASCULAR SERIOUS ADVERSE EVENT DURING THE

16  FOLLOW-UP PERIOD OUT OF 127 PATIENTS WHO WERE USING VIOXX 25

17  MILLIGRAMS, AND THERE WAS ZERO OUT OF 97, WHICH IS 30 FEWER

18  PATIENTS ON PLACEBO.  DO YOU SEE THAT, SIR?

19  **A.**   UH-HUH.

20  **Q.**   THAT DOESN'T SUGGEST ANY INCREASE IN RISK FOR THROMBOTIC

21  CARDIOVASCULAR EVENTS IN THE 12-TO-18 MONTH PERIOD, DOES IT,

22  SIR?

23  **A.**   THAT'S CORRECT.

24  **Q.**   BEFORE REACHING A CONCLUSION ABOUT WHETHER OR NOT VIOXX

25  CAUSES AN INCREASE IN CARDIOVASCULAR EVENTS WHEN PATIENTS ARE

DAILY COPY

1    OFF THE MEDICINE, YOU WOULD NEED A LOT MORE DATA THAN THIS

2    SELECTED TWO-PAGE SHEET MR. ROBINSON GAVE YOU, WOULDN'T YOU,

3    SIR?

4    A.   I WOULD AGREE WITH THAT.

5    Q.   WHAT WE JUST WENT THROUGH, THAT THERE WAS EITHER NO

6    STATISTICALLY SIGNIFICANT DIFFERENCE IN CARDIOVASCULAR EVENTS

7    BETWEEN VIOXX AND PLACEBO DURING THE 6-TO-12-MONTH PERIOD,

8    12-TO-18-MONTH PERIOD, GREATER-THAN-18-MONTH PERIOD, WHEN YOU

9    LOOK AT CARDIOVASCULAR EVENTS, WHICH IS WHAT MR. BARNETT HAD,

10   AND WHEN YOU EVEN LOOK AT THE TOTAL NUMBER OF PATIENTS WITH

11   EVENTS, THERE IS NO STATISTICALLY SIGNIFICANT DIFFERENCE

12   BETWEEN THOSE ON VIOXX AND THOSE ARE PLACEBO; TRUE?

13   A.   ALL RIGHT.  UH-HUH.

14   Q.   SO YOU CAN'T LOOK AT THIS TABLE HERE THAT MR. ROBINSON

15   SHOWED YOU AND CONCLUDE THAT VIOXX CAUSES ATHEROSCLEROSIS OR

16   PUTS ANY PATIENTS AT INCREASED RISK AFTER THEY'RE DONE TAKING

17   THE MEDICATION; TRUE?

18   A.   LONG TERM, CORRECT.

19   Q.   NOW, WHEN MR. ROBINSON WAS GOING THROUGH THESE DOCUMENTS

20   WITH YOU, SIR, DID HE SHOW YOU ANY ARTICLES THAT WERE PUBLISHED

21   IN ANY JOURNALS?

22   A.   NO, SIR, I DON'T BELIEVE SO.  THE ONLY ONES WE SAW WERE

23   THE ONES TODAY IN THE *NEW ENGLAND JOURNAL*, NO.

24   Q.   DID MR. ROBINSON SHOW YOU THE ARTICLE BY DR. FITZGERALD IN

25   THE *NEW ENGLAND JOURNAL*?

DAILY COPY

1    **A.**   ACTUALLY, I BELIEVE WE DID BRING IT OUT, BUT WE DIDN'T

2    REVIEW IT.

3    **Q.**   WELL, DID HE SHOW YOU ANY PASSAGES FROM THERE, LIKE THE

4    PASSAGE HE READ TO YOU TODAY?

5    **A.**   TO BE HONEST WITH YOU, I DON'T RECALL IF WE REVIEWED THIS

6    ONE OR NOT.

7    **Q.**   WELL, DO YOU UNDERSTAND, SIR -- AND CAN I HAVE THAT FOR

8    ONE MINUTE?

9    **A.**   UH-HUH.

10   **Q.**   -- THAT THIS ARTICLE BY DR. FITZGERALD IS NOT A STUDY;

11   CORRECT?

12   **A.**   YES.

13   **Q.**   THIS IS A PROSPECTIVE AFTER THE WITHDRAWAL OF VIOXX; TRUE?

14   **A.**   THAT'S CORRECT.

15   **Q.**   IT'S NOT A STUDY OF PATIENTS WHO USED VIOXX; RIGHT?

16   **A.**   THAT'S CORRECT.

17   **Q.**   NOR DOES DR. FITZGERALD CITE ANY STUDY TO SUPPORT HIS

18   THEORY THAT VIOXX MIGHT -- AND "MIGHT" IS THE WORD HE USES --

19   ACCELERATE ATHEROSCLEROSIS; CORRECT?

20   **A.**   UH-HUH.

21   **Q.**   IN FACT, YOU'RE NOT AWARE OF A SINGLE STUDY ANYWHERE THAT

22   SUGGESTS THAT VIOXX CAUSES ATHEROSCLEROSIS; IS THAT TRUE?

23   **A.**   THAT CAUSES ATHEROSCLEROSIS, I'M NOT AWARE OF ONE.

24   **Q.**   I ASKED YOU THESE QUESTIONS IN YOUR LAST DEPOSITION, SIR,

25   BEFORE MR. ROBINSON SHOWED YOU SOME SELECTED DOCUMENTS.  I

1    ASKED YOU, "ARE YOU AWARE OF ANY SCIENTIFIC EVIDENCE,

2    DR. KARAVAN, THAT VIOXX CAUSES PLAQUE FORMATION," AND YOUR

3    ANSWER WAS, "I AM UNAWARE OF ANY DATA FOR THE DEVELOPMENT OF

4    PLAQUE FORMATION WITH VIOXX."  DO YOU STAND BY THAT TESTIMONY?

5    **A.**    I AM STILL UNAWARE OF ANY.

6    **Q.**    YOU'RE UNAWARE OF ANY SCIENTIFIC EVIDENCE THAT VIOXX

7    CAUSES PLAQUE ACCELERATION OR PROGRESSION; TRUE?

8    **A.**    SCIENTIFIC EVIDENCE, THAT'S RIGHT.

9    **Q.**    YOU HAVEN'T SEEN A SINGLE STUDY THAT SHOWS THAT VIOXX OR

10   ANY OTHER COX-2 INHIBITOR CAUSES PLAQUE RUPTURE IN HUMAN

11   BEINGS, HAVE YOU?

12   **A.**    THAT'S CORRECT.

13   **Q.**    DO YOU REMEMBER ALL OF THESE HYPOTHETICAL QUESTIONS:  IF

14   VIOXX CAUSES ATHEROSCLEROSIS, AND IF IT CAUSES THE PROGRESSION

15   OF ATHEROSCLEROSIS, MIGHT IT HAVE AFFECTED MR. BARNETT OR

16   CAUSED HIS HEART ATTACK?  DO YOU REMEMBER THAT?

17   **A.**    SURE, UH-HUH.

18   **Q.**    DO YOU REMEMBER THE HYPOTHETICALS:  IF VIOXX CAUSES

19   ATHEROSCLEROSIS, IF IT CAUSES THE PROGRESSION OF

20   ATHEROSCLEROSIS, MIGHT VIOXX HAVE HAD SOMETHING TO DO WITH

21   MR. BARNETT'S CURRENT ANATOMY?

22   **A.**    UH-HUH.

23   **Q.**    RIGHT?

24   **A.**    UH-HUH.

25   **Q.**    HE ASKED YOU THOSE QUESTIONS?

1   **A.**   UH-HUH.

2   **Q.**   ALL OF THOSE QUESTIONS THAT HE ASKED YOU WERE BASED ON THE

3   PREMISE THAT VIOXX MIGHT CAUSE ATHEROSCLEROSIS; TRUE?

4   **A.**   I WOULD THINK SO.

5   **Q.**   YOU WEREN'T SAYING THAT VIOXX DOES CAUSE IT WHEN YOU WERE

6   ANSWERING THOSE QUESTIONS; RIGHT?  YOU WERE ASSUMING THAT IF

7   YOU ACCEPT THE PREMISE OF MR. ROBINSON'S QUESTION, THEN YOU

8   HAVE TO ANSWER THAT MAYBE VIOXX HAD SOMETHING TO DO WITH

9   MR. BARNETT'S HEART ATTACK; CORRECT?

10  **A.**   CORRECT.

11  **Q.**   FOCUSING ON MR. BARNETT'S CURRENT STATE OF HIS BYPASS

12  GRAFTS AND HIS CORONARY ARTERIES -- OKAY?  ARE YOU WITH ME?

13  **A.**   UH-HUH.

14  **Q.**   WHICH YOU JUST SAW A WEEK AGO ON HIS CARDIAC

15  CATHETERIZATION; RIGHT?  YES?

16  **A.**   YES.  CORRECT.

17  **Q.**   YOU STUDIED THAT AND YOU LOOKED AT THOSE FILMS AND YOU

18  WROTE DOWN HOW MUCH PLAQUE YOU THINK ARE IN HIS ARTERIES OR

19  WHETHER THEY CLOSED BY SOME OTHER MECHANISM; TRUE?

20  **A.**   YES.

21  **Q.**   IF YOU DON'T ACCEPT MR. ROBINSON'S PREMISE AND IT IS

22  UNTRUE THAT VIOXX CAUSES ATHEROSCLEROSIS OR ITS PROGRESSION,

23  THEN YOU WOULD AGREE, SIR, THAT VIOXX DID NOT PLAY A ROLE IN

24  THE FORMATION OF ANY PLAQUE THAT IS IN MR. BARNETT'S EITHER

25  NATIVE ARTERIES OR BYPASS GRAFTS; TRUE?

1    **A.**   THAT WOULD BE CORRECT.

2    **Q.**   DO YOU UNDERSTAND THAT ALL NSAIDS CAN CAUSE HYPERTENSION?

3    **A.**   THEY CAN.

4    **Q.**   HAVE YOU KNOWN SINCE THE BEGINNING OF TIME, WHEN YOU

5    STARTED PRESCRIBING NSAIDS, THAT THEY CAN CAUSE HYPERTENSION?

6    **A.**   THEY HAVE SINCE THE -- THAT'S CORRECT.

7    **Q.**   DID YOU KNOW, WHEN YOU WERE AWARE THAT MR. BARNETT WAS

8    TAKING VIOXX, THAT VIOXX COULD CAUSE HYPERTENSION?

9    **A.**   THAT'S CORRECT.

10   **Q.**   WERE YOU AWARE, WHEN YOU KNEW THAT MR. BARNETT WAS TAKING

11   VIOXX, THAT HIS BLOOD PRESSURE HAD BEEN ELEVATED IN SEPTEMBER

12   OF 2002 WHEN HE CAME TO THE HOSPITAL FOR A HEART ATTACK?

13   **A.**   I'M SURE I WAS AT THE TIME.  A LOT OF THINGS CAUSE -- WHEN

14   YOU'RE HAVING A HEART ATTACK, YOUR CHEMICAL -- I MEAN, LEVELS

15   ARE HIGH AND YOU CAN HAVE HYPERTENSION.

16   **Q.**   IT WOULD BE WRONG, DR. KARAVAN, TO SAY THAT BECAUSE

17   MR. BARNETT'S BLOOD PRESSURE WAS ELEVATED WHEN HE WAS HAVING

18   HIS HEART ATTACK, THAT VIOXX CAUSED THE ELEVATION; TRUE?

19   BECAUSE OF ALL THE OTHER FACTORS YOU JUST SAID ARE INVOLVED?

20   **A.**   YES. I MEAN, I DON'T THINK HE HAD A HYPERTENSIVE HEART

21   ATTACK.

22   **Q.**   CERTAINLY, IF YOU THOUGHT VIOXX CAUSED HIS INCREASE IN

23   BLOOD PRESSURE IN SEPTEMBER OF 2002, YOU WOULDN'T HAVE ALLOWED

24   HIM TO CONTINUE TO USE THE MEDICINE AFTER HIS HEART ATTACK;

25   RIGHT?

1   **A.**   YEAH.  IF WE FELT HE WAS HAVING UNCONTROLLABLE

2   HYPERTENSION AND IT WAS FELT TO BE SECONDARY TO VIOXX, WE

3   WOULDN'T ALLOW IT.

4   **Q.**   YOU DIDN'T FEEL THAT HE WAS HAVING UNCONTROLLABLE

5   HYPERTENSION, DID YOU, SIR?

6   **A.**   CORRECT.

7   **Q.**   YOU DIDN'T FEEL THAT HIS HYPERTENSION CAUSED HIS HEART

8   ATTACK, DID YOU, SIR?

9   **A.**   I DID NOT.

10  **Q.**   DR. KARAVAN, YOU REPEATEDLY SAID FROM SEPTEMBER OF 2002

11  THROUGH DECEMBER OF 2005 THAT MR. BARNETT WAS NOT HAVING ANGINA

12  OR HEART-RELATED SYMPTOMS WHEN YOU SAW HIM; RIGHT?

13  **A.**   I FELT, FOR THE MOST PART, HIS SYMPTOMS WERE NOT

14  HEART-RELATED.

15  **Q.**   IN FACT, AS LATE AS DECEMBER 20 OF 2005, YOU WROTE DOWN

16  THAT MR. BARNETT WAS DOING FINE FROM A CARDIAC PERSPECTIVE;

17  RIGHT?

18  **A.**   I'D HAVE TO SEE THAT, BUT I'LL GO WITH YOUR --

19  **Q.**   YOUR BEST RECOLLECTION, AS MR. BARNETT'S TREATER, WAS THAT

20  FROM SEPTEMBER OF 2002 ALL THE WAY UNTIL DECEMBER OF 2005,

21  BEFORE HE FILED THIS LAWSUIT, MR. BARNETT'S CARDIAC CONDITION

22  WAS DOING WELL; TRUE?

23  **A.**   CORRECT.  CORRECT.

24  **Q.**   MR. BARNETT WAS THE TYPE OF PERSON AND IS THE TYPE OF

25  PERSON WHO, IF HE'S EXPERIENCING HEART PAIN OR CHEST PAIN, HE

1130

1   IS AWARE OF IT, RIGHT, AND SEEKS MEDICAL ATTENTION FOR IT;
2   TRUE?
3   **A.**   HE GENERALLY DOES, YES.
4   **Q.**   IN FACT, HE HAS GONE TO THE ER, THE EMERGENCY ROOM, ON TWO
5   SEPARATE OCCASIONS BECAUSE HE FELT CHEST PAIN SINCE THE HEART
6   ATTACK IN SEPTEMBER OF 2002.  ONE WAS IN FEBRUARY OF 2003 AND
7   ONE WAS IN JULY OF 2004.  DO YOU REMEMBER THAT?
8   **A.**   RIGHT.
9   **Q.**   BOTH OF THOSE OCCASIONS YOU THOUGHT THAT HIS CHEST
10  DISCOMFORT WASN'T HEART-RELATED, BUT MAYBE GERD, MAYBE ANXIETY,
11  MAYBE, THAT KIND OF THING; RIGHT?
12  **A.**   I PERSONALLY DIDN'T EVALUATE HIM ON EVERY OCCASION, BUT
13  THE EVALUATIONS THAT WERE PERFORMED, THAT WAS ESSENTIALLY THE
14  CONCLUSION.
15  **Q.**   YOU ACTUALLY DID SEE MR. BARNETT AFTER HE WAS IN THE
16  HOSPITAL, AND YOU AGREED THAT WHATEVER SYMPTOMS HE WAS
17  EXPERIENCING IN FEBRUARY OF 2003 AND JULY OF 2004 WERE NOT
18  HEART-RELATED; RIGHT?
19  **A.**   CORRECT.
20  **Q.**   I WANT TO TURN NOW, DR. KARAVAN, TO -- BEFORE I DO THAT,
21  SIR, THE FIRST TIME THAT YOU ACTUALLY SAW THE MAY 2, 2006 TEST
22  RESULTS WAS IN LATE JUNE OF 2006?
23  **A.**   OKAY.
24  **Q.**   IS THAT RIGHT?
25  **A.**   YES.  IT WOULD BE, YEAH, PROBABLY AROUND THE -- MY OFFICE

DAILY COPY

1    APPOINTMENT WAS THE 27th, RIGHT?  A FEW DAYS BEFORE THE

2    27th OF JUNE, UH-HUH.  MAYBE A WEEK.

3    Q.    LET ME SHOW YOU WHAT I'M GOING TO MARK AS TRIAL EXHIBIT 1.

4    IS TRIAL EXHIBIT 1, SIR, A DOCUMENT THAT INCLUDES YOUR

5    EVALUATION OF MR. BARNETT ON JUNE 26, 2006, AS WELL AS YOUR

6    ANGIOPLASTY, YOUR STENT PROCEDURE?  I'M ALSO GOING TO

7    SUBSTITUTE IN YOUR CATH REPORT FOR ONE OF THE DUPLICATE PAGES.

8    A.    UH-HUH.

9    Q.    IF YOU TURN TO PAGE 2 OF THIS DOCUMENT, SIR, DO YOU SEE

10   HOW YOU LIST VERY CAREFULLY THE PROBLEMS, AS YOU PUT THEM, THAT

11   MR. BARNETT IS EXPERIENCING?  DO YOU SEE THAT?

12   A.    UH-HUH.

13   Q.    THE FIRST PROBLEM YOU IDENTIFY IS ATHEROSCLEROTIC

14   CARDIOVASCULAR DISEASE; RIGHT?

15   A.    RIGHT.

16   Q.    UNDER THAT YOU WROTE "NON-Q WAVE MYOCARDIAL INFARCTION."

17   DO YOU SEE THAT, SIR?

18   A.    RIGHT.

19   Q.    THAT'S THE TYPE OF HEART ATTACK THAT YOU BELIEVE

20   MR. BARNETT HAD; CORRECT?

21   A.    CORRECT.

22   Q.    YOU HAVE CONSISTENTLY SAID THAT HE HAD A NON-Q WAVE HEART

23   ATTACK; RIGHT?

24   A.    CORRECT.

25   Q.    WHEN YOU EVALUATED THAT EKG MR. ROBINSON SHOWED YOU ON

1   MAY 4, 2006, YOU UNDERSTOOD THAT THAT WAS A NONDIAGNOSTIC Q

2   WAVE EKG; RIGHT?

3   **A.**   CORRECT.

4   **Q.**   "NONDIAGNOSTIC" MEANS IT WAS NOT A Q WAVE HEART ATTACK;

5   RIGHT?

6   **A.**   CORRECT.

7   **Q.**   IN FACT, IF MR. BARNETT HAD A TRANSMURAL Q WAVE HEART

8   ATTACK, YOU WOULDN'T EXPECT A CARDIOLITE STRESS TEST THAT WAS

9   DONE TEN MONTHS LATER, IN JULY OF 2003, TO SHOW A NORMAL WALL

10  MOTION, WOULD YOU?

11  **A.**   WOULDN'T EXPECT IT.

12  **Q.**   NO.   IF YOU HAD A PATIENT WHO HAD A Q WAVE HEART ATTACK, A

13  TRANSMURAL HEART ATTACK, YOU WOULD EXPECT THERE TO BE SOME

14  PERMANENT SCARRING OR PERMANENT DAMAGE TO THE HEART; TRUE?

15  **A.**   THAT'S WHAT YOU WOULD EXPECT.

16  **Q.**   YOU HAVEN'T SEEN ANY PERMANENT SCARRING IN MR. BARNETT'S

17  HEART, HAVE YOU, SIR?

18  **A.**   THAT WOULD BE CORRECT.

19  **Q.**   I'M SORRY.   WHAT DID YOU SAY?

20  **A.**   THAT WOULD BE CORRECT.   THE ONLY ADDENDUM TO THAT WOULD BE

21  HE DOES HAVE A SMALL WALL MOTION ABNORMALITY IN THE INFEROBASAL

22  PART OF THE HEART THAT COULD BE CONSISTENT WITH A VERY SMALL

23  SCAR.

24  **Q.**   YOU NEVER SAW ANY SCAR, WHEN YOU PERFORMED THE

25  CATHETERIZATION OF MR. BARNETT A WEEK AGO, DID YOU, SIR?

1    A.   IN THE VENTRICULOGRAM?

2    Q.   YES.

3    A.   REO PROJECTION, THAT WOULD BE CORRECT.

4    Q.   YOU SAW A NORMAL WALL MOTION WHEN YOU DID YOUR

5    CATHETERIZATION OF MR. BARNETT; TRUE?

6    A.   IN THAT PROJECTION.

7    Q.   ELSEWHERE IN THAT FIRST 1-A IN EXHIBIT 1, DO YOU SEE HOW

8    YOU REFER TO EJECTION FRACTION 50 PERCENT?

9    A.   CORRECT.

10   Q.   THAT'S WHAT IT WAS BACK IN SEPTEMBER OF 2002, AND THAT WAS

11   NORMAL; RIGHT?

12   A.   THAT'S CORRECT.

13   Q.   THEN YOU REFER TO INFERIOR HYPOKINESIS, WHICH MEANS --

14   A.   UH-HUH.

15   Q.   -- THE BOTTOM OF THE HEART IS NOT OPERATING AS WELL AS YOU

16   WOULD LIKE; RIGHT?

17   A.   UH-HUH.

18   Q.   AM I RIGHT, SIR, THAT HYPOKINESIS WAS RESOLVED BY

19   JULY 2003, WHEN MR. BARNETT HAD HIS CARDIOLITE STRESS TEST?

20   A.   CORRECT.

21   Q.   YOU ALSO INDICATE THE DIFFERENT DEGREES OF STENOSIS IN

22   MR. BARNETT'S ARTERIES:  80 PERCENT IN THE LAD; 80 PERCENT IN

23   THE RAMUS; 80 PERCENT IN THE CIRCUMFLEX; THE PDA WAS TOTALLY

24   OCCLUDED; 80 PERCENT IN THE POSTEROLATERAL BRANCH.  DO YOU SEE

25   THAT, SIR?

1    **A.**   THAT'S CORRECT.

2    **Q.**   YOU WOULD AGREE THAT LOOKS LIKE BALANCED DISEASE IN HIS

3    ARTERIES; RIGHT?

4    **A.**   THAT WOULD BE BALANCED DISEASE.

5    **Q.**   THE SECOND BULLET HERE, B, IS WHERE YOU ARE JUST

6    DESCRIBING THE WAY THE BYPASS WORKED; TRUE?  1-B.

7    **A.**   THAT'S CORRECT.

8    **Q.**   THEN THE THIRD IS STRESS CARDIOLITE JULY 18, 2003.  DO YOU

9    SEE THAT?

10   **A.**   RIGHT, UH-HUH.

11   **Q.**   HERE YOU WROTE, "15 MINUTES ON A BRUCE PROTOCOL," WHICH WE

12   TALKED ABOUT IN THE LAST DEPOSITION AS BEING EXCELLENT EXERCISE

13   TOLERANCE; CORRECT?

14   **A.**   CORRECT.

15   **Q.**   THEN EJECTION FRACTION, 58 PERCENT, THAT WAS ALSO NORMAL

16   AND HIGHER THAN IT WAS IN SEPTEMBER OF 2002; RIGHT?

17   **A.**   CORRECT.

18   **Q.**   APICAL THINNING, I BELIEVE YOU TESTIFIED BEFORE THAT THAT

19   DOESN'T REFLECT ANY KIND OF --

20   **A.**   JUST AN IMAGING ARTIFACT, NOTHING CLINICAL.

21   **Q.**   THERE'S NO CLINICAL PROBLEM IN SOMEBODY WHO'S GOT APICAL

22   THINNING; RIGHT?

23   **A.**   THAT'S RIGHT.

24   **Q.**   IN 1-D, STRESS PERFUSION STUDY, INDIANA, MAY '06, NOW,

25   THAT IS THE SAME TYPE OF STRESS TEST THAT MR. BARNETT HAD IN

1    JULY OF '03; CORRECT?

2    A.   THAT'S CORRECT.

3    Q.   HERE YOU SAY "9 MINUTES, 30 SECONDS, BRUCE PROTOCOL."  DO

4    YOU SEE THAT?

5    A.   UH-HUH.

6    Q.   SO HE STILL HAS VERY GOOD EXERCISE TOLERANCE, BUT IT'S NOT

7    AS GOOD AS IT WAS IN JULY OF 2003, THREE YEARS AGO; TRUE?

8    A.   IT IS NOT AS GOOD, CORRECT.

9    Q.   BUT IT'S STILL VERY GOOD, AND YOU COMMENTED TO THAT

10   EFFECT; RIGHT?

11   A.   CORRECT.

12   Q.   WELL, LET'S LOOK AT THE SECOND PAGE UNDER "ASSESSMENT

13   PLAN."  DO YOU SEE IN THE FOURTH SENTENCE, "I HAVE REVIEWED THE

14   TESTS FROM INDIANA, AND I FEEL THAT IF MR. BARNETT HAS A VERY

15   GOOD EXERCISE, WHICH HE DOES" --

16   A.   OKAY.

17   Q.   THAT MEANS YOU BELIEVE HE HAS A VERY GOOD EXERCISE

18   TOLERANCE; CORRECT?

19   A.   CORRECT.

20   Q.   THAT'S AS LATE AS JUST LAST WEEK; TRUE?

21   A.   THAT IS CORRECT.

22   Q.   NOW, IN THE NUCLEAR TEST FOR MAY OF '06 IN INDIANA, YOU

23   WROTE DOWN, "EJECTION FRACTION, 60 PERCENT."  DO YOU SEE THAT?

24   A.   RIGHT.

25   Q.   THAT'S A VERY GOOD EJECTION FRACTION THAT REFLECTS THAT

1136

1    MR. BARNETT'S HEART IS PUMPING PERFECTLY NORMALLY; RIGHT?

2    **A.**   THAT IS A NORMAL EJECTION FRACTION.

3    **Q.**   THAT MEANS THAT MR. BARNETT'S HEART IS PUMPING WELL AND

4    PUMPING ENOUGH BLOOD ELSEWHERE IN THE BODY; TRUE?

5    **A.**   THAT'S RIGHT.

6    **Q.**   YOU ALSO REFERRED, BY THE WAY -- AND I PASSED THIS UP --

7    BUT NO CHEST PAIN.  THAT INDICATES THAT, WHEN MR. BARNETT WAS

8    PERFORMING HIS STRESS TEST IN MAY OF 2006, HE WASN'T

9    EXPERIENCING ANY CHEST PAIN; CORRECT?

10   **A.**   CORRECT.

11   **Q.**   THAT'S A GOOD SIGN; RIGHT?

12   **A.**   RIGHT.

13   **Q.**   THAT'S A GOOD SIGN BECAUSE HERE HE IS ON A TREADMILL, IN

14   THE AFTERNOON ON MAY 6, AND HE'S NOT EXPERIENCING ANY CHEST

15   PAIN DESPITE BEING ON A TREADMILL, WHICH IS AWFULLY DEMANDING;

16   RIGHT?

17   **A.**   CORRECT.

18   **Q.**   THESE BRUCE PROTOCOLS ARE AWFULLY DEMANDING, AREN'T THEY?

19   **A.**   THEY ARE.

20   **Q.**   THEY'RE AWFULLY DEMANDING BECAUSE DON'T THEY INCREASE IN

21   TENSION WHEN YOU ARE SORT OF GOING UP A HILL AS YOU'RE DOING

22   THEM?

23   **A.**   THEY SPEED AND INCLINATION EVERY THREE MINUTES.

24   **Q.**   AND A 62-YEAR-OLD MAN WHO LASTS FOR NINE AND A HALF

25   MINUTES ON A BRUCE PROTOCOL IS ACTUALLY DOING PRETTY WELL WHEN

1    IT COMES TO HIS EXERCISE TOLERANCE; RIGHT?

2    **A.**   CORRECT.

3    **Q.**   DO YOU KNOW THAT MR. BARNETT, IN MAY OF 2006, ALSO HAD A

4    13.1 METS SCORE, M-E-T-S SCORE?

5    **A.**   RIGHT.

6    **Q.**   THAT METS SCORE IS MUCH HIGHER THAN THE AVERAGE METS SCORE

7    FOR A 25-YEAR-OLD; DO YOU KNOW THAT TO BE TRUE?

8    **A.**   AGAIN, I'D HAVE TO LOOK AT THE NOMOGRAM.

9    **Q.**   NO REASON TO DISPUTE THAT?

10   **A.**   CORRECT.

11   **Q.**   TO PUT THE 13.1 MET SCORE IN PERSPECTIVE, I'M GOING TO

12   HAND YOU WHAT I'LL MARK AS TRIAL EXHIBIT 2.  THIS IS A DOCUMENT

13   THAT YOU, I THINK, ALREADY HAVE IN FRONT OF YOU, "EXERCISE

14   STANDARDS FOR TESTING."

15   **A.**   I GAVE IT BACK TO YOU.

16   **Q.**   IF YOU TURN, SIR, TO THE PAGE THAT'S TABBED, DO YOU SEE

17   TABLE 8?

18   **A.**   YES, SIR.

19   **Q.**   DO YOU SEE THAT THIS CHART DESCRIBES VARIOUS DAILY

20   ACTIVITIES THAT PEOPLE CAN DO BASED ON THE NUMBER OF METS THAT

21   THEY ACHIEVE; RIGHT?

22   **A.**   CORRECT.

23   **Q.**   BY THE WAY, THIS ARTICLE IS PUBLISHED IN ONE OF THE TOP

24   CARDIOLOGY JOURNALS IN THE WORLD CALLED *CIRCULATION*; CORRECT?

25   **A.**   CORRECT.

1    **Q.**   DO YOU SEE THAT TABLE 8 WHICH IS ON -- PAGE, WHAT, 17 --

2    **A.**   1720.

3    **Q.**   DO YOU SEE THAT THIS CHART DESCRIBES VARIOUS ACTIVITIES,

4    STARTING WITH MILD ACTIVITIES SUCH AS GOLFING WITH A CART OR

5    BALLROOM DANCING?  DO YOU SEE HOW THE MET SCORE IS 2.9 AND 2.5?

6    DO YOU SEE THAT, SIR?

7    **A.**   YES.

8    **Q.**   IF YOU LOOK UNDER "MODERATE," THERE'S GOLF WITHOUT A CART,

9    SWIMMING, AND THOSE RANGE FROM 3 TO 4.5 IN TERMS OF METS.  DO

10   YOU SEE THAT?

11   **A.**   YES, SIR.

12   **Q.**   THEN YOU SEE VIGOROUS EXERCISE LIKE CHOPPING WOOD OR

13   CLIMBING HILLS, EVEN CLIMBING HILLS WITH 5 KILOGRAMS WORTH OF

14   WEIGHT, AND THAT WOULD BE 7.4 METS.  DO YOU SEE THAT?

15   **A.**   CORRECT.

16   **Q.**   JOGGING, BALLROOM, FAST OR SQUARE DANCING, 5.5; AEROBIC

17   DANCING, 6.  DO YOU SEE THAT?

18   **A.**   I DO.

19   **Q.**   THE HIGHEST METS SCORE THAT'S EVEN REPORTED IN THIS TABLE

20   IS 12.1 FOR WHAT ACTIVITY?

21   **A.**   SQUASH.

22   **Q.**   DO YOU AGREE, SIR, THAT EVEN THOUGH MR. BARNETT'S METS

23   SCORE NOW IS A LITTLE BIT LOWER THAN IT WAS BACK IN JULY OF

24   2003, THAT FROM AN EXERCISE CAPACITY PERSPECTIVE, HE CAN

25   PERFORM ANY OF THESE ACTIVITIES?

1    **A.**   HE HAS A VERY GOOD EXERCISE TOLERANCE STILL AND CAN

2    PERFORM MOST OF THESE ACTIVITIES TO SOME DEGREE.

3    **Q.**   IN FACT, YOU HAD TESTIFIED IN YOUR LAST DEPOSITION IN MAY,

4    EARLY MAY, THAT REALLY THE ONLY CAUTION YOU WOULD GIVE

5    MR. BARNETT IS NOT TO DO THESE ACTIVITIES IN EXTREME HEAT, LIKE

6    NOW IN JULY IN MYRTLE BEACH, AND TO USE COMMON SENSE GIVEN THAT

7    HE HAS UNDERLYING HEART DISEASE.  DO YOU REMEMBER THAT?

8    **A.**   YES, I DO.

9    **Q.**   THAT'S THE SAME ADVICE YOU GIVE HIM NOW?  "YOU CAN GO AND

10   ENJOY YOUR LIFE AND DO THESE ACTIVITIES, BUT PLEASE USE COMMON

11   SENSE BECAUSE YOU HAVE HEART DISEASE"; TRUE?

12   **A.**   THAT WILL BE MY ADVICE.

13   **Q.**   WE'RE GOING TO TALK ABOUT VEIN GRAFT CLOSURES IN A FEW

14   MINUTES, BUT VEIN GRAFTS CLOSE FOR A NUMBER OF REASONS, DON'T

15   THEY?

16   **A.**   WE HAVE DISCUSSED THOSE ALREADY, YEAH.

17   **Q.**   CAN YOU JUST TELL THE LADIES AND GENTLEMEN OF THE JURY

18   SOME OF THE REASONS THAT VEIN GRAFTS CAN CLOSE IN YOUR

19   EXPERIENCE.

20   **A.**   STARTING EARLY, THERE CAN BE A TECHNICAL PROBLEM, IN OTHER

21   WORDS, A STITCH PUT IN THE WRONG PLACE AND IT CLOSES AT THE

22   TIME OF SURGERY.  YOU CAN HAVE AN ACUTE THROMBOSIS IN GRAFT

23   CLOSURE.  YOU CAN HAVE A POOR -- WHAT WE CALL POOR OUTFLOW.  IN

24   OTHER WORDS, YOU TIE A GRAFT INTO A BLOOD VESSEL THAT DOESN'T

25   HAVE A GOOD LUMEN AND THE OUTFLOW IS DIMINISHED AND IT JUST --

1    THERE'S NOWHERE FOR THE RUNOFF TO GO AND IT CLOSES.  YOU CAN

2    HAVE PROGRESSIVE ATHEROSCLEROSIS OF A VEIN GRAFT ITSELF WITH

3    ATHEROSCLEROSIS, THROMBUS, AND CLOSURE THAT WAY.

4    **Q.**    YOU HAVE SEEN PATIENTS FOR A NUMBER OF YEARS WHO HAVE HAD

5    VEIN GRAFTS CLOSED FOR ONE OR MORE OF THE REASONS YOU

6    DESCRIBED; RIGHT?

7    **A.**    CORRECT.

8    **Q.**    IT'S COMMON, ACTUALLY, FOR VEIN GRAFTS TO OCCLUDE OVER THE

9    YEARS, ISN'T IT, SIR?

10   **A.**    THAT'S CORRECT.

11   **Q.**    YOU'VE SEEN VEIN GRAFTS OCCLUDED IN PATIENTS LONG BEFORE

12   VIOXX CAME TO THE MARKET; RIGHT?

13   **A.**    THAT WOULD BE CORRECT.

14   **Q.**    YOU'VE SEEN PATIENTS WHO HAVE HAD VEIN GRAFTS CLOSE SINCE

15   VIOXX WAS WITHDRAWN FROM THE MARKET IN SEPTEMBER OF 2004;

16   RIGHT?

17   **A.**    CORRECT.

18   **Q.**    YOU DON'T NEED TO TAKE VIOXX, DO YOU, SIR, TO HAVE A VEIN

19   GRAFT THAT OCCLUDES FOR ANY ONE OF THE REASONS YOU IDENTIFIED

20   BEFORE, DO YOU?

21   **A.**    THAT IS CORRECT.

22   **Q.**    IS IT TRUE, SIR, THAT YOU CAN'T TELL FROM THE

23   CATHETERIZATION THAT YOU DID WHAT EXACTLY CAUSED MR. BARNETT'S

24   VEIN GRAFTS TO OCCLUDE?  TRUE?

25   **A.**    TRUE.

1141

1    **Q.**   YOU DON'T KNOW WHEN MR. BARNETT'S VEIN GRAFTS OCCLUDED,

2    WHETHER IT WAS THE DAY AFTER HIS BYPASS SURGERY, THE MONTH

3    AFTER, OR YEARS AFTER HE WAS OFF VIOXX; RIGHT?

4    **A.**   CORRECT.

5    **Q.**   MR. BARNETT HAS MULTIPLE GRAFTS THAT ARE ACTUALLY OPEN,

6    DOESN'T HE, PATENT?

7    **A.**   HE HAS THREE OF FIVE OPEN.

8    **Q.**   OKAY.  SO THREE OUT OF FIVE OF HIS --

9    **A.**   ARE OPEN.

10   **Q.**   THREE OUT OF FIVE ARE OPEN WITH NO PLAQUE; RIGHT?

11   **A.**   THAT'S RIGHT.

12   **Q.**   SO, IN THE FOUR YEARS SINCE MR. BARNETT'S HEART ATTACK, NO

13   PLAQUE HAS DEVELOPED IN THREE OF HIS FIVE BYPASS GRAFTS; RIGHT?

14   **A.**   CORRECT.

15   **Q.**   DR. KARAVAN, DO YOU SEE THAT YOU REPORT, CONCERNING THE

16   ECHO IN MAY OF 2006, THAT IT REPORTED NORMAL GLOBAL LEFT

17   VENTRICULAR SYSTOLIC FUNCTION WITH MILD INFEROBASILAR

18   HYPOKINESIS?

19   **A.**   CORRECT.

20   **Q.**   WHAT IS NORMAL GLOBAL LEFT VENTRICULAR SYSTOLIC FUNCTION,

21   AND WHY IS IT IMPORTANT THAT THAT'S NORMAL IN MR. BARNETT'S

22   CASE?

23   **A.**   THERE'S A RANGE THAT'S FELT TO BE NORMAL FOR THE AMOUNT OF

24   BLOOD THE HEART PUMPS.  OVERALL, HE PUMPS OUT A NORMAL AMOUNT

25   OF BLOOD EVERY TIME HIS HEART CONTRACTS OR PUMPS.  THE MOST

1    IMPORTANT ASPECT OF THAT IS THAT STRONGER, NORMAL HEARTS DO

2    BETTER AND THERE'S A BETTER PROGNOSIS THAN IF HE HAD A WEAK

3    HEART THAT HAD DAMAGE, SCARS, AND STUFF.

4    **Q.**    IS IT TRUE, SIR, THAT EJECTION FRACTION AND LEFT

5    VENTRICULAR SYSTOLIC FUNCTION ARE AMONG THE MOST IMPORTANT

6    PREDICTORS OF PROGNOSIS?

7    **A.**    THAT'S CORRECT.

8    **Q.**    HERE MR. BARNETT HAS ALWAYS HAD, AS LONG AS YOU'VE BEEN

9    TREATING HIM, NORMAL, LEFT VENTRICULAR SYSTOLIC FUNCTION;

10   RIGHT?

11   **A.**    CORRECT.

12   **Q.**    YOU THEN INDICATE HERE IN F, "CORONARY CTA."  THAT'S THE

13   CT SCAN THAT MR. BARNETT HAD IN INDIANA; RIGHT?

14   **A.**    CORRECT.

15   **Q.**    THAT SHOWED AN OCCLUDED VEIN GRAFT TO THE CIRCUMFLEX AND

16   OTHER BYPASS GRAFTS PATENT; RIGHT?

17   **A.**    CORRECT.

18   **Q.**    THAT'S WHAT THE CT ANGIOGRAM REPORTED; TRUE?

19   **A.**    CORRECT.

20   **Q.**    ISN'T IT TRUE THAT THERE WAS NO HYPOKINESIS FOUND IN THE

21   CT ANGIOGRAM?

22   **A.**    I BELIEVE IT WAS REPORTED THAT WAY.

23   **Q.**    IN FACT, ALL OF THE WALL MOTION FOR MR. BARNETT WAS NORMAL

24   IN THE CT ANGIOGRAM, WASN'T IT?

25   **A.**    I BELIEVE THE REPORT WAS -- IT WAS REPORTED THAT WAY.

1    **Q.**   DO YOU SEE, DR. KARAVAN, UNDER "HISTORY OF "PRESENT

2    ILLNESS," "SINCE LAST SEEN, MR. BARNETT HAS BEEN UNDERGOING A

3    LAWSUIT FOR VIOXX.  HE HAS HAD VARIOUS AMOUNTS OF CHEST

4    DISCOMFORT."  DO YOU SEE THAT?

5    **A.**   I DO.

6    **Q.**   WHY DID YOU WRITE THAT DOWN?

7    **A.**   BECAUSE I FEEL THAT ANY SOURCE OF STRESS PLAYS A ROLE IN

8    THE MEDICAL CONDITION OF A PATIENT.  I THOUGHT IT WAS PERTINENT

9    TO ADD THAT AS A POTENTIAL SOURCE OF STRESS.

10   **Q.**   SO JUST BY VIRTUE OF BEING A PLAINTIFF IN A LAWSUIT THAT

11   MR. BARNETT DECIDED TO BRING, THAT CAN IMPOSE STRESS ON HIS

12   HEART AND AFFECT HIS HEART; TRUE?

13   **A.**   IT CAN HAVE AN EFFECT.

14   **Q.**   STRESS ALSO CAN CAUSE ATHEROSCLEROSIS, CAN'T IT, SIR?

15   THAT'S ONE OF THE FACTORS?

16   **A.**   I DON'T THINK IT'S A MAJOR FACTOR, BUT -- MAJOR RISK

17   FACTOR, BUT I THINK IT HAS A LONG-TERM EFFECT POTENTIALLY.

18   **Q.**   YOU'RE DESCRIBING HERE -- WE WON'T GO THROUGH THIS IN A

19   LOT OF DETAIL, BUT THE HISTORY OF PRESENT ILLNESS, YOU'RE

20   DESCRIBING SOME OF MR. BARNETT'S COMPLAINTS ABOUT HIS CHEST

21   PAIN.  IS IT FAIR TO SAY MR. BARNETT IS COMPLAINING OF SOME

22   CHEST PAIN THAT YOU THINK ISN'T RELATED TO HIS HEART AND OTHER

23   CHEST PAIN THAT YOU THINK MIGHT BE?

24   **A.**   I THINK THAT'S A FAIR ASSESSMENT.

25   **Q.**   DO YOU SEE TWO SENTENCES LATER YOU WRITE:  "HE HAS BEEN

1   EVALUATED IN INDIANA MORE FROM A LEGAL STANDPOINT TO ASSESS HIS

2   CURRENT CARDIAC STATUS."  WHY DID YOU RIGHT THERE?

3   **A.**   THAT WAS MY UNDERSTANDING WHY HE WAS BASICALLY EVALUATED

4   THERE.

5   **Q.**   THEN UNDER "ASSESSMENT PLAN," IS THIS WHERE YOU ARE

6   DESCRIBING -- BASED ON EVERYTHING YOU KNOW -- THE MAY 2 TESTS,

7   YOUR EVALUATION OF MR. BARNETT, YOUR OBSERVATION OF HIM FOR ALL

8   THESE YEARS -- IS THIS WHERE YOU DESCRIBE YOUR BEST MEDICAL

9   JUDGMENT ON HOW TO TREAT HIS HEART?

10  **A.**   DOWN HERE?

11  **Q.**   YES.

12  **A.**   FROM 6-27-06 AT THAT POINT IN TIME, THAT'S HOW I FELT.

13  **Q.**   THAT IS LESS THAN A MONTH AGO; RIGHT?

14  **A.**   RIGHT.

15  **Q.**   JUST A FEW WEEKS BEFORE THE TRIAL IN THIS CASE; RIGHT?

16  **A.**   I DON'T KNOW.  IF YOU SAY SO.

17  **Q.**   DO YOU SEE THAT BASED ON EVERYTHING YOU KNEW -- AND YOU

18  START IN THE FIRST SENTENCE -- "FROM A SYMPTOMATIC STANDPOINT,

19  MR. BARNETT MAY BE HAVING MORE DYSPNEA."  IS THAT SHORTNESS OF

20  BREATH?

21  **A.**   RIGHT.

22  **Q.**   "AND A SLIGHT DECREASE IN HIS EXERCISE TOLERANCE."  DO YOU

23  SEE THAT?

24  **A.**   RIGHT.

25  **Q.**   THEN FURTHER DOWN YOU TALK ABOUT HOW HIS DISCOMFORT IS

1 ATYPICAL AND THAT YOU HAVE REVIEWED THE TESTS FROM INDIANA AND

2 YOU FEEL THAT IF MR. BARNETT HAS A VERY GOOD EXERCISE, WHICH HE

3 DOES, AND IF HE IS NOT HAVING TRUE EXERTIONAL LIMITING CARDIAC

4 SYMPTOMS, "THEN I WOULD CONTINUE MEDICAL THERAPY."  DO YOU SEE

5 THAT?

6 **A.**   CORRECT.

7 **Q.**   FURTHER DOWN YOU WROTE, "BUT IF HE IS NOT HAVING LIMITING

8 SYMPTOMS OR ANGINA, AND WITH A NORMAL EJECTION FRACTION AND

9 VERY SMALL AMOUNT OF REVERSIBLE ISCHEMIA, I FIND IT HARD TO

10 RECOMMEND INTERVENTION FOR SYMPTOMS OR LONGEVITY."  DO YOU SEE

11 THAT?

12 **A.**   YES, SIR.

13 **Q.**   IS IT FAIR TO SAY, THEN, AS OF JUNE 26, 2006, WHICH IS A

14 TIME AFTER YOU HAD REVIEWED THE MAY 2 TEST RESULTS, YOU FELT

15 THAT MR. BARNETT DID NOT AT THAT MOMENT NEED TO HAVE A

16 CATHETERIZATION?

17 **A.**   I BASICALLY FELT THAT HE NEEDED TO BE MONITORED, SEE WHERE

18 HIS SYMPTOMS WERE, AND PROCEED.

19 **Q.**   THAT'S WHAT HAPPENED.  MR. BARNETT THEN EXPERIENCED CHEST

20 PAIN A COUPLE DAYS LATER; RIGHT?

21 **A.**   HE WAS -- I DON'T KNOW THE EXACT DATE FROM THIS, BUT HE

22 BASICALLY WAS ON A TREADMILL AND WAS HAVING WHAT SOUNDED LIKE

23 ANGINA ON THE TREADMILL AND CALLED ME UP.

24 **Q.**   THEN YOU SCHEDULED A CATHETERIZATION FOR JULY 10; RIGHT?

25 **A.**   YES, THAT WOULD BE CORRECT.

1   **Q.**   MR. BARNETT THEN WENT TO THE EMERGENCY ROOM ON THE EARLY

2   MORNING OF JULY 8 AND HE WAS EVALUATED FOR A HEART ATTACK;

3   RIGHT?

4   **A.**   HE WAS EVALUATED FOR HIS CHEST DISCOMFORT.

5   **Q.**   IS IT TRUE THAT MR. BARNETT HAD CARDIAC ENZYME TESTS DONE,

6   AND THEY WERE ALL NEGATIVE AND SHOWED THAT HE DID NOT HAVE A

7   HEART ATTACK?

8   **A.**   CORRECT.

9   **Q.**   YOU WERE ASKED QUESTIONS, ACTUALLY, BY MR. ROBINSON ABOUT

10  WHETHER MR. BARNETT MAY HAVE HAD A SILENT HEART ATTACK.  DO YOU

11  REMEMBER THAT?

12  **A.**   RIGHT.

13  **Q.**   YOU'VE NEVER DIAGNOSED MR. BARNETT WITH A SECOND HEART

14  ATTACK, HAVE YOU, SIR?

15  **A.**   NO, I HAVE NOT.

16  **Q.**   YOU HAVE CLOSELY OBSERVED MR. BARNETT SINCE HIS BYPASS

17  SURGERY IN SEPTEMBER OF 2002; RIGHT?

18  **A.**   CORRECT.

19  **Q.**   YOU'VE SEEN HIM AT LEAST TEN TIMES AND YOU HAVE NEVER

20  INDICATED IN ANY OF YOUR RECORDS THAT YOU BELIEVED HE HAD A

21  SECOND HEART ATTACK; TRUE?

22  **A.**   THAT'S CORRECT.

23           **THE COURT:**  OKAY.  IS THAT ALL --

24           **MR. GOLDMAN:**  TWO MINUTES LEFT.

25           **THE COURT:**  THAT'S ALL RIGHT.

1   **BY MR. GOLDMAN:**

2   **Q.**   ISN'T IT TRUE, DR. KARAVAN, THAT -- JUST IN THE PREVIOUS

3   DEPOSITION THAT I TOOK OF YOU TODAY, I ASKED YOU WHETHER OR NOT

4   YOU BELIEVE MR. BARNETT HAD A SECOND HEART ATTACK.  DO YOU

5   REMEMBER THAT?

6   **A.**   YES, SIR.

7   **Q.**   ISN'T IT TRUE, SIR, THAT YOU DON'T BELIEVE, AS YOU SIT

8   HERE TODAY, THAT MR. BARNETT HAD A SECOND HEART ATTACK?

9   **A.**   CORRECT.

10  **Q.**   AFTER YOU PERFORMED THE CATHETERIZATION ON MR. BARNETT,

11  YOU THEN INSERTED A STENT INTO HIS RAMUS INTERMEDIUS BRANCH;

12  RIGHT?

13  **A.**   RIGHT.

14  **Q.**   THE RESULT OF THAT WAS THAT ANY OCCLUSION OR PLAQUE THAT

15  HAD BUILT UP IN THAT VESSEL WAS NO LONGER IMPEDING BLOOD FLOW;

16  RIGHT?

17  **A.**   CORRECT.

18  **Q.**   SO, FOR EXAMPLE, ON YOUR ANGIOPLASTY REPORT, WHICH IS THE

19  REPORT OF THE STENT, YOU SAY, UNDER "PROCEDURE DESCRIPTION,"

20  SIMPLE ELECTIVE VESSEL DILATED HIS RAMUS INTERMEDIUS PRE-PTCA."

21  IS THAT --

22  **A.**   THAT'S JUST PRE-ANGIOPLASTY STENOSIS.

23  **Q.**   SO BEFORE THE STINT WAS INSERTED, THERE WAS 80 PERCENT

24  STENOSIS OR PLAQUE AND, AFTER THE INCIDENT, THERE WAS ZERO?

25  **A.**   CORRECT.

1   **Q.**   SO THAT WAS CONSIDERED A SUCCESSFUL PROCEDURE BY YOU;

2   RIGHT?

3   **A.**   CORRECT.

4   **Q.**   ISN'T IT TRUE, DR. KARAVAN, THAT AFTER ALL OF YOUR

5   OBSERVATION OF MR. BARNETT, INCLUDING THE REVIEW OF THE MAY 2

6   STRESS TESTS, ECHO, CT SCAN, EKG, AND THE RESULTS OF YOUR

7   CARDIAC CATHETERIZATION AND STENT PROCEDURE, THAT YOU BELIEVE

8   MR. BARNETT HAS A GOOD PROGNOSIS GOING FORWARD?

9   **A.**   HE STILL HAS A NORMAL EJECTION FRACTION.  NOW, WITH THE

10  STINT IN HIS CIRCUMFLEX RAMUS VESSEL, BLOOD FLOW SHOULD BE

11  CLOSE TO NORMAL, AND THAT WOULD BE -- I WOULD BE HOPEFUL, AND

12  HOPE AND EXPECT THAT HE WOULD HAVE A GOOD PROGNOSIS.

13          **THE COURT:**  WE'LL STOP HERE.  WE'LL START TOMORROW AT

14  8:00.  THE JURY WANTS TO COME BACK AT 8:00.  COURT WILL STAND

15  IN RECESS UNTIL 8:00.

16          **THE DEPUTY CLERK:**  EVERYONE RISE.

17          (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

18

19

20

21

22

23

24

25

DAILY COPY