1302

1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE: VIOXX PRODUCTS        *   MDL DOCKET NO. 1657
    LIABILITY LITIGATION         *
6                                *
                                 *
7   THIS DOCUMENT RELATES TO     *   AUGUST 7, 2006, 8:30 A.M.
                                 *
8                                *
    GERALD BARNETT V. MERCK      *   CASE NO. 06-CV-485-L
9     & CO., INC.                *
    * * * * * * * * * * * * * * *
10

11                          VOLUME VII
12                   JURY TRIAL BEFORE THE
                    HONORABLE ELDON E. FALLON
13                 UNITED STATES DISTRICT JUDGE

14
    APPEARANCES:
15

16  FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                BY:  MARK P. ROBINSON JR., ESQ.
17                              620 NEWPORT CENTER DRIVE
                                NEWPORT BEACH, CALIFORNIA 92660
18

19  FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                  PORTIS & MILES
20                              BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                234 COMMERCE STREET
21                              POST OFFICE BOX 4160
                                MONTGOMERY, ALABAMA 36103
22

23  FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                  PALENCHAR & SCOTT
24                              BY:  PHILIP S. BECK, ESQ.
                                    ANDREW L. GOLDMAN, ESQ.
25                              54 W. HUBBARD STREET, SUITE 300
                                CHICAGO, ILLINOIS 60601


                        DAILY COPY

1303

1  OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
2                               TONI DOYLE TUSA, CCR, FCRR
                                500 POYDRAS STREET, ROOM HB-406
3                               NEW ORLEANS, LOUISIANA 70130
                                (504) 589-7778
4

5

6
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
7  PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              DAILY COPY

1304

1          **I N D E X**

2                                                          PAGE

3    JEFFREY POPMA, M.D.
          VOIR DIRE                              1305
4         TRAVERSE                               1315
          DIRECT EXAMINATION                     1319
5         CROSS-EXAMINATION                      1397
          REDIRECT EXAMINATION                   1491
6

7    JOHN BARNETT
          DIRECT EXAMINATION                     1496
8         CROSS-EXAMINATION                      1520

9

10   CORY BARNETT
          DIRECT EXAMINATION                     1523
          CROSS-EXAMINATION                      1526
11        REDIRECT EXAMINATION                   1533

12

     GERALD BARNETT
13        DIRECT EXAMINATION                     1535

14

15

16

17

18

19

20

21

22

23

24

25

                         DAILY COPY

1                   **MORNING SESSION**

2                   **(AUGUST 7, 2006)**

3        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4  TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT

5  REPORTER.)

6        **THE DEPUTY CLERK:**  EVERYONE RISE.

7        **THE COURT:**  BE SEATED.  GOOD MORNING, GENTLEMEN OF

8  THE JURY.  OKAY.  CALL YOUR WITNESS, PLEASE.

9        **MR. ROBINSON:**  PLAINTIFFS CALL DR. JEFFREY POPMA.

10  DR. POPMA, PLEASE STEP INTO THE WITNESS BOX.  WOULD YOU RAISE

11  YOUR RIGHT HAND.

12        (WHEREUPON, **JEFFREY POPMA, M.D.,** HAVING BEEN DULY

13  SWORN, TESTIFIED AS FOLLOWS.)

14        **THE DEPUTY CLERK:**  PLEASE BE SEATED AND, USING THE

15  MICROPHONE IN FRONT OF YOU, WOULD YOU STATE YOUR NAME FOR THE

16  RECORD.

17        **THE WITNESS:**  JEFFREY POPMA, P-O-P-M-A.

18        **MR. ROBINSON:**  I'M JUST GETTING A LASER POINTER FOR

19  THE WITNESS, YOUR HONOR.

20        **THE COURT:**  OKAY.

21        **MR. ROBINSON:**  MAY I APPROACH, YOUR HONOR?

22        **THE COURT:**  YES.

23        **THE WITNESS:**  THANK YOU.

24

25

1    **VOIR DIRE**

2    BY MR. ROBINSON:

3    **Q.**   DR. POPMA, ARE YOU A CARDIOLOGIST?

4    **A.**   I AM.

5    **Q.**   AND I'VE JUST GIVEN YOU EXHIBIT 5.0009, WHICH IS YOUR

6    CURRICULUM VITAE.  DO YOU HAVE IT IN FRONT OF YOU THERE?

7    **A.**   I DO.

8    **Q.**   AND CAN YOU TELL THE JURY A LITTLE BIT ABOUT YOUR

9    EDUCATION SO THEY CAN UNDERSTAND WHERE YOU WENT TO SCHOOL,

10   ET CETERA?

11   **A.**   SURE.  OF COURSE.  I WENT TO COLLEGE AT STANFORD

12   UNIVERSITY IN STANFORD, CALIFORNIA AND, FROM THERE, WENT TO THE

13   UNIVERSITY OF INDIANA MEDICAL SCHOOL, COMPLETED CONVENTIONAL

14   MEDICAL SCHOOL TRAINING THERE.  I WENT AND DID AN INTERNSHIP IN

15   FRESNO, CALIFORNIA, AND THEN, CONSEQUENTLY, DID THE BULK OF MY

16   INTERNAL MEDICINE AND CARDIOLOGY TRAINING AT THE UNIVERSITY OF

17   TEXAS, SOUTHWESTERN.  PARKLAND HOSPITAL IS WHERE MOST PEOPLE

18   HAVE IDENTIFIED IT.

19          FROM THERE, I DID AN INTERVENTIONAL CARDIOLOGY

20   FELLOWSHIP, WHICH IS A YEAR OF DEDICATED TRAINING AT THE

21   UNIVERSITY OF MICHIGAN.

22   **Q.**   LET ME ASK THIS:  WHY DON'T YOU TELL THE JURY WHAT IS

23   INTERVENTIONAL CARDIOLOGY.

24   **A.**   ALL OF US IN MEDICINE SUBSPECIALIZE, WHO WORK IN MAJOR

25   ACADEMIC CENTERS, AND WE HAVE A DIFFERENT PRACTICE THAN A

1    PRIMARY CARE PHYSICIAN.

2          WHERE I WORK, AT THE BRIGHAM AND WOMEN'S HOSPITAL IN

3    BOSTON, WE HAVE A NUMBER OF CARDIOLOGISTS.  WE HAVE OVER A

4    HUNDRED CARDIOLOGISTS WHO ARE STAFF.  EACH OF THEM HAVE

5    DEVELOPED THEIR OWN AREA OF EXPERTISE.

6          TO ACQUIRE THE SKILLS FOR THAT EXPERTISE, ONE HAS TO

7    COMPLETE FOUR YEARS OF MEDICAL SCHOOL, A YEAR OF INTERNSHIP,

8    TWO ADDITIONAL YEARS OF RESIDENCY TRAINING.

9          I DID A CHIEF RESIDENCY YEAR, WHERE WE -- WHERE I

10   OVERSAW ALL THE RESIDENTS IN TRAINING WHEN I WAS IN TEXAS, AND

11   THEN A CONVENTIONAL THREE-YEAR CARDIOLOGY TRAINING PROGRAM SO

12   THAT BY THE TIME I GOT TO THE UNIVERSITY OF MICHIGAN, I HAD

13   COMPLETED NINE YEARS OF TRAINING AFTER MEDICAL SCHOOL.

14         SO WHILE I WAS AT THE UNIVERSITY OF MICHIGAN, I

15   LEARNED HOW TO DO MANY OF THE PROCEDURES THAT WE'LL TALK ABOUT

16   TODAY, SPECIFICALLY THE HEART CATHETERIZATIONS AND THE CORONARY

17   ANGIOPLASTIES.  AND IT TAKES A YEAR.  SO I DID ABOUT 250 OR 300

18   CASES WHILE I WAS THERE, SPECIFICALLY TRAINING ON HOW TO DO

19   THESE PROCEDURES.

20         THEN MY TRAINING WAS OVER, FINALLY, AND I WENT, THEN,

21   FOR MY FIRST JOB TO THE WASHINGTON HOSPITAL CENTER IN

22   WASHINGTON, DC, A VERY BUSY CLINICAL RESEARCH PRACTICE, WHERE I

23   SPENT SEVEN YEARS, DID RESEARCH ON DETERMINING THE EXACT

24   DIAMETER OF THE BLOOD VESSELS THAT WE'LL TALK ABOUT TODAY USING

25   SOME VERY SOPHISTICATED COMPUTER-BASED TECHNIQUES, ANALYSIS

1    TECHNIQUES.  AND THEN I PERFORMED CATHETERIZATIONS AND

2    ANGIOPLASTY.

3            IN 1998, I MOVED TO THE BRIGHAM AND WOMEN'S HOSPITAL.

4    **Q.**  I DON'T KNOW THAT THE JURORS KNOW WHAT THE BRIGHAM AND

5    WOMEN'S HOSPITAL IS.  IS THAT ASSOCIATED WITH HARVARD MEDICAL

6    SCHOOL?

7    **A.**  SURE.  LET ME EXPLAIN THAT A BIT IN JUST A SECOND.  SO I

8    WENT THERE AT THE HOSPITAL, WHICH IS ONE OF THE THREE HARVARD

9    HOSPITALS IN BOSTON.  THE HARVARD HOSPITALS IN BOSTON INCLUDE

10   THE MASSACHUSETTS GENERAL HOSPITAL, THE BRIGHAM AND WOMEN'S

11   HOSPITAL, AND THE BETH ISRAEL DECONS.  AND THOSE ARE WHERE ALL

12   THE HARVARD MEDICAL STUDENTS DO THEIR ROTATIONS TO LEARN

13   CLINICAL MEDICINE, AND I WORK ONE OF THOSE THREE HOSPITALS.

14           MY JOB THERE -- I HAD THREE JOBS:  ONE IS TO BE THE

15   DIRECTOR OF INTERVENTIONAL CARDIOLOGY, WHICH MEANS I OVERSAW

16   MANY OF THE ANGIOPLASTY, THE STENT-RELATED PROCEDURES THAT WENT

17   ON WITHIN THE BRIGHAM HOSPITAL.

18           I WAS THE DIRECTOR OF THE INTERVENTIONAL CARDIOLOGY

19   TRAINING PROGRAM, STILL AM THE DIRECTOR OF THAT TRAINING

20   PROGRAM, WHERE I TRAINED FIVE FELLOWS PER YEAR HOW TO DO THESE

21   PROCEDURES.

22   **Q.**  AND THESE INCLUDE -- WHAT THE JURORS HAVE HEARD, THEY'VE

23   HEARD CATHETERIZATIONS OR ANGIOGRAMS.  IS THIS WHAT YOU'RE

24   TRAINING PEOPLE TO DO --

25   **A.**  YES.  I TEACH THE REGULAR CARDIOLOGY-TRAINING FELLOWS THE

1    HEART CATHETERIZATIONS, BUT THE SPECIFIC AREAS THAT I TEACH THE

2    INTERVENTIONAL FELLOWS IS HOW TO PERFORM THE STENTS THAT GO

3    INTO THE ARTERIES.

4             AND THEN I AM ALSO DIRECTOR OF THE ANGIOGRAPHIC CORE,

5    C-O-R-E, CORE LABORATORY THERE.  I'VE REALLY DONE THAT FOR 15

6    YEARS, WHICH HAS BEEN MY AREA OF ACADEMIC RESEARCH.  AS I

7    MENTIONED, THAT'S WHERE WE USE SOME COMPUTER-BASED TECHNIQUES

8    TO ANALYZE THE EXACT DIAMETER OF THE CORONARY VESSELS, TO

9    ASSESS THE SEVERITY OF THE BLOCKAGES WITHIN THE ARTERIES.  AND

10   THAT'S WHERE I'VE BEEN UP UNTIL NOW.

11   Q.   NOW, HAVE YOU, IN YOUR PRACTICE, REVIEWED A LARGE NUMBER

12   OF ANGIOGRAMS?

13   A.   BOTH IN MY PRACTICE AND IN MY RESEARCH AREA, I HAVE.

14   Q.   OKAY.  APPROXIMATELY HOW MANY HAVE YOU BEEN INVOLVED IN

15   REVIEWING?

16   A.   OVER THE LAST 15 YEARS, WITHIN OUR CORE LABORATORY,

17   PROBABLY 50,000 ANGIOGRAMS, SOMETHING LIKE THAT.

18   Q.   AND IN TERMS OF ANGIOGRAMS YOU'VE ACTUALLY DONE YOURSELF,

19   HOW MANY HAVE YOU DONE YOURSELF?

20   A.   I DO ABOUT 500 A YEAR FOR THE LAST TEN YEARS.  SO 5,000

21   WOULD BE A REASONABLE NUMBER.

22   Q.   AND WE'RE GOING TO SHOW THE GRAPHICS OF MR. BARNETT'S

23   ANGIOGRAMS; RIGHT?  TODAY.

24   A.   YES, WE WILL.

25   Q.   NOW, WERE YOU ALSO INVOLVED IN ANY STUDIES WHERE YOU

1    LOOKED AT CARDIOLITES, SUCH AS THE ONES THAT MR. BARNETT HAD,

2    AND YOU WERE ABLE TO CORRELATE WHAT YOU SAW ON THE CARDIOLITE

3    EXAM WITH A LATER CATHETERIZATION OR ANGIOGRAM?

4    **A.**    YES.

5    **Q.**    WHY DON'T YOU TELL THE JURY WHAT YOUR BACKGROUND HAS BEEN

6    IN THAT REGARD.

7    **A.**    WELL, I'LL BE BRIEF, BUT ONE OF THE -- ONE OF THE

8    CHALLENGES, AS YOU'VE HEARD THROUGH THIS TESTIMONY, OF LOOKING

9    AT A CORONARY ARTERY ANGIOGRAPH, THE X-RAY PICTURES THAT WE'LL

10   SEE OF THE CORONARY ARTERIES, IS THAT DIFFERENT OBSERVERS WILL

11   GIVE YOU DIFFERENT NUMBERS.  THERE'S VARIABILITY FROM PHYSICIAN

12   TO PHYSICIAN.  IT'S VERY CHALLENGING.

13           SO VERY EARLY IN MY ACADEMIC CAREER, I DEVELOPED,

14   ALONG WITH OTHERS, I FOCUSED ON THE DEVELOPMENT OF A

15   COMPUTER-BASED METHOD TO REDUCE THAT VARIABILITY, SO THAT WE

16   USE A COMPUTER, WHICH, THEN, IS VERY ACCURATELY CALIBRATED; AND

17   OUR RESEARCH ASSOCIATES, OUR PHYSICIANS WHO DO THE ANALYSES,

18   THEN DETERMINE THE EXACT NARROWING OF THE BLOOD VESSEL DOWN TO

19   HUNDREDTHS OF A MILLIMETER.

20           BY DEVELOPING THAT EXPERTISE, THEN, MANY, MANY

21   NUCLEAR CARDIOLOGISTS WHO WANTED TO SAY HOW GOOD IS OUR

22   TECHNIQUE, LIKE A CARDIOLITE, AS AN EXAMPLE, HOW GOOD IS OUR

23   TECHNIQUE IN IDENTIFYING WHETHER OR NOT THERE WERE BLOCKAGES IN

24   THE VESSEL OR NOT.

25           SO WHAT I DID, MY CONTRIBUTION TO THAT, WAS I WOULD

1   MAP OUT THE CORONARY TREE THAT WE'RE TALKING ABOUT; I WOULD

2   DETERMINE HOW SEVERELY NARROWED THESE ARTERIES WERE; AND THEN I

3   WOULD GIVE THAT INFORMATION TO THE NUCLEAR CARDIOLOGIST, WHO

4   WOULD THEN CORRELATE IT WITH THE CARDIOLITES, AS ONE EXAMPLE.

5   WE DID IT WITH A NUMBER OF NUCLEAR-IMAGING STUDIES.  BUT THE

6   CARDIOLITE IS WHAT WE'LL USE FOR THE PURPOSES TODAY OF THE

7   NUCLEAR-IMAGING STUDIES.

8           SO I HAD A PRETTY CLEAN FAMILIARITY -- BECAUSE AT

9   THAT STAGE OF MY CAREER, I WAS DOING ALL THE ANGIOGRAPHIC

10  ANALYSES MYSELF -- ABOUT THE CHALLENGES OF MAPPING THE

11  BLOCKAGES IN THE BLOOD VESSELS TO THE FINDINGS ON THE

12  CARDIOLITE TESTS.  AND THE NUMBER THAT WE ALWAYS USED WHEN WE

13  WERE DOING THAT TO DEFINE HOW WELL THE TEST IS IS SOMETHING

14  LIKE A 50 PERCENT NARROWING.  SO WE'LL TALK A LOT ABOUT THAT

15  TODAY.

16          BUT, AT LEAST IN THE RESEARCH THAT WE DID VERY EARLY

17  ON, THAT WAS THE NUMBER.  A GREATER THAN 50-PERCENT-DIAMETER

18  STENOSIS IN THE VESSEL CONSTITUTED AN IMPORTANT BLOCKAGE.

19  **Q.**   OKAY.  LET ME ASK IT THIS WAY:  WE'RE GOING TO TALK

20  SPECIFICALLY ABOUT MR. BARNETT, BUT WHEN YOU DO A CARDIOLITE

21  EXAM, ARE YOU SAYING THAT IF, IN FACT, YOU HAVE A POSITIVE

22  FINDING SUCH AS MILD ISCHEMIA IN A CARDIOLITE, THAT MEANS THAT

23  IT'S GREATER THAN 50 PERCENT BLOCKAGE?

24  **A.**   IN THE AREA.  I MEAN, I WANT TO GIVE A SHORT ANSWER NOW

25  BECAUSE I KNOW THERE'S MORE DETAILED ANALYSIS; BUT YES,

1   BASICALLY, THAT'S THE CASE, IS THAT WHEN THE BLOOD FLOWS

2   THROUGH THE ARTERIES, IF THERE IS A 90 PERCENT BLOCKAGE OR

3   GREATER, THEN, WHILE WE'RE JUST SITTING HERE, THERE CAN BE A

4   REDUCTION OF FLOW, AND THAT WILL SHOW UP AS A PROBLEM.

5           BUT AS IT TURNS OUT, WHEN WE EXERCISE, WE WOULD DO A

6   COUPLE OF THINGS:  ONE IS THE HEART RATE INCREASES AND THE

7   HEART CONTRACTS STRONGER AS A PUMP.  WELL, THAT SIMPLY MEANS

8   THAT THE HEART NEEDS MORE BLOOD SUPPLY.  SO THE BLOOD FLOW

9   THROUGH THOSE ARTERIES STARTS TO REALLY REV UP AND INCREASE.

10          AND JUST AS WE HAVE DEFINED THESE FOR YEARS IN THE

11  INITIAL STUDIES WE DID, THAT BLOOD FLOW STARTS TO FALL OFF WHEN

12  THE LUMEN NARROWING IS GREATER THAN 50 PERCENT.

13  **Q.**   THE LUMEN IS THE --

14  **A.**   THE CENTRAL AREA OF THE ARTERY, WHICH WE'LL TALK ABOUT.

15          SO WHEN THE OBSTRUCTION OF BLOOD FLOW IS MORE THAN

16  50 PERCENT, THEN THERE IS A COMPROMISE OF WHAT HAPPENS TO BLOOD

17  FLOW ON THE OTHER SIDE OF THE BLOCKAGE.

18  SO, IN THE CASE OF MILD ISCHEMIA, AS WE'VE TALKED ABOUT

19  EXTENSIVELY, THERE CAN EITHER BE A SMALL BLOOD VESSEL THAT HAS

20  A VERY HIGH-GRADE BLOCKAGE OR A LARGER VESSEL THAT HAS LESS OF

21  ONE; BUT THE BOTTOM LINE IS THAT, OF ALL THE HEART, ONLY A

22  SMALL AREA HAS A GREATER THAN 50 PERCENT NARROWING.

23  **Q.**   OKAY.  LET ME GO ON.  I JUST WANT TO GET A LITTLE MORE

24  ABOUT YOUR BACKGROUND.  ARE YOU CURRENTLY TEACHING?

25  **A.**   I AM.

1   **Q.**   WHERE DO YOU TEACH AND WHO DO YOU TEACH?

2   **A.**   WELL, I'VE MENTIONED THAT I'M A DIRECTOR OF THE

3   INTERVENTIONAL CARDIOLOGY FELLOWSHIP TRAINING PROGRAM.  I TEACH

4   THE CARDIAC FELLOWS HOW TO PERFORM CATHETERIZATIONS.  AND THEN

5   I LECTURE, YOU KNOW, AROUND THE COUNTRY AT SYMPOSIUM ON

6   ATHEROSCLEROSIS AND OF HOW THE BLOCKAGES AFFECT HOW PATIENTS

7   DO, PARTICULARLY AFTER A STENT PLACEMENT.

8   **Q.**   DO YOU TEACH OR HAVE YOU BEEN TEACHING -- HAVE YOU TAUGHT

9   AT HARVARD MEDICAL SCHOOL?

10  **A.**   YES.  I'M AN ASSOCIATE PROFESSOR OF MEDICINE AT HARVARD

11  MEDICAL SCHOOL, WHICH I HAVE BEEN SINCE I ARRIVED THERE IN

12  1998.

13  **Q.**   SO ABOUT EIGHT YEARS YOU'VE BEEN TEACHING AT HARVARD?

14  **A.**   RIGHT.  YES.

15  **Q.**   AND BEFORE THAT, DID YOU TEACH AT OTHER INSTITUTIONS?

16  **A.**   I DID, YES.

17  **Q.**   WHERE DID YOU TEACH?

18  **A.**   WELL, AT THE WASHINGTON HOSPITAL CENTER, MY PREVIOUS JOB,

19  WE ACTUALLY HAD A VERY LOOSE AFFILIATION WITH GEORGETOWN

20  UNIVERSITY.  BUT MY TIME THERE WAS PRIMARILY SPENT TEACHING,

21  LECTURING, AT THAT INSTITUTION AROUND THE COUNTRY.

22  **Q.**   NOW, YOU ALSO WRITE ARTICLES AND PUBLISH CHAPTERS IN

23  BOOKS?

24  **A.**   I DO.

25  **Q.**   AND I'M GOING TO SHOW YOU A BOOK.  IT'S PRETTY HEAVY HERE.

1   IT'S CALLED BRAUNWALD HEART DISEASE:  A TEXTBOOK OF

2   CARDIOVASCULAR MEDICINE.  ARE YOU FAMILIAR WITH THIS?

3   **A.**   YES, I AM.

4   **Q.**   AND DID YOU WRITE SOME CHAPTERS IN THIS BOOK?

5   **A.**   I HAVE.  I WRITE TWO CHAPTERS FOR THIS BOOK.  I WRITE ONE

6   CHAPTER ON CORONARY ARTERIOGRAPHY AND INTRAVASCULAR ULTRASOUND.

7   WE'LL TALK ABOUT THOSE IN JUST A SECOND.  BUT BASICALLY WHAT

8   THAT MEANS IS TAKING X-RAY PICTURES OF THE ARTERIES THAT SUPPLY

9   THE HEART; AND SECONDLY, EXAMINING THE ARTERIES THAT SUPPLY THE

10  HEART FROM THE INSIDE OUT.  AND I'LL SHOW SOME PICTURES IN JUST

11  A SECOND ON THAT.

12  **Q.**   NOW, IS THIS --

13  **A.**   I HAVE ONE MORE CHAPTER I HAVE TO TELL YOU ABOUT --

14  **Q.**   GO AHEAD.

15  **A.**   -- WHICH HAS LESS TO DO WITH THIS CASE.  BUT, REALLY, I

16  ALSO WROTE THE CHAPTERS ON CORONARY ANGIOPLASTY AND STENTING,

17  WHICH IS THE SECOND CHAPTER.

18  **Q.**   AND I NOTICE THAT THE NAME "ZIPES" IS ON THIS BOOK.  WHO

19  IS THAT?

20  **A.**   THERE ARE THREE EDITORS -- OR ACTUALLY FOUR EDITORS FOR

21  THIS EDITION OF HEART DISEASE.  DOUG ZIPES BEING ONE; PETER

22  LIBBY BEING ANOTHER, ROBERT BONOW BEING A THIRD.  THEN THE

23  SENIOR EDITOR AND MASTER IS DR. EUGENE BRAUNWALD.

24  **Q.**   AND THE JURORS HEARD SATURDAY ABOUT EUGENE BRAUNWALD HAD

25  VOLUNTEERED TO DO A CV OUTCOMES STUDY IN THE CASE.  TELL THE

1   JURY A LITTLE BIT ABOUT WHO DR. BRAUNWALD IS.

2   **A.**   WELL, WE WANT TO LIMIT THE DEPTH OF THE TESTIMONY, BUT

3   DR. BRAUNWALD IS THE GRANDFATHER OF CARDIOLOGY.  BUT I THINK HE

4   WOULDN'T WANT TO BE CALLED THE GRANDFATHER; HE WOULD WANT TO BE

5   CALLED THE FATHER.  HE IS ABSOLUTELY PROBABLY ONE OF THE MOST

6   RENOWN PHYSICIANS IN CARDIOLOGY IN THE WORLD.  IT'S NOT JUST MY

7   OPINION.  I THINK THAT'S WHAT MOST CARDIOLOGISTS WOULD SAY.

8   **Q.**   TOMORROW THE JURORS ARE GOING TO SEE DR. ZIPES, WHO IS THE

9   PRINCIPAL EDITOR; IS THAT RIGHT?

10  **A.**   I BELIEVE SO, YES.

11          **THE COURT:**  ANYTHING FURTHER ON HIS QUALIFICATIONS?

12          **MR. ROBINSON:**  I'M GOING TO OFFER HIM AS AN EXPERT,

13  YOUR HONOR, IN THE AREA OF CARDIOLOGY, INTERVENTIONAL

14  CARDIOLOGY, SO HE CAN REVIEW THE RISK FACTORS AND THE MEDICAL

15  TESTS THAT WERE DONE ON MR. BARNETT.  WE'RE NOT CALLING HIM

16  ABOUT VIOXX.  HE'S JUST TALKING ABOUT THE MEDICAL RECORDS,

17  TALKING ABOUT HIS RISK FACTORS BEFORE VIOXX.

18          **THE COURT:**  OKAY.  ANY QUESTIONS ON HIS

19  QUALIFICATIONS?

20          **MR. GOLDMAN:**  YES, YOUR HONOR.

21                          **TRAVERSE**

22  **BY MR. GOLDMAN:**

23  **Q.**   GOOD MORNING, DR. POPMA.

24  **A.**   GOOD MORNING, MR. GOLDMAN.

25  **Q.**   BEFORE YOU FORMED YOUR OPINIONS IN THIS CASE, SIR, DID YOU

1    MEET MR. BARNETT?

2    **A.**   I DID NOT.

3    **Q.**   HAVE YOU EVER CONDUCTED ANY TYPE OF PHYSICAL ON

4    MR. BARNETT?

5    **A.**   I HAVE NOT.

6    **Q.**   HAVE YOU TAKEN THE MEDICAL HISTORY FROM MR. BARNETT?

7    **A.**   I HAVE NOT.

8    **Q.**   HAVE YOU PERFORMED ANY TESTS OR PROCEDURES ON HIM, SIR?

9    **A.**   I HAVE NOT.

10   **Q.**   YOU MENTIONED THAT YOU HAD EXPERIENCE -- YOU'VE DONE A

11   NUMBER OF CATHETERIZATIONS; RIGHT?

12   **A.**   THAT'S CORRECT.

13   **Q.**   AND A CATHETERIZATION IS A PROCEDURE WHERE YOU ATTEMPT TO

14   INJECT A LITTLE -- HOW WOULD YOU DESCRIBE IT?

15   **A.**   WOULD YOU LIKE ME TO DESCRIBE IT?

16   **Q.**   YES.

17   **A.**   WHAT WE PERFORM WITH A HEART CATHETERIZATION IS WE USUALLY

18   USE EITHER THE FEMORAL ARTERY OR THE RIGHT WRIST, AND WE BEGIN

19   WITH INSERTING A SMALL NEEDLE INTO THAT ARTERY.  WE ADVANCE A

20   WIRE UP INTO THE CENTRAL BLOOD VESSELS TO THE HEART.  THEN WE

21   PUT A SHEATH, A PLASTIC TUBE, THAT'S ABOUT 2 MILLIMETERS IN

22   SIZE INTO THE FEMORAL ARTERY OR TO THE RADIAL ARTERY, AND THEN

23   WE ADVANCE LONGER CATHETERS, LONGER PLASTIC TUBES, THAT WILL

24   ALLOW US TO SELECTIVELY INJECT THE CORONARY ARTERIES -- THE

25   PATIENT DOESN'T FEEL ANY PAIN -- SELECTIVELY INJECT THE

1    CORONARY ARTERIES, SO THAT WE CAN CREATE A LUMENOGRAM, LIKE THE

2    HOLE OF A DOUGHNUT, THAT ALLOWS US TO SEE HOW MUCH BLOOD IS

3    FLOWING THROUGH THE ARTERY.

4    Q.    AND YOU DO THAT EVERY DAY AS A INTERVENTIONAL

5    CARDIOLOGIST, OR ALMOST EVERY DAY; RIGHT?

6    A.    THREE DAYS A WEEK.

7    Q.    YOU READ CATHETERIZATIONS OFTEN, DON'T YOU, SIR?

8    A.    I DO.

9    Q.    MR. ROBINSON REFERRED TO A CARDIOLITE STRESS TEST.  DO YOU

10   REMEMBER THAT?

11   A.    THERE WERE SEVERAL.

12   Q.    AND THAT IS THE TYPE OF TEST THAT MR. BARNETT HAD IN

13   JANUARY OF 2000; CORRECT?

14   A.    THAT'S CORRECT.

15   Q.    HE ALSO HAD THAT TEST IN JULY OF 2003; RIGHT?

16   A.    THAT'S CORRECT.

17   Q.    NOW, MR. ROBINSON SAID, WHEN YOU DO A CARDIOLITE STRESS

18   TEST, AM I RIGHT DR. POPMA, THAT YOU ACTUALLY DON'T PERFORM OR

19   CONDUCT THE CARDIOLITE STRESS TESTS ON YOUR PATIENTS?

20   A.    THAT'S CORRECT.

21   Q.    AND IN TERMS OF INTERPRETING THE CARDIOLITE STRESS TEST,

22   SIR, YOU DON'T HOLD YOURSELF OUT AS AN EXPERT IN THAT AREA;

23   RIGHT?

24   A.    I'M NOT BOARD-CERTIFIED IN NUCLEAR CARDIOLOGY, NO.

25   Q.    YOU WOULD INSTEAD DEFER TO PEOPLE WHO ARE BOARD-CERTIFIED

1   IN NUCLEAR CARDIOLOGY IN TERMS OF INTERPRETING THE FINDINGS ON

2   A CARDIOLITE STRESS TEST; TRUE?

3   **A.**   YES.  WITH AN EXPLANATION.

4   **Q.**   GO AHEAD.

5   **A.**   AS CLINICIANS, WE MANAGE MANY ASPECTS OF THE PATIENT'S

6   CARE, AND OFTENTIMES THERE IS A DISCONNECT BETWEEN THE

7   PHYSICIANS WHO ARE PERFORMING THE TESTS AND THE PHYSICIANS WHO

8   ARE MANAGING THE PATIENTS.  AND IT'S VERY, VERY IMPORTANT THAT

9   I, AS A CLINICIAN WHO WILL TAKE CARE OF UNDERSTAND DEPTH AND

10  THE SEVERITY OF THE -- OF THE ABNORMALITY THAT ANOTHER

11  PHYSICIAN WOULD BE REPORTING ON ONE OF MY PATIENTS.

12          SO ALTHOUGH I DON'T HOLD MYSELF AS AN EXPERT TO READ

13  THEM, IT'S VERY IMPORTANT FOR A CLINICIAN TO REVIEW THE

14  FINDINGS SO THAT WE CAN MAKE A INFORMED DECISION WITH A PATIENT

15  ABOUT WHAT THE APPROPRIATE FORMS OF THERAPY ARE.

16  **Q.**   AND THE INFORMED DECISION THAT YOU MAKE AS A CARDIOLOGIST

17  IS BASED ON THE INTERPRETATION THAT A BOARD-CERTIFIED -- A

18  PERSON BOARD-CERTIFIED IN NUCLEAR CARDIOLOGY SAYS ABOUT A

19  CARDIOLITE STRESS TEST; TRUE?

20  **A.**   NOT ENTIRELY.

21  **Q.**   WELL, AM I RIGHT, SIR, THAT YOU HAVE NEVER BEEN A PRIMARY

22  REVIEWER OF A CARDIOLITE STRESS TEST?

23  **A.**   THAT'S CORRECT.  BUT AS I SAID, I'VE MANAGED MANY PATIENTS

24  THAT HAVE THE PROCEDURE AND REVIEW THOSE WITH THE

25  NUCLEAR-IMAGING SPECIALIST.

1    **MR. GOLDMAN:**  THOSE ARE ALL OF THE QUESTIONS I HAVE,
2    JUDGE.
3    **THE COURT:**  I'LL ACCEPT HIM AS A EXPERT IN THE
4    DESIGNATED FIELD.
5    **DIRECT EXAMINATION**
6    **BY MR. ROBINSON:**
7    **Q.**  I WANT TO TOUCH BRIEFLY ON THE QUESTIONS THAT MR. GOLDMAN
8    ASKED YOU.  HE ASKED YOU QUESTIONS ABOUT YOU NOT DOING THE
9    CARDIOLITE EXAMS YOURSELF.
10   **A.**  THAT'S CORRECT.
11   **Q.**  BUT DO YOU REVIEW CARDIOLITE FILMS AND IMAGES WITH YOUR
12   OWN PATIENTS?
13   **MR. GOLDMAN:**  I OBJECT TO THE FORM, JUDGE.  LEADING.
14   **THE WITNESS:**  WELL, OF COURSE, I THINK I TRY --
15   **THE COURT:**  I'LL ALLOW IT TO MOVE IT ON.
16   **THE WITNESS:**  I TRY TO SPEAK TO THAT, AND, YOU KNOW,
17   I WILL ALWAYS DEFER TO A NUCLEAR-IMAGING SPECIALIST WHO SHOWS A
18   ABNORMALITY.
19   BUT TO PUT THAT ABNORMALITY IN THE CONTEXT OF
20   HOW I WOULD ADVISE THE PATIENTS THAT WE NEED TO MANAGE THEM, I
21   HAVE TO SEE THAT TO SEE THE EXTENT OF THE ABNORMALITY.
22   **BY MR. ROBINSON:**
23   **Q.**  AND EARLIER YOU TALKED ABOUT -- WHEN I WAS QUESTIONING
24   YOU, YOU TALKED ABOUT THE CORRELATIONS THAT YOU WORKED ON
25   EARLIER IN YOUR CAREER BETWEEN CARDIOLITE EXAMS AND

1    CATHETERIZATIONS.  DO YOU REMEMBER THOSE QUESTIONS?

2    **A.**    I DO.

3    **Q.**    WOULD YOU EXPLAIN TO US HOW YOU USED THE CARDIOLITE EXAM

4    AND THE CATH TO COME TO ANY CONCLUSIONS WITH REGARD TO YOUR

5    CORRELATIONS GENERALLY.

6    **A.**    THE QUESTION THAT WE WANT TO ADDRESS WHEN WE PERFORM A

7    CARDIOLITE STRESS EXAMINATION IS WHETHER OR NOT THERE ARE AREAS

8    OF THE HEART, IMPORTANT AREAS OF THE HEART, THAT ARE NOT

9    RECEIVING BLOOD SUPPLY.  OFTENTIMES, PATIENTS WILL HAVE

10   SYMPTOMS WITH THEIR EXERCISE TEST; AND THAT'S HELPFUL, BUT THAT

11   DOESN'T TELL US WHAT AREA OF THE HEART IS HAVING A DIFFICULTY

12   WITH ITS BLOOD SUPPLY.

13            SO THE PURPOSE FOR THE CARDIOLITE STRESS TEST IS TO

14   UNDERSTAND WHICH AREAS OF THE CORONARY TREE -- I'LL TALK ABOUT

15   THE CORONARY TREE IN A MINUTE -- BUT WHICH AREAS OF THE

16   CORONARY TREE HAVE IMPORTANT BLOCKAGES.  WHEN I SAY

17   "IMPORTANT," I'M GOING TO BE REFERRING BACK TO THE GREATER THAN

18   OR EQUAL TO 50 PERCENT DIAMETER STENOSIS WHERE, WITH EXERCISE,

19   THERE IS A PROBLEM WITH THE PLUMBING.

20   SO, IN ORDER TO SAY THERE IS A BLOCKAGE OR NOT, ONE HAS TO

21   CORRELATE THOSE CARDIOLITE EXAMS WITH A ANGIOGRAM.  OTHERWISE,

22   YOU HAVE NO WAY TO KNOW IF THERE IS ANY ACCURACY OF WHAT YOU'RE

23   FINDING ON THE CARDIOLITE STRESS TEST.

24   SO OUR INITIAL VALIDATION STUDIES WERE SIMPLY TO MAP WHAT WAS

25   PRESENT, WHAT WAS IN THE CORONARY TREE, WITH WHAT WAS GOING ON

1    IN THE CARDIOLITE STRESS TEST.

2    **Q.**   AND WHEN YOU DID THESE INITIAL VALIDATION STUDIES, HOW

3    MANY CARDIOLITES AND PATIENTS THAT HAD CARDIOLITES AND CATHS

4    DID YOU STUDY IN ORDER TO VALIDATE THE CONNECTION BETWEEN THE

5    CARDIOLITE AND CATHETERIZATION?

6    **A.**   THERE WERE A SERIES OF PUBLICATIONS THAT WE PUT OUT.

7    **Q.**   WHEN WAS THIS?  LET'S GET A TIME OR DATE.

8    **A.**   I HAVE TO THINK ABOUT THE TIME LINE.  THIS WAS PROBABLY

9    1987, '88.  BUT WE CAN LOOK IN THIS CV.

10             BUT, SUBSEQUENTLY, IN OUR ANGIOGRAPHIC CORE

11   LABORATORY, WE ALSO PERFORMED THE SAME ANALYSES FOR OTHER

12   CARDIOLITE COMPANIES THAT WERE DEVELOPING THE CONTRAST DYE.  SO

13   IN TOTAL, PROBABLY 600 PATIENTS, MAYBE 700 PATIENTS, WHO HAVE

14   HAD THESE CORRELATION STUDIES.

15   **Q.**   WHY DON'T YOU TELL THE JURY -- BECAUSE I DON'T WANT TO

16   LEAD YOU -- WHAT YOU WERE TRYING TO CORRELATE.

17   **A.**   OUR PURPOSE WAS TO QUANTITATE THE SEVERITY OF THE

18   BLOCKAGE.  THAT'S WHAT WE DID.

19             SO WE WOULD MEASURE ALL THOSE SEGMENTS OF THE ARTERY

20   THAT HAD A GREATER THAN OR EQUAL TO 50 PERCENT NARROWING.  WE

21   WOULD GIVE THAT BACK TO THE COMPANY, OR THE INVESTIGATORS,

22   WHOEVER WAS, YOU KNOW, HELPING US WITH THE STUDY, DOING THE

23   NUCLEAR SIDE OF THINGS, AND THEY WOULD THEN CORRELATE THOSE

24   WITH THE READING FROM THE NUCLEAR-IMAGING PHYSICIANS.

25             SO THAT IS HOW THE SENSITIVITY, HOW -- WHAT GOOD IS

1    THIS TEST IN PICKING UP DISEASE AND THE SPECIFICITY, WHICH

2    SAYS, IF YOU HAVE A POSITIVE TEST, YOU HAVE THE DISEASE OR NOT,

3    THAT'S HOW THOSE WERE DEFINED.

4    **Q.**   AND WOULD YOU AGREE THERE IS NOT TOO MANY PEOPLE IN

5    AMERICA THAT HAVE BEEN INVOLVED IN THAT TYPE OF A STUDY,

6    STUDYING CARDIOLITE VERSUS THE CATH?

7    **A.**   WELL, I THINK --

8               **MR. GOLDMAN:**  OBJECTION, JUDGE.  LEADING.

9               **THE COURT:**  YES.

10              **MR. ROBINSON:**  I'LL WITHDRAW IT.

11   **BY MR. ROBINSON:**

12   **Q.**   TELL ME, YOU KNOW, HOW WAS IT THAT YOU DID THIS AND HOW

13   MANY PEOPLE HAVE DONE THIS.

14   **A.**   YEAH.  I MEAN, I GUESS --

15              **MR. GOLDMAN:**  OBJECTION.  THAT'S ALSO A LEADING

16   QUESTION.

17              **THE COURT:**  I'LL ALLOW IT.

18              **THE WITNESS:**  THERE ARE -- AGAIN, I DON'T WANT TO

19   OVERSTATE WHAT WE DO, BUT THERE IS BASICALLY THREE ANGIOGRAPHIC

20   CORE LABORATORIES IN THE WORLD OF THE SIZE OF THE ONE THAT I

21   DIRECT:  ONE IS THE BRIGHAM, AND THE SECOND IS AT COLUMBIA

22   UNIVERSITY IN NEW YORK, AND THE THIRD IS IN ROTTERDAM, THE

23   NETHERLANDS.

24              SO ALTHOUGH THERE ARE OTHER PEOPLE THAT DO VERY

25   GOOD WORK AT A SMALLER LEVEL AROUND THE COUNTRY AND MANY

1   PUBLICATIONS THAT HAVE COME OUT OF OTHER CORE LABORATORIES THAT

2   ARE SMALLER, WE'RE ONE OF THE LARGEST THREE IN THE WORLD IN

3   TERMS OF THE VOLUME OF WORK THAT WE DO.

4             SO, I MEAN, I HOPE -- I DON'T KNOW IF THAT

5   ANSWERS THE QUESTION.  I CERTAINLY WOULDN'T SAY THAT I'M THE

6   ONLY ONE IN THE WORLD THAT CAN MEASURE THIS BECAUSE THIS IS

7   NOT -- THAT WOULD NOT BE TRUE, BUT WE CERTAINLY ARE ONE OF THE

8   THREE LARGEST IN THE WORLD.

9   **BY MR. ROBINSON:**

10  **Q.**   NOW, I WANT TO NOW GO TO MR. BARNETT.  CAN YOU TELL US

11  WHAT YOU READ AND REVIEWED WITH REGARD TO MR. BARNETT'S CASE

12  AND THE MEDICAL RECORDS.

13  **A.**   WELL, THE PRIMARY INFORMATION THAT I REVIEWED -- ALTHOUGH

14  I'M SURE WE'LL SUPPLEMENT THIS -- WAS HIS INCLUSIVE MEDICAL

15  RECORD THAT WAS REALLY FROM THE VERY EARLY DAYS WHEN HE WAS IN

16  THE FBI AND SUMMARY REPORTS ON THROUGH HIS MOST RECENT

17  CATHETERIZATION JUST VERY RECENTLY.

18             I REVIEWED MR. BARNETT'S TESTIMONY. I REVIEWED THE

19  DEPOSITIONS OF DR. KARAVAN AND DR. MIKOLA.  I REVIEWED ALL OF

20  THE MEDICAL RECORDS OF OTHER PHYSICIANS WHO CARED FOR HIM

21  DURING THIS PERIOD OF TIME.  I REVIEWED THE NONINVASIVE IMAGING

22  STUDIES.  THOSE ARE ALL THE TESTS THAT DON'T INVOLVE THE HEART

23  CATHETERIZATION, SO THAT WOULD BE LIKE THE CARDIOLITE AND SOME

24  OF THE OTHER THINGS WE TALKED ABOUT.  I REVIEWED HIS ANGIOGRAMS

25  PERFORMED IN SEPTEMBER OF '02 AND THEN, SUBSEQUENTLY, JULY OF

 1    '06, FOR A START.

 2              **MR. ROBINSON:**  YOUR HONOR, CAN I APPROACH THAT PAD?

 3              **THE COURT:**  YES.

 4              **MR. ROBINSON:**  THANK YOU.

 5    BY MR. ROBINSON:

 6    **Q.**   DOCTOR, IF WE COULD JUST GIVE THE JURY SORT OF -- WE'VE

 7    GOTTEN MEDICAL RECORDS AND DEPOSITIONS IN, BUT WE REALLY

 8    HAVEN'T PUT A SEQUENTIAL ORDER FOR THE JURORS OF MR. BARNETT'S

 9    CARE, AND I WANTED TO JUST SORT OF PUT IT IN SEQUENCE.

10              NOW, THE CARDIOLITE EXAM THAT WE'RE TALKING ABOUT,

11    WHEN WAS THAT, THE FIRST CARDIOLITE EXAM?

12              **THE COURT:**  BEFORE YOU DO, COUNSEL, WHY DON'T YOU,

13    DOCTOR, TELL US, REFRESH OUR RECOLLECTION AND UNDERSTANDING,

14    WHAT IS A CARDIOLITE EXAM?

15              **THE WITNESS:**  I'VE TRIED TO BUILD A BASIS THAT, WHEN

16    THERE ARE NARROWINGS OF THE CORONARY ARTERY THAT EXCEED -- THAT

17    ARE EQUAL TO OR GREATER THAN 50 PERCENT, 50 PERCENT

18    NARROWING -- I'LL SHOW YOU SOME X-RAY PICTURES IN JUST A

19    MOMENT -- THAT WITH EXERCISE, THE FAUCET DOESN'T TURN ON FULLY,

20    AND THERE IS PROBLEMS WITH THE BLOOD SUPPLY ON THE OTHER SIDE

21    OF THE BLOCKAGE.

22              NOW, THE WAY THE CARDIOLITE TEST WORKS JUST IN

23    GENERAL IS THAT WE INJECT A CARDIOLITE, A IMAGING SUBSTANCE;

24    AND IT WITH MAXIMUM EXERCISE, BECAUSE THE FAUCET CAN'T TURN ON

25    FULLY, THERE IS CERTAIN REGIONS OF THE HEART THAT, WHEN WE TAKE

1    PICTURES OF IT USING A SPECIAL CAMERA, SHOW UP AS HOLES OR AS

2    GAPS OR AS DEFICITS.  SO WE USE THE CARDIOLITE STRESS TESTS.

3                    IF I COULD JUST USE THIS MODEL.  THIS IS A MODEL

4    OF A HEART.  IT'S A LITTLE LARGER THAN THE HEART IS, BUT IT'S A

5    MODEL OF THE HEART.  JUST VERY SIMPLY, YOUR HONOR, WHAT WE'RE

6    TRYING TO DO IS TO SAY:  DOES THIS AREA OF THE HEART HAVE A

7    PROBLEM WITH ITS FAUCET?  DOES THIS AREA OF THE HEART HAVE A

8    PROBLEM WITH ITS FAUCET?  DOES THIS AREA OF THE HEART HAVE A

9    PROBLEM WITH ITS BLOOD SUPPLY?

10                   AND BECAUSE -- AS YOU'LL SEE PICTURES, BECAUSE

11   THE CARDIOLITE IS SO POWERFUL IN ITS UPTAKE OF THE NORMAL

12   IMAGING MATERIAL, IF THERE IS NOT A PROBLEM, IT DOESN'T SHOW UP

13   AS A HOLE.  AND WE ONLY REALLY WORRY ABOUT BIGGER HOLES IN THE

14   HEART FROM THE CARDIOLITE STRESS TEST.

15                   AND WE'LL SEE SEVERAL IMAGES OF THESE AS WE MOVE

16   THROUGH, BUT IT IS REALLY A SUPPLEMENT TO THE OTHER CLINICAL

17   DATA THAT WE GET WHEN WE DO AN EXERCISE STRESS TEST, LIKE THE

18   EKG, WHICH SHOWS IF THERE IS A PROBLEM WITH THE BLOOD SUPPLY TO

19   A DIFFERENT AREA OF THE HEART, THE BLOOD PRESSURE RESPONDS,

20   CHEST PAIN, OTHER THINGS THAT WE'LL TALK ABOUT.

21                   BUT THE MAJOR PIECE OF THE CARDIOLITE PORTION OF

22   THAT IS TO SEE IF WE HAVE PROBLEMS WITH THE FAUCETS IN

23   DIFFERENT AREAS OF THE HEART.  AND IF WE DO, AND IF THEY ARE IN

24   LARGER AREAS, THEN WE'RE CONCERNED THAT THE PATIENT MAY HAVE A

25   HEART ATTACK OR DEVELOP CHEST PAIN OR HAVE AN EPISODE OF SUDDEN

1    CARDIAC DEATH.  IF THE SCAN IS NORMAL OR MILDLY ABNORMAL, THEN

2    WE THINK THE PATIENT CAN BE MANAGED WITH MEDICINES.  THAT'S IN

3    A NUTSHELL.

4    **BY MR. ROBINSON:**

5    **Q.**   I WANT TO -- WHILE WE'RE HERE, DID YOU ALSO -- AND YOU

6    REVIEWED THREE CARDIOLITE EXAMS FOR MR. BARNETT, AND WE'LL TALK

7    ABOUT THOSE IN A BIT; CORRECT?

8    **A.**   YES.

9    **Q.**   NOW, DID YOU ALSO LOOK AT A THING CALLED HIS

10   CATHETERIZATION?  AND IS ANOTHER WORD FOR THAT "ANGIOGRAM"?

11   **A.**   YES.

12   **Q.**   WHY DON'T YOU TELL THE JURY WHAT A ANGIOGRAM OR

13   CATHETERIZATION -- THESE ARE CARDIAC CATHETERIZATIONS; CORRECT?

14   TELL THEM WHAT THAT IS.

15   **A.**   I UNDERSTAND THE CONFUSING NATURE OF THE TERMINOLOGY

16   THAT'S BEING USED.  WHAT I DESCRIBED FOR DR. GOLDMAN WAS THE

17   PROCEDURE WHERE WE INSERT THESE SMALL PLASTIC TUBES UP INTO THE

18   ARTERIES THAT SUPPLY THE HEART.

19        BUT WE CAN ALSO DO OTHER THINGS.  WE CAN ALSO PUT

20   OTHER CATHETERS IN OTHER PLACES BESIDES JUST TAKING PICTURES OF

21   THE ARTERIES THAT SUPPLY THE HEART.  WE CAN PUT IT INTO THE

22   CONTRACTING CHAMBER OF THE HEART AND INJECT CONTRAST DYE TO SEE

23   HOW WELL THE HEART SQUEEZES.  WE COULD DO IT -- ALTHOUGH IT'S

24   NOT IN THIS CASE -- A RIGHT HEART CATHETERIZATION WHERE WE

25   MEASURE PRESSURES AROUND THE LUNGS.

1          SO THE TERM "CATHETERIZATION" SIMPLY MEANS PUTTING A
2   CATHETER SOMEPLACE.  IT CAN BE TO INJECT THE CORONARY ARTERIES;
3   IT COULD BE TO SEE HOW WELL THE HEART CONTRACTS TO THE PUMP.
4          WHEN WE TALK ABOUT A ANGIOGRAM, THAT IS SIMPLY --
5   ANGIO IS A BLOOD VESSEL -- IS SIMPLY TAKING A PICTURE OF A
6   BLOOD VESSEL.  IT COULD BE A CORONARY ANGIOGRAM, A HEART
7   ANGIOGRAM; IT COULD BE A CAROTID ANGIOGRAM; OR IT COULD BE
8   BRACHIAL ARTERY ANGIOGRAM.
9          SO, FOR THE PURPOSE OF OUR DISCUSSION, WHAT I
10  REVIEWED, IT'S REALLY THE CORONARY ANGIOGRAM THAT WE HAVE BEEN
11  FOCUSING ON WITH RESPECT TO THE AMOUNT OF DISEASE, BLOCKAGES,
12  THAT MR. BARNETT HAD.
13  Q.   IS THERE ANOTHER TEST THAT WAS NOT DONE ON MR. BARNETT BUT
14  THAT WOULD BE A BASIS FOR SOME OF YOUR TESTIMONY TODAY, CALLED
15  "ULTRASOUND"?
16  A.   THAT IS CORRECT.
17  Q.   TELL THE JURY WHAT AN ULTRASOUND IS.
18  A.   I HOPE I CAN SHOW YOU SOME PICTURES WHICH WILL DELINEATE
19  THIS BETTER, BUT I'VE INTIMATED THAT, BY THE ANGIOGRAM WE TAKE,
20  WE SIMPLY TAKE A PICTURE OF THE DOUGHNUT HOLE.  WE DON'T REALLY
21  UNDERSTAND ANYTHING ABOUT THE AMOUNT OF ATHEROSCLEROSIS,
22  CHOLESTEROL BUILDUP, THAT OCCURS IN THE WALL OF THE ARTERY.
23  WE'RE SIMPLY LOOKING AT THE RESIDUAL HOLE THAT'S LEFT BEHIND.
24          WE'LL TALK A LITTLE BIT LATER ABOUT INTRAVASCULAR
25  ULTRASOUND, WHICH IS A VERY USEFUL TOOL OF DETERMINING WHETHER

1   OR NOT THERE IS DISEASE OF THE WALL OF THE ARTERY.  THE DISEASE

2   OF THE WALL OF THE ARTERY IS ATHEROSCLEROSIS, AND IN REVIEWING

3   SOME OF THE TESTIMONY OVER THE LAST COUPLE OF DAYS, I CAN SEE

4   THAT IT'S VERY CONFUSING WHEN WE TALK ABOUT ATHEROSCLEROSIS AND

5   BLOCKAGES.

6            I HOPE THAT THE INTRAVASCULAR ULTRASOUND WILL HELP TO

7   CLARIFY HOW SOME OF THESE TERMINOLOGIES ARE USED RATHER

8   INTERCHANGEABLY.

9   Q.   OKAY.  DOCTOR, HAVE WE PREPARED A TIME LINE THAT WE'RE

10  GOING TO FOLLOW FOR MR. BARNETT?

11  A.   I THINK FOR PRESENTATION PURPOSES, TO SPEED THINGS ALONG,

12  I THINK THAT'S THE CASE.

13           MR. ROBINSON:  CAN WE PUT THE TIME LINE UP.

14  BY MR. ROBINSON:

15  Q.   NOW, DOCTOR, WHAT IS THE FIRST ITEM ON THE TIME LINE?

16  WHAT DOES THAT SHOW?

17  A.   I BELIEVE THAT WE'RE GOING TO TALK ABOUT THE POTENTIAL

18  FIRST PRESENTATION FOR MR. BARNETT, WHERE THERE WAS ACTUALLY A

19  INDEX HOSPITALIZATION FOR CHEST PAIN.  THE IMPORTANT PARTS OF

20  THIS AS WE TALK ABOUT THE HOSPITALIZATION IS THE COUPLING TO

21  THE CARDIOLITE STRESS TEST, WHICH WE'LL GO INTO SOME DETAIL IN

22  JUST A SECOND.

23           THE QUESTION IS:  I TAKE IT AT THIS POINT IN TIME,

24  DOES MR. BARNETT HAVE RISKS FOR ATHEROSCLEROTIC NARROWINGS IN

25  THE CORONARY ARTERIES?

1   Q.   AND FOR EXAMPLE --

2          MR. ROBINSON:  CAN WE GO TO THE NEXT SLIDE, JIM.

3   BY MR. ROBINSON:

4   Q.   DOES THE AMERICAN HEART ASSOCIATION PUBLISH HEART ATTACK

5   RISK FACTORS FOR HEART ATTACKS AND HEART DISEASE?

6   A.   YES.  WE TRY TO PUT THIS INTO PERSPECTIVE, AND WE'LL GET

7   INTO THIS IN JUST A MOMENT, ABOUT THE NUMBER OF RISK FACTORS

8   THAT HAVE BEEN IDENTIFIED IN TERMS OF DEVELOPING PLAQUE,

9   CHOLESTEROL, IN THE BLOOD VESSELS.

10          THERE ARE CERTAIN THINGS THAT ARE JUST NOT

11  CHANGEABLE.  WE WOULD LIKE TO CHOOSE OUR PARENTS AND HAVE OUR

12  PARENTS LIVE TO THE 90S, BUT WE CAN'T DO THAT.  WE WOULD LIKE

13  TO ALL BE YOUNGER; RIGHT?  WE DON'T WANT TO BE OLD; WE WANT TO

14  BE YOUNG.  SO WE'D LIKE TO CHANGE THAT.

15          AND FOR MEN -- I'M ACTUALLY COMFORTABLE WITH THAT

16  PIECE RIGHT NOW, BUT MEN HAVE A HIGHER RISK OF HEART DISEASE

17  THAN DO WOMEN, AND THEIR HEART DISEASE PRESENTS AT A YOUNGER

18  AGE.

19          BUT WHEN WE TREAT PATIENTS, THERE ARE JUST THINGS YOU

20  CAN DO SOMETHING ABOUT AND THERE ARE THINGS YOU CAN'T.  SO THE

21  AGE AND THE GENDER AND THE HEREDITY, YOU CAN'T DO ANYTHING

22  ABOUT THAT, BUT YOU CAN DO THINGS THAT ARE MODIFIABLE:  YOU CAN

23  LOWER YOUR CHOLESTEROL; YOU CAN QUIT SMOKING; YOU CAN CONTROL

24  THE DIABETES; YOU CAN TAKE BLOOD PRESSURE-LOWERING MEDICINES;

25  YOU CAN QUIT DRINKING, LOSE WEIGHT, BECOME MORE PHYSICALLY

1   ACTIVE, REDUCE THE STRESS THAT'S IN THE ENVIRONMENT.

2            SO OUR PRESCRIPTION FOR PATIENTS WHO HAVE RISK

3   FACTORS FOR THE DEVELOPMENT OF PLAQUE WITHIN THE VESSELS ARE

4   YOU TRY NOT TO WORRY TOO MUCH ABOUT THOSE THINGS YOU CAN'T DO

5   ANYTHING ABOUT, BUT YOU TRY TO WORK ON FIXING THOSE THINGS YOU

6   CAN.

7   Q.   WOULD YOU SAY THAT ON THE -- SO WE HAVE THE NON-MODIFIABLE

8   RISK FACTORS.  THE MAIN ONE IS HEREDITY; IS THAT RIGHT?

9   A.   I THINK ALL THREE OF THEM.  I MEAN, BECAUSE I THINK EVEN

10  THE HEREDITY PIECE, YOUR FAMILY HISTORY, YOU GET FROM YOUR

11  PARENTS YOUR PROPENSITY TO DEVELOP CHOLESTEROL.  I MEAN, IF

12  YOUR PARENTS HAVE HIGH CHOLESTEROL, YOU DO.  SO PART OF THE

13  HEREDITY PIECE RELATES TO THE FACT THAT YOU INHERIT THE HIGH

14  CHOLESTEROL.  THERE ARE OTHER FACTORS, TOO, BUT PART OF IT IS

15  THAT YOU INHERIT YOUR CHOLESTEROL ABNORMALITIES.

16           SO YOU CAN KIND OF FIX SOME OF THOSE THINGS.  BUT

17  CERTAINLY, THE AGE AND THE GENDER ARE RISK FACTORS, AS WE'LL

18  TALK ABOUT.

19  Q.   SO A MAN, WE'RE AT INCREASED RISK JUST BECAUSE WE'RE MEN?

20  A.   THAT'S CORRECT.

21  Q.   AND IF WE'RE OVER, WHAT, 55?  IS THAT THE NUMBER FOR MEN?

22  A.   YEAH.  WE'LL TALK ABOUT THE SPECIFIC RISK IN JUST A

23  MINUTE.

24  Q.   NOW, BUT LET'S LOOK AT THE MODIFIABLE RISK FACTORS, AND WE

25  HAVE A WHOLE LIST OF THEM.  BUT WHAT IS THE -- IS THERE ONE

1   THAT'S MORE IMPORTANT THAN THE REST?

2   **A.**   THEY ARE ALL IMPORTANT.  I THINK GETTING OFF CIGARETTES IS

3   HUGE, HUGELY IMPORTANT.  BUT AFTER THAT, LOWERING THE LDL

4   CHOLESTEROL IS WHAT WE'VE REALLY FOCUSED ON.  I DON'T WANT TO

5   BE EXCLUSIVE BECAUSE DIABETICS NEED TO HAVE THEIR SUGARS

6   CONTROLLED, AND BLOOD PRESSURE NEEDS TO BE CONTROLLED.  BUT IF

7   I HAVE TO PICK ONE THING THAT WE COULD REALLY DO AND REALLY

8   FOCUS AND SAY "WE'VE GOT TO GET THIS UNDER CONTROL" IS

9   CONTROLLING THE LDL CHOLESTEROL.

10  **Q.**   LET ME GO TO THE NEXT SLIDE.  ARE THERE GUIDELINES

11  PUBLISHED BY THE NATIONAL INSTITUTES OF HEALTH REGARDING

12  GETTING YOUR CHOLESTEROL UNDER CONTROL?

13  **A.**   THERE ARE.

14  **Q.**   LET ME ASK THIS BEFORE YOU DO THAT:  WILL YOU TELL THE

15  JURY WHAT THE DIFFERENCE -- YOU KNOW, IS THERE A BAD

16  CHOLESTEROL?

17  **A.**   HISTORICALLY, IN THE OLDER DAYS, TEN YEARS AGO, EVERYBODY

18  KNEW WHAT THEY ARE CHOLESTEROL LEVEL WAS AS IF THEY SOMETIMES

19  WOULD -- PEOPLE WEAR IT AS A BADGE:  "MINE'S VERY LOW" OR

20  "MINE'S VERY GOOD."

21          BUT AS WE BEGAN TO REFINE OUR UNDERSTANDING OF WHAT

22  CHOLESTEROL IS, WE LEARNED THAT THERE WAS ONE CHOLESTEROL THAT

23  TOOK THE CHOLESTEROL FROM THE LIVER IN THE BLOODSTREAM AND

24  DEPOSITED IT INTO THE ARTERIES, AND THAT'S THE BAD CHOLESTEROL.

25  YOU DON'T WANT TO HAVE THAT CHOLESTEROL DEPOSITED INTO THE

1   ARTERIES.  THAT'S LDL CHOLESTEROL WE TALKED ABOUT.

2            THERE IS A SECOND GOOD CHOLESTEROL WHEREBY IT

3   SCAVENGED UP THE CHOLESTEROL IN THE BLOOD VESSELS AND BROUGHT

4   IT BACK TO THE LIVER, AND THAT'S HDL CHOLESTEROL.  THAT'S A

5   GOOD CHOLESTEROL.

6            BUT WE NOW UNDERSTAND, AT LEAST, FROM MY PERSPECTIVE

7   AND MY MANAGEMENT OF PATIENTS, IS THAT I REALLY SAY, "YOU'VE

8   GOT TO GET THE BAD CHOLESTEROL DOWN AND YOU'VE GOT TO GET THE

9   GOOD CHOLESTEROL UP."

10  Q.   NOW, CAN WE GO TO THE NEXT SLIDE.

11  A.   CAN I JUST MAKE ONE OTHER POINT ON THIS PIECE TOO?

12  Q.   OKAY.  GO AHEAD.  IS THERE SOMETHING YOU WANT TO FOCUS ON?

13  A.   I WANT TO FOCUS ON STEP 1 UP AT THE TOP.  BECAUSE WE'RE

14  GOING TO TALK ABOUT NOMENCLATURE AND HOW THE LISTING CHANGES

15  OVER TIME.  AND THESE -- WE CAN ALWAYS COME BACK TO THESE IF WE

16  WANT TO.  BUT, YOU KNOW, IF YOU HAVE A LDL CHOLESTEROL OF OVER

17  190, IT'S VERY HIGH.

18  Q.   WE'LL SAY THAT THERE WAS ONE MR. BARNETT HAD AT 198.

19  REMEMBER THAT?

20  A.   CORRECT.  AND IT WAS VERY HIGH.

21  Q.   OKAY.

22  A.   MOST OF THEM WERE HIGH, AND SOME OF THEM WERE BORDERLINE

23  HIGH.

24            WE'LL COME BACK TO IT.  BUT THIS IS JUST -- IF WE

25  NEED TO GO BACK TO THIS, WE CAN, BUT THAT'S THE GRADATION.

1          CAN I HAVE YOU GO TO THE SECOND -- THE BOTTOM PART OF

2    THAT STEP 3.  I'M SORRY, NO, NO.  JUST -- SAME SLIDE BUT DOWN

3    TO THE BOTTOM.  THERE WE GO.

4          NOW, YOU KNOW, WE'RE GOING TO TALK ABOUT DIFFERENT

5    DEFINITIONS FOR WHAT THE RISK IS, AND I'M GOING TO GIVE YOU ALL

6    OF THESE RISK FACTORS FOR MR. BARNETT SPECIFICALLY, NOT ALL OF

7    THEM.  BUT HE'S NOT A CIGARETTE SMOKER.  WE WON'T THINK THAT

8    HE'S GOT HYPERTENSION.

9          THE HDL CHOLESTEROL, YOU KNOW, CAN BE A RISK FACTOR.

10   IT WASN'T PARTICULARLY A RISK FACTOR IN MR. BARNETT.

11         THERE HAS BEEN A LOT OF DISCUSSION ABOUT FAMILY

12   HISTORY, BUT IF WE TAKE THIS DEFINITION FROM THE ADULT

13   TREATMENT PANEL, IF YOU HAVE A FIRST-DEGREE MALE RELATIVE LESS

14   THAN 55 YEARS, IN MEN, THEN THAT'S A RISK FACTOR FOR PREMATURE

15   HEART DISEASE.

16         AND WE'LL TALK ABOUT HOW OLD MR. BARNETT'S FATHER

17   WAS, BUT LET'S SAY -- BE VERY CONSERVATIVE AND SAY HE WAS 55.

18   HE'S NOT LESS THAN 55, BUT LET'S SAY HE'S 55.  AND LET'S JUST

19   SAY, YEAH, HE'S GOT SOMETHING IN HIS FAMILY.  IT'S NOT CLEAR

20   BECAUSE MOST OF THE STUDIES THAT HAVE ASSESSED OUTCOME BASED ON

21   FAMILY HISTORY HAVE LEFT OUT FAMILY HISTORY.

22         LIKE THE FRAMINGHAM STUDY, WHICH IS A HUGE COHORT

23   STUDY WHERE PATIENTS ARE FOLLOWED FOR DECADES, UNFORTUNATELY IN

24   THAT RISK SCORE, THEY DIDN'T HAVE FAMILY HISTORY, SO THE

25   DEFINITIONS HAVE BEEN A LITTLE BIT -- BUT LET'S JUST GIVE HIM

1    SOME FAMILY HISTORY.

2              AND THEN, OF COURSE, THERE IS AGE.

3              SO I THINK THAT MR. BARNETT HAD A NUMBER OF DIFFERENT

4    RISK FACTORS FOR THE DEVELOPMENT OF CHOLESTEROL IN HIS BLOOD

5    VESSELS.

6    Q.   CAN WE GO TO THE NEXT SLIDE, PLEASE.  NOW, DOES THIS SLIDE

7    SORT OF SHOW THE MAKEUP OF THE DIFFERENT COMPONENTS OF THE

8    CORONARY ARTERIES?

9              MR. GOLDMAN:  OBJECTION, LEADING.

10             THE COURT:  I SUSTAIN IT.  WHAT DOES IT SHOW?

11   BY MR. ROBINSON:

12   Q.   WHAT DOES IT SHOW?

13   A.   THIS IS -- I'M GOING TO SHOW YOU A COUPLE PICTURES OF

14   THIS, AND THEN I'M GOING TO SHOW YOU A INTRAVASCULAR ULTRASOUND

15   IMAGE.  SO I JUST -- I WANT TO WALK THROUGH JUST A COUPLE

16   PIECES VERY QUICKLY.

17             FIRST OF ALL, THIS IS A NORMAL ARTERY, THE OUTER

18   LINING OF THE BLOOD VESSEL, AND THIS IS A VERY, VERY THIN

19   DOUGHNUT.  I MEAN, IT HAS A HUGE HOLE AND NOT MUCH OF A WALL TO

20   IT.

21             THE ENDOTHELIUM, WHICH LINES THIS, IS A VERY

22   IMPORTANT CELL IN THE BLOODSTREAM BECAUSE THIS ENDOTHELIUM

23   CAUSES THE BLOOD VESSELS TO RELAX, AND IT CAUSES THINGS THAT

24   BREAK APART BLOOD CLOTS.  YOU NEED THEM TO FUNCTION NORMALLY.

25   SO WE THINK ABOUT THE FACT THAT THIS WALL IS VERY THIN AND THAT

1    THE ENDOTHELIUM IS NORMAL.

2    **Q.**    AND THE ENDOTHELIUM IS THE INNER LINING OF THE --

3    **A.**    YEAH, I CAN SAY IT.  SO THE ENDOTHELIUM IS THE INNER

4    LINING.  SO IF WE GO TO THE NEXT SLIDE.

5    **Q.**    WHAT DOES THIS SHOW?

6    **A.**    NOW, THIS SHOWS THE EARLY STAGES OF A BLOOD VESSEL THAT

7    STARTS NOW TO BUILD UP WITH CHOLESTEROL, AND NOW WE SEE THAT

8    THE ENDOTHELIUM IS DAMAGED -- CAN BECOME DAMAGED.  WHEN IT

9    BECOMES DAMAGED, THEN IT ACTUALLY PULLS CHOLESTEROL AND WHITE

10   BLOOD CELLS BENEATH THE VESSEL SURFACE.

11            NOW, A VERY IMPORTANT POINT HERE:  THIS LUMEN, THIS

12   VALUE AREA WHERE THE BLOOD IS FLOWING, LOOKS GREAT.  THERE IS

13   NO COMPROMISE OF THIS LUMEN AT ALL.  BUT THE WALL OF THE BLOOD

14   VESSEL IS BECOMING DISEASED AS CHOLESTEROL BUILDS UP INSIDE THE

15   ARTERY.

16            LET ME JUST MAKE ONE POINT.  LDL CHOLESTEROL DOES IT;

17   HYPEREXTENSION DOES IT; DIABETES DOES IT.  ALL OF THESE THINGS

18   DAMAGE THE ENDOTHELIUM.  SO A LOT OF DIFFERENT WAYS TO GET

19   THERE.  BUT ONE OF THE THINGS THAT WE'LL TALK ABOUT IS, WHEN WE

20   MODIFY THE LDL CHOLESTEROL, WE'LL SEE THAT WE CAN ACTUALLY

21   FREEZE THE SIZE OF THIS NARROWING.  IT'S GOING TO BE A VERY

22   IMPORTANT PIECE WHEN WE COME TO IT LATER ON.

23   **Q.**    OKAY.  SHOW THE NEXT SLIDE, PLEASE.  NOW, WAIT.  CAN YOU

24   EXPLAIN WHAT THIS SHOWS?

25   **A.**    I CAN.  THIS IS ACTUALLY FROM MY CHAPTER IN

1    DR. BRAUNWALD'S TEXTBOOK.

2    **Q.**    THIS BIG BOOK HERE?

3    **A.**    YES.  AND THIS IS A LUMENOGRAM OF THE LEFT ANTERIOR

4    DESCENDING ARTERY THAT GOES TO THE FRONT PORTION OF THE HEART,

5    AND IT LOOKS PRETTY GOOD.

6             YOU'LL SEE OTHER ARTERIES THAT HAVE BLOCKAGES IN THEM

7    WHERE THE LUMEN NARROWING BECOMES MORE THAN 50 PERCENT, WHERE

8    MORE THAN HALF OF THIS IS BLOCKED, PRESUMABLY BECAUSE THERE IS

9    CHOLESTEROL ON THE INSIDE.

10            BUT THIS IS VERY MINOR NARROWINGS WITHIN THE CORONARY

11   TREE.  VERY, VERY MINOR.  NOT OBSTRUCTIVE, NOT CLINICALLY

12   IMPORTANT, WOULD NOT SHOW UP AS A CARDIOLITE THAT SHOWS AN

13   ABNORMALITY.  FROM THIS EXAMPLE.

14            NOW, TRY TO REMEMBER, THEN, THAT SCHEMATIC DIAGRAM.

15   THIS IS THE OUTER WALL OF THE BLOOD VESSEL USING INTRAVASCULAR

16   ULTRASOUND, THIS IS THE SMALL MILLIMETER TUBE THAT WE PUT

17   INSIDE THE VESSEL, AND THIS IS THE WALL OF THE BLOOD VESSEL

18   THAT HAS ATHEROSCLEROTIC PLAQUE BUILDUP.

19            THIS IS WHAT MR. BARNETT HAD THE RISK FOR.  HE HAD

20   THE RISK FOR BUILDING CHOLESTEROL INSIDE THE ARTERIES, AND HE

21   HAD OTHER RISK FACTORS FOR THAT TO BUILD THIS INSIDE THE

22   ARTERIES.

23   **Q.**    OKAY.

24   **A.**    BUT, IMPORTANTLY, EVEN THOUGH WE SEE PLAQUE WITHIN THE

25   VESSEL, SUBSTANTIAL PLAQUE WITHIN THE VESSEL, WE DON'T SEE THAT

1    IT CORRELATES WITH ANY PROBLEM WITH THE BLOOD CALIBER, THE

2    BLOOD VESSEL CALIBER.

3    **Q.**   WHAT DO YOU MEAN BY "CALIBER"?

4    **A.**   I'M SORRY.  SO THE -- THE NARROWING.  I DON'T SEE ANYTHING

5    THAT SHOWS AN OBSTRUCTION OF MORE THAN 50 PERCENT IN HIS LEFT

6    ANTERIOR DESCENDING ARTERY, DESPITE THE FACT THAT THERE IS

7    CHOLESTEROL WITHIN THE VESSEL.

8    **Q.**   SO CAN YOU TELL ONE WAY OR ANOTHER WHETHER THAT -- FROM

9    THAT IMAGE, THAT THE BLOOD IS ACTUALLY FLOWING OKAY --

10   **A.**   IT SHOULD FLOW NORMALLY.  BASED ON WHAT WE KNOW, IT SHOULD

11   FLOW NORMALLY.  THE CARDIOLITE SHOULD BE NEGATIVE IN THAT AREA.

12   IT SHOULD NOT SHOW A PROBLEM.

13   **Q.**   DO YOU KNOW WHETHER OR NOT THAT IS TRUE FOR A LOT OF

14   PEOPLE THAT HAVE PLAQUE, THAT THEY CAN WALK AROUND WITH PLAQUE

15   WITH THE BLOOD FLOWING NORMALLY?

16   **A.**   OH, WE DO.  YES.

17   **Q.**   CAN YOU EXPLAIN THAT?

18   **A.**   MAYBE WE COULD --

19   **Q.**   DO YOU WANT TO GO TO THE NEXT SLIDE?

20   **A.**   I THINK SO.

21   **Q.**   OKAY.  LET'S GO TO THE NEXT SLIDE.  WHAT DOES THIS SLIDE

22   SHOW?

23   **A.**   I WANT TO PUT THIS IN BACKGROUND FOR JUST A SECOND.  SO

24   I'M NOT GOING TO SPEAK TO THE SLIDE; I'LL JUST SPEAK TO YOU.

25        STEVEN NISSEN, WHO IS THE NOW CHIEF OF CARDIOLOGY AT

1338

1    THE CLEVELAND CLINIC, PERFORMED A STUDY THAT WAS ALMOST A

2    REVOLUTIONARY STUDY, IN OUR PERSPECTIVE, ABOUT OUR

3    UNDERSTANDING OF THESE BLOCKAGES IN PEOPLE.  NOT IN PATIENTS,

4    IN PEOPLE.

5         WHAT HE DID IN HIS ARTICLE IS HE TOOK 262 PATIENTS

6    WHO HAD HEART TRANSPLANTS, HAD JUST GOT A BRAND-NEW, FRESH

7    HEART BECAUSE THEY WERE DYING OF HEART FAILURE.  WHAT HE DID

8    WITHIN ONE MONTH OF THEM HAVING A HEART TRANSPLANT WAS HE DID

9    ANGIOGRAPHY AND HE DID INTRAVASCULAR ULTRASOUND OF THOSE

10   PATIENTS WHO HAD JUST GOTTEN A NEW HEART.  AND THE IMPORTANT

11   PIECE OF THAT IS THAT IT TOLD US HOW MUCH PLAQUE BUILDUP THERE

12   WAS IN PEOPLE WHO GAVE THEIR HEARTS.

13        NOW, IF YOU THINK ABOUT IT, ON THE NEWS AND

14   EVERYTHING ELSE, IF SOMEONE DIES SUDDENLY FROM A CAR ACCIDENT

15   OR A MOTORCYCLE ACCIDENT AND THEY SAY, YOU KNOW, "DO YOU WANT

16   TO DONATE YOUR ORGANS?"  TYPICALLY, THEY COULDN'T HAVE HAD ANY

17   PROBLEMS WITH THEIR HEART.  YOU WOULDN'T PUT A BAD HEART INTO

18   SOMEBODY WHO HAD HEART FAILURE.  THEY'RE ALL THOUGHT TO BE

19   NORMAL.

20        WHAT WAS PARTICULARLY SOBERING ABOUT THIS ARTICLE WAS

21   THAT THERE WERE MILD TO MODERATE DEGREES OF PLAQUE BUILDUP IN

22   MOST PEOPLE WHO GAVE THEIR HEART, AND IT RELATED TO AGE.  SO

23   WHEN THE DONORS WERE BETWEEN 20 AND 25 YEARS OF AGE, 37 PERCENT

24   OF THOSE DONORS HAD ALMOST A HALF A MILLIMETER -- HAD A HALF OF

25   MILLIMETER OF PLAQUE WITHIN THE BLOOD VESSEL.  A NORMAL ARTERY

1    IS 3 MILLIMETERS, AND SO THIS IS A HALF A MILLIMETER.

2    30 PERCENT -- 20 TO 30 PERCENT NARROWING.

3            BY THE TIME YOU GET TO 39, 60 PERCENT CHANCE.  WHEN

4    YOU HIT YOUR 40TH BIRTHDAY, 71 PERCENT CHANCE.  AND NOW, AT MY

5    RIPE OLD AGE OF 50, THERE IS A 85 PERCENT CHANCE THAT I'VE GOT

6    ATHEROSCLEROTIC NARROWINGS IN MY BLOOD VESSELS, EVEN THOUGH I

7    FEEL PRETTY GOOD.  SO THIS IS VERY SOBERING FOR ALL OF US IN

8    TERMS OF THE EPIDEMIC OF ATHEROSCLEROSIS THAT OCCURS IN OUR

9    COUNTRY.  IT'S THAT WE HAVE, MALES OVER 50, PLAQUE BUILDUP

10   WITHIN OUR CORONARY ARTERIES.

11   Q.   AND THE STUDY SHOWED THAT 85 PERCENT HAD SIGNIFICANT

12   PLAQUE BUILDUP AT OVER AGE 50?

13   A.   VERY SOBERING, BUT YES.  THESE ARE PEOPLE, NOT PATIENTS.

14   THESE ARE JUST PEOPLE.

15   Q.   WOULD YOU GO TO THE NEXT SLIDE, PLEASE.  WHAT IS THIS

16   SHOWING?

17   A.   WELL, YOU KNOW, IT'S SOBERING WHEN ONE THINKS THAT

18   ATHEROSCLEROSIS IS SO PREVALENT IN OUR SOCIETY AND IT'S THE

19   NUMBER ONE KILLER IN AMERICANS.  BUT WHAT WE NEED TO DO, THEN,

20   IS NOT JUST TALK ABOUT PLAQUE BUILDUP, BUT IN TERMS OF

21   ASSESSING WHO'S AT LOW RISK OR HIGH RISK FOR A EVENT, WE HAVE

22   TO FIND OUT WHICH OF THOSE NARROWINGS WITHIN THE CORONARY TREE

23   ARE IMPORTANT.

24            AND SO WE DO OTHER THINGS, LIKE EXERCISE STRESS

25   TESTS, IN ORDER TO LEARN WHETHER OR NOT ANY OF THESE CORONARY

1  ARTERIES HAVE AN IMPORTANT BLOCKAGE WITHIN THEM.

2  **Q.**   OKAY.  WHY DON'T WE GO TO THE NEXT SLIDE.  WHY

3  SPECIFICALLY -- WELL, WHAT DOES THIS SLIDE SHOW, FIRST OF ALL?

4  **A.**   WELL, I JUST WANTED TO GRAPHICALLY SHOW A COUPLE THINGS IN

5  THIS SLIDE; AND THE FIRST IS:  A CARDIOLITE EXAMINATION HAS TWO

6  IMPORTANT COMPONENTS.

7  **Q.**   THIS IS A CARDIOLITE EXAM.

8  **A.**   EXACTLY.

9  **Q.**   THIS DEPICTS THAT --

10  **A.**   THAT'S RIGHT.  IT HAS TWO IMPORTANT POINTS:  THE FIRST

11  POINT IS, WITH TENNIS SHOES ON A TREADMILL TEST, THE PATIENT

12  STARTS TO WALK.  THIS IS A LITTLE BIT OF A NONACCURATE

13  REPRESENTATION, WHICH WE'LL TALK ABOUT IN A SECOND, BECAUSE

14  YOU'LL SEE THIS TREADMILL IS FLAT, AND IT LOOKS LIKE HE'S JUST

15  WALKING AND THE DOCTOR IS CASUALLY TAKING HIS BLOOD PRESSURE.

16         BUT, ACTUALLY, AS WE'LL TALK ABOUT IN JUST A MINUTE,

17  THE WAY THAT THE EXERCISE TEST WORKS IS THAT IT INCREASES THE

18  SPEED EVERY THREE MINUTES, AND IT INCREASES THE SLOPE EVERY

19  THREE MINUTES SO THAT BY THE END STAGES OF AN EXERCISE TEST,

20  YOU'RE RUNNING UP A HILL.

21         SO THAT'S NUMBER ONE.  WE WANT TO INCREASE THE BLOOD

22  PRESSURE, INCREASE THE HEART RATE, INCREASE THE STRESS OF THE

23  HEART SO IT CAN SUPPLY BLOOD TO ALL THE EXERCISING MUSCLES.

24  THAT'S NUMBER ONE.  WE WANT TO MAKE A GOOD STRESS EFFORT.

25         THE SECOND COMPONENT OF THE TEST IS ACTUALLY WHERE WE

1    TAKE THE PICTURES, AND THESE PICTURES ON THIS CAMERA THEN TELL

2    US WHERE THE CARDIOLITE WENT AND ARE THERE ANY HOLES OR GAPS IN

3    THE CARDIOLITE EXAMINATION.

4              SO THOSE ARE THE TWO COMPONENTS OF A CARDIOLITE

5    STRESS TEST.

6    Q.    AND WHAT ARE WE HOPING TO GAIN, FOR EXAMPLE, WHAT ARE WE

7    TRYING TO FIND OUT WITH THIS TEST?

8    A.    IF WE'RE CONCERNED IF A PATIENT HAS RISK FACTORS FOR HEART

9    DISEASE, WE THINK THEY MAY HAVE SOME PROBLEM, MAYBE THEY CAME

10   IN EVEN WITH CHEST PAIN, AND WE CAN'T SORT OUT WHAT OUR BEST

11   NEXT STEP IS:  SHOULD WE GO RIGHT TO THE HEART CATHETERIZATION

12   TO TRY TO FIND THE BLOCKAGES, OR ARE BLOCKAGES -- OR SHOULD WE

13   PERFORM A NONINVASIVE IMAGE STUDY, WHERE I DON'T HAVE TO POKE

14   INTO THE ARTERIES?  THIS IS A VERY USEFUL TEST BECAUSE IT

15   ALLOWS US TO REALLY CRANK UP THE HEART'S BLOOD FLOW AND SEE IF

16   THERE IS ANY GAPS.

17   Q.    OKAY.  NOW, DID MR. BARNETT HAVE THE CARDIOLITE EXAM THAT

18   YOU LOOKED AT ON JANUARY 24, 2000?

19   A.    HE DID.

20   Q.    WOULD YOU GO TO THE NEXT SLIDE, PLEASE.  WAS THIS

21   CONDUCTED BY MR. SWAMI?

22   A.    YES, THAT'S CORRECT.

23   Q.    AND CAN YOU TELL US WHAT YOU FIND IMPORTANT ON THIS

24   PARTICULAR EXHIBIT?

25   A.    WELL, THERE ARE A COUPLE IMPORTANT PIECES HERE.  ONE IS

1    THAT HE EXERCISED FOR 15 MINUTES.

2              NOW, JUST TO PUT THIS IN PERSPECTIVE -- IT'S NOT

3    HERE, BUT IT'S THE STANDARD BRUCE TEST THAT THEY DO.  THIS

4    MEANT, AT THE FINAL STAGE, MR. BARNETT WAS RUNNING 5.5 MILES

5    PER HOUR UP A 18 PERCENT GRADE.

6              SO HE WAS RUNNING UPHILL 5.5 MILES PER HOUR.  THAT'S

7    A LOT OF WORK.  AND THAT IS, BY THE NOMENCLATURE THAT WE USE,

8    17.5 METS.

9              **MR. GOLDMAN:**  MR. ROBINSON, CAN I HAVE A COPY OF

10   THESE AND THE OTHER EXHIBITS YOU'RE GOING TO USE?

11             **MR. ROBINSON:**  WE'RE GOING TO GIVE THEM TO YOU.

12             **MR. GOLDMAN:**  MR. ROBINSON, CAN YOU WAIT UNTIL WE

13   HAVE THEM.

14   **BY MR. ROBINSON:**

15   **Q.**   THIS WAS THE STRESS TEST DONE ON MR. BARNETT ON

16   JANUARY 24, 2000; RIGHT?

17   **A.**   YES.

18   **Q.**   AND YOU ALREADY TOLD US ABOUT THAT HE EXERCISED FOR 15

19   MINUTES; IS THAT CORRECT?

20   **A.**   YES.

21   **Q.**   NOW, YOU SEE IN THE BOTTOM OF THE -- WHERE IT SAYS

22   "STRESS," IT SAYS 17.5 METS.

23   **A.**   YES.

24   **Q.**   WHAT DOES THAT MEAN?

25   **A.**   WELL, THAT'S A INDEX OF METABOLIC WORK.  THAT'S ACTUALLY A

1  VERY, VERY HIGH LEVEL OF METABOLIC WORK.  AS I SAY, IT'S

2  RUNNING FIVE AND A HALF MILES AN HOUR UP A 30 PERCENT GRADE.

3          I THINK, IN THIS DEPOSITION EARLIER, YOU'VE HEARD

4  THAT IT'S HARD FOR A 25-YEAR-OLD MAN TO DO THAT.  AND I -- I

5  ACTUALLY TRIED TO DO IT FLAT, BECAUSE I COULDN'T QUITE FIGURE

6  OUT EXACTLY WHAT THE GRADE IS, AND TRY TO GET UP TO THAT SAME

7  KIND OF FLAT RATE OF RUNNING OVER EIGHT MILES PER HOUR, MUCH

8  OVER THAT, THAT WAS ONLY 14 OR 15 MINUTES.

9          SO I GUESS TO PUT THIS IN YOUR PERSPECTIVE, THIS IS

10 NOT A WALKING-ON-A-TREADMILL TEST AND SEEING IF IS THERE IS A

11 PROBLEM; THIS IS REALLY SEVERE EXERCISE.

12 **Q.**   SO HOW WOULD YOU DESCRIBE THE RESULTS OF THE TEST BY

13 MR. BARNETT AT 17.5 METS IN TERMS OF THE AVERAGE PERSON WALKING

14 AROUND?

15 **A.**   I THINK IT WAS A SUPERB EXERCISE TEST RESULT.  I'M NOT

16 SURE I COULD REPEAT IT.

17 **Q.**   LET ME GO TO THE NEXT SLIDE.  I THINK --

18 **A.**   SO AS DR. GOLDMAN HAS POINTED OUT --

19          **THE COURT:**  JUST A MINUTE.

20          **MR. GOLDMAN:**  I'M SORRY.  I DON'T HAVE A COPY.

21          **THE COURT:**  HE DOESN'T HAVE IT.  NEXT TIME LET'S MAKE

22 SURE COUNSEL HAS A COPY OF EVERYTHING.

23          **MR. ROBINSON:**  YOUR HONOR, I DID SEND HIM THIS LAST

24 NIGHT.

25          **MR. GOLDMAN:**  NO, YOU DIDN'T.  I DIDN'T GET THAT.

1    **MR. ROBINSON:**  YOU GOT THAT.  I SENT IT TO YOU AT THE

2    HOTEL.

3         **THE COURT:**  ALL RIGHT.  LET'S PROCEED.

4         **MR. ROBINSON:**  NOW THEY HAVE EVERYTHING.

5         **THE COURT:**  WHAT'S YOUR QUESTION?  WHAT IS THIS?

6    BY MR. ROBINSON:

7    **Q.**   IF WE COULD GO BACK -- GO BACK TO THE LAST SLIDE, PLEASE.

8    IF YOU COULD FLIP BACK.  CAN WE GO TO THE CONCLUSION, PLEASE.

9         UNDER "CONCLUSIONS," IT SAID -- YOU SEE WHERE -- WILL

10   YOU READ NUMBER 3 INTO THE RECORD, PLEASE.

11   **A.**   OF COURSE.  "PERFUSION IMAGES WITH A SMALL AREA OF LATERAL

12   ISCHEMIA."

13   **Q.**   WHAT DOES THAT MEAN?

14   **A.**   SO I'LL SHOW YOU WHAT THE IMAGES -- WHAT THAT MEANS A

15   SMALL AREA IN THE BACK PORTION OF THE HEART THAT, WITH THIS

16   MAXIMUM EXERCISE, MAY HAVE HAD A GREATER THAN OR EQUAL TO

17   50 PERCENT NARROWING IN IT.  JUST ONE SMALL AREA IN THE BACK,

18   IN THE BACK PORTION OF THE HEART.

19   **Q.**   NOW, CAN YOU TELL FROM THE RESULTS OF THIS TEST WHETHER

20   THE BLOCKAGE IS CONFINED TO THAT ONE AREA?

21   **A.**   AGAIN, I'M GOING TO TRY TO QUALIFY THE STATEMENT

22   "BLOCKAGE."  I THINK THAT THERE IS BLOCKAGES IN THE ARTERIES.

23   BUT WHAT I WANT TO DIFFERENTIATE IS:  ARE THERE IMPORTANT

24   BLOCKAGES, MORE THAN 50 PERCENT NARROWINGS, THAT WITH MAXIMUM

25   EXERCISE -- AND THIS ISN'T JUST MAXIMUM EXERCISE; THIS IS

1  RATHER HEROIC EXERCISE -- THAT WITH THIS MAXIMUM EXERCISE, WITH

2  THE HEART PUMPING, GETTING TO 92 PERCENT OF HIS MAXIMUM

3  PREDICTED HEART RATE, THAT ONLY ONE AREA RIGHT OVER HERE HAD

4  ANY IMPORTANT REDUCTION OF THE BLOOD FLOW.  THE REST OF THE

5  HEART WAS FUNCTIONING NORMALLY.

6  **Q.**   SO, TO A REASONABLE DEGREE OF MEDICAL CERTAINTY, DO YOU

7  HAVE AN OPINION AS TO WHAT THE LEVEL OF HIS REDUCTION OF BLOOD

8  FLOW WAS IN HIS CORONARY VESSELS?

9  **A.**   I BELIEVE IT WAS MILD.  I MEAN, BUT WE ALSO HAVE TREATMENT

10  GUIDELINES THAT WE WOULD RECOMMEND WITH THAT DEGREE OF EXERCISE

11  TESTING, AND THAT IS THAT ALL OF OUR GUIDELINES, VIRTUALLY ALL

12  OF THEM, FROM THE AMERICAN COLLEGE OF CARDIOLOGY, ELSEWHERE,

13  WOULD SUGGEST THAT IF YOU HAVE A SMALL AREA OF -- OF ISCHEMIA

14  LIKE THIS, THAT THE BEST THING TO DO, IN THE ABSENCE OF ONGOING

15  SYMPTOMS, THE BEST THING TO DO IS JUST LOWER ALL OF THE RISK

16  FACTORS THAT WE TALKED ABOUT.  JUST GIVE MEDICINES AND JUST

17  LOWER THE RISK FACTORS, BUT NOT TO MOVE FORWARD WITH A HEART

18  CATHETERIZATION AND NOT TO MOVE FORWARD WITH A ANGIOPLASTY.

19  **Q.**   THERE WERE SOME ISSUES RAISED IN ONE OF THE DEPOSITIONS BY

20  MR. GOLDMAN -- ACTUALLY, IT WAS DR. MIKOLA -- REGARDING

21  MR. BARNETT NOT HAVING A CATHETERIZATION AT THIS TIME BUT

22  HAVING A CARDIOLITE.  DID YOU HAVE AN OPINION AS TO WHETHER OR

23  NOT A CATHETERIZATION WOULD HAVE BEEN NECESSARY AT THAT TIME?

24  **A.**   BY MY REVIEW OF THE RECORDS, I WOULDN'T HAVE REVIEWED

25  ONE -- PERFORMED ONE.  AND I'M NOT SURE THAT FROM MY READING OF

1346

1    THE RECORDS THAT IT WAS ACTUALLY TOLD THAT HE HAD TO HAVE ONE

2    DONE.  LET ME SAY WHY THAT IS.

3              WHEN PATIENTS PRESENT WITH CHEST PAIN, WE DON'T KNOW

4    IF IT'S THE ESOPHAGUS; WE DON'T KNOW IF IT'S THE CHEST, FROM

5    THE HEART; WE DON'T KNOW IF IT'S ARTHRITIS.  SO WE PUT PATIENTS

6    INTO HIGH-RISK AND LOW-RISK BINS.

7              NOW, I THINK THAT MR. BARNETT HAS ACCUMULATION OF

8    CHOLESTEROL IN HIS BLOOD VESSELS FOR REASONS THAT I SHOWED YOU,

9    BUT WHAT WE WOULD DO NEXT IS TO FOLLOW THE PATIENT CLINICALLY.

10   WE WOULD SAY:  IS HE HAVING MORE CHEST PAIN?  WERE THERE ANY

11   CHANGES WITH THIS EPISODE ON HIS ELECTROCARDIOGRAM WHICH SHOWED

12   THAT SOME AREA OF THE HEART WAS NOT GETTING ENOUGH BLOOD

13   SUPPLY?  WAS THERE ANY EVIDENCE THAT HE HAD WHAT WE WOULD SAY

14   WAS A HEART ATTACK, THAT HE HAD SOME OF THE HEART MUSCLE TISSUE

15   THAT DIED?  AND WITH THAT JANUARY ADMISSION, HE HAD NONE OF

16   THOSE.

17             AND I WOULD HAVE PERFORMED AN EXERCISE CARDIOLITE

18   TEST LIKE THIS, AND BASED ON THE RESULTS OF THE CARDIOLITE

19   TEST, I WOULD HAVE GUIDED MY THERAPY.

20             SO EVEN THOUGH I DO ANGIOGRAMS FOR A LIVING, I'M NOT

21   SURE IT WAS INDICATED.  AND IN REVIEWING THE RECORD, I THINK

22   THAT THEY HAD THOSE DISCUSSIONS, THE SAME WAY I WOULD HAVE A

23   DISCUSSION WITH MY PATIENT, SAYING, "LOOK, THIS IS WHERE YOU

24   ARE.  IT'S CHEST PAIN.  IF YOU HAVE ANY OF THESE THINGS, WE MAY

25   NEED TO DO A HEART CATHETERIZATION."

1       BUT HE DIDN'T HAVE ANY OF THOSE THINGS.  IN FACT,

2  THINGS LOOKED PRETTY GOOD.

3  **Q.**   SO, GIVEN THE RESULTS OF THIS CARDIOLITE EXAM, DO YOU

4  BELIEVE THAT A CATHETERIZATION WOULD HAVE BEEN, YOU KNOW, THEN

5  NECESSARY?

6  **A.**   NO.

7  **Q.**   QUICKLY, I WANT TO GO THROUGH THE NEXT SLIDE.

8  **A.**   DR. GOLDMAN HAS APPROPRIATELY POINTED OUT THAT I'M NOT AN

9  EXPERT --

10  **Q.**   MR. GOLDMAN?

11  **A.**   DID I CALL HIM "DOCTOR"?  I'M SORRY.  HE'S A VERY SMART

12  MAN.  EXCUSE ME.

13       WHAT WE'RE DOING WITH THIS AND ALL OF THESE DIFFERENT

14  SCANS IS WE'RE TRYING TO LOOK AT THE HEART IN DIFFERENT

15  PROJECTIONS, LIKE THIS.  IN ORDER FOR US TO SEE -- IN ORDER FOR

16  US TO SEE THE HEART ADEQUATELY, JUST AS WE'LL DO WITH THE

17  CORONARY ANGIOGRAM, WE HAVE TO ROTATE IT AROUND.

18       THE WAY THAT THESE SCANS ARE PLACED AND PERFORMED IS

19  THAT THERE ARE A NUMBER OF CUTS THAT ARE MADE BY THE CAMERA AS

20  IT RECONSTRUCTS.  AND THESE TOP AREAS, AS WE GO FROM THE

21  APEX -- THIS IS THE APEX OF THE HEART -- TO THE BASE, WHICH

22  WILL GIVE US KIND OF DOUGHNUT CUTS OF THE HEART IN THIS

23  DIRECTION.

24       THE SECOND ONE DOWN THAT SAYS FROM SEPTAL TO LATERAL,

25  WE'RE GOING TO GO LIKE THIS.  THE CUTS START HERE THEN WE START

1    SLICING THE HEART IN THIS WAY TO FIND ANY PARTICULAR PROBLEM IN

2    THE HEART WITH ITS BLOOD SUPPLY.

3           NOW, THE BOTTOM ONE IS THAT WE TAKE CUTS FROM THE

4    BOTTOM PORTION AND WE WORK OUR WAY UP.  AND BY LOOKING AT THE

5    CARDIOLITE, SLICING THE HEART IN DIFFERENT AREAS, WE CAN

6    LOCALIZE EXACTLY WHICH OF THESE WALLS HAS A PROBLEM WITH ITS

7    BLOOD SUPPLY.

8           SO YOU'LL SEE A LOT OF THESE SCANS, AND I DON'T

9    PROFESS MYSELF TO BE, MYSELF, AN EXPERT.  I CAN TELL WHERE THE

10   ABNORMALITIES ARE, BUT I'M NOT A NUCLEAR CARDIOLOGIST PER SE,

11   BUT I CAN EXPLAIN TO YOU WHAT WE'RE TRYING TO DO WITH THESE

12   TESTS AND HOW WE'RE TRYING TO RECONSTRUCT THE HEART IN THREE

13   DIMENSIONS, SO THAT WE CAN TELL WHAT PARTICULAR AREA OF THE

14   HEART IS HAVING DIFFICULTY WITH ITS BLOOD SUPPLY.

15   Q.   AND LOOKING AT THIS EXHIBIT THAT'S BEFORE ON B-6, CAN YOU

16   TELL US, DOES THAT SHOW SOME AREA OF MILD LATERAL ISCHEMIA?

17   A.   WELL, AGAIN, I'VE SAID, YOU KNOW, THAT DURING THE

18   DEPOSITIONS THAT LED UP TO THIS THAT, QUITE HONESTLY, WHEN I

19   LOOKED AT THESE, I DIDN'T SEE A BIG DIFFERENCE.  BUT I'M

20   WILLING TO DEFER TO THE READING OF A NUCLEAR CARDIOLOGIST.

21          BUT LET ME TELL YOU WHY I THINK THEY WOULD BE MAKING

22   THE DIFFERENCE.  THESE TOP LINES UP HERE ARE WITH STRESS.

23   Q.   THAT'S WHEN YOU'RE ON THE -- YOU'RE RUNNING?

24   A.   RUNNING.  JUST AFTER YOU'VE -- YOU KNOW, HE'S REACHED HIS

25   PEAK CAPACITY, THESE TOP ONES.  AND THE ONES THAT ARE RIGHT

1    BELOW THAT ARE AT REST.

2              SO THAT'S WHEN THE HEART SHOULD HAVE NORMAL BLOOD

3    SUPPLY.  AND AGAIN, THE WAY THE CARDIOLITE WORKS IS THAT, AT

4    REST, YOU HAVE A NORMAL BLOOD FLOW, PROVIDED THERE IS NOT A

5    SCAR TO THE HEART.  YOU HAVE A NORMAL FLOW.  AND THEN WITH PEAK

6    EXERCISE, THERE ARE CERTAIN AREAS OF THE HEART THAT ARE NOT

7    GETTING ENOUGH BLOOD SUPPLY AND THAT SHOWS UP AS A DEFECT.

8              SO I BELIEVE FROM THE REPORT THAT THE IMAGES THAT THE

9    PHYSICIANS ARE TALKING ABOUT IS THIS LITTLE CUTOFF RIGHT THERE.

10   THAT, WITH MAXIMUM STRESS, THERE IS A LITTLE CUTOFF RIGHT

11   THERE; THAT, AT REST, IS THERE.  BUT THAT'S JUST ABOUT THE ONLY

12   AREA OF THAT WHOLE PIECE THAT I CAN SEE THAT THERE IS

13   ABNORMALITY.

14             I HAVE TO SAY, WHEN WE RECONSTRUCT THIS IN ALL THE

15   DIFFERENT WAYS THAT WE DID, THAT WE JUST HAVE ONE SMALL AREA,

16   RIGHT THERE, THAT WASN'T GETTING ENOUGH BLOOD SUPPLY --

17   Q.   OKAY.

18   A.   -- BY THE INTERPRETATION OF THE PHYSICIANS WHO READ THE

19   STUDY.

20   Q.   NOW, ARE THERE -- IS THERE LITERATURE AND STUDIES BY

21   PEOPLE THAT HAVE STUDIED THE RESULTS OF CARDIOLITE EXAMS TO

22   MEASURE THE RISK FOR A HEART ATTACK IN THE FUTURE?

23   A.   THERE ARE.  IF YOU MOVE A COUPLE -- AHEAD A COUPLE SLIDES

24   WE'RE CAN KIND OF CUT TO THE CHASE HERE, AND THERE'S A

25   COUPLE --

1   Q.    WHAT IS THIS PART?

2   A.    THIS IS AN ARTICLE IN THE MEDICAL LITERATURE, ALTHOUGH

3   THERE ARE OTHERS, BUT --

4   Q.    DO YOU RELY ON THIS ARTICLE?

5   A.    I DID, YES.  AND THIS WAS JUST TO GIVE A NUMBER BECAUSE WE

6   WANT TO SAY WHAT'S HIS RISK, WITH THIS SMALL AREA, FOR HAVING

7   AN EVENT OVER THE NEXT THREE YEARS?

8          JUST TO FOCUS ON JUST A FEW OF THE LINES, THE

9   UNADJUSTED ACTUARIAL RISK OF THREE-YEAR RATE OF CARDIAC DEATH

10  OR NONFATAL MYOCARDIAL INFARCTION IN THE MEDICALLY MANAGED

11  PATIENTS -- THAT WAS THE PATIENTS THAT HAD THESE DEFECTS ON THE

12  THALLIUM TO THE SAME SIZE THAT MR. BARNETT DID -- WAS 2

13  PERCENT.

14  Q.    WHAT DOES THAT MEAN?

15  A.    THAT MEANS THAT HIS CHANCE, BASED ON THE RESULTS OF THIS

16  EXERCISE TEST, THIS SMALL AREA OF ISCHEMIA, AND, I MIGHT SAY,

17  ONLY ONE PLACE IN THE CORONARY TREE WHERE THERE IS AN IMPORTANT

18  BLOCKAGE, HIS CHANCE OF HAVING ANOTHER EVENT OVER THE NEXT

19  THREE YEARS WAS 2 PERCENT.  SO WE WOULD CALL THAT LOW RISK.

20  Q.    OKAY.  IS THERE ANOTHER STUDY, IF YOU CAN GO TO THE NEXT

21  ONE --

22  A.    THERE IS.

23  Q.    -- THAT YOU RELY ON?

24  A.    YES.  FLETCHER, WHICH, AGAIN, HAD EXERCISE TESTING FOR

25  STRESS TEST STANDARDS.  IF WE COULD GO TO FIGURE 6, WHICH I

1  THINK IS THE SECOND PAGE, AND IF WE COULD BLOW UP THAT TOP

2  PART.  I JUST WANTED TO EMPHASIZE WHAT -- THE WAY THAT YOU READ

3  THESE LINES -- MAYBE WE SHOULD HAVE DRAWN THESE -- IS YOU LOOK

4  AT -- IF THEY HAD ANY ST SEGMENT CHANGES WHEN THEY WERE ON

5  THEIR EXERCISE TEST.

6  Q.  WHAT IS AN ST SEGMENT CHANGE?

7  A.  THAT IS WHILE THE PATIENT IS HAVING THIS EXERCISE TEST,

8  AND THEY ARE HOOKED UP TO A ELECTROCARDIOGRAM, 12 DIFFERENT

9  LEADS IN DIFFERENT PLACES, TO SORT OUT IF ANYWHERE ON THE HEART

10  ELECTRICALLY IS HAVING PROBLEMS WITH THE BLOOD FLOW.

11      AND, YOU KNOW, IT'S NOT PERFECT.  THE CARDIOLITE IS

12  BETTER AT DETECTING THESE.  BUT WE USE IT TO SEE IF ANY AREAS

13  OF THE HEART ARE NOT GETTING ENOUGH BLOOD SUPPLY.  THAT'S ONE

14  COMPONENT THAT WE USE.

15      THEN WE SAY DID THE PATIENT DEVELOP ANY CHEST PAIN

16  DURING THE EXERCISE?

17  Q.  DID MR. BARNETT?

18  A.  NO, HE DID NOT.

19  Q.  OKAY.

20  A.  AND THEN WE LOOK AT THE METS, WHICH FOR HIM --

21  Q.  SO THAT'S THE PURPOSE -- FOR THE RECORD, THAT'S THE

22  CHART -- I'M SORRY.  THAT'S THE LISTING ON THE RIGHT SIDE OF

23  THE -- OF THIS DIAGRAM; RIGHT?

24  A.  RIGHT.

25  Q.  AND WHAT WAS HIS METS SCORE?

1    **A.**    17.5 METS.

2    **Q.**    OKAY.

3    **A.**    ALMOST ALL THE WAY TO THE TOP OF WHAT YOU CAN DO FOR

4    EXERCISE PERFORMANCE.

5              AND SIMPLY IF WE DRAW THE LINE THROUGH HERE -- IT'S A

6    LITTLE HARD TO READ, BUT IF YOU'LL DRAW THE LINE THROUGH HERE,

7    I THINK IT'S FAIR TO SAY THAT HIS FIVE-YEAR SURVIVAL WOULD BE

8    98 TO 99 PERCENT.  SO LOW RISK FOR HAVING CARDIAC DEATH, BASED

9    ON THIS PIECE.

10   **Q.**    OKAY.  NOW, SO LET'S GO TO THE NEXT SLIDE, PLEASE.  SO

11   WHAT IS HIS RISK AT THAT POINT?

12   **A.**    WELL, WE HAD A NUMBER OF DIFFERENT EXPERTS AS PART OF

13   THIS, AND I THINK YOU'VE HEARD MANY OF THESE PIECES HERE,

14   BUT --

15              **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  TESTIMONY ABOUT

16   OTHER EXPERTS.  IT'S --

17              **THE WITNESS:**  I'M SORRY.

18   BY MR. ROBINSON:

19   **Q.**    JUST TELL US WHAT HIS RISK IS.

20   **A.**    I THINK HIS RISK IS LOW AND THAT, EVEN IN THE

21   CONTROVERSIAL SIDE OF THIS, HE PROBABLY HAD A 2 PERCENT RISK OF

22   HAVING HAD A HEART ATTACK OVER THE NEXT THREE YEARS.

23              **THE COURT:**  WHAT DATES ARE WE TALKING ABOUT?

24

25   BY MR. ROBINSON:

1  Q.    YES.  AND LET'S JUST GET IT IN PERSPECTIVE FOR THE JURY.

2  HIS HEART ATTACK WAS 9/6/02; IS THAT RIGHT?

3  A.    CORRECT.

4  Q.    AND WHEN WAS THE STRESS TEST, THE CARDIOLITE STRESS TEST,

5  PERFORMED?

6  A.    IT WAS IN 1/24/00.

7  Q.    AND WHEN YOU SAY A 2 PERCENT RISK OVER THE NEXT THREE

8  YEARS, WHAT WOULD THE NEXT THREE YEARS BE?

9  A.    SO, AGAIN, WHAT WE'RE TRYING TO DO WITH MR. BARNETT A

10  CRYSTAL BALL, WHICH IS VERY DIFFICULT TO DO, WHICH IS VERY

11  DIFFICULT TO HAVE A CRYSTAL BALL IN THIS SITUATION.  SO WE USE

12  ALL OF THE INFORMATION THAT WE HAVE ABOUT HIM.  WE NEED TO

13  MODIFY HIS RISK FACTORS.

14         WE HAVE GOT AN EXERCISE TEST THAT HE WENT 15 MINUTES,

15  17.5 METS, HAD A MILD DEGREE OF LATERAL WALL ISCHEMIA, HAD NO

16  EVIDENCE WHATSOEVER THAT THERE WERE MULTIPLE BLOCKAGES IN

17  MULTIPLE VESSELS.  BASED ON THAT PREDICTIVE RISK, JANUARY 12,

18  2000, WE'D SAY THAT, OVER THE NEXT THREE YEARS, WHICH WOULD

19  TAKE US OUT TO JANUARY 2003, THAT HIS CHANCE OF HAVING A HEART

20  ATTACK WOULD BE UNDER 2 PERCENT.

21  Q.    BY THE WAY, YOU HAVE A THING CALLED TID .80.  IS THAT FROM

22  THE CARDIOLITE EXAM?

23  A.    IT IS.  WE WENT THROUGH IT QUICKLY, BUT IT IS, YES.

24  Q.    WHAT DOES THAT REFER TO?

25  A.    THESE CARDIOLITE TESTS ARE VERY, VERY GOOD TESTS FOR

1     LOCALIZING STENOSIS.  BUT THERE ARE SOME CIRCUMSTANCES WHEREBY

2     ALL THREE BLOOD VESSELS ARE BLOCKED.  AND BECAUSE WHAT THESE --

3     CARDIOLITE DOES IS THAT IT SHOWS A HOLE IN AREAS THAT THE BLOOD

4     DOESN'T FLOW NORMALLY, IT WOULD BE VERY SIMPLE TO SAY THAT IF

5     THERE WERE BLOCKAGES OF ALL THREE OF THESE DIFFERENT BLOOD

6     VESSELS, THAT YOU WOULDN'T GET -- THE HEART WOULDN'T LINE UP AT

7     ALL.  YOU WOULDN'T SEE A PROBLEM RELATIVE ONE VERSUS THE OTHER;

8     YOU JUST WOULDN'T SEE ANYTHING.  AND THAT'S WHAT WE CALL

9     BALANCED ISCHEMIA.

10     **Q.**   DID YOU FEEL FROM THAT NUMBER OF .80 THAT HE HAS BALANCED

11     ISCHEMIA?

12     **A.**   NO, I DON'T.  BECAUSE THAT WOULD FUNCTIONALLY MEAN THAT,

13     WHEN HE WAS EXERCISING, THERE WOULD BE NO AREA IN HIS HEART

14     THAT WOULD BE CONTRACTING NORMALLY.  WHEN THERE IS NO BLOOD

15     FLOW TO AN AREA, IT CAN'T CONTRACT.

16          IF ALL THREE AREAS WERE NOT GETTING ENOUGH BLOOD

17     SUPPLY, WE WOULD HAVE SEEN A PROBLEM ON THE EKG; HE WOULD HAVE

18     DEVELOPED CHEST PAIN; HE NEVER WOULD HAVE BEEN ABLE TO EXERCISE

19     FOR 15 MINUTES TO THIS WORKLOAD THAT HE WAS; AND WE WOULD SEE

20     THAT THE HEART, BECAUSE IT WASN'T CONTRACTING NORMALLY, WOULD

21     GET BIG AND DILATE UP, GET BIG, BECAUSE IT JUST CAN'T CONTRACT.

22     AND THAT IS CALLED TRANSIENT ISCHEMIA DILATATION.

23          AND A ABNORMAL PIECE FOR TRANSIENT ISCHEMIC

24     DILATATION IS GREATER THAN 1 .2.  HIS IS NORMAL.

25     **Q.**   SO WHEN YOU SAY GREATER THAN 1.2, WAS HIS BELOW 1.2?

1    A.   IT WAS, YES.  IT WAS NORMAL.

2    Q.   AND WHAT WAS IT?

3    A.   IT WAS .8.

4    Q.   NOW --

5    A.   SO THAT IS JUST -- I'M SORRY.  JUST TO BE CLEAR, THAT'S

6    ONE COMPONENT.  THE EKG DIDN'T HAVE ANYTHING.  HE HAD NO CHEST

7    PAIN.  HE EXERCISED FOR 15 MINUTES.  SO THIS IS A VERY

8    IMPORTANT COMPONENT, BUT IT'S JUST ONE COMPONENT.

9    Q.   DID THAT COMPONENT, THE TID OF .80 COMPONENT, SHED ANY

10   LIGHT AS TO WHETHER OR NOT HE HAD THE ISCHEMIA IN ONE VESSEL

11   VERSUS THREE VESSELS OR MORE VESSELS?

12   A.   NO.  I THINK THAT, BECAUSE THIS IS NORMAL, THE CHANCE OF

13   HAVING MAJOR BLOCKAGES IN ALL THREE BLOOD VESSELS IS VERY

14   SMALL.  THE TID IS ONE INDEX, BUT WE'VE TALKED ABOUT ANOTHER

15   INDEX THAT WOULD ALSO SHOW UP.

16   Q.   YOU SAID THAT MR. BARNETT HAD -- IN YOUR OPINION, HAD SOME

17   CHOLESTEROL AND ATHEROSCLEROSIS; IS THAT RIGHT?

18   A.   I BELIEVE HE DOES, YES.

19   Q.   OKAY.  WHAT COULD MR. BARNETT HAVE DONE TO TRY AND IMPROVE

20   OR CHANGE HIS PROGNOSIS?

21   A.   WELL, HE'S CERTAINLY FIT.  SO EXERCISE IS ALWAYS AN

22   IMPORTANT PART OF THE PRESCRIPTION.  NOT SMOKING, YOU KNOW, IS

23   A VERY IMPORTANT PIECE.

24        THE LOWER CHOLESTEROL WAS EXTREMELY IMPORTANT, AND WE

25   WOULD REALLY WANT TO LOWER THE CHOLESTEROL AS LOW AS WE COULD

1    IN ORDER TO REDUCE HIS RISK, AS WELL AS MAKING SURE THAT HE

2    AVOIDED ANYTHING THAT WAS MODIFIABLE, SUCH AS REGULAR BLOOD

3    PRESSURE MONITORINGS, REGULAR SCREENING FOR DIABETES.

4              **MR. ROBINSON:**  CAN WE GO TO THE NEXT SLIDE?

5    **BY MR. ROBINSON:**

6    **Q.**   WHAT DOES THIS SLIDE SHOW?

7    **A.**   SO THIS IS A GRAPHIC REPRESENTATION OF WHAT MR. BARNETT'S

8    LDL CHOLESTEROL WAS AT VARIOUS PHASES OF HIS PRESENTATION TO

9    THE MEDICAL COMMUNITY.

10             IF I COULD JUST CLARIFY THIS, THIS SHOULD ACTUALLY BE

11   AS A TITLE "THE LDL CHOLESTEROL," WHICH IS THE BAD CHOLESTEROL.

12   IT'S THE ONE THAT WE HAVE A RELATIVELY GOOD TARGET FOR.

13             IF WE LOOK AT THE CHOLESTEROL READINGS THAT WERE

14   BEFORE MR. BARNETT REALLY PRESENTED TO THE MEDICAL CARE, THEY

15   ARE HIGH.  AND MAYBE IF WE USE THE ATP3 CRITERIA, WE WOULD SAY

16   ONE OF THEM WAS VERY HIGH.

17   **Q.**   WHICH ONE WAS THAT?  WOULD BE THE 198?

18   **A.**   THE 198, YEAH.  THAT WOULD BE IN THE VERY HIGH RANGE.  SO,

19   WITHOUT QUESTION, HE WAS RUNNING HIGH CHOLESTEROLS THAT NEEDED

20   TO BE TREATED.  AND THEY WERE BECAUSE IN -- IN MAY OF 2000, HE

21   WAS BEGUN ON LIPITOR.

22   **Q.**   WHAT IS LIPITOR?

23   **A.**   LIPITOR IS ONE OF SEVERAL CHOLESTEROL-LOWERING AGENTS.

24   IT'S VERY POWERFUL.  IT KNOCKS OUT YOUR ABILITY TO SYNTHESIZE

25   CHOLESTEROL AND IT LOWERS CHOLESTEROL.  IT'S VERY POWERFUL.

1    SO, WITH THAT, YOU CAN SEE JUST GRAPHICALLY HOW FAR

2   DOWN HIS LDL CHOLESTEROL DROPPED INTO, AT THAT TIME, WHAT WE

3   WOULD HAVE CALLED A OPTIMAL RANGE.  IF YOU REMEMBER, LOOKING AT

4   THAT ATP3 PIECE, AROUND 100 WAS OPTIMAL.  WE NEVER GET IT

5   EXACTLY THAT LEVEL, WE GET IT AROUND THAT LEVEL.  AND IT GOT

6   DOWN TO 100.  BUT MORE IMPORTANTLY, AND WE'LL TALK ABOUT THIS

7   WITH RESPECT TO THE ANGIOGRAMS, THAT REALLY FROM MAY 2004 --

8    MR. GOLDMAN:  I'M SORRY TO INTERRUPT.  I NEED TO GET

9   A COPY OF THIS ALSO.

10    MR. ROBINSON:  I'M GOING TO GIVE YOU, ANDY, I'M GOING

11   TO GIVE YOU MY BOOK.

12    MR. GOLDMAN:  MAY WE HAVE A MOMENT, JUDGE.

13    THE COURT:  YES.  LET ME SEE COUNSEL.

14    (WHEREUPON, THERE WAS A CONFERENCE AT THE BENCH

15   OUTSIDE THE PRESENCE OF THE COURT REPORTER.)

16    THE COURT:  WE'RE GOING TO TAKE A 15-MINUTE BREAK AT

17   THIS TIME.  THE COURT WILL STAND IN RECESS.

18    THE DEPUTY CLERK:  EVERYONE RISE.

19    (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20    THE DEPUTY CLERK:  EVERYONE RISE.

21    THE COURT:  BE SEATED, PLEASE.  LET'S PROCEED,

22   COUNSEL.  SEE IF WE CAN PICK THE PACE UP A LITTLE BIT ON THIS

23   ONE.

24    MR. ROBINSON:  WOULD YOU PUT UP THE SLIDE, PLEASE.

25   BY MR. ROBINSON:

1    **Q.**   OKAY.  DOCTOR, WE HAD JUST PUT UP THIS SLIDE WHEN WE LEFT

2    OFF.  WOULD YOU PLEASE TELL THE GENTLEMEN OF THE JURY WHAT THIS

3    SLIDE SHOWS.

4    **A.**   SO THIS IS A GRAPHIC REPRESENTATION OF THE LDL

5    CHOLESTEROLS THAT WERE COLLECTED IN MR. BARNETT ALL THE WAY

6    BACK TO 1997.  AS WE -- JUST TO BRING US BACK UP TO THIS VERY

7    QUICKLY, WE AGREE THAT HE HAD SOME VERY HIGH LEVELS OF LDL

8    CHOLESTEROL AND A LOT OF HIGH LEVELS OF LDL CHOLESTEROLS, UNTIL

9    HE WAS BEGUN ON LIPITOR, AT WHICH TIME THE LDL CHOLESTEROLS

10   WERE, IN GENERAL, BROUGHT DOWN TO A RANGE OF 100.

11           THEN SUBSEQUENT TO THAT, BEGINNING AROUND 2003, WHEN

12   THE LIPITOR DOSE WAS INCREASED TO 40 MILLIGRAMS A DAY, THEN

13   THERE WAS A FURTHER REDUCTION OF THE LDL CHOLESTEROL BETWEEN

14   SEPTEMBER 2004 AND MAY 2005.  FINALLY, HE WAS INCREASED TO 80

15   MILLIGRAMS OF LIPITOR THAT LOWERED THE CHOLESTEROL DOWN NOW,

16   SINCE 2005, TO LEVELS THAT WERE BETWEEN 40 AND 60.

17           SO THE IMPORTANCE OF THESE LEVELS AS WE TALK ABOUT

18   WITH PATIENTS IS THAT WE KNOW AND TALKED ABOUT THE FACT THAT

19   ELEVATED CHOLESTEROL PREDISPOSES US TO PLAQUE BUILDUP IN THE

20   ARTERIES.

21           BUT WE ALSO KNOW THAT WHEN YOU BRING THE LDL

22   CHOLESTEROL DOWN TO 100, THAT YOU DRAMATICALLY SLOW THE

23   PROGRESSION OF THE PLAQUE BUILDUP, DRAMATICALLY, SO MUCH SO

24   THAT THERE IS, ON AVERAGE, OVER THREE YEARS, ONLY A 5 PERCENT

25   CHANGE IN THE SEVERITY OF THE STENOSIS.  SO IF IT'S 45, IT

1   MIGHT GO TO 50; OR IF IT'S 35, IT MIGHT GO TO 40, OVER THAT

2   LONG PERIOD OF TIME.

3          WHEN ONES MOVES TO CHOLESTEROL LEVELS THAT ARE BELOW

4   70, YOU ACTUALLY FREEZE OR BEGIN TO REGRESS THE PLAQUE.  IT

5   STARTS TO GO AWAY.  THAT'S EVEN WITH ALL THE OTHER RISK FACTORS

6   THE PATIENT MAY HAVE.

7          SO, AS CLINICIANS, WE'RE VERY ENCOURAGED NOW ABOUT

8   RECOMMENDATIONS WE GIVE TO PATIENTS BECAUSE WE KNOW THAT WE

9   REALLY DO ACHIEVE EVENT REDUCTION PLUS HEART ATTACKS.  BUT FROM

10  THE CORONARY STANDPOINT, FROM THE PLAQUE STANDPOINT, WE EITHER

11  MARKEDLY SLOW THE RATE OF PROGRESSION OR REVERSE IT.

12  MR. BARNETT WAS CERTAINLY IN THE RANGE OF REVERSAL TOWARDS THE

13  END OF THE --

14  Q.   JUST TO GIVE DATES LIKE THE JUDGE SAID EARLIER, CAN YOU

15  TELL US FROM, SAY, GOING BACK FROM HIS HEART ATTACK IN

16  SEPTEMBER OF '02 --

17  A.   YES.

18  Q.   -- GO BACK TO THE TWO YEARS BEFORE HIS HEART ATTACK.

19  A.   CORRECT.

20  Q.   CAN YOU READ INTO THE RECORD WHAT HIS LDL NUMBERS WERE

21  DURING THAT TWO-YEAR PERIOD?

22  A.   CERTAINLY.  SO JULY 18, 2000, THE LDL CHOLESTEROL WAS 95;

23  IN DECEMBER 11, 2000, IT WAS 124.  IT'S HIGH.  WE WANT IT LOWER

24  THAN THAT.  JUNE 27, 2001, IT WAS 104.  FEBRUARY 7, 2000, IT

25  WAS 103.  AUGUST 5, 2002, IT WAS 101.

1  **Q.**   THAT'S A MONTH BEFORE HIS HEART ATTACK; RIGHT?

2  **A.**   CORRECT.  AND THEN, SEPTEMBER 13, HIS LDL CHOLESTEROL WAS

3  101.

4  **Q.**   NOW, DID YOU ATTACH ANY SIGNIFICANCE TO THAT WITH REGARD

5  TO MR. BARNETT?

6  **A.**   WELL, CERTAINLY FROM THE TIME THAT WE HAVE THIS -- YOU

7  KNOW, WHATEVER RISK FACTORS HE HAD FOR PLAQUE BUILDUP WITHIN

8  THE ARTERIES -- AND YOU KNOW THAT WE HAD SOME -- HIS EXERCISE

9  TEST IN 2000 DIDN'T SHOW MUCH PROBLEM WITH THE BLOOD SUPPLY TO

10 THE HEART.  IN FACT, ONLY ONE SMALL AREA HAD AN IMPORTANT

11 BLOCKAGE.  THEN HIS LDL CAME DOWN, AND THAT'S THE POINT WHERE

12 THE -- IT SHOULD MARKEDLY SLOW THE RATE OF PROGRESSION BY

13 HAVING THIS LDL CHOLESTEROL THE WAY IT WAS.

14          SO NOT ONLY WOULD WE HAVE PREDICTED THAT HIS RISK WAS

15 LOW FROM THE EXERCISE TEST MAYBE 2 PERCENT, BUT WE'RE ALWAYS

16 THERAPEUTICALLY DOING SOMETHING VERY, VERY IMPORTANT TO LOWER

17 HIS RISK AS WELL, AND THAT'S LOWER THE LDL CHOLESTEROL.

18 **Q.**   NOW, AFTER THE HEART ATTACK, FROM SEPTEMBER OF 2002 UP

19 UNTIL 2006, UP UNTIL JULY OF 2006, JUST LAST MONTH, CAN YOU --

20 WOULD YOU DESCRIBE THE PATH OF HIS LDL CHOLESTEROL JUST IN

21 GENERAL TERMS?

22 **A.**   YOU KNOW, WE SAMPLE MEASUREMENTS.  IT REALLY DEPENDS UPON

23 WHAT YOU'VE HAD TO EAT FOR THE NEXT -- FOR THE PRECEDING FEW

24 DAYS OR WEEKS AND WHEN THE CHOLESTEROL WAS TAKEN.  SO THERE IS

25 EXPECTED SOME VARIABILITY AROUND AN INDIVIDUAL VALUE.

1              BUT, AS A GENERAL TREND, I THINK THAT THERE WAS A

2    PROGRESSIVE DECLINE IN HIS LDL CHOLESTEROL AS THE DOSAGES OF

3    HIS LDL CHOLESTEROL MEDICINE WERE INCREASING.  SO THAT -- SO

4    MUCH SO, THAT BY THE TIME HE WAS ON THE MAXIMUM DOSE OF

5    LIPITOR, WHICH IS 80 MILLIGRAMS A DAY, NOW HIS CHOLESTEROL,

6    OCTOBER 12, 2005, WAS 43, MUCH BELOW THE 60, 70 RANGE WHERE WE

7    THINK THE PLAQUE BEGINS TO REGRESS, TO GO A WAY.  THE LUMEN GET

8    BIGGER, NOT SMALL SMALLER.

9    **Q.**   NOW, UP IN THE TOP OF THE CHART, WHERE IT SAYS "LIPITOR"

10   AND IT'S GOT SOME DOSES AND SOME DATES, WHAT IS THAT?

11   **A.**   SO, BY MY REVIEW OF THE MEDICAL RECORD, IT LOOKS AS IF HIS

12   LIPITOR, WHICH THE STARTING DOSE OF LIPITOR WAS 10 MILLIGRAMS A

13   DAY, WAS BEGUN ON 5/9/2000; ON DECEMBER 8, 2003, HIS LIPITOR

14   DOSE WAS INCREASED TO 40 MILLIGRAMS A DAY; AND ON NOVEMBER 16,

15   2004, HIS LIPITOR DOSE WAS INCREASED TO 80 MILLIGRAMS A DAY.

16             IN ADDITION, HE HAD SOME OTHER CHOLESTEROL-LOWERING

17   DRUGS THAT WERE GIVEN BRIEFLY.  NIASPAN WAS STARTED, I THINK,

18   JANUARY '05, BUT HE WASN'T ON THAT FOR VERY LONG.  THAT'S A

19   MEDICINE TO RAISE THE HDL CHOLESTEROL AND LOWER TRIGLYCERIDES.

20             AND THEN, IMPORTANTLY, ZETIA WAS A RECENT ADDITION,

21   WHICH I BELIEVE HE'S STILL ON NOW, ON DECEMBER OF '05.  AND

22   ZETIA, IN ADDITION TO BLOCKING THE PRODUCTION OF CHOLESTEROL,

23   WHICH IS WHAT THE STATINS DO, LIKE LIPITOR, ZETIA BINDS UP THE

24   CHOLESTEROL IN THE GUT AND PREVENTS THE CHOLESTEROL FROM BEING

25   ABSORBED.

1           SO THEY WORK VERY NICELY TOGETHER, HAND IN GLOVE, IN

2    TERMS OF LOWERING THE CHOLESTEROL LEVELS.

3    **Q.**   DO YOU HAVE AN OPINION AS TO WHAT THIS CHART FROM, SAY,

4    2002 TO 2006 MEANS IN TERMS OF WHAT YOU WOULD HAVE EXPECTED TO

5    FIND WITH HIS ATHEROSCLEROSIS OR HIS PLAQUE BUILDUP?

6    **A.**   WELL, CERTAINLY, WE WOULD NOT EXPECT TO SEE DRAMATIC

7    PROGRESSION OF BLOCKAGES WITHIN THE ARTERIES.  AND WE HAVE

8    ANOTHER TIME POINT, WHICH WE'LL TALK ABOUT, I'M SURE, THAT IS

9    THE TIME POINT OF THE CATHETERIZATION THAT WAS DONE JUST A

10   MONTH AGO, WHERE WE ALSO LOOK AT THE INTERVAL CHANGE IN THE

11   CORONARY BED BETWEEN THE TIME OF HIS HEART ATTACK AND THE TIME

12   WHEN HE RE-PRESENTED AT THE HOSPITAL WITH ADDITIONAL CHEST

13   PAIN.  SO WE'LL HAVE TWO TIME POINTS TO LOOK AT THESE

14   ANGIOGRAMS.

15   **Q.**   SHOW THE NEXT SLIDE, PLEASE.  BRIEFLY, IS THIS WHAT YOU

16   TALKED ABOUT WITH DR. NISSEN'S STUDY?

17   **A.**   THAT'S CORRECT.  AND JUST IN BRIEF, DR. NISSEN, WHO IS THE

18   SAME AUTHOR OF THE STUDY THAT SHOWED US HOW FREQUENT --

19           **MR. GOLDMAN:**  I'M SORRY TO INTERRUPT YOU.  DO YOU

20   ACTUALLY HAVE THE STUDY MARKED THAT I COULD HAVE?

21           **MR. ROBINSON:**  I DON'T HAVE IT HERE, BUT WE'RE GOING

22   TO BRIEFLY COVER.  I DON'T HAVE IT HERE.

23           **THE WITNESS:**  CAN I JUST MAKE TWO POINTS OUT OF THIS,

24   IF I CAN:  ONE IS THAT THE LDL CHOLESTEROL, IN THE GREEN, WAS

25   PATIENTS WHO WERE TREATED WITH PRAVASTATIN, AND IT GOT TO

1    AROUND 110.  THAT'S WHERE MR. BARNETT WAS.  AND THE PERCENTAGES

2    ARE THE PERCENTAGE OF CHANGES IN THE PLAQUE VOLUME OVER TIME.

3                    AND IT'S ON A SCALE THAT REALLY OVEREMPHASIZES

4    THIS, BUT THESE ARE, OVER A 18-MONTH PERIOD, 2 PERCENT CHANGE

5    IN THE PLAQUE.  SO VERY SMALL CHANGES IN THE PLAQUE.

6                    BUT ONCE, IN THIS STUDY, THAT THE PATIENT WAS

7    PLACED ON HIGH DOSES OF ROSUVASTATIN -- IT'S A RANDOMIZED

8    TRIAL -- YOU SEE HOW THAT PINK ON THIS LEFT SIDE OF THIS GRAPH

9    ACTUALLY SHOWS REVERSAL?  IT'S THE NAME OF THE TRIAL,

10   "REVERSAL," THAT WHEN ONE GOT TO AN LDL CHOLESTEROL THAT WAS IN

11   THE 70-TO-80 RANGE, WHICH IS ACTUALLY REGRESSION, THE PLAQUE

12   ACTUALLY STARTED TO MELT AWAY.

13   **Q.**   WHAT DOES THIS SHOW?

14   **A.**   WELL, THIS IS JUST TO LEAD INTO NOW WHERE WE STAND IN 2002

15   AND THAT IN THE SETTING OF HAVING PLAQUE BUILDUP WITHIN THE

16   ARTERIES AND BLOCKAGES, THAT DOESN'T ALWAYS MEAN THAT YOU'RE

17   GOING TO HAVE A HEART ATTACK.  IN FACT, WE THINK, IN SOME

18   PATIENTS, THE PATIENTS WHO DEVELOP THE HEART ATTACKS HAVE ON

19   TOP OF THE BLOCKAGES A BLOOD CLOT, SUPERIMPOSED BLOOD CLOT.

20                   AND THAT'S, IN FACT, WHAT HAPPENED IN MR. BARNETT'S

21   CASE IN SEPTEMBER OF 2002, WHERE THERE IS ON TOP OF THIS

22   BLOCKAGE A BLOOD CLOT, AND THAT BLOOD CLOT TOTALLY OCCLUDES

23   FLOW SO THAT NOW OXYGEN CAN'T GET TO THE OTHER SIDE OF THE

24   BLOCKAGE, AND THAT'S WHERE THE PATIENT HAS A HEART ATTACK.

25                   AND SO IT'S PLAQUE AND THEN SUPERIMPOSED BLOOD CLOT

1  ON THE PLAQUE.

2  **Q.**  CAN WE GO TO THE NEXT SLIDE, PLEASE.  NOW WE'RE GOING TO

3  THE ACTUAL ANGIOGRAM FOR MR. BARNETT ON SEPTEMBER 9, 2002, AND

4  I WANT TO MOVE THROUGH THESE QUICKLY.

5  **A.**  I WILL.

6  **Q.**  WILL YOU TELL US WHAT THESE SHOW.

7  **A.**  YOU KNOW, I JUST WANT TO SHOW YOU THAT THERE ARE GRAPHICS

8  THAT ARE ASSOCIATED WITH THE NUMBERS THAT I'M GOING TO GIVE YOU

9  IN JUST A SECOND.  SIMILAR TO THE EXERCISE CARDIOLITES THAT WE

10  SHOWED YOU, WE NEED TO TAKE PICTURES OF THE ARTERIES THAT

11  SUPPLY THE HEART IN A NUMBER OF DIFFERENT VIEWS.

12           NOW, REMEMBER, IT TAKES THREE YEARS OF A CARDIOLOGY

13  FELLOWSHIP AND A YEAR OF INTERVENTIONAL CARDIOLOGY TRAINING AND

14  LOTS OF CLINICAL PRACTICE SUBSEQUENT TO THAT TO REALLY

15  UNDERSTAND ALL THESE IMAGES.  SO I'M GOING TO JUST HIGHLIGHT

16  THEM AND, BASED ON MY EXPERIENCE, THIS IS MY INTERPRETATION.

17  AND THEN I'LL SHOW YOU SOME SUMMARY STATISTICS IN JUST A BIT.

18  WE CAN GO THROUGH THE DETAILS IF WE NEED TO.

19           SO THIS IS THE ARTERY THAT GOES TO THE FRONT PORTION

20  OF THE HEART.  IT'S CALLED THE LEFT ANTERIOR DESCENDING ARTERY.

21  AND THE ROPES REPRESENT AREAS WHERE THERE IS NOT IMPORTANT

22  BLOCKAGES.  JUST LIKE THAT ULTRASOUND I SHOWED YOU EARLIER,

23  THERE CAN BE PLAQUE WITHIN THE VESSEL WALL, BUT THERE ARE NO

24  IMPORTANT BLOCKAGES THAT ARE PRESENT.  THIS IS A DIAGONAL

25  BRANCH THAT GOES OFF TO THE SIDE PORTION OF THE HEART.

1          AND DISEASE -- YOU SEE WHERE THIS LEFT ANTERIOR

2    DESCENDING ARTERY BECOMES VERY NARROW?  THAT MEANS NOW THAT

3    THERE IS ENCROACHMENT ON THE LUMEN FROM THE PLAQUE IN THE

4    VESSEL.  SO THAT'S THE -- WE CAN GO THROUGH THESE QUICKLY

5    BECAUSE I'LL JUST SHOW YOU A NUMBER OF DIFFERENT BLOCKAGES.

6          GO TO THE NEXT ONE.  THIS IS THE LEFT MAIN CORONARY.

7    IT'S VERY IMPORTANT.  IT NARROWS A BIT.  I CALL IT UP TO 50 TO

8    60 PERCENT IN MY REPORT.  THERE IS ALSO ANOTHER VIEW, BUT

9    THAT'S IMPORTANT.

10          WE'LL TALK A LOT ABOUT THIS VESSEL THAT'S CALLED THE

11    RAMUS BRANCH, BUT RIGHT IN THIS SEGMENT RIGHT THERE, THERE IS A

12    NARROWING.  IT SHOULD BE BIG AND THICK.  THIS DIAMETER SHOULD

13    BE THIS DIAMETER.  AND IT'S NARROWED.  AND THAT IS CHOLESTEROL

14    BUILDUP WITHIN THE ARTERY TO THE POINT THAT THERE IS ACTUALLY

15    OBSTRUCTION OF THE ARTERY AND, POTENTIALLY WITH STRESS, A

16    REDUCTION IN FLOW.

17          LET'S GO TO THE NEXT SLIDE HERE.  GO TO THE NEXT

18    SLIDE.  NOW, THIS IS THE THIRD ARTERY.  WE TALKED ABOUT THE

19    CIRCUMFLEX RAMUS BRANCH GOES TO THE BACK PORTION; THE LEFT

20    ANTERIOR DESCENDING GOES TO THE FRONT.  THE THIRD ARTERY IS THE

21    RIGHT CORONARY ARTERY WHICH GOES TO THE BOTTOM PORTION OF THE

22    HEART.

23          AND THIS IS THE RIGHT CORONARY.  IT LOOKS LIKE A "C."

24    YOU SEE HOW BIG AND THICK IT IS?  THAT MEANS THAT THERE'S JUST

25    A TON OF ROOM FOR BLOOD TO BE FLOWING THROUGH THE VESSEL.  AND

1  WE'LL TALK ABOUT THESE POSTEROLATERAL BRANCHES.  I'LL GIVE YOU

2  MY OPINION ABOUT IT, AND I THINK IT'S CORRECT.  BUT THIS IS THE

3  POSTEROLATERAL BRANCH THAT CONTINUES OFF THE RIGHT CORONARY

4  ARTERY, GOES TO THE BACK PORTION OF THE HEART.

5              THEN THERE IS A STUMP RIGHT HERE.  THERE IS AN ARTERY

6  THAT SHOULD BE OUT HERE.  THAT'S CALLED THE POSTERIOR

7  DESCENDING ARTERY.  IT SHOULD BE THROWING OUT HERE LIKE THAT,

8  BUT THERE IS A STUMP.

9  **Q.**   AND WHAT'S THAT STUMP?

10 **A.**   THAT STUMP IS A COMBINATION OF THE CHOLESTEROL BUILDUP AND

11 BLOOD CLOT.

12             AND THE BLOOD CLOT, WHICH IS DYNAMIC, WHICH JUST CAME

13 ON AND FORMED A BLOOD CLOT, STOPPED THE FLOW, CAUSED THE CHEST

14 PAIN, CAUSED PART OF HIS HEART MUSCLE TISSUE TO DIE, AND CUT

15 OFF THE CIRCULATION TO THE DISTAL PORTION OF THIS VESSEL.

16 **Q.**   AND WHAT IS THAT CALLED?

17 **A.**   IN THIS PARTICULAR CASE, IT WAS CALLED A NON Q-WAVE

18 MYOCARDIAL INFARCTION.

19 **Q.**   IS THAT ANOTHER TERM FOR A HEART ATTACK?

20 **A.**   YES, EXACTLY.

21 **Q.**   SO IS THIS SHOWING --

22 **A.**   THIS IS THE AREA RIGHT HERE THAT CAUSED THE HEART ATTACK.

23 RIGHT THERE.  SO THERE SHOULD BE A BLOOD VESSEL THAT GOES LIKE

24 THAT, THAT FILLS UP THE -- WHERE WE ARE ON THE HEART ANATOMY IS

25 THAT THERE'S RIGHT UP -- LET ME TAKE THIS OFF.  RIGHT ON THE

1    BOTTOM -- HERE IS THE HEART.  THIS IS THE BOTTOM PORTION OF THE

2    HEART.  IT'S THIS BLOOD VESSEL RIGHT THERE THAT JUST HAD A

3    NARROWING IN IT AND THEN, "BOOM," A BLOOD CLOT FORMED ON TOP OF

4    THAT, AND THEN THAT CAUSED THIS AREA OF THE HEART TO NOT GET

5    ENOUGH BLOOD SUPPLY.

6            THAT'S HIS HEART ATTACK AND THE LOCALIZATION OF HIS

7    HEART ATTACK.

8    Q.    THE NEXT SLIDE, WHAT DOES THIS SHOW?

9    A.    THIS IS DR. KARAVAN'S DEPICTION OF ALL OF THE BLOCKAGES

10   THAT HE IDENTIFIED ON HIS CATHETERIZATION NOTE.  THIS IS --

11   WHEN WE ARE DONE WITH OUR HEART PROCEDURE, WE WRITE A QUICK

12   NOTE SO EVERYBODY WHO CARES FOR THE PATIENT WILL KNOW WHERE THE

13   BLOCKAGES ARE.

14           SO HE'S WRITTEN 80, 80, 80, IN DIFFERENT AREAS TO THE

15   LEFT ANTERIOR DESCENDING ARTERY AND THE LEFT CIRCUMFLEX.  HE

16   WROTE "100 PERCENT" WHERE I SHOWED YOU, DOWN HERE AT THIS

17   POSTERIOR DESCENDING BRANCH.  RIGHT DOWN IN THERE IS

18   100 PERCENT.  THAT WAS THE CAUSE OF THE HEART ATTACK.

19           AND THEN HE'S GOT A 90 PERCENT BLOCKAGE IN THIS

20   CONTINUATION OF THE POSTEROLATERAL SEGMENTAL ARTERY INTO THE

21   POSTEROLATERAL BRANCH.

22           SO I GUESS THE POINT OF THIS IS THAT THERE IS JUST

23   MULTIPLE BLOCKAGES NOW THAT WE DON'T THINK WERE PRESENT IN 2000

24   WHEN HE HAD HIS EXERCISE TEST, HIS CARDIOLITE EXAM.

25   Q.    WHY DON'T YOU THINK THAT?

1    **A.**   WELL, BECAUSE THIS DOES ACTUALLY BEGIN TO QUALIFY FOR

2    BALANCED ISCHEMIA BECAUSE WE HAVE BLOCKAGES IN ALL THREE OF THE

3    MAJOR BLOOD VESSELS THAT ARE MORE THAN 50 PERCENT.

4              AND IT'S HARD TO SPECULATE, BUT HAD MR. BARNETT

5    EXERCISED ON A STRESS TEST AT THAT LEVEL BEFOREHAND, WE WOULD

6    HAVE SEEN SOME OF THE ABNORMALITIES, I THINK, THAT WOULD BE ST

7    SEGMENT DEPRESSION.

8              **MR. GOLDMAN:**  YOUR HONOR, THIS IS SPECULATION.

9              **THE witness:**  FAIR ENOUGH.  WE CAN MOVE ON.  I WAS

10   JUST TRYING TO MAKE A POINT.

11   **BY MR. ROBINSON:**

12   **Q.**   WELL, JEFF, LET ME ASK THIS:  JUST FROM EVERYTHING YOU

13   KNOW, DO YOU HAVE AN OPINION THAT, IF HE HAD DONE A CARDIOLITE

14   HERE AS OF SEPTEMBER 9, '02, GIVEN THAT, ALTHOUGH 80 PERCENT

15   BLOCKAGES AND 100 PERCENT OCCLUSION, WHETHER OR NOT HE WOULD

16   HAVE SHOWN SOME SORT OF PROBLEM WHEN HE DID THE CARDIOLITE

17   EXAM?

18   **A.**   I DO.

19   **Q.**   WHAT IS THAT OPINION?

20   **A.**   WELL, I BELIEVE THAT HE WOULD HAVE SHOWN ABNORMALITIES

21   THAT ARE VERY CONSISTENT WITH A PATIENT WITH MULTIVESSEL

22   BLOCKAGES THAT WERE IMPORTANT, THAT WERE SIGNIFICANT.  AND THAT

23   WOULD BE MULTIPLE DEFECTS.

24             **MR. GOLDMAN:**  YOUR HONOR, AGAIN, THE WITNESS IS

25   SPECULATING.  IT IS NOT --

```
1          MR. ROBINSON:  HE GAVE AN OPINION.
2   BY MR. ROBINSON:
3   Q.   GO AHEAD.
4          THE COURT:  OVERRULE THE OBJECTION.
5          THE WITNESS:  MULTIPLE BLOCKAGES IN MULTIPLE AREAS.
6   WITH THIS ANGIOGRAM, HE MAY HAVE HAD EKG CHANGES, DEVELOPED
7   CHEST PAIN.
8          SO I THINK, WITH THIS AMOUNT OF CORONARY
9   DISEASE, THIS WOULD NOT BE CONSISTENT WITH -- AT ALL WITH THE
10  EXERCISE TEST THAT HE HAD WHERE HE WENT TO 17 AND A HALF METS
11  RUNNING UPHILL.
12  BY MR. ROBINSON:
13  Q.   WOULD YOU GO TO THE NEXT SLIDE PLEASE.  NOW, WHAT IS THIS?
14  A.   JUST VERY BRIEFLY BECAUSE I KNOW IT'S VERY, VERY
15  CONFUSING.
16  Q.   WHAT DOES THIS SHOW?
17  A.   YEAH.  THIS IS GOING TO BE A -- THIS IS A CORONARY TREE
18  THAT SIMPLY SHOWS WHAT HAPPENS WITH BYPASS SURGERY.
19          SO WHEN PATIENTS MOVE FROM HAVING BLOCKAGES OF ALL
20  THREE MAJOR VESSELS, AND I DON'T THINK THERE WAS ANY
21  DISAGREEMENT BY ANYBODY THAT I'M AWARE OF THAT REVIEWED THE
22  ANGIOGRAM THAT THERE WASN'T THREE-VESSEL CORONARY DISEASE IN
23  THIS SEPTEMBER 2002 ANGIOGRAMS.
24          WHAT THE SURGEONS DO IS THEY DISSECT OUT -- THEY CUT
25  OUT AN ARTERY FROM UNDERNEATH THE BREASTBONE.  IT'S CALLED THE
```

1370

1    LEFT INTERNAL MAMMARY ARTERY.  IT'S A VERY GOOD ARTERY.  IT'S A

2    VERY GOOD OPERATION.  IT GOES TO THE ARTERY TO THE FRONT

3    PORTION OF THE HEART.  THAT'S WHERE WE SAW THE NARROWING.  AND

4    IT BYPASSES THE BLOCKAGES THAT WERE IN THE LEFT ANTERIOR

5    DESCENDING ARTERY.

6          IN ADDITION, MR. BARNETT'S HAD THREE ADDITIONAL

7    GRAFTS THAT WERE TAKEN FROM VEINS FROM HIS LEGS.  AND THE VEINS

8    THAT WERE TAKEN FROM HIS LEGS, ONE OF THEM WAS PLACED ONTO THE

9    SECOND DIAGONAL BRANCH OFF THE LEFT ANTERIOR DESCENDING ARTERY.

10   SO NOW THE LEFT ANTERIOR DESCENDING ARTERY HAS TWO SOURCES OF

11   BLOOD SUPPLY TO IT.

12         THERE WAS A GRAFT THAT WAS TAKEN OVER TO THAT LARGE

13   RAMUS BRANCH THAT I SHOWED YOU, THAT HAD THE DISEASE IN IT, TO

14   BYPASS THAT BLOCKAGE.

15         THE THIRD GRAFT WAS WHAT WE CALL A SEQUENTIAL GRAFT,

16   OR A SKIP GRAFT, MEANING THAT IT HIT TWO PLACES.  IT CAME IN

17   AND FED THE POSTERIOR DESCENDING ARTERY, AND THEN IT CONTINUED

18   ON AND FED INTO THE POSTEROLATERAL BRANCH.

19         NOW, YOU KNOW, JUST UP FRONT, AND PROBABLY WITH

20   CROSS-EXAMINATION WE'LL GET INTO THIS MORE, BUT THERE IS

21   DISAGREEMENT ABOUT WHICH LIMB OF THIS GRAFT OCCLUDED.  SOME

22   PHYSICIANS THINK THAT THE GRAFT OCCLUDED TO THE PDA AND

23   CONTINUED OFF TO THE POSTEROLATERAL BRANCH.

24         I DON'T THINK THAT'S THE CASE.  I THINK, ACTUALLY,

25   THAT IT'S PATENT TO THE -- IT'S OPEN TO THE POSTERIOR

1   DESCENDING ARTERY AND OCCLUDED TO THAT.

2          THERE IS NO DISAGREEMENT AMONGST ANY OF THE

3   PHYSICIANS THAT ONE OF THOSE LIMBS CLOSED.  WE'RE GOING TO

4   ARGUE ABOUT WHAT WE CALL THE DIFFERENT BLOOD VESSELS, BUT THERE

5   IS NO DISAGREEMENT THAT ONE OF THOSE SEQUENTIAL LIMBS CLOSED.

6   Q.   FOR THE JURY, BECAUSE WE'RE GETTING AHEAD OF OURSELVES,

7   ARE YOU SAYING THAT, AT SOME POINT AFTER THIS BYPASS GRAFT

8   SURGERY, ONE OF THOSE LIMBS CLOSED?

9   A.   YES, YOU'RE CORRECT.  I GOT AHEAD OF MYSELF.  BUT THE

10  POINT IS -- WE MAY NOT COME BACK TO THIS DIAGRAM, BUT I WANTED

11  TO SHOW THAT THIS IS WHAT A SEQUENTIAL GRAFT IS ABOUT, AND THAT

12  IS, THAT ONE TIES INTO THIS POSTERIOR DESCENDING BRANCH AND THE

13  SECOND ONE TIES INTO THE POSTEROLATERAL BRANCH, AND THAT'S A

14  UNIQUE KIND OF GRAPH.  IT'S A SEQUENTIAL GRAFT.  IT GOES TO TWO

15  DIFFERENT ARTERIES.

16         AS A HIGHLIGHT, WE'RE GOING TO DISCUSS WHICH OF THOSE

17  OCCLUDED, BUT IT DOESN'T MUCH MATTER BECAUSE ONE OF THE

18  SEQUENTIAL LIMBS OCCLUDED.

19  Q.   NOW, DID YOU PLAY SOME DETECTIVE WORK TO FIND OUT WHAT WAS

20  OCCLUDED?

21  A.   I DID, YES.

22  Q.   NOW, DID YOU CONSIDER THE FACT THAT, A YEAR LATER, AFTER

23  THAT, IN JULY OF 2003, HE HAD ANOTHER CARDIOLITE?

24         MR. GOLDMAN:  OBJECTION, YOUR HONOR.  LEADING.

25         THE WITNESS:  SO --

1           **THE COURT:**  I'LL ALLOW IT.  LET'S GO.

2           **THE WITNESS:**  SO THE PROBLEM WITH THE GRAFTS TAKEN

3    FROM THE LEGS IS THAT THEY ARE VENOUS STRUCTURES.  THEY COME

4    FROM VERY LOW-PRESSURE SYSTEMS, JUST VERY LOW PRESSURE.  AND

5    THEN WE PUT THESE GRAFTS, THESE VEINS, AND SUBJECT THEM TO THE

6    HIGH PRESSURE OF THE CORONARY ARTERIES, OF THE AORTA.

7           NOW, WE'RE POUNDING, POUNDING, POUNDING.  AND

8    THE PROBLEM WITH THESE GRAFTS IS THAT THEY DON'T ALWAYS STAY

9    OPEN.  IN FACT, HALF OF THE GRAFTS OCCLUDE BY TEN YEARS OR

10   LONGER IF ONE CONTROLS ONE'S CHOLESTEROL.

11          NOW, IN ADDITION, THERE CAN BE TECHNICAL

12   PROBLEMS WITH JUST PUTTING THE GRAFTS DOWN.  SO THE NUMBERS ARE

13   SOMETHING LIKE 10 TO 20 PERCENT OF PATIENTS WHO HAVE BYPASS

14   GRAFTS, UNFORTUNATELY, WITHIN THE FIRST YEAR, AND MAYBE EVEN

15   BEFORE THEY GO HOME FROM THE HOSPITAL, HAVE OCCLUSIONS.  THEY

16   CLOG DOWN.  IT'S A FAILURE, IF YOU WILL, IN ONE TO TWO OUT OF

17   TEN PATIENTS.  BUT THOSE ARE JUST THE FACTS.  BUT --

18   **Q.**   GO TO THE NEXT SLIDE, PLEASE.

19          NOW, THIS SHOWS THAT -- THE TEST REPORT FROM THE

20   CARDIOLITE OF 7/18/2003.  WAS THAT -- CAN YOU DESCRIBE WHAT THE

21   RESULT -- JUST QUICKLY FOR THE JURY WHAT THE RESULT OF THAT

22   TEST WAS.

23   **A.**   NOW, AFTER HIS BYPASS SURGERY, HE'S GOTTEN ALMOST BACK TO

24   THE POINT THAT HE WAS BEFORE, BUT IT'S DIFFERENT, BECAUSE NOW

25   HE'S GOT FIVE GRAFTS THAT ARE FILLING HIS BLOCKAGES.

1           SO, IN 2003, IT WOULD BE MY INTERPRETATION THAT ALL

2    THE BLOOD FLOW AND THE GRAFTS AND EVERYTHING WERE OPEN, BECAUSE

3    WITHOUT GOING THROUGH ALL THE DETAILS OF THIS, THERE WAS NO

4    PERFUSION ABNORMALITIES.  EVERYTHING LOOKED GREAT ON HIS

5    SESTAMIBI TO EXERCISE --

6    Q.   IS THAT CARDIOLITE?

7    A.   CARDIOLITE, THANK YOU.  AND HE GOT AGAIN INTO 17 METS,

8    THIS VERY HIGH LEVEL AGAIN.

9           SO, AT LEAST AS BEST WE CAN TELL, IN 2003, BYPASSED

10   ALL THE BLOCKAGES SO THAT HE COULD PERFORM THE FUNCTION

11   NORMALLY.

12   Q.   NOW, DO YOU HAVE AN OPINION AS TO -- AT LEAST AS OF JULY

13   OF 2003, THAT -- HAD HIS VEIN GRAFTS OCCLUDED OR BEEN CLOSED UP

14   OR WERE CLOSED UP?

15   A.   I DON'T THINK THAT THEY HAD, NO.

16   Q.   SO THE -- HE'S STILL CLEAR HERE AT THIS POINT?

17   A.   I WOULDN'T SAY THEY WERE CLEAR.  THERE WERE NO IMPORTANT

18   BLOCKAGES.  IT'S VERY LIKELY THAT, AS THESE THINGS PROGRESSED,

19   THERE COULD BE CHOLESTEROL BUILDING UP IN INSIDE THEM THAT WE

20   WOULDN'T SEE.  IT'S THE SAME STORIES WE TOLD WITH THE NATIVE

21   ARTERIES.  BUT I DON'T SEE ANY IMPORTANT NARROWINGS IN THE

22   GRAFTS.

23   Q.   WE'RE GOING TO MOVE TOWARD AWAY FROM THE JULY 18

24   CARDIOLITE.  NOW, WHAT WE HAVE HERE IS --

25           THE COURT:  WHY DON'T YOU ASK HIM WHAT WE HAVE HERE.

1    BY MR. ROBINSON:

2    Q.   WHAT DO WE HAVE HERE?

3    A.   VERY GRAPHICALLY, MR. BARNETT, THROUGH A WHOLE SERIES OF

4    STORIES, RE-PRESENTED TO THE -- WITH MORE CHEST PAIN.  AND SO

5    ANOTHER ANGIOGRAM WAS DONE --

6    Q.   WHEN DID HE REPRESENT WITH MORE CHEST PAIN?

7    A.   IT'S A LITTLE COMPLICATED, BUT IN JULY OF '04, WE HAVE

8    RECORDS THAT HE WAS GOLFING AND THAT HE HAD SOME CHEST

9    DISCOMFORT, SHORTNESS OF BREATH, AND HE CAME INTO THE HOSPITAL

10   VERY BRIEFLY.  AND THERE WAS NO EVIDENCE THAT HE HAD HAD A

11   HEART ATTACK AT THAT TIME, BUT ONLY A SINGLE BLOOD VESSEL

12   MEASUREMENT WAS DONE.

13           BUT, IN RETROSPECT, YOU LOOK BACK AND YOU SAY THAT'S

14   AN EVENT THAT HAPPENED THAT HE COULD HAVE HAD SOMETHING

15   DEVELOP.  THEN --

16   Q.   DO YOU HAVE AN OPINION --

17           MR. GOLDMAN:  OBJECTION, YOUR HONOR.  THAT'S

18   SPECULATIVE.

19           MR. ROBINSON:  HOLD ON.

20           THE COURT:  ASK HIM THE QUESTION.

21   BY MR. ROBINSON:

22   Q.   AT SOME POINT IN TIME DO YOU HAVE AN OPINION WHETHER OR

23   NOT HIS -- ANY OF HIS GRAFTS OCCLUDED?

24   A.   I DO.

25   Q.   WHAT IS THAT OPINION?

1  **A.**  WELL, MAYBE WHAT WE COULD DO IS I COULD GO BACK TO THIS
2  SUBMISSION JUST FOR CLARITY PURPOSES.  MR. BARNETT DEVELOPED
3  MORE CHEST PAIN IN JULY.
4  **Q.**  OF WHAT YEAR?
5  **A.**  2006.
6      **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  THIS IS
7  NONRESPONSIVE.
8      **THE COURT:**  YOU HAVE TO ASK THE QUESTIONS, COUNSEL.
9  **BY MR. ROBINSON:**
10 **Q.**  LET ME ASK THE QUESTION, PLEASE.  I THINK THEY WANT YOU
11 JUST TO ANSWER MY QUESTIONS.
12 **A.**  YES, SIR.
13 **Q.**  NOW, IN -- CAN YOU TELL THE JURY:  AT SOME POINT, DID HIS
14 VEIN GRAFTS OR SOME OF HIS VEIN GRAFTS OR ARTERY GRAFTS
15 OCCLUDE?
16 **A.**  I BELIEVE THAT, WITHOUT KNOWING WHICH ONE, I THINK THAT
17 THERE WAS AN EVENT WHERE ONE OR MORE OF THEM DID OCCLUDE, YES.
18 **Q.**  AND WHEN DO YOU THINK THAT EVENT WAS?
19      **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  CAN I APPROACH?
20      **THE COURT:**  YES.
21      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
22 THE BENCH.)
23      **MR. GOLDMAN:**  YOUR HONOR, THE WITNESS HAS ALREADY
24 TESTIFIED THAT HE DOESN'T KNOW WHEN THE VEIN GRAFTS OCCLUDED
25 AND HE'S NOW BEING ASKED TO SPECULATE WHEN THEY OCCLUDED.  HE'S

1   NOT TESTIFYING TO A REASONABLE DEGREE OF MEDICAL CERTAINTY;

2   HE'S JUST SPECULATING.

3           THE COURT:  IF YOU WANT HIM TO GIVE AN OPINION,

4   YOU'RE GOING TO HAVE TO ASK HIM ABOUT THE OPINION.  IT

5   OCCLUDED.  DO YOU HAVE AN OPINION BASED ON A REASONABLE DEGREE

6   OF MEDICAL CERTAINTY AS TO WHEN IT OCCLUDED?

7           MR. ROBINSON:  I WAS TRYING TO MOVE ON, YOUR HONOR.

8           THE COURT:  HE COULD SAY "I DON'T KNOW," BUT I

9   THINK" --

10          MR. GOLDMAN:  AND, YOUR HONOR, IF THE ANSWER IS "IT

11  COULD HAVE" OR ANYTHING THAT SOUNDS SPECULATIVE, I'M GOING TO

12  OBJECT ON THAT BASIS.

13          THE COURT:  OKAY.

14          MR. ROBINSON:  LET ME MAKE A POINT.  YOUR HONOR, IN

15  MEDICAL, IT'S NOT A PERFECT SCIENCE.  AND IF HE CAN SAY THAT

16  EVEN IF IT POSSIBLY OCCLUDED, WHICH HE DID IN HIS DEPOSITION,

17  THAT'S WORTH SOMETHING FOR THE JURY.

18          MR. GOLDMAN:  NO.

19          MR. ROBINSON:  THAT'S WHAT WE WANT.

20          MR. GOLDMAN:  THAT'S IMPROPER.

21          THE COURT:  HE'S GOING TO HAVE TO GIVE AN OPINION AS

22  TO IT.

23          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

24  OPEN COURT.)

25          THE COURT:  NOW, DOCTOR, AS THE JURY KNOWS, AS AN

1    EXPERT, YOU CAN GIVE AN OPINION.  YOU CANNOT SPECULATE.  IF YOU

2    HAVE AN OPINION, GIVE THE OPINION AND EXPLAIN WHY YOU FEEL THAT

3    WAY.

4         **THE WITNESS:**  YES, SIR.

5    **BY MR. ROBINSON:**

6    **Q.**   I'M GOING TO LAY A FOUNDATION BEFORE I ASK YOU THE OPINION

7    QUESTION.  WOULD YOU TELL US, AT SOME TIME AFTER THE

8    SEPTEMBER 9 CATH AND THE SEPTEMBER 10 BYPASS OPERATION, DO YOU

9    HAVE AN OPINION AS TO WHETHER OR NOT HIS GRAFTS OCCLUDED?

10   **A.**   YES, I DO.

11   **Q.**   AND WHAT IS THAT OPINION?

12   **A.**   THE SAPHENOUS VEIN GRAFT THAT WENT TO THE RAMUS BRANCH

13   OCCLUDED, AND ONE OF THE SEQUENTIAL LIMBS OF THE GRAFT THAT

14   WENT TO THE BOTTOM PORTION OF THE HEART ALSO OCCLUDED.

15   **Q.**   AND TO A REASONABLE MEDICAL CERTAINTY, DO YOU HAVE AN

16   OPINION AS TO WHEN THE MOST LIKELY TIME WHEN THAT OCCLUSION OR

17   THOSE OCCLUSIONS OCCURRED?

18   **A.**   I DO.

19   **Q.**   AND WHEN WAS THAT?

20   **A.**   THIS IS WHAT WE DO IN MEDICINE IN CLINICAL PRACTICE EVERY

21   DAY.  WHEN WE SEE A GRAFT OCCLUSION, WE HAVE TO MAKE A DECISION

22   AT THE TABLE, WHEN THE PATIENT IS ON THE TABLE, WHETHER WE'RE

23   GOING TO PROCEED AND TRY TO OPEN UP THIS OCCLUDED GRAFT.

24        **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  THIS IS

25   NONRESPONSIVE.

1    BY MR. ROBINSON:

2    Q.   I'M SORRY.  I ASKED YOU WHEN.

3         THE COURT:  HE'S EXPLAINING A LITTLE TO THE

4    BACKGROUND.

5         THE WITNESS:  SO WHAT WE DO IS WE LOOK BACKWARDS.

6    ADMITTEDLY, IT'S A RETROSPECTOSCOPE.  WE ASK THE PATIENT:  WAS

7    THERE ANY TIME WHEN YOU HAD ANY CHEST PAIN OR SHORTNESS OF

8    BREATH OR ANY PROBLEM THAT YOU HAD THAT WE WOULD RECONSTRUCT?

9    IF THIS IS A FRESH BLOCKAGE IN A GRAFT, IN WHICH CASE I CAN

10   OPEN IT WITH MY STENTS; OR IF IT'S A CHRONIC BLOCKAGE THAT

11   HADN'T BEEN THERE BEFORE.

12            IF I HAD TAKEN AT THE TABLE THE MEDICAL HISTORY

13   FROM MR. BARNETT, I WOULD NOT HAVE TRIED TO OPEN UP THE VEIN

14   GRAFT, BECAUSE THE EVENT THAT I COULD -- THE ONLY EVENT THAT I

15   COULD TIE FROM HIS MEDICAL RECORD WAS IN JULY OF 2004 WHEN HE

16   PRESENTED WITH SHORTNESS OF BREATH AND SOME NEW CHEST PAIN.  SO

17   FROM A CLINICAL PERSPECTIVE, I WOULD HAVE VIEWED THAT GRAFT AS

18   AN OLD OCCLUSION; AND TEMPORALLY IN MY PRACTICE, I WOULD HAVE

19   SAID IT PROBABLY OCCURRED AROUND JULY.  BUT THERE IS NOT MUCH

20   WE CAN DO ABOUT IT RIGHT NOW.

21   BY MR. ROBINSON:

22   Q.   JULY?

23   A.   JULY 2004.  BUT THERE'S NOT MUCH WE COULD DO ABOUT IT.

24   Q.   OKAY.

25   A.   AND I WOULDN'T HAVE TRIED TO OPEN UP THE GRAFT, WHICH IS

1  THE DECISION I TRY TO MAKE.

2  **Q.**   BUT IS THAT YOUR BEST OPINION AS TO WHEN THESE OCCLUSIONS

3  OCCURRED?

4  **A.**   THAT'S WHAT I WOULD USE ON A PATIENT I WOULD BE TREATING.

5  **Q.**   NOW, AT SOME POINT IN TIME, DID MR. BARNETT HAVE ANOTHER

6  ANGIOGRAM DONE BY DR. KARAVAN AFTER SEPTEMBER 9, '02?

7  **A.**   HE DID.

8  **Q.**   AND CAN YOU TELL US BRIEFLY, WHAT WERE THE CIRCUMSTANCES

9  THAT LED UP TO THAT CALCULATION OF INJURY?

10  **A.**   I BELIEVE THAT HE HAD RECURRENT PAIN WHEN HE WAS

11  EXERCISING AND THEN A COUPLE OF EPISODES OF PAIN THAT WERE MORE

12  SEVERE TO THE POINT THAT HE WAS ADMITTED, I THINK, TO THE

13  HOSPITAL AND THEN THE REPEAT ANGIOGRAM WAS PERFORMED.

14  **Q.**   NOW, AT SOME POINT IN TIME, APPROXIMATELY IN MAY OF 2006,

15  DID DR. ZIPES, ONE OF THE EXPERTS IN THE CASE, HAVE SOME TESTS

16  PERFORMED ON MR. BARNETT THAT YOU READ AND RELIED UPON?

17  **A.**   HE DID.

18            **MR. GOLDMAN:**  OBJECTION, LEADING QUESTION.

19            **THE COURT:**  OKAY.  I'LL ALLOW IT.

20  BY MR. ROBINSON:

21  **Q.**   TELL US ABOUT THOSE TESTS THAT YOU RELIED UPON.

22  **A.**   SO THERE WERE THREE TESTS -- WHICH I'LL JUST GO THROUGH

23  VERY BRIEFLY BECAUSE THEY ARE IN THE RECORD AND WE CAN TALK

24  ABOUT THEM -- THERE WERE THREE TESTS THAT DR. ZIPES PERFORMED?

25  **Q.**   WHAT'S THE DATE OF THE TESTS, FOR THE JURY?

1    **A.**   SO THE FIRST TEST IS AN ECHOCARDIOGRAM, AND THE

2    ECHOCARDIOGRAM WAS PERFORMED ON 5/2/06.  ECHOCARDIOGRAM IS A

3    SOUNDWAVE TEST THAT ALLOWS US TO LOOK, WITHOUT GOING INTO THE

4    HEART, THROUGH THE PROCEDURES THAT I PERFORM, HOW WELL THE

5    HEART CONTRACTS AND ARE THERE ANY AREAS OF SCAR AND WHAT'S THE

6    OVERALL FUNCTION.

7              NOW, ALTHOUGH MR. BARNETT'S OVERALL FUNCTION OF HIS

8    HEART WAS GOOD, WAS NORMAL, WHAT WAS NOTED ON THAT TEST WAS

9    THAT THERE WAS INCOMPLETE CONTRACTION IN THE LATERAL AND THE

10   BASAL SECTION OF THE HEART DOWN HERE.  IT JUST DIDN'T SQUEEZE

11   NORMALLY.  AND THERE WAS SEVERELY REDUCED WALL MOTION THAT WAS

12   IN THE BASAL POSTERIOR AND INFERIOR PORTION.

13             I'M JUST SHOWING YOU ON THE HEART WHERE THIS IS.  SO

14   THIS IS KIND OF THIS AREA, IN THIS SAME ZONE THAT HE HAD HIS

15   HEART ATTACK PREVIOUSLY; BUT ALSO, AS WE'LL SEE IN JUST A

16   MINUTE, IN A ZONE WHERE ONE OF THE VEIN GRAFTS ALSO OCCLUDED.

17   AND IMPORTANTLY, IT WASN'T MOVING, WHICH IMPLIES THERE IS

18   ACTUALLY A SCAR THAT IS THERE.

19             SO THE NEXT TEST THAT HE HAD WAS A CT ANGIO.  SORRY.

20   LET ME JUST SAY THAT -- A CT ANGIOGRAM.

21   **Q.**   QUICKLY, WHAT IS A CT?

22   **A.**   A CT ANGIOGRAM IS ANOTHER WAY WE INJECT DYE INTO THE VEINS

23   AND WE CAN IMAGE, WITHOUT OUR CORONARY ANGIOGRAPHY, WHAT THE

24   STATE OF THE VESSELS ARE.

25             ON THAT, JUST VERY BRIEFLY, IT APPEARED THAT ONE OF

1  THE MAIN GRAFTS THAT WENT TO THE RAMUS BRANCH HAD OCCLUDED.

2  AND FINALLY, HE HAD AN EXERCISE STRESS TEST THAT WAS PERFORMED

3  ON MAY 2, AND HE COULD NO LONGER EXERCISE WITH THE SAME

4  CAPACITY THAT HE COULD DO BEFORE.

5  **Q.**   HOW MANY MINUTES DID HE DO IN THAT EXAM?

6  **A.**   I THINK HE GOT TO NINE MINUTES AND 30 SECONDS.  SO RATHER

7  THAN BEING 17.2 AND 17.5 MINUTES, WHICH IS PHENOMENAL

8  EXERCISE --

9  **Q.**   THE METS, YOU MEAN?

10  **A.**   THE METS, YES, THAT HE'S ACTUALLY DOWN TO 13.1 METS.

11  **Q.**   AND HOW MANY MINUTES DID HE DO BEFORE ON THE FIRST

12  CARDIOLITE?

13  **A.**   15 MINUTES AND NOW WE'RE DOWN TO 9 MINUTES.  SO A MARKED

14  REDUCTION IN HIS EXERCISE TOLERANCE.

15  **Q.**   AND WHAT OPINION DO YOU HAVE REGARDING THE CHANGE?

16  **A.**   WELL, WE'LL PUT THIS IN AGGREGATE, BUT I THINK THAT THERE

17  IS EVIDENCE, WHICH WE'LL SEE WITH THE ANGIOGRAM, THAT THERE WAS

18  MORE HEART DISEASE, EITHER BY OCCLUSIONS OF THESE GRAFTS OR BY

19  PROGRESSION OF HIS NATIVE DISEASE.

20       AND INTERESTINGLY, IT'S ALL IN THE SETTING WHEN HE

21  SHOULD BE HAVING ADDITIONAL PLAQUE FORMATION BECAUSE HIS LDL

22  CHOLESTEROL HAS BEEN SO WELL CONTROLLED.

23       NOW, JUST THE FINAL PIECE WHICH I'LL MENTION AGAIN.

24  IT'S A SESTAMIBI SCAN.

25  **Q.**   WHAT IS A SESTAMIBI SCAN?

1   **A.**   SORRY.  CARDIOLITE.  A CARDIOLITE SCAN.  THANK YOU VERY

2   MUCH.

3   **Q.**   IS THE OLD NAME FOR IT SESTAMIBI?

4   **A.**   IT IS.  THANK YOU.  YES.  AND ON THAT PARTICULAR SCAN,

5   THERE WAS AN AREA OF REDUCED PERFUSION -- I'M READING FROM THE

6   REPORT -- IN THE INFERIOR AND INFERO -- AND BASAL INFEROLATERAL

7   SEGMENTS.

8   **Q.**   WHAT DOES THAT MEAN?

9   **A.**   THAT AREA DOWN HERE, THAT, WITH EXERCISE, STARTS TO FALL

10  OUT.  BUT THE IMPORTANT PART OF THIS IS THAT, DURING REST, IT

11  DOESN'T COME BACK ALL IN TOWARDS NORMAL.  THERE IS STILL A

12  RESIDUAL PROBLEM, AND THAT IMPLIES THAT THERE HAS BEEN SOME

13  HEART MUSCLE DAMAGE; A HEART ATTACK IN THAT AREA.

14  **Q.**   AND CAN YOU TELL ME WHETHER, IN YOUR OPINION, WAS THAT THE

15  SAME?  WAS THAT THE RESIDUE FROM THE ORIGINAL HEART ATTACK, OR

16  WAS THAT A RESIDUE FROM A NEW ONE?

17  **A.**   I BELIEVE THAT IT'S NEW.  AND THE REASON I SAY THAT,

18  ALTHOUGH IT'S IMPOSSIBLE TO PREDICT THESE THINGS, THE REASON I

19  SAY THAT IS BECAUSE HIS CARDIOLITE TEST THAT HE HAD BACK IN

20  2003 --

21  **Q.**   JULY.

22  **A.**   -- DIDN'T SHOW THIS PROBLEM.  SO IF THE OLD HEART ATTACK

23  HEALED UP, HAD BYPASS SURGERY, EVERYTHING GOT FIXED, THERE IS

24  NOW A NEW ABNORMALITY, A NEW PROBLEM, TO THE BACK PORTION THAT

25  WASN'T THERE IN 2003.

1       SO WITHIN THE LIMITATIONS OF PREDICTING, I THINK THAT

2  THAT'S PROBABLY -- SOMETHING HAS HAPPENED IN THE INTERIM.

3  Q.   AND GOING BACK, DOING THE RETROSPECTIVE ANALYSIS THAT YOU

4  HAD TALKED ABOUT PREVIOUSLY, WHAT IS YOUR OPINION AS TO WHEN

5  THAT MIGHT HAVE OCCURRED?

6  A.   WELL, THERE WERE A NUMBER OF OCCLUSIONS THAT OCCURRED.

7  ONE POINT THAT IT COULD HAVE OCCURRED WAS BACK IN JULY 24,

8  2004.

9  Q.   WHY DO YOU SAY IN THAT?

10 A.   BECAUSE HE WAS ADMITTED TO THE HOSPITAL WITH AN EPISODE OF

11 SHORTNESS OF BREATH AND CHEST DISCOMFORT WHEN HE WAS PLAYING

12 GOLF.  AND ALTHOUGH HE DIDN'T STAY VERY LONG AND WE DIDN'T FIND

13 ANY EVIDENCE, THAT WAS THE ONLY TIME WE REALLY HAD A BONA FIDE

14 EVENT THAT SOUNDED LIKE IT WAS ANGINA.

15 Q.   LET'S MOVE ON NOW.  SO THEN AFTER DR. ZIPES DID THESE

16 TESTS IN MAY OF 2002 -- 2006, JUST THREE MONTHS AGO, WERE THESE

17 RESULTS THEN SENT TO DR. KARAVAN?

18 A.   YES, THEY WERE.

19 Q.   AND YOU READ DR. KARAVAN'S TESTIMONY; IS THAT RIGHT?

20       MR. GOLDMAN:  OBJECTION, LEADING.

21 A.   I DID.  I DID READ HIS TESTIMONY.

22 BY MR. ROBINSON:

23 Q.   COULD YOU TELL US FROM YOUR REVIEW OF THE RECORDS AND

24 DR. KARAVAN'S TESTIMONY WHAT HAPPENED ON JULY 10, '06?

25       MR. GOLDMAN:  MAY I APPROACH, JUDGE?

```
 1              THE COURT:  YES.
 2              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
 3    THE BENCH.)
 4              MR. GOLDMAN:  THIS WITNESS TESTIFIED THAT HE DID NOT
 5    READ ALL OF DR. KARAVAN'S DEPOSITION, THAT HE SKIMMED PORTIONS
 6    OF THAT, DR. KARAVAN'S DEPOSITION.  HE DID NOT IDENTIFY
 7    DR. KARAVAN'S DEPOSITION AS HE WAS RELYING ON IN SUPPORT OF HIS
 8    OPINIONS AND SHOULDN'T BE ALLOWED TO TESTIFY ABOUT IT NOW.
 9              MR. ROBINSON:  I'M GOING TO GET OFF OF IT.  I'M
10    MOVING TO THE 7/10 CATH NOW, YOUR HONOR.
11              MR. GOLDMAN:  ARE YOU GOING TO ASK HIM A DIFFERENT
12    QUESTION?
13              MR. ROBINSON:  I'LL ASK HIM A DIFFERENT QUESTION.
14              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
15    OPEN COURT.)
16    BY MR. ROBINSON:
17    Q.   DOCTOR, I WANT TO TALK TO YOU ABOUT THE SECOND ANGIOGRAM
18    THAT DR. KARAVAN PERFORMED.
19    A.   YES.
20    Q.   WHAT WAS THE DATE OF THAT?
21    A.   7/10/2006.
22    Q.   LESS THAN A MONTH AGO?
23    A.   THAT'S CORRECT.
24    Q.   DO YOU HAVE SLIDES FROM THAT ANGIOGRAM WHERE YOU'VE
25    COMPARED THAT ONE WITH HIS OLD ANGIOGRAM?
```

1   **A.**   I DO.

2   **Q.**   AND YOU HAVE A SLIDE UP ON THE BOARD RIGHT NOW THAT SAYS

3   9/9/02 AND THEN -- ON THE LEFT; AND THEN ON THE RIGHT, IT SAYS

4   7/10/06.  AND THEN UNDERNEATH IT, THERE IS SOME WRITING SAYING

5   "THE RAMUS BRANCH."  CAN YOU TELL THE JURY WHAT THIS IMAGE --

6   THESE TWO IMAGES SHOW?

7   **A.**   I JUST WANTED TO -- PEOPLE MAY HAVE SEVERAL JUST QUICK

8   EXAMPLES OF THIS.  WHAT PROGRESSION OF HEART DISEASE LOOKS

9   LIKE.  AND ON THE LEFT SIDE OF THE SCREEN, WE NOTICE THAT THERE

10  WAS A DISCRETE NARROWING OF THE RAMUS BRANCH.  IMPORTANT BUT

11  VERY DISCRETE.

12  **Q.**   DISCRETE MEANS "SMALL"?

13  **A.**   YES, SHORT.  LESS THAN 10 MILLIMETERS.  SO LESS THAN TWO

14  INCHES, THANK YOU.

15          AND THAT'S WHERE THE BYPASS GRAFT WAS PLACED WHEN HE

16  HAD HIS BYPASS SURGERY.  NOW, IN JULY 10, 2006, YOU'LL SEE THAT

17  THIS BLOCKAGE IS MUCH LONGER THAN IT WAS BEFORE.  HERE IS WHERE

18  IT STARTS, HERE TO THERE, AND MUCH LONGER THAN IT WAS BEFORE.

19          AND IMPORTANTLY, THE GRAFT TO THIS AREA IS GONE.

20  IT'S BLOCKED.  IT'S BEEN CLOSED OFF.  SO THIS IS AN IMPORTANT

21  FINDING BECAUSE THE PROTECTIVE GRAFT THAT WENT TO THIS RAMUS

22  BRANCH OCCLUDED, AND THE VESSEL PROGRESSED IN ITS SEVERITY FROM

23  SEPTEMBER 9, 2002, TO JULY 10, 2006.

24  **Q.**   AND DURING THAT PERIOD OF TIME, DID YOU LOOK AT HIS

25  CHOLESTEROL VALUES AS WE SHOW?

1    **A.**   AND DURING THAT PERIOD OF TIME, WE SHOWED THAT THE -- ON

2    AVERAGE, THE LDL CHOLESTEROLS WERE IN THE HUNDRED RANGE, WHICH

3    WOULD BE IN AN AREA WHERE THE PROGRESSION WOULD BE VERY, VERY

4    SLIGHT.  NOT TO THIS EXTENT, BUT THERE'S IS MORE QUICK

5    EXAMPLES.

6    **Q.**   GO TO THE NEXT SLIDE, PLEASE.

7    **A.**   THIS IS THE MOST DRAMATIC ONE.  THIS IS THE RIGHT CORONARY

8    ARTERY, WHICH I SHOWED YOU --

9    **Q.**   AND YOU'RE POINTING TO --

10   **A.**   YES, TOWARDS THE LEFT SIDE, FROM SEPTEMBER 9, 2002.  A BIG

11   JUICY VESSEL.  NOW, THIS IS WHERE THE HEART ATTACK WAS.

12   **Q.**   RIGHT AT THE BOTTOM?

13   **A.**   AT THE BOTTOM THERE.  THE POSTERIOR DESCENDING BRANCH

14   RIGHT THERE.  AND THIS IS THE CONTINUATION OUT TO HIS

15   POSTEROLATERAL BRANCHES.

16           BUT NOW THE RIGHT CORONARY ARTERY IS COMPLETELY

17   BLOCKED OFF.  SO JUST IN THE BOXES, IT WENT FROM HERE TO HERE.

18   **Q.**   YOU MEAN THOSE FOUR YEARS?

19   **A.**   CORRECT.  OVER THAT FOUR-YEAR PERIOD.  WENT FROM HERE TO

20   TOTALLY BLOCKED OFF.

21   **Q.**   AND THIS IS -- WHAT WAS --

22   **A.**   THIS IS THE TIME WHEN HIS -- ALL OF THESE ARE WITH THE LDL

23   CHOLESTEROL IN A VERY LOW -- IN A LOW RANGE.  IN A LOW RANGE.

24           THE FINAL -- IF WE COULD JUST TO GO THE NEXT ONE,

25   THIS IS THE LEFT ANTERIOR DESCENDING ARTERY.  NOW, I MENTIONED

1  THAT ONE OF THE ARTERIES UNDERNEATH THE BREASTBONE WAS THE

2  FRONT PORTION OF THE HEART.  WE CALL IT, YOU KNOW, A LIFESAVING

3  PROCEDURE.

4           BUT WHAT'S HAPPENED WITH MR. BARNETT'S ANGIOGRAM IS

5  DOWNSTREAM FROM WHERE THAT INTERNAL MAMMARY ARTERY CAME IN,

6  THIS IS WHAT THE STENOSIS LOOKED LIKE SEPTEMBER 9, 2002, AND

7  THIS IS WHAT IT LOOKS LIKE JULY 10, 2006.

8  **Q.**   YOU DON'T SEE --

9  **A.**   AND IT'S NARROWED.  AND THIS IS PROGRESSION OF THE

10 NARROWING WITHIN THE ARTERIES, DESPITE THE FACT THAT HE'S HAD

11 RELATIVELY GOOD CONTROL OF HIS CHOLESTEROL.

12          DO YOU HAVE ONE OTHER EXAMPLE, TOO?  YES.  NOW, WE

13 CAN SPEND AN HOUR AND A HALF OR TWO HOURS -- IT TOOK ME TWO

14 HOURS TO FIGURE OUT THESE ANGIOGRAMS -- AND WE CAN TALK ABOUT

15 THEM IF WE WANT TO.  BUT THE SUMMARY IS THAT THIS -- THESE ARE

16 BRANCHES THAT ARE CALLED COLLATERALS, WHERE ONE PART OF THE

17 ARTERY COMES AROUND AND DOES DOUBLE DUTY TO THE OTHER PART OF

18 THE ARTERY.  THESE ARE THE POSTEROLATERAL BRANCHES WHICH ARE

19 FED BY COLLATERALS.

20          NOW, THE HEART ARTERIES ARE LIKE A FINGERPRINT.

21 EVERYBODY IS BORN A LITTLE BIT DIFFERENT, AND THE BRANCH

22 VESSELS ARE ALL A LITTLE DIFFERENT.  WHEN WE LOOK AT --

23 ACTUALLY, THIS -- WHEN WE LOOK AT THE SEGMENT THAT'S RIGHT HERE

24 AND RIGHT HERE.

25 **Q.**   YOU'RE POINTING ON SEPTEMBER 9?

1    A.    SEPTEMBER 9, 2002.  FROM THIS AREA TO RIGHT HERE.  THERE

2    IS A LITTLE BIT OF A -- THERE'S A NARROWING THAT'S RIGHT THERE.

3            BUT BY THE TIME JULY 10 OCCURRED, NEARLY FOUR YEARS

4    LATER, NOW THAT AREA IS TOTALLY BLOCKED, AND WHAT HAS TO HAPPEN

5    INSTEAD IS THERE HAS TO BE BLOOD FLOW THERE COMING AROUND FROM

6    OTHER CHANNELS.  SO THIS IS A FOURTH AREA OF OCCLUSION THAT

7    OCCURRED DURING THAT PERIOD OF TIME.

8    Q.    SO ADD IT UP.  BETWEEN SEPTEMBER 9, '02, AND JULY 10, '06,

9    DID YOU LIST OR CALCULATE HOW MANY AREAS OF ACTUAL OCCLUSION OR

10   TOTAL BLOCKAGE?

11   A.    TOTAL BLOCKAGES, YES.

12   Q.    HOW MANY?

13   A.    FOUR.

14   Q.    TELL THE JURY WHERE THEY WERE.

15   A.    OH, SO FROM THAT PERIOD OF TIME, 2002 TO 2006, THERE WERE

16   FOUR AREAS THAT BECAME TOTALLY BLOCKED.

17           AND AS I'VE INTIMATED, DIFFERENT, I MEAN, DIFFERENT

18   CARDIOLOGISTS WILL CONVINCE ABOUT HOW NARROW SOMETHING IS,

19   BETWEEN 50 AND 70, AND 70 AND 80.  BUT TOTAL IS TOTAL.  WE

20   CAN'T ARGUE WITH THE FACT THAT IT'S TOTALLY BLOCKED.

21           AND SO WE HAVE THE VEIN GRAFT THAT WENT TO THE RAMUS

22   BRANCH TOTALLY BLOCKED THAT WAS LIKELY OPEN IN JULY OF 2003.

23           THE SEQUENTIAL LIMB -- I THINK THE SEQUENTIAL LIMB TO

24   THE POSTEROLATERAL BRANCH -- OTHERS WOULD SAY IT'S TO THE PDA,

25   BUT ONE OF THE SEQUENTIAL LIMBS -- 100 PERCENT BLOCKED; THE

1  DISTAL PORTION OF THE CORONARY ARTERY, A BIG VESSEL, TOTALLY

2  BLOCKED; AND FINALLY THIS LIMB RIGHT HERE OF THIS SEGMENT RIGHT

3  THERE, "PATENT AND OPEN NOW," SEPTEMBER 9, NOW TOTALLY BLOCKED.

4           SO THESE ARE NOT SUBTLETIES.  THIS IS -- WE CAN ARGUE

5  ABOUT THE SUBTLETIES, BUT THESE ARE JUST -- WERE OPEN, NOW

6  CLOSED.  AND WE HAVE FOUR DIFFERENT AREAS.

7           AND THIS IS AT A TIME WHEN, AT LEAST THE AMOUNT OF

8  DATA WE HAVE AVAILABLE, THE PLAQUE SHOULD BE GETTING --

9  REGRESSING, GOING AWAY.

10  Q.   WOULD YOU GO TO THE NEXT SLIDE, PLEASE.  IS THAT MORE OF

11  THE SAME?

12  A.   MORE OF THE SAME.  THIS IS JUST A -- THE BLOCKED GRAFT TO

13  THE RAMUS BRANCH.

14  Q.   NEXT SLIDE, PLEASE.

15  A.   THEN I DON'T WANT TO GO INTO DETAIL, THIS IS JUST A

16  REPRESENTATION ABOUT WHY IT'S THE VEIN GRAFT TO THE POSTERIOR

17  DESCENDING ARTERY THAT'S OPENED.  AND WE CAN COME BACK WITH

18  CROSS-EXAMINATION FOR ME TO DO THAT.

19  Q.   AND NEXT SLIDE PLEASE?

20  A.   WE CAN SKIP ONE, YES.

21  Q.   OKAY.  WHAT IS THIS SLIDE SHOW?

22  A.   WELL, THIS IS JUST A DEPICTION, AS WE TRY TO QUANTITATE

23  THE AMOUNT OF BLOCKAGES IN DIFFERENT BLOOD VESSELS THAT

24  OCCURRED BY THESE DIFFERENT PERIODS OF TIME.

25  Q.   DID YOU DO SOME MEASUREMENTS OF THE ANGIOGRAMS?

1   **A.**   I DID.  I DID CORE --

2           **MR. GOLDMAN:**  YOUR HONOR, MAY WE APPROACH?

3           **THE COURT:**  YES.

4           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

5   THE BENCH.)

6           **MR. GOLDMAN:**  DR. POPMA TESTIFIED IN HIS DEPOSITION

7   HE DID NOT DO ANY OF THIS QUANTITATIVE ANGIOGRAPHY.  IF HE

8   ANSWERS THOSE QUESTIONS IN RESPONSE TO PLAINTIFF'S COUNSEL'S

9   QUESTIONS, HE SAID HE DID NOT DO QUANTITATIVE ANGIOGRAPHY,

10  WHICH IS JUST WHAT HE'S GOING TO DO RIGHT NOW.  AND,

11  YOUR HONOR, HE SHOULDN'T BE ALLOWED TO DISCUSS ANY QUANTITATIVE

12  MEASUREMENTS.  HE DIDN'T DISCLOSE IT IN HIS REPORT, HE DIDN'T

13  DISCLOSE IT AT ALL IN HIS DEPOSITION, AND WE'VE DEPOSED HIM

14  THREE TIMES.

15          **MR. ROBINSON:**  YOUR HONOR, THERE IS AN EXHIBIT THAT

16  WAS MARKED IN HIS DEPOSITION.  I NEED TO SHOW YOU WHERE HE

17  ACTUALLY TOOK IT.  IT'S IN HIS OWN HANDWRITING AND HE MEASURED

18  EACH ONE OF THESE VESSELS.  THIS WAS THE ISSUE.  YOU LET HIM GO

19  BACK AND DEPOSE HIM AGAIN.  HE WENT THROUGH AND SHOWED THEM

20  EACH MEASUREMENT, AND THEY HAVE KNOWN EXACTLY THIS WHOLE THING.

21  HE COMPARED THE TWO ANGIOGRAMS AND THE GROWTH OF THE PLAQUE

22  DURING THE TWO ANGIOGRAMS.  THAT'S ALL HE DID.  HE MEASURED IT

23  AND PUT IT.

24          **THE COURT:**  IF HE DID IT, HE DID IT; IF HE DIDN'T,

25  THEN HE DIDN'T.  I CAN'T MAKE A DECISION AS TO WHETHER HE DID

```
 1   OR HE DIDN'T.  YOU SAY HE DIDN'T; YOU SAY HE DID.  I DON'T WANT
 2   TO DEAL WITH THAT.  YOU'RE GOING TO HAVE TO DO IT UNDER
 3   CROSS-EXAMINATION.
 4            MR. GOLDMAN:  MARK, YOU KNOW HE DIDN'T DO
 5   QUANTITATIVE ANGIOGRAPHY SO DON'T ELICIT TESTIMONY ABOUT THAT.
 6            THE COURT:  ASK HIM.
 7            MR. ROBINSON:  I WILL.
 8            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
 9   OPEN COURT.)
10   BY MR. ROBINSON:
11   Q.   DOCTOR, AT SOME POINT AT OR BEFORE YOUR DEPOSITION --
12            THE COURT:  WHAT KIND OF MEASUREMENTS DID YOU DO?
13   BY MR. ROBINSON:
14   Q.   YEAH, WHAT KIND OF MEASUREMENTS --
15   A.   I DID SEMI-QUANTITATIVE VISUAL ASSESSMENTS, AND I --
16            THE COURT:  WHAT DOES THAT MEAN?
17            THE WITNESS:  SITTING UP CLOSE, AND I COULD HEAR THE
18   DISCUSSION, SO I'M HAPPY TO --
19            THE COURT:  WHAT DOES THAT MEAN?
20            THE WITNESS:  SO MY RESEARCH PIECE IS PERFORMING ON A
21   COMPUTER AN ESTIMATION ANALYSIS, AND THAT'S CALLED QUANTITATIVE
22   CORONARY ANGIOGRAPHY.
23            FOR A VARIETY OF DIFFERENT REASONS, THESE FILMS
24   WERE NOT SUITABLE FOR DOING THAT BECAUSE THE PROJECTIONS WERE
25   NOT MATCHED, AND WE HAVE VERY RIGOROUS CRITERIA ABOUT HOW WE DO
```

1    THAT.  SO I DID NOT PERFORM QUANTITATIVE ANGIOGRAPHY ON ANY OF

2    THESE FILMS.  I DIDN'T DO IT.

3                    BUT BECAUSE I'VE READ MANY OF THESE, AND IN THE

4    LITERATURE THERE IS SOMETHING INSTEAD CALLED A

5    SEMI-QUANTITATIVE ORDINAL RANKING, LET ME TELL YOU EXACTLY WHY

6    WE DID THIS.  WE DID THIS --

7              **THE COURT:**  JUST TELL US WHAT IT IS FIRST.

8              **THE WITNESS:**  I PUT THE STENOSIS IN BINS OF ZERO TO

9    25 PERCENT VISUALLY, 25 TO 50 PERCENT, 50 TO 75 PERCENT, 75 TO

10   90 PERCENT, AND GREATER THAN 90 PERCENT.  WE DID GO OVER THIS

11   IN DETAIL IN THE DEPOSITION.

12                   AND THE REASON I DID THAT IS BECAUSE IT'S

13   CONFUSING IF YOU'RE TRYING TO DIFFERENTIATE 70 TO 80, 80 TO 90.

14   AND YOU'RE GOING TO HAVE DIFFERENT DOCTORS TELLING YOU ONE IS

15   70 AND ONE IS 80.  SO I WAS TRYING TO MAKE IT SIMPLE.  THIS IS

16   SIMPLY A TOOL TO SIMPLIFY THIS EXPRESSION OF THAT I SAW.

17                   I WILL ADMIT THERE IS VISUAL VARIABILITY WHEN WE

18   DO THIS, BUT I TRIED TO GIVE MY BEST SHOT IN DOING THIS AND

19   PUTTING THESE INTO THE QUARTILE DECILES:  0 TO 25, 25 TO 50.

20                   IT'S SOMETHING THAT WE DO ALL THE TIME, BUT IT'S

21   BASED ON MY EYE, WITH HAVING READ 50,000 OF THESE ANGIOGRAMS.

22   BUT I DID NOT PERFORM QUANTITATIVE ANGIOGRAPHY ON THESE --

23   **BY MR. ROBINSON:**

24   **Q.**   OKAY.

25   **A.**   -- FOR REASONS THAT WE DESCRIBED IN THE DEPOSITION.  I'LL

1  CALL IT WHATEVER YOU WANT TO CALL IT.  IT'S MY EYE PUTTING IT

2  INTO ORDINAL RANKINGS.

3  Q.  THANK YOU, DOCTOR.

4          MR. ROBINSON:  MAY WE SHOW IT, YOUR HONOR?

5          THE COURT:  YES.

6  BY MR. ROBINSON:

7  Q.  SO WHY DON'T YOU TELL THE JURY WHAT THIS SLIDE SHOWS.

8  A.  THIS IS SIMPLY TRYING TO PUT VISUALLY, INTO A GRAPHIC

9  DESCRIPTION, OF THE AMOUNT OF DISEASE THAT PROGRESSED OVER

10  TIME.

11          NOW, DOES -- 1/24/2000 IS BASED ON THE 17.5 MET

12  EXERCISE TEST THAT ONLY SHOWED A MILD AREA OF LATERAL WALL

13  ISCHEMIA.  MY ACTUAL STATEMENT TO THIS AREA RIGHT HERE IS THAT

14  THERE WAS A GREATER THAN 50 PERCENT STENOSIS SOMEPLACE IN THE

15  CIRCUMFLEX.  IT COULD HAVE BEEN THE RAMUS BRANCH; IT COULD HAVE

16  BEEN THE TRUE CIRCUMFLEX.  I CAN'T TELL WHICH ONE IT WAS.  BUT

17  SOMETHING IN THE BACK PORTION OF THE HEART, A SMALL AREA, HAD A

18  BLOCKAGE IN IT.  I KNOW THAT.

19          THEN WE HAVE OUR ANGIOGRAM THAT WAS IN SEPTEMBER OF

20  2002, AND NOW IN GREEN ARE NOT IMPORTANT STENOSES, AND IN RED

21  ARE THE IMPORTANT STENOSES, THAT I THINK EVERYONE HAS AGREED SO

22  FAR THAT'S LOOKED AT ANGIOGRAMS OF THIS SEVERITY.

23          THEN WHAT I DID WAS I SIMPLY WENT TO THE JULY 10,

24  2006.  IN WHITE ARE ONES THAT YOU CAN'T REALLY ARGUE WITH,

25  BECAUSE THEY ARE OCCLUSIONS.  SO NOW, TAKE THIS ONE OUT,

1  BECAUSE THE PDA IS STILL OCCLUDED, BUT IT WAS OCCLUDED BACK

2  THEN.  THAT SHOULD BE WHITE.  FOR CONSISTENCY, THAT SHOULD BE

3  WHITE.  I'M POINTING TO THE 100 PERCENT 9/9/02.  IT SHOULD BE

4  WHITE.

5  Q.   THAT'S WHERE HIS HEART ATTACK WAS --

6  A.   THAT'S WHERE HIS HEART ATTACK OCCURRED.

7  Q.   AND WITH --

8  A.   AND THEN THE FOUR ADDITIONAL ONES WERE THE DISTAL RIGHT,

9  THE POSTEROLATERAL SEGMENTAL ARTERY, THE VEIN GRAFT TO THE

10  RAMUS, AND THEN THE VEIN GRAFT THAT WENT TO THE POSTEROLATERAL

11  BRANCH.

12       AND THEN JUST IN TERMS OF THE NUMBER OF BLOCKAGES

13  THAT INCREASED DURING THIS TIME, YOU COULD SEE THAT THERE IS A

14  FEW MORE NUMERICALLY THAT INCREASED.  BUT THE ONES I'M REALLY

15  CONCERNED ABOUT WERE THESE FOUR ADDITIONAL BLOCKAGES.  BUT, IN

16  ADDITION, I THINK THAT HE HAD PROGRESSION OF HIS NATIVE

17  DISEASE.

18       BUT, ARGUABLY, IF YOU PUT ONE CARDIOLOGIST UP AND

19  ANOTHER CARDIOLOGIST UP, WE'RE GOING TO KIBITZ ABOUT WHETHER

20  IT'S 70 PERCENT BLOCKAGE OR 80 PERCENT BLOCKAGE.  I DON'T WANT

21  TO DO THAT.  I WANT TO BE WHERE WE'RE ABSOLUTELY CERTAIN

22  THERE'S BEEN A PROBLEM, AND THOSE ARE THE FOUR AREAS THAT I

23  DESCRIBED.

24  Q.   THE 100 PERCENT AREAS?

25  A.   CORRECT.

1395

1    Q.   NOW, IF YOU LOOK AT MR. BARNETT'S TRADITIONAL RISK FACTORS

2    AND YOU LOOK AT HIS CHOLESTEROL LEVELS FROM 2000 TO 2006, IS

3    THERE ANY EXPLANATION FOR THIS PATH OR -- THIS PATH THAT YOU

4    JUST SHOWED US ON THIS CHART HERE?

5              MR. GOLDMAN:  OBJECTION.  MAY I APPROACH, JUDGE?

6              THE COURT:  OKAY.

7              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

8    THE BENCH.)

9              MR. GOLDMAN:  THIS WITNESS WAS SPECIFICALLY

10   IDENTIFIED ORIGINALLY AS A GENERAL CAUSE AND A SPECIFIC CAUSE

11   WITNESS.  HE IS NOW NO LONGER A GENERAL AND SPECIFIC CAUSE

12   WITNESS.  THAT WAS A QUESTION GOING TO CAUSATION.  ARE THERE

13   ANY OF HIS TRADITIONAL RISK FACTORS THAT CAN EXPLAIN HIS

14   PROGRESSION.  THAT IS CAUSATION, JUDGE, AND THAT'S BEYOND THE

15   SCOPE OF THE ISSUES HE'S ALLOWED TO OFFER.

16             MR. ROBINSON:  YOUR HONOR, THE REASON YOU ALLOWED HIM

17   TO TAKE THE DEPOSITION -- I READ YOU THE EXCHANGE OF THE

18   E-MAILS, BUT ANYWAY, WE THEN GET A DEPOSITION.  AND I'M NOT

19   GOING TO TOUCH VIOXX, I'M NOT GOING TO MENTION VIOXX, BUT I'M

20   SAYING FROM HIS TRADITIONAL RISK FACTORS:  CAN YOU SEE ANY

21   EXPLANATION FOR THIS PATH?  AND THAT'S IT.

22             MR. GOLDMAN:  JUDGE, THAT IS CORRECT.  BY RULING OUT

23   EVERY OTHER RISK FACTORS, THAT'S EXACTLY WHAT HE'S SAYING.  AND

24   THAT'S CAUSATION OPINION.  THAT'S EXACTLY A CAUSATION OPINION.

25   IF HE'S GOING TO SUGGEST TO THE JURY THAT SOME MYSTERIOUS

1  REASON THAT THE JURY CAN CONCLUDE IT'S VIOXX, OBVIOUSLY THEN WE

2  SHOULD BE PERMITTED TO TAKE A DEPOSITION OF HIM FOR GENERAL

3  CAUSATION, BECAUSE WE DIDN'T DO THAT BECAUSE MR. ROBINSON SAID

4  HE WASN'T GOING TO GO INTO THAT TESTIMONY.  THAT IS DR. ZIPES.

5  IF HE WANTS TO COME IN AND TESTIFY ABOUT THAT, THAT'S FINE.

6           **MR. ROBINSON:**  YOUR HONOR, HE RAISED THIS IN COURT.

7  WE THEN HAD EMERGENCY DEPOSITION WHICH THEY TOOK FOR ANOTHER

8  FOUR OR FIVE HOURS LAST SATURDAY, AND HE WAS DEPOSED ON THIS

9  ISSUE.  FRANKLY, THEY'VE HAD IT AND, BASICALLY, THIS IS THE

10 END.

11          **THE COURT:**  LET'S GO INTO THIS FOR JUST ONE QUESTION,

12 AND LET'S GET OFF OF IT.

13          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

14 OPEN COURT.)

15          **THE COURT:**  CAN YOU ANSWER YOUR LAST QUESTION?

16          **MR. ROBINSON:**  MAYBE I'LL REPHRASE IT, YOUR HONOR.

17 **BY MR. ROBINSON:**

18 **Q.**   BASED UPON HIS TRADITIONAL RISK FACTORS, INCLUDING

19 CHOLESTEROL, HEREDITY, STRESS, THE THINGS YOU'VE DISCUSSED

20 PREVIOUSLY, AND JUST BASED ON THIS, IS THERE ANY RATIONAL

21 EXPLANATION THAT YOU KNOW OF FOR THIS DEVELOPMENT OF THE PLAQUE

22 THAT YOU'VE JUST EXPLAINED TO THE JURY?

23 **A.**   THIS IS VERY UNUSUAL IN CLINICAL MEDICINE.

24          **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  HE ANSWERED THE

25 QUESTION.  IT DOESN'T CALL FOR AN ENTIRE EXPLANATION.

1    THE COURT:  WELL, LET'S LET HIM ANSWER FIRST.  WHAT
2    IS THE --
3    BY MR. ROBINSON:
4    Q.   GO AHEAD.  WHAT IS YOUR ANSWER, SIR?
5    A.   IT'S VERY UNUSUAL.  I'VE NOT OBSERVED THIS DEGREE OF RAPID
6    PROGRESSION OF DISEASE IN THE SETTING WHERE PARTICULARLY THE
7    LDL CHOLESTEROL IS IN LEVELS WHERE THERE SHOULD BE A REGRESSION
8    OF THE ATHEROSCLEROTIC ARTERY.
9    MR. ROBINSON:  I HAVE NOTHING FURTHER, YOUR HONOR.
10   MR. GOLDMAN:  CAN WE TAKE A BREAK, YOUR HONOR, SO WE
11   CAN SET UP?
12   THE COURT:  LET'S TAKE A 10-MINUTE BREAK AT THIS
13   TIME.
14   THE DEPUTY CLERK:  EVERYONE RISE.
15   (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
16   THE DEPUTY CLERK:  EVERYONE RISE.
17   THE COURT:  BE SEATED PLEASE.  YOU MAY CROSS-EXAMINE.
18                          CROSS-EXAMINATION
19   BY MR. GOLDMAN:
20   Q.   DR. POPMA, I WANT TO START BY TALKING ABOUT
21   ATHEROSCLEROSIS.  OKAY?
22   A.   YES, SIR.
23   Q.   YOU AGREE, SIR, THAT THAT IS A PROCESS THAT STARTS VERY
24   EARLY IN LIFE; TRUE?
25   A.   I DO.

DAILY COPY

1    **Q.**   IT IS ALSO A CHRONIC PROCESS IN THAT IT GETS WORSE OVER

2    TIME; CORRECT?

3    **A.**   IN SOME PATIENTS, YES.

4    **Q.**   IN MOST PATIENTS; TRUE?

5    **A.**   WELL, WITH APPROPRIATE RISK FACTOR MODIFICATION AND

6    WATCHING ONE'S DIET AND EXERCISING REGULARLY, AND LDL

7    CHOLESTEROL, ACHIEVING TARGET LEVELS, I THINK YOU CAN, YOU

8    KNOW, STOP THE CESSATION, AS WE'VE TALKED ABOUT.

9           BUT I THINK I AGREE WITH YOU THAT, UNTREATED, THAT

10   IT'S A PROGRESSIVE DISEASE, WHICH IS WHY IT'S A LEADING KILLER

11   OF PEOPLE IN THE UNITED STATES.

12   **Q.**   WE'RE GOING TO GET TO THIS A LITTLE BIT LATER, BUT EVEN IF

13   YOU TREAT CONDITIONS LIKE CHOLESTEROL, SIR, YOU CAN STILL HAVE

14   HEART ATTACKS; RIGHT?

15   **A.**   THAT'S TRUE.

16   **Q.**   YOU AGREE THAT ATHEROSCLEROSIS PROGRESSES OVER MANY YEARS;

17   TRUE?

18   **A.**   YES, IT DOES.

19   **Q.**   IT'S ALSO AN INSIDIOUS DISEASE, ISN'T IT, SIR?

20   **A.**   DEFINE "INSIDIOUS."

21   **Q.**   WELL, I WOULD DEFINE "INSIDIOUS" AS SOMETHING THAT SORT OF

22   SNEAKS UP ON YOU OR SURPRISES YOU, HARD TO DETECT SOMETIMES.

23   **A.**   I THINK THAT'S TRUE.

24   **Q.**   YOU DON'T REALLY KNOW WHAT'S GOING ON INSIDE YOUR BODY, DO

25   YOU, UNLESS YOU HAVE ONE OF THESE CATHETERIZATIONS.  SO THERE

1   IS ALL THIS PLAQUE THAT'S BUILDING UP IN US, AND THAT'S WHAT I

2   MEAN BY "INSIDIOUS."

3   **A.**   SURE.  BUT SOME PATIENTS -- AS I SAID, 85 PERCENT OF MALES

4   OVER 50 HAVE BLOCKAGES WITHIN THE ARTERIES.  THE QUESTION IS

5   WHETHER THEY'RE GOING TO HAVE A HEART ATTACK AND DIE.

6   **Q.**   DO YOU DISAGREE THAT ATHEROSCLEROSIS IS A VERY INSIDIOUS

7   DISEASE?

8   **A.**   I DO.

9   **Q.**   ISN'T IT TRUE, SIR, THAT THERE ARE MANY PEOPLE WALKING

10  AROUND AMERICA TODAY WHO HAVE SEVERELY CLOGGED ARTERIES AND

11  THEY HAVE NO IDEA?

12  **A.**   I THINK THAT'S FAIR.

13  **Q.**   IN FACT, THERE ARE MANY PEOPLE IN THE UNITED STATES WHO

14  SUFFER NO SYMPTOMS OF HEART DISEASE WHATSOEVER AND YET THEY

15  HAVE BALANCED OR OCCLUDED ARTERIES AS THEY LIVE THEIR LIVES?

16  **A.**   THAT'S CORRECT.

17  **Q.**   YOU, IN FACT, DR. POPMA, HAVE PERFORMED

18  CATHETERIZATIONS -- IS IT CATHERZATIONS OR CATHETERIZATIONS?

19          **THE COURT:**  THE PRONUNCIATION OF THE WORD.

20          **THE WITNESS:**  IT'S CATHETERIZATIONS.

21  **BY MR. ROBINSON:**

22  **Q.**   OKAY.  I'LL TRY TO GET THAT; RIGHT.  YOU'VE PERFORMED

23  CATHETERIZATIONS ON PATIENTS WITHIN DAYS OF THEIR DEVELOPING

24  THEIR FIRST SYMPTOMS AND YOU'VE DISCOVERED THAT THEY HAVE

25  SEVERE CORONARY ARTERY DISEASE; TRUE?

1    **A.**   YES, THAT'S CORRECT.

2    **Q.**   MR. ROBERTSON PUT UP A SLIDE ABOUT RISK FACTORS, AND ONE

3    SIDE OF THE SLIDES WAS MODIFIABLE RISK FACTORS AND THE OTHER

4    ONE WAS UNMODIFIABLE RISK FACTORS.  DO YOU REMEMBER THAT?

5    **A.**   THAT'S CORRECT.  ON THE LEFT SIDE WAS THE UNMODIFIABLE,

6    WHICH WE HAD GENDER AND AGE AND PARENTS; AND THEN ON THE

7    MODIFIABLE WERE ALL THE THINGS I'VE TALKED ABOUT.

8    **Q.**   I'M GOING TO GO THROUGH SOME OF THE RISK FACTORS IN A

9    MINUTE, BUT AS TO THE OVERALL PURPOSE OF IDENTIFYING RISK

10   FACTORS, WOULD YOU AGREE, DR. POPMA, THAT THE MAIN PURPOSE IS

11   TO HELP PREDICT WHO AMONG US IS LIKELY TO DEVELOP HEART DISEASE

12   AND POSSIBLY SUFFER A HEART ATTACK?

13   **A.**   THAT'S FAIR.

14   **Q.**   AND BY IDENTIFYING RISK FACTORS, THE HOPE IS THAT PEOPLE

15   WILL EAT BETTER OR TAKE CHOLESTEROL MEDICATION AND MAYBE REDUCE

16   THEIR CHANCES OF HAVING A HEART ATTACK?

17   **A.**   THAT'S CORRECT.

18   **Q.**   YOU CERTAINLY DON'T NEED TO HAVE ALL OF THE RISK FACTORS

19   ON YOUR LIST THAT YOU CREATED WITH MR. ROBINSON IN ORDER TO

20   HAVE A HEART ATTACK; RIGHT?

21   **A.**   CORRECT.  AND MAYBE YOU NEED NONE OF THEM.

22   **Q.**   YEAH.  IN FACT, WOULDN'T YOU SAY THAT ABOUT 50 PERCENT OF

23   PEOPLE WHO HAVE HEART ATTACKS HAVE NO RISK FACTORS WHATSOEVER?

24   **A.**   WELL, THE ONLY PIECE I WOULD QUALIFY WITH THAT IS THAT,

25   YOU KNOW, WE HAVE CHANGED WHAT WE FEEL IS A RISK FACTOR.  FOR

1   EXAMPLE, IF YOU GO TO THE DOCTOR AND GET YOUR CHOLESTEROL

2   MEASURED, YOU MAY WELL COME BACK AND SAY, "YOUR CHOLESTEROL IS

3   NORMAL."

4           BUT NOW, WHAT WE KNOW ABOUT THE DEVELOPMENT OF PLAQUE

5   WITHIN THE ARTERIES, WE MIGHT BE ABLE TO CONVINCE YOU THAT

6   NOBODY HAS A NORMAL CHOLESTEROL UNLESS THE LDL CHOLESTEROL

7   WASN'T WHAT IT WAS WHEN YOU CAME OUT OF YOUR MOTHER'S WOMB,

8   WHICH WAS 40 MILLIGRAMS PER DECILITER.

9           SO I AGREE WITH YOU THAT THE IDENTIFIABLE RISK

10  FACTORS FOR MOST PATIENTS, SOME PATIENTS DEVELOP WITH HEART

11  ATTACKS THAT WE DON'T THINK HAVE TRADITIONAL RISK FACTORS.

12  THAT'S TRUE.

13  **Q.**   WOULD YOU AGREE, SIR, THAT AS MANY AS 50 PERCENT OF PEOPLE

14  WITH HEART ATTACKS HAVE NO IDENTIFIABLE TRADITIONAL RISK

15  FACTORS?

16  **A.**   AGAIN, I THINK I'VE ASKED THAT -- ANSWERED THAT.  I SAID

17  THAT NUMBER IS CERTAINLY ONE THAT YOU COULD SAY IS AN ACCURATE

18  NUMBER, BUT THE CAVEAT TO THAT IS THE FACT THAT WHEN WE SAY

19  NORMAL RISK FACTORS, NO RISK FACTORS, WE'RE TALKING IN THE

20  CHOLESTEROL LEVELS THAT NOW NO ONE WOULD AGREE ARE NORMAL IF

21  THEY ARE ELEVATED.  THEY NEED TO BE MUCH LOWER THAN THAT.  SO

22  WITH THAT -- WITH THAT CAVEAT, YES.

23  **Q.**   I WANT TO WRITE THIS DOWN SO I MAKE SURE I HAVE IT RIGHT.

24  DO YOU AGREE, SIR, THAT WITH THE CAVEAT THAT YOU JUST GAVE, AS

25  MANY AS 50 PERCENT OF PEOPLE WHO HAVE HEART ATTACKS HAVE NO

1402

1    TRADITIONAL RISK FACTORS?

2    **A.**   I CAN'T SEE WHAT YOU'VE WRITTEN, BUT I'LL ASSUME --

3    **Q.**   I'VE JUST WRITTEN YOUR NAME, AND I'M GOING TO WRITE RIGHT

4    NOW WHETHER YOU AGREE WITH THIS STATEMENT:  50 PERCENT OF

5    PEOPLE WHO HAVE HEART ATTACKS HAVE NO TRADITIONAL RISK FACTORS.

6    **A.**   SO, AS I SAID, THAT STATEMENT IS QUALIFIED BY TRADITIONAL

7    RISK FACTORS THAT MOST PEOPLE WOULD GET BACK A CHOLESTEROL

8    PANEL THAT SAYS NORMAL, BUT IT'S NOT NORMAL; IT'S ELEVATED.

9            SO WE COULD ALWAYS LOWER THE CHOLESTEROL ON THOSE

10   PATIENTS.  SO, WITH THAT CAVEAT, WE COULD SAY THAT, YES, BY

11   NORMAL, QUOTE, UNQUOTE, LDL CHOLESTEROLS, THEY WOULDN'T BE

12   DEEMED AS HAVING HIGH RISK.  ALL OF THAT IS BEING CHANGED NOW

13   AS WE BEGIN TO TREAT CHOLESTEROL AND IDENTIFY CHOLESTEROL MORE

14   AGGRESSIVELY.

15   **Q.**   MAY I PUT HERE, SIR, THAT 50 PERCENT OF PATIENTS WHO HAD

16   HEART ATTACKS HAVE NO TRADITIONAL RISK FACTORS?

17   **A.**   SURE.  WITH ALL OF THE CAVEATS THAT I SAID TODAY, SURE.

18   **Q.**   AND SO THAT I'M COMPLETELY ACCURATE, CAN YOU GIVE ME A

19   SHORTHAND WAY OF INCLUDING YOUR CAVEAT?  WHAT'S A SHORT WAY OF

20   DESCRIBING IT?

21   **A.**   ALTHOUGH NORMAL CHOLESTEROL, QUOTE, UNQUOTE, NORMAL

22   CHOLESTEROL IS NO LONGER NORMAL.

23           **THE COURT:**  YOU NEED TO TELL HIM WHAT YOU WROTE OR

24   SHOW IT TO HIM.

25           **MR. GOLDMAN:**  I WILL.

DAILY COPY

1   BY MR. GOLDMAN:

2   Q.   ALTHOUGH NORMAL CHOLESTEROL IS WHAT?

3   A.   NOT NORMAL.  I MEAN, I WAS JUST TRYING TO THINK OF A QUICK

4   WAY TO SAY THAT.

5   Q.   I WROTE DOWN, DR. POPMA, "50 PERCENT OF PATIENTS WHO HAVE

6   HAD HEART ATTACKS HAVE NO RISK FACTORS," AND THEN IN

7   PARENTHESIS I HAVE "ALTHOUGH NORMAL CHOLESTEROL IS NOT NORMAL."

8   A.   THAT'S FAIR ENOUGH.

9   Q.   YOU'VE TREATED MANY PATIENTS, HAVEN'T YOU, SIR, WHO HAVE

10  HAD HEART ATTACKS AND HAVE ONLY HAD FAMILY HISTORY AS A RISK

11  FACTOR?

12  A.   THAT'S CORRECT.

13  Q.   YOU'VE TREATED PATIENTS WHO HAVE HAD HEART ATTACKS WHOSE

14  ONLY RISK FACTOR WAS HIGH CHOLESTEROL; TRUE?

15  A.   THAT'S CORRECT.

16  Q.   IN FACT, IT'S NOT UNUSUAL AT ALL FOR YOU TO SEE A PATIENT

17  WHO'S HAD A HEART ATTACK AND HAS EITHER HIGH CHOLESTEROL OR

18  FAMILY HISTORY AS RISK FACTORS?

19  A.   THAT'S CORRECT.

20  Q.   ISN'T IT ALSO TRUE, SIR, THAT, IN ADDITION TO THE

21  50 PERCENT OF PATIENTS WHO HAVE HAD HEART ATTACKS AND HAVE NO

22  RISK FACTORS, THERE IS ANOTHER 25 PERCENT WHO HAVE HAD HEART

23  ATTACKS AND THEIR RISK FACTORS ARE UNDER CONTROL?

24  A.   THAT'S CORRECT.

25  Q.   I'M WRITING DOWN "25 PERCENT OF PATIENTS WHO HAD HEART

1   ATTACKS HAVE THEIR RISK FACTORS CONTROLLED."

2   **A.**   AGAIN, WITH THE SAME CAVEAT THAT OUR TREATMENT GOALS, AS

3   WE'VE DISCUSSED FOR HOURS IN DEPOSITION, THE GOALS FOR

4   TREATMENT OF CHOLESTEROL HAVE CHANGED.  SO IT WOULD BE THE SAME

5   CAVEAT THAT NOW WE HAVE MUCH MORE AGGRESSIVE TARGETS.  SO IF

6   YOU JUST WANT TO ARROW DOWN THERE JUST FOR SIMPLICITY, THAT

7   WOULD BE FINE.

8   **Q.**   I'LL JUST PUT "SAME CAVEAT."

9   **A.**   SURE.

10  **Q.**   WOULD YOU AGREE, SIR, THAT FOR MR. BARNETT, WHO DID HAVE

11  RISK FACTORS, BEING MALE WAS ONE OF THEM?

12  **A.**   YES.

13  **Q.**   THE FACT THAT MR. BARNETT WAS 56 YEARS OLD AT THE TIME OF

14  HIS HEART ATTACK WAS ALSO A RISK FACTOR; TRUE?

15  **A.**   YES, IT WAS.

16  **Q.**   AND THE RISK OF HAVING A HEART ATTACK GOES UP WITH AGE,

17  DOESN'T IT, SIR?

18  **A.**   IT DOES.

19  **Q.**   IN FACT, YOU TESTIFIED AND YOU REFERRED TO A STUDY BY

20  DR. NISSEN THAT 85 PERCENT OF PEOPLE HAD SIGNIFICANT PLAQUE

21  BUILDUP BY AGE 50; IS THAT ABOUT RIGHT?

22  **A.**   WELL, AGAIN, WHAT I'VE TALKED ABOUT AS WE WENT THROUGH --

23  AND THIS I'M HAPPY TO ANSWER QUESTIONS ON IT -- IS THE PLAQUE

24  NARROWING OF .5 MILLIMETERS, WHICH IS 20 PERCENT OF THE VESSEL

25  THAT FILLS UP WITH ATHEROSCLEROTIC PLAQUE, IS AN IMPORTANT

1    BUILDUP, BUT WE HAD TO DIFFERENTIATE WHICH PATIENTS THEN HAD
2    CLINICALLY IMPORTANT BLOCKAGES BY HAVING A PROBLEM WITH THE
3    BLOOD FLOW WHEN THEY WOULD EXERCISE.
4             SO THE TWO CONCEPTS ARE THAT, YES, ALL THE THINGS
5    THAT YOU'RE TALKING ABOUT ARE ABSOLUTELY THE CASE FOR BUILDUP
6    OF CHOLESTEROL AND PLAQUE.  I THINK THAT'S TRUE.  BUT MANY OF
7    THESE PATIENTS DIDN'T HAVE MR. BARNETT'S EXERCISE TEST.
8    Q.   AND I'M NOT ASKING ABOUT MR. BARNETT'S EXERCISE TEST RIGHT
9    NOW.  WE'LL GET TO MR. BARNETT.  OKAY?  I'M ASKING JUST IN
10   GENERAL, WOULD YOU AGREE, SIR, THAT 85 PERCENT OF THE
11   POPULATION AT AGE 50 HAS SIGNIFICANT PLAQUE BUILDUP, ACCORDING
12   TO DR. NISSEN'S TESTIMONY?
13   A.   LET'S DEFINE SIGNIFICANT FOR PURPOSES OF THE QUESTION AS
14   .5 MILLIMETERS OF LUMEN NARROWING.
15   Q.   OKAY.  WHAT'S THE LUMEN?
16   A.   THAT'S THE CENTER PORTION OF THE ARTERY, WHERE THE BLOOD
17   FLOWS THROUGH IT.  SO WHEN THERE IS MORE THAN HALF A MILLIMETER
18   OR SO OF BUILDUP IN THE PLAQUE, WE CAN CALL IT SIGNIFICANT, AND
19   THAT'S WHAT THAT STUDY SHOWS.
20   Q.   DO YOU AGREE, SIR, THAT MR. BARNETT'S AGE WAS A
21   CONTRIBUTING FACTOR FOR THE ATHEROSCLEROSIS THAT HE HAD AS OF
22   THE TIME OF HIS HEART ATTACK?
23   A.   I DO.
24   Q.   AND AGE CONTINUES TO BE A RISK FACTOR FOR MR. BARNETT,
25   DOESN'T IT?

1    A.   IT DOES, BUT HE HASN'T HAD THAT MANY YEARS TO CAPTURE THE

2    AGE.  IT'S ONLY BEEN SIX YEARS SINCE ALL OF THIS STARTED.  SO

3    WHEN WE TALK ABOUT THE -- YOU KNOW, THE RISK FACTORS WITH AGE,

4    WE'RE TALKING ABOUT DECADES OVER TIME.

5           SO IS HE AT HIGHER RISK FOR CHOLESTEROL BUILDUP TODAY

6    THAN HE WAS BEFORE?  A LITTLE BIT, BUT NOT AS MUCH AS HE MIGHT

7    BE IF HE WERE 70 OR 80 YEARS OLD.

8    Q.   WOULD YOU AGREE, THOUGH, SIR, THAT AGE TODAY,

9    MR. BARNETT'S AGE, CONTINUES TO BE A RISK FACTOR FOR

10   MR. BARNETT?

11   A.   YES.

12   Q.   AND THAT'S A RISK FACTOR, JUST LIKE HIS GENDER AND HIS

13   FAMILY HISTORY, THAT HE CAN'T CONTROL?

14   A.   THAT'S RIGHT.  AGAIN, IT'S ARGUABLE WHETHER THERE IS

15   FAMILY HISTORY.  BUT FOR THE PURPOSES OF THIS DISCUSSION, YOU

16   KNOW, LET'S SAY THAT HIS DAD HAD A HEART ATTACK AT SOME POINT

17   IN HIS LIFE.

18   Q.   WELL, YOU KNOW HIS DAD HAD A HEART ATTACK AT SOME POINT IN

19   HIS LIFE.

20   A.   THAT'S CORRECT.

21   Q.   HE HAD TWO HEART ATTACKS.

22   A.   BUT WHAT WE DON'T KNOW IS THE EXACT AGE.

23   Q.   WELL, MR. BARNETT -- AT LEAST, MR. BARNETT'S FATHER HAD

24   HIS FIRST HEART ATTACK, ACCORDING TO ONE MEDICAL RECORD, AT AGE

25   55.  DID YOU SEE THAT IN YOUR REVIEW OF THE MEDICAL RECORDS?

1    A.    THAT'S WHAT I'M TALKING ABOUT.   THE DISCREPANCY IS THAT

2    ONE TIME IT WAS NOTED AT 55 AND ONE TIME IT WAS NOTED AT 62.

3    BUT AS I SHOWED YOU ON THAT ADULT TREATMENT PANEL GUIDELINE,

4    THE CRITERIA FOR A RISK FACTOR WAS LESS THAN 55.

5          SO, YOU KNOW, LET'S NOT GET BOGGED DOWN WITH A LOT OF

6    DETAILS.   HE WASN'T LESS THAN 55, HE WAS 55, AT THE TIME OF HIS

7    FIRST HEART ATTACK.   OR 62.   BUT LET'S SAY THAT HE HAD SOME

8    FAMILIAL PREDISPOSITION TO HEART DISEASE THAT HE CAN'T CHANGE.

9    SO I DON'T THINK IT'S A RELEVANT POINT AT THIS POINT IN TIME.

10   Q.    WAS MR. BARNETT'S FAMILY HISTORY A RISK FACTOR FOR THE

11   INITIAL DEVELOPMENT OF CORONARY ARTERY DISEASE THAT EXISTED IN

12   HIS BODY AS OF JANUARY OF 2000?

13   A.    NOT BY THE CRITERIA USED STRICTLY BY THE ATP3 OR ANOTHER

14   CRITERIA THAT HAS BEEN USED.   BUT TO MOVE THE DISCUSSION ALONG,

15   LET'S JUST SAY THAT THE DICHOTOMOUS PIECE AT 55 IS SOMETHING

16   THAT'S IN THE BALLPARK, AND LET'S JUST SAY THAT HIS FATHER HAS

17   A HEART ATTACK, SO MAYBE HE HAS A RISK FACTOR.

18   Q.    I'M GOING TO HAND YOU ONE OF YOUR --

19   A.    YOU DON'T HAVE TO.   I KNOW WHAT YOU'RE GOING TO SAY.

20   Q.    WHAT AM I GOING TO SAY?

21   A.    YOU'RE GOING TO SAY THAT, IN ONE DEPOSITION, I SAID THE

22   RISK FACTOR WAS LESS THAN 50 AND, IN ANOTHER DEPOSITION, I SAID

23   IT WAS LESS THAN 45.

24   Q.    NO.   SOMETHING ELSE.

25   A.    OKAY.   GOOD.

1   Q.   BUT I'LL ASK THAT ONE.

2   A.   THAT'S A GOOD QUESTION TO ASK.

3   Q.   DIRECTING YOUR ATTENTION, SIR, THIS IS IN YOUR DEPOSITION

4   JUNE 13, 2006.

5   A.   THAT'S CORRECT.

6   Q.   AT PAGE 401?

7   A.   YES.

8   Q.   LINE 2 THROUGH 10.  WERE YOU ASKED THIS QUESTION AND DID

9   YOU GIVE THIS ANSWER:

10          "Q.  SO WHILE HIS FAMILY HISTORY MIGHT NOT BE AS

11       GREAT AS SOMEBODY WHO HAD A FIRST-DEGREE RELATIVE UNDER

12       THE AGE OF 45 WITH SYMPTOMATIC CORONARY ARTERY DISEASE, DO

13       YOU BELIEVE THAT FAMILY HISTORY WAS A RISK FACTOR AT ALL

14       FOR MR. BARNETT?"

15          "A.  IN THE DEVELOPMENT OF HIS INITIAL CORONARY

16       ARTERY DISEASE IN 2000, I DO."

17          DID YOU GIVE THAT TESTIMONY, SIR?

18   A.   YEAH.  THIS WAS THE QUESTION I WAS TALKING ABOUT.  SO I

19   DID, YES.

20   Q.   OBVIOUSLY, CHOLESTEROL, WHICH YOU TALK A LOT ABOUT TODAY,

21   IS A RISK FACTOR FOR THE FORMATION OF ATHEROSCLEROSIS AND HEART

22   ATTACK; RIGHT?

23   A.   LDL CHOLESTEROL, SURE, YES.

24   Q.   AND LDL CHOLESTEROL, YOU TALKED ABOUT, THAT'S THE BAD

25   CHOLESTEROL --

1    **A.**   THAT'S CORRECT.

2    **Q.**   -- YOU DON'T WANT.  THEN THERE IS THE HDL CHOLESTEROL, AND

3    WE ACTUALLY WANT MORE OF THAT TO SORT OF COMBAT OR FIGHT OFF

4    THE LDL; IS THAT CORRECT?

5    **A.**   THAT'S CORRECT.

6    **Q.**   SO IF PATIENTS HAVE LOW HDL LEVELS, THAT'S ALSO A RISK

7    FACTOR FOR A HEART ATTACK; TRUE?

8    **A.**   IT IS.  BUT IN THE CIRCUMSTANCE OF THE LDL/HDL RATIO, YOU

9    WANT A BALANCE.  SO WE ALSO USE AN INDEX WHERE WE EITHER USE

10   THE TOTAL CHOLESTEROL HDL RATIO OR THE LDL AND HDL RATIO AND

11   SAY WHAT'S THE BALANCE.

12           FOR EXAMPLE, YOU CAN HAVE A LOW HDL CHOLESTEROL BY

13   RANGE OF 35.  BUT IF YOUR LDL CHOLESTEROL IS ALSO VERY, VERY

14   LOW, THEN YOU'RE ACTUALLY NOT AT MUCH RISK BECAUSE YOU'RE NOT

15   PUTTING MUCH OUT THERE, BUT YOU DON'T NEED MUCH TO GRAB BACK

16   IN.  SO, IN THAT SETTING, IT'S A BALANCE, AND SOME PHYSICIANS

17   USE A RATIO.

18   **Q.**   IS ONE OF YOUR GOALS AS A CARDIOLOGIST, SIR, TO GET YOUR

19   PATIENTS TO TRY TO GET THEIR HDL LEVELS AS HIGH AS THEY CAN --

20   **A.**   YES.

21   **Q.**   -- SO THEY PREVENT THE PROGRESSION OF ATHEROSCLEROSIS AND

22   A HEART ATTACK?

23   **A.**   YES.  BUT UNLIKE LDL CHOLESTEROL THAT HAD MEDICINES THAT

24   EASILY LOWER THE LDL CHOLESTEROL TO 50 AND 60 PERCENT, 80

25   PERCENT, LOWER RANGES, WE DON'T HAVE AS EFFECTIVE THERAPIES FOR

 1  RAISING THE HDL, AT LEAST AT THE CURRENT TIME.

 2  **Q.**   WOULD YOU AGREE THAT MR. BARNETT HAD CHOLESTEROL PROBLEMS

 3  PRIOR TO JANUARY OF 2000, WHEN HE WAS DIAGNOSED WITH ISCHEMIA?

 4  **A.**   YES.  I BELIEVE I STATED THAT.

 5  **Q.**   AND ISCHEMIA, AGAIN, IS REDUCED BLOOD FLOW; RIGHT?

 6  **A.**   IT IS, YES.

 7  **Q.**   IS IT TRUE THAT MR. BARNETT, BEFORE JANUARY OF 2000, HAD

 8  SUBSTANTIAL ELEVATIONS OF LDL CHOLESTEROL?

 9  **A.**   I THINK THAT WE SAID VERY HIGH, AND IF "SUBSTANTIAL" IS

10  VERY HIGH, FOR THE LDL CHOLESTEROL OF 198, THEN I THINK THAT'S

11  THE TERM.

12          I TRIED TO PROVIDE A SYNTAX FOR TERMINOLOGY SO WE

13  COULD ALL USE THE SAME TERMINOLOGY, SO IF VERY HIGH IS

14  SUBSTANTIAL, I THINK THAT'S A REASONABLE STATEMENT, YES.

15  **Q.**   YOU TALKED ABOUT HOW MR. BARNETT STARTED ON LIPITOR, WHICH

16  IS A STATIN AT SOME POINT IN 2000; RIGHT?

17  **A.**   THAT'S CORRECT.

18  **Q.**   AND THE HOPE WAS THAT, BY TAKING THIS STATIN, LIPITOR, HIS

19  CHOLESTEROL LEVELS WOULD GO DOWN AND MAYBE HE WOULD PROLONG A

20  POTENTIAL HEART ATTACK OR AVOID ONE; RIGHT?

21  **A.**   THAT'S THE -- THAT'S THE IDEA FOR USING LIPITOR, YES.

22  **Q.**   BUT ISN'T IT TRUE, SIR, THAT GETTING CHOLESTEROL UNDER

23  CONTROL DOES NOT WIPE OUT THE PLAQUE THAT'S BUILT UP IN

24  MR. BARNETT'S ARTERIES OVER TIME?

25  **A.**   WELL, NOT AT THE LEVEL OF THE HUNDRED THAT WE HAD BETWEEN

1   THE TIME FROM WHEN HE STARTED IT TO THE 2002 TIME FRAME.  BUT

2   WE'VE ALREADY, I THINK, DISCUSSED THAT, LATER THAN THAT, WHEN

3   YOU GET THE CHOLESTEROL LEVEL BELOW 60 OR 70, YOU ACTUALLY DO

4   REGRESS THE ATHEROSCLEROTIC PLAQUE.

5   Q.   WELL, MR. BARNETT GOT HIS LDL LEVELS BELOW 70, I BELIEVE,

6   FOR THE FIRST TIME IN OCTOBER OF 2005; IS THAT RIGHT?

7   A.   MAYBE WE COULD PUT BACK UP THE CHART.

8   Q.   OKAY.  CAN YOU PUT UP THE LDL?

9   A.   BECAUSE I THINK I READ THOSE LEVELS INTO THE RECORD, BUT

10  MAYBE IT WOULD BE JUST EASIER TO LOOK AT THESE.

11          SO DECEMBER 10, 2003, HE GOT HIS LDL CHOLESTEROL UP

12  TO 70.

13  Q.   OKAY.  IT LOOKS LIKE HE HAD 70 ONCE IN 2003; RIGHT?

14  A.   CORRECT.

15  Q.   AND HE HAD 64 ONCE IN MAY 5 OF 2004; RIGHT?

16  A.   CORRECT.

17  Q.   AND THEN HE DIDN'T GET BELOW 70 UNTIL OCTOBER OF 2005;

18  TRUE?

19  A.   SO HE WOULDN'T BE ACTUALLY REGRESSING PLAQUE UNTIL --

20  Q.   HE WOULD NOT BE?

21  A.   -- UNTIL DECEMBER -- UNTIL OCTOBER OF 2005.

22          OR, ACTUALLY, LET ME TAKE THAT BACK.  WHEN HE -- THE

23  DECEMBER 2003 IS A GOOD LEVEL FOR REGRESSING.  THE MAY 5,

24  2000 --

25  Q.   WAIT.  I'M SORRY.  THE DECEMBER WHAT?

1   A.    THE DECEMBER 10.  70 TO 78 IS A GOOD LEVEL FOR REGRESSING.

2   Q.    AND WHAT DO YOU BASE THAT STATEMENT?

3   A.    THAT WAS BASED ON THE REVERSAL TRIAL THAT I SHOWED EARLIER

4   WHERE, IN PATIENTS WHO ARE TAKING A TOUR OF STATIN, THEY GOT

5   THEIR LDL CHOLESTEROL BETWEEN 75 AND 80.

6   Q.    BUT --

7   A.    AND WITH THAT, THERE WAS PLAQUE REGRESSION.

8   Q.    NO.  ACTUALLY, IN THAT STUDY, I THINK THE PLAQUE

9   PROGRESSION SLOWED DOWN.  THERE WAS NO REVERSAL OF PLAQUE IN

10  THE REVERSAL STUDY, WAS THERE?  THAT'S SORT OF AN ODD NAME FOR

11  A STUDY THAT DOESN'T DESCRIBE WHAT ACTUALLY HAPPENED.

12  A.    IT'S COMES TO WHETHER ONE USES THE MEDIAN OR THE MEAN

13  VALUES, AND I THINK WE CAN PULL UP THE ARTICLE IF YOU WANT TO.

14  BUT THE MEDIAN VALUE ACTUALLY SHOWED THAT THERE WAS REGRESSION.

15         WE HAVE SUBSEQUENTLY HAD ANOTHER STUDY BY STEVE

16  NISSEN, WHICH I THINK WE'VE TALKED ABOUT BEFORE, CALLED THE

17  ASTEROID STUDY, WHERE, WITH ANOTHER DRUG, THERE WAS ACTUALLY

18  MUCH LOWER REGRESSION.

19         SO I THINK THAT WHEN WE TALK ABOUT THESE TRIALS, WE

20  HAVE TO TALK ABOUT RANGES OF WHAT'S HAPPENING WITH

21  ATHEROSCLEROTIC PLAQUE.  AND AT LEAST BY INTRAVASCULAR

22  ULTRASOUND, THESE PLAQUES FREEZE AND DON'T GET WORSE AT THE

23  LEVEL OF LDL CHOLESTEROLS THAT WE HAVE ACHIEVED IN MR. BARNETT.

24  Q.    I AM MARKING FOR IDENTIFICATION PURPOSES ONLY THE ASTEROID

25  STUDY THAT YOU JUST REFERRED TO --

1   **A.**   YES.

2   **Q.**   -- AS DEFENSE EXHIBIT 3064.

3           **MR. GOLDMAN:**  CAN I APPROACH, JUDGE?

4           **THE COURT:**  YES.

5   **BY MR. ROBINSON:**

6   **Q.**   THIS IS THE STUDY, SIR, THAT YOU TOLD THIS JURY SHOWS THAT

7   MR. BARNETT'S PLAQUE SHOULD HAVE REGRESSED; RIGHT?  ACCORDING

8   TO THE STUDY.

9   **A.**   WHEN THE LDL -- YES, IN -- I CAN PROVIDE A BACKUP SLIDE

10  THAT WHEN THE LDL CHOLESTEROL ACHIEVED 60 MILLIGRAMS PER

11  DECILITER, THAT THERE IS ACTUALLY REGRESSION OF ATHEROSCLEROTIC

12  PLAQUE.

13  **Q.**   AND THAT'S AN IMPORTANT DISTINCTION, RIGHT, BECAUSE,

14  OBVIOUSLY, THE LOWER YOUR LDL, THE BETTER YOUR CHANCES ARE OF

15  EITHER DELAYING THE PROGRESSION OF ATHEROSCLEROSIS OR, AT LEAST

16  IN THIS ONE STUDY, IF YOU ACHIEVE AN LDL OF 60 FOR A

17  LONG-ENOUGH PERIOD OF TIME, MAYBE YOU WOULD SEE SOME

18  REGRESSION.  IS THAT FAIR TO SAY?

19  **A.**   YES.

20  **Q.**   NOW, IN THIS STUDY, WHICH I'LL CALL OUT --

21  **A.**   CAN YOU GO TO TABLE 3.

22  **Q.**   I WILL GO TO TABLE 3.  LET ME JUST FIRST IDENTIFY IT.

23           THIS IS THE "EFFECT OF VERY HIGH-INTENSITY STATIN

24  THERAPY ON REGRESSION OF CORONARY ATHEROSCLEROSIS."  AND HERE

25  IS DR. NISSEN.  THAT'S THE STUDY YOU'VE BEEN TALKING ABOUT;

1    RIGHT?

2    **A.**    CORRECT.

3    **Q.**    NOW, BEFORE I GET TO TABLE 3, SIR, I WANT TO MAKE SURE

4    THAT WE UNDERSTAND THAT THE STATIN IN THIS PARTICULAR STUDY WAS

5    NOT LIPITOR; IS THAT TRUE?

6    **A.**    YES, THAT'S CORRECT.

7    **Q.**    THE STATIN THAT WAS USED, IF YOU LOOK HERE UNDER --

8    **A.**    ROSUVASTATIN.

9    **Q.**    AND ROSUVASTATIN IS THE CHEMICAL NAME FOR THE MOST RECENT

10   STATIN THAT'S COME TO MARKET; RIGHT?

11   **A.**    THAT'S CORRECT.

12   **Q.**    CRESTOR?

13   **A.**    YES.

14   **Q.**    AND THE 40-MILLIGRAM DOSE THAT'S HERE FOR CRESTOR, THAT'S

15   FOUR TIMES THE RECOMMENDED DOSE FOR CRESTOR, ISN'T IT?

16   **A.**    IT'S A HIGH DOSE, YES.

17   **Q.**    ACTUALLY, IT SAYS "VERY HIGH-INTENSITY STATIN THERAPY."

18   THAT'S THE TITLE OF THE ARTICLE; RIGHT?

19   **A.**    THE POINT OF IT IS, IF THE -- IF LDL REDUCTION THAT WAS

20   ACHIEVED WAS 61 MILLIGRAMS PER DECILITER, WHICH IS MY POINT.

21   **Q.**    NOW, CRESTOR SERVES AS A CONTROVERSIAL STATIN, ISN'T IT?

22   **A.**    YES, IT IS.

23   **Q.**    IT'S CONTROVERSIAL BECAUSE, WHEN IT CAME TO MARKET, THERE

24   WERE LOTS OF PEOPLE WHO FELT THIS IS TOO POWERFUL OF A STATIN,

25   TOO STRONG OF A STATIN, TO EXPOSE PATIENTS TO BECAUSE OF

1  POTENTIAL SIDE EFFECTS.  ARE YOU FAMILIAR WITH THAT?

2  **A.**   YEAH.  I USE CRESTOR ON MY PATIENTS, SO...

3  **Q.**   AND YOU KNOW THEN, AND YOU WARN YOUR PATIENTS, THAT ONE

4  POTENTIAL SIDE EFFECT OF CRESTOR IS A MUSCLE DEGENERATION

5  CONDITION CALLED RHABDOMYOLYSIS; RIGHT?

6  **A.**   THAT'S CORRECT.  RIGHT.

7  **Q.**   AND RHABDOMYOLYSIS IS SOMETHING THAT OCCURS WHEN YOUR

8  MUSCLES GET INJURED AND THEN THERE IS SOME LEAKAGE IN THE

9  BLOODSTREAM OF SOMETHING CALLED CK; AND IF IT'S BAD ENOUGH, IT

10 CAN TRAVEL THROUGH THE BLOODSTREAM INTO THE KIDNEY; AND IF IT'S

11 BAD ENOUGH, IT CAN CAUSE RENAL FAILURE AND DEATH.  RIGHT?

12 **A.**   BUT NONE OF THOSE HAS TO DO WITH THE LDL CHOLESTEROL

13 RATIO.

14 **Q.**   NO.  BUT WHAT THAT DOES HAVE TO DO WITH IS THAT CRESTOR,

15 THE CONCERN ABOUT CRESTOR COMING TO MARKET WAS THAT IT WOULD

16 EXPOSE PATIENTS TO A HIGHER RISK OF RHABDOMYOLYSIS, FOR

17 EXAMPLE?

18 **A.**   BUT A VERY POWERFUL LDL CHOLESTEROL REDUCTION.

19 **Q.**   WELL, THAT'S THE BENEFIT, AND THE SIDE EFFECT IS A HIGHER

20 EXPOSURE TO ANOTHER POTENTIALLY DEADLY DISEASE:

21 RHABDOMYOLYSIS?

22 **A.**   I'M NOT -- I'M NOT SURE.  THIS IS A VERY FUNNY LINE OF

23 QUESTIONING.  EVERY DRUG THAT WE GIVE HAS A POTENTIAL SIDE

24 EFFECT TO IT.

25          THE POINT OF THIS DRUG, OF CRESTOR, WAS THAT IT WAS

1   ABLE TO LOWER THE LDL CHOLESTEROL DOWN TO 60.  THE CONCLUSIONS

2   OF DR. NISSEN'S STUDY WERE THAT VERY HIGH-INTENSITY STATIN

3   THERAPY, USING ROSUVASTATIN ACHIEVED AN AVERAGE LDL CHOLESTEROL

4   OF 60.8 MILLIGRAMS PER DECILITER.  IT READS ON:  "RESULTING IN

5   SIGNIFICANT REGRESSION OF ATHEROSCLEROSIS FOR ALL THREE

6   PREDEFINED IVUS MEASURES OF DISEASE BURDEN."

7          SO MY ONLY POINT, MR. GOLDMAN, IS THAT WHEN ONE IS

8   ABLE, BY WHATEVER MECHANISM, BY ATORVASTATIN, LIPITOR, OR BY

9   ZOCOR, TO ACHIEVE THESE VERY LOW LEVELS OF LDL, THAT THOSE ARE

10  ASSOCIATED WITH REGRESSION OF PLAQUE.

11  **Q.**   BUT IT'S TRUE, ISN'T IT, DR. POPMA, THAT YOU NEED TO BE AT

12  A LEVEL OF 60 FOR A LOT LONGER THAN JUST ONE, TWO, OR THREE

13  READINGS; TRUE?

14  **A.**   THE LONGER YOU'RE DOWN AT THAT LEVEL, THE BETTER OFF YOU

15  ARE, YES.

16  **Q.**   IN FACT, IN THIS STUDY, THE PATIENTS WHO ACHIEVE A

17  SIGNIFICANT REGRESSION IN ATHEROSCLEROSIS WERE TAKING CRESTOR

18  AT THE HIGHEST DOSE, AND THEIR LDL WAS 60.8 FOR AN AVERAGE OF

19  TWO WHOLE YEARS?

20  **A.**   THAT'S CORRECT.

21  **Q.**   MR. BARNETT NEVER ACHIEVED AN LDL LEVEL OF 60 FOR TWO

22  YEARS, DID HE, SIR?

23  **A.**   NO.  I'M -- IF YOU GO BACK TO THE GRAPH, TO THE CHART OF

24  THE CHOLESTEROL.

25  **Q.**   YES.  WELL, I WILL -- I'LL DO THAT --

1    **A.**   THE POINT IS, THIS IS A GRADATION.  SO, YOU KNOW, WE HAVE

2    "BAD" THAT'S IN THE UPPER LEFT-HAND CORNER.  THEN, AT 100, WE

3    KNOW FROM THE REVERSAL TRIAL AND OTHERS THAT YOU ACTUALLY

4    MARKEDLY SLOW THE PROGRESSION, 2 PERCENT PLAQUE-WIDE GROWTH

5    PROGRESSION.  YOU REALLY SLOW IT DOWN.  AND WHEN YOU GET TO

6    THESE VERY, VERY LOW LEVELS, YOU CAN ACTUALLY REGRESS THE

7    PLAQUE.

8            THAT'S GREAT NEWS FOR MR. BARNETT BECAUSE I THINK,

9    FOR ALL INTENTS AND PURPOSES, HE'S GOING TO STAY ON THAT LOW

10   LEVEL OF CHOLESTEROL REDUCTION.  I THINK THAT WOULD BE GOOD.

11   **Q.**   THE HOPE IS THAT MR. BARNETT, NOW THAT HE'S ON THE HIGHEST

12   DOSE OF LIPITOR AND HE'S TAKING ZETIA, THAT HE'LL BE ABLE TO

13   MAINTAIN A LOW LEVEL OF CHOLESTEROL GOING FORWARD AND MAYBE

14   SOME OF HIS PLAQUE WILL REGRESS?

15   **A.**   HE'S GOING TO BECAUSE HE'S GOT VERY ADVANCED DISEASE NOW.

16   **Q.**   BUT PRIOR TO MR. BARNETT'S HEART ATTACK, ISN'T IT TRUE

17   THAT HE DIDN'T HAVE HIS CHOLESTEROL AT 60, DID HE, SIR?

18   **A.**   NO, HE DID NOT.  PLUS HE HAD PLAQUE WITHIN THE VESSELS

19   THAT WAS PROBABLY GROWING.

20   **Q.**   MY QUESTION --

21   **A.**   AND BY THE EXERCISE STRESS TEST, HE DIDN'T HAVE ANY MAJOR

22   BLOCKAGES THAT WERE CAUSING A PROBLEM WITH HIS EXERCISE

23   TOLERANCE.

24   **Q.**   MY QUESTION, SIR, WAS WHETHER MR. BARNETT HAD TWO YEARS OF

25   CHOLESTEROL AT 60 PRIOR TO THE TIME HE HAD HIS HEART ATTACK IN

1   SEPTEMBER OF 2002?

2   **A.**   NO, BUT HE HAD TWO YEARS -- NO, HE DID NOT.

3   **Q.**   AND MR. BARNETT DIDN'T HAVE TWO YEARS OF HIS LDL AT 60

4   PRIOR TO SEPTEMBER OF 2004 EITHER; RIGHT?

5   **A.**   THAT'S CORRECT.

6   **Q.**   CAN YOU PUT UP THE LDL CHART ONE MORE TIME?  WHAT DID YOU

7   WANT TO TALK ABOUT ABOUT THIS, DR. POPMA?

8   **A.**   ALL I WANTED TO MAKE IS NOTATION THAT OUR THERAPEUTIC

9   GUIDELINES CHANGED AROUND THIS PERIOD OF TIME ABOUT HOW MUCH WE

10  REALLY NEEDED TO LOWER THE CHOLESTEROL, AND WE DID A PRETTY

11  GOOD JOB OF GETTING HIM DOWN TO THE RANGE OF AN LDL CHOLESTEROL

12  OF 100, WHICH SHOULD MARKEDLY SLOW THE PROGRESSION OF THE

13  DISEASE.  AND I GAVE YOU THE NUMBER AS 2 PERCENT PLAQUE VOLUME

14  OVER THE 18 MONTHS.  SO A VERY, VERY LOW PROGRESSION.

15          AND THEN NOW, FORTUNATELY, WE'RE GETTING INTO THESE

16  RANGES OUT IN OCTOBER OF 2005 WHERE, IF HE CAN STAY AT THESE

17  LOW LEVELS, THERE SHOULD BE REGRESSION.

18          AND THERE IS CONTINUUM BETWEEN THE TIME OF NOT

19  PROGRESSING TO REGRESSING, WHERE THINGS STABILIZE.  WHAT I

20  WOULD STATE IS THAT, SOMEWHERE AROUND DECEMBER 2003, WE SEE A

21  CHANGE BETWEEN THE HUNDREDTHS AND THE 40S TO 60S, WHERE MOST OF

22  THOSE ARE IN THE 70-TO-80 RANGE, WHEN MOST OF THOSE SHOULD HAVE

23  STABILIZED.

24  **Q.**   DR. POPMA, WHEN YOU SAY "WE GOT HIS CHOLESTEROL DOWN," YOU

25  WERE NOT INVOLVED IN HIS CARE; RIGHT?

1    **A.**   YOU'RE CORRECT.  I MEANT "WE" AS THE MEDICAL PROFESSION.

2    **Q.**   DR. KARAVAN, WHO, YOU WILL AGREE, IS AN EXCEPTIONAL

3    CARDIOLOGIST, TOOK CARE OF MR. BARNETT; RIGHT?

4    **A.**   THAT'S CORRECT.

5    **Q.**   DID YOU PREPARE THIS EXHIBIT, SIR?

6    **A.**   I DID NOT.

7    **Q.**   HAVE YOU EVER REVIEWED THIS SLIDE THAT MR. ROBINSON USED

8    WITH YOU BEFORE YOUR TESTIMONY TODAY?

9    **A.**   LAST NIGHT.

10   **Q.**   WHAT TIME DID YOU GET IN LAST NIGHT?

11   **A.**   IT WAS LATE.  IT WAS 10:30 OR 11:00 OR SOMETHING.

12   **Q.**   AND DID YOU VERIFY WHEN YOU GOT TO THE HOTEL THAT THE

13   NUMBERS ON THIS SLIDE WERE ACCURATE?

14   **A.**   I DID GO THROUGH A NUMBER OF THE RAW DATA.  THIS WAS NOW

15   AROUND 1:00 OR 2:00 THIS MORNING.  BUT I WENT THROUGH AND WE

16   DID VERIFY, BASED ON THE CHARTS THAT YOU AND I HAVE GONE OVER

17   TOGETHER, THE NURSING NOTES CHARTS, THAT THOSE NUMBERS WERE IN

18   FACT CORRECT.

19   **Q.**   THE CHARTS THAT YOU AND I WENT OVER TOGETHER, THOSE WERE

20   CHARTS THAT THE PLAINTIFF'S LAWYERS HAD CREATED; RIGHT?

21   **A.**   THAT'S CORRECT.

22   **Q.**   DID YOU EVER VERIFY WHETHER THE CHARTS THAT YOU RELIED ON

23   CONTAINED ACCURATE INFORMATION?

24   **A.**   FOR SOME OF THE LEVELS, AND YOU AND I WENT OVER SOME OF

25   THOSE LEVELS.  BUT NOT FOR EVERY SINGLE VALUE, NO.

DAILY COPY

1   **Q.**   DO YOU SEE, SIR, THAT IF YOU LOOK AT AUGUST 5,

2   SEPTEMBER 13, AND OCTOBER 30 --

3   **A.**   WHICH YEAR?

4   **Q.**   -- OF 2002?

5   **A.**   YES.

6   **Q.**   DO YOU SEE HOW THOSE THREE READINGS ALL HAVE 101 --

7   **A.**   THAT'S CORRECT.

8   **Q.**   -- NEXT TO THEM?  DO YOU KNOW, SIR, THAT THAT ACTUALLY IS

9   ONE READING THAT'S RE -- ONE ACTUAL LDL TEST THAT'S REPEATED

10  TWO DIFFERENT TIMES IN THE MEDICAL RECORD?  SO IT'S REALLY ONE

11  READING, NOT THREE.

12  **A.**   OKAY.  I'LL ACCEPT THAT.

13  **Q.**   AND THERE ARE OTHER INSTANCES, SIR, WHERE -- IF YOU'LL

14  LOOK AT THE 76.4 HERE, SEPTEMBER 7, 2004 --

15  **A.**   YES.

16  **Q.**   -- AND NOVEMBER 11, 2004, THOSE ARE BOTH 76.  AND ARE YOU

17  AWARE, SIR, THAT THAT'S THE SAME LDL TEST THAT'S JUST REPEATED

18  TWICE IN THE MEDICAL RECORDS?

19  **A.**   SURE.  AND THE REASON THAT HAPPENS IS BECAUSE THESE WERE

20  PROBABLY EXTRACTED FROM THE PHYSICIAN'S RECORDS AND FROM THE

21  LAB VALUES THEMSELVES.  SO WHEN I GET A CHART, I'LL WRITE IT IN

22  THE CHART, AND THAT MAY HAVE BEEN DONE.  BUT I'M NOT AWARE OF

23  ANY INACCURATE RECORDINGS.  ARE YOU AWARE OF ANY INACCURATE

24  RECORDINGS?

25  **Q.**   WELL, YOU AGREE, SIR, THAT IT'S WRONG TO SAY THAT

1421

1    MR. BARNETT'S LDL WAS 76 ON NOVEMBER 11 WHEN HE DIDN'T HAVE A

2    LDL TEST THAT DAY?

3    **A.**   THAT'S A GOOD POINT, YES.

4    **Q.**   AND IT'S ALSO WRONG THAT, ON OCTOBER 30 AND ON

5    SEPTEMBER 13, MR. BARNETT'S LDL WAS 101 BECAUSE HE DIDN'T HAVE

6    A BLOOD TEST THAT DAY EITHER?

7    **A.**   SO WHAT YOU'RE ARGUING IS NOT THE MAGNITUDE OF THE

8    REDUCTION; YOU'RE ARGUING ABOUT THE FREQUENCY WITH WHICH THIS

9    WAS MEASURED?

10   **Q.**   I'M NOT ARGUING.  I'M JUST SAYING THAT FACTUALLY --

11   **A.**   SO --

12   **Q.**   -- THIS DOCUMENT --

13   **A.**   SO --

14   **Q.**   -- YOU TALKED TO THE JURY ABOUT IS NOT COMPLETELY ACCURATE

15   BECAUSE YOU KNOW THAT, FOR EXAMPLE, SEPTEMBER 13 AND OCTOBER 30

16   OF 2002 MR. BARNETT DIDN'T EVEN HAVE ANY BLOOD TESTS THAT DAY.

17   **A.**   BUT EVEN IF I HAD HALF THE VALUES -- I THINK YOUR POINT IS

18   WELL TAKEN, BUT EVEN IF I HAD HALF THE VALUES, I THINK I'D

19   STILL USE THE SAME TRENDS.  BUT YOUR POINT IS WELL TAKEN.

20   **Q.**   I THINK ANOTHER ONE -- AND I'M NOT SURE IF THIS IS ALL OF

21   THEM OR NOT, BUT I'LL ALSO POINT OUT THAT, IN 2005, THERE IS A

22   78.2 AND A 78 READING.  ARE YOU AWARE, SIR, THAT MR. BARNETT

23   DIDN'T HAVE ANY BLOOD TESTS ON MAY 17.  THAT WAS JUST A DOCTOR

24   REPEATING WHAT HE SAW ON THE--

25   **A.**   ON THE CHART.  IT'S A COMMON ISSUE, THAT'S CORRECT.  BUT

1422

1  IF WE TAKE AWAY HALF THE VALUES, I THINK THE TRENDS ARE STILL
2  THE SAME.
3  **Q.**   DO YOU AGREE, I'M SORRY, DR. POPMA, THAT STATIN THERAPY,
4  LIKE THE USE OF LIPITOR, ONLY REDUCES THE RISK OF HEART ATTACK
5  BY 30 PERCENT?
6  **A.**   I DO.
7  **Q.**   SO WHILE 30 PERCENT OF PEOPLE WHO TAKE STATINS, ASSUMING
8  THEY WORK, WILL HAVE THEIR HEART ATTACKS PREVENTED; 70 PERCENT
9  OF THE PEOPLE WILL NOT?
10 **A.**   WITH RESPECT TO HEART ATTACKS, THAT'S CORRECT.  BUT WE'RE
11 TALKING ABOUT REGRESSION AND PROGRESSION OF ATHEROSCLEROTIC
12 PLAQUE.
13 **Q.**   IS IT TRUE, SIR, THAT, FOR HEART ATTACKS, 30 PERCENT OF
14 THE PEOPLE WHO TAKE STATINS HAVE THEIR HEART ATTACKS PREVENTED
15 AND 70 PERCENT DO NOT?
16 **A.**   THAT'S CORRECT.
17 **Q.**   ISN'T IT TRUE THAT TENS OF THOUSANDS OF PEOPLE ON STATINS
18 EACH YEAR HAVE HEART ATTACKS EVEN THOUGH THEY MAY BE WORKING?
19 **A.**   BUT WHAT WE DON'T KNOW ON THOSE NUMBERS -- YES, YOU'RE
20 CORRECT, BUT THE EXPLANATION IS WE DON'T KNOW IN THIS NUMBER
21 HOW WELL ALL OF THEIR OTHER RISK FACTORS WERE MODIFIED.  MAYBE
22 THEY HAD DIABETES OR CONTINUED TO SMOKE.
23         SO YOU'RE CORRECT THAT PATIENTS WHO ARE STATIN
24 THERAPY STILL HAVE A FINITE RISK OF HAVING A HEART ATTACK, BUT
25 THEY MAY OR MAY NOT HAVE CHANGED ALL THE OTHER MODIFIABLE RISK

1    FACTORS THAT WE NEED TO TREAT.

2    **Q.**   IS IT TRUE, DR. POPMA, THAT YOU DON'T KNOW HOW MUCH

3    CHOLESTEROL CONTRIBUTED TO MR. BARNETT'S HEART ATTACK?

4    **A.**   I DON'T UNDERSTAND THE QUESTION.  I'LL SAY I DON'T KNOW

5    HOW MUCH --

6    **Q.**   YOU DON'T KNOW.  LET'S TAKE CHOLESTEROL AS A RISK FACTOR.

7    YOU DON'T KNOW HOW MUCH HIS CHOLESTEROL HAD CONTRIBUTED TO HIS

8    HEART ATTACK IN TERMS OF BEING A RISK FACTOR; TRUE?

9    **A.**   ARE YOU SUGGESTING THAT HE HAD NORMAL CORONARY ARTERIES

10   WHEN HE HAD HIS HEART ATTACK?  I DON'T KNOW HOW THEY ARE NOT

11   LINKED.

12           I DON'T THINK HE HAD NORMAL CORONARY ARTERIES AT THE

13   TIME OF HIS HEART ATTACK.

14   **Q.**   LET ME HAND YOU, SIR, YOUR DEPOSITION FROM JULY 29.

15           **MR. ROBINSON:**  FOR THE RECORD, YOUR HONOR, I THINK

16   THIS IS MAYBE HIS THIRD DEPOSITION.

17           **THE COURT:**  ALL RIGHT.

18           **THE WITNESS:**  WHAT PAGE WOULD YOU LIKE ME TO GO TO?

19   **BY MR. ROBINSON:**

20   **Q.**   634, LINE 21.

21           "Q.  CAN YOU TELL ME HOW MUCH AGE AND ELEVATED

22           CHOLESTEROL CONTRIBUTED TO MR. BARNETT'S MYOCARDIAL

23           INFARCTION?"

24           THAT'S ANOTHER WORD FOR HEART ATTACK; RIGHT?

25   **A.**   YES.

1        AND YOUR ANSWER WAS:

2        "A.  I CANNOT."

3        DID YOU GIVE THAT SWORN TESTIMONY ON JULY 29?

4   **A.**   I DID.

5   **Q.**   MR. ROBINSON, IN HIS CHART OF RISK FACTORS, LISTED

6   SMOKING; RIGHT?

7   **A.**   I'M SORRY.  SAY THAT AGAIN.

8   **Q.**   MR. ROBINSON'S CHART ABOUT RISK FACTORS, ONE OF THEM THAT

9   YOU SAID WAS MODIFIABLE WAS SMOKING; IS THAT CORRECT?

10  **A.**   THAT'S CORRECT.

11  **Q.**   AND BY SMOKING, DO YOU INCLUDE SECONDHAND SMOKING,

12  EXPOSURE TO IT?

13  **A.**   THAT'S A GOOD QUESTION.  NO, I DIDN'T.  I KNOW THAT

14  MR. BARNETT DOESN'T SMOKE.

15  **Q.**   DO YOU KNOW THAT HIS WIFE DOES?

16  **A.**   I DO KNOW THAT.

17  **Q.**   SECONDHAND SMOKE IS A MAJOR RISK FACTOR FOR CARDIOVASCULAR

18  DISEASE, ISN'T IT?

19  **A.**   I DON'T KNOW.  I DON'T THINK SO.  I'LL TELL YOU WHY ONCE

20  YOU SHOW ME THE DOCUMENT YOU'RE GOING TO SHOW ME.

21  **Q.**   I'M HANDING YOU WHAT I'LL MARK FOR IDENTIFICATION PURPOSES

22  AS DEFENSE EXHIBIT 3599?

23           MR. ROBINSON:  YOUR HONOR, CAN WE APPROACH THE

24  BENCH.

25           **THE COURT:**  ALL RIGHT.

1      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

2   THE BENCH.)

3          **MR. ROBINSON:**  I MADE A MOTION IN LIMINE TO KEEP OUT

4   THE SECONDHAND SMOKE STUFF -- HOLD ON A MINUTE, PHIL.  I TOLD

5   HIM WHEN I CAME UP HERE I WAS GOING TO RAISE IT.  THERE IS SO

6   MUCH JUNK IN THIS.  THIS IS ALMOST LIKE AN AD FOR NOT SMOKING,

7   I AGREE, BUT IT'S THE SURGEON GENERAL DEAL.  I REALLY FEEL THAT

8   THIS IS -- THIS IS PREJUDICIAL, AND THAT'S WHY I TRIED TO KEEP

9   IT OUT.  BUT IT'S ONE THING HE IF ALLOWED HIM TO CROSS-EXAMINE

10  HIM GENERALLY ABOUT SMOKING, BUT TO GET INTO THIS THING, WE

11  NEED SOME KIND OF AN IN LIMINE HEARING ABOUT THIS DOCUMENT.  I

12  FEEL IT PREJUDICIAL.

13         **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION.  DO

14  YOU WANT TO STOP ABOUT 12:30?

15         (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

16  OPEN COURT.)

17  **BY MR. GOLDMAN:**

18  **Q.**   I'VE HANDED YOU, DR. POPMA, A REPORT OF THE SURGEON

19  GENERAL THAT'S CALLED "THE HEALTH CONSEQUENCES OF INVOLUNTARY

20  EXPOSURE TO TOBACCO SMOKE."

21  **A.**   YES, THAT'S CORRECT.

22  **Q.**   AND I WANT TO DIRECT YOUR ATTENTION FIRST, SIR, TO THE

23  PAGE THAT HAS A LITTLE "I" AT THE BOTTOM.  IT'S CALLED "THE

24  FOREWORD PAGE."

25  **A.**   YES.  OKAY.

1  Q.   IF YOU LOOK AT THE FIRST AND SECOND PARAGRAPH, DO YOU SEE

2  THAT THE SURGEON GENERAL REPORTS THE FOLLOWING:  "THE 29TH

3  REPORT OF THE SURGEON GENERAL DOCUMENTS THE SERIOUS AND DEADLY

4  HEALTH EFFECTS OF INVOLUNTARY EXPOSURE TO TOBACCO SMOKE.

5  SECONDHAND SMOKE IS A MAJOR CAUSE OF DISEASE, INCLUDING LUNG

6  CANCER AND CORONARY ARTERY DISEASE, IN HEALTHY NONSMOKERS."  DO

7  YOU SEE THAT?

8  A.   I DO.

9  Q.   AND THEN IT CONTINUES TO TALK ABOUT HOW EXPOSURE TO

10  SECONDHAND SMOKE KILLS MORE THAN 3,000 NONSMOKERS FROM LUNG

11  CANCER, APPROXIMATELY 46,000 FROM CORONARY HEART DISEASE, AND

12  AN ESTIMATED 430 NEWBORNS FROM SUDDEN INFANT DEATH SYNDROME.

13  DO YOU SEE THAT, SIR?

14  A.   I DO.

15  Q.   AND THEN, IF YOU TURN WITH ME TO THE PAGE THAT HAS THREE

16  I'S.

17  A.   IT'S THE PAGE BEFORE IT?

18  Q.   NO, IT'S TWO PAGES AFTER THAT.

19  A.   THAT WAS ON THE FOUR I -- THAT WAS ON 4.  YOU WANT ME TO

20  GO TO 3 OR -- THREE I'S IS 3; RIGHT?

21  Q.   WELL, IT MIGHT BE EASIER FOR YOU TO LOOK ON THE SCREEN.

22  IF YOU WANT, YOU CAN GO TO THE PAGE THAT HAS THE LITTLE "3."

23  A.   SO PAGE 3.  WHERE WOULD YOU LIKE --

24  Q.   "THE SURGEON GENERAL REPORTS TODAY MASSIVE AND CONCLUSIVE

25  SCIENTIFIC EVIDENCE DOCUMENTS ADVERSE EFFECTS OF INVOLUNTARY

1  SMOKING ON CHILDREN AND ADULTS, INCLUDING CANCER AND

2  CARDIOVASCULAR DISEASES."  DO YOU SEE THAT?

3  **A.**   I DO.

4  **Q.**   AND FINALLY, IF YOU TURN TO THE LAST -- THE NEXT PAGE,

5  WHICH IS 4, DO YOU SEE THAT THE SURGEON GENERAL IS REPORTING

6  THAT "THE LARGE BODY OF EVIDENCE DOCUMENTING THAT SECONDHAND

7  SMOKE EXPOSURES PRODUCE SUBSTANTIAL AND IMMEDIATE EFFECTS ON

8  THE CARDIOVASCULAR SYSTEM INDICATES THAT EVEN BRIEF EXPOSURES

9  COULD POSE SIGNIFICANT ACUTE RISKS TO OLDER ADULTS OR OTHERS AT

10 HIGH RISK FOR CARDIOVASCULAR DISEASE."

11 **A.**   I SEE THAT.

12 **Q.**   AND YOU SEE THE REFERENCE TO "EVEN BRIEF," WHICH MEANS YOU

13 DON'T HAVE TO BE EXPOSED TO SECONDHAND SMOKE FOR A LONG PERIOD

14 OF TIME; TRUE?

15 **A.**   I DO.  AT WHAT POINT DO I GET TO RESPOND?

16         **THE COURT:**  WELL, YOU CAN RESPOND.

17         **THE WITNESS:**  IS THAT ALL RIGHT?

18         **THE COURT:**  SURE.  YOU CAN EXPLAIN.

19         **THE WITNESS:**  SO, LOOK, I'M A CARDIOLOGIST.

20 CIGARETTE SMOKING IS BAD.  IF YOU ARE MY PATIENTS AND YOU SMOKE

21 CIGARETTES, YOU NEED TO STOP SMOKING CIGARETTES.  IF YOUR

22 SPOUSE SMOKES A LOT OF CIGARETTES IN THE HOUSE AND YOU'RE

23 BREATHING THAT SMOKE ALL THE TIME, YOU NEED TO STOP.  IT'S BAD.

24 IT CAUSES HEART DISEASE.  IT'S THE NUMBER ONE RISK -- I'VE

25 ALREADY SAID THAT -- FOR HEART DISEASE.  NO QUESTION, AS A

1   CARDIOLOGIST, THAT'S WHAT I SAY.

2                   THE PROBLEM, JUDGE, IS I HAVE A MANILA FOLDER

3   WITH A STUDY THAT IS THE EVIDENCE THAT'S REFERRED TO IN THE

4   SURGEON GENERAL REPORT.  IT'S IN MY MANILA FOLDER BACK THERE.

5   BUT I CAN TELL YOU WHAT THE STUDY SHOWS.

6                   SO UP FRONT, SINCE THIS IS OFFICIAL COURT

7   TESTIMONY, CIGARETTE SMOKE IS BAD FOR YOU.  NO QUESTION ABOUT

8   IT.  BUT IT ACTUALLY GOT THE LARGEST META-ANALYSIS THAT HAS

9   BEEN PERFORMED REALLY LOOKING AT THE SCIENTIFIC EVIDENCE OF

10  SECONDHAND SMOKE, THAT EVALUATED 174,000 PATIENTS WHO WERE

11  EXPOSED TO SECONDHAND SMOKE.  IT WAS PUBLISHED IN INHALATION

12  AND TOXICOLOGY EARLIER THIS YEAR.  I DON'T NECESSARILY EVEN

13  LIKE THE CONCLUSIONS FOR THE STUDY.  BUT IN PATIENTS WHO WERE

14  EXPOSED TO 0 TO 19 CIGARETTES, USING A MULTIVARIABLE ANALYSIS,

15  THE ODDS RATIO WAS 1.02 TO 1, A 2 PERCENT INCREASED RISK.

16                  NOW, I DON'T LIKE THAT NUMBER.  I WISH THE

17  NUMBER WERE 50 PERCENT.  I WISH THE NUMBER WERE 100 PERCENT.

18  BUT WHEN YOU REALLY LOOK AT THE -- SOME OF THE DATA THAT'S BEEN

19  PUBLISHED ABOUT IT, IT'S VERY CONTROVERSIAL.

20                  NOW, WHAT ELSE DO WE KNOW ABOUT MR. BARNETT?  WE

21  KNOW MR. BARNETT DOESN'T LIKE CIGARETTE SMOKE.  AND IN HIS

22  DEPOSITION, I BELIEVE, HE DISCUSSED, AND MIGHT -- MAY WELL

23  DISCUSS, THE FACT THAT HE DOESN'T LIKE TO BE AROUND CIGARETTE

24  SMOKE.  I THINK LARGE EXPOSURES TO SECONDHAND SMOKE, WE NEED TO

25  FOLLOW THE CIGARETTE -- I DON'T WANT MY KIDS AROUND IT.  I

1    DON'T WANT HAVE MY -- I DON'T WANT TO BE AROUND IT, BUT --

2    BY MR. GOLDMAN:

3    Q.   WHY NOT?

4    A.   BECAUSE -- BECAUSE I'M GOING TO COUGH, AND I'M GOING TO

5    GET LUNG INFECTIONS.  BUT DO I -- IF I GO TO THE FRENCH QUARTER

6    AND GO INTO A SMOKY BAR, DO I WORRY ABOUT HAVING A HEART

7    ATTACK?  ABSOLUTELY NOT.

8           SO MY POINT OF THIS IS IS THAT THIS WHOLE LINE FOR ME

9    IS VERY UNCOMFORTABLE BECAUSE I DON'T WANT CIGARETTES TO BE IN

10   THIS COUNTRY, I DON'T WANT THERE TO BE SECONDARY SMOKE, AND THE

11   SURGEON GENERAL DID ABSOLUTELY THE RIGHT THING IN ISSUING A

12   STATEMENT SAYING WE SHOULDN'T HAVE SECONDHAND SMOKE.

13          BUT IN MY REVIEW OF THE LITERATURE IN THE LARGEST

14   META-ANALYSIS DONE, THE EVIDENCE ISN'T GREAT.  AND PARTICULARLY

15   WHEN YOU TALK ABOUT A VERY RARE EXPOSURE TO -- MR. BARNETT TO

16   HIS WIFE'S SMOKE.

17          NOW, YOU KNOW, I'M NOT GOING TO BE ABLE TO STATE

18   EXACTLY WHAT THAT IS BECAUSE I'M NOT MR. BARNETT AND I'M NOT

19   MR. BARNETT'S WIFE.  SOMEONE ELSE IS GOING HAVE TO DO THAT.

20          THE COURT:  LET'S ASK ANOTHER QUESTION, PLEASE.

21   BY MR. GOLDMAN:

22   Q.   YOU REFERRED, IN RESPONSE TO MR. ROBINSON'S QUESTIONS, TO

23   A BOOK CALLED HEART DISEASE THAT HAS BRAUNWALD AS THE MAIN

24   AUTHOR.

25   A.   YES, OF COURSE.

1   **Q.**   AND YOU CONTRIBUTED, DIDN'T YOU, TO THIS TEXT?

2   **A.**   I DID.

3   **Q.**   I CAN SHOW YOU THE BOOK, IF YOU WANT.  I'M GOING TO PULL

4   UP A PARTICULAR EXCERPT.

5   **A.**   THAT'S FINE.

6   **Q.**   THIS IS IN A CHAPTER CALLED "RISK FACTORS FOR

7   ATHEROTHROMBOTIC DISEASE."

8   **A.**   CORRECT.

9   **Q.**   WHAT IS ATHEROTHROMBOTIC DISEASE, JUST BRIEFLY?

10  **A.**   WELL, IT'S VERY SIMPLE.  IT'S WHAT WE HAVE BEEN TALKING

11  ABOUT, AND IT'S ALSO THE THROMBUS THAT FORMS ON TOP OF THAT TO

12  CAUSE A HEART ATTACK.  IT WAS WRITTEN BY MY CHIEF OF

13  CARDIOLOGY, ONE OF MY PARTNERS AT THE BRIGHAM.

14  **Q.**   THIS CHAPTER WAS?

15  **A.**   YES, IT WAS.

16  **Q.**   DID YOU SEE THAT YOUR COLLEAGUE WROTE THAT "CIGARETTE

17  CONSUMPTION REMAINS THE SINGLE-MOST IMPORTANT MODIFIABLE RISK

18  FACTOR FOR CORONARY ARTERY DISEASE AND THE LEADING PREVENTABLE

19  CAUSE OF DEATH IN THE UNITED STATES THAT ACCOUNTS FOR MORE THAN

20  400,000 DEATHS ANNUALLY.  OF THESE, ISCHEMIC HEART DISEASE

21  CAUSES 35 TO 40 PERCENT OF ALL SMOKING-RELATED DEATHS WITH AN

22  ADDITIONAL 8 PERCENT ATTRIBUTABLE TO SECONDHAND SMOKE

23  EXPOSURE."

24          AND YOU DON'T KNOW OF ANY REASON TO DISAGREE WITH

25  THAT, DO YOU, SIR?

1   **A.**   I -- AGAIN, RESPECTFULLY, I WOULD NEVER DISAGREE WITH MY

2   CHIEF OF CARDIOLOGY -- THAT'S NUMBER ONE, WHICH NEEDS TO BE ON

3   THE RECORD; I DON'T DISAGREE THAT CIGARETTE SMOKING IS BAD AND

4   IT'S A MAJOR CAUSE OF HEART DISEASE; AND I DON'T DISAGREE WITH

5   THE FACT THAT THEY HAVE WRITTEN THIS IN THIS TEXTBOOK.

6          ALL I CAN SAY IS THE LARGEST THEORIES THAT I COULD

7   GET ON THE META-ANALYSIS WAS 174,000 PATIENTS THAT DIDN'T HAVE

8   THE RISKS THAT I WANTED IT TO HAVE.  BUT FOR TEACHING, FOR

9   PURPOSES OF WHAT I TELL MY PATIENTS, 8 PERCENT ATTRIBUTABLE TO

10  SECONDHAND IS NOT BAD.

11         BUT WE HAVE TO PUT THAT IN CONTEXT WITH HOW MUCH

12  CIGARETTE SMOKE THEY ARE ACTUALLY EXPOSED TO.  IS IT SOMEONE

13  WHO HAS ALWAYS GOT A CIGARETTE LIT?  VERY DIFFERENT THAN

14  SOMEONE WHO OCCASIONALLY GOES OUTSIDE TO SMOKE A CIGARETTE.

15  **Q.**   ON YOUR LIST OF MODIFIABLE RISK FACTORS, SIR, YOU OR

16  MR. ROBINSON INCLUDED STRESS AS A MODIFIABLE RISK FACTOR;

17  RIGHT?

18  **A.**   THAT'S CORRECT.

19  **Q.**   AND I BELIEVE YOU ALSO TESTIFIED THAT ALL RISK FACTORS ARE

20  IMPORTANT.  DID YOU TESTIFY TO THAT, SIR?

21  **A.**   I MAY HAVE -- I MAY HAVE SAID THAT IN -- YES, I'M SURE

22  THAT I TESTIFIED TO THAT.  BUT AGAIN, I ALSO THINK I TESTIFIED

23  THAT THEY ALL HAD VARYING DEGREES OF IMPORTANCE.

24  **Q.**   BUT ALL ARE IMPORTANT?

25  **A.**   ALL ARE IMPORTANT.

1  **Q.**   SOME TYPES OF STRESS CAN BE A RISK FACTOR FOR

2  ATHEROSCLEROSIS; TRUE?

3  **A.**   YES.  AND SOME PEOPLE LIKE STRESS.

4  **Q.**   AND SOME PEOPLE DON'T WANT TO HAVE STRESS, BUT THEY CAN'T

5  AVOID IT BECAUSE OF THE JOB THEY HAVE OR UNFORTUNATE

6  CIRCUMSTANCES IN THEIR LIVES; RIGHT?

7  **A.**   LIKE TODAY, FOR EXAMPLE; RIGHT.

8  **Q.**   ARE YOU AWARE, SIR, THAT MR. BARNETT WAS AN FBI AGENT FOR

9  27 YEARS?

10  **A.**   I AM.

11  **Q.**   DO YOU KNOW THAT THAT'S A FAIRLY STRESSFUL JOB?

12  **A.**   I AM SURE THAT IT IS.

13  **Q.**   DID YOU SEE IN THE MEDICAL RECORDS WHERE MR. BARNETT TOLD

14  HIS DOCTORS IN 1997 THAT HE WAS, QUOTE, ALWAYS UNDER STRESS AS

15  AN FBI AGENT?

16  **A.**   I CAN CERTAINLY UNDERSTAND THAT.

17  **Q.**   SO WOULD YOU AGREE, SIR, THAT MR. BARNETT HAD A VERY LONG

18  HISTORY OF BEING UNDER STRESS?

19  **A.**   I WOULD.

20  **Q.**   AND THAT IS A FACTOR THAT CONTRIBUTES TO HEART DISEASE;

21  TRUE?

22  **A.**   ABSOLUTELY.

23  **Q.**   ARE YOU AWARE OF STUDIES THAT ACTUALLY LOOK AT WHETHER LAW

24  ENFORCEMENT OFFICERS HAVE AN INCREASED RISK OF CARDIOVASCULAR

25  DISEASE JUST BECAUSE OF THEIR JOB?

1    **A.**   I WOULD HAVE NO REASON TO DISAGREE WITH THAT.  I'M NOT

2    AWARE -- I'M NOT AWARE OF THE STUDY, BUT I WOULD HAVE NO REASON

3    TO DISAGREE WITH IT.

4    **Q.**   ON DIRECT EXAMINATION, YOU MENTIONED BRIEFLY HYPERTENSION.

5    DO YOU REMEMBER THAT, SIR?

6    **A.**   I DO.

7    **Q.**   AND I WROTE DOWN AS YOU WERE TALKING THAT, QUOTE, WE DON'T

8    THINK MR. BARNETT HAS HYPERTENSION, END QUOTE?  DO YOU REMEMBER

9    TESTIFYING AS TO THAT?

10   **A.**   IF I SAID "HAS," I MAY HAVE MISSPOKEN BECAUSE I MAY WELL

11   HAVE MEANT TO SAY "HAD" AT THE TIME THAT WE WERE EVALUATING HIS

12   RISK FACTORS.

13   **Q.**   WHICH WAS WHEN?

14   **A.**   SO THIS WAS AROUND 2000.  I'D HAVE TO LOOK AT IT

15   SPECIFICALLY, BUT I THINK WE WERE DISCUSSING HIS RISK FACTORS

16   AT THE TIME THAT HE PRESENTED WITH HIS CHEST PAIN AND HAD HIS

17   EXERCISE TEST.

18   **Q.**   LET'S JUST TALK -- WE'VE HEARD ABOUT HYPERTENSION BRIEFLY

19   IN THE TRIAL.  I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT IT.

20   I'M SORRY THAT YOU CAN'T SEE THIS, BUT I'LL TELL YOU WHAT I

21   WRITE.  OKAY?

22   **A.**   I'LL HAVE TO TRUST YOU.

23   **Q.**   IS IT TRUE, SIR, THAT THERE ARE DIFFERENT TYPES OF

24   ELEVATED BLOOD PRESSURE?

25   **A.**   THERE ARE.

1    Q.    AND ONE TYPE OF ELEVATED BLOOD PRESSURE INVOLVES SUSTAINED

2    HYPERTENSION OR WHERE YOU HAVE ELEVATED BLOOD PRESSURE

3    CONSISTENTLY FOR A LONG PERIOD OF TIME; RIGHT?

4    A.    SO WE WOULD TREAT THE PATIENT WITH A CHOLESTEROL -- WITH A

5    HYPERTENSIVE MEDICINE IN THAT SITUATION.  THAT TYPE OF

6    HYPERTENSION.

7    Q.    AND YOU WOULD CONSIDER SUSTAINED HYPERTENSION TO BE A FORM

8    OF HYPERTENSION WHERE THE PATIENT HAS CONSISTENTLY ELEVATED

9    BLOOD PRESSURE; CORRECT?

10   A.    THAT'S CORRECT.

11   Q.    I'M JUST WRITING "HYPERTENSION."  SO ONE TYPE IS

12   SUSTAINED.  CAN I PUT THAT THAT EQUALS CONSISTENTLY ELEVATED

13   BLOOD PRESSURE?

14   A.    SURE.  YOU KNOW, WE HAVE BEEN THROUGH THIS IN THE

15   DEPOSITION, BUT ON TWO CONSECUTIVE READINGS AND THAT SORT OF

16   THING, YES.

17   Q.    OKAY.  SO ONE TYPE OF HYPERTENSION IS SUSTAINED, AND

18   ANOTHER TYPE IS INTERMITTENT BLOOD PRESSURE SPIKES; RIGHT?

19   A.    SURE.

20   Q.    AND THAT'S NOT ACTUALLY -- THAT'S NOT FAIR TO CALL THAT

21   HYPERTENSION.

22   A.    I DON'T KNOW THAT -- YEAH, THAT'S -- I AGREE WITH THAT.

23   SO LET'S JUST CALL IT INTERMITTENT BLOOD PRESSURE SPIKES.

24   Q.    OKAY.

25   A.    WE SPENT A LOT OF TIME ON THAT.

1    Q.    INTERMITTENT BLOOD PRESSURE SPIKES.  AND SO THAT THERE IS

2    NO CONFUSION LATER, I'M ACTUALLY GOING TO WRITE OVER HERE,

3    "THIS IS NOT HYPERTENSION."  CORRECT?

4    A.    IT'S NOT NUMBER ONE.  SO JUST PUT "NOT NUMBER ONE."

5    Q.    OKAY.  SO IT'S NOT SUSTAINED HYPERTENSION.  AND IS IT

6    TRUE, SIR, THAT IT HAS BEEN KNOWN FOR DECADES IN THE MEDICAL

7    COMMUNITY THAT SUSTAINED HYPERTENSION IS A RISK FACTOR FOR

8    HEART DISEASE?

9    A.    YES.

10   Q.    NOW, MR. BARNETT, YOU'RE FAMILIAR WITH HIS BLOOD PRESSURE

11   READINGS BECAUSE YOU READ HIS MEDICAL RECORDS; RIGHT?

12   A.    THAT'S RIGHT.

13   Q.    AND MR. BARNETT -- LET'S TAKE THE TIME PERIOD JANUARY OF

14   2000 THROUGH THE TIME OF HIS HEART ATTACK IN SEPTEMBER OF THE

15   2002 -- HE HAD INTERMITTENT BLOOD PRESSURE SPIKES; RIGHT?

16   A.    THAT'S FAIR ENOUGH, YES.

17   Q.    AND THAT WAS FROM JANUARY 2000 THROUGH SEPTEMBER OF 2002?

18   A.    IN FAIRNESS, I THINK -- IT MAY NOT BE IMPORTANT TO YOUR

19   POINT, BUT HE ALSO HAD SOME INTERMITTENT BLOOD PRESSURE SPIKES

20   BEFORE 2000.

21   Q.    THAT IS A GOOD POINT, AND I'LL PUT THAT DOWN.  SO HE HAD

22   SPIKES BEFORE 2000 ALSO?

23   A.    YEAH.  AND THEY WERE PRECIPITATED WITH THINGS LIKE UPPER

24   RESPIRATORY TRACT INFECTION OR GETTING READY FOR AN EXERCISE

25   TEST.  BUT CERTAINLY THE BLOOD PRESSURE RECORDING WERE PRESENT

 1   BEFORE THEN AS WELL.

 2   **Q.**   NOW, IS IT TRUE, DR. POPMA, THAT YOU'RE AWARE OF NO STUDY

 3   OR YOU'RE NOT AWARE OF ANY STUDY THAT SHOWS THAT INTERMITTENT

 4   BLOOD PRESSURE SPIKES CAN CONTRIBUTE TO ATHEROSCLEROSIS?

 5   **A.**   NO, I'M NOT.

 6   **Q.**   AND YOU CAN'T SAY, PARTICULARLY BECAUSE THERE IS NO STUDY

 7   TO SUPPORT IT, THAT MR. BARNETT'S INTERMITTENT BLOOD PRESSURE

 8   SPIKES FROM JANUARY OF 2000 TO SEPTEMBER OF 2002 CAUSED HIS

 9   ATHEROSCLEROSIS TO PROGRESS; TRUE?

10   **A.**   THAT'S -- YEAH, I THINK THAT, IN THAT POINT IN TIME, WE

11   HAD NO DATA, AS YOU'VE STATED, FROM THE MEDICAL LITERATURE THAT

12   SUGGESTS THAT THAT'S THE CASE.  I BELIEVE THAT'S WHAT I SAID IN

13   MY DEPOSITION.

14   **Q.**   YES.  SO THERE IS NO DATA TO SUGGEST THAT MR. BARNETT'S

15   BLOOD PRESSURE -- I'LL ABBREVIATE THAT -- SPIKES CONTRIBUTED TO

16   HIS ATHEROSCLEROSIS FROM JANUARY 2000 THROUGH SEPTEMBER OF

17   2002.

18          NOW, I WANT TO TALK ABOUT CARDIOLITE STRESS TESTS.

19   OKAY?

20   **A.**   YES.

21          **MR. GOLDMAN:**  15 MINUTES, JUDGE?

22          **THE COURT:**  ALL RIGHT.

23   **BY MR. GOLDMAN:**

24   **Q.**   THERE ARE SEVERAL DIFFERENT TYPES OF TESTS THAT YOU CAN

25   RUN TO TRY TO MEASURE THE EXTENT OF A PATIENT'S PLAQUE IN THEIR

1   CORONARY ARTERIES; RIGHT?

2   **A.**   YES, THERE ARE.

3   **Q.**   WOULD YOU AGREE -- AND THIS IS WHAT DR. KARAVAN SAID --

4   THAT THE GOLD STANDARD OR BEST WAY TO DETERMINE EXACTLY HOW

5   MUCH BLOCKAGE IS IN THE CORONARY ARTERIES IS TO DO A CARDIAC

6   CATHETERIZATION?

7   **A.**   YOU KNOW, ALTHOUGH I HAD WRITTEN IN MY TEXTBOOKS THAT

8   CARDIAC ANGIOGRAPHY -- WE CALL IT GOLD STANDARD FOR THE

9   DETECTION OF CLINICALLY SIGNIFICANT STENOSES -- IT'S WITH A

10  CAVEAT THAT THE DETECTION OF PLAQUE WITHIN THE VESSEL IS

11  ACTUALLY NOT DONE WELL WITH THE CORONARY ANGIOGRAM.  IT'S

12  ACTUALLY BETTER DONE WITH INTRAVASCULAR ULTRASOUND.  AND I'VE

13  SIMILARLY WRITTEN PAPERS ABOUT THE LIMITATIONS OF ANGIOGRAPHY

14  IN DETECTING THE PRESENCE OF ATHEROSCLEROSIS.

15          SO TO ANSWER YOUR QUESTION, IF I WANT TO KNOW ARE

16  THERE IMPORTANT GREATER THAN 50-PERCENT-DIAMETER NARROWINGS

17  WITHIN THE VESSEL, THE CORONARY ANGIOGRAM IS A GOOD WAY TO DO

18  IT; BUT IF I WANT TO KNOW IF THE PATIENT HAS ATHEROSCLEROSIS,

19  BUILDING UP SOME OF THE EARLY PLAQUE WITHIN THE VESSELS, THE

20  BEST TEST FOR THAT IS INTRAVASCULAR ULTRASOUND.

21  **Q.**   SO, AT LEAST -- AND WHEN YOU SAY CORONARY ANGIOGRAPHY,

22  THAT'S A CARDIAC CATHETERIZATION; RIGHT?

23  **A.**   YEAH.  WE TALKED ABOUT THIS EARLIER.  CARDIAC

24  CATHETERIZATION IS SIMPLY INSERTING THE TUBES.

25  **Q.**   YES.

1    **A.**   CORONARY ARTERIOGRAPHY IS ACTUALLY TAKING THE PICTURES OF

2    THE ARTERIES.

3    **Q.**   THAT'S THE RESULT -- THAT'S THE PURPOSE OF INSERTING THE

4    TUBES, SO THAT YOU CAN GET AN IMAGE OF WHAT'S INSIDE YOUR

5    ARTERIES; RIGHT?

6    **A.**   I DON'T MEAN TO BE DIFFICULT.  THERE ARE MANY REASONS FOR

7    INSERTING THE TUBE.  ONE OF THE REASONS IS TO TAKE PICTURES OF

8    THE CORONARY ARTERIES.

9    **Q.**   A CARDIOLITE STRESS TEST, ON THE OTHER HAND, IS A

10   NONINVASIVE PROCEDURE WHERE THERE'S -- IT'S NOT A SURGICAL

11   PROCEDURE; RIGHT?

12   **A.**   THAT'S CORRECT.

13   **Q.**   AND FOR THE CARDIOLITE STRESS TEST -- AND THAT WAS WHERE

14   YOU SHOWED A PICTURE OF A MAN ON A TREADMILL; RIGHT?

15   **A.**   THAT'S CORRECT.

16   **Q.**   AND THE TYPE OF TREADMILL THAT AT LEAST MR. BARNETT WENT

17   ON IS CALLED THE BRUCE PROTOCOL TREADMILL; RIGHT?  THAT'S THE

18   WAY IT WORKS.

19   **A.**   WELL, I DON'T KNOW IF IT'S A BRUCE PROTOCOL TREADMILL, BUT

20   CERTAINLY -- THE TREADMILL MAY BE THE SAME THING AS YOU HAVE

21   WHEN YOU GO TO THE GYM, BUT HOW RAPIDLY IT INCREASES ITS SPEED

22   AND HOW RAPIDLY IT INCREASES THE SLOPE OF IT IS DETERMINED BY

23   THE BRUCE PROTOCOL.  AND THERE ARE A NUMBER OF DIFFERENT

24   PROTOCOLS FOR THAT.

25   **Q.**   WHEN YOU'RE DOING A CARDIOLITE STRESS TEST, AM I RIGHT

1    THAT DYE IS INJECTED THROUGH AN IV INTO YOUR BLOODSTREAM, AND

2    THEN BOTH WHILE YOU'RE AT REST AND WHILE YOU'RE EXERCISING,

3    THERE IS BASICALLY A SCANNING CAMERA THAT CAN TRACE THE DYE

4    WITHIN THE HEART AREA TO DETERMINE WHETHER OR NOT THE HEART IS

5    GETTING POOR BLOOD FLOW?

6    **A.**   YEAH.   THE LOGISTICS OF HOW YOU GET IT AREN'T QUITE

7    CORRECT, BUT THE CONCEPT IS THE SAME, SO TYPICALLY --

8    **Q.**   THAT'S FINE.

9    **A.**   WELL, YOU'RE HAPPY WITH NOT --

10   **Q.**   I JUST WANT THE GIST AT THIS POINT, THAT THE CARDIOLITE

11   STRESS TEST IS DONE BY HAVING DYE INJECTED THROUGH AN IV, AND

12   THE PURPOSE IS TO TRY TO IDENTIFY ANY REDUCED BLOOD FLOW IN THE

13   ARTERIES.

14   **A.**   I THINK THAT'S FAIR.

15   **Q.**   AND IF AN AREA OF THE HEART IS RECEIVING LESS BLOOD FLOW,

16   LIKE YOU POINTED OUT IN THE MODEL THERE.

17   **A.**   YES.

18   **Q.**   IF THE FAUCET IS NOT RUNNING AS WELL TO ONE AREA OF THE

19   HEART AS OTHER FAUCETS ARE RUNNING TO OTHER AREAS OF THE HEART,

20   THEN THE TEST MIGHT SHOW ISCHEMIA; RIGHT?

21   **A.**   THAT'S CORRECT.

22   **Q.**   AND SO THE TEST THAT -- THE PURPOSE OF THE CARDIOLITE

23   STRESS TEST IS TO MEASURE RELATIVE BLOOD FLOW:   HOW WELL DO THE

24   FAUCETS AROUND THE HEART WORK RELATIVE TO ONE ANOTHER.

25   **A.**   WELL, I WOULD SAY THAT THE REASON FOR THE CARDIOLITE

1    STRESS TEST IS TO DETECT CLINICALLY IMPORTANT NARROWINGS IN THE

2    PATIENT'S CORONARY ARTERIES.  ONCE YOU'VE DETECTED WHETHER

3    THOSE BLOCKAGES ARE PRESENT OR NOT, HOW MUCH HEART THEY SUPPLY.

4              SO SIMPLY THE INFORMATION OF SEEING THE DEFECT

5    DOESN'T TELL US VERY MUCH; IT'S THAT DO WE NEED TO DO SOMETHING

6    ABOUT THE BLOCKAGE.

7    Q.    BUT ASSUMING THAT YOU GET -- COULD I BORROW THIS?

8    A.    YES, SIR.

9    Q.    ASSUMING THAT YOU GET A READING OF REDUCED BLOOD FLOW ON A

10   CARDIOLITE STRESS TEST, AM I RIGHT THAT BASICALLY WHAT THAT

11   MEANS IS, IF YOU HAVE A FAUCET GOING TO THE SIDE OF THE HEART

12   AND A FAUCET GOING TO THE BOTTOM OF THE HEART AND A FAUCET

13   GOING TO THE OTHER SIDE OF THE HEART -- AND BY "FAUCETS" I'M

14   REFERRING TO THE MAJOR CORONARY ARTERIES.

15   A.    YES.

16   Q.    IF ALL OF THOSE FAUCETS ARE DISTRIBUTING THE SAME AMOUNT

17   OF BLOOD, THEN ONE LIMITATION OF THE CARDIOLITE STRESS TEST IS

18   THAT THERE MAY NOT BE ANY EVIDENCE OF ISCHEMIA OR REDUCED BLOOD

19   FLOW; TRUE?

20   A.    LIKE MR. BARNETT'S ANGIOGRAM IN SEPTEMBER 2002?

21   Q.    YES.

22   A.    YEAH, SURE.

23   Q.    SO TAKING MR. BARNETT'S ANGIOGRAM IN 2002, THERE YOU HAD

24   80 PERCENT BLOCKAGE IN HIS LAD AND 80 PERCENT BLOCKAGE IN HIS

25   CIRCUMFLEX AND 80 PERCENT BLOCKAGE IN OTHER AREAS OF HIS HEART.

1 IF HE HAD GONE TO HAVE AN CARDIOLITE STRESS TEST IN SEPTEMBER
2 OF 2002, THAT MAY VERY WELL HAVE SHOWN NO REDUCED BLOOD FLOW
3 BECAUSE ALL OF THE FAUCETS WOULD BE DISTRIBUTING THE SAME
4 AMOUNT OF BLOOD TO THE HEART.
5 **A.**    THE IMPORTANT PART OF THAT BALANCED ISCHEMIA IS HE
6 WOULDN'T BE ABLE TO GET TO 17.5 METS BECAUSE VERY EARLY HE
7 WOULD HAVE HAD EKG CHANGES AND CHEST PAIN, AND HIS HEART WOULD
8 HAVE DILATED UP BECAUSE THERE IS NO WAY THE HEART IS GETTING
9 ENOUGH BLOOD SUPPLY.
10        SO THE SESTAMIBI SCAN WOULD HAVE BEEN THE SAME, BUT
11 THE EXERCISE CAPACITY WOULD HAVE BEEN REDUCED.
12 **Q.**    LET'S TALK ABOUT THE SCAN AND THEN WE CAN TALK ABOUT THE
13 EXERCISE CAPACITY.
14        THE NUCLEAR SCAN FROM THE CARDIOLITE STRESS TEST, IF
15 MR. BARNETT HAD HAD ONE IN SEPTEMBER OF 2002, BECAUSE HE HAD
16 EVEN DISTRIBUTION OF HIS PLAQUE IN THE CORONARY ARTERIES, 80
17 PERCENT IN THE RIGHT CORONARY ARTERY, THE 80 PERCENT IN THE
18 CIRCUMFLEX, 80 PERCENT IN THE LAD, BECAUSE THE HEART IS GETTING
19 EQUAL BLOOD FLOW FROM THE DIFFERENT FAUCETS, THE CARDIOLITE
20 STRESS TEST MIGHT SHOW ABSOLUTELY NO ISCHEMIA WHATSOEVER?
21 **A.**    IT WOULD SHOW OTHER THINGS.  IT WOULD SHOW THAT THE
22 VENTRICULAR CAVITY WOULD ENLARGE, THE CONCEPT WE TALKED ABOUT
23 THE TRANSIENT ISCHEMIC DILATATION.
24 **Q.**    I'M GLAD YOU MENTIONED THAT.  WE'RE GOING TO COME TO THAT.
25        OTHER THAN THE TRANSIENT ISCHEMIC DILATATION POINT,

1  DR. POPMA, IF MR. BARNETT HAD HAD A CARDIOLITE STRESS TEST IN

2  2002, BECAUSE HE HAD BALANCED ISCHEMIA, THAT TEST MAY VERY WELL

3  HAVE SHOWN NO ISCHEMIA WHATSOEVER?

4  **A.**   THAT'S CORRECT.

5  **Q.**   AND WHEN YOU SAY THAT MR. BARNETT, IN SEPTEMBER OF 2002,

6  WOULD NOT HAVE BEEN ABLE TO ACHIEVE 17.5 METS --

7  **A.**   THAT'S CORRECT.

8  **Q.**   -- YOU'RE NOT BASING THAT ON A MEDICAL RECORD FROM

9  SEPTEMBER OF 2002, BECAUSE HE DIDN'T HAVE A STRESS TEST THEN;

10  RIGHT?

11  **A.**   WELL, HE DIDN'T HAVE A CARDIOLITE AT ALL.

12  **Q.**   RIGHT.  AND WE'RE GOING TO TALK ABOUT EXERCISE CAPACITY

13  AND MR. BARNETT'S PHYSICAL CONDITION IN A MINUTE.

14  **A.**   BUT I GUESS I LOST YOUR POINT.  I MEAN, IF YOU'RE SAYING

15  THAT HE HAD REDUCED ISCHEMIA AND YOU COULDN'T SEE IT, THEN WHY

16  WOULD -- WHY WOULDN'T WE ALWAYS BE ABLE TO MAKE STATEMENTS

17  ABOUT WHAT HE WOULD BE ABLE TO DO ONCE HE DEVELOPED THAT

18  REDUCED PERFUSION IN THE ENTIRE PORTION OF HIS HEART?

19  **Q.**   IS IT TRUE, DR. POPMA, THAT, IN THE MONTHS LEADING UP TO

20  MR. BARNETT'S HEART ATTACK IN SEPTEMBER OF 2002, DESPITE THE

21  FACT THAT HE HAD AS MUCH CORONARY ARTERY DISEASE AS HE DID,

22  THERE IS NO EVIDENCE THAT HE HAD A REDUCTION IN EXERCISE

23  CAPACITY?

24  **A.**   COMPARED TO WHAT HE DID ON HIS EXERCISE TEST IN 2000?

25  **Q.**   COMPARED TO ANYTHING.

1    A.   WELL, I DON'T THINK THAT HE ROUTINELY RAN FIVE AND A HALF

2    MILES AN HOUR AT A 18 PERCENT GRADE THROUGH HIS DAILY ACTIVITY.

3    SO ANYTHING LESS THAN THAT, YOU WOULDN'T EVEN NOTICE THAT YOU

4    HAD DIMINISHED EXERCISE CAPACITY IN THAT SETTING BECAUSE HIS

5    BENCHMARK WAS SO HIGH.  HE WAS SO FIT.

6              SO UNLESS HE GOT ON THE TREADMILL AND CRANKED IT UP

7    TO FIVE AND A HALF MILES AN HOUR AT 18 PERCENT GRADE, I DON'T

8    KNOW THAT WE HAVE REPRODUCIBLE MEASUREMENTS THROUGHOUT THAT

9    PERIOD OF TIME.

10   Q.   IS THERE ANY EVIDENCE IN THE MEDICAL RECORD, SIR, THAT

11   MR. BARNETT HAD REDUCED EXERCISE TOLERANCE IN THE MONTHS

12   LEADING UP TO HIS HEART ATTACK?

13   A.   NO, I DON'T BELIEVE THAT HE DID.

14   Q.   AND HAVE YOU SPOKEN WITH MR. BARNETT ABOUT THE

15   CIRCUMSTANCES OF HIS HEART ATTACK?

16   A.   I HAVE NOT.

17   Q.   SO YOU DON'T KNOW THAT, A COUPLE DAYS EVEN BEFORE HIS

18   HEART ATTACK, HE WAS DANCING VIGOROUSLY?  DO YOU KNOW THAT?

19   A.   I HAD READ THAT.  I DID -- I DID READ THAT IN THE

20   DEPOSITION, YES.  BUT AGAIN, THE GENESIS OF THE HEART ATTACK

21   REALLY RELATED TO THE FORMATION OF THE BLOOD CLOT, AND THE

22   BLOOD CLOT USUALLY OCCURS WHEN PATIENTS ARE AT REST, BECAUSE

23   THEY HAVE THESE UNDERLYING BLOCKAGES.  THEN THE BLOOD CLOT

24   FORMS AND CAUSES NO FLOW TO THAT PARTICULAR AREA.  SO THE

25   PATIENT IS GOING TO BE AT REST WHEN THEY DEVELOP THE CHEST

1    PAIN.

2           SO THE HEART ATTACK DOESN'T HAVE TO BE PRECIPITATED

3    WITH DECREASED EXERCISE TOLERANCE.

4           **THE COURT:**  YOU KNOW WHEN YOU GET TO A STOPPING

5    POINT --

6           **MR. GOLDMAN:**  THIS IS FINE, JUDGE.

7           **THE COURT:**  WE'LL STOP HERE AND COME BACK AT 1:45.

8    THE COURT WILL STAND IN RECESS UNTIL 1:45.

9           **THE DEPUTY CLERK:**  EVERYONE RISE.

10                  **(LUNCHEON RECESS)**

11                  * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAILY COPY

1        **AFTERNOON SESSION**

2        **(AUGUST 7, 2006)**

3              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4    TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

5    REPORTER.)

6              **THE DEPUTY CLERK:**  EVERYONE RISE.

7              **THE COURT:**  BE SEATED, PLEASE.  YOU ARE STILL UNDER

8    OATH SIR.

9              (WHEREUPON, **JEFFERY POPMA**, HAVING BEEN DULY SWORN,

10   TESTIFIED AS FOLLOWS.)

11                        **CROSS-EXAMINATION**

12   **BY MR. GOLDMAN:**

13   **Q.**   DR. POPMA, I WANT TO TALK ABOUT THE JANUARY 2000 STRESS

14   TEST AND SOME OF THE RESULTS.

15   **A.**   YES.

16   **Q.**   BEFORE THE STRESS TEST, MR. BARNETT WAS EXPERIENCING SOME

17   CHEST PAIN; TRUE?

18   **A.**   THAT'S CORRECT.

19   **Q.**   THEN HE HAD THE STRESS TEST AND THE RESULT THAT CAME BACK

20   WAS MILD LATERAL WALL ISCHEMIA; IS THAT RIGHT?

21   **A.**   THAT'S CORRECT.

22   **Q.**   BY MILD ISCHEMIA, WE'RE TALKING ABOUT REDUCED BLOOD FLOW

23   IN ONE PARTICULAR AREA OF THE HEART; RIGHT?

24   **A.**   THAT'S CORRECT.

25   **Q.**   DO YOU AGREE, SIR, THAT MR. BARNETT, IN JANUARY OF 2000,

1  HAD ISCHEMIC HEART DISEASE?

2  **A.**  YES.  ALTHOUGH, AS WE QUALIFIED, THE EXTENT OF DISEASE IS

3  RELATIVELY MILD WITH AN EXCELLENT PROGNOSIS.

4  **Q.**  OKAY.  I WROTE DOWN, "MR. BARNETT HAD ISCHEMIC HEART

5  DISEASE JANUARY 2000."

6  **A.**  THAT'S CORRECT.  AGAIN, AS QUALIFIED, AS WE TALKED ABOUT,

7  THE EXTENT OF DISEASE IS REALLY LOCATED TO THIS VERY SMALL AREA

8  OF THE BACK PORTION OF THE HEART, AND HIS THREE-YEAR PROGNOSIS

9  IS UNDER 2 PERCENT CHANCE OF HAVING A DEATH OR A MYOCARDIAL

10  INFARCTION.

11  **Q.**  WE'LL TALK ABOUT THAT IN A MINUTE, SIR.  THE MILD ISCHEMIA

12  THAT HE WAS DIAGNOSED WITH, I WANT TO SEE IF WE CAN AGREE THAT

13  THAT THAT DOESN'T MEAN, IN JANUARY OF 2000, MR. BARNETT HAD,

14  LET'S SAY, GREATER THAN 50 PERCENT PLAQUE IN ONE ARTERY AND NO

15  PLAQUE IN HIS OTHER ARTERIES?  WOULD YOU AGREE WITH THAT?

16  **A.**  THE WAY WE HAVE DESCRIBED THIS SO FAR IS THAT

17  ATHEROSCLEROSIS IS A DISEASE PROCESS AND THERE'S NONIMPORTANT

18  NARROWINGS -- THAT COULD BE ZERO PERCENT OR IT COULD BE

19  49 PERCENT -- IN ALL THE OTHER AREAS.  THE TEST THAT WE HAVE

20  DEVELOPED WITH THE CARDIOLITE DOES NOT DETECT NARROWINGS THAT

21  ARE LESS THAN 49 PERCENT, BUT IT COULD BE ZERO PERCENT OR IT

22  COULD BE 49 PERCENT.  THERE'S ONLY ONE AREA THAT WE KNOW

23  LOCATED THAT HAD A GREATER THAN OR EQUAL TO 50 PERCENT

24  NARROWING, AND THAT WAS TO A VERY SMALL AREA TO THE BACK

25  PORTION OF THE HEART.  SO THE NUMBER COULD BE ZERO OR IT COULD

1  BE 49.  THE TEST DOES NOT ALLOW US TO DIFFERENTIATE BETWEEN

2  THOSE TWO NUMBERS.

3  **Q.**   SO YOU'RE NOT SAYING THAT HE HAD NO CORONARY ARTERY

4  DISEASE IN THE MAJORITY OF HIS ARTERIES; YOU'RE SAYING THAT

5  IT'S IN THIS RANGE, ZERO TO 49 PERCENT?

6  **A.**   SO, AGAIN, WE HAVE TALKED ABOUT THE CONCEPT OF CHOLESTEROL

7  BUILDUP IN THE ARTERIES.  THE CHOLESTEROL BUILDUP CAN BE VERY

8  MILD, MODERATE, AND HAVE NO IMPACT WHATSOEVER AT ANY POINT IN

9  HIS LIFETIME; AND YET IN THE 2000 EXERCISE SESTAMIBI, WE

10 IDENTIFIED THAT THERE WAS ONE SMALL AREA TO THE BACK PORTION OF

11 THE HEART OF IMPORTANT NARROWING.  I CAN'T SAY WITH CERTAINTY

12 THAT THERE WEREN'T MILD PLAQUE IN THE OTHER VESSELS, BUT I CAN

13 SAY THAT NONE OF THEM, BY OUR STATISTICS, WERE OVER 49 PERCENT

14 IN THEIR SEVERITY.

15 **Q.**   DO YOU REMEMBER WE TALKED A LITTLE BIT ABOUT HOW ONE OF

16 THE LIMITATIONS ON CARDIOLITE STRESS TEST IS THIS IDEA OF

17 BALANCED ISCHEMIA --

18 **A.**   THAT'S CORRECT.

19 **Q.**   -- WHERE, IF YOU HAVE EQUAL AMOUNTS OF PLAQUE IN THE

20 CORONARY ARTERIES -- AND IT COULD BE A LOT OF PLAQUE -- THE

21 TEST MIGHT COME OUT TOTALLY NORMAL; RIGHT?

22 **A.**   NO, THAT'S NOT WHAT I SAID.

23 **Q.**   OKAY.  IF YOU HAVE EQUAL AMOUNTS OF STENOSIS OR PLAQUE IN

24 YOUR MAJOR CORONARY ARTERIES, YOU AGREE THAT THAT RESULT COULD

25 COME BACK WITH MILD ISCHEMIA?

1    **A.**   NO, I DON'T -- I THINK THAT IF YOU COULD DEFINE -- HELP ME

2    SO WE CAN, FOR THE PURPOSES OF DISCUSSION, DEFINE WHAT WE MEAN

3    BY "CORONARY ARTERY DISEASE."  IF THE PURPOSE OF THIS TEST,

4    THIS CARDIOLITE, IS DETECT WHERE THE BLOCKAGES ARE OVER 50

5    PERCENT, WE CAN USE IT JUST FOR THAT.  ONE AREA TO THE BACK

6    PORTION OF THE HEART IS OVER 50 PERCENT.  THE OTHER ARTERIES

7    COULD HAVE NARROWINGS BETWEEN ZERO AND 49 PERCENT.  IT DOESN'T

8    MATTER.  THEY ARE NOT CLINICALLY IMPORTANT FOR THE PATIENT, AND

9    I CAN'T SAY WITH CERTAINTY WHETHER THEY ARE PRESENT OR ABSENT.

10   **Q.**   LET'S SAY THE RIGHT CORONARY ARTERY HAS 90 PERCENT PLAQUE

11   IN IT, OKAY, AND THE LEFT --

12   **A.**   I DON'T MEAN TO INTERRUPT, BUT IT WILL HELP ME TO BE ABLE

13   TO ANSWER THE QUESTIONS CORRECTLY IF YOU SAID IT HAS A

14   90-PERCENT-DIAMETER STENOSIS IN IT RATHER THAN 90 PERCENT

15   PLAQUE.  SO IF YOU SAY IT HAS A 90 PERCENT NARROWING SO THE

16   LUMEN IS VERY MUCH COMPROMISED.

17   **Q.**   OKAY.  IF THE LUMEN OF THE, LET'S SAY, RIGHT CORONARY

18   ARTERY HAS A DIAMETER NARROWING OF 90 PERCENT --

19   **A.**   YES.

20   **Q.**   -- BUT THE LEFT, LET'S SAY, THE LAD AND THE CIRCUMFLEX,

21   LET'S SAY THOSE HAVE 70 PERCENT NARROWING.  AM I RIGHT, SIR,

22   THAT THE TEST COULD COME BACK IN THAT CIRCUMSTANCE SHOWING THAT

23   JUST THE AREA THAT'S FED BY THE RIGHT CORONARY ARTERY -- IN

24   OTHER WORDS, THE AREA THAT HAS MORE STENOSIS OR THE DIAMETER IS

25   NARROWER -- THAT BECAUSE THAT'S NARROWER THAN THE OTHER

1   ARTERIES, YOU MIGHT SEE JUST MILD ISCHEMIA ON ONE PART OF THE

2   HEART AND YOU WOULDN'T BE ABLE TO KNOW HOW MUCH STENOSIS OR HOW

3   NARROWED THE CIRCUMFLEX AND THE LAD ARE?

4   **A.**   I DON'T THINK THAT'S CORRECT.

5   **Q.**   WHY NOT?

6   **A.**   BECAUSE THE WAY THAT WE HAVE DESCRIBED THIS IN DEPOSITION

7   AND THE WAY I'M DESCRIBING IT HERE IS THAT WE ARE JUST TRYING

8   TO USE THE CARDIOLITE TEST TO DIFFERENTIATE WHETHER THERE'S A

9   GREATER THAN 50 PERCENT STENOSIS BECAUSE, WITH EXERCISE, IF

10  IT'S 70 PERCENT OR IF IT'S 90 PERCENT, THERE'S NOT FLOW ON THE

11  OTHER SIDE OF THE BLOCKAGE EITHER WAY.  IT MAY BE THAT YOU

12  DEVELOP THE SYMPTOMS EARLIER IN THE EXERCISE TEST IF IT'S 90

13  PERCENT; BUT WITH MAXIMUM EXERCISE, LIKE THE EXERCISE

14  MR. BARNETT WENT THROUGH, A 70 PERCENT STENOSIS MAY BE MANIFEST

15  THE SAME AS A 90 PERCENT STENOSIS.  SO I CANNOT DIFFERENTIATE

16  THE DEGREE OF THE STENOSIS BASED ON THE SESTAMIBI DEFECTS.

17  **Q.**   IN FACT, THE ONLY WAY, SIR, FOR YOU TO KNOW FOR SURE HOW

18  MUCH BLOCKAGE WAS IN MR. BARNETT'S ARTERIES IN JANUARY OF 2000

19  WOULD BE IF YOU HAD THE RESULTS OF THE CARDIAC CATHETERIZATION;

20  TRUE?

21  **A.**   NO.  AGAIN, WHEN WE TALK ABOUT HOW MUCH PLAQUE IS IN THE

22  VESSELS, IF THE QUESTION IS DOING ULTRASOUND, WE WOULDN'T HAVE

23  DONE AN ULTRASOUND IN THIS PATIENT.  I HAVE ALREADY INDICATED

24  THAT THE ANGIOGRAM IS NOT PERFECT TO TELL THE AMOUNT OF PLAQUE.

25  IF, ON THE OTHER HAND, WE SAY, "IN THIS HEART, HOW MANY

1   DIFFERENT AREAS HAVE A CLINICALLY IMPORTANT BLOCKAGE, GREATER

2   THAN 50-PERCENT-DIAMETER STENOSIS," THEN THE SESTAMIBI WOULD

3   HELP, THE CARDIOLITE WOULD HELP ME BE ABLE TO DIFFERENTIATE

4   WHERE THOSE BLOCKAGES WERE.

5           IF THERE WERE SEVERE BLOCKAGES IN ALL THREE OF THE

6   BLOOD VESSELS, THERE MAY BE LESS UPTAKE IN THIS HEART ALL OVER,

7   NOT JUST REGIONALLY IN ONE AREA OR ANOTHER.  BUT WITH THAT

8   SCENARIO, THE PATIENT WOULDN'T BE ABLE TO EXERCISE, WOULDN'T BE

9   ABLE TO STAY ON THE TREADMILL TEST FOR 15 MINUTES.

10  Q.   IN YOUR DEPOSITION AT PAGE 734, SIR -- THIS IS JULY 29,

11  2006 -- AT LINE 6:

12          "Q.  ACTUALLY, DOCTOR, I THINK IT WILL BE EASIER IF

13      WE GO THROUGH IT VESSEL BY VESSEL.  SO I'M JUST TELLING

14      YOU WHERE I'M GOING, BUT THE FIRST QUESTION IS:  WHAT

15      PERCENT BLOCKAGE WAS IN MR. BARNETT'S PROXIMAL RIGHT

16      CORONARY ARTERY AS OF JANUARY 24, 2000?"

17          "A.  ARE YOU ASKING ME WHAT I THINK OR WHAT I KNOW?

18      BECAUSE IF YOU ASK ME WHAT I KNOW, WE DON'T HAVE AN

19      ANGIOGRAM" -- WHICH WOULD BE A CARDIAC CATHETERIZATION;

20      RIGHT?

21  A.   FAIR ENOUGH.

22  Q.   CONTINUING:

23          "A.  SO IF YOU ASK ME WHAT I THINK, I CAN GIVE YOU

24      ESTIMATES FROM WHAT I THINK.  BUT IF YOU ASK ME WHAT I

25      KNOW, I DON'T KNOW, BECAUSE THE ONLY WAY TO KNOW, AS YOU

1    HAVE POINTED OUT, IS BY PERFORMING THE CARDIAC

2    CATHETERIZATION, WHICH WAS NOT DONE."

3         IS THAT YOUR SWORN TESTIMONY, SIR?

4    **A.**   IT WAS, BUT IT WAS ALSO BRACKETED IN ANOTHER AREA OF THE

5    DEPOSITION, WHICH WE CAN FIND, WHERE WITH DR. BAUM I WENT

6    THROUGH CLEARLY AND DELINEATED WHAT WE COULD TELL AND WHAT WE

7    COULD TELL FROM THE SESTAMIBI.  I HELD PRETTY TIGHTLY IN THAT

8    DEPOSITION WITH DR. BAUM THAT WE COULD MAKE A STATEMENT BETWEEN

9    ZERO AND 49 PERCENT, BUT WE WERE NOT ABLE TO QUANTITATE THE

10   DEGREE BEYOND THAT.  IN TERMS OF A DEFINITIVE ANSWER, WHAT'S

11   THE ABSOLUTE ONLY WAY TO TELL, THEN AN ANGIOGRAM IS USEFUL, BUT

12   IT WASN'T INDICATED.

13   **Q.**   YOU SAY THAT A CARDIAC CATHETERIZATION OR ANGIOGRAM WAS

14   NOT INDICATED, IN YOUR VIEW, AS YOU WOULD NOT HAVE DONE A

15   CATHETERIZATION ON MR. BARNETT IN JANUARY OF 2000; RIGHT?

16   **A.**   THAT'S CORRECT.

17   **Q.**   YOU UNDERSTOOD THAT ONE OF HIS DOCTORS, DR. MIKOLA,

18   SUGGESTED THAT THAT MAY VERY WELL BE NECESSARY?  DO YOU

19   REMEMBER READING THAT IN HIS DEPOSITION?

20   **A.**   I WOULD EMPHASIZE THAT IT'S EXACTLY AS YOU SAID, "MAY VERY

21   WELL BE NECESSARY."

22   **Q.**   AND WHEN --

23   **A.**   BECAUSE, AS I SAID IN MY DEPOSITION, THAT THE "MAY" IS THE

24   CRITICAL WORD.

25   **Q.**   WHEN DR. MIKOLA TOLD MR. BARNETT THAT HE MAY VERY WELL

1  NEED A CARDIAC CATHETERIZATION, DO YOU KNOW WHAT HAPPENED TO

2  MR. BARNETT?

3  **A.**   MR. BARNETT WEIGHED THE OPTIONS OF HAVING A HEART

4  CATHETERIZATION WITH ALTERNATIVE THERAPIES AND OPTED TO HAVE A

5  SESTAMIBI, OR A CARDIOLITE TEST.

6  **Q.**   DO YOU REMEMBER READING IN DR. MIKOLA'S DEPOSITION, SIR,

7  THAT MR. BARNETT BECAME SO ANXIOUS AT THE THOUGHT OF HAVING A

8  CARDIAC CATHETERIZATION THAT HE NEARLY FAINTED?

9  **A.**   YES, I BELIEVE THAT'S CORRECT.

10 **Q.**   WOULD YOU AGREE, DR. POPMA, THAT IN JANUARY OF 2000, GIVEN

11 HIS MULTIPLE RISK FACTORS AT THE TIME, INCLUDING A POSITIVE

12 FAMILY HISTORY, ELEVATED CHOLESTEROL, AND THE NEW ONSET OF

13 SYSTEMIC HYPERTENSION, THERE WAS A GREATER THAN 70 PERCENT

14 LIKELIHOOD THAT THERE WAS AT LEAST MODERATE ATHEROSCLEROSIS

15 WITHIN THE CORONARY ARTERIES AT THAT TIME?

16 **A.**   SURE.  AS I DESCRIBED THE SITUATION TO YOU WITH RESPECT TO

17 THE PRESENCE OF ATHEROSCLEROSIS, I THINK THE CHANCE WAS

18 PROBABLY CLOSER TO 85 PERCENT, BUT I'M NOT GOING TO DISAGREE

19 WITH 70 PERCENT BECAUSE I THINK THAT'S WHAT I SAID IN MY

20 DEPOSITION.

21 **Q.**   SO, IN JANUARY OF 2000, GIVEN HIS MULTIPLE RISK FACTORS --

22 **A.**   THAT'S BASED ON THE CARDIAC TRANSPLANT DATA WE TALKED

23 ABOUT EARLIER TODAY.

24 **Q.**   -- I WROTE DOWN THERE WAS A GREATER THAN 70 PERCENT

25 LIKELIHOOD THAT THERE WAS AT LEAST MODERATE ATHEROSCLEROSIS

1    WITHIN THE CORONARY ARTERIES IN JANUARY 2000.

2    **A.**   I THINK EARLIER TODAY WE DEFINED THAT AS THE .5

3    MILLIMETERS, AND WE REFERRED TO THE NISSEN ARTICLE WITH

4    INTRAVASCULAR ULTRASOUND IN CARDIAC TRANSPLANT PATIENTS AS THE

5    SOURCE DOCUMENT.

6    **Q.**   MODERATE CORONARY ARTERY DISEASE, IN YOUR MIND, SIR, IS

7    GREATER THAN 50 PERCENT STENOSIS IN MULTIPLE CORONARY ARTERIES,

8    ISN'T IT?

9    **A.**   SO THE ISSUE IS THAT YOU'RE REFERRING NOW TO WHEN, WITH

10   DR. BAUM, I WAS ASKED --

11   **Q.**   NO, I'M NOT ASKING ABOUT DR. BAUM.

12   **A.**   WELL --

13   **Q.**   I'M ASKING A VERY STRAIGHTFORWARD QUESTION, DOCTOR.

14   **A.**   WELL, WITH RESPECT TO THE PRESENCE OF ATHEROSCLEROSIS

15   WITHIN THE VESSELS, I FEEL THAT A GREATER THAN .5 MILLIMETER

16   NARROWING, AS WE HAVE SOUND BY THE INTRAVASCULAR ULTRASOUND

17   STUDIES, IS A MODERATE DEGREE OF ATHEROSCLEROSIS IN THE

18   VESSELS.  THAT'S DIFFERENTIATED FROM WHEN WE TALK ABOUT THE

19   EXTENT OF CLINICALLY SIGNIFICANT AND MEANINGFUL CORONARY

20   DISEASE, WHERE WE HAVE THE GRADATION AT GREATER THAN

21   50-PERCENT-DIAMETER STENOSIS.

22   **Q.**   DO YOU DEFINE "MODERATE CORONARY ARTERY DISEASE" AS HAVING

23   GREATER THAN 50 PERCENT STENOSIS OR PLAQUE IN MULTIPLE CORONARY

24   ARTERIES?

25   **A.**   YES, BUT NOT FOR THE PURPOSE OF THE FIRST STATEMENT, WHEN

1  I WAS TALKING ABOUT THE INTRAVASCULAR ULTRASOUND STUDY.  YOU

2  KNOW, I CAN'T SEE THESE.

3         **THE COURT:**  JUST LET HIM LOOK AT IT AND THEN MOVE IT

4  BACK FOR THE JURY.

5         **THE WITNESS:**  THIS IS FINE.  WE CAN MOVE AHEAD WITH

6  THIS.  THE ONLY THING I JUST WANT TO SAY IS WE ARE

7  DIFFERENTIATING JUST THE PRESENCE OF THE PLAQUE, WHICH IS THE

8  FIRST STATEMENT, FROM THOSE AMOUNT OF PLAQUE THAT'S

9  FUNCTIONALLY SIGNIFICANT, WHICH IS THE SECOND ONE.  THEY'LL

10  HAVE DIFFERENT DESCRIPTORS AS I'M TRYING TO TALK ABOUT IS

11  PLAQUE PRESENT OR NOT AND, IF SO, HOW MUCH PLAQUING IS THERE

12  WITHIN THE VESSEL; AND, SECONDLY, AND IMPORTANT TO MR. BARNETT,

13  IS ANY OF THAT PLAQUE THERE IMPORTANT TO HIM, WHICH IS THE

14  SECOND PIECE.

15  **BY MR. GOLDMAN:**

16  **Q.**  YOU TALKED ABOUT MR. BARNETT'S EXERCISE CAPACITY IN

17  JANUARY OF 2000.  DO YOU REMEMBER THAT?

18  **A.**  I DO.

19  **Q.**  I'M GOING TO PUT A BOARD UP.  I HOPE YOU CAN SEE.  IF NOT,

20  LET ME KNOW AND I'LL MOVE IT TOWARD YOU.  CAN YOU SEE IT,

21  DOCTOR?

22  **A.**  NOT WELL, BUT I'M FAMILIAR WITH WHAT'S ON THIS THING, SO

23  YES.

24  **Q.**  WHAT THIS IS IS A CHART CALLED "MR. BARNETT'S EXERCISE

25  CAPACITY AND EJECTION FRACTION," AND IT HAS THE DIFFERENT DATES

1    WHEN CERTAIN TESTS WERE DONE:  JANUARY 2000; SEPTEMBER 2002,

2    JULY 2003; AND MAY 2006.  THEN IT HAS THREE COLUMNS:

3    "TREADMILL" -- AND WE'LL WRITE IN THE AMOUNT OF TIME

4    MR. BARNETT STAYED ON THE TREADMILL AT THOSE DIFFERENT DATES;

5    "METS," WHICH WE HAVE TALKED ABOUT BEFORE AS A WAY OF MEASURING

6    EXERCISE CAPACITY; AND "EJECTION FRACTION."  IS EJECTION

7    FRACTION, SIR, A WAY TO MEASURE HOW WELL THE HEART IS PUMPING?

8    **A.**    THAT'S CORRECT.

9    **Q.**    YOU ACTUALLY LOOK AT THE HEART, WHEN YOU'RE DOING ONE OF

10   THESE ANGIOGRAMS OR CARDIAC CATHETERIZATIONS, AND YOU'RE

11   COMPARING THE AMOUNT OF BLOOD THAT IS RELEASED FROM THE

12   VENTRICLE, WHEN THERE'S A CONTRACTION, TO THE AMOUNT OF BLOOD

13   THAT COMES INTO THE HEART WHEN THERE'S A RELEASE; IS THAT FAIR?

14   **A.**    I'M NOT SURE I WOULD PUT IT RIGHT THAT WAY.

15   **Q.**    OKAY.  HOW WOULD YOU PUT IT?

16   **A.**    FIRST OF ALL, WHEN WE DO THE HEART CATHETERIZATION, RATHER

17   THAN TAKING PICTURES OF THE ARTERY, WE ARE TAKING PICTURES OF

18   THE CONTRACTIBILITY OF THE HEART.  THAT'S WHAT WE TALKED ABOUT

19   FIRST.  I LOOK AT THE EJECTION FRACTION AS THE SQUEEZE OF THE

20   HEART.  JUST BEFORE THE HEART STARTS TO CONTRACT, WE HAVE ONE

21   VOLUME; AND AFTER THE HEART CONTRACTS, WE HAVE ANOTHER.  THE

22   EJECTION FRACTION IS HOW MUCH IS RELEASED FROM THE INSIDE OF

23   THE HEART MUSCLE.

24   **Q.**    IS IT TRUE THAT HAVING A NORMAL EJECTION FRACTION IS A

25   GOOD PROGNOSTIC SIGN IN TERMS OF YOUR FUTURE?

1   **A.**   THERE ARE MANY, BUT IT'S ONE OF THE PROGNOSTIC SIGNS.

2   **Q.**   DO YOU REMEMBER, SIR, HOW LONG MR. BARNETT LASTED ON THE

3   TREADMILL IN JANUARY OF 2000?

4   **A.**   15 MINUTES.

5   **Q.**   HIS METS SCORE WAS 17.5?

6   **A.**   CORRECT.

7   **Q.**   HIS EJECTION FRACTION WAS 56 PERCENT?

8   **A.**   YES.

9   **Q.**   THAT'S NORMAL; RIGHT?

10  **A.**   YES, IT IS.

11  **Q.**   THEN, IN SEPTEMBER OF 2002, MR. BARNETT'S EJECTION

12  FRACTION WAS 50 PERCENT; CORRECT?

13  **A.**   BY HIS LEFT VENTRICULAR EJECTION FRACTION.  SO A DIFFERENT

14  WAY OF ANALYZING IT, BUT YES.  ARE YOU TALKING ABOUT THIS IS MY

15  NUMBER FROM THE LEFT VENTRICULOGRAM?

16  **Q.**   YES.  DID YOU ACTUALLY PUT IT AT 50 TO 60 PERCENT?

17  **A.**   I THINK I DID, YES.

18  **Q.**   NOW, IN SEPTEMBER OF 2002, MR. BARNETT DID NOT HAVE A

19  CARDIOLITE STRESS TEST TO MEASURE HOW LONG HE WOULD LAST ON A

20  TREADMILL OR WHAT METS SCORE HE WOULD ACHIEVE; CORRECT?

21  **A.**   NO, BECAUSE THAT'S WHEN HE PRESENTED WITH HIS HEART

22  ATTACK.

23  **Q.**   EVEN IN THE WEEKS LEADING UP TO THAT, HE DIDN'T HAVE THAT

24  KIND OF A TEST; RIGHT?

25  **A.**   HE DID NOT.

1    Q.   YOU TESTIFIED EARLIER, SIR, THAT THERE WAS NO EVIDENCE IN

2    THE MONTHS LEADING UP TO MR. BARNETT'S HEART ATTACK THAT HE HAD

3    A DECREASE IN EXERCISE CAPACITY; CORRECT?

4    A.   I'M NOT AWARE THAT HE DID.

5    Q.   SO I'M GOING TO WRITE --

6    A.   BUT I THINK I ALSO NOTED THAT WE DON'T HAVE ANY COMPARISON

7    BECAUSE WE NEVER PUT HIM ON AN EXERCISE TEST TO SEE IF HE COULD

8    RUN UP THAT HEAVY GRADE AT THAT FAST SPEED.  HIS NORMAL DAILY

9    ACTIVITIES WOULD NOT PRECIPITATE THE SAME KIND OF STRESS TO THE

10   HEART.

11   Q.   JUST TO FILL IT OUT, THE REST OF THE CHART, IN JULY OF

12   2003 -- THIS IS NOW 10 MONTHS AFTER MR. BARNETT'S HEART

13   ATTACK -- HE LASTED 15 MINUTES ON THE TREADMILL; RIGHT?

14   A.   HE DID.

15   Q.   THAT'S PRETTY EXCEPTIONAL, EVEN FOR SOMEBODY WHO DIDN'T

16   HAVE A HEART ATTACK; RIGHT?

17   A.   THAT WAS AFTER HE HAD HIS CORONARY BYPASS SURGERY.

18   Q.   THAT'S A PRETTY EXCEPTIONAL SCORE, ISN'T IT?

19   A.   YES.  BYPASS SURGERY RESTORED THE BLOOD SUPPLY TO THE

20   HEART, WHERE THERE WERE THREE VESSELS THAT WERE DISEASED, IN

21   SEPTEMBER 2002.  SO WE WOULD ASSUME THAT, IN JULY 2003, ALL THE

22   GRAPHS WERE FUNCTIONING, SO GOOD PERFUSION TO ALL THE AREAS

23   THAT REQUIRED BYPASS.

24   Q.   17-POINT -- WAS IT 2 FOR METS IN JULY OF 2003?

25   A.   THAT'S CORRECT.

1    **Q.**    DID HE HAVE A 58 PERCENT EJECTION FRACTION?

2    **A.**    YES.

3    **Q.**    NOW, WE'RE GOING TO GET TO MAY '06.

4    **A.**    THERE WAS ONLY ONE DIFFERENCE, THOUGH, WHICH WE DON'T HAVE

5    IN THE CHART.  IT MAY NOT BE IMPORTANT FOR WHERE YOU WANT TO GO

6    WITH THIS, BUT HE REALLY WASN'T ABLE TO GET TO THE SAME HEART

7    RATE RESPONSE THAT HE COULD BEFORE.  SO HIS HEART RATE IN THE

8    FIRST TEST ACTUALLY GOT UP TO 172 BEATS PER MINUTE, WHICH WAS

9    94 PERCENT OF HIS AGE-PREDICTED HEART RATE.  SO, YOU KNOW, HE

10   REALLY WAS ABLE TO EXERCISE WITH GETTING HIS HEART RATE UP.  IN

11   THE 2003 STUDY, ALTHOUGH HE COULD STILL WALK AT THAT SAME

12   GRADE, HE COULD ONLY GET HIS HEART RATE UP TO THAT POINT IN

13   TIME TO BE -- TO 120, WHICH WAS 66 PERCENT; NOT 94 PERCENT, BUT

14   66 PERCENT OF HIS MAXIMUM PREDICTED HEART RATE.

15   **Q.**    DR. POPMA, YOU TESTIFIED THAT ONE OF THE REASONS YOU DON'T

16   THINK MR. BARNETT HAD SIGNIFICANT CORONARY ARTERY DISEASE IN

17   JANUARY OF 2000 IS BECAUSE HE HAD GOOD EXERCISE CAPACITY;

18   RIGHT?

19   **A.**    THAT'S CORRECT.

20   **Q.**    IS IT TRUE, SIR, THAT PERFORMANCE ON A STRESS TEST IN

21   TERMS OF METS AND TIME ON A BRUCE PROTOCOL TREADMILL DOES NOT

22   REFLECT AT ALL THE AMOUNT OF STENOSIS OR CORONARY ARTERY

23   DISEASE THAT A PARTICULAR PATIENT HAS?

24   **A.**    NO, I DON'T BELIEVE THAT'S THE CASE.

25   **Q.**    YOUR JULY 22 DEPOSITION, PAGE 525, LINE 10:

DAILY COPY

1          "Q.  DOES THE PERFORMANCE ON A STRESS TEST, IN TERMS

2     OF METS AND TIME ON A BRUCE PROTOCOL, REFLECT AT ALL THE

3     AMOUNT OF STENOSIS OR CORONARY ARTERY DISEASE THAT A

4     PARTICULAR PATIENT HAS?"

5          "A.  NO."

6          IS THAT YOUR SWORN TESTIMONY, SIR?

7  **A.**   YES.  I THINK THAT'S WHAT I JUST SAID, BECAUSE THE ISSUE

8  IS THE FOLLOWING.  IF IN 2000 --

9  **Q.**   ACTUALLY, DOCTOR --

10         **THE COURT:**  DOCTOR, LET'S LET HIM ASK THE QUESTIONS.

11 I'LL LET YOU EXPLAIN, BUT LET'S TRY TO ANSWER THE QUESTIONS

12 FIRST.

13         **THE WITNESS:**  OF COURSE.

14 **BY MR. GOLDMAN:**

15 **Q.**   ISN'T IT TRUE, SIR, THAT A PATIENT CAN HAVE EXCELLENT

16 EXERCISE TOLERANCE DURING A CARDIOLITE STRESS TEST AND STILL

17 HAVE 40 PERCENT BLOCKAGES IN MULTIPLE CORONARY ARTERIES?

18 **A.**   THAT'S CORRECT.  THAT WOULD NOT BE, BY OUR DEFINITIONS,

19 CLINICALLY IMPORTANT CORONARY ARTERY DISEASE.

20 **Q.**   YOU KNOW OF JIM FIXX; RIGHT?

21 **A.**   I DO.

22 **Q.**   JIM FIXX WAS AN AVID RUNNER; CORRECT.

23 **A.**   NOW YOU ARE GOING TO HAVE TO TELL ME.  I THINK HE WAS AN

24 AVID RUNNER, BUT I DON'T KNOW ANYTHING MORE ABOUT THAT OTHER

25 THAN THAT.

1  **Q.**   DO YOU REMEMBER HEARING THAT JIM FIXX IS SOMEBODY THAT HAS

2  WRITTEN A BOOK ON MARATHON RUNNING?  HE WAS AN AVID RUNNER, AND

3  THE NEXT THING HE KNOWS HE IS RUNNING AND HE HAS A HEART

4  ATTACK.  AT AUTOPSY, HE WAS DIAGNOSED WITH HAVING 95 PERCENT

5  STENOSIS, 85 PERCENT STENOSIS, 75 PERCENT STENOSIS IN HIS

6  VARIOUS CORONARY ARTERIES.

7  **A.**   DID HE HAVE A CARDIOLITE?

8  **Q.**   NO.

9        **THE COURT:**  COUNSEL, YOU'RE TESTIFYING, SO I SUSTAIN

10  THE OBJECTION.  LET'S ASK A QUESTION.  IF YOU KNOW, YOU CAN

11  TESTIFY.  IF YOU DON'T KNOW --

12        **THE WITNESS:**  WELL, I CERTAINLY DON'T KNOW IF HE HAD

13  A CARDIOLITE OR NOT.

14  **BY MR. GOLDMAN:**

15  **Q.**   YOU TESTIFIED BEFORE THAT ANOTHER REASON YOU DON'T THINK

16  THAT MR. BARNETT HAD SEVERE DISEASE IN JANUARY OF 2000 WAS

17  BECAUSE OF SOMETHING CALLED TRANSIENT ISCHEMIC DILATION.

18  **A.**   THAT'S ONE OF THE FACTORS ON THE LIST, YES.  I ALSO STATED

19  THAT EKG, EXERCISE TOLERANCE, ALL THOSE THINGS, BUT WE CAN TALK

20  ABOUT TID IF YOU WOULD LIKE TO.

21  **Q.**   I WANT TO SEE IF I CAN WRITE DOWN YOUR THEORY ABOUT

22  TRANSIENT ISCHEMIC DILATION WITHOUT TRIPPING.  I'M JUST GOING

23  TO CALL IT TID.  IS THAT FAIR?

24  **A.**   SURE.

25  **Q.**   IS THIS THE BASIC THEORY:  THAT IF A PATIENT HAS

```
 1   SIGNIFICANT CORONARY ARTERY DISEASE IN MULTIPLE ARTERIES --
 2   A.   SO HOW WOULD YOU DEFINE "SIGNIFICANT"?  WE'RE TALKING
 3   ABOUT GREATER THAN 50 --
 4   Q.   GREATER THAN 70 PERCENT.
 5   A.   WELL, WHY DID YOU COME UP WITH 7O PERCENT?
 6   Q.   OKAY.  HOW DO YOU WANT TO DEFINE IT?
 7   A.   50 PERCENT.
 8   Q.   LET'S SAY THAT A PATIENT HAS -- IS IT TRUE, UNDER THIS
 9   DEFINITION OF TID, THAT A PATIENT WHO HAS MORE THAN 50 PERCENT
10   PLAQUE OR NARROWING OF THE DIAMETER OF THE LUMEN IN MULTIPLE
11   ARTERIES WOULD HAVE WHAT'S KNOWN AS TID?
12   A.   THEY COULD HAVE THAT.  THEY WOULDN'T HAVE TO HAVE IT, BUT
13   THEY COULD HAVE IT, YES.
14   Q.   WELL, ONE OF THE REASONS YOU THINK THAT MR. BARNETT DID
15   NOT HAVE SEVERE DISEASE IN MULTIPLE ARTERIES IN JANUARY OF 2000
16   IS BECAUSE YOU WOULD EXPECT TO SEE DILATION OF THE PUMPING
17   CHAMBER OR THE VENTRICLE; RIGHT?
18   A.   IF ALL THREE OF THE AREAS OF THE HEART WERE NOT GETTING
19   ENOUGH BLOOD SUPPLY, THAT MEANS THAT THEIR MUSCLES WOULD BE
20   CRYING OUT FOR OXYGEN, COULDN'T GET IT, AND AS A RESULT THE
21   MUSCLE OF THE HEART COULDN'T CONTRACT NORMALLY.  WHEN THE HEART
22   CAN'T CONTRACT NORMALLY, IT BECOMES A BIG BALL.  THEN IT LOOKS
23   LIKE THERE'S DILATION BECAUSE NOW THESE NORMAL CONTRACTING
24   PIECES CAN NO LONGER CONTRACT; THEY JUST ARE LIKE A BIG BALL.
25   SO, IN PATIENTS WHO HAVE SEVERE MULTI-VESSEL CORONARY DISEASE,
```

1    THIS TRANSIENT ISCHEMIC DILATATION IS ONE OF THE MULTIPLE WAYS

2    WE ASSESS WHETHER OR NOT THIS IS PRESENT OR NOT, AND HE DIDN'T

3    HAVE THAT.

4    **Q.**    SO IF MR. BARNETT HAD SEVERE CORONARY ARTERY DISEASE IN

5    JANUARY OF 2000, YOU WOULD EXPECT TO SEE WHAT'S KNOWN -- AND

6    I'M GOING TO SHOW WHAT THIS IS ON THE SCREEN IN A MINUTE --

7    DILATION OF THE VENTRICLE; RIGHT?

8    **A.**    NO.  CAN YOU TURN THIS TO ME BECAUSE I CAN'T SEE WHAT

9    YOU'RE WRITING?

10    **Q.**    SURE.

11    **A.**    SO IF I CAN PUT IT IN MY WORDS, WHAT I'M HEARING YOU

12    SAY --

13    **Q.**    OKAY.

14    **A.**    -- IF MR. BARNETT HAD MULTIPLE CORONARY ARTERIES WITH

15    GREATER THAN 50 PERCENT STENOSES, ONE OF THE SEVERAL

16    MANIFESTATIONS --

17    **Q.**    NOW YOU'RE GETTING LONG.  I CAN'T FIT THAT ALL.

18    **A.**    OKAY.  ONE FINDING MIGHT BE TID --

19    **Q.**    OKAY.

20    **A.**    -- BUT THERE ARE OTHERS.

21    **Q.**    OKAY.

22         **THE COURT:**  COUNSEL, YOU HAVE HIM UNDER CROSS AND

23    I'LL GIVE YOU A LOT OF LEEWAY HERE, BUT LET'S NOT MAKE IT A

24    DISCOVERY DEPOSITION.

25

1   **BY MR. GOLDMAN:**

2   **Q.**    DO YOU REMEMBER WHEN YOU WERE DESCRIBING THOSE

3   DOUGHNUT-LOOKING SHAPES --

4   **A.**    YES.

5   **Q.**    -- WHEN MR. ROBINSON HAD THE DOCUMENT ON THE SCREEN?

6   **A.**    YES.

7   **Q.**    AM I RIGHT THAT TRANSIENT ISCHEMIC DILATION MEANS THAT, IF

8   YOU LOOK AT THE CENTER OF THE DOUGHNUT, WHEN YOU'RE EXERCISING,

9   IF YOU HAVE SEVERE-ENOUGH DISEASE, THE CENTER OF THE DOUGHNUT

10  WILL EXPAND MORE RELATIVE OR COMPARED TO HOW THE CENTER OF THE

11  DOUGHNUT WOULD LOOK IF YOU WERE AT REST?

12  **A.**    THAT IS THE GENERAL CONCEPT.  THE WAY THAT IT'S INDEXED IS

13  IT GETS A NUMBER -- BECAUSE THAT'S HOW WE GIVE EVERYTHING --

14  AND I BELIEVE THAT HIS TID WAS .8.  THAT'S THE NUMBER THAT'S

15  GIVEN BY THE NUCLEAR SPECIALIST.  AN ABNORMAL VALUE WOULD BE

16  GREATER THAN 1.2.

17  **Q.**    I'M GOING TO SHOW YOU A PORTION OF BRAUNWALD'S TEXT WHICH

18  YOU CONTRIBUTED TO.  THIS IS AT PAGE 292, WHERE IT TALKS ABOUT

19  THIS TRANSIENT ISCHEMIC DILATION.

20  **A.**    YES.

21  **Q.**    HERE IT IS TALKING ABOUT TRANSIENT ISCHEMIC DILATION,

22  WHICH, AGAIN, JUST MEANS THAT THE HOLE IN THE DOUGHNUT GETS

23  BIGGER.  I DON'T NEED TO GET INTO THE DETAILS ABOUT WHAT IT

24  SAYS EXCEPT THAT IT DESCRIBES TWO PARTICULAR ARTICLES.  DO YOU

25  SEE HERE IT CITES 16?

1    **A.**    YES.

2    **Q.**    IT CITES ANOTHER ARTICLE, 17?

3    **A.**    CORRECT.

4    **Q.**    DO YOU SEE THAT?

5    **A.**    CORRECT.

6    **Q.**    THOSE ARE THE TWO ARTICLES IN THIS SECTION ABOUT TID THAT

7    THE BRAUNWALD TEXT, WHICH WAS ALSO CO-AUTHORED BY DR. ZIPES,

8    REFERS TO.  ARE YOU WITH ME?

9    **A.**    YES.

10   **Q.**    THOSE TWO ARTICLES, THERE'S AN ARTICLE BY MCLAUGHLIN AND

11   ANOTHER ARTICLE BY MAZZANTI.  DO YOU SEE THAT?

12   **A.**    YES.

13   **Q.**    WE ARE GOING TO LOOK AT BOTH OF THOSE ARTICLES AND SEE HOW

14   THEY RELATE TO THIS CASE, IF AT ALL.  THIS IS THE ARTICLE BY

15   MCLAUGHLIN.  DO YOU SEE THE TITLE IS "TRANSIENT ISCHEMIC

16   DILATION:  A POWERFUL DIAGNOSTIC AND PROGNOSTIC FINDING OF

17   STRESS, MYOCARDIAL PERFUSION," AND YOU SEE HIS NAME IS LISTED

18   THERE?

19   **A.**    YES.

20   **Q.**    THE THIRD PAGE OF THIS ARTICLE, SIR, IN THE SECOND

21   PARAGRAPH, THERE'S A STATEMENT THAT SAYS:  "DATA FROM A NUMBER

22   OF STUDIES OVER THE PAST 15 YEARS STRONGLY SUGGESTS THAT TID IS

23   A USEFUL INDEPENDENT MARKER OF SEVERE AND EXTENSIVE CORONARY

24   ARTERY DISEASE.  ALTHOUGH THE SPECIFIC DEFINITION OF SEVERE AND

25   EXTENSIVE VARIES AMONG STUDIES, IT GENERALLY REFERS TO THE

1   PRESENCE OF CRITICAL STENOSES OF GREATER THAN 90 PERCENT IN TWO

2   OR MORE MAJOR EPICARDIAL CORONARY ARTERIES."  YOU SEE THAT,

3   SIR?

4   **A.**   I DO.

5   **Q.**   SO WHAT THIS IS SAYING IS THAT IF YOU HAVE IN YOUR

6   CORONARY ARTERIES, LET'S SAY, 80 PERCENT STENOSIS, 80 PERCENT

7   PLAQUE, THEN YOU WOULDN'T NECESSARILY BE EXPECTED TO HAVE A

8   POSITIVE FINDING ON A TID; IN OTHER WORDS, YOU WOULDN'T EXPECT

9   THE HOLE OF THE DOUGHNUT TO EXPAND?

10  **A.**   FIRST OF ALL, THERE'S SOME ISSUES WITH THIS STUDY JUST

11  EVEN BY HOW THEY PUT IT TOGETHER BECAUSE A 90 PERCENT STENOSIS,

12  IN GENERAL TERMS, MEANS THERE'S A PROBLEM WITH THE RESTING

13  FLOW.  WE TALKED ABOUT THAT EARLIER, THAT WHEN THE STENOSIS

14  BECOMES MORE THAN 90 PERCENT THERE'S A PROBLEM AT REST WITH THE

15  FLOW.  I CAN'T SPEAK TO THE VALIDITY OF THE AUTHORS, BUT LET ME

16  JUST GET TO YOUR POINT.

17  **Q.**   JUST ANSWER MY QUESTION "YES" OR "NO."  IF YOU DISAGREE,

18  YOU DISAGREE.

19  **A.**   I DISAGREE WITH THIS FINDING, YES.

20  **Q.**   THIS ISN'T THE ONLY ARTICLE, SIR, THAT TALKS ABOUT HOW YOU

21  NEED TO HAVE GREATER THAN 90 PERCENT STENOSIS IN ORDER TO HAVE

22  THIS TID FINDING.  LET'S LOOK AT THE NEXT ARTICLE BY MAZZANTI.

23  **A.**   I GUESS I'M TRYING TO EXPRESS IS HE DIDN'T HAVE IT.  IF HE

24  HAD IT, THEN WE WOULD BE DISCUSSING WHAT IT MEANT, BUT HE

25  DIDN'T HAVE IT.  EVERY TEST HAS A SENSITIVITY AND SPECIFICITY,

1    AND IT'S NOT AS IF WE KNOW HOW MANY PATIENTS HAD GREATER THAN

2    50 PERCENT STENOSIS WHO DID OR DIDN'T HAVE THE TID.  THE POINT

3    IS HE DIDN'T HAVE IT.

4    **Q.**   DR. POPMA, THIS IS THE ARTICLE BY MAZZANTI.  DO YOU SEE

5    THAT?

6    **A.**   I DO.

7    **Q.**   IF WE TURN TO THE END OF THIS ABSTRACT -- THAT'S THE FIRST

8    PART OF THIS ARTICLE, RIGHT?  HERE IN THE FIRST PAGE, DO YOU

9    SEE HOW IT SAYS, "THE AUTOMATIC" -- ACTUALLY, THAT'S NOT WHERE

10   IT IS.  GIVE ME ONE MINUTE.  THIS SHOWS IT'S IN THE *JOURNAL OF*

11   *AMERICAN COLLEGE OF CARDIOLOGY*; RIGHT?

12   **A.**   YES.

13   **Q.**   YOU HAVE PUBLISHED IN THAT JOURNAL, TOO, HAVEN'T YOU?

14   **A.**   YES, OF COURSE.

15   **Q.**   IF WE GO TO THE SECOND PAGE, THERE ARE DIFFERENT GROUPS

16   THAT THIS PARTICULAR STUDY DIVIDED PEOPLE INTO.  DO YOU SEE HOW

17   HERE THERE'S GROUP 2, THERE'S GROUP 2.1, AND THEN THERE'S

18   ANOTHER ONE IN THE NEXT PARAGRAPH, 2.2?

19   **A.**   SURE.  I DON'T WANT TO HOLD THIS UP, BUT THERE'S A PROBLEM

20   WITH HOW THEY'RE CALLING STENOSIS.  COULD YOU GO TO THE METHOD

21   SECTION AND SEE HOW THEY ANALYZED THE ANGIOGRAMS, PLEASE.  IT'S

22   GOING TO BE IN METHODS.  THEY WILL DESCRIBE HOW THEY DETERMINE

23   THE STENOSIS.  AS I SAID --

24   **Q.**   ARE YOU SAYING THERE'S A PROBLEM WITH THE METHODS THEY

25   USED?

1    **A.**    I WANT TO KNOW WHAT THE METHODS ARE.   THEY DON'T TALK

2    ABOUT HOW THEY GRADED THE ANGIOGRAMS.   IT LOOKS LIKE IT'S THE

3    LOWEST PARAGRAPH.

4    **Q.**    THE LOWEST PARAGRAPH?

5    **A.**    YOU HAD IT.   LET ME JUST READ WHAT THIS SAYS HERE.   IT HAS

6    TO GO TO THE TOP OF THE NEXT PARAGRAPH.

7    **Q.**    HAVE YOU READ THIS?

8    **A.**    NOW GO TO THE TOP OF THE NEXT PARAGRAPH, PLEASE.

9    **Q.**    OKAY.   WHAT I WANT TO FOCUS ON --

10   **A.**    I NEED TO ANSWER YOUR QUESTION.

11   **Q.**    DR. POPMA, I REALLY DON'T --

12            **MR. ROBINSON:**  HE DIDN'T ANSWER.

13            **THE COURT:**  YOU CAN TAKE HIM UNDER REDIRECT AND FILL

14   IT OUT IF YOU NEED TO.   HE IS UNDER CROSS AT THIS POINT.   I

15   WANT HIM TO FINISH THE ANSWER, BUT WE CAN'T GO INTO ANOTHER

16   ANSWER ON ANOTHER QUESTION.   IF IT'S ON THIS QUESTION, I'LL LET

17   YOU ANSWER.

18            **THE WITNESS:**  LET ME JUST SAY YOU HAVE ACCURATELY

19   STATED WHAT THE AUTHORS CONCLUDED, BUT THERE'S ISSUES WITH THE

20   METHODOLOGY THAT I SPENT MOST OF MY CAREER WORKING ON.   COULD

21   YOU ASK YOUR QUESTION AGAIN?   I'LL TRY TO ANSWER IT.

22   **BY MR. GOLDMAN:**

23   **Q.**    I WANT TO FOCUS ON THE GROUP THAT'S ACTUALLY 2.2.   THAT'S

24   HOW THEY DEFINE THIS GROUP OF PATIENTS IN THIS PARTICULAR

25   STUDY.   HERE IT SAYS, "MILD TO MODERATE CORONARY ARTERY DISEASE

1   WAS DEFINED AS GREATER THAN OR EQUAL TO 70 PERCENT, BUT LESS

2   THAN 90 PERCENT LUMEN DIAMETER CORONARY ARTERY STENOSIS IN ONE

3   OR MORE VESSELS."

4   **A.**   THIS WAS DONE USING VISUAL ASSESSMENTS, DOCS JUST LOOKING

5   AT THESE ANGIOGRAMS, AND NOT PERFORMING THE QUANTITATIVE

6   TECHNIQUES WE DO AND ARE ESTABLISHED IN OUR LABORATORY.

7   **Q.**   "GREATER THAN OR EQUAL TO 90 PERCENT STENOSIS IN ONE

8   VESSEL OTHER THAN THE PROXIMAL LEFT ANTERIOR DESCENDING

9   CORONARY ARTERY, GROUP 2.2."  I WANT YOU TO KEEP GROUP 2.2 IN

10  MIND.  LET'S SEE WHAT ABOUT THE TID MEASUREMENT FOR THAT GROUP.

11  THESE ARE PEOPLE WHO HAVE STENOSIS BETWEEN 70 PERCENT AND 90

12  PERCENT IN ONE OR MORE CORONARY ARTERIES.

13          **MR. ROBINSON:**  YOUR HONOR, COULD I GIVE THE WITNESS A

14  COPY OF THE ARTICLE?

15          **MR. GOLDMAN:**  I'M HAPPY TO IF YOU WANT ONE, SIR.

16          **THE COURT:**  DO YOU WANT A COPY OF THE ARTICLE?

17          **THE WITNESS:**  I WILL BECAUSE I'M SURE THERE WILL BE A

18  REDIRECT ON THIS, BUT WHY DON'T WE KEEP GOING AND GET TO YOUR

19  POINT BECAUSE THIS ARTICLE HAS SOME LIMITATIONS TO IT, JUST

20  FROM WHAT I HAVE BEEN ABLE TO SEE OF IT.

21  **BY MR. GOLDMAN:**

22  **Q.**   WAS THIS ARTICLE PEER-REVIEWED, SIR?

23  **A.**   YES, IT WAS.

24  **Q.**   WHICH MEANS IT WENT THROUGH A PROCESS WHERE OTHER

25  DOCTORS/SCIENTISTS KNOWLEDGEABLE IN THE FIELD AGREED WITH THE

1  METHODOLOGY AND THE WAY THIS STUDY WAS CONDUCTED; RIGHT?

2  **A.**   THAT'S CORRECT.

3  **Q.**   NOW, IF YOU LOOK HERE IN THE MIDDLE OF THE PARAGRAPH, "THE

4  TRANSIENT ISCHEMIC DILATION RATIO WAS NORMAL IN 100 PERCENT OF

5  GROUP 1 AND 94 PERCENT OF GROUP 2.2."  DO YOU SEE THAT, SIR?

6  **A.**   YES.

7  **Q.**   SO IN TERMS OF ANY TRANSIENT ISCHEMIC DILATION OR

8  EXPANDING OF THE HOLE OF THE DOUGHNUT, THAT DIDN'T HAPPEN IN

9  PATIENTS WHO HAD BETWEEN 70 PERCENT AND 90 PERCENT STENOSIS IN

10  MORE THAN ONE CORONARY ARTERY, DID IT, SIR?

11  **A.**   ARE YOU ARGUING THAT TID IS NOT A USEFUL PREDICTOR FOR

12  MULTI-VESSEL DISEASE OR ARE YOU SAYING THAT IT ONLY PREDICTS

13  VERY, VERY SEVERE MULTI-VESSEL DISEASE?

14  **Q.**   MY QUESTION, SIR, IS:  WAS THE FINDING IN THIS STUDY THAT

15  THE HOLE IN THE DOUGHNUT DID NOT EXPAND IN ANY SIGNIFICANT WAY,

16  IT WAS NORMAL, FOR PATIENTS WHO HAD BETWEEN 70 AND 90 PERCENT

17  STENOSIS IN AT LEAST ONE CORONARY ARTERY?

18  **A.**   THAT'S CORRECT.

19  **Q.**   THIS IS ANOTHER ARTICLE ON THE TOPIC OF TID.  IT'S CALLED

20  "TRANSIENT ISCHEMIC DILATION OF THE LEFT VENTRICLE" AND IT

21  CONTINUES.  THIS ARTICLE WAS PUBLISHED ALSO IN THE *JOURNAL OF*

22  *THE AMERICAN COLLEGE OF CARDIOLOGY*; RIGHT?

23  **A.**   NOW 20 YEARS AGO.

24  **Q.**   THE FINDING ON THE FIRST PAGE IN THE ABSTRACT SAYS, "THE

25  TRANSIENT DILATION RATIO WAS INSIGNIFICANTLY ELEVATED IN

1    PATIENTS WITH NONCRITICAL CORONARY ARTERY DISEASE, WHICH IS 50

2    TO 89 PERCENT STENOSIS, AND IN PATIENTS WITH CRITICAL STENOSIS,

3    MORE THAN OR EQUAL TO 90 PERCENT OF ONLY ONE CORONARY ARTERY."

4    DO YOU SEE THAT, SIR?

5    A.   I DO.

6    Q.   THEN IT SAYS, "IN CONTRAST, THE PATIENTS WITH CRITICAL

7    STENOSES IN TWO OR THREE VESSELS, THE TRANSIENT DILATION RATIO

8    WAS SIGNIFICANTLY ELEVATED."  DO YOU SEE THAT?

9    A.   I DO.

10   Q.   SO HERE AGAIN IS A STUDY SHOWING IN PATIENTS WHO HAVE

11   BETWEEN 70 AND 90 PERCENT, OR HERE JUST LESS THAN 90 PERCENT

12   STENOSIS, THE DOUGHNUT DOESN'T EXPAND; IT EXPANDS WHEN YOU GET

13   TO THE CRITICAL LEVEL OF 90 PERCENT IN THE CORONARY ARTERIES.

14   TRUE?

15   A.   SO THESE --

16   Q.   IS THAT RIGHT?  IS THAT WHAT THE FINDING WAS?

17   A.   THAT'S THE FINDING OF THE STUDY, YES.  THAT WAS A GOOD

18   SECTION.  COULD YOU PUT THAT BACK UP?

19   Q.   OKAY.  YES.  ACTUALLY, THIS IS THE SECTION I WANTED.

20   A.   IT'S NOT THE SECTION YOU HAD.

21   Q.   WELL, I'LL PUT THE OTHER SECTION UP.

22   A.   I LIKE THE BOTTOM SENTENCE, AS LONG AS WE GO TO THE BOTTOM

23   SENTENCE.

24   Q.   WE'LL ABSOLUTELY GO TO THE BOTTOM SENTENCE.  THE TOP

25   SENTENCE, UNDER "CLINICAL IMPLICATIONS," DO YOU SEE HERE, "THE

1    ABSENCE OF TRANSIENT ISCHEMIC DILATION DOES NOT RULE OUT SEVERE

2    AND EXTENSIVE DISEASE IN ANY PATIENT"?

3    **A.**   I AGREE WITH THAT.

4    **Q.**   WHERE DO WANT ME TO GO?

5    **A.**   TO THE LAST LINE OF THIS WHOLE PIECE, WHICH IS WHAT I'VE

6    BEEN TRYING TO EXPRESS MOST OF THE LAST 20 MINUTES.

7    **Q.**   "THE MEASUREMENT APPEARS TO PROVIDE COMPLEMENTARY

8    INFORMATION TO THAT DERIVED FROM THE OTHER SIGNS OF EXERCISE

9    INDUCED ISCHEMIA IN THALLIUM SCINTIGRAPHY"?

10   **A.**   THAT'S THE POINT, IS THAT IT PROVIDES COMPLEMENTARY

11   INFORMATION.  IT'S THE OTHER THINGS WE TALKED ABOUT,

12   DEPRESSION, CHEST PAIN -- IT'S ONE FINDING THAT WE DO IN

13   CONSTELLATION.

14   **Q.**   BETWEEN JANUARY OF 2000, SIR, AND SEPTEMBER OF 2002, WHEN

15   MR. BARNETT HAD HIS HEART ATTACK, DO YOU AGREE THAT NONE OF HIS

16   MEDICAL RECORDS SUGGESTED HE HAD ANY HEART-RELATED PROBLEMS?

17   **A.**   AS A GENERAL CAUSE, THAT'S TRUE, YES.

18   **Q.**   IN FACT, THE ONLY TIMES THAT MR. BARNETT COMPLAINED ABOUT

19   CHEST PAIN BETWEEN JANUARY OF 2000 AND SEPTEMBER OF 2002 WAS

20   WHEN HIS CHEST PAIN WAS RELIEVED WITH THE MEDICINE CALLED

21   PRILOSEC; TRUE?

22   **A.**   THAT'S CORRECT.

23   **Q.**   PRILOSEC IS A MEDICINE USED TO TREAT PEOPLE WITH A REFLUX

24   CONDITION?

25   **A.**   THAT'S CORRECT.

1472

1  Q.   MR. BARNETT HAS HAD THAT CONDITION FOR DECADES; RIGHT?

2  A.   THAT'S WHAT I UNDERSTAND.

3  Q.   PRILOSEC DOES NOT EFFECTIVELY TREAT SYMPTOMS OF ANGINA OR

4  HEART PROBLEMS; RIGHT?

5  A.   GENERALLY NOT.

6  Q.   IF MR. BARNETT WAS HAVING ACTUAL ANGINA OR HEART PROBLEMS

7  BETWEEN JANUARY OF 2000 AND SEPTEMBER 2002, THE CHEST PAIN HE

8  WAS EXPERIENCING COULD NOT HAVE BEEN ANGINA BECAUSE IT WAS

9  RELIEVED BY PRILOSEC; RIGHT?

10 A.   I DON'T KNOW THAT'S TRUE, BUT LET'S JUST ASSUME THAT FOR

11 WHATEVER PROGRAM HE HAD BEFORE HIS HEART ATTACK THAT THE

12 SYMPTOMS WERE NOT CLASSIC OR SEVERE, LIMITING HIS ACTIVITY.

13 Q.   WELL, THERE WASN'T ANY DIAGNOSES AT ALL -- AND YOU READ

14 DR. KARAVAN'S TESTIMONY -- AT ANY TIME BETWEEN JANUARY OF 2000

15 AND SEPTEMBER OF 2002 THAT MR. BARNETT WAS SUFFERING ANGINA;

16 TRUE?

17 A.   YES, WE AGREE.

18 Q.   LET'S TALK ABOUT MR. BARNETT'S HEART ATTACK IN SEPTEMBER

19 OF 2002, SIR.  YOU AGREE THAT HE HAD A SMALL HEART ATTACK?

20 A.   WE HAVE BEEN THROUGH THIS BEFORE.

21 Q.   CAN YOU ANSWER THAT "YES" OR "NO"?

22 A.   YES, WITH AN EXPLANATION.

23 Q.   GO AHEAD AND GIVE YOUR EXPLANATION.

24 A.   SO WHEN THIS POSTERIOR DESCENDING ARTERY DEVELOPED AN

25 ACUTE BLOOD CLOT, IN THAT TIME WHEN THE BLOOD CLOT FORMS,

1   MR. BARNETT WAS AT RISK TO HAVE A FATAL ARRHYTHMIA.  HE DIDN'T.

2   THAT'S FORTUNATE.  THE EXTENT OF HEART MUSCLE DAMAGE WAS

3   RELATIVELY MINOR.  IT'S BEEN TERMED A NON-Q WAVE MYOCARDIAL

4   INFARCTION.  THE TROPONIN LEVELS, WHICH MEASURE HOW MUCH HEART

5   MUSCLE DAMAGE HAS ACTUALLY BEEN DONE, WERE NOT MARKEDLY

6   ELEVATED.  THEY WERE MODERATELY ELEVATED.  THE VENTRICULOGRAM,

7   WHICH SHOWS HOW WELL THE HEART CONTRACTS AS A PUMP, SHOWED A

8   MILD REDUCTION IN HOW WELL THE HEART WORKED IN THAT AREA.

9        THE REASON I WANTED TO QUALIFY THE EXPLANATION WAS

10  BECAUSE ANY TIME A PATIENT DEVELOPS A HEART ATTACK LIKE THIS,

11  WE DON'T JUST WORRY ABOUT THE IMMEDIACY OF THE FIRST THREE OR

12  FOUR DAYS IN THE HOSPITAL.  WE WORRY ABOUT WHAT HAPPENS TO A

13  PATIENT OVER THE NEXT YEAR.  AS IT TURNS OUT WITH A HEART

14  ATTACK LIKE THIS, ALTHOUGH IT'S NOT LARGE, IT PUTS HIM IN A

15  BEND OF HIGH RISK, WHICH IS WHY HE HAD BYPASS SURGERY.  SO I

16  THINK IN TERMS OF THE EXTENT OF THE MUSCLE DAMAGE, IT WAS A

17  SMALL EXTENT OF MUSCLE DAMAGE, BUT THE PROGNOSTIC IMPLICATION,

18  HE HAD THE HEART ATTACK AND HE HAD BYPASS SURGERY, WHICH MEANS

19  IT'S A BIGGER DEAL WHEN IT COMES TO HIS OUTCOME.

20  **Q.**  PAGE 778 OF YOUR DEPOSITION, SIR:

21       "Q.  I'M SIMPLY ASKING DO YOU AGREE THAT THE

22       MYOCARDIAL INFARCTION THAT MR. BARNETT SUFFERED IN

23       SEPTEMBER OF 2002 WAS A MYOCARDIAL INFARCTION?"

24       "A.  I DO."

25       WAS THAT YOUR SWORN TESTIMONY, SIR?

1  **A.**   IT IS AND I THINK THAT'S WHAT I SAID TODAY WITH THE

2  EXPLANATION.

3  **Q.**   AFTER MR. BARNETT HAD HIS HEART ATTACK, HE HAD A

4  CATHETERIZATION DONE BY DR. KARAVAN?

5  **A.**   THAT'S CORRECT.

6  **Q.**   YOU HAVE REVIEWED THE FILMS FROM THE CATH PROCEDURE THAT

7  WAS DONE; RIGHT?

8  **A.**   I HAVE.

9  **Q.**   YOU AGREE, SIR, THAT THE CATH SHOWED THAT MR. BARNETT HAD

10 PRESERVED EJECTION FRACTION?

11 **A.**   THAT'S CORRECT.

12 **Q.**   IT SHOWED MILD HYPOKINESIS?  YOU TALKED ABOUT THAT A

13 LITTLE BIT ON --

14 **A.**   YES.

15 **Q.**   HAVING PRESERVED EJECTION FRACTION AND MILD HYPOKINESIS --

16 WHICH JUST MEANS THE BOTTOM OF THE HEART IS NOT PUMPING AS WELL

17 AS YOU LIKE; RIGHT?

18 **A.**   IT'S NOT AS WELL AS I LIKE.  IT'S NOT FUNCTIONING BECAUSE

19 IT'S DEAD.

20 **Q.**   HAVING PRESERVED EJECTION FRACTION IN MILD HYPOKINESIS IN

21 SEPTEMBER OF 2002 WERE GOOD PROGNOSTIC SIGNS FOR HEART FUNCTION

22 IN THE FUTURE; IS THAT TRUE, SIR?

23 **A.**   THAT'S CORRECT.

24 **Q.**   IN JULY OF 2003, MR. BARNETT HAD HIS CARDIOLITE STRESS

25 TEST?

1    **A.**    THAT'S CORRECT.

2    **Q.**    TEN MONTHS AFTER HIS HEART ATTACK; TRUE?

3    **A.**    HIS BYPASS SURGERY.

4    **Q.**    HE HAD A 17.2 METS, WHICH WAS THE SAME LEVEL HE ACHIEVED

5    BEFORE HIS HEART ATTACK?

6    **A.**    BECAUSE THE AREAS OF THE HEART THAT HAD THREE-VESSEL

7    DISEASE WERE PROTECTED --

8    **Q.**    AM I RIGHT, SIR, THAT IN JULY 2003 MR. BARNETT ACHIEVED A

9    17.2 METS SCORE, WHICH IS BASICALLY THE SAME AS A 17.5 METS

10   SCORE IN JANUARY OF 2000?

11   **A.**    YES.

12   **Q.**    YOU AGREE THAT A 17.2 METS SCORE -- YOU SAID ON DIRECT

13   EXAMINATION IT WAS SUPERB, IT WAS PHENOMENAL; RIGHT?

14   **A.**    THAT'S CORRECT WITHOUT BYPASS SURGERY.  OH, I'M SORRY.  I

15   MISUNDERSTOOD.  THE 17.5, WITH HIS INITIAL 2000 EXERCISE TEST,

16   WHERE I SAID THE PROGNOSIS FOR HIM HAVING AN EVENT OVER THE

17   NEXT YEAR WAS UNDER 1 PERCENT, THAT WAS WITHOUT HIM HAVING

18   BYPASS SURGERY.  IT'S A VERY DIFFERENT SCENARIO IN PATIENTS WHO

19   HAVE HAD BYPASS GRAFTS --

20   **Q.**    DOCTOR, I'M ASKING A VERY SIMPLE QUESTION:  DID HE HAVE

21   ABOUT THE SAME METS AND WASN'T IT EXCELLENT EXERCISE CAPACITY

22   IN JULY 2003 WHEN HE ACHIEVED THE 17.2 METS SCORE?

23   **A.**    YES.

24   **Q.**    THAT SCORE WAS ACTUALLY VERY GOOD EVEN FOR A 25-YEAR-OLD;

25   TRUE?

1    **A.**   THAT'S CORRECT.

2    **Q.**   NOW, LET'S TALK ABOUT THE MAY TEST, THE MAY 2006 TEST.

3    **A.**   YES.

4    **Q.**   NOW, THESE TESTS WERE DONE FOR PURPOSES OF LITIGATION;

5    RIGHT?

6    **A.**   I CAN'T SPEAK TO THE PURPOSES OF THE TEST.  THEY WERE

7    PERFORMED BY DR. ZIPES.

8    **Q.**   DR. ZIPES IS ONE OF THE PLAINTIFF'S EXPERTS IN THIS CASE;

9    RIGHT?

10   **A.**   YES, HE IS.

11   **Q.**   MR. BARNETT WENT OVER FROM SOUTH CAROLINA TO INDIANA TO

12   HAVE HIS TEST ON MAY 2, 2006; TRUE?

13   **A.**   THAT'S MY UNDERSTANDING.

14   **Q.**   HE HAD A NUMBER OF TESTS THERE BY DR. ZIPES.  ONE WAS A

15   STRESS TEST JUST LIKE WHAT HE HAD IN JANUARY OF 2000 AND

16   JULY 2003; TRUE?

17   **A.**   WELL, NOT JUST LIKE IT.

18   **Q.**   WELL, HE HAD A CARDIOLITE STRESS TEST ON MAY 2, 2006,

19   DIDN'T HE?

20   **A.**   RIGHT, BUT HE HAD A DROP IN HIS EXERCISE CAPACITY.

21   **Q.**   I'M ASKING ABOUT THE TEST, THEN WE'LL GET TO THE RESULTS.

22   **A.**   IT'S THE SAME TEST.

23   **Q.**   THE TEST HE HAD IN MAY 2006 WAS THE SAME CARDIOLITE STRESS

24   TEST AS HE HAD IN JULY 2003 AND JANUARY 2000; RIGHT?

25   **A.**   BROADLY COMPARABLE, FOR PURPOSES OF DISCUSSION, YES.

1  **Q.**  NOW, IN MAY OF 2006, TWO AND A HALF MONTHS OR SO BEFORE

2  THE TRIAL, MR. BARNETT GOT OFF THE TREADMILL AFTER NINE AND A

3  HALF MINUTES; RIGHT?

4  **A.**  NINE MINUTES AND 30 SECONDS.

5  **Q.**  HIS METS SCORE WAS 13.1?

6  **A.**  YES.

7  **Q.**  HIS EJECTION FRACTION WAS MEASURED BY THE PEOPLE IN

8  INDIANA AS 60 PERCENT; TRUE?

9  **A.**  THAT'S CORRECT.

10  **Q.**  YOU TALKED ABOUT HOW MR. BARNETT HAD A DECLINE IN EXERCISE

11  CAPACITY BETWEEN JULY OF 2003 AT 15 MINUTES AND MAY OF 2006 AT

12  NINE AND A HALF MINUTES; RIGHT?

13  **A.**  THAT'S CORRECT.

14  **Q.**  NOW, THAT YOU AGREE, SIR, IS ONLY A SLIGHT DECLINE IN

15  EXERCISE CAPACITY?

16  **A.**  I CAN'T DEFINE "SLIGHT."  IT'S ALMOST A 40 PERCENT

17  REDUCTION.  PLUS, I ALSO MENTIONED TO YOU THAT HE -- YOU DIDN'T

18  WRITE IT DOWN, BUT THE OTHER THING THAT HAPPENED ON THE JULY

19  18, 2003 EXERCISE TEST WAS HE WAS ONLY ABLE TO GET HIS HEART

20  RATE TO 120 BEATS PER MINUTE.  WHEREAS, BEFORE HE WAS OUT TO

21  178 BEATS PER MINUTE, NOW HE CAN ONLY GET TO 120 BEATS PER

22  MINUTE.  NOW, WITH PEAK EXERTION, HE CAN ONLY GET TO 106 BEATS

23  PER MINUTE.  SO HE JUST CAN'T EXERCISE ENOUGH.  HIS HEART RATE

24  WON'T INCREASE ENOUGH --

25  **Q.**  DR. POPMA --

1    **A.**   -- BECAUSE OF EXERCISE.  SO I'M JUST TRYING TO GIVE YOU

2    SOME EVIDENCE ABOUT WHY HIS EXERCISE TOLERANCE IS DIMINISHED.

3    **Q.**   YOU SAID ON DIRECT EXAMINATION AND YOU SAY NOW THAT

4    MR. BARNETT HAD A MARKED REDUCTION IN EXERCISE TOLERANCE BY MAY

5    OF 2006?  WAS THAT YOUR TESTIMONY?

6    **A.**   I WOULD SAY THAT THAT'S MARKED, YES.

7    **Q.**   WELL, ISN'T IT TRUE, SIR, THAT IT'S ACTUALLY A SLIGHT

8    DECREASE IN EXERCISE CAPACITY?

9    **A.**   I DON'T KNOW THE DIFFERENCES IN THE ADJECTIVES.

10   **Q.**   PAGE 451 OF YOUR DEPOSITION, AT LINE 22:

11            **MR. ROBINSON:**  FIRST, SECOND, OR THIRD DEPOSITION?

12   **BY MR. GOLDMAN:**

13   **Q.**   THIS IS THE SECOND:

14            "Q.  DO YOU AGREE THAT THE MAY 2, 2006 STRESS TEST

15        THAT MR. BARNETT HAD REFLECTED A SLIGHT DECREASE IN

16        EXERCISE CAPACITY?"

17            "A.  THIS IS THE ONE BY DR. ZIPES?"

18            "Q.  YES."

19            "A.  YES, I DO."

20            WAS THAT YOUR SWORN TESTIMONY, SIR?

21   **A.**   YEAH, 17 HOURS OF DEPOSITION.  LET ME JUST SAY THAT I'D

22   RATHER JUST STICK TO THE NUMBERS THAT ARE HERE.  15 MINUTES

23   DOWN TO 9.5 MINUTES, A DROP IN EXERCISE CAPACITY BY ALMOST 50

24   PERCENT, I DON'T KNOW IF THE ADJECTIVE IS "SLIGHT" OR

25   "MODERATE" OR "SEVERE," BUT IT'S A REDUCTION IN THE EXERCISE

1   CAPACITY.

2   **BY MR. GOLDMAN:**

3   **Q.**   IS IT YOUR TESTIMONY, SIR, THAT YOUR TESTIMONY WAS

4   INACCURATE BECAUSE YOU HAD TESTIFIED FOR 17 HOURS?

5   **A.**   I HADN'T TESTIFIED FOR 17 HOURS AT THAT POINT IN TIME.

6   **Q.**   RIGHT, BUT --

7   **A.**   I THINK WE'LL SEE EXACTLY WHERE THAT WAS IN THE WHOLE

8   CYCLE.  THE POINT OF IT WAS --

9   **Q.**   THAT WAS A TWO-HOUR DEPOSITION.

10  **A.**   THE 13th OF -- NO, THAT WAS ACTUALLY A 12-HOUR -- A

11  10-HOUR DEPOSITION.

12  **Q.**   DR. POPMA, ARE YOU STANDING BY THE TESTIMONY THAT YOU GAVE

13  ON JULY 22 OF 2006?

14  **A.**   I GUESS I'M NOT.  I THINK THAT THIS IS MORE NOW THAN IT

15  WAS BEFORE.

16  **Q.**   MR. BARNETT HAD AN EKG THAT WAS DONE IN INDIANA, TOO;

17  RIGHT?

18  **A.**   HE DID.

19  **Q.**   THAT WAS NORMAL, WASN'T IT?

20  **A.**   THAT'S CORRECT.

21  **Q.**   AFTER MAY 2006, HE WENT TO VISIT DR. KARAVAN JUNE 26.  DO

22  YOU REMEMBER THAT?

23  **A.**   WERE WE GOING TO TALK ABOUT THE RESULTS OF THE CARDIOLITE?

24          **THE COURT:**  WE ARE GOING TO TALK ABOUT WHATEVER HE

25  WANTS TO TALK ABOUT.

1     **THE WITNESS:**  OH, I'M SORRY.  OKAY.  YES, HE SAW

2  DR. KARAVAN.

3  **BY MR. GOLDMAN:**

4  **Q.**   DR. KARAVAN SAID TO HIM, "I HAVE REVIEWED ALL OF THE MAIN

5  TESTS," THAT MR. ROBINSON HAD SENT DR. KARAVAN, "AND I THINK

6  THAT AT THIS TIME YOU DON'T NEED TO HAVE A CATHETERIZATION, BUT

7  YOU SHOULD WATCH OUT FOR CHEST PAIN."  DO YOU REMEMBER THAT?

8  **A.**   YES, I DO.

9  **Q.**   MR. BARNETT STARTED EXPERIENCING CHEST PAIN THAT SAME DAY.

10 **A.**   YEAH, I AGREE WITH DR. KARAVAN'S STATEMENT.

11 **Q.**   MR. BARNETT CHECKED HIMSELF INTO THE HOSPITAL IN JULY, A

12 COUPLE WEEKS BEFORE TRIAL; RIGHT?

13 **A.**   I'M NOT SURE HE CHECKED HIMSELF INTO THE HOSPITAL.

14 **Q.**   HE WENT TO THE ER?

15 **A.**   WELL, IT'S DIFFERENT.

16 **Q.**   MR. BARNETT WENT TO THE EMERGENCY ROOM ON JULY 8, 2006;

17 RIGHT?

18 **A.**   WITH CHEST PAIN.

19 **Q.**   HE HAD A CATHETERIZATION JULY 2006; RIGHT?

20 **A.**   BECAUSE HE HAD CHEST PAIN AND WAS ADMITTED TO THE

21 HOSPITAL, YES.  I THINK THE DIAGNOSIS ON THE DISCHARGE SUMMARY

22 WAS --

23 **Q.**   DR. POPMA, I'M NOT ASKING ABOUT THE DIAGNOSIS.  I'M ASKING

24 DID HE HAVE A CATHETERIZATION IN JULY OF 2006?

25 **A.**   HE DID.

1    Q.   THE RESULTS OF THAT CATHETERIZATION WAS THAT MR. BARNETT'S

2    WALL MOTION WAS NORMAL; CORRECT?

3    A.   THAT'S THE RESULT OF THAT VENTRICULOGRAM, WHICH SHOWS THE

4    ANTERIOR INFERIOR WALL.

5    Q.   HIS EJECTION FRACTION, ACCORDING TO THE CATHETERIZATION,

6    WAS 55 PERCENT; TRUE?

7    A.   RIGHT.  YES, IT IS.

8    Q.   HE THEN HAD A STENT INSERTED BY DR. KARAVAN WHILE HE WAS

9    IN THE HOSPITAL; RIGHT?

10   A.   THAT'S ONE -- YES.

11   Q.   THE STENT WAS INSERTED INTO THE ARTERY CALLED THE RAMUS?

12   A.   THAT'S CORRECT, BECAUSE THE VEIN GRAFT TO THAT RAMUS

13   BRANCH HAD CLOSED.

14   Q.   WE'LL TALK ABOUT THAT.  THE RAMUS WAS ONE OF THE ARTERIES

15   THAT HAD BEEN BYPASSED IN 2002; TRUE?

16   A.   THAT'S CORRECT.

17   Q.   DO YOU AGREE, SIR, THAT THE STENT PROCEDURE WAS

18   SUCCESSFUL?

19   A.   I DO.

20   Q.   AFTER THE STENT, HE HAD ZERO PLAQUE IN HIS RAMUS; TRUE?

21   A.   NO, I DON'T THINK THAT'S TRUE.  I'LL SAVE YOU PULLING UP

22   THE DEPOSITION.  HE MAY HAVE HAD NO RESIDUAL STENOSIS, BUT I

23   STILL THINK THERE'S PLAQUE WITHIN THE VESSEL.

24   Q.   THIS HAS BEEN ADMITTED AS EXHIBIT 2088.  THIS IS THE

25   ANGIOPLASTY REPORT.  DO YOU SEE UP HERE, ANGIOPLASTY REPORT?

1  **A.**   I DO.

2  **Q.**   THAT'S THE REPORT BY THE PHYSICIANS IN SOUTH CAROLINA WHEN

3  THEY DID MR. BARNETT'S STENT; RIGHT?

4  **A.**   YES.

5  **Q.**   DOWN HERE UNDER, "PROCEDURE DESCRIPTION," IT SAYS "SIMPLE

6  ELECTIVE VESSEL DILATED AT RAMUS INTERMEDIUS PRE-PTCA" -- THAT

7  MEANS BEFORE THE STENT; RIGHT?

8  **A.**   80-PERCENT-DIAMETER STENOSIS.

9  **Q.**   HE HAD 80 PERCENT STENOSIS BEFORE THE STENT WAS INSERTED.

10  THEN WHERE IT SAYS "POST-PTCA," THAT MEANS AFTER THE STENT WAS

11  INSERTED.  WHAT DOES IT SAY ABOUT HOW MUCH STENOSIS HE HAS?

12  **A.**   THE STENOSIS IS ZERO, BUT YOU SAID DID HE STILL HAVE

13  PLAQUE WITHIN THE VESSEL.

14  **Q.**   DID HE HAVE ZERO STENOSIS, SIR, AFTER HE HAD THE STENT

15  INSERTED IN JULY 2006?

16  **A.**   YES, AND A LOT OF PLAQUE IN THE VESSEL.

17  **Q.**   YOU TESTIFIED IN RESPONSE TO MR. ROBINSON'S QUESTIONS

18  ABOUT HOW MR. BARNETT'S ATHEROSCLEROSIS PROGRESSED AFTER HIS

19  BYPASS SURGERY; RIGHT?

20  **A.**   THAT'S CORRECT, YES.

21  **Q.**   YOU LOOKED AT THE SEPTEMBER 2002 CATH AND YOU COMPARED IT

22  TO THE JULY 2006 CATH FILM; RIGHT?

23  **A.**   I DID.

24  **Q.**   IT'S TRUE, IS IT NOT, THAT BYPASS SURGERY DOES NOT STOP

25  THE PROGRESSION OF ATHEROSCLEROSIS IN THE NATIVE VESSELS, THE

1   VESSELS THAT HAD BEEN BYPASSED; RIGHT?

2   **A.**   BUT THE LOWERING OF THE LDL CHOLESTEROL DOES.

3   **Q.**   DOES THE BYPASS SURGERY STOP THE PROGRESSION OF

4   ATHEROSCLEROSIS IN THE NATIVE ARTERIES?

5   **A.**   NO.

6   **Q.**   THE SAME RISK FACTORS THAT CONTRIBUTE TO ATHEROSCLEROSIS

7   IN THE FIRST PLACE, BEFORE THE BYPASS, CAN CONTRIBUTE TO THE

8   PROGRESSION OF THE ATHEROSCLEROSIS AFTER THE BYPASS; RIGHT?

9   **A.**   THEY CAN IF THEY ARE PRESENT.

10  **Q.**   AGE, FAMILY HISTORY, STRESS, CHOLESTEROL, ALL OF THOSE

11  THINGS CAN CONTINUE TO CONTRIBUTE TO THE PROGRESSION OF

12  ATHEROSCLEROSIS AFTER A BYPASS SURGERY; RIGHT?

13  **A.**   BUT WE HAVE ALREADY SAID THAT THE MOST IMPORTANT OF ALL OF

14  THOSE IS THE REDUCTION OF LDL CHOLESTEROL.

15  **Q.**   DOES AGE, FAMILY HISTORY, STRESS, AND CHOLESTEROL

16  CONTRIBUTE TO THE PROGRESSION OF ATHEROSCLEROSIS AFTER A

17  BYPASS, SIR?

18  **A.**   I SUPPOSE THAT THE UNDERLYING DISEASE IS STILL THERE

19  BECAUSE OF THE UNDERLYING FACTORS, BUT IN ALL THE STUDIES WE

20  HAVE TALKED ABOUT -- I DON'T QUITE KNOW HOW TO ANSWER YOUR

21  QUESTION, BECAUSE ALL OF THE STUDIES WE HAVE TALKED ABOUT THE

22  PATIENTS DIDN'T CHANGE THEIR AGE OR THEY GOT OLDER; THE

23  PATIENTS DIDN'T CHANGE THEIR GENDER; THE PATIENTS DIDN'T CHANGE

24  THEIR FAMILY HISTORY.  IN ALL THE STUDIES WE TALKED ABOUT

25  BEFORE, THE ONLY THING THAT WAS CHANGED WAS THEIR LDL

1    CHOLESTEROL.  SO I ACTUALLY CAN'T, YOU KNOW, SPECIFICALLY

2    ANSWER THIS QUESTION BECAUSE THE ONE MODIFIABLE FACTOR THAT WE

3    CAN REALLY CHANGE AFTER BYPASS SURGERY IS THE LDL CHOLESTEROL.

4    SO I CAN'T --

5    Q.   HOW ABOUT STRESS?  YOU CAN PUT THAT AS A MODIFIABLE RISK

6    FACTOR.

7    A.   YES.  MODIFIABLE RISK FACTORS, YEAH, I THINK ONE CAN

8    REDUCE STRESS IN HIS LIFE.

9    Q.   ISN'T IT TRUE, SIR, THAT THERE HAVE BEEN STUDIES DONE TO

10   SEE HOW QUICKLY PLAQUE ACTUALLY PROGRESSES IN THE NATIVE

11   VESSELS AFTER BYPASS SURGERY?

12   A.   THERE HAVE BEEN SOME STUDIES, YES.

13   Q.   ARE YOU FAMILIAR WITH THIS STUDY, WHICH I'LL MARK FOR

14   IDENTIFICATION AS DEFENSE EXHIBIT 3591?  IT'S CALLED

15   "PREDICTORS OF PROGRESSION OF NATIVE CORONARY NARROWING TO

16   TOTAL OCCLUSION AFTER CORONARY ARTERY BYPASS GRAFTING."

17   A.   OKAY.

18   Q.   ARE YOU FAMILIAR WITH THIS ARTICLE?

19   A.   I'M NOT, NO.

20   Q.   IT'S ALSO PUBLISHED IN THE *AMERICAN JOURNAL OF CARDIOLOGY*,

21   WHICH IS A REPUTABLE JOURNAL; TRUE?

22   A.   YES.

23   Q.   IT'S PEER-REVIEWED?

24   A.   YES.

25   Q.   LET ME REPRESENT TO YOU, SIR -- AND IF YOU WANT TO READ

1    IT, THAT'S FINE, BUT THIS STUDY INVOLVES STUDYING 70 PATIENTS,

2    AVERAGE AGE 58, MOSTLY MEN, AND THEY LOOKED AT THE LESIONS, OR

3    THE PLAQUE, IN THE ARTERIES OF PATIENTS WHO HAD BEEN BYPASSED.

4              **MR. ROBINSON:**  I OBJECT, YOUR HONOR.  HE IS

5    TESTIFYING.

6    **BY MR. GOLDMAN:**

7    **Q.**   I'LL HAND YOU THE ARTICLE.

8    **A.**   I'D LOVE TO READ IT.  THIS IS ONE I DO WANT TO REVIEW.

9              **MR. GOLDMAN:**  JUDGE, DO YOU WANT TO TAKE A BREAK

10   WHILE DR. POPMA DOES THAT?

11             **MR. ROBINSON:**  HOW MUCH LONGER DO WE HAVE?  CAN WE

12   HAVE AN ESTIMATE?

13             **MR. GOLDMAN:**  I WOULD SAY PROBABLY A HALF HOUR MAYBE.

14             **THE COURT:**  LET'S TAKE A 10-MINUTE BREAK.

15             **THE DEPUTY CLERK:**  EVERYONE RISE.

16             (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

17             **THE DEPUTY CLERK:**  EVERYONE RISE.

18             **THE COURT:**  BE SEATED, PLEASE.

19   **BY MR. GOLDMAN:**

20   **Q.**   BEFORE WE GET TO THAT ARTICLE, I WANT TO ASK YOU SOMETHING

21   ABOUT WHAT YOU SAID ABOUT MR. BARNETT'S DECREASE IN HIS HEART

22   RATE IN THE MAY 2006 TEST.  DO YOU REMEMBER THAT?

23   **A.**   THAT'S CORRECT.

24   **Q.**   IS IT TRUE, SIR, MR. BARNETT STARTED TAKING LOPRESSOR,

25   WHICH IS A BETA-BLOCKER?

1    A.   THAT'S CORRECT.

2    Q.   A BETA-BLOCKER SLOWS DOWN HEART RATE, DOESN'T IT, SIR?

3    A.   YES, IT DOES.

4    Q.   NOW, I JUST HAVE ONE QUESTION ABOUT THE STUDY THAT I

5    HANDED YOU.  AGAIN, THIS IS A STUDY THAT LOOKED AT THE

6    PROGRESSION OF DISEASE THAT WAS IN VESSELS OR ARTERIES THAT HAD

7    BEEN BYPASSED.  DO YOU SEE, SIR, ON PAGE 972 THE STUDY REPORTS

8    A TOTAL OF 101, OR 46 PERCENT, OF THE NATIVE BYPASS LESIONS HAD

9    PROGRESSED TO TO -- AND THAT MEANS TOTAL OCCLUSION; RIGHT?

10   A.   THAT'S CORRECT.

11   Q.   -- DURING FOLLOW-UP.  DO YOU SEE THAT, SIR?

12   A.   I DO, BUT THERE'S A NUMBER OF COMMENTS ON THIS ARTICLE.

13   DO YOU WANT ME TO GO THROUGH THEM?

14   Q.   IF YOUR LAWYER WANTS TO COVER THEM WITH YOU, MR. ROBINSON

15   CAN.  THAT'S THE POINT I WANTED TO ESTABLISH, AND THEN YOU CAN

16   COVER IT WITH MR. ROBINSON.

17   A.   OKAY.

18   Q.   YOU SAID, SIR, ON DIRECT EXAMINATION THAT MR. BARNETT, IN

19   YOUR VIEW, HAD A 2 PERCENT RISK OF HAVING A HEART ATTACK WITHIN

20   THREE YEARS AFTER HIS JANUARY 2000 STRESS TEST; RIGHT?

21   A.   DEATH OR NONFATAL MYOCARDIAL INFARCTION BASED ON THE

22   O'KEEFE ARTICLE, YES.

23   Q.   I WANT TO HAND YOU THE O'KEEFE ARTICLE THAT'S MARKED FOR

24   IDENTIFICATION AS DX3525.  IS THIS THE ARTICLE YOU RELY ON,

25   SIR, THAT MR. BARNETT HAD A 2 PERCENT RISK OF HAVING A HEART

1  ATTACK WITHIN THREE YEARS AFTER HIS JANUARY 2000 STRESS TEST?

2  **A.**   YES.  THIS IS ONE OF THE ARTICLES THAT I THINK BEST

3  DESCRIBES IT, YES.

4  **Q.**   NOW, YOU UNDERSTAND, SIR, THAT THIS ARTICLE AND THIS STUDY

5  FOCUSED ON PATIENTS WHO HAD CARDIOLITE STRESS TESTS AND THEN

6  FOLLOWED THEM FOR A CERTAIN PERIOD OF TIME TO SEE WHAT THEIR

7  OUTCOMES WERE, WHETHER THEY HAD HEART ATTACKS OR WHETHER THEY

8  DIED OF A HEART ATTACK, THAT KIND OF THING; RIGHT?

9  **A.**   YES, THAT'S CORRECT.

10  **Q.**   IS IT TRUE THAT THERE ARE SEVERAL LIMITATIONS TO THIS

11  STUDY THAT THE AUTHORS POINT OUT?

12  **A.**   EVERY STUDY HAS LIMITATIONS, AND THAT'S IN THE DESCRIPTION

13  OF THE METHODS.

14  **Q.**   ONE OF THE LIMITATIONS OF THE STUDY, SIR, WAS THAT MOST OF

15  THE PATIENTS WHO WERE PARTICIPANTS IN THIS STUDY HAD HAD BYPASS

16  SURGERY OR A STENT BEFORE THEY HAD THEIR CARDIOLITE STRESS TEST

17  DONE; TRUE?

18  **A.**   I'M NOT AWARE OF THAT.  LET ME JUST SEE THIS HERE.

19  **Q.**   IF YOU FOCUS ON PAGE 30.

20  **A.**   IF WE LOOK AT TABLE 1 -- I THINK YOU SAID "MOST," BUT I

21  THINK THE NUMBER IS 28 PERCENT.

22  **Q.**   DO YOU SEE "PRIOR CORONARY ANGIOPLASTY"?

23  **A.**   THAT'S A DIFFERENT SCENARIO.  I THINK THE POINT I WAS

24  TRYING TO MAKE ABOUT THE EXERCISE TEST AND EXERCISE CAPACITY

25  WAS IN THOSE PATIENTS THAT HAD BYPASS SURGERY.

1  **Q.**   IS IT TRUE, SIR, THAT IN THIS STUDY 55 PERCENT OF THE

2  PATIENTS HAD ANGIOPLASTY, 28 PERCENT HAD PRIOR BYPASS

3  SURGERY --

4  **A.**   YES.

5  **Q.**   -- AT THE TIME THEY HAD THEIR CARDIOLITE STRESS TEST DONE?

6  **A.**   YES, THAT'S TRUE.

7  **Q.**   MR. BARNETT DIDN'T HAVE EITHER A BYPASS SURGERY OR A STENT

8  BEFORE JANUARY OF 2000, WHEN HE HAD HIS CARDIOLITE STRESS DONE;

9  RIGHT?

10  **A.**   THAT'S CORRECT.

11  **Q.**   ISN'T IT TRUE, SIR, THAT THE AUTHORS WARNED READERS NOT TO

12  GENERALIZE TO PATIENTS WHO HAVE NOT HAD THE PROCEDURES OF A

13  STENT AND A BYPASS BEFORE THE CARDIOLITE STRESS TEST?

14  **A.**   THAT'S ONE OF THE PIECES THEY LIST IN THE LIMITATIONS,

15  YES.

16  **Q.**   IT SAYS ON PAGE 32, "MANY OF THE PATIENTS INCLUDED IN THIS

17  ANALYSIS HAD A HISTORY OF PREVIOUS REVASCULARIZATION

18  PROCEDURES" -- AND THAT MEANS EITHER A BYPASS OR A STENT;

19  RIGHT?

20  **A.**   CORRECT.

21  **Q.**   -- "THUS LIMITING THE GENERALIZABILITY OF THE DATA TO

22  PATIENTS WITHOUT PRIOR ANGIOPLASTY OR STENT OR BYPASS SURGERY."

23  DO YOU SEE THAT, SIR?

24  **A.**   I DO.

25  **Q.**   LET ME MAKE SURE I UNDERSTAND THE OPINION YOU RELY ON THIS

1  FOR.  YOU ARE SAYING THAT MR. BARNETT HAD A 2 PERCENT CHANCE OF

2  HAVING A HEART ATTACK WITHIN THREE YEARS AFTER JANUARY OF 2000;

3  RIGHT?

4  **A.**  NONFATAL MYOCARDIAL INFARCTION OR DEATH, YES.

5  **Q.**  ARE YOU AWARE, SIR, OF THE AVERAGE TIME THAT THESE

6  PATIENTS IN THIS STUDY BY O'KEEFE WERE FOLLOWED AFTER THEY HAD

7  THEIR CARDIOLITE STRESS TEST?

8  **A.**  SO THE ACTUARIAL CURVE FOLLOW THE PATIENTS OUT TO THREE

9  YEARS IN TERMS OF THE RESULTS THAT ARE IN FIGURE 1.

10  **Q.**  IF YOU LOOK AT PAGE 32, SIR, IN THE RIGHT COLUMN, UNDER

11  "LIMITATIONS," DO YOU SEE HOW THE STUDY SAYS "MEAN FOLLOW-UP IN

12  THE CURRENT STUDY WAS ONLY 19 MONTHS"?  DO YOU SEE THAT, SIR?

13  **A.**  THAT'S CORRECT.

14  **Q.**  NOW, MR. BARNETT HAD A CARDIOLITE STRESS TEST IN JANUARY

15  OF 2000.  HE DID NOT HAVE A HEART ATTACK WITHIN 19 MONTHS OF

16  THAT, DID HE, SIR?

17  **A.**  NO, BUT THE STATISTICAL ANALYSIS THAT WAS DONE WAS FOR THE

18  ACTUARIAL SURVIVAL CURVE OF THOSE PATIENTS THAT MADE IT TO

19  THREE YEARS.  THE STUDY REPORTS WE'RE TALKING ABOUT, THE

20  AVERAGE FOLLOW-UP TIME WAS SHORTER IN SOME PATIENTS AND IT WAS

21  LONGER IN OTHERS.  SO THE ACTUARIAL CURVES THAT WERE

22  CONSTRUCTED AS PART OF THE PAPER AND THE CONCLUSIONS WERE THE

23  FACT THAT PATIENTS WERE COMPARED OUT TO THREE YEARS IN THOSE

24  WHO GOT THE THREE YEARS OF FOLLOW-UP.

25  **Q.**  DID MR. BARNETT HAVE A HEART ATTACK WITHIN 19 MONTHS OF

1  HIS CARDIOLITE STRESS TEST?

2  **A.**    DID HE HAVE A HEART ATTACK WITHIN 19 MONTHS OF -- NO, HE

3  DID NOT.

4  **Q.**    ISN'T IT TRUE, SIR, THAT CONCLUSIONS ABOUT OUTCOMES LIKE

5  HEART ATTACKS FROM THIS STUDY CANNOT BE DRAWN BEYOND 19 MONTHS

6  AFTER THE CARDIOLITE STRESS TEST?

7  **A.**    I DON'T AGREE WITH THAT.  I DON'T AGREE WITH THAT.

8  **Q.**    IF YOU LOOK WHERE I WAS --

9  **A.**    I UNDERSTAND.

10  **Q.**    -- AND THE AUTHORS REPORT "MEAN FOLLOW-UP IN THE CURRENT

11  STUDY WAS ONLY 19 MONTHS, AND THUS CONCLUSIONS ABOUT OUTCOMES

12  BEYOND THIS TIME FRAME CANNOT BE DRAWN."  DO YOU SEE THAT, SIR?

13  **A.**    OF COURSE.  I AGREE THAT THE AUTHORS WERE VERY HONEST

14  ABOUT THE POTENTIAL LIMITATIONS OF THIS, BUT IF THESE WERE

15  MAJOR LIMITATIONS, THE STUDIES NEVER WOULD HAVE BEEN PUBLISHED

16  AND THE CONCLUSIONS WOULD NEVER BE ALLOWED IN THE FRONT PORTION

17  OF THE AREA.  SO WHENEVER WE DO SCIENTIFIC PUBLICATIONS, WE

18  ALWAYS PUT CAVEATS IN.  WE GIVE EXACTLY WHAT THE DATA SAYS,

19  WHAT WE BELIEVE IS THE DATA, WHICH IS HOW THE ARTICLE --

20  **Q.**    THIS IS NOT JUST A CAVEAT.  THE AUTHORS ARE SAYING

21  "CONCLUSIONS ABOUT OUTCOMES BEYOND 19 MONTHS," WHICH IS WHERE

22  MR. BARNETT WAS IN SEPTEMBER OF 2002, "CANNOT BE DRAWN."  DO

23  YOU SEE THAT?

24  **A.**    I'M AGREEING WITH YOU.

25  **Q.**    IT DOESN'T SAY "SHOULD NOT," IT SAYS "CANNOT"; RIGHT?

1   **A.**   YES.

2              **MR. GOLDMAN:**  THOSE ARE ALL THE QUESTIONS I HAVE.

3              **THE COURT:**  ANY REDIRECT?

4                          **REDIRECT EXAMINATION**

5   BY MR. ROBINSON:

6   **Q.**   WHAT DO YOU FIND SIGNIFICANT IN THAT LAST STUDY, DOCTOR,

7   AND WHY ARE YOU RELYING ON IT?

8   **A.**   WELL, THIS IS A STUDY THAT JUST TRIES TO GIVE A NUMBER TO

9   THE GROUP OF PATIENTS THAT WE HAVE.  IF GO BACK TO OUR

10  GUIDELINES THAT ARE WRITTEN BY THE AMERICAN COLLEGE OF

11  CARDIOLOGY ABOUT HOW WE MANAGE PATIENTS WITH THE EXTENT OF

12  DISEASE AS WE HAVE SEEN ON THE CARDIOLITE PERFORMED IN 2002,

13  THE RECOMMENDATION IS MEDICAL THERAPY BECAUSE THE PROGNOSIS IS

14  GOOD, BECAUSE YOU CANNOT ALTER THE PROGNOSIS SUBSTANTIALLY BY

15  DOING A CARDIAC REVASCULARIZATION PROCEDURE.  THAT'S IN OUR PCI

16  GUIDELINES, OUR PERCUTANEOUS CORONARY ANGIOPLASTY GUIDELINES,

17  THAT WE HAVE WRITTEN AND REVISED EVERY THREE TO SIX YEARS.

18  THEY'RE ALSO IN THE EXERCISE STRESS TESTING GUIDELINES.

19              IT'S WELL ACCEPTED WITHIN THE MEDICAL COMMUNITY THAT

20  WHEN THERE'S THIS DEGREE OF ISCHEMIA THAT WAS PRESENT ON

21  MR. BARNETT'S CARDIOLITE, THAT THE APPROPRIATE THERAPY IS

22  MEDICAL MANAGEMENT AND NOT A CATHETERIZATION.  SO THIS STUDY,

23  FOR ALL OF ITS BLEMISHES AND LIMITATIONS, IS STILL A VALUABLE

24  STUDY TO ME BECAUSE WE COLLECT THE ACTUARIAL -- IN THOSE

25  PATIENTS WHO GOT TO THAT POINT IN FOLLOW-UP, WE KNOW WHAT THE

1   NUMBER IS, AND THE NUMBER IS VERY, VERY LOW.  I AGREE THAT

2   EVERY STUDY HAS LIMITATIONS, AND MR. GOLDMAN HAS WRITTEN TO

3   THOSE LIMITATIONS.

4   Q.   MR. GOLDMAN ASKED YOU ABOUT 20 MINUTES OF QUESTIONS ABOUT

5   TID.  DO YOU REMEMBER THAT?  HE STARTED OUT WITH THE BRAUNWALD

6   BOOK.  THAT'S THE BOOK THAT YOU AND DR. ZIPES HELPED AUTHOR?

7   A.   RIGHT.

8   Q.   WOULD YOU JUST READ INTO THE RECORD -- I'M AT PAGE 292,

9   WHICH IS WHERE MR. GOLDMAN STARTED FROM.  WOULD YOU READ THIS

10  SENTENCE INTO THE RECORD RIGHT -- ACTUALLY, THE FIRST TWO

11  SENTENCES AT THE BOTTOM OF PAGE 292, PLEASE.

12  A.   YES.

13  Q.   READ IT LOUD FOR THE JURY, PLEASE.

14  A.   "BOTH LUNG UPTAKE AND TID PROVIDE CLUES INTO MORE

15  EXTENSIVE CAD," CORONARY ARTERY DISEASE, "THAN MAY HAVE BEEN

16  SUSPECTED FROM THE PERFUSION PATTERN ALONE.  BOTH SIGNS HAVE

17  BEEN ASSOCIATED WITH ANGIOGRAPHICALLY EXTENSIVE AND SEVERE CAD

18  AND WITH UNFAVORABLE LONG-TERM OUTCOMES AND THUS ARE CONSIDERED

19  HIGH-RISK FINDINGS."

20  Q.   OKAY.  TO YOUR KNOWLEDGE, DID MR. BARNETT HAVE AN

21  INCREASED TID FINDING OR AN INCREASED LUNG UPTAKE FINDING?

22  A.   NO.

23  Q.   NEXT POINT.  MR. GOLDMAN ASKED YOU A QUESTION ABOUT

24  DR. MIKOLA AND SOME QUESTIONS ABOUT DR. MIKOLA WANTING TO DO A

25  CATH VERSUS A CARDIOLITE EXAM BACK IN JANUARY 2000.  DO YOU

1  REMEMBER THAT?

2  **A.**   YES.

3  **Q.**   MR. BARNETT PASSED OUT OR HIS BLOOD PRESSURE WENT DOWN,

4  SOMETHING LIKE THAT?

5  **A.**   I THINK THAT'S WHAT MR. MIKOLA SAID, YES.

6  **Q.**   HAVE YOU READ DR. MIKOLA'S RECORD FOR JANUARY 27, 2000?

7  **A.**   YES.

8         **MR. ROBINSON:**  CAN YOU PUT IT UP THERE.  I GAVE IT TO

9  COUNSEL, BUT I'LL GIVE THEM ANOTHER COPY.

10  **BY MR. ROBINSON:**

11  **Q.**   LET'S GO TO NUMBER 1.  WOULD YOU READ INTO THE RECORD WHAT

12  DR. MIKOLA SAID ABOUT THIS STRESS TEST THAT HE AND DR. SWAMI

13  DID BACK IN 2000.

14  **A.**   THIS IS AT THE TIME WHEN HE PRESENTED WITH CHEST PAIN AND

15  THEN HAD THIS HIGH-RISK EXERCISE TEST HIGH-LEVEL EXERCISE TEST.

16  EXCUSE ME.  "IT IS PROBABLY RELATED TO A COMBINATION OF THINGS.

17  HE HAD A NEGATIVE STRESS THALLIUM, EXCEPT FOR SOME MILD LATERAL

18  WALL ISCHEMIA, WITH NO SYMPTOMS OF PAIN.  WE WILL TREAT HIM

19  CONSERVATIVELY AND TREAT HIS MODIFIABLE RISK FACTORS."

20  **Q.**   WHAT DO YOU FIND SIGNIFICANT ABOUT THAT?

21  **A.**   WELL, I THINK THAT DR. MIKOLA FELT HE WAS LOW RISK AND

22  FOLLOWED THE GUIDELINES THAT THE AMERICAN COLLEGE OF CARDIOLOGY

23  HAS ESTABLISHED FOR MANAGEMENT OF PATIENTS IN THIS SETTING.

24  **Q.**   YOU WERE ASKED SOME QUESTIONS ABOUT JIM FIXX, REMEMBER,

25  THE RUNNER?

1    **A.**   I DON'T KNOW MUCH ABOUT JIM FIXX.

2    **Q.**   OKAY.  WELL, LET ME ASK YOU THIS:  YOU ASKED THE QUESTION,

3    "DID HE HAVE A CARDIOLITE EXAM?"  WHY DID YOU ASK THAT

4    QUESTION?

5    **A.**   WELL, BECAUSE I THINK MR. GOLDMAN SAID HE HAD A 95 PERCENT

6    STENOSIS IN HIS LEFT ANTERIOR DESCENDING ARTERY.  IF A

7    CARDIOLITE DIDN'T PICK THAT UP, WE SHOULD QUIT DOING

8    CARDIOLITES.

9    **Q.**   OKAY.  NOW, HAVING RESPONDING TO MR. GOLDMAN HERE FOR TWO

10   AND A HALF HOURS, HAS YOUR OPINION CHANGED REGARDING THE LEVEL

11   OF RISK THAT MR. BARNETT HAD AS OF THE CARDIOLITE EXAM THAT HE

12   HAD AS OF JANUARY 2000?

13   **A.**   NO.

14   **Q.**   WHAT IS YOUR OPINION?

15   **A.**   WELL, MY OPINION HASN'T CHANGED.

16            **MR. GOLDMAN:**  OBJECTION.  JUDGE, HE'S JUST REPEATING

17   HIS OPINION FROM DIRECT EXAMINATION.

18   **BY MR. ROBINSON:**

19   **Q.**   GO AHEAD.  HAS YOUR OPINION CHANGED, SIR?

20            **THE COURT:**  I'LL OVERRULE THE OBJECTION.

21   **BY MR. ROBINSON:**

22   **Q.**   GO AHEAD.

23   **A.**   IT HAS NOT CHANGED.  MR. BARNETT HAD A CONSTELLATION OF

24   POTENTIAL RISK FACTORS THAT WOULD LEAD TO PLAQUE BUILDUP IN THE

25   ARTERIES.  THE CRITICAL QUESTION FOR US IS TO SAY:  WERE ANY OF

1  THOSE BLOCKAGES SIGNIFICANT THAT REQUIRED US TO DO AN

2  ANGIOPLASTY OR DO BYPASS SURGERY OR DO ANYTHING DIFFERENT THAN

3  AGGRESSIVE MEDICAL RISK FACTOR MODIFICATION BECAUSE OF THE LOW

4  EXTENT OF DISEASE IN 2000?  MY ANSWER TO THAT IS NO.

5          THEN WHAT HAPPENED FROM 2000 TO 2002 IS WE KNOW THAT

6  HE DEVELOPED VERY EXTENSIVE, SEVERE THREE-VESSEL CORONARY

7  DISEASE THAT REQUIRED BYPASS SURGERY.  HE DID THAT WHILE HE WAS

8  TRYING TO GET HIS HANDLE ON HIS LDL CHOLESTEROL AND DID SO BY

9  GETTING THE LDL CHOLESTEROL DOWN IN THE RANGE OF 100.  NOW,

10 AFTER 2003 WHEN WE AGREE THAT, AFTER THE BYPASS SURGERY,

11 EVERYTHING WAS STABLE, HE CONTINUED TO DEVELOP PLAQUE WITHIN

12 THE BLOOD VESSELS, AND THAT OCCURRED DESPITE THE FACT THAT HE

13 WAS PROGRESSIVELY GETTING HIS LDL TO LOWER AND LOWER LEVELS

14 AND, IN REGIONS TOWARD THE END, WHERE WE WOULD ACTUALLY EXPECT

15 THERE TO BE MELTING AWAY OF THE ATHEROSCLEROTIC PLAQUE.  WITH

16 HIS NEXT CATHETERIZATION, WITH RESPECT TO THE OCCLUSIONS THAT

17 OCCURRED, THEN WE NOW BELIEVE THERE'S SEVERE PROGRESSION OF

18 DISEASE.  I CAN SPEAK TO THE ARTICLE --

19 Q.  NOW, LET ME JUST ASK YOU THIS:  IS THERE ANYTHING THAT HE

20 ASKED YOU THAT MAKES YOU ALTER YOUR OPINION THAT THIS EXTENSIVE

21 PLAQUE BUILDUP THAT YOU TALKED ABOUT IS UNEXPLAINED?

22 A.  NO.

23 Q.  JUST ONE LAST QUESTION.  CAN YOU ELABORATE ON WHY THIS

24 PLAQUE BUILDUP IS UNEXPLAINED --

25          THE COURT:  I SUSTAIN THE OBJECTION.  THAT'S A

1  RESTATEMENT.

2            **MR. ROBINSON:**  I HAVE NOTHING FURTHER, YOUR HONOR.

3            **THE COURT:**  THANK YOU VERY MUCH.  YOU'RE EXCUSED.

4  THANK YOU, SIR.  CALL YOUR NEXT WITNESS, PLEASE.

5            **MR. ROBINSON:**  YOUR HONOR, WE CALL JOHN BARNETT.

6            (WHEREUPON, **JOHN BARNETT**, HAVING BEEN DULY SWORN,

7  TESTIFIED AS FOLLOWS.)

8            **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

9  CORRECT SPELLING FOR THE RECORD.

10            **THE WITNESS:**  MY NAME IS JOHN WAYNE BARNETT.

11                      **DIRECT EXAMINATION**

12  BY MR. ROBINSON:

13  **Q.**  IS THAT THE NAME YOUR MOTHER AND FATHER GAVE YOU, JOHN

14  WAYNE?

15  **A.**  WELL, SHE WOULD DENY THAT, BUT DAD ALWAYS SAID THAT -- AND

16  MY OLDER BROTHER'S NAME IS GARY.  DAD SAID IF IT WASN'T FOR MY

17  GRANDMA ON MOM'S SIDE, HIS MIDDLE NAME WOULD BE COOPER INSTEAD

18  OF LEO.  MOM MUST HAVE HAD A THING FOR THE COWBOYS.

19  **Q.**  NOW, WOULD YOU GIVE US A LITTLE BIT ABOUT YOUR EDUCATIONAL

20  BACKGROUND.  I TAKE IT YOU'RE JERRY BARNETT'S BROTHER?

21  **A.**  JERRY'S MY YOUNGER BROTHER.

22  **Q.**  YOU'RE THE COMEDIAN OF THE FAMILY?

23  **A.**  I DON'T KNOW ABOUT THAT.

24  **Q.**  NOW, WILL YOU GIVE THE JURY A LITTLE BIT OF A HISTORY HERE

25  OF YOUR BACKGROUND, WHERE YOU GREW UP, AND WHERE YOU WENT TO

1    SCHOOL.  STOP THERE AND THEN WE'LL TALK ABOUT YOUR WORK.

2    **A.**   OKAY.  OUR FAMILY LIVED IN LOUISVILLE, KENTUCKY, AND

3    THAT'S WHERE WE GREW UP.  I WENT TO THE UNIVERSITY OF

4    LOUISVILLE AND WENT TO THE ENGINEERING SCHOOL THERE, AND I

5    GRADUATED WITH A MAJOR IN MATHEMATICS AND A MINOR IN

6    ENGINEERING.

7    **Q.**   NOW, WHERE DID YOU GO TO WORK RIGHT OUT OF THE UNIVERSITY

8    OF LOUISVILLE?

9    **A.**   ACTUALLY, I STARTED WORKING FOR BELLSOUTH CORPORATION

10   ABOUT A YEAR BEFORE I GRADUATED.  THEN THEY HELPED ME WITH MY

11   TUITION, AND I GRADUATED WHILE I WAS WORKING WITH THEM.  THEN I

12   WORKED WITH THEM ABOUT 30 YEARS AND RETIRED IN '94.

13   **Q.**   WITHOUT GOING INTO IT, I'M SURE YOU DID A LOT OF JOBS AT

14   BELLSOUTH; RIGHT?

15   **A.**   I WORKED IN ENGINEERING FOR 15 YEARS, ALMOST ALL ASPECTS

16   OF ENGINEERING, AND THEN I WENT OVER TO THE EXTERNAL AFFAIRS

17   SIDE OF THE BUSINESS AND WORKED THERE FOR ANOTHER 15 YEARS.

18   **Q.**   I TAKE IT THIS WAS THE BELLSOUTH DIVISION THERE IN

19   KENTUCKY?

20   **A.**   YES.

21   **Q.**   THEN AT SOME POINT DID YOU MOVE TO A PLACE CALLED

22   MYRTLE BEACH?

23   **A.**   WHEN I RETIRED IN '94, IT TOOK ME ABOUT THREE WEEKS TO GET

24   THERE.

25   **Q.**   UNFORTUNATELY, YOU DIDN'T STOP TOTALLY WORKING, DID YOU?

1    **A.**    AND STILL AM WORKING.  I NEVER DID STOP.

2    **Q.**    WHAT ARE YOU DOING NOW?

3    **A.**    RIGHT NOW I'M WORKING AT A GOLF COURSE IN SUNSET BEACH,

4    NORTH CAROLINA.

5    **Q.**    WHAT DID YOU DO THERE BESIDE PLAY GOLF?

6    **A.**    WELL, I PLAY A LITTLE GOLF, BUT I MANAGE ONE OF THE PRO

7    SHOPS.  WE HAVE THREE 18-HOLE COURSES, AND I MANAGE ONE OF

8    THEM.

9    **Q.**    FOR A WHILE DID JERRY BARNETT WORK -- WAS THERE ANOTHER

10   GOLF COURSE THAT YOU WORKED AT?

11   **A.**    YES.  ONE OF THE FIRST ONE I WORKED AT WAS CALLED

12   ROBBERS ROOST.  AT THAT TIME, I ALSO HAD A LITTLE HANDYMAN

13   BUSINESS, AND JERRY WOULD -- I TRAINED JERRY TO DO THAT, SO

14   SOMETIME WHEN MY HANDYMAN BUSINESS, I COULDN'T GET AWAY FROM IT

15   TO WORK MY SHIFTS, JERRY, WOULD COME OVER, WORK MY SHIFTS, AND

16   THEN HE GOT TO WHERE HE WOULD JUST GO AHEAD AND WORK THERE,

17   ALSO.

18   **Q.**    NOW, I TAKE IT YOUR WIFE IS HERE, IS THAT RIGHT, ALSO

19   WATCHING?

20   **A.**    YES, SHE IS.

21   **Q.**    WHAT'S HER NAME?

22   **A.**    MARGARET.  WE CALL HER PEGGY.

23   **Q.**    YOU HAVE A COUPLE KIDS; IS THAT RIGHT?

24   **A.**    BE CAREFUL WHAT YOU ASK ME NOW.  SHE'S HERE.

25   **Q.**    OKAY.  WHAT ARE THE NAMES AND AGES OF YOUR CHILDREN?

1  A.   I HAVE TWO CHILDREN.  MY SON IS NAMED TROY, AND HE IS

2  ABOUT 40 YEARS OLD; AND I HAVE A DAUGHTER THAT'S NAMED HEATHER,

3  AND SHE'S 37.

4  Q.   I WANT YOU TO GIVE THE JURY JUST A LITTLE BIT OF A HISTORY

5  ABOUT GROWING UP IN LOUISVILLE WITH YOUR FAMILY, YOUR PARENTS,

6  AND PARTICULARLY TALKING ABOUT JERRY AND SORT OF EXPLAIN

7  MAYBE --

8  A.   WELL, ANYBODY THAT'S ABOUT MY AGE PROBABLY KNOWS THE TIME

9  WHEN WE GREW UP BACK IN THE '50S AND ALL.

10 Q.   HOW OLD ARE YOU NOW?

11 A.   I'M 64.

12 Q.   HOW OLD IS JERRY?

13 A.   62.

14 Q.   BY THE WAY, YOU HAVE -- LET'S SEE.  YOU HAVE FOUR BROTHERS

15 AND ONE SISTER; IS THAT RIGHT?

16 A.   THERE'S SIX OF US ALTOGETHER.  THERE'S FIVE BOYS AND ONE

17 GIRL.

18 Q.   WHY DON'T YOU GIVE THE NAMES AND AGES FOR THE JURY,

19 STARTING WITH THE OLDEST AND YOURSELF, AND THEN RIGHT DOWN

20 THROUGH --

21 A.   GARY IS THE OLDEST, AND HE'S ABOUT 67, THEN I COME NEXT.

22 I'M 64.  JERRY IS 62.  DENNIS IS 60.  MERLE IS, I THINK, 57.

23 DOTTIE, SHE IS THE YOUNGEST, AND SHE IS SOMEWHERE AROUND 50,

24 51, SOMEWHERE IN THERE.

25 Q.   OKAY.  THE JURORS HAVE HEARD A LITTLE BIT ABOUT YOUR DAD

1  HAVING A HEART ATTACK, BUT I WANT TO TALK A LITTLE BIT ABOUT

2  THE FOUR BROTHERS, YOU AND YOUR OTHER THREE BROTHERS.  DID ANY

3  OF THEM HAVE A HEART ATTACK, YOU OR YOUR BROTHERS?

4  **A.**   NO.   JERRY IS THE ONLY ONE WHO HAS HAD ANY HEART PROBLEMS.

5  **Q.**   WHY DON'T YOU JUST GIVE US JUST AN UNDERSTANDING OF WHAT

6  IT WAS GROWING UP WITH JERRY, AND TELL THE JURY A LITTLE BIT

7  ABOUT HIM.

8  **A.**   YEAH.  WELL, LIKE I SAY, BACK THEN IN THE '50S, BASEBALL

9  WAS EASILY THE AMERICAN PASTIME.  THAT'S WHEN THE BASEBALL

10 PLAYERS PLAYED BECAUSE THEY LOVED THE GAME, AND IT WASN'T ALL

11 ABOUT THE MONEY LIKE IT IS TODAY.  THIS WAS BEFORE LITTLE

12 LEAGUE, AND WE WERE TOTALLY ABSORBED BY IT.  WE KNEW EVERYBODY

13 THAT WAS ON ABOUT EVERY TEAM.  WE HAD OUR BASEBALL TRADING

14 CARDS AND ALL THAT TYPE OF STUFF.

15      WE FORMED OUR OWN LEAGUES.  WE LIVED IN A SUBURB OF

16 LOUISVILLE WHERE EACH BLOCK MUST HAVE HAD 200 KIDS, AND EACH

17 BLOCK HAD THEIR OTHER BASEBALL TEAM.  SO WE HAD OUR OWN LEAGUE

18 AND WE WOULD PLAY, AND THE PARENTS BUILT US A LITTLE DIAMOND IN

19 ONE OF THE FIELDS AND WOULD COME.  THAT'S WHAT WE WERE ABSORBED

20 IN AT THAT TIME.

21 **Q.**   TELL US ABOUT JERRY'S INVOLVEMENT.

22 **A.**   WELL, HE WAS CRAZY ABOUT BASEBALL, AND HE WENT ON TO PLAY

23 BASEBALL THROUGH HIS FOUR YEARS IN HIGH SCHOOL.  I BELIEVE HE

24 WENT ON TO PLAY A YEAR OR SO IN COLLEGE.

25 **Q.**   DO YOU KNOW WHERE JERRY WENT TO COLLEGE?

1   **A.**   WELL, FOR A LITTLE WHILE HE WENT TO THE UNIVERSITY OF

2   KENTUCKY IN LEXINGTON, KENTUCKY, AND THEN HE TRANSFERRED TO THE

3   UNIVERSITY OF LOUISVILLE, WHERE I WENT.

4   **Q.**   TELL US A LITTLE BIT ABOUT YOUR MOTHER AND FATHER, YOUR

5   FAMILY, GROWING UP.

6   **A.**   WELL, LIKE I SAID, DAD HAD SIX KIDS, AND HE HAD DIFFERENT

7   RESTAURANTS.  ONE OF THEM WAS MORE LIKE A DINER, I GUESS, WHICH

8   WAS OPENED 24 HOURS.  THEN HE HAD OTHER RESTAURANTS THAT WOULD

9   OPEN ABOUT 10:00 IN THE MORNING AND CLOSE ABOUT 2:00 THE NEXT

10  MORNING.  I THINK HE HAD ABOUT FOUR OF THOSE.  SO DAD WAS

11  CONSTANTLY ON THE GO, BUT HE DID FIND TIME TO -- WHEN MY

12  YOUNGEST BROTHER DENNIS -- I THINK IT WAS DENNIS AND MERLE,

13  WHEN LITTLE LEAGUE DID COME ALONG, HE DID FIND TIME TO GET

14  THERE AND UMPIRE THEIR GAMES, THEN HE WOULD GO BACK TO WORK.

15  **Q.**   LET ME ASK YOU THIS.  CAN I TAKE IT FROM THAT THAT HE

16  WORKED A LOT?

17  **A.**   CONSTANTLY.

18  **Q.**   IN TERMS OF YOUR DAD'S SIZE OR WEIGHT OR WORKING-OUT

19  HABITS, THINGS LIKE THAT, CAN YOU TELL THE JURY A LITTLE BIT

20  ABOUT THAT.

21  **A.**   UNFORTUNATELY, DAD DIED OF A HEART ATTACK WHEN HE WAS 68.

22  DAD WAS OVERWEIGHT BECAUSE THE RESTAURANTS, THE FOUR

23  RESTAURANTS HE HAD -- THEY WERE CALLED FROSTOP ROOTBEER

24  RESTAURANTS, AND THEY BASICALLY SERVED FAST FOOD AND ALL.  DAD

25  WAS VERY SELDOM HOME, SO HE WOULD EAT AT THESE RESTAURANTS.  HE

1502

| 1 | WAS ALWAYS OVERWEIGHT AND -- |
| 2 | **Q.**   HOW TALL WAS HE, APPROXIMATELY? |
| 3 | **A.**   THE SAME SIZE AS JERRY AND I, ABOUT FIVE-EIGHT. |
| 4 | **Q.**   WHAT DID HE WEIGH? |
| 5 | **A.**   AT LEAST 220, MAYBE MORE THAN THAT AT TIMES. |
| 6 | **Q.**   TO YOUR KNOWLEDGE, DID YOU EVER SEE HIM JOGGING OR |
| 7 | RUNNING? |
| 8 | **A.**   NO.  HIS FOCUS WAS ON RAISING A FAMILY AND NOT SO MUCH ON |
| 9 | HIMSELF. |
| 10 | **Q.**   DO YOU KNOW IF HE TOOK A DRUG CALLED LIPITOR? |
| 11 | **A.**   I DON'T THINK SO. |
| 12 | **Q.**   NOW, WHEN YOU WERE EATING AT HOME, DID YOUR MOTHER SERVE |
| 13 | FAST FOOD? |
| 14 | **A.**   NO. |
| 15 | **Q.**   WHY DON'T YOU EXPLAIN THAT, PLEASE. |
| 16 | **A.**   MOM DIDN'T WORK, OBVIOUSLY, HAVING SIX CHILDREN, AND SO |
| 17 | SHE WOULD PREPARE DINNER EVERY NIGHT FOR US.  WHEN DAD WAS HOME |
| 18 | THE FEW TIMES HE WAS THERE, HE WOULD EAT A GOOD HEALTHY MEAL |
| 19 | THERE.  BUT, LIKE I SAID, HE WAS CONSTANTLY ON THE GO. |
| 20 | **Q.**   IN TERMS OF YOUR PARENTS, DID THEY SMOKE? |
| 21 | **A.**   NO, NEVER DID.  NO. |
| 22 | **Q.**   WAS THERE SMOKE IN YOUR HOME GROWING UP? |
| 23 | **A.**   NO.  NONE OF US BOYS OR MY SISTER, NONE OF US EVER SMOKED. |
| 24 | **Q.**   DID JERRY, TO YOUR KNOWLEDGE, EVER SMOKE? |
| 25 | **A.**   NOT THAT I'M AWARE OF. |

1  Q.   DO YOU HAVE ANY HEART DISEASE?

2  A.   NO.  VERY HEALTHY.

3  Q.   YOUR DAD DIED OF A HEART ATTACK; IS THAT RIGHT?

4  A.   WHEN HE WAS 68.  THE WEEK BEFORE HE WAS 69.

5  Q.   WHAT ABOUT YOUR MOTHER?  IS SHE STILL ALIVE?

6  A.   SHE'S 91, AND UP UNTIL, I GUESS, SHE WAS ABOUT 84, 85, SHE

7  WOULD SAY -- WELL, SHE WOULD DO ENTERTAINMENT AT THE NURSING

8  HOME.  I WOULD CALL HER AND I'D SAY, "WHAT ARE YOU DOING, MOM?"

9  SHE WOULD SAY, "I AIN'T GOT TIME TO TALK TO YOU.  I HAVE TO GO

10 ENTERTAIN THE OLD PEOPLE."

11 Q.   THAT WAS WHEN SHE WAS 85?

12 A.   YES.  SHE HAS HAD SOME REVERSALS AND SHE'S NOT DOING TOO

13 GOOD RIGHT NOW.

14 Q.   OH, WE HAVE TO BRING UP THE REVERSAL.  WHAT DID SHE HAVE?

15 THIS WAS AFTER SHE WAS 85?

16 A.   YES.  SHE STARTED HAVING MINI STROKES.  I THINK SHE HAD

17 SEVERAL MINI STROKES THAT SLOWED HER DOWN.

18 Q.   NOW, THERE'S BEEN SOME EVIDENCE THAT YOUR DAD MAY HAVE HAD

19 A PRIOR HEART ATTACK.  DO YOU REMEMBER THAT?

20 A.   I DIDN'T IN MY FIRST DEPOSITION THAT I CAME HERE.  I THINK

21 IT WAS THE FIRST WEEK OR THE LAST -- FIRST WEEK OF JULY.  I WAS

22 ASKED THAT QUESTION AND I RECALL IT.  I THINK I STATED ON THERE

23 THAT THE ONLY EPISODE THAT I RECALL THAT HE HAD WAS SIX MONTHS

24 TO A YEAR BEFORE HE HAD THE FATAL HEART ATTACK, THAT HE DID

25 HAVE SOME CHEST DISCOMFORT, AND THEY PUT HIM ON SOME KIND OF

1    MEDICATION.  NOW, AS FAR AS HEART-RELATED, THAT'S THE ONLY ONE

2    I REMEMBER.

3    **Q.**   ANY OF YOUR BROTHERS OR SISTERS HAD A HEART ATTACK BESIDE

4    JERRY?

5    **A.**   NO.

6    **Q.**   DID YOUR SISTER HAVE SOME SORT OF AN INCIDENT OR

7    SOMETHING?

8    **A.**   SEEMS LIKE IT WAS FOUR YEARS, PLUS OR MINUS A YEAR.  SHE

9    USED TO HAVE A LITTLE FARM.  SHE WAS DOWN AT THE BARN ONE TIME,

10   AND SHE GOT DIZZY SPELLS DOWN THERE, BUT OTHER THAN THAT I

11   CAN'T REMEMBER SPECIFICALLY ANYTHING.

12   **Q.**   NOW, OVER THE YEARS, WHEN JERRY WAS WORKING FOR THE FBI,

13   WERE YOU PRETTY MUCH LIVING IN LOUISVILLE?

14   **A.**   YES.

15   **Q.**   HOW OFTEN WOULD YOU SEE JERRY ON A YEARLY BASIS?

16   **A.**   WHEN HE WAS WORKING WITH THE FBI, HE WAS USUALLY IN A

17   DIFFERENT STATE, BUT WE WOULD ALWAYS -- ALL OF THE BROTHERS AND

18   SISTERS WOULD ALWAYS TRY TO COME HOME FOR CHRISTMASTIME, SO WE

19   WOULD ALWAYS SEE EACH OTHER AT CHRISTMAS.

20   **Q.**   DO YOU REMEMBER, DURING THAT PERIOD WHEN HE WAS WORKING

21   FOR THE FBI, WHAT HIS PHYSICAL CONDITION WAS AND WHETHER HE

22   WOULD WORK OUT, YOU KNOW?  JUST DESCRIBE WHAT YOU REMEMBER.

23   **A.**   YEAH.  MORE SO THAN ME, HE HAS ALWAYS BEEN MORE

24   HEALTH-CONSCIOUS.  LIKE I WAS SAYING EARLIER, HE PLAYED

25   BASEBALL ALL THE WAY THROUGH HIGH SCHOOL AND UP UNTIL COLLEGE.

1    HE PLAYED WHAT THEY USED TO CALL "BABE RUTH," LIKE THAT.  HE

2    PLAYED A LOT OF PICKUP BASKETBALL GAMES, THAT TYPE OF THING.

3    HE ALWAYS WAS CONSCIOUS ABOUT HIS HEALTH AND SO FORTH.

4    **Q.**   NOW, AT SOME POINT HE MOVED TO THE SAME TOWN WHERE YOU

5    LIVE?

6    **A.**   YES.  HE CAME DOWN -- I CALLED HIM ONE TIME AFTER I HAD

7    BEEN THERE AND I TOLD HIM, "YOU'RE NOT GOING TO BELIEVE THIS

8    PLACE THAT I HAVE FOUND.  IT'S A THROWBACK LIKE IT WAS IN THE

9    '50S.  THEY PLAY THE SAME OLD KIND OF MUSIC WE PLAY.  THEY

10   DRIVE THE OLD CARS, THE OLD '55 CARS, AND EVERYBODY IS FROM

11   SOMEWHERE ELSE.  IT'S A VERY FRIENDLY PLACE."  HE SAID, "OH,

12   THERE'S NO PLACE LIKE THAT LEFT."  SO HIS FIRST OPPORTUNITY, HE

13   CAME DOWN.  HE COULDN'T BELIEVE HOW RELAXED IT WAS THERE, AND

14   HE GOT THE FBI TO TRANSFER HIM DOWN TO NORTH MYRTLE BEACH FOR

15   HIS LAST COUPLE YEARS OF SERVICE.

16   **Q.**   DO YOU REMEMBER APPROXIMATELY WHEN HE CAME DOWN?

17   **A.**   OH, GOSH!  IT MUST HAVE BEEN A COUPLE YEARS AFTER I GOT

18   THERE, AND I GOT THERE IN EARLY '95.  SO I'M GOING TO SAY '95,

19   '96.  IT WAS PROBABLY EARLY '97, RIGHT AROUND IN THERE.

20   **Q.**   AT SOME POINT DID HE RETIRE FROM THE FBI?

21   **A.**   HE HAD TWO YEARS LEFT, SO THAT MUST HAVE PUT IT IN EARLY

22   '99 OR SO THAT HE PROBABLY RETIRED.

23   **Q.**   DO YOU REMEMBER IF HE WORKED AFTER THAT?

24   **A.**   WELL, HE WORKED SOME WITH ME AT ROBBERS ROOST GOLF COURSE.

25   **Q.**   DO YOU REMEMBER AN INCIDENT WHEN JERRY HAD SOME CHEST PAIN

1    AND HAD TO GO TO THE HOSPITAL BACK IN 2000, EARLY 2000?

2    **A.**   I REMEMBER -- AND THEY ASKED ME THAT QUESTION TOO.  I

3    REMEMBER GOING TO THE HOSPITAL WITH HIM AT LEAST ONE TIME.  IT

4    WAS IN THE -- THIS WAS PRIOR TO THE HEART ATTACK.  AT LEAST ONE

5    TIME.  IT MIGHT HAVE BEEN TWO, BUT I REALLY CAN'T SAY.  BUT I

6    DO REMEMBER ONE TIME GOING WITH HIM, YES.

7    **Q.**   WHAT DO YOU REMEMBER ABOUT THAT INCIDENT?

8    **A.**   I REMEMBER THAT I GOT A CALL THAT HE WAS HAVING CHEST

9    PAINS AND WAS GOING TO THE HOSPITAL, AND I BELIEVE -- IT'S BEEN

10   SO LONG AGO.  I BELIEVE THAT HE WAS AT THE HOSPITAL AND I GOT

11   THERE.  IT COULD HAVE BEEN THAT THEY CALLED AND I WENT OVER

12   THERE AND WENT WITH HIM.  I CAN'T RECALL EXACTLY, BUT HE DID GO

13   TO THE HOSPITAL.

14   **Q.**   AT SOME POINT WAS HE DISCHARGED?

15   **A.**   WELL, THEY KEPT HIM -- THAT TIME THEY KEPT HIM OVERNIGHT,

16   YES, AND THEN DISCHARGED HIM THE NEXT DAY.

17   **Q.**   WHAT ELSE DO YOU REMEMBER ABOUT THAT?

18   **A.**   IT'S PRETTY VAGUE, REALLY.  I JUST REMEMBER THAT HE DID

19   GO.

20   **Q.**   DO YOU REMEMBER WHAT THE RESULTS WERE?

21   **A.**   I'M NOT SURE.

22   **Q.**   THERE'S BEEN SOME TESTIMONY THAT HE WENT AND GOT A STRESS

23   CARDIOLITE EXAM WITHIN A WEEK AFTER THAT HOSPITALIZATION.  DID

24   YOU GO WITH HIM?

25   **A.**   NO.  MOST OF THE TIME, LIKE I WAS SAYING EARLIER, I WAS

1   WORKING.  BACK THEN I WAS WORKING FULL TIME.

2   **Q.**   I THOUGHT YOU RETIRED THEN?

3   **A.**   WELL, YEAH, I DID, BUT I WORKED FOR THE TELEPHONE COMPANY.

4   BUT, ANYWAY, I WAS WORKING PRETTY MUCH FULL TIME.  TODAY I WORK

5   PART TIME BECAUSE I TOOK MY SOCIAL SECURITY A LITTLE EARLY AND

6   IF I MAKE OVER A CERTAIN AMOUNT I HAVE TO GIVE IT ALL BACK,

7   ANYWAY.  SO RIGHT NOW I'M JUST WORKING PART TIME.

8   **Q.**   WHAT'S PART TIME?  HOW MANY HOURS A WEEK DO YOU WORK?

9   **A.**   ROUGHLY, 30.

10  **Q.**   THAT'S PART TIME?

11  **A.**   YES.

12  **Q.**   NOW, YOU MENTIONED JERRY'S HEART ATTACK.  DID YOU HAVE

13  OCCASION TO GO TO THE HOSPITAL WHEN HE HAD HIS HEART ATTACK?

14  **A.**   YES.  YES.

15  **Q.**   AT SOME TIME IN THAT PERIOD?

16  **A.**   WELL, WHEN HE HAD THE HEART ATTACK THAT RESULTED IN THE

17  BYPASSES, YEAH, HE CALLED ME.  IT WAS LATE AT NIGHT, I

18  REMEMBER, AND HE CALLED AND SAID, "I'M REALLY HAVING SOME BAD

19  CHEST PAINS AND I'M GOING TO THE HOSPITAL," AND, OF COURSE, I

20  WENT THERE, TOO.

21  **Q.**   LET ME ASK YOU THIS.  BEFORE THAT HEART ATTACK, HAD YOU

22  SEEN ANY CHANGES IN JERRY OR HAD HE SAID ANYTHING TO YOU?

23  **A.**   WELL, I WAS ASKED THAT, TOO.

24  **Q.**   IN THE DEPOSITION?

25  **A.**   IN THE DEPOSITION, YES.  I WAS REAL EXCITED WHEN JERRY

1   SAID HE WAS BEING TRANSFERRED DOWN THERE BECAUSE WE WERE VERY

2   CLOSE IN AGE.  ACTUALLY, IT'S ABOUT 18 MONTHS.  WE USED TO RUN

3   AROUND AND DATE THE SAME GIRLS AND EVERYTHING WHEN WE WERE

4   TEENAGERS AND WE HAD A LOT OF FUN TOGETHER.  WE HAD BEEN APART

5   FOR 30 YEARS AND HE WAS GETTING TO COME BACK, SO I WAS REAL

6   EXCITED ABOUT THAT.  WHEN HE DID COME BACK, WE DID A LOT OF

7   THINGS TOGETHER AT THAT POINT IN TIME.

8   **Q.**  WHAT KIND OF THINGS DID YOU DO TOGETHER?

9   **A.**  WELL, ONE THING WE DID EVERY OPPORTUNITY WE WOULD GET,

10  ALMOST DAILY, SOMETIMES IN THE EVENING -- BECAUSE HE WAS

11  WORKING STILL, BUT IN THE EVENING WE WOULD GO WALKING ON THE

12  BEACH.  VERY NEARLY EVERY DAY WE WOULD DO THAT.

13  **Q.**  WAS THAT FOR EXERCISE?

14  **A.**  WELL, YES.  IT'S A REAL CALMING EFFECT TO DO THAT, TOO, TO

15  WALK ON THE BEACH, IF YOU HAVEN'T DONE THAT.  THEN THERE'S A

16  DANCE DOWN THERE, IT'S CALLED THE SHAG.  NOW, WHEN I GOT DOWN

17  THERE, I DIDN'T KNOW IF IT WAS A RUG OR A HAIRCUT, BUT I SOON

18  FOUND OUT IT WAS THE DANCE OF SOUTH CAROLINA.  IT'S A PRETTY

19  NEAT DANCE.  BUT, BEYOND THAT, IT'S A SOCIAL THING, BECAUSE

20  EVERYBODY THAT LIVES IN MYRTLE BEACH AND NORTH MYRTLE BEACH IS

21  FROM SOMEWHERE ELSE.

22  **Q.**  I DON'T KNOW IF THE JURY KNOWS WHAT GOES ON MYRTLE BEACH

23  RIGHT NOW.  ARE YOU SAYING IT'S SORT OF A PAST TIME DOWN THERE

24  CALLED THE SHAG-DANCING?

25  **A.**  YES.  LIKE I SAY, IT'S MORE OF A SOCIAL THING.  IT'S A

1  COMMON DENOMINATOR-TYPE THING THE PEOPLE FORM THEIR SOCIAL

2  ACTIVITIES AROUND.  WE HAVE A CLUB CALLED THE OCEAN DRIVE SHAG

3  CLUB, AND WE HAVE A FUNCTION AT LEAST EVERY COUPLE MONTHS,

4  WHERE IT MIGHT BE A LITTLE COOKOUT OR SOMETHING LIKE THAT.  BUT

5  THE SHAG IS REALLY BEACH MUSIC, AND IT'S A DANCE THAT'S

6  PATTERNED AFTER WHAT THEY CALL A BASIC OR CERTAIN TYPE OF STEP.

7  BEYOND THAT, IT'S A LOT OF INDIVIDUALITY.

8  Q.   WOULD YOU AND JERRY AND YOUR WIVES OR WHATEVER, OR JERRY'S

9  WIFE, GO TO THAT PLACE?

10  A.   YES.  YES, WE DID.

11  Q.   LET ME ASK THIS ABOUT JERRY AND HIS WIFE.  CAN YOU GIVE

12  THE JURY JUST A LITTLE BIT OF A SNAPSHOT OF WHAT YOU REMEMBER

13  ABOUT JERRY AND HIS WIFE CORY, YOU KNOW, BACK IN LOUISVILLE,

14  WHEN THEY FIRST MET, AND TELL THE JURY HOW, WHAT HAPPENED, WHAT

15  YOU REMEMBER ABOUT THEM GETTING MARRIED, AND WHAT YOU CAN TELL

16  US ABOUT THAT.

17  A.   WELL, JERRY GOT MARRIED A LITTLE LATER THAN I DID.  I

18  THINK I WAS PROBABLY 21 OR 22, SOMEWHERE IN THERE, WHEN I GOT

19  MARRIED.  HIS WAS A LITTLE LATER.  I REMEMBER THE FIRST TIME

20  THAT I MET CORY.  THEY WERE OUT ON THE BOAT OVER AT THE RIVER

21  AND -- SHE STILL IS A PRETTY LADY.  BACK THEN SHE WAS -- I

22  THINK WE USED TO USE THE TERM "KNOCK-DOWN GORGEOUS GAL," KIND

23  OF REMINDED ME OF A CALIFORNIA SURFER GIRL, I GUESS.  VERY MUCH

24  IN LOVE WITH EACH OTHER.

25  Q.   TELL ME, HAVE THEY KEPT THAT CONNECTION?

1   **A.**   YES, THEY HAVE.

2   **Q.**   HAVE YOU SEEN THAT IN MYRTLE BEACH?

3   **A.**   YES.

4   **Q.**   NOW, THIS HAS COME UP, SO I WANT TO BRING IT UP QUICKLY.

5   WAS THERE A TIME WHEN CORY CAME DOWN WITH A PROBLEM?

6   **A.**   A FEW YEARS BACK, SHE STARTED HAVING SOME PROBLEMS WITH

7   HER THROAT, AND THEY DIAGNOSED IT.  I BELIEVE THEY DIAGNOSED

8   SOME CANCER THERE, AND THEY GAVE HER SOME TREATMENT FOR IT.

9   **Q.**   IN ANY EVENT, LET'S GO BACK NOW TO THE TIME BEFORE JERRY'S

10  HEART ATTACK.  DO YOU REMEMBER WHAT YOU SAID IN YOUR DEPOSITION

11  ABOUT THAT?  I DON'T WANT TO LEAD YOU HERE.

12  **A.**   NO.  LIKE I SAID, I WAS REAL EXCITED ABOUT HIM COMING DOWN

13  BECAUSE WE WERE GOING TO BE BACK TOGETHER AND DO THINGS AND WE

14  HAD A LOT IN COMMON.  WE DID THOSE THINGS.  WE SHAG-DANCED.  WE

15  WOULD GO UP THERE THREE AND FOUR NIGHTS A WEEK AND DO THAT FOR

16  MAYBE THREE HOURS OR SO.  WE DID THE WALKS ON THE BEACH,

17  PARTICULARLY AFTER HE FINALLY RETIRED -- I THINK WAS IN EARLY

18  '99 -- FROM THE FBI.  HE HADN'T PLAYED A LOT OF GOLF BEFORE.  I

19  ALWAYS DID.  HE GOT INTO THAT AND WAS DOING REAL WELL WITH

20  THAT.

21  **Q.**   YOU PLAYED A LOT OF GOLF TOGETHER?

22  **A.**   A LOT OF GOLF.  I NOTICED KIND OF -- IT WASN'T AN

23  OVERNIGHT THING, MORE OF A GRADUAL THING -- SOMETIME MAYBE

24  FIRST HALF, SECOND QUARTER OF 2002, HE STARTED HAVING LESS

25  ENERGY.  WE WOULD BE AT THE SHAG CLUBS.  WHEN HE WOULD DANCE,

1   HE WOULD PERSPIRE PRETTY MUCH.  SOMETIMES WHEN I WOULD CALL HIM

2   AND SAY, "YOU KNOW, LET'S GO PLAY GOLF" -- WE GOT TO PLAY GOLF

3   FREE.  THAT'S WHY WE WOULD GO SO OFTEN.  WHEN YOU WORK AT A

4   GOLF COURSE DOWN THERE, YOU GET TO PLAY FREE.  EVEN IF HE

5   WASN'T WORKING, IF I WAS, I COULD BRING A GUEST.  WE WOULD GO

6   PLAY GOLF.  IT GOT TO THE POINT I WOULD BE CALLING HIM AND HE

7   WOULD SAY, "I DON'T FEEL LIKE IT TODAY.  CAN I GET A

8   RAINCHECK," AND I NOTICED THAT.  WE STOPPED WALKING AS MUCH AS

9   WE DID.

10  **Q.**   OKAY.  I THINK YOU SAID YOU WERE THERE AT THE HOSPITAL

11  RIGHT AROUND THE TIME AFTER HIS HEART ATTACK; IS THAT RIGHT?

12  **A.**   YES.

13  **Q.**   WHAT DO YOU REMEMBER ABOUT THAT TIME PERIOD?

14  **A.**   I THINK IT HAD TO DO WITH THE WEEKEND.  I REMEMBER THAT.

15  I'M PRETTY SURE OF THAT.  IT MUST HAVE HAPPENED EITHER LATE

16  THURSDAY NIGHT OR LATE FRIDAY NIGHT OR SOMETHING.  THEY TOOK A

17  COUPLE DAYS TO RUN A LOT OF TESTS, AND I PRETTY MUCH STAYED

18  THERE WITH HIM MOST OF THE TIME.  I DO REMEMBER AFTER THEY RAN

19  ALL THESE TESTS -- AND THEY DID A CATHETER THING ON HIM, WHEN

20  THEY INSERTED THAT AND WENT UP INTO HIS ARTERIES.  I REMEMBER

21  THE DOCTOR -- I DON'T REMEMBER WHICH DOCTOR IT WAS, BUT I

22  REMEMBER THE DOCTOR COMING IN AND TELLING JERRY HE HAD MULTIPLE

23  BLOCKAGES.

24          **MR. GOLDMAN:**  OBJECTION TO HEARSAY, JUDGE.

25          **THE COURT:**  OKAY.

DAILY COPY

1    **BY MR. ROBINSON:**

2    **Q.**   WELL, YOU DID HAVE A DISCUSSION WITH THE DOCTOR -- AND WE

3    DON'T WANT TO GET INTO THE SPECIFICS -- RIGHT?

4    **A.**   YES.

5    **Q.**   WHAT WAS YOUR IMPRESSION, JUST WHAT THE RESULT WAS, FROM

6    BEING THERE AT THE HOSPITAL?

7    **A.**   WELL, I THINK JERRY WAS SHOCKED AT WHAT WAS BEING TOLD TO

8    HIM AND I WAS, TOO.

9    **Q.**   WE'LL GET THAT FROM JERRY.  NOW, AFTER THAT HEART ATTACK,

10   WHAT DO YOU REMEMBER ABOUT JERRY'S COURSE IN THE NEXT COUPLE

11   YEARS AFTER HIS HEART ATTACK?

12   **A.**   WELL, I REMEMBER AFTER THE SURGERY -- OF COURSE, THAT WAS

13   A LOW POINT FOR HIM.  I REMEMBER THAT IN MY MIND THAT HE SEEMED

14   TO BE RECOVERING SLOWER THAN WHAT I THOUGHT HE OUGHT TO.  I

15   BASED THAT ON THE FACT THAT, WHEN I WAS BACK IN LOUISVILLE, I

16   HAD SEVERAL NEIGHBORS THAT HAD BYPASS OPERATIONS, AND THEY

17   SEEMED TO BE OUT WALKING AND GETTING THEIR ENERGY BACK QUICKER

18   THAN WHAT I WAS SEEING JERRY DO.

19   **Q.**   BUT AT SOME POINT DID HE START PLAYING GOLF WITH YOU

20   AGAIN?

21   **A.**   HE HAD THAT BYPASS OPERATION I THINK IN SEPTEMBER OF 2002.

22   LIKE I SAY, HE WENT TO HIS REHAB RELIGIOUSLY AND ALL AND

23   FOLLOWED HIS DOCTOR'S ADVICE, TOOK ALL HIS MEDICINES AND THAT

24   KIND OF THING.  HE WAS SLOWLY PROGRESSING THERE, BUT I COULDN'T

25   GET HIM OUT ON THE GOLF COURSE UNTIL SOMETIME AROUND THE SUMMER

1    OF 2004.

2    **Q.**    IT TOOK A WHILE?

3    **A.**    IT TOOK A WHILE.

4    **Q.**    THEN WHAT DO YOU REMEMBER ABOUT THAT SUMMER OF 2004?

5    **A.**    WELL, IT WAS THE FIRST TIME I FINALLY GOT HIM OUT, AND WE

6    HADN'T EVEN FINISHED NINE HOLES.  I CAN'T REMEMBER -- I

7    REMEMBER WHAT HOLE WE WERE ON.  WE WERE ON HOLE NUMBER 7 OVER

8    AT BEACHWOOD, AND I CAN'T REMEMBER IF HE WAS GETTING READY TO

9    HIT THE BALL OR IT WAS AFTER HE HIT IT, BUT HE JUST KIND OF

10   STIFFENED UP.  I SAID, "WHAT'S THE MATTER WITH YOU?"  HE SAID.

11   "WELL, I'M HAVING CHEST PAINS."

12              **MR. GOLDMAN:**  OBJECTION.  HEARSAY, JUDGE.

13              **THE COURT:**  SUSTAINED.

14              **THE WITNESS:**  HE SAID, "I'M HAVING CHEST PAINS."

15              **THE COURT:**  JUST A MOMENT.  LET'S ASK ANOTHER

16   QUESTION.

17   **BY MR. ROBINSON:**

18   **Q.**    WITHOUT TELLING US WHAT JERRY SAID, WHAT DID YOU OBSERVE?

19   **A.**    WELL, I OBSERVED HIM KIND OF DOING THAT (INDICATING).

20   **Q.**    FOR THE RECORD, YOU'RE HOLDING YOUR CHEST?

21   **A.**    HOLDING HIS HANDS ACROSS HIS CHEST.

22   **Q.**    SO WHAT HAPPENED?  DID HE CONTINUE PLAYING GOLF?

23   **A.**    NO.  WE QUIT.

24   **Q.**    FROM 2004, FROM THAT INCIDENT YOU'RE TALKING ABOUT ON THE

25   GOLF COURSE, TO, LET'S SAY, JUNE OF THIS YEAR, CAN YOU GIVE US

DAILY COPY

1   JUST A DESCRIPTION OF WHAT YOU OBSERVED WITH JERRY DURING THAT

2   PERIOD OF TIME?

3   **A.**   WELL, I'VE NEVER PLAYED GOLF WITH HIM SINCE THEN, SINCE

4   THAT ONE TIME WE HAD TO QUIT.  I'D CALL HIM AND HE WOULD

5   USUALLY BEG OFF.  SOMETIMES HE WOULD SAY, "WELL, I GUESS I

6   DIDN'T SLEEP RIGHT," OR SOMETHING.  BUT, IN GENERAL, MOST

7   DEFINITELY, AS FAR AS HIS ENERGY LEVEL, HE HAS NEVER COME BACK

8   TO THE LEVEL THAT HE HAD WHEN HE CAME DOWN HERE TO

9   NORTH CAROLINA.  I STILL HAVE MY ENERGY, BUT HE HAS NEVER COME

10  BACK.  HE JUST DOESN'T HAVE THE ENERGY.

11  **Q.**   NOW, DOES HE WORK OUT, TO YOUR KNOWLEDGE?

12  **A.**   YEAH, HE TRIES TO DO WHAT THE DOCTOR SAYS.  HE STILL TRIES

13  TO TAKE CARE OF HIMSELF.  HE GOES TO THE GYM.  I DON'T KNOW

14  EXACTLY WHAT HE DOES THERE BECAUSE I DON'T BELONG TO IT.

15  **Q.**   DO YOU KNOW IF HE WALKS?

16  **A.**   I'M SURE HE WALKS SOME.  I DON'T DO IT WITH HIM ANYMORE

17  BECAUSE, LIKE I SAY, YOU KNOW, I'M WORKING, DON'T HAVE --

18  **Q.**   BY THE WAY, YOU REMAIN CLOSE, THOUGH?

19  **A.**   OH, YEAH.  I STILL GO DOWN TO THE SHAG CLUB EVERY

20  OPPORTUNITY I GET, AND HE TRIES TO GO AT LEAST ONCE A WEEK.

21  I'LL SEE HIM THERE OR I'LL STOP BY THE HOUSE, THAT TYPE OF

22  THING.

23  **Q.**   NOW, THERE WAS ANOTHER INCIDENT WHERE HE WENT TO THE

24  HOSPITAL JUST LAST MONTH; IS THAT RIGHT?

25  **A.**   YES.

1    **Q.**    WHAT DO YOU REMEMBER ABOUT THAT?

2    **A.**    WELL --

3              **MR. ROBINSON:**  YOUR HONOR, THERE'S GOING TO BE A

4    TELEPHONE CALL.  I'M NOT OFFERING IT FOR THE TRUTH, BUT I'M

5    OFFERING IT FOR THE FACT.

6    **BY MR. ROBINSON:**

7    **Q.**    GO AHEAD.

8    **A.**    THAT MUST HAVE BEEN --

9              **MR. GOLDMAN:**  JUDGE --

10             **THE COURT:**  THAT'S HEARSAY.  YOU CAN GET IT FROM

11   ANOTHER WITNESS.  WE ARE NOT TRYING TO KEEP ANYTHING FROM YOU.

12   SIR, WHAT WE NEED IS WHAT YOU SAW, WHAT YOU OBSERVED, AS

13   OPPOSED TO WHAT SOMEBODY TOLD YOU.

14   **BY MR. ROBINSON:**

15   **Q.**    MAYBE I CAN ASK IT THIS WAY.  WERE YOU ON A TELEPHONE CALL

16   WITH JERRY WHEN AN INCIDENT HAPPENED?

17   **A.**    I WAS JUST RETURNING BACK TO NORTH MYRTLE BEACH FROM HERE

18   IN NEW ORLEANS.

19   **Q.**    YOU HAD JUST HAD A DEPOSITION?

20   **A.**    I JUST HAD A DEPOSITION, AND IT WAS ABOUT 11:00 AT NIGHT.

21   I HADN'T TALKED TO JERRY IN SEVERAL DAYS, SO I CALLED HIM ON MY

22   CELLPHONE AS I WAS DRIVING HOME, ASKED HIM HOW HE WAS DOING.

23             **MR. GOLDMAN:**  OBJECTION, HEARSAY.

24             **THE COURT:**  I'LL LET THAT IN.

25             **MR. ROBINSON:**  YOUR HONOR, CAN WE APPROACH THE BENCH?

DAILY COPY

```
1   I THINK THERE'S AN EXCEPTION TO THE HEARSAY RULE.
2               (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
3   THE BENCH.)
4               MR. ROBINSON:  I'M JUST BEING QUICK.
5               MR. BECK:  THAT'S NOT AN EXCEPTION, BEING QUICK.
6               MR. ROBINSON:  THE EXCEPTION IS TO PAIN AND
7   SUFFERING.
8               THE COURT:  I CAN HEAR YOU.  PRESENT TENSE
9   IMPRESSIONS AND/OR SOMETHING ABOUT HOW HE FEELS IS ALLOWABLE.
10              MR. ROBINSON:  THANK YOU, YOUR HONOR.  I'LL BE QUICK.
11              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
12   OPEN COURT.)
13   BY MR. ROBINSON:
14   Q.   WE ARE TRYING TO MOVE ALONG HERE.  WE WANT TO HEAR WHAT
15   YOU HAVE TO SAY.  WHEN YOU HAD THIS PHONE CALL WITH JERRY, WHAT
16   DID HE SAY ABOUT HIS HEALTH AT THIS POINT, YOU KNOW, JUST IN A
17   GENERAL WAY?
18              MR. GOLDMAN:  OBJECTION, HEARSAY.
19              THE COURT:  I'LL LET IT GO UNDER 803(3), WHICH IS A
20   STATEMENT OF EXISTING EMOTIONAL OR PHYSICAL CONDITION.
21   BY MR. ROBINSON:
22   Q.   GO AHEAD.
23   A.   WHEN I WAS TALKING WITH HIM JUST, YOU KNOW, SAYING, "I'M
24   JUST CALLING TO SEE HOW YOU'RE DOING AND EVERYTHING," HE SAID,
25   "I'M KIND OF GLAD YOU CALLED BECAUSE I'M SITTING HERE AT THE
```

DAILY COPY

1   KITCHEN TABLE AND I'M HAVING CHEST PAINS."

2   **Q.**   SO WHAT HAPPENED NEXT?

3   **A.**   I SAID, "I'M JUST NOW PULLING INTO WHERE I LIVE.  DO YOU

4   WANT ME TO COME OVER THERE AND TAKE YOU TO THE HOSPITAL?"  HE

5   SAID, "GIVE ME A FEW MINUTES TO SEE IF THEY GO AWAY BECAUSE I

6   HAD SOME OF THESE BEFORE, WHEN I WAS DOING EXERCISE THE LAST

7   DAY OR SO, AND I QUIT AND THEY WENT AWAY."  HE SAID, "I'LL CALL

8   YOU IF THEY DON'T."  I SAID, "WELL, IF YOU DON'T, I'LL CALL

9   YOU."

10   **Q.**   WHAT HAPPENED NEXT?

11   **A.**   WELL, I WENT INTO THE HOUSE AND KIND OF GOT READY FOR BED,

12   BUT I DIDN'T GO TO BED.  I JUST SIT THERE, AND IT WASN'T LONG

13   UNTIL THE TELEPHONE RANG.  I CAN'T REMEMBER IF IT WAS JERRY OR

14   CORY.

15   **Q.**   WITHOUT GETTING INTO MORE HEARSAY, WHAT HAPPENED?

16   **A.**   WELL, I WENT OVER THERE TO THE HOUSE.

17   **Q.**   WHAT HAPPENED THEN?

18   **A.**   WELL, WHEN I WENT IN, THE DOOR WAS SHUT, BUT IT WAS OPEN,

19   AND I WENT IN.  HE WAS SITTING AT THE KITCHEN TABLE.  CORY WAS

20   STANDING BEHIND HIM.  HE HAD HIS BLOOD PRESSURE MONITORING

21   MACHINE ON.  THE BLOOD PRESSURE READING WAS JUST COMING UP, AND

22   WE BOTH LOOKED AT IT.  I RECALL IT WAS LIKE 178/90 OR 94,

23   SOMETHING LIKE THAT.  HE SAID, "MY CHEST PAINS ARE RADIATING

24   OUT."  HE WAS HOLDING HIS ARM.  I SAID, "WELL, LET'S GET THAT

25   OFF.  YOU'RE GOING TO THE HOSPITAL."  I TOOK HIM TO THE

1  HOSPITAL.

2  **Q.**   DID YOU STAY THERE AT THE HOSPITAL FOR A WHILE?

3  **A.**   YES.  THAT MUST HAVE BEEN, THE TIME WE GOT TO THE

4  HOSPITAL -- GIVE OR TAKE A HALF HOUR OR SO -- IT MUST HAVE BEEN

5  AROUND MIDNIGHT OR 12:30.  I DROVE HIM RIGHT UP TO THE

6  EMERGENCY ROOM DOOR AND RAN IN THERE.  WE GOT SOMEBODY TO COME

7  OUT WITH A WHEELCHAIR PRETTY QUICK.  THEY GOT HIM IN AND

8  STARTED TO TAKE HIS ADMITTING INFORMATION.  I SAID, "YOU KNOW,

9  CAN'T WE DO THAT LATER?  LET'S GET HIM INTO THE BACK," AND THEY

10  DID.  I WANTED TO GO BACK WITH HIM, AND THEY SAID, "NO, YOU

11  CAN'T GO BACK FOR 15 MINUTES OR SO."  THAT'S OUR RULES."  SO

12  THEY WENT ON BACK.

13  **Q.**   WHY DON'T YOU GIVE US A SUMMARY OF WHAT HAPPENED IN THE

14  HOSPITAL.  WE KNOW FROM THE RECORDS THAT HE WAS THERE FROM

15  ABOUT JULY 8 TO JULY 11.  DO YOU REMEMBER WHAT HAPPENED?  JUST

16  GIVE US A SUMMARY.

17  **A.**   WHEN I GOT BACK THERE 15 OR 20 MINUTES LATER, THEY HAD HIM

18  IN ONE OF THE EMERGENCY ROOMS.  THEY HAD MONITORS ON HIM, AN

19  IV -- AND WERE PUTTING AN IV.  HE WAS STILL HAVING SOME PAINS

20  AT THE TIME.  I THINK THEY WERE GIVING HIM NITROGLYCERIN

21  THROUGH THE IV.

22        STUFF KIND OF BLURS TOGETHER WHEN SO MANY PEOPLE RUN

23  AROUND LIKE THAT, BUT IT SEEMS LIKE WE WERE BACK THERE AT LEAST

24  A COUPLE, MAYBE THREE HOURS.  THEN THEY TOOK HIM UP TO THE

25  ROOM, AND I WENT UP TO THE ROOM WITH HIM, AND I STAYED.

1    **Q.**   DID YOU TRY AND STAY AROUND THERE FOR A WHILE?

2    **A.**   OH, YEAH.  I WENT UP THE ROOM WITH HIM.  I DON'T REMEMBER

3    EXACTLY -- IT WAS DAYLIGHT.  I DON'T REMEMBER EXACTLY WHAT TIME

4    IT WAS THAT I LEFT TO GO HOME TO KIND OF FRESHEN UP A LITTLE

5    BIT, BUT IT COULD HAVE BEEN EARLY IN THE MORNING; IT COULD HAVE

6    BEEN LATER IN THE MORNING.  I JUST CAN'T RECALL.

7    **Q.**   DO YOU KNOW WHETHER OR NOT HE HAD A PROCEDURE AT SOME TIME

8    DURING THAT HOSPITALIZATION, A SURGICAL KIND OF PROCEDURE?

9    **A.**   YES.  THAT WAS LIKE A SATURDAY AND THEN SUNDAY -- I THINK

10   THEY DID TESTS SATURDAY AND SUNDAY, AND THEN I BELIEVE IT WAS

11   MONDAY THEY DID THE CATHETERIZATION.

12   **Q.**   DO YOU KNOW WHAT --

13   **A.**   WELL, THEY DID THE CATHETERIZATION AND TOLD ME STAY IN THE

14   ROOM.

15            **MR. GOLDMAN:**  OBJECTION, HEARSAY.

16            **THE COURT:**  CAN'T WE GET THIS FROM ANOTHER WITNESS?

17            **MR. ROBINSON:**  YES, WE'LL GET IT.

18   BY MR. ROBINSON:

19   **Q.**   I'M TRYING TO DO IT WITHOUT GETTING COMMUNICATION HERE.

20   IN ANY EVENT, WERE YOU THERE TO TAKE HIM HOME AT THAT TIME.

21   **A.**   YEAH.  I WAS THERE WHEN THE HEART DOCTOR THAT DID THE

22   CATHETERIZATION CAME IN AND TALKED TO ME.

23   **Q.**   DURING THE LAST MONTH, HAVE YOU SEEN JERRY; AND, IF SO,

24   CAN YOU TELL US WHAT HIS CONDITION HAS BEEN AS YOU OBSERVED IT?

25   **A.**   IN THE LAST MONTH?

1   Q.   YES, DURING THE LAST MONTH.

2   A.   WELL, SINCE HE HAD THAT LAST CATHETERIZATION, I HAVEN'T

3   BEEN OVER THERE AS MUCH; BUT AS FAR AS HIS GENERAL CONDITION, I

4   THINK I USED THE TERM "HE IS JUST NOT QUITE HITTING ON ALL

5   CYLINDERS."  HE JUST DOESN'T SEEM TO HAVE THE ENERGY LEVEL HE

6   SHOULD HAVE.

7             MR. ROBINSON:  THANK YOU, JOHN.  THANK YOU VERY MUCH.

8   I APPRECIATE YOU COMING DOWN.

9             THE COURT:  ANY CROSS?

10            MR. GOLDMAN:  ONLY BRIEF, JUDGE.

11                         CROSS-EXAMINATION

12  BY MR. GOLDMAN:

13  Q.   GOOD AFTERNOON, SIR.

14  A.   THANK YOU.

15  Q.   YOU MENTIONED THAT YOU USED TO GO SHAG-DANCING WITH YOUR

16  BROTHER?

17  A.   YES.

18  Q.   CAN YOU DESCRIBE WHAT SHAG-DANCING IS, SIR.

19  A.   IF YOU DON'T SEE IT, IT'S A LITTLE HARD TO DESCRIBE, BUT

20  IT'S -- IT'S WHAT THEY HAVE A BASIC -- IT'S JUST A MOVEMENT

21  THAT GOES UP BACK AND FORTH.  IT'S EIGHT LITTLE STEPS TO SIX

22  BEATS OF MUSIC.  YOU DON'T MOVE YOUR BODY FROM THE HIPS DOWN --

23  OR YOU DO MOVE YOUR BODY FROM THE HIPS DOWN, BUT YOU DON'T MOVE

24  IT FROM THE HIPS UP.  IT'S A DANCE THAT CAN BE DANCED TO ANY

25  TYPE OF TEMPO MUSIC.  YOU CAN DANCE IT SLOW OR YOU CAN DANCE IT

1  QUICKER.

2  **Q.**   YOU AND YOUR BROTHER WOULD GO DANCING -- WHAT DID YOU

3  SAY -- THREE OR FOUR TIMES A WEEK BEFORE MR. BARNETT HAD A

4  HEART ATTACK?

5  **A.**   BACK WHEN HE FIRST CAME DOWN AND HE WAS LEARNING, TAKING

6  LESSONS IN SHAG-DANCING -- AND I HAD ALREADY LEARNED HOW TO DO

7  IT, AND I WAS HELPING HIM WITH THAT, TOO.  WE WOULD GO UP THERE

8  THREE OR FOUR NIGHTS A WEEK.  ONE WAY YOU CAN LEARN TO SHAG IS

9  THROUGH OBSERVANCE BECAUSE IT'S VERY INDIVIDUAL DANCING.  YOU

10  WATCH PEOPLE DO THESE DIFFERENT STEPS, AND IF YOU SEE ONE YOU

11  KIND OF LIKE THEY WILL SHOW IT TO YOU.  WE USED TO GO UP THERE

12  AND WATCH THEM PRETTY MUCH.

13  **Q.**   THE TWO OF YOU, YOU AND YOUR BROTHER, STILL GO

14  SHAG-DANCING TOGETHER, RIGHT, ONCE OR TWICE A WEEK?

15  **A.**   NOT LIKE WE USED TO, BUT WE STILL GO UP THERE.

16  **Q.**   THE REASON YOU DON'T GO SHAG-DANCING TOGETHER AS OFTEN AS

17  YOU USED TO IS BECAUSE YOU'RE WORKING MORE THAN YOU USED TO IN

18  THE PAST; TRUE?

19  **A.**   WELL, RIGHT NOW I'M ONLY WORKING 30 HOURS.  BACK THEN I

20  WAS WORKING 45 AND 50 HOURS.  WE STILL GO UP THERE IN THE

21  EVENINGS, BUT RIGHT NOW I DON'T GO UP -- IF I GET TIME OFF, I

22  LIKE TO PLAY GOLF.

23  **Q.**   ALL RIGHT.  THE REASON YOU DON'T GO SHAG-DANCING AS OFTEN

24  WITH YOUR BROTHER AS YOU USED TO IS BECAUSE, NUMBER 1, YOU'RE

25  ACTUALLY WORKING MORE THAN YOU USED TO; AND, NUMBER 2, WHEN

1   YOU'RE NOT WORKING, YOU PREFER TO PLAY GOLF THAN GO

2   SHAG-DANCING?

3   **A.**   YEAH.  I'D RATHER -- YEAH.  GOLF IS MY PRIORITY RIGHT NOW.

4   **Q.**   YOU ALSO REFERRED TO GOING ON WALKS WITH YOUR BROTHER; IS

5   THAT RIGHT?

6   **A.**   YES.

7   **Q.**   JUST LIKE WITH SHAG-DANCING, THE REASON YOU DON'T GO ON

8   WALKS WITH HIM AS OFTEN AS YOU USED TO IS BECAUSE YOU'RE TOO

9   BUSY WORKING OR PLAYING GOLF?

10  **A.**   I DON'T JUST HAVE TIME.

11  **Q.**   OTHER THAN YOUR BUSY WORK SCHEDULE, THERE AREN'T ANY OTHER

12  REASONS WHY YOU NO LONGER GO ON LONG WALKS WITH YOUR BROTHER?

13  **A.**   THERE ARE NO PHYSICAL REASONS, NO.

14  **Q.**   YOU REFERRED TO AN INCIDENT IN THE SUMMER OF 2004 WHEN YOU

15  WERE GOLFING WITH YOUR BROTHER.  DO YOU REMEMBER THAT, SIR?

16  **A.**   YES.

17  **Q.**   YOU SAID THAT YOUR BROTHER FELT SOME CHEST PAIN.  DO YOU

18  REMEMBER THAT?

19  **A.**   YES.

20  **Q.**   HE WENT TO THE HOSPITAL; RIGHT?

21  **A.**   I CAN'T RECALL.

22  **Q.**   YOUR BROTHER NEVER TOLD YOU HE HAD ANY KIND OF HEART

23  ATTACK IN THE SUMMER OF 2004, DID HE, SIR?

24  **A.**   NO.

25          **MR. GOLDMAN:**  THOSE ARE ALL THE QUESTIONS I HAVE.

DAILY COPY

1   THANK YOU, MR. BARNETT.

2           **THE COURT:**  ANY REDIRECT ON THOSE AREAS?

3           **MR. ROBINSON:**  NO, YOUR HONOR.

4           **THE COURT:**  THANK YOU VERY MUCH.  YOU ARE EXCUSED,

5   SIR.  CALL YOUR NEXT WITNESS.

6           **MR. ROBINSON:**  I CALL CORY BARNETT.

7           **THE COURT:**  COME FORWARD, MRS. BARNETT.

8           (WHEREUPON, **CORY BARNETT**, HAVING BEEN DULY SWORN,

9   TESTIFIED AS FOLLOWS.)

10          **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

11  CORRECT SPELLING FOR THE RECORD.

12          **THE WITNESS:**  CORINNE BARNETT.  C-O-R-I-N-N-E.

13                       **DIRECT EXAMINATION**

14  BY MR. ROBINSON:

15  **Q.**   MRS. BARNETT, YOU'RE A LITTLE NERVOUS, AREN'T YOU?

16  **A.**   YES, SIR.

17  **Q.**   I'M NOT GOING TO KEEP YOU HERE VERY LONG.  I JUST WANT TO

18  ASK YOU THIS:  DO YOU REMEMBER THE INCIDENT WHEN YOUR HUSBAND

19  HAD HIS HEART ATTACK?

20  **A.**   YES.

21  **Q.**   WHAT DO YOU REMEMBER ABOUT THAT?

22  **A.**   WELL, I REMEMBER I WAS SCARED, VERY SCARED; VERY, VERY

23  UPSET.  I WAS SO UPSET THAT I WAS SICK BECAUSE I DIDN'T KNOW IF

24  HE WAS GOING TO DIE OR NOT.

25  **Q.**   I TAKE IT YOU STAYED HOME DURING THAT --

1    **A.**   YES, I STAYED HOME.  I WAS JUST A BASKET CASE, AND I DID

2    NOT WANT HIM TO SEE ME LIKE THAT BECAUSE I BELIEVED IT WOULD

3    HAVE UPSET HIM.  THAT'S EXACTLY WHAT HE DID NOT NEED AT THAT

4    POINT IN TIME.

5    **Q.**   CAN YOU TELL THE JURY A LITTLE BIT ABOUT YOUR HUSBAND.

6    JUST DESCRIBE HIM.

7    **A.**   WELL, NUMBER 1, HE'S THE LOVE OF MY LIFE.  WE HAVE BEEN

8    TOGETHER ALMOST -- MARRIED, IT WILL BE 34 YEARS IN OCTOBER.  HE

9    IS JUST A SUPER, IN MY BOOK, HUMAN BEING, AND I THINK HE IS

10   VERY CONSCIENTIOUS.  I THINK HE IS VERY BRIGHT.  I THINK HE IS

11   VERY KIND.  HE LOVES ANIMALS.  HE IS A HARD WORKER AND A GOOD

12   HUMAN BEING.

13   **Q.**   WE HEARD ABOUT YOUR CANCER INCIDENT.  DID HE HELP YOU WITH

14   THAT?

15   **A.**   YES.  I WAS DIAGNOSED WITH CANCER AND, AFTER I HAD

16   SURGERY, I HAD TO HAVE RADIATION AND THAT WAS A DAILY -- WELL,

17   FIVE DAYS A WEEK FOR ABOUT 33 TREATMENTS.  SO HE WOULD TAKE ME

18   AND CARE FOR ME AND STOOD BY ME RELIGIOUSLY THE WHOLE TIME, AND

19   I'M VERY GRATEFUL FOR THAT.

20   **Q.**   NOW, BEFORE THAT, OVER THE YEARS WE HEARD ABOUT HIM

21   WORKING FOR THE FBI.  WERE YOU ALSO WORKING DURING THIS PERIOD

22   OF TIME?

23   **A.**   YES.

24   **Q.**   WHERE DID YOU WORK?

25   **A.**   WELL, SINCE WE WERE DUE TO TRANSFER A LOT DURING OUR TOUR

1  OF DUTY, SO TO SPEAK, I HELD SEVERAL JOBS BECAUSE ONCE WE MOVED

2  I, YOU KNOW, HAD TO QUIT MY JOB AND THEN FIND ANOTHER.  WHEN WE

3  LIVED IN MINNESOTA, I WAS A GROUP SUPERVISOR WITH NATIONAL CAR

4  RENTAL RESERVATIONS HEADQUARTERS.  THEN WE MOVED TO SAN JUAN,

5  PUERTO RICO AFTER THAT, AND I WORKED WITH A FIRM CALLED EXPERT

6  LECTURES.  WE PUT -- WELL, I WAS A LIAISON WITH ABOUT

7  THREE-FOURTHS OF THE WORLD'S CRUISE SHIPS.  I HELPED STAFF THE

8  CRUISE LINES WITH SOME ENTERTAINMENT.  AND WHAT I MEAN BY THAT

9  IS I WOULD PUT GOLF PROFESSIONALS ON, TENNIS PROFESSIONALS,

10  ARTS AND CRAFTS TEACHERS, CHILDREN'S COUNSELORS, BRIDGE

11  INSTRUCTORS, BACKGAMMON, BASICALLY JUST TO SUPPLEMENT THE

12  CRUISE STAFF, AND I GOT TO GO FREE WHEN I WANTED TO GO.

13  Q.   MAYBE YOU CAN JUST GIVE US A SUMMARY OF YOUR VIEW OF JERRY

14  WHEN HE WAS WORKING WITH THE FBI.

15  A.   VERY, VERY HARD WORKING.  OF COURSE, THERE WERE LONG

16  HOURS, LOTS OF PAPERWORK.  A VARIETY OF CASES HE WORKED ON, BUT

17  HE COULDN'T TELL ME A LOT OF THINGS HE USED TO DO AND I KNEW

18  BETTER THAN TO ASK, BUT HE REALLY ENJOYED HIS WORK THERE.  I

19  KNOW IT WAS SOME DAYS COULD BE VERY STRESSFUL, BUT EVERY JOB

20  HAS ITS STRESS POINTS.  HE ENJOYED IT, AND I'M GLAD THAT HE

21  ENJOYED IT.  HE GOT MANY, MANY COMMENDATIONS BECAUSE OF THE

22  FINE WORK HE DID.  VERY GOOD AGENT.

23  Q.   IN TERMS OF THE KIND OF PERSON HE WAS BEFORE HIS HEART

24  ATTACK IN TERMS OF TAKING CARE OF HIS HOME, DETAILS,

25  ORGANIZATION, THAT TYPE OF THING, CAN YOU TELL US ABOUT THAT

1    THING?

2    **A.**   BEFORE THE HEART ATTACK?

3    **Q.**   YES.

4    **A.**   WELL, HIS ENERGY LEVEL WAS VERY HIGH.  HE HAS ALWAYS BEEN

5    VERY ORGANIZED.  HE WOULD HELP ME IN THE HOME AND ALSO DO A LOT

6    OF YARD WORK, PARTICULARLY WHEN WE LIVED IN ATLANTA.  WE HAD A

7    LOT OF GRASS.  WE DON'T HAVE ANY GRASS.  WE HAVE WOOD CHIPS

8    NOW.  HE DID A LOT OF ACTIVITIES THAT HE CAN'T REALLY DO -- HE

9    DOESN'T HAVE THE ENERGY LEVEL TO DO WHAT HE DID, IN MY OPINION,

10   ANYWAY.  A LOT OF TIMES I HAVE TO LIFT ANYTHING HEAVY OR GET

11   SOMEONE ELSE TO HELP ME DO SOME CHORES BECAUSE HE HAS SOME NECK

12   AND BACK PROBLEMS, AS WELL, SO HE DOESN'T DO HEAVY LIFTING OR

13   ANYTHING LIKE THAT.

14   **Q.**   BEFORE HIS HEART ATTACK DID HE DO HEAVY LIFTING?

15   **A.**   NOT TO ANY GREAT DEGREE BECAUSE HE STILL DID HAVE NECK AND

16   BACK PROBLEMS.

17        **MR. ROBINSON:**  I HAVE NOTHING FURTHER, YOUR HONOR.

18   THANK YOU VERY MUCH.

19        **THE COURT:**  ANY CROSS?

20                  **CROSS-EXAMINATION**

21   BY MR. GOLDMAN:

22   **Q.**   HELLOS, MRS. BARNETT.  ARE YOU DOING OKAY?

23   **A.**   YEAH, THANK YOU.

24   **Q.**   YOU HAVE BEEN MARRIED TO MR. BARNETT FOR ABOUT 34 YEARS;

25   RIGHT?

1   A.   YES, ALMOST 34 YEARS.

2   Q.   YOU WERE WITH HIM DURING THE ENTIRE TIME HE WAS WITH THE

3   FBI?

4   A.   YES, I WAS.

5   Q.   YOU SAID ON YOUR EXAMINATION A MINUTE AGO THAT

6   MR. BARNETT, WHEN HE WAS WITH THE FBI, WORKED LONG HOURS AND HE

7   WAS HARD WORKING; RIGHT?

8   A.   CORRECT.

9   Q.   YOU AGREE, MRS. BARNETT, THAT HE WAS WORKING A VERY

10  STRESSFUL JOB?

11  A.   IT WAS STRESSFUL AT TIMES, BUT HE REALLY ENJOYED IT.

12  Q.   IT WAS NOT ONLY STRESSFUL FOR MR. BARNETT BEING AN FBI

13  AGENT, BUT IT WAS STRESSFUL FOR YOU?

14  A.   IT WAS STRESSFUL FOR ME.

15  Q.   BECAUSE ON OCCASION YOU ACTUALLY FEARED FOR HIS LIFE?

16  A.   ON OCCASION I DID, AND THAT'S PROBABLY WHY HE QUIT TELLING

17  ME WHAT HE WAS DOING AND JUST KEPT ME OUT OF THE KNOW, SO TO

18  SPEAK, BECAUSE HE DIDN'T WANT ME TO WORRY.

19  Q.   YOU MENTIONED YOUR HUSBAND'S NECK AND BACK PAIN.  YOU

20  REMEMBER THAT STARTED AFTER YOU WERE INVOLVED IN A CAR

21  ACCIDENT; RIGHT?

22  A.   CORRECT.

23  Q.   THAT WAS BACK IN 1978; RIGHT?

24  A.   TO THE BEST OF MY KNOWLEDGE, IT WAS.

25  Q.   AM I RIGHT, MRS. BARNETT, THAT YOUR HUSBAND'S NECK AND

1  BACK PAIN HAVE OCCURRED CONSTANTLY SINCE THEN?

2  **A.**   PRETTY MUCH.

3  **Q.**   THE PAIN YOUR HUSBAND WAS EXPERIENCING IN HIS NECK AND

4  BACK CAN BE PRETTY INTENSE; RIGHT?

5  **A.**   YES.

6  **Q.**   IT AFFECTS THE QUALITY OF HIS LIFE IN MANY WAYS?

7  **A.**   I BELIEVE SO.

8  **Q.**   EVEN BEFORE MR. BARNETT HAD HIS HEART ATTACK, HE COULDN'T

9  DO THINGS LIKE SKI BECAUSE OF HIS NECK AND BACK?

10  **A.**   WELL, HE COULD SKI; HE JUST COULDN'T DO IT FOR A VERY LONG

11  TIME.  WE DID NOT REALLY GO THAT OFTEN AFTER WE LEFT MINNESOTA,

12  ANYWAY.

13  **Q.**   DO YOU REMEMBER, MA'AM, BEFORE YOUR HUSBAND'S HEART ATTACK

14  HE WASN'T ABLE TO DO CERTAIN OUTDOOR ACTIVITY EITHER BECAUSE OF

15  HIS NECK AND BACK PAIN; RIGHT?

16  **A.**   BEFORE THE HEART ATTACK?

17  **Q.**   YES.

18  **A.**   I'M SURE THERE WAS SOMETHING, BUT I CAN'T PUT MY FINGER ON

19  IT.

20  **Q.**   DO YOU REMEMBER THAT EVEN BEFORE HIS HEART ATTACK HE HAD

21  TROUBLE PLAYING GOLF BECAUSE OF HIS NECK AND BACK PAIN?

22  **A.**   I BELIEVE ON SOME OCCASION, PARTICULARLY WITH HIS NECK,

23  BECAUSE OF THE POSITION TO SWING.

24  **Q.**   THE PAIN WAS SO BAD THAT YOUR HUSBAND HAD TO SLEEP FOR A

25  LONG TIME IN A CHAIR; RIGHT?

1    **A.**   HE DID SLEEP ON AND OFF IN A RECLINER, BUT AFTER THE HEART

2    ATTACK HE WAS IN A RECLINER UNTIL AFTER WE GOT A HOSPITAL BED.

3    **Q.**   HE WAS IN THE HOSPITAL BECAUSE OF HIS NECK PAIN?

4    **A.**   THE HOSPITAL BED?

5    **Q.**   YES.

6    **A.**   NECK AND BACK, YES.

7    **Q.**   DO YOU REMEMBER, MRS. BARNETT, THAT YOUR HUSBAND STARTED

8    TO USE VIOXX TO TRY TO EASE HIS NECK AND BACK PAIN?

9    **A.**   YES.

10   **Q.**   IT WORKED?  VIOXX DID QUITE WELL TO REDUCE HIS PAIN,

11   DIDN'T IT MRS. BARNETT?

12   **A.**   I BELIEVE SO.

13   **Q.**   IF IT WERE NOT WORKING TO RELEASE MR. BARNETT'S NECK AND

14   BACK PAIN, YOU KNOW YOUR HUSBAND WELL ENOUGH THAT HE WOULD HAVE

15   STOPPED TAKING THE MEDICINE?

16   **A.**   I BELIEVE HE WOULD HAVE.

17   **Q.**   VIOXX HELPED YOUR HUSBAND DO CERTAIN THINGS HE LIKED TO DO

18   LIKE DANCE; RIGHT?

19   **A.**   YES.

20   **Q.**   HE WOULD GO DANCING OFTEN?  WOULD HE GO WITH YOU TO SHAG

21   DANCE?

22   **A.**   YES.  I DIDN'T GO AS MUCH AS HE DID, THOUGH.  I STAYED

23   HOME WITH THE DOGS.

24   **Q.**   HOW WOULD HE DANCE IF YOU WEREN'T WITH HIM?

25   **A.**   WELL, IT'S A COMMUNITY OF DANCERS.  EVERYBODY DANCES WITH

1   EVERYBODY.  THERE'S A COUPLE OF PEOPLE THAT HE WOULD DANCE WITH

2   PROBABLY MORE THAN THE OTHERS BECAUSE THEY KNEW THE CORRECT

3   STEPS BETTER THAN THE OTHERS, BUT EVERYBODY DANCED WITH

4   EVERYBODY.

5   **Q.**   YOUR HUSBAND STILL DANCES TWICE A WEEK AT THE SHAG DANCE?

6   **A.**   WELL, HE HASN'T BEEN DANCING FOR A WHILE RECENTLY.

7   **Q.**   BEFORE HIS PROCEDURE?

8   **A.**   HE HAD BEEN GOING ONE TO TWO TIMES A WEEK.

9   **Q.**   DO YOU REMEMBER, MRS. BARNETT, THAT WHEN YOUR HUSBAND WAS

10  USING VIOXX HE USED IT BECAUSE HIS DOCTORS THOUGHT IT WAS THE

11  BEST MEDICINE FOR HIM?

12  **A.**   I BELIEVE SO.

13  **Q.**   YOUR HUSBAND IS NOT THE TYPE OF PERSON WHO PAID ATTENTION

14  TO ADVERTISEMENTS ON TV ABOUT VIOXX?

15  **A.**   NO.

16  **Q.**   YOU DON'T PAY ATTENTION TO THAT KIND OF THING EITHER?

17  **A.**   I DON'T PAY ATTENTION TO COMMERCIALS ALL THAT MUCH, BUT MY

18  HUSBAND IS THE PERSON THAT WOULD READ EVERYTHING, RESEARCH

19  EVERYTHING.  I THINK IT'S JUST HIS INVESTIGATIVE MANNERISMS,

20  BUT HE WASN'T -- IF HE DIDN'T RESEARCH IT, IT WASN'T GOING INTO

21  HIS BODY UNLESS HE KNEW EXACTLY WHAT IT WAS AND HAD DOCTORS --

22  HE ALWAYS FOLLOWED THE DOCTORS ADVICE, BUT HE RESEARCHED IT ON

23  HIS OWN, AS WELL.

24  **Q.**   IF YOUR HUSBAND HAD QUESTIONS ABOUT MEDICATIONS HE WAS

25  TAKING OR HE COULDN'T FIND OUT THE ANSWER BASED ON HIS OWN

1   RESEARCH, THEN HE WOULD TURN TO HIS DOCTORS FOR HELP?

2   A.    OH, YES, VERY DILIGENT ABOUT THAT.

3   Q.    DO YOU REMEMBER, MRS. BARNETT, THAT BETWEEN FEBRUARY OR SO

4   OF 2000 UP UNTIL YOUR HUSBAND'S HEART ATTACK IN SEPTEMBER OF

5   2002 THE TYPICAL ACTIVITIES HE WOULD ENGAGE IN WERE WORKING ON

6   THE COMPUTER, WALKING, AND DANCING?

7   A.    AND HE DOES DO CROSSWORD PUZZLES.

8   Q.    NOW, BEFORE HIS HEART ATTACK IN SEPTEMBER OF 2002, HE

9   WASN'T ABLE TO PLAY MUCH GOLF, WAS HE?

10  A.    HE HAS NEVER REALLY PLAYED A LOT.  HE EITHER DIDN'T HAVE

11  TIME OR SOMETHING WAS ALWAYS COMING UP.  HE PLAYED, BUT NOT A

12  LOT.

13  Q.    SINCE YOUR HUSBAND'S HEART ATTACK HE DOES WALK SEVERAL

14  MILES A DAY, DOESN'T HE?

15  A.    YES, ONCE -- WELL, AFTER HE GOT USED TO GETTING -- YOU

16  KNOW, FROM THE HEART ATTACK, THEY ENCOURAGE YOU TO WALK AS SOON

17  AS YOU CAN AND TO KEEP INCREASING.  ONCE HE GOT WHERE -- AFTER

18  WEEKS AND WEEKS, AFTER HE GOT WHERE HE COULD WALK RELIGIOUSLY,

19  HE WALKS EVERY DAY, WEATHER PERMITTING, AT LEAST TWO MILES.  IF

20  IT IS BAD WEATHER HE WILL GO ON A TREADMILL INSIDE OF THE GYM.

21  Q.    HE STILL GOES TO THE GYM TWICE OR THREE TIMES A WEEK?

22  A.    WELL, HE HASN'T BEEN TWO OR THREE TIMES A WEEK PROBABLY IN

23  THE LAST MONTH.  HE HAS PROBABLY DONE ONCE AND I DON'T KNOW IF

24  IT WAS BUSY, TRYING TO COME HERE, BUT YEAH HE IS VERY RELIGIOUS

25  ABOUT GETTING HIS WALKS IN.

1    Q.   ARE THE TWO OF YOU STILL ABLE TO GO ON VACATIONS TOGETHER

2    LIKE TO ORLANDO, MRS. BARNETT?

3    A.   YES.

4    Q.   YOU TRAVELED TO KENTUCKY AND CANCUN TOGETHER?

5    A.   YES.

6    Q.   IS IT TRUE, MRS. BARNETT, YOUR HUSBAND IS STILL ABLE TO

7    THAT CARE OF YOU WHEN YOU NEED HIM TO?

8    A.   YES.  HE BETTER.

9    Q.   REALLY, OTHER THAN NOT BEING ABLE TO LIFT HEAVY THINGS, AM

10   I RIGHT, MRS. BARNETT, THAT YOU CAN'T THINK OF ANYTHING ELSE

11   YOUR HUSBAND HAS BEEN UNABLE TO DO SINCE HIS HEART ATTACK?

12   A.   WELL, I KNOW THERE'S SOME THINGS.  I'M JUST NOT -- I DON'T

13   THINK HE COULD GO OUT AND PLAY BASKETBALL.  I DON'T THINK HE

14   COULD PLAY -- I THINK HE COULD PLAY GOLF, BUT I DON'T THINK HE

15   WOULD GO 18 HOLES.  I DON'T THINK HE COULD GET ON A TENNIS

16   COURT.  I MEAN THERE'S THINGS LIKE THAT.  BUT HE WOULD PICK UP

17   A FEW WEEDS OUT OF THE YARD.

18   Q.   IS IT FAIR TO SAY YOUR HUSBAND IS ABLE TO DO THE VAST

19   MAJORITY OF THE THINGS HE WANTS TO?

20   A.   I WOULD SAY THAT'S FAIR TO SAY.

21   Q.   WERE YOU DIAGNOSED WITH THROAT CANCER?

22   A.   ACTUALLY, IT WAS A LITTLE SQUAMOUS CELL ON THE BACK OF MY

23   TONGUE.

24   Q.   THAT'S IN REMISSION; RIGHT?

25   A.   CORRECT.

1   **Q.**   IS IT TRUE, MRS. BARNETT, YOU STILL SMOKE CIGARETTES?

2   **A.**   VERY LITTLE, BUT YES, I DO HAVE A PUFF NOW AND THEN.  I

3   DON'T SMOKE A WHOLE CIGARETTE.  I WILL HAVE A PUFF, AND IT'S

4   USUALLY WHEN I'M NERVOUS.

5   **Q.**   FOR HOW LONG, MRS. BARNETT, HAVE YOU BEEN SMOKING

6   CIGARETTES?

7   **A.**   ABOUT 25, 28 YEARS, SOMETHING LIKE THAT.  THAT WAS ON AND

8   OFF.  I QUIT A MILLION TIMES.  WELL, NOT A MILLION TIMES, BUT I

9   HAD ON AND OFF.

10   **Q.**   YOU WOULDN'T JUST HAVE A PUFF OF YOUR CIGARETTES THEN, YOU

11   WOULD FINISH THEM WHEN YOU WERE SMOKING; RIGHT?

12   **A.**   THAT WOULD BE KIND OF -- I MEAN, I WAS NEVER A CHAIN

13   SMOKER OR ANYTHING LIKE THAT.  USUALLY I WOULD HAVE -- THIS WAS

14   BEFORE MY SURGERY.  IF I HAD A CIGARETTE, I WOULD LIGHT IT AND

15   HAVE A PUFF, AND THEN THE NEXT THING I WOULD KNOW IT WAS JUST

16   ASHES, SO I WASTED MORE CIGARETTES THAN I SMOKED.

17   **Q.**   JUST ONE MORE QUESTION, MRS. BARNETT.  YOUR HUSBAND HAS

18   NEVER TOLD YOU THAT HE HAS HAD A SECOND HEART ATTACK, HAS HE,

19   AFTER SEPTEMBER OF 2002?

20   **A.**   NO.

21           **MR. GOLDMAN:**  THOSE ARE ALL THE QUESTIONS I HAVE,

22   MA'AM.

23           **THE WITNESS:**  NOT TO MY KNOWLEDGE.  I HOPE NOT.

24

25

1       **REDIRECT EXAMINATION**

2   **BY MR. ROBINSON:**

3   **Q.**   COUNSEL ASKED YOU SOME QUESTIONS ABOUT YOUR SMOKING.  IS

4   YOUR SMOKING SOMETHING JERRY LOVES AND LOVES TO INHALE THAT

5   SMOKE?

6   **A.**   OH, YES.  NO, HE ABHORS CIGARETTE SMOKE.

7   **Q.**   DO YOU HAVE A DEAL WORKED OUT?

8   **A.**   YES.  I DO NOT SMOKE IN FRONT OF HIM.  I DO NOT SMOKE IN

9   THE HOUSE.  I GO OUTSIDE IF I WANT TO HAVE A PUFF.  USUALLY I

10  DO IT WHEN I TAKE MY DOGS OUT.

11  **Q.**   THERE'S BEEN A COUPLE FEW TIMES YOU HAVE SMOKED IN THE

12  CAR?

13  **A.**   OCCASIONALLY.

14  **Q.**   DOES HE LIKE THAT?

15  **A.**   WELL, THE WINDOWS ARE DOWN AND MY HAND IS OUT -- NO, HE

16  DOESN'T LIKE IT, BUT HE CAN'T SMELL IT BECAUSE THE WINDOW IS

17  ROLLED DOWN AND MY HAND IS OUT THE WINDOW, BUT I VERY RARELY DO

18  THAT.

19  **Q.**   WHAT ABOUT WHEN IT RAINS OR SOMETHING LIKE THAT?

20  **A.**   AND I WANT A CIGARETTE?

21  **Q.**   YES.

22  **A.**   I GO TO THE GARAGE.  THERE'S A LITTLE DOOR WITH AN

23  OVERHANG THAT LEADS OUTSIDE.  IT'S GOT AN OVERHANG.  I'LL GO TO

24  THE GARAGE.

25          **MR. ROBINSON:**  THANK YOU VERY MUCH.

1      THE WITNESS:  BUT NOT THE HOUSE WHERE JERRY WOULD BE.

2      MR. ROBINSON:  THANK YOU VERY MUCH.

3      THE COURT:  YOU'RE EXCUSED, MA'AM.

4      MR. ROBINSON:  CAN WE TAKE A BREAK?

5      THE COURT:  LET'S TAKE A 10-MINUTE BREAK AND WE'LL

6  COME BACK.

7      THE DEPUTY CLERK:  EVERYONE RISE.

8      (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

9      THE DEPUTY CLERK:  EVERYONE RISE.

10      THE COURT:  BE SEATED, PLEASE.

11      (WHEREUPON, **GERALD BARNETT**, HAVING BEEN DULY SWORN,

12  TESTIFIED AS FOLLOWS.)

13      THE DEPUTY CLERK:  PLEASE STATE YOUR FULL NAME AND

14  CORRECT SPELLING FOR THE RECORD.

15      THE WITNESS:  GERALD DONALD BARNETT.

16                      **DIRECT EXAMINATION**

17  BY MR. ROBINSON:

18  Q.  DO YOU GO BY JERRY?

19  A.  YES.

20  Q.  JERRY, HOW OLD ARE YOU?

21  A.  SIXTY-TWO.

22  Q.  WHERE DO YOU LIVE?

23  A.  I LIVE IN NORTH MYRTLE BEACH, SOUTH CAROLINA.

24  Q.  HOW LONG HAVE YOU LIVED THERE?

25  A.  SINCE DECEMBER 1996.

1    Q.   WHY DON'T YOU GIVE THE JURY A CHRONOLOGY OF YOUR CHILDHOOD

2    EXPERIENCE UP THROUGH COLLEGE.

3    A.   I WAS BORN IN LOUISVILLE, KENTUCKY.  I GREW UP THERE

4    UNTIL -- WENT TO HIGH SCHOOL, WENT TO THE UNIVERSITY OF

5    KENTUCKY THEN TRANSFERRED TO THE UNIVERSITY OF LOUISVILLE.

6    Q.   WHAT WAS YOUR MAJOR IN?

7    A.   UNDERGRADUATE WAS ACCOUNTING AND THEN I OBTAINED AN M.B.A.

8    AT THE UNIVERSITY OF LOUISVILLE.

9    Q.   DID YOU GO IN THE SERVICE FOR SOME TIME?

10   A.   YES, I DID.  THE ARMY RESERVES.

11   Q.   WHAT YEARS WAS THAT?

12   A.   1968 THROUGH INTO 1972.

13   Q.   NOW, I'M NOT GOING TO GO BACK OVER THINGS THAT YOUR

14   BROTHER COVERED, BUT YOU DID HEAR YOUR BROTHER TALK ABOUT SOME

15   OF YOUR CHILDHOOD EXPERIENCES; RIGHT?

16   A.   YES.

17   Q.   MAYBE YOU COULD JUST TELL US A TIDBIT ABOUT YOUR

18   INVOLVEMENT WITH SPORTS AND THAT TYPE OF THING.

19   A.   WHEN WE WERE GROWING UP, I GUESS THAT WAS OUR FOCUS.  WE

20   PLAYED A LOT OF SPORTS; BASEBALL PARTICULARLY, BUT BASKETBALL,

21   FOOTBALL.  AS MY BROTHER SAID, WE FORMED OUR OWN BASEBALL

22   LEAGUE BECAUSE THAT WAS BEFORE LITTLE LEAGUE.  WHILE WE WERE

23   TEENAGERS, WE FORMED OUR OWN BASKETBALL LEAGUE, AND THEN WE

24   PLAYED ON VARIOUS CHURCH TEAMS THAT SORT OF THING.

25   Q.   WHAT CHURCH WAS THAT?

1    A.    IT WAS HOLY TRINITY CHURCH.

2    Q.    CATHOLIC CHURCH?

3    A.    YES.

4    Q.    ARE YOU STILL INVOLVED IN YOUR CHURCH IN NORTH MYRTLE

5    BEACH?

6    A.    YES, I AM.

7    Q.    ARE YOU STUDYING TO BE SOMETHING THERE?

8    A.    I GO TO THE CHURCH QUITE OFTEN AND GET INVOLVED IN THE

9    PROGRAMS.

10   Q.    GOING BACK TO THE TIME YOU WERE IN LOUISVILLE AT THE

11   UNIVERSITY OF LOUISVILLE, DID YOU HAVE A CHANCE TO PLAY A

12   LITTLE BIT OF BASEBALL?

13   A.    YES, I DID.

14   Q.    WHAT DID YOU PLAY WHAT POSITION?

15   A.    MAINLY CENTER FIELD.

16   Q.    DIDN'T YOU PLAY A LITTLE RIGHT FIELD, TOO?

17   A.    WELL, I PLAYED RIGHT FIELD BECAUSE OUR RIGHT FIELDER WAS

18   DOUG BUFFONE AND HIS SENIOR YEAR HE WAS ON THE COLLEGE ALL-STAR

19   TEAM THAT PLAYED THE CHICAGO BEARS, SO WHEN HE LEFT I MOVED

20   OVER.

21   Q.    YOU LIKED BASEBALL?

22   A.    I LOVED IT.

23   Q.    WHAT MADE YOU GO INTO THE FBI?

24   A.    I SAW AN OPPORTUNITY AND IT WAS VERY INTERESTING TO ME.  I

25   THOUGHT IT WOULD BE A VERY REWARDING JOB.  I WAS RIGHT ON BOTH

1  COUNTS; VERY, VERY INTERESTING, VERY REWARDING, AND I ENJOYED

2  ABOUT EVERY SECOND OF IT.

3  **Q.**   NOW, TELL US A LITTLE BIT ABOUT YOUR RELATIONSHIP WITH

4  YOUR WIFE, CORY.  WE JUST SAW HER TESTIFY.  WE KNOW YOU HAVE

5  BEEN MARRIED FOR OVER 33 YEARS.  CAN YOU TELL US YOUR

6  DESCRIPTION OF HER.

7  **A.**   WELL, SHE IS VERY LOVING.  I DON'T THINK YOU COULD ASK FOR

8  ANYONE TO BE MORE LOVING THAN SHE IS; VERY DEVOTED, VERY LOYAL

9  TO ME.  BESIDES ALL OF THAT, WE ARE THE BEST OF FRIENDS.  OUR

10  TERMINOLOGY WE USE WITH EACH OTHER IS WE'RE PALS, AND IT'S BEEN

11  THAT WAY FROM BEFORE WE WERE MARRIED UNTIL NOW AND WE STILL

12  ARE.

13  **Q.**   HOW DID YOU GUYS MEET?

14  **A.**   WE WERE BOTH LIFEGUARDING AT THE TIME AT A LAKE.

15  **Q.**   COMING FORWARD, TELL THE JURY A LITTLE BIT ABOUT JUST THE

16  TYPES OF ASSIGNMENTS YOU HAD AT THE FBI.

17  **A.**   I HAD A WIDE VARIETY OF ASSIGNMENTS.  I SPENT A GOOD BIT

18  OF MY TIME IN WHITE COLLAR CRIME, I DON'T KNOW, 60, 70 PERCENT

19  IN WHITE COLLAR CRIME.  I WAS ASSIGNED TO FOREIGN COUNTER

20  INTELLIGENCE FOR A PERIOD OF TIME.  I DID WORK IN TERRORISM,

21  QUITE A BIT OF IT IN PUERTO RICO AND THEN BACK IN ATLANTA.

22  THERE WERE TWO DIFFERENT ASSIGNMENTS, EACH OF THEM ABOUT FIVE

23  YEARS EACH, WHERE I DID KIDNAPPINGS, EXTORTIONS, BANK

24  ROBBERIES, THEFT FROM INTERSTATE SHIPMENT, FUGITIVES, THAT SORT

25  OF -- REALLY, THROUGHOUT MY CAREER, I GUESS REALLY -- ORGANIZED

1   CRIME, I DID THAT.  I WAS IN THE UNDERCOVER PROGRAM FOR A
2   NUMBER OF YEARS AND I HAD A NUMBER OF UNDERCOVER ASSIGNMENTS.
3   SO I DID PRETTY MUCH EVERYTHING A SPECIAL AGENT WOULD DO DURING
4   A CAREER WITH THE FBI.
5   Q.   YOU SAID THE TERM "SPECIAL AGENT."  IS THAT DIFFERENT FROM
6   OTHER FBI AGENTS?
7   A.   WELL, A SPECIAL AGENT HAS THE ABILITIES AND SPECIAL
8   TRAINING TO DO SPECIALIZED ASSIGNMENTS, AND I'LL JUST LET IT GO
9   AT THAT.
10  Q.   YOU SAID YOU DID SOME UNDERCOVER OPERATIONS?
11  A.   YES.
12  Q.   WE ARE NOT GOING TO GO INTO DETAILS, BUT DID YOU HAVE SOME
13  OCCASION TO WORK WITH THIS DONNIE BRASCO WE HAVE ALL HEARD
14  ABOUT?
15  A.   YES.  IN THE FBI, NEW AGENTS WHO ARE TRAINING TO BECOME
16  UNDERCOVER AGENTS ARE TRAINED BY ESTABLISHED UNDERCOVER AGENTS
17  AND I FEEL VERY HONORED -- I DON'T KNOW IF YOU REMEMBER WHO
18  DONNIE BRASCO WAS.  THEY MADE A MOVIE ABOUT HIM AND WROTE A
19  BOOK ABOUT HIM.  HE INFILTRATED THE MAFIA ON A LONG-TERM BASIS
20  AND ROSE QUITE HIGH WITH THE MAFIA.  SO HE ACTUALLY SELECTED ME
21  TO BE TRAINED BY HIM.  I REALLY FELT THAT THAT WAS A GREAT
22  HONOR AND IT TURNED OUT IT WAS REAL TOUGH TRAINING, I THINK,
23  BUT VERY, VERY GOOD TRAINING.
24  Q.   DID YOU HAVE SOME TRAINING EXPERIENCE AT QUANTICO?
25  A.   OUR INITIAL TRAINING, 16 WEEKS AT QUANTICO.

1   **Q.**   YOU MENTIONED COUNTER TERRORISM.  JUST MAYBE SUMMARIZE

2   WHAT YOU DID THERE WITHOUT GETTING INTO THE ASSIGNMENTS

3   ACTUALLY.

4   **A.**   COUNTER TERRORISM, BASICALLY OUR JOB WAS -- THERE'S

5   TERRORIST CELLS, WHETHER IT BE -- I DID IT IN PUERTO RICO.  I

6   DID IT HERE IN THE UNITED STATES.  PUERTO RICO, IT WAS A GROUP

7   CALLED THE MACHATEROS, WHICH WAS TRAINED BY CUBAN INTELLIGENCE.

8   IN THE UNITED STATES, IT WAS HEZBOLLAH AND HAMAS.  THERE'S A

9   FEW OTHERS, BUT WE WON'T GO INTO THAT.

10          WHAT WE WOULD TRY TO DO IS IDENTIFY THESE PEOPLE ONCE

11   THEY GOT INTO THE COUNTRY.  IF YOU COULD IDENTIFY JUST ONE AND

12   THEN SET UP A SURVEILLANCE, IT COULD GO ON -- THE SURVEILLANCE

13   ASPECT COULD GO ON A YEAR OR TWO, BUT EVENTUALLY THROUGH

14   WATCHING THEIR CONTACTS YOU WOULD FIND OUT OTHER MEMBERS OF THE

15   CELL, THEN YOU WOULD FIND THEIR SAFE HOUSES, THAT KIND OF

16   THING, BUT YOU NEEDED TO GET ENOUGH INFORMATION TOGETHER TO GET

17   A COURT ORDER FOR A LISTENING DEVICE.  ONCE WE WOULD GET TO

18   THAT POINT, WE COULD FIND OUT THE PLANS OF WHAT THE TERRORIST

19   CELLS WERE PLANNING, WHAT TYPE OF CELL THEY WERE, WHETHER THEY

20   WERE ACTIVE OR WHETHER THEY WERE SUPPORT OR SLEEPER CELLS, THAT

21   TYPE OF THING.

22   **Q.**   YOU HEARD YOUR WIFE HERE TESTIFY THAT IT WAS STRESSFUL NOT

23   ONLY FOR YOU, BUT FOR HER?

24   **A.**   I KNOW IT WAS STRESSFUL FOR HER BECAUSE I KEPT A LOT FROM

25   HER AND THAT WAS ONE OF THE REASONS.  ANOTHER REASON WAS I

1  REALLY COULDN'T TELL HER MUCH, ANYWAY.  TO ME, THAT'S WHY I

2  STAYED WITH THE JOB.  I LOVED IT.  I GUESS YOU COULD SAY IT'S A

3  TYPE OF STRESS, BUT IT'S WHAT I LOOKED FORWARD TO EVERY DAY AND

4  I LOVED IT.  I GUESS IT'S KIND OF LIKE A PRO FOOTBALL PLAYER, A

5  QUARTERBACK, AND IT'S THE SUPER BOWL.  I'M SURE HE HAS STRESS,

6  BUT THAT'S WHAT IT'S ALL ABOUT.  THAT'S WHY HE PLAYS HAVE.

7  **Q.**   BASICALLY, YOU WOULD AGREE IT WAS A STRESSFUL JOB?

8  **A.**   OH, EVERY DAY -- NOT EVERY DAY THERE WAS STRESS.  THERE

9  WERE BORING DAYS.  LIKE MY WIFE SAID, THERE'S A LOT OF

10  PAPERWORK WITH IT AND YOU'RE STUCK IN THE OFFICE AND IT'S

11  BORING ON THOSE DAYS, BUT THERE'S DAYS WHEN THERE IS STRESS.

12  YOU HAVE DEADLINES TO MEET AND THAT TYPE OF THING.  IT'S LIKE

13  ANY OTHER JOB.  I KNOW EVERYBODY HAS THAT SAME TYPE OF STRESS.

14  IT'S NO DIFFERENT FOR ME.

15  **Q.**   EVEN LAWYERS AND JUDGES.  EVERYBODY HAS STRESS; RIGHT?

16  **A.**   OH, I KNOW THEY DO.

17  **Q.**   NOW HOW LONG DID YOU WORK WITH THE FBI?

18  **A.**   TWENTY-SEVEN YEARS.

19  **Q.**   WHY DID YOU DECIDE TO RETIRE FROM THE FBI?

20  **A.**   I WAS TWO YEARS AWAY FROM MANDATORY RETIREMENT AND WAS

21  LIVING IN A COMMUNITY NORTH MYRTLE BEACH, WHICH REALLY IS A

22  RETIREMENT COMMUNITY, AND I WANTED TO PLAY GOLF, WANTED TO DO

23  THINGS WITH MY BROTHER AND ALL THE FRIENDS WE HAD MET THROUGH

24  THE SHAG NETWORK COMMUNITY.  A GOOD MANY OF THOSE PEOPLE WERE

25  RETIRED.

1    Q.   YOU KNOW WHAT, I BRIEFLY COVERED THE SHAG THING WITH YOUR

2    BROTHER.  WE DON'T WANT TO GO OFF ON THIS, BUT I HAVE BEEN DOWN

3    THERE WITH YOU AND I SAW -- WOULD YOU DESCRIBE WHAT THE

4    COMMUNITY IS DOWN THERE AND WHY THEY DO THIS DANCING.  IT'S

5    SOMETHING THAT'S DIFFERENT FROM ANY PLACE IN THE COUNTRY; IS

6    THAT TRUE?

7    A.   IT IS.  THEY STARTED IN THE 1940S.  WHEN THE REST OF THE

8    COUNTRY WENT TO ROCK AND ROLL AND ELVIS PRESLEY, JUST THAT

9    PARTICULAR PART OF THE EAST COAST STAYED WITH THE BEACH MUSIC.

10   I HAD REALLY NEVER HEARD OF IT UNTIL I MOVED TOWN THERE.  IT'S

11   A LIFESTYLE.  IT'S A COMMUNITY.  IT'S KIND OF A NUCLEUS, A

12   SOCIAL NUCLEUS FOR EVERYBODY.  YOU HEARD MY BROTHER TESTIFY.  I

13   DID TELL HIM THERE'S NO PLACE LEFT LIKE THAT.  I DID COME DOWN

14   TO VISIT.  IT'S JUST THE WAY HE SAID IT.  HE LEFT OUT THE FACT

15   THAT THERE'S VERY LITTLE CRIME PEOPLE, TOO.  DON'T EVEN LOCK

16   THEIR DOORS.

17   Q.   JERRY, DID YOU EVER SMOKE?

18   A.   NO.

19   Q.   WHAT'S YOUR ATTITUDE ABOUT YOUR WIFE'S SMOKING AND THAT

20   TYPE OF THING?

21   A.   WELL, I DON'T LIKE TO TRY TO STEP ON ANYBODY'S TOES.

22   EVERYBODY CAN DO WHAT THEY WANT TO DO, BUT I DON'T HAVE TO BE A

23   PART OF IT.  MY ATTITUDE IS JUST, IF SHE'S GOING TO DO THAT, TO

24   STAY AWAY FROM IT.  I DON'T WANT THE HOUSE TO SMELL LIKE SMOKE,

25   SO EARLY ON WE HAD A DEAL.  SHE WOULD JUST GO OUTSIDE WHEN SHE

1  WANTED TO OR, LIKE SHE SAID, IN THE GARAGE.  IT'S NOT BEEN A

2  PROBLEM.

3  Q.  WHEN YOU WERE AN FBI AGENT, WOULD YOU GET ROUTINE PHYSICAL

4  EXAMS?

5  A.  I GOT EVERY YEAR A ROUTINE PHYSICAL EXAM AND THEN TWICE A

6  YEAR A FIT TEST.

7  Q.  A WHAT TEST?

8  A.  FITNESS TEST.

9  Q.  WHAT DID THAT ENCOMPASS?

10  A.  YOUR BASIC TIMED RUNNING, PUSHUPS, SIT-UPS, MEASURING BODY

11  FAT, WEIGHT, HEART RATE BEFORE AND AFTER EXERCISE,

12  CALLISTHENICS.  BASICALLY, THEY JUST WANT TO MAKE SURE YOU'RE

13  FIT.

14  Q.  WHEN YOU WERE AN FBI AGENT, DID YOU TRY AND MAKE TIME TO

15  WORK OUT?

16  A.  I ALWAYS DID.

17  Q.  TELL THE JURY ABOUT THAT.

18  A.  JUST GOING BACK, AFTER I LEFT THE ACADEMY -- AND, OF

19  COURSE, YOU ARE IN EXCELLENT SHAPE WHEN YOU LEAVE THE ACADEMY.

20  WE WERE IN MINNEAPOLIS -- I FIRST WENT TO ST. LOUIS.  I WASN'T

21  THERE EIGHT MONTHS AND I GOT SENT UP TO WOUNDED KNEE,

22  SOUTH DAKOTA.  I DON'T KNOW IF YOU REMEMBER THAT, WHEN THE

23  AMERICAN INDIAN MOVEMENT TOOK OVER WOUNDED KNEE AND BURNED DOWN

24  THE BUILDINGS AND SO ON.  WHEN I WAS UP THERE, I HAD AN

25  OPPORTUNITY TO PICK MY RUNNING BACK UP, ABOUT THREE MILES A

1    DAY.  WE MOVED TO MINNEAPOLIS AND IT SLOWED DOWN A LITTLE BIT,

2    PROBABLY A MILE A DAY, FIVE DAYS A WEEK, BUT SOME OF THOSE DAYS

3    WAS A HALF MILE.

4    Q.   WHAT YEAR WAS THIS?

5    A.   THAT WAS THROUGH THE 70S.  THEN WHEN I TRANSFERRED TO

6    SAN JUAN, PUERTO RICO, WE HAD AVAILABLE TO US FORT BUCHANAN

7    ARMY BASE, SO WE WOULD RUN ABOUT THREE MILES A DAY AND THEN WE

8    WOULD WORK OUT IN THE WEIGHT ROOM.  THAT WAS THROUGH '85.  WE

9    MOVED TO ATLANTA AND I RAN WITH THE AGENTS -- THE BUREAU, BY

10   THE WAY, GAVE US AN HOUR A DAY, AND WE WOULD COMBINE THAT WITH

11   OUR LUNCHTIME AND THAT WOULD GIVE US TWO HOURS.  SO THROUGHOUT

12   THE '90S, EARLY '90S, I RAN EVERY DAY FIVE DAYS A WEEK AND ON

13   WEEKENDS I WOULD RUN AT HOME.  I THINK IT WAS PROBABLY LATE

14   '80S, EARLY '90S.  WE DIDN'T HAVE A GYMNASIUM, BUT WE TALKED

15   THE OWNERS OF THE BUILDING INTO LETTING US HAVE A VACANT ROOM

16   DOWN IN THE BASEMENT.  WE ALL CHIPPED IN AND BOUGHT WEIGHT

17   MACHINES, SO WE HAD OUR OWN GYMNASIUM.  I KEPT THAT UP.  THE

18   LAST TWO YEARS BEFORE I LEFT ATLANTA, I HAD TWO GROUPS I WORKED

19   OUT WITH.  THE OLDER AGENTS, WE WOULD JUST DO A BRISK WALK, AND

20   THEN I WOULD ALSO IN THE MORNINGS, BEFORE WORK, WE WOULD COME

21   EARLY AND I WOULD RUN WITH THE YOUNG AGENTS.  THEN WE MOVED TO

22   MYRTLE BEACH.

23   Q.   WHEN YOU MOVED TO MYRTLE BEACH, DID YOU KEEP UP YOUR

24   JOGGING OR WALKING?

25   A.   ON THE BEACH I DID.  THAT WAS A GREAT OPPORTUNITY.  WHAT I

1    DID, I WOULD GO DOWN TO THE BEACH.  IF I WAS BY MYSELF, I WOULD

2    DO THE WALK/RUN.  AS MY BROTHER SAID, IF HE WAS WITH ME, WE

3    WOULD DO A FAST WALK, AND YOU COULD STILL ENJOY YOURSELF.  IN

4    ADDITION TO THAT, I WOULD LIKE TO GO DOWN AFTER WORK, WHEN I

5    WAS WORKING, AND DO THE WALK AND RUN, WALK/RUN.  THEN ON

6    WEEKENDS, ONCE I RETIRED, I CONTINUED TO DO THAT.  JOHN GOT

7    KIND OF BUSY THERE FOR A WHILE, SO I WOULD GO DOWN TO THE BEACH

8    AND DO THAT.

9    Q.   WHAT ABOUT YOUR DIET?  WHAT'S BEEN YOUR DIET, SAY, THE

10   LAST SIX YEARS OR SO?

11   A.   IT'S BEEN VERY STRICT AND IT WORKS.  I WATCH THE FAT GRAMS

12   BECAUSE OF CARDIAC, AND I WATCH CARBOHYDRATES BECAUSE I DON'T

13   WANT TO GAIN.  I DON'T WANT TO GET TOO MUCH WEIGHT ON.  SO IT'S

14   A LOW FAT, LOW CARBOHYDRATE DIET.  I EAT A LOT OF FISH, A LOT

15   OF VEGETABLES, AND QUITE A BIT OF FRUIT.

16   Q.   NOW, THERE WAS A PERIOD THERE WE SAW HERE -- THE JURORS

17   HAVE SEEN IT -- WHERE IN THE '90S YOUR CHOLESTEROL WENT UP.  IN

18   FACT, YOUR LDL AT ONE POINT -- I THINK IT WAS 1998 IT SHOWED ON

19   THE BOARD -- IT WAS 198?

20   A.   THAT'S RIGHT.

21   Q.   TELL US ABOUT YOUR CHOLESTEROL AND WHAT YOU REMEMBER ABOUT

22   THAT PERIOD IN THE '90S.

23   A.   THE LOW DENSITY CHOLESTEROL IS WHAT YOU REALLY HAVE TO

24   WATCH.  IN THE '90S -- IT WAS REALLY THE LATE '90S.  I THINK IN

25   '96 IT WAS 136, SOMETHING LIKE THAT, 138; '97, 126; '98, JUMPED

1546

1    UP TO 198.

2    **Q.**   CAN YOU COMPLAIN WHY YOU REMEMBER THAT PERIOD AT ALL.

3    **A.**   I DON'T KNOW.   I REMEMBER I WAS SHOCKED AT THAT AND I

4    REALLY STRESSED DIET AFTER THAT AND DROPPED IT DOWN TO 152,

5    WHICH IS ABOUT A 25 PERCENT DROP.

6    **Q.**   WHAT DID YOU DO TO DROP THAT DOWN?   WAS THAT JUST EASY TO

7    DO IT, JUST SNAP YOUR FINGERS AND YOU DROPPED 25 PERCENT DOWN?

8    **A.**   NO.   YOU HAD TO BE VERY, VERY PARTICULAR ON WHAT YOU ATE.

9    YOU COULDN'T CHEAT AT ALL.   I KNOW PEOPLE THOUGHT I WAS BEING A

10   LITTLE RIDICULOUS BECAUSE SOMEBODY WOULD OFFER YOU SOMETHING

11   AND I WOULD GO GRAB A PACKAGE AND READ IT AND SEE WHAT WAS IN

12   IT.   I STILL DO THAT NOW, BUT THAT'S THE WAY YOU CONTROL IT.

13   IF YOU DON'T CHEAT, IT'S GOING TO WORK FOR YOU.

14   **Q.**   WE ARE GOING TO COME AND TALK ABOUT THE CARDIOLITE IN

15   2000, BUT SINCE THE CARDIOLITE IN 2000 WHAT HAVE YOU DONE TO

16   TRY AND MAINTAIN YOUR CHOLESTEROL?

17   **A.**   WELL, I STARTED ON LIPITOR IN MAY OF 2000 AND THAT DID A

18   WONDERFUL JOB.   IT DROPPED MY CHOLESTEROL -- WE WERE AT 151, I

19   BELIEVE, WHEN I STARTED ON IT AND DROPPED IT DOWN TO AND

20   MAINTAINED IT ON THAT DOSAGE AROUND 100.

21   **Q.**   MORE RECENTLY WHAT'S IT DOWN TO?

22   **A.**   MY LAST READING FOR THE BAD CHOLESTEROL WAS 52.

23   **Q.**   TO DO THAT, IS THAT JUST SOMETHING YOU CAN TAKE LIPITOR OR

24   DO YOU DO OTHER THINGS TO TRY --

25   **A.**   OH, YEAH.   LIPITOR IS GREAT, BUT I DON'T THINK IT WOULD

DAILY COPY

1    WORK THAT WELL IF YOU JUST WENT OUT AND ATE CHEESEBURGERS OR

2    WHATEVER YOU WANTED TO.  I STILL VERY CLOSELY WATCH MY DIET AND

3    I EXERCISE EVERY DAY.  I DO THE EXERCISE FOR TWO REASONS.  ONE

4    IS BECAUSE OF ALL THE PROBLEMS -- I LIKE TO EXERCISE AND I LIKE

5    TO KEEP MY WEIGHT OFF.  I'VE ALWAYS LOOKED FORWARD TO WHEN I

6    DID RETIRE I WANTED TO BE HEALTHY AND I WANTED IT TO BE A LONG

7    RETIREMENT AND SO I STILL EXERCISE.  THEN PARTICULARLY, AFTER

8    ALL OF THE SUDDEN THESE HEART PROBLEMS OCCURRED, IT'S ON MY

9    MIND ALL THE TIME.  I KNOW I HAVE TO GO AND WORK OUT EVERY DAY.

10   IF I DON'T, I KNOW I WOULDN'T BE IN THE HEALTH I AM IN TODAY.

11   SO I'M JUST TRYING TO DO THE BEST I CAN THROUGH DIET AND

12   THROUGH EXERCISE AND THROUGH MEDICATION.

13   **Q.**   NOW, BEFORE YOU GOT TO THIS TRIAL, DID YOU KNOW THE

14   CURRENT STATE OF YOUR PLAQUE IN YOUR ARTERIES?

15   **A.**   I DIDN'T KNOW ANYTHING.  I REALLY QUESTION MY DOCTORS.  I

16   REMEMBER TELLING MY WIFE THAT DR. MIKOLA AND DR. KARAVAN -- I

17   SAID, "CORY, I DON'T KNOW WHICH ONE IS GOING TO THROW ME OUT OF

18   THE OFFICE FIRST BECAUSE OF THE WAY I AM WITH THEM.  I KNOW

19   THEY MUST GET TIRED OF ME ASKING QUESTIONS AND GETTING THEM

20   INTO A DIALOGUE," BECAUSE THEY LIKE TO HAVE PATIENTS ABOUT 20

21   MINUTES AND THEN MOVE ON TO THE NEXT PATIENT.  I KNOW AT TIMES

22   I HAVE TIED THEM UP FOR AN HOUR OR MORE, BUT IT'S JUST -- SO I

23   THOUGHT I HAD LEARNED QUITE A BIT AND I DID, BUT I CAME IN HERE

24   JUST LIKE EVERYBODY ELSE.  I HAVE LEARNED SO MUCH.  IT'S NOT

25   ALL GOOD.  I HAVE GOT A LOT OF QUESTIONS NOW.  I KNOW, WHEN I

```
 1   GET BACK, POOR DR. KARAVAN IS GOING TO GET HIT WITH A LOT OF

 2   QUESTIONS.  I HAVE LEARNED QUITE A BIT ABOUT THE PLAQUE, ABOUT

 3   THE CHOLESTEROL, AND SO ON.

 4   Q.    LET'S QUICKLY GO TO THE VIOXX.  WE HEARD YOU HAD AN AUTO

 5   ACCIDENT BACK IN 1978; IS THAT RIGHT?

 6   A.    YES.  DECEMBER 30, 1978.

 7   Q.    YOU GOT REAR-ENDED; IS THAT RIGHT?

 8   A.    YES, UH-HUH.

 9   Q.    WHAT HAPPENED?  DESCRIBE THE ACCIDENT.

10   A.    MY WIFE AND I WERE SITTING AT A STOPLIGHT, AND THE BEST

11   WAY I CAN DESCRIBE IT IS THERE WAS THIS HUGE EXPLOSION AND THAT

12   WAS THE CAR FROM BEHIND HITTING US.  IT TOTALLY MADE A V OF THE

13   FRONT END OF THE STATION WAGON THAT HIT US.  I DIDN'T HAVE AS

14   MUCH DAMAGE TO MY CAR BECAUSE I HAD A HEAVY-DUTY TRAILER HITCH

15   WELDED TO THE FRAME AND THAT TOOK THE BRUNT OF IT, BUT MY HEAD

16   WENT FORWARD -- IF I COUNTED RIGHT AT THE TIME -- FIVE TIMES,

17   AND IT FELT LIKE IT WAS GOING TO FLY OFF.  I KNOW THE THOUGHT

18   IN MY MIND WAS THERE'S NOTHING HOLDING IT ON ANYMORE, BUT THE

19   SKIN.

20   Q.    SINCE THAT TIME HAVE YOU HAD PRETTY CONSISTENT PAIN?

21   A.    YES, I HAVE.

22   Q.    WE ARE NOT GOING TO GET INTO THESE INJURIES, BUT DID YOU

23   HAVE DISKS?

24   A.    THREE HERNIATED DISKS IN THE NECK AND THEN ONE IN THE

25   LOWER BACK.
```

1   **Q.**   SO WHAT HAVE YOU DONE FOR PAIN?  LET'S TAKE IT BEFORE

2   VIOXX.  WHAT DID YOU DO FOR THE PAIN BEFORE VIOXX?

3   **A.**   FROM 1986 UNTIL THE TIME I WENT ON VIOXX, I WAS ON

4   FELDENE.

5   **Q.**   WAS THERE A PERIOD WHEN YOU CAME OFF FELDENE FOR A BRIEF

6   PERIOD?

7   **A.**   YES, FOR ABOUT ONE YEAR, WHEN I MOVED TO NORTH MYRTLE

8   BEACH.

9   **Q.**   THEN DID YOU GO BACK ON FELDENE?

10  **A.**   YES, I DID.

11  **Q.**   WHAT DID YOU COME OFF FELDENE?

12  **A.**   I CAME OFF WHEN MY PRESCRIPTION RAN OUT, WHICH WAS SHORTLY

13  AFTER I GOT TO NORTH MYRTLE BEACH.  SO THAT WOULD HAVE BEEN

14  ABOUT JANUARY OF '97.

15  **Q.**   I'M TALKING ABOUT WHEN DID YOU ACTUALLY COME OFF FELDENE

16  AND GO ON VIOXX?

17  **A.**   THAT WAS DECEMBER 30, 1999.

18  **Q.**   CAN YOU TELL THE JURY, WHEN YOU GOT MEDICINES, DID YOU

19  READ THE PATIENT INFORMATION SHEETS?

20  **A.**   YEAH.  EVERY TIME I GOT A NEW MEDICINE, WHEN YOU GET THEM

21  THROUGH THE MAIL ORDER -- IT'S CHEAPER THAT WAY -- THEY SEND

22  FORMS FOR REORDER AND THEY ALSO SENT PATIENT --

23         **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  CAN WE

24  APPROACH?

25         **THE COURT:**  YES.

DAILY COPY

1           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

2   THE BENCH.)

3           MR. GOLDMAN:  MARK, YOU AND I HAVE A DEAL, AN

4   AGREEMENT YOU'RE NOT GOING TO GET INTO THESE PATIENT

5   INFORMATION SHEETS.  I WASN'T GOING TO GET INTO THE ONE I

6   WANTED TO USE AND YOU PROMISED NOT TO GET INTO THE ONE YOU

7   WANTED TO USE.  NOW YOU'RE OPENING IT UP.

8           MR. ROBINSON:  I TOLD YOU IT WAS HIS PRACTICE TO READ

9   THE PATIENT INFORMATION SHEET EVERY TIME HE HAD A DRUG.

10          MR. GOLDMAN:  I CAN PULL UP THAT E-MAIL RIGHT NOW.

11  IT'S DOCUMENTED IN WRITING.

12          MR. ROBINSON:  YOU SENT ME A FOUR-PAGE E-MAIL THAT

13  WAS 2002 AND I SAID TO YOU ON THE PHONE THAT, YES, I'M -- HIS

14  PRACTICE, IN HIS DEPOSITION, WAS TO READ THE PATIENT

15  INFORMATION SHEETS WHEN THE DRUG FIRST CAME OUT.  THAT'S ALL

16  I'M GOING INTO NOW.  I'M NOT GOING INTO ANYTHING ELSE EXCEPT

17  THAT FIRST PACKAGE INSERT.

18          MR. GOLDMAN:  I ASK HE GO INTO A DIFFERENT SUBJECT

19  AND WE RESOLVE THAT AFTER I SHOW YOU THE AGREEMENT.

20          MR. ROBINSON:  FINE, BUT IF IT WAS, THAT WASN'T MY

21  UNDERSTANDING OF THE AGREEMENT.  THERE WAS NO AGREEMENT ON THAT

22  PART.

23          MR. GOLDMAN:  I'LL SHOW IT TO YOU.

24          MR. ROBINSON:  THEN YOU SENT AN E-MAIL CONFIRMING THE

25  WRONG THING.

1          **MR. GOLDMAN:**  CAN YOU GO ON TO A DIFFERENT SUBJECT?

2          **MR. ROBINSON:**  HE HAD A PRACTICE OF READING THE

3    INFORMATION SHEET WHEN IT FIRST CAME --

4          **MR. GOLDMAN:**  I'M TELLING YOU --

5          **MR. ROBINSON:**  HE GOT THAT IN DEPOSITION.  THAT'S

6    WHAT HE SAID IN DEPOSITION.  HE DIDN'T REMEMBER SPECIFICALLY,

7    AS HE SAT IN THE DEPOSITION, READING IT, BUT HE SAW THE

8    PACKAGE, THE PATIENT INFORMATION SHEET.

9          **MR. GOLDMAN:**  I'M REPRESENTING TO THE COURT WE HAVE

10   AN AGREEMENT --

11         **MR. ROBINSON:**  THIS IS A SETUP OR SOMETHING, ANDY.  I

12   DON'T LIKE THIS AT ALL.

13         **THE COURT:**  WE'LL GET BACK INTO IT.  GET INTO

14   SOMETHING ELSE AND WE'LL DEAL WITH IT.

15         (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

16   OPEN COURT.)

17   **BY MR. ROBINSON:**

18   **Q.**   LET ME ASK IT THIS WAY.  AT ANY TIME WHEN YOU WERE TAKING

19   FELDENE, DID YOU RECEIVE ANY SORT OF WARNING THAT FELDENE COULD

20   CAUSE HEART ATTACKS?

21   **A.**   NEVER, NEVER.

22   **Q.**   WHEN YOU WERE TAKING FELDENE FROM '98 UNTIL THE BEGINNING

23   OF 2000 AND YOU SWITCHED TO VIOXX, WERE YOU ALSO TAKING

24   PRILOSEC?

25   **A.**   YES.

1    **Q.**   DID ANYBODY EVER TELL YOU THAT PRILOSEC COULD CAUSE HEART

2    ATTACKS?

3    **A.**   NO.

4    **Q.**   THEN YOU WENT ON VIOXX; RIGHT?

5    **A.**   THAT'S CORRECT.

6    **Q.**   HOW LONG DID YOU TAKE VIOXX?

7    **A.**   WELL, I TOOK IT FROM DECEMBER 1999, THE END OF DECEMBER,

8    UNTIL -- IT WAS RIGHT ABOUT THE TIME IT WAS PULLED OFF THE

9    MARKET.

10   **Q.**   AT ANY TIME DURING THAT PERIOD -- WHAT WAS IT, ABOUT 55

11   MONTHS OR SO?

12   **A.**   55, 56.

13   **Q.**   AT ANY TIME DID ANYBODY TELL YOU THAT VIOXX COULD CAUSE

14   HEART ATTACKS?

15   **A.**   NO, NO ONE.

16   **Q.**   YOU WATCHED THE TESTIMONY OF DR. MIKOLA HERE?

17   **A.**   YES.

18   **Q.**   DID YOU SEE THAT IN MARCH OF 2003 DR. MIKOLA SAID HE HAD A

19   DISCUSSION WITH YOU BECAUSE YOU WERE CONCERNED ABOUT --

20            **MR. GOLDMAN:**  OBJECTION, HEARSAY.  HE IS ALSO QUOTING

21   FROM A DEPOSITION.

22            **THE COURT:**  IT'S NOT HEARSAY.  I WILL OVERRULE IT.

23   **BY MR. ROBINSON:**

24   **Q.**   DO YOU REMEMBER THE TESTIMONY ABOUT THE MEETING WITH

25   DR. MIKOLA IN MARCH 2003 AND YOU WERE INQUIRING ABOUT ALL YOUR

DAILY COPY

1    MEDICATIONS BECAUSE IT WAS AFTER YOUR HEART ATTACK?  DO YOU

2    REMEMBER THAT?

3    **A.**   I REMEMBER THAT.

4    **Q.**   TELL THE JURY WHAT HAPPENED.

5    **A.**   WELL, IT WAS ONE OF THESE SESSIONS WHERE I ASKED A LOT OF

6    QUESTIONS.  I HAD HAD A HEART ATTACK AND I WAS VERY CONCERNED

7    ABOUT EVERY MEDICATION THAT I WAS ON, SO WE TALKED ABOUT ALL OF

8    THEM.  THERE WAS NO CONCERN AT THAT TIME ON DR. MIKOLA'S PART

9    THAT I WAS TAKING ANYTHING THAT WOULD INTERACT IN ANY WAY OR

10   CAUSE ANY PROBLEMS WITH THE HEART.

11   **Q.**   NOW, AT SOME POINT AFTER YOU CAME -- WHY DID YOU COME OFF

12   VIOXX?  FIRST OF ALL, WHEN DID YOU COME OFF VIOXX?

13   **A.**   I THINK IT WAS A COUPLE DAYS BEFORE IT WAS TAKEN OFF THE

14   MARKET.

15   **Q.**   DO YOU REMEMBER WHY?

16   **A.**   I WAS HAVING A DISCUSSION WITH DR. HUBERTY ABOUT THE

17   SAFETY OF IT, BUT I DON'T KNOW THE SPECIFIC CONTEXT OF IT.

18   OBVIOUSLY, I HAD HEARD SOMETHING, THAT THERE WAS SOMETHING THAT

19   MADE ME BE CONCERNED.  THAT'S NOT UNUSUAL.  IF I HEAR ANYTHING

20   ABOUT ANY OF MY MEDICINES, I WILL GO IN AND TALK ABOUT IT.

21   **Q.**   LET ME ASK YOU THIS.  DID YOU HAVE A PERIOD WHERE YOU TOOK

22   METABOLIFE FOR A COUPLE WEEKS?

23   **A.**   YES.  YES, I DID, TRYING TO LOSE WEIGHT.

24   **Q.**   WHAT DID YOU LEARN ABOUT METABOLIFE AFTER THOSE TWO WEEKS?

25   **A.**   I NOTICED, COMING OFF THE DANCE FLOOR ONE NIGHT, A FLUTTER

1    IN THE HEART.  I THINK THE FIRST DOCTOR WAS AT DOCTORS CARE I

2    TOLD ABOUT IT.  THEN I LEARNED THAT METABOLIFE COULD CAUSE

3    IRREGULARITIES WITH YOUR HEART AND, SINCE I HEARD THAT, NO MORE

4    METABOLIFE.

5    **Q.**   IF SOMEONE HAD TOLD YOU THAT VIOXX COULD CAUSE HEART

6    ATTACKS, WOULD YOU HAVE TAKEN IT?

7    **A.**   NO, NO WAY.

8    **Q.**   AFTER YOUR HEART ATTACK, DID ANYBODY TELL YOU -- UP UNTIL

9    THAT PERIOD IN SEPTEMBER OF 2004, WHEN IT CAME OFF THE MARKET,

10   DID ANYBODY TELL YOU THAT VIOXX COULD CAUSE HEART ATTACKS?

11   **A.**   I DIDN'T HAVE A CLUE.  NO ONE TOLD ME.

12   **Q.**   DID YOU KNOW THERE WAS ANY DIFFERENCE BETWEEN VIOXX

13   CAUSING HEART ATTACKS AND YOUR OTHER DRUG, PRILOSEC, CAUSING

14   HEART ATTACKS?

15   **A.**   NO.

16   **Q.**   NOW, YOU HEARD HERE IN THE OPENING STATEMENT THAT FELDENE

17   NOW HAS A BLACK BOX?

18   **A.**   I HEARD THAT IN OPENING STATEMENT.

19   **Q.**   WHEN YOU TOOK FELDENE, DID IT HAVE A BLACK BOX?

20   **A.**   NO.

21   **Q.**   NOW, AFTER COMING OFF VIOXX, WHAT DID YOU TAKE?

22   **A.**   DR. KARAVAN SWITCHED ME TO MOBIC.

23   **Q.**   WAS THERE A PERIOD WHERE YOU --

24   **A.**   OH, BEFORE THAT, DR. HUBERTY HAD CHANGED ME FROM VIOXX TO

25   CELEBREX.

1555

```
1    Q.    JUST HOW LONG WAS THAT?

2    A.    ABOUT SIX WEEKS.

3    Q.    YOU'RE SAYING KARAVAN PUT YOU ON MOBIC?

4    A.    MOBIC.

5    Q.    DID HE SAY WHY?

6    A.    HE THOUGHT MOBIC WOULD BE SAFER BECAUSE CELEBREX, HE FELT,

7    WAS PRETTY MUCH LIKE CLOSELY RELATED TO VIOXX.

8    Q.    NOW, DID YOU READ THE PATIENT INFORMATION SHEET FOR MOBIC

9    AT THAT TIME?

10   A.    YES.

11   Q.    DID IT WARN YOU ANYTHING ABOUT MOBIC CAUSING HEART

12   ATTACKS?

13   A.    OH, NO.  I WOULDN'T HAVE TAKEN IT IF IT SAID ANYTHING.

14   Q.    AT SOME POINT DID YOU FIND OUT IN THE LAST FEW MONTHS THAT

15   MOBIC CAN CAUSE HEART ATTACKS OR AT LEAST THERE'S A WARNING OF

16   IT?

17            MR. GOLDMAN:  OBJECTION, LEADING.

18            THE COURT:  RESTATE THE QUESTION.

19   BY MR. ROBINSON:

20   Q.    TELL US WHAT YOU FOUND OUT, IF ANYTHING, ABOUT THE RISK OF

21   HEART ATTACKS IN MOBIC IN THE LAST THREE MONTHS.

22            MR. GOLDMAN:  OBJECTION, JUDGE.

23            THE COURT:  SUSTAINED.

24   BY MR. ROBINSON:

25   Q.    PLEASE TELL US, DID YOU HAVE EXPERIENCE WITH MOBIC IN MAY
```

1    OF THIS YEAR, WHILE ATTENDING A DEPOSITION?

2          **MR. GOLDMAN:**  OBJECTION.  IT'S THE SAME LINE OF

3    QUESTIONING.

4          **MR. ROBINSON:**  I'M TRYING TO PINPOINT THE AREA,

5    YOUR HONOR.

6          **THE COURT:**  HAVE YOU EVER BEEN ADVISED OF ANY

7    PROBLEMS WITH MOBIC?

8

9          **MR. ROBINSON:**  NO, NO, YOUR HONOR.  THAT'S NOT THE

10   ISSUE.  OH, YEAH.

11   **BY MR. ROBINSON:**

12   **Q.**   HAVE YOU EVER BEEN ADVISED OF ANY PROBLEMS WITH MOBIC?

13   THANK YOU.  IT'S GETTING LATE HERE.  THE JUDGE IS A GOOD

14   LAWYER.

15   **A.**   AS I WAS AT THE DEPOSITION OF DR. KARAVAN -- I THINK IT

16   WAS MAY 4 OF THIS YEAR -- THE ATTORNEY, MR. GOLDMAN HERE,

17   HANDED A SHEET OF PAPER TO DR. KARAVAN AND ASKED HIM IF HE WAS

18   AWARE OF A WARNING ABOUT MOBIC DETRIMENTAL TO THE HEART.  WITH

19   THAT, I REALLY SAT UP IN MY CHAIR BECAUSE I HAD NEVER HEARD

20   ANYTHING LIKE THAT AND I WAS TAKING MOBIC.  SO THAT WAS IT FOR

21   ME AND MOBIC.  I NEVER TOOK IT AGAIN AFTER THAT.  THAT'S ALL I

22   NEEDED THE HEAR.

23   **Q.**   YOU WERE HERE IN COURT WHEN WE PLAYED DR. MIKOLA'S

24   TESTIMONY AND HE SAID THAT IF HE HAD KNOW WHAT HE LEARNED IN

25   THIS CASE THAT HE WOULD HAVE TAKEN YOU OFF OF VIOXX AND PUT YOU

1  ON FELDENE?

2  **A.**   I HEARD HIM SAY THAT.

3            **MR. GOLDMAN:**  IT'S AN IMPROPER QUESTION FROM A

4  DEPOSITION AND IT'S ALSO LEADING.

5            **MR. ROBINSON:**  I'M SETTING UP A FOUNDATION FOR THE

6  NEXT QUESTION.

7            **THE COURT:**  ASK THE NEXT QUESTION.

8  BY MR. ROBINSON:

9  **Q.**   IF, IN FACT, DR. MIKOLA HAD TOLD YOU HE WANTED TO TAKE YOU

10 OFF VIOXX AND PUT YOU BACK ON FELDENE, WOULD YOU HAVE?

11 **A.**   OH, I WOULD HAVE BEEN HAPPY TO.

12 **Q.**   IF YOU HAD LEARNED THAT VIOXX CAUSED HEART ATTACKS AT ANY

13 TIME WHEN YOU WERE TAKING, VIOXX WHAT WOULD YOU HAVE DONE?

14            **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED.

15            **THE COURT:**  THAT IS ASKED AND ANSWERED.  HE SAID WHAT

16 HE WOULD DO.  SUSTAINED.

17 BY MR. ROBINSON:

18 **Q.**   HOW OFTEN DID YOU TAKE VIOXX DURING THAT 55-MONTH PERIOD?

19 **A.**   EVERY DAY.

20 **Q.**   WHO FIRST PRESCRIBED VIOXX FOR YOU?

21 **A.**   DR. MCCAFFREY.

22 **Q.**   WHO WAS DR. MCCAFFREY?

23 **A.**   HE WAS OR IS A NEUROLOGIST IN MYRTLE BEACH.

24 **Q.**   DID YOU EVER SEE DR. MCCAFFREY AGAIN AFTER HE PRESCRIBED

25 THE VIOXX?

DAILY COPY

1558

1    **A.**   THAT WAS DECEMBER '99.  I DON'T BELIEVE I HAD AN OFFICE

2    VISIT WITH HIM AFTER THAT.

3    **Q.**   WHY DID YOU STOP SEEING DR. MCCAFFREY?

4    **A.**   IN OCTOBER OF '99 I STARTED SEEING DR. MIKOLA AS MY

5    PRIMARY PHYSICIAN.

6    **Q.**   DID YOU LIKE DR. MIKOLA?

7    **A.**   OH, YEAH.

8    **Q.**   DID YOU FEEL COMFORTABLE WITH HIM?

9    **A.**   VERY MUCH.

10   **Q.**   DID YOU TRUST HIM?

11   **A.**   YES.

12   **Q.**   DID HE SEEM CARING FOR YOU?

13   **A.**   OH, YEAH, HE DID.

14   **Q.**   TELL THE JURY, HOW WAS IT YOU GOT THESE PRESCRIPTIONS FOR

15   VIOXX?

16   **A.**   DR. MIKOLA BECAME MY PRIMARY PHYSICIAN AND HE FELT LIKE HE

17   SHOULD BE THE DOCTOR THAT WOULD WRITE ALL OF MY PRESCRIPTIONS,

18   THAT I SHOULDN'T BE GOING OUT TO OTHER DOCTORS.  HE WANTED TO

19   HAVE CONTROL AND A HANDLE ON IT AS MY PRIMARY PHYSICIAN.

20   **Q.**   DO YOU REMEMBER HOW MANY PRESCRIPTIONS OR REFILLS

21   DR. MCCAFFREY HAD GIVEN YOU FOR VIOXX AS YOU SIT HERE RIGHT

22   NOW?

23   **A.**   PROBABLY ABOUT TWO YEARS' WORTH HAVE.

24   **Q.**   DURING THAT TWO YEARS, DID YOU GO BACK TO SEE

25   DR. MCCAFFREY.

1   **A.**   NOT AS AN OFFICE VISIT, NO, UH-UH.

2   **Q.**   WHO WAS YOUR DOCTOR DURING THAT PERIOD?

3   **A.**   FROM OCTOBER '99 WAS DR. MIKOLA.

4   **Q.**   HOW LONG DID YOU KEEP SEEING DR. MIKOLA FROM OCTOBER '99?

5   **A.**   UNTIL THE SUMMER OF 2004, WHEN HE RELOCATED.

6           **MR. ROBINSON:**  YOUR HONOR, COULD THIS BE A GOOD TIME

7   TO BREAK FOR THE EVENING?

8           **THE COURT:**  LET ME SEE COUNSEL A SECOND.

9           (WHEREUPON, THERE WAS A CONFERENCE AT THE BENCH

10  OUTSIDE THE PRESENCE OF THE COURT REPORTER.)

11          **THE COURT:**  WE ARE GOING TO ABOUT 5:30, MEMBERS OF

12  THE JURY.

13  **BY MR. ROBINSON:**

14  **Q.**   NOW, AFTER DR. MCCAFFREY PRESCRIBED VIOXX FOR THE FIRST

15  TWO YEARS, WHO PRESCRIBED IT FOR THE REMAINING PERIOD OF TIME

16  YOU TOOK IT?

17  **A.**   DR. MIKOLA.

18  **Q.**   HOW WERE THESE PRESCRIPTIONS FILLED THROUGH, WHAT

19  ORGANIZATION?

20  **A.**   THROUGH MERCK-MEDCO.

21  **Q.**   PLEASE TELL THE JURY HOW THAT WAS.  WAS IT BY MAIL ORDER?

22  **A.**   YEAH.  MERCK-MEDCO IS KIND OF THE MAIL ORDER PHARMACY FOR

23  MERCK PHARMACEUTICAL.

24  **Q.**   NOW, WHILE YOU WERE TAKING VIOXX DURING THE 55 MONTHS THAT

25  YOU WERE TAKING VIOXX, WOULD YOU SEE TV COMMERCIALS REGARDING

1  VIOXX?

2  **A.**   YES.

3  **Q.**   DO YOU RECALL ANY OF THOSE VIOXX COMMERCIALS?

4  **A.**   I JUST RECALL ONE.

5  **Q.**   WHICH ONE?

6  **A.**   THE DOROTHY HAMILL.

7  **Q.**   CAN YOU TELL US WHAT EFFECT THAT HAD?

8  **A.**   WELL, I HAD BEEN TAKING VIOXX AND JUST WATCHING THE

9  VARIOUS COMMERCIALS IT MADE YOU FEEL CONFIDENT, THE THINGS THEY

10  WOULD SAY ABOUT THE DRUG, AND YOU REALIZED YOU'RE TAKING IT.

11  SO IT MADE YOU FEEL PRETTY GOOD, THAT YOU HAD A GOOD DRUG.

12  **Q.**   AT ANY TIME WHILE YOU WERE TAKING VIOXX DID ANYONE TELL

13  YOU VIOXX WAS ASSOCIATED WITH A 500 PERCENT INCREASE IN HEART

14  ATTACKS OVER, SAY, ANOTHER DRUG LIKE NAPROXEN?

15          **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED, ALSO

16  LACKS FOUNDATION.

17          **THE COURT:**  THAT WASN'T.  I'LL OVERRULE IT.

18  **BY MR. ROBINSON:**

19  **Q.**   GO AHEAD.

20  **A.**   NOBODY TOLD ME ANYTHING LIKE THAT.

21  **Q.**   NOW, I WANT TO TALK TO YOU NOW ABOUT SOME OF THE DOCTOR

22  VISITS AND HOSPITAL VISITS.  DO YOU REMEMBER A TIME IN JANUARY

23  OF 2000 WHERE YOU HAD AN INCIDENT THAT LED YOU TO GO SEE

24  DR. MIKOLA AND GO TO THE HOSPITAL?

25  **A.**   YES.

1  **Q.**   WHY DON'T YOU TELL THE JURY ABOUT THAT, PLEASE.

2  **A.**   EARLIER THAT DAY, BACK WHEN I WOKE UP, I WAS FEELING CHEST

3  PAINS, UPPER CHEST TO THE LEFT AND AROUND THE HEART AREA.  AS

4  THE DAY WORE ON, THEY CAME MORE FREQUENTLY AND STRONGER.  SO I

5  GUESS IT WAS ABOUT EARLY AFTERNOON I CALLED DR. MIKOLA AND HE

6  TOLD ME I BETTER COME IN, SO I DID.  WE HAD A DISCUSSION AND HE

7  DID AN EXAMINATION.  HE WASN'T REALLY SURE WHAT WAS CAUSING THE

8  PAIN, BUT HE WAS CONCERNED THAT IT COULD BE ANGINA.

9        SO HE GAVE ME A PRESCRIPTION FOR THE NITROGLYCERIN

10  TABLETS YOU PUT UNDER YOUR TONGUE AND GAVE ME DIRECTIONS ON

11  WHAT TO DO.  I LEFT OUT THAT SHORTLY BEFORE I DROVE TO HIS

12  OFFICE THE PAIN STOPPED.  SO THAT MADE ME FEEL PRETTY GOOD.  I

13  FELT THAT WAS PROBABLY GOING TO BE ABOUT IT, BUT I HAD THE

14  NITROGLYCERIN PILLS.  THE INSTRUCTIONS WERE:  IF THE PAIN CAME

15  BACK, TAKE ONE AND WAIT FIVE MINUTES; IF IT WASN'T GONE, TAKE

16  ANOTHER AND WAIT ANOTHER FIVE MINUTES; AND THEN, IF YOU HAD TO

17  TAKE THE THIRD ONE, I WAS TO CALL HIM AND THEN GO TO THE

18  HOSPITAL.

19        SO LATER THAT NIGHT I WAS LEARNING THE SHAG AND I WAS

20  AT A LESSON AND I STARTED FEELING THE PAIN.  SO I DIDN'T WANT

21  TO TAKE THE NITROGLYCERIN PILL, BUT AFTER A FEW MINUTES OF THE

22  PAIN I TOOK IT AND IT WENT AWAY.  I GUESS ABOUT 20 MINUTES,

23  HALF AN HOUR LATER, BY THE TIME I GOT HOME, THE PAIN CAME BACK.

24  SO I TOOK ANOTHER ONE AND IT WENT AWAY.  IT ONLY TOOK ABOUT

25  FIVE MINUTES OR SO FOR IT TO COME BACK.  I TOOK THE THIRD ONE,

1    CALLED DR. MIKOLA, AND HE TOLD ME HE WOULD MEET ME AT THE

2    HOSPITAL.  SO WE WENT DOWN TO THE HOSPITAL AND HE MET ME AND HE

3    WANTED --

4    Q.   DID YOU THEN SPEND THE NIGHT IN THE HOSPITAL?

5    A.   YES, UH-HUH.

6    Q.   WHAT HAPPENED IN THE HOSPITAL?

7    A.   WELL, THEY ADMITTED ME, TOOK MY BLOOD PRESSURE -- I DON'T

8    RECALL WHAT IT WAS, BUT THEY ADMITTED ME TO ER AND GAVE ME

9    NITROGLYCERIN AND THE PAIN WENT AWAY.  I BELIEVE IT CAME BACK

10   BECAUSE THEY WANTED TO KEEP ME.  WHAT THEY DO, THEY SUSPECT --

11   THEY DON'T KNOW REALLY WHAT IT IS AT THIS POINT, SO THEY HAVE

12   TO DO A SERIES OF BLOOD TESTS, TWO OR THREE BLOOD TESTS TO

13   CHECK YOUR HEART ENZYMES, SO THEY HAVE TO HAVE YOU THERE TO DO

14   THAT.

15            SO I KNOW WHEN THEY PUT ME IN THE REGULAR ROOM, IT

16   WAS SOMETIME AFTER I WAS UP IN THAT ROOM THE PAIN CAME BACK.

17   SO IT WAS THE NEXT MORNING -- I KNOW DR. MIKOLA -- I HEARD WHAT

18   HE SAID ON HIS TESTIMONY ABOUT TALKING TO ME ABOUT A CATHETER

19   AND I TURNED WHITE AND BLOOD PRESSURE DROPPED TO 30.  I DON'T

20   REMEMBER ANY OF THAT, BUT IF HE WROTE IT, IT HAPPENED.  I'M NOT

21   REAL CRAZY ABOUT THINGS LIKE CATHETERS, SO I WOULD HAVE BEEN

22   SCARED.

23   Q.   DID THEY GIVE YOU A CHOICE IN ANOTHER PROCEDURE?

24   A.   YES.  THE CARDIOLOGIST CAME IN THE NEXT MORNING,

25   DR. SWAMI, A LADY DOCTOR, AND SHE TOLD ME THERE WERE TWO

1   PROCEDURES WE COULD DO.  SHE EXPLAINED BOTH THE RISKS AND THE

2   BENEFITS OF EACH ONE.  THE RISKS ASSOCIATED WITH A CATHETER ARE

3   A LOT MORE BECAUSE IT'S AN INVASIVE PROCEDURE AND YOU COULD --

4   ANY TIME, FROM GOING UP THROUGH YOUR LEG INTO YOUR HEART, THEY

5   COULD RUPTURE THE ARTERY.  SHE EXPLAINED THE CARDIOLITE TEST.

6   BACK THEN IT WAS CALLED, I THINK, NUCLEAR THALLIUM STRESS TEST.

7   SHE FELT WE COULD GET THE SAME INFORMATION, EVERYTHING WE

8   NEEDED TO DO IT WITH THE CARDIOLITE OR STRESS TEST; AND THEN IF

9   THAT TEST INDICATED WE NEEDED A CATHETER, THEN WE WOULD GO

10  AHEAD AND DO THE CATHETER.  I CHOSE THE MORE CONSERVATIVE

11  ROUTE.

12  **Q.**   THEN AT SOME TIME IN THE NEXT FEW DAYS DID YOU DO A

13  CARDIOLITE?

14  **A.**   ABOUT FOUR DAYS LATER AT THE OFFICES OF DR. SWAMI.

15  **Q.**   DR. SWAMI WORKED IN THE SAME OFFICE WITH DR. KARAVAN?

16  **A.**   YES.

17  **Q.**   TELL US WHAT YOU REMEMBER ABOUT THAT PROCEDURE, THE

18  CARDIOLITE.

19  **A.**   WELL, LIKE YOU HEARD, THE FIRST THING THEY DO IS PUT AN IV

20  IN YOUR ARM AND PUT SOME NUCLEAR MATERIAL THROUGH YOUR BODY,

21  AND YOU HAVE TO SIT THERE FOR ABOUT 20 MINUTES OR SO FOR IT TO

22  GET THROUGHOUT YOUR BODY.  THEN THEY PUT YOU ON A TABLE WITH A

23  BIG CAMERA ON TOP AND MAKE YOU LAY VERY STILL FOR WHAT SEEMED

24  LIKE LONG PERIODS TO ME, BUT WHILE THEY TOOK PICTURES.  THEN

25  THEY PUT YOU ON A TREADMILL AND EVERY THREE MINUTES THEY WOULD

1    INCREASE THE ANGLE OR THE GRADE OF THE TREADMILL AND THE SPEED.

2    THEN ONCE YOU COMPLETED THAT THEY WOULD PUT YOU BACK ON THE

3    TABLE AND TAKE A BUNCH MORE PICTURES.

4    **Q.**   DID YOU COMPLETE THE TEST OR HOW DID YOU DO ON THE TEST?

5    **A.**   WELL, I HAD MY MIND MADE UP I WAS GOING TO MAX IT AND I

6    DID.

7    **Q.**   DID YOU FEEL ANY PAIN IN YOUR CHEST WHILE YOU WERE DOING

8    IT?

9    **A.**   NO, UH-UH.

10   **Q.**   DID YOU THEN GET A REPORT REGARDING THAT TEST FROM YOUR

11   DOCTOR?

12   **A.**   I'VE SEEN A REPORT.

13   **Q.**   WHAT WAS YOUR IMPRESSION AT THAT TIME, WHEN YOU SAW THE

14   REPORT, AND WHAT YOUR PROGNOSIS WAS?

15   **A.**   OF COURSE, THEY HAD ME COME BACK IN FOR AN OFFICE VISIT

16   AND THEY EXPLAINED TO YOU THE TEST RESULTS.  DR. SWAMI TOLD ME

17   THAT SOMEWHERE NEAR THE END OF THE TEST, SOMEWHERE IN THE LAST

18   THIRD OF THE TEST, THEY HAD PICKED UP WHAT THEY CALLED AN

19   ISCHEMIA, AND THAT TURNED OUT TO BE AN AREA OF THE HEART THAT

20   HAD A RESTRICTED BLOOD FLOW.  SO I WASN'T GETTING ENOUGH

21   OXYGEN, AND IT WAS IN A SMALL BLOOD VESSEL.  I HAD THE

22   IMPRESSION AT THAT TIME IT WASN'T THAT BAD BECAUSE I ASKED

23   HER -- I TOLD HER I HAD A SKI TRIP PLANNED, AND I KNEW WE WERE

24   GOING TO BE AT ABOUT 11,000 FEET ELEVATION.  THE AIR IS VERY

25   THIN AND SKIING CAN BE VERY EXERTIONAL.  I HAD TO ASK THE

1   QUESTION, "CAN I DO IT," AND SHE SAID YES, SO I DID.

2   **Q.**   YOU DIDN'T GET THE IMPRESSION YOU WERE IN BIG TROUBLE FOR

3   YOUR HEART?

4   **A.**   NO, UH-UH.

5   **Q.**   DID YOU HAVE THAT ONE ISSUE WITH METABOLIFE YOU TOLD US

6   ABOUT?

7   **A.**   YES, UH-HUH.

8   **Q.**   OTHER THAN THAT DID YOU HAVE ANY PROBLEMS THAT YOU KNEW OF

9   WITH YOUR HEART UP UNTIL YOUR HEART ATTACK?

10   **A.**   NO.  I THOUGHT I WAS GOOD TO GO.

11   **Q.**   AT ANY TIME DID YOU HAVE ANY IDEA THAT VIOXX WAS

12   POTENTIALLY CAUSING ANY PROBLEMS FOR YOUR HEART?

13   **A.**   NO.

14           **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED THREE

15   TIMES.

16           **MR. ROBINSON:**  NO, DURING THIS PERIOD.

17           **THE COURT:**  ALL RIGHT.

18   **BY MR. ROBINSON:**

19   **Q.**   NOW, I'M GOING TO TAKE YOU FORWARD TO SEPTEMBER OF 2002,

20   THE PERIOD WHERE YOU HAD YOUR HEART ATTACK.  WHY DON'T YOU TELL

21   THE JURORS WHAT YOU REMEMBER ABOUT THAT NIGHT.

22   **A.**   WELL, I WAS SITTING AT THE COMPUTER AND IT WAS ABOUT -- I

23   KNOW IT WAS LATE, MIDNIGHT, SOMETHING LIKE THAT, AND I HAD THIS

24   SUDDEN PAIN IN MY CHEST.  IT WAS A PAIN THAT I HAD NEVER FELT

25   BEFORE.  IT WAS DIFFERENT.  I REMEMBER SITTING THERE AND I

1    GRABBED MY CHEST BECAUSE IT WAS A HARD PAIN RIGHT IN THE

2    MIDDLE.  I SAID TO MYSELF, "WELL, ONE THING I KNOW FOR SURE,

3    IT'S NOT A HEART ATTACK," AND THE REASON I SAID THAT WAS

4    BECAUSE I THOUGHT I WAS IN REALLY GOOD SHAPE AND THERE WAS NO

5    WAY I WAS GOING TO HAVE A HEART ATTACK.  SO I ASSUMED THAT

6    MAYBE IT'S HEARTBURN.

7    **Q.**   BY THE WAY, OVER YOUR LIFE HAD YOU HAD A STOMACH CONDITION

8    FROM THE TIME YOU WERE A TEENAGER?

9    **A.**   YEAH, FROM ABOUT THE TIME I WAS 20.

10   **Q.**   WHAT WAS THAT?

11   **A.**   IT WAS ACID REFLUX.

12   **Q.**   WOULD YOU SOMETIMES HAVE CHEST PAIN ASSOCIATED WITH THE

13   ACID REFLUX?

14   **A.**   YES, UH-HUH.

15   **Q.**   IS THERE SUCH A THING CALLED GERD?

16   **A.**   YES, UH-HUH.

17   **Q.**   IS THAT WHAT YOU HAD?

18   **A.**   THAT'S WHAT I HAD.

19   **Q.**   THAT'S A LONG THING FOR ACID REFLUX?

20   **A.**   THAT'S BASICALLY FOR ACID REFLUX, ANOTHER NAME FOR IT.

21   **Q.**   WHEN YOU SAID YOU FELT THIS CHEST PAIN, WHAT DID YOU

22   THINK?

23   **A.**   YOU KNOW, THE GERD OR ACID REFLUX PAIN IS STOMACH AND IT

24   CAN BE UP TO THE TOP OF YOUR STOMACH, BUT THIS 1WAS UP HERE.

25   **Q.**   INDICATING A LITTLE HIGHER?

1    **A.**   A LITTLE HIGHER, YES, BUT THIS PAIN WAS -- I GUESS THE

2    BEST WAY TO DESCRIBE IT, WE HAVE PROBABLY ALL HAD THE FLU, AND

3    YOU KNOW HOW BAD YOUR MUSCLES CAN ACHE WHEN YOU HAVE THE FLU.

4    IT WAS JUST ALL OF THE SUDDEN I HAD THIS INTENSE ACHE AND

5    PRESSURE.  I COULDN'T FIGURE IT OUT.  I WAS HOPING THAT IT

6    WOULD BE SOMETHING LIKE GERD.  SO I SAT THERE IN THE CHAIR

7    WAITING FOR IT TO GO AWAY AND IT DID NOT.

8            MY INSURANCE PLAN IS WITH BLUE CROSS/BLUE SHIELD AND

9    THEY HAVE THIS HEALTH LINE THAT YOU CAN CALL A NURSE THAT'S ON

10   DUTY 24 HOURS A DAY.  SO I FELT I'LL CALL HER AND SHE'LL TELL

11   ME IT'S NOTHING TO WORRY ABOUT, SO I WAS REALLY JUST CALLING

12   HER FOR REASSURANCE.  SO SHE STARTED ASKING ME A LOT OF

13   QUESTIONS AND I ANSWERED THEM, AND BASICALLY SHE EVENTUALLY

14   PRETTY QUICKLY SAID, "I BELIEVE YOU'RE HAVING A HEART ATTACK."

15   SO I DIDN'T REALLY WANT TO ACCEPT THAT SO I SAID, "ASK ME SOME

16   MORE QUESTIONS."  SHE SAID, "WELL, NORMALLY I WOULD, BUT SINCE

17   YOU'RE STILL TALKING TO ME, I'LL ASK YOU A FEW MORE," SO SHE

18   DID.  SHE SAID, "LOOK, I'M TELLING YOU, YOU'RE HAVING A HEART

19   ATTACK.  HANG UP AND CALL 911."

20   **Q.**   DID YOU DO THAT?

21   **A.**   YES, UH-HUH.

22   **Q.**   THEN DID YOU GO TO THE HOSPITAL?

23   **A.**   YES.

24   **Q.**   NOW, DID YOU ARRIVE AT THE HOSPITAL AT NIGHT?

25   **A.**   YES, UH-HUH.

1  **Q.**   TELL US WHAT YOU REMEMBER ABOUT THE FIRST NIGHT AND

2  MORNING IN THE HOSPITAL.

3  **A.**   WELL, THEY PUT ME BACK IN THE ER ROOM AND IT'S GOT LIKE, I

4  THINK, TEN DIFFERENT CUBICLES, AND THEY GAVE ME THE

5  NITROGLYCERIN RIGHT AWAY AND -- I LEFT OUT THE BLUE CROSS/BLUE

6  SHIELD NURSE DID TELL ME TO TAKE AN ASPIRIN AND I DID.  THEY

7  GAVE ME NITROGLYCERIN AND THE PAIN WENT AWAY.  I FELT REAL GOOD

8  ABOUT THAT, BUT IT CAME BACK.

9  **Q.**   BY THE WAY, HAD YOU BEEN TAKING ASPIRIN DAILY BEFORE THAT

10 OR WAS THAT JUST ONE INCIDENT?

11 **A.**   THAT'S JUST ONE INCIDENT.  I WASN'T ON ANY KIND OF

12 REGIMEN.

13 **Q.**   WERE YOU ALSO TAKING PRILOSEC?

14 **A.**   I WAS TAKING PRILOSEC, YES, FROM ABOUT 1997 ON.

15 **Q.**   DID YOU TAKE PRILOSEC BOTH WITH YOUR FELDENE AND YOUR

16 VIOXX?

17 **A.**   YES, UH-HUH.

18 **Q.**   TELL THE JURY JUST BRIEFLY -- I'M GOING TO COME BACK TO

19 THE HEART ATTACK -- HOW DID THE PRILOSEC WORK TO HELP YOUR

20 STOMACH SITUATION?

21 **A.**   PRILOSEC WAS GREAT.  IF YOU TOOK THAT EVERY DAY, YOU

22 REALLY DIDN'T HAVE TO WORRY ABOUT GERD OR ACID REFLUX.

23 **Q.**   SO LET'S GO BACK TO THE SITUATION.  NOW, YOU'RE IN THE

24 HOSPITAL.  TELL US WHAT HAPPENED.

25 **A.**   SO THEY TOOK THE BLOOD TESTS AND -- I CAN'T RECALL -- I

1   THINK THE RESULTS OF THE FIRST ONE WAS NEGATIVE AND I THOUGHT I

2   WAS HOME FREE, BUT THEN I FOUND OUT THAT'S QUITE OFTEN THE CASE

3   THE FIRST ONE IS NEGATIVE.  SO THEY SAID, "WELL, YOU'RE GOING

4   TO HAVE TO STAY BECAUSE WE ARE GOING TO HAVE TO DO A COUPLE

5   MORE BLOOD TESTS."  I FELT THEY WERE GOING TO COME OUT

6   NEGATIVE, BUT THEY PUT ME UP IN A ROOM, AND THE NEXT MORNING

7   WAS WHEN I MET DR. KARAVAN AND --

8   Q.   IS THAT THE FIRST TIME YOU MET HIM?

9   A.   YES, UH-HUH.

10  Q.   WHAT HAPPENED THAT MORNING?

11  A.   WELL, HE CAME INTO THE ROOM AND THE FIRST WORDS OUT OF HIS

12  MOUTH, HE LOOKED AT ME AND SAID, "WELL, YOU HAD A HEART

13  ATTACK," AND I COULDN'T BELIEVE IT.  I THOUGHT, "WELL, THAT'S

14  IMPOSSIBLE.  I AM JUST IN TOO GOOD OF SHAPE," BUT HE LET ME

15  KNOW RIGHT AWAY WHAT THE SCORE WAS.

16  Q.   AT THAT POINT IN TIME, DID YOU FEEL YOU WERE IN PRETTY

17  GOOD SHAPE?

18  A.   OH, YES, I WAS IN GOOD SHAPE.

19  Q.   YOU'VE BEEN ON THE LIPITOR FOR HOW LONG AT THAT TIME?

20  A.   WELL, I STARTED ON THAT IN MAY OF 2000 AND THIS WAS

21  SEPTEMBER OF 2002, SO A COUPLE YEARS.

22          THE COURT:  IS THIS A BREAKING POINT?

23          MR. ROBINSON:  I THINK IT MIGHT BE.

24          THE COURT:  WE'LL TAKE A BREAK HERE AND COME BACK

25  TOMORROW AT 8:30.  I WOULD LIKE THE PLAINTIFFS TO FINISH UP ON

DAILY COPY

1  TUESDAY HOPEFULLY.  COURT WILL STAND IN RECESS UNTIL TOMORROW

2  AT 8:30.

3           **THE DEPUTY CLERK:**  EVERYONE RISE.

4           (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

5                          *  *  *