1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE: VIOXX PRODUCTS        *   MDL DOCKET NO. 1657
    LIABILITY LITIGATION         *
6                                *
                                 *
7   THIS DOCUMENT RELATES TO     *   AUGUST 8, 2006, 8:30 A.M.
                                 *
8                                *
    GERALD BARNETT V. MERCK      *   CASE NO. 06-CV-485-L
9     & CO., INC.                *
    * * * * * * * * * * * * * * * *

10

11                         VOLUME VIII
12                   JURY TRIAL BEFORE THE
                  HONORABLE ELDON E. FALLON
13                UNITED STATES DISTRICT JUDGE

14
    APPEARANCES:
15

16   FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                 BY:  MARK P. ROBINSON JR., ESQ.
17                               620 NEWPORT CENTER DRIVE
                                 NEWPORT BEACH, CALIFORNIA 92660
18

19   FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                    PORTIS & MILES
20                               BY:  ANDY D. BIRCHFELD JR., ESQ.
                                 234 COMMERCE STREET
21                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA 36103
22

23   FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                    PALENCHAR & SCOTT
24                               BY:  PHILIP S. BECK, ESQ.
                                    ANDREW L. GOLDMAN, ESQ.
25                               54 W. HUBBARD STREET, SUITE 300
                                 CHICAGO, ILLINOIS 60601


                      DAILY COPY

1572

1

2     OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                    TONI DOYLE TUSA, CCR, FCRR
3                                   500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
4                                   (504) 589-7778

5

6
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
7     PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              DAILY COPY

1    **I N D E X**

2                                                                    <u>PAGE</u>

3  GERALD BARNETT
        DIRECT EXAMINATION                                           1575
4       CROSS-EXAMINATION                                            1595
        REDIRECT EXAMINATION                                         1619
5

6  DOUGLAS ZIPES, M.D.
        VOIR DIRE                                                    1646
7       TRAVERSE                                                     1656
        DIRECT EXAMINATION                                           1665
8       DIRECT EXAMINATION                                           1698
        CROSS-EXAMINATION                                            1735
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAILY COPY

1                       **MORNING SESSION**

2                     **(AUGUST 8, 2006)**

3        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4 TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT

5 REPORTER.)

6        **THE DEPUTY CLERK:**  EVERYONE RISE.

7        **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING, LADIES

8 AND GENTLEMEN.  GOOD MORNING, GENTLEMEN OF THE JURY.  OKAY.

9 YOU'LL RECALL THAT MR. BARNETT IS ON THE STAND.  YOU'RE STILL

10 UNDER OATH, SIR.  LET'S PROCEED, COUNSEL.

11        **MR. ROBINSON:**  YOUR HONOR, I THINK WE HAVE AN

12 AGREEMENT ON THE MEDICAL BILLS FROM GRAND STRAND HOSPITAL AND

13 THE DOCTORS.  DEFENSE WILL HAVE THE RIGHT TO MODIFY THEM OR

14 TAKE OUT ANYTHING THEY DON'T THINK ARE APPROPRIATE.

15        **MR. GOLDMAN:**  THAT'S CORRECT, JUDGE.  AS LONG AS WE

16 HAVE A CHANCE TO LOOK AT THEM AT THE BREAK, WE DON'T THINK

17 THERE WILL BE A PROBLEM.

18        **THE DEPUTY CLERK:**  THIS IS GOING TO BE --

19        **MR. ROBINSON:**  WE'LL MARK IT THE NEXT EXHIBIT.  WE

20 HAVEN'T GIVEN IT AN EXHIBIT NUMBER, AND AT THE BREAK I'LL GIVE

21 IT AN EXHIBIT NUMBER, OF COURSE.

22        **THE DEPUTY CLERK:**  WHEN YOU'RE READY TO MARK IT...

23        **THE COURT:**  LET'S HAVE THEM IDENTIFY IT AND THAT SORT

24 OF THING, MR. ROBINSON.

25        **MR. ROBINSON:**  MAY I APPROACH THE WITNESS,

1    YOUR HONOR?

2                **THE COURT:**  YES.

3                (WHEREUPON, **GERALD BARNETT**, HAVING BEEN PREVIOUSLY

4    SWORN, TESTIFIED AS FOLLOWS.)

5                         **DIRECT EXAMINATION**

6    BY MR. ROBINSON:

7    **Q.**   I'M GOING TO CALL THIS BARNETT EXHIBIT 1.  CAN I HAVE YOU

8    JUST LOOK QUICKLY THROUGH THEM?  DO THEY APPEAR TO BE YOUR

9    MEDICAL BILLS FROM GRAND STRAND HOSPITAL AND FROM THE DOCTORS

10   THAT TREATED YOU AT GRAND STRAND HOSPITAL THROUGH THE HEART

11   ATTACK PERIOD AND THE SUBSEQUENT PERIOD WHERE YOU HAD THE

12   CATHETERIZATION STENT THIS YEAR?

13   **A.**   SO FAR.

14               **THE COURT:**  DID YOU TOTAL THEM UP, COUNSEL?

15               **MR. ROBINSON:**  WE DID, YOUR HONOR, BUT I DON'T WANT

16   TO PUT THAT IN UNTIL MR. BECK AND THE DEFENSE HAVE A CHANCE

17   TO --

18               **THE COURT:**  I UNDERSTAND.

19               **THE WITNESS:**  (WITNESS REVIEWS THE DOCUMENTS.)

20   BY MR. ROBINSON:

21   **Q.**   OKAY.  DOES EXHIBIT 1 APPEAR TO BE YOUR BILLS FOR YOUR

22   HEART ATTACK-RELATED EVENTS AT THE GRAND STRAND HOSPITAL AND

23   FOR THE DOCTORS AND THEN ALSO FOR YOUR RECENT ADMISSION WHERE

24   THEY WENT BACK IN AND DID THE STENT AND THEY DID A

25   CATHETERIZATION AND FOUND THE OCCLUSIONS?

                            DAILY COPY

1  **A.**   THAT'S WHAT THIS APPEARS TO BE.

2  **Q.**   THANK YOU.

3          **MR. ROBINSON:**  YOUR HONOR, I'M GOING TO OFFER

4  EXHIBIT 1 SUBJECT TO THE DEFENSE HAVING THE RIGHT TO GO THROUGH

5  AND MAKE ANY EDITS THEY WANT TO.

6          **THE COURT:**  ALL RIGHT.  I'LL ADMIT IT.

7  **BY MR. ROBINSON:**

8  **Q.**   NOW, MR. BARNETT, I'VE GIVEN DEFENSE A COPY OF BARNETT

9  EXHIBIT 2.  IS THIS YOUR PRESCRIPTION RECORDS FOR VIOXX, AT

10 LEAST THE ONES THAT YOU HAD THAT WE MARKED IN YOUR DEPOSITION?

11 **A.**   MY PRESCRIPTION RECORDS FROM MERCK MEDICO.

12 **Q.**   I'M SORRY.  IT WAS FOR VIOXX?

13 **A.**   VIOXX IS ON HERE.

14         **MR. ROBINSON:**  WE WOULD OFFER NUMBER 2, YOUR HONOR.

15         **MR. GOLDMAN:**  NO OBJECTION.

16         **THE COURT:**  LET IT BE RECEIVED.

17 **BY MR. ROBINSON:**

18 **Q.**   NOW, MR. BARNETT, YESTERDAY I ASKED YOU A QUESTION ABOUT

19 YOU REVIEWING A PATIENT INFORMATION SHEET FOR YOUR MEDICATIONS.

20 DO YOU REMEMBER THAT?

21 **A.**   YES.

22 **Q.**   WHAT WAS YOUR PRACTICE WHEN YOU STARTED TO TAKE A NEW

23 PRESCRIPTION OR A NEW DRUG?

24 **A.**   WHENEVER I EVER STARTED ON A NEW MEDICATION, I WOULD

25 RECEIVE A PATIENT INFORMATION SHEET, WHICH WOULD HAVE THE

1    INFORMATION ABOUT THE NEW DRUG, TELL YOU WHAT IT IS, HOW TO USE

2    IT, SIDE EFFECTS, THAT SORT OF THING.  AND I WOULD READ IT THE

3    FIRST TIME I GOT IT.  IT WOULD BE MY FIRST TIME TO LEARN ABOUT

4    THE DRUG, AND I WOULD READ IT VERY CLOSELY.

5    **Q.**   AND DID YOU DO THAT FOR VIOXX?

6    **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

7    **Q.**   AND APPROXIMATELY WHEN DO YOU THINK YOU WOULD HAVE READ

8    SUCH A PATIENT INFORMATION SHEET?

9    **A.**   THE FIRST TIME I RECEIVED VIOXX IN THE MAIL THROUGH THE

10   MAIL-ORDER PHARMACY.

11   **Q.**   AND DO YOU HAVE AN ESTIMATE AS TO WHEN THAT WAS?

12   **A.**   THAT WOULD HAVE BEEN AROUND JANUARY 10, 2000.

13   **Q.**   OKAY.  AND IS THAT THE FIRST TIME THAT YOU TOOK VIOXX, OR

14   HAD YOU TAKEN IT BEFORE?

15   **A.**   I HAD JUST -- ALL I HAD WAS THE SAMPLES THAT DR. MCCAFFREY

16   GAVE ME.

17   **Q.**   NOW, IN YOUR DEPOSITION, DID YOU REMEMBER THE SAMPLES?

18   **A.**   NO.

19   **Q.**   HOW DID YOU FIND OUT ABOUT THE SAMPLES?

20   **A.**   I SAW A NOTE FROM DR. MCCAFFREY THAT HE HAD GIVEN ME

21   SAMPLES.

22   **Q.**   HOW MANY SAMPLES DID HE GIVE YOU?

23   **A.**   FOUR.

24   **Q.**   DO YOU REMEMBER WHEN HE GAVE THEM TO YOU?

25   **A.**   WHEN I -- WHEN HE PUT ME ON THE DRUG, WHICH WAS

1    DECEMBER 30 OF 1999.

2    **Q.**   AND, THEN, WHEN DID YOU ACTUALLY TAKE THE ACTUAL

3    PRESCRIPTION, OR START TAKING THE VIOXX PRESCRIPTION?

4    **A.**   WHEN HE GAVE ME THE SAMPLES, I WOULD HAVE STARTED TAKING

5    IT.

6    **Q.**   AND WHEN DID YOU ACTUALLY GET THE ACTUAL PRESCRIPTION FROM

7    MERCK MEDICO?

8    **A.**   RIGHT AROUND THE 10TH.

9    **Q.**   10TH OF WHAT?

10   **A.**   OF JANUARY.

11   **Q.**   WHAT YEAR WAS THAT?

12   **A.**   2000.

13   **Q.**   AND THEN TELL THE JURY WHAT YOUR PROCEDURE WAS OR WHAT YOU

14   ACTUALLY DID REGARDING TAKING VIOXX AFTER JANUARY 10 OF 2000.

15   **A.**   I WOULD -- I HAD A -- ONE OF THESE DAILY PILL BOXES, AND

16   THAT WAS ONE OF THE MEDICATIONS I WAS TAKING.  AND I TOOK IT

17   EVERY DAY.

18   **Q.**   WHAT WAS -- DID YOU HAVE ANOTHER MEDICATION YOU WERE

19   TAKING WITH THAT?

20   **A.**   PRILOSEC.

21   **Q.**   AND?

22   **A.**   AND LET'S SEE, THAT WAS JANUARY OF 2000.  I THINK THAT WAS

23   THE ONLY TWO.

24   **Q.**   WHO MAKES PRILOSEC?

25   **A.**   I THINK MERCK MAKES PRILOSEC ALSO.

DAILY COPY

1    **Q.**    WHAT DID YOU TAKE THE PRILOSEC FOR?

2    **A.**    ACID REFLUX.

3    **Q.**    AND DID THE PRILOSEC WORK?

4    **A.**    VERY WELL.

5    **Q.**    NOW, YOU HEARD IN THIS COURTROOM THAT THERE WAS ARTICLES

6    IN MEDICAL JOURNALS, LIKE NEW ENGLAND JOURNAL OF MEDICINE,

7    THOSE TYPE OF JOURNALS.  DO YOU SUBSCRIBE TO THOSE TYPE OF

8    JOURNALS?

9    **A.**    NO.

10   **Q.**    DID YOU EVER READ THOSE JOURNAL ARTICLES?

11   **A.**    NO.

12   **Q.**    DID YOU READ ANY ARTICLES REGARDING VIOXX THAT WERE

13   PUBLISHED IN THE MEDICAL LITERATURE THAT ARE READ BY DOCTORS?

14   **A.**    NO.

15   **Q.**    AFTER YOU STARTED TAKING VIOXX, WHAT DID YOU RELY UPON OR

16   WHO DID YOU RELY UPON FOR INFORMATION REGARDING VIOXX?

17   **A.**    FOR RELIABLE INFORMATION, I WOULD RELY ON MY DOCTORS.

18   **Q.**    WHO WAS YOUR DOCTOR FROM, SAY, 2000 TO 2004?

19   **A.**    TWO DOCTORS.  DR. MIKOLA WAS MY PRIMARY CARE, AND THEN

20   AFTER THE HEART ATTACK, DR. KARAVAN WAS MY CARDIOLOGIST.

21   **Q.**    BUT BEFORE YOUR HEART ATTACK, WHO WAS THE DOCTOR YOU

22   RELIED UPON?  BEFORE YOUR HEART ATTACK.

23   **A.**    YES.  I UNDERSTAND.  ONCE I HAD DR. MIKOLA AS MY PRIMARY

24   CARE PHYSICIAN, I RELIED ON HIM.

25   **Q.**    DID YOU EVER SEE DR. MCCAFFREY AGAIN AFTER YOU STARTED

DAILY COPY

1   TAKING THE PILLS JANUARY 10, 2000?

2   **A.**   I DON'T RECALL SEEING HIM AFTER THAT.

3   **Q.**   AND I DON'T KNOW IF WE COVERED THIS YESTERDAY, BUT WHY?

4   **A.**   WELL, ONCE I HAD DR. MIKOLA AS MY PRIMARY CARE PHYSICIAN

5   AND HE WOULD WRITE ALL OF MY PRESCRIPTIONS, AND I FELT LIKE,

6   YOU KNOW, IF THINGS GOT WORSE ON THE BACK, HE WOULD REFER ME TO

7   A SPECIALIST.

8   **Q.**   YESTERDAY, I THINK WE WERE -- WE WERE TALKING ABOUT THE

9   TIME WHEN YOU WERE IN THE HOSPITAL AND YOU HAD YOUR HEART

10  ATTACK.  CAN YOU TELL THE JURY, AFTER YOUR HEART ATTACK AND UP

11  UNTIL THE TIME VIOXX WAS TAKEN OFF THE MARKET AND YOU STOPPED

12  TAKING IT, DID YOU RECEIVE ANY INFORMATION THAT VIOXX COULD

13  CAUSE HEART ATTACKS?

14           **MR. GOLDMAN:**  OBJECTION:  ASKED AND ANSWERED.

15           **THE COURT:**  I THOUGHT YOU HAD COVERED THAT YESTERDAY.

16           **MR. ROBINSON:**  WELL, IT WILL BE A LAST QUESTION.

17           **THE COURT:**  ALL RIGHT.  I'LL ALLOW IT.

18           **THE WITNESS:**  I WASN'T AWARE OF ANY INFORMATION

19  LINKING VIOXX TO HEART ATTACK.

20  **BY MR. ROBINSON:**

21  **Q.**   THANK YOU.  NOW, AFTER THE CARDIOLITE EXAM IN 2000, WHAT

22  DID YOU DO IN TERMS OF MEDICATIONS TO HELP -- HELP WITH YOUR

23  CHOLESTEROL?

24  **A.**   I STARTED TAKING LIPITOR IN MAY OF -- MAY OF 2000.

25  **Q.**   AND TELL THE COURT, HOW LONG DID YOU TAKE IT?

1   **A.**   OH, I'M STILL TAKING IT NOW EVERY DAY.

2   **Q.**   ARE YOU RELIGIOUS ABOUT TAKING IT?

3   **A.**   DEFINITELY.

4   **Q.**   WHEN YOU SAY "EVERY DAY," IS THAT EVERY DAY?

5   **A.**   THAT'S EVERY DAY.  WHEN I LEFT THE ROOM THIS MORNING, I

6   WAS TO THE ELEVATOR AND REALIZED I HADN'T TAKEN IT, AND I WENT

7   BACK AND TOOK IT.  I'M NOT GOING TO MISS.

8   **Q.**   WHY IS THAT?

9   **A.**   IT'S WHAT'S KEEPING MY CHOLESTEROL DOWN NOW.  IT'S A

10  PRETTY POWERFUL DRUG.

11  **Q.**   NOW, AFTER -- AFTER THE CARDIOLITE, WHAT WAS YOUR EXERCISE

12  REGIMEN UP UNTIL YOUR HEART ATTACK?

13  **A.**   WELL, I TRIED TO EXERCISE EVERY DAY.  GENERALLY, THAT

14  CONSISTED OF A WALK WHICH WOULD BE BETWEEN TWO TO THREE MILES

15  PER DAY.  AND SOMEWHERE IN THERE, I DON'T KNOW THE EXACT DATES,

16  BUT IF I CAN GET A GOOD YEARLY RATE ON A -- ONE OF THESE

17  GYMNASIUMS, LIKE GOLD'S GYM OR SOMETHING LIKE THAT, I'LL JOIN

18  THAT.  SO THEN I WOULD COMBINE WALKING ON THE TREADMILL, DOING

19  A WEIGHT ROUTINE.  AND STILL, MANY OCCASIONS, EVEN IF I DID

20  THAT IN THE MORNING, I MIGHT DO AN EVENING WALK.

21          THAT WAS PRETTY MUCH -- PRETTY MUCH IT.

22  **Q.**   AND FROM THE TIME YOU STARTED ON LIPITOR, CAN YOU TELL THE

23  JURY WHAT YOUR GENERAL DIET WAS UP UNTIL YOUR HEART ATTACK?

24  **A.**   WELL, I WAS REALLY WATCHING THE FAT GRAMS, PARTICULARLY IN

25  SATURATED FAT; AND ALSO CARBOHYDRATES, BECAUSE THAT'S WHAT'S

1    GOING TO PUT -- CARBS ARE GOING TO PUT WEIGHT ON YOU AND, OF

2    COURSE, FAT IS GOING TO RAISE YOUR CHOLESTEROL.

3    **Q.**   NOW, DID YOU HAVE PERIODS WHERE YOUR WEIGHT WOULD

4    FLUCTUATE UP A CERTAIN NUMBER TO A CERTAIN WEIGHT?

5    **A.**   YES.

6    **Q.**   AND DO YOU HAVE A RANGE OF WHAT YOUR WEIGHT WAS DURING

7    THAT PERIOD OF TIME FROM THE CARDIOLITE TO YOUR HEART ATTACK?

8    **A.**   YEAH.  YOU KNOW, I'VE ALWAYS WATCHED IT, BUT IT'S -- I HAD

9    A RANGE OF -- I TRIED TO KEEP IN IT THE LOW 160'S, AND -- BUT

10   AT ONE TIME IT GOT TO 184, AND THAT WAS ALARMING.  AND IT

11   DIDN'T STAY THERE LONG.  I GOT IT BACK DOWN PRETTY QUICK.

12           BUT -- AND DURING THAT PERIOD, AND I THINK ONE TIME

13   SINCE THAT, IT GOT INTO THE LOW 180'S, AND AGAIN I GOT IT BACK

14   DOWN.

15   **Q.**   DO YOU REMEMBER WHAT YOUR WEIGHT WAS AT THE TIME OF YOUR

16   HEART ATTACK?

17   **A.**   YES, I DO.  BECAUSE I HAD JUST --

18   **Q.**   MAYBE JUST TELL ME WHAT THE WEIGHT WAS.

19   **A.**   ABOUT 167.

20   **Q.**   THE MEDICAL RECORDS SAID 171.  DO YOU KNOW WHY?

21   **A.**   THAT'S WITH CLOTHES ON.

22   **Q.**   AFTER YOUR HEART ATTACK, DID YOU PARTICIPATE IN A PROGRAM

23   OF REHABILITATION?

24   **A.**   YES, I DID.

25   **Q.**   TELL THE JURY ABOUT THAT.

1    **A.**    AFTER YOU'RE SUFFICIENTLY HEALED -- BECAUSE YOU HAVE A

2    LARGE INCISION IN YOUR CHEST AND ANOTHER ONE THE WHOLE LENGTH

3    OF YOUR LEG, SO IT TOOK ABOUT SIX WEEKS BEFORE I COULD START

4    REHAB.  AND THAT'S AT A HOSPITAL.  AND THEY START YOU OUT ON

5    VERY LOW EXERCISE, VERY SLOW WALK ON A TREADMILL.  AND YOU'RE

6    HOOKED UP WITH HEART MONITORS, SO -- AND THERE IS TWO NURSES

7    THERE ALL THE TIME, AND THEY MONITOR THE HEART RATES.  IT WOULD

8    PROBABLY BE FIVE, SIX, SEVEN OF US IN THERE TOGETHER.

9              AND THEN THEY HAD WORKOUT -- YOU KNOW, WEIGHT

10   MACHINES, LIKE ANY GYMNASIUM, AND THEY HAVE A PROGRAM AND THEY

11   MONITOR YOU VERY CLOSE.  AND WHAT THEY DO IS JUST TRY TO BUILD

12   UP YOUR MUSCLES AGAIN THROUGH YOUR CHEST AND IN YOUR LEGS,

13   BUILD UP YOUR ENDURANCE, THAT SORT OF THING.

14             IT'S A VERY SLOW AND VERY MONITORED PROGRAM.  YOU

15   FEEL VERY SAFE BECAUSE YOU'RE HOOKED UP TO HEART MONITORS, AND

16   IF ANYTHING GOES WRONG, THEY ARE RIGHT THERE.  AND IT'S IN A

17   HOSPITAL.

18   **Q.**    I'M GOING TO TRY TO SPEED THIS UP.  AFTER THE REHAB, DID

19   YOU PROGRESS UP UNTIL JULY OF 2003?

20   **A.**    YES.  UH-HUH (AFFIRMATIVE RESPONSE).

21   **Q.**    AND DID YOU, DID YOU HAVE A CARDIOLITE EXAM IN JULY OF

22   2003?

23   **A.**    YES, UH-HUH (AFFIRMATIVE RESPONSE).

24   **Q.**    DO YOU REMEMBER WHAT THE RESULT WAS THERE?

25   **A.**    I DID REAL WELL ON THAT.

1   Q.   DO YOU REMEMBER HOW MANY MINUTES YOU DID AND ALL OF THAT?

2   A.   15.

3   Q.   SO YOU BROUGHT EVERYTHING BACK BY THAT TIME?

4   A.   YEAH.  AND I'VE NEVER MENTIONED IT TO YOU, BUT I DID

5   EXTEND MY CARDIAC REHAB PERIOD, BECAUSE I REALLY WORKED REAL

6   HARD, AND I WANTED TO TRY TO GET BACK AS QUICK AS I COULD.  SO

7   THEY -- I DID AN EXTRA FOUR OR FIVE WEEKS IN CARDIAC REHAB.

8            AND I THINK THAT'S WHY I WAS ABLE TO GET BACK SO

9   QUICK, BECAUSE IF I WAS GOING TO PUSH MYSELF, I WANTED THE

10  NURSES TO BE THERE.

11  Q.   NOW, YOU HEARD YOUR BROTHER MENTION SOMETHING ABOUT AN

12  INCIDENT IN 2004 ON THE GOLF COURSE?

13  A.   YES.

14  Q.   CAN YOU TELL US ABOUT THAT.

15  A.   WELL, HE'S BETTER ON THE DATES ON THAT, BUT I REMEMBER THE

16  INCIDENT.  AND I REMEMBER EARLY ON -- WELL, HE DOESN'T KNOW,

17  BUT SOMEWHERE AROUND THE THIRD HOLE, I DID FEEL SOME PAINS, AND

18  I DIDN'T SAY ANYTHING TO ANYBODY.

19           BUT ANYWAY, ON THE SEVENTH HOLE, HE SAW ME DRAW MY

20  ARMS IN LIKE THAT (INDICATING) AND SO HE ASKED ME, YOU KNOW,

21  WHAT IT WAS.  AND I TOLD HIM.  AND I TOLD HIM I'M JUST GOING TO

22  JUST RIDE AROUND IN THE CART, AND IF IT, YOU KNOW, QUIT

23  HURTING, THEN I FELT LIKE I COULD PLAY, I WOULD.

24           WE QUIT AT NINE HOLES, SO I DIDN'T PLAY THE LAST

25  SEVEN, EIGHT OR NINE.

1  Q.   SOMETIME AFTER THAT, DID YOU ACTUALLY GO TO THE HOSPITAL?

2  A.   NOW, I DON'T WANT TO CONFUSE YOU.  WHEN I WENT TO THE

3  HOSPITAL WAS ON 7/24/04.  THAT WAS A DIFFERENT EPISODE WHERE I

4  WAS PLAYING GOLF, AND THAT WAS IN KENTUCKY.  BECAUSE I WAS HOME

5  FOR MY AUNT'S 100TH BIRTHDAY AND I GOT SOME SHARP PAINS, AND I

6  HAD TO QUIT PLAYING -- RODE AROUND THE CART A COUPLE HOLES,

7  TRIED TO PLAY ONE MORE AND COULDN'T DO IT, SO I GAVE UP.

8         AND A COUPLE DAYS LATER, AFTER I WAS BACK IN NORTH

9  MYRTLE BEACH, I HAD THE EPISODE WITH THE CHEST PAIN.

10 Q.   WHAT DID YOU DO?

11 A.   WELL, IT WAS AT NIGHT.  AND THAT EPISODE, WHICH IS, AGAIN,

12 A DIFFERENT KIND OF PAIN, IT WAS THE SAME TYPE PAIN AS THE

13 HEART ATTACK PAIN, AND THAT'S WHAT GOT MY ATTENTION.

14        ON THE GOLF COURSE, IT WAS SHARP PAINS AROUND MY

15 HEART.  BUT THIS TIME IT WAS THE SAME PAIN AS THE HEART ATTACK,

16 SO I WENT TO THE HOSPITAL.

17 Q.   AND WHAT HAPPENED?

18 A.   WHEN I GOT DOWN THERE, THEY GAVE ME THE NITROGLYCERIN,

19 TOOK THE BLOOD TEST FOR THE ENZYMES.  AND I PROBABLY WAS THERE

20 A FEW HOURS.  AND THEY TOLD ME THAT THE ENZYMES WERE NEGATIVE,

21 THAT NO INDICATION THAT I HAD A HEART ATTACK.  AND HE WANTED TO

22 GIVE ME TWO BABY ASPIRIN, BUT I HAD ALREADY TAKEN THOSE THAT

23 DAY.  AND HE RECOMMENDED THE NITRO PATCH AND SO ON.

24        BUT WE TALKED ABOUT -- I HAD AN APPOINTMENT WITH MY

25 DOCTOR -- THIS WAS A SATURDAY NIGHT, AND I HAD AN APPOINTMENT

1  WITH THE DOCTOR MONDAY MORNING.  SO HE FELT LIKE IT WOULD BE

2  OKAY, IF I WANTED TO GO HOME, AS LONG AS I SAW MY DOCTOR ON

3  MONDAY.  AND SO -- AND I REALLY DIDN'T WANT TO STAY IN THE

4  HOSPITAL, AND I AGREED, IF THE PAINS CAME BACK, I WOULD GET

5  BACK DOWN THERE.  SO I DIDN'T STAY.

6  **Q.**   DID HE GIVE YOU ALL THE WARNINGS THAT SOMETHING ABOUT

7  POTENTIAL HEART ATTACK AND THAT?

8  **A.**   YES.  TOLD ME ABOUT THAT.

9  **Q.**   NOW, SO LET ME MOVE FORWARD HERE.  DO YOU REMEMBER YOUR

10  DEPOSITION WAS TAKEN IN APRIL OF THIS YEAR?

11  **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

12  **Q.**   DID YOU HAVE AN INCIDENT WHERE SOMETHING HAD HAPPENED IN

13  THE DEPOSITION?

14  **A.**   YES.  I WAS JUST ANSWERING A QUESTION AND --

15  **Q.**   WAS THAT MR. GOLDMAN QUESTIONING YOU?

16  **A.**   YES.  AND THE HEART STARTED RACING, AND I JUST REMEMBER

17  PUSHING BACK FROM THE DESK AND SAYING, "WAIT A MINUTE.  WAIT A

18  MINUTE."

19  **Q.**   AND DID YOU HAVE AN INCIDENT OR SOMETHING WHEN YOU WERE

20  RUNNING THROUGH AN AIRPORT BEFORE THAT?

21          **MR. GOLDMAN:**  OBJECTION.  LEADING.

22          **THE COURT:**  PLEASE DON'T LEAD.

23  **BY MR. ROBINSON:**

24  **Q.**   WAS THERE ANOTHER INCIDENT?

25  **A.**   YEAH.  THERE WAS FOUR ALTOGETHER.  BUT THE FIRST ONE WAS

1 THREE DAYS BEFORE.  AT THE AIRPORT, IT WAS A CLOSE ONE.  THE

2 PLANE -- WAS LATE ARRIVING, AND SO I STARTED A SLOW RUN THROUGH

3 THE AIRPORT.  AND I DIDN'T -- I GUESS ABOUT A QUARTER OF A

4 BLOCK IS AS FAR AS I GOT, AND I NOTICED I HAD A -- THE PAIN,

5 THIS SHARP-TYPE PAINS AGAIN AND SHORTNESS OF BREATH AND

6 BREATHING HARD AND A LITTLE BIT LIKE IT'S POUNDING.

7           AND I THOUGHT, THAT'S REALLY ODD, BECAUSE I CAN WALK

8 ON THE TREADMILL FOR 45 MINUTES AND I'VE ONLY RUN FOR A QUARTER

9 OF A BLOCK.  SO -- BUT I REALIZED I HAD BETTER SLOW DOWN, SO I

10 SLOWED DOWN TO A WALK AND MISSED THE PLANE.

11 **Q.**   NOW, AFTER YOUR DEPOSITION, FOR THE LITIGATION PURPOSES,

12 DID DR. ZIPES EVALUATE YOU?

13 **A.**   YES, HE DID.

14 **Q.**   AND WHERE WAS THAT?

15 **A.**   IN INDIANAPOLIS.  AT KRANNERT INSTITUTE OF CARDIOLOGY.

16 **Q.**   AND CAN YOU TELL THE JURY WHAT TESTS HE RAN.

17 **A.**   WELL, WE STARTED OUT WITH BLOOD TESTS AND THEN AN EKG,

18 THEN THE ECHOCARDIOGRAM, THEN THE CARDIOLITE OR THE -- ON THE

19 TREADMILL.  AND THEN THE LAST TEST WAS A -- I THINK THEY CALL

20 IT A CAT SCAN ANGIOGRAM, OR A CTA.

21 **Q.**   AT SOME POINT AFTER THAT, THOSE TESTS, DID YOU LEARN

22 ANYTHING ABOUT THE RESULTS OF THOSE TESTS?

23 **A.**   YEAH.  AFTER I HAD TAKEN THOSE TESTS BUT BEFORE I HAD

24 TAKEN THE CTA, BECAUSE THAT WAS IN ANOTHER BUILDING, I HAD A

25 CHANCE TO MEET, AT THE MOST, FOR TEN MINUTES, WITH DR. ZIPES.

1    **Q.**   I DON'T WANT TO GET INTO HEARSAY HERE.  CAN YOU TELL US

2    WHAT YOU LEARNED THE RESULTS OF THE TEST WERE AT SOMETIME.

3    **A.**   THAT DAY?

4    **Q.**   NO, I'M SAYING AT ANY TIME.

5    **A.**   OH, AT ANY TIME.  BASICALLY THAT A SCAR ON -- HAD A SCAR

6    ON THE BOTTOM OF THE HEART THAT I WOULD LIKELY NEED BYPASS

7    SURGERY AGAIN, THAT I WAS GOING TO START EXPERIENCING DECREASED

8    ENERGY.

9          AND THEN THE WORST THING WAS THAT I WAS GOING TO LOSE

10   NINE TO TEN YEARS OF LIFE EXPECTANCY.  AND THEN, AFTER THE LAST

11   TEST, I KNOW WHAT THAT SAID, CTA, WAS TWO OF MY BYPASSES HAD

12   OCCLUDED OR FAILED, STOPPED UP 100 PERCENT, AND THAT CONCERNED

13   ME A LOT.

14   **Q.**   OKAY.  SO AT SOME POINT WERE THE RECORDS OF THOSE TESTS

15   SENT TO DR. KARAVAN?

16   **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

17   **Q.**   AND DID YOU SEE DR. KARAVAN AGAIN?  JUST "YES" OR "NO."

18   **A.**   YES.

19   **Q.**   HOW WAS IT THAT YOU SAW DR. KARAVAN?

20   **A.**   HE CALLED ME.

21   **Q.**   AND WHAT WAS THAT ABOUT?

22   **A.**   HE JUST --

23          **MR. GOLDMAN:**  OBJECTION TO HEARSAY.

24          **THE COURT:**  WELL, THAT'S -- IT IS HEARSAY, BUT IT'S A

25   QUESTION OF WHETHER OR NOT IT'S AN EXCEPTION TO THE HEARSAY

1  RULE UNDER 803(4). OF COURSE, STATEMENTS OF DIAGNOSIS OR

2  PHYSICAL TREATMENT ARE EXCEPTIONS. I'LL ALLOW IT.

3  **BY MR. ROBINSON:**

4  **Q.**  JUST BRIEFLY TELL ME.

5  **A.**  YES. HE MADE A TELEPHONE CALL TO ME AND TOLD ME THAT HE

6  HAD RECEIVED THE RESULTS OF THE TEST IN INDIANAPOLIS AND

7  REVIEWED THEM AND WANTED ME TO COME IN AND HE WAS GOING TO GO

8  OVER THEM WITH ME.

9  **Q.**  AND DID YOU GO IN TO SEE HIM?

10  **A.**  YES. UH-HUH (AFFIRMATIVE RESPONSE).

11  **Q.**  BASICALLY, SHORT -- DON'T GO INTO DETAIL, BUT WHAT WAS THE

12  RESULTS OF YOUR DISCUSSION WITH HIM?

13  **A.**  RESULTS. HE TOLD ME WHAT WAS ON THE CT SCAN AND --

14  **Q.**  WHAT WAS ON IT, BASICALLY?

15  **A.**  TWO OF MY VEIN GRAFTS OR BYPASSES HAD OCCLUDED, AND HE

16  FELT THAT FOR NOW WE COULD TREAT IT MEDICALLY. AND THAT WAS

17  FINE WITH ME. I DIDN'T WANT TO DO A CATHETER.

18          BUT HE DID TELL ME THAT I SHOULD MONITOR MY CHEST

19  PAIN AND MAKE NOTE OF IT, AND IF I HAD IT, TO CALL HIM. WHEN I

20  WAS EXERCISING.

21  **Q.**  WHAT DO YOU AFTER THAT?

22  **A.**  WELL, I WORKED OUT FOR THE NEXT THREE EVENINGS, AND I HAD

23  AN EPISODE EACH EVENING, AND I THOUGHT IT WAS TIME TO CALL HIM

24  AND LET HIM KNOW.

25  **Q.**  WHEN YOU SAY YOU WORKED OUT, WHAT DID YOU DO?

1    A.    TREADMILL.  I HAD INTENDED TO DO THE WEIGHTS -- I DON'T DO

2    A LOT OF WEIGHT ANYMORE, BUT IT'S ENOUGH TO KEEP YOU TONED.  SO

3    IT WAS TREADMILL WORKOUT.

4    Q.    AND SO AFTER HAVING THIS PAIN FOR THE THREE DAYS, WHAT DID

5    YOU DO?

6    A.    WELL, OF COURSE, IT WAS EVENING, SO HIS OFFICE WAS CLOSED,

7    BUT I CALLED HIM THE NEXT MORNING.

8    Q.    AND WHAT HAPPENED?

9    A.    I TALKED TO HIS NURSE, AND SHE SAID SHE WOULD RELAY THAT

10   INFORMATION TO DR. KARAVAN AND CALL ME BACK.

11   Q.    SO WHAT HAPPENED?

12   A.    SHE CALLED ME BACK AND SAID DR. KARAVAN HAD SCHEDULED A

13   CATHETER.

14   Q.    HE WAS GOING TO DO A CATHETER?

15   A.    YES.

16   Q.    HE WAS GOING TO DO AN ANGIOGRAM?  THE SAME THING?

17   A.    SAME THING.  I JUST KNEW THEY WERE GOING TO GO UP THROUGH

18   THE HEART.

19   Q.    NOW, LET ME ASK YOU THIS:  SO THEN WAS -- YOU HEARD YOUR

20   BROTHER TALK ABOUT AN INCIDENT ON THE FOLLOWING FRIDAY; IS THAT

21   RIGHT?

22   A.    YES.

23   Q.    WHY DON'T YOU TELL THE JURORS QUICKLY ABOUT THAT INCIDENT

24   BECAUSE HE DIDN'T GET INTO MUCH OF THE DETAIL.

25   A.    YEAH.  I WAS -- FRIDAY EVENING, SOMEWHERE AROUND 10:30 --

1591

1   TALKING TO HIM ON THE PHONE.  HE WAS TELLING ME ABOUT HIS GOLF

2   GAME, AND I STARTED HAVING CHEST PAINS.  AND AT FIRST, I DIDN'T

3   WANT HIM TO KNOW, SO I JUST STOPPED TALKING AND TOLD HIM I LOST

4   MY TRAIN OF THOUGHT.  BUT, REALLY, IT WAS JUST KIND OF PAIN AND

5   SHORTNESS OF BREATH.

6           SO THE PAINS KEPT COMING.  AND SO I THOUGHT I OUGHT

7   TO AT LEAST TELL HIM BECAUSE THAT WAS GOING TO BE MY RIDE TO

8   THE HOSPITAL IF I NEEDED HIM.  SO I TOLD HIM.  AND I JUST TOLD

9   HIM KIND OF BE ON STANDBY.

10          AND THEN MY WIFE CAME INTO THE KITCHEN, AND SHE --

11  SHE KNOWS ME PRETTY WELL.  WHEN SHE SEES ME DRAW MY ARMS IN,

12  SHE KNOWS WHAT THAT IS.  SO SHE SAID, "WELL, WHAT'S WRONG?"

13  AND, YOU KNOW, I TOLD HER.  AND SO SHE GETS UP, WALKS ACROSS

14  THE KITCHEN, PICKS UP THE PHONE AND CALLS JOHN.

15          AND SO I THOUGHT, WELL, YOU KNOW, I REALLY DIDN'T

16  WANT TO GO TO THE HOSPITAL, BUT IT'S STILL HURTING.

17  Q.   WHAT TIME WAS THIS?

18  A.   WELL, THIS MUST BE AROUND 11:00, 11:15 BY NOW.

19  Q.   AT NIGHT?

20  A.   AT NIGHT.  SO HE CAME OVER.  AND, IN THE MEANTIME, I'M

21  TAKING MY BLOOD PRESSURE.  I THINK HE WALKED IN ABOUT THE TIME

22  THE READINGS WERE COMING UP.  AND HE SAW THE READINGS, AND I

23  THINK HE -- ONE OF THEM, I THINK IT WAS JOHN, SAID, "YOU'RE

24  GOING TO THE HOSPITAL."

25  Q.   AND DID YOU GO TO THE HOSPITAL?

1    **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

2    **Q.**   AND IN THE HOSPITAL, IN THE DEPOSITION, THERE WERE SOME

3    NURSES' NOTES.  DO YOU REMEMBER THOSE?

4    **A.**   OH, YEAH.

5    **Q.**   WHAT WAS -- WAS THERE AN ISSUE REGARDING MEDICINES, WHAT

6    MEDICINES YOU SHOULD TAKE OR NOT TAKE?

7           **MR. GOLDMAN:**  OBJECTION:  LEADING.

8    BY MR. ROBINSON:

9    **Q.**   WAS THERE AN ISSUE?

10   **A.**   YES.

11   **Q.**   WHAT WAS THE ISSUE?

12   **A.**   THE ISSUE WAS, THAT FRIDAY, I HAD GONE TO DR. KARAVAN'S

13   OFFICE TO HAVE THE BLOOD WORK DONE BECAUSE THE CATHETER WAS

14   SCHEDULED FOR MONDAY, AND THEY ALSO WANT YOU TO DISCONTINUE

15   CERTAIN MEDICINES.  AND I WROTE IT DOWN SO I WOULDN'T FORGET

16   BUT I WASN'T PLANNING ON GOING TO THE HOSPITAL.  AND WE LEFT

17   VERY HURRIEDLY, AND THAT NOTE WAS LEFT BEHIND.  AND I REALLY

18   DIDN'T REMEMBER WHAT WAS ON IT, SO I WAS CONCERNED.  I DIDN'T

19   WANT TO TAKE MEDICINES THAT I SHOULDN'T BE TAKING.

20          AND SO THAT WAS THE ISSUE I WAS TELLING JOHN.  I

21   HAD -- YOU KNOW, WE REALLY NEED TO TALK TO A CARDIOLOGIST

22   BECAUSE HE WOULD KNOW WHICH ONES I'M SUPPOSED TO DISCONTINUE.

23   **Q.**   SO THERE IS A LITTLE DISCOURSE IN THE HOSPITAL ABOUT THAT?

24   **A.**   YES.  MAINLY BETWEEN MY BROTHER AND THE NURSE.

25   **Q.**   DID THAT GET RESOLVED?

1   **A.**   MY BROTHER TOOK CARE OF IT.  HE HANDLED IT FOR ME.

2   **Q.**   NOW, AT SOME POINT ON THE FOLLOWING MONDAY, DID YOU HAVE A

3   PROCEDURE?

4   **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

5   **Q.**   AND TELL THE JURY WHAT HAPPENED ON MONDAY.  AND WHAT WAS

6   THE DATE OF THIS?

7   **A.**   THAT WOULD BE JULY 10TH, MONDAY.

8   **Q.**   THAT'S ABOUT A MONTH?

9   **A.**   YES.

10   **Q.**   TELL THE JURY WHAT HAPPENED.

11   **A.**   WELL, I HAD TO DO THE CATHETER, AND THEY DID AN

12   ANGIOPLASTY -- KIND OF A ROTOR ROOTER IN THE ARTERY -- AND THEN

13   PUT A STENT IN TO HOLD IT.

14   **Q.**   AND YOU MADE IT THROUGH THERE, RIGHT, FINE.  YOU'RE

15   SITTING HERE TODAY?

16   **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

17   **Q.**   I HEARD YOUR WIFE SAY THAT YOU'VE TRIED TO DO A LOT OF THE

18   THINGS THAT --

19               **THE COURT:**  SUSTAINED.

20   **BY MR. ROBINSON:**

21   **Q.**   TELL US WHAT YOUR GOALS ARE NOW FOR WHAT YOU'RE GOING TO

22   DO IN THE FUTURE WITH YOUR WIFE.

23   **A.**   NOW, AND AFTER THE HEART ATTACK, I MEAN, MY ATTITUDE

24   HASN'T CHANGED.  I'M GOING TO DO AS MUCH TODAY AS I HAD DONE

25   TEN YEARS AGO; SAME ACTIVITIES, IF I CAN.

1594

```
 1        I MEAN, YOU'VE GOT TO USE COMMON SENSE.  THERE ARE
 2   SOME ACTIVITIES I DON'T DO ANYMORE BECAUSE IT WOULD BE
 3   DANGEROUS, BUT I'M GOING TO DO THE SAME ACTIVITIES.  I MIGHT DO
 4   IT ON A LOWER LEVEL.  I KNOW -- YOU KNOW, YOU CAN READ YOUR
 5   BODY, AND I KNOW AFTER THE HEART ATTACK I'VE BEEN DOING THINGS
 6   AT A LOWER LEVEL, BUT I'M STILL DOING THEM.
 7        SO I'M NOT GOING TO CHANGE MY LIFE UNLESS I REALLY
 8   HAVE TO.
 9   Q.   AND IN TERMS OF -- LET ME ASK YOU THIS:  DO YOU HAVE ANY
10   CONCERNS OR WORRIES ABOUT YOUR FUTURE?
11   A.   MY BIGGEST ONE WOULD BE MY FAMILY, PARTICULARLY MY WIFE,
12   BECAUSE SHE REALLY DEPENDS ON ME A LOT.  AND I CAN'T IMAGINE
13   HER -- YOU KNOW, REALLY WHAT LIFE WOULD BE LIKE FOR HER, YOU
14   KNOW, IF I WASN'T HERE.  AND SO YEAH, I THINK ABOUT THAT.
15        THAT WOULD BE -- IT'S MY BIGGEST WORRY IS, YOU KNOW,
16   MY MOM, HOW IS SHE GOING TO HANDLE IT, THE BROTHERS?  BUT MY
17   WIFE, PARTICULARLY, BECAUSE SHE'S MORE VULNERABLE.  SHE'S VERY
18   DEPENDENT ON ME.
19   Q.   SO ARE YOU -- WHAT'S YOUR INTENT TO TRY AND DO WITH
20   MEDICINES AND LIPITOR AND THINGS?
21   A.   I MEAN, I'M GOING TO DO WHAT I CAN.  WHAT CAN YOU DO?
22   YOU'VE GOT TO WATCH WHAT YOU EAT.  YOU HAVE TO KEEP EXERCISING
23   AND TAKE THE PROPER DRUGS.  I MEAN, I DON'T KNOW ANYTHING ELSE
24   YOU CAN DO.  YOU GOT TO DO IT RELIGIOUSLY, I THINK.
25   Q.   ARE YOU GOING TO CONTINUE DOING THAT?
```

1    **A.**   WELL, YEAH.  SURE.  DEFINITELY.

2    **Q.**   NOW, JUST TO GIVE THE JURY A FEELING FOR WHAT YOU'VE GONE

3    THROUGH A LITTLE BIT IN THE LAWSUIT, WHAT ARE SOME OF THE

4    THINGS THAT YOU HAD TO DO?

5    **A.**   IT STARTED -- I THINK THEY CALL IT A PROFILE, PLAINTIFF

6    PROFILE.  AND THAT'S A LONG DOCUMENT WHERE THEY ASK YOU ALL

7    THESE QUESTIONS.  YOU GO BACK I DON'T KNOW HOW MANY YEARS.  WAY

8    BACK.  AND THERE IS JUST SO MUCH I DIDN'T REMEMBER.  SO YOU ASK

9    IT TO -- OR ANSWER THE BEST YOU CAN.

10            THEN, AFTER THAT, THERE WAS AN AMENDED PROFILE AND --

11   SENT BY MY ATTORNEYS AND --

12   **Q.**   I DON'T WANT TO GO INTO TOO MUCH DETAIL, BUT DID YOU HAVE

13   YOUR DEPOSITION TAKEN THREE TIMES?

14   **A.**   THREE TIMES.  UH-HUH (AFFIRMATIVE RESPONSE).

15           **THE COURT:**  ANYTHING FURTHER?

16           **MR. ROBINSON:**  I DON'T THINK SO.

17           **THE COURT:**  ANY CROSS?

18                         **CROSS-EXAMINATION**

19   BY MR. GOLDMAN:

20   **Q.**   GOOD MORNING, MR. BARNETT.

21   **A.**   GOOD MORNING, MR. GOLDMAN.

22   **Q.**   YOU WERE HERE YESTERDAY WHEN YOUR BROTHER TESTIFIED ABOUT

23   YOUR FATHER.  DO YOU REMEMBER THAT?

24   **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

25   **Q.**   AND IF I RECALL CORRECTLY, HE SAID THAT YOUR FATHER ONLY

1   HAD ONE HEART ATTACK.  DO YOU REMEMBER THAT, SIR?

2   A.   I THINK THAT'S HIS OPINION, UH-HUH (AFFIRMATIVE RESPONSE).

3   Q.   BUT YOU KNOW THAT YOUR FATHER ACTUALLY HAD TWO HEART

4   ATTACKS; RIGHT?

5   A.   WELL, THE BEST OF MY MEMORY, THAT'S WHAT I THOUGHT.

6   Q.   IN FACT, BACK IN 1977, DO YOU REMEMBER I SHOWED YOU A

7   DOCUMENT IN YOUR DEPOSITION WHERE YOU TOLD THE DOCTORS THAT

8   YOUR FATHER HAD HAD A HEART ATTACK WHEN HE WAS 55?

9   A.   YES, I REMEMBER THAT DOCUMENT.  UH-HUH (AFFIRMATIVE

10  RESPONSE).

11  Q.   DO YOU REMEMBER THAT EVENT AS WELL?  BECAUSE WHEN YOUR

12  FATHER WAS 55, THAT WAS IN THE YEAR 1964; RIGHT?

13  A.   THAT'S RIGHT.

14  Q.   AND IN 1964, YOU WERE A LIFEGUARD; RIGHT?

15  A.   THAT'S RIGHT.

16  Q.   AND YOU REMEMBER, WHEN YOU WERE A LIFEGUARD, THAT

17  SOMETHING HAPPENED TO YOUR DAD AND HE HAD TO BE RUSHED TO THE

18  EMERGENCY ROOM; CORRECT?

19  A.   WELL, I WAS A LIFEGUARD FOR ABOUT FIVE OR SIX YEARS, AND

20  IT WAS DURING ONE OF THOSE YEARS, YES.

21  Q.   WELL, IT WAS IN 1964, YOU POINTED THAT OUT IN THE

22  DEPOSITION, AND YOU REMEMBER THAT WHILE YOU WERE A LIFEGUARD IN

23  THAT YEAR, YOUR FATHER HAD TO BE BROUGHT TO THE EMERGENCY ROOM;

24  RIGHT?

25  A.   I DON'T THINK I SAID IT WAS 1964, BUT I SAID IT WAS

1   DURING -- I MEAN, YOU CAN SHOW ME IF YOU WANT, BUT MY BEST

2   RECALL IS THAT BECAUSE I DO REMEMBER WHERE I WAS STANDING WHEN

3   I GOT THE PHONE CALL, AND IT WAS AT THE PLACE WHERE I WAS

4   LIFEGUARDING.

5   **Q.**   LET ME ASK YOU IF THIS REFRESHES YOUR RECOLLECTION, SIR,

6   OKAY?

7   **A.**   YES.

8   **Q.**   THE QUESTION WAS:

9           "Q.  SO 1964?

10          "A.  I WAS LIFEGUARDING IN 1964, AND I REMEMBER WHEN

11      I HAD THAT JOB, DAD HAD SOME TYPE OF SOMETHING THAT

12      HAPPENED.  AND I DON'T KNOW WHAT IT WAS, BUT THAT

13      PROBABLY -- TRYING TO THINK BACK -- AGE -- WHAT I'M

14      TALKING TO THE DOCTOR, I PROBABLY KEYED IN ON THAT."

15          DO YOU REMEMBER THAT, SIR?

16  **A.**   YES, I DO.  I'LL STICK BY THAT.  SO WHAT I'M SAYING THERE

17  IS, LIFEGUARD FROM '64 THROUGH '69, AND A LITTLE BIT IN '71,

18  WHEN THEY NEEDED SOME HELP, I THINK I JUST DID SOME WEEKENDS

19  AND HOLIDAYS.  AND SO THAT'S HOW I CAN KEY IN ON THAT TIME

20  FRAME, 1964 THROUGH 1969.  SO I KNOW IT'S IN THAT TIME FRAME.

21  **Q.**   IN 1964, WHILE YOU WERE A LIFEGUARD, DO YOU REMEMBER THAT

22  YOUR FATHER WAS SUFFERING SLURRED SPEECH AND HAD TO BE RUSHED

23  TO THE HOSPITAL?

24  **A.**   THAT WAS -- I REMEMBER AN INCIDENT SOMETIME BETWEEN THE

25  FIRST INCIDENT AND THE FINAL INCIDENT WHEN HE DIED OF THE HEART

1    ATTACK.  HE HAD WHAT WOULD BE KNOWN AS A "MINI STROKE" OR A

2    TIA.

3              THEY TOOK HIM TO THE HOSPITAL.  I THINK HE WAS THERE

4    ABOUT FOUR HOURS AND CAME BACK.  I DO REMEMBER HE HAD THE

5    SLURRED SPEECH.

6    Q.   AND THEN YOU DON'T REMEMBER ANOTHER EVENT THAT YOUR FATHER

7    EXPERIENCED UNTIL HE HAD HIS SECOND HEART ATTACK WHEN HE WAS

8    68; RIGHT?

9    A.   WELL, LIKE I SAID, I REMEMBER THE FIRST EVENT; AND THEN

10   THE ONE I JUST DESCRIBED WITH THE SLURRED SPEECH; AND THEN THE

11   FINAL.  THAT WOULD BE THE THREE.

12   Q.   DO YOU REMEMBER, MR. BARNETT, THAT YOU HAD A BAD CAR

13   ACCIDENT IN 1978?

14   A.   DEFINITELY.  UH-HUH (AFFIRMATIVE RESPONSE).

15   Q.   AND YOU'VE EXPERIENCED ONGOING NECK AND BACK PAIN SINCE

16   THAT TIME; TRUE?

17   A.   THAT'S TRUE.

18   Q.   IT'S BEEN SO BAD, HASN'T IT, SIR, THAT YOU'VE HAD TO TAKE

19   PAINKILLERS REGULARLY, ALMOST ON A DAILY BASIS, FOR OVER 20

20   YEARS?

21   A.   IN 1986 I STARTED ON FELDENE.

22   Q.   AND YOU TOOK FELDENE, WAS IT DAILY FOR LEAST A DECADE?

23   A.   YES.

24   Q.   AND THEN YOU TOOK VIOXX, AND YOU TOOK VIOXX EVERY DAY;

25   RIGHT?

1    **A.**    YES.

2    **Q.**    AND THEN YOU SWITCHED TO CELEBREX AND YOU TOOK CELEBREX?

3    **A.**    YES.

4    **Q.**    AND THEN YOU SWITCHED TO MOBIC AND YOU TOOK MOBIC; RIGHT?

5    **A.**    YES.

6    **Q.**    AND WE'LL TALK ABOUT MOBIC IN A MINUTE.  I THINK YOU

7    TESTIFIED IN RESPONSE TO MR. ROBINSON'S QUESTIONS THAT YOU

8    STARTED TAKING VIOXX ON DECEMBER 30, 1999.  IS THAT YOUR

9    TESTIMONY?

10   **A.**    YES.

11   **Q.**    ISN'T IT TRUE, SIR, YOU ACTUALLY STARTED TAKING VIOXX ON

12   JANUARY 10, 2000?

13   **A.**    THAT'S ABOUT THE TIME I GOT THE 90-DAY SUPPLY IN THE MAIL

14   FROM MERCK MEDICO.  AND THE NOTE THAT I SAW SAID FOUR SAMPLES.

15   I DON'T KNOW HOW MANY PILLS WERE IN EACH SAMPLE.  IT COULD HAVE

16   BEEN ONE, TWO, FOUR, I DON'T KNOW.  I DON'T REMEMBER.

17          BUT I STARTED TAKING THE SAMPLES.  BUT IF THERE WAS

18   ONLY ONE, I WOULD HAVE RUN OUT BEFORE THE 10TH.  IF THERE WERE

19   TWO, THAT WOULD HAVE BEEN, THEN, ABOUT RIGHT.

20   **Q.**    IS IT YOUR TESTIMONY THAT YOU TOOK SAMPLES OF VIOXX, SIR?

21   **A.**    I NOW KNOW FROM THE NOTE FROM DR. MCCAFFREY HE GAVE ME

22   SAMPLES, AND I WOULD HAVE TAKEN THEM, YES.

23   **Q.**    LET ME HAND YOU WHAT HAS BEEN MARKED AS DEFENSE

24   EXHIBIT 2019.

25          **MR. GOLDMAN:**  MAY I APPROACH, JUDGE?

DAILY COPY

1600

1       **THE COURT:**  YES.

2   **BY MR. GOLDMAN:**

3   **Q.**   THIS IS A PLAINTIFF PROFILE FORM.  THIS WAS ONE OF THE

4   DOCUMENTS YOU REFERRED TO TOWARD THE END OF YOUR EXAMINATION;

5   RIGHT?

6   **A.**   UH-HUH (AFFIRMATIVE RESPONSE).  RIGHT.

7   **Q.**   AND IF YOU LOOK AT THE SECOND-TO-LAST PAGE, IS THAT YOUR

8   SIGNATURE UNDER "PENALTY OF PERJURY"?

9   **A.**   THAT'S MINE.

10       **MR. GOLDMAN:**  WE OFFER, JUDGE, DEFENSE EXHIBIT 2019.

11       **MR. ROBINSON:**  NO OBJECTION.

12       **THE COURT:**  LET IT BE RECEIVED AND MARKED.

13   **BY MR. GOLDMAN:**

14   **Q.**   NOW, THIS FORM, SIR, THIS ONE IS DATED FEBRUARY 26, 2006;

15   RIGHT?

16   **A.**   THAT'S RIGHT.

17   **Q.**   AND THIS IS A FORM THAT YOU FILLED OUT TO LET THE PARTIES

18   KNOW, LET MERCK'S COUNSEL KNOW AND YOUR OWN LAWYERS KNOW, THE

19   RELEVANT FACTS ABOUT YOUR MEDICAL HISTORY; TRUE?

20   **A.**   YES.

21   **Q.**   AND THERE IS INFORMATION IN HERE ABOUT YOUR BACKGROUND AND

22   DOCTORS WHO YOU SAW AND MEDICINE YOU TOOK AND THAT SORT OF

23   THING; RIGHT?

24   **A.**   I BELIEVE SO.

25   **Q.**   WOULD YOU TURN, SIR, TO PAGE 9.  FIRST OF ALL, YOUR

1  SIGNATURE HERE ON THE CERTIFICATION PAGE IS FEBRUARY 26, 2006;

2  RIGHT?

3  A.   THAT'S RIGHT.

4  Q.   AND HERE YOU'RE DECLARING UNDER PENALTY OF PERJURY THAT

5  EVERYTHING CONTAINED IN THE DOCUMENT IS ACCURATE; TRUE?

6  A.   YES, UH-HUH (AFFIRMATIVE RESPONSE).

7  Q.   NOW, IF WE GO TO THE NINTH PAGE UNDER LETTER F, THE

8  QUESTION WAS:  "IF YOU RECEIVED ANY SAMPLES OF VIOXX, STATE WHO

9  PROVIDED THEM, WHAT DOSAGE, HOW MUCH, AND WHEN THEY WERE

10  PROVIDED."  AND YOUR ANSWER WAS:  "TO THE BEST OF MY CURRENT

11  MEMORY AND INFORMATION, I DID NOT RECEIVE SAMPLES OF VIOXX."

12        IS THAT YOUR ANSWER, SIR?

13  A.   THAT'S CORRECT.  THAT WAS MY ANSWER, UH-HUH (AFFIRMATIVE

14  RESPONSE).

15  Q.   YOU TOOK VIOXX REGULARLY FOR FOUR YEARS; RIGHT?

16  A.   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

17  Q.   AND THE REASON YOU DID THAT WAS BECAUSE IT WAS WORKING

18  WELL TO CONTROL YOUR NECK AND BACK PAIN; ISN'T THAT RIGHT?

19  A.   IT DID A PRETTY GOOD JOB.

20  Q.   IN FACT, YOU TOOK IT SO LONG BECAUSE IT REDUCED YOUR NECK

21  AND BACK PAIN, AND YOU WERE WORRIED THAT THE PAIN MIGHT COME

22  BACK IF YOU STOPPED USING VIOXX; IS THAT TRUE?

23  A.   YES.

24  Q.   YOU AGREE, SIR, THAT VIOXX HELPED YOU LIVE A NORMAL LIFE?

25  A.   IT HELPED.

1    **Q.**   IT ALLOWED YOU TO PARTICIPATE IN MANY ACTIVITIES,

2    INCLUDING GOLF, SKIING, AND DANCING; TRUE?

3    **A.**   I'M JUST THINKING ABOUT THE SKIING, THE LAST TIME I WENT

4    SKIING WAS --

5    **Q.**   WE CAN DROP THE SKIING.  DID IT HELP YOU GOLF AND DID IT

6    HELP YOU DANCE?

7    **A.**   YEAH, YEAH.

8    **Q.**   WERE YOU ABLE TO WORK OUT AT A GYM WHILE YOU WERE ON

9    VIOXX?

10   **A.**   YES.

11   **Q.**   WHILE YOU WERE ON VIOXX, WERE YOU CAPABLE, THEN, OF

12   HELPING OUT YOUR WIFE AT HOME AND DOING HOUSEWORK AND THAT SORT

13   OF THING?

14   **A.**   YES.

15   **Q.**   YESTERDAY YOU WERE ASKED SOME QUESTIONS ABOUT MOBIC.  DO

16   YOU REMEMBER THAT?

17   **A.**   YESTERDAY I WAS ASKING --

18   **Q.**   YOU WERE ASKED QUESTIONS ABOUT MOBIC.

19   **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

20   **Q.**   AND JUST TO GET THE TIME FRAME RIGHT, YOU STARTED USING

21   MOBIC IN OCTOBER OF 2004; IS THAT ABOUT RIGHT?

22   **A.**   NO.  I THINK IT'S NOVEMBER 2004.

23   **Q.**   AND YOU KNOW THAT MOBIC IS A TRADITIONAL NSAID OR AN NSAID

24   JUST LIKE MOTRIN OR IBUPROFEN, SOME OF THESE OTHER NONSTEROIDAL

25   ANTI-INFLAMMATORIES; RIGHT?

1    A.    YEAH.

2    Q.    JUST LIKE FELDENE, THAT KIND OF THING?

3    A.    YES.

4    Q.    AND YOU STARTED TO TAKE THE 15-MILLIGRAM DOSE OF MOBIC

5    RIGHT AWAY WHEN -- WAS IT DR. KARAVAN WHO PRESCRIBED IT TO YOU?

6    A.    YEAH, DR. KARAVAN.

7    Q.    AND YOU TOOK MOBIC EVERY DAY FROM NOVEMBER OF 2004 UNTIL

8    ABOUT SIX WEEKS BEFORE TRIAL?

9    A.    UNTIL, I QUIT TAKING IT MAY 4 OF THIS YEAR.

10   Q.    AND YOU TESTIFIED YESTERDAY ABOUT A LABEL, A PACKAGE

11   INSERT ABOUT MOBIC, THAT YOU SAW AT DR. KARAVAN'S DEPOSITION.

12   DO YOU REMEMBER THAT?

13   A.    YES, UH-HUH (AFFIRMATIVE RESPONSE).

14   Q.    OKAY.  I'M GOING TO SHOW YOU THAT.  THIS IS DEFENSE

15   EXHIBIT 2011.

16          MR. GOLDMAN:  YOUR HONOR, WE OFFER DEFENSE

17   EXHIBIT 2011.

18          MR. ROBINSON:  NO OBJECTION.

19          THE COURT:  LET IT BE ADMITTED.

20   BY MR. GOLDMAN:

21   Q.    YOU CAN FOLLOW ALONG ON THE SCREEN, MR. BARNETT, IF IT'S

22   EASIER.  DO YOU SEE HOW THIS IS THE MOBIC PACKAGE INSERT AT THE

23   TOP, AND YOU SEE HOW IT SAYS "TABLETS, 7.5 MILLIGRAMS AND

24   15 MILLIGRAMS" UP THERE?

25   A.    YES.  YES.

DAILY COPY

1604

1    **Q.**    AND YOU TOOK THE 15-MILLIGRAM DOSE; RIGHT?

2    **A.**    THAT'S RIGHT.

3    **Q.**    AND THEN YOU SEE IN THE MIDDLE OF THE WARNING, THE FIRST

4    PAGE, THERE IS A BOX; RIGHT?

5    **A.**    YES.

6    **Q.**    AND THAT'S CALLED A "BLACK BOX."  IT'S BEEN REFERRED TO A

7    FEW TIMES IN THE TRIAL.  AND DO YOU SEE THAT IN THE BLACK-BOX

8    WARNING FOR MOBIC, IT STATES UNDER "CARDIOVASCULAR RISKS":

9    "NSAIDS MAY CAUSE AN INCREASED RISK OF SERIOUS CARDIOVASCULAR

10   THROMBOTIC EVENTS, MYOCARDIAL INFARCTION, AND STROKE, WHICH CAN

11   BE FATAL.  THIS RISK MAY INCREASE WITH DURATION OF USE.

12   PATIENTS WITH CARDIOVASCULAR DISEASE OR RISK FACTORS FOR

13   CARDIOVASCULAR DISEASE MAY BE AT GREATER RISK."  DO YOU SEE

14   THAT, SIR?

15   **A.**    I SURE DO.

16   **Q.**    AND THEN IF YOU LOOK ON THE SEVENTH PAGE, AND THIS IS

17   UNDER THE "WARNINGS" SECTION OF THE MOBIC LABEL, UNDER

18   "CARDIOVASCULAR EFFECTS," DO YOU SEE THAT IT SAYS, "CLINICAL

19   TRIALS OF SEVERAL COX-2 SELECTIVE AND SELECTIVE NSAIDS OF UP TO

20   THREE YEARS DURATION HAVE SHOWN AN INCREASED RISK OF SERIOUS

21   CARDIOVASCULAR THROMBOTIC EVENTS, MYOCARDIAL INFARCTION, AND

22   STROKE, WHICH CAN BE FATAL."  DO YOU SEE THAT, SIR?

23   **A.**    YES.

24   **Q.**    "ALL NSAIDS, BOTH COX-2, SELECTIVE AND NONSELECTIVE, MAY

25   HAVE A SIMILAR RISK.  PATIENTS WITH KNOWN CARDIOVASCULAR

1605

1   DISEASE OR RISK FACTORS FOR CARDIOVASCULAR DISEASE MAY BE AT
2   GREATER RISK."  DO YOU SEE THAT, SIR?
3   A.   YES.
4   Q.   NOW, YOU WERE TAKING MOBIC EVERY DAY.  AND AS I RECALL
5   WHAT YOU SAID YESTERDAY WAS THAT YOU STOPPED TAKING IT AFTER
6   YOU SAW THIS PACKAGE INSERT DURING THE DEPOSITION OF
7   DR. KARAVAN.
8   A.   YES.  UH-HUH (AFFIRMATIVE RESPONSE).
9   Q.   YOU SAT IN DR. KARAVAN'S DEPOSITION; RIGHT?
10  A.   RIGHT.
11  Q.   A FEW SEATS AWAY FROM HIM WHILE I WAS ASKING QUESTIONS?
12  A.   YES.
13  Q.   AND THEN I TOOK ANOTHER DEPOSITION OF YOU IN JUNE.  AND
14  THE REASON I HAD TO DO THAT, YOU REMEMBER, WAS BECAUSE YOU HAD
15  THESE TESTS IN INDIANA THAT WE FOUND OUT ABOUT LATER, AND THEN
16  I HAD TO ASK YOU QUESTIONS ABOUT THOSE TESTS; RIGHT?
17  A.   YES.
18         MR. ROBINSON:  OBJECTION, YOUR HONOR.  HE'S
19  TESTIFYING.
20         THE COURT:  HE'S UNDER CROSS.
21  BY MR. GOLDMAN:
22  Q.   SO AFTER WE FOUND OUT ABOUT THESE TESTS THAT YOU HAD IN
23  INDIANA, WE TOOK A SECOND DEPOSITION OF YOU, AND I WAS IN
24  SOUTH CAROLINA AT THAT TIME; RIGHT?
25  A.   THAT'S RIGHT.

1606

1  **Q.**   AND I WAS IN SOUTH CAROLINA BECAUSE I WAS GOING TO TAKE

2  THE DEPOSITION OF YOUR HEART SURGEON, DR. BRYAN.  DO YOU

3  REMEMBER THAT?

4  **A.**   WELL, I THOUGHT YOU WERE THERE FOR DR. KARAVAN.

5  **Q.**   OKAY.  IT WAS ACTUALLY DR. BRYAN, BUT I WAS THERE TO TAKE

6  THE DEPOSITION OF YOUR HEART SURGEON.  AND YOU WEREN'T IN

7  SOUTH CAROLINA FOR YOUR DEPOSITION; YOU WERE IN LOS ANGELES

8  WITH MR. ROBINSON AT HIS OFFICE.  RIGHT?

9  **A.**   YES.

10 **Q.**   AND SO WE DID THAT DEPOSITION BY PHONE, WHERE YOU WERE IN

11 LOS ANGELES ON THE PHONE, MR. ROBINSON WAS THERE WITH YOU, AND

12 I WAS IN SOUTH CAROLINA.

13 **A.**   OH, I GOT A LITTLE CONFUSED.  BUT YEAH.  I THOUGHT YOU

14 WERE TALKING ABOUT MAY 4.  BUT YOU'RE TALKING ABOUT, WHAT WAS

15 IT, JUNE 6?

16 **Q.**   JUNE.  YES, THE SECOND DEPOSITION, I'M IN SOUTH CAROLINA

17 WHERE YOU LIVE.

18 **A.**   YEAH.

19 **Q.**   AND YOU'RE IN LOS ANGELES WITH --

20 **A.**   I REMEMBER.

21 **Q.**   -- WITH MR. ROBINSON.  SO YOU'RE ON THE PHONE, I'M TAKING

22 YOUR DEPOSITION.  AND THEN MR. ROBINSON, YOU REMEMBER, SAID

23 THAT YOU WANTED TO MAKE A STATEMENT.  DO YOU REMEMBER THAT?

24 **A.**   YEAH.  VAGUELY, YEAH.

25 **Q.**   AND THAT'S WHEN YOU TOLD ME THAT, AFTER DR. KARAVAN'S

DAILY COPY

1    DEPOSITION, YOU DECIDED TO STOP TAKING MOBIC; RIGHT?

2    **A.**    YES.   UH-HUH (AFFIRMATIVE RESPONSE).   ONE OF US TOLD YOU

3    THAT, EITHER I DID OR MR. ROBINSON.

4    **Q.**    AND YOUR DOCTOR DIDN'T TELL YOU TO STOP TAKING MOBIC, DID

5    HE?

6    **A.**    NO.

7    **Q.**    ISN'T IT TRUE, MR. BARNETT, THAT YOU KNEW ABOUT THE

8    POTENTIAL CARDIOVASCULAR RISKS FROM MOBIC LONG BEFORE

9    DR. KARAVAN'S DEPOSITION?

10   **A.**    DEFINITELY NOT TRUE.   HAD I KNOWN WHAT YOU JUST SHOWED

11   ME -- THIS IS THE FIRST TIME I'VE EVER SEEN THAT.   I'M VERY

12   INTERESTED IN IT.   AND I'LL TELL YOU SOMETHING:   IF I HAD KNOWN

13   THAT, THERE IS NO WAY I WOULD HAVE EVER PUT ONE OF THOSE PILLS

14   IN MY MOUTH, NOW THAT I SEE WHAT'S ON THIS SCREEN.

15   **Q.**    I'M HANDING YOU WHAT I'VE MARKED AS DEFENSE EXHIBIT 2023.

16            **MR. GOLDMAN:**   WHICH IS A GROUP OF MEDICAL RECORDS

17   WHICH WE OFFER, JUDGE.

18            **THE COURT:**   WHAT IS IT, 20?

19            **MR. GOLDMAN:**   2023.

20            **MR. ROBINSON:**   YOUR HONOR, SUBJECT TO REVIEWING IT,

21   IT'S PRETTY THICK, WE DON'T --

22            **MR. GOLDMAN:**   THAT'S FINE.   I JUST WANT TO PUBLISH

23   THE DECEMBER 20TH VISIT.

24            **MR. ROBINSON:**   ACTUALLY, YOU KNOW WHAT, YOUR HONOR?

25   I HAVE NO OBJECTION TO THIS COMING IN.

1    **THE COURT:**  LET 2023 BE ADMITTED.

2    BY MR. GOLDMAN:

3    **Q.**   LET'S PUT UP ON THE SCREEN, MR. BARNETT, A RECORD FROM

4    DECEMBER 20, 2005.  AND THIS IS AN OFFICE VISIT WITH

5    DR. KARAVAN.  DO YOU SEE THAT?

6    **A.**   YES.  YES.

7    **Q.**   AND THEN YOU SEE UNDER "MEDICATIONS," ONE OF THE

8    MEDICATIONS YOU'RE TAKING IS MOBIC; RIGHT?

9    **A.**   RIGHT.

10   **Q.**   AND THEN ON THE SECOND PAGE, THIS IS WHAT DR. KARAVAN

11   WROTE:  "I HAVE RECOMMENDED TO MR. BARNETT THAT HE TAKE THE

12   LEAST AMOUNT OF NONSTEROIDAL ANTI-INFLAMMATORIES AS HE CAN TO

13   AVOID ANY POTENTIAL THROMBOTIC EFFECT."  YOU SEE THAT, SIR?

14   **A.**   YES, I SEE THAT AND I REMEMBER THAT.

15   **Q.**   AND EVEN THOUGH DR. KARAVAN TOLD YOU THAT THERE WAS A

16   POTENTIAL THROMBOTIC EFFECT FROM ALL NSAIDS, WHICH WOULD

17   INCLUDE MOBIC, YOU TOOK MOBIC ON A DAILY BASIS; RIGHT?

18   **A.**   YEAH.  THAT -- WE TALKED.  THAT'S PART OF THE

19   CONVERSATION.  THE CONVERSATION WAS BASICALLY:  THEY ALL VARY

20   IN THE LEVEL OF THROMBOTIC EFFECT, AND SOME OF THEM ARE VERY

21   LOW.  AND HE FELT THAT MOBIC WAS SAFE, BUT IF I COULD TAKE THE

22   LEAST AMOUNT OF THEM, STILL BE BETTER OFF.

23   **Q.**   AND SO HE SAID, "I'VE RECOMMENDED TO MR. BARNETT THAT HE

24   TAKE THE LEAST AMOUNT OF NONSTEROIDAL."  AND YOU -- YOU TOOK

25   MOBIC AND YOU TOOK THE 15-MILLIGRAM DOSE EVERY DAY UNTIL ABOUT

1    15 WEEKS AGO?

2    **A.**    YES, UH-HUH (AFFIRMATIVE RESPONSE).

3    **Q.**    YOU ALSO TOOK A MEDICATION CALL SPORANOX.  DO YOU REMEMBER

4    THAT, SIR?

5    **A.**    YES.

6    **Q.**    AND WHAT WAS THAT FOR?

7    **A.**    THAT WAS AN ANTIFUNGAL MEDICINE.

8    **Q.**    I'M HANDING YOU DEFENSE EXHIBIT 2012, WHICH IS A PORTION

9    OF THE PHYSICIAN'S DESK REFERENCE.  I'M ALSO GOING TO HAND YOU

10   A CLEANER VERSION OF THAT, EXHIBIT 2021A, AND THIS IS THE

11   SPORANOX LABEL, SIR.

12           AND JUST SO WE ORIENT OURSELVES IN TIME, YOU TOOK

13   SPORANOX, WAS IT A COUPLE WEEKS BEFORE YOUR HEART ATTACK IN

14   SEPTEMBER OF 2002?

15   **A.**    I TOOK ONE PILL A WEEK BEFORE AND THEN A SECOND PILL THE

16   DAY BEFORE THE HEART ATTACK.

17           **MR. GOLDMAN:**  WE OFFER EXHIBIT 2012A.

18           **MR. ROBINSON:**  YOUR HONOR, IT REALLY LACKS A

19   FOUNDATION PUTTING A LABEL IN.

20           **THE COURT:**  ASK HIM ABOUT THAT, WHAT'S THE MEDICATION

21   AND THINGS OF THAT SORT.

22   **BY MR. GOLDMAN:**

23   **Q.**    YOU SEE THAT THIS LABEL, SIR, IS SPORANOX, WHICH YOU TOOK

24   A WEEK OR SO BEFORE YOUR HEART ATTACK FOR TOE FUNGUS?

25   **A.**    YES.

1   **Q.**   AND YOU WERE FAMILIAR THAT SPORANOX CARRIED A POTENTIAL

2   RISK OF CONGESTIVE HEART FAILURE; RIGHT?

3   **A.**   AFTER -- AFTER THE HEART ATTACK AND TALKING TO THE

4   PHARMACIST.

5           **MR. ROBINSON:**  YOUR HONOR, I OBJECT.

6           **THE COURT:**  WELL, THAT'S THE LABEL.  ASK HIM IF HE'S

7   SEEN THE LABEL.

8   BY MR. GOLDMAN:

9   **Q.**   HAVE YOU SEEN THE LABEL, SIR?

10  **A.**   I DON'T REMEMBER THIS LABEL.  I DID GET IT.  NOT OVER THE

11  COUNTER, BUT AT A PHARMACY.

12  **Q.**   DO YOU REMEMBER, SIR, THAT WHEN YOU WERE IN THE HOSPITAL

13  YOU HAD A CONVERSATION WITH EITHER THE ADMITTING NURSE OR

14  DOCTOR -- THIS IS SEPTEMBER OF 2002 -- AND YOU TALKED ABOUT

15  SPORANOX.  DO YOU REMEMBER THAT?

16  **A.**   NO.

17  **Q.**   I'M HANDING YOU EXHIBIT -- DEFENSE EXHIBIT 2026B, AND THIS

18  IS A MEDICAL RECORD DATED SEPTEMBER 6 OF 2002.  DO YOU SEE

19  THAT, SIR?

20  **A.**   OH, YEAH.

21          **MR. GOLDMAN:**  WE OFFER DEFENSE EXHIBIT 2026B.

22          **MR. ROBINSON:**  NO OBJECTION.

23          **THE COURT:**  LET IT BE RECEIVED.

24  BY MR. GOLDMAN:

25  **Q.**   SO THIS IS THE MEDICAL RECORD.  YOU'RE IN THE HOSPITAL ON

DAILY COPY

1611

1    SEPTEMBER 6, AND THIS IS A WOMAN WHO IS DICTATING HERE.

2             PAMELA PYLE, AND SHE'S TALKING ABOUT HISTORY.  THAT'S

3    WHAT "HX" MEANS; RIGHT?

4    **A.**   UH-HUH (AFFIRMATIVE RESPONSE).  I GUESS SO.

5    **Q.**   AND HERE IT SAYS, "THE PATIENT IS A 58-YEAR-OLD WHITE MALE

6    WHO STATES THAT HE WAS SITTING AT HIS DESK THIS EVENING WHEN HE

7    DEVELOPED SYMPTOMS OF A CHEST ACHE.  STATES SYMPTOMS WERE MILD

8    IN INTENSITY.  HOWEVER, HE BECAME SOMEWHAT CONCERNED AFTER HE

9    REMEMBERED READING THAT SPORANOX, WHICH HE HAD STARTED WITHIN

10   THE PAST WEEK, COULD CAUSE HEART PROBLEMS."  DO YOU SEE THAT,

11   SIR?

12   **A.**   YES.

13   **Q.**   SO AFTER YOU WERE -- YOU WERE IN THE HOSPITAL AND YOU HAD

14   YOUR HEART ATTACK, YOU STOPPED TAKING SPORANOX; RIGHT?

15   **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

16   **Q.**   YOU ALSO HAVE TAKEN A MEDICATION CALLED LOPRESSOR?

17   **A.**   LOPRESSOR.

18   **Q.**   IS IT LOPRESSOR?

19   **A.**   YES.

20   **Q.**   THAT'S A MEDICATION THAT I TALKED TO DR. POPMA ABOUT

21   BRIEFLY YESTERDAY.  THAT'S A BETA BLOCKER THAT'S SUPPOSED TO

22   REDUCE YOUR HEART RATE.

23   **A.**   YES.

24   **Q.**   ARE YOU AWARE, SIR, THAT THAT MEDICATION WARNS ABOUT

25   POTENTIAL CARDIAC FAILURE?  HEART FAILURE?

1   **A.**   NO.

2   **Q.**   YOU MENTION BEFOREHAND THAT YOU'VE HAD THESE CARDIOLITE

3   STRESS TESTS, AND THE JURY HAS HEARD PROBABLY MORE THAN THEY

4   WANT TO ABOUT THE CARDIOLITE STRESS TEST.  BUT YOU HAD ONE IN

5   JANUARY OF 2000; RIGHT?

6   **A.**   YES.

7   **Q.**   AND THEN YOU HAD ONE IN JULY OF 2003; RIGHT?

8   **A.**   RIGHT.

9   **Q.**   AND THE REASON, FOCUSING ON JANUARY OF 2000, THAT YOU HAD

10  THAT TEST WAS BECAUSE YOU HAD CHEST PAIN BEFORE THAT EVENT;

11  RIGHT?

12  **A.**   THIS IS JANUARY 2000?

13  **Q.**   YES.

14  **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

15  **Q.**   AND IS IT DR. SWAMI?

16  **A.**   DR. SWAMI.

17  **Q.**   SHE TOLD YOU THAT SHE WANTED YOU TO HAVE A CARDIOLITE

18  STRESS TEST TO SEE WHAT WAS GOING ON?

19  **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

20  **Q.**   AND YESTERDAY YOU TESTIFIED THAT YOU MADE UP YOUR MIND

21  THAT YOU WERE GOING TO, THE WORDS YOU USED, "MAX IT," M-A-X;

22  RIGHT?

23  **A.**   I THINK I WAS.  WEREN'T WE TALKING ABOUT THE JULY ONE WHEN

24  I SAID THAT?

25  **Q.**   NO, WE'RE TALKING ABOUT THE JANUARY ONE.  BUT EITHER ONE.

```
 1    A.    YEAH.  OKAY.

 2    Q.    EITHER ONE.  IN JULY, DO YOU WANT TO TAKE THE JULY ONE?

 3    A.    IT DOESN'T MAKE ANY DIFFERENCE.

 4    Q.    SO LET'S TAKE JANUARY OF 2000.  AND, IN YOUR MIND, YOU

 5    WANTED TO GO ON THAT TREADMILL AND DO THE VERY BEST YOU COULD

 6    TO LAST THE FULL 15 MINUTES; RIGHT?

 7    A.    IF I COULD, YEAH.

 8    Q.    AND YOU DID THAT.  YOU WERE DRIVEN TO STAY ON THE

 9    TREADMILL, AND YOU STAYED AS LONG AS YOU COULD AND YOU LASTED

10    15 MINUTES IN JANUARY OF 2000; RIGHT?

11    A.    YES.

12    Q.    AND YOU LASTED 15 MINUTES IN JULY OF 2003; RIGHT?

13    A.    RIGHT.

14    Q.    AND YOU HAD LASTED 15 MINUTES IN PREVIOUS STRESS TESTS

15    WHEN YOU WERE AN FBI AGENT; RIGHT?

16    A.    YES, I BELIEVE I DID.

17    Q.    NOW, IF WE FAST-FORWARD TO MAY 2 OF 2006, WHEN YOU WERE IN

18    INDIANA --

19    A.    YES.

20    Q.    -- YOU WENT TO INDIANA TO SEE DR. ZIPES?

21    A.    YES.

22    Q.    NOW, HE IS YOUR EXPERT WITNESS IN THIS CASE; RIGHT?

23    A.    YES.

24    Q.    THE REASON YOU WENT TO SEE DR. ZIPES WAS NOT BECAUSE

25    DR. ZIPES THOUGHT IT WOULD BE A GOOD IDEA, BUT MR. ROBINSON
```

1    WANTED YOU TO GO SEE HIM; RIGHT?

2    **A.**   YES.  HE ARRANGED IT.

3    **Q.**   AND IT WASN'T BECAUSE YOU WERE EXPERIENCING ANY CHEST PAIN

4    OR ANY MEDICAL PROBLEMS; IT WAS JUST TO HAVE TESTS DONE AT

5    MR. ZIPES' LABORATORY.

6    **A.**   YES.

7    **Q.**   AND YOU KNEW WHEN YOU WENT TO INDIANA THAT THE RESULTS OF

8    THOSE TESTS WOULD BE USED IN THIS LAWSUIT; TRUE?

9    **A.**   I ASSUME.

10   **Q.**   YOU KNEW THAT DR. ZIPES WOULD RELY ON THE RESULTS OF THAT

11   TEST IN DESCRIBING THE CONDITION OF YOUR HEART; IS THAT FAIR TO

12   SAY?

13   **A.**   I GUESS THAT'S FAIR.

14   **Q.**   WOULD YOU AGREE, MR. BARNETT, THAT YOU DIDN'T HAVE THE

15   SAME STATE OF MIND IN MAY OF 2006, TWO MONTHS BEFORE YOUR TRIAL

16   IN THE CASE, AS YOU DID IN JANUARY OF 2000 AND JULY OF 2003,

17   WHEN YOU TOOK YOUR STRESS TEST THEN?

18   **A.**   I HAVE TO BE HONEST WITH YOU:  A STRESS TEST, IT'S A

19   CHALLENGE.  IT'S YOU AGAINST THE TREADMILL, AND I LIKE THOSE

20   CHALLENGES.  I HAD THE SAME STATE OF MIND.  I WOULD HAVE MAXED

21   THAT ONE, TOO, IF I COULD HAVE.

22   **Q.**   IS IT YOUR TESTIMONY, SIR, THAT YOU HAD THE SAME DRIVE,

23   THE SAME DESIRE, THE SAME INTENT TO MAX OUT ON THE TREADMILL

24   TEST THAT YOU TOOK TWO MONTHS BEFORE TRIAL AS YOU DID IN

25   JANUARY OF 2000 AND JULY OF 2003, BEFORE YOU FILED YOUR

1  LAWSUIT?

2  **A.**   YES.

3  **Q.**   MR. ROBINSON REFERRED TO CHEST PAIN THAT YOU RECALLED --

4  WAS IT RUNNING THROUGH THE AIRPORT IN APRIL?

5  **A.**   APRIL 17, ON THE WAY OUT TO CALIFORNIA.

6  **Q.**   AND YOU WERE ON YOUR WAY OUT TO CALIFORNIA FOR A

7  DEPOSITION, THE FIRST DEPOSITION; RIGHT?

8  **A.**   WITH YOU, UH-HUH (AFFIRMATIVE RESPONSE).

9  **Q.**   AND THEN YOU REMEMBERED FEELING YOUR HEART RACING DURING

10 THE DEPOSITION?

11 **A.**   YES, I DO.

12 **Q.**   DID YOU GO TO THE HOSPITAL FOR EITHER OF THOSE INCIDENTS?

13 **A.**   NO.

14 **Q.**   I WANT TO NOW GO BACK TO SEPTEMBER OF 2002, JUST BEFORE

15 YOUR HEART ATTACK.  OKAY, SIR?

16 **A.**   RIGHT.

17 **Q.**   AS I RECALL, YOU WERE SITTING AT YOUR COMPUTER THAT NIGHT

18 WHEN YOU FELT SOME CHEST PAIN?

19 **A.**   YES.

20 **Q.**   AND YOUR FIRST THOUGHT WAS:  I CAN'T BE HAVING A HEART

21 ATTACK BECAUSE I'M IN GOOD SHAPE?

22 **A.**   YES.

23 **Q.**   AND, IN FACT, YOU SAID YESTERDAY YOU FELT YOU WERE IN

24 REALLY, REALLY GOOD SHAPE.

25 **A.**   I -- YEAH, I THOUGHT I WAS, YEAH.

1    **Q.**   WHEN DR. KARAVAN MET WITH YOU IN THE HOSPITAL AND TOLD

2    YOU, "MR. BARNETT, YOU'VE HAD A HEART ATTACK," YOUR REACTION

3    WAS OF SURPRISE, AND YOU WERE SHOCKED BECAUSE HERE YOU WERE IN

4    EXCELLENT SHAPE LEADING UP TO THE HEART ATTACK; RIGHT?

5    **A.**   I THOUGHT SO.

6    **Q.**   YOU HAD BEEN EXTREMELY ACTIVE IN THE MONTHS LEADING UP TO

7    YOUR HEART ATTACK; TRUE?

8    **A.**   WELL, I PROBABLY KEPT MY SAME EXERCISE ROUTINE.  I CAN'T

9    REMEMBER, YOU KNOW, ANY VARIANCE.  IF THERE WAS, I JUST DON'T

10   RECALL, BUT...

11   **Q.**   IT WASN'T LIKE -- JOHN, YOUR BROTHER, HAD SUGGESTED

12   YESTERDAY THAT YOU WERE ON A SLOW DECLINE STARTING IN THE

13   SECOND QUARTER OF 2002 UNTIL YOUR HEART ATTACK.  YOU ACTUALLY

14   WERE FEELING QUITE GOOD LEADING UP TO THEN --

15   **A.**   YEAH.

16   **Q.**   -- AND THEN YOU HAD THE CHEST PAIN SITTING AT THE

17   COMPUTER?

18   **A.**   YEAH.  I THINK WHAT HE WAS REFERRING TO, WHEN HE WOULD

19   CALL ME, "DO YOU WANT TO PLAY GOLF?"  "DO YOU WANT TO DO THIS

20   AND THAT?"  I WOULD SAY, "I JUST DON'T FEEL LIKE IT," YOU KNOW.

21          A LACK OF ENERGY.  BUT REGARDLESS HOW I FELT, LACK OF

22   ENERGY, I KNEW I NEEDED TO GO OUT AND DO MY WALKS.  AND SO EVEN

23   IF YOU'RE TIRED, YOU PUSH YOURSELF AND DO THAT.  THAT'S WHAT

24   I'M SAYING.

25          BUT FOR A GENERAL -- I THINK THAT'S WHAT HE'S TALKING

```
 1   ABOUT, JUST GENERAL LACK OF ENERGY.  I JUST DIDN'T WANT TO DO
 2   THE THINGS WE WOULD NORMALLY DO.
 3   Q.   DO YOU REMEMBER, SIR, THAT BEFORE YOUR HEART ATTACK, YOU
 4   WERE DANCING.  IS IT THE SHAG-DANCING?
 5   A.   YES.
 6   Q.   YOU WERE SHAG-DANCING FOUR TO FIVE TIMES A WEEK; RIGHT?
 7   A.   THIS WAS BEFORE THE HEART ATTACK?
 8   Q.   YES.
 9   A.   ON OCCASIONS, IT COULD BE THAT MANY.
10   Q.   AND DO YOU REMEMBER -- WELL, ACTUALLY, I THINK WE'VE ASKED
11   YOUR BROTHER TO TRY TO DESCRIBE THE SHAG DANCE, AND RATHER THAN
12   ASK YOU TO COME OFF AND DEMONSTRATE, I SPENT LAST NIGHT TRYING
13   TO FIND SOMETHING ON THE INTERNET ABOUT SHAG-DANCING, AND I
14   WANT TO ASK YOU IF THIS IS -- IF THIS IS THE SHAG --
15           MR. ROBINSON:  YOUR HONOR --
16   BY MR. GOLDMAN:
17   Q.   -- DANCE.  AND I'M SURE AFTER ALL OF THE VIDEOS THAT
18   MR. ROBINSON HAS PLAYED, HE'S NOT GOING TO OBJECT.
19           THE COURT:  YOU'RE OBJECTING?
20           (WHEREUPON, A VIDEO CLIP WAS PLAYED.)
21           THE COURT:  I THINK WE'VE GOT THE PICTURE.
22   BY MR. GOLDMAN:
23   Q.   YOU'VE GOT THE POINT.  THAT'S THE SHAG?
24   A.   THEY ARE VERY GOOD.  ONLY IN MY WILDEST DREAMS COULD I DO
25   THAT.
```

1   **Q.**   YOU'RE VERY GOOD TOO.

2   **A.**   NOTHING LIKE THAT.

3   **Q.**   DO YOU REMEMBER, SIR, THAT TWO NIGHTS BEFORE YOUR HEART

4   ATTACK, TWO NIGHTS BEFORE YOUR HEART ATTACK, YOU WENT

5   SHAG-DANCING; RIGHT?

6   **A.**   RIGHT.

7   **Q.**   AND YOU DANCED EIGHT SONGS IN A ROW?

8   **A.**   EIGHT AT VARIOUS SPEEDS, UH-HUH (AFFIRMATIVE RESPONSE).

9   **Q.**   FOUR OF THOSE WERE VERY FAST; TRUE?

10  **A.**   YES.  AND I THINK IN BETWEEN, YOU KNOW, YOU HAD -- YOU GET

11  YOUR BREATH BY DOING THE SLOW ONES.

12  **Q.**   EACH SONG LASTED THREE TO FOUR MINUTES; RIGHT?

13  **A.**   THAT'S ABOUT RIGHT.

14  **Q.**   AND YOU WERE SO CAPABLE OF DOING THE SHAG-DANCING, THE

15  EIGHT SONGS IN A ROW, THAT PEOPLE WHO WERE WATCHING YOU, I

16  GUESS SORT OF LIKE THE PEOPLE WHO WERE AROUND THOSE TWO, SAID

17  TO YOU, "HOW CAN YOU DO THAT, SIR?  NOBODY ELSE CAN."?

18  **A.**   A FRIEND OF MINE SAID, "HEY, THAT'S PRETTY GOOD" --

19  BECAUSE OF MY AGE AND ALL -- SAID, "MOST PEOPLE COULDN'T DO

20  THAT."

21  **Q.**   WELL, HE DIDN'T JUST SAY "MOST PEOPLE."  HE SAID, "HOW CAN

22  YOU DO THAT?  NOBODY ELSE CAN."?

23  **A.**   WELL, THOSE ARE MY WORDS.  I GUESS I WAS PATTING MYSELF ON

24  THE BACK THERE.

25  **Q.**   MR. BARNETT, AT THE TIME I TOOK YOUR DEPOSITION IN APRIL

1    OF 2006, APRIL 20, YOU FELT PRETTY GOOD AND FELT THAT YOU WERE

2    DOING QUITE WELL SINCE YOUR HEART ATTACK; RIGHT?

3    **A.**   WELL, I WAS STILL ABLE TO WORK OUT, YOU KNOW, THAT SORT OF

4    THING.  I THINK IF YOU CAN DO THIS, YOU'RE DOING PRETTY GOOD.

5    **Q.**   YOU WERE SHAG-DANCING TWICE A WEEK?

6    **A.**   I WOULD TRY TO GO TWICE IN A WEEK.

7    **Q.**   WORKING OUT ON A TREADMILL EVERY DAY FOR 30 TO 45 MINUTES;

8    RIGHT?

9    **A.**   I HAD STARTED DOING THAT IN FEBRUARY.

10   **Q.**   AND USING WEIGHT MACHINES EVERY OTHER DAY?

11   **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

12   **Q.**   YOU TESTIFIED THAT DR. ZIPES, AFTER SPENDING TEN MINUTES

13   WITH YOU IN INDIANA, TOLD YOU THAT YOU HAD LOST NINE TO TEN

14   YEARS OFF OF YOUR LIFE.  DO YOU REMEMBER THAT?

15   **A.**   YES, UH-HUH (AFFIRMATIVE RESPONSE).

16   **Q.**   NONE OF YOUR TREATING PHYSICIANS, SIR, HAVE EVER TOLD YOU

17   THAT, HAVE THEY?

18   **A.**   NO.

19             **MR. Goldman:**  THOSE ARE ALL OF THE QUESTIONS I HAVE.

20             **THE COURT:**  ANY REDIRECT?

21             **MR. ROBINSON:**  YES, YOUR HONOR.

22                      **REDIRECT EXAMINATION**

23   BY MR. ROBINSON:

24   **Q.**   I WANT TO SHOW -- HE SHOWED THE JURY THE -- THIS WAS THE

25   2006 MOBIC LABEL.  OKAY?

1    A.   YES.

2    Q.   THE ONE THAT -- THAT WASN'T 2006.  WHAT WAS IT?  THE LATE

3    2005 MOBIC LABEL; RIGHT?

4    A.   RIGHT.

5    Q.   LET ME SHOW YOU THE 2004 MOBIC LABEL, THE ONE THAT WAS OUT

6    THERE WHEN YOU STARTED ON IT.  LOOK THROUGH IT.  TELL ME, IS

7    THERE ANY BLACK BOX FOR CARDIOVASCULAR RISKS IN THE 2004 MOBIC

8    LABEL?

9    A.   NO.

10   Q.   NOW, IN YOUR FACT SHEET OR PROFILE FORM THAT HE SHOWED

11   YOU, WERE YOU TRYING TO ANSWER AS TRUTHFULLY AS YOU COULD ABOUT

12   WHEN YOU TOOK VIOXX?

13   A.   YES.

14   Q.   NOW, AFTER YOU FILLED THAT OUT, DID YOU GET SOME

15   INFORMATION REGARDING DR. MCCAFFREY --

16           MR. GOLDMAN:  LEADING.

17           THE COURT:  I SUSTAIN YOUR OBJECTION.

18   BY MR. ROBINSON:

19   Q.   DID YOU GET NEW INFORMATION AT ALL REGARDING --

20           THE COURT:  WHY DON'T YOU MAKE A DIFFERENT STATEMENT.

21   BY MR. ROBINSON:

22   Q.   LET ME ASK IT THIS WAY:  WHY DID YOU MAKE A DIFFERENT

23   STATEMENT IN THE FIRST PART, IN MY EXAMPLE, VERSUS WHAT HE

24   SHOWED YOU IN YOUR PROFILE FORM?

25   A.   YEAH.  WHEN I FILLED OUT THE PLAINTIFF PROFILE FORM, I HAD

1621

1    NO RECOLLECTION WHATSOEVER OF DR. MCCAFFREY GIVING ME SAMPLES,

2    AND I STILL DIDN'T KNOW IT UNTIL I WAS OUT AT THE LAW OFFICES

3    OF MR. ROBINSON AND HE SHOWED ME A NOTE FROM THE FILE OF

4    DR. MCCAFFREY THAT HE HAD GIVEN ME FOUR SAMPLES.

5    **Q.**   NOW, ARE YOU AWARE -- I KNOW YOU READ HIS DEPO.  ARE YOU

6    AWARE THAT DR. MCCAFFREY SAID HE GAVE YOU FOUR SAMPLES?

7              **MR. Goldman:**  OBJECTION, YOUR HONOR.

8              **THE COURT:**  SUSTAINED.

9              **MR. Goldman:**  HE'S NOT PLAYING THE DEPOSITION.

10             **THE COURT:**  SUSTAINED.

11             **MR. ROBINSON:**  I MAY PLAY IT NOW.  OKAY.  THAT WAS

12   THE INITIAL PLAN.

13             **MR. GOLDMAN:**  OBJECTION.

14             **The court:**  SUSTAINED.  TALK TO ME, NOT TO EACH

15   OTHER, PLEASE.

16   **BY MR. ROBINSON:**

17   **Q.**   WERE YOU HERE IN COURT WHEN DR. MIKOLA SAID THAT SPORANOX

18   DID NOT CAUSE YOUR HEART PROBLEMS?

19             **MR. Goldman:**  OBJECTION, YOUR HONOR.

20             **THE COURT:**  OKAY.

21   **BY MR. ROBINSON:**

22   **Q.**   DID YOU HEAR THAT?

23   **A.**   I HEARD.  I FELT --

24   **Q.**   DID ANYONE TELL YOU THAT SPORANOX CAUSED YOUR HEART

25   PROBLEM?

DAILY COPY

1  **A.**   NO.

2  **Q.**   THAT'S IT.  NOW, WHEN YOU RAN THAT -- HE ASKED YOU

3  QUESTIONS ABOUT GOING TO DR. ZIPES TO DO THE TEST; RIGHT?

4  **A.**   YES.  UH-HUH (AFFIRMATIVE RESPONSE).

5  **Q.**   AND AT THAT TIME, DID YOU KNOW THAT YOU HAD TWO OCCLUDED

6  VEIN GRAFTS?

7  **A.**   NO.  NO CLUE.

8  **Q.**   SO WHEN YOU WERE RUNNING THOSE TESTS, DID YOU KNOW THAT

9  YOU HAD TWO OCCLUDED VEIN GRAFTS?

10  **A.**   NO.

11        **MR. Goldman:**  OBJECTION.  ASKED AND ANSWERED.  AND

12  ALSO LEADING.

13        **THE COURT:**  WELL, HE ANSWERED "YES" TO BOTH

14  QUESTIONS.

15        **MR. ROBINSON:**  THANK YOU.  I HAVE NOTHING FURTHER.

16        **THE COURT:**  YOU'RE EXCUSED.  WE'LL TAKE A 15-MINUTE

17  BREAK AT THIS TIME.  THE COURT WILL STAND IN RECESS.

18        **THE DEPUTY CLERK:**  EVERYONE RISE.

19        (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20        **THE DEPUTY CLERK:**   EVERYONE RISE.

21        **THE COURT:**  OKAY.  BE SEATED, PLEASE.  THE JURY IS

22  OUT OF THE COURTROOM.  WE HAVE SOME ISSUES DEALING WITH

23  EXHIBITS ON THE NEXT WITNESS.  LET'S TAKE THEM IN ORDER.

24        AS I UNDERSTAND, THE NEXT WITNESS IS DR. ZIPES,

25  WHO IS AN EXPERT WITNESS FOR THE PLAINTIFF.  THE PLAINTIFF

1   INTENDS TO USE A NUMBER OF EXHIBITS.  THE PLAINTIFF HAS JUST

2   GIVEN RECENTLY TODAY A LIST OF THE EXHIBITS, A DESCRIPTION OF

3   THE EXHIBITS, OR THE ACTUAL EXHIBITS TO THE DEFENDANT.  THE

4   DEFENDANT HAS LOOKED THEM OVER AND HAS A NUMBER OF OBJECTIONS

5   TO IT.

6          MR. BECK:  YES, YOUR HONOR.  AND MAY I, FOR THE

7   RECORD, REFER TO THEM BY THE SLIDE NUMBER IN THE BINDER THAT

8   MR. ROBINSON PROVIDED TO THE COURT AND TO ME?

9          THE COURT:  YES.

10          MR. BECK:  ALL RIGHT.  YOUR HONOR, Z1 IS LEADING.  IT

11   BASICALLY TELLS THE WITNESS WHAT THE FOUR AREAS MR. ROBINSON

12   WANTS HIM TO COVER, AND IT'S SIMILAR TO THE LEADING KIND OF

13   POWERPOINT SHOW THAT THEY TRIED TO USE WITH DR. RAY AND IRVIN 1

14   AND 2, AND WE OBJECTED TO THAT.

15          THE COURT:  I SUSTAIN THE OBJECTION ON THE FIRST

16   EXHIBIT.  YOU CAN GO INTO THESE AREAS, BUT WHEN YOU PUT THEM UP

17   ON THE BOARD AND THEN ASK THE WITNESS QUESTIONS ABOUT THEM,

18   IT'S A LEADING QUESTION.

19          MR. BECK:  YOUR HONOR, THE NEXT ONE IS Z6.  THE TWO

20   OBJECTIONS --

21          THE COURT:  I UNDERSTAND Z6 HAS BEEN TAKEN OUT.

22          MR. BECK:  Z6 HAS BEEN REMOVED?

23          MR. ROBINSON:  YES.  Z6 WE'RE GOING TO -- WE'LL TAKE

24   IT OUT, YOUR HONOR.

25          THE COURT:  ALL RIGHT.

DAILY COPY

1           **MR. BECK:**  YOUR HONOR, Z14 MAY FALL IN THAT SAME

2    CATEGORY.  HAS THAT BEEN TAKEN OUT, MR. ROBINSON?

3           **MR. ROBINSON:**  LET ME SEE.  YOUR HONOR, I THINK WE

4    AGREED THAT ON Z14 --

5           **THE COURT:**  TAKING THE LEFT-HAND SIDE OF THE PAGE

6    OUT.

7           **MR. ROBINSON:**  WE'RE GOING TO TAKE THE LEFT-HAND SIDE

8    OUT.  IF HE THEN IDENTIFIES HIS AREAS, THEN WE COULD PUT IT UP

9    AFTER HE TALKS ABOUT THEM.

10          **THE COURT:**  OKAY.

11          **MR. ROBINSON:**  I THINK WE HAVE THAT AGREEMENT.

12          **MR. BECK:**  WELL, YOUR HONOR, I DON'T KNOW HOW THAT'S

13   GOING TO WORK, BUT WE OBJECT TO HIM HAVING SPEAKING NOTES IN

14   FRONT OF HIM IN THE FORM OF THESE ITEMS ON THE LEFT-HAND SIDE.

15          **MR. ROBINSON:**  LET ME PUT IT THIS WAY:  WHAT I'LL DO

16   IS THIS, IS WE'LL JUST HAVE THE -- I'LL TELL YOU WHAT I'M GOING

17   TO DO.  HE KNOWS THESE WITHOUT THOSE NOTES, SO I WON'T EVER PUT

18   THOSE NOTES UP.  I'LL JUST PUT THE -- WHAT'S ON THE RIGHT AND

19   LET HIM TALK ABOUT WHAT ARE THE --

20          **MR. BECK:**  AND WE HAVE NO OBJECTION TO THE DIAGRAM

21   WITHOUT THE SPEAKING NOTES ON THE LEFT.

22          **THE COURT:**  OKAY.

23          **MR. BECK:**  OUR NEXT OBJECTION, YOUR HONOR, IS TO Z17.

24          **THE COURT:**  I UNDERSTAND THAT'S BEEN WITHDRAWN.

25          **MR. ROBINSON:**  YEAH, WE'RE WITHDRAWING Z17,

1    YOUR HONOR.

2         **MR. BECK:**  OUR NEXT OBJECTION IS Z19.  IT'S THE

3    EPSTEIN ARTICLE THAT WAS DISCUSSED AT LENGTH BY DR. EPSTEIN.

4    IT'S CUMULATIVE.

5         **THE COURT:**  I UNDERSTAND THE OBJECTION.  I OVERRULE

6    THE OBJECTION REGARDING THAT.  I THINK IT'S PART OF HIS OPINION

7    AND HE CAN GIVE IT, BUT LET'S NOT GO INTO GREAT DETAIL.

8         **MR. ROBINSON:**  NO.

9         **THE COURT:**  THAT HAS ALREADY BEEN TAKEN CARE OF.

10        **MR. ROBINSON:**  I UNDERSTAND, YOUR HONOR.

11        **MR. BECK:**  NEXT ONE IS Z25, YOUR HONOR.  IT'S A

12   PRATICO ARTICLE THAT HAS NEVER BEEN DISCLOSED BY HIM IN ANY

13   REPORT.

14        **MR. ROBINSON:**  I GAVE MY ARGUMENT, YOUR HONOR, IN

15   CHAMBERS.  THESE ARE TWO ARTICLES THAT CAME UP IN -- THAT WERE

16   SHOWN BY MR. GOLDMAN TO DR. EPSTEIN ON SATURDAY.  AND

17   BASICALLY, YOU KNOW, THIS IS MY LAST WITNESS, MY LAST CHANCE TO

18   TRY AND EXPLAIN THOSE ARTICLES THEY PUT IN EVIDENCE, SO -- AND

19   THAT'S ALL WE'RE DOING IS HAVE THEM QUICKLY EXPLAIN OR

20   DISTINGUISH THEM.

21        **THE COURT:**  THESE ARE THE ARTICLES THAT WERE

22   PRESENTED BY THE DEFENDANT?

23        **MR. ROBINSON:**  YES, YOUR HONOR.

24        **THE COURT:**  OKAY.  I OVERRULE THE OBJECTION AND ALLOW

25   IT.

DAILY COPY

1    **MR. BECK:**  SAME ISSUE CONCERNING Z26, YOUR HONOR.

2    AND I WOULD NOTE THAT THESE ARTICLES HAVE BEEN IN REPORTS BY

3    DEFENSE EXHIBITS -- DEFENSE EXPERTS FOREVER AND NEVER RESPONDED

4    TO BY DR. ZIPES IN ANY OF HIS SEVERAL REPORTS.

5         **THE COURT:**  I OVERRULE THE OBJECTION.  I'LL ALLOW IT.

6         **MR. BECK:**  YOUR HONOR, THE NEXT IS Z27.  THIS EGAN

7    ARTICLE IS NOT IDENTIFIED IN ANY REPORT.

8         **MR. ROBINSON:**  HE DID MENTION IN HIS DEPOSITION,

9    YOUR HONOR, AND HE RELIED UPON IT IN HIS DEPOSITION.

10   BASICALLY, THAT'S THE ONE HE RELIED ON.

11        **MR. BECK:**  YOUR HONOR, UNLESS --

12        **MR. ROBINSON:**  IT'S TWO EAGAN ARTICLES.  HE RELIED ON

13   THIS ONE.

14        **MR. BECK:**  UNLESS THEY CAN POINT US TO THE

15   DEPOSITION, THE RECOLLECTION FROM DR. LAWYER BAUM WAS THAT --

16   HE SAID, "WELL, EGAN WROTE SOME STUFF, BUT I CAN'T REMEMBER

17   WHAT, WHICH ARTICLE I'M TALKING ABOUT."

18        **MR. ROBINSON:**  NO, HE DIDN'T SAY THAT.

19        **MR. BECK:**  THEN I WOULD LIKE TO SEE A -- I WOULD LIKE

20   TO SEE A DEPOSITION REFERENCE WHERE HE CITES THIS ARTICLE.  IF

21   SO, I SAID I'D WITHDRAW THE OBJECTION; BUT IF NOT, I OBJECT.

22        **THE COURT:**  DO THAT OR REMOVE IT AND LET HIM TESTIFY

23   TO IT, BUT JUST REMOVE THAT OTHER THAN SHOWING IT.

24              ALL RIGHT.  WHAT'S THE NEXT ONE YOU HAVE

25   PROBLEMS WITH?

1          **MR. BECK:**  THE NEXT ONE, I THINK THEY MAY HAVE
2    WITHDRAWN.  Z30?  DID YOU WITHDRAW THAT?
3          **THE COURT:**  YES.  Z30 HAS BEEN WITHDRAWN?
4          **MR. ROBINSON:**  YES, YOUR HONOR.
5          **THE COURT:**  YOU HAVE OBJECTION TO Z32 AND 33 AND 34.
6          **MR. BECK:**  THAT'S CORRECT.
7          **The court:**  35 HAS BEEN WITHDRAWN?
8          **MR. BECK:**  YES.  32 AND 33, YOUR HONOR, CUMULATIVE TO
9    DR. AVORN'S TESTIMONY.  HE TESTIFIED AT LENGTH ABOUT WHAT
10   HAPPENED AT THE ADVISORY COMMITTEE.  WE WENT THROUGH ALL THE
11   VOTES.  WE WENT THROUGH WHO SAID WHAT AND WHAT THE EXACT
12   LANGUAGE WAS ON THE VOTES.  SO THEY CHOSE TO PRESENT THAT
13   EVIDENCE THROUGH DR. AVORN.  THEY SHOULDN'T BE ALLOWED TO DO IT
14   AGAIN THROUGH THIS WITNESS.
15         **MR. ROBINSON:**  HE RELIES ON THIS.  WE'RE NOT PUTTING
16   IN THE BOARDS LIKE ANDY PUT IN IN THE LAST TRIAL.  IT'S JUST
17   TWO PAGES, TWO OR THREE -- TWO PAGES.  AND HE RELIES ON THAT
18   AND --
19         **THE COURT:**  LET'S DO IT THIS WAY:  YOU CAN COVER IT.
20   LET'S REMOVE THE PAGES, BUT ASK HIM WHETHER HE KNOWS ABOUT THE
21   VOTE.
22         **MR. ROBINSON:**  OKAY.  FAIR ENOUGH.
23         **THE COURT:**  LET'S MOVE ON.  VIGOR IS THE 34?
24         **MR. BECK:**  YES, YOUR HONOR.  I'M JUST MAKING A NOTE
25   HERE.  FOR 34, YOUR HONOR, THIS VIGOR WAS THE -- WAS ONE OF THE

1  PRINCIPAL SUBJECTS THAT DR. AVORN TESTIFIED ABOUT, AND WE GAVE

2  YOU A CHART ABOUT MATTERS COVERED.  YOU MAY REMEMBER OUR

3  COLORED CHART.

4            **THE COURT:**  YES, I DO.

5            **MR. BECK:**  HE TESTIFIED AT GREAT LENGTH ABOUT VIGOR,

6  AND HE TESTIFIED ABOUT THIS PARTICULAR CHART, AND HE PUT IT UP

7  ON THE SCREEN.  THE JURY HAS ALREADY SEEN IT THROUGH DR. AVORN.

8            **MR. ROBINSON:**  WELL, YOUR HONOR --

9            **THE COURT:**  THAT'S 34 --

10           **MR. BECK:**  34.

11           **THE COURT:**  -- 36, 37, AND 38 IS THE APPROVE.  YOU

12  HAVE PROBLEMS WITH THAT TOO?

13           **MR. BECK:**  I HAVE PROBLEMS WITH 36 AND 37, BUT I HAVE

14  BIGGER PROBLEMS WITH 34.  BECAUSE THIS IS A CHART FROM APPROVE

15  THAT WAS -- THAT THIS SPECIFIC CHART AND SUBJECT MATTER WAS

16  DISCUSSED AT LENGTH BY DR. AVORN.

17           **THE COURT:**  YES.  THERE IS GOING TO BE SOME OVERLAP,

18  AND I DON'T THINK WE CAN DEAL WITH -- WE CAN'T REMOVE TOTALLY

19  THE OVERLAP.  IT'S A QUESTION OF HOW MUCH AND HOW MUCH YOU

20  STRESS THAT.  I'LL OVERRULE THE OBJECTION, BUT IF YOU GET INTO

21  IT TOO GREATLY, I'M GOING TO STOP IT.

22                 AND THE REASON FOR THAT IS IT'S PART OF HIS

23  OVERALL OPINION.  HE'S THE PLAINTIFF'S EXPERT, SO I'M RELUCTANT

24  TO REMOVE ASPECTS OF HIS OPINION, WHICH THEN JEOPARDIZES HIS

25  FULL OPINION.

```
1        MR. BECK:  OKAY.  YOUR HONOR, DO I UNDERSTAND THAT 35
2   HAS BEEN WITHDRAWN?
3        THE COURT:  35 HAS BEEN WITHDRAWN.  YOUR HONOR, ON
4   35, I WANTED TO -- WHAT I'M GOING TO DO ON 35 IS -- HE CAN
5   TESTIFY TO THOSE ITEMS; RIGHT, YOUR HONOR?  AND THEN WHEN WE
6   PUT -- YOU SAID YOU COULD PUT IT UP.  WE'RE NOT GOING TO PUT
7   THAT LAST "A" IN RED.
8        MR. BECK:  YOUR HONOR YOU SAID IT WAS LEADING AT
9   THE --
10       THE COURT:  I THINK IT'S LEADING.  LET'S JUST COVER
11  THE AREA WITH HIM.
12       MR. ROBINSON:  I'LL COVER IT WITH HIM AND WE WON'T
13  PUT IN THE SLIDE.
14       MR. BECK:  YOUR HONOR, IF THEY TRY TO GET INTO THE
15  AREA THAT'S RED, WE HAVE A SEPARATE OBJECTION, AND THAT IS THAT
16  THAT CALCULATION --
17       THE COURT:  WAS NOT IN HIS REPORT.
18       MR. BECK:  -- AND ANALYSIS HAS NEVER BEEN DISCLOSED.
19       THE COURT:  AND I'LL SUSTAIN THAT OBJECTION.
20       MR. ROBINSON:  YOUR HONOR, IT WAS IN HIS REPORT,
21  THOUGH.  THE 9.89 --
22       MR. BECK:  NO, IT WASN'T.
23       MR. ROBINSON:  YES, IT WAS.  THE 9.89 RELATIVE RISK
24  FOR THE HIGHER-INCIDENCE GROUP, PEOPLE WITH PREEXISTING HEART
25  PROBLEMS, I BELIEVE WAS IN HIS REPORT.  IS THAT RIGHT?
```

DAILY COPY

1           **THE COURT:**  I THOUGHT THAT WAS NOT DISCLOSED.  IS
2    THAT THE ISSUE?
3           **MR. ROBINSON:**  THAT'S IN HIS REPORT.
4           **MR. GOLDMaN:**  YOUR HONOR --
5           **THE COURT:**  YES.
6           **MR. GOLDMaN:**  -- I ASKED DR. ZIPES SPECIFICALLY WHAT
7    RELATIVE RISKS IS HE CLAIMING APPLIES TO MR. BARNETT, AND HE
8    SAID 3.82.  THAT WAS THE RELATIVE RISK HE SAID HE WAS GOING TO
9    COME INTO COURT AND TALK ABOUT, NOT SOME RELATIVE RISK THAT
10   DOESN'T HAVE ANYTHING TO DO WITH MR. BARNETT.
11          **MR. ROBINSON:**  NO.  BUT HE ALSO --
12          **MR. GOLDMaN:**  SO HIS RELEVANT RISK WAS 3.82.  HE
13   DIDN'T TALK AT ALL IN HIS DEPOSITION ABOUT 9.58 OR WHATEVER THE
14   RELATIVE RISK IS --
15          **MR. BECK:**  GET THE DEPO BECAUSE IT'S A CLEAN THING.
16   HE SAID, "WHAT ARE YOUR GOING TO COME IN AND TELL THE JURY THE
17   RELATIVE IS THAT APPLIES?" AND HE SAID, "3.8," WHATEVER IT WAS.
18          **MR. ROBINSON:**  BUT, YOUR HONOR, I THINK THAT, IN THIS
19   REPORT, WHAT HE DID IS HE DID THE RANGES OF RELATIVE RISKS, AND
20   HE SHOWED THAT FOR CERTAIN PEOPLE -- THE JURY MAY THINK THAT
21   MR. BARNETT'S WORST THAN DR. ZIPES SAYS HE IS.  AND IF IT'S A
22   HIGHER RELATIVE RISK, THAN HE'S 9.89.  PUT IT IN HIS REPORT.
23   THAT'S ALL WE'RE TRYING TO DO IS GIVE THE JURORS A PERSPECTIVE.
24
25          **MR. BECK:**  YOUR HONOR-- GO AHEAD, ANDY.

1      **MR. GOLDMaN:**  MY QUESTION IS PAGE 103 OF DR. ZIPES'

2   JUNE 9 DEPOSITION:

3           "Q.  DR. ZIPES, WHAT RELATIVE RISKS ARE YOU GOING TO

4      TELL THE JURY APPLIES TO MR. BARNETT IN HIS USE OF VIOXX

5      WHEN IT COMES TO AN INCREASED RISK OF HEART ATTACK?

6           "A.  I WILL TELL THE JURY, BASED ON THE APPROVE DATA,

7      THOSE PATIENTS WHO HAVE BLOOD PRESSURE SPIKES SIMILAR TO

8      MR. BARNETT'S AFTER TAKING VIOXX HAD A RELATIVE RISK OF

9      3.82, AND THAT IS WHAT I WILL TELL THE JURY."

10          SO HE HAS AT LEAST A FOURFOLD RISK OF MYOCARDIAL

11  INFARCTION.

12          **MR. ROBINSON:**  YOUR HONOR, IT'S IN HIS REPORT.  HE

13  PICKED -- HE SAYS THAT HE THINKS HE APPLIES THE 3.82, BUT THE

14  JURY MAY THINK HE'S SICKER.  AND IF HE IS, THEN HE'S AT 9.89.

15  IT GIVES YOU THE RANGE OF WHAT'S IN APPROVE.

16          **THE COURT:**  LEAVE IT OUT OF THE DIAGRAM, AND YOU'LL

17  JUST HAVE TO DEAL WITH THAT WHEN I DEAL WITH IT.

18          **MR. ROBINSON:**  YOUR HONOR, I JUST FOUND,

19  INCIDENTALLY, THE DEPOSITION OF DR. ZIPES AT PAGE 85.

20          **MR. BECK:**  WHICH ONE ARE WE TALKING ABOUT NOW?

21          **MR. ROBINSON:**  I'M GOING BACK TO THE EGAN THING.

22  THIS IS ANDY GOLDMAN, QUESTION AT THE BOTTOM OF 84, LINE 23:

23          "Q.  I JUST WANT YOU TO TELL ME THE STUDIES.  I DON'T

24      WANT YOU TO TELL ME WHAT THEIR FINDINGS ARE.  I JUST WANT

25      YOU TO TELL ME WHAT STUDIES IN ANIMALS OR IN HUMANS YOU

1    SAY SHOW THAT VIOXX CAUSES ATHEROSCLEROSIS OR A

2    PROGRESSION OF ATHEROSCLEROSIS.

3         "A.  WE CAN START WITH TWO CLINICAL STUDIES THAT I

4    THINK ARE EXTREMELY SUPPORTIVE, AND THOSE ARE LONG-TERM

5    APPROVE AND O78."

6         "Q.  WHAT ELSE?

7         "A.  BECAUSE THEY HAD THE INTENTION TO TREAT.  YOU

8    DON'T WANT ME TO GO INTO THAT?

9         "Q.  RIGHT.  JUST IDENTIFY THE STUDIES.

10        "A.  "OKAY.  EGAN, RUDIC, KOBAVASHI, GROSSER, CHANG,

11   BULUT."  SO THEY SAID EGAN, AND THAT'S THE EGAN THAT HE

12   WAS TALKING ABOUT.

13        **MR. BECK:**  OKAY.  YOUR HONOR, WE'LL WITHDRAW OUR

14   OBJECTION TO THAT.  SO 27 IS OKAY.

15        **MR. ROBINSON:**  27 IS IN.

16        **THE COURT:**  27 IS OMITTED.

17        **MR. BECK:**  Z27 -- WELL, JUDGE, THESE ARE

18   DEMONSTRATIVE --

19        **THE COURT:**  OBJECTION IS OVERRULED; RIGHT.

20        **MR. BECK:**  AND WE -- IT'S ACTUALLY, WE WITHDRAW IT.

21        **THE COURT:**  WITHDRAWING THE OBJECTION.

22        **MR. BECK:**  YOUR HONOR, THIS 36, 37, AGAIN, THESE

23   ARE -- THESE ARE MATTERS THAT DR. AVORN ALREADY TESTIFIED ABOUT

24   AT LENGTH, RELATIVE RISKS IN VIGOR.

25        **MR. ROBINSON:**  ACTUALLY, I'LL TELL YOU THE ONE I'M

1    GOING TO -- I THINK THAT I FOCUSED ON, IS THE -- I'M NOT GOING

2    TO HAVE THREE OR FOUR SLIDES ON VIGOR, BUT I THINK THE ONE THAT

3    I'M GOING TO COVER ON VIGOR IS 36, YOUR HONOR, BECAUSE THAT

4    SHOWS THAT 2.8 RELATIVE RISK FOR ALL CARDIAC EVENTS.  I'LL TAKE

5    OUT 37.

6         **MR. BECK:**  AND APPROVE -- AGAIN, IT'S APPROVE.  IS

7    CUMULATIVE TO DR. AVORN.  THEY DECIDED THAT THAT'S HOW THEY

8    WANTED TO PRESENT APPROVE IS THROUGH DR. AVORN.

9         **MR. ROBINSON:**  I THINK WE HAVE TO --

10        **THE COURT:**  I'LL ALLOW THAT.

11        **MR. ROBINSON:**  THANK YOU, YOUR HONOR.

12        **MR. BECK:**  AND THEN, YOUR HONOR, THE NEXT ONE WE

13   OBJECT TO MORE STRONGLY ARE 39, BECAUSE THAT'S A -- THAT'S A

14   DIAGRAM THAT IS NOT JUST A RELATIVE RISK.  THIS IS A DIAGRAM

15   THAT DR. AVORN DISCUSSED AT LENGTH IN HIS TESTIMONY THAT THEY

16   PRESENTED TO THE JURY.

17             SO IT'S EXACTLY THE SAME DIAGNOSIS THAT

18   DR. AVORN WENT ON AT LENGTH ABOUT, AND WE REALLY THINK THAT'S

19   CUMULATIVE.

20        **MR. ROBINSON:**  I DON'T THINK DR. AVORN WENT ON AT

21   LENGTH.  I MEAN, I DON'T THINK THE COURT CAN REMEMBER THAT.  I

22   DON'T REMEMBER THAT.  BASICALLY, WHAT I SEE IS THAT --

23        **MR. BECK:**  I REMEMBER IT VERY DISTINCTLY, YOUR HONOR,

24   AND I HAVE ACTUALLY NOTES OF IT.

25        **MR. ROBINSON:**  THIS IS THE KAPLAN-MEIER CURVE FOR

 1   APPROVE.  WE NEED THAT IN.

 2            **MR. BECK:**  WELL, IT IS IN.

 3            **MR. ROBINSON:**  NO, NO.

 4            **MR. BECK:**  AND THIS IS -- THIS WAS DISCUSSED BY

 5   DR. AVORN, THE KAPLAN-MEIER CURVE.

 6            **MR. ROBINSON:**  HE BASES HIS OPINION ON THAT.

 7   YOUR HONOR.

 8            **THE COURT:**  ALL RIGHT.  I UNDERSTAND.  I'LL ALLOW HIM

 9   TO DO IT, BUT IT'S A QUESTION OF HOW MUCH.

10            **MR. ROBINSON:**  I WON'T SPEND A LOT OF TIME ON IT.

11            **THE COURT:**  SOME OF THESE THINGS ARE -- HE CAN REFER

12   TO IT.  IT'S JUST A QUESTION OF WHETHER OR NOT HE'S GOING TO BE

13   ABLE TO GO OVER THE SAME THING AND HAMMER IT MORE AND MORE AND

14   MORE.  AND THAT'S GOING TO BE -- I'M NOT GOING TO ALLOW THAT.

15   BUT TO TAKE OUT SOMETHING THAT HE CAN'T EVEN LOOK AT OR CAN'T

16   EVEN MENTION DOESN'T SEEM TO BE RIGHT EITHER.

17            **MR. ROBINSON:**  AND, YOUR HONOR, THE NEXT THREE

18   SLIDES --

19            **THE COURT:**  WAIT.

20            **MR. BECK:**  Z-43 IS THE NEXT ONE I HAVE A CONCERN

21   ABOUT.  YOUR HONOR, THIS IS AN ATTRIBUTABLE RISK COMPUTATION

22   DONE BY DR. FARQUHAR, WHOM THEY CHOSE NOT TO CALL.  THERE IS NO

23   ATTRIBUTABLE RISK CALCULATION OR OPINION IN ANY OF DR. ZIPES'

24   REPORTS.  HE DIDN'T DO ATTRIBUTABLE RISK AT ALL.  COMPLETELY

25   DIFFERENT CONCEPT.

1          **MR. ROBINSON:**  YOUR HONOR, WHAT I THINK THAT HE DID

2   HERE IS HE TOOK THE DATA THAT HE HAD FROM THE APPROVE STUDY,

3   AND -- I -- I CERTAINLY CAN ASK HIM, "CAN YOU DO ATTRIBUTABLE

4   RISK FOR THAT"?

5          **MR. BECK:**  NO, HE CAN'T, IF IT'S NEVER BEEN DISCLOSED

6   IN HIS REPORT.

7          **THE COURT:**  THE PROBLEM WITH THE QUESTIONING -- WITH

8   HIS COMMENT IS THAT YOU HAVE TO DISCLOSE THE AREAS THAT YOU'RE

9   DEALING WITH, AND YOU CAN'T ALL OF A SUDDEN PUT IN AREAS THAT'S

10  NOT IN HIS REPORT AND THEN BRING IT OUT ON TESTIMONY.  LET'S

11  REMOVE THAT ONE.

12         **MR. BECK:**  YOUR HONOR, THE NEXT ONE IS Z47, AND IF

13  THERE IS EVER ONE THAT IS CUMULATIVE --

14         **THE COURT:**  YES, IT IS, BUT IT'S REFERENCED.  I

15  UNDERSTAND THAT THE JURY HAS SEEN IT A NUMBER OF TIMES, BUT

16  THIS MAY SPEED UP THE TESTIMONY, HOPEFULLY, SO I'M GOING TO

17  ALLOW THAT.

18         **MR. ROBINSON:**  YES.  I'M JUST GOING TO GO OVER --

19  QUICKLY OVER THE ALZHEIMER'S.

20         **MR. BECK:**  NOW, YOUR HONOR, THERE IS GOING TO BE A

21  SERIES OF NOTES, SO IF I COULD JUST SAY FOR 30 SECONDS.

22         **THE COURT:**  OKAY.

23         **MR. BECK:**  WE WERE ASSURED THAT THE REASON THAT

24  DR. POPMA WAS COMING WAS BECAUSE THAT HE WAS THE EXPERT IN HOW

25  TO READ THESE TESTS, THE CARDIO -- THE DIFFERENT TYPES OF TESTS

1  AND BETTER EQUIPPED THAN DR. ZIPES.  THEY DIDN'T WANT DR. ZIPES

2  TO GET CROSSED ON HIS ABILITY TO READ THE TESTS, SO THEY SAID

3  WE'RE GOING TO BRING DR. POPMA IN, HE'LL LAY THE FOUNDATION,

4  AND THEN DR. ZIPES WILL JUST BE ABLE TO PICK IT UP WITHOUT

5  REPEATING.  AND NOW WHAT WE'RE STARTING IS A REPEAT OF THE

6  POPMA ANALYSIS WITH SLIDE Z48.

7              THIS IS THE CARDIOLITE PERFUSION RESULTS.  THIS

8  WAS DISCUSSED IN EXCRUCIATING DETAIL WITH DR. POPMA YESTERDAY.

9          **MR. ROBINSON:**  OKAY.  YOUR HONOR, MY RESPONSE IS

10  THIS, IS THAT YESTERDAY DR. POPMA JUST GAVE A CONTEXT WITH

11  REGARD TO TRADITIONAL RISK FACTORS.  NOW, TODAY, DR. ZIPES IS

12  LOOKING AT THE CLINICAL PICTURE IN A QUICK WAY, AND HE'S GOING

13  TO TELL THE JURORS WHY HE THINKS VIOXX WAS THE CAUSE OF THIS.

14              DR. POPMA NEVER GOT INTO THE VIOXX, SO YOU CAN'T

15  PUT HIS HANDS BEHIND HIS BACK AND SAY, "YOU CAN'T TALK ABOUT

16  HIS MEDICAL CHART."  I MEAN, THAT'S THE BASIS.  THE CLINICAL

17  CHART.

18              WE'RE NOT GOING TO GO IN DEPTH ON THIS, BUT

19  THESE THINGS ARE THINGS THAT HE RELIES UPON.  HE WROTE, LIKE, A

20  60-PAGE REPORT HERE.  HE WENT THROUGH ALL THE MEDICALS HERE.

21          **MR. BECK:**  AND, YOUR HONOR, WHEN WE OBJECTED TO POPMA

22  BECAUSE IT WAS GOING TO BE CUMULATIVE OF ZIPES, THEY SAID, "NO,

23  WE WON'T DO THAT.  WE'RE CARVING THAT OUT FROM ZIPES AND GIVING

24  IT TO DR. POPMA, AND ZIPES IS NOT GOING TO COVER IT.  ZIPES IS

25  NOT GOING TO BE THE ONE WHO READS THE TEST RESULTS AND TALKS

1    ABOUT THE CARDIOLITE PERFUSION RESULTS.  WE'RE GOING TO HAVE

2    POPMA, THE WORLD'S EXPERT, TO DO THAT, AND ZIPES IS GOING TO

3    TALK ABOUT MR. BARNETT."  AND NOW THIS IS EXACTLY WHAT POPMA

4    DID YESTERDAY.

5            **MR. ROBINSON:**  WE'RE GOING TO HAVE HIM RELY ON THESE

6    THINGS IN A SHORT FASHION.  BUT, ACTUALLY, POPMA DIDN'T GET

7    INTO DETAIL ABOUT THE TESTS.  ZIPES DID, AND THAT'S MAY 2ND --

8            **MR. BECK:**  HE DID.

9            **MR. ROBINSON:**  NO, HE DIDN'T.  HE DIDN'T TALK ABOUT

10   THE ECHO AND THINGS LIKE THAT.  HE DIDN'T SHOW THE ECHO PICTURE

11   AND -- ALL I'M SAYING IS, YOUR HONOR, WE'RE NOT GOING TO SPEND

12   A LOT OF TIME, BUT HE'S GOT TO SHOW THAT PART OF HIS BASIS FOR

13   HIS OPINION ABOUT VIOXX CAUSING MR. BARNETT'S HEART ATTACK IS

14   THE CLINICAL PICTURE.  AND SO WE HAVE TO GO THROUGH IT IN SOME

15   RAPID-FIRE WAY TO LET THE JURY KNOW THAT HE'S REVIEWED THE

16   RECORDS AND THAT HE RELIES ON THOSE THINGS.  WE'RE NOT GOING TO

17   FLESH THIS OUT, YOU KNOW, LIKE WE DID WITH POPMA, BUT IT'S PART

18   OF THE BASIS FOR HIS OPINION.

19           **MR. BECK:**  YOUR HONOR, MR. ROBINSON JUST MADE AN

20   ARGUMENT WHERE HE STARTED OUT SAYING POPMA DID NOT COVER IT AND

21   HE ENDED BY SAYING ZIPES IS NOT GOING TO COVER IT IN THE SAME

22   DETAIL THAT POPMA COVERED IT IN.

23           **MR. ROBINSON:**  ANYWAY, THAT -- HE NEEDS TO RELY ON

24   THIS FOR THE BASIS OF HIS OPINION.

25           **THE COURT:**  I UNDERSTAND.  WHICH ONES DO YOU HAVE

1638

1    PROBLEMS WITH?

2         **MR. BECK:**  WELL, 48, I HAVE PROBLEMS WITH.  49, THIS

3    IS THE TID, THE DOUGHNUT.  ANDY CROSS-EXAMINED HIM ON THE

4    DOUGHNUT, THAT WHAT HAPPENS IS THE DOUGHNUT GETTING WIDER OR

5    SMALLER.  HE GAVE LONG SPEECHES ON THE SUBJECT MATTER OF Z49

6    AND HE SHOWED GRAPHICS JUST LIKE --

7         **MR. ROBINSON:**  YOUR HONOR, ALL HE'S DOING --

8         **THE COURT:**  WAIT.  I UNDERSTAND.  LET ME HEAR HIM

9    FIRST.  50.  WHAT ABOUT 50?

10        **MR. BECK:**  AND 50 IS LEADING.  I DON'T THINK WE NEED

11   TO EVEN GET PAST THAT.

12        **THE COURT:**  50 IS OUT.

13        **MR. BECK:**  THE -- YOU KNOW, POPMA DID 61 -- OR 51,

14   52, 53, BUT I REALLY DON'T KNOW WHAT IT IS DR. ZIPES IS GOING

15   TO SAY, SO I THINK I COULD LIVE WITH THOSE.

16        **THE COURT:**  I DON'T HAVE 51.

17        **MR. BECK:**  IT'S 51.  I MAY HAVE MISSPOKE.

18        **MR. ROBINSON:**  THERE IS NO 51.

19        **MR. BECK:**  THEY ARE SUPPOSED TO BE OUT.

20        **THE COURT:**  YES.

21        **MR. BECK:**  WELL, THE ONES I DIDN'T HAVE A PROBLEM

22   WITH ARE, I GUESS, GOING TO BE INCLUDED.  51, 52, AND 53?

23        **THE COURT:**  RIGHT.  I DON'T HAVE THOSE.

24        **MR. BECK:**  AND HERE I WAS IN A SPIRIT OF GENEROSITY.

25   THE LAST TIME I'LL DO THAT.

DAILY COPY

```
 1          MR. ROBINSON:  YOU NEED 54, 55?
 2          MR. BECK:  IS 54, DO YOU INTEND TO DO THAT?
 3          MR. ROBINSON:  QUICKLY, JUST TO --
 4          MR. BECK:  I JUST ASKED IF THEY INTEND TO DO IT.
 5   YOUR HONOR, THIS IS WHAT POPMA DID YESTERDAY.
 6          THE COURT:  NO.  I UNDERSTAND.  BUT THIS IS A
 7   PERSON'S HEART.  I'LL ALLOW THE 48 AND 49, 54, 55.
 8          MR. BECK:  55, YOUR HONOR, IS -- THIS IS NOT THE
 9   PERSON'S HEART, AND NEITHER --
10          THE COURT:  WHAT IS 55?
11          MR. ROBINSON:  55, YOUR HONOR, IT IS HIS HEART.  AND
12   WHAT IT IS --
13          THE COURT:  IT'S THE RESULTS, ISN'T IT, OF --
14          MR. ROBINSON:  IT'S THE CARDIOLITE RESULTS WHERE HE
15   WAS OKAY IN '03.
16          MR. BECK:  YOUR HONOR --
17          MR. ROBINSON:  THAT'S THE BASIS OF HIS OPINION.
18          MR. BECK:  YOUR HONOR --
19          THE COURT:  WAIT.  WAIT.
20          MR. ROBINSON:  REGARDING VIOXX.
21          THE COURT:  OKAY.  I -- I UNDERSTAND.
22          MR. BECK:  YOUR HONOR, 49 AND 55 ARE EXACTLY THE
23   PHOTOS THAT DR. POPMA WENT THROUGH AT LENGTH YESTERDAY
24   CONCERNING THE CARDIOLITE PERFUSION RESULTS.
25          MR. ROBINSON:  POPMA NEVER TALKED ABOUT VIOXX.
```

DAILY COPY

1           **THE COURT:**  JUST A MINUTE.  I UNDERSTAND THE ISSUE.

2    I WILL ALLOW THAT.

3               IT'S HIM.  IT'S HIS RESULTS.  THIS EXPERT IS

4    BEING CALLED AS AN EXPERT WITNESS ON BARNETT.  HE'S GOT TO BE

5    ABLE TO LOOK AT BARNETT'S RESULTS.  WHETHER OR NOT SOMEBODY

6    ELSE LOOKED AT THEM, I DON'T REALLY FEEL IT'S NECESSARY.

7           **MR. BECK:**  O'KEEFE, YOUR HONOR, IS CUMULATIVE.

8    POPMA --

9           **THE COURT:**  WHICH ONE IS THAT?

10          **MR. BECK:**  O'KEEFE IS 56.

11          **MR. ROBINSON:**  OH.  WHAT HAPPENED WAS --

12          **MR. BECK:**  POPMA TESTIFIED AT LENGTH ABOUT THE

13   SIGNIFICANCE OF THE O'KEEFE ARTICLE WHEN IT COMES TO HOW TO

14   READ ALL THESE TESTS.

15          **MR. ROBINSON:**  NO.  THE -- WHAT HAPPENED IS THIS:

16   FIRST OF ALL, O'KEEFE CAME UP IN THE DEPOSITION OF DR. ZIPES

17   THAT ANDY TOOK, I THINK IT WAS THE 19TH, JULY 19.  NUMBER 1.

18               NUMBER 2, YESTERDAY THE DEFENSE GAVE THE JURORS

19   A MISIMPRESSION REGARDING THE OP ARTICLE AND WHAT THE RESULTS

20   OF THAT ARTICLE ARE.  AND FRANKLY, THAT WAS REALLY MISLEADING.

21               NOW, IN THE SPIRIT OF TRYING TO GET POPMA OFF

22   THE STAND, I DID A VERY QUICK -- THE JURORS WERE BORED, AND SO

23   I GOT HIM OFF IN FIVE MINUTES.  BUT DR. ZIPES SHOULD BE ABLE TO

24   SHOW WHAT HE RELIES UPON IN THE O'KEEFE ARTICLE TO MAKE SURE

25   THAT THE JURORS UNDERSTAND WHAT IT IS THAT SUPPORTS THE FACT

```
 1    THAT HE HAS NO RISK OR 2 PERCENT RISK BACK IN -- THAT JERRY
 2    BARNETT'S RISK OF HEART ATTACK IS 2 PERCENT IN JANUARY OF 2000.
 3              MR. BECK:  AND, YOUR HONOR, THEY SHOWED A GRAPHIC
 4    WITH 2 PERCENT, AND THEY WENT OVER IT AT LENGTH.  AND THEY WENT
 5    OVER O'KEEFE AT LENGTH, AND DR. POPMA DESCRIBED HOW O'KEEFE
 6    FORMED THE BASIS OF HIS OPINION ON 2 PERCENT.  AND THEY ARE
 7    JUST HAVING ANOTHER MAN REPEAT EXACTLY THE SAME OPINION.
 8              MR. ROBINSON:  NO, IT'S NOT.  IT'S GOING TO BE SOME
 9    MORE STUFF THAT ANDY DIDN'T LET -- REMEMBER?
10              THE COURT:  I DO.  I UNDERSTAND IT.  LET'S TAKE THE
11    SLIDE OUT.  I'LL HAVE TO DEAL WITH IT, IF IT COMES UP,
12    DIFFERENTLY.
13              MR. ROBINSON:  CAN I ASK HIM QUESTIONS BUT NOT PUT
14    THE SLIDE UP?
15              THE COURT:  LET'S SEE HOW IT WORKS.  I WON'T EXCLUDE
16    YOU FROM ASKING QUESTIONS.  JUST HEADS UP:  THE SLIDE IS OUT --
17              MR. ROBINSON:  THE SLIDE'S OUT.
18              THE COURT:  -- AND I'M AWARE OF WHAT THE OTHER DOCTOR
19    SAID.
20              MR. BECK:  NO PROBLEM WITH Z57.
21              MR. ROBINSON:  THAT'S JUST THE CARDIAC --
22              MR. BECK:  THIS IS, YOUR HONOR, THE SAME THING I
23    DISCUSSED EARLIER.
24              THE COURT:  I'LL ALLOW THAT IN.  58.
25                   59 IS THE SAME, HIS RESULTS.
```

1          **MR. ROBINSON:**  WELL, IT'S THE ZIPES' --

2          **MR. BECK:**  YES, 59 AND 60, I DON'T HAVE AN ISSUE

3   WITH.

4               61, PRETTY CLEARLY CUMULATIVE OF POPMA SINCE IT

5   SAYS OVER ON THE RIGHT-HAND SIDE "POPMA 16."

6          **MR. ROBINSON:**  THIS IS ZIPES' TESTING.

7          **THE COURT:**  I UNDERSTAND.  I'LL ALLOW THAT IN.  THIS

8   IS HIS RESULTS OF HIS TEST.  THE SAME WAY WITH 62.  IT'S HIS

9   RESULTS.

10         **MR. BECK:**  OKAY.  62 IS, AGAIN, EXACTLY WHAT

11  DR. POPMA ALREADY COMPARED.

12         **MR. ROBINSON:**  63 IS ZIPES ALSO.

13         **MR. BECK:**  63 AND 64, I DON'T HAVE AN ISSUE WITH.

14         **THE COURT:**  ALL RIGHT.

15         **MR. BECK:**  65, THIS IS A -- NUMBER ONE, IT'S

16  CUMULATIVE OF WHAT DR. POPMA DID; AND NUMBER TWO, IT'S ALSO

17  CUMULATIVE OF WHAT WAS EARLIER IN THE SLIDE SHOW.  WE'RE NOW

18  REPEATING THE SLIDE SHOW, LET ALONE WHAT DR. POPMA TESTIFIED

19  TO.

20         **THE COURT:**  I UNDERSTAND.  THAT'S HIS RIGHT CORONARY

21  ARTERY AND HIS COLLATERALS AND HIS VENOUS BRANCH.

22         **MR. ROBINSON:**  YES, HE --

23         **THE COURT:**  I'LL ALLOW THAT.  BUT 65, 66, AND 67 --

24  I'M SORRY.

25         **MR. BECK:**  NO, 67 IS DIFFERENT, YOUR HONOR.

```
1              THE COURT:  I'M SORRY.  65 AND 66, WHAT'S THE --

2              MR. ROBINSON:  67 IS --

3              THE COURT:  THIS ONE IS NOT LISTED, HUH, THE

4    PROGRESSION OF RAMUS?

5              MR. BECK:  67, THIS IS THE THING THEY DID WITH POPMA.

6              THE COURT:  YES.

7              MR. BECK:  AND THIS IS NOT HIS ARTERIES.

8              THE COURT:  YEAH.  I AGREE WITH THAT.  LET'S TAKE

9    THAT OUT.

10             MR. ROBINSON:  YOUR HONOR, BUT I WANTED TO TALK TO

11   HIM ABOUT --

12             THE COURT:  JUST TALK TO HIM ABOUT IT.

13             MR. BECK:  68, NO PROBLEM.  69, NO PROBLEM.  70 IS

14   LEADING.

15             THE COURT:  I SUSTAIN THAT.

16             MR. ROBINSON:  I'M GOING TO ASK HIM QUESTIONS ABOUT

17   THAT.

18             THE COURT:  YES.  OKAY.

19             MR. BECK:  80, I THINK YOU'VE ALREADY RULED.

20             THE COURT:  I DON'T HAVE 80.

21             MR. BECK:  IT'S THE SAME THING -- IT'S THE HEART WITH

22   THE YELLOW 80 PERCENT STUFF.

23             THE COURT:  IS THAT OUT OR IN?  I DON'T --

24             MR. BECK:  YOU SAID IT'S HIS HEART AND YOU'LL LET IT

25   IN.
```

```
 1              THE COURT:  I DON'T HAVE 80.

 2              MR. BECK:  I'M SORRY.  I SAID 80.  IT'S Z54 JUST IN

 3   THERE A SECOND TIME.

 4                   I THINK WE MAY -- AND IT MAY BE THAT I'M JUST --

 5   I GOT A SET THAT REPEATS ITSELF, BECAUSE I'VE GOT A BUNCH OF

 6   THINGS THAT ARE JUST THE SAME THING THAT WE'VE ALREADY SEEN.

 7              MR. ROBINSON:  MAYBE WE GAVE YOU TOO MUCH.

 8              MR. BECK:  THAT MUST BE IT.  AND THEN, YOUR HONOR, IF

 9   YOU SKIP TO -- 71 IS THE LAST ONE.

10              THE COURT:  I DON'T HAVE -- MINE STOPS AT 69.

11              MR. BECK:  OKAY.  WELL, MINE STOPS AT 70, WHICH YOU

12   SUSTAINED ON LEADING GROUNDS.  I DON'T HAVE A 71.  SO IF THERE

13   IS A 71, I'M GUESSING THAT I OBJECT TO IT.

14              THE COURT:  70 IS OUT.  THESE ARE THE ONES THAT YOU

15   CAN USE.  Z-2 -- MR. ROBINSON, HAVE YOU GOT THIS?  Z-2 IS IN,

16   YOU CAN USE.  Z3, Z4, Z5, Z7, Z8, Z9, Z10, Z11, 12, 13, 14 WITH

17   THE LEFT SIDE REMOVED, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25,

18   26, 27, 28, 29.

19              MR. BECK:  CAN YOU HOLD ON ONE SECOND, YOUR HONOR?

20              THE COURT:  YES, I'M SORRY.

21              MR. BECK:  27.  28.

22              THE COURT:  28, 29.

23              MR. BECK:  29.

24              THE COURT:  31.

25              MR. BECK:  31.
```

1     **THE COURT:**  34, 36, 38, 39, 40, 41, 42, 44, 46, 47,

2  48, 49, 54, 55, 57, 58, 59, 60, 61, '2, '3, '4, '5, '6, AND '8

3  AND 9.

4     OKAY.  LOOK, I MEET WITH YOU-ALL EVERY MORNING

5  BEFORE THE JURY COMES, EVERY AFTERNOON AFTER THE CASE IS OVER,

6  TO GET SOME FEELING FROM YOU AS TO WHAT PROBLEMS YOU'RE HAVING

7  AND WHAT AREAS YOU WANT TO DISCUSS.

8     MR. ROBINSON, ARE YOU LISTENING TO ME?

9     **MR. ROBINSON:**  YES, YOUR HONOR, I'M TRYING TO FIND MY

10  NOTES.

11     **THE COURT:**  SO I'M DISTURBED WHEN I HAVE A WITNESS

12  WHO IS GETTING READY TO TESTIFY AND IT'S THE FIRST TIME THAT

13  THE EXHIBITS HAVE BEEN GIVEN.  THAT'S NOT WHAT I WANT TO

14  HAPPEN.  I WANT YOU-ALL TO KNOW WHAT THE OTHER PERSON IS GOING

15  TO USE.  WE TAKE TOO MUCH TIME THIS WAY.

16     AND I DON'T TRY THESE CASES SIX AND EIGHT WEEKS,

17  BUT THE REASON I DON'T IS THAT WE WORK ON THEM MORNING, NOON,

18  AND NIGHT TO TRY TO STREAMLINE SOME OF THIS.  SO YOU HAVE GOT

19  TO TALK TO EACH OTHER BEFORE YOU START COMING CALLING THE

20  WITNESS.

21     WE'LL TAKE ANOTHER TEN-MINUTE BREAK, AND WHEN

22  THE JURY COMES IN, LOOK OVER THE MATERIAL AND LET'S GET ON IT.

23     **MR. BIRCHFIELD:**  YOUR HONOR, CAN WE TALK RIGHT HERE

24  FOR JUST A SECOND?

25     **THE COURT:**  DO YOU WANT THIS ON THE RECORD?

1          **MR. BIRCHFIELD:**  NO, YOUR HONOR.

2          (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

3          **THE DEPUTY CLERK:**   EVERYONE RISE.

4          **THE COURT:**  BE SEATED, PLEASE.  MEMBERS OF THE JURY,

5    WE'LL TRY TO GO ABOUT 12:30 AND TRY TO TAKE A BREAK UNTIL ABOUT

6    A QUARTER TO TWO.

7          **MR. ROBINSON:**  THE PLAINTIFF CALLS DR. ZIPES, DOUGLAS

8    ZIPES.

9          **THE DEPUTY CLERK:**  PLEASE STEP INTO THE WITNESS BOX.

10   WILL YOUR RAISE YOUR RIGHT HAND.

11         (WHEREUPON, **DOUGLAS ZIPES, M.D.,** HAVING BEEN DULY

12   SWORN, TESTIFIED AS FOLLOWS.)

13         **THE DEPUTY CLERK:**  PLEASE BE SEATED AND IF YOU'LL USE

14   THE MICROPHONE THERE.  IT'S ADJUSTABLE.  YOU CAN PULL IT TOWARD

15   YOU IF YOU WOULD LIKE.  WOULD YOU STATE YOUR FULL NAME FOR THE

16   RECORD.

17         **THE WITNESS:**  DOUGLAS PETER ZIPES.

18                            **VOIR DIRE**

19   BY MR. ROBINSON:

20   **Q.**   ARE YOU THE SAME DR. ZIPES THAT'S ON THIS BOOK HERE, THE

21   ONE WE'VE BEEN -- YOU DON'T KNOW THIS, BUT WE HAVE BEEN USING

22   IT IN THIS TRIAL.

23   **A.**   THANK YOU.

24   **Q.**   THAT'S YOU?

25   **A.**   THAT'S IT.

1647

1    **Q.**   WHAT KIND OF DOCTOR ARE YOU?

2    **A.**   I'M A HEART DOCTOR, A CARDIOLOGIST.

3    **Q.**   WHERE DID YOU GO TO UNDERGRADUATE SCHOOL?

4    **A.**   TO DARTMOUTH COLLEGE.

5    **Q.**   WHERE DID YOU GO TO MEDICAL SCHOOL?

6    **A.**   I WENT TO DARTMOUTH MEDICAL SCHOOL.  BUT, AT THAT TIME, IT

7    WAS ONLY A TWO-YEAR MEDICAL SCHOOL, AND I TRANSFERRED FOR THE

8    LAST TWO YEARS TO HARVARD MEDICAL SCHOOL.  SO MY M.D. DEGREE IS

9    FROM HARVARD.

10   **Q.**   AND AFTER GRADUATING FROM HARVARD, DID YOU THEN GO INTO

11   RESIDENCY?

12   **A.**   I DID.  I THEN WENT TO DUKE UNIVERSITY, WHERE I TRAINED IN

13   BOTH INTERNAL MEDICINE AND CARDIOLOGY.

14   **Q.**   AND HOW LONG WERE YOU AT DUKE?

15   **A.**   I WAS AT DUKE FOR FOUR YEARS.

16   **Q.**   AND TELL THE JURY WHAT YOU DID AT DUKE?

17   **A.**   THE FIRST TWO YEARS WERE IN GENERAL INTERNAL MEDICINE,

18   TAKING CARE OF PATIENTS WITH PNEUMONIA, HEART ATTACKS, AND A

19   WHOLE VARIETY OF THINGS.  THE SECOND TWO YEARS WERE ALL IN

20   CARDIOLOGY, TAKING CARE OF PATIENTS WITH HEART PROBLEMS.

21   **Q.**   AND THEN DID YOU -- WAS THAT -- DID YOU ALSO DO A

22   RESIDENCY AT DUKE?  IS THAT --

23   **A.**   YEAH.  IT WAS THE INTERNSHIP AND RESIDENCY AND THEN

24   FELLOWSHIP IN CARDIOLOGY IN THOSE FOUR YEARS.

25   **Q.**   AND WHAT IS A FELLOWSHIP?

1648

1    **A.**   A FELLOWSHIP IS ADDITIONAL TRAINING IN CARDIOLOGY.  AND

2    THE SECOND TWO YEARS, THEN, WERE TOTALLY DEVOTED TO PATIENTS

3    WITH HEART PROBLEMS.

4    **Q.**   THEN, NEXT, WHAT DID YOU DO AFTER DUKE?

5    **A.**   I THEN HAD TWO YEARS IN THE UNITED STATES NAVY, WHERE I

6    WAS IN CHARGE OF A CATHETERIZATION LABORATORY AND ALSO A

7    CORONARY CARE UNIT.  THIS WAS IN PORTSMOUTH, VIRGINIA.  I

8    FINISHED AS A LIEUTENANT COMMANDER AFTER THOSE TWO YEARS.

9    **Q.**   AND WHAT KIND OF PATIENTS DID YOU TAKE CARE OF IN THE

10    NAVY?

11    **A.**   THE WHOLE RANGE OF PATIENTS.  THE NAVY WASN'T THAT

12    PARTICULAR IN TERMS OF ME JUST TAKING CARE OF HEART PATIENTS,

13    SO I TOOK CARE OF EVERYBODY.

14          BUT SINCE I WAS IN CHARGE OF THE HEART

15    CATHETERIZATION LABORATORY AND DID CATHETERIZATIONS AND ALSO

16    WAS IN CHARGE OF THE CORONARY CARE UNIT, I TOOK CARE OF

17    PATIENTS WITH HEART ATTACKS AND HEART-RHYTHM PROBLEMS AS WELL.

18    BUT WHEN YOU'RE ON CALL IN THE NAVY, YOU TAKE CARE OF EVERYBODY

19    WHO COMES IN.

20    **Q.**   NOW, YOU SAY YOU'RE IN CHARGE OF THE HEART CATHETERIZATION

21    UNIT.

22    **A.**   (WITNESS NODS HEAD AFFIRMATIVELY.)

23    **Q.**   IS THAT THE SAME TYPE OF CATHETERIZATION THAT MR. BARNETT

24    HAD?

25    **A.**   INDEED IT IS.

1    Q.   SO WHERE DID YOU GO AFTER LEAVING THE NAVY?

2    A.   I WAS IN A VERY FORTUNATE POSITION BECAUSE SEVERAL PLACES

3    WANTED ME TO COME BACK TO THEIR INSTITUTIONS:  DUKE, INDIANA,

4    AND BAYLOR IN TEXAS.  INDIANA MADE ME AN OFFER I COULDN'T

5    REFUSE.  THEY SAID WE'LL START YOU AS AN ASSISTANT PROFESSOR

6    AND WE'LL PAY FOR YOUR -- FOR YOU TO GO ANYPLACE YOU WANT TO DO

7    A YEAR OF TRAINING IF YOU PROMISE TO COME BACK TO INDIANA."

8    Q.   DID THEY PAY YOU FOR THAT?

9    A.   AND I TOOK THAT OPPORTUNITY AND --

10   Q.   WHERE DID YOU GO?

11   A.   I WENT TO A PLACE CALLED UTICA, NEW YORK, WHICH IS UPSTATE

12   NEW YORK.  I TRAINED WITH THE PERSON WHO WAS THE PREMIER

13   HEART-RHYTHM DOCTOR, EXPERT, IN THE ENTIRE WORLD AND SPENT A

14   YEAR THERE AND THEN WENT BACK TO INDIANA.  AND THE IDEA -- I

15   TOLD MY WIFE WE WOULD BE THERE FOR TWO OR THREE YEARS AND THEN

16   WE WOULD BE ON OUR WAY TO CALIFORNIA.

17   Q.   DID YOU EVER MOVE TO CALIFORNIA?

18   A.   30-PLUS YEARS LATER, WE'RE STILL IN INDIANA.

19   Q.   OKAY.  DO YOU LIKE INDIANA?

20   A.   I LOVE INDIANA.  IT'S A WONDERFUL PLACE TO RAISE A FAMILY.

21   GOOD WHOLESOME PEOPLE.  IT'S VERY NICE.

22   Q.   WHAT'S YOUR WIFE'S NAME?

23   A.   JOAN.

24   Q.   HOW LONG HAVE YOU BEEN MARRIED?

25   A.   BE 46 YEARS IN JANUARY.

1    **Q.**   AND DO YOU HAVE CHILDREN?

2    **A.**   THREE CHILDREN, FIVE GRANDCHILDREN.

3            AND A TESTIMONY -- I SOUND LIKE A CHAMBER OF

4    COMMERCE, BUT A TESTIMONY TO INDIANA IS ALL THREE CHILDREN WENT

5    TO SCHOOL OUTSIDE OF INDIANA.  ALL HAVE COME BACK TO INDIANA,

6    AND THEY ALL LIVE TEN MINUTES AWAY.  FIVE GRANDCHILDREN.  WE

7    GET TOGETHER FOR EVERY BIRTHDAY, EVERY HOLIDAY.  ONCE A WEEK,

8    AT LEAST.  IT'S JUST GREAT.

9    **Q.**   YOU'RE VERY LUCKY?

10   **A.**   IT'S GREAT.  AND WHILE AT INDIANA, I'VE BEEN OFFERED CHIEF

11   OF CARDIOLOGY AT STANFORD, GEORGETOWN, MASS GENERAL IN BOSTON

12   AT HARVARD, AND COUNTLESS PLACES.  EACH TIME I WOULD GO, I

13   WOULD SAY, "MY GOD, I'VE GOT THE BEST JOB IN THE BEST PLACE."

14           **MR. BECK:**  YOUR HONOR, AS A FATHER OF AN INDIANA

15   UNIVERSITY STUDENT, I YIELD TO NO MAN IN MY ADMIRATION OF

16   BLOOMINGTON, BUT I THINK THAT WE NEED TO MOVE ON.

17           **THE COURT:**  LET'S MOVE ON, PLEASE.

18   **BY MR. ROBINSON:**

19   **Q.**   OKAY.  YOU LIKE INDIANA.

20   **A.**   I DO.

21   **Q.**   AND WE NOW KNOW THAT MR. BECK WENT TO INDIANA.

22           **MR. BECK:**  HIS SON.

23           **MR. ROBINSON:**  OH, YOUR SON.  SORRY.  YOU WENT TO

24   WISCONSIN.

25   **BY MR. ROBINSON:**

DAILY COPY

1    **Q.**   NOW, IS THERE A GROUP CALLED THE AMERICAN COLLEGE OF
2    CARDIOLOGY?
3    **A.**   THERE IS.
4    **Q.**   AND DID YOU HAVE AN OFFICE -- WHAT WAS YOUR HIGHEST OFFICE
5    IN THAT GROUP?
6    **A.**   THIS IS A GROUP OF 33,000 CARDIOLOGISTS WORLDWIDE, AND I
7    WAS FORTUNATE TO BE PRESIDENT OF THAT ORGANIZATION IN 2001.
8    **Q.**   NOW, HAVE YOU PUBLISHED PAPERS IN JOURNALS?
9    **A.**   I HAVE.
10   **Q.**   APPROXIMATELY HOW MANY?
11   **A.**   OVER 750.
12   **Q.**   AND HAVE YOU HAD THE PRIVILEGE TO EITHER BE AN EDITOR OR
13   AN AUTHOR OF BOOKS THAT DEAL WITH MEDICINE?
14   **A.**   I HAVE.  I'VE PUBLISHED SOME 18 TEXTBOOKS.
15   **Q.**   AND IS ONE OF THE TEXTBOOKS *BRAUNWALD HEART DISEASE*
16   *TEXTBOOK*, WHERE YOUR NAME IS AT THE TOP OF THE FRONT PAGE HERE
17   OF THE BOOK COVER?
18   **A.**   THAT'S CORRECT.  I WAS THE EDITOR-IN-CHIEF OF THAT
19   EDITION.
20   **Q.**   IS THAT THE CURRENT EDITION OF BRAUNWALD?
21   **A.**   IT IS.  WE'RE ACTUALLY WORKING ON THE NEXT EDITION NOW,
22   BUT THAT IS THE CURRENT EDITION.
23   **Q.**   AND YOU'RE THE EDITOR OF THAT.  THERE'S MANY DIFFERENT
24   ASPECTS OF CARDIOLOGY; IS THAT RIGHT?
25   **A.**   IT'S ALL OF CARDIOLOGY.

1    Q.   AND WHAT IS YOUR RESPONSIBILITY IN TERMS OF EDITING THE

2    DIFFERENT CHAPTERS AND WHATNOT IN THE BOOK?

3    A.   I'VE READ EVERY CHAPTER PRIOR TO SUBMITTING IT TO THE

4    PUBLISHER.  I NEED TO ADD THAT I DON'T -- DOCTORS EXPRESS THEIR

5    OWN OPINIONS ABOUT THINGS, AND I DIDN'T NECESSARILY AGREE WITH

6    EVERY OPINION EXPRESSED THERE.  BUT IF IT WERE VALIDATED AND

7    THE AUTHOR COULD SUPPORT WHAT THEY SAID, THEN I, AS AN EDITOR,

8    INDEED WENT ALONG WITH IT.

9    Q.   SO THAT'S A CAVEAT WHEN MR. BECK FINDS SOMETHING ON THE

10   BOOK --

11            THE COURT:  COME ON, COUNSEL.  LET'S GET THROUGH

12   THIS.

13   BY MR. ROBINSON:

14   Q.   IN ANY EVENT, DOCTOR, CAN YOU TELL US, HAVE YOU BEEN

15   PRACTICING MEDICINE AT THE CRANNER INSTITUTE?

16   A.   I HAVE.  I'VE BEEN PRACTICING MEDICINE FOR ALMOST 40 YEARS

17   NOW.

18   Q.   AND RIGHT NOW DO YOU HAVE A SUBSPECIALTY?

19   A.   I DO.

20   Q.   WHAT IS THAT IN?

21   A.   SUBSPECIALTY IN HEART-RHYTHM PROBLEMS.  SO I TAKE CARE OF

22   A LOT OF PATIENTS WHO HAVE HEART-RHYTHM PROBLEMS THAT ARE OFTEN

23   CAUSED BY HEART ATTACKS, HEART FAILURE, AND THE WHOLE VARIETY

24   OF ISSUES RELATED TO THE HEART.

25            I'M ALSO THE EDITOR IN CHIEF OF WHAT'S CALLED THE

1   *HEART RHYTHM JOURNAL*, WHICH IS THE IMPORTANT JOURNAL THAT DEALS
2   WITH HEART-RHYTHM ARTICLES.
3   **Q.**   OKAY.   THOUGH YOUR SPECIALTY IS HEART RHYTHMS, DO YOU ALSO
4   HAVE AN EXPERTISE IN THE AREA OF CARDIOLOGY?
5   **A.**   YES.   I'M FIRST AND FOREMOST A CARDIOLOGIST AND THEN HAVE
6   AS A SUBSPECIALTY HEART-RHYTHM PROBLEMS.
7   **Q.**   AND DO YOU HAVE ANY EXPERTISE IN THE AREA OF PHARMACOLOGY?
8   **A.**   I DO.   I'M ALSO -- I'M NOW EMERITUS, BUT I WAS PROFESSOR
9   OF MEDICINE PHARMACOLOGY AND TOXICOLOGY.   MUCH OF MY WORK OVER
10  THE YEARS HAVE DEALT WITH DRUGS THAT INFLUENCE THE HEART.
11  **Q.**   AND THAT REMINDS ME, DO YOU HAVE RELATIONSHIPS WHERE YOU
12  ACTUALLY WORK FOR PHARMACEUTICAL COMPANIES?
13  **A.**   I DON'T WORK FOR, BUT I CONSULT FOR NUMEROUS
14  PHARMACEUTICAL COMPANIES OVER THE YEARS, AS WELL AS
15  MEDICAL-DEVICE COMPANIES, SPECIFICALLY MEDTRONIC, WHICH IS THE
16  MAKER OF IMPLANTABLE PACEMAKERS AND DEFIBRILLATORS.
17  **Q.**   NOW, WE'RE -- IT'S GOING TO COME UP.   COUNSEL BROUGHT UP
18  IN OPENING -- I KNOW YOU WEREN'T HERE, BUT -- AND WE STATED
19  THAT YOU'RE BEING PAID BY ME.
20  **A.**   YES.
21  **Q.**   DOES THE FACT THAT YOU'RE BEING PAID BY ME INFLUENCE YOUR
22  OPINIONS HERE TODAY?
23  **A.**   NOT AT ALL.
24  **Q.**   BUT WHEN YOU WORK FOR THESE DRUG COMPANIES, WHAT RATE DO
25  YOU CHARGE?

1    **A.**   IN THE PAST FIVE OR SIX YEARS, $1,000 AN HOUR.

2    **Q.**   WHAT DID YOU CHARGE ME?

3    **A.**   $1,000 AN HOUR.

4    **Q.**   NOW, AT MY REQUEST, DID YOU GO TO GREAT LENGTHS TO STUDY

5    VIOXX?

6    **A.**   I HAVE SPENT A LOT OF HOURS STUDYING VIOXX.

7    **Q.**   AND WITH REGARD TO THIS CASE AND THE VIOXX ARTICLES AND

8    THE LIKE, HOW MANY HOURS DO YOU ESTIMATE YOU'VE PUT IN, JUST

9    WITHIN A RANGE?

10   **A.**   I HAVEN'T TALLIED ALL OF THEM, BUT PROBABLY IN THE RANGE

11   OF 3- OR 400 HOURS.

12   **Q.**   OKAY.  NOW, SO YOU FEEL THAT AFTER STUDYING -- WHAT DID

13   YOU REVIEW WITH REGARD TO VIOXX?

14   **A.**   BOXES OF MATERIALS YOU SENT ME.  I READ CERTAINLY THE

15   MEDICAL REPORTS OF MR. GERALD BARNETT.  I READ NUMEROUS

16   DEPOSITIONS.  I WENT THROUGH HUNDREDS OF PUBLISHED ARTICLES,

17   BOTH BASIC ARTICLES AS WELL AS CLINICAL ARTICLES.

18           I READ THE EPIDEMIOLOGIC STUDIES, CERTAINLY THE

19   RANDOMIZED CONTROL TRIALS, AND A NUMBER OF THE OBSERVATIONAL

20   TRIALS.  I READ EXPERT REPORTS.

21           I MAY HAVE LEFT OUT ONE OR TWO CATEGORIES, BUT THAT

22   SUMMARIZES IT.

23   **Q.**   DID YOU LOOK AT ALL OF THE STUDIES THAT WERE DONE ON

24   MR. BARNETT?

25   **A.**   I DID.

1    **Q.**   AND BY THE WAY, DR. POPMA WAS HERE YESTERDAY.  WAS

2    DR. POPMA ONE OF THE WRITERS OR AUTHORS FOR YOUR BOOK?

3    **A.**   YES.  WE HAD SELECTED DR. POPMA AS ONE OF THE WORLD'S

4    EXPERTS IN INTERVENTIONAL CARDIOLOGY; THAT IS, CATHETERIZATION,

5    STENTS, AND THOSE KINDS OF THINGS.  HE WROTE THE CHAPTERS IN

6    THAT TEXTBOOK.

7    **Q.**   SO, IN OTHER WORDS, YOU KNEW DR. POPMA BEFORE THIS CASE?

8    **A.**   I DID.

9         **MR. BECK:**  YOUR HONOR, I DON'T THINK THIS HAD

10   ANYTHING TO DO WITH HIS QUALIFICATIONS.

11        **MR. ROBINSON:**  I JUST WANT TO MAKE SURE THAT THE

12   JURORS KNOW --

13        **THE COURT:**  LET'S GO ON, PLEASE.

14   **BY MR. ROBINSON:**

15   **Q.**   OKAY.  NOW, WITH EVERYTHING YOU'VE READ, HAVE YOU COME TO

16   SOME OPINIONS REGARDING JERRY BARNETT'S HEART ATTACK AND

17   ATHEROSCLEROSIS?

18   **A.**   I HAVE.

19   **Q.**   CAN YOU TELL US IN GENERAL:  DO YOU HAVE AN OPINION AS TO

20   WHETHER OR NOT VIOXX WAS A CAUSE OF MR. BARNETT'S

21   ATHEROSCLEROSIS AND HEART ATTACK?

22   **A.**   I DO.

23   **Q.**   WHAT IS THAT OPINION?

24        **MR. BECK:**  YOUR HONOR --

25        **THE COURT:**  WAIT.  JUST A MOMENT.  ARE YOU GOING TO

1 TENDER HIM AS AN EXPERT?

2 **MR. ROBINSON:** YES, I'M GOING TO TENDER HIM AS AN

3 EXPERT.  THIS IS A GOOD TIME FOR MR. BECK.

4 **TRAVERSE**

5 **BY MR. BECK:**

6 **Q.** DOCTOR, I THINK YOU MENTIONED THE NOTION OF BOARD

7 CERTIFICATION; IS THAT RIGHT?

8 **A.** THAT'S CORRECT.

9 **Q.** AND IS BOARD CERTIFICATION A SITUATION WHERE THE MEDICAL

10 AUTHORITIES FOR THE STATE OR THE NATION ADMINISTER TESTS TO

11 ENSURE THAT DOCTORS ARE COMPETENT TO PRACTICE IN CERTAIN AREAS

12 OF MEDICINE?

13 **A.** THAT'S CORRECT.  AND I WAS CHAIR OF THE AMERICAN BOARD OF

14 INTERNAL MEDICINE, WHICH WRITES THOSE EXAMINATIONS.

15 **Q.** AND YOU ARE CERTIFIED, AS I UNDERSTAND IT, IN INTERNAL

16 MEDICINE AND THEN GENERAL CARDIOLOGY; IS THAT RIGHT?

17 **A.** THAT IS CORRECT.  I WAS ALSO CERTIFIED AS A CARDIAC

18 ELECTROPHYSIOLOGIST.  BUT SINCE I HAD PREVIOUSLY WRITTEN THAT

19 EXAMINATION FOR OTHERS TO TAKE, WHEN MY BOARD-CERTIFICATION

20 TIME LAPSED, I DID NOT WANT TO TAKE THAT EXAMINATION.  SO,

21 TECHNICALLY, I AM NO LONGER CERTIFIED AS AN

22 ELECTROPHYSIOLOGIST.

23 **Q.** SO, THEN, AS I UNDERSTAND IT, WITHIN CARDIOLOGY, WHICH IS

24 HEART MEDICINE, THERE ARE SUBSPECIALTIES THAT PEOPLE CAN GET

25 CERTIFIED IN?

1657

1   **A.**   THAT'S CORRECT.

2   **Q.**   ONE OF THEM IS ELECTROPHYSIOLOGY, WHICH YOU WERE CERTIFIED

3   IN, BUT THAT HAS LAPSED?

4   **A.**   IT LAPSED LAST YEAR, AND I DIDN'T BOTHER RECERTIFYING.

5   **Q.**   AND THEN IS ANOTHER SUBSPECIALTY OF CARDIOLOGY CALLED

6   INTERVENTIONAL CARDIOLOGY.

7   **A.**   THAT'S CORRECT.

8   **Q.**   AND HAVE YOU EVER BEEN CERTIFIED IN INTERVENTIONAL

9   CARDIOLOGY?

10  **A.**   NO, I HAVE NOT.

11  **Q.**   AND YOU INDICATED THAT ELECTROPHYSIOLOGY, WHERE YOU WERE

12  CERTIFIED, THAT INVOLVES STUDIES OF HEART-RHYTHM DISTURBANCES;

13  IS THAT RIGHT?

14  **A.**   THAT'S RIGHT.

15  **Q.**   AND THE HEART, WHILE WE HAVEN'T TALKED ABOUT IT MUCH IN

16  THIS CASE, THERE ARE ELECTRICAL IMPULSES THAT PASS FROM VARIOUS

17  PLACES IN THE HEART THAT HELP IT PUMP; RIGHT?

18  **A.**   YES.

19  **Q.**   AND THIS, BASICALLY, IS YOUR AREA OF SPECIALTY; CORRECT?

20  **A.**   THAT'S CORRECT.

21  **Q.**   MR. BARNETT DID NOT HAVE ANY HEART-RHYTHM DISTURBANCES;

22  CORRECT?

23  **A.**   NOT AS OF THIS TIME.

24  **Q.**   AND SO THAT PARTICULAR AREA OF YOUR EXPERTISE REALLY IS

25  NOT INVOLVED IN HIS MEDICAL CONDITION; RIGHT?

1  **A.**   THAT'S CORRECT.  IT'S MY EXPERTISE AS A GENERAL
2  CARDIOLOGIST THAT IS INVOLVED.
3  **Q.**   AND THEN IF YOU MOVE FROM GENERAL CARDIOLOGIST TO
4  INTERVENTIONAL CARDIOLOGY, DOES INTERVENTIONAL CARDIOLOGY,
5  WHERE YOU ARE NOT CERTIFIED, DOES THAT FOCUS ON WHAT ARE CALLED
6  INVASIVE HEART PROCEDURES?
7  **A.**   THAT DOES.  BUT ELECTROPHYSIOLOGY FOCUSES ON INVASIVE
8  PROCEDURES AS WELL.
9  **Q.**   WELL, THE PARTICULAR INVASIVE PROCEDURES THAT
10 INTERVENTIONAL CARDIOLOGY DEALS WITH, DO THEY INCLUDE
11 ANGIOGRAMS?
12 **A.**   THEY DO.
13 **Q.**   WHERE YOU INJECT DYE IN THE CORONARY ARTERIES AND YOU TAKE
14 PICTURES OF WHAT HAPPENS?
15 **A.**   THAT'S CORRECT.
16 **Q.**   LIKE MR. BARNETT HAD IN 2002 AND 2006?
17 **A.**   YES.
18 **Q.**   AND DOES INTERVENTIONAL CARDIOLOGY, WHERE YOU'RE NOT
19 CERTIFIED, INVOLVE ANGIOPLASTY?
20 **A.**   IT DOES.
21 **Q.**   AND DOES INTERVENTIONAL CARDIOLOGY INCLUDE STENT
22 PLACEMENTS?
23 **A.**   IT DOES.
24 **Q.**   WHERE YOU GO IN THERE WITH THAT LITTLE PIECE OF
25 SCAFFOLDING THAT OPENS UP AND PUSHES THE PLAQUE BACK AND LET'S

1659

1   THE BLOOD FLOW THROUGH; RIGHT?

2   A.   SORT OF LIKE THAT.

3   Q.   SORT OF.  AND MR. BARNETT HAD ONE OF THOSE DONE IN 2006;

4   RIGHT?

5   A.   THAT'S CORRECT.

6   Q.   AND I THINK ANGIOGRAMS ARE PROBABLY THE SAME THING AS THE

7   KIND OF CATHETERIZATIONS THAT MR. BARNETT HAD?

8   A.   YES, SIR.

9   Q.   ALL OF THOSE FALL WITHIN INTERVENTIONAL CARDIOLOGY WHERE

10  YOU WERE NOT CERTIFIED; IS THAT RIGHT?

11  A.   IT DOES IN THE SENSE THAT THOSE ARE THE PEOPLE WHO

12  ACTUALLY PRACTICE THAT.  HOWEVER, IN TAKING CARE OF PATIENTS

13  WHO ARE SUBJECTED TO THAT, I DEAL WITH THOSE ISSUES ON A DAILY

14  OR A WEEKLY BASIS BECAUSE I SEND MY PATIENTS FOR THOSE

15  PROCEDURES, REVIEW THOSE PROCEDURES, AND MAKE THE DECISION,

16  EITHER ALONE OR WITH THE INTERVENTIONAL CARDIOLOGIST, THAT MY

17  PATIENTS SHOULD HAVE A CATHETERIZATION OR A STENT PLACEMENT.

18          SO WHILE I'M NOT BOARD-CERTIFIED IN THAT AREA, I DEAL

19  WITH THOSE THINGS ON ALMOST A DAILY BASIS.

20  Q.   HAVE YOU DONE ANY INTERVENTIONAL CARDIOLOGY PROCEDURES AT

21  ALL IN THE LAST 30 YEARS?

22  A.   I HAVE NOT.

23  Q.   ARE THERE CARDIOLOGISTS AT YOUR HOSPITAL IN BLOOMINGTON,

24  INDIANA, WHO ARE CERTIFIED INTERVENTIONAL CARDIOLOGISTS?

25  A.   FIRST OF ALL, THE HOSPITAL IS IN INDIANAPOLIS, NOT IN

1  BLOOMINGTON.

2  **Q.**   THE UNIVERSITY IS IN BLOOMINGTON; RIGHT?

3  **A.**   THE UNIVERSITY IS IN BLOOMINGTON.  AND CERTAINLY, THERE

4  ARE EXPERTS WHO DO THAT PROCEDURE.

5  **Q.**   AND THEY ARE THE ONES WHO PERFORM THE ANGIOGRAMS OR

6  CATHETERIZATIONS AND THE STENT PROCEDURES; RIGHT?

7  **A.**   THEY DO THE ACTUAL PROCEDURE.  BUT I WANT TO EMPHASIZE,

8  THEY INTERACT WITH ME, IF IT'S MY PATIENT, IN TERMS OF WHETHER

9  THE PROCEDURE SHOULD BE DONE AND WHETHER A STENT SHOULD BE

10 PLACED.

11 **Q.**   BUT WHEN IT COMES TIME TO ACTUALLY INTERPRETING THE

12 RESULTS, LOOKING AT THE FILMS AND THAT SORT OF THING, THEY, THE

13 PEOPLE WHO ARE ACTUALLY CERTIFIED IN INTERVENTIONAL CARDIOLOGY,

14 ARE THE ONES WHO DO THE PRIMARY INTERPRETATION OF THOSE FILMS;

15 ISN'T THAT RIGHT, SIR?

16 **A.**   THEY DO THE OFFICIAL INTERPRETATION.  JUST LIKE THERE IS

17 AN OFFICIAL RADIONUCLEI BOARD-CERTIFIED CARDIOLOGIST TO

18 INTERPRET A CARDIOLITE EXAMINATION.  HOWEVER, I REVIEW THOSE

19 RESULTS AND DISCUSS THEM WITH THE DOCTOR.

20         AND I WOULD ALSO LIKE TO REMIND YOU THAT, AS I SAID

21 BEFORE, I WAS CHAIRMAN OF THE BOARD THAT WROTE ALL OF THOSE

22 EXAMINATIONS AND ALL OF THESE CERTIFICATIONS.  SO I HAVE A

23 GREAT DEAL OF KNOWLEDGE AS TO HOW THEY ARE DONE, HOW THEY ARE

24 INTERPRETED, AND WHAT ONE SHOULD DO WITH THE INFORMATION.

25 **Q.**   EVEN FOR THE PATIENTS THAT YOU SEE, IF THEY HAVE A

1    CATHETERIZATION OR A STENT, AND SOMEBODY NEEDS TO READ THE

2    FILMS, THE OFFICIAL PRIMARY JOB OF INTERPRETING THOSE FILMS

3    GOES TO SOMEONE WHO IS CERTIFIED IN THAT AREA, LIKE DR. POPMA,

4    WE HEARD FROM YESTERDAY; RIGHT?

5    **A.**   CERTAINLY.  AND THAT'S THE WAY IT'S DONE THROUGHOUT THE

6    UNITED STATES.

7    **Q.**   YOU TALKED ABOUT HOW YOU STILL SEE PATIENTS; IS THAT

8    RIGHT?

9    **A.**   THAT'S CORRECT.

10   **Q.**   AND IS THAT FOR ABOUT A HALF-A-DAY PER WEEK?

11   **A.**   THAT'S EXACTLY RIGHT.

12   **Q.**   AND I --

13   **A.**   I ALSO WANT TO ADD, HOWEVER, AS I HAVE STATED IN MY

14   DEPOSITION OR REPORT --

15   **Q.**   I'M NOT QUIZZING YOU ABOUT YOUR DEPOSITION NOW.  I'M JUST

16   ASKING YOU HOW MANY DAYS A WEEK YOU ACTUALLY SEE PATIENTS.  IS

17   THAT HALF-A-DAY A WEEK?

18   **A.**   IT'S A HALF-A-DAY A WEEK WITH EXPLANATION.

19   **Q.**   YOU NEED TO EXPLAIN THAT?

20   **A.**   YES.

21   **Q.**   OKAY.

22   **A.**   BECAUSE I DEAL WITH PATIENTS ALL DAY LONG.  AT

23   CONFERENCES, AT -- PHYSICIANS PRESENT PATIENTS TO ME AND ASK MY

24   ADVICE ABOUT WHAT TO DO.  I RECEIVE CALLS FROM FOREIGN

25   COUNTRIES, E-MAILS FROM FOREIGN COUNTRIES, ABOUT HOW TO HANDLE

1    A PATIENT.  I'M GOING HOME TONIGHT TO TAKE CARE OF A PATIENT

2    WHO HAS COME FROM A FOREIGN COUNTRY FOR ME TO TAKE CARE OF

3    THEM.

4           SO WHILE YOU SAY IT'S A HALF-DAY A WEEK, THAT'S

5    ACTUALLY HANDS-ON, BUT I DEAL WITH PATIENTS ALL WEEK LONG.

6    Q.   WELL, JUST TO BE CLEAR, IT WAS YOU IN YOUR DEPOSITION WHO

7    SAID IT WAS HALF-DAY A WEEK; RIGHT?

8    A.   ABSOLUTELY RIGHT.

9    Q.   OKAY.  NOW, TURNING TO YOUR -- YOU SAID YOU WERE GOING TO

10   GIVE OPINIONS ABOUT WHETHER VIOXX HAD SOMETHING TO DO WITH

11   MR. BARNETT'S HEART ATTACK.  YOU'VE WRITTEN A LOT OF ARTICLES

12   AND YOU'VE BEEN THE EDITOR OF A BIG BOOK; RIGHT?

13   A.   THAT'S CORRECT.

14   Q.   DO YOU HAVE ANY PUBLICATIONS AT ALL ON VIOXX OR ANY OTHER

15   COX-2 INHIBITORS?

16   A.   I DO NOT.

17   Q.   DO YOU HAVE ANY PUBLICATIONS AT ALL ON ANY NSAIDS?  YOU

18   KNOW WHAT NSAIDS ARE; RIGHT?

19   A.   I DO.

20   Q.   DO YOU HAVE ANY PUBLICATIONS ON THOSE?

21   A.   I DO NOT.

22   Q.   DO YOU HAVE ANY PUBLICATIONS ON WHETHER COX-2 INHIBITORS

23   SOMEHOW COULD CAUSE AN IMBALANCE BETWEEN PROSTACYCLIN AND

24   THROMBOXANE?

25   A.   NO.  BECAUSE THE AREA -- WELL, FIRST OF ALL, LET ME BACK

1  UP.  I ACTUALLY HAVE THREE PUBLICATIONS THAT DEAL DIRECTLY WITH
2  PROSTACYCLIN.
3  **Q.**   DO YOU HAVE ANY PUBLICATIONS ON WHETHER COX-2 INHIBITORS
4  CAUSE AN IMBALANCE IN PROSTACYCLIN AND THROMBOXANE?
5  **A.**   I DO NOT.
6  **Q.**   DO YOU HAVE ANY PUBLICATIONS ON WHETHER COX-2 INHIBITORS
7  CAUSE PLAQUE FORMATION?
8  **A.**   I DO NOT.
9  **Q.**   HOW ABOUT WHETHER COX-2 INHIBITORS CAUSE PROGRESSION OF
10  PLAQUE OR ACCELERATION OF ATHEROSCLEROSIS?
11  **A.**   I DO NOT.
12  **Q.**   DO YOU HAVE ANY PUBLICATIONS ON WHETHER COX-2 INHIBITORS
13  CAUSE PLAQUE RUPTURE?
14  **A.**   I DO NOT.
15  **Q.**   HAVE YOU EVER PRESCRIBED VIOXX TO ANYBODY?
16  **A.**   NOT THAT I REMEMBER.
17  **Q.**   HAVE YOU EVER PRESCRIBED CELEBREX TO ANYBODY?
18  **A.**   THAT, I MAY -- THAT WAS ASKED, AND I JUST DON'T REMEMBER.
19  **Q.**   DO YOU REMEMBER WHETHER YOU'VE EVER PRESCRIBED ANY COX-2
20  INHIBITOR FOR ANY PATIENT?
21  **A.**   IF I DID, IT MAY HAVE BEEN CELEBREX, BUT I DON'T REALLY
22  REMEMBER.
23  **Q.**   BEFORE BEING HIRED AS AN EXPERT IN THIS CASE, HAD YOU EVER
24  HAD OCCASION TO DIAGNOSE A PATIENT WHO HAD HAD A HEART ATTACK
25  AND SAID THAT IT WAS CAUSED BY VIOXX?

1664

1   **A.**   NO.   NOT EVEN AFTER I WAS HIRED ON THIS CASE.

2   **Q.**   YOU MENTIONED HOW MUCH YOU'RE BEING PAID.  AS I DO THE

3   MULTIPLICATION, IT SOUNDED LIKE, SO FAR, YOU EITHER HAVE BEEN

4   PAID OR TIME IN FOR SOMEWHERE BETWEEN 300- TO $400,000 FOR YOUR

5   WORK JUST ON MR. BARNETT'S CASE.

6   **A.**   I'VE BEEN PAID $275,000.  THE REST WAS AN ESTIMATE.

7   **Q.**   OKAY.  SO YOU HAVE TO TALLY UP THE HOURS AND SUBMIT THEM

8   TO MR. ROBINSON?

9   **A.**   THAT'S CORRECT.

10  **Q.**   AND YOUR BEST ESTIMATE IS THAT, AS OF RIGHT NOW, THE TOTAL

11  AMOUNT THAT YOU WOULD BE OWED, INCLUDING WHAT YOU'VE BEEN PAID,

12  IS 300 TO $400,000; RIGHT?

13  **A.**   I THINK SO.

14  **Q.**   NOW, WILL YOU BE TESTIFYING FOR MR. ROBINSON IN OTHER

15  VIOXX CASES?

16  **A.**   I DON'T KNOW.  WE HAVE NOT DETERMINED THAT.

17  **Q.**   AND DO YOU HAVE ANY ARRANGEMENTS TO TESTIFY FOR OTHER

18  PLAINTIFFS LAWYERS IN OTHER VIOXX CASES?

19  **A.**   I HAVE BEEN APPROACHED BY MULTIPLE LAWYERS.  I HAVE NOT

20  AGREED TO TESTIFY IN ANY OTHER CASE AT THE PRESENT TIME.

21  **Q.**   AND HOW LONG HAVE YOU BEEN IN NEW ORLEANS GETTING READY TO

22  TESTIFY IN THIS CASE?

23  **A.**   12 DAYS.

24  **Q.**   YOU'VE BEEN HERE FOR 12 DAYS?

25  **A.**   YES.

DAILY COPY

1665

1    MR. BECK:  WELL, I'LL WAIT TILL LATER AND ASK HIM

2  WHAT HE'S BEEN DOING FOR THE 12 DAYS, YOUR HONOR.

3    THE COURT:  YOU'RE TENDERING HIM IN WHAT FIELD?

4    MR. ROBINSON:  YES, YOUR HONOR.

5    THE COURT:  IN WHAT FIELD?

6    MR. ROBINSON:  IN THE FIELD OF -- WELL, ACTUALLY IN

7  THE FIELD OF VIOXX CAUSATION AND THE FIELD OF CAUSATION OF

8  HEART ATTACKS AND THE FIELD OF CARDIOLOGY, GENERAL CARDIOLOGY,

9  AND PARTICULARLY CAUSATION OF ATHEROSCLEROSIS AND HEART ATTACK.

10    MR. BECK:  YOUR HONOR, I OBJECT ON THAT --

11    THE COURT:  YES.  THOSE ARE SPECIFIC QUESTIONS.  I'LL

12  ADMIT HIM AS AN EXPERT CARDIOLOGIST AND ALLOW HIM TO TESTIFY.

13    MR. ROBINSON:  THANK YOU, YOUR HONOR.

14    **DIRECT EXAMINATION**

15  BY MR. ROBINSON:

16  Q.  BY THE WAY, HE ASKED YOU THESE QUESTIONS ABOUT ME HIRING

17  YOU; RIGHT?

18  A.  YES.

19  Q.  TELL THE JURY WHO ELSE TRIED TO HIRE YOU AT $1,000 AN

20  HOUR.

21  A.  MERCK ASKED ME TO BE A DEFENSE EXPERT FOR THEM AND SAID

22  THAT THE THOUSAND DOLLARS AN HOUR WAS QUITE ACCEPTABLE TO THEM.

23  Q.  SO THEY THOUGHT YOU WERE AN EXPERT ENOUGH TO TESTIFY;

24  CORRECT?

25  A.  CORRECT.

DAILY COPY

1    **THE COURT:** WHAT WAS YOUR LAST QUESTION BEFORE THE --

2    **MR. ROBINSON:** YOUR HONOR, I SORT OF FORGOT. I'LL

3    TRY AND START BACK.

4    **BY MR. ROBINSON:**

5    **Q.** NOW, DOCTOR, I'M GOING TO GIVE YOU THESE NOTES HERE. DID

6    YOU MAKE NOTES THAT YOU REFER TO IN YOUR TESTIMONY -- FOR YOUR

7    TESTIMONY?

8    **A.** I DID.

9    **Q.** AND I GAVE A COPY TO MR. BECK.

10   **A.** YES.

11   **Q.** NOW, DOCTOR, DO YOU HAVE AN OPINION AS TO WHETHER OR NOT

12   VIOXX CAUSED MR. BARNETT'S HEART ATTACK?

13   **A.** I DO.

14   **Q.** WHAT IS THAT OPINION?

15   **A.** THAT IT DID.

16   **Q.** AND WHAT DO YOU BASE THAT OPINION ON?

17   **A.** I BASE THE OPINION ON A REVIEW OF THE ANIMAL STUDIES THAT

18   PROVIDE BIOLOGIC PLAUSIBILITY, A MECHANISM BY WHICH VIOXX CAN

19   DO THAT. I BASE THE OPINION ON THE REVIEW OF THE EPIDEMIOLOGIC

20   DATA, THE DATA THAT ACTUALLY DEAL WITH PATIENTS WHO'VE HAD

21   VARIOUS STUDIES THAT WERE DONE. I BASE THE OPINION ON ACTUALLY

22   GOING THROUGH MR. BARNETT'S MEDICAL RECORDS VERY CAREFULLY AND

23   COULD FIND NO OTHER CAUSE OF HIS ACCELERATED ATHEROSCLEROSIS

24   AND HEART ATTACK.

25   I BASE MY OPINION ON THE RESULTS OF THE FDA ADVISORY

1667

1    COMMITTEE IN 2005.  32 INDEPENDENT SCIENTISTS REVIEWED ALL OF

2    THESE DATA, ALL OF THIS INFORMATION, AND CAME TO THE

3    CONCLUSION, 32 TO ZERO, THAT VIOXX INDEED DID CAUSE AN INCREASE

4    IN CARDIAC EVENTS.  SO THE SUMMATION OF ALL -- AND THEIR

5    CONCLUSIONS WERE THE SAME AS THE ONES THAT I ARRIVED AT

6    INDEPENDENTLY.

7    Q.    AND DO YOU KNOW SOME OF THE DOCTORS THAT WERE ON THAT

8    COMMITTEE, THE 32 DOCTORS THAT VOTED?

9    A.    I DO.  FIVE OR SIX OF THEM, INDEED, ARE GOOD FRIENDS.  AND

10   I HAD BEEN INVITED TO BE ON THAT ADVISORY COMMITTEE ON SEVERAL

11   OCCASIONS, BUT BECAUSE OF MY CONSULTING FOR INDUSTRY, BOTH FOR

12   DRUG COMPANIES AS WELL AS THE DEVICE COMPANIES, I FELT I HAD A

13   CONFLICT OF INTEREST TO ACTUALLY GO ON AN ADVISORY COMMITTEE

14   THAT MADE RULES ABOUT THE DRUGS.  SO I HAVE TURNED THEM DOWN

15   OVER THE YEARS.

16   Q.    OKAY.  NOW, DOCTOR, I WANT TO TAKE THOUGH A SERIES OF

17   SLIDES THAT WILL SHOW THE BASES FOR YOUR OPINIONS HERE.  DO YOU

18   HAVE A COPY OF THAT HERE?

19   A.    YES.

20   Q.    GO TO THE FIRST SLIDE.  OKAY.  WHAT IS THE -- YOU HAVE

21   A -- AND ALSO THERE IS BEHIND YOU, DOCTOR, THERE IS A MODEL OF

22   A HEART.  IF YOU NEED TO USE IT, YOU CAN ACTUALLY MAYBE SHOW

23   THE JURY.  WHAT IS THIS FIRST --

24   A.    THIS IS A PICTURE OF THE HEART.  IN THE RED IS THE

25   CORONARY ARTERIES.  THAT'S THE RIGHT CORONARY ARTERY.

DAILY COPY

1     THAT'S THE CORONARY ARTERY THAT GOES TO THE FRONT OF

2  THE HEART, AND THAT'S CALLED THE LEFT ANTERIOR DESCENDING

3  CORONARY ARTERY.  IT BRANCHES OFF FROM WHAT'S CALLED THE LEFT

4  MAIN CORONARY ARTERY AND THEN AN ARTERY THAT GOES TO THE BACK

5  OF THE HEART, WHICH IS CALLED THE LEFT CIRCUMFLEX.

6     IT'S IMPORTANT TO REMEMBER THE HEART IS A MUSCLE,

7  JUST LIKE YOUR BICEPS IS A MUSCLE, AND IT REQUIRES BLOOD FLOW

8  THAT CARRIES OXYGEN AND NUTRIENTS TO KEEP THE HEART MUSCLE

9  ALIVE.

10 Q.   OKAY.  GO TO THE NEXT SLIDE, PLEASE.  WHAT DOES THIS SLIDE

11 SHOW?

12 A.   THIS IS A PICTURE OF A DRAWING OF WHAT A CORONARY ARTERY

13 WOULD LOOK LIKE.  SO IT'S ALMOST LIKE A WATER HOSE THROUGH

14 WHICH YOU SPRAY YOUR LAWN.  HOWEVER, OBVIOUSLY, IN THIS

15 INSTANCE, BLOOD FLOW GOES THROUGH THE CENTER OF THIS, AND IT

16 CARRIES, THEN, THE OXYGEN AND THE NUTRIENTS AND ALL THE THINGS

17 THAT THE HEART MUSCLE NEEDS TO STAY ALIVE.

18 Q.   GO TO THE NEXT SLIDE?  WHAT DOES THIS SLIDE SHOW?

19 A.   AND THIS SLIDE DEPICTS SOME OF THE THINGS THAT GO THROUGH

20 THIS PIPE.  SO YOU HAVE RED BLOOD CELLS, AS YOU SEE HERE; YOU

21 SEE HERE.  YOU HAVE DIFFERENT KIND OF -- THEY ARE CALLED WHITE

22 CELLS.

23     AND VERY IMPORTANTLY, AS WE'LL TALK ABOUT, ARE THESE

24 LITTLE THINGS THAT ARE CALLED PLATELETS.  THEY ARE VERY TINY.

25 WE HAVE LOTS OF THEM IN THE BODY.  THEY ARE THE SUBSTANCE THAT

1669

```
 1   WILL STOP BLEEDING.  IF YOU CUT YOURSELF, THEN THE PLATELETS
 2   WILL GO THERE AND THEY CLUMP UP, AND THEY THEN WILL STOP THE
 3   BLEEDING.
 4           BUT, OBVIOUSLY, THE ISSUE IS WE DON'T WANT THEM TO
 5   CLUMP UP WHERE THEY SHOULDN'T BECAUSE THEN THEY COULD STOP
 6   BLOOD FLOW IN ONE OF THESE ARTERIES AND CAUSE A PROBLEM.
 7   Q.   GO BACK.  GO BACK.
 8   A.   VERY IMPORTANTLY IS WHAT'S CALLED -- LABELED HERE "LDL."
 9   THAT'S -- THE MEDICAL TERM IS "LOW-DENSITY LIPOPROTEIN."  WHAT
10   YOU NEED TO TAKE AWAY IS THAT'S THE BAD CHOLESTEROL.
11           SO WHEN YOU EAT A MCDONALD'S CHEESEBURGER, THE LDL IN
12   THAT AND THE FRENCH FIRES ARE THE BIG ISSUE, BECAUSE THE LDL,
13   AS WE'LL SEE POSSIBLY IN THE NEXT SLIDE -- IF WE CAN GO TO THE
14   NEXT SLIDE -- BEGINS TO BECOME DEPOSITED IN THE WALL OF THE
15   ARTERY.
16           NOW, THE WHOLE GENERAL CONCEPT IS CALLED
17   ATHEROSCLEROSIS, AND IT'S BASICALLY FAT BEING DEPOSITED IN THE
18   LINING OF THE BLOOD VESSEL.
19           NOW, THIS GENERALLY STARTS WITH SOME SORT OF A SLIGHT
20   INJURY TO THE BLOOD VESSEL, NOT NECESSARILY THAT YOU FELL DOWN
21   OR SOMETHING LIKE THAT.  BUT IF YOUR BLOOD PRESSURE HAD A BIG
22   SPIKE TO IT, FOR EXAMPLE, THAT COULD PRODUCE A VERY TINY INJURY
23   TO THE INNER WALL OF THE BLOOD VESSEL.
24           WELL, THAT SETS UP A WHOLE SPRING OF THINGS THAT
25   HAPPENS BECAUSE, WITH THAT INJURY, THE LINING OF THE BLOOD
```

1670

1    VESSEL SAYS, "OH, MY GOODNESS.  NOW I'VE GOT A PROBLEM.  WHAT

2    DO WE DO ABOUT IT?"  AND IT SENDS OUT SIGNALS THAT BEGIN TO

3    ATTRACT OTHER CELLS TO HELP REPAIR THE INJURY.

4           BUT ONE OF THE THINGS THAT HAPPENS IS THAT WHEN SOME

5    OF THESE CELLS GO IN TO HELP REPAIR THE INJURY, THE LDL, OR A

6    CHANGE IN THE LDL -- IT'S ALMOST LIKE A RANCID LDL -- CAN ALSO

7    BECAME DEPOSITED IN THIS INJURY SITE, AND WHAT WE NOW HAVE IS

8    THE BEGINNING ACCUMULATION OF FAT DEPOSITS IN THE BLOOD

9    VESSELS.

10          NOW, WE'RE ALL SITTING HERE, I HOPE FEELING PRETTY

11   HEALTHY, BUT WE KNOW THAT THIS PROCESS STARTS WHEN YOU'RE 20

12   YEARS OLD, 25 YEARS OLD, SOMETIMES EVEN 10 YEARS OLD.  AND THIS

13   HAS BEEN DEMONSTRATED IN A NUMBER OF CLASSIC STUDIES.  SO THAT

14   THE BEGINNINGS OF THIS ATHEROSCLEROSIS OCCUR AT A VERY YOUNG

15   AGE AND, IN GENERAL, OCCUR VERY SLOWLY OVER A LONG TIME PERIOD.

16   AND WHAT HAPPENS IS THAT THIS LINING NOW BEGINS TO GET THICKER,

17   AND I THINK WE SEE IT IN THE NEXT SLIDE.

18   Q.   LET'S GO TO THE NEXT SLIDE.

19   A.   AND NOW YOU SEE WE HAVE A BULGING OF THIS.  AND THIS IS

20   THE DEVELOPING PLAQUE OR ATHEROMA, AND IT'S FILLED WITH A LOT

21   OF GUNK.  IT'S FILLED WITH THESE CELLS THAT HAVE THAT BAD

22   CHOLESTEROL IN IT.  IT'S FILLED WITH CHOLESTEROL ITSELF.

23          THE MUSCLES ON THIS INNER WALL BEGIN TO PROLIFERATE,

24   THEY START TO INCREASE IN SIZE, AND WHAT HAPPENS IS WE HAVE A

25   CAP ON THIS THAT'S KIND OF LIKE A LID THAT KEEPS IT ALL IN

 1   PLACE.  IF YOU'RE LUCKY.  IF YOU'RE NOT LUCKY, THAT PLAQUE CAN

 2   GET WEAK AND ACTUALLY RUPTURE AND LET A LOT OF THIS MATERIAL

 3   OUT INTO THE BLOODSTREAM.

 4           LET'S SEE THE NEXT SLIDE.

 5   **Q.**  WHAT DOES THIS SHOW?

 6   **A.**  THAT'S IT?

 7   **Q.**  IS THAT THE SAME THING?

 8   **A.**  OKAY.  YEAH.  THANK YOU.  I DIDN'T SEE THE CHANGE.

 9           SO WHAT HAPPENS IS THE MUSCLES -- AS I SAID, THESE

10   SMOOTH MUSCLE CELLS BEGIN TO MOVE INTO THIS AREA, AND THE

11   PLAQUE THEN BEGINS TO STRETCH EVEN MORE AS IT ACCUMULATES MORE

12   AND MORE OF THIS MATERIAL.  NEXT SLIDE.

13           AND ACTUALLY, IF WE GO -- GO FORWARD ONE SLIDE AND

14   THEN COME BACK.  SO WE HAVE THE FIBROUS CAP, AND IT IS NOW

15   SENDING OUT SOME SIGNALS SO THAT THE PLATELETS, THOSE STICKY

16   THINGS THAT PREVENT THE BLEEDING, BEGIN TO CLUMP ONTO THE

17   FIBROUS CAP; AND ULTIMATELY, I THINK IN THE NEXT SLIDE, WE NOW

18   HAVE A RUPTURE.

19           THE PLAQUE GETS SO STRETCHED AND THERE ARE THINGS

20   THAT CAN WEAKEN IT, THAT IT CAN RUPTURE INTO THE BLOODSTREAM

21   AND CAN RELEASE ALL OF THIS MATERIAL INTO THE BLOODSTREAM.

22           THAT, THEN, TRIGGERS -- SINCE ALL OF THIS MATERIAL

23   HAS THE ABILITY TO MAKE THE PLATELETS COME AND PUT A STOPPER ON

24   THE BLEEDING, WE NOW HAVE A PLATELET CLUMP, AS YOU SEE HERE,

25   BECAUSE IT'S BLEEDING AND THE PLATELETS ARE DRAWN TO THE

1   BLEEDING.

2            BUT WHAT HAPPENS IS THAT THE PLATELETS NOW BEGIN TO

3   CLUMP AND GET BIGGER.  THEY FORM A CLOT.  AND IF THE CLOT NOW

4   GETS SO BIG, IT THEN CAN BLOCK THE ENTIRE BLOOD FLOW IN THAT

5   PARTICULAR ARTERY.  AND IF THAT ARTERY IS ONE OF THOSE ARTERIES

6   GOING TO THE HEART MUSCLE, THE HEART MUSCLE NOW HAS NO BLOOD

7   FLOW TO IT AND IT DIES.  AND THAT'S CALLED A HEART ATTACK.

8            NOW, IF WE COULD GO BACK.

9   **Q.**   OKAY.  YOU WANT TO GO BACK TO THIS?

10  **A.**   I WANT TO GO BACK TO THE SLIDE THAT I SKIPPED BECAUSE IT

11  GOES THROUGH -- YES, THIS ONE.  THANK YOU.

12           SO WHAT ARE THE CHEMICAL SUBSTANCES THAT CONTROL

13  THIS?  BECAUSE, OBVIOUSLY, ON THE ONE HAND, YOU WANT THE

14  PLATELETS TO PREVENT THE BLEEDING; BUT, ON THE OTHER HAND, YOU

15  DON'T WANT THEM TO STOP UP AN ARTERY AND CAUSE A HEART ATTACK,

16  WHICH IS WHAT THEY CAN DO IN THIS PLAQUE DEVELOPMENT THAT I

17  DESCRIBE.

18           SO THERE ARE SOME VERY IMPORTANT CONCEPTS HERE AS WE

19  DISCUSS THE COX-2 ISSUE, AND IT'S ALL EXPLAINED HERE.  EACH OF

20  THE CELLS HAS A SUBSTANCE -- WE'VE CALLED IT AA, AND IT'S

21  CALLED ARACHIDONIC ACID.  THE ACTUAL NAME DOESN'T REALLY MEAN

22  THAT -- DOESN'T MATTER THAT MUCH, BUT IT'S IN ALL OF THE CELLS.

23           AND THE ARACHIDONIC ACID THEN IS INFLUENCED BY

24  COX-2 -- EXCUSE ME, COX-1 OVER HERE.  COX-1 IS SIMPLY A

25  CHEMICAL THAT CONVERTS THE ARACHIDONIC ACID INTO ANOTHER

1673

1    SUBSTANCE.  AND IN THIS INSTANCE, AS I'VE SHOWN YOU, THE COX-1

2    CONVERTS ARACHIDONIC ACID INTO WHAT'S CALLED THROMBOXANE A-2.

3           NOW, THAT'S GOING TO BECOME VERY IMPORTANT.

4    THROMBOXANE -- LET'S JUST CALL IT THROMBOXANE AND FORGET THE

5    A-2 BUSINESS.  THROMBOXANE CAUSES CONTRACTION OF THE BLOOD

6    VESSEL WALL.  SO IT SQUEEZES THE BLOOD PRESSURE WALL AND CAN

7    MAKE YOUR BLOOD PRESSURE GO UP.  THINK OF THE -- YOUR GARDEN

8    TOOL.  YOU'RE SPRAYING THE LAWN.  IF YOU WERE TO SQUEEZE THAT,

9    THE WATER PRESSURE IS GOING TO GO UP.  AND THAT'S WHAT THE

10   THROMBOXANE CAN DO.

11          SO IT CAN CAUSE CONTRACTION OF THE BLOOD VESSEL, IT

12   CAUSES THOSE SMOOTH MUSCLES TO INCREASE, AND CAN THEN HELP THE

13   DEVELOPMENT OF THAT PLAQUE FORMATION.  VERY IMPORTANTLY, IT

14   CAUSES THOSE PLATELETS TO CLUMP TOGETHER.

15          NOW, IF YOU'VE GOT BLEEDING, THAT'S AN IMPORTANT

16   THING.  YOU WANT THE PLATELETS TO CLUMP TOGETHER.  BUT AS I

17   EMPHASIZED, YOU DON'T WANT IT TO HAPPEN WHEN YOU DON'T NEED IT

18   OR SHOULDN'T HAVE IT, BECAUSE YOU DON'T WANT TO STOP UP THAT

19   GARDEN HOSE AND STOP UP THE WATER GOING THROUGH THE GARDEN

20   HOSE.

21          BY CAUSING THE CONTRACTION OF THE WATER PIPE, THE

22   WATER HOSE, THE BLOOD PRESSURE CAN GO UP.  THIS IS

23   HYPERTENSION.

24          NOW, ON THE OPPOSITE SIDE OF THIS, THE SAME

25   ARACHIDONIC ACID, AA, CAN BE CHANGED BY WHAT'S CALLED COX-2.

1674

1    AND OBVIOUSLY WE'RE TALKING ABOUT COX-2 INHIBITORS, VIOXX, AND

2    WHAT IT DOES.  THE COX-2 MAKES WHAT'S CALLED PROSTACYCLIN.  WE

3    ABBREVIATE IT BY PGI2.  THIS HAS ALMOST THE IDENTICAL OPPOSITE

4    EFFECTS TO WHAT THROMBOXANE DOES.  SO IT CAUSES THE BLOOD

5    VESSEL TO RELAX.

6            AND -- AND LET ME GIVE YOU AN EXAMPLE.  YOU RUN TO

7    CATCH A BUS, YOU RUN UP A FLIGHT OF STAIRS, YOU HAVE A FIGHT

8    WITH YOUR WIFE, MAYBE, AND YOUR BLOOD PRESSURE CAN GO UP.

9            NOW, WHAT THAT DOES IS INCREASE THE PRODUCTION OF

10   PROSTACYCLIN THAT'S CALLED SHEAR STRESS.  THE INNER LINING OF

11   THE BLOOD VESSELS THAT MAKE THIS PROSTACYCLIN NOW SEE THAT

12   THERE IS A RISE IN THE PRESSURE.  IT THEN RELEASES MORE OF THIS

13   PROSTACYCLIN THAT CAN THEN RELAX THE BLOOD VESSEL AND MAKE YOUR

14   BLOOD PRESSURE COME BACK DOWN TO NORMAL.

15           SO IT'S A NIGHT -- WE CALL THAT A FEEDBACK SYSTEM.

16   IT'S ALL AUTOMATIC, AND THAT'S ONE OF THE THINGS THAT IS SO

17   IMPORTANT IN MAINTAINING OUR BLOOD PRESSURE.

18   Q.   SO, IN THAT HYPOTHETICAL YOU GAVE, LET'S SAY YOU RUN UP A

19   FLIGHT OF STAIRS AND YOUR BLOOD PRESSURE GOES UP, WHAT WOULD

20   THE PROSTACYCLIN DO TO YOU WHEN YOU COME TO THE TOP OF THE

21   STAIRS?

22   A.   WELL, THE PROSTACYCLIN, BECAUSE OF THE SHEAR STRESS ON

23   THAT INNER WALL OF THE BLOOD VESSEL, WOULD BE INCREASED AND

24   THEN WOULD RELAX THAT BLOOD VESSEL AND MAKE THE BLOOD -- YOUR

25   BLOOD PRESSURE COME BACK DOWN TO NORMAL.

1    **Q.**   THAT'S NATURALLY IN YOUR BODY?

2    **A.**   EXACTLY RIGHT.  AND IF -- IF YOU HAVE INHIBITED THE

3    DEVELOPMENT OF THIS PROSTACYCLIN, THEN INDEED YOUR BLOOD

4    PRESSURE COULD GO UP AND STAY UP, RATHER THAN COMING BACK DOWN.

5    **Q.**   SO, IF YOU INHIBIT THE PROSTACYCLIN AND YOU'RE AT THE TOP

6    OF THE STAIRS, YOUR BLOOD PRESSURE IS UP, WHAT HAPPENS TO YOUR

7    BLOOD PRESSURE?

8    **A.**   WELL, IT'S GOING TO STAY UP OR IT MAY TRICKLE DOWN.  THERE

9    ARE OTHER THINGS THAT HAPPEN AS WELL.  THERE ARE NERVES TO ALL

10   OF THESE BLOOD VESSELS THAT PLAY A ROLE AS WELL.  SO THIS IS

11   SIMPLY ONE OF THE MECHANISMS THAT ARE RESPONSIBLE FOR THESE

12   CHANGES.

13        NOW, VERY IMPORTANTLY, THE PROSTACYCLIN IS A BIG

14   INHIBITOR OF THE PLATELET CLUMPING.  SO IT'S A BALANCE BETWEEN

15   THE EFFECTS OF THE THROMBOXANE, ON ONE HAND, CAUSING THE

16   PLATELET CLUMPING AND THE PROSTACYCLIN, ON THE OTHER, THAT

17   PREVENTS IT FROM CLUMPING, AND THE BODY KNOWS WHICH ONE IT

18   WANTS TO MAKE YOU STOP BLEEDING WHEN YOU CUT YOURSELF BUT YET

19   NOT HAVE CLOTS IN THE BLOOD VESSEL SO THAT YOU HAVE -- YOU END

20   UP WITH A HEART ATTACK.

21        AND BY THEN RELAXING THE BLOOD VESSEL, THIS HAS

22   WHAT'S CALLED AN ANTIHYPERTENSIVE EFFECT, THEN IT WOULD LOWER

23   YOUR BLOOD PRESSURE.

24   **Q.**   LET ME MOVE TO THE NEXT SLIDE.  SKIP FORWARD TO -- OKAY.

25   NOW, DOCTOR, CAN YOU -- USING THIS SLIDE RIGHT HERE, TELL THE

1   JURORS, YOU KNOW, WHAT VIOXX DOES.

2          FIRST OF ALL, DO YOU HAVE AN OPINION AS TO WHAT

3   EFFECTS VIOXX DOES HAVE ON THIS PROCESS?

4          **MR. BECK:**  YOUR HONOR, MAY WE APPROACH?

5          **THE COURT:**  YES.

6          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

7   THE BENCH.)

8          **MR. BECK:**  YOUR HONOR, MAYBE MARK CAN ANSWER THIS FOR

9   ME, BUT THE WITNESS HAS HIS OWN SET OF SLIDES, AND THE SLIDES

10  LIKE THIS.  MY OBJECTION WAS LEADING, SO MY QUESTION IS --

11         **MR. ROBINSON:**  I'LL JUST TELL --

12         **MR. BECK:**  NO.  THE PROBLEM IS IF HE'S GOT THE

13  LEADING SLIDES WHETHER THEY ARE SHOWN TO THE JURY OR NOT.  JUST

14  LIKE WHEN HE ASKED HIS OPINIONS, HE COULD READ OFF OF HIS NOTES

15  IF IT'S GOT SPEAKING NOTES UP.

16         **MR. ROBINSON:**  YOUR HONOR, AT THIS POINT IN THIS

17  THING, I'LL HAVE HIM EXPLAIN IT WITHOUT LOOKING AT HIS NOTES.

18         **MR. BECK:**  WELL, YOUR HONOR, WHEN I SAY LEADING, IT'S

19  BECAUSE HE'S TELLING HIM THE ANSWERS.  AND IF HE'S GOT NOTES UP

20  THERE, THAT'S TELLING HIM THE ANSWERS.

21         **MR. ROBINSON:**  I TOOK IT OFF THE SLIDE FOR YOU.

22         **THE COURT:**  THE POINT IS HE WAS LEADING.  THAT WAS

23  THE OBJECTION.  IT WASN'T THAT IT WAS A 403 PROBLEM; IT WAS A

24  QUESTION OF LEADING AND IT WAS A LEGITIMATE OBJECTION.  SO I

25  SUSTAIN THE OBJECTION.  SO LET'S DO IT WITHOUT THE DOCTOR

1    LOOKING.

2            **MR. BECK:**  CAN HE CLOSE HIS OWN SLIDE BOOK AND JUST

3    LOOK OFF THE SCREEN?

4            **MR. ROBINSON:**  PRIOR TO TODAY -- YOU'RE GOING TO

5    ALLOW ME TO TALK TO HIM WHEN HE'S ON THE STAND?

6            **MR. BECK:**  JUST WALK BY THERE AND TELL HIM TO CLOSE

7    UP HIS BOOK.

8    **BY MR. ROBINSON:**

9    **Q.**   CAN WE PUT THAT SLIDE UP?  DO YOU HAVE AN OPINION AS TO

10   HOW VIOXX PLAYS A ROLE IN THIS PROSTACYCLIN/THROMBOXANE

11   EQUATION YOU JUST TALKED ABOUT; AND IF SO, WILL YOU EXPLAIN TO

12   THE JURY THE STEPS?  OKAY?

13   **A.**   SURE.  I DO.  WHEN VIOXX, AS A COX-2 INHIBITOR, WORKS, IT

14   WILL PREVENT THE DEVELOPMENT OF THE PROSTACYCLIN PART OF THE

15   WHOLE BALANCE THAT I TOLD YOU.  SO, THEN, THAT WILL LEAD TO

16   THROMBOXANE NOT BEING OPPOSED, NOT BEING BALANCED, BY THE

17   PROSTACYCLIN.

18           AND THAT, THEN, WILL LEAD TO THE STEPS THAT I TALKED

19   ABOUT BEFORE SO THAT WE'RE GOING TO HAVE CONSTRICTION.  WE CALL

20   THAT VASOCONSTRICTION.  THAT WATER PIPE IS GOING TO GET

21   NARROWER.  THE BLOOD PRESSURE IS GOING TO GO UP.  THE PLATELETS

22   ARE GOING TO GET MORE STICKY BECAUSE THEY DON'T HAVE THE

23   PROSTACYCLIN TO PREVENT THEM FROM STICKING TOGETHER.  AND THERE

24   ARE OTHER THINGS THAT CAN HAPPEN THAT I DIDN'T TOUCH ON.

25           BUT, IF YOU REMEMBER, IN THE VERY BEGINNING I SAID

1678

1    THAT, IF THERE IS AN INJURY TO THE INNER WALL, THERE IS A

2    SIGNAL THAT'S SENT OUT FOR CELLS TO COME AND TRY TO REPAIR THAT

3    INJURY.  THERE IS A BALANCE BETWEEN THE THROMBOXANE AND

4    PROSTACYCLIN IN TERMS OF ATTRACTING THOSE CELLS.  IT'S CALLED A

5    CHEMOATTRACTANT MECHANISM.  AND PROSTACYCLIN TENDS TO PREVENT

6    THE CELLS FROM ADHERING WHILE THROMBOXANE TENDS TO ENCOURAGE

7    THE CELLS TO ADHERE.

8            SO IF YOU GET RID OF THE PROSTACYCLIN WITH VIOXX AND

9    YOU GET THIS LITTLE INJURY THAT WE ALL HAVE FROM AGE 10 OR 20

10   YEARS OLD, YOU'RE NOW GOING TO HAVE MORE OF THESE CELLS MIGRATE

11   INTO THAT AREA OF THE BLOOD VESSEL, AND THIS, THEN, CAN

12   ACCELERATE THE DEVELOPMENT OF THE PLAQUE.

13           IN ADDITION, IF YOU REMEMBER, THE BAD CHOLESTEROL IS

14   THE LDL CHOLESTEROL, AND IT GETS CHANGED.  WE CALL IT OXIDIZED

15   LDL.  THAT'S ONE THAT GETS INTO THE PLAQUE AREA EVEN MORE, AND

16   VIOXX INCREASES THE ABILITY FOR THE DEVELOPMENT OF THIS

17   OXIDIZED LDL.

18           VIOXX ALSO -- IF YOU REMEMBER, I TALKED ABOUT THIS

19   CAP THAT KEEPS EVERYTHING IN PLACE.  ANIMAL STUDIES SUGGEST

20   THAT VIOXX CAN ACTUALLY MAKE THIS PLAQUE MORE UNSTABLE AND MORE

21   RUPTURE-PRONE THAT WOULD LET ALL OF THIS STUFF INSIDE OUT INTO

22   THE BLOOD VESSELS.

23           THEN, ONCE IT'S OUT THERE, BECAUSE YOU DON'T HAVE

24   ENOUGH PROSTACYCLIN -- REMEMBER THE THROMBOXANE IS MAKING THE

25   PLATELETS CLUMP -- YOU THEN CAN INCREASE THE THROMBOSIS, THE

1679

1  CLOT DEVELOPMENT, WHICH CAN THEN GO ON TO STOP UP THE BLOOD

2  FLOW.

3  Q.   NOW, YOU SAID THE VIOXX ACCELERATES THE PLAQUE IS WHAT YOU

4  USED?

5  A.   YES.

6  Q.   PLAQUE, WHAT'S ANOTHER TERM FOR PLAQUE?

7  A.   ATHEROMA.  IT'S ATHEROSCLEROSIS.  IT'S ACCELERATED

8  ATHEROSCLEROSIS.  THERE ARE A LOT OF TERMS THAT WE FLIP AROUND

9  THAT BASICALLY PRETTY MUCH MEAN THE SAME THING.

10 Q.   HOW DOES VIOXX ACCELERATE THE PLAQUE?

11 A.   VIOXX ACCELERATES THE PLAQUE BY THE THINGS THAT I'VE

12 TALKED ABOUT SO THAT THERE IS MORE OF THIS LDL THAT COMES IN.

13 IT ATTRACTS THE WHITE BLOOD CELLS INTO THIS AREA.  THE WHITE

14 BLOOD CELLS ENGULF -- THAT IS, TAKE INSIDE THEM -- THE OXIDIZED

15 LDL.  THIS ALL LEADS TO THE PROGRESSIVE INCREASE IN THE PLAQUE.

16 IT AFFECTS THE PLATELETS TO BEGIN TO CLUMP AND ACCELERATES THAT

17 PROCESS.

18         AND IT'S VERY IMPORTANT TO UNDERSTAND HOW WE ALL ARE

19 DEVELOPING ATHEROSCLEROSIS JUST BY BEING HERE, BEING MEN AND SO

20 ON.  WE'LL TALK ABOUT THAT.  BUT IT OCCURS IN FITS AND STARTS.

21 AND BY THAT I MEAN, THE WHOLE PROCESS THAT I'VE DESCRIBED TO

22 YOU CAN START IN A SMALL LEVEL, SO THAT WHEN YOU HAVE THE

23 PLAQUE RUPTURE AND THE PLATELETS STICK TO IT, AND THEN THE GET

24 THE CLUMP, IF IT'S NOT BIG ENOUGH TO STOP UP THE ENTIRE BLOOD

25 VESSEL, IT HEALS OVER AND THE PROCESS STARTS AGAIN.

1          SO THAT SOMEONE WHO FINALLY DIES OF A HEART ATTACK,

2   OR GETS A HEART ATTACK WITH OR WITHOUT DYING, MAY HAVE THIS

3   PROCESS OCCUR SEVERAL TIMES OVER A PERIOD OF MANY YEARS.  WITH

4   THE GRADUAL BUILDUP, THE FIBROUS CAP RUPTURES; THE PLATELETS

5   STICK TO IT; IT NOW HEALS OVER; IT RUPTURES AGAIN; IT NOW HEALS

6   OVER, RUPTURES AGAIN.

7          AND FINALLY -- AND EACH TIME THAT PLAQUE GETS BIGGER

8   AND BIGGER AND STOPS UP THE BLOOD FLOW MORE AND MORE.  IT'S

9   LIKE YOU ARE PROGRESSIVELY SQUEEZING THAT WATER HOSE MORE AND

10  MORE.  UNTIL, FINALLY, YOU CAN HAVE THE FINAL RUPTURE WITH A

11  CLOT AND STOP UP THE -- ALL OF THE BLOOD FLOW TO THE ARTERY,

12  AND THEN YOU END UP WITH A HEART ATTACK.

13  Q.   NOW, ARE THOSE FOUR ITEMS, DO WE HAVE THOSE ON -- YOU

14  SPOKE WITHOUT NOTES, RIGHT, JUST NOW?

15  A.   ACTUALLY, THE WHOLE THING -- I'VE HAD THIS OPEN, BUT I

16  HAVEN'T LOOKED AT IT.  THIS WHOLE THING IS BEEN WITHOUT LOOKING

17  AT THIS.

18          MR. ROBINSON:  CAN WE NOW SHOW THE FOUR STEPS,

19  YOUR HONOR?

20          THE COURT:  YES.

21          MR. ROBINSON:  OKAY.  GO AHEAD.  WE TOOK IT OFF.

22          THE COURT:  YOU COVERED IT.

23  BY MR. ROBINSON:

24  Q.   LET'S GO TO THE NEXT SLIDE.  WHAT DOES THIS SLIDE SHOW?

25  A.   THIS SLIDE IS FROM AN ARTICLE PUBLISHED IN THE MEDICAL

1  LITERATURE, AND IT BASICALLY SUMMARIZES WHAT I'VE SAID.

2           ON THE LEFT SIDE IS WHAT YOUR NORMAL ARTERY LOOKS

3  LIKE.  AND I'LL GO THROUGH THAT IN A MINUTE.  ON THE RIGHT SIDE

4  IS WHAT THE PLAQUE BUILDUP LOOKS LIKE.

5           SO, NOW, IN THE NORMAL ARTERY, THE PLATELETS --

6  THAT'S WHAT THESE ARE REPRESENTING -- ARE PRIMARILY RESPONSIBLE

7  FOR THE THROMBOXANE.  AND THE INNER WALL OF THE BLOOD VESSEL --

8  **Q.**   DID YOU MEAN THE THROMBOXANE IS RESPONSIBLE FOR THE

9  PLATELETS?

10 **A.**   THE PLATELETS PRIMARILY -- LET ME BACK UP.  I'M SORRY.

11 COX-1 -- COX-2, EXCUSE ME, COX-1, COX-1, IN THE PLATELETS ARE

12 PRIMARILY RESPONSIBLE FOR THE DEVELOPMENT OF THROMBOXANE.  SO

13 THAT'S THE PLATELET CLUMPER, THE ONE THAT NARROWS THE BLOOD

14 VESSELS AND DOES ALL OF THOSE THINGS.

15          IN THE INNER WALL OF THE ARTERY, THESE ARE CALLED

16 ENDOTHELIAL CELLS, BUT LET'S JUST CALL THEM INNER WALL.  THEY

17 ARE PRIMARILY RESPONSIBLE FOR COX-2 AND THE DEVELOPMENT OF

18 PROSTACYCLIN.

19          OKAY.  SO THE PLATELETS, THE THROMBOXANE -- THE

20 PLATELETS, COX-1, THROMBOXANE, THE INNER WALL, COX-2, AND

21 PROSTACYCLIN.  AND IN THE NORMAL VESSEL, THEY ARE BALANCED SO

22 THAT THERE IS NORMAL BLOOD FLOW AND NO PLAQUE BUILDUP.

23          ASPIRIN, LOW-DOSE ASPIRIN, 81 MILLIGRAMS -- IT'S

24 OFTEN CALLED BABY ASPIRIN -- THAT WILL BLOCK THE THROMBOXANE

25 MADE BY THE PLATELET.  SO HERE YOU SEE IN THIS DIAGRAM BY

1682

1     ELLIOT ANTMAN, THE THROMBOXANE IS DECREASED WHEN SOMEONE TAKES

2     LOW-DOSE ASPIRIN.

3                WHEN SOMEONE TAKES A COX-2 INHIBITOR, AND I WANT TO

4     EMPHASIZE THIS -- THE BLOOD VESSEL IS NORMAL IN A 25-YEAR-OLD,

5     LET'S SAY, WITHOUT SIGNIFICANT ATHEROSCLEROSIS, THEN INHIBITING

6     THE PROSTACYCLIN DOESN'T HAVE A MAJOR EFFECT.  IT DOES INHIBIT

7     IT TO SOME DEGREE, BUT, IN THE NORMAL BLOOD VESSEL, IT'S NOT

8     THAT BIG A DEAL.

9     **Q.**  SO IF HE DOESN'T HAVE A LOT OF PLAQUE OR ATHEROSCLEROSIS

10    AT 25, IT WOULD PROBABLY BE OKAY?

11    **A.**  THAT'S EXACTLY RIGHT.  THE BIG ISSUE OCCURS WHEN YOU HAVE

12    PLAQUE BUILDUP.

13               NOW, LET'S LOOK ON THE RIGHT AGAIN.  THIS IS NOW A

14    DEPICTION OF WHAT WOULD OCCUR THAT -- THEY'VE CALLED IT

15    ATHEROTHROMBOSIS.  IT'S THE PLAQUE BUILDUP.  IT'S EXACTLY WHAT

16    WE HAVE BEEN TALKING ABOUT.

17    **Q.**  DID YOU RELY ON THIS STUDY BY ELLIOTT ANTMAN?

18    **A.**  YES.

19    **Q.**  DO YOU KNOW ELLIOTT ANTMAN?

20    **A.**  YES.  HE'S A GOOD FRIEND.  THIS IS AN EXCELLENT REVIEW

21    ARTICLE.

22               SO, IN THE UNTREATED PATIENT WITH PLAQUE BUILDUP, NOW

23    YOU SEE THERE HAS BEEN BOTH AN INCREASE IN THROMBOXANE.  YOU

24    SEE THE DEPICTED AS A GREATER VOLUME, AND THERE HAS ALSO BEEN

25    AN INCREASE IN THE PROSTACYCLIN FROM THE INNER WALL OF THE

1683

1    VESSEL.  THIS BECOMES KEY, BECAUSE WHEN THERE IS PLAQUE

2    BUILDUP, THERE IS AN INCREASE IN BOTH OF THESE THINGS.

3              NOW, WHAT HAPPENS WHEN YOU GIVE LOW-DOSE ASPIRIN?

4    WELL, THAT'S GOOD BECAUSE YOU GET RID OF THE THROMBOXANE THAT

5    CAUSES THE BLOOD VESSEL TO NARROW AND THE PLATELETS TO GET

6    STICKY, AND YOU LEAVE THE PROSTACYCLIN PRETTY MUCH UNCHANGED.

7    SO NOW YOU'RE NOT HAVING PLATELETS STICKING TOGETHER, YOU'RE

8    NOT HAVING THE BLOOD VESSEL GET NARROW, AND FLOW IS STILL BEING

9    PRESERVED.

10             HOWEVER, IN THIS SETTING, WHEN YOU GIVE A COX-2

11   INHIBITOR, BECAUSE OF THE BIG INCREASE IN THROMBOXANE AND

12   PROSTACYCLIN AT THIS STAGE, IF YOU NOW GIVE COX-2, YOU

13   SIGNIFICANTLY INHIBIT THE PROSTACYCLIN --

14   Q.   BY "INHIBIT," WHAT DO YOU MEAN?

15   A.   I'M SORRY.  YOU PREVENT THE PRODUCTION OF THE

16   PROSTACYCLIN, AND IT LEAVES THE THROMBOXANE UNOPPOSED.

17             SO, NOW, IN A SETTING WHERE YOU HAVE THIS BIG PLAQUE

18   BUILDUP, NOW, ALL OF A SUDDEN, YOU HAVE A BIG LOAD OF THE

19   THROMBOXANE THAT CAN -- BECAUSE THERE IS NO PROSTACYCLIN TO

20   BALANCE IT, IT CAN DO ALL OF ITS MISCHIEF, WHICH IS MAKING THE

21   BLOOD VESSEL NARROWER, MAKING THE -- ALL OF THE CHANGES IN THE

22   PLAQUE BUILDUP THAT I'VE TALKED ABOUT; AND VERY IMPORTANTLY,

23   THEN, PREDISPOSING TO THE DEVELOPMENT OF THROMBOSIS.  THOSE

24   PLATELETS NOW STICK TOGETHER --

25   Q.   WHAT IS THROMBOSIS AGAIN?  THOSE ARE BIG WORDS.

1    **A.**   I APOLOGIZE.  I SLIP INTO MEDICAL JARGON.  IT'S -- IT'S

2    THE CLOT.  "THROMBOSIS" MEANS THE CLOT.

3           SO THAT, AT THIS STAGE, INDEED, WITH THE THROMBOXANE

4    NOT BLOCKED BUT THE PROSTACYCLIN BLOCKED, WE NOW HAVE MORE

5    CLOTTING BECAUSE THOSE PLATELETS GET VERY STICKY.  THEY STICK

6    TOGETHER, THEY FORM A CLOT, AND THEN THAT CAN END UP OCCLUDING

7    A BLOOD VESSEL.

8    **Q.**   NOW, DOES THIS DRAWING COME FROM A PEER-REVIEWED

9    PUBLICATION?

10   **A.**   OH, ABSOLUTELY.  YES.

11   **Q.**   SO, IN OTHER WORDS, IT WASN'T DONE JUST FOR LITIGATION;

12   THIS IS A PEER-REVIEWED?

13   **A.**   YEAH.  NO, THIS IS TAKEN EXACTLY FROM THE ARTICLE.

14           **MR. BECK:**  I OBJECT:  LEADING; ASKED AND ANSWERED.

15           **THE COURT:**  ALL RIGHT.  LET'S MOVE ON, COUNSEL.

16   **BY MR. ROBINSON:**

17   **Q.**   LET'S MOVE ON TO THE NEXT SLIDE.  WHAT DOES THIS SHOW ON

18   THIS SLIDE?

19   **A.**   NOW, AS I TOLD YOU BEFORE, THE WHOLE PROCESS OCCURS -- CAN

20   OCCUR MULTIPLE TIMES.  SOMETIMES SOMEBODY HAS, QUOTE, A MASSIVE

21   HEART ATTACK AND DROPS DEAD.  WE KNOW THAT.  BUT OFTEN YOU HAVE

22   THE WHOLE PROCESS OF THE PLAQUE BUILDUP, RUPTURE, CLOT, HEALING

23   OVER; PLAQUE BUILDUP, RUPTURE, CLOT HEALING OVER.

24           AND THIS IS ACTUALLY FROM SEVERAL INDIVIDUALS WHO

25   DIED AND HAD AUTOPSY, AND THIS SHOWS ONE OF THE CORONARY

```
 1   ARTERIES.  THE INDIVIDUAL WHO DID THE AUTOPSY, RAINY VIRMANI, A
 2   WONDERFUL FEMALE PATHOLOGIST, HAS SHOWN VERY CLEARLY HERE THAT
 3   THIS INDIVIDUAL HAD THE FIRST PLAQUE BUILDUP, CLOT, HEALING
 4   OVER; A SECOND PLAQUE BUILDUP AND HEALING OVER; THERE IS A
 5   THIRD ONE UNLABELED.
 6           AND YOU SEE IT GRADUALLY MAKES THE OPENING OF THIS
 7   ARTERY SMALLER AND SMALLER UNTIL AS IF YOU'RE PROGRESSIVELY
 8   SQUEEZING THAT WATER HOSE.  AND THAT OCCURS OVER LONG TIME
 9   PERIODS UNTIL FINALLY, IF IT TOTALLY CLOSES UP THIS HOLE, THEN
10   THERE IS NO BLOOD FLOW GETTING TO THE HEART MUSCLE, AND THE
11   HEART MUSCLE DIES.
12           AND THE DEATH OF A HEART MUSCLE IS WHAT WE CALL A
13   HEART ATTACK.  THE MEDICAL TERM IS "MYOCARDIAL INFARCTION."
14   PERHAPS YOU'VE HEARD THAT SOMEPLACE.  BUT IT'S BASICALLY A
15   HEART ATTACK.
16   Q.   OKAY.
17   A.   AND THIS IS THE PROCESS THAT HAPPENS.
18   Q.   OKAY.  NOW, I THINK I WANT TO SHIFT GEARS HERE.  NOW I
19   WANT TO ASK YOU:  DID YOU RELY ON STUDIES -- DO YOU HAVE AN
20   OPINION AS TO WHETHER VIOXX ACCELERATES ATHEROSCLEROSIS?
21   A.   I DO.
22   Q.   WHAT'S THAT OPINION?
23   A.   THAT IT DOES.
24   Q.   OKAY.  ARE THERE STUDIES THAT YOU RELY ON TO SUPPORT THAT
25   OPINION?
```

1686

1    **A.**    THERE ARE.

2    **Q.**    OKAY.  GO TO THE NEXT SLIDE.  WHAT IS THIS SLIDE HERE?

3    **A.**    THIS IS ONE SUCH STUDY.  THIS IS REALLY A VERY LOVELY

4    STUDY.  NOW WE'RE SHIFTING --

5    **Q.**    WHO IS THE AUTHOR OF THIS STUDY?

6    **A.**    KOBAVASHI.

7    **Q.**    AND HE IS A JAPANESE RESEARCHER; IS THAT RIGHT?

8    **A.**    EXACTLY.

9    **Q.**    HE DID THAT IN, WHAT, 2004?

10   **A.**    YES.

11   **Q.**    OKAY.

12   **A.**    WHAT I'VE TOLD YOU OR THAT -- THE LAST SLIDE IS IN HUMANS.

13   NOW, WE NEED TO ESTABLISH WHAT I CALL BIOLOGIC PLAUSIBILITY.

14   THAT MEANS IS THERE INFORMATION AT A SCIENCE LEVEL IN ANIMALS

15   THAT SUPPORT ALL OF THE THINGS THAT I'VE SAID.  OBVIOUSLY, YOU

16   CAN'T DO MANY OR MOST OF THESE STUDIES IN HUMANS.  THAT'S

17   UNETHICAL.  SO WHAT INVESTIGATORS DO IS TO TRY TO COME UP WITH

18   AN ANIMAL MODEL THAT MIGHT HELP SUPPORT THE WHOLE CONCEPT OF

19   WHAT WE'RE TALKING ABOUT.  AND THIS IS ONE SUCH ANIMAL MODEL.

20            THIS IS FROM A MOUSE, A MOUSE MODEL.  NOW, OBVIOUSLY,

21   SITTING HERE, WHAT'S A MOUSE GOT TO DO WITH A HUMAN?  THE

22   IMPORTANCE IS, AS WE'LL DEVELOP, THERE ARE THE HUMAN STUDIES,

23   THE CLINICAL STUDIES, THAT SHOW VIOXX INCREASES HEART ATTACKS

24   THAT I'M SURE WE'LL GET TO, SO WE HAVE ABSOLUTE PROOF IN

25   HUMANS.  THESE ARE ANIMAL STUDIES THAT HELP EXPLAIN HOW IT CAN

1687

1     HAPPEN, AND THIS IS ONE SUCH ANIMAL STUDY.

2              NOW, A MOUSE ORDINARILY DOES NOT DEVELOP

3     ATHEROSCLEROSIS.  THEY DON'T DEVELOP WHAT WE DEVELOP.  SO WHAT

4     INVESTIGATORS HAD DONE IS TO MAKE A GENETIC STRAIN OF MICE.

5     IT'S CALLED AN APOE MOUSE.  AND THEY ALTER THE GENES IN THE

6     MOUSE THAT MAKE THEM LIKE US IN TERMS OF DEVELOPING

7     ATHEROSCLEROSIS, PLAQUE BUILDUP, CHOLESTEROL, AND ALL THOSE

8     PROBLEMS.  BY CHANGING HOW THEY HANDLE THEIR OWN CHOLESTEROL.

9              SO THIS MOUSE DEVELOPS PLAQUE BUILDUP.  AND THIS IS

10    AN ARTERY IN THE MOUSE, AND YOU CAN SEE THE PLAQUE BUILDUP

11    RIGHT HERE.  NOW, THIS IS JUST THE MOUSE THAT HAS BEEN

12    GENETICALLY ALTERED, NOTHING ELSE HAS HAPPENED TO IT, AND YOU

13    CAN SEE THE PLAQUE BUILDUP.

14             NOW, THIS MOUSE HAS NOW BEEN SUBJECTED TO ANOTHER

15    GENE CHANGE.  WHAT THEY'VE DONE IS TO ELIMINATE THE -- LET ME

16    BACK UP.

17             THE THROMBOXANE MAKES -- ACTS BY INTERACTING WITH

18    WHAT WE CALL A "THROMBOXANE RECEPTOR."  PICTURE A KEY BEING THE

19    THROMBOXANE FITTING INTO A LOCK THAT'S THE RECEPTOR.  SO YOU

20    NEED THE KEY AND THE LOCK FOR THE TWO TO GO TOGETHER.  SO YOU

21    CAN HAVE THE KEY.  IF YOU DIDN'T HAVE THE LOCK, THEN YOU

22    WOULDN'T HAVE THE EFFECTS OF THROMBOXANE.

23             SO WHAT THEY'VE DONE IS TO ELIMINATE THE RECEPTOR

24    HERE, AND THAT'S WHAT'S CALLED THE TP.

25    **Q.**   TP --

1    **A.**   SO THIS MOUSE, NOW, DOESN'T HAVE THE THROMBOXANE EFFECT,

2    AND NOW YOU SEE THERE HAS BEEN A REDUCTION IN THE PLAQUE

3    BUILDUP.  AND THE COLUMNS ON EACH SIDE SIMPLY SUPPORT THAT

4    INFORMATION.

5    **Q.**   SO WHAT IS THE SIGNIFICANCE OF THAT --

6    **A.**   THE SIGNIFICANCE IS, IF YOU NOW ELIMINATE THE COX-1

7    EFFECTS BY THE THROMBOXANE, GETTING RID OF THE LOCK THAT THE

8    THROMBOXANE FITS IN, YOU DECREASE ATHEROSCLEROSIS.  THAT MEANS

9    THAT IF YOU GET RID OF COX-1 AND THROMBOXANE, THE

10   ATHEROSCLEROSIS PLAQUE BUILDUP IS REDUCED.

11          BUT THE KEY OR THE CRITICALLY IMPORTANT ASPECT IS

12   THIS NEXT ONE.  BECAUSE THIS MOUSE HAS NOW HAD ELIMINATION OF

13   THE PROSTACYCLIN RECEPTOR.  SO NOW THIS IS LIKE A COX-2

14   INHIBITOR BECAUSE NOW THE PROSTACYCLIN IS NOT WORKING, AND NOW

15   LOOK AT WHAT HAPPENS TO THE PLAQUE BUILDUP.  SO NOW THERE IS A

16   TREMENDOUS INCREASE IN PLAQUE BUILDUP BY GETTING RID OF

17   PROSTACYCLIN, WHICH IS WHAT THE COX-2 INHIBITION WOULD DO.

18   THIS IS WHAT VIOXX WOULD DO.

19          AND ONCE AGAIN, THE INFORMATION ON EACH SIDE SIMPLY

20   MEASURE AND SHOW THE ACTUAL NUMBERS OF WHAT I'VE SHOWN HERE.

21          **MR. ROBINSON:**  GO TO OUR NEXT SLIDE, PLEASE.  OKAY.

22   WILL YOU FOCUS ON THE TITLE AND THE AUTHOR.

23   **BY MR. ROBINSON:**

24   **Q.**   OKAY.  WHAT DOES THIS SHOW HERE?  FIRST OF ALL, WHO -- IS

25   THIS A STUDY YOU RELY ON?

1689

1  **A.**  I DO.

2  **Q.**  AND THE JURORS SAW DR. STEPHEN EPSTEIN SATURDAY GIVE A

3  DEPOSITION HERE IN THIS CASE.  DO YOU KNOW STEPHEN EPSTEIN?

4  **A.**  I DO.  WE HAVE BEEN FRIENDS FOR 30 YEARS.

5  **Q.**  OKAY.  AND WHAT -- WELL, THEY KNOW HIS BACKGROUND.

6  SO IS THIS HIS STUDY, BASICALLY?

7  **A.**  YES.

8  **Q.**  HOW DO YOU RELY ON HIS STUDY?

9  **A.**  DR. EPSTEIN'S STUDY BASICALLY TOOK A SLIGHTLY DIFFERENT

10  APPROACH THAN THE KOBAVASHI ONE, BUT BASICALLY SHOWED THE SAME

11  THING; THAT HE USED A -- NOT VIOXX BUT A DRUG THAT WORKED

12  IDENTICAL TO VIOXX.  HE USED A SLIGHTLY DIFFERENT MOUSE MODEL

13  BUT BASICALLY SHOWED THE SAME PLAQUE BUILDUP, DEVELOPMENT IN

14  PLAQUE BUILDUP, BY INHIBITING COX-2.

15  **Q.**  NEXT SLIDE.

16  **MR. ROBINSON:**  WE'RE NOT GOING TO GO THROUGH,

17  YOUR HONOR.

18  **BY MR. ROBINSON:**

19  **Q.**  THIS IS THE KOBAVASHI ONE?

20  **A.**  THAT'S THE KOBAVASHI ONE.

21  **Q.**  THIS IS THE ONE YOU JUST TALKED ABOUT; RIGHT?

22  **A.**  EXACTLY.

23  **Q.**  OKAY.  GO TO THE NEXT ONE.

24  **A.**  YES.

25  **Q.**  GO TO THE NEXT ONE.

```
1            WHAT DOES THIS NEXT ARTICLE BY FITZGERALD STAND FOR?
2     WHY ARE YOU USING THAT?
3     A.   GARRETT FITZGERALD IS AN INVESTIGATOR WHO HAS WORKED IN
4     THIS AREA FOR MANY, MANY YEARS, AND ONE OF THE THINGS THAT HE
5     HAS WRITTEN ABOUT IS THIS THROMBOXANE/PROSTACYCLIN IMBALANCE AS
6     A CAUSE OF ATHEROSCLEROSIS.  AND THIS ARTICLE BASICALLY STATES
7     THAT, AS YOU CAN SEE:  "THUS A SINGLE MECHANISM, DEPRESSION OF
8     PROSTACYCLIN I2 FORMATION" -- THAT'S PROSTACYCLIN -- "MIGHT BE
9     EXPECTED TO ELEVATE BLOOD PRESSURE, ACCELERATE ATHEROSCLEROSIS,
10    AND PREDISPOSE PATIENTS RECEIVING COXIBS" -- THAT IS THE COX-2
11    INHIBITORS -- "TO AN EXAGGERATED THROMBOTIC RESPONSE TO THE
12    RUPTURE OF ATHEROSCLEROTIC PLAQUE."
13           SO HE HAS SAID VIRTUALLY EVERYTHING THAT I'VE TAKEN
14    YOUR THROUGH IN THE PAST HOUR OR SO.
15    Q.   LET'S GO TO THE NEXT ONE.  IS THIS ANOTHER ARTICLE THAT --
16    A.   YES.  THIS IS SOMETHING, ANOTHER REVIEW ARTICLE, THAT SAYS
17    PRETTY MUCH THE SAME THING:  "ACTIONS OF PGI2 OPPOSE ALL
18    MEDIATORS THAT STIMULATE PLATELETS, ELEVATE BLOOD PRESSURE, AND
19    ACCELERATE ATHEROSCLEROSIS."  THEY ARE BASICALLY SAYING JUST
20    WHAT I'VE TOLD YOU IN DIFFERENT ARTICLES.
21    Q.   THAT'S THE FRIES ARTICLE, FOR THE RECORD?
22    A.   YES.
23    Q.   GO TO THE NEXT ONE, PLEASE.  THE NEXT ARTICLE IS THE RUDIC
24    ARTICLE; IS THAT RIGHT?
25    A.   YES.
```

1  **Q.**   IS FITZGERALD ONE OF THE AUTHORS OF THAT?

2  **A.**   INDEED HE IS.

3  **Q.**   LET'S GO TO THE SECTION THAT HE -- TO THE YELLOW LINE AS

4  QUICKLY --

5  **A.**   AND WHAT RUDIC DID -- AND THEY ARE ALL DIFFERENT ANIMAL

6  MODELS AND THEY ARE COMING AT IT FROM DIFFERENT WAYS, BUT ALL

7  ARE BASICALLY SHOWING THE SAME KIND OF THING.

8          RUDIC SIMPLY LOOKED AT THE EFFECT OF A COX-2

9  INHIBITOR, A DRUG CALLED NIMESULIDE, AND DEMONSTRATED THAT IT

10 HAD AN EFFECT ON THE ARTERIES VERY SIMILAR TO WHAT WE'RE

11 TALKING ABOUT; THAT THERE WAS A CHANGE IN THE INNER WALL OF THE

12 ARTERY THAT THOSE SMOOTH MUSCLE CELLS, IF YOU REMEMBER, I

13 SHOWED THEM A BIT AGO, INCREASE IN RESPONSE TO THE COX-2

14 INHIBITION, AND THAT'S PART AND PARCEL OF THE DEVELOPMENT OF

15 THE PLAQUE BUILDUP.

16 **Q.**   AND YOU CAN READ THAT.  HE CALLS THIS VASCULAR REMODELING.

17 WHAT DOES VASCULAR REMODELING MEAN?

18 **A.**   THIS IS THE CHANGE OF THE INNER WALL OF THE ARTERIES, AND

19 HE SAYS, EITHER BY REMOVING THE IP -- THAT'S THE RECEPTOR FOR

20 THE PROSTACYCLIN THAT'S TAKING THE LOCK AWAY.

21 **Q.**   IS THAT THE PROSTACYCLIN THAT YOU'RE SAYING?

22 **A.**   THAT'S RIGHT.  SO YOU DIMINISH THE PROSTACYCLIN.

23         OR BY ADMINISTRATION OF NIMESULIDE, WHICH IS A COX-2

24 INHIBITOR, THAT EITHER ONE OF THOSE THINGS INDUCES VASCULAR

25 HYPERPLASIA.  THAT'S A BIG WORD THAT SIMPLY MEANS THAT THOSE

1692

1    SMOOTH MUSCLE CELLS INCREASE, AND THOSE ARE PART AND PARCEL OF

2    THE ARTERY WALL THAT CAN GO ON TO THE DEVELOPMENT OF

3    ATHEROSCLEROSIS.

4    **Q.**    QUICKLY, LET'S GO TO THE NEXT SLIDE, IF WE COULD.  DO YOU

5    RELY ALSO ON THE REVIEW ARTICLE THAT WAS PUBLISHED THIS YEAR --

6    **A.**    YES.

7    **Q.**    -- BY DR. FITZGERALD?

8    **A.**    YES.

9    **Q.**    THAT'S THE 2006; RIGHT?

10   **A.**    YES.  THIS IS THE MOST RECENT ARTICLE BY TILO GROSSER AND

11   GARRETT FITZGERALD, AND IT BASICALLY REAFFIRMS AND SUMMARIZES

12   VERY BEAUTIFULLY, ACTUALLY, IN HIS PAPER ALL THAT I'VE SAID.

13   **Q.**    WHAT DOES THE SUMMARY SAY?

14   **A.**    "IN SUMMARY, A SUBSTANTIAL BODY OF EVIDENCE HAS

15   ACCUMULATED THAT ONE MECHANISM, SUPPRESSION OF COX-2-DEPENDENT

16   PROSTACYCLIN FORMATION," PGI2 FORMATION, "CAN BOTH AUGMENT THE

17   RESPONSE TO THROMBOTIC" -- THAT'S THE CLOT DEVELOPMENT -- "AND

18   HYPERTENSIVE STIMULI" -- THAT IS, THINGS THAT WOULD INCREASE

19   YOUR BLOOD PRESSURE -- "AND ACCELERATE ATHEROGENESIS," THAT IS,

20   THE PLAQUE BUILDUP.

21   **Q.**    WHAT DOES THE NEXT SLIDE SHOW?  WHY DO WE HAVE IT UP HERE?

22   **A.**    PRATICO HAS PREVIOUSLY PUBLISHED -- WELL, LET ME BACK UP.

23          NOT EVERY ANIMAL STUDY SUPPORTS THESE FINDINGS.

24   THERE ARE SOME THAT SUGGEST THAT PERHAPS COX-2 INHIBITION MIGHT

25   BE BENEFICIAL.  AND THAT'S OKAY.  WHEN THERE ARE DIFFERENT

1   ANIMAL MODELS, DIFFERENT DOSES, DIFFERENT TIMES OF

2   ATHEROSCLEROSIS, YOU MAY GET DIFFERENT EFFECTS.  WHAT I HAVE

3   SHOWED YOU ARE KEY STUDIES THAT -- AS WE TALK ABOUT IT IN

4   MEDICINE AND SCIENCE, THAT THEY SUPPORT PROOF OF CONCEPT; THAT

5   IS, THE CONCEPT IS UNQUESTIONABLY PROVEN BY THESE ANIMAL

6   STUDIES AND ABSOLUTELY VALIDATED BY ALL THE CLINICAL STUDIES

7   THAT -- SOME OF WHICH YOU'VE HEARD OF.

8          THERE ARE SOME OTHER ANIMAL STUDIES THAT DON'T FIT

9   THE PICTURE, BUT THAT'S WHAT HAPPENS IN SCIENCE AND MEDICINE.

10  NOTHING IS EVER 100 PERCENT.  AND PRATICO HAS BEEN ONE THAT HAS

11  KIND OF DISPUTED THIS CONCEPT AND HAS PUBLISHED SOME STUDIES

12  THAT SUGGEST, WELL, MAYBE IT DOESN'T REALLY HAPPEN.

13         HOWEVER, RECENTLY, HE HAS SAID, "ALTHOUGH THE

14  CLINICAL RELEVANCE OF THE EXPERIMENTAL RESULTS REMAIN

15  UNCERTAIN, FROM A BIOCHEMICAL POINT OF VIEW" -- THAT IS, THAT

16  BALANCE OR IMBALANCE BETWEEN PROSTACYCLIN AND THROMBOXANE --

17  "THE SUPPRESSION OF PROSTACYCLIN FORMATION MIGHT THEORETICALLY

18  ELEVATE BLOOD PRESSURE, INCREASE PROTHROMBOTIC RISK ASSOCIATED

19  WITH RUPTURE OF ATHEROSCLEROTIC PLAQUE, AND FACILITATE

20  MYOCARDIAL INFARCTION.

21  Q.   DID YOU READ DR. EPSTEIN'S DEPOSITIONS?

22  A.   I DID.

23  Q.   DID YOU SEE THE EARLIER PRATICO ARTICLE THAT MR. GOLDMAN

24  SHOWED DR. EPSTEIN?

25  A.   I DID.

1    **Q.**   IS THIS -- DO YOU HAVE AN OPINION AS TO WHAT THIS SHOWS

2    VERSUS THAT?

3    **A.**   WELL, IT CERTAINLY SUGGESTS HE'S MOVING HIS OPINION OVER

4    TO THE SIDE THAT ACCEPTS THESE CONCEPTS.

5    **Q.**   YOU READ THE DEPOSITION OF DR. EPSTEIN BY MR. GOLDMAN.

6    DID YOU ALSO READ THE QUESTIONS ASKED ABOUT AN EARLIER STUDY BY

7    DR. CIPOLLONE?

8    **A.**   YES.  AND THAT WAS ALSO ONE THAT DID NOT QUITE SUPPORT THE

9    CONCEPT.

10   **Q.**   DID THEY CHANGE HIS MIND?

11   **A.**   YES.

12   **Q.**   WILL YOU SHOW HIM JUST WHAT HE SAYS.  THE BOTTOM.  WHAT

13   DOES HE SAY?

14   **A.**   "NEVERTHELESS, THESE STUDIES COULD PROVE WHAT WAS ALREADY

15   THEORETICALLY PLAUSIBLE:  THAT SELECTIVE COX-2 INHIBITORS

16   ENHANCE PLATELET ACTIVATION" -- THAT'S THE STICKINESS OF THE

17   PLATELETS -- "AND THUS BE ABLE TO TRIGGER THE ONSET OF

18   THROMBOTIC EVENTS," THE CLOT BUSINESS.  "FURTHERMORE,

19   INCREASING LAMINAR SHEAR STRESS IN VITRO."

20          NOW, I TALKED ABOUT THAT BRIEFLY, BUT WHEN YOU RUN UP

21   A FLIGHT OF STAIRS AND THE BLOOD IS PUMPING MORE, IT INCREASES

22   THE SHEAR STRESS ON THE INNER WALL OF THE BLOOD VESSEL WHICH

23   THEN CAN INDUCE THE DEVELOPMENT OF PROSTACYCLIN.

24          FURTHERMORE, INCREASING LAMINAR SHEAR STRESS IN VITRO

25   INCREASES THE EXPRESSION OF THE GENE FOR COX-2 SO THAT YOU HAVE

1    MORE OF THE PROSTACYCLIN, SUGGESTING THAT COX-2 MIGHT BE

2    HEMODYNAMICALLY INDUCED IN ENDOTHELIAL CELLS IN VIVO."

3              THAT SIMPLY MEANS THAT -- "IN VIVO" IS IN THE BODY.

4    "IN VITRO" IS IN A TEST TUBE KIND OF SITUATION.  SO HE'S

5    SUGGESTING THAT RUNNING UP THE FLIGHT OF STAIRS CAN INCREASE

6    THE PROSTACYCLIN BECAUSE IT INCREASES COX-2.

7              "THUS DEPRESSION OF PROSTACYCLIN, PGI2 FORMATION,

8    MIGHT BE EXPECTED TO ELEVATE BLOOD PRESSURE, ACCELERATE

9    ATHEROGENESIS, AND PREDISPOSE PATIENTS RECEIVING COXIB" --

10   THAT'S COX-2 INHIBITION -- "TO AN EXAGGERATED THROMBOTIC

11   RESPONSE TO THE RUPTURE OF AN ATHEROSCLEROTIC PLAQUE."

12             **MR. ROBINSON:**  ONE MORE ON THIS SUBJECT, YOUR HONOR,

13   AND WE CAN BREAK FOR LUNCH.

14   **BY MR. ROBINSON:**

15   **Q.**   GO TO THE NEXT SLIDE.  IS THIS YOUR LAST SLIDE ON THIS

16   SUBJECT, SIR?

17   **A.**   YES.

18   **Q.**   AND WHAT DOES THIS TELL YOU?

19   **A.**   THIS IS AN INTERESTING STUDY BY A WOMAN NAMED EGAN.  AND

20   BASICALLY, WHAT SHE DID WAS AGAIN TAKE MICE AND ALTER THE MICE,

21   SLIGHTLY DIFFERENTLY THAN THE ONES THAT I SHOWED YOU BEFORE,

22   BUT PREDISPOSE THEM TO DEVELOPING ATHEROSCLEROSIS.

23             AND HER POINT IS -- AND THIS IS VERY IMPORTANT FOR

24   OUR WIVES OR GIRLFRIENDS -- THAT WOMEN, PRIOR TO MENOPAUSE, ARE

25   PROTECTED AGAINST DEVELOPING ATHEROSCLEROSIS, COMPARED TO US

1  MEN.  THE REASON WHY ESTROGEN MAY PROTECT WOMEN IS COMPLICATED,

2  BUT ONE OF THE REASONS THAT SHE SHOWS IN THIS ARTICLE IS THAT

3  IT MAY BE THROUGH THIS PROSTACYCLIN MECHANISM, MAKING

4  PROSTACYCLIN, AGAIN, EVEN MORE IMPORTANT THAN AS THEY SUGGEST

5  AT THE END OF THIS ARTICLE.  GIVING COX-2 TO A WOMAN MAY BE

6  SOMEWHAT HARMFUL.

7        SO BASICALLY WHAT THEY SHOW IS THAT, WHEN THEY CREATE

8  THIS MOUSE THAT DEVELOPS ATHEROSCLEROSIS, THEY MESS UP THE

9  LDL -- THAT'S THE BAD CHOLESTEROL -- AND THE MOUSE GETS A LOT

10  OF IT AND DEVELOPS ATHEROSCLEROSIS.

11        AND THIS IS THE MAIN BLOOD VESSEL IN THE MOUSE, SO

12  AND THE ORANGEY AREAS ARE ATHEROSCLEROSIS.  AND WHEN THEY GIVE

13  ESTROGEN TO THE MOUSE, YOU SEE THEY ELIMINATE THE BUILDUP OF

14  ATHEROSCLEROSIS.

15        BUT THEN THEY DID A VERY CLEVER THING.  THEY NOT ONLY

16  DEVELOPED THIS MOUSE THAT DEVELOPED ATHEROSCLEROSIS, BUT THEY

17  ALSO TOOK AWAY THE LOCK FOR THE PROSTACYCLIN.  SO NOW THIS

18  MOUSE HAS WHAT IS, IN ESSENCE, A COX-2 INHIBITOR STATE BECAUSE

19  THEY TOOK AWAY THE PROSTACYCLIN ABILITY FOR THIS MOUSE TO MAKE

20  PROSTACYCLIN.

21        AND NOW THE MOUSE DEVELOPS ATHEROSCLEROSIS, LIKE IT

22  DID BEFORE; BUT NOW WHEN THEY GIVE ESTROGEN, THEY DON'T BLOCK

23  THE PROSTACYCLIN -- THE ATHEROSCLEROSIS BUILDUP.

24        SO THIS MOUSE DOESN'T HAVE PROSTACYCLIN CAPABILITY,

25  STILL GOT ESTROGEN EXACTLY AS THIS MOUSE, BUT THE ESTROGEN NOW

1  NO LONGER BLOCKED THE ABILITY TO PREVENT ATHEROSCLEROSIS.  SO

2  THIS -- IT'S A COMPLICATED STORY, BUT WHEN THE MOUSE DEVELOPS

3  ATHEROSCLEROSIS, HAS PROSTACYCLIN AND GETS ESTROGEN, NO

4  ATHEROSCLEROSIS.

5          WHEN THE MOUSE GETS ATHEROSCLEROSIS, CAN'T MAKE

6  PROSTACYCLIN, AND STILL GETS THE ESTROGEN, IT STILL DEVELOPS

7  ATHEROSCLEROSIS.  SO COX-2 MAY BE PARTICIPATING WITH THE

8  ESTROGEN THAT PROTECT WOMEN FROM DEVELOPING ATHEROSCLEROSIS

9  UNTIL THEY DEVELOP MENOPAUSE BECAUSE THEY ARE PROTECTED BY THE

10 ESTROGEN.

11 **Q.**   DO YOU HAVE AN OPINION AS TO WHETHER OR NOT, FROM THESE

12 STUDIES, VIOXX HAS A BIOLOGICAL PLAUSIBILITY FOR CAUSING OR

13 ACCELERATING ATHEROSCLEROSIS?

14 **A.**   I DO.

15 **Q.**   WHAT'S THAT OPINION?

16 **A.**   THAT IT DOES.

17          **MR. ROBINSON:**  MAY WE TAKE A BREAK, YOUR HONOR.

18          **THE COURT:**  WE'LL TAKE A BREAK HERE FOR LUNCH AND

19 WE'LL COME BACK AT 1:45.  THE COURT WILL STAND IN RECESS UNTIL

20 1:45.

21          **THE DEPUTY CLERK:**  EVERYONE RISE.

22              **(LUNCHEON RECESS)**

23              * * * * *

24

25

DAILY COPY

1       **AFTERNOON SESSION**

2       **(AUGUST 8, 2006)**

3               (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4       TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

5       REPORTER.)

6               **THE DEPUTY CLERK:**  EVERYONE RISE.

7               **THE COURT:**  BE SEATED, PLEASE.

8               (WHEREUPON, **DOUGLAS ZIPES**, HAVING BEEN DULY SWORN,

9       TESTIFIED AS FOLLOWS.)

10              **THE COURT:**  DR. ZIPES, YOU'RE STILL UNDER OATH, SIR.

11              **THE WITNESS:**  YES, SIR.

12                          **DIRECT EXAMINATION**

13      BY MR. ROBINSON:

14      **Q.**   DR. ZIPES, I WOULD LIKE TO SHOW YOU P5.0008 AND ASK YOU IF

15      THIS IS YOUR CURRICULUM VITAE?

16      **A.**   YES, IT IS.

17              **MR. ROBINSON:**  YOUR HONOR, I WOULD OFFER P5.0008 INTO

18      EVIDENCE.  I HAVE GIVEN THE CLERK A COPY OF IT.

19              **THE COURT:**  ALL RIGHT.  LET IT BE ADMITTED.

20      BY MR. ROBINSON:

21      **Q.**   NOW, BEFORE WE GO ON WITH THE SLIDE SHOW, MR. BECK, ON

22      EXAMINATION, BROUGHT OUT THE FACT THAT YOU WERE HERE IN

23      NEW ORLEANS FOR 12 DAYS.  WHY DON'T YOU TELL THE JURORS WHAT

24      YOU HAVE BEEN DOING.

25      **A.**   YES.  WHEN I UNDERTAKE A PROJECT, I TRY TO DO IT TO THE

1    BEST OF MY ABILITY.  THE AMOUNT OF INFORMATION INVOLVED HERE

2    HAS BEEN SO VOLUMINOUS THAT, DESPITE ALL OF THE TIME I HAVE

3    SPENT READING PRIOR TO COMING HERE, I FELT IT WAS VERY

4    IMPORTANT TO BE ABLE TO GET AWAY AND TO SPEND TIME READING,

5    WHICH IS BASICALLY WHAT I'VE DONE.  IN ADDITION, IT WAS MY

6    UNDERSTANDING THAT I WAS ACTUALLY GOING TO TESTIFY ON THURSDAY.

7    **Q.**    LAST THURSDAY?

8    **A.**    LAST THURSDAY.  THEN I WAS GOING TO TESTIFY ON FRIDAY.

9    THEN I WAS GOING TO TESTIFY ON SATURDAY.  HERE I HAVE ENDED UP

10   TESTIFYING ON MONDAY.

11   **Q.**    TUESDAY?

12   **A.**    WELL, THEN I WAS GOING TO TESTIFY ON MONDAY.

13   **Q.**    TUESDAY YOU'RE IN NEW ORLEANS.

14   **A.**    YES.  OKAY.

15   **Q.**    IN ANY EVENT, LET ME ASK YOU --

16   **A.**    AND MY WIFE HAS NOT LET ME FORGET IT.

17   **Q.**    DID YOU GET TO DO SOME OTHER THINGS THAT WEREN'T

18   VIOXX-RELATED HERE?

19   **A.**    YES.  A LOT OF THE WORK I DO, MY EDITING MY JOURNAL, IS

20   ALL ELECTRONIC.  MY WIFE IS THE MANAGING EDITOR OF THE JOURNAL,

21   SO WE HAVE BEEN GOING BACK AND FORTH ELECTRONICALLY RUNNING MY

22   JOURNAL.  I GET FIVE OR SIX NEW MANUSCRIPTS EACH DAY THAT HAVE

23   TO BE LOOKED AT AND SENT OUT FOR REVIEW AND SO ON, AND I HAVE

24   DONE ALL OF THAT AS WELL.  I HAVE KEPT UP WITH E-MAILS FROM THE

25   OFFICE.  SO THERE HAVE CLEARLY BEEN THINGS OTHER THAN THIS.  I

1    DON'T WANT TO TELL YOU ALL I HAVE DONE IN THE TRIAL.  THERE

2    HAVE BEEN OTHER THINGS AS WELL.

3    **Q.**   IN ADDITION -- I THINK IT WAS, LIKE, SUNDAY NIGHT -- DID

4    WE HAVE ARTERIOSCLEROSIS 101 WITH MR. ROBINSON?

5    **A.**   I DID.  CATCHING MR. ROBINSON ON THE FLY IS SOMEWHAT

6    DIFFICULT, BUT YES, WE DID SPEND SOME TIME.

7    **Q.**   I TAKE IT YOU TALKED TO OTHER LAWYERS DURING THE WEEK?

8    **A.**   I DID, PERIODICALLY.

9    **Q.**   DID YOU WATCH THE TRIAL ON A TICKER TAPE OR SOMETHING LIKE

10   THAT?

11   **A.**   YES.  THANK YOU FOR REMINDING ME.  I FORGOT THAT.  IN

12   THEIR OFFICE, THEY HAVE THE ACTUAL ONLINE TICKER TAPE OF WHAT

13   IS BEING TESTIFIED, AND I WOULD SIT THERE AND SEE WHAT PEOPLE

14   WERE SAYING AS PART OF MY PREPARATION.

15             **THE COURT:**  I MIGHT SAY, MEMBERS OF THE JURY, BOTH

16   SIDES HAVE THAT.  WE PROJECT IT THROUGHOUT THE AREA.

17   **BY MR. ROBINSON:**

18   **Q.**   OKAY.  I WANT TO GO BACK NOW TO THE PRESENTATION.  LET'S

19   PUT UP THE NEXT SLIDE WHERE WE LEFT OFF.  WHAT DOES THIS SLIDE

20   SHOW?

21   **A.**   THIS SLIDE IS FROM AN ARTICLE IN THE *NEW ENGLAND JOURNAL*

22   *OF MEDICINE* WRITTEN BY DR. GARRETT FITZGERALD, WHO SAYS, AS YOU

23   CAN SEE HERE, "PATIENTS IN THE APPROVE STUDY SHOULD CONTINUE TO

24   BE FOLLOWED.  THIS WILL ALLOW SOME ESTIMATE OF HOW QUICKLY THE

25   DEVELOPED RISK MAY DISSIPATE GIVEN THE RELATIVELY SHORT

1    HALF-LIVES OF THESE COMPOUNDS."  HE IS REFERRING TO THE

2    THROMBOXANE AND THE PROSTACYCLIN AND POSSIBLY TO VIOXX.  I'M

3    NOT CERTAIN.  "SUCH A DISSIPATION MAY OCCUR RAPIDLY.  ON THE

4    OTHER HAND, IF TREATMENT IS ACCELERATED ATHEROSCLEROSIS, THE

5    OFFSET OF RISK MAY BE MORE GRADUAL."

6    **Q.**    WHAT DOES THAT MEAN FOR THE JURY?

7    **A.**    IT MEANS THAT IF VIOXX HAS CAUSED THESE PLAQUE BUILDUP

8    THAT I'M CONVINCED THAT IT DOES AND THAT I HAVE SHOWN YOU IN

9    TERMS OF THE ANIMAL MODELS, THAT WHEN YOU STOP THE VIOXX, THE

10   DAMAGE THAT HAS OCCURRED TO THE ARTERIES FROM TAKING THE VIOXX

11   IS NOT GOING TO GO AWAY.  IF YOU HAVE GOT PLAQUE BUILDUP, EVEN

12   THOUGH YOU STOP TAKING THE VIOXX, THAT PLAQUE BUILDUP WILL

13   REMAIN AND, THEREFORE, YOU CAN CONTINUE TO BE AT RISK FOR SOME

14   TIME PERIOD AFTER THE VIOXX HAS BEEN STOPPED.  FITZGERALD

15   RAISES THAT AS A POSSIBILITY IN THIS ARTICLE THAT HE PUBLISHED

16   IN THE *NEW ENGLAND JOURNAL OF MEDICINE*, WHICH IS THE PREMIER

17   MEDICAL JOURNAL IN THE UNITED STATES, IF NOT THE WORLD.

18   **Q.**    NOW, AS PART OF YOUR PREPARATION AND FOR YOUR DEPOSITION,

19   DID YOU REVIEW AT LEAST THE BEGINNING OF THE FOLLOW-UP DATA

20   PRESENTATION BY MERCK TO THE FDA TO FORM A BASIS FOR YOUR

21   OPINION?

22   **A.**    I DID.

23   **Q.**    WILL YOU SHARE WITH THE JURY WHAT YOU FOUND.

24   **A.**    YES.  ONE OF THE ENDPOINTS THAT HAS BEEN USED, IT'S CALLED

25   THE APTC ENDPOINT -- IT'S THE THROMBOTIC EVENTS THAT OCCUR IN

1    RELATION TO VIOXX -- SHOWED THAT THERE WAS AN INCREASE IN THE
2    INCIDENCE, HOW OFTEN THIS OCCURRED, IN THE VIOXX-TREATED GROUP
3    FOR THE SIX MONTHS AFTER THE STUDY WAS STOPPED, AFTER THEY
4    STOPPED TAKING VIOXX.  SO, AT LEAST FOR THAT FIRST SIX MONTHS,
5    USING THOSE ENDPOINTS, FITZGERALD INDEED WAS CORRECT THAT THE
6    VIOXX EFFECT WAS PRODUCED.  YOU STOP THE VIOXX, BUT YOU'RE
7    STILL AT RISK, AT LEAST FOR THIS FIRST SIX MONTHS, BECAUSE OF
8    THE PLAQUE BUILDUP.
9    **Q.**   WHAT GARRETT FITZGERALD SAYS, "ON THE OTHER HAND, THE
10   TREATMENT HAS ACCELERATED ATHEROSCLEROSIS, THE OFFSET OF RISK
11   MAY BE MORE GRADUAL."  DO THE FINDINGS THAT YOU JUST TALKED
12   ABOUT HAVE ANYTHING TO DO WITH THAT?
13   **A.**   YES.  AT SOME POINT THE EFFECTS MAY INDEED DISAPPEAR AND
14   THE -- WE USE THE TERM "STATISTICALLY SIGNIFICANT" AS LESS
15   LIKELY THAN CHANCE.  PAST SIX MONTHS, THOSE DIFFERENCES WERE
16   NOT MAINTAINED.
17   **Q.**   NOW, TO BE FAIR, AFTER THE FIRST SIX MONTHS, DID THE
18   NUMBERS COME BACK TO EVEN, VIOXX VERSUS PLACEBO?
19   **A.**   THAT IS CORRECT.
20   **Q.**   DO YOU REMEMBER WHAT THE FINAL NUMBERS WERE --
21   **A.**   I THINK 16 TO 16.
22   **Q.**   -- AFTER 210 MONTHS?  WAS THERE AN -- DO YOU REMEMBER THE
23   SIZE OF THE INCREASE DURING THE FIRST SIX MONTHS?
24   **A.**   I DON'T REMEMBER THE PRECISE NUMBER.
25   **Q.**   DO YOU REMEMBER WHAT THE RELATIVE RISK WAS?

1    **A.**   YES.  THE RELATIVE RISK WAS OVER 2.  I DON'T REMEMBER

2    EXACTLY WHAT IT WAS.

3    **Q.**   NOW, LET'S GO TO THE NEXT SLIDE.  WHAT DOES THIS SLIDE

4    SHOW?

5    **A.**   THIS IS A VERY IMPORTANT SLIDE.  I SHOWED YOU A LOT OF

6    MICE DATA AND TOLD YOU THAT, INDEED, THERE'S BIG DIFFERENCES

7    BETWEEN MICE AND MAN.  BUT I ALSO EMPHASIZE THAT THE CLINICAL

8    TRIALS THAT MERCK RAN DID SHOW AN INCREASE IN HEART ATTACKS IN

9    THOSE INDIVIDUALS TAKING VIOXX.

10           THIS SLIDE IS VERY IMPORTANT BECAUSE IT SHOWS THAT

11   THE ABILITY OF BLOCKING COX-2 TO ALTER THE BLOOD FLOW -- YOU

12   REMEMBER THAT THE PROSTACYCLIN MAKES THE BLOOD VESSEL GET

13   BIG -- SO THAT HOSE PUTTING WATER ON YOUR LAWN GETS BIGGER --

14   AND THE THROMBOXANE MAKES IT GET SMALLER.  THIS WAS A STUDY IN

15   HUMANS --

16   **Q.**   WHO DID THIS STUDY?

17   **A.**   THIS IS BULUT.  YOU CAN SEE IT AT THE BOTTOM.  THEY WANTED

18   TO TEST, INDEED, IS THIS TRUE IN HUMAN BEINGS.  SO THEY TOOK

19   SOME PEOPLE WHO HAD HIGH BLOOD PRESSURE IN WHOM WE KNOW THAT

20   THE THROMBOXANE LEVEL AND THE PROSTACYCLIN LEVELS CAN BE

21   INCREASED FROM THE HIGH BLOOD PRESSURE.  THEY WERE ABLE TO

22   MEASURE THE AMOUNT OF BLOOD FLOW GOING TO THE FOREARM.  THIS IS

23   A STANDARD THING THAT WE DO IN MANY CLINICAL STUDIES.

24           WHAT THEY DID WAS TO TRY TO MAKE THE BLOOD VESSEL GET

25   BIGGER WITH A DRUG CALLED ACETYLCHOLINE.  AGAIN, I KNOW THIS

1    IS -- THERE ARE A LOT OF DRUGS, BUT THIS IS A STANDARD STUDY

2    THAT WE DO TO TEST HOW WELL THE BLOOD VESSELS IN THE ARM CAN

3    GET BIG.  SO IF YOU LOOK AT THE OPEN BARS, THIS SHOWS THE

4    CHANGE IN FLOW TO THE FOREARM WHEN ACETYLCHOLINE IS GIVEN.  AND

5    THIS IS JUST THE CONTROL.  SO YOU SEE, AT THAT DOSE, IT

6    INCREASED AT THAT DOSE; AND AT THAT DOSE, IT INCREASED FURTHER.

7    THAT'S WITH A SUGAR SOLUTION RATHER THAN COX-2 INHIBITOR.

8            NOW, VIOXX, AS YOU KNOW, IS A PILL.  YOU TAKE THAT BY

9    MOUTH.  BUT THERE IS A FORM OF COX-2 INHIBITOR THAT YOU CAN

10   GIVE INTRAVENOUSLY, AND IT'S CALLED PARACOXIB.  WHAT THEY DID,

11   THEN, WAS TO GIVE THE ACETYLCHOLINE AND SHOW THAT, IN THE

12   NORMAL -- WITHOUT COX-2 INHIBITION, BLOOD FLOW INCREASED.  BUT

13   WHEN THEY GAVE THIS INTRAVENOUS FORM OF COX-2 INHIBITOR, IT

14   INHIBITED THE ABILITY OF THAT BLOOD VESSEL IN THE FOREARM TO

15   GET BIG.

16           SO THE BLOOD FLOW WAS SIGNIFICANTLY BLUNTED.  THAT'S

17   IN THE BLACK COLUMNS.  SO THIS IS PROOF IN MAN, IN HUMANS, THAT

18   BLOCKING THE DEVELOPMENT OF PROSTACYCLIN WITH A COX-2 INHIBITOR

19   ACTUALLY DOES REDUCE BLOOD FLOW IN THIS EXPERIMENTAL STUDY.  SO

20   I THOUGHT THIS WAS EXTREMELY IMPORTANT BECAUSE, ON THE ONE

21   HAND, THE MOUSE STUDIES WERE GREAT, BUT IT'S NOT MAN.  YOU WANT

22   TO SHOW SOMETHING THAT INDEED IT ACTUALLY OCCURS IN MAN.  AND

23   THIS WAS A LOVELY STUDY THAT SHOWED THAT.

24   Q.   THE NEXT SECTION, YOU -- IN TERMS OF RELYING ON OTHER

25   EXPERTS, YOU MENTIONED SOMETHING ABOUT THE FDA ADVISORY

1  COMMITTEE.

2  **A.**   YES.

3  **Q.**   HOW DO YOU RELY ON THEM IN COMING TO YOUR CONCLUSION

4  REGARDING VIOXX?

5  **A.**   YES.  THIS TO ME WAS EXTREMELY IMPORTANT BECAUSE, IN

6  FEBRUARY 2005, JUST A YEAR OR MORE AGO, THE ADVISORY COMMITTEE

7  TO THE FOOD & DRUG ADMINISTRATION, FDA, WHICH IS MADE UP OF 32

8  INDEPENDENT SCIENTISTS OR CLINICIANS TAKING CARE OF PATIENTS,

9  INDEED ALL VOTED 32 TO ZERO THAT VIOXX INCREASED THE

10  CARDIOVASCULAR EVENTS OF HEART ATTACK AND THESE KINDS OF

11  CHANGES.  SO THIS WAS A GROUP TOTALLY INDEPENDENT OF DRUG

12  COMPANIES, CERTAINLY INDEPENDENT OF ME, AND THEY SIMPLY ARE

13  THERE TO ADVISE THE FOOD & DRUG ADMINISTRATION, AND THEY VOTED

14  32 TO ZERO THAT VIOXX INDEED HAD THESE HARMFUL EFFECTS.

15  **Q.**   NOW, TO BE FAIR, MR. BECK POINTED THIS OUT:  DID THEY ALSO

16  HAVE A SIMILAR VOTE ON CELEBREX, AS WELL?

17  **A.**   INDEED, THEY HAD A SIMILAR VOTE ON CELEBREX, AND THEY

18  VOTED 32 TO ZERO THAT CELEBREX AT 800 MILLIGRAMS, WHICH IS FOUR

19  TIMES THE USUAL DOSE, HAD HEART EFFECTS; THAT THE 400-MILLIGRAM

20  DOSE MIGHT HAVE HAD -- MAYBE HAD HEART EFFECTS; BUT THE

21  200-MILLIGRAM DOSE, WHICH IS THE STANDARD DOSE, DID NOT HAVE

22  HEART EFFECTS.  BUT, AGAIN, THE 32 TO ZERO ABOUT VIOXX WAS WITH

23  VIOXX AT 25 MILLIGRAMS, WHICH IS THE STANDARD VIOXX DOSE.

24  **Q.**   GO TO THE NEXT SLIDE, PLEASE.  THE JURORS HAVE HEARD A LOT

25  ABOUT THE VIGOR STUDY, AND I DON'T WANT TO SPEND A LOT OF TIME

1  ON IT.  BUT BEFORE WE GO TO THIS SLIDE, WHAT IS YOUR MEMORY OF

2  WHAT THE VIGOR STUDY SHOWED IN TERMS OF THE NUMBERS OF HEART

3  ATTACKS FOR THE VIOXX VERSUS NAPROXEN BY COMPARISON?

4  **A.**   RIGHT.  THE VIGOR TRIAL WAS A TRIAL IN PATIENTS WITH VIOXX

5  AT A 50-MILLIGRAM DOSE AGAINST NAPROXEN.  NAPROXEN, AS YOU

6  KNOW, IS NAPROSYN.  IT'S ONE OF THE NONSTEROIDAL ANTIARRHYTHMIC

7  AGENTS.  THEY DEMONSTRATED THAT THERE WAS A 5-TO-1 HEART ATTACK

8  RELATIVE RISK; THAT IS, THERE WERE FIVE TIMES THE NUMBER OF

9  HEART ATTACKS IN THE VIOXX-TREATED GROUP COMPARED WITH THE

10 NAPROXEN-TREATED GROUP.  THE ACTUAL NUMBERS WERE 20 TO 4.  THAT

11 WAS, OBVIOUSLY, VERY SIGNIFICANT AND A VERY IMPORTANT

12 CONCLUSION.

13 **Q.**   NOW, WHAT DOES THIS SLIDE SHOW?

14 **A.**   THIS IS THE CONFIRMED THROMBOTIC CARDIOVASCULAR SERIOUS

15 ADVERSE EXPERIENCES IN RHEUMATOID ARTHRITIS PATIENTS TAKING

16 VIOXX.  SO WHAT THIS SLIDE DEMONSTRATES IS THAT THOSE PATIENTS

17 WHO WERE TAKING VIOXX, AS YOU CAN SEE ON THE LEFT-HAND SIDE,

18 THAT'S WHAT'S CALLED THE CUMULATIVE INCIDENCE.  SO IT'S HOW

19 MANY OF THESE PATIENTS ARE HAVING THESE SERIOUS ADVERSE

20 EFFECTS.  YOU CAN SEE THAT THERE'S FAR MORE IN THE VIOXX --

21 ROFECOXIB IS VIOXX -- COMPARED TO THE NAPROSYN GROUP.  IF ONE

22 LOOKS AT RELATIVE RISKS, ONCE AGAIN, THE RELATIVE RISK FOR

23 CARDIAC ENDPOINTS WAS 2.8, WHICH MEANS THAT 2.8 MORE PEOPLE

24 TAKING VIOXX HAD A CARDIAC EVENT COMPARED TO THE

25 NAPROXEN-TREATED GROUP.

1    Q.    LET'S GO TO THE NEXT ONE.

2    A.    THIS SIMPLY INDICATES STATISTICALLY, JUST IN A BAR GRAPH,

3    TO BE ABLE TO SHOW THE DIFFERENCE BETWEEN THE TWO EVENT RATES.

4    Q.    LET'S GO TO THE NEXT SLIDE, PLEASE.

5    A.    AGAIN, THAT RELATIVE RISK IS 2.8, AS I SAID.

6    Q.    LET'S GO TO THE NEXT SLIDE.  GO BACK A SECOND.  THIS IS

7    THE APPROVE STUDY?

8    A.    I'M SORRY.  YOU'RE SWITCHING QUICKLY HERE.

9    Q.    OKAY.

10   A.    YES.  THIS IS THE APPROVE STUDY.  NOW, ONE OF THE ISSUES

11   ABOUT THE VIGOR TRIAL THAT YOU PROBABLY HEARD WAS IT WAS VIOXX

12   BUT NOT AGAINST A SUGAR PILL.  IT WAS AGAINST THIS NAPROXEN.

13   THE MERCK INTERPRETATION OF THAT WAS THAT IT WASN'T THAT VIOXX

14   WAS BAD; IT WAS THAT THE NAPROXEN WAS GOOD.  THEREFORE, THE

15   DIFFERENCE WAS EXPLAINED BY THE NAPROXEN BENEFIT RATHER THAN

16   THE VIOXX HARM.

17          NOW, AS I SAID, THAT FDA SCIENTIFIC ADVISORY

18   COMMITTEE AND, I THINK, VIRTUALLY EVERYBODY ELSE TODAY NO

19   LONGER BELIEVES THAT, THAT NAPROXEN INDEED DOES NOT HAVE

20   BENEFICIAL EFFECTS TO MAKE A DIFFERENCE OF 5 TO 1.  BUT THE

21   IMPORTANCE OF THE APPROVE TRIAL WAS THAT MERCK THEN DID A STUDY

22   OF VIOXX 25 MILLIGRAMS AGAINST A SUGAR PILL.

23          SO THERE CAN'T BE THAT ARGUMENT THAT THERE'S ANY

24   BENEFIT FROM THE NAPROXEN.  THIS IS REALLY JUST USING A SUGAR

25   PILL.  IN THIS APPROVE STUDY THEY SHOWED, AGAIN, THE RELATIVE

1    RISK WAS 2.8 OF CARDIAC ENDPOINTS.  THIS OBVIOUSLY WAS VERY

2    SIGNIFICANT, TWO CHANCES OUT OF A THOUSAND THAT THIS WASN'T, SO

3    IT CLEARLY WAS VERY SIGNIFICANT.

4    **Q.**   DO YOU KNOW WHAT HAPPENED WITH VIOXX AFTER THIS APPROVE

5    STUDY WAS DONE?

6    **A.**   YES.  FOLLOWING THE APPROVE TRIAL, VIOXX WAS TAKEN OFF THE

7    MARKET.

8    **Q.**   CAN WE GO TO THE NEXT SLIDE.  WHAT DOES THIS SHOW?

9    **A.**   YES.  AS PART OF THE APPROVE TRIAL, THEY HAD WHAT WAS

10   CALLED A SECONDARY ENDPOINT, WHICH MEANS THAT THE INVESTIGATORS

11   THEMSELVES WOULD REPORT WHAT THEY THOUGHT HAD HAPPENED, AND

12   THAT WAS GOING TO BE AN ENDPOINT.

13        YOU SEE, SOMETIMES WHEN YOU DO THE STUDY, THEY HAVE

14   WHAT'S CALLED AN ADJUDICATION COMMITTEE.  SO THE INVESTIGATOR

15   SAYS, "I THINK MY PATIENT HAD A HEART ATTACK."  THEY SEND IT TO

16   A COMMITTEE THAT REVIEWS THAT AND SAYS, "YES, WE AGREE," OR

17   "NO, WE DON'T."

18        SO AS A SECONDARY ENDPOINT IN THE APPROVE TRIAL, THEY

19   SAID, "WELL, WE WANT TO KNOW WHAT THE INVESTIGATORS THOUGHT,"

20   AND THIS THEN SHOWS THE INVESTIGATOR-REPORTED EVENTS, AND THEY

21   WERE SIGNIFICANT AS WELL.

22        NOW, THE IMPORTANCE OF THIS IS AS FOLLOWS:  WHEN THE

23   APPROVE STUDY WAS PUBLISHED, MERCK SAID, WITH THEIR PRIMARY

24   ENDPOINT, THAT THERE WAS NO DIFFERENCE BETWEEN VIOXX AND THE

25   SUGAR PILL UNTIL PATIENTS HAD TAKEN THE DRUG FOR 18 MONTHS, AND

```
1   THAT IF YOU TOOK IT LESS THAN 18 MONTHS, YOU HAD NO DIFFERENCE.

2            BUT THE INVESTIGATOR-REPORTED RESULTS SAID, "UH-UH.

3   THAT'S NOT TRUE."  WHEN WE REPORT AS THE INVESTIGATOR THAT THIS

4   PATIENT HAD A HEART ATTACK AND SO ON, THOSE CURVES SEPARATE

5   VERY EARLY.  YOU CAN SEE THAT THE ROFECOXIB OR VIOXX CURVE GETS

6   HIGHER THAN THE PLACEBO SUGAR PILL CURVE VERY EARLY.

7   Q.   IS THAT MONTHS ON THE BOTTOM THERE?

8   A.   YES, THE MONTHS ARE ON THE BOTTOM.  SO SOMETIMES, FOUR OR

9   SIX MONTHS, THERE IS A SEPARATION --

10  Q.   WHAT DOES THIS MEAN IF THERE'S A SEPARATION?

11  A.   THAT MEANS THAT THE VIOXX, INDEED, IS CAUSING INCREASED

12  CARDIAC EVENTS, COMPARED WITH THE PLACEBO PILL, AND IT SURE

13  DIDN'T TAKE 18 MONTHS FOR IT TO HAPPEN.

14  Q.   BY THE WAY, HAS THERE BEEN A RECENT ANNOUNCEMENT THAT --

15            MR. BECK:  YOUR HONOR, MAY WE APPROACH?

16            THE COURT:  THAT'S SUSTAINED.

17            MR. ROBINSON:  I'LL MOVE ON.

18  BY MR. ROBINSON:

19  Q.   LET'S GO TO THE NEXT ONE.  WHAT DOES THIS SLIDE SHOW?

20  A.   THIS IS PROTOCOL 112, YES.  MERCK DID ANOTHER STUDY TO

21  TEST WHETHER VIOXX INCREASED BLOOD PRESSURE OR NOT, AND THEY

22  TESTED IT WITH TWO DOSES, AS YOU SEE, AND AGAINST CELEBREX AND

23  AGAINST A SUGAR PILL.

24            YOU CAN SEE THAT, IN THIS STUDY, IT WAS CALLED 112;

25  THAT THERE WAS TWICE THE BLOOD PRESSURE ELEVATIONS WHICH WERE
```

1    MORE THAN 20 MILLIMETERS OF MERCURY ELEVATION TO A VALUE

2    EXCEEDING 140.  THAT'S THE TOP NUMBER OF YOUR BLOOD PRESSURE.

3    IF ANY OF YOU HAVE HAD YOUR BLOOD PRESSURE TAKEN, YOU KNOW YOU

4    HAVE A TOP NUMBER AND A BOTTOM NUMBER, AND THE TOP NUMBER IS

5    HIGHER THAN THE BOTTOM NUMBER.

6           SO THIS HAD TO GO GREATER THAN 140, WHICH WE WOULD

7    CALL HYPERTENSION, AND AN INCREASE GREATER THAN 20 MILLIMETERS

8    OF MERCURY.  AND THAT HAPPENED WITH BOTH DOSES OF VIOXX AND

9    WITH ABOUT TWICE AS MUCH AS WITH CELEBREX, THE 200-MILLIGRAM

10   STANDARD DOSE AND PLACEBO AS WELL.

11   Q.   GO TO THE NEXT SLIDE.  WHAT DOES THIS SLIDE SHOW?

12   A.   AN INVESTIGATOR CALLED AW -- A-W -- WENT THROUGH ALL OF

13   THE TRIALS THAT LOOKED AT BLOOD PRESSURE AND PUBLISHED THAT IN

14   A VERY REPUTABLE JOURNAL CALLED *THE ARCHIVES OF INTERNAL*

15   *MEDICINE* AND, BASICALLY, HE SHOWS HERE IN THE GRAY BARS THE TOP

16   NUMBER, YOUR SYSTOLIC BLOOD PRESSURE; AND THE BOTTOM NUMBER,

17   YOUR DIASTOLIC BLOOD PRESSURE; WITH ALL COX-2 INHIBITORS VERSUS

18   SUGAR PILL; CELEBREX VERSUS SUGAR PILL; AND HERE'S VIOXX VERSUS

19   SUGAR PILL.

20          ALL OF THE COX-2 INHIBITORS VERSUS THE NONSTEROIDALS:

21   VIOXX VERSUS THE NONSTEROIDALS, CELEBREX VERSUS THE

22   NONSTEROIDALS, AND VIOXX VERSUS CELEBREX.  YOU SEE IN EACH

23   INSTANCE, WHENEVER THERE WAS A COMPARISON, VIOXX CAUSED A MUCH

24   GREATER INCREASE IN BLOOD PRESSURE THAN ANY OF THE OTHER DRUGS.

25   Q.   NOW, THERE'S BEEN SOME STATEMENTS HERE AND SOME OF THE

```
 1   QUESTIONS THAT WERE ASKED THAT DO ALL NSAIDS CAUSE SOME BLOOD
 2   PRESSURE INCREASE.  DO YOU BELIEVE THAT?
 3   A.   NO.  SOME DON'T.  IT REALLY DEPENDS ON THE INDIVIDUAL
 4   PATIENT AND PATIENT'S RESPONSE, BUT THE POINT OF THIS IS WITH
 5   ANY COMPARISON VIOXX CAUSED A GREATER BLOOD PRESSURE INCREASE
 6   THAN EITHER CELEBREX OR ANY OF THE OTHER NSAIDS.
 7   Q.   BEFORE WE GO TO THE NEXT SLIDE, IS THERE SOMETHING
 8   REGARDING JERRY BARNETT'S BLOOD PRESSURE WHILE HE WAS ON VIOXX
 9   THAT YOU FOUND SIGNIFICANT, WITHOUT GOING TO THE SLIDE YET?
10   A.   YES.
11   Q.   TELL THE JURY WHAT THAT IS.
12   A.   IN THE APPROVE TRIAL, THERE WERE PATIENTS WHO HAD WHAT
13   WERE CALLED BLOOD PRESSURE SPIKES SO THAT THEY'RE GOING ALONG
14   AND, ALL OF THE SUDDEN, HAVE A JUMP IN THEIR BLOOD PRESSURE;
15   AND THAT THESE BLOOD PRESSURE SPIKES WERE -- AGAIN, THESE 20
16   MILLIMETERS OF MERCURY TOP NUMBER AND A LESSER NUMBER FOR THE
17   BOTTOM NUMBER.
18          WHAT THEY FOUND -- AND, ACTUALLY, THIS WAS -- EACH OF
19   THESE STUDIES HAVE WHAT'S CALLED A DATA SAFETY MONITORING
20   BOARD.  I'M THE CHAIR OF ONE FOR ANOTHER STUDY.  THE DUTY OF
21   THAT BOARD IS TO MONITOR THE STUDY AND MAKE CERTAIN THAT
22   PATIENTS ARE OKAY; THAT WHATEVER IS HAPPENING, PATIENTS ARE
23   BEING PROTECTED, THEY ARE NOT GETTING HURT BY THE STUDY.
24          THE DATA AND SAFETY MONITORING BOARD IN THE APPROVE
25   TRIAL NOTED THAT THOSE PATIENTS WHO WERE HAVING BLOOD PRESSURE
```

DAILY COPY

1   SPIKES ACTUALLY HAD AN INCREASED RISK OF A THROMBOEMBOLIC

2   EVENT; THAT IS, A BLOOD CLOT-RELATED EVENT.  THAT GOES BACK TO

3   THE STUFF THAT I SAID THIS MORNING.  YOU REMEMBER A BLOOD

4   PRESSURE INCREASE CAN CAUSE SOME DAMAGE TO THE LINING OF THE

5   WALL THAT CAN START A WHOLE SERIES OF EVENTS HAPPENING.

6            IN ANY EVENT, IN THE APPROVE TRIAL, THE PATIENTS WHO

7   HAD THESE BLOOD PRESSURE SPIKES HAD A RELATIVE RISK THAT WASN'T

8   2.8, BUT WAS ACTUALLY 3.8, WHICH WAS SIGNIFICANTLY HIGHER.

9   THIS IS VERY IMPORTANT FOR JERRY BARNETT BECAUSE, WHILE HE IS

10  TAKING VIOXX, HE HAS THESE BLOOD PRESSURE SPIKES, THE HIGHEST

11  BLOOD PRESSURE SPIKES HE'S EVER HAD IN HIS LIFE, WHILE HE IS

12  TAKING VIOXX.  SO HE FITS THE APPROVE TRIAL DATA THAT PUT HIM

13  AT AN INCREASED RISK OF ALMOST FOUR TIMES, 3.8 TIMES, COMPARED

14  WITH THOSE NOT TAKING VIOXX.

15           INTERESTINGLY, IN THE APPROVE TRIAL, THERE WERE MUCH

16  LESS, BUT OCCASIONAL, BLOOD PRESSURE SPIKE IN THOSE TAKING THE

17  SUGAR PILL, AND THEY DID NOT HAVE THE INCREASED RISK.  EVEN

18  THOUGH THEY HAD A BLOOD PRESSURE SPIKE, THEY WERE NOT TAKING

19  VIOXX AND THEY DID NOT HAVE THE INCREASED RISK THAT THOSE WHO

20  WERE TAKING VIOXX AND HAD THE BLOOD PRESSURE SPIKES.

21  Q.   CAN WE SHOW THE NEXT SLIDE, PLEASE.  WHAT DOES THIS SLIDE

22  SHOW?

23  A.   INDEED, THIS SHOWS JERRY BARNETT'S BLOOD PRESSURE SPIKES.

24  YOU SEE AT THE RED LINE HE BEGINS TO TAKE VIOXX.  PRIOR TO THAT

25  ON A COUPLE OF OCCASIONS, JUST BEFORE A STRESS TEST, HE HAD

1   SOME BLOOD PRESSURE ELEVATIONS, BUT ALMOST ALL OF THE OTHER

2   NUMBERS WERE UNDER 142.  THAT'S THE TOP NUMBER.

3           THEN, WHEN HE'S ON VIOXX, YOU CAN SEE 162 -- 150

4   HERE, BUT 162, 164, 150, 154, 170, 152.  SO THESE ALL CERTAINLY

5   WOULD FIT THAT BLOOD PRESSURE SPIKE PART OF THE APPROVE TRIAL

6   AND WOULD PUT HIM AT THAT INCREASED RISK OF 3.8 OR ALMOST 4

7   TIMES.

8   Q.   NOW, IS THERE A DIFFERENCE BETWEEN BLOOD PRESSURE SPIKES

9   AND HAVING STEADY HYPERTENSION OVER 140?

10  A.   ABSOLUTELY.

11  Q.   WHAT'S THE DIFFERENCE?

12  A.   YEAH.  THE BLOOD PRESSURE SPIKES ARE CLEARLY SEEN HERE.

13  LOOK AT HIS OTHER BLOOD PRESSURES, THE ONES IN BLUE.  THEY ARE

14  ALL NORMAL.  THEREFORE, WE WOULD NOT CONSIDER HIM HYPERTENSIVE,

15  BUT HE HAS THESE BLOOD PRESSURE SPIKES THAT SEPARATE HIM OUT.

16          THESE TWO WERE ALMOST OFF THE MAP.  THESE WERE

17  INCREDIBLE.  THESE WERE WHEN HE WAS HAVING HIS CHEST PAIN AND

18  COMING IN WITH HIS HEART ATTACK.  THE TOP NUMBER IS 189, 194.

19  THAT WOULD ALMOST QUALIFY AS WHAT WE WOULD CALL A HYPERTENSIVE

20  EMERGENCY WITH BLOOD PRESSURES THAT HIGH.

21  Q.   CAN WE GO TO THE NEXT SLIDE, PLEASE.  WHAT DOES THIS SHOW?

22  DID MERCK RUN A STUDY CALLED THE ALZHEIMER'S GROUP STUDIES?

23  A.   YES.  MERCK RAN A STUDY TO TEST THE EFFECTS OF VIOXX IN

24  PATIENTS WHO HAD ALZHEIMER'S, AND THEY DEMONSTRATED THAT IF YOU

25  LOOK AT THE VARIOUS ENDPOINTS, THAT PATIENTS HAD A RELATIVE

1  RISK FOR HEART ATTACK OF 1.52, WHICH WAS NOT STATISTICALLY

2  SIGNIFICANT.  BUT THAT IF YOU INCLUDE HEART ATTACK AND SUDDEN

3  DEATH, THEN THE RISK WAS STATISTICALLY SIGNIFICANT.

4          NOW, WHAT IS THE PURPOSE OF COMBINING THE TWO?  WELL,

5  THE ISSUE IN SOMEBODY WHO HAS -- PARTICULARLY ALZHEIMER'S BUT

6  OTHER PEOPLE AS WELL -- IS IF YOUR FIRST MANIFESTATION OF THE

7  HEART ATTACK IS SUDDEN DEATH -- WHICH IT CAN BE IN 30 OR 40

8  PERCENT OF PEOPLE THAT THE FIRST SIGN OF HEART DISEASE IS

9  SUDDEN DEATH -- THEN YOU'RE OBVIOUSLY NOT GOING TO COME BACK

10 AND REPORT AND SAY, "I HAD A HEART ATTACK."

11         SO THERE'S VERY GOOD REASON TO SAY, OKAY, LET'S

12 CONSIDER AS A GROUP THOSE WHO ARE COMPLAINING OF CHEST PAIN AND

13 SHOWN TO HAVE A HEART ATTACK AS WELL AS THOSE WHO HAVE SUDDEN

14 DEATH.  AND, INDEED, MERCK HAS USED THAT ENDPOINT IN AT LEAST

15 ONE OF THEIR OTHER TRIALS CALLED A 4S TRIAL.

16         SO WHEN ONE COMBINES HEART ATTACK AND SUDDEN DEATH,

17 THE RELATIVE RISK IS 1.89, WHICH IS STATISTICALLY SIGNIFICANT;

18 AND WHEN ONE INCLUDES ALL HEART DISEASE MORTALITY, THE RELATIVE

19 RISK IS SIGNIFICANT AT 4.61.  AND ALL-CAUSE MORTALITY, THAT IS,

20 DEATH FROM ANYTHING, WAS 2.13 AND AGAIN SIGNIFICANT.

21 Q.   DID YOU RELY UPON THE WORK OF A BIOSTATISTICIAN FOR THIS

22 DATA?

23 A.   I DID.

24 Q.   DO YOU REMEMBER WHO THAT WAS?

25 A.   THAT WAS CROMWALL.

1    **Q.**   HE IS A PLAINTIFF'S EXPERT.  HE IS NOT TESTIFYING HERE,

2    THOUGH; RIGHT?

3    **A.**   CORRECT.

4    **Q.**   SO WE HAVE GONE THROUGH THE BIO-PLAUSIBILITY.  WE HAVE

5    GONE THROUGH THE STUDIES.  NOW I WANT TO TALK ABOUT JERRY

6    BARNETT'S CLINICAL PICTURE.  I'M NOT GOING TO REPEAT EVERYTHING

7    WE HEARD FROM DR. POPMA YESTERDAY, BUT I DO WANT TO GET YOUR

8    OPINIONS HERE.  LET'S GO TO THE NEXT SLIDE.  WHY DON'T YOU TELL

9    US WHAT THIS SLIDE PURPORTS TO SHOW.

10   **A.**   THIS SLIDE DEPICTS THE CLINICAL TIME LINE OF JERRY

11   BARNETT -- AND YOU'VE HEARD SOME OF THIS FROM HIM -- THAT

12   12-30-99, HE HAS SAMPLES OF VIOXX; HAS HIS PRESCRIPTION FILLED

13   JANUARY 10, 2000; AND THEN HAS A STRESS TEST ON JANUARY 24,

14   2000.

15   **Q.**   OKAY.

16   **A.**   AND THEN I DON'T KNOW WHERE YOU WANT ME TO STOP.  BUT 31

17   MONTHS LATER, HE THEN HAS A HEART ATTACK, SEPTEMBER 6, 2002.

18   **Q.**   NOW, YESTERDAY THE JURY SAW THIS SLIDE WITHOUT THE VIOXX

19   31 MONTHS.  IS THAT SIGNIFICANT TO YOU?

20   **A.**   IT'S VERY SIGNIFICANT.  31 MONTHS ON VIOXX IS CERTAINLY A

21   LONG TIME.  MY INTERPRETATION OF THE STRESS TEST AT THIS POINT

22   IS THAT HE HAD MILD LATERAL WALL ISCHEMIA AND, 31 MONTHS LATER,

23   NOW HAS PLAQUE BUILDUP IN SIX CORONARY ARTERIES IN JUST 31

24   MONTHS.  I'VE NEVER SEEN THAT HAPPEN IN MY CAREER.

25   **Q.**   I THINK THE JURORS HEARD A LOT ABOUT THAT FROM DR. POPMA,

1   BUT DO YOU BELIEVE THAT THAT'S EXPLAINED BY TRADITIONAL RISK

2   FACTORS?

3   **A.**   NO.   I THINK IT'S VERY IMPORTANT TO STRESS HERE JERRY

4   BARNETT HAS A VERY MILDLY ABNORMAL STRESS TEST, EXERCISE TEST.

5   SO IF YOU WANT TO SAY HE HAD STRESS, HE HAD FAMILY HISTORY, HE

6   HAD ALL OF THESE RISK FACTORS, HE HAD THEM BY THE TIME HE -- ON

7   1-24-00, IF THEY WERE THERE AND THEY WERE CREATING MAJOR

8   PROBLEMS, WHY WASN'T IT SEEN AT THE TIME OF HIS STRESS TEST?

9   BECAUSE THE STRESS TEST SHOWED JUST MILD LATERAL WALL ISCHEMIA.

10  WHAT THAT MEANS IS THAT THERE WAS JUST SLIGHT DECREASE IN BLOOD

11  FLOW TO ONE PART OF HIS HEART.   SO IF ALL OF THESE RISK FACTORS

12  WERE PLAYING A ROLE --

13          **MR. BECK:**   YOUR HONOR, I'M GOING TO OBJECT.   THIS IS

14  CUMULATIVE OF WHAT WE HEARD ALL DAY YESTERDAY.

15          **THE COURT:**   I UNDERSTAND.   I'LL OVERRULE THE

16  OBJECTION.   THIS IS AN EXPERT WITNESS.

17  **BY MR. ROBINSON:**

18  **Q.**   GO RIGHT AHEAD, DOCTOR.   YOU GOT CUT OFF.

19  **A.**   SO, IF ALL OF THESE RISK FACTORS WERE PLAYING A ROLE, WHY

20  DIDN'T IT SHOW UP ON THE STRESS TEST JANUARY 24, 2000?   INDEED,

21  VIRTUALLY EVERYTHING THAT I HAVE LOOKED AT IN EVALUATING WHAT

22  THAT STRESS TEST MEANS INDICATES THAT HIS RISKS OF HAVING A

23  HEART ATTACK OVER THE NEXT THREE YEARS OR SO IS IN THE RANGE OF

24  1 TO 2 PERCENT.   IT'S VERY SMALL.   YET, 31 MONTHS LATER, HE

25  COMES IN WITH A HEART ATTACK AND I CAN'T EXPLAIN THAT WITH

1  ANYTHING ELSE BUT VIOXX.

2  **Q.**   LET'S MOVE TO THE NEXT SLIDE -- NO, LET ME GO BACK TO THAT

3  LAST SLIDE.  COUNSEL BROUGHT OUT ON CROSS WITH DR. POPMA -- WAS

4  THIS A SMALL HEART ATTACK AS HEART ATTACKS GO?

5  **A.**   YES, THIS WAS A SMALL HEART ATTACK.  HE WAS VERY FORTUNATE

6  THAT IT ONLY AFFECTED A SMALL AREA OF HIS HEART, BUT THE KEY

7  HERE IS ONLY A SMALL AREA HAD THE DOCUMENTED HEART DAMAGE.  BUT

8  WE KNOW BY HIS HEART CATHETERIZATION AT THIS POINT THAT NOW

9  HE'S GOT SIX CORONARY ARTERIES THAT HAVE PLAQUE BUILDUP IN IT.

10 IF HE'S GOT SIX CORONARY ARTERIES THAT HAVE PLAQUE BUILDUP, WHY

11 DIDN'T IT SHOW UP BACK HERE?

12        WITH ALL THE FBI STRESS AND ALL THE THINGS THAT -- I

13 WON'T GO THROUGH ALL OF THOSE THAT YOU HEARD YESTERDAY, BUT

14 IT'S INCONCEIVABLE TO ME THAT IF THEY HAD PLAYED A ROLE TO

15 CREATE ALL OF THIS PLAQUE BUILDUP, THAT HE HAS A STRESS TEST

16 THAT SHOWS MILD REDUCED BLOOD FLOW, MILD REDUCED BLOOD FLOW.

17        **THE COURT:**  ALL RIGHT.  LET'S MOVE ON, COUNSEL.  THIS

18 WITNESS HAS SAID THIS TWICE NOW.

19 **BY MR. ROBINSON:**

20 **Q.**   BASICALLY, JUST QUICKLY, HOW WOULD YOU INTERPRET THE

21 CHOLESTEROL DATA JUST WITH ONE QUESTION AND ANSWER?

22 **A.**   CHOLESTEROL, UNQUESTIONABLY, IS A RISK FACTOR.  THE BAD

23 CHOLESTEROL, PARTICULARLY THE HDL, IS VERY IMPORTANT.

24        THIS SHOWS A PLOT OF MR. BARNETT'S HDL OVER TIME.

25 CERTAINLY, IT'S ELEVATED AND THAT'S A RISK FACTOR, AND THAT CAN

1    CONTRIBUTE TO PLAQUE BUILDUP WITHOUT ANY QUESTION WHATSOEVER.

2    BUT, AS YOU SEE, HE STARTED IN MAY ON LIPITOR, AND BEGINNING

3    JULY 18, 2000 --

4            **MR. BECK:**  YOUR HONOR, I OBJECT AGAIN, JUST REPEATING

5    YESTERDAY'S WITNESS.

6            **THE COURT:**  WELL, I UNDERSTAND, BUT THE DIFFERENCE

7    THAT I SEE IN THIS WITNESS IS THAT THIS IS AN EXPERT WITNESS.

8    NOW, AN EXPERT WITNESS CAN GIVE HIS OPINION AND EXPLAIN HIS

9    BASIS FOR HIS OPINION, AND THAT'S WHAT HE IS DOING.  SO I WILL

10   OVERRULE THE OBJECTION.

11   **BY MR. ROBINSON:**

12   **Q.**   GO AHEAD.

13   **A.**   NOW, HIS LDL CHOLESTEROL FALLS WITHIN NORMAL NUMBERS.  AT

14   ONE POINT WE THOUGHT 130; THEN WE LOWERED IT TO THE TOP RANGE;

15   THEN WE LOWERED IT TO 100, AND YOU SEE HE MEETS THAT; AND THEN,

16   MOST RECENTLY, IT'S EVEN LOWER.  IT'S ALMOST OFF THE CHARTS

17   NOW.

18          ONE OF THE REASONS THAT'S IMPORTANT IS WE NOW KNOW

19   FROM TWO TRIALS THAT IF YOU GET YOUR LDL CHOLESTEROL DOWN TO

20   THE RANGE OF 60 OR SO -- WHEN YOU'RE BORN, IT'S ABOUT 40 OR 45,

21   BUT IF YOU GET IT DOWN TO THE RANGE OF 60, YOU CAN ACTUALLY

22   BEGIN TO REVERSE SOME OF THE PLAQUE BUILDUP.

23   **Q.**   I WANT TO MOVE ON.  OKAY.  LET'S GO TO THE NEXT SLIDE.  I

24   THINK YOU ALREADY TALKED ABOUT THIS.  THIS IS THE CARDIOLITE.

25   LET'S MOVE TO THE NEXT SLIDE.  IS THIS THE SLIDE YOU RELY ON --

1    **A.**   YES.

2    **Q.**   -- TO SHOW THE MILD LATERAL ISCHEMIA?

3    **A.**   RIGHT.  EXACTLY.  THIS SHOWS MILD LATERAL WALL ISCHEMIA.

4    I DON'T KNOW IF YOU HAVE A CLOSE-UP WITH SOME OF THE ARROWS,

5    BUT --

6         **THE WITNESS:**  YOUR HONOR, I DON'T KNOW HOW MUCH YOU

7    WANT ME TO DESCRIBE IT.

8         **THE COURT:**  WHATEVER YOU'RE ASKED.

9    BY MR. ROBINSON:

10   **Q.**   DO YOU SEE THAT SECTION THAT SAYS "TID" AND "LHR"?

11   **A.**   YES.

12   **Q.**   QUICKLY EXPLAIN IT.

13   **A.**   LET ME SPEAK TO THIS.  ONE OF THE ISSUES THAT I HAVE READ

14   THAT DEFENSE HAS RAISED IS THE CONCEPT OF BALANCED ISCHEMIA.

15   NOW, WHEN YOU DO A STRESS TEST -- THIS IS CALLED A CARDIOLITE

16   STRESS TEST -- A MATERIAL IS INJECTED INTO YOUR VEIN AND IT'S

17   THEN TAKEN UP BY THE HEART, AND THEN WE TAKE A PICTURE OF THE

18   HEART AND YOU SEE HOW MUCH OF THE MATERIAL IS TAKEN UP, AND WE

19   JUDGE IS THE FLOW NORMAL OR NOT NORMAL.

20        DEFENSE HAS SAID THAT IF THERE IS REDUCED UPTAKE

21   THROUGHOUT THE ENTIRE HEART OR MOST OF THE HEART WITH A LITTLE

22   BIT MORE REDUCED IN ONE AREA, THEN WHAT YOU'RE REALLY GOING TO

23   SEE, SINCE WE COMPARE ONE AREA WITH ANOTHER, YOU'RE GOING TO

24   SEE WHAT LOOKS LIKE MILD ISCHEMIA.  BECAUSE WE COMPARE ONE AREA

25   WITH ANOTHER, IF THEY'RE ALL REDUCED, ONE AREA A LITTLE BIT

1    MORE THAN THE OTHER, YOU'RE GOING TO SAY, WELL, IT'S MILD
2    ISCHEMIA.
3            THE REASON THAT THAT'S NOT AT ALL APPLICABLE, DOES
4    NOT APPLY TO THIS TEST, IS MULTIPLE.  FIRST OF ALL, AT THIS
5    TEST, JERRY BARNETT WALKS 15 MINUTES, 17 AND A HALF METS.  AND
6    I KNOW YOU HEARD THAT YESTERDAY AND I'LL RUSH THROUGH THAT.
7            BUT WE HAVE OTHER MEASUREMENTS.  ONE IS THAT WHEN YOU
8    HAVE THIS DIFFUSE DISEASE, THIS WHOLE -- THAT'S THE MIDDLE OF
9    YOUR HEART.  IT'S TAKING THE HEART AND SLICING IT THIS WAY AND
10   LOOKING AT IT LIKE THAT.  SO IT'S LIKE I TOOK A WATER TUBE AND
11   LOOKED AT IT END-ON.  THAT'S WHAT THIS PICTURE IS SHOWING.
12   WHEN YOU HAVE BALANCED ISCHEMIA, YOU HAVE LOTS OF OTHER THINGS
13   THAT WILL GO WRONG, NOT JUST A SLIGHT REDUCTION IN UPTAKE.
14           SO THE HOLE IN THIS DOUGHNUT GETS BIG.  AND THIS IS
15   REST, THIS IS EXERCISE, AND YOU CAN SEE VISUALLY THAT HOLE
16   ACTUALLY MIGHT BE EVEN A LITTLE BIT BIGGER AT REST, CERTAINLY
17   NOT ANY BIGGER THAN EXERCISE, AND THE ACTUAL NUMBER IS .8.  SO
18   THAT'S WHAT'S CALLED TRANSIENT ISCHEMIC DILATION.  SO THAT
19   DOESN'T FIT BALANCED ISCHEMIA.
20           IN ADDITION, THIS NUMBER IS CALLED LUNG MYOCARDIUM
21   RATIO.  WHEN YOU HAVE THIS BALANCED ISCHEMIA, SOME OF THE
22   INJECTED MATERIAL CAN'T MAKE IT TO THE HEART -- I CAN GO
23   THROUGH THE REASONS.  THEY ARE A LITTLE COMPLEX -- BUT,
24   INSTEAD, THEY GET TAKEN UP BY THE LUNG, AND THE LUNG UPTAKE
25   INCREASES.  HE DOESN'T HAVE THAT.

1       IN ADDITION, HE WOULDN'T BE WALKING 15 MINUTES TO 17

2   AND A HALF METS.  IN ADDITION, MORE LIKELY THAN NOT, HE WOULD

3   HAVE HAD CHEST PAIN.  IN ADDITION, HE WOULD HAVE, MORE LIKELY

4   THAN NOT, HAVE ELECTROCARDIOGRAM CHANGES DURING SUCH A STRESS

5   TEST.  SO, FIRST OF ALL, BALANCED ISCHEMIA IS UNCOMMON.  IT

6   OCCURS IN MAYBE 1 PERCENT OF ALL THE STRESS TESTS WE DO.  ADD

7   TO THAT ALL THESE OTHER THINGS, THAT IT VIRTUALLY RULES OUT

8   BALANCED ISCHEMIA AS A MECHANISM.

9   **Q.**   WHAT DOES THAT SHOW?  NOW, IS THERE BALANCED ISCHEMIA,

10  LOOKS LIKE HERE?  THIS IS ON SEPTEMBER 9, 2002; RIGHT?

11  **A.**   YES.  THIS IS NOW WHEN HE HAS HAD HIS HEART ATTACK, AND SO

12  NOW WE KNOW EXACTLY WHAT HIS CORONARY ARTERIES LOOK LIKE.

13  BALANCED ISCHEMIA MEANS THAT THE THREE MAJOR BLOOD VESSELS ARE

14  ALL STOPPED UP AT ABOUT THE SAME LEVEL AND ABOUT THE SAME

15  DEGREE.  VERY IMPORTANTLY, THE RIGHT CORONARY ARTERY -- THAT'S

16  THIS ONE HERE -- HAS NO OBSTRUCTION UNTIL WAY DOWN INTO ITS

17  VERY FAR CORNERS.  SO THAT'S THIS ARTERY THAT HAS NO

18  OBSTRUCTION -- NO NARROWING UNTIL IT GETS WAY DOWN OVER HERE.

19  SO, IF IT WERE BALANCED ISCHEMIA, IT SHOULD BE BLOCKED HERE;

20  THIS ONE SHOULD BE BLOCKED HERE; THIS ONE SHOULD BE BLOCKED

21  HERE.  THEY ALL SHOULD BE BLOCKED AT ABOUT THE SAME LEVEL.  WE

22  KNOW WITH THE ANATOMY BY HIS CATHETERIZATION THAT HE DOESN'T

23  HAVE BALANCED ISCHEMIA.

24  **Q.**   THEN DID HE HAVE ANOTHER CARDIOLITE -- NO.  AFTER THE

25  HEART ATTACK, DO YOU HAVE AN OPINION AS TO WHETHER OR NOT, AT

1722

1    LEAST BY JULY OF 2003, HIS -- THE GRAFTS THAT THEY DID IN THE

2    BYPASS, WERE THE GRAFTS STILL GOOD?

3    **A.**   THE GRAFTS WERE WORKING GOOD.

4    **Q.**   HOW DO YOU KNOW THAT?

5    **A.**   I KNOW THAT BECAUSE, ON THIS CARDIOLITE STRESS TEST, HE

6    DOES VERY WELL.  HE HAS GOOD EXERCISE TOLERANCE; AGAIN, WALKS

7    ABOUT 15 MINUTES; AND HAS NO EVIDENCE OF ISCHEMIA WHATSOEVER.

8    SO THE GRAFTS ARE WORKING WELL, WHICH IS GOOD.  NOW, ONE VERY

9    IMPORTANT ASPECT OF THIS -- I DON'T KNOW IF IT'S IN THE NEXT

10   SLIDE OR NOT, BUT HE HAS NORMAL WALL MOTION ON THIS TEST.

11   **Q.**   WHAT DOES THAT MEAN FOR THE JURY?  WHY IS THAT

12   SIGNIFICANT?

13   **A.**   YEAH.  AND I WAS LOOKING FOR THE REPORT THAT SAYS IT.

14   **Q.**   WHY IS THAT SIGNIFICANT?

15   **A.**   THIS IS GOING TO BECOME VERY IMPORTANT.  BECAUSE WHEN HE

16   HAD HIS HEART ATTACK IN SEPTEMBER OF '02, HE HAS AN ABNORMAL

17   PART OF HIS HEART, THAT PART OF HIS HEART WHERE THE HEART

18   ATTACK OCCURS, THAT NO LONGER SQUEEZES PROPERLY.  AND THAT'S

19   DUE TO THE HEART ATTACK.  BUT AFTER THE BYPASS AND WITH TIME,

20   THIS NOW RETURNS TO NORMAL, AND IT STARTS TO SQUEEZE AGAIN

21   NORMALLY.  SO -- AND I WANT YOU TO REMEMBER THIS.  IN JULY 18,

22   '03, THE HEART MUSCLE IS SQUEEZING NORMALLY.

23   **Q.**   AT SOME POINT THINGS CHANGE; IS THAT TRUE?

24   **A.**   THAT'S EXACTLY WHERE I'M LEADING.

25   **Q.**   LET'S GO TO THE NEXT SLIDE.

1    A.    SO JERRY BARNETT THEN EXERCISES HERE.  THIS IS WHAT WE'RE

2    TALKING ABOUT.  HE HAS THE CARDIOLITE STRESS TEST.  HE WALKS

3    17.2 METS, 15 MINUTES.  WHEN I SEE HIM IN MAY --

4    Q.    OF 2006?

5    A.    OF 2006.  I'M GOING TO GO BACK AGAIN, BUT I WANT TO TELL

6    YOU WHAT HAPPENS NOW.  WHEN I SEE HIM IN MAY OF 2006, NOW HIS

7    HEART MUSCLE IS NOT CONTRACTING NORMALLY AGAIN.  SO I CAN'T

8    STRESS THIS ENOUGH.  IN JULY OF '03, NORMAL SQUEEZE; IN MAY OF

9    '06, ABNORMAL SQUEEZE.  SOMETHING HAD TO HAVE HAPPENED BETWEEN

10   JULY OF '03 AND WHEN I SEE HIM MAY OF '06.

11            I SAID AND, INDEED, I HEARD ON OPENING THAT I

12   CREATED -- I FORGOT THE TERM -- CREATED A HEART ATTACK FOR HIM

13   IN JULY OF '04, BUT I'M STUCK WITH OBJECTIVE INFORMATION.  I

14   DIDN'T MAKE THIS UP.  HE HAS GOT NORMAL SQUEEZE JULY OF '03;

15   HE'S GOT ABNORMAL SQUEEZE IN MAY OF '06.  SOMETHING HAD TO HAVE

16   HAPPENED TO CHANGE THAT.  NOW, I ALSO KNOW -- AND WE'LL COME TO

17   THIS -- THAT WHEN I STUDIED HIM IN MAY OF '06, TWO OF HIS

18   BYPASS GRAFTS HAVE CLOSED.

19   Q.    WAS THAT THE FIRST TIME ANYBODY HAD EVER FOUND THAT?

20   A.    THAT'S THE FIRST TIME.

21   Q.    HAD DR. KARAVAN EVER FOUND THAT?

22   A.    NO, NO ONE FOUND THAT.

23   Q.    YOU WEREN'T DOING THIS REALLY AS A DOCTOR, TREATER; YOU

24   WERE DOING THIS FOR ME.  RIGHT?

25   A.    I WAS, AND LET ME EXPLAIN THAT.  IF I'M GOING TO BE IN

```
 1   FRONT OF ALL OF YOU AND TESTIFY ABOUT WHAT I FEEL HAPPENED, I
 2   WANT TO SEE THE PATIENT.  I WANT TO EXAMINE THE PATIENT SO THAT
 3   I CAN MAKE AN INDEPENDENT ASSESSMENT OF WHAT'S HAPPENED.
 4         THAT'S WHY WHEN MR. ROBINSON ASKED ME TO GET INVOLVED
 5   HERE, I SAID, "I WANT TO EVALUATE THE PATIENT."  AS AN EXPERT
 6   WITNESS, YES.  I'M NOT HIS TREATING DOCTOR.  BUT IF I'M GOING
 7   TO CRAWL OUT ON A LIMB AND MAKE ALL THESE STATEMENTS, I WANT TO
 8   SEE THE PATIENT.  SO MR. BARNETT CAME TO INDIANAPOLIS.  I DID
 9   A -- TALKED TO HIM, I EXAMINED HIM, AND THEN I GOT THESE TESTS.
10   Q.   BEFORE YOU TALKED TO HIM, DID YOU HAVE ANY IDEA THAT HE
11   HAD THOSE TWO OCCLUDED VEIN GRAFTS?
12   A.   NONE WHATSOEVER.
13   Q.   SO WHAT DID YOU FIND ON YOUR TEST?
14   A.   SO I FOUND THAT HE HAD THE TWO OCCLUDED VEIN GRAFTS AND,
15   IMPORTANTLY, NUCLEAR STRESS TEST, THAT CARDIOLITE, IDENTICAL TO
16   THE CARDIOLITE DONE IN JULY OF '03, NOW SHOWS THAT THE SQUEEZE
17   IS ABNORMAL.  SO WE HAVE GOT TWO COMPARABLE TESTS:  ONE IN JULY
18   OF '03, NORMAL SQUEEZE; ONE IN MAY OF '06, ABNORMAL SQUEEZE.
19   SOMETHING HAPPENED.
20         IN ADDITION, I HAVE THE CT ANGIOGRAM -- THAT'S LIKE A
21   HEART CATHETERIZATION WITHOUT HAVING TO PUT A CATHETER IN THE
22   HEART -- NOW SHOWS TWO VEIN GRAFTS OCCLUDED.  AND THE HEART
23   ECHO, WHICH I GOT -- MANY OF YOU ARE PROBABLY FAMILIAR WITH
24   THAT.  SOME OF YOU MAY HAVE HAD IT -- THAT'S THE FIRST HEART
25   ECHO JERRY BARNETT EVER HAD IN HIS LIFE.  DESPITE ALL OF HIS
```

1    HEART PROBLEMS, THE FIRST ONE HE HAD, I GOT IN INDIANAPOLIS,

2    THAT SHOWED AN ABNORMAL AREA OF CONTRACTION.  I'M GOING TO SHOW

3    YOU THAT SHORTLY BECAUSE IT'S SO IMPORTANT.

4              SO NOW I'M FACED WITH THE FACT THAT HE HAS NORMAL

5    SQUEEZE IN '03, ABNORMAL SQUEEZE IN '06.  HOW CAN I EXPLAIN

6    THAT?  WELL, WHEN YOU GO THROUGH THE HISTORY, WE FIND OUT THAT

7    JERRY BARNETT IN JULY 24, '04, HAS BAD CHEST PAIN.  I THINK YOU

8    HEARD THAT FROM HIM.  HE SAID HE HAD CHEST PAIN THAT FELT JUST

9    LIKE HIS HEART ATTACK CHEST PAIN BACK IN '02.  HE WENT IN AND

10   THE DOCTORS ONLY DREW ONE BLOOD TEST.  TO RULE OUT A HEART

11   ATTACK, YOU NEED TO HAVE SERIAL BLOOD TESTS.  YOU CAN'T JUST

12   GET ONE.

13   Q.   FOR EXAMPLE, WHEN JERRY HAD HIS HEART ATTACK IN

14   SEPTEMBER '02, DID THE FIRST BLOOD TEST FOR HIS TROPONIN SHOW

15   AN ELEVATION?

16   A.   NO.  IT WAS THE SUBSEQUENT ONES THAT SHOWED THE ELEVATION.

17   SO ONE BLOOD TEST DOES NOT RULE OUT A HEART ATTACK.

18   Q.   SO HOW MANY BLOOD TESTS WERE DONE IN --

19   A.   HE ONLY HAD ONE.

20   Q.   ON JULY 24, '04?

21   A.   HE ONLY HAD THE ONE.

22   Q.   OKAY.

23   A.   IN ADDITION, HIS ELECTROCARDIOGRAM -- AND I'VE BEEN OVER

24   THIS VERY CAREFULLY.  THAT'S MY SPECIALTY -- HIS

25   ELECTROCARDIOGRAM IN JULY OF '04 WAS IDENTICAL TO THE

1   ELECTROCARDIOGRAM HE HAD WHEN HE CAME IN WITH HIS HEART ATTACK.
2   IDENTICAL.
3           SO I HAD TO PUT ALL OF THIS TOGETHER WITH A CHANGE
4   THAT'S OBJECTIVE, DOCUMENTED.  HE CAME TO INDIANAPOLIS.  HE WAS
5   SCHEDULED LIKE ANY OTHER PATIENT.  NO ONE KNEW ANYTHING ABOUT
6   THE TRIAL LITIGATION, WHAT MY ROLE WAS.  HE HAD THESE TESTS.
7   THEY WERE READ BY THE SCIENTISTS INVOLVED IN THOSE STUDIES.
8   THESE WERE THEIR RESULTS, AND THEN I HAD TO PUT IT ALL
9   TOGETHER.
10  **Q.**  SO, IN OTHER WORDS, YOU DIDN'T DO THE TEST.  YOU HAD
11  SOMEBODY ELSE DOING THE TESTS.
12  **A.**   ABSOLUTELY.  NOW, I LOOKED AT THE TESTS AFTER THEY HAD
13  DONE THEM AND AFTER THEY HAD WRITTEN THEIR DECISIONS.  I DIDN'T
14  CHANGE ANYTHING.  I DIDN'T INFLUENCE THEM.  THOSE ARE THE
15  DECISIONS THAT THEY CAME UP WITH.
16          THEY SAID TWO OCCLUDED VEIN GRAFTS, NEW WALL MOTION
17  ABNORMALITY -- THAT IS ABNORMAL SQUEEZE -- WHEN IT HAD BEEN
18  NORMAL JULY OF '03.  AND I SAID I DON'T KNOW HOW ELSE TO
19  EXPLAIN IT EXCEPT THAT THE VEIN GRAFTS HAVE CLOSED AND HE
20  PROBABLY HAD A HEART ATTACK AT THIS POINT.
21          NOW, AS YOU KNOW THE LAWYERS SAY "POSSIBLE," MEANING
22  49 PERCENT.  I SAID "PROBABLE 51 PERCENT."  CAN I SAY 100
23  PERCENT HE HAD A HEART ATTACK THEN?  NO, I CAN'T SAY THAT.  CAN
24  I SAY 100 PERCENT THAT HE CHANGED FROM '03 TO '06?  ABSOLUTELY.
25  BUT I'M TRYING TO REASON WHEN DID THE CHANGE OCCUR.  MORE

1    LIKELY THAN NOT, THAT WAS THE CHANGE.  SO NO, I DIDN'T

2    FABRICATE SOMETHING FOR LITIGATION.

3    **Q.**   THE LAST THING ON THIS EXHIBIT IS 7-10-06.  WHAT DOES THAT

4    SHOW?

5    **A.**   YES.  NOW, JERRY HAS WHAT'S CALLED UNSTABLE ANGINA.  LET

6    ME BACK UP JUST FOR A MOMENT.  WHEN I SEE HIM IN MAY OF 2006,

7    HE'S DOING PRETTY FINE DESPITE HAVING THE VEIN GRAFT, THE

8    OCCLUSION.  SO THERE'S NOTHING EMERGENT THAT HAS TO BE DONE.

9    HE DOESN'T HAVE TO GO HAVE A HEART CATHETERIZATION RIGHT AWAY.

10   **Q.**   DID YOU THINK YOUR CARDIOLITE TEST THAT HE -- WITH THOSE

11   TWO OCCLUDED GRAFTS, DID HE FUDGE ON THE TEST AND NOT GIVE HIS

12   ALL, OR WHATEVER SOME OF THE QUESTIONS WERE?

13   **A.**   NO.  THIS IS EXTREMELY IMPORTANT.  WHEN HE HAS HIS STRESS

14   TEST IN '03, HIS EXERCISE HEART RATE BECAUSE HE IS ON THE BETA

15   BLOCKER IS ROUGHLY THE SAME AS HIS EXERCISE HEART RATE IN MAY

16   OF '06.  SO HE ACHIEVED ABOUT 66 PERCENT OF HIS MAXIMUM HEART

17   RATE ON BOTH TESTS:  ON THIS TEST WHEN THERE'S NO LITIGATION

18   GOING ON, AND ON THIS TEST WHEN THERE MAY BE -- THERE IS

19   LITIGATION, BUT HIS EFFORT IS THE SAME.  BUT HE CAN'T GO AS

20   FAR.  HE CAN ONLY GO NINE AND A HALF MINUTES, RATHER THAN 15

21   MINUTES, BECAUSE NOW HE HAS TWO VEIN GRAFTS THAT ARE CLOSED OFF

22   AND HE'S GOT ABNORMAL SQUEEZE.  THAT'S A CHANGE.  HE IS

23   CONSIDERABLY WORSE OFF IN MAY OF '02 THAN BACK IN JULY OF '03.

24   **Q.**   NOW, BEFORE, LET'S SAY, THE END OF JUNE OF '06 -- YOU

25   HEARD THE TESTIMONY OF DR. KARAVAN -- HE DIDN'T KNOW WHAT YOUR

1   RESULTS WERE OF YOUR TESTS; RIGHT?

2   **A.**   HE DID NOT.

3   **Q.**   BASICALLY, I SENT THEM TO HIM; RIGHT?

4   **A.**   YES.

5   **Q.**   DID HE THEN DO ANOTHER ANGIOGRAM?

6   **A.**   WHEN HE FIRST SEES JERRY, HE SAYS, "WELL, YOU KNOW, YOU

7   ARE DOING PRETTY FINE.  I SEE THE RESULTS.  TWO VEIN GRAFTS ARE

8   CLOSED OFF, BUT YOU'RE DOING OKAY.  LET'S JUST WATCH YOU.

9   MAYBE PUSH YOURSELF A LITTLE BIT ON YOUR TREADMILL TEST, SEE IF

10  YOU HAVE ANY CHEST PAIN, BUT I DON'T REALLY THINK THAT WE NEED

11  TO DO A CATHETERIZATION JUST YET."

12          SO THEY AGREED.  AND THEN, SUBSEQUENTLY, JERRY PUSHES

13  HIMSELF A LITTLE BIT ON THE STRESS TEST, NOW STARTS TO GET

14  CHEST PAIN, THEN HAS SEVERAL EPISODES THAT ARE JUST

15  SPONTANEOUS, ONE WHILE TALKING TO HIS BROTHER ON THE PHONE, AND

16  THEN GOES IN AND AT THAT POINT DR. KARAVAN VERY WISELY SAYS --

17          **MR. BECK:**  YOUR HONOR, I OBJECT.  THIS IS HEARSAY.

18  IT'S NOT A DIAGNOSIS BECAUSE HE'S NOT A TREATING PHYSICIAN.

19          **THE COURT:**  I'LL SUSTAIN THE OBJECTION.

20          **MR. ROBINSON:**  I'LL WITHDRAW IT.

21  BY MR. ROBINSON:

22  **Q.**   WHAT WERE THE RESULTS OF THE -- LET ME ASK YOU THIS:  DID

23  THE ANGIOGRAM THAT DR. KARAVAN DID ON JULY 10 CONFIRM WHAT YOU

24  FOUND REGARDING THE TWO OCCLUDED VEIN GRAFTS ON MAY 2, 2006?

25  **A.**   ABSOLUTELY.  THEY WERE VIRTUALLY IDENTICAL.  THE HEART

1  CATHETERIZATION SHOWED EXACTLY WHAT WE HAD FOUND BY WHAT'S

2  CALLED A CT ANGIOGRAM.

3  **Q.**   LET'S GO TO THE NEXT SLIDE.  JUST QUICKLY, WHAT IS THIS

4  HERE?

5  **A.**   THIS ONE IS SO IMPORTANT.  THIS IS A HEART ECHO.  IT'S

6  TAKING THE HEART AND SLICING IT THIS WAY, SO IF WE TOOK THAT

7  GARDEN HOSE AND WE SLICED IT THE LONG WAY RATHER THAN ACROSS,

8  YOU SEE THE LONG IMAGE OF THE HEART.

9  **Q.**   THIS IS WHAT YOU DID ON MAY 2, 2006?

10  **A.**   EXACTLY RIGHT.  SO THIS IS THE MAIN PUMPING CHAMBER OF THE

11  HEART.  THIS IS THE BIG AORTA THAT GOES OUT TO THE REST OF THE

12  BODY.  THIS IS THE LEFT ATRIUM.  WE DON'T NEED TO WORRY ABOUT

13  THAT.  WHAT I WANT YOU TO CONCENTRATE ON IS DOWN IN THIS BOTTOM

14  PART OF HIS HEART, WHICH IS WHERE THE ABNORMAL SQUEEZE IS.  I'M

15  GOING TO SHOW YOU THAT VERY VISUALLY.  NOW, DON'T CHANGE JUST

16  YET.

17        THIS IS WHEN YOUR HEART IS RELAXED.  AS YOU'RE

18  SITTING HERE TODAY, YOU CAN FEEL -- IF YOU FEEL YOUR PULSE,

19  YOUR HEART SQUEEZES, RELAXES; SQUEEZES, RELAXES.  WHEN IT

20  SQUEEZES, THE HEART MUSCLE GETS THICK.  WHY?  WELL, SQUEEZE

21  YOUR BICEP.  YOU KNOW, YOUR BICEP GETS THICK WHEN YOU DO THAT.

22  THE HEART MUSCLE DOES THE SAME THING.  WHEN THERE'S DAMAGE TO

23  THE HEART MUSCLE, IT DOESN'T GET THICK.

24        SO WHAT WE ARE GOING TO SHOW IS THAT -- BECAUSE I'VE

25  DRAWN LINES HERE -- IS A DIFFERENCE BETWEEN WHEN THE HEART IS

1    RELAXING AND WHEN THE HEART IS SQUEEZING.  YOU CAN JUST

2    VISUALLY SEE THAT THE INSIDE CHAMBER OF THE HEART IS A LITTLE

3    SMALLER HERE THAN IT IS HERE BECAUSE IT'S SQUEEZED.

4            GO TO THE NEXT SLIDE BECAUSE I'VE DRAWN THINGS.  NOW,

5    THIS IS THE HEART MUSCLE IN THE BOTTOM PART OF HIS WALL, AND

6    THIS IS THE INNER PART OF THE HEART MUSCLE.  THIS IS THE OUTER

7    PART OF THE HEART MUSCLE.  LOOK HOW IT NARROWS OVER HERE.  THIS

8    IS THE DAMAGED AREA THAT JERRY NOW HAS.  THIS IS SCAR.  THIS IS

9    NEVER GOING TO RECOVER.  HE WILL LIVE WITH THIS FOR THE REST OF

10   HIS LIFE.

11           NOW, GO FORWARD ONCE, BECAUSE NOW IT SQUEEZES.  NOW

12   YOU SEE THIS PART GETS THICKER WHILE THIS PART STAYS THIN.  THE

13   NEXT SLIDE SUPERIMPOSES THEM.  SO THIS IS THE RELAXED PART.

14   NOW GO FORWARD ONCE.  NOW, YOU SEE THIS IS THE SQUEEZED PART,

15   AND THIS ONE IS THICKER THAN THIS ONE, WHILE THE SCARRED AREA

16   STAYS THE SAME.

17           CLICK AGAIN.  I MEASURED THE RELAXED AREA THAT'S RED.

18   CLICK AGAIN.  THE SQUEEZED AREA, HEALTHY MUSCLE, IS YELLOW.

19   THAT GETS THICKER.  THAT'S LIKE SQUEEZING YOUR BICEP.  GO

20   FORWARD AGAIN.  THIS IS THE SCARRED AREA THAT'S NARROW.  CLICK

21   AGAIN.  THIS IS THE SCARRED AREA WHEN THE HEART IS CONTRACTING

22   STAYING NARROW.  THIS IS ABSOLUTE, UNEQUIVOCABLE, UNARGUABLE

23   PROOF THAT HE HAS DAMAGED HEART MUSCLE; THAT HE HAS SCAR IN

24   THAT AREA; AND THAT THIS CHANGED FROM '03 TO '06.  SOMETHING

25   HAPPENED, AND MY INTERPRETATION IS THAT IT'S RELATED TO THE

1  OBSTRUCTION OF THE TWO VEIN GRAFTS AND HE INDEED HAD A HEART

2  ATTACK, AND HE NOW HAS TO LIVE WITH THE SCAR.

3  **Q.**   GO TO THE NEXT SLIDE, PLEASE.  YOU DID A STRESS TEST;

4  RIGHT?

5  **A.**   I DID.  PROBABLY BLOW UP, YEAH --

6  **Q.**   WHAT'S THE POINT OF THAT?

7  **A.**   THE POINT OF THAT IS THIS SUBTLE BASAL INFERIOR

8  HYPOKINESIS.  THIS WAS READ BY OUR EXPERT IN THIS AREA, AND HE

9  CONFIRMS THIS IS AN ABNORMAL AREA OF CONTRACTION AND THAT THIS

10  IS THE SCAR.  IN ADDITION, HE SAYS THAT "THE MILDLY REDUCED

11  PERFUSION IN THE FIFTH INFEROBASAL AND INFEROLATERAL SEGMENTS,

12  WHICH IS PARTIALLY REVERSIBLE, IS SUGGESTIVE OF MILD

13  STRESS-INDUCED ISCHEMIA."

14          "PARTIALLY REVERSIBLE," WHAT DOES THAT MEAN?  IT

15  MEANS THAT, AT REST, THE AREA THAT DIDN'T TAKE UP THE

16  CARDIOLITE DID NOT IMPROVE.  SO IT'S SCARRED.  SO EVEN AT REST,

17  IT WON'T TAKE UP THE CARDIOLITE.  THIS IS WHAT WE CALL A FIXED

18  DEFECT, AND THIS IS CONSISTENT WITH A HEART ATTACK.

19  **Q.**   DID YOU USE YOUR IMPRISONMENT THE LAST 12 DAYS TO DO SOME

20  OF THIS?

21  **A.**   I SPENT A LOT OF TIME DOING THAT, YES.

22  **Q.**   YOU'RE GOING TO CHARGE ME; RIGHT?

23  **A.**   MY WIFE AGREES WITH ME IT WAS IMPRISONMENT.

24          **THE COURT:**  LET'S CONTINUE, COUNSEL.

25

1732

1    **BY MR. ROBINSON:**

2    **Q.**   LET'S GO ON TO THE NEXT LINE.  WHAT IS THIS?

3    **A.**   THIS SIMPLY SHOWS THE ABNORMALITIES THAT I'M TALKING

4    ABOUT.  WITH EXERCISE AND STRESS.  IT'S THIS BOTTOM PART OF THE

5    HEART.  THERE'S AN ABNORMALITY AT REST THAT GETS WORSE WITH

6    EXERCISE ON MAY 2, '06, BUT IT'S NORMAL BACK JULY 18, 2003.

7    **Q.**   IS THIS MORE EVIDENCE THAT THERE'S SOMETHING THAT HAPPENED

8    BETWEEN 2003 AND 2006?

9    **A.**   EXACTLY.

10             **MR. BECK:**  OBJECTION, LEADING.

11             **THE COURT:**  SUSTAINED.

12   **BY MR. ROBINSON:**

13   **Q.**   WHAT DOES THIS SHOW --

14   **A.**   THIS SIMPLY SHOWS THE ACTUAL INFORMATION FROM THIS TEST,

15   AND THIS ONE SHOWS THE STRESS AND AT REST.  WITH STRESS, THE

16   LIGHTER AREAS SHOW THE ABNORMAL STRESS RESPONSE.  BUT AT REST,

17   IT'S STILL ABNORMAL IN THIS ONE AREA, AND THAT'S WHERE HE HAS

18   THE SCAR.  THE NEXT SLIDE SHOWS THAT THIS AREA DOES NOT THICKEN

19   LIKE THE REST OF THE -- THIS IS ABNORMAL THICKENING WITH

20   STRESS, BUT IT REMAINS ABNORMAL AT REST AS WELL.

21   **Q.**   GO TO THE NEXT SLIDE.  WHAT DOES THIS SHOW?  THIS IS

22   COMPARING THE TWO CATHS.

23   **A.**   RIGHT.  THIS IS VERY IMPORTANT FOR THE BALANCED ISCHEMIA

24   ARGUMENT THAT WE TALKED ABOUT BEFORE BECAUSE THIS IS WHEN JERRY

25   HAS HIS CATHETERIZATION WITH HIS HEART ATTACK, HIS FIRST HEART

1733

1   ATTACK, AND THIS IS WHAT'S CALLED THE RIGHT CORONARY ARTERY.

2   THAT'S THIS BIG ARTERY OVER HERE.

3           YOU SEE THAT THIS ARTERY HAS BLOOD FLOW ALL THE WAY

4   DOWN TO THE VERY DISTAL PART.  THERE'S AN ABNORMALITY HERE AND

5   THERE'S AN ABNORMALITY HERE, AND THIS IS WHERE ONE OF THE BLOOD

6   VESSELS IS CUT OFF.  IF THAT WAS BALANCED ISCHEMIA, THEN THAT

7   SHOULD BE BLOCKED OFF WAY UP HERE.  AGAIN, THAT DOESN'T HOLD TO

8   EXPLAIN HIS NORMAL CARDIOLITE STRESS TEST BACK IN JANUARY 24,

9   2000.

10          WHAT THIS ALSO SHOWS IS THAT, FROM THIS DATE UNTIL

11  JULY OF '06, NOW THIS VESSEL HAS PROGRESSED.  I MEAN, THE

12  OCCLUSION HAS PROGRESSED.  SO THIS PART NOW IS STOPPED OFF

13  ENTIRELY, AND THAT'S WAY BACK UP HERE.  PREVIOUSLY, HE HAD HAD

14  BLOOD FLOW ALL THE WAY DOWN HERE, AND NOW THIS IS OBSTRUCTED

15  WAY BACK UP HERE.

16  **Q.**   CAN WE GO TO THE NEXT SLIDE QUICKLY.

17  **A.**   THIS BASICALLY SHOWS THE SAME THING IN THE DISTAL PART OF

18  THE RIGHT CORONARY ARTERY.

19  **Q.**   NEXT SLIDE.  WHAT DOES THIS SHOW?

20          **MR. BECK:**  JUST A MINUTE.  I THINK THE OBJECTION WAS

21  SUSTAINED TO THIS.

22          **THE COURT:**  RIGHT.  LET'S MOVE ON.

23  **BY MR. ROBINSON:**

24  **Q.**   LET'S MOVE ON.  NEXT SLIDE.  WHAT DOES THIS SLIDE SHOW?

25  **A.**   I WAS ASKED TO ESTIMATE WHAT IMPACT THE HEART DISEASE HAS

1   HAD ON JERRY BARNETT, AND THIS IS A LIFE TABLE CREATED BY THE

2   CDC, THE CENTER FOR DISEASE CONTROL.  IT SHOWS THAT, AT AGE 55,

3   JERRY WOULD HAVE HAD 24 YEARS OF EXPECTED LIFE ACCORDING TO

4   BEING A WHITE MALE.  BUT MY FEELING IS THAT WITH THE EXTENT OF

5   DAMAGE THAT HE HAS, THAT THIS HAS BEEN REDUCED SIGNIFICANTLY BY

6   SOME NINE OR TEN YEARS.  IF YOU GO TO THE NEXT SLIDE, AGAIN,

7   THESE ARE VERY IMPORTANT INFORMATION.

8   **Q.**   I THINK THE NEXT SLIDE WAS LEFT OUT, SO WE JUST HAVE TO

9   TALK ABOUT IT.

10  **A.**   OKAY.  WHAT THE NEXT SLIDE SHOWED IS THAT INDIVIDUALS WHO

11  HAVE BYPASS SURGERY, ABOUT 42 PERCENT DIED BY TEN YEARS.  SO

12  ONLY 58 PERCENT ARE ALIVE AT TEN YEARS.  SO I PUT THAT TOGETHER

13  WITH THIS LIFE TABLE AND CAME UP WITH THE FACT THAT I THINK HIS

14  LIFE HAS BEEN SHORTENED BY SOME NINE OR TEN YEARS.

15  **Q.**   DO YOU BELIEVE THAT VIOXX WAS THE CAUSE OF THAT?

16  **A.**   I DO.

17          **MR. BECK:**  OBJECTION, YOUR HONOR, LEADING AND ASKED

18  AND ANSWERED.

19          **MR. ROBINSON:**  NOT THAT.

20          **THE COURT:**  HE IS TALKING NOW ABOUT THE LIFE

21  EXPECTANCY.

22          **MR. ROBINSON:**  RIGHT.

23          **THE WITNESS:**  YES.

24  BY MR. ROBINSON:

25  **Q.**   WHY?

1  **A.**   I CAN COME UP WITH NO OTHER ANSWER.  AS I EXPRESSED TO

2  YOU, ALL OF HIS RISKS WERE TAKEN INTO CONSIDERATION WHEN HE HAS

3  THE FIRST STRESS TEST JANUARY 24, 2000.  IF BEING AN FBI AGENT

4  AND HIS WIFE'S CANCER, ALL OF THESE THINGS, FAMILY HISTORY HAD

5  PLAYED A ROLE, WHATEVER ROLE IT PLAYED, WE SHOULD HAVE SEEN IT

6  ON THE STRESS TEST AT JANUARY 24, 2000.  SO WE START BASICALLY

7  FROM THAT POINT.

8         THEN HE STARTS TAKING THE VIOXX, AND THE ONE MAJOR

9  BIG RISK THAT HE HAD WAS THE ELEVATED LDL, THE BAD CHOLESTEROL.

10  THAT IS BROUGHT UNDER CONTROL BY JULY OF 2000 AND COMES DOWN TO

11  NUMBERS THAT, AS I CITED FROM TWO TRIALS, ACTUALLY PRODUCED

12  REVERSAL OF CORONARY PLAQUE.  SO THE ONLY WAY I CAN ACCOUNT FOR

13  THE PROGRESSION OF THE PLAQUE BUILDUP THAT JERRY BARNETT HAS

14  HAD IS THAT IT HAS TO BE THE VIOXX.

15         **MR. ROBINSON:**  I HAVE NOTHING FURTHER, YOUR HONOR.

16         **THE COURT:**  OKAY.  WE'LL TAKE A 15-MINUTE BREAK AT

17  THIS TIME.  COURT WILL STAND IN RECESS.

18         **THE DEPUTY CLERK:**  EVERYONE RISE.

19         (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20         **THE DEPUTY CLERK:**  EVERYONE RISE.

21         **THE COURT:**  BE SEATED, PLEASE.

22                    **CROSS-EXAMINATION**

23  BY MR. BECK:

24  **Q.**   SIR, YOU ARE STILL UNDER OATH.  DOCTOR, I WOULD LIKE TO

25  START WITH A DISCUSSION OF THE VIGOR CLINICAL TRIAL THAT YOU

DAILY COPY

1    TESTIFIED ABOUT.  DO YOU REMEMBER ABOUT WHEN IT WAS THAT THE
2    RESULTS OF THE VIGOR TRIAL WERE PUBLICIZED IN A PRELIMINARY WAY
3    BY MERCK?
4    **A.**   PRELIMINARY WAY?  I JUST REMEMBER THE *NEW ENGLAND JOURNAL*
5    ARTICLE.  I DON'T KNOW OF A PRELIMINARY.
6    **Q.**   YOU DON'T REMEMBER IT BEING PUBLICIZED MONTHS BEFORE THE
7    *NEW ENGLAND JOURNAL* CAME OUT THAT THERE WAS THIS DIFFERENCE IN
8    THE HEART ATTACK RATE BETWEEN THE PEOPLE TAKING NAPROXEN AND
9    THE PEOPLE TAKING VIOXX?
10   **A.**   I CAN'T SAY THAT I ACTUALLY DO REMEMBER THAT PRE
11   PUBLICATION.
12   **Q.**   YOU DO REMEMBER THE *NEW ENGLAND JOURNAL OF MEDICINE*
13   PUBLICATION, THOUGH?
14   **A.**   YES.
15   **Q.**   THAT WAS IN THE FALL OF 2000; RIGHT?
16   **A.**   YES, SIR.
17   **Q.**   AS I RECALL FROM YOUR DEPOSITION, YOU SAID THAT YOU READ
18   THE ARTICLE AROUND THE TIME THAT IT CAME OUT; IS THAT RIGHT?
19   **A.**   THEN OR SHORTLY THEREAFTER.
20   **Q.**   AROUND THE TIME THAT IT CAME OUT, WAS THERE A DEBATE IN
21   THE SCIENTIFIC COMMUNITY CONCERNING WHETHER THIS DIFFERENCE IN
22   HEART ATTACKS BETWEEN THE PEOPLE WHO TOOK NAPROXEN AND VIOXX
23   WAS DUE TO SOMETHING IN VIOXX THAT WAS CAUSING MORE HEART
24   ATTACKS OR SOMETHING IN NAPROXEN THAT WAS ACTUALLY PROTECTING
25   PEOPLE AGAINST HEART ATTACKS LIKE ASPIRIN WOULD?

1   A.   YES, SIR, THERE WAS.

2   Q.   YOU WERE AWARE OF THE SCIENTIFIC DEBATE THAT WAS GOING ON

3   AROUND THE TIME OF THE PUBLICATION OF THE VIGOR MANUSCRIPT?

4   A.   I WAS.

5   Q.   AGAIN, AS I RECALL FROM YOUR DEPOSITION, ON FIRST READING

6   OF THE ARTICLE, YOU DIDN'T COME TO AN IMMEDIATE CONCLUSION ONE

7   WAY OR ANOTHER AS TO WHICH SIDE OF THAT DEBATE WAS CORRECT; IS

8   THAT TRUE?

9   A.   YES, SIR.

10  Q.   BUT THEN FAIRLY SOON THEREAFTER YOU DID RESOLVE IN YOUR

11  OWN MIND KIND OF WHO YOU THOUGHT WAS RIGHT?

12  A.   AT SOME POINT AFTER.  I'M NOT CERTAIN WHAT "FAIRLY SOON"

13  WAS.

14  Q.   WELL, WITHIN A YEAR OR SO?

15  A.   I HONESTLY DON'T REMEMBER.

16  Q.   HAD YOU RESOLVED IT IN YOUR OWN MIND, SAY, BY THE TIME

17  THAT VIOXX EVENTUALLY WAS WITHDRAWN FROM THE MARKET SOME, WHAT

18  WAS IT, TWO OR THREE YEARS LATER?

19  A.   YES, SEPTEMBER OF 2004.

20  Q.   BY THAT TIME, AT LEAST, YOU HAD COME TO YOUR OWN

21  CONCLUSION ON THAT BASIC QUESTION; IS THAT RIGHT?

22  A.   I THINK SO.

23  Q.   I TAKE IT FROM YOUR TESTIMONY TODAY THAT THE CONCLUSION

24  THAT YOU CAME TO SOMETIME BEFORE SEPTEMBER OF 2004 WAS THAT YOU

25  THOUGHT THAT THE IMBALANCE THEORY AS IT'S BECOME KNOWN -- THAT

1738

1  VIOXX CAUSES SOME SORT OF IMBALANCE, WHICH IN TURN CAUSES
2  CLOTS -- THAT THAT WAS THE MORE LIKELY EXPLANATION THAN THE
3  NAPROXEN THEORY, WHICH IS THAT NAPROXEN ACTED LIKE ASPIRIN AND
4  HELPED TO PREVENT CLOTS?  IS THAT A FAIR STATEMENT?
5  A.   I GUESS IT IS.  I'M NOT CERTAIN I AGREE WITH YOUR WORD
6  "THEORY."  I THINK THAT, IN BALANCE, I CALL IT A CONCEPT.
7  Q.   OKAY.  I'M HAPPY TO CALL IT A CONCEPT.  IN ANY EVENT, BY
8  SEPTEMBER 2004 YOU HAD DETERMINED THAT THAT CONCEPT WAS THE
9  CORRECT EXPLANATION; IS THAT RIGHT?
10 A.   I THINK THAT'S PROBABLY TRUE.
11 Q.   THIS MORNING I ASKED YOU ABOUT -- I CAN'T REMEMBER WHETHER
12 I WAS THE FIRST ONE OR MR. ROBINSON WAS, BUT IN ANY EVENT YOU
13 TESTIFIED THAT YOU ARE COMPENSATED FOR YOUR TIME TO THE TUNE OF
14 $1,000 AN HOUR; RIGHT?
15 A.   YES, SIR.
16 Q.   AFTER I FINISHED VISITING WITH YOU, MR. ROBINSON GOT UP
17 AND HE SAID, "WELL, DID ANYBODY ELSE ASK YOU TO GET INVOLVED IN
18 THE VIOXX LITIGATION," AND YOU SAID MERCK DID.
19 A.   YES, SIR.
20 Q.   WHY DON'T YOU TELL THE JURY WHAT YOU REMEMBER ABOUT THAT.
21 A.   YES, SIR.  IN APRIL 2005 I RECEIVED A PHONE CALL FROM A
22 JAMES FRASER, WHO SAID HE WAS FROM THE VENABLE LAW FIRM IN
23 WASHINGTON, D.C., AND LEFT ME A MESSAGE TO CALL HIM BACK.
24 INDEED, I DID.  HE ASKED ME WHETHER I WOULD CONSIDER BEING AN
25 EXPERT WITNESS FOR MERCK.  I SAID, "I'M HAPPY TO LOOK AT THE

1    INFORMATION.  I MAKE MY DECISIONS BASED ON AN INDIVIDUAL CASE,

2    AND I COULD NOT COMMIT ONE WAY OR ANOTHER UNTIL I SAW THE

3    CASE."  HE ASKED ME TO SEND HIM A COPY OF MY CURRICULUM VITAE

4    AND MY RATES, WHICH I DID.  ABOUT A MONTH LATER, MORE OR LESS,

5    HE RECONTACTED ME AND SAID, "THANKS, BUT NO THANKS.  YOU'RE TOO

6    EXPENSIVE.  WE CAN'T AFFORD YOU."

7    **Q.**    NOW, WE ARE IN MAY SOMETIME?

8    **A.**    THAT WAS IN MAY OF 2005.  I DIDN'T BRING THE E-MAILS, BUT

9    I DO HAVE COPIES OF THE E-MAILS.  ABOUT A YEAR LATER -- WE ARE

10   NOW TALKING MAY OF 2006 -- I RECEIVED A VOICE MAIL -- I WAS OUT

11   OF TOWN -- FROM MR. FRASER, WHO ASKED DO I REMEMBER HIM

12   CONTACTING ME.  I HADN'T, BUT HE SAID PLEASE CALL HIM, WHICH I

13   DID.

14          AT THAT POINT HE ASKED ME WHETHER I WOULD CONSIDER

15   BEING A MERCK DEFENSE EXPERT WITNESS, THAT HE HAD BEEN MISTAKEN

16   A YEAR AGO ABOUT MY PRICES BEING TOO HIGH, THAT HE HAD ONLY

17   RECENTLY JOINED THE LAW FIRM AND THOUGHT I WAS TOO EXPENSIVE,

18   BUT HE NOW NO LONGER THOUGHT I WAS TOO EXPENSIVE, AND WOULD I

19   RECONSIDER AND BECOME AN EXPERT FOR MERCK.  AT THAT POINT,

20   OBVIOUSLY, I HAD BEEN INVOLVED WITH THE PLAINTIFF'S SIDE, SO I

21   SAID NO.  HE SAID SOMETHING LIKE "I GUESS I WAITED TOO LONG" OR

22   WORDS TO THAT EFFECT.  THAT'S MORE OR LESS AS I REMEMBER THE

23   INTERACTION.  I HAVE COPIES OF THE E-MAILS FROM 2005 AND I HAVE

24   A TAPE OF HIS VOICE MAIL THAT HE LEFT ME IN APRIL OF 2006.

25   **Q.**    NOW, SO AS I UNDERSTAND YOUR TESTIMONY, THEN BY APRIL OF

1   2006 -- HE CONTACTED YOU IN MAY OF 2006, DID YOU SAY?  I GOT A

2   LITTLE CONFUSED ON THE 2006 TIME FRAME.

3   A.   I'M SORRY.  HE CONTACTED ME INITIALLY IN APRIL OF 2005 AND

4   THEN AGAIN IN APRIL OF 2006.  I LEFT OUT A KEY FACTOR.  HE

5   CONTACTED ME IN APRIL OF 2006 WITH A VOICE MAIL.  I WAS OUT OF

6   TOWN.  I WAS CLEARLY INVOLVED WITH PLAINTIFFS AND I DID NOT

7   RETURN HIS VOICE MAIL.  ABOUT A MONTH LATER HE LEFT ANOTHER

8   VOICE MAIL, PLEASE CALL HIM, AND AT THAT POINT I DID AND THAT

9   THEN UNFOLDED THE CONVERSATION.  SO THAT WAS MAY OF 2006.

10  Q.   SO IN 2006, IN APRIL, HE CONTACTED YOU AND LEFT A VOICE

11  MAIL THAT HE WANTED TO CONTACT YOU ABOUT BEING AN EXPERT, AND

12  YOU DID NOT RETURN HIS CALL BECAUSE YOU WERE ALREADY ON BOARD

13  WITH THE PLAINTIFFS; RIGHT?

14  A.   THAT'S CORRECT.

15  Q.   MAY OR SO OF 2006 YOU SAY YOU FINALLY GOT BACK TO HIM --

16  A.   HE CONTACTED ME AGAIN AND THEN I GOT BACK WITH HIM.

17  Q.   NOW, BACK IN APRIL 2005, WHEN YOU WERE HAVING THESE

18  DISCUSSIONS OR COMMUNICATIONS, IS IT YOUR TESTIMONY THAT YOU

19  TOLD THEM, "I'LL BE HAPPY TO LOOK AT THE ISSUE, BUT I HAVE TO

20  MAKE UP MY MIND BASED ON AN ASSESSMENT OF THE MERITS"?

21  A.   I DON'T EVEN REMEMBER WHETHER IT GOT TO THAT FAR, BUT THAT

22  WOULD CERTAINLY BE MY INTERPRETATION OF ANY CASE.  I ALWAYS

23  JUDGE ON THE BASIS OF THE MERITS.  HAVING SEEN THE APPROVE DATA

24  AND THAT VIOXX WAS PULLED FROM THE MARKET, IT'S NOT LIKELY THAT

25  I WOULD HAVE DONE ANYTHING, BUT OUT OF COURTESY I WOULD

1    CERTAINLY HAVE OFFERED TO LOOK AT A CASE FOR HIM.

2    **Q.**   ISN'T IT TRUE, SIR, IN APRIL 2005, EVEN THOUGH YOU NOW

3    CLAIM THAT YOU HAD ALREADY DETERMINED THAT THE IMBALANCE THEORY

4    WAS THE LIKELY CORRECT CONCEPT AND THAT VIOXX WAS CAUSING HEART

5    ATTACKS, EVEN THOUGH YOU NOW CLAIM THAT YOU HAD REACHED THAT

6    CONCLUSION, ISN'T IT TRUE THAT IN APRIL OF 2005 YOU WERE

7    BASICALLY NEGOTIATING WITH MERCK, THE PLAINTIFF'S LAWYERS, AND

8    THE PEOPLE WHO MAKE CELEBREX ALL AT THE SAME TIME, JUST WAITING

9    TO SEE WHO WOULD BE THE FIRST ONE WHO WOULD BE WILLING TO PAY

10   YOUR FEE?

11   **A.**   NO, THAT'S NOT TRUE AT ALL.   THAT'S A MISCHARACTERIZATION.

12   **Q.**   I'M HANDING YOU WHAT WE HAVE MARKED AS DEFENSE EXHIBIT

13   3607.   YOU MENTIONED THAT YOU HAD E-MAILS FROM BACK IN THAT

14   PERIOD, BUT DIDN'T BRING THEM WITH YOU.   IS DEFENSE EXHIBIT

15   3607 AN E-MAIL STRING BETWEEN YOU AND MR. FRASER IN APRIL 2005?

16   **A.**   YES, SIR.

17              **MR. BECK:**   WE OFFER DEFENSE EXHIBIT 3607, YOUR HONOR.

18              **MR. ROBINSON:**   NO OBJECTION.

19              **THE COURT:**   LET IT BE RECEIVED AND ADMITTED.

20   **BY MR. BECK:**

21   **Q.**   I CAN PUT IT UP ON THE SCREEN IF IT'S EASIER TO READ, OR I

22   ACTUALLY HAD A BLOW-UP MADE OF IT.   ALL I'M GOING TO BE DOING

23   IS STARTING FROM THE BOTTOM, BUT IF YOU WANT TO STEP AROUND SO

24   YOU CAN SEE WHERE I'M POINTING THAT WOULD BE FINE.

25   **A.**   SURE.

1    **Q.**   SO WE ARE IN APRIL OF 2005 AND THIS MESSAGE FROM YOU,

2    APRIL 11, TO JAMES FRASER -- THAT'S THE LAWYER FROM THE OUTSIDE

3    FIRM FOR MERCK YOU TALKED ABOUT; RIGHT?

4    **A.**   YES, SIR.

5    **Q.**   DID YOU E-MAIL HIM ON MONDAY APRIL 11 SAYING -- THIS IS A

6    TIME WHEN YOU SAID THAT YOU WEREN'T RETURNING HIS VOICE MAIL.

7    DO YOU REMEMBER THAT?

8               **MR. ROBINSON:**   YOUR HONOR, I'M GOING TO OBJECT.   THE

9    E-MAIL TRAIN STARTS ON APRIL 5.   ARE WE GOING TO PUT THAT UP,

10   PHIL?

11              **THE COURT:**   WELL IT'S HIS EXAMINATION.   I OVERRULE

12   THE OBJECTION.   YOU CAN DO IT ON REDIRECT.

13              **MR. ROBINSON:**   IT'S REALLY MISLEADING.

14   **BY MR. BECK:**

15   **Q.**   "I'M BEING ASKED BY PLAINTIFF'S ATTORNEYS TO 'GET

16   INVOLVED' RE: COX-2 LITIGATION.   IN FACT, I HAVE A CONFERENCE

17   CALL WITH THEM TOMORROW MORNING.   I NEED TO KNOW ASAP WHETHER

18   YOU WILL WANT TO EMPLOY MY SKILLS FOR MERCK.   CAN YOU LET ME

19   KNOW, PLEASE."   IS THAT WHAT YOU E-MAILED TO THE OUTSIDE MERCK

20   LAWYER ON APRIL 11, 2005?

21   **A.**   YES, SIR.

22   **Q.**   THEN DID HE GET BACK TO YOU AND SAY, "WHEN WE SPOKE LAST

23   WEEK" -- LET ME JUST ASK YOU.   IN FACT, IN APRIL, WHEN YOU

24   EARLIER SAID YOU DIDN'T RETURN HIS CALL, HAD YOU SPOKEN WITH

25   MR. FRASER?

1    **A.**   AT THAT TIME, FROM THE E-MAILS, I'M SURE I HAD.

2    **Q.**   WHEN WE SPOKE LAST WEEK, YOU INDICATED YOU HAD BEEN

3    CONTACTED BY ANOTHER DRUG COMPANY FOR COX-2 LITIGATION.  NOW,

4    WE HAVE HEARD A LOT ABOUT CELEBREX.  WHO MAKES CELEBREX?

5    **A.**   PFIZER.

6    **Q.**   PFIZER CONTACTED YOU ABOUT POSSIBLY BEING AN EXPERT FOR

7    THEM IN LAWSUITS BROUGHT BY PLAINTIFFS CLAIMING THAT CELEBREX

8    IS A BAD DRUG?

9    **A.**   YES.

10   **Q.**   YOU HAD TOLD HIM THAT IN APRIL; RIGHT?

11   **A.**   I DON'T REMEMBER.  I COULD HAVE.

12   **Q.**   "HAVE YOU, IN FACT, BEEN HIRED BY ANOTHER DRUG COMPANY FOR

13   COX-2 LITIGATION OR ARE YOU STILL IN NEGOTIATIONS WITH THEM,"

14   AND WHAT WAS YOUR ANSWER TO MR. FRASER?

15   **A.**   "NOT HIRED, JUST NEGOTIATING."

16   **Q.**   YOU CAN BE SEATED, DOCTOR.

17   **A.**   THANK YOU.

18         **MR. ROBINSON:**  YOUR HONOR, UNDER RULE 106, AS

19   MR. BECK KNOWS, I WOULD LIKE FOR THE OPTION FOR COMPLETENESS

20   PURPOSES TO AT LEAST READ FROM THE FIRST PART OF THAT E-MAIL.

21   IT'S JUST VERY SHORT.

22         **THE COURT:**  I'LL ALLOW THAT UNDER 106.

23         **MR. BECK:**  DO YOU WANT ME TO PUT IT UP ON THE SCREEN

24   OR ANYTHING, MARK?

25         **MR. ROBINSON:**  CAN YOU DO THAT FOR ME?

1    **MR. BECK:** SURE, YES.

2          **MR. ROBINSON:** JUST THE E-MAIL FROM FRASER TO

3    DR. ZIPES.

4          **THE COURT:** ALL RIGHT.

5          **MR. BECK:** THE ONE THAT SAYS, "MY CONTACT INFORMATION

6    IS BELOW"?

7          **MR. ROBINSON:** THE FIRST CONTACT, DOCTOR, AT LEAST ON

8    THIS E-MAIL --

9          **THE COURT:** WAIT.

10         **MR. BECK:** YOUR HONOR, NOW HE IS ASKING QUESTIONS.

11         **THE COURT:** I SUSTAIN THAT. HE PUT IT UP.

12   BY MR. BECK:

13   **Q.** SO THE BEGINNING OF THE E-MAIL STRING HERE IS MR. FRASER

14   ON APRIL 5 SAYING, "MY CONTACT INFORMATION IS BELOW. I LOOK

15   FORWARD TO RECEIVING YOUR CV AND OTHER INFORMATION." THEN IN

16   RESPONSE TO HIM SENDING THE E-MAIL THAT MR. ROBINSON WANTED TO

17   SHOW ABOUT HOW YOU COULD GET IN TOUCH WITH HIM, WHAT YOU DID IS

18   YOU GOT IN TOUCH WITH HIM AND THE FIRST THING YOU TOLD HIM IS

19   THAT THE PLAINTIFF'S LAWYERS WERE ASKING YOU TO "GET INVOLVED";

20   RIGHT?

21   **A.** YES. I BELIEVE THAT WAS IN RESPONSE TO HE HAD ASKED ME OR

22   SOMETHING.

23   **Q.** WHILE YOU NOW SAY THAT YOU HAD ALREADY COME TO THE

24   CONCLUSION, "GEE WHIZ, IT'S VIOXX'S FAULT, AND SO IT WOULD BE

25   HIGHLY UNLIKELY I WOULD EVER AGREE TO WORK FOR MERCK," IN FACT,

1  WHAT YOU SAID AT THE TIME IS, SINCE YOU ARE GOING TO BE TALKING

2  WITH THEM THE VERY NEXT MORNING, "I NEED TO KNOW ASAP WHETHER

3  YOU WILL WANT TO EMPLOY MY SKILLS FOR MERCK."  THAT'S WHAT YOU

4  SAID, ISN'T IT, SIR?

5  **A.**   THAT'S EXACTLY RIGHT AND THAT'S PERFECTLY REASONABLE AS

6  FAR AS I'M CONCERNED.  AS I SAID, I WOULD JUDGE EACH CASE ON

7  ITS INDIVIDUAL MERIT.  I HAD NO IDEA EXACTLY HOW HE PLANNED TO

8  USE ME.  IT'S PERFECTLY REASONABLE FOR ME TO RESPOND IN THAT

9  FASHION.

10  **Q.**   DON'T YOU REMEMBER THAT YOU SAID NOT 10 MINUTES AGO THAT

11  YOU HAD ALREADY BEEN HIRED BY THE PLAINTIFFS BY THIS TIME?

12  **A.**   NO, NO.  I HADN'T BEEN HIRED BY THE PLAINTIFFS AT THAT

13  TIME.  THAT'S A MISCHARACTERIZATION, MR. BECK.

14  **Q.**   NOW, YOU INDICATED THAT YOU HAVE BEEN HERE FOR 12 DAYS?

15  **A.**   YES, SIR.

16  **Q.**   I'VE KIND OF LOST TRACK.  I'VE BEEN HERE FOR A WHILE.  IS

17  THAT BEFORE THE TRIAL EVEN STARTED?

18  **A.**   I BELIEVE SO.  I CAME DOWN A WEEK AGO FRIDAY.

19  **Q.**   YOU HAVE DONE A LOT OF THINGS, I GUESS, OTHER THAN WORK ON

20  THE CASE, BUT ABOUT HOW MANY HOURS A DAY IN THOSE 12 DAYS HAVE

21  YOU BEEN WORKING ON THE CASE?

22  **A.**   IT'S VARIED.  I WOULD THINK PROBABLY TOTAL -- I DON'T

23  KNOW.  FIVE OR SIX HOURS A DAY.

24  **Q.**   SO BY 12, SO ABOUT 60 OR SO HOURS?

25  **A.**   MAYBE MORE, 60 TO 75 HOURS MAYBE.

1    Q.   THEN TIMES $1,000 AN HOUR IS $60,000 TO $75,000 JUST BEING

2    DOWN HERE SINCE THE TRIAL STARTED; RIGHT?

3    A.   YES, SIR.

4    Q.   MR. ROBINSON ASKED YOU WHO YOU HAD BEEN TALKING WITH OTHER

5    THAN HIM.  IT SOUNDED LIKE YOU DIDN'T GET TOGETHER WITH HIM

6    UNTIL OVER THE WEEKEND TO GIVE HIM WHATEVER IT WAS, THE 101

7    SHOW; IS THAT RIGHT?

8    A.   HE HAS BEEN BUSY, YES.

9    Q.   YOU HAVE BEEN WORKING WITH OTHERS PREPARING YOUR SLIDE

10   SHOW AND GETTING READY TO TESTIFY?

11   A.   I'VE BEEN TALKING WITH SOME OF THE OTHER LAWYERS THERE,

12   YES.

13   Q.   ANYBODY OTHER THAN LAWYERS YOU'VE BEEN TALKING TO ON THAT?

14   A.   YES.  A NUMBER OF THE SECRETARIAL PEOPLE.  I'VE HAD THEM

15   PULL ARTICLES FOR ME TO DO SOME LITERATURE SEARCHES.  THERE'S

16   BEEN A VARIETY OF THINGS.

17   Q.   ANYBODY OTHER THAN LAWYERS AND THEIR SECRETARIES?  ANYBODY

18   WHO HELPED COACH YOU ON HOW TO TESTIFY, THAT SORT OF THING?

19   A.   I RESENT THE IMPLICATION, PEOPLE COACHING ME TO TESTIFY.

20   Q.   DID YOU MEET WITH ANYBODY LIKE THAT?

21   A.   I, INDEED, PUT THIS TOGETHER MYSELF, MADE MY OWN

22   CONCLUSIONS AND IT WAS I THAT, AS YOU INDICATED IN YOUR

23   OPENING, "FABRICATED" OR WORDS TO THAT EFFECT --

24   Q.   "CONCOCTED" WAS THE WORD.

25   A.   THANK YOU.  A SECOND INFARCT, WHICH TOOK ME HOURS TO PUT

1    TOGETHER AND DOCUMENT THAT, INDEED, THAT HAD TO HAVE HAPPENED.

2    Q.    MY QUESTION IS:  DID YOU MEET WITH ANYBODY WHO HELPED YOU

3    PRACTICE YOUR TESTIMONY AND ASSISTED YOU IN HOW YOU COULD

4    COMMUNICATE IT MORE EFFECTIVELY?

5    A.    I SPOKE WITH THE LAWYERS THERE.  I SPOKE WITH MR. ROBINSON

6    ON OCCASION.  I SPOKE WITH THE ILLUSTRATION PEOPLE IN PUTTING

7    THAT TOGETHER.  I HAD A FEW WORDS WITH MR. BARNETT, WHO WAS

8    THERE.

9    Q.    DID YOU SPEAK WITH ANYBODY WHO SPECIALIZES IN HELPING

10   PEOPLE LIKE YOU, PAID EXPERTS, PUT THEIR STORY TOGETHER AND

11   TELL IT TO A JURY?

12   A.    NO, I DON'T KNOW WHO YOU MEAN.

13   Q.    YOU INDICATED THAT YOU'RE A MEMBER OF AT LEAST A COUPLE

14   AND PROBABLY SEVERAL MEDICAL ASSOCIATIONS FOR CARDIOLOGISTS.

15   DO YOU RECALL THAT?

16   A.    YES.

17   Q.    I THINK YOU MAY HAVE INDICATED THAT YOU WERE ON SOME SORT

18   OF A TASK FORCE FOR TWO OF THOSE GROUPS CONCERNING EXPERT

19   TESTIMONY, BUT PERHAPS I'M REMEMBERING WRONG.

20   A.    THAT'S CORRECT.

21   Q.    WELL, YOU WERE ON A TASK FORCE WHETHER I REMEMBERED YOU

22   SAYING THAT?

23   A.    I'VE BEEN ON MULTIPLE TASK FORCES, MR. BECK.

24   Q.    WERE YOU ON A TASK FORCE THAT PUBLISHED GUIDELINES THAT

25   CARDIOLOGISTS ARE SUPPOSED TO ADHERE TO WHEN THEY APPEAR AS

1   EXPERT WITNESSES IN LITIGATION?

2   **A.**   YES, SIR.  I WAS CHAIR OF THAT AND WE WROTE THE GUIDELINES

3   THAT SAID SEVERAL THINGS:  FIRST OF ALL, THERE SHOULD BE

4   REASONABLE COMPENSATION; SECONDLY, IT WAS OUR OBLIGATION TO

5   VOLUNTEER TO PARTICIPATE AS MEDICAL EXPERTS, AND THIS WAS

6   SUPPORTED BY THE AMERICAN MEDICAL ASSOCIATION.  I INDICATED

7   THAT, WHEN ONE TESTIFIED, ONE SHOULD BE HONEST.  THERE WERE A

8   NUMBER OF OTHER THINGS, IF THAT'S THE DOCUMENT YOU'RE QUOTING.

9   **Q.**   WELL, I'LL ASK YOU IF IT IS.  DEFENSE EXHIBIT 3501, WHICH

10  WE HAVE MARKED FOR IDENTIFICATION PURPOSES, IS THAT A COPY OF

11  THE GUIDELINES FROM THE TASK FORCE THAT YOU WERE ONE OF THE

12  CHAIRMEN OF?

13  **A.**   YES, IT IS.

14  **Q.**   SO THERE IT IS.  I GUESS THE TASK FORCE HAD A NUMBER,

15  RIGHT, 5?

16  **A.**   YES.  IT WAS PART OF AN ETHICS PAPER PUBLISHED BY THE

17  AMERICAN COLLEGE OF CARDIOLOGY AND TASK FORCE 5 WAS SIMPLY ONE

18  OF I DON'T REMEMBER HOW MANY.

19  **Q.**   I WANT TO JUST GO THROUGH SOME OF THE GUIDELINES THAT YOUR

20  TASK FORCE SAID SHOULD BE ADHERED TO.  OVER ON THE SECOND PAGE

21  OF THE DOCUMENT DID THE TASK FORCE SAY, "THE TESTIMONY MUST BE

22  HONEST, OBJECTIVE, AND FULLY IMPARTIAL REGARDING THE MEDICAL

23  INFORMATION IN THE CASE"?

24  **A.**   THAT'S WHAT WE SAID.

25  **Q.**   THEN, MOVING DOWN, DID THE TASK FORCE ALSO SAY, "PROPER

DAILY COPY

1  EXPERT TESTIMONY IS BALANCED; AND WHERE DOUBT EXISTS, SUCH

2  DOUBT SHOULD BE READILY ADMITTED"?

3  **A.**   ABSOLUTELY.

4  **Q.**   SO BOTH SIDES OF THE STORY SHOULD BE TOLD, NOT JUST

5  PICKING THE PIECES THAT FAVOR THE GUYS WHO HIRED YOU; RIGHT?

6  **A.**   THAT IS CORRECT.

7  **Q.**   DID YOU AND THE TASK FORCE SAY, "QUESTIONS INVOLVING

8  TECHNICAL DETAILS OF AN INTERVENTIONAL OR ELECTROPHYSIOLOGICAL

9  PROCEDURE SHOULD BE THE PROVINCE OF A PRACTICING SPECIALIST WHO

10  IS BOARD CERTIFIED IN THESE AREAS"?

11  **A.**   YES, SIR.  THAT'S WHY WE HAD JEFF POPMA TESTIFY YESTERDAY.

12  **Q.**   YOU SAY "WE" --

13  **A.**   WELL, EXCUSE ME.

14  **Q.**   YOU MEAN YOU AND -- WHO IS "WE"?

15  **A.**   MR. ROBINSON.

16  **Q.**   "WE" IS MR. ROBINSON?

17  **A.**   MR. BECK, YOU KNOW WHAT I MEANT.

18  **Q.**   YEAH, I DO KNOW WHAT YOU MEANT.  I'LL MOVE ON.

19  **A.**   THE WHOLE PURPOSE OF ANSWERING THAT QUESTION WAS TO

20  INDICATE THAT JEFF POPMA, AN EXPERT IN INTERVENTIONAL

21  CARDIOLOGY, TESTIFIED BECAUSE THAT'S HIS AREA OF EXPERTISE.

22  **Q.**   DO THE GUIDELINES SAY, "EXPERT WITNESS TESTIMONY SHOULD BE

23  FAIR, THOROUGH, AND OBJECTIVE.  IT SHOULD NOT EXCLUDE ANY

24  RELEVANT INFORMATION THAT HAS A BEARING ON THE CASE"?

25  **A.**   YES, SIR.

1    Q.   WHAT I HAVE DONE, SIR, IS I'VE KIND OF REPRINTED THE ONES

2    I JUST HIGHLIGHTED.

3            MR. ROBINSON:  YOUR HONOR, COULD WE TAKE THAT EXHIBIT

4    DOWN THAT'S SITTING RIGHT UP HERE?

5            MR. BECK:  THE E-MAIL EXHIBIT?

6            THE COURT:  IF HE IS FINISHED WITH IT.

7            MR. ROBINSON:  I THOUGHT HE WAS.  I THOUGHT WE WERE

8    MOVING ON TO ANOTHER ISSUE.  HE HAS ASKED ME TO TAKE DOWN

9    EXHIBITS.

10           MR. BECK:  I ONLY ASKED HIM TO TAKE THEM DOWN WHEN

11   THERE HAVE BEEN OBJECTIONS SUSTAINED, BUT I'LL BE HAPPY TO TAKE

12   IT DOWN, YOUR HONOR.

13           MR. ROBINSON:  THANK YOU.

14   BY MR. BECK:

15   Q.   BEFORE I PUT THIS UP ON THE EASEL, CAN YOU CONFIRM THIS

16   ACCURATELY RESTATES THE ITEMS I JUST HIGHLIGHTED AND WENT OVER

17   WITH YOU?

18   A.   YES, SIR.  I DON'T EVEN NEED MY GLASSES FOR THIS ONE.

19   Q.   THAT'S WHY I PUT IT IN BIG TYPE.

20   A.   THANK YOU.

21   Q.   THIS ONE I'M GOING TO LEAVE UP BECAUSE, AS WE GO THROUGH

22   YOUR TESTIMONY ON VARIOUS POINTS, I MAY ASK YOU WHETHER YOUR

23   APPROACH COMPORTED WITH THE GUIDELINES THAT YOU AND THE TASK

24   FORCE WROTE.

25   A.   YES, SIR.

1    **Q.**   INCIDENTALLY, YOU TESTIFIED TODAY ON SOME DETAILS OF THE

2    INTERVENTIONAL PROCEDURES AND YOU SHOWED THOSE FILMS THAT WHERE

3    IN REAL LIFE, WHEN YOU'RE DEALING WITH A PATIENT, YOU ACTUALLY

4    HAVE SOMEBODY WHO SPECIALIZES IN THAT AREA LOOK AT THE FILMS?

5    **A.**   I LOOK AT THEM, AS WELL, BUT YES, I LOOK AT THEM OFTEN

6    WITH SOMEONE WHO SPECIALIZES IN INTERVENTIONAL CARDIOLOGY LIKE

7    POPMA.

8    **Q.**   YOU DIDN'T RELY ON DR. POPMA IN FORMING YOUR OPINION, DID

9    YOU?

10   **A.**   NO, SIR.

11   **Q.**   YOU FORMED YOUR OPINION INTERPRETING THOSE TESTS EVEN

12   THOUGH YOU'RE NOT AN INTERVENTIONAL CARDIOLOGIST AND THE

13   GUIDELINES SAY YOU SHOULD LEAVE THAT TO SOMEBODY WHO IS; RIGHT?

14   **A.**   NO, SIR.  THAT'S A DISPARAGING COMMENT.  I HAD, IN EACH OF

15   THOSE TESTS, THE INTERPRETATION FROM THE EXPERT WHO READ THOSE

16   TESTS.  FOR THE CT ANGIOGRAM, I WENT OVER THAT ANGIOGRAM WITH

17   OUR EXPERT WHO DOES THIS.  SO WHILE I CERTAINLY --

18   **Q.**   IS THIS IN INDIANA?

19   **A.**   YES.

20   **Q.**   DON'T YOU REMEMBER TESTIFYING, SIR, THAT YOU DID NOT RELY

21   ON THAT PERSON FOR YOUR OPINIONS, THAT YOU REACHED YOUR

22   OPINIONS INDEPENDENTLY?

23   **A.**   CERTAINLY, BUT STILL THOSE ARE THE PEOPLE WHO ARE EXPERT

24   IN THAT AREA AND THOSE ARE THE ONES WHO WRITE THE OFFICIAL

25   INTERPRETATION OF IT.

1  **Q.**   YOU REACHED YOUR OPINION BEFORE EVER TALKING TO THEM AND

2  INDEPENDENT OF EVERYTHING TALKING TO THEM EVEN THOUGH WITH A

3  REAL PATIENT YOU WOULD SEE THEM FIRST; RIGHT?

4  **A.**   NO, SIR.  YOU'RE MISCHARACTERIZING THAT.

5  **Q.**   LET'S MOVE ON TO SOME OF THE MAJOR EVENTS IN MR. BARNETT'S

6  MEDICAL HISTORY STARTING WITH JANUARY 2000.  IN THE HOURS YOU

7  HAVE WORKED ON THE CASE, IT SOUNDS LIKE YOU HAVE READ A LOT OF

8  THE DEPOSITIONS.  I GUESS YOU GOT SOME SORT OF TICKER TAPE

9  THING WHERE YOU COULD READ THE TRIAL TRANSCRIPT AS IT WAS GOING

10 ALONG?

11 **A.**   YES, SIR.

12 **Q.**   DO YOU KNOW, SIR, THAT THERE'S A BIT OF AN INCONSISTENCY

13 BETWEEN THE TESTIMONY OF MR. BARNETT ON ONE HAND AND DR. MIKOLA

14 ON THE OTHER AS TO WHETHER DR. MIKOLA TOLD HIM IN JANUARY OF

15 2000 HE OUGHT TO BE TAKING BABY ASPIRIN?

16 **A.**   I BELIEVE SO.  I WOULD LOVE TO SEE IT IF YOU WANT ME TO

17 SAY DEFINITELY.

18 **Q.**   WELL, THAT'S OKAY.  YOU REMEMBER THAT THAT GENERALLY IS

19 THE CASE?

20 **A.**   YES, SIR.

21 **Q.**   YOU KNOW THAT MR. BARNETT DID NOT, IN FACT, START TAKING

22 BABY ASPIRIN UNTIL AFTER HE HAD THE HEART ATTACK IN

23 SEPTEMBER 2002; RIGHT?

24 **A.**   I THINK THAT'S RIGHT.

25 **Q.**   I THINK YOU HAVE SAID BEFORE THAT, LIKE DR. MIKOLA, IF YOU

1   HAD BEEN MR. BARNETT'S DOCTOR, YOU WOULD HAVE PUT HIM ON

2   LOW-DOSE ASPIRIN AFTER YOU GOT THE RESULTS OF THAT JANUARY 2000

3   CARDIOLITE STRESS TEST; RIGHT?

4   **A.**   YES, SIR.

5   **Q.**   ASSUMING THAT DR. MIKOLA IS RIGHT IN THIS AND THAT HE DID

6   SUGGEST BABY ASPIRIN, IF MR. BARNETT HAD FOLLOWED THAT ADVICE

7   AND USED BABY ASPIRIN WHILE AT THE SAME TIME HE WAS TAKING

8   VIOXX, YOU CANNOT SAY WHETHER OR NOT HE WOULD HAVE HAD A HEART

9   ATTACK IN THE YEAR 2002 OR NOT; CORRECT?

10  **A.**   I THINK THAT THE PROGRESSION OF THE ATHEROSCLEROSIS WAS SO

11  GREAT DURING THAT TIME PERIOD THAT I THINK IT WOULD BE UNLIKELY

12  TO HAVE BEEN PREVENTED BY ASPIRIN.

13  **Q.**   YOUR DEPOSITION FROM JUNE OF THIS YEAR WHEN YOU WERE UNDER

14  OATH, PAGE 169:

15         "Q.  IS IT YOUR OPINION, THEN, SIR, THAT IF

16      MR. BARNETT HAD USED LOW-DOSE ASPIRIN AND VIOXX AT THE

17      SAME TIME, YOU DON'T KNOW WHETHER HE WOULD HAVE HAD A

18      HEART ATTACK?"

19         "A.  I DON'T KNOW."

20         IS THAT YOUR SWORN TESTIMONY TWO MONTHS AGO?

21  **A.**   YES, SIR.

22         **MR. ROBINSON:**  YOUR HONOR, FOR OPTIONAL COMPLETENESS,

23  I WOULD LIKE TO HAVE THE WITNESS READ THE QUESTION AND ANSWER

24  AT LINE 7.

25         **THE COURT:**  YOU MAY DO THAT.

DAILY COPY

1           **MR. ROBINSON:**  CAN WE TAKE THE ENLARGEMENT OFF,

2    PLEASE.  CAN YOU READ THAT, LINE 7 THROUGH 10, PLEASE.

3           **THE WITNESS:**

4           "Q.  IF MR. BARNETT WOULD HAVE BEEN PUT ON LOW-DOSE

5      ASPIRIN IN JANUARY OF 2000, DO YOU BELIEVE THAT WOULD HAVE

6      PREVENTED HIS HEART ATTACK?"

7           "A.  NOT ONCE HE TOOK VIOXX."

8    BY MR. BECK:

9    **Q.**   THEN YOU WERE ASKED A FEW MORE QUESTIONS AND YOU TALK

10   ABOUT SOME STUDIES AND YOU SAY, "THERE ARE NO GOOD STUDIES TO

11   ANSWER YOUR QUESTION." THEN THE QUESTION IS PUT TO YOU, "IS IT

12   YOUR OPINION THEN, SIR, THAT IF HE HAD USED BOTH ASPIRIN AND

13   VIOXX AT THE SAME TIME, YOU DON'T KNOW WHETHER HE WOULD HAVE

14   HAD," AND YOUR ANSWER WAS, "I DON'T KNOW."  CORRECT?

15   **A.**   THAT'S WHAT I SAID THEN, AND I OBVIOUSLY READ THE EARLIER

16   SENTENCE MR. ROBINSON ASKED ME TO READ.

17   **Q.**   DO YOU AGREE, SIR, THAT IN JANUARY OF 2000 THAT

18   MR. BARNETT ALREADY HAD CORONARY ARTERY DISEASE?

19   **A.**   YES, SIR.

20   **Q.**   DO YOU AGREE THAT IT IS MORE LIKELY THAN NOT THAT THE

21   CORONARY ARTERY DISEASE THAT MR. BARNETT ALREADY HAD IN

22   JANUARY 2000 WAS NOT DUE TO VIOXX?

23   **A.**   YES, SIR.

24   **Q.**   FOCUSING IN ON ATHEROSCLEROSIS IN PARTICULAR, DO YOU AGREE

25   THAT IT IS MORE LIKELY THAN NOT THAT VIOXX DID NOT CONTRIBUTE

1    TO WHATEVER ATHEROSCLEROSIS MR. BARNETT HAD IN JANUARY OF 2000?

2    **A.**   YES, SIR.  WELL, JANUARY 1, 2000, I ASSUME YOU'RE TALKING

3    ABOUT.  THAT'S A GOOD QUESTION.  TELL ME EXACTLY WHAT YOU'RE

4    REFERRING TO.

5    **Q.**   ALL OF JANUARY 2000.

6    **A.**   ALL OF JANUARY?

7    **Q.**   YES.

8    **A.**   IT'S HARD TO SAY.  I CANNOT SAY THAT IT DEFINITELY WAS,

9    BUT THERE IS ONE STUDY THAT SHOWED INDIVIDUALS TAKING 10 DAYS

10   OF A COX INHIBITOR HAD INCREASED THROMBOTIC EVENTS SUCH THAT

11   THE STUDY HAD TO BE STOPPED.  IT WAS ONLY A 30-DAY TRIAL SO

12   THAT THEY HAD EVENTS WITHIN 10 DAYS OF TAKING A COX-2

13   INHIBITOR.  CAN I SAY TO A REASONABLE DEGREE OF MEDICAL

14   CERTAINTY?  NO, BUT I THINK IT CERTAINLY IS A POSSIBILITY.

15   **Q.**   WELL, IN FACT, ISN'T ALL YOU CAN SAY IS THAT YOU CANNOT

16   RULE OUT THE FACT THAT VIOXX MAY HAVE CONTRIBUTED TO SOME

17   DEGREE, BUT IT'S SUCH A SHORT TIME THAT YOU WOULD THINK IT MORE

18   LIKELY THAN NOT THAT VIOXX DID NOT CONTRIBUTE?

19   **A.**   I BELIEVE I JUST SAID THAT, SIR.  SINCE I GAVE THAT

20   TESTIMONY, I REREAD THE PAPER BY NUSMEIER IN WHICH PATIENTS

21   WERE GIVEN IV COX INHIBITORS AFTER CORONARY BYPASS SURGERY.

22   THEY HAD 10 DAYS OF TREATMENT, AND THE STUDY HAD TO BE STOPPED

23   PREMATURELY BECAUSE THEY DEVELOPED THROMBOTIC EVENTS WITHIN

24   20 DAYS OF COX-2 INHIBITION.

25   **Q.**   SO YOU HAVE CHANGED YOUR MIND SINCE JUNE?

1756

1   **A.**   NO, SIR.  MY ANSWER IS THE SAME.  I CAN'T SAY TO A

2   REASONABLE DEGREE OF MEDICAL PROBABILITY, BUT I CAN'T RULE IT

3   OUT.  THAT'S NOT ANY DIFFERENT THAN WHAT I SAID IN THE PREVIOUS

4   DEPOSITION.

5   **Q.**   WELL, ACTUALLY WHAT YOU SAID IN THE PREVIOUS DEPOSITION --

6   I'LL PUT IT UP IF YOU WANT -- WAS YOU CAN'T RULE IT OUT, BUT IN

7   FACT YOU THINK IT'S MORE LIKELY THAN NOT THAT VIOXX DID NOT

8   CONTRIBUTE.  DO YOU STILL STAND BY THAT?

9   **A.**   SINCE THEN I HAVE REREAD THAT PAPER AND --

10  **Q.**   CHANGED YOUR MIND?

11  **A.**   FINE.  THANK YOU.

12  **Q.**   LET'S MOVE, THEN, TO SEPTEMBER 2002.  DO YOU AGREE, SIR,

13  THAT THE HEART ATTACK THAT MR. BARNETT HAD WAS A MILD AND SMALL

14  ONE?

15  **A.**   YES, SIR.

16  **Q.**   WE HAVE HEARD ABOUT Q WAVE HEART ATTACKS AND NON-Q WAVE

17  HEART ATTACKS.  I'M SURE YOU HAVE BEEN FOLLOWING THAT OVER THE

18  TICKER TAPE; RIGHT?

19  **A.**   YES, SIR.

20  **Q.**   WHETHER A HEART ATTACK IS A Q WAVE HEART ATTACK, DOES THAT

21  REFER TO READINGS OR FINDINGS THAT COME OFF OF AN

22  ELECTROCARDIOGRAM?

23  **A.**   YES, SIR.

24  **Q.**   OR, AS MOST PEOPLE CALL IT, EKG?

25  **A.**   ECG.

1757

1    **Q.**    DON'T MOST PEOPLE CALL IT EKG?

2    **A.**    IT'S SPELLED WITH A C, SO IT'S ECG.

3    **Q.**    IS AN EKG SOMETHING DIFFERENT FROM THAT?

4    **A.**    NO.  THAT'S FROM THE GERMANS WHEN IT'S SPELL WITH A K.  IN

5    ENGLISH WE SPELL IT WITH A C AND, THEREFORE, IT'S AN ECG.

6    **Q.**    SO AN ELECTROCARDIOGRAM.  IS THAT ONE OF THESE TESTS THAT

7    YOU DEFER TO THE EXPERTS ON NORMALLY WHEN YOU'RE READING THEM?

8    **A.**    NO, SIR.  I'M ONE OF THE EXPERTS.

9    **Q.**    AM I RIGHT THAT IF A HEART ATTACK IS A Q WAVE HEART

10   ATTACK, THAT GENERALLY MEANS THAT THERE'S MORE DAMAGE TO THE

11   HEART MUSCLE THAN IF IT'S A NON-Q WAVE HEART ATTACK?

12   **A.**    IT'S VERY INDIVIDUALISTIC.  IT MAY OR MAY NOT.  IT DEPENDS

13   ON THE INDIVIDUAL PATIENT.  INDEED, IN MR. BARNETT, THE Q WAVE

14   INFARCT WAS ACTUALLY A TRANSIENT ONE BECAUSE HIS SUBSEQUENT

15   ELECTROCARDIOGRAM SHOWED LOSS OF THE Q WAVE.  IN GENERAL, THE Q

16   WAVE INFARCT IS LARGER, BUT DOES NOT HAVE TO BE.

17   **Q.**    IS IT TRUE THAT A NON-Q WAVE INFARCT DOES NOT PRODUCE AS

18   SIGNIFICANT HEART MUSCLE DAMAGE AS A Q WAVE INFARCT?

19   **A.**    IN GENERAL, THAT IS TRUE, YES, SIR.

20   **Q.**    SO GENERALLY THE NON-Q WAVE ONES AREN'T AS BAD AS THE Q

21   WAVE ONES?

22   **A.**    THAT'S NOT WHAT I SAID.

23   **Q.**    DON'T CAUSE AS MUCH SIGNIFICANT HEART DAMAGE?

24   **A.**    INITIALLY.  THE LONG-TERM OUTLOOK FOR Q AND NON-Q INFARCT

25   IS THE SAME.  THE INITIAL DAMAGE BY A NON-Q WAVE INFARCT

1758

1   GENERALLY IS LESS THAN A Q WAVE INFARCT, BUT THE LONG-TERM

2   OUTCOME IS THE SAME.

3   Q.   IN ANY EVENT, YOU CLAIM THAT MR. BARNETT'S HEART ATTACK IN

4   SEPTEMBER OF 2002 WAS A Q WAVE HEART ATTACK, THE KIND THAT

5   CAUSES MORE DAMAGE IN THE IMMEDIATE TERM; RIGHT?

6   A.   YOU'RE ASKING ME COMPOUND SENTENCES.  FIRST OF ALL --

7   Q.   DO YOU CLAIM THAT MR. BARNETT HAD A Q WAVE MYOCARDIAL

8   INFARCTION IN SEPTEMBER 2002?

9   A.   I STATE THAT HE HAD A Q WAVE MYOCARDIAL INFARCTION.  IT'S

10  NOT JUST A CLAIM; HE HAD IT.

11  Q.   WHEN YOU SAY "HE HAD IT" SO EMPHATICALLY, YOU UNDERSTAND

12  THAT ALL THE DOCTORS WHO TOOK CARE OF HIM IN REAL LIFE DISAGREE

13  WITH YOU, DON'T YOU, SIR?

14  A.   MR. BECK, THIS IS MY AREA OF EXPERTISE.  I WRITE --

15  Q.   CAN YOU ANSWER MY QUESTION, DR. ZIPES?

16  A.   PLEASE RESTATE IT.

17  Q.   WHEN YOU STATE SO EMPHATICALLY THAT HE HAD A Q WAVE HEART

18  ATTACK IN 2002, YOU UNDERSTAND THAT ALL THE DOCTORS WHO TOOK

19  CARE OF HIM IN REAL LIFE DISAGREE WITH YOU; ISN'T THAT RIGHT?

20  A.   NO, SIR.  DR. KARAVAN, INDEED, SAID THAT IT MAY HAVE BEEN

21  A Q WAVE INFARCT.

22  Q.   LET'S START WITH DR. MIKOLA.  DO YOU REMEMBER THAT

23  DR. MIKOLA DISAGREED WITH YOU AND SAID IT'S A NON-Q WAVE HEART

24  ATTACK?

25  A.   YES, SIR.

1759

1   Q.    WHAT?

2   A.    YES, SIR.

3   Q.    YOU MENTIONED DR. KARAVAN.  LET'S SEE IF I CAN PLAY A CLIP

4   FROM HIM.

5            (WHEREUPON, THE VIDEO CLIP WAS PLAYED AS FOLLOWS.)

6            "Q.  MR. ROBINSON ASKED YOU TO READ THE SIX ITEMS

7        UNDER PROBLEM LIST; RIGHT?"

8            "A.  YES, SIR."

9            "Q.  ONE OF THEM YOU READ WAS NON-Q WAVE MYOCARDIAL

10        INFARCTION?"

11            "A.  YES, SIR."

12            "Q.  AM I RIGHT THAT THROUGHOUT THE MEDICAL RECORDS

13        YOU CONSISTENTLY REFERRED TO MR. BARNETT'S HEART ATTACK AS

14        A NON-Q WAVE MYOCARDIAL INFARCTION?"

15            "A.  YES, SIR."

16            NOW, TODAY YOU SAID THAT DR. KARAVAN SAID HE MIGHT

17   AGREE WITH YOU, BUT DO YOU REMEMBER TESTIFYING BEFORE THAT YOU

18   JUST ABSOLUTELY DISAGREE WITH DR. KARAVAN, THINK HE IS WRONG?

19   A.    IT'S MY IMPRESSION THAT THERE'S POSSIBLY A SECOND

20   DEPOSITION OR SOMETHING IN WHICH HE SAID THAT, INDEED, A Q WAVE

21   INFARCT WAS POSSIBLE.  REGARDLESS, IT'S AN UNEQUIVOCAL Q WAVE

22   INFARCT.  I CAN SHOW THAT TO 10 EXPERTS IN ELECTROCARDIOGRAPHY

23   AND 10 OUT OF 10 WILL AGREE WITH ME.

24   Q.    WELL, WE HAVE ONE OUT OF ONE WHO DISAGREED WITH YOU;

25   RIGHT?

DAILY COPY

1    **A.**   NO, SIR.  HE IS AN INTERVENTIONAL CARDIOLOGIST.  JUST AS

2    YOU CHALLENGED ME ABOUT GETTING INTO THE INTERVENTIONAL AREA, I

3    CAN CHALLENGE HIM ABOUT READING ELECTROCARDIOGRAMS.

4    **Q.**   LET'S SEE WHAT YOU SAID IN YOUR DEPOSITION CONCERNING

5    DR. KARAVAN'S TESTIMONY AND WHETHER HE AGREED WITH YOU.

6    **A.**   WELL, AT THAT TIME I DON'T THINK HE DID.  I THINK THIS WAS

7    SUBSEQUENT TO MY DEPOSITION, THAT FIRST DEPOSITION.

8    **Q.**   LET'S JUST WRAP THIS ONE UP AND THEN MR. ROBINSON CAN TALK

9    ABOUT ANY OTHER TESTIMONY, IF HE WANTS TO, WHEN IT'S HIS TURN.

10   OKAY?

11   **A.**   YES.

12   **Q.**   PAGE 83:

13          "Q.  DID YOU READ DR. KARAVAN'S DEPOSITION

14   TESTIMONY?"

15          "A.  I DID."

16          "Q.  DID YOU DISAGREE ABOUT THE INTERPRETATION OF THE

17   ECG OR EKG FROM SEPTEMBER 11, 2002?"

18          "A.  ABSOLUTELY."

19          WAS THAT YOUR TESTIMONY?

20   **A.**   YES, SIR.  THAT WAS AFTER DR. KARAVAN'S FIRST DEPOSITION.

21   **Q.**   DO YOU KNOW WHO DR. BRYAN IS?

22   **A.**   YES, SIR.  HE WAS THE CARDIOVASCULAR SURGEON.

23   **Q.**   HE IS THE ONE WHO ACTUALLY DID THE BYPASS OPERATION ON

24   MR. BARNETT IN SEPTEMBER 2002?

25   **A.**   YES, SIR.

1   **Q.**   IS THIS THE KIND OF OPERATION WHERE THE GUY IS ACTUALLY
2   LOOKING AT THE HEART?
3   **A.**   YES, SIR.
4   **Q.**   LET'S SEE WHAT DR. BRYAN SAID:
5           "Q.  DO YOU STAND BY THE DIAGNOSIS, SIR, THAT
6   MR. BARNETT HAD A NON-Q WAVE HEART ATTACK?"
7           "A.  YES."
8           "Q.  FROM YOUR EXPERIENCE ACTUALLY LOOKING AT
9   MR. BARNETT'S HEART WHEN YOU OPERATED ON HIM AND REVIEWING
10  THE LABS THAT WERE TAKEN DURING SEPTEMBER OF 2002, WHAT IS
11  YOUR VIEW ABOUT WHETHER HE HAD A NON-Q WAVE HEART ATTACK
12  OR A Q WAVE HEART ATTACK?"
13          "A.  HE DID NOT HAVE ANY EVIDENCE AT SURGERY IN MY OP
14  NOTE OF A TRANSMURAL HEART ATTACK, AT LEAST EXAMINING HIS
15  HEART AND LOOKING AT HIS ENZYMES AND WHATNOT.  HE DID NOT
16  HAVE -- USUALLY, TYPICALLY, IF I SEE WHAT I WOULD CONSIDER
17  A TRANSMURAL INFARCT, WHICH WOULD USUALLY BE EDEMA OF THE
18  WALL OR TRANSMURALITY DEMONSTRATED BY HEMORRHAGE, I'LL
19  MENTION THAT IN MY OPERATIVE NOTE."
20          "Q.  WHAT IS EDEMA OF THE WALL AND WHAT WAS THE OTHER
21  TERM YOU SAID?"
22          "A.  HEMORRHAGE."
23          "Q.  HEMORRHAGE.  COULD YOU JUST EXPLAIN WHAT THAT
24  IS."
25          "A.  IF YOU HAVE A BIG Q WAVE HEART ATTACK, YOU

1762

1    TYPICALLY HAVE EITHER EDEMA -- THAT WALL LOOKS SWOLLEN.
2    YOU'LL SEE SWELLING IN THAT AREA."
3         "Q.  THAT'S WHAT EDEMA IS, SWELLING?"
4         "A.  THAT'S WHAT EDEMA IS, SWELLING, OR YOU'LL SEE
5    HEMORRHAGES, LOOKS LIKE A BIG BRUISE ON THE HEART ON SOME
6    OF THESE FOLKS.  SO TYPICALLY A BIG Q WAVE MYOCARDIAL
7    INFARCTION YOU WILL SEE SOME KIND OF FINDING AT SURGERY."
8         "Q.  WHEN YOU WERE ACTUALLY THE PERSON LOOKING AT
9    MR. BARNETT'S HEART AND EXAMINING IT, DID YOU SEE ANY
10   EVIDENCE OF EDEMA OF THE WALL?"
11        "A.  NO."
12        "Q.  DID YOU DOCUMENT ANYWHERE THAT HE HAD ANY
13   HEMORRHAGING OR ANY BRUISING IN THE HEART?"
14        "A.  NO."
15        "Q.  IF YOU HAD SEEN A Q WAVE INFARCTION, SIR, AND
16   YOU HAD SEEN SWELLING OF THE WALL OR SERIOUS DAMAGE TO THE
17   HEART, IS THAT SOMETHING YOU WOULD HAVE WRITTEN DOWN?"
18        "A.  OH YES."
19        "Q.  YOU DIDN'T SEE THOSE THINGS WHEN YOU ACTUALLY
20   LOOKED AT MR. BARNETT'S HEART ON SEPTEMBER 10, 2002?"
21        "A.  NO.  I USUALLY WILL DOCUMENT THAT IN A NOTE."
22        YOU THINK THAT DR. BRYAN WAS JUST ABSOLUTELY WRONG,
23   DON'T YOU, SIR?
24   A.   A COUPLE OF COMMENTS, SIR.
25   Q.   CAN YOU ANSWER WHETHER YOU BELIEVE HE IS ABSOLUTELY WRONG?

DAILY COPY

1   A.   YES.

2   Q.   YOU DO BELIEVE HE IS ABSOLUTELY WRONG?

3   A.   BECAUSE THE Q WAVE INFARCT OCCURRED ON SEPTEMBER 11, WHICH

4   WAS THE DAY AFTER DR. BRYAN OPERATED ON THE HEART.  SO, INDEED,

5   IF THERE WERE A Q WAVE INFARCT PRESENT, IT'S THE DAY AFTER HE

6   HAS SEWN UP THE CHEST AND IS NO LONGER HOLDING THE HEART IN HIS

7   HAND.  NUMBER 2, A SMALL Q WAVE INFARCT, WHICH WAS EXACTLY WHAT

8   HE HAD, WOULD NOT BE APPARENT VISUALLY TO A SURGEON

9   PARTICULARLY IN THE POSTERIOR PART OF THE HEART, WHICH IS WHERE

10  MR. BARNETT HAD HIS HEART ATTACK.  THERE IS ABSOLUTELY NO

11  QUESTION, COUNSELOR, THAT HE HAD A Q WAVE INFARCT

12  ELECTROCARDIOGRAPHICALLY.

13  Q.   DO YOU AGREE, SIR, THAT NO MEDICAL RECORD SUPPORTS OR SAYS

14  THAT HE HAD A Q WAVE HEART ATTACK?

15  A.   EXCEPT FOR MY PICKING UP THE Q WAVE INFARCT, YOU'RE

16  ABSOLUTELY RIGHT.

17  Q.   NONE OF THE MEDICAL RECORDS WRITTEN AT THE TIME, BY THE

18  DOCTORS WHO WERE ACTING AS HIS DOCTOR RATHER THAN ACTING AS AN

19  EXPERT WITNESS, SAY THAT THERE'S A Q WAVE HEART ATTACK;

20  CORRECT?

21  A.   THE ASPERSION OF YOUR QUESTION IS INAPPROPRIATE.  THE

22  INTERPRETATION OF THAT ELECTROCARDIOGRAM IS WRONG.  IT SAYS

23  POSSIBLE PERICARDITIS AND THEY MISSED THE Q WAVE INFARCT.  I'M

24  SORRY.  IT'S THERE.  IT UNEQUIVOCALLY THERE.  IT'S TRANSIENT.

25  SUBSEQUENT ELECTROCARDIOGRAMS DON'T SHOW IT.

1  **Q.**   MY QUESTION, DOCTOR, WAS:  AM I RIGHT THAT NO MEDICAL

2  RECORD PREPARED BY THE DOCTORS WHO WERE TAKING CARE OF HIM AS

3  DOCTORS, RATHER THAN TESTIFYING AS EXPERTS, SAYS THAT THERE WAS

4  A Q WAVE HEART ATTACK?

5  **A.**   THAT'S ABSOLUTELY CORRECT, BUT THIS TESTIFYING EXPERT HAS

6  SPENT HUNDREDS OF HOURS REVIEWING THOSE RECORDS THAT I DARE SAY

7  THE TREATING DOCTORS HAVE NOT.

8  **Q.**   DID YOU WRITE A REPORT IN THIS CASE?

9  **A.**   YES.

10  **Q.**   FOR IDENTIFICATION PURPOSES ONLY, WE HAVE MARKED DEFENSE

11  EXHIBIT 3505.  IT'S A COPY OF DR. ZIPES' REPORT.  AM I CORRECT,

12  SIR, THAT THAT IS A COPY OF THE REPORT THAT YOU WROTE IN THIS

13  CASE?

14  **A.**   YES, SIR.

15  **Q.**   HERE AT THE TOP IT HAS YOUR NAME AND THE DATE, AND YOU

16  TALK ABOUT YOUR BACKGROUND AND THEN YOU GET INTO AN ANALYSIS OF

17  THE SITUATION HERE; CORRECT?

18  **A.**   YES, SIR.

19  **Q.**   TURN OVER TO PAGE 9.  DO YOU SEE YOU'RE TALKING ON PAGE 9

20  ABOUT HOW HE WAS DISCHARGED FROM THE HOSPITAL ON SEPTEMBER 14,

21  ET CETERA?

22  **A.**   YES, SIR.

23  **Q.**   THEN IT GOES ON TO TALK ABOUT SOME OTHER THINGS THAT

24  HAPPENED.  AT THE BOTTOM OF THIS PARAGRAPH -- YOU JUST TALKED

25  ABOUT HE ATTENDED OUTPATIENT CARDIAC REHABILITATION AS ORDERED

1   BY HIS PHYSICIANS; RIGHT?

2   A.   YES, SIR.

3   Q.   THEN YOU SAY, "THEREIN, IT WAS NOTED REPEATEDLY BY THE

4   NURSE," AND THEN YOU GIVE SOME DATES.  "IT WAS NOTED REPEATEDLY

5   BY THE NURSE THAT HE HAD A SMALL Q WAVE WITH INTRAVENTRICULAR

6   CONDUCTION DEFECT."  DO YOU SEE THAT?

7   A.   YES, SIR.

8   Q.   NOW, YOU KNEW THERE WAS A QUESTION ABOUT WHETHER HE HAD A

9   Q WAVE OR A NON-Q WAVE; RIGHT?

10  A.   YES, SIR.  THIS IS NOT REFERRING TO A Q WAVE INFARCT.

11  THIS IS A SMALL Q WAVE, WHICH HE HAS, STILL HAS.

12  Q.   IS THIS REFERRING TO THE HEART ATTACK OR NOT, THIS NOTE?

13  A.   ABSOLUTELY NOT.

14  Q.   WELL, LET ME ASK IT A DIFFERENT WAY.  YOU SAID YOU KNEW

15  THERE WAS A QUESTION ABOUT WHETHER THERE WAS A Q WAVE OR A

16  NON-Q WAVE AND YOU STATE WHAT YOU SAY IS A FACT, THAT IT WAS A

17  Q WAVE.  SO I GUESS YOU WOULD SAY THAT NO DOUBT EXISTS AND SO

18  THERE'S NO REASON TO ADMIT THAT ANY DOUBT EXISTS ON THAT ISSUE?

19  A.   I'M SORRY.  I DON'T UNDERSTAND THE QUESTION.

20  Q.   IN THE ETHICS STATEMENT IT SAYS, "PROPER EXPERT TESTIMONY

21  IS BALANCED AND WHERE DOUBT EXISTS, SUCH DOUBT SHOULD BE

22  READILY ADMITTED."  ARE YOU SAYING ALL THOSE DOCTORS WERE SO

23  WRONG THAT THERE WASN'T ANY DOUBT, SO YOU DIDN'T EVEN HAVE TO

24  ADMIT THAT DOUBT EXISTED?

25  A.   YES.  THE REALITY IS THAT THEY MISSED THE Q WAVE INFARCT.

1    IT WAS NOT READ.  I FOUND IT IN HUNDREDS AND HUNDREDS OF PAGES

2    OF HIS MEDICAL RECORD AND I WAS THE ONLY ONE WHO FOUND IT.  I

3    DON'T LIKE TO SAY HIS DOCTORS WERE WRONG.  I THINK DR. KARAVAN

4    IS A GOOD DOCTOR, BUT HE MISSED A Q WAVE INFARCT, SIR.  I WILL

5    SHOW YOU MY TEXTBOOK.  I WILL SHOW YOU ARTICLES I PUBLISHED.

6    THIS IS A Q WAVE INFARCT.  WE CAN ARGUE AS LONG AS YOU LIKE.

7    IT'S THERE.

8    Q.    THE ETHICS ARTICLE SAYS, "EXPERT WITNESS TESTIMONY SHOULD

9    BE FAIR, THOROUGH, AND OBJECTIVE.  IT SHOULD NOT EXCLUDE ANY

10   RELEVANT INFORMATION THAT HAS A BEARING ON THE CASE."  DO YOU

11   AT LEAST THINK IT'S RELEVANT INFORMATION -- WHETHER YOU AGREE

12   WITH IT OR NOT, DO YOU THINK IT'S RELEVANT INFORMATION THAT ALL

13   THE DOCTORS WHO TOOK CARE OF HIM SAID IT WAS NOT A Q WAVE HEART

14   ATTACK?

15   A.    I WOULD HAVE BEEN HAPPY TO PUT IT IN IF I THOUGHT IT WAS

16   RELEVANT INFORMATION.

17   Q.    YOU DIDN'T THINK THAT WAS RELEVANT?

18   A.    I SAW A Q WAVE INFARCT.  I MADE A DIAGNOSIS.  I INCLUDED

19   IT IN MY REPORT.  AS A MATTER OF FACT, I DIDN'T EVEN THINK THAT

20   THERE WAS AN ARGUMENT ABOUT THE ISSUE.  IT'S A CLASSIC Q WAVE

21   INFARCT.  I PUT THAT ON AN EXAMINATION FOR YOUNGSTERS TRYING TO

22   PASS THEIR BOARDS IN CARDIOLOGY.  IT'S A Q WAVE INFARCT.

23   Q.    LET'S MOVE TO JULY 2003.

24   A.    YES, SIR.

25   Q.    NOW, IN SEPTEMBER 2002, JUST LINGERING THERE FOR A MOMENT,

1    WHEN THAT HEART ATTACK OCCURRED, Q WAVE OR NON-Q WAVE, DO YOU

2    AGREE THAT IT RESULTED AT THE TIME IN A MILD WEAKENING OF THE

3    BOTTOM OF THE HEART?

4    **A.**    YES, SIR.

5    **Q.**    THAT'S SOMETHING THAT IS CALLED HYPOKINESIS; RIGHT?

6    **A.**    YES, SIR.

7    **Q.**    SOMEBODY THE OTHER DAY USED HYPOKINESIS A LOT OF TIMES.

8    THAT REFERS TO A MILD WEAKENING; IS THAT RIGHT?

9    **A.**    YES, SIR.  YOU'RE PRONOUNCING IT VERY WELL.

10   **Q.**    THANK YOU.  AM I ALSO CORRECT, SIR, BY JULY 2003 -- SO,

11   SAY, NINE, TEN MONTHS AFTER THE SEPTEMBER HEART ATTACK -- THAT

12   THIS HYPOKINESIS OR MILD WEAKENING HAD RESOLVED AND GOTTEN

13   BETTER?

14   **A.**    YES, SIR.

15   **Q.**    SO THAT DAMAGE, AT LEAST, WAS GONE AND HIS HEART WAS OKAY?

16   **A.**    NO, SIR.  THAT'S NOT ENTIRELY TRUE.  WHEN YOU HAVE DEATH

17   OF HEART MUSCLE, THE DEATH OF HEART MUSCLE STAYS, BUT WHAT CAN

18   HAPPEN IS THAT THE REST OF THE HEART MUSCLE CAN COMPENSATE FOR

19   IT.

20   **Q.**    OKAY.

21   **A.**    SO THAT THE WALL MOTION ABNORMALITY, WHICH IS WHAT WE CALL

22   IT, HAD DISAPPEARED, YES, SIR.

23   **Q.**    SO WHETHER THERE WERE CELLS WHICH WEREN'T FUNCTIONING

24   ANYMORE, THE OTHER CELLS RALLIED TO THE JOB AND COMPENSATED FOR

25   IT?

1    A.    YES, SIR.

2    Q.    THEN, IF WE LOOK AT EJECTION FRACTION FOR A MINUTE -- I

3    THINK YOU MAY HAVE TALKED ABOUT THIS.  ALTHOUGH, IT MAY HAVE

4    BEEN DR. POMPA.  BUT, IN ANY EVENT, THE IDEA OF EJECTION

5    FRACTION IS WHEN YOUR HEART, BEFORE IT CONTRACTS, IT HAS A

6    CERTAIN AMOUNT OF BLOOD IN IT; AND THEN WHEN IT CONTRACTS OR

7    SQUEEZES, SOME FRACTION OF THAT BLOOD, PERCENTAGE OF THE BLOOD,

8    GOES OUT INTO THE BODY; RIGHT?

9    A.    YES, SIR.

10   Q.    THERE'S A PART OF THE HEART -- I'M SURE YOU'VE HEARD THIS,

11   BUT THERE'S A PART OF THE HEART CALLED A LEFT VENTRICULAR.  ARE

12   YOU AWARE OF THAT?

13   A.    FOR A LONG TIME, I'M AWARE OF THAT.  LEFT VENTRICLE, SIR.

14   Q.    VENTRICLE, OKAY.  WELL, I GOT HYPOKINESIS RIGHT.

15   A.    YOU DID.

16   Q.    SO YOU GOT TO THE LEFT VENTRICLE, AND THE FUNCTION OF THE

17   LEFT VENTRICLE AND THE -- IS THAT INVOLVED IN THE EJECTION

18   FRACTION AND SQUEEZING AND SHOOTING THE BLOOD OUT INTO THE

19   BODY?

20   A.    YES, SIR.  THOUGH WE CAN MEASURE AN EJECTION FRACTION OF

21   BOTH THE LEFT AND RIGHT VENTRICLE, IN GENERAL, WHEN WE ARE

22   TALKING ABOUT EJECTION FRACTIONS, IT DOES DEAL WITH THE LEFT

23   VENTRICLE.

24   Q.    IS THE LEFT VENTRICLE FUNCTION OR EJECTION FRACTION AN

25   EXTREMELY IMPORTANT MEASURE OF THE HEART FUNCTION OVERALL?

1  A.   YES, SIR.

2  Q.   IS IT ONE OF THE MOST COMMONLY USED THINGS TO DETERMINE

3  RISKS IN TERMS OF CARDIOLOGY AND TO PREDICT WHETHER FUTURE

4  CARDIAC EVENTS ARE LIKELY?

5  A.   IT ABSOLUTELY IS ONE OF THE MOST IMPORTANT THINGS.  ONE

6  ADDITIONAL THING IS THE EXTENT OF CORONARY ATHEROSCLEROSIS.

7  Q.   OKAY.  BUT FOCUSING JUST ON THE EJECTION FRACTION -- AND I

8  USED A LOT OF BIG WORDS THERE, BUT "EJECTION FRACTION" IS USED

9  BY IS USED BY DOCTORS.  IF THEY SAY YOU HAVE GOOD EJECTION

10 FRACTION, THAT'S GOOD NEWS IN TERMS OF YOUR FUTURE CARDIAC

11 HEALTH; RIGHT?

12 A.   YES, SIR.

13 Q.   EVEN FOR PEOPLE WHO HAVE HEART DISEASE LIKE

14 ATHEROSCLEROSIS, THE EJECTION FRACTION MEASUREMENTS ARE

15 STRONGLY TIED TO HOW WELL THEY ARE GOING TO DO; RIGHT?

16 A.   THEY ARE, BUT THAT'S ONE OF MULTIPLE MEASUREMENTS.

17 Q.   BUT IT IS ONE AND THAT'S AN IMPORTANT ONE; RIGHT?

18 A.   ABSOLUTELY.

19 Q.   IN JULY OF '03, NOW, SOME TEN MONTHS OR SO AFTER THE HEART

20 ATTACK, IS IT TRUE THAT NOT ONLY HAD THE HYPOKINESIS RESOLVED

21 ITSELF BUT, ALSO, THAT THE EJECTION FRACTION WAS COMPLETELY

22 NORMAL?

23 A.   YES, IT WAS.

24 Q.   I THINK YOU ALREADY TESTIFIED THAT HIS 15 MINUTES ON THE

25 TREADMILL AND HIS METS SCORE OF 17.2 OR THEREABOUTS WAS VERY

1    IMPRESSIVE; RIGHT?

2    **A.**    YES, SIR.

3    **Q.**    AND SHOWED GOOD EXERCISE TOLERANCE FOR MR. BARNETT; RIGHT?

4    **A.**    YES.

5    **Q.**    THE 15 MINUTES ON THE TREADMILL AND THE 17.2 METS SCORE,

6    WERE THOSE THE RESULTS OF A CARDIOLITE STRESS TEST THAT WAS

7    PERFORMED IN JULY 2003?

8    **A.**    YES, SIR.

9    **Q.**    NOW, NOTWITHSTANDING THE GOOD THINGS THAT WERE SHOWN, DO I

10   UNDERSTAND YOUR TESTIMONY TO BE THAT THERE WAS SOME KIND OF

11   ABNORMAL BLOOD FLOW THAT WAS DETECTED DURING THAT?

12   **A.**    DURING THAT STRESS TEST?

13   **Q.**    YES.

14   **A.**    IT'S CONFUSING BECAUSE THE REPORT SAYS "APICAL THINNING"

15   AND THEN "POSSIBLE APICAL REDUCED FLOW," AND I THINK I'VE USED

16   THAT TERM.  SUBSEQUENTLY, THE INTERPRETATION OF THAT STRESS

17   TEST IS THAT IT WAS PROBABLY NORMAL.

18   **Q.**    YOU SAY, "SUBSEQUENTLY, THE INTERPRETATION," AND I

19   COULDN'T FIGURE OUT WHO --

20   **A.**    YES.

21   **Q.**    -- YOU WERE TALKING ABOUT, WHO'S DOING THE INTERPRETING

22   SUBSEQUENTLY.

23   **A.**    RIGHT.  I HAVE TALKED WITH NUCLEAR RADIOLOGISTS IN TERMS

24   OF THE TERM "APICAL THINNING."

25   **Q.**    LET ME ASK YOU BEFORE YOU TELL ME WHAT SOMEBODY ELSE SAID:

1    BEFORE YOU HAVE TALKED WITH THESE NUCLEAR -- WHAT ARE THEY?

2    A.   CARDIOLOGISTS.

3    Q.   NUCLEAR CARDIOLOGISTS.  YOU, FRANKLY, DIDN'T KNOW WHAT

4    APICAL THINNING MEANT, DID YOU?

5    A.   THAT'S CORRECT.

6    Q.   SO THERE'S A MEDICAL RECORD THERE TALKING ABOUT BLOOD FLOW

7    AND APICAL THINNING, BUT YOU DIDN'T UNDERSTAND WHAT THE TERM

8    MEANT?

9    A.   THAT'S CORRECT.

10   Q.   WELL, YOU KNEW THAT WHEN YOUR DEPOSITION WAS TAKEN BACK IN

11   JUNE AND WHEN YOU SAID YOU THOUGHT THERE WAS SOMETHING ABNORMAL

12   ABOUT THE BLOOD FLOW.  DID YOU KNOW THEN THAT DR. KARAVAN

13   DISAGREED WITH YOU AND SAID THE BLOOD FLOW WAS NORMAL?

14   A.   I DON'T REMEMBER IF I DID OR DIDN'T, BUT I WOULD AGREE

15   WITH HIM NOW.

16   Q.   SINCE THEN YOU NOW AGREE WITH DR. KARAVAN?

17   A.   YES, SIR.

18   Q.   NOW I WANT TO MOVE FORWARD TO JULY 2004.  I SUPPOSE I

19   SHOULD HAVE PUT THIS UP BEFORE.  I'VE BEEN KIND OF FOLLOWING

20   YOUR TIME LINE THAT YOU AND MR. ROBINSON WORKED ON.  WE HAPPEN

21   TO BE RIGHT AT WHERE THE ARROW IS.  I CAN'T MOVE IT.  IT'S NOT

22   LIKE A CURSOR OR ANYTHING.  I CAN'T MOVE IT AROUND.  IT'S JUST

23   STUCK THERE.  SO LET'S TALK ABOUT YOUR TIME LINE AND WHAT YOU

24   CALL THE POSSIBLE HEART ATTACK IN JULY OF 2004.

25             NOW, WHEN I WAS LISTENING TO YOU ON DIRECT

1  EXAMINATION, IT SOUNDED TO ME -- AND TELL ME IF I'VE GOT THIS

2  WRONG, BUT IT SOUNDED TO ME LIKE YOU WERE SAYING, WELL, IN JULY

3  OF 2003 -- WHICH WE JUST TALKED ABOUT -- HE HAD A REAL GOOD

4  STRESS TEST AND LOOKED GREAT; AND THEN LATER ON IN MAY OF 2006,

5  HE DIDN'T DO AS WELL AND SOMETHING HAS TO ACCOUNT FOR THAT.  IN

6  YOUR VIEW, THERE IS OBJECTIVE DATA THAT PROVES THAT OR

7  INDICATES THAT IT WAS, IN FACT, A SECOND HEART ATTACK THAT TOOK

8  PLACE ON JULY 24, 2004.  IS THAT A FAIR SUMMARY?

9  **A.**   NOT QUITE.  THAT THERE IS AN OBJECTIVE CHANGE IS

10 UNEQUIVOCAL; THAT THE TEST FROM JULY OF '03 TO MAY OF '06,

11 CARDIOLITE TEST, IS ABSOLUTELY DIFFERENT, AND WE HAVE

12 DOCUMENTED SCAR BY ECHO.  SO THAT PART OF WHAT YOU SAID IS

13 TRUE.  WHAT IS NOT AS SOLID IS THE FACT THAT I THINK THE CHANGE

14 HAPPENED JULY OF '04.  NOW, I'VE SAID MORE PROBABLY THAN NOT,

15 SO THAT'S 51 PERCENT.

16 **Q.**   OKAY.

17 **A.**   I'M AWARE OF THAT.  BUT I CAN'T BE AS POSITIVE AS I CAN

18 THAT OBJECTIVE CHANGES HAVE OCCURRED.

19 **Q.**   SO, IN ANY EVENT, YOU'RE SAYING SOMETHING HAS TO OCCUR --

20 HAS TO EXPLAIN THE OBJECTIVE CHANGES FROM HIS TERRIFIC

21 PERFORMANCE IN 2003 TO HIS LESS-THAN-TERRIFIC PERFORMANCE IN

22 2006.  AND YOUR OPINION, AFTER ALL THE WORK YOU DID, IS THAT

23 IT'S MORE LIKELY THAN NOT THERE WAS A SECOND HEART ATTACK ON

24 JULY 24, 2004; RIGHT?

25 **A.**   YES.  BUT IT'S ALSO NOT JUST THE LESS THAN -- JUST THE

1    NINE AND A HALF MINUTES; IT'S THE FACT THAT I'VE GOT OBJECTIVE

2    DATA THAT HE HAS SCAR THAT WAS NOT PRESENT IN JULY OF '03.  SO

3    WE HAVE A DECREASED EXERCISE TOLERANCE, BUT WE'VE GOT ECHO

4    DOCUMENTATION OF SCAR AND I'VE GOT CARDIOLITE DOCUMENTATION OF

5    SCAR.  THOSE ARE OBJECTIVE PIECES OF INFORMATION.

6    **Q.**   I'M SIMPLY TRYING TO GET TO:  WE HAVE REAL GOOD RESULTS IN

7    2003, WE HAVE THESE THINGS YOU JUST MENTIONED IN 2006, AND IT'S

8    YOUR OPINION, MORE LIKELY THAN NOT, THAT IT'S BECAUSE OF A

9    SECOND HEART ATTACK IN JULY OF 2004; RIGHT?

10   **A.**   YES, SIR.

11   **Q.**   YOU KNOW THAT DR. KARAVAN DISAGREES WITH YOU ON THAT?

12   **A.**   WELL, I THINK DR. KARAVAN SAID IN HIS SECOND DEPOSITION

13   THAT IT WAS POSSIBLE.

14   **Q.**   LET'S SEE WHAT HE SAYS.

15          **MR. ROBINSON:**  YOU'RE PLAYING THE SECOND DEPO OR THE

16   FIRST?

17          **MR. BECK:**  I'M PLAYING FROM -- HOLD ON.  I'M SORRY.

18   I'M GOING TO START OVER.  I WAS ASKED WHETHER I WAS PLAYING

19   FROM HIS SECOND DEPOSITION OR HIS FIRST.  I'M PLAYING FROM, SO

20   THAT EVERYBODY KNOWS WHERE I AM, HIS MAY 4, 2006, DEPOSITION.

21          **MR. ROBINSON:**  THAT WHICH YOU JUST HAD UP THERE IS

22   JULY 17.

23          **MR. BECK:**  OKAY.  I'M SORRY.

24   **BY MR. BECK:**

25   **Q.**   SO JULY 17, I'M PLAYING FROM HIS SECOND AND LAST AND MOST

1    RECENT DEPOSITION.  OKAY.

2    **A.**   OKAY.

3              (WHEREUPON, THE VIDEO CLIP WAS PLAYED AS FOLLOWS:)

4              "Q.  CAN YOU SHOW US WHAT TESTS YOU ACTUALLY

5    CONDUCTED ON HIM MAYBE IN 2003, 2004, 2005?"

6              "A.  ON 7-18-03 HE HAD WHAT WE CALL STRESS PERFUSION

7    NUCLEAR STRESS TEST.  HE WENT 15 MINUTES WITH A BRUCE

8    PROTOCOL PEAK HEART RATE.  IT WAS 120, EJECTION FRACTION,

9    58 PERCENT, AND THEN HE HAD WHAT'S CALLED APICAL

10   THINNING."

11             "Q.  WHAT'S APICAL THINNING?"

12             "A.  IT JUST MEANS THE APEX OR THE TIP OF THE HEART.

13   IT'S HARD TO IMAGE --"

14             **MR. BECK:**  I'M ALL MESSED UP.  THAT'S A DIFFERENT

15   CLIP THAN WHAT I STARTED WITH?  I HAD THE WRONG DEPOSITION AND

16   THE WRONG CLIP, YOUR HONOR, BUT OTHER THAN THAT I'M DOING FINE.

17             **MR. ROBINSON:**  I DON'T WANT TO HELP YOU, BUT I THINK

18   YOU HAD IT RIGHT THE FIRST TIME.

19             **MR. BECK:**  I THINK I DID, BUT I JUST PUNCHED IN WRONG

20   NUMBERS.  I NEED SOME HELP FROM MY PALS OVER THERE.  TELL ME

21   WHICH NUMBERS TO PUNCH IN IN THIS COMPUTER.  THIS IS

22   MR. GOLDMAN WHO ASKED THESE QUESTIONS.  THANK YOU.  HE IS A

23   SMART GUY.  WHO WAS IT THAT SAID THAT ABOUT HIM?

24             **THE WITNESS:**  HE TOOK BOTH OF MY DEPOSITIONS.

25             (WHEREUPON, THE VIDEO CLIP WAS PLAYED AS FOLLOWS:)

1              "Q.  YOU WERE ASKED QUESTIONS ACTUALLY BY

2       MR. ROBINSON ABOUT WHETHER MR. BARNETT MAY HAVE HAD A

3       SILENT HEART ATTACK.  DO YOU REMEMBER THAT?"

4              "A.  RIGHT."

5              "Q.  YOU'VE NEVER DIAGNOSED MR. BARNETT WITH A SECOND

6       HEART ATTACK HAVE YOU, SIR?"

7              "A.  NO, I HAVE NOT."

8              "Q.  YOU HAVE CLOSELY OBSERVED MR. BARNETT SINCE HIS

9       BYPASS SURGERY IN SEPTEMBER OF 2002; RIGHT?"

10             "A.  CORRECT."

11             "Q.  YOU'VE SEEN HIM AT LEAST TEN TIMES, AND YOU'VE

12      NEVER INDICATED IN ANY OF YOUR RECORDS THAT YOU BELIEVED

13      HE HAD A SECOND HEART ATTACK; TRUE?"

14             "A.  THAT'S CORRECT."

15             **MR. ROBINSON:**  I'M GOING TO PLAY IN MY PART.

16             **MR. BECK:**  WHAT HE'S GOING TO DO, YOUR HONOR, CAN

17      WAIT UNTIL IT'S HIS TURN.

18             **THE COURT:**  THAT'S RIGHT.

19             **MR. ROBINSON:**  I'LL WAIT.

20      **BY MR. BECK:**

21      **Q.**   DO YOU DISAGREE WITH DR. KARAVAN?

22      **A.**   I CAN'T AGREE WITH THE STATEMENT THAT I JUST HEARD.  HIS

23      OTHER PART -- OTHER PART OF THE DEPOSITION SAYS IT'S POSSIBLE.

24      **Q.**   TO YOUR KNOWLEDGE, DID ANY DOCTOR WHO ACTUALLY SAW

25      MR. BARNETT BACK IN THE JULY 2004 TIME FRAME INDICATE IN ANY

1   MEDICAL RECORDS WHATSOEVER THAT THEY BELIEVED A HEART ATTACK

2   HAD TAKEN PLACE AT THAT TIME?

3   **A.**   NO, SIR.  BUT NO DOCTOR PICKED UP THE VEIN GRAFT

4   OCCLUSIONS, THE SCAR IN THE HEART, THE Q-WAVE INFARCT EITHER.

5   **Q.**   DID YOU TELL MR. BARNETT WHEN YOU SPENT A FEW MINUTES WITH

6   HIM AFTER YOU DID YOUR TESTS THAT YOU THOUGHT HE HAD A SECOND

7   HEART ATTACK?

8   **A.**   I DON'T REMEMBER.  I SAW HIM ONLY BRIEFLY.  I WAS LEAVING

9   TOWN ON THAT DAY, AND WE SPOKE JUST FOR A VERY SHORT TIME.

10  **Q.**   WELL, DID YOU CALL UP DR. KARAVAN AND TELL DR. KARAVAN --

11  **A.**   NO.

12  **Q.**   -- THAT YOU THOUGHT THAT MR. BARNETT HAD A SECOND HEART

13  ATTACK?

14  **A.**   NO, SIR.  BECAUSE OF THE ETHICS OF BEING A MEDICAL EXPERT,

15  MY ROLE IS NOT AS A TREATING PHYSICIAN.  THOUGH, INTERESTINGLY,

16  I THINK IF YOU GO THROUGH THE INFORMATION, DR. KARAVAN AND I

17  ARE NOT THAT FAR APART IN WHAT WE THINK.  NEVERTHELESS, MY ROLE

18  IS AS AN EXPERT WITNESS AND NOT TO MAKE TREATMENT

19  RECOMMENDATIONS.  THE REASON FOR THAT IS, HAD I RECOMMENDED A

20  HEART CATHETERIZATION, FOR EXAMPLE, AND IT WAS DONE, I COULD

21  SEE THE DEFENSE SAY, "OH, YOU RECOMMENDED A HEART

22  CATHETERIZATION JUST BECAUSE OF THE MEDICOLEGAL ASPECT."

23  THAT'S WHY I DEFINE MY ROLE VERY CAREFULLY.

24  **Q.**   WELL, I WASN'T TALKING ABOUT RECOMMENDING SOME SURGICAL

25  PROCEDURE; I WAS TALKING ABOUT WHETHER YOU CALLED UP HIS HEART

1    DOCTOR AND SAID, "YOU KNOW WHAT?  YOU MISSED THAT THERE WAS A

2    SECOND HEART ATTACK."  YOU THOUGHT THAT WOULD BE IMPROPER

3    SOMEHOW?

4    **A.**   HE WAS PERFECTLY STABLE AT THAT TIME.  AND YES, UNDER

5    HIPAA RULES, IT WOULD HAVE BEEN.  I GAVE THE INFORMATION TO

6    MR. ROBINSON.

7    **Q.**   WHEN DID YOU DO THAT?

8    **A.**   WITHIN DAYS OF MY EVALUATION.

9    **Q.**   THEN WHY DIDN'T YOU PUT IT IN YOUR REPORT?

10   **A.**   I'M NOT CERTAIN WHAT YOU MEAN.

11   **Q.**   WELL, YOUR EVALUATION WAS IN EARLY MAY OF THIS YEAR;

12   RIGHT?

13   **A.**   RIGHT.

14   **Q.**   LATER IN MAY -- I THINK MAY 22 -- YOU WROTE THAT EXPERT

15   REPORT THAT WE LOOKED AT; RIGHT?

16   **A.**   RIGHT.

17   **Q.**   THERE'S NOTHING ABOUT THE RULES OF ETHICS THAT KEEP YOU

18   FROM DESCRIBING IN YOUR OFFICIAL EXPERT REPORT IF YOU REALLY

19   BELIEVED THERE WAS A SECOND HEART ATTACK, IS THERE?

20   **A.**   GOOD POINT.  I SINCE THEN HAVE SPENT UNTOLD HOURS GOING

21   THROUGH ALL OF THAT, AND AT SOME TIME PROBABLY AFTER MY REPORT

22   DID I COME UP WITH THE INESCAPABLE OBLIGATION THAT THERE WAS A

23   CHANGE AND HAD TO GO BACK TO TRY TO DETERMINE WHEN THE CHANGE

24   MIGHT HAVE BEEN.  SO I DON'T KNOW THAT I REALLY KNEW THAT AT

25   THE TIME OF MY FIRST REPORT.

1   Q.   SO YOU SEE HIM IN EARLY MAY.  I THINK IF YOU FLIP TO THE

2   BACK PAGE, THE SIGNATURE PAGE OF YOUR REPORT, I THINK IT'S

3   DATED MAY 22.  IN ANY EVENT, YOUR REPORT WAS A FEW WEEKS, AT

4   LEAST, AFTER YOU HAD DONE THE CARDIOLITE STRESS TEST WITH

5   MR. BARNETT; RIGHT?

6   A.   YES, SIR.

7   Q.   IN TALKING ABOUT THE JULY 24 REPORT TO THE HOSPITAL, WHAT

8   YOU SAY IN YOUR OFFICIAL REPORT IS THAT "MR. BARNETT WAS AGAIN

9   ADMITTED TO THE ER WITH COMPLAINTS OF CHEST PAIN AND" -- I

10  DON'T WANT TO MISPRONOUNCE ANOTHER WORD.  WHAT'S THAT ONE?

11  A.   DYSPNEA.

12  Q.   WELL, I'M GOING TO MISPRONOUNCE IT EVEN IF I REPEAT IT.

13  HE WAS -- THAT'S NOT A HEART ATTACK, IS IT?

14  A.   NO, NO.  THAT'S SHORTNESS OF BREATH.

15  Q.   "HE WAS DISCHARGED HOME WITH INSTRUCTIONS TO FOLLOW UP

16  WITH HIS PRIMARY CARE PHYSICIAN AND RETURN TO THE ER WITH

17  COMPLAINTS OF INCREASED CHEST PAIN OR SHORTNESS OF BREATH."

18  SO, IN YOUR REPORT, YOU DIDN'T CALL IT A SECOND HEART ATTACK,

19  DID YOU.

20  A.   I DID NOT.

21  Q.   WE HAVE TALKED ABOUT THESE DEPOSITIONS THAT YOU HAVE

22  GIVEN.  HOW MANY HAVE YOU GIVEN?  TWO?

23  A.   YES, SIR.

24  Q.   OKAY.  ONE OF THEM WAS IN JUNE, RIGHT, JUNE 9, THE ONE

25  I'VE BEEN READING FROM?

DAILY COPY

1  A.   RIGHT.

2  Q.   THEN THERE WAS A MORE RECENT ONE, I THINK, IN JULY; RIGHT?

3  A.   YES, SIR.

4  Q.   SO, IN JUNE, LET'S LOOK AT WHAT YOU SAID ABOUT THIS

5  SUBJECT.

6  A.   I SAID THAT I WASN'T CERTAIN THAT HE HAD A SECOND HEART

7  ATTACK IN JULY.

8  Q.   SO, IN JUNE YOU'RE SAYING -- THE QUESTION IS:

9           "Q.  IS IT YOUR TESTIMONY THAT BETWEEN JULY 2003,

10      WHEN MR. BARNETT'S HEART CONDITION WAS FINE, TO SEPTEMBER

11      OF 2004, HE HAD A HEART ATTACK?"

12           "A.  I DON'T KNOW THE ANSWER TO THAT."

13           THEN FURTHER ON THE PAGE:

14           "Q.  DID MR. BARNETT HAVE ANY ANGINA OR HEART

15      PROBLEMS BETWEEN SEPTEMBER OF 2002 AND SEPTEMBER OF 2004?"

16           "A.  HE HAS -- I NEED TO LOOK AT THE RECORDS --

17      SEVERAL EPISODES OF CHEST PAIN DURING THAT TIME PERIOD,

18      AND IT IS NOT ENTIRELY CLEAR WHETHER IT WAS ANGINA OR

19      WHETHER IT WAS HIS GI SYMPTOMS.  SO I DON'T REALLY KNOW."

20           I'LL JUST STOP THERE FOR A SECOND.  SOMETIMES HE

21  WOULD GET CHEST PAINS, NOT BECAUSE OF HIS HEART, BUT BECAUSE OF

22  HIS ACID REFLUX OR WHATEVER IT IS?

23  A.   YES, SIR.

24  Q.   THEN YOU GO ON TO SAY:

25           "A.  WHEN HE IS ASSESSED FOR CHEST PAIN, HE HAS NO --

DAILY COPY

1       AT LEAST ONCE OR TWICE, HE HAS NO ENZYME CHANGES.  SO

2       THERE WAS NO INFARCT DURING THAT PERIOD, TO THE BEST OF MY

3       KNOWLEDGE."

4           NOW, FIRST OF ALL, I THINK YOU HAVE ALREADY EXPLAINED

5   THIS, BUT INFARCT IS THE SAME THING AS A HEART ATTACK; RIGHT?

6   A.   YES, SIR.

7   Q.   SO YOU SAY THERE WAS NO INFARCT DURING THAT PERIOD.  AND

8   ONE OF THE REASONS YOU SAY THERE WAS NO INFARCT IS BECAUSE HE

9   HAD NO ENZYME CHANGES; CORRECT?

10  A.   YES, SIR.

11  Q.   NOW, LET'S JUST BACK UP FOR A MINUTE.  YOU TESTIFIED THAT

12  WHEN SOMEBODY HAS A HEART ATTACK AND THERE'S DAMAGE TO THE

13  HEART, WHETHER IT'S A BIG ONE OR A SMALL ONE, THERE WILL BE,

14  BASICALLY, CELLS OF THE HEART MUSCLE THAT DIE; RIGHT?

15  A.   YES, SIR.

16  Q.   OTHER CELLS MIGHT RALLY AROUND AND PICK UP THE SLACK, BUT

17  THERE'S STILL THE DEAD CELLS; RIGHT?

18  A.   YES, SIR.

19  Q.   AM I RIGHT, SIR, THAT WHEN CELLS DIE, WHETHER IT'S HEART

20  CELLS OR IF YOU WORK OUT HARD LIFTING WEIGHTS, CELLS IN YOUR

21  BICEP, WHEN CELLS SORT OF BREAK OPEN, ENZYMES LEAK OUT OR -- TO

22  PUT IT IN LAYMAN'S TERMS?

23  A.   YES, SIR.

24  Q.   IF THERE ARE CELLS OF THE HEART MUSCLE THAT ARE DAMAGED

25  BECAUSE OF A HEART ATTACK, THEN WHAT HAPPENS IS THERE ARE

1781

1    CERTAIN KINDS OF ENZYMES THAT END UP LEAKING OUT OF THE DAMAGED

2    CELLS; RIGHT?

3    **A.**   YES, SIR.

4    **Q.**   YOU CAN DO A BLOOD TEST TO SEE IF THOSE ENZYMES ARE IN THE

5    BLOOD; RIGHT?

6    **A.**   YOU NEED SERIAL BLOOD TESTS NOT JUST ONE.

7    **Q.**   YOU CAN DO BLOOD TESTS, PLURAL, TO SEE IF THERE ARE

8    ENZYMES THAT HAVE LEAKED OUT FROM DAMAGED HEART CELLS; RIGHT?

9    **A.**   YES, SIR.  BECAUSE THAT TAKES TIME.  YOU COULD GET A BLOOD

10   TEST TOO EARLY AND MISS AN ELEVATION OF ENZYMES.

11   **Q.**   IN ANY EVENT, IN JUNE, WHEN YOU WERE TESTIFYING UNDER OATH

12   ABOUT THIS, WHEN YOU SAID THERE WAS NO HEART ATTACK, YOU SAID

13   THAT, WHILE HE HAD CHEST PAINS, HE HAD NO ENZYME CHANGES, AND

14   THAT WAS THE REASON WHY YOU SAID THERE WAS NO HEART ATTACK;

15   RIGHT?

16   **A.**   YES, SIR.

17   **Q.**   BECAUSE IF THERE HAD BEEN A HEART ATTACK, ENZYMES WOULD

18   HAVE LEAKED OUT; RIGHT?

19   **A.**   YES, ENZYMES LEAK OUT.  BUT TO CAPTURE THEM, YOU NEED

20   WHAT'S CALLED SERIAL ENZYMES.  IN OTHER WORDS, YOU NEED SERIAL

21   BLOOD TEST.  WHEN JERRY CAME IN WITH HIS FIRST HEART ATTACK,

22   THE FIRST BLOOD TEST SHOWED NORMAL ENZYMES, AND IT WAS ONLY

23   THAT SERIAL ENZYMES DOCUMENTED HIS FIRST HEART ATTACK.  SO ONE

24   ENZYME SAMPLE IS NOT ACCEPTABLE BY ANY CRITERIA TO TOTALLY

25   EXCLUDE AN INFARCT.  I ABSOLUTELY AGREE.  I SAID THAT ON MY

1782

1    FIRST DEPOSITION.

2            SUBSEQUENTLY, AS I WENT THROUGH THE RECORDS, I HAD TO

3    RECONCILE THE ABNORMALITIES THAT I'VE EXPLAINED MULTIPLE TIMES,

4    AND THAT WAS THE BEST DATE I COULD COME UP WITH.  THAT A CHANGE

5    OCCURRED IS UNQUESTIONABLE, BUT DID IT HAPPEN JULY OF '04?  I'M

6    LESS CERTAIN, BUT I'VE SAID, MORE PROBABLY THAN NOT, THAT'S

7    WHEN IT DID.

8    Q.   NOW, WHEN YOUR DEPOSITION WAS TAKEN IN JULY, YOU HAD

9    BASICALLY DONE A 180, AND IN JULY YOU WERE SAYING THAT THERE

10   WAS A HEART ATTACK AND THERE WERE NO ENZYMES TAKEN EVEN TO LOOK

11   AT; RIGHT?

12   A.   I THINK I DID SAY THAT, YES.

13   Q.   SO LET ME SEE IF I CAN FOLLOW IT UP HERE.  WHAT I HAVE GOT

14   HERE ON THE TOP, FROM THE LEFT, AND WHAT I'M PUTTING ON THE

15   BOTTOM, FROM THE RIGHT, ARE YOUR TESTIMONY FROM ONE MONTH

16   APART.  SO ON THE LEFT -- WELL, THE TOP, NOW, JUNE, NO INFARCT,

17   NO ENZYME CHANGES; RIGHT?

18   A.   YES, SIR.

19   Q.   THEN IN JULY WE ASKED YOU, "ARE YOU GOING TO COME IN AND

20   TELL THE JURY, DR. ZIPES, THAT MR. BARNETT MORE LIKELY THAN NOT

21   HAD A SECOND HEART ATTACK?  SO THAT'S A YES, HE DID HAVE A

22   SECOND HEART ATTACK WHILE HE WAS TAKING VIOXX," AND YOU SAID,

23   YES, YOU WERE GOING TO SAY THAT HE DID HAVE A SECOND HEART

24   ATTACK; RIGHT?

25   A.   YES, SIR.  IN BETWEEN BOTH OF THOSE DEPOSITIONS, I WENT

1   BACK AGAIN TO THE RECORDS FOR THE UMPTEENTH TIME, AND I HAD TO

2   RECONCILE OBJECTIVE INFORMATION OF THE NEW SCAR AND ABNORMAL

3   CONTRACTION, AND I CONCLUDED THAT IT MORE PROBABLY THAN NOT WAS

4   IN JULY.  BUT, YES, I DID CHANGE MY MIND AND --

5   Q.   NOT ONLY DID YOU SAY THAT THERE WAS A HEART ATTACK, BUT

6   YOU SAID THAT THE REASON THAT YOU WERE SAYING THAT -- I HAVE TO

7   MOVE OVER TO THE NEXT PAGE HERE, I THINK -- WELL, WITHOUT ME

8   TRYING TO FIND IT ON THERE, DO YOU REMEMBER SAYING UNDER OATH,

9   SIR, IN YOUR JULY ONE, WHEN YOU SAID THERE WAS A HEART ATTACK,

10  THAT THERE WERE NO ENZYMES TO LOOK AT?

11  A.   YES, SIR.  I CLEARLY MISSPOKE.  BECAUSE THERE WAS ONE SET,

12  AND IN MY MIND, IT WAS A NEGATIVE RESULT WITH THE ONE SET; AND

13  I MISSPOKE IN THE SECOND DEPOSITION THINKING THAT IT WAS

14  NEGATIVE, AND I SAID THAT THERE WEREN'T ANY TAKEN.

15  Q.   SO IN JULY YOU SAY THERE WAS A SECOND HEART ATTACK AND

16  THERE ARE NO ENZYMES FOR US TO LOOK AT, AND YOU NOW ADMIT THAT

17  YOU'RE WRONG ABOUT THE ENZYME ISSUE, AT LEAST; RIGHT?

18  A.   THAT'S CORRECT.  BUT AS I EXPLAINED, IT WAS NEGATIVE IN MY

19  MIND BECAUSE IT WAS A NEGATIVE ENZYME RESULT, AND I HAD

20  FORGOTTEN THAT THERE WAS ONE ENZYME --

21  Q.   WHEN YOU SAY --

22  A.   BUT, REGARDLESS, IT DOES NOT CHANGE MY TESTIMONY.

23  Q.   BUT WHEN YOU SAY NEGATIVE, THE ENZYME DATA THAT DID EXIST

24  BY ITSELF IS INCONSISTENT WITH THE NOTION THAT THERE WAS A

25  HEART ATTACK BECAUSE IT DIDN'T PICK UP ANY OF THESE ENZYMES

1    THAT WOULD LEAK OUT OF A DAMAGED HEART CELL; RIGHT?

2    **A.**   ABSOLUTELY CORRECT, BECAUSE YOU NEED SERIAL ENZYMES.  ONE

3    ENZYME TEST IS INSUFFICIENT.  HIS FIRST ENZYME TEST WITH HIS

4    DOCUMENTED HEART ATTACK BACK IN 2002 WAS NEGATIVE.  HAD THEY

5    NOT GOTTEN SERIAL ENZYMES THEN, THEY COULD HAVE MISSED HIS

6    INFARCT BACK THEN.

7    **Q.**   LET ME JUST ASK:  DO YOU KNOW OF ANY DOCTOR INVOLVED IN

8    THIS CASE, WHO IS NOT GETTING PAID BY ONE SIDE OR THE OTHER,

9    WHO AGREES WITH YOU THAT A SECOND HEART ATTACK TOOK PLACE?

10   **A.**   TO MY KNOWLEDGE, DR. KARAVAN SAID IT'S A POSSIBLE.

11   **Q.**   LET'S MOVE TO MAY OF 2006.  THIS IS WHEN YOU GOT TOGETHER

12   WITH MR. BARNETT; CORRECT?

13   **A.**   THAT'S CORRECT.

14   **Q.**   I THINK YOU INDICATED ALREADY HE WAS SEEING YOU NOT AS A

15   TREATING PHYSICIAN BUT AS AN EXPERT WHO HAD BEEN HIRED BY

16   MR. ROBINSON TO TESTIFY IN THIS CASE; RIGHT?

17   **A.**   YES.

18   **Q.**   YOU HAD HIM DO A CARDIOLITE STRESS TEST?

19   **A.**   YES.

20   **Q.**   WERE YOU PRESENT DURING THIS TIME?  DID YOU SIT THERE AND

21   WATCH HIM RUN ON THE TREADMILL FOR NINE AND A HALF MINUTES?

22   **A.**   NO, NO.  I WAS SEEING OTHER PATIENTS AT THE SAME TIME.  I

23   HAD SCHEDULED THOSE THINGS SO I COULD CONTINUE TO SEE OTHER

24   PATIENTS.

25   **Q.**   WHEN MR. ROBINSON ASKED YOU ABOUT HOW HE WAS DOING ON THE

1785

1    STRESS TEST ON THE TREADMILL, WHETHER HE WAS TRYING HIS HARDEST

2    OR WHATEVER, ALL YOU KNOW IS THE NURSE REPORTED THAT, AT NINE

3    AND A HALF MINUTES, HE SAID HE WAS TIRED AND DIDN'T WANT TO GO

4    ANY FURTHER; RIGHT?

5    **A.**   I HAVE THAT.  I ALSO HAVE THE FACT THAT HIS HEART RATE WAS

6    66 OR 67 PERCENT OF HIS PREDICTED MAXIMUM, WHICH WAS IDENTICAL

7    TO HIS PERCENT IN JULY OF 2003.  THEREFORE, WE HAVE OBJECTIVE

8    DATA THAT HE WAS WORKING AS HARD IN MAY OF '06 AS HE WAS IN

9    JULY OF '03.

10   **Q.**   WAS HE ON ANY DIFFERENT MEDICATION IN MAY OF '06 THAN HE

11   WAS IN JULY?

12   **A.**   HE WAS ON BETA BLOCKER BOTH TIMES.

13   **Q.**   THEN I GUESS HE WAS ON -- HE HADN'T QUIT TAKING MOBIC BY

14   THEN, HAD HE?

15   **A.**   IN JULY OF -- IN MAY OF '06?  I HONESTLY DON'T REMEMBER.

16   **Q.**   OKAY.  THERE WERE NO REPORTS FROM THE NURSE THAT HE HAD

17   COMPLAINED OF CHEST PAIN OR ANYTHING DURING THE STRESS TEST;

18   RIGHT?

19   **A.**   THERE WAS NOT.

20   **Q.**   NOW, IF A 62-YEAR-OLD MAN WALKED INTO YOUR OFFICE AND YOU

21   GAVE HIM A CHECKUP AND HE WENT NINE AND A HALF MINUTES ON THIS

22   STRESS TEST, THAT WOULD BE EXCELLENT EXERCISE TOLERANCE,

23   WOULDN'T IT, SIR?

24   **A.**   IT WOULD BE, BUT IT'S ALMOST 50 PERCENT OF WHAT HE HAD

25   DONE IN '03.

1    Q.   I KNOW, AND I'M FOCUSING ON JUST THE KIND OF OBJECTIVE

2    RESULTS FROM '06 NOW, ON THEIR OWN TERMS.

3    A.   THANK YOU.

4    Q.   SOME 62-YEAR-OLD FELLOW COMES IN.  NINE AND A HALF MINUTES

5    IS ACTUALLY QUITE PRETTY SPECTACULAR ON THAT STRESS TEST, ISN'T

6    IT?

7    A.   IT'S VERY GOOD, YES, SIR.

8    Q.   BECAUSE A GUY A LOT YOUNGER THAN THAT, LIKE ME, WOULD HAVE

9    A HARD TIME MAKING IT NINE MINUTES ON THAT TEST; RIGHT?

10   A.   I HAVE NO IDEA WHAT YOUR EXERCISE TOLERANCE IS.

11   Q.   TRUST ME, I WOULD HAVE A HARD TIME.  THE METS SCORE,

12   M-E-T-S, WHAT DOES THAT MEASURE AGAIN?

13   A.   IT'S A MEASURE OF WORK, AND IT'S ACTUALLY, I THINK, 3 AND

14   A HALF MILLILITERS OF OXYGEN PER MINUTE OR SOMETHING LIKE THAT.

15   WE FLIP THE TERM AROUND, BUT THAT'S ROUGHLY WHAT IT MEANS.

16   Q.   HIS SCORE, WHATEVER IT MEANS, WAS, I THINK, 13.1?

17   A.   YES, SIR.

18   Q.   AGAIN, FOR A 62-YEAR-OLD GUY, A 13.1 METS SCORE IS NOT

19   JUST GOOD; IT'S PRETTY TERRIFIC, ALSO, ISN'T IT?

20   A.   IT'S VERY GOOD.

21   Q.   PRETTY TERRIFIC; RIGHT?

22   A.   IT'S VERY GOOD.

23   Q.   YOU WON'T AGREE THAT'S PRETTY TERRIFIC?

24   A.   IT'S VERY GOOD.

25   Q.   WHAT'S THE AVERAGE FOR A 62-YEAR-OLD?

1  A.   I REALLY DON'T KNOW.  I WOULD NEED TO CHECK A NOMOGRAM.  I
2  DON'T KNOW, BUT IT WAS VERY GOOD.
3  Q.   HAVE YOU EVER LOOKED AT ONE OF THOSE CHARTS THAT SHOW ALL
4  THE THINGS YOU CAN DO IF YOU HAVE A METS SCORE OF OVER 13?
5  A.   YES, SIR.  MR. GOLDMAN SPENT 20, 30 MINUTES ON MY SECOND
6  DEPOSITION TAKING ME THROUGH THAT CHART.
7  Q.   IT SOUNDS LIKE IT WAS KIND OF TEDIOUS, SO I GUESS I WON'T
8  DO IT WITH YOU TODAY; BUT, BASICALLY, DO YOU AGREE WITH ME
9  THAT, ONCE YOU WERE DONE WITH MR. GOLDMAN GOING THROUGH THAT
10  CHART FOR 20 MINUTES, THE CONCLUSION WAS THERE WASN'T A SINGLE
11  THING ON THE CHART THAT JERRY BARNETT COULD NOT DO?
12  A.   THAT'S WHAT MR. GOLDMAN CONCLUDED.  I DID NOT CONCLUDE
13  THAT.
14  Q.   WELL, I CERTAINLY DON'T WANT TO GO BACK TO THE CHART, BUT
15  WAS THERE ANYTHING ON THERE THAT WAS OVER 13 METS?
16  A.   YOU CAN'T JUST TAKE 13 METS AND EQUATE IT TO THE CHART.
17  FOR EXAMPLE, MR. GOLDMAN SAID, "CAN HE PLAY GOLF?"  WELL, YEAH,
18  PROBABLY, BUT IS HE CARRYING HIS OWN CLUBS?  IS HE WALKING UP A
19  STEEP HILL?  IS IT 100 DEGREES OUT?  THERE ARE LOTS OF THINGS
20  THAT IMPACT ON YOUR EXERCISE TOLERANCE.
21  Q.   DO YOU KNOW --
22  A.   CAN HE DANCE?  WELL, WHAT KIND OF DANCING?
23  Q.   WHAT KIND OF DANCING?  YOU WANT TO KNOW WHAT KIND OF
24  DANCING?
25            MR. BECK:  YOU KNOW, JUDGE, IT'S GETTING LATE IN THE

DAILY COPY

1   DAY.  IT MIGHT BE A GOOD TIME TO PLAY THAT CLIP AGAIN?

2            **MR. ROBINSON:**  *NO MÁS.*

3            **THE WITNESS:**  SPARE ME.

4            **THE COURT:**  LET'S CONTINUE, PLEASE.  LET'S SEE IF WE

5   CAN GO TO 5:30.

6   **BY MR. BECK:**

7   **Q.**   LET'S SAY YOU LIVE IN MYRTLE BEACH AND YOU DRIVE AROUND IN

8   A CART RATHER THAN HAULING YOUR CLUBS UP A HILL ON YOUR BACK.

9   HE WOULDN'T HAVE ANY PROBLEM GOLFING, WOULD HE?

10  **A.**   PROBABLY NOT.

11  **Q.**   I THINK YOU ALREADY INDICATED THIS, BUT, BECAUSE OF YOUR

12  VIEWS AS TO WHOM YOU WERE WORKING FOR AND THE EXISTENCE OF A

13  CONFLICT OF INTEREST, YOU DIDN'T ADVISE MR. BARNETT THAT HE

14  SHOULD HAVE A CATHETERIZATION; CORRECT?

15  **A.**   I DID NOT ADVISE HIM TO DO THAT.  YES, THAT'S CORRECT.

16  **Q.**   THAT'S BECAUSE YOU THOUGHT YOU WERE IN A

17  CONFLICT-OF-INTEREST SITUATION?

18  **A.**   YES.  I WILL ADD, HOWEVER, IF I FELT MR. BARNETT WAS IN

19  TROUBLE WHEN I SAW HIM, THAT ANOTHER HEART ATTACK WAS IMMINENT,

20  THEN THERE'S NO QUESTION I WOULD HAVE CALLED DR. KARAVAN OR

21  DONE SOMETHING AT MY INSTITUTION IMMEDIATELY AND FORGET THIS

22  CONFLICT OF INTEREST, BUT --

23  **Q.**   YOU DIDN'T FEEL THAT WAY.

24  **A.**   EXACTLY.  I THOUGHT HE WAS STABLE, AND I FELT THERE WAS NO

25  NEED FOR ME, IN THAT ROLE, TO DO ANYTHING FURTHER.

1    **Q.**   YOU INDICATED EARLIER THAT YOU DON'T REMEMBER WHETHER,

2    WHEN YOU DID TALK WITH MR. BARNETT ABOUT THE RESULTS, YOU

3    MENTIONED THIS VIEW THAT YOU SAY YOU HAVE, THAT HE'S LOST NINE

4    OR TEN YEARS OFF HIS LIFE.

5    **A.**   YES.  I REALIZE THAT'S A STATEMENT FROM MR. BARNETT, AND

6    IT'S CERTAINLY POSSIBLE THAT I SAID THAT.  I WILL TELL YOU

7    THAT'S NOT HOW I PRACTICE MEDICINE, AND I CAN'T BELIEVE THAT,

8    IN THAT SETTING, TALKING TO HIM, ESSENTIALLY ON THE RUN IN FIVE

9    OR TEN MINUTES, I WOULD LEAVE A PATIENT WITH THAT MESSAGE.

10   THAT'S NOT HOW I PRACTICE MEDICINE.  IF I WERE TAKING CARE OF

11   HIM AND I WANTED TO TELL HIM THAT, I WOULD HAVE SAT DOWN WITH

12   HIM AND HIS WIFE AND SPENT TIME DOING THAT.

13        I'M AWARE THAT MR. BARNETT REMEMBERS THAT, OR SAYS HE

14   REMEMBERS THAT; BUT I ALSO KNOW WHEN I GET FEEDBACK FROM

15   PATIENTS, THEY TELL ME THINGS THAT THEY THINK I'VE SAID THAT

16   I'VE NOT SAID.  A PATIENT'S MEMORY IS OFTEN VERY SELECTIVE

17   AND -- I DO KNOW HE SAID THAT, BUT THERE'S NO WAY THAT I,

18   PRACTICING MEDICINE, WOULD HAVE DONE THAT.

19   **Q.**   DID YOU CALL DR. KARAVAN, THE DOCTOR WHO WAS TAKING CARE

20   OF MR. BARNETT, AND TELL DR. KARAVAN THAT -- WHAT YOU SAY

21   TODAY, THAT YOU HAVE CONCLUDED THAT HE LOST NINE OR TEN YEARS

22   OFF HIS LIFE?

23   **A.**   NO.  AGAIN, IT WAS NOT MY ROLE.  IT'S IN MY REPORT.  MY

24   REPORT WENT TO MR. ROBINSON, AND MR. ROBINSON THEN DOES WHAT HE

25   WILL WITH IT.

 1   **Q.**   OKAY.  LET'S MOVE OFF THAT SUBJECT NOW AND --

 2            **MR. BECK:**  YOUR HONOR, DO YOU WANT ME TO GO STRAIGHT

 3   THROUGH TO 5:30 OR --

 4            **THE COURT:**  WHY DON'T YOU COME UP AND LET ME TALK

 5   WITH YOU.

 6            (WHEREUPON, THERE WAS A CONFERENCE AT THE BENCH

 7   OUTSIDE THE PRESENCE OF THE COURT REPORTER.)

 8   **BY MR. BECK:**

 9   **Q.**   DOCTOR, I WANT TO NOW TURN TO A DIFFERENT SUBJECT

10   ALTOGETHER; AND THAT IS, WHEN YOU WERE DOING THE SLIDE SHOW

11   WITH MR. ROBINSON, DO YOU REMEMBER THAT YOU AND HE PUT UP SOME

12   ARTICLES AND YOU SUMMARIZED WHAT YOU THOUGHT WAS IMPORTANT FROM

13   THE ARTICLES?

14   **A.**   YES, SIR.

15   **Q.**   I WANT TO GO THROUGH SOME OF THOSE ARTICLES WITH YOU.

16   THIS ONE THAT I HAVE ON THE SCREEN NOW FROM BURKE, LET ME ASK:

17   ON THIS THING HERE, I THINK YOU INDICATED THAT IT SHOWED -- I

18   THINK IT WAS MULTIPLE HEALED RUPTURES; IS THAT RIGHT?

19   **A.**   YES, SIR.

20   **Q.**   SO THAT THERE COULD BE A PLAQUE RUPTURE AND IT COULD KIND

21   OF HEAL OVER, AND THEN THERE COULD BE A LATER ONE THAT WOULD

22   HEAL OVER AND A LATER ONE THAT WOULD HEAL OVER; AND EVENTUALLY

23   THE LUMEN OR INSIDE OF THE TUBE, THERE WOULDN'T BE MUCH ROOM

24   LEFT.

25   **A.**   YES, SIR.

1   **Q.**   ULTIMATELY, IT COULD LEAD TO A BLOCKAGE OF THE CORONARY

2   ARTERY, YOU TESTIFIED; RIGHT?

3   **A.**   YES, SIR.

4   **Q.**   JUST SO THAT WE'RE 100 PERCENT CLEAR HERE, THESE

5   ILLUSTRATIONS THAT YOU PUT UP AND THE ARTICLE THAT THEY COME

6   FROM, THAT HAS NOTHING WHATSOEVER TO DO WITH VIOXX; CORRECT?

7   **A.**   THAT'S CORRECT.

8   **Q.**   IT HAS NOTHING WHATSOEVER TO DO WITH ANY COX-2 INHIBITORS;

9   RIGHT?

10  **A.**   THAT'S CORRECT.  IT WAS SIMPLY TO ILLUSTRATE THE

11  PROGRESSION OF ATHEROSCLEROSIS.

12  **Q.**   IN FACT, THIS WAS ILLUSTRATING HOW ATHEROSCLEROSIS COULD

13  PROGRESS JUST NORMALLY, WITHOUT ANY SORT OF OUTSIDE CHEMICAL

14  INFLUENCES; RIGHT?

15  **A.**   IT CERTAINLY CAN.

16  **Q.**   ALL RIGHT.  THEN THERE WERE SOME ANIMAL STUDIES THAT YOU

17  SAID YOU WERE RELYING ON.  WAS ANTMAN ONE OF THEM?

18  **A.**   WELL, ANTMAN WAS A REVIEW ARTICLE.

19  **Q.**   WELL, LET'S STOP FOR A MINUTE BECAUSE I THINK WE MAY HAVE

20  A COUPLE OF THOSE.  THERE'S A DIFFERENCE, I TAKE IT, BETWEEN

21  SOMETHING CALLED A REVIEW ARTICLE AND WHAT WE WOULD THINK OF AS

22  A STUDY; IS THAT RIGHT?

23  **A.**   YES, SIR.

24  **Q.**   A STUDY IS WHERE SOMEBODY'S ACTUALLY GONE OUT AND DONE

25  SOME RESEARCH AND, YOU KNOW, KILLED SOME MICE, WHATEVER THEY DO

1  IN THE STUDY, AND THEY REPORT THE REPORTS.  BUT A REVIEW

2  ARTICLE IS WHEN SOMEBODY SITS DOWN AND READS A BUNCH OF OTHER

3  ARTICLES THAT PEOPLE WROTE AND SAYS HERE'S KIND OF AN OVERVIEW

4  OF WHAT OTHER PEOPLE HAVE FOUND IN STUDIES THAT THEY HAVE

5  CONDUCTED.  IS THAT A FAIR SUMMARY?

6  **A.**   ALMOST.  IT'S NOT NECESSARILY WHAT OTHER PEOPLE HAVE DONE.

7  I'VE WRITTEN A GAZILLION REVIEW ARTICLES, AND IT'S OFTEN ABOUT

8  MY OWN WORK AS WELL AS OTHER PEOPLE.

9  **Q.**   SO YOU COULD BE WRITING IN A FIELD AND YOU'D SAY HERE'S

10  KIND OF A SURVEY OF THE RECENT WORK IN THE FIELD, FIVE

11  ARTICLES:  ONE OF THEM HAPPENS TO BE MINE AND THEN FOUR BY

12  OTHER PEOPLE.

13  **A.**   YES, SIR.

14  **Q.**   BUT IT'S NOT INDEPENDENT RESEARCH; IT'S JUST REPORTING ON

15  WHAT OTHER PEOPLE HAVE DONE.

16  **A.**   YES, SIR.

17  **Q.**   OKAY.  SO ANTMAN WAS ONE, I THINK YOU JUST INDICATED, IT

18  WOULD BETTER BE CALLED A REVIEW ARTICLE RATHER THAN A STUDY;

19  RIGHT?

20  **A.**   YES, SIR.

21  **Q.**   IN ANY EVENT, IT'S ONE THAT YOU RELIED ON; RIGHT?

22  **A.**   I DID.  I KNOW THE AUTHORS, AND I KNOW THE QUALITY OF

23  THEIR WORK AND THE INTEGRITY OF THEIR WORK, AND IT'S ACCORDED

24  THE INDEPENDENT ARTICLES THAT I'VE READ, AND ALSO CITED

25  KOBAVASHI AND SEVERAL OTHERS.

1  **Q.**  WE'LL GET THERE.  WE'LL GET TO THESE.  BUT, FIRST, I

2  COUNTED EIGHT ANIMAL STUDIES THAT YOU CITED SAYING YOU WERE

3  RELYING ON.  DOES THAT SOUND RIGHT TO YOU?

4  **A.**  I THINK THAT'S FINE.

5  **Q.**  NOW, YOU SAID ON DIRECT EXAMINATION, I THINK, THAT THESE

6  ANIMAL STUDIES WERE VERY HELPFUL TO YOU IN UNDERSTANDING HOW

7  DRUGS WORK IN HUMANS.  IS THAT WHAT YOU SAID?

8  **A.**  IF I DID, I EITHER MISSPOKE OR I NEED TO QUALIFY THAT.

9  WHAT IT DOES IS PROVIDE AN UNDERSTANDING OF MECHANISMS THAT

10  HELP US TO THEN INTERPRET CLINICAL INFORMATION.  IT'S MUCH LIKE

11  ALEXANDER FLEMING FINDING PENICILLIN THAT KILLED THE

12  STREPTOCOCCAL BACTERIA, BUT THEN HAVING TO GO SHOW THAT IT

13  CURES PNEUMONIA IN PATIENTS.  IT'S THE SAME KIND OF CONCEPT.

14  **Q.**  YOU TALKED ABOUT THESE MICE THAT HAD BEEN GENETICALLY

15  ALTERED.  DO YOU REMEMBER THAT?

16  **A.**  YES, SIR.

17  **Q.**  YOU SAID THAT THROUGH THESE GENETIC ALTERATIONS, THAT

18  ATHEROSCLEROSIS CAN DEVELOP IN THESE GENETICALLY MODIFIED MICE

19  LIKE IT CAN IN HUMANS; RIGHT?

20  **A.**  YES.

21  **Q.**  OKAY.

22  **A.**  NOW, IT'S NOT EXACTLY LIKE IT OCCURS IN HUMANS; BUT YES,

23  AS IT OCCURS IN HUMANS.

24  **Q.**  WELL, IN FAIRNESS, SOME OF THE ARTICLES YOU SAID YOU

25  RELIED ON AND SUPPORTED YOUR VIEW ACTUALLY SAID THAT, NOT ONLY

1   IS IT NOT EXACTLY THE SAME --

2   **A.**   CORRECT.

3   **Q.**   -- SOME OF THEM SAID YOU CAN'T RELY ON US WHEN YOU ARE

4   LOOKING AT HUMANS.  IT WOULD BE WRONG TO USE OUR ARTICLE TO SAY

5   THAT THAT SHOWS THAT ATHERO CAN DEVELOP THIS WAY IN HUMANS.

6   SOME OF THE ARTICLES ACTUALLY CAME OUT AND SAID THAT, DIDN'T

7   THEY.

8   **A.**   I HAVE NO ARGUMENT WITH THAT WHATSOEVER.  I'D PUT THE SAME

9   CAVEATS IN THE ARTICLES THAT I PUBLISH.

10  **Q.**   YOU DIDN'T MENTION ANY OF THOSE THIS MORNING ON DIRECT

11  EXAMINATION.  WHEN YOU SAID THAT THEY SUPPORTED YOUR VIEW, YOU

12  LEFT OUT THE FACT THAT SOME OF THE AUTHORS ACTUALLY SAID DON'T

13  USE THIS TO DRAW ANY CONCLUSIONS ABOUT HUMAN BEINGS; RIGHT?

14  **A.**   I DON'T KNOW IF I PURPOSELY LEFT THAT OUT OR LEFT IT OUT,

15  BUT I WOULD HAVE NO ARGUMENT IF YOU REPRESENTED IT TO ME THAT

16  SOME OF THOSE ARTICLES SAID THAT.

17          INDEED, WHEN I PUBLISH AN ARTICLE ON ANIMAL STUDIES,

18  ONE NEEDS TO IN THE "CAUTION" OR "LIMITATIONS" SECTION PUT SUCH

19  CAVEATS IN.  THAT DOES NOT IN ANY WAY DAMAGE OR DESTROY THE

20  CONCEPT OF PROOF OF PRINCIPAL, WHICH IS WHAT I WAS STRESSING.

21  **Q.**   LET'S LOOK AT THE ANTMAN REVIEW ARTICLE.  I THINK THAT

22  YOU --

23  **A.**   THAT'S SINGH.

24  **Q.**   I'M SORRY.  THIS IS SINGH?  I'M NOT DOING TOO WELL WITH MY

25  NUMBERS HERE.  THIS IS ANTMAN; RIGHT?  IS THAT WHAT I JUST HAD

DAILY COPY

1   UP.

2   A.   NO, THAT'S NOT --

3   Q.   A DIFFERENT ONE?

4   A.   WELL --

5   Q.   WELL, THIS IS ANTMAN; CORRECT?

6   A.   RIGHT.

7   Q.   OKAY.  SO PAGE 6, YOU USED THIS DIAGRAM --

8   A.   THAT'S WHAT I SHOW, YES, SIR.

9   Q.   -- FROM THE ANTMAN THING.  YOU WALKED THROUGH THAT, AND I

10  WON'T TAKE THE TIME TO DO IT WITH YOU NOW.  IF WE LOOK OVER AT

11  THE TEXT OF THE ARTICLE, WHAT THE AUTHOR'S GOING TO SAY, ON THE

12  SECOND PAGE, DO YOU SEE WHERE THEY DREW THAT DIAGRAM EXPLAINING

13  THAT THEORY AND THEN THEY SAY, "BOTH COX-1 AND COX-2 ARE

14  DETECTIBLE IN HUMAN ATHEROSCLEROTIC LESIONS"?  DO YOU SEE THAT?

15  A.   YES, SIR.

16  Q.   DOES THAT MEAN THAT BOTH THE COX-1 ENZYME AND THE COX-2

17  ENZYMES CAN BE FOUND IN PLAQUE?

18  A.   YES, SIR.

19  Q.   THEN DO THEY GO ON TO SAY, "HOWEVER, THE SPECIFIC EFFECT

20  OF COX INHIBITION ON LESION PROGRESSION IS CURRENTLY

21  CONTROVERSIAL"?  DO THEY GO ON TO SAY THAT?

22  A.   YES, SIR.

23  Q.   COX INHIBITION, THAT'S WHAT WE ARE TALKING ABOUT, WHETHER

24  IT'S CELEBREX OR VIOXX, AND THEY ARE SAYING THE SPECIFIC EFFECT

25  ON WHETHER ATHERO PROGRESSES, THAT'S A CONTROVERSIAL SUBJECT;

DAILY COPY

1    RIGHT?

2    **A.**    ON LESION PROGRESSION, YES, CLEARLY.

3    **Q.**    THEN DO THEY ALSO GO ON TO SAY -- HELP ME OUT HERE.

4    "HYPERCHOLESTEROLEMIC," WHAT DOES THAT MEAN?

5    **A.**    ELEVATED CHOLESTEROL.

6    **Q.**    OKAY.  SO STUDIES IN MICE WITH HIGH CHOLESTEROL HAVE ALSO

7    BEEN INCONSISTENT WITH REPORTS SHOWING THAT COX-2 INHIBITORS

8    WORSEN, RETARD, OR FAIL TO AFFECT THE COURSE OF

9    ATHEROSCLEROSIS; RIGHT?

10   **A.**    YES, SIR.  THAT'S WHAT THEY SAY.  I MENTIONED THAT, I

11   THINK -- I HOPE I DID -- UNDER DIRECT THAT, INDEED, THERE ARE

12   SOME STUDIES THAT DON'T CONFIRM THIS, BUT I GO BACK TO THE

13   ADVISORY PANEL 32-TO-ZERO VOTE THAT --

14   **Q.**    I'M GOING TO GET TO THE ADVISORY PANEL, I PROMISE, DOCTOR,

15   BUT I'M REALLY ASKING YOU ABOUT THIS ARTICLE NOW.  AM I RIGHT

16   THAT THE ARTICLE THAT YOU CITED SAID THAT, THE MICE STUDIES,

17   SOME OF THEM SHOW THAT COX-2 INHIBITORS WORSEN THE COURSE OF

18   ATHEROSCLEROSIS, SOME OF THEM SHOW THAT THEY RETARD THE COURSE,

19   WHICH MEANS THEY SLOW DOWN THE GROWTH OF PLAQUE --

20   **A.**    YES, SIR.

21   **Q.**    -- AND SOME OF THEM SAY THEY DON'T MAKE ANY DIFFERENCE AT

22   ALL?

23   **A.**    YES, SIR.  AS I INDICATED, IT DEPENDED ON THE ANIMAL

24   MODEL, THE TIME OF THE ATHEROSCLEROSIS, HOW LONG IT'S BEEN

25   PRESENT, THE DOSE, A VARIETY OF THINGS.  BUT WHAT YOU'RE

1    READING IS CORRECT.

2    **Q.**   WAS EGAN ANOTHER ONE OF THE ARTICLES THAT YOU RELIED ON?

3    **A.**   YES, IT WAS.

4    **Q.**   YOU HAVE EGAN UP THERE?

5    **A.**   YES.

6    **Q.**   THIS IS THE ONE WHERE YOU HAD THESE DRAWINGS UP HERE

7    AND --

8    **A.**   YES, SIR.  THAT'S NOT THE FIGURE, THOUGH.

9    **Q.**   IT'S NOT THE ONE THAT YOU HAD UP?

10   **A.**   NO, SIR.

11   **Q.**   IS IT ELSEWHERE IN THE ARTICLE?

12   **A.**   YES, SIR.

13   **Q.**   THIS ONE?

14   **A.**   YES, SIR.

15   **Q.**   I THINK YOU SAID THAT THE LADY MICE, IN PARTICULAR, HAD

16   ISSUES; IS THAT RIGHT?

17   **A.**   LADY MICE, YES, SIR.

18   **Q.**   OKAY.  WELL, IT'S ABOUT TIME, ALL US MEN.

19   **A.**   WE CALL THEM FEMALE MICE.

20   **Q.**   WELL, I'M TRYING TO BE A GENTLEMAN ABOUT IT.

21   **A.**   SO AM I.

22   **Q.**   ONE OF US IS SUCCEEDING.  I DON'T KNOW.

23   **A.**   I KNOW.

24   **Q.**   WELL, ONE OF THE OTHER THINGS YOU KNOW IS THAT THIS

25   ARTICLE THAT YOU SPENT SO MUCH TIME ON HAD NOTHING TO DO WITH

1  VIOXX; RIGHT?

2  **A.**   THAT'S CORRECT.

3  **Q.**   THEY DIDN'T USE VIOXX ON THE FEMALE MICE; RIGHT?

4  **A.**   THAT'S CORRECT.

5  **Q.**   THEY DIDN'T USE VIOXX ON THE MALE MICE; RIGHT?

6  **A.**   THAT'S CORRECT.

7  **Q.**   THEY DIDN'T USE ANY OTHER COX-2 INHIBITOR ON ANY OF THE

8  MICE.

9  **A.**   IN THAT ARTICLE, THAT'S CORRECT.

10  **Q.**   INSTEAD, WHAT THEY DID IS THEY -- IS THIS ONE WHERE THEY

11  GENETICALLY ALTERED THE MICE?

12  **A.**   THAT IS CORRECT.

13  **Q.**   TELL ME IF THIS IS CORRECT, THAT THE BODY HAS SOME SORT OF

14  LITTLE RECEPTOR WHERE THE PROSTACYCLIN, FOR EXAMPLE, LATCHES

15  ONTO AND THEN IT DOES WHATEVER IT DOES?

16  **A.**   YES, SIR.  IT'S KIND OF LIKE A KEY IN A LOCK.

17  **Q.**   OKAY.  THESE MICE HAD BEEN GENETICALLY ALTERED SO THAT THE

18  LOCKS WERE ALL GONE; RIGHT?

19  **A.**   YES, SIR.

20  **Q.**   THE KEYS WERE FLOATING AROUND, BUT THEY DIDN'T HAVE

21  ANYTHING TO DO?

22  **A.**   IT'S A QUARTER AFTER 5:00.  THAT'S GOOD.

23  **Q.**   OKAY.  THE RESULT OF THAT WAS THAT THERE WAS A 100 PERCENT

24  REDUCTION IN PROSTACYCLIN, AT LEAST IN TERMS OF PROSTACYCLIN

25  THAT WAS GOING TO DO ANYTHING OTHER THAN FLOAT AROUND WITH NO

1   PLACE TO GO.

2   **A.**   YES, SIR.

3   **Q.**   I THINK YOU SAID ON DIRECT EXAMINATION THAT THIS IS WHAT

4   VIOXX WOULD DO?

5   **A.**   IF I DID, I MISSPOKE.

6   **Q.**   BECAUSE VIOXX WOULD NOT DO THAT; RIGHT?

7   **A.**   NO.  IT CERTAINLY DOESN'T REDUCE PROSTACYCLIN TO ZERO.

8   **Q.**   NO COX-2 INHIBITOR REDUCES PROSTACYCLIN TO ZERO?

9   **A.**   THAT'S CORRECT.

10  **Q.**   THAT'S A VERY IMPORTANT DISTINCTION BETWEEN WHAT HAPPENS

11  IN REAL LIFE WITH COX-2 INHIBITOR AND WHAT HAPPENS IN A MOUSE

12  WHO HAS HAD ALL THE LOCKS TAKEN AWAY SO THAT THEY HAVE ZERO

13  PROSTACYCLIN; RIGHT?

14  **A.**   ABSOLUTELY.

15  **Q.**   NOW, AS I UNDERSTAND THIS STUDY, FOR SOME REASON, THE MALE

16  MICE DID FINE WHEN ALL THE LOCKS WERE TAKEN AWAY AND THEY HAD

17  ZERO PROSTACYCLIN, BUT THE FEMALE MICE DIDN'T DO AS WELL; IS

18  THAT RIGHT?

19  **A.**   NO, SIR.

20  **Q.**   I'M BLOWING UP HERE A COUPLE OF BAR GRAPHS.  WHICH ONES

21  ARE MALES AND WHICH ONES ARE FEMALES?

22  **A.**   LET ME JUST -- I NEED TO SEE THE FIGURE LEGEND AND READ

23  THE ARTICLE.  LET ME EXPLAIN -- MAY I EXPLAIN THE ARTICLE TO

24  YOU?

25  **Q.**   WELL, YOU TALKED ABOUT IT AT SOME LENGTH WITH

1   MR. ROBINSON.  LET ME ASK YOU -- AND MAYBE THE SIMPLEST THING
2   WOULD BE FOR YOU TO -- INSTEAD OF TAKING THE LAST 15 MINUTES TO
3   READING THIS NOW, YOU COULD READ IT -- SINCE YOU HAVE TO COME
4   BACK TOMORROW, LIKE IT OR NOT, YOU COULD -- WHOOPS.  AM I THE
5   FIRST ONE TO TELL YOU THAT?
6   **A.**   I HAVE A PATIENT WHO HAS FLOWN IN FROM A FOREIGN COUNTRY
7   FOR A PROCEDURE TOMORROW, AND THERE'S NO WAY I CAN STAY.
8   **Q.**   WELL, THAT, I'M AFRAID, YOU AND MR. ROBINSON AND I ARE
9   GOING TO HAVE TO DISCUSS WITH THE JUDGE.  I GUESS SOMETIME --
10  SOME OTHER TIME OTHER THAN THIS AFTERNOON WE'LL TALK ABOUT THIS
11  ARTICLE, RATHER THAN ASK YOU TO READ IT FOR 15 MINUTES RIGHT
12  NOW.
13        LET ME TRY IT AS A GENERAL MATTER.  DO YOU REMEMBER,
14  SIR, THAT THESE BARS THAT I'M SHOWING OVER HERE ON THE RIGHT,
15  THAT THE BLACK ONE WOULD INDICATE -- I'M JUST GOING TO TAKE ON
16  THE BOTTOM HERE.  THE BLACK ONE DOWN HERE WHERE I'VE GOT THE
17  CURSOR, THAT WOULD INDICATE WHAT HAPPENS WITH ATHERO WITH A
18  MOUSE THAT PEOPLE JUST LEAVE ALONE AND DON'T TURN OFF ANY OF
19  THE LOCKS?  IS THAT WHAT TAKE THAT BLACK ONE MEANS?
20  **A.**   I DON'T KNOW.  YOU NEED TO SHOW THE FIGURES SO -- THE
21  LEGEND SO WE UNDERSTAND WHAT YOU'RE TALKING ABOUT.
22  **Q.**   WELL, YOU KNOW, YOU TALKED ABOUT THIS FOR HOW LONG WITH
23  MR. ROBINSON?
24  **A.**   NO.  I SPOKE ABOUT ONE FIGURE TO MAKE SPECIFIC POINTS
25  ABOUT IT.  I'M HAPPY TO GO THROUGH THE ARTICLE IN DETAIL WITH

1 YOU, BUT I WANT THE ARTICLE IN FRONT OF ME TO BE ABLE TO READ

2 AND RESPOND TO YOU.

3 **Q.**   I'LL GIVE YOU THE ARTICLE RIGHT NOW.  WE HAVE MARKED IT

4 FOR IDENTIFICATION AS DEFENSE EXHIBIT 3037.  I DON'T KNOW IF

5 YOU CAN DO IT BY READING THE CAPTION UNDERNEATH FIGURE 1 OR HOW

6 MUCH OF THE ARTICLE YOU FEEL YOU NEED TO READ IN ORDER TO

7 RESPOND TO MY QUESTIONS ABOUT THESE FIGURES OVER HERE THAT I'M

8 HIGHLIGHTING, FIGURES C AND D.

9 **A.**   WHAT WOULD YOU LIKE ME TO DO?

10 **Q.**   WHAT I WOULD LIKE YOU TO DO IS TO ANSWER WHETHER THE ONE

11 ON THE BOTTOM, FIGURE D, WHETHER THIS HAS TO DO WITH MALE MICE.

12 **A.**   WELL, THE CAPTION FOR C AND D SAYS THE PERCENTAGE AORTIC

13 LESION AREAS STAINED RED IN FEMALE AND MALE LDLR -- THAT'S

14 LOW-DENSITY LIPOPROTEIN -- RECEPTOR KNOCKOUT AND THE IP, THE

15 PROSTACYCLIN LOW-DENSITY LIPOPROTEIN RECEPTOR DOUBLE KNOCKOUT

16 MICE SHOW NO SIGNIFICANT DIFFERENCE BETWEEN MALE PROSTACYCLIN

17 LDLR DOUBLE KNOCKOUT AND LDLR DOUBLE KNOCKOUT MICE FED A

18 HIGH-FAT DIET FOR SIMILAR DURATIONS.

19 **Q.**   CAN YOU TELL ME WHETHER D HAS TO DO WITH THE MALE MICE?

20 **A.**   IT SAYS THAT IT'S BOTH FEMALE AND MALE.

21 **Q.**   IT SAYS, "C AND D HAVE TO DO WITH FEMALE AND MALE."  DON'T

22 YOU UNDERSTAND THAT TO MEAN THAT C IS THE FEMALES AND D IS THE

23 MALES?

24 **A.**   NO, I DON'T KNOW THAT.  I MEAN, IT DOES SAY "FEMALE" AND

25 "MALE," BUT I DON'T KNOW THAT C IS FEMALE AND D IS MALE.  I

1    WOULD REALLY NEED TO READ THE ENTIRE ARTICLE.

2    **Q.**   WE'LL COME BACK TO IT SOME OTHER TIME.

3              **THE COURT:**  IS THIS A STOPPING POINT HERE?

4              **MR. BECK:**  YES, YOUR HONOR.

5              **THE COURT:**  LET ME SEE COUNSEL AT THE BENCH, PLEASE.

6    MEMBERS OF THE JURY, WE WILL BE BACK AT 8:30 TOMORROW.

7              **THE DEPUTY CLERK:**  EVERYONE RISE.

8              (WHEREUPON, THE COURT WAS IN RECESS.)

9                              * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25