1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE: VIOXX PRODUCTS          *   MDL DOCKET NO. 1657
    LIABILITY LITIGATION           *
6                                   *
                                    *
7   THIS DOCUMENT RELATES TO        *   AUGUST 10, 2006, 8:30 A.M.
                                    *
8                                   *
    GERALD BARNETT V. MERCK         *   CASE NO. 06-CV-485-L
9     & CO., INC.                   *
    * * * * * * * * * * * * * * * *

10

11                        VOLUME IX
12                 JURY TRIAL BEFORE THE
                  HONORABLE ELDON E. FALLON
13             UNITED STATES DISTRICT JUDGE

14
    APPEARANCES:
15

16   FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                 BY:  MARK P. ROBINSON JR., ESQ.
17                               620 NEWPORT CENTER DRIVE
                                 NEWPORT BEACH, CALIFORNIA 92660
18

19   FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                   PORTIS & MILES
20                               BY:  ANDY D. BIRCHFELD JR., ESQ.
                                 234 COMMERCE STREET
21                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA 36103
22

23   FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                   PALENCHAR & SCOTT
24                               BY:  PHILIP S. BECK, ESQ.
                                   ANDREW L. GOLDMAN, ESQ.
25                               54 W. HUBBARD STREET, SUITE 300
                                 CHICAGO, ILLINOIS 60601


                        DAILY COPY

1804

OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
                             TONI DOYLE TUSA, CCR, FCRR
                             500 POYDRAS STREET, ROOM HB-406
                             NEW ORLEANS, LOUISIANA 70130
                             (504) 589-7778


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
PRODUCED BY COMPUTER.

DAILY COPY

1805

1                               **I N D E X**

2                                                              PAGE

3    DOUGLAS ZIPES

4         CROSS-EXAMINATION                        1806

5         REDIRECT EXAMINATION                     1925

6         RECROSS-EXAMINATION                      1950

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              DAILY COPY

1          **MORNING SESSION**

2          **(AUGUST 10, 2006)**

3          **THE DEPUTY CLERK:**  EVERYONE RISE.

4          **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING, LADIES

5    AND GENTLEMEN.  COME FORWARD, PLEASE, DOCTOR.  YOU'RE STILL

6    UNDER OATH, SIR.

7          (WHEREUPON, **DOUGLAS ZIPES**, HAVING BEEN PREVIOUSLY

8    SWORN, TESTIFIED AS FOLLOWS.)

9          **THE COURT:**  MEMBERS OF THE JURY, YOU'LL RECALL THAT

10   DR. ZIPES WAS UNDER CROSS-EXAMINATION WHEN WE RECESSED.

11                    **CROSS-EXAMINATION**

12   BY MR. BECK:

13   **Q.**   DOCTOR, ON TUESDAY WE DISCUSSED WHETHER YOU AND

14   DR. KARAVAN DISAGREED ABOUT WHETHER MR. BARNETT HAD A SECOND

15   HEART ATTACK IN JULY 2004.  DO YOU RECALL THAT SUBJECT?

16   **A.**   YES, SIR.

17   **Q.**   YOU SAID THAT YOU REMEMBERED DR. KARAVAN TESTIFYING AT

18   SOME POINT ABOUT IT WAS POSSIBLE THAT HE HAD A SECOND HEART

19   ATTACK.  DO YOU RECALL THAT?

20   **A.**   I DO.  I THINK THAT'S WHAT I REMEMBERED, YES.

21   **Q.**   AND I PULLED TOGETHER WHAT I THINK IS ALL THE TESTIMONY ON

22   THIS:  DR. KARAVAN FIRST BEING QUESTIONED BY MR. ROBINSON, THEN

23   BY MR. GOLDMAN, THEN BY MR. ROBINSON AGAIN.  IT ONLY TAKES A

24   COUPLE MINUTES.  SO I'LL PLAY THAT FOR YOU.

25          (WHEREUPON, THE FOLLOWING VIDEO EXCERPT OF

1   **DR. KARAVAN**, WAS PLAYED.)

2           "Q.  IS IT POSSIBLE THAT HE HAD A SMALL ONE?

3           "A.  GIVEN THE FACT THAT HE HAS A SMALL WALL MOTION

4       ABNORMALITY, IT'S CONSISTENT -- IT IS POSSIBLE THAT HE

5       MIGHT HAVE HAD A SMALL HEART ATTACK IN THAT AREA.

6           "Q.  OKAY.

7           (WHEREUPON, THE VIDEO PLAYBACK ENDED.)

8           **MR. BECK:**  NOW MR. GOLDMAN IS GOING TO BE ASKING

9       QUESTIONS.

10          (WHEREUPON, THE FOLLOWING VIDEO EXCERPT OF

11      **DR. KARAVAN**, WAS PLAYED.)

12          "Q.  ISN'T IT TRUE, SIR, THAT YOU DON'T BELIEVE AS

13      YOU SIT HERE TODAY THAT MR. BARNETT HAD A SECOND HEART

14      ATTACK?

15          "A.  CORRECT.

16          "Q.  NOW, COUNSEL HAD ASKED YOU A QUESTION ABOUT

17      WHETHER OR NOT YOU THINK HE HAD A SECOND HEART ATTACK; BUT

18      EARLIER, WHEN I ASKED YOU A QUESTION, YOU CONCEDED THAT IT

19      WAS POSSIBLE THAT THE RAMUS OCCLUSION, BEFORE YOUR STENT,

20      MAY HAVE BEEN A SITE OF A POTENTIAL SILENT HEART ATTACK.

21      IS THAT WHAT YOU SAID?

22          "A.  OKAY.  HIS ECHOGRAM SHOWS A LITTLE MIDLATERAL

23      BASAL HYPERKINESIS, AND I FEEL CLINICALLY THAT REPRESENTS

24      AN ISCHEMIC AREA FROM THE RAMUS INTERMEDIUS.  OKAY?  AND

25      BECAUSE IF A PORTION OF THE HEART IS NOT GETTING THE

1    PROPER BLOOD FLOW, IT -- THERE'S A -- THERE'S A POTENTIAL

2    FOR IT NOT TO PERFORM PROPERLY.  THAT DOESN'T NECESSARILY

3    MEAN IT'S DAMAGED OR SCARRED OR HEART ATTACK.  OKAY?

4            "I FEEL, LIKE I SAID, THAT THAT WAS AN ISCHEMIC

5    AREA GIVING YOU AN AREA OF HYPERKINESIS.  COULD IT BE --

6    CAN I SIT HERE AND SAY 100 PERCENT THAT HE'S NEVER HAD ANY

7    DAMAGE TO THIS SMALL AREA?  NO, I CAN'T.  CLINICALLY, I

8    FELT IT WAS AN AREA OF ISCHEMIA FROM THAT -- THAT

9    STENOSIS."

10       "Q.  OKAY.  BUT IS IT -- IS IT POSSIBLE THAT IT WAS

11   ALSO A -- A SMALL AREA OF -- OF DAMAGE TO THAT PORTION OF

12   HIS HEART?

13       "A.  NO.  WHEN YOU TALK ABOUT DAMAGE, YOU'RE TALKING

14   ABOUT -- DAMAGE MEANS SCAR TISSUE.  OKAY.  THERE'S NEVER

15   BEEN -- I'VE NOT YET SEEN ANY ONE STUDY SHOW SCAR.

16           "WHEN YOU DO A NUCLEAR SCAN, YOU LOOK FOR

17   ISCHEMIA; YOU LOOK FOR SCARRING; YOU LOOK FOR NORMAL

18   PERFUSION.  ALL OF HIS SCANS HAVE SHOWN EITHER NORMAL

19   PERFUSION; APICAL THINNING, WHICH IS AN IMAGING ARTIFACT;

20   OR ISCHEMIA.  AND ISCHEMIA IS NOT SCAR TISSUE.

21       (WHEREUPON, THE VIDEO PLAYBACK ENDED.)

22   BY MR. BECK:

23   Q.  DOES DR. KARAVAN AGREE OR DISAGREE WITH YOUR ASSERTION

24   THAT MR. BARNETT HAD A SECOND HEART ATTACK IN JULY OF 2004?

25   A.  DR. KARAVAN INDICATED THAT IT WAS POSSIBLE.  HE THEN WENT

1    ON TO SAY THAT IT MIGHT BE AN AREA OF ISCHEMIA AND THAT HE SAW

2    NO EVIDENCE OF SCAR.

3             AND DR. KARAVAN, UNFORTUNATELY, IS WRONG BECAUSE THE

4    CARDIOLITE STRESS TEST MAY 2ND SHOWS AN AREA OF SCAR.  BECAUSE

5    AT REST, THERE IS NO UPTAKE OF THE CARDIOLITE CHEMICAL, AND

6    THAT IS INTERPRETED AS SCARRING.

7             IN ADDITION, THE ECHO, WITH WHICH I SPENT A GREAT

8    DEAL OF TIME TWO DAYS AGO, SHOWS UNQUESTIONED AREA OF SCAR.

9    **Q.**   WE LEFT OFF TUESDAY WHEN WE WERE TALKING ABOUT ARTICLES

10   THAT YOU HAD IDENTIFIED IN YOUR DIRECT EXAMINATION THAT YOU HAD

11   RELIED ON.  IF YOU WANT TO STEP DOWN, THIS -- OR I CAN SHOW IT

12   TO YOU.  ARE THESE THE EIGHT ARTICLES THAT YOU WENT THROUGH

13   WITH MR. ROBINSON?

14   **A.**   I THINK THEY ARE.

15   **Q.**   NOW, JUST TO REORIENT EVERYONE, NOT A SINGLE ONE OF THE --

16   AND THESE WERE ARTICLES THAT YOU RELIED ON WHEN YOU WERE

17   TALKING ABOUT YOUR OPINION THAT VIOXX CAUSES PLAQUE BUILDUP OR

18   ATHEROSCLEROSIS; RIGHT?

19   **A.**   YES, SIR.  AND I ALSO MENTIONED THAT THERE WERE ARTICLES

20   THAT WERE INCONSISTENT WITH THOSE FINDINGS.

21   **Q.**   OKAY.  SO THAT'S WHAT THESE ARTICLES WERE USED BY YOU FOR,

22   AND IS IT TRUE, SIR, THAT NOT A SINGLE ONE OF THE EIGHT

23   ARTICLES THAT YOU RELIED ON WAS ACTUALLY A STUDY THAT USED

24   VIOXX?

25   **A.**   THAT'S CORRECT.  THESE WERE ALTERED MICE, AS WE DISCUSSED

1    THE OTHER DAY.

2    **Q.**   WELL, NOT ALL OF THEM WERE ALTERED MICE.  SOME OF THEM

3    USED MEDICINE, BUT IT WASN'T VIOXX; RIGHT?

4    **A.**   THAT'S CORRECT.

5    **Q.**   OKAY.  AND WE TALKED ABOUT ANTMAN.  THAT WAS THE REVIEW

6    ARTICLE RATHER THAN A STUDY; RIGHT?

7    **A.**   YES, SIR.

8    **Q.**   AND IT WAS A REVIEW ARTICLE OF MICE STUDIES; RIGHT?

9    **A.**   YES, SIR.

10   **Q.**   AND THE CONCLUSION OF THE ANTMAN ARTICLE WAS THAT THE MICE

11   STUDIES IN THIS AREA ARE BASICALLY ALL OVER THE MAP; RIGHT?

12   **A.**   HE DID INDICATE THAT THERE WERE PROS AND CONS, YES, SIR.

13   **Q.**   AND HE SAID THAT, IN SOME OF THE MICE STUDIES, COX-2

14   ACTUALLY HELPED TO PREVENT ATHERO; RIGHT?

15   **A.**   YES, SIR.  WHICH I MENTIONED IN MY PRESENTATION.

16   **Q.**   AND HE SAID, IN SOME, THE COX-2 THAT HAPPENED TO BE LOOKED

17   AT WORSENED ATHERO, AND IN SOME IT MADE NO DIFFERENCE AT ALL;

18   RIGHT?

19   **A.**   YES, SIR.

20   **Q.**   AND THEN WE WERE AT EGAN WHEN WE LEFT OFF ON TUESDAY.  DO

21   YOU STILL HAVE UP THERE THE EGAN ARTICLE?

22   **A.**   YES, SIR.

23   **Q.**   AND EGAN, AGAIN, IS NOT A VIOXX STUDY; CORRECT?

24   **A.**   THAT'S CORRECT.

25   **Q.**   AND EGAN, IN FACT, DOES NOT INVOLVE ANY COX-2 INHIBITOR AT

1    ALL; CORRECT?

2    **A.**    THAT'S CORRECT.

3    **Q.**    THIS WAS ONE OF THE GENETICALLY-ALTERED MICE STUDIES; IS

4    THAT RIGHT?

5    **A.**    YES, SIR.

6    **Q.**    AND I THINK WE WENT THROUGH THIS, BUT SINCE IT'S BEEN A

7    DAY, THIS WAS ONE WHERE THE MICE HAD BEEN ALTERED TO BASICALLY

8    KNOCK OUT SOME OR ALL OF THE RECEPTORS THAT PROSTACYCLIN NEEDS

9    TO LOCK INTO; RIGHT?

10   **A.**    IT WAS A COMBINATION.   IT WAS THE LDL RECEPTOR KNOCKOUT

11   ALONG WITH THE PROSTACYCLIN RECEPTOR KNOCKOUT.

12   **Q.**    AND SO TWO DIFFERENT RECEPTORS WERE INVOLVED; RIGHT?

13   **A.**    YES, SIR.

14   **Q.**    AND THE QUESTION IN THE STUDY WAS WHETHER THE MICE THAT

15   DID NOT HAVE PROSTACYCLIN SHOWED ANY INCREASE IN ATHERO; RIGHT?

16   **A.**    YES, SIR.

17   **Q.**    AND ON DIRECT YOU SAID THAT THIS WAS RELEVANT BECAUSE

18   VIOXX INHIBITS THE COX-2 ENZYME; RIGHT?

19   **A.**    YES, SIR.

20   **Q.**    AND YOU SAY THAT THE COX-2 ENZYME PRODUCES PROSTACYCLIN;

21   RIGHT?

22   **A.**    YES, SIR.

23   **Q.**    AND SO YOUR TESTIMONY WAS THAT IF MICE THAT DON'T GET

24   PROSTACYCLIN GET ATHERO, THEN VIOXX COULD CAUSE ATHERO BY

25   INHIBITING THE ENZYME THAT PRODUCES PROSTACYCLIN; RIGHT?

1   A.   BASED ON THE GENETICS OF THE ANIMAL STUDY, YES, SIR.

2   Q.   AND I SHOWED YOU THE GRAPHS DOWN HERE AT THE BOTTOM OF

3   PAGE 1; AND IN PARTICULAR, I FOCUSED ON THESE THAT I JUST PUT

4   THE LITTLE SQUARE AROUND, THE BAR GRAPHS.

5        YOU SAID THAT YOU WANTED TO READ THE ARTICLE BEFORE

6   DISCUSSING THESE.  DO YOU REMEMBER THAT?

7   A.   YES, SIR.

8   Q.   HAVE YOU HAD A CHANCE TO READ THE ARTICLE?

9   A.   I HAVE.

10  Q.   DID YOU READ IT BEFORE YOUR DIRECT EXAMINATION, WHEN YOU

11  SAID YOU RELIED ON IT?

12  A.   I HAD.

13  Q.   LET ME JUST PUT UP YOUR TESTIMONY ABOUT THIS SUBJECT FROM

14  TUESDAY:

15       "Q.  NOW, AS I UNDERSTAND IT, THIS STUDY, FOR SOME

16       REASON, THE MALE MICE DID FINE WHEN ALL THE LOCKS WERE

17       TAKEN AWAY AND THEY HAD ZERO PROSTACYCLIN, BUT THE FEMALE

18       MICE DIDN'T DO AS WELL; IS THAT RIGHT?

19       "A.  NO, SIR."

20       HAVING READ THE ARTICLE, DOCTOR, DO YOU AGREE THAT

21  YOUR TESTIMONY ON TUESDAY WAS WRONG?

22  A.   NO, SIR.  THE EGAN ARTICLE SHOWED THREE THINGS:  ONE, IT

23  SHOWED THAT ESTROGEN APPEARS TO INDUCE COX-2--

24  Q.   CAN YOU -- I'M GOING TO LET YOU COME BACK AND SAY ANYTHING

25  YOU WANT TO ABOUT THE ARTICLE, BUT YOU SAY NO, YOU DON'T AGREE

1  THAT YOU'RE WRONG HERE.  IS THAT RIGHT?

2  **A.**   WELL, LET ME READ IT AGAIN.

3  **Q.**   SURE, YEAH.  I ASKED YOU A SIMPLE QUESTION:  "THE MALE

4  MICE DID FINE WHEN ALL THE LOCKS WERE TAKEN AWAY AND THEY HAD

5  ZERO PROSTACYCLIN, BUT THE FEMALE MICE DIDN'T DO AS WELL."

6  NOW, IS THAT TESTIMONY TRUE OR FALSE?

7  **A.**   IT'S NOT -- IT'S NOT TRUE, BECAUSE THE MALE MICE DID

8  DEVELOP INCREASED ATHEROSCLEROSIS.  IT DID NOT INCREASE AFTER

9  THE PROSTACYCLIN WAS TAKEN AWAY.  IF THAT'S THE POINT YOU'RE

10  TRYING TO MAKE, THAT, I AGREE WITH.

11  **Q.**   OKAY.  LET'S LOOK BACK AT THE STUDY.  NOW, WHEN WE WENT

12  OVER THIS ON TUESDAY AND I ASKED YOU ABOUT THOSE BAR GRAPHS IN

13  THE MIDDLE, I ASKED YOU WHETHER THE BOTTOM ONE WAS FOR MALES

14  AND THE TOP ONE WAS FOR FEMALES, AND YOU SAID EITHER NO OR YOU

15  COULDN'T TELL.  DO YOU REMEMBER THAT?

16  **A.**   I DO.

17  **Q.**   AND DO YOU NOW REALIZE, HAVING READ THE STUDY, THAT ALL OF

18  THE CHARTS AND PICTURES ALONG THE TOP ARE FOR THE FEMALE MICE

19  AND ALL THE ONES ALONG THE BOTTOM ARE FOR THE MALE MICE?

20  **A.**   YES, SIR.

21  **Q.**   NOW, LOOKING AT THIS SIX-MONTH MALE MICE, THE BLACK BAR

22  SAYS UNDERNEATH IT -- I'M SORRY.  LET ME START THIS OVER AGAIN.

23        FIRST OF ALL, GOING UP ALONG THE SIDE, IT SAYS

24  "PERCENT LESION."  DO YOU SEE THAT?

25  **A.**   YES, SIR.

1    **Q.**    AND "LESION" REFERS TO PLAQUE OR ATHERO; RIGHT?

2    **A.**    YES, SIR.

3    **Q.**    AND SO IT'S MEASURING THE AMOUNT OF PLAQUE THAT'S PRESENT

4    IN THE MICE; RIGHT?

5    **A.**    YES, SIR.

6    **Q.**    SO, THEN, LOOKING OVER HERE, THIS IS FOCUSING ON THE

7    SIX-MONTH PERIOD, IS THAT FOR MICE WHO -- MALE MICE, WHO

8    BASICALLY HAVE BEEN FED CHEESEBURGERS AND -- FOR SIX MONTHS AND

9    HAVE REAL HIGH CHOLESTEROL, AND SOME OF THEM ARE REGULAR MICE,

10   AND SOME OF THEM HAVE SOME OF THEIR RECEPTORS TURNED OFF AND

11   SOME OF THEM HAVE ALL OF THEIR RECEPTORS TURNED OFF?

12   **A.**    YES, SIR.

13   **Q.**    AND THE BLACK BAR, WHERE IT SAYS, "IP WT," IS "IP" THE

14   NAME OF THE RECEPTOR?

15   **A.**    YES, SIR.

16   **Q.**    AND IS THAT THE PROSTACYCLIN RECEPTOR?

17   **A.**    YES, SIR.

18   **Q.**    AND "WT," I'M TOLD THAT STANDS FOR "WILD TYPE."  IS THAT

19   RIGHT?

20   **A.**    YES, SIR.

21   **Q.**    SO THOSE WOULD BE REGULAR MICE THAT SOMEBODY WOULD CATCH

22   OUT IN THE FIELD AND WITHOUT -- WELL, THEY WOULDN'T BE CAUGHT

23   IN THE FIELD.  I GUESS THEY ARE GROWN IN THE LAB.  BUT THEY

24   DON'T HAVE THEIR RECEPTOR TINKERED WITH; RIGHT?

25   **A.**    THAT'S CORRECT.

```
1   Q.   SO THEY'VE GOT THE NORMAL PROSTACYCLIN RECEPTORS, AND THE

2   PROSTACYCLIN KEYS CAN GO IN THE LOCK AND DO THEIR JOB?

3   A.   YES, SIR.

4   Q.   AND THEN THE BLUE BAR, IS THAT -- WHEN IT SAYS PLUS AND

5   MINUS, DOES THAT MEAN THAT SOME RECEPTORS ARE LEFT ON AND SOME

6   ARE LEFT OFF?

7   A.   YES, SIR.  IT'S A HETEROGENOUS MOUSE.

8   Q.   HETEROGENEOUS.  SO THEY HAVE BEEN GENETICALLY ALTERED

9   WITH, LIKE, HALF OF THEIR RECEPTORS TURNED OFF?

10  A.   THAT'S AS GOOD AN EXPLANATION AS ANY.

11  Q.   OKAY.  AND THEN -- AND THEN THE IP KO -- THAT'S THE

12  RECEPTOR, AND "KO" STANDS FOR KNOCKOUT; RIGHT?

13  A.   YES, SIR.

14  Q.   AND THAT MEANS THAT ALL OF THE RECEPTORS HAVE BEEN

15  GENETICALLY TURNED OFF; RIGHT?

16  A.   YES, SIR.

17  Q.   NOW, AND THEN THESE BARS MEASURE THE AMOUNT OF ATHERO IN

18  THE DIFFERENT KINDS OF MALE MICE.  SO AS WE GO ALONG, SIR, DO

19  YOU AGREE THAT, FOR THE MALE MICE, WE TOOK -- WHO HAD THEIR

20  RECEPTORS KNOCKED OUT, THAT AFTER SIX MONTHS, THEY HAD ACTUALLY

21  GONE DOWN A LITTLE BIT IN TERMS OF THEIR ATHERO?

22  A.   NO.  THAT'S NOT STATISTICALLY SIGNIFICANT.  THAT'S WITHIN

23  MEASUREMENT ERROR.

24  Q.   OKAY.  FINE.  SO, BASICALLY, ALL THREE BARS ARE BASICALLY

25  THE SAME HEIGHT; RIGHT?
```

1    **A.**   YES, SIR.

2    **Q.**   SO THAT THE MALE MICE WHO HAD THE PROSTACYCLIN RECEPTORS

3    KNOCKED OUT, WHICH YOU SAID WAS ANALOGOUS TO KIND OF LIKE WHAT

4    VIOXX DOES, THEY DIDN'T HAVE ANY INCREASE IN ATHERO AT ALL, DID

5    THEY?

6    **A.**   THAT'S CORRECT, IN THIS LDL RECEPTOR KNOCKOUT MOUSE.  AS

7    YOU HEARD ME SAY, SIR, MANY TIMES THAT DIFFERENT STUDIES HAVE

8    DIFFERENT CRITERIA, AND THE APOE KNOCKOUT MOUSE HAD VERY

9    DIFFERENT RESPONSES THAN THE LDL RECEPTOR KNOCKOUT MOUSE.

10   **Q.**   IS THERE A DIFFERENT MOUSE TALKED ABOUT IN THIS STUDY?

11   **A.**   THIS IS NOT AN APOE.

12   **Q.**   THIS IS THE STUDY THAT YOU TALKED ABOUT AND THAT YOU

13   SHOWED A GRAPHIC FROM ON DIRECT EXAMINATION; RIGHT?

14   **A.**   YES, SIR.

15   **Q.**   LET'S STICK WITH THESE MICE FOR THE TIME BEING.

16   **A.**   EXCUSE ME, SIR.  I WAS MAKING THE POINT ABOUT THE ROLE OF

17   ESTROGEN AND HOW IT WAS MEDIATED VIA COX-2.

18   **Q.**   YOU NEVER MADE THAT POINT ON DIRECT EXAMINATION, SIR, DID

19   YOU?

20   **A.**   I MADE A POINT AT SOME POINT, EITHER CROSS WITH YOU OR ON

21   DIRECT, I DON'T REMEMBER WHEN.  BUT THAT WAS THE POINT THAT I

22   USED THE EGAN ARTICLE WITH.

23          IN ADDITION, THE EGAN ARTICLE DEMONSTRATED THAT THE

24   LDL RECEPTOR KNOCKOUT MOUSE, THE MALE HAD MORE ATHEROSCLEROSIS

25   THAN THE FEMALE, JUST BY THAT RECEPTOR KNOCKOUT NOT GETTING

1    INTO THE IP KNOCKOUT ASPECT.

2    **Q.**   WELL, THE MALES HAD MORE ATHERO WITH OR WITHOUT THEIR

3    RECEPTOR KNOCKED OUT.  THEY HAD THE SAME AMOUNT; RIGHT?

4    **A.**   THIS WAS WITH THE LDL RECEPTOR KNOCKOUT.

5    **Q.**   LET'S LOOK AT THE FEMALES NOW.

6    **A.**   SIR, I DIDN'T MENTION WHAT YOU'RE TALKING ABOUT AT ALL,

7    AND I DO NOT DISAGREE WITH THE POINTS THAT YOU'RE MAKING.

8    **Q.**   LET'S NOW MOVE TO ANOTHER POINT I WANT TO MAKE AND SEE IF

9    YOU AGREE WITH THAT ONE TOO.

10   **A.**   OKAY.

11   **Q.**   NOW WE'RE LOOKING AT THE FEMALES; RIGHT?

12   **A.**   I DON'T KNOW.  WHERE ARE YOU?

13   **Q.**   I'M UP AT THE TOP GRAPH, C?

14   **A.**   OKAY.

15   **Q.**   DO YOU REMEMBER THERE WERE FEMALES AT THE TOP?

16   **A.**   RIGHT.

17   **Q.**   GRAPH C?

18   **A.**   YES.

19   **Q.**   AND NOW SAME DEAL:  WILD-TYPE MICE, FEMALE MICE IN BLACK;

20   RIGHT?

21   **A.**   YES.

22   **Q.**   AND HALF THE PROSTACYCLIN RECEPTORS TURNED OFF IN BLUE;

23   RIGHT?

24   **A.**   RIGHT.

25   **Q.**   AND ALL THE RECEPTORS TURNED OFF IN WHITE; RIGHT?

DAILY COPY

1818

1   A.   YES, SIR.

2   Q.   AND SO FOR THE FEMALES, THERE WAS AN INCREASE IN ATHERO;

3   RIGHT?

4   A.   YES, SIR.

5   Q.   AND, IN FACT, IT WAS STATISTICALLY SIGNIFICANT?

6   A.   YES, SIR.

7   Q.   AND THE ARTICLE EXPLAINS THAT THE REASON FOR THIS IS THAT

8   THE ESTROGEN LEVELS, THE ESTROGEN WHICH YOU MENTIONED A MINUTE

9   AGO -- ESTROGEN IS A FEMALE HORMONE; RIGHT?

10  A.   YES, SIR.

11  Q.   -- AND THAT THE ESTROGEN LEVELS WERE AFFECTED SOMEHOW, AND

12  THAT'S WHAT ACCOUNTED FOR THE INCREASE IN ATHERO IN FEMALES;

13  RIGHT?

14  A.   YES, SIR.  THAT'S WHAT THEY SUGGESTED.

15  Q.   AND MEANWHILE, THEY ALSO MADE VERY CLEAR, IN CONTRAST TO

16  YOUR TESTIMONY ON TUESDAY, THAT THERE WAS NO DIFFERENCE AT ALL

17  IN THE ATHERO FOR THE MEN; RIGHT?

18  A.   YES, SIR.  AND IT WAS NOT IN CONTRAST TO MY TESTIMONY,

19  BECAUSE I MADE NO STATEMENTS ABOUT THAT UNTIL YOU ASKED ME AT

20  THE END OF --

21  Q.   UNTIL I ASKED YOU, AND THEN YOU MADE SOME --

22  A.   -- AT THE END OF A VERY LONG DAY, AND I WAS NOT ABLE TO

23  INTERPRET THOSE GRAPHS AT THAT TIME.

24  Q.   ARE YOU RESTED ENOUGH TODAY TO GIVE GOOD TESTIMONY?

25  A.   YES, SIR.  AND I AGREED WITH YOU AT THAT TIME.

DAILY COPY

1           BUT THE ANALOGY IS LIKE PENICILLIN KILLS STREP

2   BACTERIA --

3   Q.   PLEASE STOP.

4           **THE COURT:**  WAIT JUST A MOMENT.  IF YOU'RE

5   EXPLAINING, YOU CAN DO SO.  LET'S NOT GET INTO ANOTHER AREA,

6   BUT IF YOU NEED TO EXPLAIN, I'LL LET YOU DO THAT.

7           **THE WITNESS:**

8               YES, SIR.  IT'S PERFECTLY ANALOGOUS.  IT'S LIKE

9   PENICILLIN KILLS SOME BACTERIA, STREPTOCOCCAL BACTERIA, BUT IT

10  DOESN'T KILL ALL BACTERIA.  THAT DOESN'T MEAN THAT

11  STREPTOCOCCUS IS NOT AN ANTIBIOTIC; IT JUST DOESN'T KILL ALL

12  BACTERIA.

13              THESE STUDIES ARE NO DIFFERENT THAN THAT KIND OF

14  ANALOGY.  IT'S A DIFFERENT MODEL AND SHOWS DIFFERENT RESULTS.

15  IT'S PERFECTLY REASONABLE.

16  **BY MR. BECK:**

17  Q.   ARE YOU DONE?

18  A.   FOR THE MOMENT.

19  Q.   THE NEXT ARTICLE IS FITZGERALD.  THAT WAS AN EDITORIAL

20  RATHER THAN AN ACTUAL STUDY; RIGHT?

21  A.   YES, SIR.

22  Q.   AND IT DID NOT PROVIDE ANY ORIGINAL DATA, DID IT?

23  A.   THAT'S CORRECT.

24  Q.   AND IT DID NOT HAVE ANY DISCUSSION AT ALL, OR FINDING, OF

25  WHETHER VIOXX COULD CAUSE ATHERO, DID IT?

1    **A.**   I'D HAVE TO REREAD THE WHOLE THING.  IF YOU REPRESENT

2    THAT, I WON'T ARGUE WITH YOU.

3    **Q.**   WELL, I WILL REPRESENT THAT.  NOW, DO YOU REMEMBER THAT

4    THE ARTICLE DID, HOWEVER, DISCUSS THE PROPER RISK-BENEFIT

5    ANALYSIS CONCERNING VIOXX FOR THE PERIOD THAT VIOXX WAS ON THE

6    MARKET, ALL THE WAY UP UNTIL THE APPROVE DATA CAME OUT AND

7    MERCK DECIDED TO TAKE VIOXX OFF THE MARKET?  DO YOU REMEMBER

8    THE ARTICLE DISCUSSING THAT?

9    **A.**   YOU WOULD HAVE TO SHOW IT TO ME, SIR.

10   **Q.**   OKAY.  WELL, DO YOU SEE HERE WHERE, IN THIS EDITORIAL,

11   FITZGERALD SAYS, "BEFORE THE RESULTS OF THE APPROVE STUDY WERE

12   RELEASED" -- AND THAT WAS IN SEPTEMBER OF 2004.  DO YOU

13   REMEMBER THAT?

14   **A.**   YES, SIR.

15   **Q.**   SO BEFORE SEPTEMBER 2004, WHICH ALSO HAPPENED TO BE WHEN

16   MR. BARNETT STOPPED TAKING VIOXX; RIGHT?

17   **A.**   YES, SIR.

18   **Q.**   "BEFORE SEPTEMBER 2004, THE SCIENTIFIC EVIDENCE OF

19   GASTROINTESTINAL BENEFIT FROM COXIBS IN THE VIGOR AND TARGET

20   TRIALS" -- "VIGOR" REFERS TO VIOXX; RIGHT?

21   **A.**   YES, SIR.

22   **Q.**   -- "APPEARED TO OUTWEIGH THE EVIDENCE OF CARDIOVASCULAR

23   RISK."

24            DO YOU SEE THAT CONCLUSION FROM DR. FITZGERALD?

25   **A.**   YES, SIR.  CAN YOU TELL ME THE DATE OF THAT ARTICLE?

DAILY COPY

1  Q.   SURE.  IT'S THE ONE YOU RELIED ON, AND IT IS DATED
2  OCTOBER 2004.
3  A.   SO THAT'S TWO YEARS AGO?
4  Q.   RIGHT.
5  A.   YES, SIR.
6  Q.   AND THE ONE YOU RELIED ON.  DO YOU REMEMBER THAT?
7  A.   YES, SIR.
8  Q.   THEN THE NEXT ONE THAT YOU RELIED ON WAS THE FRIES
9  ARTICLE; CORRECT?
10  A.   YES, SIR.
11  Q.   AND THIS ONE, I BELIEVE, IS FROM 2005; RIGHT?
12  A.   YES, SIR.
13  Q.   AND AGAIN, THE FRIES ARTICLE IS ONE OF THESE REVIEW
14  ARTICLES RATHER THAN THE ACTUAL STUDY; RIGHT?
15  A.   YES, SIR.
16  Q.   AND IT PROVIDES NO ORIGINAL DATA; CORRECT?
17  A.   CORRECT.
18  Q.   AND IT DOES NOT HAVE ANY DISCUSSION OR FINDING THAT VIOXX
19  SOMEHOW CAUSES ATHERO; CORRECT?
20  A.   NOT ORIGINAL ARTICLES; THAT IS CORRECT.
21  Q.   AND THEN THE NEXT ONE THAT YOU DISCUSSED WAS --
22  A.   DO YOU NOT WANT TO PULL SOMETHING OUT OF THIS AND SHOW ME?
23  Q.   NO, SIR.  I ASKED WHETHER IT HAD ANY ORIGINAL DATA AND
24  WHETHER IT HAD ANY DISCUSSION OF VIOXX CAUSING ATHERO, AND YOU
25  SAID NO.

1  **A.**   CAN YOU LEAVE THAT UP JUST FOR A MOMENT.  (WITNESS

2  REVIEWING SCREEN).

3  **Q.**   CAN I MOVE ON TO YOUR NEXT ARTICLE NOW?

4  **A.**   JUST A MOMENT.  YES, SIR, I'D LIKE TO READ THE ABSTRACT

5  FROM THIS ARTICLE.

6  **Q.**   THEN WHEN MR. ROBINSON GETS A CHANCE TO ASK YOU QUESTIONS,

7  HE KNOWS TO ASK YOU TO DO THAT.

8           **THE COURT:**  WELL, THAT'S FAIR.  I'LL ALLOW THAT.

9           **MR. ROBINSON:**  YOU'LL ALLOW ME TO --

10          **MR. BECK:**  ALLOW WHAT?

11          **THE COURT:**  YOU CAN ALLOW HIM TO GO -- WHEN YOU GET

12  HIM ON REDIRECT.

13          **MR. BECK:**  SURE.

14  **BY MR. BECK:**

15  **Q.**   WELL, I DON'T CARE.  WE'LL DO IT NOW.  WHAT DO YOU WANT TO

16  READ?

17  **A.**   IF YOU COULD SHOW --

18  **Q.**   WHAT DO YOU WANT TO READ?

19  **A.**   I AM TRYING TO BE POLITE HERE, SIR.  IF YOU WOULD JUST

20  SHOW THE ABSTRACT, FIRST THE LEFT SIDE.  OKAY.  BLOW UP THE

21  WHOLE THING.

22  **Q.**   YOU WANT THE LEFT SIDE FIRST?

23  **A.**   WELL, YOU CAN BLOW UP THE WHOLE THING AND -- AND LET'S

24  JUST READ WHAT IT SAYS HERE.  "ALL COXIBS, COX-2 INHIBITORS,

25  DEPRESS COX-2 DEPENDENT PROSTACYCLIN" --

```
 1   Q.   WHERE ARE YOU AT?  WHERE ARE YOU READING FROM?
 2   A.   MIDWAY DOWN ON THE RIGHT-HAND SIDE.
 3   Q.   YOU MEAN --
 4   A.   RIGHT THERE.  "ALL COXIBS" --
 5   Q.   WELL, LET'S START AT THE BEGINNING.
 6   A.   OKAY.  SURE.
 7   Q.   "SELECTIVE INHIBITORS OF COX-2" -- THE COXIBS -- "WERE
 8   DEVELOPED TO INHIBIT INFLAMMATORY PROSTAGLANDINS DERIVED FROM
 9   COX-2 WHILE SPARING GASTROPROTECTIVE PROSTAGLANDINS PRIMARILY
10   FORMED BY COX-1."  AND YOU AGREE WITH THAT?  THAT'S WHAT THEY
11   WERE --
12   A.   YES, SIR.  YOU'RE READING VERY WELL.
13   Q.   THANK YOU.  "HOWEVER, COX-2 DERIVED PROSTAGLANDINS MEDIATE
14   NOT ONLY PAIN AND INFLAMMATION BUT ALSO AFFECT VASCULAR
15   FUNCTION, THE REGULATION OF HEMOSTASIS, THROMBOSIS, AND
16   BLOOD-PRESSURE CONTROL.  ALL COXIBS DEPRESS COX-2 DEPENDENT
17   PROSTACYCLIN, BIOSYNTHESIS WITHOUT EFFECTIVE SUPPRESSION OF
18   PLATELET COX-1 DERIVED THROMBOXANE, UNLIKE ASPIRIN OR
19   TRADITIONAL NSAIDS, WHICH INHIBIT BOTH COX-1 AND COX-2."
20   RIGHT?
21   A.   YES, SIR.
22   Q.   "THE ACTIONS OF PROSTACYCLIN OPPOSE MEDIATORS, WHICH
23   STIMULATE PLATELETS, ELEVATE BLOOD PRESSURE, AND ACCELERATE
24   ATHEROGENESIS, INCLUDING THROMBOXANE, IMPEDE STRUCTURALLY
25   DISTINCT INHIBITORS OF COX-2, HAVE INCREASED THE LIKELIHOOD OF
```

1   HYPERTENSION, MYOCARDIAL INFARCTION, AND STROKE IN CONTROLLED

2   CLINICAL TRIALS."

3   A.   THAT'S EXACTLY MY POINT, SIR.

4   Q.   "THE DETECTION OF THESE EVENTS IN PATIENTS IS RELATED TO

5   THE DURATION OF EXPOSURE AND TO THEIR BASELINE RISK OF

6   CARDIOVASCULAR DISEASE.  THUS, COXIBS SHOULD BE WITHHELD FROM

7   PATIENTS WITH PREEXISTING CARDIOVASCULAR RISK FACTORS, AND

8   EXPOSED PATIENTS AT LOW CARDIOVASCULAR BASELINE RISK SHOULD BE

9   MONITORED FOR CHANGES IN THEIR RISK FACTOR PROFILE, SUCH AS

10  INCREASES IN ARTERIAL BLOOD PRESSURE."  RIGHT?

11  A.   I REST MY CASE.

12  Q.   THE -- YOU'VE GOT A CASE TO REST?

13  A.   WELL, FROM THIS PARTICULAR DISCUSSION, SIR.

14  Q.   DO YOU REMEMBER, INCIDENTALLY, THAT, IN 2004, DR. MIKOLA

15  ADVISED MR. BARNETT THAT THE NSAID THAT HE WAS USING -- THAT HE

16  SHOULD USE ANY NSAID SPARINGLY?  DO YOU REMEMBER THAT?

17          MR. ROBINSON:  YOUR HONOR, I OBJECT.  THAT MISSTATES.

18  IT'S DR. KARAVAN.

19          MR. BECK:  I'M SORRY.  DR. KARAVAN.

20          MR. ROBINSON:  HE'S GOT THE WRONG YEAR AND THE WRONG

21  DOCTOR.

22          THE COURT:  ALL RIGHT.  LET'S RESTATE THE QUESTION.

23          MR. BECK:  WHICH YEAR WAS IT?

24          MR. ROBINSON:  2005.  DECEMBER 2005.

25  BY MR. BECK:

DAILY COPY

1   **Q.**   DO YOU REMEMBER WHAT MR. ROBINSON SAID?

2   **A.**   2005.

3   **Q.**   KARAVAN.

4   **A.**   YES.

5   **Q.**   AND YET MR. BARNETT KEPT TAKING THEM EVERY DAY; RIGHT?

6   **A.**   YES.  BECAUSE HE HAD BACK AND NECK PAIN.

7   **Q.**   BECAUSE THE BENEFITS OF THAT PAIN MEDICATION OUTWEIGHED

8   THE RISKS THAT THE DOCTOR TOLD HIM ABOUT CONCERNING

9   CARDIOVASCULAR PROBLEMS; RIGHT?

10  **A.**   WHICH NSAID ARE YOU TALKING ABOUT?

11  **Q.**   I THINK IN 2005 THAT WOULD HAVE BEEN MOBIC.

12  **A.**   YES, SIR.

13  **Q.**   AND THAT'S ONE THAT CARRIES THE GREAT, BIG, HAIRY

14  BLACK-BOX WARNING SAYING THAT MOBIC CAN CAUSE, LIKE ALL NSAIDS,

15  HYPERTENSION AND HEART ATTACKS; RIGHT?

16  **A.**   YES, SIR.  AND THAT "BIG BLACK-BOX HAIRY WARNING," OR

17  WHATEVER YOUR WORDS WERE, SIR, WERE PUT ON ALL OF THE NSAIDS BY

18  THE FDA BECAUSE THEY SAW THE RISK WITH THE COX-2 INHIBITORS,

19  HAD NO DATA ON THE NSAIDS, BUT YET WANTED TO COVER THE

20  WATERFRONT.  AND THEY HAD NO DATA FROM PROSPECTIVE RANDOMIZED

21  TRIALS BY WHICH THEY COULD MAKE THAT STATEMENT.

22          SO THAT IS A VERY MISLEADING QUOTE.

23  **Q.**   I DIDN'T QUOTE ANYTHING.

24  **A.**   I THOUGHT YOU JUST QUOTED WHAT THE FDA SAID.

25  **Q.**   NO.  I ASKED YOU WHETHER MOBIC HAD A LABEL WARNING AND THE

1   LABEL ON MOBIC SAYS THAT IT CAN CAUSE HIGH BLOOD PRESSURE AND

2   HEART ATTACKS?

3   A.   YES, SIR.  AND I'LL SHOW YOU AN ARTICLE --

4   Q.   ARE YOU SAYING THAT THE LABEL IS MISLEADING?

5   A.   NO, SIR.  I SAID THAT YOUR INTERPRETATION OF THE LABEL TO

6   THE JURY IS MISLEADING.

7   Q.   I DIDN'T INTERPRET THE LABEL.  I ASKED YOU WHETHER THE

8   LABEL SAID THAT MOBIC, THE MEDICINE THAT HE WAS ON, BASICALLY,

9   FROM 2004, SEPTEMBER OF 2004, ALL THE WAY UP TO SHORTLY BEFORE

10  THIS TRIAL, ACTUALLY HAS A WARNING ON IT TODAY THAT SAYS THAT

11  MOBIC CAN CAUSE HYPERTENSION AND HEART ATTACKS.  THAT'S ALL I

12  ASKED.

13  A.   YES, SIR.  AND I EXPLAINED TO YOU THE REASONS THAT THE FDA

14  DID THAT.  BECAUSE THEY SAW THE HARM WITH COX-2, AND THEY SAID,

15  EVEN THOUGH WE HAVE NO DATA ON THE OTHER NSAIDS, WE FEEL THE

16  SAFETY ASPECT IS TO JUST INCLUDE THEM ALL.  AND THEY STATE VERY

17  SPECIFICALLY THAT THEY HAVE NO PROSPECTIVE CONTROL DATA TO

18  INCRIMINATE THE OTHER NSAIDS, BUT WE'RE GOING TO INCLUDE THEM

19  AS WELL.

20          AND I WILL SHOW YOU AN ARTICLE -- EXCUSE ME.

21  Q.   WHAT DID YOU THINK I WAS MISLEADING ABOUT, SIR?

22  A.   I WILL SHOW YOU AN ARTICLE THAT DEMONSTRATES MOBIC, IN

23  PATIENTS WITH WHAT'S CALLED ACUTE CORONARY SYNDROMES, IS

24  ACTUALLY BENEFICIAL, NOT HARMFUL, DESPITE THIS LABEL.

25  Q.   SO YOU THINK THE LABEL IS WRONG?

1    **A.**   I -- I THINK THE LABEL WAS DONE TO COVER THE FDA AND BE

2    CERTAIN THAT THEY COULD WARN ALL POPULATIONS THAT THERE MAY BE

3    HARM WITH NSAIDS, EVEN THOUGH THERE WERE NO DATA TO SUPPORT

4    THAT AT THAT TIME; AND THEY SO STATED.

5    **Q.**   NOW, FELDENE WAS ANOTHER MEDICINE THAT MR. BARNETT TOOK

6    FOR 15 OR 17 YEARS BEFORE HE EVER LAID EYES ON VIOXX; RIGHT?

7    **A.**   YES, SIR.

8    **Q.**   AND TODAY, DOES FELDENE HAVE ONE OF THOSE GREAT, BIG,

9    HAIRY WARNINGS THAT SAYS FELDENE MAY CAUSE HYPERTENSION,

10   ATHEROSCLEROSIS, AND HEART ATTACKS?

11   **A.**   INDEED, FELDENE HAS ONE OF THOSE BIG HAIRY WARNINGS.  AND

12   IT'S FOR THE SAME REASON:  THERE ARE NO CONTROLLED TRIALS TO

13   DEMONSTRATE THAT FELDENE CAUSES ANY CARDIOVASCULAR SIDE

14   EFFECTS, DESPITE WHAT THE FDA HAS SAID IN THAT LABEL, SIR.

15   **Q.**   THE FELDENE MANUFACTURER NEVER DID THE KIND OF TRIALS THAT

16   WOULD SHOW ONE WAY OR ANOTHER; RIGHT?

17   **A.**   THAT'S RIGHT.  BUT THERE ARE --

18   **Q.**   THAT'S WHAT PFIZER --

19   **A.**   -- OBSERVATIONAL TRIALS, ADMITTEDLY NOT THE GOLD STANDARD,

20   THAT SHOW -- AND, ACTUALLY, THERE IS A PROSPECTIVE RANDOMIZED

21   TRIAL, I BELIEVE, FELDENE AGAINST NAPROXEN, SHOWING THE SAME

22   EFFECT.  YET THEY ALL HAVE THAT BLACK LABEL.

23         THE FDA DID IT BECAUSE THEY SAW THE PROBLEMS WITH THE

24   COX-2 AND THEY SAID WE'RE GOING TO INCLUDE ALL THE NSAIDS IN

25   THAT JUST TO BE SAFE.  AND THERE ARE NO DATA.

1 **Q.**   NOW, KOBAYASHI IS THE NEXT ONE.  KOBAYASHI, THIS OTHER

2 ARTICLE THAT YOU RELIED ON, IT DID NOT INVOLVE VIOXX OR ANY

3 OTHER COX-2 INHIBITOR; CORRECT?

4 **A.**   THAT IS CORRECT.

5 **Q.**   AND IT DIDN'T INVOLVE ANY OTHER NSAID; RIGHT?

6 **A.**   THAT IS CORRECT.

7 **Q.**   AND AGAIN, THIS INVOLVED GENETICALLY ALTERED MICE; RIGHT?

8 **A.**   THAT'S CORRECT.

9 **Q.**   AND IT WAS 100 PERCENT REDUCTION IN THEIR PROSTACYCLIN

10 BECAUSE IT WAS THE KNOCKOUT MICE; RIGHT?

11 **A.**   ABSOLUTELY.  AND IT ESTABLISHES PROOF OF CONCEPT, WHICH

12 WAS MY POINT WHEN I PRESENTED THE STUDY.

13 **Q.**   AND VIOXX DOES NOT KNOCK OUT 100 PERCENT OF THE

14 PROSTACYCLIN.  YOU ADMITTED THAT ON TUESDAY; RIGHT?

15 **A.**   ABSOLUTELY.

16 **Q.**   NOW, WHILE THE KOBAYASHI ARTICLE THAT YOU RELIED ON DOES

17 NOT ACTUALLY INVOLVE VIOXX, DO YOU REMEMBER WHETHER IT CITED

18 ANY OTHER STUDY THAT DID INVOLVE VIOXX?

19 **A.**   YOU NEED TO BE MORE CLEAR IN WHAT YOU'RE ASKING ME.

20 **Q.**   OKAY.  MAYBE I SHOULD GIVE YOU A COPY OF THIS.  WE MARKED

21 FOR IDENTIFICATION PURPOSES THE KOBAYASHI ARTICLE AS

22 DEFENDANT'S EXHIBIT 3044.

23          NOW, OVER ON PAGE 2 OF THIS ARTICLE, DO YOU SEE HERE

24 WHERE THE AUTHORS OF KOBAYASHI REFER TO ONE STUDY "EXAMINING

25 THE EFFECT OF ROFECOXIB" -- THAT WOULD BE VIOXX; CORRECT?

1    **A.**   YES, SIR.

2    **Q.**   IN THESE GENETICALLY ALTERED MICE.  "DETECTED A SMALL BUT

3    SIGNIFICANT SUPPRESSION IN THE DEVELOPMENT OF ATHEROSCLEROSIS."

4    DO YOU SEE THAT?

5    **A.**   YES, SIR.

6    **Q.**   SO THE ARTICLE THAT YOU RELIED ON THAT DOES NOT ITSELF

7    STUDY VIOXX CITES ANOTHER ARTICLE AND STUDY WHERE THE STUDY

8    CONCLUDED THAT VIOXX ACTUALLY HELD DOWN ATHERO; RIGHT?

9    **A.**   ABSOLUTELY.  AND THAT'S THE SAME LDL RECEPTOR KNOCKOUT

10   MOUSE THAT YOU TALKED ABOUT IN THE EGAN ARTICLE.  AND IT'S

11   PERHAPS THAT THAT LDL RECEPTOR KNOCKOUT MOUSE IS AN

12   INAPPROPRIATE MODEL TO STUDY THIS MECHANISM.

13          I HAVE NO PROBLEMS WITH THIS STUDY, SIR, AND IT'S NOT

14   INCONSISTENT WITH WHAT I'M TALKING ABOUT.

15   **Q.**   AND YOU SAY THAT THIS IS A LDL RECEPTOR MICE IN THE WRONG

16   MODEL?

17   **A.**   I SAID IN THIS PARTICULAR -- OR THE REFERENCE 15, WHICH IS

18   WHAT THEY ARE REFERRING TO -- AND I DON'T KNOW WHAT REFERENCE

19   15 IS, SO I WOULD NEED TO SEE IS THE STUDY.  BUT IT COULD BE

20   THAT IN THAT -- WELL, THAT'S THE ONE BY BURLEIGH, YEAH, RIGHT.

21          THERE ARE STUDIES, SIR, THAT ABSOLUTELY SUPPORT WHAT

22   YOU'RE SAYING:  THAT COX-2 INHIBITION, DEPENDING ON THE ANIMAL

23   MODEL, MAY NOT SUPPRESS -- OR NOT ACCELERATE ATHEROSCLEROSIS

24   AND, ON OCCASION, HAS SUPPRESSED IT.

25          OATES HIMSELF, WHO IS ONE OF THE LEADERS IN THIS

1  AREA, PUBLISHED SUCH AN ARTICLE.  YOU DON'T CITE THAT ONE, BUT
2  THAT'S ONE IN YOUR FAVOR.
3  **Q.**  OH, I'M GOING TO GET TO THAT ONE.  THAT WAS ONE THAT YOU
4  DIDN'T CITE.
5  **A.**  THAT'S RIGHT.
6  **Q.**  YES.  THE ONE THAT'S IN MY FAVOR IS THE ONE THAT YOU
7  DIDN'T CITE.
8  **A.**  I JUST DID IT -- I JUST DID IT NOW.
9  **Q.**  YOU DIDN'T ON DIRECT EXAMINATION AND YOU DIDN'T IN THE
10  REPORT THAT YOU FILED IN THIS CASE, DIDN'T YOU, SIR?
11  **A.**  BUT I JUST GAVE IT TO YOU NOW, BEFORE YOU SAID IT TO ME.
12  **Q.**  DO YOU THINK THAT FILING A WRITTEN REPORT THAT LEAVES OUT
13  ALL OF THE STUDIES THAT SAY THAT VIOXX HOLDS DOWN ATHERO IS
14  CONSISTENT WITH THE ETHICS REQUIREMENT THAT YOU SHOULD BE FAIR,
15  THOROUGH, AND OBJECTIVE?
16  **A.**  SIR, IF I CITED ALL THOSE ARTICLES, I WOULD HAVE HAD A
17  THOUSAND-PAGE REPORT.
18  **Q.**  IF YOU CITED THE ARTICLES THAT WERE IN FAVOR OF VIOXX
19  INSTEAD OF JUST THE ONES OPPOSED, YOUR REPORT WOULD HAVE BEEN A
20  THOUSAND PAGES; IS THAT RIGHT?
21  **A.**  WELL, IT WOULD HAVE BEEN A LOT LONGER THAN WHAT IT WAS
22  TODAY.
23  **Q.**  DO YOU THINK THAT LEAVING OUT ALL THE ARTICLES THAT
24  FAVORED VIOXX IS BALANCED?
25  **A.**  SIR --

1   **Q.**   DO YOU THINK THAT LEAVING OUT THE ARTICLES THAT FAVORED

2   VIOXX IS RECOGNIZING AND READILY ADMITTING WHERE DOUBT EXISTS?

3   **A.**   CERTAINLY, SIR.  I CITE THE OATES ARTICLE IN MY REPORT, IF

4   YOU READ MY REPORT, AND CITE THAT ARTICLE AND SEVERAL OTHERS

5   THAT WERE IN FAVOR OF YOUR POSITION.

6            I DID NOT CITE THEM ALL.  I COULD NOT DO IT ALL.  MY

7   REPORT -- I DON'T KNOW HOW MANY HOURS THAT THAT REPORT TOOK.

8   IT'S 45 PAGES, SINGLE-SPACED, THAT COVER MY CREDENTIALS, THAT

9   COVER THE ENTIRE CASE OF MR. GERALD BARNETT, THAT COVER THE

10  CLINICAL STUDIES, THAT COVER THE ANIMAL STUDIES.  AND THERE IS

11  NO WAY THAT I COULD HAVE CITED EVERYTHING, PARTICULARLY IN THE

12  TIME CONSTRAINT THAT I HAD.

13           BUT I DON'T DISAGREE WITH YOU THAT THERE ARE ARTICLES

14  THAT FAVOR YOUR POSITION.  THAT DOESN'T CHANGE THE

15  INTERPRETATION OF WHAT I'M SAYING ONE IOTA.

16           **THE COURT:**  DOCTOR, WE'VE GOT TO GET THROUGH WITH

17  THIS TESTIMONY, SO LISTEN TO HIS QUESTIONS AND JUST RESPOND TO

18  HIS QUESTIONS.

19           **THE WITNESS:**  I'M SORRY, SIR.

20  **BY MR. BECK:**

21  **Q.**   THE REFERENCE HERE IS REFERENCE 15 OR FOOTNOTE 15; RIGHT?

22  THE ARTICLE, THE STUDY THAT YOU SAID USES THIS LDL RECEPTOR

23  MOUSE, THAT'S REFERENCE 15?

24  **A.**   YES, SIR.

25  **Q.**   AND YOU SAID THAT THERE IS SOME OTHER KIND OF MICE THAT

1    YOU THINK ARE BETTER?  DID YOU SAY APOE?  IS THAT RIGHT?

2    **A.**   YEAH.  AND NOT ALL OF THE STUDIES SUPPORT COX-2 IS HARMFUL

3    IN APOE.

4    **Q.**   OKAY.  WE'LL GET TO ONE OF THOSE.  SO, THEN, IF WE GO OVER

5    TO PAGE 10.

6    **A.**   OF WHAT?

7    **Q.**   OF THE ARTICLE THAT WE'RE IN NOW.

8    **A.**   YES.

9    **Q.**   THERE WE CAN SEE THE PAGE --

10   **A.**   PAGE 10?  I DON'T HAVE A PAGE 10 ON THIS ARTICLE.

11   **Q.**   OH, I'M SORRY.  IT'S PAGE 793.  IT'S THE TENTH PAGE OF

12   THIS DOCUMENT.  IT'S THE ONE WHERE THE FOOTNOTES ARE.

13   **A.**   YES.  THANK YOU.

14   **Q.**   AND THEN THIS IS 15.  THAT'S BURLEIGH, WHICH YOU REFERRED

15   TO A MINUTE AGO; RIGHT?

16   **A.**   YES, SIR.

17   **Q.**   AND WE'LL -- AS I SAID, WE'LL COME BACK TO BURLEIGH IN A

18   BIT.  I WANT TO CONTINUE ON WITH THE ONES THAT YOU DID CITE AND

19   RELY ON.

20           GROSSER IS NEXT.  WAS THAT ANOTHER REVIEW ARTICLE

21   RATHER THAN ORIGINAL STUDY?

22   **A.**   IT WAS.  IT REAFFIRMS THE FITZGERALD POSITION.

23   **Q.**   AND AGAIN, IT WAS TALKING ABOUT THESE RECEPTOR KNOCKOUT

24   MICE STUDIES; RIGHT?

25   **A.**   YES, SIR.  AND IF YOU'RE GOING TO USE THAT, WE SHOULD PLAY

1    THAT ABSTRACT, SHOW THAT ABSTRACT AS WELL.

2    **Q.**   YOU KNOW WHAT?  THAT ONE I AM GOING TO LEAVE TO

3    MR. ROBINSON.  I WANT TO --

4            **MR. ROBINSON:**  I PROMISE YOU I WILL PUT THAT UP.

5            **THE COURT:**  JUST A MOMENT.  YOU'VE GOT

6    CROSS-EXAMINATION.  DO IT THE WAY YOU WANT.

7    **BY MR. BECK:**

8    **Q.**   THEN ROTT IS NEXT; CORRECT?

9    **A.**   YES, SIR.

10   **Q.**   THAT, AGAIN, DID NOT INVOLVE VIOXX; RIGHT?

11   **A.**   IT INVOLVED A COX-2 INHIBITOR CALLED MF-TRICYCLIC, WHICH

12   IS VIRTUALLY IDENTICAL TO VIOXX.

13   **Q.**   DO YOU AGREE, SIR, THAT THIS STUDY WITH MF-TRICYCLIC DOES

14   NOT NECESSARILY MEAN THAT A COX-2 INHIBITOR WOULD ACCELERATE

15   THE PROGRESSION OF EXISTING ATHEROSCLEROSIS?

16   **A.**   WE'RE TALKING ABOUT EPSTEIN'S MODEL?

17   **Q.**   YES.  EPSTEIN -- WE -- THIS IS CALLED "ROTT," BUT

18   DR. EPSTEIN IS ONE OF THE AUTHORS; RIGHT?

19   **A.**   IT TALKS ABOUT THE INITIATION OF ATHEROSCLEROSIS AND THE

20   INCREASED VIRAL LOAD IN THOSE APOE KNOCKOUT MICE.

21           AND FROM EPSTEIN'S DEPOSITION, I BELIEVE I REMEMBER

22   THAT MERCK DID NOT WANT TO GIVE THEM -- GIVE HIM VIOXX AND GAVE

23   HIM --

24   **Q.**   MY QUESTION, SIR, WAS:  DO YOU AGREE THAT THIS STUDY DOES

25   NOT MEAN THAT ANY COX-2 INHIBITOR WOULD ACCELERATE THE

1    PROGRESSION OF EXISTING ATHEROSCLEROSIS?

2    **A.**   THIS ONE SHOWED THE INITIATION OF ATHEROSCLEROSIS.

3    **Q.**   DO YOU AGREE THAT THIS STUDY DOES NOT NECESSARILY MEAN

4    THAT ANY COX-2 INHIBITOR WOULD ACCELERATE THE PROGRESSION OF

5    ATHERO THAT ALREADY EXISTS?

6    **A.**   IT MEANS THAT MF-TRICYCLIC, IN THIS ANIMAL MODEL, DID NOT

7    ACCELERATE ATHEROSCLEROSIS.

8    **Q.**   LET'S SEE WHAT DR. EPSTEIN SAID, WHETHER HE HAD TROUBLE

9    WITH THAT QUESTION.

10             (WHEREUPON, THE FOLLOWING VIDEO EXCERPT OF

11   DR. EPSTEIN, WAS PLAYED.)

12             "Q.   JUST BECAUSE, IN YOUR STUDY, THERE WAS A FINDING

13             IN MICE, AFTER THREE WEEKS OF DOSING, THAT MF-TRICYCLIC

14             INCREASED THE SIZE OF THE ATHEROSCLEROTIC PLAQUE DOESN'T

15             MEAN THAT MF-TRICYCLIC, OR ANY OTHER COX-2 INHIBITOR FOR

16             THAT MATTER, NECESSARILY ACCELERATES THE PROGRESSION OF

17             EXISTING ATHEROSCLEROSIS?

18             "A.   THAT'S CORRECT."

19             (WHEREUPON, THE VIDEO PLAYBACK ENDED.)

20             **THE WITNESS:**   THAT'S EXACTLY WHAT I SAID.

21   BY MR. BECK:

22   **Q.**   RUDIC WAS THE LAST OF THE EIGHT, THE -- THIS, AGAIN, WAS

23   NOT A VIOXX STUDY; RIGHT?

24   **A.**   NO.   IT WAS IP DELETION, OR NIMESULIDE, WHICH IS A COX-2

25   INHIBITOR.

1    **Q.**   AND "IP DELETION" MEANS THE GENETIC ALTERING OF THE MICE

2    TO KNOCK OUT THE RECEPTORS; RIGHT?

3    **A.**   THAT IS CORRECT.

4    **Q.**   AND THEN SOME OF THE MICE HAD THEIR RECEPTORS KNOCKED OUT;

5    RIGHT?

6    **A.**   THAT IS CORRECT.

7    **Q.**   AND SOME OF THE MICE USED THIS OTHER COX-2 INHIBITOR --

8    HOW DO YOU PRONOUNCE THAT?

9    **A.**   NIMESULIDE.

10   **Q.**   AND NIMESULIDE WAS NEVER FOR SALE IN THE UNITED STATES,

11   WAS IT.

12   **A.**   NO.  IT'S A COX-2 INHIBITOR, HOWEVER.

13   **Q.**   AND THIS STUDY DID NOT MEASURE ATHEROSCLEROSIS, DID IT?

14   **A.**   NO.  IT WASN'T LOOKING AT THAT.  IT WAS LOOKING AT INTIMAL

15   HYPERPLASIA IN CAROTID TRANSPLANT ARTERIES.

16   **Q.**   NOW, LET'S GO BACK TO THE -- TO BURLEIGH, AND LET ME HAND

17   YOU WHAT WE MARKED FOR IDENTIFICATION AS DEFENDANT'S EXHIBIT --

18   OOPS, I GOT THE WRONG ONE HERE.  I'M SORRY.

19         **MR. BECK:**  CAN I GET THAT BACK, GAYLYN?

20   **BY MR. BECK:**

21   **Q.**   HERE WE GO.  WE'VE MARKED FOR IDENTIFICATION PURPOSES ONE

22   OF THE BURLEIGH ARTICLES AS DEFENDANT'S EXHIBIT 608.

23         OKAY.  HERE WE ARE.  AND THIS WAS PUBLISHED IN THE

24   JOURNAL CALLED *CIRCULATION* IN 2002; CORRECT?

25   **A.**   YES, SIR.

1  Q.   AND I WANT TO WALK THROUGH SOME OF THE INFORMATION IN THIS
2  ARTICLE.
3         IN THE ABSTRACT, IN THE BACKGROUND, YOU SEE WHERE THE
4  BURLEIGH ARTICLE SAYS, "ATHEROSCLEROSIS HAS FEATURES OF AN
5  INFLAMMATORY DISEASE."  YOU SEE THAT?
6  A.   I DO, SIR.
7  Q.   AND THEN IT GOES ON TO SAY, "BECAUSE COX-2" -- AND HERE
8  THEY'RE TALKING ABOUT THE ENZYME, NOT -- NOT MEDICINE; RIGHT?
9  A.   THAT'S CORRECT.
10 Q.   "BECAUSE THE COX-2 ENZYME IS EXPRESSED IN ATHEROSCLEROTIC
11 LESIONS AND PROMOTES INFLAMMATION, WE TESTED THE HYPOTHESIS
12 THAT SELECTIVE COX-2 INHIBITION WOULD REDUCE EARLY LESION
13 FORMATION IN LDL RECEPTOR DEFICIENT MICE."  THOSE ARE THE KIND
14 OF MICE THAT WE TALKED ABOUT; RIGHT?
15 A.   THAT'S RIGHT.  THE ONES THAT MAY BE INAPPROPRIATE IN SOME
16 OF THESE STUDIES.
17 Q.   "AND THAT MICROPHAGE COX-2 EXPRESSION CONTRIBUTES TO
18 ATHEROGENESIS IN LDLR MICE."
19         SO THE THEORY HERE -- TELL ME IF I'VE GOT THIS
20 RIGHT -- WAS THAT ATHEROSCLEROSIS IS ASSOCIATED WITH
21 INFLAMMATION, AND COX-2 INHIBITORS FIGHT INFLAMMATION, SO MAYBE
22 COX-2 INHIBITORS WOULD ACTUALLY BE GOOD AT FIGHTING AGAINST
23 ATHEROSCLEROSIS.  THAT WAS THE THEORY; RIGHT?
24 A.   THAT'S EXACTLY RIGHT.  AND THAT'S BASICALLY WHAT OATES
25 SUBSEQUENTLY SHOWS, AND I'M SURE YOU'LL SHOW ME THAT.

1    **Q.**   I PROBABLY WILL.

2    **A.**   I DON'T HAVE ANY ARGUMENT WITH THAT.

3    **Q.**   AND THEN IN "METHODS AND RESULTS," TREATMENT OF MALE LDLR

4    MICE FED THE WESTERN DIET" -- THAT'S CHEESEBURGERS; RIGHT?

5    **A.**   I DON'T KNOW WHAT YOU EAT, SIR, BUT I DON'T.

6    **Q.**   WELL, WHEN THEY CALL IT "THE WESTERN DIET," THEY MEAN

7    CHEESEBURGERS.  THEY MEAN HIGH-CHOLESTEROL; RIGHT?

8    **A.**   I ASSUME SO.

9    **Q.**   OKAY.  WELL, YOU KNOW THAT'S WHAT THEY MEAN.  I MEAN, THE

10   WHOLE POINT IS THAT THEY ARE GIVING THE MICE HIGH CHOLESTEROL.

11          ALL RIGHT.  SO TREATMENT OF THE MALE MICE ON THE

12   WESTERN DIET WITH -- ROFECOXIB BEING VIOXX; RIGHT?

13   **A.**   YES, SIR.

14   **Q.**   OR THIS OTHER THING, "FOR SIX WEEKS RESULTED IN

15   SIGNIFICANT REDUCTIONS IN ATHEROSCLEROSIS IN THE PROXIMAL

16   AORTA."  THAT'S A CORONARY ARTERY, ISN'T IT?

17   **A.**   NO, SIR.

18   **Q.**   NO.  IT'S THE -- IT'S SOMETHING DIFFERENT.  IT'S THE

19   PROXIMAL AORTA.

20   **A.**   YES, SIR.

21   **Q.**   AND IN THE AORTA -- HOW DO YOU PRONOUNCE THIS?  EN FACE?

22   **A.**   I THOUGHT YOU WERE TALKING ABOUT THE INDOMETHACIN.  YES,

23   EN FACE.

24   **Q.**   SO, IN THE AORTAS, IT WAS -- VIOXX RESULTED IN A

25   SIGNIFICANT REDUCTION IN ATHEROSCLEROSIS; CORRECT?

1  **A.**   YES, SIR.

2  **Q.**   AND THEN YOU GO OVER TO THE -- I THINK IT'S THE LAST PAGE

3  OF THE ARTICLE -- AND IS THERE -- THE VERY LAST PAGE IN THE

4  CONCLUSION, THAT "THESE RESULTS DEMONSTRATE THE POTENTIAL OF

5  COX-1 INHIBITORS IN THE TREATMENT OF ATHEROSCLEROSIS AND

6  SUPPORT THE POTENTIAL OF ANTI-INFLAMMATORY APPROACHES TO THE

7  PREVENTION OF CORONARY HEART DISEASE."  IS THAT THE CONCLUSION

8  OF AT LEAST THIS STUDY?

9  **A.**   YES, SIR.  TWO COMMENTS:  ONE IS THAT SEVERAL STUDIES HAVE

10  SUGGESTED THAT THE EARLY STAGE OF ATHEROSCLEROSIS MAY INVOLVE

11  INFLAMMATION AND THAT SUPPRESSION OF THE INFLAMMATION MAY BE

12  BENEFICIAL.

13          I DON'T ARGUE THAT.  THE OATES STUDY SUPPORTS THAT AS

14  WELL.  BUT LONG-TERM ADMINISTRATION, PARTICULARLY WHEN

15  ATHEROSCLEROSIS IS ALREADY PRESENT, PRODUCES HARM.

16          THE SECOND CONCEPT IS THAT THIS STUDY WAS PUBLISHED

17  IN 2002, WHICH MEANS IT WAS WRITTEN OR DONE IN 2001, WHICH IS

18  FIVE YEARS AGO; AND OUR CONCEPTS AND THE PUBLICATIONS HAVE

19  CHANGED A LOT IN THOSE FIVE YEARS.

20  **Q.**   I WANT TO SHOW YOU ANOTHER BURLEIGH ARTICLE, AND I

21  APOLOGIZE THAT I DON'T HAVE COPIES HANDY.  I COULD PUT IT UP ON

22  THE SCREEN.

23          THIS WAS AN ARTICLE FROM THE JOURNAL *CIRCULATION*.  AS

24  YOU CAN SEE, IT'S FROM THE YEAR 2000, SO WE KNOW THE DATE.  IN

25  BIG WHITE LETTERS -- OR NUMBERS; RIGHT?

1  **A.**   I SEE THAT.  AND IT'S ALSO AN ABSTRACT, WHICH UNDERGOES

2  VERY DIFFERENT PEER REVIEW THAN A FULL-FLEDGED ARTICLE.

3  **Q.**   OKAY.  HERE IS THE ONLY THING I WANT TO DISCUSS WITH YOU

4  ABOUT THIS.  YOU SAID THAT THE MICE MODEL USED IN SOME OF THE

5  ONES THAT WE TALK ABOUT, THE LDL-SOMETHING RECEPTOR, YOU

6  LIKE -- YOU THOUGHT THE APOE MOUSE MODEL MIGHT BE MORE

7  APPROPRIATE?

8  **A.**   I SAID THAT, IN SOME OF THE STUDIES, IT HAS BEEN, YES.

9  **Q.**   NOW, LET'S SEE IF I CAN FIND IT HERE.  OKAY.  AND SO YOU

10  POINTED OUT THIS IS AN ABSTRACT, AND JUST -- I THINK THAT YOU

11  AND I UNDERSTAND WHAT THAT MEANS, BUT FOR THE BENEFIT OF THE

12  JURY, SOMETIMES IS IT THE CASE THAT PEOPLE DO A STUDY, AND

13  BEFORE THEY'VE HAD TIME TO WRITE IT UP IN TERMS OF A FULL-BLOWN

14  ARTICLE THAT MIGHT BE EIGHT, TEN, 15 PAGES LONG, THEY'LL SET

15  FORTH THE RESULTS IN AN ABSTRACT THAT'S BASICALLY ONE-PAGE LONG

16  THAT GIVES THE CORE DATA AND FINDINGS THAT THEY HAVE COME UP

17  WITH?

18  **A.**   THAT'S RIGHT.  BUT WHAT YOU HAVE TO THEN GO ON TO ADD --

19  **Q.**   WELL, I AM GOING TO GO ON AND ADD THAT THE PEER-REVIEW

20  PROCESS IS MORE EXACTING AND THOROUGH FOR A FULL-BLOWN ARTICLE

21  THAN IT IS FOR THE ONE-PAGE ABSTRACT THAT'S KIND OF THE "COMING

22  ATTRACTIONS" PIECE; RIGHT?

23  **A.**   THAT'S RIGHT.

24  **Q.**   OKAY.

25  **A.**   I REVIEW BOTH ABSTRACTS AND THE FULL-LENGTH ARTICLES, AND

1    THE REVIEW PROCESS IS VERY DIFFERENT.

2    **Q.**    OKAY.  SO RECOGNIZING THAT THERE IS A DIFFERENT REVIEW

3    PROCESS, DO YOU SEE HERE ON PAGE 2 WE'VE GOT THE BURLEIGH

4    ABSTRACT; RIGHT?

5    **A.**    YES, SIR.

6    **Q.**    AND THE TITLE OF THE BURLEIGH ABSTRACT IS, "INHIBITION OF

7    COX-2 DECREASES ATHEROSCLEROTIC LESION FORMATION IN APOE

8    DEFICIENT MICE."  RIGHT?

9    **A.**    YES, SIR.

10   **Q.**    AND SO, AGAIN, RECOGNIZING IT'S AN ABSTRACT AND THE REVIEW

11   PROCESS IS NOT THE SAME, BURLEIGH HAD A STUDY -- NOT ONLY DID

12   HE HAVE A STUDY OF THE LDL MICE, BUT HE HAD A STUDY OF THE KIND

13   OF MICE THAT YOU THOUGHT WOULD BE MORE APPROPRIATE, AND IN BOTH

14   OF THEM HE FOUND THAT INHIBITING COX-2 ACTUALLY REDUCED

15   ATHEROSCLEROSIS.  RIGHT?

16   **A.**    WHICH IS PERFECTLY FINE BECAUSE THEY ARE STUDYING THE

17   EARLY ONSET.  THIS IS THE ONE THAT JOHN OATES -- THE STUDY FROM

18   VANDERBILT THAT I TALKED ABOUT.  AND IT COULD BE THAT THE VERY

19   EARLY ASPECTS OF --

20   **Q.**    JOHN OATES --

21   **A.**    -- ATHEROSCLEROSIS MAY BE PREVENTED BY COX-2 INHIBITION,

22   AND THAT'S OKAY.  WE STILL GO BACK TO THE CLINICAL TRIALS AND

23   THE VOTE FROM THE ADVISORY COMMITTEE THAT SUMMARIZES ALL OF

24   THIS TO IMPLICATE COX-2 INHIBITION IN CARDIOVASCULAR SIDE

25   EFFECTS.

1    Q.   I'M GOING TO HAND YOU WHAT WE'VE MARKED FOR IDENTIFICATION

2    PURPOSES AS DEFENDANT'S EXHIBIT 3008.  IS THIS STILL ANOTHER

3    PIECE BY BURLEIGH?

4    A.   YES, SIR.

5    Q.   AND THIS ONE IS PUBLISHED IN 2005; IS THAT RIGHT?

6    A.   I'M LOOKING FOR THE DATE.  YES, SIR.

7    Q.   OKAY.  SO THIS IS A 2005 ARTICLE.  AND THIS IS, I GUESS --

8    LOOKS LIKE IT'S AN ORIGINAL ARTICLE RATHER THAN JUST AN

9    ABSTRACT; RIGHT?

10   A.   YES, SIR.  THIS -- I WOULD HAVE TO LOOK AT IT CLOSELY.

11   THIS MAY BE THE FULL ARTICLE OF THE ABSTRACT THAT YOU SHOWED ME

12   EARLIER.  I'D HAVE TO CHECK.

13   Q.   WELL --

14   A.   IF SO, YOU'RE DOUBLE-DIPPING WITH TWO ARTICLES THAT ARE

15   REALLY THE SAME.

16   Q.   WELL, THIS ONE HAS BEEN THROUGH PEER REVIEW; RIGHT?

17   A.   RIGHT.  BUT YOU SHOWED ME THE ABSTRACT TO MAKE THE POINT,

18   AND NOW YOU'RE SHOWING ME THE FULL PAPER TO MAKE THE POINT.

19   Q.   YEAH.  BUT THIS ONE HAS BEEN PEER-REVIEWED AND YOU SAID

20   IT'S A LOT DIFFERENT.

21   A.   BUT IT'S THE SAME -- THE SAME POINT.

22   Q.   WELL, YOU AGREE WITH ME, SIR, THAT -- MAYBE WE CAN CUT

23   THIS SHORT.  DO YOU AGREE WITH ME, SIR, THAT THE 2005 FULL

24   ARTICLE AFTER PEER REVIEW MAKES EXACTLY THE SAME POINT THAT THE

25   EARLIER ABSTRACT DID, AND THAT IS THAT COX-2 INHIBITORS THEY

1    FOUND IN THE APOE MICE, THAT YOU SAID WAS THE BETTER MODEL,

2    REDUCED ATHEROSCLEROSIS?

3    A.    FIRST OF ALL, I DIDN'T SAY IT WAS "A BETTER MODEL."  I

4    SAID IT WAS "PERHAPS A BETTER MODEL," NUMBER ONE.

5    Q.    AS AMENDED.  DO YOU AGREE, SIR --

6    A.    AND --

7    Q.    -- THAT THE FULL-BLOWN ARTICLE THAT WENT THROUGH PEER

8    REVIEW AND WAS PUBLISHED IN 2005 MAKES EXACTLY THE SAME POINT

9    THAT THE ABSTRACT DID; AND THAT IS THAT COX-2 INHIBITORS USED

10   WITH THE APOE MICE MODEL, THAT PERHAPS IS A BETTER ONE, SHOWED

11   A REDUCTION IN ATHEROSCLEROSIS?

12   A.    IN THE EARLY LESION FORMATION, YES, SIR.

13            COULD YOU REMIND ME WHAT THE DATE OF THE ABSTRACT

14   WAS?  IS THAT '04?

15   Q.    NO.  THAT WAS '00.

16   A.    '00.  SO IF THIS IS THE SAME THING -- AND I DON'T KNOW

17   THAT IT IS -- THEN THE PUBLICATION IN '05 MAY REFLECT STUDIES

18   DONE IN 1999.

19   Q.    OKAY.  ANYTHING ELSE YOU WANT TO SAY?

20   A.    I'M FINE.

21   Q.    I WANT TO STAY ON THE -- WELL, LET ME ASK:  DO YOU KNOW

22   SOMEONE NAMED PHILIP ANTHONY?

23   A.    NO, SIR.

24   Q.    YOU WEREN'T TALKING TO HIM RIGHT BEFORE YOU TESTIFIED ON

25   TUESDAY?

1    **A.**   IF I DID, I DIDN'T KNOW HIS NAME.

2    **Q.**   ALL RIGHT.  WELL, LET ME PUT UP A PICTURE AND SEE YOU KNOW

3    HIM BY SOME OTHER NAME.

4              **MR. ROBINSON:**  YOUR HONOR, MAY WE APPROACH THE BENCH.

5              **THE COURT:**  YES.

6              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

7    THE BENCH.)

8              **MR. ROBINSON:**  YOUR HONOR, NUMBER ONE, PHIL ANTHONY

9    IS A JURY CONSULTANT THAT WE'RE USING HERE.  I CAN REPRESENT TO

10   THE COURT THAT HE DIDN'T TRAIN WITH DR. ZIPES OR DO ANYTHING

11   LIKE THAT.  IF HE WAS SITTING IN THE HALL TALKING, HE DOESN'T

12   EVEN KNOW.

13              I REALLY THINK THIS IS A CHEAP SHOT, YOUR HONOR.

14   IT'S NOT PROPER CROSS, IT REALLY ISN'T.  I DIDN'T DO ANYTHING

15   WITH THEIR JURY CONSULTANT.  I WOULD NEVER DO THAT.  THERE HAS

16   GOT TO BE SOME --

17              **MR. BECK:**  YOUR HONOR, I'M GOING TO SHOW HIM THE

18   PICTURE, AND IF HE KNOWS HIM BY A DIFFERENT NAME, I'M GOING TO

19   ASK QUESTIONS.  IF DOESN'T --

20              **THE COURT:**  THIS IS CROSS-EXAMINATION.  I'LL LET YOU

21   GO INTO IT ON REDIRECT.

22              **MR. ROBINSON:**  OKAY.

23              **THE COURT:**  I OVERRULE THE OBJECTION.)

24              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

25   OPEN COURT.)

1    BY MR. BECK:

2    Q.    NOW, DO YOU RECOGNIZE THIS GUY?

3    A.    I DON'T THINK SO.

4    Q.    WHAT?

5    A.    I DON'T THINK SO.

6    Q.    SO YOU NEVER MET HIM?

7    A.    I DON'T THINK SO.

8    Q.    OKAY.  I WANT TO STAY ON THE GENERAL SUBJECT OF WHETHER

9    VIOXX CONTRIBUTES TO ATHEROSCLEROSIS BUT MOVE NOW FROM MICE

10   STUDIES TO STUDIES OF PEOPLE.  OKAY?

11   A.    YES, SIR.

12   Q.    AND WOULD YOU AGREE, SIR, THAT THERE IS NO -- THERE'S NO

13   HUMAN STUDIES MEASURING DIRECTLY WHETHER VIOXX HAS ANY EFFECT

14   ON ATHEROSCLEROSIS IN HUMAN BEINGS?

15   A.    IT'S NOT MEASURED ATHEROSCLEROSIS, BUT IT'S MEASURED THE

16   ENDPOINT OF ATHEROSCLEROSIS, WHICH IS THE HEART ATTACK.

17   Q.    AND WE'RE GOING TO GET TO THOSE.  I'M GOING TO TALK ABOUT

18   THEM.  I JUST WANT TO MAKE CLEAR THAT WE DON'T HAVE ANY HUMAN

19   STUDIES AT ALL, ON VIOXX OR ANY OTHER COX-2 INHIBITOR, SHOWING

20   WHETHER -- SHOWING DIRECTLY WHETHER IT INCREASES OR DECREASES

21   ATHERO OR LEAVES IT THE SAME.  WE DON'T HAVE THOSE THINGS LIKE

22   WE DO WITH THE MICE; RIGHT?

23   A.    WELL, I THINK JERRY BARNETT IS PROBABLY AS CLOSE AS YOU'RE

24   GOING TO COME.

25   Q.    WOULD YOU DRAW A LOT OF SCIENTIFIC CONCLUSIONS FROM ONE

1845

1    MOUSE?

2    **A.**    NOT UNLESS IT WAS A VERY GOOD MOUSE.

3    **Q.**    OKAY.  SO I GUESS YOU DO AGREE WITH ME THAT THERE ARE NO

4    SCIENTIFIC STUDIES THAT DIRECTLY MEASURE WHETHER ANY COX-2

5    INHIBITOR PROMOTES ATHEROSCLEROSIS OR SUPPRESSES

6    ATHEROSCLEROSIS OR HAS NO EFFECT; RIGHT?

7    **A.**    CLINICALLY, WE'RE TALKING ABOUT?

8    **Q.**    WE'RE TALKING ABOUT ANY KIND OF STUDIES LIKE THE MICE

9    STUDIES.  NOT TALKING ABOUT -- WE'LL GET TO THE HEART ATTACK

10   STUDIES AND THE ENDPOINT STUDIES.

11   **A.**    I THOUGHT THAT'S WHERE YOU TOLD ME WHERE YOU WERE GOING.

12   **Q.**    THERE ARE MICE STUDIES THAT DIRECTLY MEASURE

13   ATHEROSCLEROSIS IN MICE IN THESE DIFFERENT MODELS THAT EITHER

14   HAD THEIR PROSTACYCLIN RECEPTOR KNOCKED OUT OR WHO TOOK COX-2

15   INHIBITORS; RIGHT?

16   **A.**    YES, SIR.

17   **Q.**    THERE ARE NO SUCH STUDIES WITH HUMANS; RIGHT?

18   **A.**    THAT IS CORRECT.

19   **Q.**    OKAY.  IN YOUR DIRECT TESTIMONY, WHEN YOU WERE TALKING

20   ABOUT THIS SUBJECT, DO YOU REMEMBER THAT YOU RELIED ON

21   SOMETHING CALLED THE -- I THINK YOU CALLED IT "THE APPROVE

22   FOLLOW-UP DATA."

23   **A.**    YES, SIR.

24   **Q.**    AND APPROVE, JUST TO REMIND THE JURY, THAT WAS THE

25   CLINICAL TRIAL THAT THE MERCK PEOPLE DID INVOLVING PATIENTS

1  WITH COLON POLYPS; RIGHT?

2  A.   YES, SIR.

3  Q.   AND THE QUESTION THAT WAS BEING -- THE MAIN QUESTION THAT

4  WAS BEING LOOKED AT IN THAT CLINICAL TRIAL WAS WHETHER VIOXX

5  COULD HELP FIGHT COLON CANCER; RIGHT?

6  A.   YES, SIR.

7  Q.   AND THE REASON THAT THAT WAS BEING LOOKED AT WAS BECAUSE

8  SOME TYPES OF CANCER ARE ASSOCIATED WITH INFLAMMATION; RIGHT?

9  A.   YES, SIR.  THAT WAS THE PRIMARY OBJECTIVE; BUT OBVIOUSLY,

10  THE CARDIOVASCULAR ASPECTS WERE --

11  Q.   THAT'S WHAT WE'RE GOING TO TALK ABOUT, BUT I WANT TO JUST

12  GET ORIENTED ON WHAT THE STUDY WAS ABOUT.

13        SO THERE WAS A THEORY THAT BECAUSE SOME CANCERS ARE

14  ASSOCIATED WITH INFLAMMATION, THAT COX-2 INHIBITORS MIGHT END

15  UP BEING BENEFICIAL IN FIGHTING AGAINST THAT; RIGHT?

16  A.   YES, SIR.

17  Q.   AND SO THAT WAS -- THAT WAS A PURPOSE OF THE APPROVE

18  STUDY; RIGHT?

19  A.   A PURPOSE, SIR.

20  Q.   AND THEN, AS YOU SAID, OF COURSE, IN THAT STUDY, AS IN ALL

21  OF THE STUDIES THAT MERCK DID, ALL THE CLINICAL TRIALS, THEY

22  ALSO COLLECTED INFORMATION ABOUT SIDE EFFECTS; RIGHT?

23  A.   THEY DID, BUT THEY NEVER DID A CARDIOVASCULAR ENDPOINT

24  STUDY.

25  Q.   WELL, IN APPROVE, THE STUDY THAT YOU'VE RELIED ON, THEY

1  COLLECTED INFORMATION ABOUT ALL KINDS OF CARDIOVASCULAR EVENTS;

2  RIGHT?

3  **A.**   YES.

4  **Q.**   AND THEN, WITH APPROVE, THE STUDY WAS STOPPED IN

5  SEPTEMBER 2004; RIGHT?

6  **A.**   YES.

7  **Q.**   BUT THEN THE PEOPLE WHO -- THE PATIENTS WHO HAD

8  PARTICIPATED IN THE STUDY, THE DOCTORS CONTINUED TO FOLLOW THEM

9  AND MONITOR THEIR HEALTH FOR REALLY ALMOST A COUPLE YEARS

10  AFTERWARDS; RIGHT?

11  **A.**   YES.

12  **Q.**   AND THAT INFORMATION THAT'S GATHERED IN THAT TIME PERIOD

13  AFTER THEY ARE OFF VIOXX -- AND ALSO, THE PLACEBO FOLKS WERE

14  FOLLOWED, TOO; RIGHT?

15  **A.**   YES.

16  **Q.**   SO AFTER THEY STOPPED TAKING VIOXX OR STOPPED TAKING THE

17  SUGAR PILL, ALL OF THAT INFORMATION THAT'S GATHERED ABOUT THEIR

18  HEALTH, THAT'S THE FOLLOW-UP DATA THAT YOU WERE REFERRING TO;

19  CORRECT?

20  **A.**   YES.

21  **Q.**   AND IN YOUR DIRECT TESTIMONY, YOU SAID THAT, IN THE FIRST

22  SIX MONTHS WHEN PEOPLE STOPPED TAKING VIOXX, THERE WAS AN

23  INCREASE IN THE VIOXX GROUP, COMPARED TO THE PLACEBO GROUP, OF

24  SOMETHING CALLED "APTC ENDPOINT."  DO YOU REMEMBER THAT?

25  **A.**   YES, SIR.

1    **Q.**   AND AN ENDPOINT IS BASICALLY WHATEVER IT IS THAT'S BEING

2    MEASURED AND RECORDED AND LOOKED AT; RIGHT?

3    **A.**   YES, SIR.

4    **Q.**   SO YOU CAN GO LOOKING AT, YOU KNOW, DOES SOMEBODY GET

5    CANCER, DO THEY GET A HEART ATTACK, DO THEY GET HIGH BLOOD

6    PRESSURE.  ANY ONE OF THOSE THINGS COULD BE AN ENDPOINT; RIGHT?

7    **A.**   YES, SIR.

8    **Q.**   AND THEN YOU LOOKED AT -- YOU TALKED ABOUT THIS FIRST SIX

9    MONTHS FOLLOW-UP WITH APTC ENDPOINT.  WHAT DOES "APTC" STAND

10   FOR?

11   **A.**   THAT IS THE ANTI-PLATELET TRIALIST'S COLLABORATION

12   ENDPOINT.

13   **Q.**   AND YOU SAID THAT -- THIS INCREASE IN THE FIRST SIX MONTHS

14   IN THE FOLLOW-UP DATA FOR THIS APTC ENDPOINT, YOU SAID THAT

15   THAT WAS SOME INDICATION THAT VIOXX CAUSES ATHERO BECAUSE

16   PEOPLE CONTINUED TO HAVE A HIGHER APTC RATE EVEN AFTER THEY

17   STOPPED TAKING VIOXX.  IS THAT A FAIR SUMMARY?

18   **A.**   YES.

19   **Q.**   AND I THINK YOU EXPLAINED THAT YOUR POINT, OR YOUR

20   REASONING HERE, WAS THAT, IF VIOXX CAUSED PLAQUE -- AS YOU SAY

21   IT DOES -- TO BUILD UP, THEN THE PLAQUE IS NOT GOING TO GO AWAY

22   WHEN PEOPLE STOP TAKING VIOXX, AND PEOPLE WILL CONTINUE TO HAVE

23   THESE PROBLEMS EVEN AFTER THEY STOP TAKING THE DRUG; RIGHT?

24   **A.**   YES, SIR.

25   **Q.**   NOW, IN FACT, NOTWITHSTANDING WHAT YOU SAID ON DIRECT

DAILY COPY

1    EXAMINATION, YOU KNOW, DON'T YOU, DOCTOR, THAT, IN TRUTH, THE

2    APPROVE FOLLOW-UP DATA SHOWS EXACTLY THE OPPOSITE OF WHAT

3    YOU'VE CLAIMED?

4    **A.**   NOT IN THE FIRST SIX MONTHS FOR THE APTC ENDPOINT.

5    **Q.**   DOESN'T THE APPROVE DATA, WHEN YOU LOOK AT -- NOT JUST SIX

6    MONTHS, WHEN YOU LOOK AT THE CORRECT ENDPOINTS, DOESN'T THE

7    APPROVE FOLLOW-UP DATA PROVE THAT VIOXX DOES NOT CAUSE PLAQUE

8    BUILDUP?

9    **A.**   THE DATA THAT I SAW SHOWED A RELATIVE RISK EXCEEDING 3 FOR

10   THE APTC ENDPOINT IN THE FIRST SIX MONTHS.

11         THE OTHER ENDPOINTS, INDEED, WERE NOT SIGNIFICANT AND

12   NOT CONSISTENT WITH THAT, AND STATISTICAL SIGNIFICANCE PAST SIX

13   MONTHS WAS NO LONGER PRESENT.

14         **MR. BECK:**  YOUR HONOR, THIS IS GOING TO TAKE A LITTLE

15   BIT, AND IT'S --

16         **THE COURT:**  LET'S TAKE A 15-MINUTE BREAK AT THIS

17   TIME.  THE COURT WILL STAND IN RECESS.

18         **THE DEPUTY CLERK:**  EVERYONE RISE.

19         (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20         **THE DEPUTY CLERK:**  EVERYONE RISE.

21         **THE COURT:**  BE SEATED, PLEASE.

22         **MR. BECK:**  MAY I PROCEED, YOUR HONOR?

23         **THE COURT:**  YES.

24   **BY MR. BECK:**

25   **Q.**   I'M HANDING YOU WHAT WE'VE MARKED AS DEFENDANT'S

DAILY COPY

1   EXHIBIT 3528, AND DO YOU RECOGNIZE THAT PACKAGE OF INFORMATION

2   AS THE APPROVE FOLLOW-UP DATA?

3   A.   YES, SIR, I THINK SO.

4            MR. BECK:  WE OFFER DEFENDANT'S EXHIBIT 3528,

5   YOUR HONOR.

6            THE COURT:  ANY OBJECTION TO THAT?

7            MR. ROBINSON:  NO OBJECTION, YOUR HONOR.

8            THE COURT:  LET IT BE RECEIVED.

9   BY MR. BECK:

10  Q.   NOW, WHEN WE'RE TALKING ABOUT THE FOLLOW-UP DATA, DOCTOR,

11  WHAT THEY DID IS THEY FOLLOWED THE PATIENTS AND THEN THEY GAVE

12  RESULTS FOR DIFFERENT PERIODS OF TIME OF FOLLOW-UP; IS THAT

13  RIGHT?

14  A.   YES, SIR.  THAT'S HOW I UNDERSTAND IT.

15  Q.   AND, FOR EXAMPLE, THEY LOOKED AT SOMETHING THAT THEY

16  CALLED "WEEK 210."  DO YOU REMEMBER THAT?

17  A.   YES, SIR.

18  Q.   AND THAT MEANT 210 WEEKS AFTER THE BEGINNING OF THE STUDY;

19  RIGHT?

20  A.   YES, SIR.

21  Q.   SO ABOUT FOUR YEARS FROM THE BEGINNING OF THE STUDY;

22  RIGHT?

23  A.   YES.

24  Q.   AND THEN THEY ALSO LOOKED AT INFORMATION THROUGH

25  OCTOBER 31, 2005; RIGHT?

1    **A.**    I THINK THAT'S RIGHT, YES, SIR.

2    **Q.**    SO ABOUT A YEAR OR SO AFTER THE STUDY STOPPED?

3    **A.**    RIGHT.

4    **Q.**    AND THEN, ALSO, THE FINAL DATA THAT THEY LOOKED AT WAS IN

5    MARCH OF 2006; RIGHT?  SPRING OF THIS YEAR?

6    **A.**    I DON'T KNOW ALL THOSE DATES, BUT I ACCEPT WHAT YOU SAY.

7    **Q.**    OKAY.  KEEP THIS HANDY BECAUSE WE'RE GOING TO BE LOOKING

8    AT THIS, SEVERAL DIFFERENT PAGES.

9              BUT FIRST I WANT TO SHOW YOU A SLIDE THAT

10   MR. ROBINSON USED IN OPENING STATEMENT.  YOU SEE WHERE HE'S GOT

11   THE APPROVE STUDY OVER HERE, WHERE I HAVE THE ARROW?

12   **A.**    YES, SIR.

13   **Q.**    AND THEN THIS REFERS TO THE STUDY THAT PEOPLE -- WHILE

14   THEY WERE ACTUALLY TAKING THE MEDICINE; RIGHT?

15   **A.**    YES, SIR.

16   **Q.**    BUT IN TERMS OF WHAT HE POINTED OUT IN TERMS OF THE RISK

17   WHEN PEOPLE ARE TAKING THE MEDICINE IS SOMETHING CALLED

18   "CARDIAC EVENTS"; RIGHT?

19   **A.**    YES, SIR.

20   **Q.**    NOW, THE APPROVE STUDY ITSELF, DO YOU REMEMBER THAT IT

21   DEFINES CARDIAC EVENTS?

22   **A.**    YES.

23   **Q.**    AND I'LL HAND YOU A COPY OF THAT AS WELL.  WE'RE MARKING

24   THIS FOR IDENTIFICATION PURPOSES AS DEFENDANT'S EXHIBIT 686.

25             AND THEN ON PAGE 5, THERE IS A TABLE.  ALL I WANT TO

1    FOCUS ON RIGHT NOW IS WHAT'S INCLUDED IN CARDIAC EVENTS.  YOU

2    SEE THAT THE ITEMS THAT ARE INCLUDED IN CARDIAC EVENTS IN THE

3    APPROVE STUDY WERE MYOCARDIAL INFARCTION, WHICH IS A HEART

4    ATTACK; RIGHT?

5    A.   YES, SIR.

6    Q.   AND FATAL HEART ATTACK; RIGHT?

7    A.   YES.

8    Q.   SUDDEN DEATH FROM CARDIAC CAUSES; RIGHT?

9    A.   RIGHT.

10   Q.   AND THEN UNSTABLE ANGINA PECTORIS; RIGHT?

11   A.   YES, SIR.

12   Q.   SO WHAT I WOULD LIKE TO DO IS LOOK IN THE APPROVE

13   FOLLOW-UP DATA AT THE -- THAT SAME ENDPOINT OF CARDIAC EVENTS.

14   OKAY?

15   A.   YES.

16   Q.   NOW, YOU DO AGREE WITH ME, DON'T YOU, SIR, THAT CARDIAC

17   EVENTS IS, IN FACT, ONE OF THOSE ENDPOINTS THAT YOU TALKED

18   ABOUT BEFORE?

19   A.   YES.

20   Q.   SO, IN THE APPROVE FOLLOW-UP DATA, IF YOU'LL GO TO

21   PAGE 28 -- ARE YOU WITH ME?

22   A.   YES, SIR.

23   Q.   AND IS THIS FOLLOW-UP DATA FOR WEEK 210?

24   A.   THAT'S WHAT IT SAYS.

25   Q.   AND DO YOU SEE THAT IT'S GOT FOLLOW-UP DATA FOR CARDIAC

1    EVENTS, THE SAME THING THAT MR. ROBINSON POINTED TO IN OPENING
2    STATEMENT FOR THE APPROVE STUDY, WHILE PEOPLE WERE TAKING THE
3    DRUG?
4    A.   RIGHT.
5    Q.   AND DO YOU SEE, SIR, THAT FOR WEEK 210, WHICH IS FOUR
6    YEARS AFTER THE BEGINNING OF THE STUDY, THE CARDIAC EVENTS,
7    TOTAL CARDIAC EVENTS, FOR PEOPLE TAKING VIOXX 25-MILLIGRAM WERE
8    16?  DO YOU SEE THAT?
9    A.   YES, SIR.
10   Q.   AND FOR PEOPLE TAKING THE SUGAR PILL, THE TOTAL CARDIAC
11   EVENTS WAS 16; RIGHT?
12   A.   YES, SIR.
13   Q.   AND YOU CAN ALSO SEE UP HERE WHERE IT SAYS "N," THAT'S THE
14   NUMBER OF PEOPLE; RIGHT?
15   A.   CORRECT.
16   Q.   AND SO, BASICALLY, THERE WERE THE SAME NUMBER OF PEOPLE
17   TAKING BOTH THE SUGAR PILL AND VIOXX; RIGHT?
18   A.   YES.
19   Q.   AND FOUR YEARS AFTER THE BEGINNING OF THE STUDY FOR THE
20   CARDIAC EVENTS, IT WAS 16 TO 16; RIGHT?
21   A.   RIGHT.
22         **MR. ROBINSON:**  YOUR HONOR, CAN I FOR COMPLETENESS, SO
23   I DON'T HAVE TO GO BACK INTO THIS, ASK THE WITNESS TO READ THE
24   NUMBER OF EVENTS ABOVE CARDIAC EVENTS FOR VIOXX --
25         **MR. BECK:**  YOUR HONOR, THIS IS REALLY REDIRECT IF HE

1    WANTS TO DO THIS.

2              **THE COURT:**  IT IS.  I SUSTAIN THE OBJECTION.

3    **BY MR. BECK:**

4    **Q.**   OKAY.  NOW, LET'S TURN TO PAGE 54.  SO THAT'S WEEK 210.

5    EVEN-STEVEN; RIGHT?  ON CARDIAC EVENTS.

6    **A.**   CARDIAC EVENTS.

7    **Q.**   NOW, LET'S GO TO PAGE 54.  ARE YOU WITH ME ON PAGE 54?

8    **A.**   YES, SIR.

9    **Q.**   AND YOU SEE THAT THIS IS THE FOLLOW-UP THROUGH OCTOBER 31,

10   2005?

11   **A.**   RIGHT.

12   **Q.**   SO A YEAR OR SO AFTER MERCK STOPPED SELLING VIOXX; RIGHT?

13   **A.**   RIGHT.

14   **Q.**   AND CARDIAC EVENTS, THE THING THAT MR. ROBINSON PUT UP IN

15   OPENING, FOR VIOXX, BY THIS TIME THERE WERE 20; RIGHT?

16   **A.**   RIGHT.  BUT THE TOTAL NUMBER OF PATIENTS WAS DIFFERENT.

17   **Q.**   WHAT?

18   **A.**   THE TOTAL NUMBER OF PATIENTS WITH EVENTS, THAT LINE ABOVE

19   THAT.

20   **Q.**   OH, THAT'S THE THING THAT MR. ROBINSON JUST WANTED TO TALK

21   ABOUT, BUT I WANT TO TALK ABOUT CARDIAC EVENTS.  OKAY?

22              SO CARDIAC EVENTS, HEART EVENTS, ONCE AGAIN, THE

23   NUMBERS WERE EXACTLY THE SAME; RIGHT?

24   **A.**   YES, SIR.

25   **Q.**   INCIDENTALLY, THIS DIFFERENCE THAT MR. ROBINSON TOLD YOU

1   TO MENTION, FOR ALL EVENTS, IT'S NOT STATISTICALLY SIGNIFICANT,

2   IS IT?

3   **A.**   THE TOTAL NUMBER OF PATIENTS WITH EVENTS?

4   **Q.**   YES.  IT'S NOT STATISTICALLY SIGNIFICANT, IS IT?  THERE'S

5   A NUMERICAL DIFFERENCE, BUT IT'S NOT STATISTICALLY SIGNIFICANT;

6   RIGHT?

7   **A.**   FOR THE ROFECOXIB, THE 1.59 IS SIGNIFICANT.

8   **Q.**   WHEN YOU COMPARE OVER HERE TO THE PLACEBO, IT IS -- THE

9   DIFFERENCE IS NOT STATISTICALLY SIGNIFICANT, IS IT, SIR?

10  **A.**   THE 1.03, YOU'RE TALKING ABOUT?  THE 1.03 IS NOT

11  STATISTICALLY SIGNIFICANT.

12  **Q.**   ALL RIGHT.  NOW LET'S GO TO PAGE 81.  AND THIS IS AT LAST

13  DAY OF RISK.  DO YOU SEE THAT?  FOLLOW-UP DATA.

14  **A.**   YES, SIR.

15  **Q.**   AND I'LL REPRESENT TO YOU THAT THE LAST DAY THAT THEY

16  LOOKED WAS IN -- SOMETIME IN MARCH OF THIS YEAR.  OKAY?

17  **A.**   YES, SIR.

18  **Q.**   CARDIAC EVENTS, AGAIN, THE CATEGORY THAT MR. ROBINSON PUT

19  UP IN OPENING STATEMENT, AS MOST MEANINGFUL FROM APPROVE.

20  **A.**   RIGHT.

21  **Q.**   ROFECOXIB, 21; PLACEBO, 21.  CORRECT?

22  **A.**   YES, SIR.

23  **Q.**   NOW, WHEN MR. ROBINSON ASKED YOU ABOUT THE APPROVE

24  FOLLOW-UP, YOU NEVER MENTIONED ANYTHING ABOUT THE CARDIAC EVENT

25  DATA THAT SHOWS NO DIFFERENCE AT ALL BETWEEN VIOXX AND PLACEBO

1  FOR CARDIAC EVENTS IN THE THREE TIME PERIODS LOOKED AT, DID

2  YOU, SIR?

3          **MR. ROBINSON:**  YOUR HONOR, WE SAID 16 TO 16.  THAT'S

4  A MISSTATEMENT FOR THE RECORD.

5          **MR. BECK:**  YOUR HONOR, HE DIDN'T -- HE SAID 16 TO 16

6  AND CALLED IT THE APTC ENDPOINTS.

7          **THE COURT:**  YES.  BUT IT'S FOR THE JURY TO

8  UNDERSTAND.  I'LL LET HIM --

9  **BY MR. BECK:**

10 **Q.**   YOU NEVER MENTIONED --

11         **MR. BECK:**  I'M SORRY, YOUR HONOR.

12         **THE COURT:**  NO.  THAT'S IT.  IT'S OVERRULED.  GO

13 AHEAD.

14 **BY MR. BECK:**

15 **Q.**   CAN YOU ANSWER THE QUESTION?

16 **A.**   THAT'S CORRECT.

17 **Q.**   YOU NEVER MENTIONED CARDIAC EVENT DATA.

18         AND YOU, OF COURSE, HAD READ ON THE TICKER TAPE THAT

19 MR. ROBINSON HIGHLIGHTED THE CARDIAC EVENT DATA WHEN HE WAS

20 TALKING ABOUT THE APPROVE STUDY WHILE PEOPLE WERE TAKING THE

21 MEDICINE; RIGHT?

22 **A.**   YES, SIR.

23 **Q.**   AND YOU HAD SEEN HIS SLIDE, BECAUSE YOU HELPED PREPARE

24 THEM, WHERE IT HAD THE CARDIAC EVENT DATA; RIGHT?

25 **A.**   YES, SIR.

1    Q.    AND SO EVEN THOUGH YOU'RE LOOKING AT THE CARDIAC EVENT

2    DATA WHILE THE PEOPLE ARE TAKING THE MEDICINE, YOU DECIDED,

3    WHEN HE ASKED YOU ABOUT THE FOLLOW-UP DATA, TO KIND OF SWITCH

4    HORSES ONTO A DIFFERENT ENDPOINT, THE APTC; RIGHT?

5    A.    I MENTIONED THE APTC ENDPOINT, WHICH WAS PART OF THE

6    SUBMISSION BY MERCK, BECAUSE IT WAS STATISTICALLY SIGNIFICANT

7    IN THE FIRST SIX MONTHS.  YOU'RE DWELLING ON THE APPROVE

8    FOLLOW-UP.  ARE YOU GOING TO MENTION THE THAL FOLLOW-UP?

9    Q.    DO YOU THINK, SIR, THAT LEAVING OUT CARDIAC EVENTS WHEN

10   THAT'S THE THING THAT MR. ROBINSON SAID WAS MOST IMPORTANT IN

11   THE APPROVE STUDY, DO YOU THINK THAT THAT COMPORTS WITH YOUR

12   ETHICAL OBLIGATIONS AS AN EXPERT?

13   A.    I SHOULD HAVE MENTIONED THE CARDIAC EVENTS.  I THOUGHT --

14   WHEN I SAID IT WAS 16 TO 16, I MISSPOKE AND SAID IT WAS APTC.

15   I SHOULD HAVE SAID IT WAS CARDIAC.  BUT I DID MENTION THAT IT

16   WAS 16 TO 16.

17   Q.    NOW, YOU DECIDED TO TALK ABOUT APTC MAINLY; RIGHT?

18   A.    BECAUSE THAT WAS THE ONLY STATISTICALLY SIGNIFICANT VALUE

19   AT SIX MONTHS.

20   Q.    YEAH.  IN FACT, THAT'S ANOTHER WAY OF SAYING THAT YOU CAN

21   LOOK AT THIS DATA 100 DIFFERENT WAYS, AND 99 OUT OF 100 SHOW NO

22   DIFFERENCE BETWEEN VIOXX AND PLACEBO, AND 1 OUT OF 100 SHOWS A

23   DIFFERENCE AT SIX MONTHS, AND SO YOU JUMPED ON THAT ONE; RIGHT?

24   A.    SIR, THE SCIENTIFIC ADVISORY GROUP VOTED 32/ZERO LOOKING

25   AT ALL OF THE DATA --

1          **MR. BECK:**  YOUR HONOR, I WOULD REALLY ASK THAT HE

2     ANSWER THE QUESTION.

3          **THE COURT:**  JUST ANSWER THE QUESTION.  I'LL LET YOU

4     EXPLAIN IT IF YOU NEED TO, BUT JUST ANSWER THE QUESTION.

5          **THE WITNESS:**  PLEASE REPEAT THE QUESTION.

6     BY MR. BECK:

7     **Q.**   YES.  WHEN YOU SAID THAT YOU FOCUSED ON APTC FOR SIX

8     MONTHS BECAUSE IT'S THE ONLY THING THAT WAS STATISTICALLY

9     SIGNIFICANT, THAT'S ANOTHER WAY OF SAYING THAT YOU LOOK AT THIS

10    DATA, AND THEY -- AND YOU CAN CUT IT 100 DIFFERENT WAYS.  99 OF

11    IT, ON THE FOLLOW-UP DATA, SHOWED NO DIFFERENCE BETWEEN VIOXX

12    AND PLACEBO, AND ONE PIECE OF DATA SHOWED A DIFFERENCE FOR SIX

13    MONTHS AND THAT'S WHAT YOU JUMPED ON; RIGHT?

14    **A.**   THAT'S WHAT I JUMPED ON.

15    **Q.**   SO WHAT'S -- LET'S LOOK AT WHAT'S INCLUDED IN THE APTC

16    ENDPOINT THAT YOU JUMPED ON.  I'M LOOKING AT PAGE 35.  LET ME

17    MAKE SURE I HAVE THE CORRECT DOCUMENT HERE.

18          DOES THIS TELL US WHAT'S INCLUDED IN APTC, OR IS THIS

19    JUST ALL THE LISTED CATEGORIES?

20    **A.**   THIS SAYS, "SUMMARY OF CONFIRMED APTC ENDPOINTS BY TIME

21    INTERVAL."  THE PAGE THAT I WAS LOOKING AT WAS PAGE 39, WHERE

22    THE TABLE B14 SHOWS THE SUMMARY OF THE CONFIRMED APTC ENDPOINTS

23    BY TIME INTERVAL, SHOWING THE ZERO TO SIX MONTHS TO BE

24    STATISTICALLY SIGNIFICANT.

25    **Q.**   SOMEONE HAS TAKEN OVER MY COMPUTER.  TURN BACK WITH ME --

1  WE'LL GET BACK TO THESE TABLES.  TURN BACK WITH ME TO PAGE 33.

2          OKAY.  HERE WE GO.  NOW, CAN WE -- LOOKING AT THIS

3  TABLE, THE APTC ENDPOINTS THAT YOU CHOSE TO LOOK AT, THAT

4  INCLUDES ALL OF THESE THINGS LISTED OVER HERE ON THE LEFT;

5  RIGHT?

6  A.   YES.

7  Q.   SO IT INCLUDES THESE CARDIAC EVENTS THAT ARE LISTED;

8  RIGHT?

9  A.   RIGHT.

10 Q.   IT ALSO INCLUDES CEREBROVASCULAR EVENTS; RIGHT?

11 A.   YES.

12 Q.   FATAL AND NONFATAL ISCHEMIC CEREBROVASCULAR STROKE AND

13 FATAL ISCHEMIC CEREBROVASCULAR STROKE; RIGHT?

14 A.   YES.

15 Q.   AND IT ALSO INCLUDES THESE HEMORRHAGE EVENTS; RIGHT?

16 A.   IT DOES.

17 Q.   SO THAT'S BASICALLY WHAT'S INCLUDED IN APTC; RIGHT?

18 A.   YES, SIR.

19 Q.   NOW, YOU SAID THERE WAS A PAGE THAT YOU WERE LOOKING AT.

20 TELL ME WHAT THE PAGE IS SO THAT I CAN SHOW THAT TO THE JURY.

21 A.   39.

22 Q.   WHICH TABLE?

23 A.   THAT WOULD BE B14.

24 Q.   OKAY.  THE BOTTOM ONE; RIGHT?

25 A.   THIS IS KIND OF --

DAILY COPY

1   **Q.**   WELL, IT'S A LITTLE SMALL, BUT WE'LL DO THE BEST WE CAN.

2           SO THIS IS A SUMMARY OF CONFIRMED ATPC ENDPOINTS BY

3   TIME INTERVAL; RIGHT?

4   **A.**   YES.

5   **Q.**   AND SO WE'VE GOT VIOXX OVER HERE; CORRECT?

6   **A.**   YES.

7   **Q.**   AND WE'VE GOT PLACEBO OVER HERE; RIGHT?

8   **A.**   RIGHT.

9   **Q.**   I THINK I CAN MAKE -- I CAN MAKE THIS MORE READABLE.

10          **MR. ROBINSON:**  YOU CUT OFF THE RELATIVE RISKS.

11          **MR. BECK:**  YOU WANT THAT ON, FINE.  I'M TRYING TO GET

12  HIS TIME PERIODS SO PEOPLE CAN READ THEM.

13  **BY MR. BECK:**

14  **Q.**   OKAY.  SO HERE WE GO.  WE'VE GOT VIOXX ON THE LEFT, WE'VE

15  GOT PLACEBO ON THE RIGHT, AND YOU HAVE THESE APTC ENDPOINTS.

16  ZERO TO SIX MONTHS, THERE IS 11 OUT OF -- I GUESS 11 EVENTS OUT

17  OF SOMETHING CALLED -- WELL, 537 PATIENT YEARS; RIGHT?

18  **A.**   YES.

19  **Q.**   AND WHAT'S A PATIENT YEAR?

20  **A.**   ONE PATIENT FOR ONE YEAR.

21  **Q.**   SO IF THERE WERE 537 PATIENTS TAKING MEDICINE EVERY DAY

22  FOR A YEAR, THERE WERE 11 OF THESE EVENTS?

23  **A.**   RIGHT.

24  **Q.**   RIGHT?

25  **A.**   YES.

1    Q.    AND THEN WHEN YOU GET ON PLACEBO FOR THIS

2    ZERO-TO-SIX-MONTH PERIOD, THERE IS ONLY THREE OF THOSE EVENTS

3    FOR ROUGHLY THE SAME NUMBER OF PATIENT YEARS; RIGHT?

4    A.    YES.

5    Q.    AND SO THAT IS THE ONE PIECE OF DATA THAT YOU JUMPED ON TO

6    SAY THAT VIOXX CAUSES ATHEROSCLEROSIS; RIGHT?

7    A.    SIR, YOU KEEP USING THE TERM "JUMPED ON."  I USED THAT

8    PIECE OF INFORMATION BECAUSE IT WAS CONSISTENT WITH THE OUTCOME

9    FROM VIOXX AND THE FOLLOW-UP OF THAL, WHICH ARE THE ONLY TWO

10   INTENTIONS-TO-TREAT TRIALS THAT MERCK EVER DID.

11          AND I HOPE WE GET TO THE THAL DATA BECAUSE THAT SHOWS

12   THE SIGNIFICANT DIFFERENCE IN FOLLOW-UP.

13   Q.    WELL, LET'S LOOK AT THE REST OF THE CHART BEFORE WE DO

14   ANYTHING ELSE.

15   A.    WELL, WE NEED TO MENTION THAT THE RELATIVE RISK IS 3.74,

16   AND THAT'S STATISTICALLY SIGNIFICANT.

17   Q.    OKAY.  WE'LL MENTION THAT.

18          SO FOR THE SIX MONTHS, FOR APTC, IN CONTRAST TO

19   CARDIAC EVENTS, THERE IS A STATISTICALLY SIGNIFICANT

20   DIFFERENCE; RIGHT?

21   A.    YES, SIR.

22   Q.    BUT THEN WHEN YOU GO OUT PAST SIX MONTHS, IT'S, YOU KNOW,

23   7 TO 5, WHICH IS NOT STATISTICALLY SIGNIFICANT; RIGHT?

24   A.    THAT'S CORRECT, AND THAT'S WHAT I SAID.

25   Q.    AND WHEN YOU GO TO 12 TO 18 MONTHS, THERE IS NOBODY HAVING

1  THESE ATPC ENDPOINTS IN EITHER VIOXX OR PLACEBO; RIGHT?

2  **A.**   THAT'S CORRECT.

3  **Q.**   AND, OF COURSE, YOU KNOW, YOU CAN'T EVEN TALK ABOUT

4  STATISTICAL SIGNIFICANCE THERE; RIGHT?

5  **A.**   CORRECT.

6  **Q.**   BECAUSE IT'S JUST -- NOBODY IS HAVING A PROBLEM.

7         AND THEN WHEN YOU GO OUT PAST 18 MONTHS, VIOXX IS 3

8  OUT OF 358 AND PLACEBO IS 4 OUT OF 233.  SO IF YOU JUST LOOK AT

9  RELATIVE RISK, WITHOUT LOOKING AT STATISTICALLY SIGNIFICANCE,

10  THE RELATIVE RISK OF VIOXX ENDS UP BEING BETTER THAN PLACEBO;

11  RIGHT?

12  **A.**   NO.  IT'S NOT STATISTICALLY SIGNIFICANT.

13  **Q.**   RIGHT.  WELL, I SAID, IF YOU JUST LOOK AT RELATIVE RISK

14  BEFORE GETTING IT.  BUT THE -- BUT THE POINT IS THAT IT'S NOT

15  STATISTICALLY SIGNIFICANT.  THERE'S NO DIFFERENCE BETWEEN THE

16  TWO.

17  **A.**   SO YOU DON'T LOOK AT THE RELATIVE RISK.

18  **Q.**   SO -- ALL RIGHT.  YOU DO AGREE WITH ME THAT IF A RELATIVE

19  RISK IS NOT STATISTICALLY SIGNIFICANT, YOU SHOULDN'T BE LOOKING

20  AT IT?

21  **A.**   NOT NECESSARILY.  THERE ARE TIMES THAT YOU SHOULD.

22  **Q.**   WELL, IN ANY EVENT, THIS TIME, WHEN IT GOES IN VIOXX'S

23  FAVOR, YOU SHOULD NOT; RIGHT?

24  **A.**   WELL, NOT WITH SOMETHING LIKE THAT, NO.

25  **Q.**   OKAY.  THE -- NOW, WE SAW BEFORE, WITH THE CARDIAC EVENTS

1  DATA, THERE WAS NO DIFFERENCE AT ALL IN ANY TIME FRAME; RIGHT?

2  **A.**   YES.

3  **Q.**   AND NOW WE SEE THAT, WITH THE PIECE OF INFORMATION THAT

4  YOU FOCUSED ON, APTC, THE ONLY DIFFERENCE IS IN THIS FIRST SIX

5  MONTHS; RIGHT?

6  **A.**   YES, SIR.

7  **Q.**   AND DON'T YOU AGREE, SIR, THAT WHEN YOU TAKE THAT

8  INFORMATION AND FOCUS ON IT, THAT THE EVIDENCE FROM THE

9  FOLLOW-UP DATA FROM APPROVE TENDS TO SHOW THAT VIOXX DOES NOT

10  CAUSE ATHEROSCLEROSIS?

11  **A.**   OH, NO, I DON'T AGREE WITH THAT AT ALL.

12  **Q.**   WELL, LET'S FOCUS FIRST --

13  **A.**   FIRST --

14  **Q.**   LET'S FOCUS FIRST --

15          **THE COURT:**  WELL, HE WANTS TO ANSWER IT.  GO AHEAD.

16          **THE WITNESS:**  FIRST OF ALL, SIR, 078, WHICH YOU

17  HAVEN'T MENTIONED YET, DOES SHOW A SIGNIFICANT INCREASE AFTER

18  THE DRUG WAS DISCONTINUED.  YOUR STATEMENT WAS THAT VIOXX

19  DIDN'T CAUSE ATHEROSCLEROSIS, WHICH I ABSOLUTELY DISAGREE.  I

20  WILL ABSOLUTELY AGREE WITH YOU THAT, IN THE APPROVE EXTENSION

21  FOLLOW-UP, THE ONLY SIGNIFICANT AREA WAS IN THE APTC IN THE

22  FIRST SIX MONTHS.  THE POINTS YOU'VE MADE ARE ACCEPTABLE.  I

23  AGREE WITH THEM.

24  **BY MR. BECK:**

25  **Q.**   NOW, I JUST WANT TO --

1   **A.**   BUT I DISAGREE WITH YOUR CONCLUSION.

2   **Q.**   NOW, YOU'RE THE ONE WHO TALKED ABOUT THE APPROVE FOLLOW-UP

3   DATA ON DIRECT EXAMINATION AND NEVER FILED -- NEVER MENTIONED

4   078.  DO YOU REMEMBER THAT?  SO IS IT OKAY WITH YOU IF I FOCUS

5   ON WHAT YOU TALKED ABOUT DURING DIRECT EXAMINATION?

6   **A.**   IF YOU ARE GOING TO BRING IN THE ISSUE OF VIOXX HAVING AN

7   EFFECT AFTER THE DRUG HAS BEEN DISCONTINUED, THEN YOU MUST TALK

8   ABOUT 078, BECAUSE THOSE ARE THE ONLY TWO TRIALS OF THE 150-ODD

9   TRIALS THAT MERCK DID THAT HAVE AN INTENTION TO TREAT ON

10  LONG-TERM FOLLOW-UP.

11  **Q.**   WELL, I'M FOCUSING NOW ON WHAT YOU TALKED ABOUT ON DIRECT

12  EXAMINATION.

13  **A.**   I UNDERSTAND, BUT YOU'RE MAKING A POINT, AND THE POINT HAS

14  TO BE MADE --

15  **Q.**   YOU DON'T REALLY GET TO INTERPRET WHEN I'M JUST ASKING YOU

16  TO FOCUS ON THE APPROVE STUDY.  YOU'VE MADE YOUR SPEECH TWICE

17  NOW.

18       **THE COURT:**  WAIT.  LET'S PROCEED.  LISTEN TO THE

19  QUESTION, DOCTOR, AND TRY TO ANSWER THE QUESTION, PLEASE.

20       **THE WITNESS:**  YES, SIR.

21  **BY MR. BECK:**

22  **Q.**   YOU DESCRIBED EARLIER THAT YOUR -- THE THEORY BEHIND YOUR

23  USE OF THE FOLLOW-UP DATA OF APPROVE WAS THAT, IF VIOXX CAUSED

24  PLAQUE BUILDUP, THE PLAQUE BUILDUP IS NOT GOING TO GO AWAY

25  AFTER SOMEBODY STOPS TAKING VIOXX; AND THEREFORE, YOU WOULD SEE

1   A HIGHER RATE OF THESE BAD EVENTS EVEN AFTER SOMEBODY STOPPED
2   TAKING VIOXX BECAUSE THE PLAQUE WOULD STILL BE THERE.  DO YOU
3   REMEMBER THAT?
4   **A.**   YES, SIR.
5   **Q.**   AND IT'S KIND OF LIKE ONE OF THE DOCTORS SAID:  "THERE'S
6   NO DRAINO."  IF THE PLAQUE IS THERE, IT'S NOT GOING TO GO AWAY;
7   RIGHT?
8   **A.**   IN GENERAL, THERE WAS, AS I SAID, WITH SIGNIFICANT
9   REDUCTION IN LDL, WE NOW KNOW THAT IT CAN BE REVERSED.
10  **Q.**   BUT THE THOUSANDS OF PEOPLE IN THIS TRIAL, THEY WERE NOT
11  ALL TAKING HEAVY DOSES OF LIPITOR WITH SUPER LOW LEVELS OF LDL,
12  WERE THEY?
13  **A.**   I DON'T KNOW THAT.
14  **Q.**   IN ANY EVENT, THE CARDIAC EVENT DATA, THE CATEGORY THAT
15  MR. ROBINSON FOCUSED ON IN OPENING, FOR EVERY SINGLE TIME
16  PERIOD, THERE WAS NO DIFFERENCE BETWEEN VIOXX AND PLACEBO;
17  RIGHT?
18  **A.**   CORRECT.
19  **Q.**   AND THAT IS INCONSISTENT WITH YOUR THEORY THAT THE VIOXX
20  FOLKS HAD BUILT UP ALL THIS PLAQUE, AND WHEN THEY STOPPED
21  TAKING THE MEDICINE, THEY SHOULD HAVE HAD HIGHER RATES OF
22  CARDIAC EVENTS THAN THE PLACEBO PEOPLE DID.
23  **A.**   WELL, THEY MAY HAVE.  THEY CLEARLY HAD HIGHER RATES DURING
24  THE STUDY.
25  **Q.**   WELL, YOU TALK ABOUT THE FOLLOW-UP, AND YOU INDICATED THAT

1   YOUR THEORY WAS FOR USING THE FOLLOW-UP DATA WAS THAT, IF THE

2   PLAQUE IS THERE, IT'S NOT GOING AWAY.  AND SO AFTER THEY

3   STOPPED TAKING THE DRUG, IF YOU'RE RIGHT, THEN THEY SHOULD HAVE

4   HIGHER RATES OF CARDIAC EVENTS AFTER THEY TAKE THE DRUG --

5   AFTER THEY STOPPED TAKING THE DRUG?

6   **A.**   YOUR LOGIC MAY BE TRUE.  HOWEVER, I HAVE NO IDEA WHAT

7   THESE PATIENTS WERE BEING TREATED WITH.  IT COULD BE THAT THEY

8   WERE BEING TREATED WITH LIPITOR AND ASPIRIN AND ALL THE THINGS

9   THAT PREVENT THE ATHEROSCLEROTIC EVENTS.  WE HAVE NO DATA ON

10  THOSE PATIENTS AND HOW THEY WERE TREATED.  AT LEAST, I HAVE NOT

11  SEEN THOSE DATA.

12        IF, INDEED, THE DOCTORS TAKING CARE OF THEM, AS PART

13  OF THE STUDY, SAID, "VIOXX CAUSES THESE EVENTS.  I SAW THAT

14  DURING THE STUDY.  THE RELATIVE RISK IS 2.8.  I'M NOW GOING TO

15  TREAT ALL OF YOU WITH LIPITOR, ASPIRIN, ACE INHIBITORS,

16  BETA-BLOCKERS, ALL OF THE GOOD THINGS FOR ATHEROSCLEROSIS,"

17  THAT COULD SIGNIFICANTLY REDUCE FOLLOW-UP EVENTS.

18  **Q.**   YOU'RE JUST MAKING ALL OF THAT UP, AREN'T YOU?

19  **A.**   I'M TRYING TO EXPLAIN THE DATA, SIR.

20  **Q.**   WELL, BUT YOU'RE JUST MAKING UP THE EXPLANATION.  YOU'VE

21  NEVER SEEN ANYTHING PUBLISHED ANYWHERE SUGGESTING THAT THAT

22  STORY YOU JUST TOLD IS REMOTELY POSSIBLE.

23  **A.**   DO YOU HAVE ANY DATA TO SAY THAT IT'S NOT?

24  **Q.**   WE'RE GOING TO HAVE TO SWITCH SPACES IF WE DO THIS.

25        **THE COURT:**  LET'S NOT ASK QUESTIONS.  JUST ANSWER THE

1    QUESTIONS.

2    **BY MR. BECK:**

3    **Q.**    YOU AS AN EXPERT, YOU HAVE NO BASIS WHATSOEVER IN THE

4    WORLD FOR PUTTING FORTH THAT EXPLANATION OF THE DATA, DO YOU,

5    SIR?

6    **A.**    I HAVE NO EXPLANATION FOR IT.

7    **Q.**    OKAY.  SO THEN WE MOVE OFF OF CARDIAC EVENTS, THE THING

8    THAT MR. ROBINSON SAID WAS THE MOST IMPORTANT, AND WE MOVE TO

9    APTC EVENTS.  AND THAT, TOO, SHOWS YOU'RE WRONG ABOUT ATHERO;

10   RIGHT?

11   **A.**    IT SHOWS IT'S STATISTICALLY SIGNIFICANT FOR THE FIRST SIX

12   MONTHS.

13   **Q.**    WELL, BUT THERE IS NO THEORY -- THAT YOU'VE EXPLAINED,

14   ANYWAY -- OF HOW IT IS THAT VIOXX COULD CAUSE PLAQUE TO BUILD

15   UP, THAT WOULD HANG AROUND FOR SIX MONTHS, BUT THEN WOULD

16   DISAPPEAR IN MONTH 7.  THAT DOESN'T MAKE ANY SENSE, DOES IT?

17   **A.**    IF THE PATIENTS WERE TREATED AS I INDICATED, THAT COULD

18   EXPLAIN IT.

19   **Q.**    IN OTHER WORDS, YOU HAVE NO EXPLANATION WHATSOEVER FOR THE

20   FACT THAT EVEN WITH APTC ENDPOINTS, THAT YOUR THEORY IS

21   CONTRADICTED BY THE DATA FOR MONTHS 7 THROUGH 12, FOR MONTHS 12

22   THROUGH 18, AND FOR ALL EIGHT MONTHS AFTER 18.  IF YOUR THEORY

23   IS RIGHT, PEOPLE SHOULD BE HAVING MORE OF THESE APTC ENDPOINTS

24   FOR THE REST OF THEIR LIFE; RIGHT?

25   **A.**    AS THEY DID IN 078.

1    **Q.**   BUT THEY SURE DIDN'T IN THE APPROVE FOLLOW-UP DATA THAT

2    YOU CHOSE TO TALK ABOUT ON DIRECT EXAMINATION; CORRECT?

3    **A.**   THAT IS CORRECT.

4    **Q.**   LET'S MOVE NOW TO THE ALZHEIMER'S STUDIES.  YOU TESTIFIED

5    THAT YOU RELIED ON THE ALZHEIMER'S TRIALS ALSO?

6    **A.**   YES.

7    **Q.**   AND THESE WERE CLINICAL TRIALS CONDUCTED BY MERCK,

8    BASICALLY, TO SEE IF VIOXX MIGHT HELP FIGHT ALZHEIMER'S; RIGHT?

9    **A.**   YES.

10   **Q.**   LET ME SHOW YOU WHAT MR. ROBINSON SAID ABOUT THOSE TRIALS

11   IN HIS OPENING STATEMENT.

12        OH, I'M SORRY.  FIRST WE'RE LOOKING AT OUR OLD FRIEND

13   THE CHART THAT HAD THE CARDIAC EVENTS, BUT DO YOU SEE HERE FOR

14   THE ALZHEIMER'S TRIALS, 078, WHICH YOU MENTIONED, HE DIDN'T

15   HAVE A BOX FOR ANY OF THE INFORMATION FOR ANY OF THE THREE

16   ALZHEIMER'S TRIALS.  YOU SEE THAT?

17   **A.**   I SEE THAT.

18        **MR. ROBINSON:**  YOUR HONOR.  CAN WE PUT THAT BACK UP,

19   YOUR HONOR.  I WANT TO --

20        **THE COURT:**  WELL, THAT'S REDIRECT.

21        **MR. BECK:**  YOUR HONOR, CAN MR. ROBINSON JUST WAIT

22   UNTIL ITS HIS TURN?

23        **THE COURT:**  ALL RIGHT.

24   **BY MR. BECK:**

25   **Q.**   AND LET'S SEE WHAT HE SAID ABOUT THE ALZHEIMER'S DATA IN

1  OPENING STATEMENT.  WHICH, OF COURSE, YOU READ; RIGHT?

2  A.   YES, SIR.

3  Q.   DO YOU REMEMBER THAT BASICALLY WHAT HE SAID IS THE

4  ALZHEIMER'S DATA ACTUALLY COMES OUT GOOD FOR MERCK, BUT DON'T

5  PAY ATTENTION TO IT BECAUSE THE OLD FOLKS FORGOT TO TAKE THEIR

6  MEDICINE.  DO YOU REMEMBER THAT WAS THE THRUST OF HIS REMARKS

7  IN OPENING ABOUT ALZHEIMER'S?

8  A.   LET'S READ IT.  I DON'T WANT YOUR SUMMARY.

9  Q.   OKAY.  FINE.  LET'S READ IT.  "MERCK DID A LOT OF STUDIES.

10  I ALREADY MENTIONED THE FACT THAT THEY DIDN'T DO THE PRIMARY

11  ENDPOINT STUDY.  THEY DID DO THESE STUDIES.  THEY ARE GOING TO

12  TELL YOU ABOUT THE ALZHEIMER'S STUDIES."  "THEY" BEING MERCK.

13  "BUT THE ONLY THING I CAN TELL YOU ABOUT THE ALZHEIMER'S STUDY

14  IS THAT THIS IS THE ALZHEIMER STUDY.

15       I GUESS WHAT I UNDERSTAND FROM READING IT IS THAT

16  39 PERCENT OF THE PEOPLE WITH ALZHEIMER'S FORGOT TO TAKE THEIR

17  PILLS AND MISSED THEM, SO -- AND THEN YOU'RE GOING TO HEAR THAT

18  10 PERCENT IN THAT STUDY FINISHED ON THEIR MEDICATION.  SO

19  WE'LL LOOK -- WE'LL LOOK AT THAT DATA.  THEY ARE GOING TO SAY

20  THAT, THE ALZHEIMER'S STUDY, IT CAME OUT EVEN FOR THEM.  IT

21  CAME OUT ACTUALLY BETTER.  VIOXX CAME OUT BETTER THAN ONE OF

22  THESE STUDIES."

23       THAT'S WHAT HE SAID IN OPENING; RIGHT?

24  A.   YES.

25  Q.   BUT THEN, ALTHOUGH HE SAID THAT IN OPENING, WHEN YOU

1    TESTIFIED, YOU SAID THAT VIOXX CAME OUT WORSE THAN THE

2    ALZHEIMER'S STUDIES; RIGHT?

3    **A.**    YES, SIR.

4    **Q.**    AND YOU SHOWED THIS SLIDE DURING YOUR DIRECT EXAMINATION;

5    RIGHT?

6    **A.**    YES, SIR.

7    **Q.**    AND WHAT I WANT TO FOCUS ON RIGHT NOW IS JUST THE VERY

8    BOTTOM.  THE SOURCE FOR THE SLIDE THAT YOU SHOWED, THE SOURCE

9    FOR THESE NUMBERS, WAS A REPORT OF SOMEBODY NAMED RICHARD

10   KRONMAL; RIGHT?

11   **A.**    YES, SIR.

12   **Q.**    AND WHO IS RICHARD KRONMAL?

13   **A.**    HE'S A BIOSTATISTICIAN.

14   **Q.**    AND IS HE A PAID EXPERT ON BEHALF OF MR. ROBINSON?

15   **A.**    I BELIEVE SO.

16   **Q.**    BUT HE'S NOT GOING TO BE TESTIFYING IN THIS TRIAL; RIGHT?

17   **A.**    NOT TO MY KNOWLEDGE.

18   **Q.**    HAS HE BEEN DOWN HERE IN NEW ORLEANS WITH YOU AT ALL

19   DURING THE 12 DAYS THAT YOU WERE -- YOU SAID YOU WERE

20   IMPRISONED DOWN HERE?

21   **A.**    NO, SIR.

22   **Q.**    WE'LL COME BACK TO MR. KRONMAL AND YOUR SLIDE -- I GUESS

23   IT'S DR. KRONMAL.  IS THAT RIGHT?

24   **A.**    YES, SIR, IT IS.

25   **Q.**    WE'LL COME BACK TO DR. KRONMAL AND YOUR SLIDE --

1871

1   A.   HE SUBMITTED A REPORT UPON WHICH I RELIED.

2   Q.   FIRST I WANT TO FOCUS ON WHAT MR. ROBINSON WAS REFERRING

3   TO WHEN HE SAID THE ALZHEIMER'S STUDIES WERE GOOD FOR MERCK.

4          I'M HANDING YOU WHAT WE'VE MARKED FOR IDENTIFICATION

5   PURPOSES AS DEFENDANT'S EXHIBIT 667.  DO YOU RECOGNIZE THAT AS

6   ONE OF THE PUBLISHED -- THE PUBLISHED ARTICLE WITH THE RESULTS

7   OF THE ALZHEIMER'S 091 STUDY?

8   A.   I DO SEE THAT.  THE ONE I'M MOST FAMILIAR WITH IS THAL ON

9   078.

10  Q.   ON 091, THERE WERE THREE ALZHEIMER'S STUDIES; TWO OF WHICH

11  WENT ALL THE WAY TO COMPLETION, AND THEIR RESULTS WERE WRITTEN

12  UP IN PEER-REVIEW JOURNALS.  RIGHT?

13  A.   YES.

14  Q.   AND ARE YOU SAYING THAT YOU'RE NOT FAMILIAR WITH THE

15  RESULTS OF ONE OF THE -- THOSE TWO STUDIES?

16  A.   NO, I'M FAMILIAR.  I'M MORE FAMILIAR WITH THE THAL TRIAL.

17  078, WHICH WAS FAR LARGER THAN ANY OF THE OTHER TWO.

18  Q.   I PROMISE YOU I'M GOING TO TALK ABOUT THAL.  YOU'VE

19  MENTIONED IT SEVERAL TIMES NOW.  IT'S THE VERY NEXT THING IN MY

20  OUTLINE.  SO LET'S TALK FIRST ABOUT THIS STUDY, THOUGH.  OKAY?

21  A.   SURE.

22  Q.   THIS IS THE STUDY, THE REINES STUDY; RIGHT?

23  A.   YES.

24  Q.   AND THIS IS THE PROTOCOL 091.  THAT WAS ONE OF THE

25  ALZHEIMER'S STUDIES; CORRECT?

1872

1  A.   YES.

2  Q.   AND IF WE GO OVER TO PAGE 4, DOES THE REPORT ON THE 091

3  STUDY SAY THAT THERE WERE NO DRUG-RELATED DEATHS DURING THE

4  STUDY?

5  A.   THAT'S WHAT IT SAYS.

6  Q.   AND THEN IT SAYS THERE WERE SOME NONDRUG-RELATED DEATHS;

7  RIGHT?

8  A.   YES.

9  Q.   AND IT SAYS THAT THE CAUSES OF NONDRUG-RELATED DEATHS IN

10  THE VIOXX GROUP WERE PNEUMONIA, TWO CASES; ENDOCARDITIS AND

11  PNEUMONIA, VENTRICULAR FIBRILLATION, TWO CASES; ACUTE RENAL

12  FAILURE, CEREBROVASCULAR ACCIDENT, INTERSTITIAL LUNG DISEASE

13  AND PNEUMONIA, AND UNKNOWN.  RIGHT?

14  A.   IT DOES.  I WOULD ASK THAT -- THE VENTRICULAR FIBRILLATION

15  AND CERTAINLY THE CEREBROVASCULAR ACCIDENT, I WOULD LIKE TO

16  KNOW THE CIRCUMSTANCES BY WHICH THEY SAID THAT WAS NOT

17  DRUG-RELATED.

18  Q.   WELL, IN YOUR HUNDREDS OF HOURS THAT YOU WORKED ON THIS

19  CASE, POURING YOUR HEART IN THAT REPORT, DID YOU LOOK AT THE

20  CIRCUMSTANCES?

21  A.   I DID NOT IN THIS PAPER.

22  Q.   AND THEN IT GOES ON TO SAY, "THE NUMBER OF CONFIRMED

23  ADJUDICATED SERIOUS THROMBOTIC VASCULAR EVENTS DURING THE

24  12-MONTH PERIOD WAS LOWER FOR ROFECOXIB THAN PLACEBO."  YOU SEE

25  THAT?

1    **A.**   YES.

2    **Q.**   OKAY.  NOW WE'RE GOING TO TALK ABOUT THAL, YOU'LL BE HAPPY

3    TO KNOW.  I'M HANDING YOU WHAT WE'VE MARKED FOR IDENTIFICATION

4    PURPOSES AS DEFENDANT'S EXHIBIT 688.  IS THAT THE THAL ARTICLE

5    THAT YOU'VE MENTIONED SEVERAL TIMES?

6    **A.**   YES, SIR.

7    **Q.**   THAT IS THAL; RIGHT?

8    **A.**   YES.

9    **Q.**   THIS, I THINK, AS YOU'VE SAID, THIS IS 078 GROUP; RIGHT?

10   **A.**   YES.

11   **Q.**   LET'S TURN OVER TO THE EIGHTH PAGE, WHICH, I GUESS, IS

12   PAGE NUMBER 8.  ARE YOU WITH ME THERE?

13   **A.**   OH, YEAH.

14   **Q.**   THEN IN THAL -- AND NOW, THEY ARE TALKING HERE OF -- THAL

15   IS TALKING ABOUT THE -- NOT FOLLOW-UP DATA BUT THE DATA THAT

16   WAS COLLECTED WHILE THE PEOPLE WERE TAKING THE MEDICINE; RIGHT?

17   **A.**   YES, SIR.

18   **Q.**   SO WHILE PEOPLE WERE TAKING THE MEDICINE, HE STARTS OFF BY

19   SAYING, "THE NUMBER OF PATIENTS WITH CONFIRMED SERIOUS

20   THROMBOTIC VASCULAR EVENTS ON-DRUG" -- WHEN IT SAYS "ON-DRUG",

21   THAT MEANS WHILE THEY WERE TAKING THE MEDICINE; CORRECT?

22   **A.**   RIGHT.

23   **Q.**   EITHER VIOXX OR PLACEBO; RIGHT?

24   **A.**   CORRECT.

25   **Q.**   SO THE NUMBER OF PEOPLE WITH CONFIRMED SERIOUS THROMBOTIC

1    EVENTS WAS SIMILAR IN THE TWO GROUPS; RIGHT?

2    **A.**    THAT'S WHAT IT SAYS.

3    **Q.**    38 FOR VIOXX; RIGHT?

4    **A.**    YES.

5    **Q.**    36 FOR PLACEBO; CORRECT?

6    **A.**    YES.

7    **Q.**    AND THEN IT SAYS, "THERE WERE A TOTAL OF SIX PATIENTS WITH

8    CONFIRMED ISCHEMIC STROKES AND ONE WITH HEMORRHAGE STROKE IN

9    THE ROFECOXIB GROUP; RIGHT?

10   **A.**    RIGHT.

11   **Q.**    SO THAT'S SIX ISCHEMIC STROKES.  LET'S STICK WITH THAT FOR

12   A MINUTE.

13          THEN IN THE -- AND THAT'S ROFECOXIB.  BUT THEN IN THE

14   PLACEBO GROUP, THERE WERE 13 ISCHEMIC STROKES; RIGHT?

15   **A.**    YES.

16   **Q.**    ISCHEMIC, AS WE KNOW ALREADY, THAT'S RESTRICTION OF THE

17   BLOOD FLOW BECAUSE OF CONSTRICTION OR PLAQUE BUILDUP IN THE

18   ARTERIES; RIGHT?

19   **A.**    YES.

20   **Q.**    SO -- SO THESE -- AND THAT CAN RESULT IN STROKES AS WELL

21   AS HEART ATTACKS; RIGHT?

22   **A.**    RIGHT.

23   **Q.**    AND I THINK YOU'VE SAID BEFORE, YOU AGREE THAT IT IS

24   APPROPRIATE TO INCLUDE BOTH STROKES AND HEART ATTACKS WHEN

25   YOU'RE TALKING ABOUT CARDIOVASCULAR RISKS; RIGHT?

1   **A.**   CORRECT.

2   **Q.**   SO HERE, WHEN THEY LOOK FIRST AT THE THROMBOTIC VASCULAR

3   EVENTS -- "THROMBOTIC" MEANING CLOTTING -- IN THE BLOOD

4   VESSELS, THEY FOUND BASICALLY EVEN:  38 TO 36.  RIGHT?

5   **A.**   RIGHT.

6   **Q.**   AND THEN WHEN THEY LOOKED TO STROKES THAT ARE -- THAT ARE

7   RELATED TO THE SAME PROBLEM, THERE IS ACTUALLY TWICE AS MANY IN

8   THE PLACEBO GROUP AS THERE WAS IN THE VIOXX GROUP; RIGHT?

9   **A.**   THERE WAS.

10  **Q.**   AND THEN IN THE -- THEY ALSO LOOKED AT NONFATAL MYOCARDIAL

11  INFARCTIONS.  SO NONFATAL HEART ATTACKS; RIGHT?

12  **A.**   RIGHT.

13  **Q.**   AND IT WAS 13 IN THE ROFECOXIB GROUP; RIGHT?

14  **A.**   RIGHT.

15  **Q.**   VERSUS 10 IN THE PLACEBO; RIGHT?

16  **A.**   RIGHT.

17  **Q.**   AND YOU WOULD AGREE, WOULDN'T YOU, SIR, THAT THAT

18  DIFFERENCE IS NOT SIGNIFICANT?

19  **A.**   IT IS NOT HERE.  BUT THE WHOLE PURPOSE OF THE ALZHEIMER'S

20  GROUP WERE TO TAKE THE STUDIES AS A WHOLE, NOT INDIVIDUALLY.

21  AND WHEN ONE ANALYZES ALL THREE OF THE ALZHEIMER'S GROUP

22  TOGETHER, THEN ONE COMES WITH STATISTICALLY SIGNIFICANT

23  INCREASED RISK OF MYOCARDIAL INFARCTION AND SUDDEN DEATH, HEART

24  DISEASE MORTALITY, AND ALL-CAUSE MORTALITY.

25  **Q.**   THE TWO PEER-REVIEWED PUBLISHED ARTICLES SETTING FORTH THE

1   RESULTS OF 091 AND 078, BOTH SHOW, DON'T THEY, DOCTOR, THAT THE

2   PEOPLE WHO WERE TAKING VIOXX IN THESE ALZHEIMER'S CLINICAL

3   TRIALS WERE AT NO INCREASED RISK WHATSOEVER COMPARED TO THE

4   PEOPLE WHO WERE TAKING SUGAR PILLS?

5   **A.**   THAT WAS NOT THE WAY THAT MERCK HAD INTENDED TO EVALUATE

6   THE ALZHEIMER'S GROUPS.  THEY WERE INTENDED TO EVALUATE THEM IS

7   A SINGLE GROUP.  AND WHEN ONE DOES THAT, THEN MY POINTS ARE

8   WELL MADE:  THAT THERE ARE STATISTICALLY INCREASED INCIDENCE OF

9   MYOCARDIAC ENDPOINTS AND CARDIOVASCULAR MORTALITY.

10          IN ADDITION -- YOU TURNED OFF THAL, BUT I WOULD LIKE

11   TO GO TO A PARAGRAPH IN THAL AND READ IT.

12   **Q.**   GO AHEAD AND READ IT.

13   **A.**   THIS IS NOW --

14   **Q.**   BUT FIRST WILL YOU ANSWER MY QUESTION?

15   **A.**   I'M SORRY.  WHAT WAS YOUR QUESTION?

16   **Q.**   YES, I WANT YOU TO ANSWER MY QUESTION --

17   **A.**   I THOUGHT I DID.

18   **Q.**   NO, I DON'T THINK YOU DID.

19          -- AND THEN YOU CAN READ WHATEVER YOU WANT TO FROM

20   THAL.  AND MY QUESTION WAS:

21          "Q.   THE TWO PEER-REVIEWED PUBLISHED ARTICLES SETTING

22       FORTH THE TIME RESULTS OF 091 AND 078, BOTH SHOW, DON'T

23       THEY, DOCTOR, THAT THE PEOPLE WHO WERE TAKING VIOXX IN

24       THESE ALZHEIMER'S CLINICAL TRIALS WERE AT NO INCREASED

25       RISK WHATSOEVER COMPARED TO THE PEOPLE WHO WERE TAKING

1    SUGAR PILLS?"

2  **A.**    ABSOLUTELY.  BECAUSE THE STUDIES WERE TOTALLY UNDERPOWERED

3  AND HAD NO CHANCE OF SHOWING ANY ENDPOINT.  THAT WAS THE REASON

4  FOR COMBINING ALL THREE STUDIES TOGETHER SO THAT ONE COULD

5  ACHIEVE A SUFFICIENT NUMBER OF PATIENTS AND EVENTS, AND THEN

6  ONE CAN MAKE STATISTICALLY SIGNIFICANT CONCLUSIONS OF INCREASED

7  MYOCARDIAL INFARCTION AND CARDIOVASCULAR MORTALITY ASSOCIATED

8  WITH VIOXX.  KRONMAL HAS DONE THAT, THOSE STATISTICS, AND I

9  HAVE BEEN ALLOWED TO RELY ON KRONMAL AS A STATISTICIAN.

10    NOW I'D LIKE TO READ --

11  **Q.**    YOU WANT TO READ SOMETHING NOW?

12  **A.**    I'D LIKE TO READ A PARAGRAPH WHICH YOU HAVE OMITTED FROM

13  THAL.

14  **Q.**    WELL, I'M NOT DONE WITH THAL.  YOU READ WHATEVER YOU WANT.

15  **A.**    THANK YOU.  "THIS IS THE FOLLOW-UP DATA IN THAL AFTER THE

16  PATIENTS STOPPED TAKING VIOXX.  THERE WERE AN ADDITIONAL 22

17  DEATHS IN THE OFF-DRUG PERIOD:  17 ASSIGNED TO ROFECOXIB AND

18  FIVE ASSIGNED TO PLACEBO.  17 TO 5 IN THE FOLLOW-UP PERIOD.

19  **Q.**    ARE YOU STILL READING, OR ARE YOU EDITORIALIZING NOW?

20  **A.**    I WAS EDITORIALIZING.

21  **Q.**    OKAY.  WHY DON'T YOU READ IT AND THEN GIVE THE EDITORIAL

22  AT THE END OF THE ACTUAL READING.

23  **A.**    THANK YOU, MR. BECK.  I'LL DO THAT.

24  **Q.**    OKAY.

25  **A.**    "12 OF THESE, 11 IN THE ROFECOXIB GROUP AND 1 IN THE

1878

1   PLACEBO GROUP, OCCURRED MORE THAN 48 WEEKS AFTER TREATMENT

2   DISCONTINUATION.  COMPARED WITH THE ON-DRUG PERIOD, THERE WERE

3   AN ADDITIONAL FIVE PATIENTS WITH OFF-DRUG MYOCARDIAL

4   INFARCTION" -- HEART ATTACK -- "FATAL ADVERSE EVENTS, FIVE

5   ROFECOXIB, NONE PLACEBO.  AND TWO ADDITIONAL PATIENTS WITH EACH

6   OF CARDIAC ARREST:  TWO FOR ROFECOXIB AND NONE FOR PLACEBO."

7             I'LL STOP AT THAT POINT.  THANK YOU.

8   Q.   NOW, YOU SAID THAT KRONMAL COMBINED ALL OF THESE THINGS

9   AND YOU RELIED ON KRONMAL; RIGHT?

10  A.   THAT'S EXACTLY RIGHT.

11  Q.   NOW, AS WE INDICATED, HE'S NOT COMING HERE, AND SO I DON'T

12  GET TO CROSS-EXAMINE HIM IN FRONT OF THE JURY.  DO YOU KNOW IF

13  HE SUBMITTED HIS REPORT FOR PEER REVIEW BY INDEPENDENT

14  SCIENTISTS TO SEE WHETHER HE FOLLOWED SOUND METHODOLOGIES AND

15  CAME TO SENSIBLE CONCLUSIONS?

16  A.   I DO NOT.

17  Q.   WELL, YES, YOU DO.  YOU KNOW THAT HE DIDN'T SUBMIT HIS

18  REPORT FOR PEER REVIEW, DON'T YOU.

19  A.   I DON'T KNOW WHAT HE DID WITH HIS REPORT.  I KNOW THAT I

20  READ HIS REPORT.

21  Q.   WELL, YOU CERTAINLY KNOW THAT HIS REPORT HAS NEVER BEEN

22  PUBLISHED IN A PEER-REVIEW JOURNAL --

23  A.   I HAVE NOT --

24  Q.   -- INDICATING THAT INDEPENDENT SCIENTISTS HAVE CHECKED IT

25  TO SEE WHETHER IT'S LEGITIMATE; RIGHT?

1879

1   **A.**   I HAVE NOT SEEN IT PUBLISHED, BUT THE DISPARAGING REMARKS

2   ABOUT KRONMAL ARE INAPPROPRIATE.  HE IS A SUPERB

3   BIOSTATISTICIAN.

4   **Q.**   WELL, LET ME ASK:  EVEN THOUGH YOU RELY ON KRONMAL'S

5   NUMBERS, IS IT TRUE THAT YOU HAVE MADE NO EFFORT WHATSOEVER TO

6   SEE IF HIS METHODOLOGY AND CONCLUSIONS WERE SCIENTIFICALLY

7   APPROPRIATE?

8   **A.**   I CERTAINLY READ HIS REPORT.  I SAW HIS CONCLUSIONS.

9   THE -- THE DEPTH OF THE BIOSTATUS -- BIOSTATISTICS WERE NOT

10  SOMETHING THAT I COULD EVALUATE AT THAT LEVEL, SO THAT'S WHY I

11  RELIED ON A BIOSTATISTICIAN.

12          ONE OF THE POINTS THAT HE MAKES, WHICH IS -- WHICH IS

13  VERY IMPORTANT, IS THAT IN PATIENTS --

14          **MR. BECK:**  YOU KNOW, I THINK, JUDGE, HE'S ANSWERED MY

15  QUESTION NOW.  I ASKED HIM WHETHER HE HAD DONE ANYTHING TO

16  CHECK THE VALIDITY.

17          **THE COURT:**  ALL RIGHT.  I'LL SUSTAIN THAT.  LET'S

18  JUST FOCUS ON THE QUESTION, DOCTOR.  WE DO HAVE TO GET OUT OF

19  HERE.

20  **BY MR. BECK:**

21  **Q.**   YOU NEVER CHECKED TO SEE IF DR. KRONMAL'S ANALYSIS WAS

22  CORRECT; IS THAT TRUE?

23  **A.**   THAT'S TRUE.

24  **Q.**   AND, IN FACT, YOU JUST ACCEPTED ALL OF HIS INTERPRETATIONS

25  WITHOUT VERIFYING THEM YOURSELF; IS THAT RIGHT?

1    **A.**   I ACCEPTED IT FROM AN EXPERT BIOSTATISTICIAN.

2    **Q.**   AND THE TRUTH IS THAT A LOT OF WHAT HE DID TO COME UP WITH

3    THESE NUMBERS, YOU DON'T EVEN UNDERSTAND WHAT HE DID WITH THE

4    DATA; RIGHT?

5    **A.**   NO.  I UNDERSTAND IT AT A SUPERFICIAL LEVEL.  I COULD NOT

6    DO IT AT AN INDEPTH LEVEL THAT A BIOSTATISTICIAN DID.

7    **Q.**   WELL, EVEN WITH YOUR SUPERFICIAL LEVEL OF UNDERSTANDING,

8    YOU DON'T EVEN KNOW IF DR. KRONMAL LOOKED AT MORTALITY FOR THE

9    ON-DRUG PERIOD OR FOR THE FOLLOW-UP PERIOD OR BOTH; RIGHT?

10   **A.**   HE DID THE TOTAL MORTALITY AND THE HEART DISEASE MORTALITY

11   AND THE ALL-CAUSE MORTALITY.

12   **Q.**   YOUR DEPOSITION FROM JUNE, PAGE 224 -- OOPS, I'M SORRY.

13            "Q.  DO YOU KNOW ONE WAY OR ANOTHER, DR. ZIPES,

14       WHETHER DR. KRONMAL, IN HIS ANALYSIS OF MORTALITY IN THE

15       ALZHEIMER'S TRIALS, LOOKED AT THE ON-DRUG PERIOD OR

16       OFF-DRUG PERIOD OR BOTH?

17            "A.  I THINK.  I HONESTLY DON'T REMEMBER.  YOU KNOW,

18       YOU'RE ASKING ME SO MUCH ABOUT THE ALZHEIMER'S TRIALS.  I

19       DO WANT TO ADD, WHICH I HAVE IN MY REPORT, THE CHEN MEMO."

20            WAS THAT YOUR TESTIMONY THEN?

21   **A.**   IT WAS THEN.  I HAVE SINCE LEARNED THAT HE HAS.

22   **Q.**   AND YOU DON'T KNOW WHETHER, IN DR. KRONMAL'S ANALYSIS, HE

23   INCLUDED PATIENTS WHO MIGHT HAVE TAKEN VIOXX FOR LESS THAN A

24   MONTH AND THEN DIED TWO OR THREE YEARS LATER; RIGHT?

25   **A.**   TO MY KNOWLEDGE, SINCE IT WAS AN INTENTION-TO-TREAT TRIAL,

1    THAT WOULD BE THE APPROPRIATE WAY TO ANALYZE THE DATA.

2    **Q.**    SO, TO YOUR KNOWLEDGE, HE DID INCLUDE PEOPLE LIKE THAT?

3    **A.**    I BELIEVE SO.

4    **Q.**    AND EVEN WITH YOUR -- WHAT YOU CALL YOUR SUPERFICIAL

5    UNDERSTANDING, DO YOU KNOW HOW MANY OF THE DEATHS THAT OCCURRED

6    IN THE FOLLOW-UP PERIOD, WHERE -- YOU KNOW, YOU JUST READ THAT

7    FROM THAL?

8    **A.**    RIGHT.

9    **Q.**    DO YOU HAVE ANY IDEA HOW MANY OF THOSE WERE ACTUALLY

10   RELATED TO CARDIOVASCULAR EVENTS?

11   **A.**    YES.  THERE WERE FIVE MYOCARDIAL INFARCTIONS, TWO CARDIAC

12   ARRESTS.  IN VIOXX AND NONE IN PLACEBO.

13   **Q.**    YOUR SWORN TESTIMONY:

14            "Q.  DO YOU KNOW, OF THE DEATHS THAT OCCURRED

15        OFF-DRUG IN THE ALZHEIMER'S TRIALS THAT DR. KRONMAL USED

16        IN HIS ANALYSIS WHETHER -- HOW MANY OF THOSE WERE RELATED

17        TO CARDIOVASCULAR EVENTS?

18            "A.  I DON'T KNOW."

19            WAS THAT YOUR TESTIMONY?

20   **A.**    IT WAS THEN, AND I'VE LEARNED SINCE THEN WHAT THEY WERE,

21   SIR:  A PRODUCT OF ALL THE READING THAT I'VE BEEN DOING.

22   **Q.**    DO YOU KNOW WHETHER THERE WAS -- DO YOU KNOW WHETHER, FOR

23   CARDIOVASCULAR THROMBOTIC EVENTS, THERE WAS AN INCREASE IN

24   MORTALITY BETWEEN THE VIOXX FOLKS AND THE PLACEBO FOLKS?

25   **A.**    THERE IS AN INCREASE OF MYOCARDIAL INFARCTION AND SUDDEN

1882

1   DEATH WITH A RELATIVE RISK OF 1.89.  THERE IS A HEART DISEASE

2   MORTALITY WITH A RELATIVE RISK OF 4.61 AND 2.13 RELATIVE RISK

3   FOR ALL-CAUSE MORTALITY.

4   **Q.**   QUESTION IN YOUR DEPOSITION:

5        "Q.  DO YOU KNOW WHETHER FOR CARDIOVASCULAR

6        THROMBOTIC EVENTS, WHETHER THERE WAS AN INCREASED

7        MORTALITY BETWEEN VIOXX AND PLACEBO IN THE ALZHEIMER'S

8        TRIALS?

9        "A.  I DON'T KNOW."

10       IS THAT YOUR TESTIMONY?

11  **A.**   AT THAT TIME.

12  **Q.**   WHEN YOU TESTIFIED EARLIER THAT YOU AGREED THAT STROKES

13  SHOULD BE INCLUDED WHEN LOOKING AT CARDIOVASCULAR RATES --

14  RIGHT?

15  **A.**   YES.

16  **Q.**   -- DO YOU KNOW THAT DR. KRONMAL, WHEN COMING UP WITH THE

17  STATISTICS THAT YOU RELY ON, THE ONLY WAY HE COULD GET THERE IS

18  BY TAKING STROKES OUT?

19  **A.**   HE DID.

20  **Q.**   SO DR. KRONMAL, THE BIOSTATISTICIAN, WHEN HE CAME UP WITH

21  THESE NUMBERS THAT YOU RELY ON, HE PULLED OUT STROKES.  AND WE

22  KNOW THAT IF HE LEFT THE STROKES IN, THEN THE RISK OF VIOXX

23  WOULD GO WAY DOWN; RIGHT?

24  **A.**   THE PURPOSE OF THIS --

25  **Q.**   WE KNOW THAT -- AND THEN YOU CAN TALK ABOUT SOME OF THESE

1   PURPOSES.  DO WE KNOW THAT IF DR. KRONMAL HAD LEFT THE STROKES

2   IN, THAT THE NUMBERS WOULD HAVE COME OUT DIFFERENT AND THE

3   SUPPOSED RISKS OF VIOXX WOULD HAVE GONE WAY DOWN?  DO WE KNOW

4   THAT?

5   **A.**   YES.  BUT THE PURPOSE OF THIS IS THE APPLICATION OF THESE

6   DATA TO MR. GERALD BARNETT, AND THEREFORE, THE CARDIAC RISKS

7   ARE WHAT ARE MOST IMPORTANT.

8   **Q.**   HAVE YOU EVER HEARD THE SAYING THAT STATISTICS ARE LIKE

9   PRISONERS OF WAR:  IF YOU TORTURE THEM LONG ENOUGH, THEY'LL

10  TELL YOU ANYTHING YOU WANT TO HEAR?

11  **A.**   I HAVE NOT HEARD THAT.

12       **MR. BECK:**  YOUR HONOR, I'M MOVING ON TO A NEW

13  SUBJECT.  CAN WE TAKE A SHORT BREAK?

14       **THE COURT:**  YES.  SURE.  LET'S TAKE A 10-MINUTE

15  BREAK.  THE COURT WILL STAND IN RECESS.

16       **THE MARSHAL:**  ALL RISE.

17       (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

18       **THE DEPUTY CLERK:**  ALL RISE.

19       **THE COURT:**  BE SEATED, PLEASE.  YOU MAY PROCEED,

20  COUNSEL.

21       **MR. BECK:**  THANK YOU, YOUR HONOR.

22  **BY MR. BECK:**

23  **Q.**   I'M GOING TO MOVE, NOW, DR. ZIPES, TO ANOTHER SUBJECT, AND

24  THAT IS THE TESTIMONY THAT YOU GAVE ON TUESDAY CONCERNING

25  MR. BARNETT'S BLOOD PRESSURE SPIKES.  DO YOU REMEMBER THAT

1    GENERAL SUBJECT?

2    **A.**   YES.

3    **Q.**   AND YOU AND MR. ROBINSON WENT OVER THIS SLIDE THAT I'VE

4    PUT ON THE SCREEN.  DO YOU REMEMBER THAT?

5    **A.**   YES.

6    **Q.**   AND TO KIND OF RECAP, WAS YOUR BASIC POINT THAT, BEFORE HE

7    TOOK VIOXX, MR. BARNETT HAD NORMAL BLOOD PRESSURE, WITH A

8    COUPLE OF ISOLATED EXCEPTIONS.  THEN, AFTER HE TOOK VIOXX, HE

9    HAD LOTS OF BLOOD PRESSURE SPIKES, AND YOU SAY THAT WAS DUE TO

10   VIOXX.

11   **A.**   YES, SIR.

12   **Q.**   THE -- AND ON THIS SLIDE THAT YOU WENT OVER WITH

13   MR. ROBINSON THAT HE USED IN OPENING STATEMENT, THE COUPLE OF

14   EXCEPTIONS THAT ARE NOTED HERE IS THE 1995 STRESS TEST, WHERE

15   HE HAD A HIGH READING; AND THEN, IN 1997, A STRESS TEST.

16   RIGHT?

17   **A.**   RIGHT.  AND HE HAD A COUPLE OF HIGH READINGS DURING UPPER

18   RESPIRATORY INFECTIONS.

19   **Q.**   BUT THOSE AREN'T NOTED ON THIS CHART THAT YOU WENT OVER

20   WITH MR. ROBINSON, ARE THEY?

21   **A.**   THEY'RE NOT, BUT HE HAD THEM.

22   **Q.**   WELL, I KNOW HE HAD THEM.  WHY DID YOU LEAVE THEM OFF THE

23   CHART?

24   **A.**   I DON'T KNOW.

25   **Q.**   WELL, I MADE UP -- I'M GOING TO HAVE TO ASK YOU, DOCTOR,

1    THE ONLY WAY I -- I HAVE THIS BIG BOARD I WANT TO GO THROUGH

2    WITH YOU.  THE ONLY WAY THAT YOU'RE GOING TO BE ABLE TO SEE IT

3    AND THE JURY IS GOING TO BE ABLE TO SEE IT IS IF YOU STEP DOWN

4    HERE.  SO WOULD YOU BE --

5            **THE COURT:**  THAT'S OKAY, DOCTOR.  LET'S GET ONE OF

6    THOSE MICROPHONES.

7            **MR. BECK:**  DOCTOR, WOULD YOU STEP DOWN HERE.  YOU'LL

8    BE LIKE MICK JAGGER.  OKAY.  SO IF YOU'LL BEAR WITH ME.  THE

9    LOGISTICS ARE SUCH THAT I -- THIS IS THE ONLY WAY THAT

10   EVERYBODY CAN SEE.

11            MARK, YOU'RE GOING TO BE ABLE TO SEE IF YOU SIT

12   IN THE CHAIR?

13           **MR. ROBINSON:**  I'LL STAND RIGHT HERE.

14   **BY MR. BECK:**

15   **Q.**   OKAY.  I MADE UP THIS BOARD HERE, WHICH BASICALLY -- LET

16   ME GET YOU AND THE JURY ORIENTED.  DO YOU REMEMBER THAT THE

17   LAWYERS FOR THE PLAINTIFFS GAVE YOU A CHART THAT HAD A WHOLE

18   BUNCH OF BLOOD PRESSURE READINGS FROM BEFORE AND AFTER VIOXX?

19   **A.**   CORRECT.

20   **Q.**   AND WHAT I'VE DONE HERE IS I'VE TAKEN -- YOU KNOW, I THINK

21   IN YOUR REPORT, YOU LOOKED AT THAT CHART AND YOU SAID THAT,

22   BEFORE HE TOOK VIOXX, HE HAD, YOU KNOW, 42 NORMAL BLOOD

23   PRESSURE READINGS.  DO YOU REMEMBER THAT?

24   **A.**   BUT I POINTED OUT THAT HE HAD THE ELEVATED SPIKES DURING

25   RESPIRATORY INFECTIONS IN MY REPORT.

1   Q.   YEAH, I KNOW YOU DID, BUT YOU DIDN'T POINT IT OUT IN THIS

2   CHART --

3   A.   NO.  BUT IT'S IN MY REPORT.

4   Q.   RIGHT.  WELL, THEY DON'T GET YOUR REPORT.  THEY GET YOUR

5   SLIDE AND YOUR TESTIMONY.

6           MR. ROBINSON:  LET'S BE NICE HERE, YOUR HONOR.

7           THE COURT:  WAIT, WAIT.  JUST A MOMENT.

8           MR. BECK:  I'M NOT SURE ABOUT THE "BE NICE"

9   OBJECTION.

10  BY MR. BECK:

11  Q.   SO ANYWAY, THE GREEN DOTS ARE THE 42 READINGS FROM YOUR

12  CHART.  OKAY?

13  A.   OKAY.

14  Q.   AND THEN HE STARTS TAKING VIOXX IN JANUARY OF 2000; RIGHT?

15  A.   YES.

16  Q.   AND YOU'VE INDICATED ON YOUR CHART OVER THERE, I THINK

17  YOU'VE GOT SOMETHING, LIKE, 13 NORMAL READINGS.  WHEN I WENT

18  THROUGH THE CHART THAT YOU BASE THAT ON, I THINK I HAD 14.

19  BUT, BASICALLY, IT'S THE SAME STORY; RIGHT?

20  A.   OKAY.

21  Q.   AND THEN YOU PUT ON YOUR CHART THE SPIKES THAT OCCURRED

22  DURING THE VIOXX PERIOD; RIGHT?

23  A.   YES.

24  Q.   AND, AT LEAST ON THAT CHART, THE ONLY THINGS THAT WERE

25  NOTED, AND THEY WEREN'T REALLY SHOWN, WERE THE TWO STRESS TESTS

1    SPIKES; CORRECT?

2    A.    ON THAT CHART, YES.

3    Q.    I WANT TO GO THROUGH SOME OF THE INFORMATION.  I'M GOING

4    TO START WITH THE MARCH 3, 1995, STRESS TEST.  YOU SEE UP THERE

5    ON THE CHART YOU SHOWED THE JURY THERE IS A 1995 STRESS TEST OF

6    156/94?

7    A.    YES.

8    Q.    NOW, IN FACT, THAT READING WAS TAKEN BEFORE MR. BARNETT

9    DID THE STRESS TEST; RIGHT?

10   A.    YES.

11   Q.    SO THIS -- WHEN YOU HAD THIS CHART, CALLING IT A "STRESS

12   TEST READING," HE CAME IN AND HE LAID DOWN ON THE TABLE AND

13   THEY TOOK HIS BLOOD PRESSURE BEFORE HE DID THE STRESS TEST;

14   RIGHT?

15   A.    THIS IS BEFORE HE TOOK THE STRESS TEST.  I DON'T KNOW THAT

16   HE WAS LYING DOWN --

17   Q.    SUPINE?  DID YOU SEE A WORD "SUPINE" IN THE MEDICAL

18   RECORDS WHEN YOU LOOKED AT THEM?

19   A.    CLEARLY IT WAS SUPINE.  I DON'T KNOW --

20   Q.    WHAT DOES "SUPINE" MEAN?

21   A.    "SUPINE" MEANS LYING DOWN.

22   Q.    WELL, WHETHER HE'S LYING DOWN OR STANDING UP, THE THING

23   THAT YOU CALLED A STRESS TEST READING WAS BEFORE HE TOOK THE

24   STRESS TEST?

25   A.    ABSOLUTELY.  AND PATIENTS ARE STRESSED BEFORE THEY TAKE

1   THEIR STRESS TEST.  THEY ARE NERVOUS; THEY ARE UPSET; THEY ARE

2   ANXIOUS.  AND THIS IS NOT AT ALL UNUSUAL.  WE SEE THAT COMMONLY

3   IN PATIENTS BEFORE THEY EVEN START WALKING ON A TREADMILL.

4   **Q.**   AND SOMETIMES THAT'S CALLED "WHITE-COAT HYPERTENSION";

5   RIGHT?

6   **A.**   NO, IT'S NOT.  IT'S A -- IT'S IN ANTICIPATION OF WALKING

7   ON A TREADMILL.  IT'S LIKE YOUR HEART RATE IS STARTING TO RACE

8   BEFORE YOU GO DOWNHILL SKIING OR WHATEVER THE ACTIVITY IS.

9   IT'S NOT AT ALL UNUSUAL AND IT'S NOT WHITE-COAT HYPERTENSION.

10  **Q.**   WAS THERE ANOTHER READING TAKEN THE SAME DAY, BEFORE YOU

11  DID THE STRESS TEST BUT WHEN HE WAS STANDING UP, ONE THAT YOU

12  LEFT OFF OF THE SPIKE CHART?

13  **A.**   I DON'T REMEMBER.  IF YOU REPRESENT THAT IT IS, I WON'T

14  ARGUE WITH YOU.

15  **Q.**   OKAY.  AND THAT ACTUALLY -- I CAN GO THROUGH ONE BY ONE

16  AND SHOW YOU THE MEDICAL RECORDS, BUT IF YOU'LL ACCEPT THAT,

17  THIS WILL GO FASTER.

18          **MR. ROBINSON:**  FOR THE RECORD, YOUR HONOR, THIS IS

19  THE SAME DAY; RIGHT?  THE SAME TEST?

20          **MR. BECK:**  THE SAME DAY.  THE SAME DAY.

21  BY MR. BECK:

22  **Q.**   YOU HAVE SOME -- ON THE VIOXX SIDE OF THE LEDGER, YOU'VE

23  GOT TESTS FROM THE SAME DAY, DON'T YOU.

24  **A.**   ON THE VIOXX SIDE OF THE LEDGER?

25  **Q.**   YES.

1889

1    A.   YES, WE DO.

2    Q.   OKAY.  YOU'VE GOT TWO SPIKES ON SEPTEMBER 6, WHEN HE WAS

3    IN FOR HIS HEART ATTACK; RIGHT?

4    A.   RIGHT.  194 AND 189.

5    Q.   RIGHT.  AND HERE WE'VE GOT TO -- WHEN ALL HE'S DOING IS A

6    STRESS TEST, AND THEY HAVEN'T EVEN DONE IT, AND HE'S GOT 156

7    AND 168; RIGHT?

8    A.   FINE.

9    Q.   AND THEN, IN 1997, DID YOU LEAVE OFF -- YOU HAVE THE --

10   WELL, THIS STRESS TEST HERE.  THAT ALSO WAS BEFORE HE TOOK THE

11   STRESS TEST; RIGHT?

12   A.   IT WAS.

13   Q.   OKAY.  AND DID YOU KNOW THAT, IN SEPTEMBER OF '97, HE HAD

14   ANOTHER ELEVATED READING ON SEPTEMBER 22?

15   A.   AND WAS THAT DURING HIS URI?

16   Q.   IF URI IS THE SAME THING AS A COLONOSCOPY, I THINK IT IS.

17   WHAT'S AN URI?

18   A.   UPPER RESPIRATORY INFECTION.

19   Q.   NO, THAT'S NOT AN UPPER RESPIRATORY INFECTION.

20   A.   THIS WAS BEFORE HIS COLONOSCOPY.

21   Q.   YEAH.

22   A.   I DARE SAY YOUR BLOOD PRESSURE WOULD BE ELEVATED PRIOR TO

23   UNDERGOING A COLONOSCOPY.

24   Q.   I KNOW IT WOULD BE.  SORT OF LIKE IF YOU HAVE A HEART

25   ATTACK.  IT'S AUTOMATICALLY ELEVATED BECAUSE IT SCARES THE

1    LIVING BEJESUS OUT OF YOU; RIGHT?

2              **MR. ROBINSON:**  WHOA, WHOA.

3    **BY MR. BECK:**

4    **Q.**   WHOA, WHOA, WHOA.  CAN I HAVE THE ANSWER TO THAT QUESTION?

5    **A.**   I DON'T LIKE THE TERMINOLOGY, BUT YOUR BLOOD PRESSURE

6    WOULD BE ELEVATED PRIOR TO COLONOSCOPY.

7    **Q.**   YES.  AND IT WOULD BE ELEVATED IF YOU'RE IN THE HOSPITAL

8    FOR A HEART ATTACK BECAUSE YOU'RE SCARY AND ANXIOUS; RIGHT?

9    **A.**   YES, IT CERTAINLY CAN BE.

10   **Q.**   AND IT'S GOING TO BE ELEVATED IF YOU'RE IN FOR A HEART

11   ATTACK WHETHER THE HEART ATTACK HAS ANYTHING TO DO WITH VIOXX

12   OR NOT; RIGHT?

13   **A.**   YES.  BUT IT'S ELEVATED -- CAN BE ELEVATED EVEN MORE

14   BECAUSE OF THE VIOXX.

15   **Q.**   AND THERE ACTUALLY WERE THREE ON THIS DAY:  ONE WAS BEFORE

16   HE DID THE COLONOSCOPY, BUT, OF COURSE, HE'S APPREHENSIVE; AND

17   THEN TWO OF THEM AS IT'S BEING DONE.

18              THEN DID YOU LEAVE OFF A READING FROM JANUARY 25,

19   1999?  OFF OF THIS CHART.  THIS IS ONE OF THE UPPER RESPIRATORY

20   ONES.

21   **A.**   OKAY.

22   **Q.**   AND I THINK YOU -- YOUR REPORT, AT LEAST, ACKNOWLEDGED

23   THAT, IN 1999, THERE WERE THREE SEPARATE OCCASIONS WHERE HIS

24   BLOOD PRESSURE WAS TAKEN AND IT WAS ELEVATED.  DO YOU REMEMBER

25   THAT?

1   **A.**   YES.

2   **Q.**   AND WHAT YOU SAID AS TO EACH ONE OF THOSE THREE WAS THAT,

3   WELL, THAT DOESN'T REALLY COUNT BECAUSE HE HAD UPPER

4   RESPIRATORY INFECTION WHEN HE CAME IN; RIGHT?

5   **A.**   I DIDN'T SAY THAT IT DIDN'T COUNT.  I SAID THAT IT WAS

6   ASSOCIATED WITH A RESPIRATORY INFECTION, AND CERTAINLY, YOUR

7   BLOOD PRESSURE CAN BE ELEVATED DURING THAT.  AND IF YOU'RE

8   TAKING A NASAL SPRAY OR SOMETHING LIKE THAT, THAT ALL CAN

9   ELEVATE THE BLOOD PRESSURE.

10  **Q.**   AND INCIDENTALLY, I TAKE IT THAT THAT POSSIBLE

11  EXPLANATION, THAT EFFECT, DIDN'T DISAPPEAR IN JANUARY OF 2000;

12  RIGHT?

13  **A.**   WHAT EFFECT?

14  **Q.**   WELL, IF SOMEBODY HAS A HIGH BLOOD PRESSURE READING, AND

15  THEY HAPPEN TO BE SEEING THE DOCTOR FOR AN UPPER RESPIRATORY

16  INFECTION, THEN THAT WOULD EXPLAIN A HIGH READING, NOT ONLY

17  BEFORE SOMEBODY STARTED TAKING VIOXX BUT ALSO AFTER THEY

18  STARTED TAKING VIOXX; RIGHT?

19  **A.**   IT COULD, ADDED TO BY THE VIOXX.  THE DATA ARE UNEQUIVOCAL

20  THAT VIOXX ELEVATES BLOOD PRESSURE.

21  **Q.**   INCIDENTALLY, THAT WAS DISCLOSED IN THE FIRST LABEL THAT

22  EVER CAME OUT ON VIOXX, WASN'T IT?

23  **A.**   SORT OF.

24  **Q.**   FELDENE DOES THE SAME THING; RIGHT?

25  **A.**   NOT TO THE DEGREE THAT VIOXX.  VIOXX CAUSES MORE

1 | HYPERTENSION THAN ANY OTHER NSAIDS OR CELEBREX.

2 | **Q.** WELL, LET'S FOCUS FIRST ON THE JANUARY 4 DOT. YOU INCLUDE

3 | THAT AS A VIOXX READING ON YOUR CHART, DON'T YOU?

4 | **A.** IT'S INCLUDED AFTER HE STARTED VIOXX, YES.

5 | **Q.** AND YOU WENT AT SOME LENGTH IN YOUR REPORT TO EXPLAIN WHY

6 | YOU WANTED TO COUNT THIS ELEVATED READING ON JANUARY 4 AS A

7 | VIOXX READING INSTEAD OF A PRE-VIOXX READING. DO YOU REMEMBER

8 | THAT?

9 | **A.** I DO.

10 | **Q.** NOW, YOU ADMIT, DON'T YOU, SIR, THAT THIS READING FROM

11 | JANUARY 4, HE DIDN'T GET HIS PRESCRIPTION FILLED UNTIL

12 | JANUARY 10; RIGHT?

13 | **A.** HE HAD FOUR SAMPLES, HOWEVER.

14 | **Q.** AND DO YOU KNOW THAT ON, THREE SEPARATE OCCASIONS,

15 | MR. BARNETT HAS MADE SWORN STATEMENTS THAT HE DOESN'T REMEMBER

16 | TAKING THOSE SAMPLES?

17 | **A.** I UNDERSTAND THAT. AND WE HAVE THE SWORN STATEMENT FROM

18 | THE PHYSICIAN THAT SAID HE GAVE HIM SAMPLES.

19 | **Q.** OF COURSE, GIVING SOMEBODY SAMPLES AND THEM TAKING THE

20 | SAMPLES BY JANUARY 4 ARE TWO DIFFERENT THINGS, AREN'T THEY.

21 | **A.** YOU COULD ARGUE THAT YOU GIVE SOMEBODY A PRESCRIPTION AND

22 | THEY NEVER FILL A PRESCRIPTION, OR IF THEY FILL IT, THEY DON'T

23 | TAKE THE DRUG. YOU KNOW, THOSE ARE WHAT IF'S.

24 | **Q.** WELL, WHEN -- WE DO KNOW THAT MR. BARNETT SAID THREE

25 | DIFFERENT TIMES HE DIDN'T REMEMBER TAKING ANY SAMPLES; RIGHT?

1    **A.**   THE PHYSICIAN SAID HE GAVE HIM THE SAMPLES.

2    **Q.**   AND --

3    **A.**   PATIENTS FORGET.

4    **Q.**   BUT PHYSICIANS WRITE THINGS DOWN WHEN PATIENTS COME IN TO

5    SEE THEM, DON'T THEY?

6    **A.**   WE'RE SUPPOSED TO.

7    **Q.**   DID YOU LOOK AT WHAT THE DOCTOR WROTE DOWN ON JANUARY 4,

8    WHEN MR. BARNETT CAME IN TO SEE HIM AND HE TOOK THE BLOOD

9    PRESSURE READING?

10   **A.**   I'M SURE I DID, BUT I DON'T REMEMBER AT THIS POINT.

11   **Q.**   BEAR WITH ME HERE.

12   **A.**   I AM.

13   **Q.**   I'M GOING TO PUT UP A PAGE FROM THE MEDICAL RECORDS THAT I

14   UNDERSTAND HAVE -- WELL, I'M PUTTING UP A PAGE FROM THE MEDICAL

15   RECORDS, AND YOU SEE HERE THAT THIS IS A MEDICAL RECORD FROM

16   JANUARY 4?  YOU SEE THAT?

17   **A.**   I CERTAINLY DO.

18   **Q.**   AND DO YOU SEE THAT, ON JANUARY 4, UNDER "MEDICATIONS,"

19   THIS IS THE DAY OF THE BLOOD PRESSURE READING.  ON JANUARY 4,

20   UNDER "MEDICATIONS," THEY SAY HE'S TAKING FELDENE.  NOW, HE HAD

21   A PRESCRIPTION FOR FELDENE THAT HADN'T RUN OUT BY THEN; RIGHT?

22   **A.**   CORRECT.

23   **Q.**   OKAY.  SO, IN YOUR REPORT, YOU SAID YOU THOUGHT IT WAS

24   MORE LIKELY THAN NOT THAT HE WAS ACTUALLY TAKING VIOXX AND

25   THAT'S WHY THIS RED DOT BELONGED ON THIS SIDE OF THE LINE.  DID

1   YOU EVEN LOOK AT THE MEDICAL REPORT THAT SHOWS HE WAS TAKING

2   FELDENE?

3   **A.**   YES.   THERE IS SOME QUESTION IN THE REPORTS AS TO WHEN HE

4   WAS TAKING FELDENE, WHEN IT WAS STOPPED, DESPITE WHAT HAS BEEN

5   WRITTEN, BECAUSE HE SAYS HE DID NOT TAKE FELDENE AND VIOXX

6   TOGETHER.   SO THAT THE FELDENE, DESPITE IT BEING WRITTEN, MAY

7   WELL HAVE BEEN STOPPED AT THAT POINT.

8   **Q.**   INCIDENTALLY, IN YOUR REPORT, YOU DIDN'T ACKNOWLEDGE THE

9   EXISTENCE OF THE MEDICAL RECORDS SHOWING THAT HE IS TAKING

10  FELDENE ON JANUARY 4, DID YOU?

11  **A.**   NO.   I COULD HAVE WRITTEN DOUBLE THE LENGTH OF THE REPORT.

12  BUT, NO, I DIDN'T.

13  **Q.**   WELL, YOU SPENT A LOT OF TIME IN YOUR REPORT ON YOUR --

14  **A.**   YEAH, I KNOW.

15  **Q.**   -- WHY YOU SAID THAT THAT RED DOT ON JANUARY 4 OUGHT TO

16  COUNT AS A VIOXX DOT, DIDN'T YOU?

17  **A.**   RIGHT.   AND I WENT THROUGH THE REASONING AS TO WHY.

18  **Q.**   YOU LEFT OUT THE STUFF SHOWING THE OPPOSITE.

19  **A.**   I THOUGHT IT WAS A VERY THOROUGH AND ACTUALLY VERY GOOD

20  REPORT.   I'M SORRY WE DISAGREE ABOUT THAT.

21         DO YOU WANT ME TO GO BACK OR STAY HERE WITH YOU?

22  **Q.**   NO, STAY HERE WITH ME FOR A LITTLE WHILE.

23         NOW, WHEN YOU WROTE YOUR REPORT, YOU DIDN'T TALK

24  ABOUT THIS DOCUMENT, BUT WHEN YOU MADE YOUR NOTES, YOU

25  ACTUALLY, IN YOUR OWN NOTES, SAID HE WAS TAKING FELDENE ON

1    JANUARY 4.  DO YOU REMEMBER THAT?

2    **A.**    I THINK I DO.

3    **Q.**    SO I'VE PUT UP HERE A PAGE.  IS THIS A PAGE FROM YOUR

4    NOTES?

5    **A.**    IT IS.

6    **Q.**    AND IN YOUR OWN NOTES, RIGHT HERE, BY COINCIDENCE, IN THE

7    EXACT MIDDLE OF THE PAGE, DO YOU SAY THAT, ON JANUARY 4, 2000,

8    HE'S TAKING FELDENE?

9    **A.**    ABSOLUTELY.  I TOOK IT FROM THE DOCTOR'S RECORDS.

10   **Q.**    WHAT YOU WROTE IN YOUR REPORT, YOU DISREGARDED THE

11   DOCTOR'S RECORDS; RIGHT?

12   **A.**    NO.  BECAUSE I HAD FOUND OUT AT THAT POINT THAT HE HAD

13   STOPPED THE FELDENE AND THAT THE DOCTOR'S RECORDS WERE MORE

14   LIKELY THAN NOT WRONG.

15            INCIDENTALLY, THE REPORT HERE SHOWS YOU TO THE EXTENT

16   TO WHICH I WENT TO REPLICATE ALL OF THE INFORMATION FROM THE

17   MEDICAL RECORDS.

18   **Q.**    EXCEPT THAT THIS ISN'T YOUR REPORT.  THESE ARE YOUR NOTES,

19   AND YOU LEFT IT OUT OF YOUR REPORT.

20   **A.**    I MEANT MY NOTES, THANK YOU.

21   **Q.**    YES, I AGREE THAT YOUR NOTES HAVE A LOT OF STUFF THAT YOU

22   LEFT OUT OF YOUR REPORT.

23   **A.**    NO, THAT'S NOT WHAT I SAID.  THE NOTES INDICATE THE

24   THOROUGHNESS WITH WHICH I WENT THROUGH THE MEDICAL RECORDS.  I

25   SUBSEQUENTLY FOUND OUT THAT, INDEED, THE PHYSICIAN'S REPORT WAS

1    WRONG AND THAT HE HAD NOT BEEN TAKING FELDENE AT THAT POINT.

2    **Q.**   AND HERE IS ANOTHER PAGE FROM YOUR REPORT -- OR FROM YOUR

3    NOTES, RATHER, AND WOULD YOU -- BECAUSE SOMETIMES A DOCTOR'S

4    HANDWRITING IS HARD TO READ.

5    **A.**   I DIDN'T NOTICE THAT.

6    **Q.**   WOULD YOU READ FOR THE JURY WHAT YOU WROTE DOWN IN THESE

7    NOTES.

8    **A.**   "TOOK FELDENE, LAWYER SAYS, 12/80-10/96."

9    **Q.**   LET'S STOP FOR A MINUTE.  HOW IS THE "LAWYER" GETTING IN

10   THE ACT HERE?

11   **A.**   HONESTLY, AT THIS POINT, I DON'T KNOW.

12   **Q.**   CONTINUE ON.  "TOOK FELDENE.  "LAWYER SAYS" --

13   **A.**   RIGHT.

14   **Q.**   THEN WHAT ELSE DO YOU SAY?

15   **A.**   "HE REMEMBERS 86-96 20 MILLIGRAMS, SWITCHED TO IBUPROFEN.

16   RESTARTED FELDENE 3/98-1/10/00.  HE TOOK VIOXX."

17   **Q.**   WHEN IT SAYS "HE REMEMBERS," THAT HE RESTARTED FELDENE,

18   WHO ARE YOU TALKING ABOUT THERE?  "HE," THAT WOULD BE

19   MR. BARNETT?

20   **A.**   I ASSUME SO.

21   **Q.**   SO YOUR NOTES SAY THAT HE -- HE REMEMBERED THAT HE

22   RESTARTED FELDENE AFTER HIATUS ON IBUPROFEN AND THAT HE TOOK IT

23   FROM MARCH '98 UNTIL JANUARY 10, 2000.  THAT'S WHAT MR. BARNETT

24   HIMSELF SAID; RIGHT?

25   **A.**   APPARENTLY FROM MY NOTES, YES.

1    Q.    AND THEN HE SWITCHED ON THE 10TH.

2              AND THEN WHAT IS THAT LAST LINE THAT I'VE HIGHLIGHTED

3    SAY?

4    A.    "WHEN HE TOOK VIOXX - PRILOSEC SEPTEMBER '97 HELPED."

5    Q.    WHAT IS PRILOSEC?

6    A.    PRILOSEC IS A PROTON PUMP INHIBITOR TO HELP

7    GASTROESOPHAGEAL REFLUX.

8    Q.    SO THAT WAS SOMETHING THAT HE WAS TAKING FOR HIS ACID

9    REFLUX?

10   A.    EXACTLY.

11   Q.    AND THEN WHAT DOES THE NEXT LINE SAY?

12   A.    "FELDENE NO LONGER BOTHERED HIM."  SO, APPARENTLY, HE WAS

13   NOT HAVING GI PROBLEMS WITH FELDENE.

14   Q.    NOW, REGARDLESS OF WHICH MEDICINE HE WAS TAKING ON

15   JANUARY 4, DID YOU LOOK TO SEE WHETHER HE HAD THE SAME KIND OF

16   UPPER RESPIRATORY INFECTION THAT YOU SAID EXPLAINS THESE THREE

17   READINGS FROM 1999?

18   A.    I THINK THAT HE HAD UPPER RESPIRATORY INFECTION.  I DON'T

19   REMEMBER WHETHER IT WAS IDENTICAL TO THE PRECEDING THREE.

20   Q.    YOU NEVER MENTIONED IN YOUR REPORT THAT THIS JANUARY 4

21   READING THAT YOU SAY IS CAUSED BY VIOXX WAS TAKEN ON A DAY WHEN

22   HE HAD AN UPPER RESPIRATORY PROBLEM, DID YOU?

23   A.    I'M NOT CERTAIN THAT I DIDN'T, ACTUALLY, BECAUSE I THINK

24   THAT I SAID THAT, DESPITE THE URI, UPPER RESPIRATORY INFECTION,

25   THAT THE BLOOD PRESSURE WAS HIGHER WHILE ON VIOXX THAN THE

1  UPPER RESPIRATORY INFECTIONS PRIOR TO TAKING VIOXX.

2  Q.   IN ANY EVENT, WE CAN SEE HERE OUR OLD FRIEND JANUARY 4.

3  WHAT DOES THIS SAY?

4  A.   WELL, THAT'S NOT MY HANDWRITING, SO --

5  Q.   BUT YOU READ ALL OF THESE MEDICAL REPORTS AND MADE SENSE

6  OF OUT OF THEM; RIGHT?

7  A.   I TRIED.

8  Q.   CAN YOU READ THIS?

9  A.   CONGESTION, THAT MAY BE CORYZA, POSTNASAL DRIP, SORE

10  THROAT.

11  Q.   ALL OF THAT IS CONSISTENT WITH UPPER RESPIRATORY PROBLEMS;

12  RIGHT?

13  A.   YES.

14  Q.   AND THEN WHAT DOES IT SAY UNDERNEATH THERE, "HISTORY" --

15  WHAT DOES THAT LINE SAY?

16  A.   "TOOK KEFLEX TIMES FOUR DAYS."

17  Q.   WHAT IS THE KEFLEX?

18  A.   IT'S AN ANTIBIOTIC.

19  Q.   AND YOU WOULD TAKE THAT IF YOU HAD AN UPPER RESPIRATORY

20  INFECTION?

21  A.   YOU CAN FOR SOME KINDS --

22  Q.   YEAH.

23  A.   -- BUT YOU ARE --

24  Q.   WHAT DOES IT SAY?

25  A.   "TIMES FOUR DAYS THEN STOP.  NOW SYMPTOMS WORSE."

1  **Q.**  SO ON JANUARY 4, HE'S NOT ONLY GOT AN UPPER RESPIRATORY

2  INFECTION, BUT HIS SYMPTOMS ARE WORSE THAN THEY WERE BEFORE;

3  RIGHT?"

4  **A.**  THEY ARE, BUT WE DON'T KNOW WHAT KIND OF SYMPTOMS ARE

5  WORSE.

6  **Q.**  DO YOU KNOW SIR THAT -- WELL, NEVER MIND.  ON JANUARY 19,

7  2000, 162, BY THEN HE'S BEEN TAKING VIOXX WHETHER IT'S FOR NINE

8  DAYS OR 16 DAYS; RIGHT?

9  **A.**  YES.

10  **Q.**  AND DO YOU KNOW, SIR, THAT, ON JANUARY 19, WHEN HE HAD

11  THIS ELEVATED READING, THAT'S THE DAY HE WENT INTO THE

12  EMERGENCY ROOM WITH CHEST PAINS?

13  **A.**  YES, SIR.

14  **Q.**  DO YOU KNOW, SIR, THAT EVERY DOCTOR WHO HAS TESTIFIED

15  ABOUT THIS IN THIS CASE HAS AGREED THAT THE CHEST PAINS HE HAD

16  WAS DUE TO ISCHEMIA?

17  **A.**  I BELIEVE THEY CALL IT ATYPICAL CHEST PAIN, AND THE ISSUE

18  IS THAT IT MAY HAVE BEEN DUE TO ISCHEMIA.  BUT THEY, TO MY

19  KNOWLEDGE, ARE VERY CLEAR IN CALLING IT "ATYPICAL CHEST PAIN."

20  **Q.**  AND DO YOU KNOW THAT THE DOCTORS TESTIFIED THAT, IN THEIR

21  VIEW, THE ISCHEMIA THAT HE WAS EXPERIENCING ON JANUARY 19 WAS

22  DUE TO PLAQUE BUILDUP THAT HAD OCCURRED FOR A LONG TIME BEFORE

23  JANUARY OF 2000?

24  **A.**  AS I SAID, I BELIEVE THEY SAID HE HAD ATYPICAL CHEST PAIN

25  AND THAT'S WHY THEY DID THE STRESS TEST, WHICH SHOWED MILD

1900

1   LATERAL WALL ISCHEMIA.

2          THEY CERTAINLY ALL AGREED THAT, IF THERE IS PLAQUE

3   BUILDUP, HOWEVER MUCH THERE IS PLAQUE BUILDUP, THAT IT HAD

4   OCCURRED OVER A LONG TIME PERIOD.  I DON'T ARGUE THAT AT ALL,

5   BUT I GO BACK TO THE RESULTS OF THE STRESS TEST, WHICH WE

6   TALKED AT GREAT LENGTH TWO DAYS AGO.

7   Q.   I'M JUST TRYING TO GET THE CIRCUMSTANCES OF THIS RED DOT:

8   THAT MR. BARNETT GOES IN FOR CHEST PAINS, AND THE DOCTORS WHO

9   TOOK CARE OF HIM HAD SAID THAT HE HAD ISCHEMIA AND THAT THAT

10   RESULTED FROM PLAQUE BUILDUP THAT HAD NOTHING TO DO WITH VIOXX;

11   RIGHT?

12   A.   I WOULD NOT THINK THAT VIOXX PLAYED A PROMINENT ROLE FOR

13   PLAQUE BUILDUP JANUARY 4 -- OR JANUARY -- WELL, JANUARY 19, I

14   DON'T REMEMBER IN MY DEPOSITION OR SOMEPLACE WHERE I KIND OF

15   BECAUSE I --

16   Q.   I REMEMBER THAT PART, TOO.

17   A.   BECAUSE I CITED TO YOU, SIR, YESTERDAY, A STUDY IN WHICH

18   INDIVIDUALS TAKING COX-2 INHIBITOR FOR TEN DAYS HAD SIGNIFICANT

19   CARDIOVASCULAR EVENTS IN TEN DAYS, AND THE DRUGS WERE STOPPED,

20   THE STUDY WAS STOPPED.  SO THAT I COULD NOT EXCLUDE 19 DAY

21   EFFECT.  BUT I WASN'T SURE.

22   Q.   ACTUALLY, IT WOULD BE NINE DAYS?

23   A.   EXCUSE ME, NINE DAYS.  BUT I COULDN'T BE SURE.

24   Q.   BUT MY QUESTION REALLY WAS:  THE DOCTORS WHO TOOK CARE OF

25   HIM IN REAL LIFE, DON'T YOU REMEMBER FROM READING THE TICKER

 1   TAPE THAT THEY AGREED THAT ISCHEMIA WAS DUE TO PLAQUE THAT HAD
 2   BUILT UP FOR YEARS AND THAT IT WAS NOT DUE TO VIOXX?
 3            **MR. ROBINSON:**  COULD WE HAVE THE WITNESS SIT DOWN NOW
 4   AGAIN.  I THINK THIS HAS GONE ON -- WE'RE JUST TALKING NOW
 5   HERE.
 6            **THE COURT:**  ARE YOU FINISHED WITH HIM NOW OR NOT?
 7            **MR. BECK:**  I'M GOING TO TALK ABOUT EACH ONE OF THE
 8   DOTS.
 9            **MR. ROBINSON:**  CAN WE TALK ABOUT THE DOTS?
10            **THE COURT:**  HE'S GOT HIM UNDER CROSS.  YOU CAN TAKE
11   HIM UNDER REDIRECT AT YOUR TIME.
12   **BY MR. BECK:**
13   **Q.**   CAN YOU ANSWER MY QUESTION.
14   **A.**   I FORGOT YOUR QUESTION.
15   **Q.**   OKAY.  BUT MY QUESTION REALLY WAS:  THE DOCTORS WHO TOOK
16   CARE OF HIM IN REAL LIFE, DON'T YOU REMEMBER FROM READING THE
17   TICKER TAPE THAT THEY AGREED THAT ISCHEMIA WAS DUE TO PLAQUE
18   THAT HAD BUILT UP FOR YEARS AND THAT IT WAS NOT DUE TO VIOXX?
19   **A.**   I DO REMEMBER THE DOCTORS TALKING ABOUT PLAQUE BUILDUP FOR
20   YEARS.  I DON'T UNDERSTAND WHAT YOU'RE TALKING ABOUT TICKER
21   TAPE.  WHAT'S TICKER TAPE.
22   **Q.**   YOU TESTIFIED ON DIRECT EXAMINATION WITH MR. ROBINSON THAT
23   YOU -- WHEN YOU WERE SITTING HERE IN NEW ORLEANS FOR ALL THIS
24   TIME, THAT YOU WERE READING THE TICKER TAPE OF THE TRANSCRIPT
25   OF THE CASE.

1    **A.**    FINE.

2    **Q.**    DON'T YOU REMEMBER THAT YOU AND MR. ROBINSON TALKED ABOUT

3    THIS TWO DAYS AGO?

4    **A.**    CERTAINLY.  I'M JUST ASKING YOU FOR A DEFINITION OF THE

5    TICKER TAPE.

6    **Q.**    WHAT I WAS REFERRING TO IS WHATEVER YOU WERE TALKING ABOUT

7    WHEN YOU GAVE SWORN TESTIMONY ON TUESDAY.

8    **A.**    FINE.  I FOLLOW THAT TICKER TAPE.

9    **Q.**    GOOD.  AND YOU SAW THAT THAT'S WHAT THE DOCTORS SAID.

10            NOW, THE NEXT DOT IS OCTOBER 24, 2000.  THAT'S ONE

11   THAT YOU BLAME ON VIOXX; RIGHT?

12   **A.**    OCTOBER 24, 2000.  YES.  MORE PROBABLY THAN NOT.

13   **Q.**    AND DID YOU LOOK AT THE MEDICAL RECORDS FOR THAT DAY TO

14   SEE WHAT WAS HAPPENING WITH MR. BARNETT?

15   **A.**    I'M SURE I DID.  I CAN'T RECALL JUST OFFHAND.

16   **Q.**    MAYBE I CAN HELP.

17   **A.**    I'M SURE YOU WILL.

18   **Q.**    IS THIS A --

19   **A.**    YES.

20   **Q.**    -- MEDICAL RECORD FROM OCTOBER 25, THE DAY OF THE RED DOT?

21   **A.**    YES, SIR.

22   **Q.**    AND WHAT DOES IT SHOW?

23   **A.**    SORE THROAT.

24   **Q.**    WHY DON'T YOU READ THIS AGAIN FOR THE JURY.

25   **A.**    I CAN'T MAKE OUT THE FIRST COUPLE OF WORDS, BUT IT'S

1903

```
 1   POSTNASAL DRIP, SORE THROAT, MALAISE.
 2   Q.   WHAT IS DOES MALAISE MEAN?
 3   A.   FEELING TIRED, ACHY.
 4   Q.   LOOKS LIKE AN UPPER RESPIRATORY INFECTION, DOESN'T IT?
 5   A.   IT COULD BE.
 6   Q.   IT LOOKS -- THIS RED DOT THAT YOU BLAME ON VIOXX LOOKS AN
 7   AWFUL LOT LIKE THE RED DOTS THAT YOU EXPLAINED AWAY AS UPPER
 8   RESPIRATORY INFECTION IN THE PRE-VIOXX ERA; RIGHT?
 9   A.   EXCEPT LOOK AT THE BLOOD PRESSURE DIFFERENCE.  IT'S
10   SIGNIFICANTLY HIGHER.
11   Q.   THE NEXT ONE IS SEPTEMBER 8, 2001.  WHAT WAS HAPPENING
12   WITH MR. BARNETT ON SEPTEMBER 8, 2001?
13   A.   I DON'T KNOW.  I DON'T REMEMBER.
14   Q.   DID YOU LOOK?
15   A.   OF COURSE I LOOKED, BUT I DON'T REMEMBER AT THIS POINT.
16   Q.   DID YOU PUT IT IN YOUR REPORT?
17   A.   I DON'T REMEMBER.
18   Q.   THIS IS FROM -- YOU SEE THIS IS FROM DECEMBER 2.  WAS IT
19   BEFORE THAT?
20   A.   YES, I SEE THAT.
21   Q.   AM I ON THE RIGHT DATE HERE?  NO, I'M ON THE WRONG DATE,
22   I'M SORRY.  WE WERE ON SEPTEMBER 8.
23   A.   THIS IS 12/2/01.
24   Q.   I GOT AHEAD OF MYSELF.
25        OKAY.  BACK TO SEPTEMBER 8.  THERE WE GO.  ANOTHER
```

1   RED DOT SPIKE.  WHAT WAS HAPPENING WITH MR. BARNETT THEN?

2   **A.**   "COMPLAINS OF SORE THROAT AND POSTNASAL DRIP."

3   **Q.**   THEN THE NEXT ONE IS?

4   **A.**   WHICH BLOOD PRESSURE IS THAT, MR. BECK?  9/8/01.

5   **Q.**   RIGHT.

6   **A.**   WHICH DOT ARE YOU PUTTING UP?

7   **Q.**   THAT -- THAT ONE WAS THIS A --- DOT.  NOW I'M PICKING UP

8   THE DECEMBER 2, '01, DOT.  WHAT WAS HAPPENING WITH

9   MR. BARNETT'S HEALTH ON DECEMBER 2, '01?

10  **A.**   I DON'T KNOW.

11  **Q.**   I'M PUTTING UP A MEDICAL RECORD TO HELP YOU OUT.  NOW, CAN

12  YOU TELL US WHAT WAS HAPPENING ON DECEMBER 2, 01, WITH

13  MR. BARNETT?

14  **A.**   CERTAINLY.  EVENLY SORE THROAT, POSTNASAL DRIP.

15  **Q.**   HE HAD THAT A LOT, DIDN'T HE?

16  **A.**   SURE DID.

17  **Q.**   ON FEBRUARY 18, '02, DO YOU KNOW WHAT WAS HAPPENING WITH

18  HIS HEALTH THEN?

19  **A.**   FEBRUARY 18, '02?  NO, YOU'LL HAVE TO SHOW ME.

20  **Q.**   DO YOU KNOW WHETHER HE WAS COMPLAINING OF SHOULDER PAIN?

21  **A.**   IN FEBRUARY, YES, HE WAS.

22  **Q.**   DO YOU REMEMBER -- I'M JUST GOING TO TRY TO MOVE ALONG

23  HERE.  DO YOU REMEMBER WHAT WAS HAPPENING IN AUGUST OF '02?

24  **A.**   YOU KNOW, YOU MOVE ALONG, BUT THE BLOOD PRESSURE THERE IS

25  170/92.  I BELIEVE THAT'S PRETTY HIGH, AND IT LOOKS LIKE --

1    WELL, IF YOUR BLOOD PRESSURES ARE RIGHT, HE DOES HAVE ONE

2    180/107 THERE.

3    **Q.**   WELL, HE'S GOT --

4    **A.**   THAT'S THE THAT'S THE HIGHEST BLOOD PRESSURE IN A LONG

5    TIME.

6    **Q.**   YES.  SINCE BACK IN '97.

7    **A.**   RIGHT.

8    **Q.**   THEN THE LEFT TWO, I THINK WE ALREADY TALKED ABOUT.

9    **A.**   THAT'S WHEN HE HAS HIS CHEST PAIN, AND THE BLOOD PRESSURES

10   ARE VIRTUALLY OFF THE MAP.

11   **Q.**   RIGHT.  BUT THAT, I THINK, AS YOU ALREADY -- YOU CAN SIT

12   DOWN, I THINK.

13   **A.**   OKAY.  THANK YOU.

14   **Q.**   I THINK YOU ALREADY ACKNOWLEDGED -- I'LL GET THAT OUT OF

15   YOUR WAY, DOCTOR -- THAT WHEN SOMEBODY GOES INTO THE HOSPITAL

16   WITH A HEART ATTACK, AND THEY ARE SCARED AND ANXIOUS AND

17   WORRIED, STRESSED, THAT YOU EXPECT THE BLOOD PRESSURE TO GO UP.

18   IT DOESN'T MAKE ANY DIFFERENCE WHETHER THE PERSON EVER TOOK

19   VIOXX OR NOT; RIGHT?

20   **A.**   CERTAINLY, THEY ARE SCARED, THEIR BLOOD PRESSURE GOES UP.

21   THOSE BLOOD PRESSURE READINGS ARE EXCEPTIONALLY HIGH WHEN HE

22   COMES IN WITH HIS CHEST PAIN.  THOSE ARE ALMOST A HYPERTENSIVE

23   CRISIS.

24   **Q.**   I'M GOING TO TURN NOW TO AN ARTICLE THAT YOU DISCUSSED

25   YESTERDAY, THE -- LET ME GET US ALL ON THE SAME PAGE.  DO YOU

1    REMEMBER GOING OVER THIS GRAPH WITH --

2    **A.**    I DO.

3    **Q.**    -- MR. ROBINSON?

4    **A.**    YES, SIR.

5    **Q.**    AND I THINK YOU SAID THAT IT CAME FROM A STUDY DONE BY

6    BULUT.  IS THAT HOW YOU PRONOUNCE IT?

7    **A.**    I ASSUME THAT'S HOW HE PRONOUNCES IT.

8    **Q.**    DOCTOR, I'M HANDING YOU WHAT WE'VE MARKED FOR

9    IDENTIFICATION PURPOSES AS DEFENDANT'S EXHIBIT 3009.  IS THAT A

10   COPY OF THE BULUT ARTICLE THAT YOU USED TO MAKE THIS CHART?

11   **A.**    YES.

12   **Q.**    AND IS THAT WHAT I JUST PUT UP ON THE SCREEN THERE, THE

13   BULUT ARTICLE?

14   **A.**    YES.

15   **Q.**    DO YOU REMEMBER TELLING THE JURY THAT THE BULUT ARTICLE

16   WAS VERY IMPORTANT BECAUSE IT PROVED THAT COX-2 INHIBITORS

17   REDUCED BLOOD FLOW IN HUMAN BEINGS?

18   **A.**    IN FACT, IT COULD REDUCE BLOOD FLOW.  THIS IS FOREARM OF A

19   HUMAN BEING, AND IT HAS BLUNTED THE RESPONSE TO ACETYLCHOLINE.

20   I DIDN'T GO INTO THE BASIC MECHANISM, WHICH I'M HAPPY TO DO NOW

21   IF YOU WOULD LIKE.

22   **Q.**    DO YOU REMEMBER SAYING THAT YOU THOUGHT THIS WAS A LOVELY

23   STUDY BECAUSE IT SHOWED THE REDUCED BLOOD FLOW IN HUMANS AND

24   NOT JUST MICE?

25   **A.**    EXACTLY RIGHT.

1    **Q.**   AND LOOK AT THIS INFORMATION AT THE BEGINNING, WHICH IS

2    THE ABSTRACT.  OKAY?  AND FOCUSING ON THE "METHODS" SECTION,

3    THE ARTICLE HERE SAYS, "PATIENTS WERE ALLOCATED RANDOMLY TO

4    GROUPS TO RECEIVE THE NONSELECTIVE COX INHIBITOR" -- HOW DO YOU

5    PRONOUNCE THIS?

6    **A.**   ACETYL SALICYLATE LYSINE.

7    **Q.**   SO THAT'S LIKE A REGULAR NSAID?

8    **A.**   WELL, ACETYL SALICYLATE IS AN ASPIRIN, SO...

9    **Q.**   BUT, ANYWAY, IT'S A NONSELECTIVE COXIB INHIBITOR, AND IT

10   INHIBITS BOTH ENZYMES; RIGHT?

11   **A.**   RIGHT.

12   **Q.**   OR THE SELECTIVE COX-2 INHIBITOR PARECOXIB, AN INJECTABLE

13   PRO DRUG OF VALDECOXIB.  WHAT'S -- WHAT MEDICINE ARE THEY

14   TALKING ABOUT THERE?

15   **A.**   A COX-2 INHIBITOR.

16   **Q.**   AND WHAT'S THE NAME OF THE MEDICINE?

17   **A.**   THIS IS THE PARECOXIB, WHICH IS THE PRO DRUG OF

18   VALDECOXIB, WHICH IS BEXTRA.

19   **Q.**   BEXTRA.  IF WE LOOK AT THIS E-MAIL STRING OF YOURS THE

20   OTHER DAY, DO YOU REMEMBER HOW WE TALKED ABOUT HOW YOU WERE --

21   THE TIME YOU GOT HIRED BY MR. ROBINSON, YOU WERE NEGOTIATING --

22          **MR. ROBINSON:**  YOUR HONOR, I OBJECT.  FOR THE RECORD,

23   HE DIDN'T -- HE WASN'T HIRED BY ME UNTIL MARCH OF THIS YEAR,

24   2006.

25          **MR. BECK:**  I'LL REPHRASE IT.

1        **THE COURT:**  RESTATE THE QUESTION.

2    BY MR. BECK:

3    **Q.**   WELL, YOU WERE HIRED BY SOME PLAINTIFF'S LAWYER.  YOU

4    TESTIFIED THAT YOU HAD AGREED TO ACT AS AN EXPERT ON BEHALF OF

5    THE PLAINTIFF'S LAWYERS BY APRIL OF 2005.  DO YOU REMEMBER

6    THAT?

7    **A.**   YEAH.  THAT'S ABOUT RIGHT.  IT WAS NOT UNTIL I HAD HEARD

8    FROM MR. FRASER AND NOT AGREED TO GO WITH THE PLAINTIFF LAWYER

9    UNTIL I HAD -- HE CONTACTED ME FIRST IS WHAT I'M TRYING TO SAY.

10   **Q.**   IN ANY EVENT, THAT'S MY ONLY POINT, IS THAT BEXTRA, THE

11   DRUG THAT WAS ACTUALLY BEING STUDIED IN THIS LOVELY STUDY THAT

12   YOU TALKED ABOUT, THAT WAS A DRUG MADE BY PFIZER, NOT BY MERCK;

13   RIGHT?

14   **A.**   YES, BUT WHAT'S THE POINT?  IT'S A COX-2 INHIBITOR.

15   THAT'S WHAT I WAS TRYING TO SAY.

16   **Q.**   AND BEXTRA -- SO THOSE WERE THE PEOPLE YOU WERE

17   NEGOTIATING WITH.

18        ALL RIGHT.  THEN, IN THE FIRST SENTENCE UNDER

19   "METHODS," IT SAYS, "40 PATIENTS WITH ESSENTIAL HYPERTENSION AS

20   THE ONLY RISK FACTOR WERE STUDIED."  AND IT GOES ON TO DESCRIBE

21   HOW THE FOREARM BLOOD FLOW WAS MEASURED AND THAT -- I THINK YOU

22   PROBABLY COVERED THIS ON DIRECT, BUT HOW WOULD THEY MEASURE THE

23   BLOOD FLOW IN THE FOREARM?

24   **A.**   THEY USE A VENOUS OCCLUSION, PLETHYSMOGRAPHY.

25   **Q.**   WHAT DOES THAT MEAN FOR THE REST OF US?

DAILY COPY

1   A.   IT'S A SIMPLY A METHOD BY WHICH THEY CAN MEASURE THE BLOOD

2   FLOW IN THE FOREARM.

3   Q.   AND SO IT'S A METHOD CALLED PLETHYSMOGRAPHY?

4   A.   IT'S A COMMONLY USED TEST TO LOOK AT FOREARM BLOOD FLOW.

5   Q.   AND THEN -- AND THEN THE "CONCLUSION" SECTION, DID THEY

6   CONCLUDE IN HERE THAT, AT LEAST WHEN YOU USE BEXTRA, THAT THAT

7   SLOWS DOWN THE BLOOD FLOW?  IS THAT IT?

8   A.   IT'S MORE COMPLICATED THAN THAT, BUT BASICALLY, THAT'S

9   TRUE.

10  Q.   OKAY.  SO YOU TALKED ABOUT THIS STUDY THAT YOU CALLED "A

11  LOVELY ONE" INVOLVING BEXTRA.  DO YOU KNOW WHETHER SIMILAR

12  STUDIES WERE DONE THAT INVOLVED VIOXX INSTEAD OF BEXTRA?

13  A.   I APOLOGIZE, YOUR HONOR.  I'M SO SORRY.  I THOUGHT I HAD

14  TURNED THIS OFF.  PLEASE FORGIVE ME.

15  Q.   YEAH.  YOU TALKED ABOUT THE LOVELY BEXTRA STUDY THAT

16  SHOWED --

17  A.   YES, SIR.

18  Q.   -- THE BLOOD FLOW SLOWING DOWN.  DO YOU KNOW WHETHER THERE

19  WERE SIMILAR STUDIES DONE WITH VIOXX INSTEAD OF BEXTRA?

20  A.   NOT THAT I FOUND.  I'M NOT CERTAIN THAT VIOXX HAS AN

21  INJECTABLE FORM.  PERHAPS IT DOES.  THE REASON THAT THEY USE

22  THIS PARTICULAR DRUG IS THAT THEY WANTED TO GIVE IT

23  INTRAVENOUSLY AT THE TIME OF THE STUDY.

24  Q.   I'M HANDING YOU WHAT WE HAVE MARKED FOR IDENTIFICATION

25  PURPOSES AS DEFENDANT'S EXHIBIT 604.  DO YOU RECOGNIZE

1   EXHIBIT 604?

2   **A.**   NO.  I THINK I'M SEEING IT FOR THE FIRST TIME, BUT I'M

3   RECOGNIZING WHAT THEY DID.

4   **Q.**   SO THIS IS A STUDY BY VERMA, AND THE TITLE IS -- YOU READ

5   THE TITLE, PLEASE.

6   **A.**   "CYCLOOXYGENASE-2 BLOCKADE DOES NOT IMPAIR ENDOTHELIAL

7   VASODILATOR FUNCTION IN HEALTHY VOLUNTEERS."

8   **Q.**   AND THAT'S -- COX-2 IS CYCLO ET CETERA 2; RIGHT?

9   **A.**   YES, SIR.

10  **Q.**   SO BLOCKING COX-2, BASICALLY THIS TITLE TELLS YOU THAT, IN

11  THIS STUDY, WHEN THEY USE THE COX-2 INHIBITOR, IT DID NOT SLOW

12  DOWN THE BLOOD FLOW; RIGHT?

13  **A.**   EXACTLY.  I'M SO GLAD YOU SHOWED THIS STUDY.  THIS STUDY

14  IS IN NORMAL, HEALTHY INDIVIDUALS.

15  **Q.**   I THOUGHT YOU SAID YOU HAD NEVER SEEN IT BEFORE.

16  **A.**   I JUST READ IT RIGHT WHEN YOU GAVE IT TO ME TO READ.

17  **Q.**   OKAY.  LET'S LOOK AT METHODS AND RESULTS FIRST.

18          **MR. ROBINSON:**  YOUR HONOR, HE --

19          **THE COURT:**  HE'S SPEAKING NOW.  GO AHEAD.  I'LL LET

20  YOU EXPLAIN THAT, DOCTOR.

21          **THE WITNESS:**  IT'S IN HEALTHY, NORMAL INDIVIDUALS.

22  THE WHOLE PURPOSE OF THE STUDY THAT I SHOWED WAS IT WAS IN

23  HYPERTENSIVE PATIENTS IN WHOM BOTH THE CYCLOOXYGENASE AND THE

24  PROSTACYCLIN ARE GOING TO BE ELEVATED.  THEREFORE, IF YOU BLOCK

25  THE PROSTACYCLIN, YOU NOW HAVE A LOT OF THROMBOXANE AVAILABLE

1 | THAT WILL BLUNT THE BLOOD FLOW RESPONSE.

2 |            THE WHOLE THING -- MERCK SAYS THIS THEMSELVES,

3 | THAT COX-2 INHIBITION HAS A MUCH GREATER EFFECT IN DISEASED

4 | VESSELS THAN IT DOES IN NORMAL.  SO THE STUDY THAT COUNSEL IS

5 | SHOWING US HERE IS IN NORMAL, HEALTHY ADULTS.  AND IT'S NO

6 | SURPRISE WHATSOEVER THAT COX-2 INHIBITION WOULD NOT HAVE AN

7 | EFFECT.  THAT PROVES MY POINT.  THANK YOU.

8 | **BY MR. BECK:**

9 | **Q.**   WAS GERALD BARNETT HYPERTENSIVE ON JANUARY 4 OR 10 WHEN HE

10 | STARTED TAKING VIOXX?

11 | **A.**   NO.  GERALD BARNETT HAS ATHEROSCLEROTIC DISEASE, AS YOU'VE

12 | ESTABLISHED --

13 | **Q.**   WAS HE HYPERTENSIVE? WAS MY QUESTION.

14 | **A.**   WELL, HE DID HAVE THE BLOOD PRESSURE SPIKES, AS WE KNOW.

15 | **Q.**   DO YOU REMEMBER TESTIFYING UNDER OATH ON TUESDAY THAT HE

16 | WAS NOT HYPERTENSIVE?

17 | **A.**   I WOULD NOT CALL HIM HYPERTENSIVE, BUT HE HAD THE

18 | HYPERTENSIVE SPIKES, CERTAINLY.

19 | **Q.**   IN FACT, WHAT YOU WOULD CALL THEM IN JANUARY OF 2000 IS

20 | HEALTHY AND NORMAL; RIGHT?

21 | **A.**   NO.  YOU'RE TWISTING MY WORDS.  HE HAS ATHEROSCLEROTIC

22 | DISEASE.  HE HAS PLAQUE BURDEN --

23 | **Q.**   BEFORE VIOXX?

24 | **A.**   YES.  HE'S GOT A SLIGHTLY ABNORMAL STRESS TEST AT THAT

25 | TIME.  SO IT'S NOT JUST THE HYPERTENSION THAT PREDISPOSES, BUT

DAILY COPY

1    IT'S THE PRESENCE OF THE CORONARY DISEASE THAT MAKES THESE

2    INDIVIDUALS MORE PREDISPOSED TO VIOXX.  YOU'RE PROVING MY CASE.

3    **Q.**   YOUR CASE AGAIN?

4    **A.**   THE CASE THAT WE'RE DISCUSSING ABOUT MR. GERALD BARNETT.

5    **Q.**   OKAY.  SO, INCIDENTALLY, WHICH COX-2 INHIBITOR WAS BEING

6    USED IN THIS STUDY?

7    **A.**   I'M SORRY.  I PUT IT ASIDE.  EITHER ROFECOXIB OR NAPROSYN.

8    **Q.**   SO ROFECOXIB, AS WE KNOW, IS VIOXX; RIGHT?

9    **A.**   YES, SIR.

10   **Q.**   AND THEY ARE CHECKING OUT WITH HEALTHY VOLUNTEERS WHETHER

11   VIOXX SLOWS DOWN THE FLOOD BLOOD FLOW; RIGHT?

12   **A.**   RIGHT.  I'M SORRY, SIR.

13   **Q.**   AND THEY USED THAT SAME HARD-TO-PRONOUNCE TEST OF

14   PLETHYSMOGRAPHY?

15   **A.**   YES, SIR.

16   **Q.**   AND WHAT WERE THE RESULTS?

17   **A.**   WELL, WE CAN READ THE CONCLUSION STATEMENT:  "WE HEREIN

18   DESCRIBE FOR THE FIRST TIME THE EFFECTS OF COX-2 SELECTIVE

19   INHIBITION ON ENDOTHELIUM DEPENDENT VASODILATION IN HEALTHY

20   ADULTS."  THE STUDY I QUOTED WAS IN HYPERTENSIVE PATIENTS.

21          "COX-2 BLOCKADE, WHEN USED AT THE DOSES EMPLOYED

22   THERAPEUTICALLY, WHICH ARE KNOWN TO INHIBIT VASCULAR

23   PROSTACYCLIN PRODUCTION" -- WHICH YOU DO NOT EXPECT TO BE

24   ELEVATED IN NORMAL INDIVIDUALS.  THAT'S MY --

25   **Q.**   WE'RE EDITORIALIZING THERE, AREN'T WE, DOCTOR?

1   **A.**   THAT'S MY AD LIB.

2   **Q.**   YES, OKAY.  LET'S STICK WITH THE --

3   **A.**   "DID NOT RESULT IN SIGNIFICANT CHANGES IN ENDOTHELIAL

4   VASODILATOR RESPONSES IN HEALTHY VOLUNTEERS."

5   **Q.**   I CAN UNDERLINE THAT JUST TO MAKE YOU FEEL GOOD."  OKAY?

6   **A.**   VERY GOOD.  THANK YOU.  "THE EFFECTS OF COX-2 INHIBITORS

7   ON VASODILATOR RESPONSES IN PATIENTS WITH CORONARY ARTERY

8   DISEASE REMAIN TO BE DETERMINED."

9   **Q.**   OF COURSE, YOU WOULD SAY THAT EXACT SAME THING CONCERNING

10  THE BULUT STUDY THAT YOU FOUND SO LOVELY; RIGHT?

11  **A.**   NO, SIR.  FIRST OF ALL, IT IS A VERY LOVELY STUDY, AND IT

12  PROVES EXACTLY THE POINT THAT COX-2 INHIBITION IN A

13  HYPERTENSIVE PATIENT INHIBITS THE BLOOD FLOW TO THE FOREARM, AS

14  I WOULD PREDICT FROM THE BASIC SCIENCE ARTICLES THAT WE'VE

15  CITED AS WELL AS THE CLINICAL STUDIES.

16  **Q.**   NOW, I WANT TO MAKE THE JURY UNDERSTANDS THIS.  THIS STUDY

17  THAT SHOWED THAT VIOXX BEING USED BY HEALTHY VOLUNTEERS AND NOT

18  SLOWING DOWN THE BLOOD FLOW, YOU SAY THAT PROVES YOUR CASE;

19  RIGHT?

20  **A.**   THAT WAS THE TERM I USED, AS YOU POINT OUT, IT WAS

21  INAPPROPRIATE.  IT'S NOT MY CASE.

22  **Q.**   WELL, IT PROVES YOUR POINT.  LET'S --

23  **A.**   THANK YOU.

24  **Q.**   IN FACT, I THINK YOU SAID YOU THOUGHT IT WAS LIKE THE

25  STRONGEST EVIDENCE PROVING YOUR POINT.

1  **A.**   I DON'T KNOW IT'S THE STRONGEST EVIDENCE, BUT IT'S
2  EXCELLENT EVIDENCE TO PROVE THE POINT.
3  **Q.**   WHY DIDN'T YOU PUT IN YOUR REPORT, THEN?
4  **A.**   I DIDN'T KNOW THE ARTICLE.
5  **Q.**   WELL, THAT'S NOT TRUE, IS IT?
6  **A.**   WELL, I DIDN'T -- I THOUGHT I WAS JUST SEEING IT FOR THE
7  FIRST TIME.  HAVE I CITED IT?
8  **Q.**   YEAH.  YOU DIDN'T CITE IT IN YOUR REPORT.  BUT YOU GAVE US
9  A LONG LIST OF MATERIALS THAT YOU REVIEWED BEFORE YOU WROTE
10 YOUR REPORT, DIDN'T YOU?
11 **A.**   I DID.
12 **Q.**   AND IS THIS ONE LISTED IN HERE?
13 **A.**   SIR, I DON'T REMEMBER.  BUT KNOWING IT NOW, IT WAS REMISS
14 IF I MISSED IT AND DIDN'T PUT IT IN, BECAUSE IT'S STRONG
15 EVIDENCE.
16 **Q.**   YOU SEE IT RIGHT THERE?
17 **A.**   I DID.
18 **Q.**   NO.  YOU LISTED IT AS SOMETHING YOU REVIEWED, BUT YOU
19 NEVER DISCUSSED IT IN YOUR REPORT BECAUSE, IN FACT, IT PROVES
20 THE OPPOSITE OF YOUR POINT; RIGHT?
21 **A.**   OH, NO.  YOU'RE SO WRONG.  I'M ABSOLUTELY REMISS IN NOT
22 PICKING UP ON THAT AND EMPHASIZING THE POINTS THAT I JUST MADE
23 TO YOU NOW.
24 **Q.**   WERE THERE ANY OTHER FOREARM STUDIES WITH VIOXX THAT
25 YOU -- THAT PROVE YOUR POINT THAT YOU FORGOT TO PUT IN YOUR

1    REPORT?

2    A.    I DON'T KNOW, SIR.

3    Q.    I'M HANDING YOU WHAT WE'VE MARKED FOR IDENTIFICATION AS

4    DEFENDANT'S EXHIBIT 660, AND THE AUTHOR'S NAME HERE IS "TITLE."

5    DO YOU SEE THAT?

6    A.    I DO.

7    Q.    AND THE TITLE OF THE ARTICLE BY TITLE IS "EFFECT OF COX-2

8    INHIBITION WITH ROFECOXIB" -- BEING VIOXX; RIGHT?

9    A.    RIGHT.

10   Q.    -- "ON ENDOTHELIAL DYSFUNCTION AND INFLAMMATORY MARKERS IN

11   PATIENTS WITH CORONARY ARTERY DISEASE."

12   A.    YES, SIR.

13   Q.    OKAY.  SO IS THIS A STUDY, FIRST OF ALL, OF THE EFFECT OF

14   VIOXX INSTEAD OF BEXTRA?

15   A.    YES, SIR.  IT CERTAINLY SEEMS TO BE.

16   Q.    AND ENDOTHELIAL DYSFUNCTION, THAT'S THE SAME THING AS THE

17   BLOOD FLOW IN THE FOREARMS WE HAVE BEEN TALKING ABOUT; RIGHT?

18   A.    YES, SIR, THAT'S WHAT WE'RE TALKING ABOUT.

19   Q.    AND THESE ARE NOT PATIENTS THAT ARE HEALTHY AND NORMAL,

20   ARE THEY.

21   A.    NO, SIR.

22   Q.    THESE ARE PATIENTS WITH CORONARY ARTERY DISEASE; RIGHT?

23   A.    YES, SIR.

24   Q.    THOSE ARE THE SAME KIND OF PATIENTS IN THE LOVELY STUDY

25   ABOUT BEXTRA; RIGHT?

1    **A.**   NO, SIR.  THE LOVELY STUDY ABOUT BEXTRA WERE HYPERTENSIVE

2    PATIENTS.

3    **Q.**   WELL, THESE FOLKS HAVE CORONARY ARTERY DISEASE, WHICH IS

4    WHAT YOU SAY MR. BARNETT HAD; RIGHT?

5    **A.**   YES, SIR.

6    **Q.**   SO NOW LET'S LOOK AT THE METHODS SECTION.  WELL, LET ME IN

7    THE METHODS SECTION HERE -- IT SAYS, "IN A RANDOMIZED,

8    DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-DESIGNED TRIAL" --

9    LET'S JUST STOP THERE.  THAT MEANS A -- THAT'S A WELL-DESIGNED

10   COMPARISON OF VIOXX VERSUS PLACEBO"; RIGHT?

11   **A.**   YES, SIR.

12   **Q.**   -- "WE STUDIED THE VASCULAR EFFECTS OF" -- "VASCULAR"

13   MEANS WHAT'S HAPPENING IN THE ARTERIES; RIGHT?

14   **A.**   YES, SIR.

15   **Q.**   -- "OF VIOXX BRACHIAL ARTERY VASO REACTIVITY" -- WHAT'S

16   THAT MEAN?

17   **A.**   THAT'S BASICALLY THE SAME THING WE'RE TALKING ABOUT.

18   **Q.**   BLOOD FLOW?

19   **A.**   YES, SIR.

20   **Q.**   -- "AND ALSO INFLAMMATORY MARKERS IN 60 PATIENTS WITH

21   ANGIOGRAPHICALLY PROVEN CAD."  ANGIOGRAPHICALLY PROVEN CAD.

22   NOW, CAD IS CORONARY ARTERY DISEASE; RIGHT?

23   **A.**   YES, SIR.

24   **Q.**   AND "ANGIOGRAPHICALLY PROVEN" MEANS THAT SOME -- THEY GAVE

25   HIM AN ANGIOGRAM, SO WE HAVE KIND OF THE GOLD STANDARD TO SEE

1917

1   THAT THEY'VE GOT PLAQUE BUILDUP; RIGHT?

2   A.   YES, SIR.

3   Q.   ALL RIGHT.  SO THERE'S A BUNCH OF PEOPLE WITH THAT WHO

4   WERE TAKING CONCOMITANT LOW-DOSE ASPIRIN.  SO THEY WERE TAKING

5   LOW-DOSE ASPIRIN?

6   A.   AND THERE'S THE KEY.

7   Q.   NOW, LOW-DOSE ASPIRIN, DO YOU REMEMBER THAT DR. MIKOLA

8   TOLD MR. BARNETT IN JANUARY OF 2000 THAT HE SHOULD BE ON

9   LOW-DOSE ASPIRIN?

10              MR. ROBINSON:  OBJECTION.

11              THE WITNESS:  YES, SIR, I THINK THAT'S TRUE.

12   BY MR. BECK:

13   Q.   BUT MR. BARNETT, FOR WHATEVER REASON, DIDN'T GO ON

14   LOW-DOSE ASPIRIN UNTIL SEPTEMBER OF 2002, SOME -- YOU KNOW,

15   AFTER HIS HEART ATTACK; RIGHT?

16              MR. ROBINSON:  OBJECTION, YOUR HONOR.  I'M GOING TO

17   READ THE ACTUAL TRANSCRIPT OF THE --

18              THE COURT:  YOU CAN DO IT LATER.

19   BY MR. BECK:

20   Q.   RIGHT?

21   A.   I THINK THAT'S TRUE.

22   Q.   OKAY.  SO HERE WE ARE -- AND I'LL UNDERLINE THAT AS WELL.

23   SO WE'VE GOT PEOPLE TAKING VIOXX AND LOW-DOSE ASPIRIN.  AND THE

24   PLACEBO FOLKS GOT LOW-DOSE ASPIRIN TOO; RIGHT?

25   A.   I ASSUME SO, YES, SIR.

1    Q.   AND THEN, IN THE CONCLUSION SECTION, WAS THE CONCLUSION OF

2    THIS ARTICLE THAT "THE ADDITION OF SELECTIVE COX-2 INHIBITION

3    WITH VIOXX DID NOT APPEAR TO HAVE ANY FAVORABLE OR ADVERSE

4    EFFECTS ON BLOOD FLOW IN PATIENTS WITH CORONARY ARTERY DISEASE

5    USING LOW-DOSE ASPIRIN"?

6    A.   YES, SIR.  BUT AGAIN, IT PROVES OUR CASE.

7    Q.   PROVES OUR CASE?

8    A.   THE CASE.

9    Q.   THEN WHY DIDN'T YOU PUT IN IT YOUR REPORT?

10   A.   I'M SORRY THAT I DIDN'T DO THAT.  THAT EXHAUSTED A

11   LITERATURE REVIEW THAT I COVERED EVERY ARTICLE.  BUT THIS IS

12   VERY LOVELY BECAUSE IT SHOWS THAT WHEN YOU BLOCK THROMBOXANE

13   WITH LOW-DOSE ASPIRIN, THEN YOU CAN INHIBIT THE PROSTACYCLIN

14   WITH A COX-2 INHIBITOR, AND YOU'RE NOT GOING TO CHANGE THE

15   BLOOD FLOW.  YOU NEED THE THROMBOXANE AROUND, AS IN THAT FIRST

16   ARTICLE I SHOWED YOU BY BULUT.

17        SO THIS, AGAIN, IS SUPPORTIVE OF THE PRECISE

18   MECHANISM I'M TALKING ABOUT.

19   Q.   AND IN FACT, EVEN THOUGH YOU JUST SAID YOU DIDN'T DO A

20   VERY EXHAUSTIVE SEARCH, YOU REVIEWED --

21   A.   NO, I DIDN'T SAY THAT.

22   Q.   -- YOU REVIEWED THIS ARTICLE, BUT YOU DID NOT PUT IT IN

23   OUR REPORT BECAUSE IT'S A REAL VIOXX ARTICLE SHOWING THAT VIOXX

24   DOES NOT SLOW DOWN THE BLOOD FLOW; ISN'T THAT RIGHT?

25   A.   NO, SIR.  YOU'RE TAKING THINGS OUT OF CONTEXT.  THAT'S

1   ABSOLUTELY FALSE.

2   **Q.**   WERE THERE ANY OTHER ARTICLES THAT LOOKED AT VIOXX INSTEAD

3   OF BEXTRA?

4   **A.**   THERE MAY HAVE BEEN.  THERE ARE HUNDREDS, IF NOT THOUSANDS

5   OF ARTICLES, AND THERE IS NO WAY I COULD HAVE DONE THAT

6   COMPLETE A REVIEW IN THE SHORT TIME PERIOD THAT I HAD.

7   **Q.**   I'M HANDING YOU WHAT I'VE MARKED FOR IDENTIFICATION AS

8   DEFENDANT'S EXHIBIT 662.  IS THAT ANOTHER STUDY THAT ACTUALLY

9   LOOKED AT VIOXX INSTEAD OF BEXTRA?  DOCTOR?

10  **A.**   PLEASE FORGIVE ME.  I'M SO SORRY.

11  **Q.**   IF THAT HAPPENS, IT HAPPENS.  FORGET ABOUT IT.

12  **A.**   THANK YOU.  I'M SORRY.  PLEASE ASK THE QUESTION AGAIN.

13  **Q.**   SURE.  IS DEFENDANT'S EXHIBIT 662 A --

14  **A.**   YES, SIR.

15  **Q.**   I'M SORRY.  IS DEFENDANT'S EXHIBIT 662 ANOTHER STUDY THAT

16  ACTUALLY LOOKS AT VIOXX AND THIS FOREARM BLEEDING INSTEAD OF

17  BEXTRA?

18  **A.**   NO, SIR.  I DON'T THINK SO.

19  **Q.**   WHAT DOES IT LOOK LIKE?

20  **A.**   IT'S LOOKING AT INFLAMMATORY MARKERS, C-REACTIVE PROTEIN

21  AND INTERLEUKIN IL-6.  AND IT'S SHOWING THAT ROFECOXIB, A COX-2

22  INHIBITOR, REDUCED THESE INFLAMMATORY MARKERS AND IMPROVED

23  ENDOTHELIAL FUNCTION.  SO THEY DID LOOK AT ENDOTHELIAL

24  FUNCTION, BUT I'M NOT QUITE SURE HOW THEY DID IT.

25  **Q.**   SO THE AIM HERE IS THEY HAD PEOPLE TAKING VIOXX, AND THEY

1920

1   ARE GOING TO SEE IF ONE THING HAPPENS, THEN, AT THE SAME TIME,

2   ALSO LOOK TO SEE WHETHER VIOXX WOULD IMPROVE ENDOTHELIAL

3   FUNCTION; RIGHT?

4   A.   YES, SIR.

5   Q.   AND AGAIN, WHEN WE TALK ABOUT IMPROVING ENDOTHELIAL

6   FUNCTION, THAT WOULD MEAN SPEEDING UP THE BLOOD FLOW, NOT

7   SLOWING IT DOWN; RIGHT?

8   A.   YES, SIR.

9   Q.   AND PEOPLE TOOK THIS FOR -- 25 MILLIGRAMS FOR THREE

10  MONTHS; IS THAT RIGHT?

11  A.   YES, SIR.  PLUS ASPIRIN.

12  Q.   DO YOU SEE HERE WHERE THE BOTTOM-LINE CONCLUSION WAS THAT

13  THERE WAS NO CHANGE IN ENDOTHELIAL FUNCTION?

14  A.   YES, SIR.  BUT THEY ARE TAKING ASPIRIN, SO IT'S THE SAME

15  AS THE PREVIOUS ARGUMENT.

16  Q.   IS THIS ANOTHER ONE THAT YOU SAY PROVES OUR CASE?

17  A.   I WOULD NEED TO READ THIS MORE CLOSELY, BUT IT CERTAINLY

18  SEEMS TO BE CONSISTENT WITH IT.  AND BY "OUR," YOU DIDN'T MEAN

19  YOURS; YOU MEANT MINE.

20  Q.   I PUT OUR "OUR" IN SCARE QUOTES.

21  A.   SCARE QUOTES?

22  Q.   YEAH.

23  A.   THAT'S LIKE A STRIP CHART.  I DON'T KNOW SCARE QUOTES.

24  Q.   NEVER MIND.  HAVE YOU EVER HEARD OF THE BOGATY STUDY?

25  A.   I DON'T THINK SO.

1  Q.   DID YOU READ THE REPORTS OF THE EXPERTS WHO WERE GOING TO

2  BE APPEARING ON BEHALF OF MERCK IN THIS LITIGATION?

3  A.   I READ A NUMBER OF THEM, YES, SIR.

4  Q.   DIDN'T YOU SEE THAT THEY TALKED ABOUT ALL THESE STUDIES?

5  A.   I READ LOTS AND LOTS OF STUDIES, SIR.

6  Q.   DID YOU READ THIS ONE?

7  A.   I DON'T THINK SO.

8  Q.   THE METHODS AND RESULTS?

9  A.   DOUBLE-BLIND STUDY, 35 STABLE PATIENTS -- SUBJECTS ON

10 LOW-DOSE ASPIRIN.

11 Q.   RIGHT.  THESE GUYS ARE THE PEOPLE WHO HAD SOME HEART

12 PROBLEMS; RIGHT?

13 A.   YES, SIR.  AND THEY ARE TAKING ASPIRIN, WHICH WILL INHIBIT

14 COX-1 AND REDUCE THROMBOXANE.

15 Q.   THE -- AND THEN THE BOTTOM LINE OF THIS WAS WHAT?

16 A.   YOU WANT ME TO READ THE CONCLUSIONS?

17 Q.   SURE.  WELL, YEAH.  THE BOTTOM LINE OF THIS STUDY WAS,

18 ONCE AGAIN, THAT -- AND THIS WAS VIOXX, AND IT DID NOT CAUSE --

19 DID NOT HAVE ANY CHANGE IN TERMS OF THE BLOOD FLOW; RIGHT?

20 A.   RIGHT.  BECAUSE THEY'RE TAKING ASPIRIN.

21 Q.   IF YOU HAVE PATIENTS WHO HAVE TWO CORONARY EVENTS LIKE

22 THEY HAD IN THIS STUDY, IT WOULD BE PRETTY MUCH UNETHICAL TO

23 NOT HAVE THEM TAKE ASPIRIN, WOULDN'T IT?

24 A.   I WOULD TREAT THEM WITH ASPIRIN.

25 Q.   YES.  YOU CAN'T DO A STUDY ON PEOPLE THAT YOU KNOW SHOULD

1922

1   BE TAKING ASPIRIN AND NOT GIVE IT TO THEM JUST TO FIND OUT WHAT

2   HAPPENS; RIGHT?

3   **A.**   GENERALLY NOT, IF THEY ARE A CORONARY PATIENT.  BUT IT

4   THEN, OBVIOUSLY, INVALIDATES YOUR CONCLUSIONS.

5   **Q.**   WELL, MR. BARNETT FINALLY STARTED TAKING LOW-DOSE ASPIRIN

6   IN SEPTEMBER OF 2005; RIGHT?

7   **A.**   YES.

8           **MR. ROBINSON:**   2002.

9           **MR. BECK:**   2002, I'M SORRY.

10  **BY MR. BECK:**

11  **Q.**   2002; RIGHT?

12  **A.**   YES.

13  **Q.**   AND SO HE'S TAKING VIOXX ALONG WITH ASPIRIN IN 2002, BUT

14  YOUR WHOLE OPINION IS, EVEN THOUGH HE WAS TAKING LOW-DOSE

15  ASPIRIN, THE PLAQUE CONTINUED TO BUILD UP LIKE GANGBUSTERS;

16  RIGHT?

17  **A.**   HE HAD 31 MONTHS OF VIOXX WITHOUT ASPIRIN.

18  **Q.**   BUT YOUR OPINION DIDN'T STOP THERE.  YOUR OPINION WAS ALSO

19  THAT, AFTER HE STARTED TAKING LOW-DOSE ASPIRIN, ACCORDING TO

20  YOU, NOTWITHSTANDING ALL THESE STUDIES, HIS PLAQUE CONTINUED TO

21  GO GANGBUSTERS; RIGHT?

22  **A.**   EXACTLY, SIR.  THESE STUDIES ARE NOT LOOKING AT PLAQUE

23  BUILDUP.  THEY ARE LOOKING AT FOREARM BLOOD FLOW AND SOME

24  INFLAMMATORY MARKERS.  THEY ARE NOT LOOKING AT THE PLAQUE

25  BUILDUP THAT MR. BARNETT SUFFERED.

1923

1  **Q.**  WHAT'S -- WHAT DID I JUST HAND YOU UP THERE?

2  **A.**  THIS IS "SELECTIVE COX-2 INHIBITION WITH DIFFERENT DOSES

3  OF ROFECOXIB DOES NOT IMPAIR ENDOTHELIAL FUNCTION IN PATIENTS

4  WITH CORONARY ARTERY DISEASE."

5  **Q.**  OKAY.  SO THESE ARE -- AGAIN, THIS IS A VIOXX STUDY

6  INSTEAD OF A BEXTRA STUDY; RIGHT?

7  **A.**  YES, SIR.

8  **Q.**  AND ONCE AGAIN, BECAUSE THE PATIENTS HAD CORONARY ARTERY

9  DISEASE, IT WOULD BE UNETHICAL TO WITHHOLD ASPIRIN FROM THEM;

10  RIGHT?

11  **A.**  THEY ARE TAKING ASPIRIN; AND THEREFORE, THAT WILL IMPACT

12  THE RESULTS OF THE STUDY.

13  **Q.**  AND WHEN THEY TOOK VIOXX ALONG WITH THEIR BABY ASPIRIN, NO

14  EFFECT ON THE BLOOD FLOW; RIGHT?

15  **A.**  THAT IS CORRECT.  AND THE SAME REASONING APPLIES WITH EACH

16  OF THE STUDIES YOU'VE SHOWN ME.

17  **THE COURT:**  YOU WANT TO TAKE A BREAK FOR LUNCH,

18  COUNSEL?

19  **MR. BECK:**  ACTUALLY, YOUR HONOR, I'VE GOT 20 SECONDS

20  AND THEN I'LL BE DONE.

21  **THE COURT:**  GOOD.  OKAY.

22  **BY MR. BECK:**

23  **Q.**  AND I'M GOING TO USE THIS ONLY TO SEE IF I CAN SAVE

24  MR. ROBINSON SOME TIME.  I TAKE IT THAT NOTHING YOU'VE SEEN OR

25  HEARD ON TUESDAY OR TODAY CHANGES ANY ONE OF YOUR OPINIONS ONE

```
 1   IOTA; RIGHT?
 2   A.   I THINK, IN GENERAL, THAT'S TRUE.  I'D LIKE TO KNOW EACH
 3   ONE OF THE OPINIONS YOU'RE ASCRIBING TO ME.  BUT, YES, I THINK,
 4   IN THE MAIN, IT'S NOT CHANGED MY OPINION ONE IOTA.
 5             MR. BECK:  YOUR HONOR, THAT'S ALL THAT I HAVE.
 6             MR. ROBINSON:  COULD I JUST TAKE ONE QUESTION,
 7   YOUR HONOR?  I THINK IT WOULD BE ALONG THE ISSUE THAT THEY WERE
 8   JUST ON WITH ASPIRIN, AND THEN I'LL JUST --
 9             THE COURT:  WE'RE GOING TO HAVE TO STOP HERE.  I'LL
10   LET YOU DO THAT WHEN WE GET BACK AT 1:45.  WE'LL BE BACK AT
11   1:45.
12             THE MARSHAL:   ALL RISE.
13                     (LUNCHEON RECESS)
14                     * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

1          **AFTERNOON SESSION**

2          **(AUGUST 10, 2006)**

3              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4     TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

5     REPORTER.)

6              **THE DEPUTY CLERK:**  EVERYONE RISE.

7              **THE COURT:**  BE SEATED, PLEASE.  WE ARE STILL WITH

8     DR. ZIPES AND HE IS NOW UNDER REDIRECT.

9              (WHEREUPON, **DOUGLAS ZIPES**, HAVING BEEN DULY SWORN,

10    TESTIFIED AS FOLLOWS.)

11                       **REDIRECT EXAMINATION**

12    BY MR. ROBINSON:

13    **Q.**   DR. ZIPES, YOU WERE ASKED A LOT OF QUESTIONS THIS MORNING

14    AND TUESDAY ABOUT MR. BARNETT'S USE OF -- WHEN HE USED ASPIRIN

15    AND WHEN HE DIDN'T.  DO YOU REMEMBER THAT WITH MR. BECK?

16    **A.**   YES, SIR.

17    **Q.**   HAVE YOU REVIEWED THE TRANSCRIPT OF DR. MIKOLA?

18    **A.**   YES, SIR.

19    **Q.**   DID YOU RELY ON THAT?

20    **A.**   YES, SIR.

21    **Q.**   LET'S LOOK AT IT.

22              "Q.  BY THE WAY, IN LOOKING AT YOUR -- MAYBE YOU KNOW

23        THIS FROM YOUR RECORD, BUT IN MY REVIEW OF YOUR RECORD UP

24        TO THE HEART ATTACK, HE WASN'T ON BABY ASPIRIN BEFORE THE

25        HEART ATTACK; IS THAT RIGHT?

                              DAILY COPY

1         "A.  I BELIEVE THAT'S CORRECT.

2         "Q.  OKAY.  BUT THEN AFTER THE HEART ATTACK, HE WAS

3    PUT ON BABY ASPIRIN?

4         "A.  YES, SIR.  THE PART OF THE RECORD -- WHEN HE SAW

5    ME, TO CLARIFY, THE FIRST TIME, HE WAS NOT TAKING BABY

6    ASPIRIN.  THE PART OF MY CHART THAT WOULD HAVE HAD THIS

7    MEDICINE LIST IS NOT HERE, WHICH WOULD HAVE STATED WHETHER

8    OR NOT HE WAS ON BABY ASPIRIN, BUT I DON'T SEE IT ANYWHERE

9    IN MY NOTES.

10        "Q.  YOU REMEMBER THAT MR. ROBINSON WAS ASKING YOU

11   ABOUT ASPIRIN AND WHETHER MR. BARNETT USED IT PRIOR TO HIS

12   HEART ATTACK?

13        "A.  I REMEMBER.

14        "Q.  I SAID THAT I WOULD SHOW YOU SOME DOCUMENTS TO

15   SEE IF YOUR RECOLLECTION MIGHT BE REFRESHED.

16        "A.  UH-HUH.

17        "Q.  LET ME HAND YOU WHAT I'LL MARK AS EXHIBIT 32.

18   THIS IS A DOCUMENT BATES STAMPED BARNETT G, GRAND STRAND

19   RMC 19 THROUGH 21.  IS THIS AN OFFICE NOTE THAT YOU

20   DICTATED ON JANUARY 19 OF 2000?

21        "A.  NO, SIR.  THIS WOULD BE THE HISTORY AND PHYSICAL

22   TO ADMIT HIM TO THE HOSPITAL ON THE 19th OF 2000.  IT IS

23   A NOTE THAT I DICTATED, YES.

24        "Q.  DID YOU DICTATE EXHIBIT 32 ON OR ABOUT

25   JANUARY 19?

1927

```
 1              "A.  CORRECT.

 2              "Q.  I WANT TO DIRECT YOUR ATTENTION TO THE SECOND

 3       PAGE UNDER 'ASSESSMENT PLAN.'

 4              "A.  YES, SIR.

 5              "Q.  THE LAST SENTENCE SAYS, 'WE WILL ALSO GIVE

 6       SUPPLEMENTAL OXYGEN AND START HIM ON A LOW-DOSE

 7       BETA-BLOCKER, METOPROLOL' --

 8              "A.  METOPROLOL.

 9              "Q.  'METOPROLOL, 25' --

10              "A.  'BID,' WHICH MEANS TWICE A DAY.

11              "Q.  WHAT IS THE NEXT TWO WORDS?

12              "A.  'DAILY ASPIRIN.'

13              "Q.  THEN IT CONTINUES.

14              "A.  YES.

15              "Q.  RECOGNIZING THAT MR. BARNETT WAS INDICATED FOR

16       ASPIRIN IN LIGHT OF HIS ISCHEMIA CONDITION IN JANUARY OF

17       2000, DID YOU RECOMMEND THAT HE SHOULD TAKE ASPIRIN ON

18       DAILY BASIS?

19              "A.  I DON'T RECALL SPECIFICALLY.  I WOULD HAVE

20       ASSUMED THAT I DID, BUT I DON'T RECALL SPECIFICALLY.  MY

21       PAGE WITH MY MEDICINE LIST IN IT, WHICH IS WHERE I WOULD

22       RECORD THE MEDICINES THAT I HAD HIM ON, ARE NOT IN THE

23       DOCUMENTS.

24              "Q.  DO YOU AGREE, IN LIGHT OF MR. BARNETT'S AGE AT

25       THIS TIME, 56 YEARS OLD, HIS FAMILY HISTORY OF HEART
```

1     DISEASE, HIS HIGH CHOLESTEROL, AND HIS ISCHEMIA IN JANUARY

2     OF 2000 THAT HE WAS INDICATED FOR ASPIRIN?

3          "A.  YES, SIR.

4          "Q.  THAT'S WHY YOU TOLD HIM TO TAKE DAILY ASPIRIN ON

5     JANUARY 19, ACCORDING TO THIS RECORD?

6          "A.  ON JANUARY 19, IT DOESN'T EXACTLY SAY THAT I

7     TOLD HIM TO TAKE ASPIRIN.  IT SAYS THAT I STARTED HIM ON

8     ASPIRIN WHILE IN THE HOSPITAL.

9          "Q.  IT SAYS 'ASPIRIN DAILY'?

10         "A.  YES.

11         **"MR. ROBINSON:**  IN THE HOSPITAL, HE SAID.

12         "Q.  AS YOU SIT HERE TODAY -- I'LL GO TO THE NEXT

13     TOPIC."

14     **BY MR. ROBINSON:**

15     **Q.**  NOW, DOCTOR, DID YOU ALSO REVIEW DR. MIKOLA'S MEDICAL

16     CHART TO SEE IF DR. MIKOLA DOCUMENTED THAT HE EVER PRESCRIBED

17     BABY ASPIRIN TO HIM AFTER HE GOT OUT OF THE HOSPITAL IN

18     JANUARY 2000 UP TO HIS HEART ATTACK IN SEPTEMBER OF 2002?

19     **A.**  YES.

20     **Q.**  LET ME GIVE YOU WHAT WE'LL MARK ZIPES 1.  NOW, IS ZIPES 1

21     A PAGE FROM THE GRAND STRAND MEDICAL HOSPITAL?  ACTUALLY,

22     ZIPES 1, TAB 1, IS IT FROM GRAND STRAND HOSPITAL?

23     **A.**  YES, SIR.

24     **Q.**  OKAY.  UNDER "MEDS," BEFORE HE WENT TO THE HOSPITAL, WHAT

25     DO THEY SAY HE WAS ON?

1    A.   CLARITIN AS NEEDED, SELDANE, AND PRILOSEC.

2    Q.   NOW, LET'S GO TO ZIPES 1, TAB 2.  IS THIS THE HOSPITAL

3    DISCHARGE RECORD?

4    A.   YES, SIR.

5    Q.   WHAT DOES IT SAY WHAT HIS DISCHARGE MEDS WERE?

6    A.   PRILOSEC, FELDENE, NITROSTAT.

7    Q.   SO DID HE GET DISCHARGED ON BABY ASPIRIN?

8    A.   NO.

9    Q.   NOW, IF YOU GO TO ZIPES 1, TAB 3, DO YOU SEE THE TOPIC UP

10   ABOVE?  IT SAYS "DISCHARGE MEDICATIONS."

11   A.   YES, SIR.

12   Q.   WOULD YOU READ INTO THE RECORD THE DISCHARGE MEDICATIONS.

13   A.   PRILOSEC, FELDENE, NITROGLYCERIN.

14   Q.   OKAY.  THEN I'D LIKE YOU TO GO TO ZIPES 1, TAB 4.  IS

15   THERE ANY MENTION ON JANUARY 27, 2000, REGARDING BABY ASPIRIN?

16   A.   NO, SIR.

17   Q.   OKAY.  IF YOU GO TO ZIPES 1, TAB 5, WHICH IS DATED

18   3-21-2000, IF YOU GO THROUGH THAT RECORD, DOES IT SAY ANYWHERE

19   THAT HE'S ON BABY ASPIRIN OR ASPIRIN?

20   A.   NO, SIR.

21   Q.   DOES IT SAY THAT THEY WERE GOING TO TRY LIPITOR?

22   A.   YES.

23   Q.   DOES IT SAY THAT HE IS ON PRILOSEC?

24   A.   YES.

25   Q.   DO YOU SEE UP ABOVE THAT IT SAYS HE'S ON VIOXX?

1    A.    YES, SIR.

2    Q.    IS THERE ANY MENTION OF ASPIRIN?

3    A.    NO.

4    Q.    THEN WHEN YOU GO TO THE NEXT RECORD, WHICH IS ZIPES 1,

5    TAB 6, WHICH IS DATED 8-2-2000, DO YOU SEE THE THIRD LINE FROM

6    THE BOTTOM SAYS "STABLE ON VIOXX"?

7    A.    YES, SIR.

8    Q.    CAN YOU CAREFULLY GO THROUGH THAT RECORD AND SEE IF

9    THERE'S ANY MENTION OF HIM BEING ON ASPIRIN.

10   A.    NO, SIR.

11   Q.    GO TO ZIPES 1, TAB 7.  THIS IS DATED DECEMBER 28, 2000.

12   DO YOU SEE THE FOURTH LINE FROM THE BOTTOM?  WOULD YOU READ THE

13   MEDICATION ON NUMBER 5.

14   A.    "STABLE ON VIOXX."

15   Q.    UNDER "SINUSITIS," DOES IT SHOW WHAT MEDICATION HE WAS ON?

16   A.    IT SAYS, "HE WILL TAKE HALF AS USUAL LIPITOR DOSE WHILE HE

17   IS ON THE BIAXIN," WHICH IS AN ANTIBIOTIC.

18   Q.    JUST READ THAT INTO THE RECORD, PLEASE.  READ FROM THAT

19   POINT ON DOWN TO THE BOTTOM OF THE -- FROM NUMBER 2 ON, JUST

20   READ IT TO THE BOTTOM -- AND READ IT SLOWLY FOR THE COURT

21   REPORTER, PLEASE -- DOWN TO THE BOTTOM OF THE PARAGRAPH.

22   A.    "2.  SINUSITIS.  HE WAS ON BIAXIN IN THE PAST.  I'M GOING

23   TO TREAT HIM WITH 500-MILLIGRAMS, TWO DAILY, FOR 10 DAYS.  I

24   RECOMMENDED AVOIDING SUDAFED-CONTAINING SUBSTANCES IN THE MIDST

25   OF A BACTERIAL INFECTION AS IT CAN THICKEN HIS SECRETIONS.  I

1931

1   RECOMMENDED OVER-THE-COUNTER ROBITUSSIN DM WITH THE ANTIBIOTIC

2   AND PLAIN TAVIST IF HE HAS A LOT OF RHINARIA."

3          "3.  HYPERLIPIDEMIA.  HIS LIPID CONTROL HAS

4   DETERIORATED, ALTHOUGH IT IS STILL ACCEPTABLE.  CONTINUE

5   LIPITOR 10."

6          "4.  REFLUX.  HE WILL FOLLOW UP WITH DR. CORNELL.  I

7   HAVE GIVEN HIM HEMOCCULT CARDS FOR COLORECTAL CANCER SCREENING.

8   I BELIEVE HE IS DUE FOR A COLONOSCOPY THIS SPRING."

9          "5.  OSTEOARTHRITIS.  STABLE ON VIOXX."

10          "6.  CANCER SCREENING.  HE IS UP-TO-DATE.  I WILL SEE

11   HIM IN SIX MONTHS FOR FOLLOW-UP WITH LIPIDS AND LFT'S" --

12   THAT'S LIVER FUNCTION TEST -- "SOONER AS NEEDED.  HE WILL TAKE

13   HALF HIS USUAL LIPITOR DOSE WHILE HE IS ON THE BIAXIN."

14   **Q.**   WOULD YOU GO TO THE NEXT, TAB 8, PLEASE, WHICH IS DATED

15   JULY 12, 2001.

16   **A.**   YES.

17   **Q.**   DO YOU SEE ANY MENTION ON THAT RECORD THAT HE IS ON

18   ASPIRIN?

19   **A.**   NO.

20   **Q.**   DOES IT SAY HE IS ON OTHER MEDICATIONS?

21   **A.**   YES.

22          "I HAVE REFILLED HIS HUMIBID AND HIS PROTONIX.  HE

23   JUST RECENTLY GOT A REFILL ON THE AUGMENTIN, WHICH I

24   RECOMMENDED HE CONTINUE.  IF THE SYMPTOMS DO NOT RESPOND, HE

25   WILL NEED A CHEST X-RAY.  HE DOES NOT HAVE A SMOKING HISTORY.

1     "HYPERLIPIDEMIA.  HE'S DOING WELL ON LIPITOR,

2  10 MILLIGRAMS, AND DIET AND EXERCISE."

3     "CHRONIC SINUSITIS.  I HAVE GIVEN HIM SAMPLES OF

4  RHINOCORT AQUA TO TRY.  IF IT IS MORE EFFECTIVE THAN THE

5  CLARITIN, HE CAN SWITCH; OTHERWISE, HE WILL CONTINUE THE

6  CLARITIN ON AN AS-NEEDED BASIS."

7     "CONTINUED LIFELONG PRILOSEC THERAPY."

8  **Q.**   IF YOU GO TO THE NEXT TAB, 9, IS THERE ANY MENTION OF

9  ASPIRIN ON THAT DATE, WHICH IS FEBRUARY 18, '02?

10  **A.**   NO, SIR.

11  **Q.**   GOING TO 8-20-02, TAB 10, ANY MENTION HE SHOULD BE TAKING

12  ASPIRIN?

13  **A.**   NO, SIR.

14  **Q.**   BASED ON THE TESTIMONY YOU HAVE HEARD FROM DR. MIKOLA AND

15  LOOKING AT HIS RECORDS, DO YOU HAVE AN OPINION WHETHER HE WAS

16  ON ASPIRIN FROM 2000 TO 2002?

17  **A.**   I DO.

18  **Q.**   WHAT'S THAT?

19  **A.**   THAT HE WAS NOT.

20  **Q.**   OKAY.  I WANT TO TALK TO YOU NOW ABOUT BLOOD PRESSURE

21  SPIKES.  I'M GOING TO GIVE YOU WHAT I'M GOING TO MARK AS

22  ZIPES 2.  ZIPES 2 HAS FOUR DIFFERENT PAGES TO IT; RIGHT?

23  **A.**   YOU HAVEN'T GIVEN ME A COPY.  I DON'T KNOW.

24  **Q.**   OH, I DIDN'T GIVE YOU A COPY?  WELL, THAT'S THE PROBLEM.

25  HERE'S ZIPES 2.  WHILE I'M AT IT, I'M GOING TO GIVE YOU

1  ZIPES 3, WHICH IS DR. MIKOLA'S BLOOD PRESSURE CHART, WHICH I'LL

2  GIVE A COPY TO THE DEFENSE.  LET'S GO TO ZIPES 3 AND PUT IT UP

3  ON THE SCREEN, IF WE COULD.  IS THIS THE CHART THAT DR. MIKOLA

4  KEPT ON MR. BARNETT'S BLOOD PRESSURES?

5  **A.**  YES, SIR.

6  **Q.**  SO MR. BECK ASKED YOU ABOUT THE BLOOD PRESSURE ON

7  10-24-00, WHICH IS ABOVE THE 160 THAT YOU TALKED ABOUT IN THE

8  APPROVE STUDY?

9  **A.**  YES, SIR.

10  **Q.**  LET'S NOW GO TO THE RECORD FROM 10-24-00.  WOULD YOU

11  UNDERLINE THE PART THAT SAYS "NO ANGINA OR RESPIRATORY

12  COMPLAINTS."

13  **A.**  YES, SIR.  "NO ANGINA OR RESPIRATORY COMPLAINTS."

14  **Q.**  IS THERE ANY EVIDENCE AT THAT TIME WHEN THAT BLOOD

15  PRESSURE SPIKE OCCURRED THAT HE HAD A RESPIRATORY INFECTION?

16  **A.**  NO, SIR.

17  **Q.**  IS THAT ONE OF THE BLOOD PRESSURE SPIKES THAT YOU WERE

18  RELYING ON FOR YOUR OPINION REGARDING THE APPROVE STUDY

19  APPLICATION TO MR. BARNETT?

20  **A.**  YES, SIR.

21  **Q.**  NOW, LET'S GO TO JANUARY 19, 2000.  THERE'S A BLOOD

22  PRESSURE ENTERED AS OF JANUARY 19, 2000.  THIS IS WHEN HE CAME

23  IN WITH THE PAIN IN HIS CHEST AND THEN EVENTUALLY GOT THE

24  CARDIOLITE; CORRECT?

25  **A.**  CORRECT.

1  **Q.**  WOULD YOU GO THROUGH THE RECORD THERE AND SEE IF THERE'S

2  ANY RECORD OF HIM HAVING AN UPPER RESPIRATORY INFECTION ON

3  JANUARY 19, 2000, JUST THAT ONE PIECE OF PAPER.

4  **A.**  I DON'T HAVE THAT PIECE OF PAPER.

5  **Q.**  THERE IT IS.  I'M SORRY.

6  **A.**  NO, SIR.

7  **Q.**  SO HERE WE HAVE A BLOOD PRESSURE SPIKE 162, WHICH IS A

8  LITTLE LOWER THAN THE 164 THAT HE HAD IN OCTOBER; RIGHT?

9  **A.**  YES, SIR.

10  **Q.**  NEITHER OF THOSE SPIKES WERE WITH AN UPPER RESPIRATORY

11  INFECTION; RIGHT?

12  **A.**  THAT'S CORRECT.

13        **MR. BECK:**  OBJECTION, LEADING, YOUR HONOR.

14        **THE COURT:**  PLEASE DON'T LEAD.  HE IS UNDER REDIRECT,

15  NOT CROSS.

16  **BY MR. ROBINSON:**

17  **Q.**  NOW, CAN WE PUT UP THE NEXT VISIT, 2-18-02, PLEASE.  DO

18  YOU SEE ANY EVIDENCE ON 2-18-02 OF AN UPPER RESPIRATORY

19  INFECTION?

20  **A.**  NO, SIR.  IT SAYS HE HAS NOT HAD ANY RESPIRATORY PROBLEMS

21  SINCE HE HAS BEEN ON THE CLARITIN REGULARLY.

22  **Q.**  IF WE GO TO ZIPES 3, WHICH IS THE BLOOD PRESSURE CHART,

23  WHAT IS THE BLOOD PRESSURE ON FEBRUARY 18, 2002?

24  **A.**  170/92.

25  **Q.**  SO THAT'S ABOUT RIGHT HERE; RIGHT?  I DON'T KNOW IF YOU

1    CAN SEE THIS.

2    **A.**   I CAN'T.

3    **Q.**   YOU'LL TRUST ME?

4    **A.**   I'LL TRUST YOU.

5             **MR. BECK:**  YOUR HONOR, HE CAN PUT IT ANYWHERE HE

6    WANTS.  THAT'S OKAY WITH US.

7             **MR. ROBINSON:**  DO YOU MIND IF I BRING HIM DOWN?

8             **THE COURT:**  THAT'S FINE.

9    **BY MR. ROBINSON:**

10   **Q.**   COME ON, DOCTOR.  WE CAN DO THIS TOGETHER.  CAN YOU GET

11   THROUGH THERE?  SO THESE THREE BLOOD PRESSURE SPIKES ARE OVER

12   WHAT NUMBER?

13            **MR. BECK:**  OBJECTION, LEADING, YOUR HONOR.

14            **THE WITNESS:**  THEY ALL EXCEED 160.

15            **THE COURT:**  I'LL LET HIM DO THAT.

16   **BY MR. ROBINSON:**

17   **Q.**   WHAT IS THE SIGNIFICANCE FOR YOU OF THOSE BLOOD PRESSURE

18   SPIKES EXCEEDING 160?

19   **A.**   IN THE APPROVE TRIAL, THOSE INDIVIDUALS WHO HAD BLOOD

20   PRESSURE SPIKES THAT EXCEEDED 160 HAD A RELATIVE RISK OF HEART

21   EVENTS OF 3.8.  SO IT'S ALMOST A FOURFOLD INCREASE TO HAVE THAT

22   BLOOD PRESSURE SPIKE WHILE TAKING VIOXX.

23   **Q.**   THESE THREE BLOOD PRESSURE ELEVATIONS, WOULD YOU READ THEM

24   INTO THE RECORD, PLEASE, WHAT THEY ARE.  GIVE THE DATE AND WHAT

25   YOU READ.

1   **A.**   ON 1-25-99, BLOOD PRESSURE 142/78; ON 6-16-99, BLOOD

2   PRESSURE 140/90; ON 6-29-99, BLOOD PRESSURE 130/90.

3   **Q.**   DO ANY OF THOSE EXCEED 160?

4   **A.**   NO.

5   **Q.**   DO ANY OF THOSE EXCEED 150?

6   **A.**   NO, SIR.

7   **Q.**   THANK YOU, DOCTOR.  NOW, IN THE APPROVE STUDY, DID SOME OF

8   THE PEOPLE TAKING PLACEBO HAVE BLOOD PRESSURE ELEVATION?

9   **A.**   YES.  IN THE APPROVE TRIAL, THERE WERE PEOPLE TAKING THE

10  PLACEBO, OR SUGAR PILL, AND THERE WERE OCCASIONAL BLOOD

11  PRESSURE SPIKES IN THAT GROUP, NOT AS MANY AS IN THE VIOXX

12  GROUP, AND THOSE PEOPLE HAD NO INCREASE WITH THEIR BLOOD

13  PRESSURE SPIKES.  SO THE INCREASED RISK OF ALMOST FOURFOLD ONLY

14  OCCURRED WHEN THE BLOOD PRESSURE SPIKE OCCURRED WHEN THE

15  INDIVIDUAL WAS TAKING VIOXX.

16  **Q.**   DID ONE OF THE GROUPS HAVE MORE HEART ATTACKS THAN THE

17  OTHER?

18  **A.**   YES, CERTAINLY DID.

19  **Q.**   WHICH GROUP HAD MORE HEART ATTACKS?

20  **A.**   THE INDIVIDUALS IN THE VIOXX GROUP HAD MORE HEART ATTACKS.

21  THEY HAD A HEART ENDPOINT, THAT IS, A CARDIAC ENDPOINT OF 2.8.

22  BUT WHEN THEY HAD THE BLOOD PRESSURE SPIKES WHILE TAKING VIOXX,

23  THE RESULT WAS A 3.8 THROMBOTIC ENDPOINT, WHICH WOULD INCLUDE

24  HEART ATTACKS.

25  **Q.**   NOW, I'M NOT GOING TO GO BACK OVER ALL THE ANIMAL STUDIES,

1937

1    BUT MR. BECK PUT UP THE 2006 ARTICLE BY GROSSER AND

2    FITZGERALD --

3    **A.**    YES.

4    **Q.**    -- AND SAID IT WAS A SUMMARY ARTICLE?

5    **A.**    YES.

6    **Q.**    IS THERE A SIGNIFICANCE THAT YOU ATTACH TO THAT ARTICLE?

7    **A.**    THERE IS.

8    **Q.**    CAN WE PUT IT UP, PLEASE.  HOW DOES THIS ARTICLE COME IN

9    TIME VERSUS THE OTHER ARTICLES THAT I SHOWED YOU AND MR. BECK

10   SHOWED YOU?

11   **A.**    WELL, THIS IS THE MOST RECENT.  SO, AS A REVIEW ARTICLE, A

12   SUMMARY ARTICLE, IT INCLUDES AN ANALYSIS OF ALL OF THE PREVIOUS

13   PUBLISHED ARTICLES IN THE ANIMALS SUMMARIZED HERE.

14   **Q.**    WHAT DOES IT SAY?

15   **A.**    "IN SUMMARY, A SUBSTANTIAL BODY OF EVIDENCE HAS

16   ACCUMULATED THAT ONE MECHANISM SUPPRESSION OF COX-2 DEPENDENT

17   $PGI_2$" -- THAT'S PROSTACYCLIN -- "FORMATION CAN BOTH AUGMENT THE

18   RESPONSE TO THROMBOTIC" -- THAT'S BLOOD CLOTS -- "AND

19   HYPERTENSIVE" -- ELEVATED BLOOD PRESSURE -- "STIMULI AND

20   INITIATE AND ACCELERATE ATHEROGENESIS."

21   **Q.**    BY "ATHEROGENESIS," WHAT DOES THAT MEAN?

22   **A.**    THAT'S THE DEVELOPMENT OF THE PLAQUES AND PLUGGING UP OF

23   THE ARTERIES.

24   **Q.**    SO THAT COMES AFTER ALL THOSE STUDIES I SHOWED YOU AND

25   MR. BECK SHOWED YOU?

1    **MR. BECK:**  LEADING AND ARGUMENTATIVE, YOUR HONOR.

2    **THE COURT:**  SUSTAINED.  RESTATE THE QUESTION.

3    BY MR. ROBINSON:

4    Q.  WHEN IN TIME DID THAT ARTICLE BY DR. FITZGERALD COME --

5    **MR. BECK:**  IT'S ALSO BEEN ASKED AND ANSWERED.

6    **THE COURT:**  I'LL OVERRULE IT.

7    BY MR. ROBINSON:

8    Q.  I'M SORRY.  I DIDN'T HEAR THE ANSWER.

9    A.  2006.

10   Q.  ANY QUESTIONS THAT MR. BECK ASKED YOU THAT MADE YOU CHANGE

11   YOUR OPINION OR YOU DISAGREE WITH DR. FITZGERALD?

12   A.  NONE WHATSOEVER.

13   **MR. BECK:**  THAT HAS BEEN ASKED AND ANSWERED,

14   YOUR HONOR.  I COVERED THAT.

15   **THE COURT:**  THAT'S RIGHT, YOU COVERED IT.

16   **MR. ROBINSON:**  NOT DR. FITZGERALD.

17   BY MR. ROBINSON:

18   Q.  WAS DR. FITZGERALD A CONSULTANT FOR MERCK?

19   A.  YES.

20   Q.  YOU SAW HIS NAME IN MERCK MEMOS?

21   A.  YES.

22   Q.  WE'LL QUICKLY GO THROUGH SOME PORTIONS OF THE DOCUMENT

23   THAT THE JUDGE SAID I COULD READ THAT MR. BECK DIDN'T READ TO

24   THE JURY.  BY THE WAY, DO YOU THINK THAT THE STANDARD THAT

25   MR. BECK WANTS TO HOLD YOU TO SHOULD APPLY TO US, AS WELL?

1    **A.**   CERTAINLY.

2          **MR. ROBINSON:**   THIS IS DEFENDANT'S EXHIBIT 604,

3    YOUR HONOR.

4    **BY MR. ROBINSON:**

5    **Q.**   I'LL JUST HAVE YOU READ THIS PORTION AT PAGE 2881 INTO THE

6    RECORD, PLEASE.   THIS IS FROM DR. VERMA, ONE OF THE ONES

7    MR. BECK CITED.

8    **A.**   THIS WAS THE VERMA ARTICLE THAT SAID, "CYCLOOXYGENESE-2

9    BLOCKADE" -- COX-2 INHIBITION -- "DOES NOT IMPAIR ENDOTHELIAL

10   VASODILATOR FUNCTION IN HEALTHY VOLUNTEERS."   I MADE THE POINT

11   THAT I WOULDN'T EXPECT IT TO IN HEALTHY VOLUNTEERS.   HE SAYS IN

12   HIS ARTICLE UNDER "PROSPECTED AND LIMITATION," "PATIENT

13   POPULATION STUDIED IN THE PRESENT STUDY WAS HEALTHY AND FREE OF

14   KNOWN CARDIOVASCULAR DISEASE RISK FACTORS.   WE ARE UNCERTAIN AS

15   TO WHAT THE OUTCOME OF COX-2 ANTAGONISM WOULD BE IN THE FACE OF

16   ATHEROSCLEROSIS.   PATIENTS WITH ATHEROSCLEROSIS MAY BE

17   EXQUISITELY SENSITIVE TO THE EFFECTS OF COX-2 MEDIATED

18   INHIBITION OF $PGI_2$ PROSTACYCLIN PRODUCTION."

19   **Q.**   THANK YOU.   NOW, REMEMBER, MR. BECK ASKED YOU QUESTIONS

20   ABOUT YOUR USING THE APTC ENDPOINT IN THE APPROVE FOLLOW-UP

21   DATA?

22   **A.**   YES.

23   **Q.**   ONE OF THE DOCUMENTS THAT HE SHOWED YOU WAS THE BRESALIER

24   STUDY?

25   **A.**   YES.

DAILY COPY

1   **Q.**   OKAY.  THAT'S THE ORIGINAL PUBLICATION OF THE APPROVE
2   STUDY?
3   **A.**   CORRECT.
4   **Q.**   DO YOU KNOW WHETHER, IN THE BRESALIER ARTICLE, THAT
5   DR. BRESALIER USED THE ATPC ENDPOINT?
6   **A.**   INDEED, HE DID.
7   **Q.**   MR. BECK ASKED YOU QUESTIONS ABOUT THE THAL ARTICLE.
8   **A.**   YES.
9   **Q.**   I THINK IT WAS ONE OF THE EXHIBITS HE PUT UP.
10  **A.**   YES.
11  **Q.**   I DON'T KNOW IF YOU HAVE YOUR COPY HANDY.  I'LL JUST GIVE
12  YOU ANOTHER ONE.  I'M GOING TO ASK YOU TO GO TO PAGE BATES
13  8778.  MR. BECK DID READ PARTS OF IT IN.  BATES 8778.  REFRESH
14  THE JURY.  WHAT WAS THE THAL STUDY?
15  **A.**   THE THAL STUDY WAS ONE OF THE ALZHEIMER TRIALS --
16  **Q.**   OKAY.
17  **A.**   -- IN WHICH PATIENTS WERE TREATED WITH VIOXX.
18  **Q.**   DO YOU REMEMBER MR. BECK PUT THE QUOTE FROM ME IN MY
19  OPENING STATEMENT ABOUT 39 PERCENT OF THE PEOPLE WEREN'T TAKING
20  THEIR VIOXX?
21  **A.**   YES.
22  **Q.**   WOULD YOU READ INTO THE RECORD THE PORTION STARTING
23  WITH --
24  **A.**   "ESTIMATES OF TREATMENT"?
25  **Q.**   NO, NO, NO.  NEXT ONE DOWN.  GO AHEAD.

1   **A.**   "ESTIMATES OF TREATMENT COMPLIANCE BASED ON COUNTS OF THE

2   NUMBER OF TABLETS IN MEDICATION BOTTLES AT EACH CLINIC VISIT

3   AND CALCULATED AS" -- THEN THEY GIVE THE EQUATION -- "INDICATED

4   REASONABLE COMPLIANCE.  61 PERCENT OF THE 725 PATIENTS

5   RANDOMIZED TO ROFECOXIB AND 70.8 PERCENT OF THE 732 PATIENTS

6   RANDOMIZED TO PLACEBO HAD MORE THAN 80 PERCENT COMPLIANCE

7   DURING THE TIME THEY WERE IN THE STUDY."

8   **Q.**   SO WHAT PERCENTAGE DID NOT TAKE THEIR PILLS?

9   **A.**   39 PERCENT DID NOT TAKE THEIR PILLS.

10  **Q.**   WHAT IS THE SIGNIFICANCE OF THAT?

11  **A.**   THAT MEANS THAT THE STUDY IS VERY UNDERPOWERED.  THERE'S

12  NOT ENOUGH PEOPLE TAKING PILLS TO DRAW A SIGNIFICANT CONCLUSION

13  THAT VIOXX, INDEED, DID NOT CAUSE ANY PROBLEMS.

14  **Q.**   IF THE PEOPLE ON PLACEBO DON'T TAKE PILLS, DOES IT HAVE

15  ANY EFFECT ON THE NUMBERS?

16  **A.**   NO.  IT SHOULDN'T AFFECT THE NUMBERS AT ALL ON PLACEBO.

17  **Q.**   BUT IF THE PEOPLE ON VIOXX DON'T TAKE THEIR PILLS, DOES IT

18  HAVE AN EFFECT ON THE PERCENTAGES?

19  **A.**   IT WOULD HAVE A SIGNIFICANT EFFECT BECAUSE IF VIOXX IS

20  CAUSING PROBLEMS AND THEY DON'T TAKE THEIR PILLS, THEN

21  OBVIOUSLY YOU ARE NOT GOING TO SEE THE ENDPOINT OF THE PROBLEM.

22  **Q.**   DID YOU ALSO RELY ON, FOR THE ALZHEIMER'S STUDIES, THE

23  VIEW OF THE FDA AND HOW THEY LOOKED AT THE ALZHEIMER'S STUDIES?

24  **A.**   YES.  THE FDA WAS VERY CONCERNED.

25  **Q.**   LET ME JUST SHOW YOU THE NEXT EXHIBIT, P1.1253.  DO YOU

1  SEE THE FIRST PARAGRAPH ON THAT STUDY?

2  **A.**   YES.

3  **Q.**   CAN YOU READ THAT JUST THAT PORTION INTO THE JURY.

4  **A.**   "IN VIEW OF THE CARDIOVASCULAR FINDINGS IN VIGOR, THE FDA

5  CONDUCTED A DETAILED REVIEW OF ALL AVAILABLE DATA ON

6  CARDIOVASCULAR THROMBOTIC" -- THOSE ARE BLOOD CLOTS" -- EVENTS

7  IN A PLACEBO-CONTROLLED DATABASE OF APPROXIMATELY 3,000

8  PATIENTS ENROLLED IN THREE STUDIES (078, 026, AND 091) FOR THE

9  PREVENTION OF ALZHEIMER'S DISEASE.  THESE STUDIES WERE NOT

10  DESIGNED TO EVALUATE CARDIOVASCULAR OUTCOMES.  PATIENTS AT HIGH

11  CARDIOVASCULAR RISK SUCH AS THOSE WITH A RECENT HISTORY OF

12  MYOCARDIAL INFARCTION" -- THAT'S A HEART ATTACK -- "AND STROKE

13  AND PATIENTS TAKING ESTROGEN REPLACEMENT WERE EXCLUDED.

14  DURATION OF THE STUDIES WAS SHORTER THAN MOST CARDIOVASCULAR

15  STUDIES.  AFTER ENROLLMENT WAS COMPLETE, PATIENTS IDENTIFIED AS

16  POTENTIAL CANDIDATES FOR CARDIOVASCULAR PROPHYLAXIS WERE

17  STARTED ON LOW-DOSE ASPIRIN, APPROXIMATELY 6 PERCENT OF

18  PATIENTS IN EACH TREATMENT ARM."

19  **Q.**   LET'S GO TO THE NEXT PAGE.  DOES THE MEDICAL OFFICER FOR

20  THE FDA REVIEW THE RESULTS OF THE MORTALITY DATA FROM THE

21  ALZHEIMER'S STUDIES?

22  **A.**   YES.

23  **Q.**   WHAT ARE THE NUMBERS SHE FOUND?

24  **A.**   THE MORTALITY FOR CARDIOVASCULAR THROMBOTIC EVENTS FOR

25  078, AS YOU CAN SEE, AND 091 COMBINED, THE OVERALL RELATIVE

1    RISK WAS 2.5.  ADDITIONALLY, ALL-CAUSE MORTALITY --

2    **Q.**   WHAT DOES THAT MEAN, "ALL-CAUSE MORTALITY"?

3    **A.**   IT DOESN'T MATTER WHAT THEY DIED FROM.  EVERYBODY WHO DIED

4    IS INCLUDED.  COMBINED, AS YOU SEE, IS 41 IN THE VIOXX GROUP

5    AND 23 IN THE PLACEBO GROUP.  THAT GAVE AN OVERALL RELATIVE

6    RISK OF 2.2.

7    **Q.**   GO TO THE NEXT PAGE, PLEASE.

8           **MR. BECK:**  I WOULD ASK ON THE NEXT PAGE THE FIRST

9    SENTENCE BE READ.

10   **BY MR. ROBINSON:**

11   **Q.**   I'LL READ THAT, BUT I WANT -- I'LL READ YOURS FIRST.  GO

12   AHEAD.  READ THE TOP SENTENCE UP ABOVE.

13   **A.**   "THERE IS NO EXCESS OF MI" -- MYOCARDIAL INFARCTION,

14   THAT'S A HEART ATTACK -- "IN THE ROFECOXIB 25 MILLIGRAM GROUP

15   AS COMPARED TO PLACEBO, 22 VERSUS 20 RESPECTIVELY, BUT

16   CONSISTENT WITH THE PRIOR ANALYSIS THERE IS HIGHER ALL-CAUSE

17   MORTALITY AND CARDIOVASCULAR MORTALITY IN PATIENTS TAKING

18   ROFECOXIB AS COMPARED TO PLACEBO."

19   **Q.**   READ DOWN THE MIDDLE OF THE NEXT PARAGRAPH.  WHAT DOES IT

20   SAY ABOUT CARDIAC DISORDERS?

21   **A.**   THERE WERE MORE CARDIAC DISORDERS, 13 VERSUS 7.

22   **Q.**   THEN THERE'S A SECTION IN ITALICS RIGHT HERE.  WE'LL TRY

23   AND MARK THAT UP.  CAN YOU READ THAT?

24   **A.**   "THE CARDIOVASCULAR SECTION OF THE LABEL" --

25   **Q.**   WHAT'S "THE CARDIOVASCULAR SECTION OF THE LABEL" REFER TO?

1    **A.**   THEY ARE TALKING ABOUT VIOXX AND TALKING ABOUT WHERE THEY

2    DISCUSS THE CARDIOVASCULAR OR HEART AND BLOOD VESSEL EFFECTS OF

3    VIOXX.  "THE CARDIOVASCULAR SECTION OF THE LABEL SHOULD BE

4    UPDATED TO REFLECT THE FINAL NUMBER OF CARDIOVASCULAR OR

5    THROMBOTIC EVENTS, CARDIOVASCULAR THROMBOTIC DEATHS, AND

6    ALL-CAUSE MORTALITY."

7            **MR. BECK:**  YOUR HONOR, MAY WE APPROACH?

8            **THE COURT:**  YES.

9            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

10   THE BENCH.)

11           **MR. BECK:**  YOUR HONOR, I HAVE TWO ISSUES.  ONE IS

12   THAT IT'S INHERENTLY LEADING TO PUT DOCUMENTS UP THAT ARE

13   PREHIGHLIGHTED LIKE THIS, SO I OBJECT TO THIS GOING FORWARD

14   BECAUSE IT'S JUST A WAY OF GIVING HIM THE ANSWER.  SECONDLY, HE

15   IS ABOUT TO GET TO A LABEL ISSUE.  THERE WAS NO LABELING ISSUES

16   DISCUSSED IN HIS REPORT.  THERE ARE NO LABELING ISSUES

17   DISCUSSED ON DIRECT EXAMINATION.  THERE WASN'T ANY ON CROSS.

18   NOW HE IS GETTING INTO LABELING.  IT'S A WHOLE NEW AREA.

19           **THE COURT:**  I DIDN'T HEAR THIS UNDER EITHER DIRECT OR

20   CROSS.

21           **MR. ROBINSON:**  I'M NOT OFFERING IT FOR THE LABEL.

22           **MR. BECK:**  HE HAS THE LABEL STUFF HIGHLIGHTED.

23           **MR. ROBINSON:**  I'M OFFERING THIS TO SHOW THAT MERCK

24   KNEW THERE WAS A RISK AND THAT THERE WAS A RISK -- TO SUPPORT

25   HIS CAUSATION OPINION, IN OTHER WORDS, THAT HER FINDINGS

1    SUPPORT HIS OPINION THAT VIOXX CAUSES THESE DEATHS IN THESE
2    STUDIES AND THAT SHE VALIDATES THIS.
3            **MR. BECK:**  HE JUST GOT THAT IN, BUT HE IS ABOUT TO
4    MOVE TO SOMETHING ABOUT THE LABEL.
5            **THE COURT:**  HE IS RIGHT ABOUT THAT, MARK.  LET'S DEAL
6    WITH THIS A LITTLE DIFFERENTLY.  YOU HAVE GOT HIM UNDER
7    REDIRECT, SO YOU CAN'T LEAD UNDER DIRECT OR REDIRECT.  YOU'RE
8    PUTTING UP THINGS AND THEY'RE HIGHLIGHTED AND ASKING HIM TO
9    READ THE HIGHLIGHTED PART.  HE IS RIGHT ABOUT MAKING AN
10   OBJECTION ON LEADING.  IT IS.  SO LET'S DEAL WITH IT IN SOME
11   WAY.  I HOPE WE ARE FINISHED READING.
12           **MR. ROBINSON:**  I'LL TAKE IT DOWN.  WE ARE DONE.
13           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
14   OPEN COURT.)
15   **BY MR. ROBINSON:**
16   **Q.**   DOCTOR, YOU WERE ASKED QUESTIONS ABOUT THE E-MAIL THAT YOU
17   GOT FROM THE LAWYER FROM MERCK, MR. FRASER.
18   **A.**   YES.
19   **Q.**   WHO SENT THE E-MAIL FIRST, YOU OR HIM?
20   **A.**   HE DID.
21   **Q.**   CAN YOU TELL THE JURY WHETHER OR NOT MERCK WAS TRYING TO
22   RETAIN YOU AS AN EXPERT?
23   **A.**   THEY WERE.
24   **Q.**   A YEAR LATER, 2006, CAN YOU TELL THE JURY WHETHER OR NOT
25   MERCK CALLED YOU AGAIN?

1    **A.**    THEY DID.

2    **Q.**    AFTER THIS E-MAIL TO RETAIN YOU?

3    **A.**    THEY DID.

4    **Q.**    WHAT DID THEY TELL YOU AT THAT TIME?

5    **A.**    THAT WHAT I WAS CHARGING WAS PERFECTLY FINE AND THEY

6    WANTED TO RETAIN ME.

7    **Q.**    AT THE SAME TIME WAS THE MAKER OF CELEBREX TRYING TO

8    RETAIN YOU, TOO?

9    **A.**    YES.

10   **Q.**    HAVE YOU TESTIFIED FOR DEFENSE BEFORE?

11   **A.**    YES.

12   **Q.**    HOW OFTEN?

13   **A.**    I HAVE TESTIFIED IN EITHER DEPOSITION OR AT TRIAL 25 TIMES

14   IN THE LAST EIGHT YEARS, SO THAT'S ABOUT THREE TIMES A YEAR.

15   16 OF THOSE TIMES WERE FOR DEFENSE.  SEVEN WERE FOR PLAINTIFF.

16   TWO I COULDN'T REMEMBER WHETHER IT WAS PLAINTIFF OR DEFENSE.

17   OF THOSE 16 DEFENSE, SIX WERE FOR MAJOR DRUG COMPANIES.  THE

18   PLAINTIFF'S SIDE INCLUDED FOUR TESTIMONIES AGAINST DRUG

19   COMPANIES, ALL THE MAKERS OF EPHEDRA, THE DIETARY SUPPLEMENT

20   THAT IS RESPONSIBLE FOR SUDDEN DEATH.  THAT'S THE ONLY TIME I

21   HAVE TESTIFIED AGAINST A DRUG COMPANY.  IN ADDITION, THE

22   UNITED STATES CONGRESS, THE HOUSE --

23   **Q.**    I JUST WANTED TO ASK YOU ABOUT CASES.  HAVE YOU BEEN ASKED

24   TO TESTIFY ALSO BEFORE CONGRESS?

25   **A.**    I WAS.  THE UNITED STATES CONGRESS, HOUSE OF

```
 1    REPRESENTATIVES ASKED ME TO TESTIFY ABOUT EPHEDRA AND THE
 2    POTENTIAL HARM, WHICH I DID, AND SHORTLY THEREAFTER EPHEDRA WAS
 3    TAKEN OFF THE MARKET.  THEN ONE OF THE DEFENSE TRIALS FOR A
 4    PHARMACEUTICAL COMPANY WAS ACTUALLY IN THIS COURTROOM UNDER
 5    JUDGE FALLON IN A LITIGATION AND JUDGE FALLON FOUND --
 6              MR. BECK:  YOUR HONOR --
 7              THE COURT:  SUSTAINED.
 8    BY MR. ROBINSON:
 9    Q.   IN ANY EVENT, THE BOTTOM LINE IS THIS.  YOU KNOW, IT'S
10    OBVIOUS, MR. BECK WAS TRYING TO IMPUGN YOUR --
11              THE COURT:  I SUSTAIN THE OBJECTION.
12    BY MR. ROBINSON:
13    Q.   WHEN YOU REVIEWED THIS LITERATURE AND, FOR EXAMPLE,
14    REVIEWED THE FINDINGS OF THE FDA ADVISORY COMMITTEE MEMBERS AND
15    YOU LOOKED AT ALL OF THE OTHER ARTICLES BY FITZGERALD AND
16    EVERYBODY ELSE --
17              MR. BECK:  LEADING, YOUR HONOR.
18              THE COURT:  WHAT'S THE QUESTION?
19    BY MR. ROBINSON:
20    Q.   DID THAT HAVE ANY EFFECT ON YOUR TESTIMONY?
21    A.   IT CERTAINLY DID.
22    Q.   WHAT EFFECT WAS IT?
23    A.   THE ENTIRE FDA ADVISORY COMMITTEE SUPPORTED THE POSITION
24    32 TO 0 THAT VIOXX, INDEED, CAUSED CARDIOVASCULAR HARM.
25
```

1    **BY MR. ROBINSON:**

2    **Q.**   NOW, I WANT TO GO TO A COUPLE OF ISSUES MR. BECK RAISED

3    YESTERDAY.

4              **THE COURT:**  ANYTHING FURTHER OF THIS WITNESS?

5              **MR. ROBINSON:**  I DO HAVE JUST ONE AREA I WANT TO GO

6    INTO.

7    **BY MR. ROBINSON:**

8    **Q.**   MR. BECK ASKED YOU QUESTIONS YESTERDAY ABOUT THE BUILDUP

9    OF PLAQUE BEFORE THE CARDIOLITE OF 2000.

10   **A.**   YES.

11   **Q.**   THEN THERE WAS SOME QUESTIONS ABOUT YOUR OPINIONS ON THE

12   BUILDUP OF PLAQUE AFTER 2000.

13   **A.**   YES.

14   **Q.**   CAN YOU SUMMARIZE YOUR POSITION TODAY ABOUT THE BUILDUP OF

15   PLAQUE AFTER 2000 AND WHETHER OR NOT VIOXX WAS RESPONSIBLE FOR

16   IT.

17             **MR. BECK:**  YOUR HONOR, I OBJECT.  THIS IS JUST A

18   REPEAT OF THE DIRECT.

19             **THE COURT:**  THIS IS A REPEAT.  I SUSTAIN THAT.  HE

20   SAID THAT BEFORE.

21   **BY MR. ROBINSON:**

22   **Q.**   HAVE YOU CHANGED ANY OF YOUR OPINIONS ABOUT THAT THE LAST

23   TWO DAYS OF TESTIMONY?

24   **A.**   I HAVE NOT.

25   **Q.**   ONE OTHER AREA.  MR. BECK ASKED YOU ABOUT A PERSON BY THE

DAILY COPY

1    NAME OF PHIL ANTHONY.  DO YOU KNOW THAT NAME?

2    **A.**   I DON'T.

3    **Q.**   THERE'S A CONSULTANT FROM A COMPANY CALLED DECISION QUEST

4    THAT'S BEEN WORKING WITH ME.  HE DOESN'T LOOK AS YOUNG AS THE

5    PICTURE MR. BECK SHOWED.  HE IS A SMALLER MAN.  HE IS ABOUT 50

6    YEARS OLD.  DO YOU REMEMBER HIM -- HIS NAME IS PHIL-- AT ALL?

7    **A.**   I'M SORRY.  I DON'T.

8    **Q.**   IN ANY EVENT, HAS ANYONE FROM DECISION QUEST COACHED YOU

9    OR TRIED TO TELL YOU WHAT TO DO OR WHAT TO SAY HERE?

10   **A.**   OF COURSE NOT.

11   **Q.**   TELL THE JURY WHETHER OR NOT YOU'RE GIVING YOUR OWN

12   OPINIONS HERE.

13   **A.**   THIS IS MY OWN OPINION AFTER, AS YOU HAVE HEARD, MANY,

14   MANY HOURS OF REVIEWING THE MEDICAL RECORDS AND THE LITERATURE

15   AND THE STUDIES.

16          **MR. ROBINSON:**  I HAVE NOTHING FURTHER, YOUR HONOR.

17          **MR. BECK:**  MAY I INQUIRE BRIEFLY INTO THAT LAST

18   TOPIC?

19          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

20   THE BENCH.)

21          **THE COURT:**  IS THE GUY HERE?

22          **MR. ROBINSON:**  I DON'T KNOW IF HE IS HERE.

23          **MR. BIRCHFIELD:**  I THINK HE IS IN THE BACK.

24          **MR. ROBINSON:**  LET ME GO GET HIM.

25          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

DAILY COPY

1   OPEN COURT.)

2   **BY MR. ROBINSON:**

3   **Q.**   I DON'T KNOW IF HE LOOKS LIKE THE 20-YEAR-OLD PICTURE OF

4   MR. BECK.  DO YOU REMEMBER SEEING THIS MAN?

5   **A.**   ABSOLUTELY.

6   **Q.**   DID HE COACH YOU?

7   **A.**   NO.

8   **Q.**   IN ANY WAY?

9   **A.**   NO.

10  **Q.**   DID YOU TALK TO HIM?

11  **A.**   YES, I TALKED WITH HIM, BUT THERE WAS NO COACHING FROM

12  HIM.

13           **MR. ROBINSON:**  THAT'S IT.

14           **THE COURT:**  I'LL ALLOW SOME QUESTIONING ON THAT.

15                    **RECROSS-EXAMINATION**

16  **BY MR. BECK:**

17  **Q.**   WAS HE THE LAST MAN YOU TALKED TO BEFORE YOU WALKED UP

18  THERE AND TOOK THE OATH AND SWORE TO GOD TO TELL THE TRUTH?

19  **A.**   WAS PHIL THE LAST MAN?

20  **Q.**   YES, PHIL.

21  **A.**   I HAVE NO IDEA.

22  **Q.**   DON'T YOU REMEMBER THAT RIGHT BEFORE YOU CAME TO TESTIFY

23  HE LEANED FROM THE ROW BEHIND YOU AND WHISPERED IN YOUR EAR

24  GIVING YOU SOME LAST-MINUTE ADVICE?

25  **A.**   NO, SIR.

1           **MR. BECK:**  THAT'S ALL, YOUR HONOR.

2           **THE COURT:**  OKAY.  THANK YOU.  YOU ARE EXCUSED, SIR.

3    THANK YOU VERY MUCH.  ALL RIGHT.  FROM THE PLAINTIFF'S

4    STANDPOINT, ANYTHING FURTHER?

5           **MR. ROBINSON:**  THE ONE THING WE WANT TO DO,

6    YOUR HONOR, WE HAVE A LARGE GROUP OF EXHIBITS WE WANT TO GET

7    IN, BUT WE DON'T NEED THE JURY FOR THAT.

8           **THE COURT:**  THE PLAINTIFF RESTS?

9           **MR. ROBINSON:**  SUBJECT TO OUR EXHIBITS COMING IN.

10          **THE COURT:**  THAT'S WITH BOTH PARTIES.  I WANT YOU TO

11   MAKE SURE WE HAVE THE EXHIBITS IN THE FORM AND FASHION YOU WISH

12   THEM TO BE IN.  ANY MOTIONS I'LL RESERVE UNTIL ANOTHER TIME,

13   BUT WE'LL START WITH THE DEFENSE.  ANYTHING FROM THE DEFENDANT?

14          **MR. BECK:**  YOUR HONOR, CAN WE APPROACH?

15          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

16   THE BENCH.)

17          **THE COURT:**  THE PLAINTIFF HAS NOW RESTED, SUBJECT TO

18   CHECKING THE EXHIBITS TO MAKE SURE THEY HAVE ALL THE EXHIBITS

19   IN THE FORM AND FASHION THEY WISH THEM TO BE IN.

20   TRADITIONALLY, I WOULD NOW DISMISS THE JURY AND TAKE MOTIONS.

21   I'M GOING TO HOLD THAT FOR ANOTHER TIME.  I'LL ASSUME THAT THE

22   DEFENDANT HAS MADE THE APPROPRIATE MOTIONS AT THE APPROPRIATE

23   TIME.  I'LL RESERVE THAT FOR A LATER DATE SO THAT WE CAN GET

24   THROUGH WITH -- I THINK WE HAVE A DEPOSITION NOW?

25          **MR. BECK:**  NO, YOUR HONOR.  WE HAD ALERTED YOU THIS

 1    MORNING THAT WE ACTUALLY BOTH JOINTLY ASKED IF WE COULD PUT

 2    THAT OVER UNTIL TOMORROW, THAT WE JUST STOP FOR THE DAY NOW.  I

 3    APOLOGIZE FOR THE MISUNDERSTANDING.  WE TOLD OUR YOUNGSTERS WHO

 4    HAVE BEEN UP ALL NIGHT THEY DIDN'T HAVE TO DO IT TODAY, SO

 5    WE'LL JUST BREAK FOR THE DAY.

 6              **THE COURT:**  I'LL LET THE JURORS GO, GIVE YOU A

 7    10-MINUTE BREAK, THEN WE WILL COME BACK AND HEAR MOTIONS.

 8    WHERE ARE WE, PHIL?

 9              **MR. BECK:**  TOMORROW WE ARE GOING TO PUT BRIGGS

10    MORRISON ON, AND I'M ASSUMING HE WILL BE OFF AND THEN WE WILL

11    PLAY THE DEPOSITION OF THE SURGEON.  THEN WE ARE BASICALLY DONE

12    FOR THE DAY BECAUSE OF THE WHOLE ISSUE WITH ALISE REICIN AND WE

13    START UP AGAIN ON MONDAY.

14              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

15    OPEN COURT.)

16              **THE COURT:**  MEMBERS OF THE JURY, I UNDERSTAND WE HAVE

17    SOME WITNESS SITUATIONS, SO WE HAVE TO BREAK EARLY TODAY.  WE

18    WILL BREAK EARLY TODAY AND COME BACK TOMORROW.  WE HAVE ONE

19    WITNESS WHO WILL BE PRESENT AND ANOTHER WITNESS BY DEPOSITION.

20    THAT'S GOING TO BE OUR DAY.  NOW, IT MAY TAKE MOST OF THE DAY

21    IT MAY NOT, BUT WE WILL NOT HAVE TO COME BACK ON SATURDAY.  WE

22    WILL COME BACK ON MONDAY, AND HOPEFULLY WE WILL FINISH THIS

23    CASE EARLY NEXT WEEK.

24              **THE DEPUTY CLERK:**  EVERYONE RISE FOR THE JURY.

25              (WHEREUPON, THE JURY WAS EXCUSED FOR THE EVENING.)

DAILY COPY

1          **THE COURT:**  WE'LL TAKE A 15-MINUTE BREAK AT THIS TIME

2     AND COME BACK AND HEAR MOTIONS.  ARE THE MOTIONS IN WRITING?

3          **MR. BECK:**  I BELIEVE WE DO.

4          (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

5          **THE DEPUTY CLERK:**  EVERYONE RISE.

6          **THE COURT:**  BE SEATED, PLEASE.  THE PLAINTIFF HAS NOW

7     OFFICIALLY RESTED, SUBJECT TO SOME EXHIBITS, AND IT'S NOW

8     APPROPRIATE TO HEAR ANY MOTIONS THAT THE PARTIES MAY WISH TO

9     MAKE.

10         **MR. BECK:**  YOUR HONOR, MERCK'S MOTIONS WILL BE

11    PRESENTED BY MS. VERGARA.

12         **MS. VERGARA:**  YES, YOUR HONOR.  CATALINA VERGARA FROM

13    O'MELVENY & MYERS.  WE FILED JUST NOW A MOTION FOR JUDGMENT AS

14    A MATTER OF LAW, WHICH YOU HAVE BEFORE YOU.  THE BULK OF THE

15    GROUNDS FOR THAT MOTION ARE EXPLAINED IN THE BRIEF.  I WON'T

16    GET INTO DETAIL, BUT I JUST WANTED TO HIGHLIGHT A FEW KEY

17    ISSUES FOR YOU THAT ARE IMPORTANT GIVEN THE UNIQUE FACTS OF

18    THIS CASE.

19              AFTER NINE DAYS OF TESTIMONY FROM 18 OR SO

20    WITNESSES, THE ESSENTIAL CLAIMS BOIL DOWN TO THE FACT THAT YOU

21    HAVE BOTH DR. MIKOLA AND DR. KARAVAN WHO TESTIFIED THAT THEY

22    WERE AWARE OF THE VIGOR RESULTS WHEN THEY CAME OUT, THAT THEY

23    DECIDED TO KEEP MR. BARNETT ON THE DRUG NOTWITHSTANDING THE

24    FACT THAT THEY KNEW ABOUT THE VIGOR RESULTS, AND THAT EVEN

25    AFTER THE 2002 LABEL CHANGE AND AFTER MR. BARNETT'S MI IN

1    SEPTEMBER OF 2002 THEY KEPT HIM ON THE DRUG.  SO, BASED ON

2    THESE FACTS, IT'S MERCK'S POSITION THAT JUDGMENT AS A MATTER OF

3    LAW IS WARRANTED IN OUR FAVOR.

4                    UNDER SOUTH CAROLINA LAW, ALL OF PLAINTIFF'S

5    CLAIMS ESSENTIALLY BOIL DOWN TO THE FAILURE TO WARN CLAIM.

6    THAT IS SOMETHING THAT WE HAVE BRIEFED IN OUR PAPERS AND I

7    WON'T BELABOR THE POINT HERE, BUT I WOULD LIKE TO DIRECT

8    YOUR HONOR TO PAGES 16 THROUGH 18 OF THE BRIEF AND 27 THROUGH

9    29 THAT LAY OUT THE AUTHORITY FOR THAT.

10                   ON ALL OF THESE CLAIMS, THEN, BECAUSE THEY COME

11   DOWN TO FAILURE TO WARN, THE UPSHOT IS THAT PLAINTIFF WAS

12   REQUIRED TO PROVE THAT MERCK DIDN'T WARN OF "A PARTICULAR RISK

13   THAT WAS KNOWN OR KNOWABLE IN LIGHT OF THE GENERALLY RECOGNIZED

14   AND PREVAILING BEST SCIENTIFIC AND MEDICAL KNOWLEDGE AT THE

15   TIME OF MANUFACTURE."  THAT'S A QUOTE FROM THE CARLIN CASE OUT

16   OF CALIFORNIA, WHICH IS CITED IN OUR PAPERS.  ESSENTIALLY WHAT

17   IT COMES DOWN TO IS THAT MERCK IS ONLY REQUIRED TO WARN OF

18   KNOWN OR KNOWABLE RISKS.  PLAINTIFF HERE HASN'T SHOWN THAT

19   MERCK FAILED TO DO THAT.  THE MOST THE PLAINTIFF HAS SHOWN IS

20   THAT THERE WAS A DEBATE IN THE SCIENTIFIC COMMUNITY AT THE TIME

21   THAT THE VIGOR RESULTS CAME OUT AND THAT'S NOT ENOUGH TO MEET

22   THEIR BURDEN.

23                   AVORN TESTIFIED THAT WHEN THE VIGOR RESULTS CAME

24   OUT THAT THAT SHOWED AN "ASSOCIATION" BETWEEN THE USE OF VIOXX

25   AND INCREASED CV RISKS, BUT MOYE THEN CAME AND TESTIFIED THAT

1    AN ASSOCIATION IS SOMETHING COMPLETELY DIFFERENT FROM CAUSATION

2    AND, IN FACT, THEY ARE NOT THE SAME THING.  SO IT WASN'T UNTIL

3    THE APPROVE RESULTS CAME OUT THAT THERE ACTUALLY WAS CONCRETE

4    EVIDENCE AND THAT IS WHEN MERCK VOLUNTARILY WITHDREW THE DRUG

5    FROM THE MARKET.  BECAUSE MERCK WASN'T REQUIRED TO WARN OF

6    POSSIBLE RISKS, WHICH IS ESSENTIALLY WHAT PLAINTIFF IS CLAIMING

7    HERE, JUDGMENT AS A MATTER OF LAW IS WARRANTED IN OUR FAVOR.

8                   JUST TO GIVE YOU THE PARTICULARS, MIKOLA

9    TESTIFIED THAT HE READ THE VIGOR STUDY IN NOVEMBER OF 2000.  HE

10   KNEW THAT THERE WAS AT LEAST A FOUR-TIME INCREASE IN CV RISKS

11   KARAVAN SAID HE KNEW AS EARLY AS MEDICAL SCHOOL THAT THERE WERE

12   INCREASED RISKS OF CARDIOVASCULAR EVENTS THAT WERE ASSOCIATED

13   WITH NSAID'S.  OF COURSE, UNDER SOUTH CAROLINA LAW, MERCK'S

14   DUTY RUNS ONLY TO THE PRESCRIBING PHYSICIANS UNDER THE LEARNED

15   INTERMEDIARY DOCTRINE.  MERCK'S DUTY WAS SIMPLY TO PROVIDE

16   SUFFICIENT INFORMATION TO THE DOCTORS.  SO EVEN IF YOU ASSUME

17   THAT THE INCREASED CV RISK WAS KNOWN BASED ON THE VIGOR

18   RESULTS, WHICH IT WAS NOT, THE DOCTORS IN THIS CASE WERE FULLY

19   AWARE OF THAT INFORMATION AND, AGAIN, AS I MENTIONED EARLIER,

20   CONTINUED TO PRESCRIBE THE DRUG FOR MR. BARNETT.

21                   SO ESSENTIALLY IT COMES DOWN TO THE FACT THAT

22   MERCK SATISFIED ITS DUTY TO WARN IN THIS CASE, IT PROVIDED ALL

23   OF THE INFORMATION, ACTED AS A REASONABLE AND PRUDENT

24   PHARMACEUTICAL COMPANY SHOULD HAVE, AND ON THE OTHER GROUNDS

25   SET FORTH IN OUR BRIEFLY WE'LL SUBMIT ON THE PAPERS,

1    YOUR HONOR.

2            **THE COURT:**  FINE.  I HAVE THE BRIEF.  I'VE LOOKED IT

3    OVER.  IT'S VERY WELL DONE.  I APPRECIATE YOUR ARGUMENT AND THE

4    SCHOLARSHIP YOU PUT INTO THE BRIEFS.  WELL DONE.

5            THE WAY I SEE IT IS THAT THE ISSUE IN THIS CASE

6    IS, OF COURSE, WHAT MERCK KNEW AND WHEN THEY KNEW IT, BUT WHAT

7    THEY TOLD THE TREATING PHYSICIANS AND WHAT THEY DID NOT TELL

8    THE TREATING PHYSICIANS, WHETHER OR NOT MERCK SHOULD HAVE

9    WAITED UNTIL THIS INFORMATION WAS IN, AS YOU SAY, CONCRETE OR

10   WHETHER WHEN IT IS UNCERTAIN WHETHER THEY HAD SOME OBLIGATION

11   TO ALERT DOCTORS TO THAT UNCERTAINTY EITHER IN THE LABEL OR

12   "DEAR DOCTOR" LETTERS OR ANY OTHER INFORMATION THAT THEY

13   DISSEMINATE.  I DO THINK THIS IS A QUESTION OF FACT AND I'LL

14   LET THE JURY DECIDE IT.  I'LL DENY THE MOTIONS.  THANK YOU VERY

15   MUCH.  COURT WILL STAND IN RECESS UNTIL TOMORROW AT 8:30.

16           **MR. ROBINSON:**  YOUR HONOR, DOES THE COURT WANT TO TRY

17   AND GET SOME OF THESE EXHIBITS?

18           **THE COURT:**  THAT'S FINE.

19           **MR. ROBINSON:**  THE FIRST THING, YOUR HONOR, IS WE

20   HAVE A STIPULATION REGARDING THE MIKOLA AND MCCAFFREY EXHIBITS.

21   BASICALLY, YOUR HONOR, WE HAVE A STIPULATION THAT HERE IS WHAT

22   WE HAVE IN SUMMARY.  IN EXCHANGE FOR US NOT TAKING THE

23   DEPOSITIONS OF THE SALES REPS IN THIS CASE, MR. GOLDMAN AND I

24   WORKED OUT A STIPULATION THAT WE COULD PUT IN THE RECORDS THAT

25   SHOWED THE PERKS AND THE CONTACTS AND THE RELATIONSHIP OF MERCK

1    WITH DR. MCCAFFREY, THE PRESCRIBING PHYSICIAN, ALONG WITH THE

2    RECORDS THAT PERTAIN TO DR. MIKOLA, ANOTHER PRESCRIBING

3    PHYSICIAN, INTO EVIDENCE FOR ALL PURPOSES WITH THE

4    UNDERSTANDING THAT THIS COURT WOULD HAVE THE RIGHT TO TELL US

5    WHETHER I CAN ARGUE IT BEFORE THE JURY.  YOU CAN LOOK AT THE

6    DOCUMENTS, BUT THEY ARE IN EVIDENCE.  AT SOME POINT WE'LL HAVE

7    DISCUSSION WITH YOU ABOUT WHETHER I CAN ARGUE THOSE TO THE

8    JURY.  THAT WAS OUR AGREEMENT.

9              **MR. GOLDMAN:**  DO YOU HAVE A COPY FOR THE COURT?

10             **MR. ROBINSON:**  YES.

11             **MR. GOLDMAN:**  I JUST WANT TO POINT, YOUR HONOR, TO

12   ONE PORTION OF THIS.  FROM OUR PERSPECTIVE, IT'S A CRITICAL

13   PORTION.  IT'S IN THE MIDDLE OF PARAGRAPH 1 ABOUT THE FOURTH

14   SENTENCE DOWN:  "PLAINTIFFS WILL NOT READ OR SHOW THESE

15   DOCUMENTS TO THE JURY OTHER THAN THROUGH ONE OF THE WITNESSES

16   IDENTIFIED BELOW" -- WHO ARE MIKOLA, MCCAFFREY AND SOME

17   OTHERS -- "UNLESS THE COURT PERMITS THEIR USE IN OPENING

18   STATEMENT AND CLOSING ARGUMENT."

19             MY CONCERN, WITHOUT SOME DIRECTION IN ADVANCE OF

20   CLOSING ARGUMENT, IS THAT MARK PLANS ON JUST ADMITTING THESE

21   DOCUMENTS WITHOUT EVER SHOWING THEM TO A SINGLE WITNESS IN THE

22   CASE, AND THEN HE IS GOING TO HOLD THEM UP IN CLOSING ARGUMENT.

23   I JUST WANTED TO ALERT YOUR HONOR TO A VERY SPECIFIC STATEMENT

24   IN THIS STIPULATION THAT THE COURT HAS TO GRANT MARK PERMISSION

25   TO USE DOCUMENTS THE JURY HAS NEVER SEEN.

1            **MR. ROBINSON:**  CAN I READ YOU ANOTHER PORTION THAT'S

2    JUST ABOVE THAT?

3            **THE COURT:**  OKAY.

4            **MR. ROBINSON:**  IT SAYS, "DEFENDANT MERCK AGREES THAT

5    THE FOLLOWING EXHIBITS, COPIES OF WHICH ARE ATTACHED HERETO,

6    SHALL BE ADMITTED INTO EVIDENCE IN THEIR ENTIRETY AND WITHOUT

7    OBJECTION BY DEFENDANT MERCK AND WITHOUT THE NECESSITY OF

8    ADDITIONAL LIVE OR RECORDED TESTIMONY WHEN SUCH EXHIBIT IS

9    OFFERED BY PLAINTIFF AT ANY TIME DURING THE TRIAL OF THIS

10   ACTION."  WE DON'T HAVE TO PUT IT IN THROUGH A WITNESS.  THEN

11   IT SAYS, "PLAINTIFF MAY SHOW" -- IF I WANTED TO SHOW, WHICH I

12   DIDN'T HERE -- "OR READ THESE DOCUMENTS TO THE JURY BY WAY OF

13   BRIEFLY EMBEDDING THEM INTO VIDEO DEPOSITIONS."  I'M NOT GOING

14   TO DO THAT.  "PLAINTIFFS MAY USE SUCH EXHIBITS TO EXAMINE ONLY

15   THE FOLLOWING WITNESSES."  WE WENT THROUGH THOSE.  THEN,

16   BASICALLY, WE LEFT IT UP THAT THE COURT WILL DECIDE WHETHER OR

17   NOT I CAN USE THEM IN FINAL ARGUMENT.  THAT'S THE AGREEMENT.

18           **THE COURT:**  ALL RIGHT.  OKAY.

19           **MR. ROBINSON:**  WE CAN DEBATE IT LATER.

20           **THE COURT:**  WE'LL FILE THAT IN THE RECORD.

21           **MR. GOLDMAN:**  WE CAN PRINT ANOTHER ONE OUT.

22           **MR. ROBINSON:**  I HAVE AN EXTRA COPY HERE.

23   YOUR HONOR, WE'LL GO THROUGH THE DOCUMENTS BEFORE WE GIVE THEM

24   TO GAYLYN.

25           **THE COURT:**  ADMITTED SUBJECT TO THE STIPULATION.

1          **MR. ROBINSON:**  YOUR HONOR, WE ARE OFFERING THE

2    FOLLOWING DOCUMENTS:  P5.0009, WHICH IS DR. POPMA'S CV.

3          **THE COURT:**  ADMITTED.

4          **MR. ROBINSON:**  WE ARE OFFERING 1.1488, WHICH CAME IN

5    WITH DR. TOM CANNELL; 1.1491, WHICH WERE THE POWERPOINTS FROM

6    TOM CANNELL.

7          **MR. GOLDMAN:**  YOUR HONOR, WE JUST HAVE THE SAME

8    OBJECTIONS WE HAD PRETRIAL, BUT UNDERSTAND YOUR HONOR HAS RULED

9    ON THOSE.

10          **THE COURT:**  YES.  ADMITTED.

11          **MR. ROBINSON:**  WE HAVE TWO EXHIBITS FROM THE

12    DEPOSITION OF MARY BLAKE, 1.1735 AND 1.1328.

13          **THE COURT:**  YOU SAID IT'S A DEPOSITION?

14          **MR. ROBINSON:**  THAT WAS MARY BLAKE.

15          **MR. GOLDMAN:**  YOUR HONOR, AGAIN, TO THE EXTENT WE

16    OBJECTED BEFORE TRIAL, WE STAND BY THOSE, BUT WE UNDERSTAND

17    YOUR HONOR HAS RULED.

18          **THE COURT:**  ADMITTED.

19          **MR. ROBINSON:**  THE SAME WOULD BE TRUE FOR JAN WEINER.

20    THERE'S FOUR EXHIBITS:  1.0581; 1.0583; 1.1194; 1.1889.

21          **MR. GOLDMAN:**  THE SAME THING.  WE STAND BY OUR

22    ORIGINAL OBJECTIONS.

23          **THE COURT:**  ADMITTED.

24          **MR. ROBINSON:**  UNDER THE DEPOSITION OF DR. STEPHEN

25    EPSTEIN, WE ARE OFFERING:  EXHIBITS 1; 2; 3; 5; 6; 9; 10; 11;

1   13; AND 19.

2           **MR. GOLDMAN:**  I DON'T BELIEVE YOU COVERED -- THIS IS

3   THE BOARD OF SCIENTIFIC ADVISORS DOCUMENT.  I DON'T THINK THAT

4   WAS PLAYED THIS.

5           **MR. ROBINSON:**  I'LL AGREE TO TAKE THAT OUT.  IT'S

6   EPSTEIN EXHIBIT 2.

7           **MR. GOLDMAN:**  I DIDN'T GET A CHANCE TO LOOK AT THESE

8   IN ADVANCE.

9           **THE COURT:**  LET'S HOLD THIS.

10          **MR. GOLDMAN:**  YOUR HONOR, WE HAVE JUST ONE EXHIBIT

11  THAT WE USED WITH DR. KARAVAN'S DEPOSITION.  IT'S DX-2075.

12          **MR. ROBINSON:**  THAT'S FINE, YOUR HONOR.

13          **THE COURT:**  LET IT BE ADMITTED.  GET TO ME TOMORROW

14  ON IT.  THAT'S FINE.

15          **MR. ROBINSON:**  YOUR HONOR, JUST TO MAKE SURE, I'M

16  GOING TO OFF ZIPES 1, 2, AND 3, THE MEDICAL RECORDS THAT I'LL

17  GIVE GAYLYN.

18          **MR. BECK:**  WE HAVE NO OBJECTION TO THOSE, YOUR HONOR.

19  NO PROBLEM WITH THOSE.

20          **THE COURT:**  LET THEM BE ADMITTED.  CHECK WITH GAY TO

21  MAKE SURE ALL OF THE EXHIBITS ARE IN.  CHECK ALL OF THEM.

22  ANYTHING ELSE?  WE'LL STAND IN RECESS UNTIL TOMORROW.

23          **THE DEPUTY CLERK:**  EVERYONE RISE.

24          (WHEREUPON, THE COURT WAS IN RECESS.)

25                              * * *

DAILY COPY