1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4

5 IN RE: VIOXX PRODUCTS  * MDL DOCKET NO. 1657
  LIABILITY LITIGATION   *

6           *
           *

7 THIS DOCUMENT RELATES TO * AUGUST 11, 2006, 8:30 A.M.
           *

8           *
 GERALD BARNETT V. MERCK  * CASE NO. 06-CV-485-L

9  & CO., INC.      *
 * * * * * * * * * * * * * * *

10

11       VOLUME X

12     JURY TRIAL BEFORE THE
      HONORABLE ELDON E. FALLON

13     UNITED STATES DISTRICT JUDGE

14

15 APPEARANCES:

16 FOR THE PLAINTIFF:   ROBINSON, CALCAGNIE & ROBINSON
         BY:  MARK P. ROBINSON JR., ESQ.

17         620 NEWPORT CENTER DRIVE
         NEWPORT BEACH, CALIFORNIA 92660

18

19 FOR THE PLAINTIFF:   BEASLEY ALLEN CROW METHVIN
          PORTIS & MILES

20         BY:  ANDY D. BIRCHFELD JR., ESQ.
         234 COMMERCE STREET

21         POST OFFICE BOX 4160
         MONTGOMERY, ALABAMA 36103

22

23 FOR THE DEFENDANT:   BARTLIT BECK HERMAN
          PALENCHAR & SCOTT

24         BY:  PHILIP S. BECK, ESQ.
          ANDREW L. GOLDMAN, ESQ.

25         54 W. HUBBARD STREET, SUITE 300
         CHICAGO, ILLINOIS 60601

1962

1

2      OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                     TONI DOYLE TUSA, CCR, FCRR
3                                    500 POYDRAS STREET, ROOM HB-406
                                     NEW ORLEANS, LOUISIANA 70130
4                                    (504) 589-7778

5

6
       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
7      PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                  DAILY COPY

1963

1                          **I N D E X**

2                                                      PAGE

3    BRIGGS WILLIAM MORRISON

4         DIRECT EXAMINATION                          1964
          CROSS-EXAMINATION                           2085
5         REDIRECT EXAMINATION                        2171

6
     FOSTER BRYAN II (BY DEPO)
7
          DIRECT EXAMINATION                          2177
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          DAILY COPY

1964

1       **MORNING SESSION**

2       **(AUGUST 11, 2006)**

3               (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4       TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT

5       REPORTER.)

6               **THE DEPUTY CLERK:**  EVERYONE RISE.

7               **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING, LADIES

8       AND GENTLEMEN.

9               **MR. GOLDMAN:**  YOUR HONOR, MERCK CALLS

10      DR. BRIGGS MORRISON.

11              **THE DEPUTY CLERK:**  PLEASE RAISE YOUR RIGHT HAND.

12              (WHEREUPON, **BRIGGS WILLIAM MORRISON**, HAVING BEEN DULY

13      SWORN, TESTIFIED AS FOLLOWS.)

14              **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND

15      CORRECT SPELLING FOR THE RECORD.  PLEASE BE SEATED.  IF YOU

16      COULD USE THE MICROPHONE THERE, IT IS ADJUSTABLE, AND YOU COULD

17      MOVE IT TOWARD YOU.

18                  WOULD YOU STATE YOUR NAME FOR THE RECORD.

19              **THE WITNESS:**  MY NAME IS BRIGGS WILLIAM MORRISON,

20      M-O-R-R-I-S-O-N.

21                      **DIRECT EXAMINATION**

22      **Q.**   GOOD MORNING, DR. MORRISON.

23      **A.**   GOOD MORNING.

24      **Q.**   WHERE DO YOU LIVE, SIR?

25      **A.**   I LIVE IN NEW JERSEY.

DAILY COPY

1   Q.   AND WHERE DO YOU WORK?

2   A.   I WORK AT MERCK.

3   Q.   ARE YOU MARRIED AND DO YOU HAVE CHILDREN, SIR?

4   A.   YES, I'M MARRIED, BEEN MARRIED FOR 21 YEARS.  AND I HAVE

5   THREE KIDS, THREE BOYS, AGES 13, 15, AND 17.

6   Q.   WHAT IS YOUR CURRENT POSITION AT MERCK, DR. MORRISON?

7   A.   I'M A VICE-PRESIDENT IN THE RESEARCH DIVISION OF MERCK.

8   Q.   IS THAT DIVISION CALLED MERCK RESEARCH LABORATORIES?

9   A.   MERCK RESEARCH LABS, YES.

10  Q.   SOMETIMES WE SEE DOCUMENTS THAT SAY "MRL."

11  A.   THAT'S CORRECT.

12  Q.   CAN YOU DESCRIBE IN GENERAL YOUR RESPONSIBILITIES AT MERCK

13  AS VICE-PRESIDENT?

14  A.   RIGHT NOW MY RESPONSIBILITIES ARE OVERSEEING A GROUP OF

15  SCIENTISTS WHO ARE TRYING TO DEVELOP NEW MEDICINES FOR THE

16  TREATMENT OF CANCER.

17  Q.   AND WHEN DID YOU JOIN MERCK, SIR?

18  A.   NOVEMBER 1995.

19  Q.   OBVIOUSLY, YOU'RE A DOCTOR.  ARE YOU A MEDICAL DOCTOR?

20  A.   I AM A MEDICAL DOCTOR, YES.

21  Q.   CAN YOU TELL THE JURY ABOUT YOUR COLLEGE EDUCATION AND

22  THEN YOUR MEDICAL TRAINING AS WELL?

23  A.   SURE.  I WENT TO COLLEGE AT GEORGETOWN UNIVERSITY IN

24  WASHINGTON, DC.  I WAS A MAJOR IN BIOLOGY.  I WENT TO MEDICAL

25  SCHOOL AFTER THAT AT THE UNIVERSITY OF CONNECTICUT, AND I'M

1   FROM CONNECTICUT ORIGINALLY.  ND THEN I TRAINED -- DID INTERNAL

2   MEDICINE TRAINING, IN BOSTON AT A HOSPITAL CALLED MASSACHUSETTS

3   GENERAL.  I WAS THERE FOR THREE YEARS AS AN INTERN AND

4   RESIDENT.  AND THEN I TRAINED AS A CANCER DOCTOR AT THE DANA

5   FARBER CANCER INSTITUTE, WHICH IS A CANCER CENTER IN BOSTON.

6   **Q.**   WHAT WERE YOU DOING WHEN YOU WERE WORKING AT THE CANCER

7   INSTITUTE IN BOSTON?

8   **A.**   MY -- THE FIRST YEAR -- FIRST THREE YEARS ARE TAKING CARE

9   OF PATIENTS.  AND THEN, AFTER THAT, I WENT AND DID BASIC

10  RESEARCH IN A LABORATORY AT HARVARD MEDICAL SCHOOL, STUDYING

11  SOME ANIMAL MODELS OF BREAST CANCER.

12  **Q.**   HAVE YOU TREATED PATIENTS, OTHER THAN THOSE THAT YOU JUST

13  DESCRIBED, AS PART OF YOUR WORK IN THE CANCER INSTITUTE?

14  **A.**   WELL, I TREATED PATIENTS THROUGHOUT ALL OF MY TRAINING.

15  SO AS I TRAINED AS AN INTERNIST AND TRAINED IN INTERNAL

16  MEDICINE, WHICH IS GENERAL ADULT MEDICINE, I TREATED PATIENTS

17  THERE.

18          AND AT THE END OF THAT, WHILE I WAS DOING MY TRAINING

19  AS A CANCER DOCTOR, WHILE I WAS WORKING IN THE LAB, I ALSO

20  WORKED IN EMERGENCY ROOMS TO MAKE A LITTLE EXTRA MONEY.

21  **Q.**   WHY DID YOU DECIDE, DR. MORRISON, TO STOP PRACTICING

22  MEDICINE AND TREATING PATIENTS AND JOIN MERCK?

23  **A.**   WELL, I DECIDED TO GO INTO THE PHARMACEUTICAL INDUSTRY

24  BECAUSE I FELT, BASED ON ALL OF MY TRAINING, THAT THE MEDICINES

25  WE HAD FOR TREATING PATIENTS WITH CANCER, WHICH IS HOW I WAS

1    TRAINED, WERE NOT VERY EFFECTIVE AND WEREN'T VERY SAFE.  THEY

2    WERE FAIRLY TOXIC.  AND I THOUGHT IT WOULD BE A PRETTY

3    REWARDING CAREER TO WORK IN AN INDUSTRY THAT TRIES TO FIND NEW

4    MEDICINES FOR DISEASES.

5            I SPECIFICALLY CHOSE MERCK OVER MANY PHARMACEUTICAL

6    COMPANIES BECAUSE I THOUGHT IT WAS -- THE WAY THAT THEY DO

7    THEIR WORK IS -- IT WAS VERY SCIENTIFIC.  I FELT THEY WERE THE

8    STRONGEST SCIENCE OF THE PHARMACEUTICAL COMPANIES THAT I -- I

9    APPLIED TO.

10   **Q.**   WHEN YOU SAID YOU JOINED MERCK IN 1995, IS THAT IN

11   NOVEMBER?

12   **A.**   NOVEMBER 1995.

13   **Q.**   CAN YOU TELL US WHAT YOUR PRINCIPAL RESPONSIBILITIES WERE

14   AT THE TIME YOU JOINED MERCK IN NOVEMBER OF 1995?

15           **THE WITNESS:**  AM I DOING OKAY?  I TEND TO TALK FAST,

16   SO I'M JUST MAKING SURE.

17           WHEN I FIRST CAME TO THE COMPANY, MY PRIMARY

18   RESPONSIBILITIES WERE TO WORK ON VIOXX, THE MOLECULE THAT THEN

19   BECAME KNOWN AS VIOXX.  AT THE TIME, IT DIDN'T HAVE THAT NAME.

20   **BY MR. GOLDMAN:**

21   **Q.**   DID YOU WORK ON OTHER MEDICINE AS WELL, OR PRIMARILY

22   VIOXX?

23   **A.**   I WOULD SAY ABOUT 80 PERCENT OF THE TIME I WAS WORKING ON

24   VIOXX, AND ABOUT 20 PERCENT OF THE TIME I WAS WORKING WITH THE

25   BASIC RESEARCH SCIENTISTS WHO WERE IN OUR CANCER GROUP, WHO

DAILY COPY

1  WERE WORKING ON CANCER MEDICINES.

2  **Q.**  CAN YOU TELL US YOUR OVERALL RESPONSIBILITIES WHEN YOU

3  JOINED MERCK CONCERNING THE MEDICINE VIOXX?

4  **A.**  WE'LL GET INTO THIS A LITTLE LATER.  WHEN I CAME, VIOXX

5  WAS IN PHASE II, THE TESTING IN HUMANS, AND I WAS PRIMARILY

6  RESPONSIBLE FOR THE STUDIES THAT LOOKED AT HOW WELL VIOXX

7  TREATED PAIN.

8         I DID ONE OF THE -- WHAT WE CALL CLINICAL

9  PHARMACOLOGY STUDIES, WHICH IS HOW THE DRUG WORKS IN HUMANS,

10  AND ONE OF THE STUDIES TO LOOK AT HOW WELL IT WORKS FOR THE

11  TREATMENT OF OSTEOARTHRITIS.

12  **Q.**  WERE YOU ON SOMETHING KNOWN AS THE VIOXX PROJECT TEAM?

13  **A.**  YES.

14  **Q.**  DURING WHAT TIME PERIOD?

15  **A.**  WHEN I CAME IN NOVEMBER 1995.  AND THEN I OFFICIALLY WENT

16  OFF THE PROJECT TEAM WHEN THE DRUG WAS APPROVED IN 1999.

17  **Q.**  WHAT IS A PROJECT TEAM, DR. MORRISON, AND WHY DOES MERCK

18  USE THOSE?

19  **A.**  A PROJECT TEAM IS ESSENTIALLY A TEAM OF PEOPLE WORKING ON

20  DEVELOPING A NEW PRODUCT, AND THERE ARE PEOPLE FROM VARIOUS

21  DIFFERENT -- WITH DIFFERENT EXPERTISE THAT ARE ON THAT.

22         SO YOU MIGHT HAVE A PHYSICIAN OR -- ONE OR MORE

23  PHYSICIANS LIKE ME; YOU HAVE PEOPLE WHO ARE EXPERT IN ANIMAL

24  TESTING; YOU HAVE PEOPLE WHO ARE EXPERTS IN DEALING WITH

25  REGULATORY AGENCIES; YOU HAVE PEOPLE WHO ARE EXPERTS IN THE

1  CHEMISTRY OF HOW YOU ACTUALLY MAKE THE DRUG AND PUT IT INTO

2  PILLS.  AND SO YOU GET REPRESENTATIVES FROM ALL OF THESE

3  DIFFERENT GROUPS WHO COME TOGETHER AS A TEAM TO DO THE WORK OF

4  DEVELOPING A NEW MEDICINE.

5  Q.   WHEN YOU JOINED THE VIOXX PROJECT TEAM, SIR, YOU SAID THAT

6  VIOXX WAS ALREADY IN DEVELOPMENT?

7  A.   YES.  IT WAS ALREADY IN HUMAN DEVELOPMENT.

8  Q.   AND AT THE TIME YOU JOINED, WHO WAS THE CEO OF MERCK?

9  A.   AT THE TIME I JOINED, IT WAS MR. RAY GILMARTIN.

10 Q.   I DON'T KNOW IF YOU -- YOU WERE HERE DURING OPENING

11 STATEMENT WHEN MR. BECK REFERRED TO THE EARLY DEVELOPMENT OF

12 VIOXX.  AND I THINK HE SAID -- I THINK HE MISSPOKE ON THIS, BUT

13 HE SAID THAT GEORGE MERCK WAS THE CEO AT THE TIME THAT THE

14 VIOXX DEVELOPMENT STARTED IN 1991.  WAS GEORGE MERCK ALIVE

15 THEN, SIR?

16 A.   I DON'T KNOW IF HE WAS ALIVE OR NOT.  I THINK HE WAS THE

17 CEO BACK IN THE '30S AND '40S.

18 Q.   OKAY.  SO JUST TO MAKE SURE THE RECORD IS STRAIGHT, WHEN

19 VIOXX STARTED ITS DEVELOPMENT, WHEN MERCK STARTED DEVELOPING

20 VIOXX, WHO WAS THE CEO OF MERCK?

21 A.   ROY VAGELOS.

22 Q.   WAS HE A MEDICAL DOCTOR?

23 A.   HE WAS A MEDICAL DOCTOR AND A RESEARCHER, AND HE WAS THE

24 CEO BEFORE MR. GILMARTIN.

25 Q.   MR. ROBINSON, DURING OPENING STATEMENT, SAID THAT WHEN RAY

1    GILMARTIN TOOK OVER AS CEO FOR MERCK IN 1994, HE CHANGED THE

2    WAY -- THE WHOLE WAY THAT MERCK DID BUSINESS.  DO YOU REMEMBER

3    HEARING WORDS TO THAT EFFECT?

4    A.   I DID, YES.

5    Q.   IS THAT A TRUE STATEMENT, SIR?

6    A.   I WASN'T THERE UNDER DR. VAGELOS, SO I CAN'T COMMENT ON

7    THE CULTURE THEN.

8         ALL I CAN COMMENT ON IS THE ALMOST 11 YEARS THAT I'VE

9    BEEN THERE, IT'S ALWAYS SEEMED TO ME THAT MEDICINE AND SCIENCE

10   ARE WHAT DRIVE OUR DECISIONS, AND, YOU KNOW, THAT'S THE WAY THE

11   PLACE WORKS.

12        AS I SAID, PART OF THE REASON I CAME TO MERCK WAS I

13   THOUGHT, OF ALL THE PHARMACEUTICAL COMPANIES, IT REALLY WAS THE

14   STRONGEST FROM THE SCIENCE POINT OF VIEW.

15   Q.   ANOTHER THING MR. ROBINSON SAID WAS THAT MARKETING AND

16   SALES DROVE THE SCIENCE.  WAS THAT YOUR EXPERIENCE, SIR, WHILE

17   RAY GILMARTIN WAS THE CEO OF MERCK?

18   A.   IT WASN'T MY EXPERIENCE ON ANY OF THE PROJECT TEAMS THAT I

19   WAS ON.  THE MEDICINE AND SCIENCE IS WHAT DROVE OUR DEVELOPMENT

20   PROGRAMS.

21   Q.   YOU REFERRED TO SEVERAL DIFFERENT TYPES OF AREAS OF

22   EXPERTISE THAT PEOPLE HAD ON THE VIOXX PROJECT TEAM.  CAN YOU

23   TELL THE JURY ABOUT HOW MANY PEOPLE WERE ON THE VIOXX PROJECT

24   TEAM, SIR?

25   A.   THE PROJECT TEAM STARTS OFF SMALL, AND AS YOU GO FURTHER

1    THROUGH DEVELOPMENT AND THERE IS MORE THINGS YOU HAVE TO GET

2    CONCERNED WITH, IT GETS LARGER.  AND SO BY THE TIME IT -- WE

3    FILED THE NDA, I'D SAY PROBABLY AT LEAST 100 PEOPLE ON THE

4    PROJECT TEAM.

5    **Q.**   WHO WAS THE HEAD OF THE PROJECT TEAM, DR. MORRISON?

6    **A.**   DR. ALAN NIES.

7    **Q.**   CAN YOU TELL US A LITTLE BIT ABOUT DR. NIES' BACKGROUND

8    THAT REALLY QUALIFIED HIM TO BE THE HEAD OF THE VIOXX PROJECT

9    TEAM?

10   **A.**   DR. NIES WAS A CLINICAL -- WAS A PHYSICIAN AND A SCIENTIST

11   AND A CLINICAL PHARMACOLOGIST.

12   **Q.**   WHAT IS A CLINICAL PHARMACOLOGIST?

13   **A.**   A CLINICAL PHARMACOLOGIST IS SOMEBODY WHO STUDIES HOW

14   MEDICINES WORK IN PEOPLE, AND THAT WAS HIS AREA OF EXPERTISE.

15           WHEN HE -- HE CAME TO MERCK -- I'M PRETTY SURE HE

16   CAME FROM THE UNIVERSITY OF COLORADO.  HE WAS A PROFESSOR

17   THERE.  HE HAD A -- FROM MY UNDERSTANDING, A VERY STRONG

18   ACADEMIC BACKGROUND.  IT WAS ACTUALLY ONE OF THE THINGS THAT

19   ATTRACTED ME ABOUT COMING TO WORK AT MERCK, IS I COULD WORK

20   WITH PEOPLE LIKE DR. NIES, WHO HAD BEEN IN ACADEMIA FOR MANY,

21   MANY YEARS BEFORE THEY CAME TO MERCK.

22   **Q.**   WHEN YOU JOINED THE PROJECT TEAM, DR. MORRISON, DID YOU DO

23   ANYTHING TO BECOME FAMILIAR WITH WHAT HAD OCCURRED WITH RESPECT

24   TO VIOXX BEFORE YOU ARRIVED?

25   **A.**   YES.

1    **Q.**   WHAT ARE THE SORTS OF THINGS THAT YOU DID TO GET FAMILIAR

2    WITH VIOXX AND WHAT MERCK HAD DONE UP UNTIL THE POINT YOU

3    STARTED WORKING ON THE PROJECT?

4    **A.**   AS I SAID, I CAME AND PART OF MY RESPONSIBILITIES WERE TO

5    DESIGN NEW CLINICAL TRIALS.  IN ORDER TO DO THAT, I HAD TO

6    UNDERSTAND ALL OF THE SCIENCE BEHIND THE MOLECULE, ABOUT COX-1

7    AND COX-2, AND I HAD TO UNDERSTAND ALL OF THE THINGS THAT MERCK

8    HAD ALREADY DONE WITH THE MOLECULE.  SO ALL OF THE ANIMAL

9    EXPERIMENTS THAT THEY HAD DONE AND THE EXPERIMENTS THAT HAD

10   ALREADY HAPPENED IN PEOPLE.

11          AND SO I RECEIVED -- WELL, ACTUALLY, THE FIRST TWO OR

12   THREE MONTHS I WAS THERE, I BASICALLY JUST READ.  I READ PAPERS

13   FROM THE LITERATURE TO UNDERSTAND THE SCIENCE BEHIND THIS.  I

14   READ REPORTS ABOUT THINGS THAT WE -- MERCK HAD ALREADY DONE,

15   TRYING TO MAKE SURE I KNEW EVERYTHING THAT I NEEDED TO KNOW TO

16   BE ABLE TO DESIGN NEW EXPERIMENTS.

17   **Q.**   DID YOU HAVE AN UNDERSTANDING, DR. MORRISON, ABOUT WHY

18   MERCK WAS INTERESTED IN DEVELOPING VIOXX?

19   **A.**   YES.

20   **Q.**   CAN YOU TELL US WHY THAT WAS?

21   **A.**   I THINK, VERY SIMPLY, IT'S -- THE IDEA WAS TO DEVELOP A

22   MEDICINE THAT WOULD TREAT PAIN AND INFLAMMATION BUT NOT THIN

23   YOUR BLOOD AND NOT DAMAGE YOUR STOMACH.  IN SIMPLE TERMS, THAT

24   WAS THE PROMISE OF WHAT VIOXX WAS SUPPOSED TO BE.

25   **Q.**   ARE YOU FAMILIAR, SIR, WITH HOW IT IS -- WELL, WHEN YOU

1   SAY "NOT DAMAGE THE STOMACH," ARE YOU REFERRING TO HOW VIOXX

2   WOULD PERFORM RELATIVE TO TRADITIONAL NSAIDS?

3   **A.**   YES.  TRADITIONAL NSAIDS -- I THINK YOU'VE HEARD A LOT

4   ABOUT THIS.  TRADITIONAL NSAIDS, THEY DO TREAT PAIN AND

5   INFLAMMATION, BUT THEY CAUSE ULCERS AND BLEEDINGS AND DAMAGE TO

6   THE STOMACH, AND THAT'S -- THAT WAS SOMETHING THAT EVERYBODY

7   HOPED THAT THEY COULD MAKE A BETTER DRUG THAT WOULD TREAT THE

8   PAIN AND INFLAMMATION BUT WOULDN'T DAMAGE YOUR STOMACH.  AND

9   UNTIL PEOPLE UNDERSTOOD ABOUT COX-2 -- COX-1 AND COX-2, NOBODY

10  HAD BEEN ABLE TO DO THAT.

11          SO ONCE YOU UNDERSTOOD COX-1 AND COX-2, NOW

12  SCIENTISTS COULD RATIONALLY DESIGN A DRUG THAT WOULD TREAT YOUR

13  PAIN AND INFLAMMATION BUT WOULDN'T DAMAGE YOUR STOMACH.

14  **Q.**   WOULD YOU BE ABLE TO, SIR, COME OFF THE STAND, IF IT'S

15  OKAY WITH YOUR HONOR, AND HELP EXPLAIN HOW IT IS THAT THE

16  TRADITIONAL NONSELECTIVE NSAID, LIKE MOTRIN, CAN CAUSE STOMACH

17  PROBLEMS.

18  **A.**   I'LL TRY AND TALK AND WRITE AT THE SAME TIME.

19          SO TO PUT THIS IN SIMPLE TERMS FOR EVERYBODY, YOU'VE

20  HEARD ABOUT THESE ENZYMES.  ENZYMES ARE ESSENTIALLY LITTLE

21  FACTORIES IN YOUR BODY THAT MAKE CHEMICALS OR MAKE OTHER PIECES

22  THAT ARE NEEDED TO MAKE OTHER FACTORIES.

23          AND YOUR BODY MAKES DIFFERENT FACTORIES IN DIFFERENT

24  PARTS OF YOUR BODY.  SO IF YOU THINK ABOUT YOUR SKIN VERSUS

25  YOUR EYE, VERSUS YOUR EAR, YOUR SKIN YOU USE TO FEEL; YOUR EYES

1974

1  YOU USE TO SEE; YOUR EAR YOU USE TO HEAR.  SO IT MAKES PERFECT

2  SENSE THAT YOU HAVE DIFFERENT FACTORIES IN DIFFERENT PARTS OF

3  THE BODY.  WHAT YOU HAVE IN YOUR SKIN IS DIFFERENT FROM WHAT

4  YOU HAVE IN YOUR EYE AND WHAT YOU HAVE IN YOUR EAR.

5        SO THE BODY CAN TURN ON THESE FACTORIES IN DIFFERENT

6  PARTS OF THE BODY TO DO DIFFERENT THINGS.  THE BODY CAN ALSO --

7  HAS CERTAIN FACTORIES THAT ACTUALLY AREN'T PRESENT AT ALL IN

8  NORMAL PEOPLE.  THEY ARE SORT OF, I GUESS, WHAT YOU COULD CALL

9  EMERGENCY FACTORIES.  THE BODY TRIES TO BE EFFICIENT AND NOT

10 EVEN MAKE THOSE FACTORIES UNTIL THERE IS A REASON TO.  SO THERE

11 ARE SORT OF THESE EMERGENCY FACTORIES.

12       SO YOU COULD HAVE THESE THINGS AT DIFFERENT PARTS OF

13 THE BODY AND AT DIFFERENT TIMES.  THE BODY CAN CONTROL ALL OF

14 THAT.  SO THERE ARE THESE TWO FACTORIES THAT I THINK YOU'VE

15 HEARD ABOUT OVER AND OVER.  LET'S USE THE BIG ONE HERE.

16       SO WE START WITH COX-1.  COX-1 IS ONE OF THESE

17 FACTORIES THAT'S PRESENT IN YOUR BODY RIGHT NOW, AS WE ALL SIT

18 HERE.  AND HEALTHY, NORMAL PEOPLE HAVE COX-1.  AND THIS

19 PARTICULAR FACTORY, THE TWO PLACES THAT WE WERE MOST CONCERNED

20 ABOUT WHERE IN THE BODY YOU HAVE IT IS THE STOMACH AND YOUR

21 PLATELETS.

22 Q.   WHAT ARE PLATELETS?

23 A.   I HOPE I SPELLED THAT RIGHT.  PLATELETS.

24       I THINK YOU'VE SEEN THESE VIDEOS OF WHAT WAS ON THE

25 BLOOD VESSEL.  PLATELETS ARE THESE LITTLE THINGS IN THE BLOOD

```
1   VESSELS THAT THEIR BASIC JOB IS TO BLOCK UP HOLES IN THE BLOOD
2   VESSEL.  IF THE LINING OF THE BLOOD VESSEL GETS DAMAGED,
3   PLATELETS COME SWARMING IN AND TRY TO PLUG THE HOLE.  THAT'S
4   BASICALLY WHAT THEIR JOB IS.
5            AND SO COX-1 IS IN BOTH STOMACH AND PLATELETS, AND
6   IT'S A LITTLE FACTORY THERE THAT THESE THINGS NEED TO BE ABLE
7   TO FUNCTION.
8            COX-2 IS -- AT THE TIME THAT WE WERE DEVELOPING VIOXX
9   AND I JOINED MERCK, THE SCIENCE TOLD US THAT COX-2 IS
10  ESSENTIALLY ONE OF THESE EMERGENCY FACTORIES.  SO COX-2 IS
11  NOT -- OUR UNDERSTANDING OF THE SCIENCE AT THE TIME IS COX-2 IS
12  NOT -- THAT FACTORY IS NOT EVEN PRESENT IN THE NORMAL PERSON.
13  SO ALL OF US SITTING HERE, HEALTHY NORMAL PEOPLE, YOU DON'T
14  HAVE COX-2.
15           COX-2 GETS TURNED ON, THE BODY DECIDES TO MAKE THAT
16  FACTORY, WHEN THERE'S AN INJURY.  SO IF YOU -- THERE IS AN
17  INJURY TO YOUR -- IF YOU BREAK YOUR FINGER, YOU GET INFECTION
18  BY A VIRUS OR A BACTERIA, ANY KIND OF INJURY, THEN THE COX-2
19  FACTORY GETS TURNED ON.  ITS JOB IS TO HELP CLEAN UP THE INJURY
20  OR TO FIGHT THE INFECTIONS.
21           SO, IN A NORMAL PERSON, YOU DON'T HAVE IT.  IF YOU
22  GET AN INFECTION OR YOU GET AN INJURY, IT GETS TURNED ON.  AND
23  IT GETS TURNED ON FOR A GOOD REASON.  ITS JOB IS TO HELP TO GET
24  RID OF THE FOREIGN BODY OR THE INFECTION OR THE INJURY.
25           PEOPLE WHO HAVE ARTHRITIS HAVE THE COX-2 ENZYME ON
```

1   WHEN IT SHOULDN'T BE.  IT STAYS ON TOO LONG.  AND WHEN THE

2   COX-2 ENZYME GETS TURNED ON, YOU END UP GETTING PAIN;

3   INFLAMMATION, WHICH IS ESSENTIALLY -- YOU KNOW, IF YOU SPRAIN

4   YOUR ANKLE, IT GETS SWOLLEN; IT GETS RED; IT GETS TENDER.

5   THAT'S INFLAMMATION, AND IT ACTUALLY CAUSES FEVER.

6        SO THIS IS SORT OF AN EMERGENCY FACTORY THAT GETS

7   TURNED ON WHEN YOU HAVE AN INFECTION AND WHEN YOU HAVE A DAMAGE

8   TO THE BODY SOMEHOW.  AND AT THAT POINT THESE THINGS ARE GOOD.

9   YOU NEED PAIN SO THAT YOU DON'T USE THE BROKEN FINGER.  THE

10  INFLAMMATION IS ACTUALLY THERE TO HELP CLEAN UP THE MESS.  SO

11  THAT'S A GOOD THING.  AND FEVER IS A GOOD THING.  FEVER

12  ACTUALLY HELPS US FIGHT BACTERIA AND INFECTION.  THAT'S WHY OUR

13  BODY TEMPERATURE GOES UP.  SO AT THE RIGHT TIME, THESE ARE

14  IMPORTANT THINGS FOR THE BODY TO DO.

15        ARTHRITIS PATIENTS HAVE THIS ON, ESSENTIALLY, AT THE

16  WRONG TIME.  SO THEY CONTINUE TO HAVE PAIN AND INFLAMMATION,

17  AND THEY CAN EVEN HAVE FEVERS.  AND SO THE REASON YOU GIVE

18  SOMEBODY A NONSTEROIDAL ANTI-INFLAMMATORY DRUG IS TO TURN THESE

19  THINGS OFF.  THAT'S THE INTENDED USE OF THE MEDICINE:  I'M

20  GOING TO TRY TO TREAT YOUR PAIN, DECREASE THE INFLAMMATION, AND

21  TREAT YOUR FEVER.

22        BUT BECAUSE THE TRADITIONAL MEDICINES ALSO TURN THESE

23  THINGS OFF, THEY DAMAGE YOUR STOMACH AND THEY THIN YOUR BLOOD.

24  SO THE IDEA WAS, ONCE WE UNDERSTOOD ALL OF THIS -- AND THIS

25  WAS, AGAIN, THE SCIENCE AS WE UNDERSTOOD IT WHEN I CAME TO

1    MERCK -- IS YOU COULD MAKE A MEDICINE THAT WOULD TURN THIS ONE

2    OFF, AND IT WOULD TURN THE PAIN AND THE INFLAMMATION AND THE

3    FEVER, BUT IT WOULDN'T TURN THIS ONE OFF.  SO YOUR STOMACH

4    WOULD BE NORMAL AND YOUR PLATELETS STILL WORK.

5    **Q.**   NOW, DR. MORRISON, WERE THE STOMACH PROBLEMS THAT YOU WERE

6    DESCRIBING THAT WOULD BE CREATED BY THESE TRADITIONAL

7    NONSELECTIVE NSAIDS, WERE THOSE STOMACH PROBLEMS, ON OCCASION,

8    SERIOUS?

9    **A.**   YEAH.  LET ME SORT OF EXPLAIN BRIEFLY HOW YOU GET THOSE

10   STOMACH PROBLEMS.

11           SO THE STOMACH -- YOUR STOMACH HAS ACID, AND THAT'S

12   WHAT YOU USE TO DIGEST YOUR FOOD.  SO WHEN YOU EAT A PIECE OF

13   MEAT AND IT GOES IN YOUR STOMACH, THERE IS ACID IN YOUR

14   STOMACH.  THAT ACID, IF YOU TAKE A PIECE OF MEAT AND DROP IT IN

15   ACID, IT STARTS TO BREAK DOWN.  THAT'S WHAT YOUR STOMACH DOES.

16   AND SO THAT IS HOW THE BODY WORKS TO DIGEST FOOD.

17           BUT THE STOMACH DOESN'T DIGEST ITSELF.  AND THE

18   REASON IT DOESN'T IS IT HAS THIS PROTECTIVE LINING.  IT'S

19   ACTUALLY PRETTY AMAZING.  THE STOMACH MAKES A PROTECTIVE LINING

20   SO THAT THE ACID WILL NOT DAMAGE THE STOMACH.  PART OF THAT

21   PROTECTIVE LINING COMES FROM THE COX-1 IN THE STOMACH.

22           SO IF YOU TURN THAT OFF, NOW THIS PROTECTIVE LINING

23   GOES AWAY, AND THAT ACID THAT YOU HAVE IN YOUR STOMACH THAT'S

24   DIGESTING THE MEAT YOU ATE IS NOW ALSO DIGESTING YOUR STOMACH.

25   AND WHEN IT DIGESTS YOUR STOMACH, THE FIRST THING THAT CAN

1   HAPPEN, IT JUST -- IT SORT OF DAMAGES THE LINING AND YOU GET AN
2   ULCER.
3               SO AN ULCER YOU CAN THINK OF IS IF YOU FALL DOWN AND
4   YOU SCRAPE YOUR HAND AND YOU GET -- THE SKIN SORT OF COMES OFF.
5   THAT'S THE SAME THING THAT HAPPENS IN YOUR STOMACH.  IT STARTS
6   TO EAT AWAY, AND ALL OF A SUDDEN THERE IS, LIKE, THE TOP LAYER
7   CAME OFF.
8               IF IT EATS AWAY FURTHER, IT CAN EAT RIGHT INTO A
9   BLOOD VESSEL.  AND SO IF THE ACID DAMAGES THE STOMACH AND HITS
10  A BLOOD VESSEL, NOW YOU JUST BLEED INTO YOUR STOMACH.  AND IF
11  IT GOES ALL THE WAY THROUGH AND EATS THE WHOLE WALL OF THE
12  STOMACH, THEN THE ACID JUST POURS INTO YOUR -- INTO THE REST OF
13  YOUR BELLY.  SO IT CAN PERFORATE RIGHT THROUGH THE WALL OF YOUR
14  STOMACH.  NOW ALL OF THIS ACID JUST POURS OUT WHERE IT'S NOT
15  SUPPOSED TO BE AND STARTS DAMAGING -- AND THAT'S A MEDICAL
16  EMERGENCY.
17              THE BLEEDING PART CAN ALSO BE A MEDICAL EMERGENCY.
18  SO SOME OF THESE THINGS ARE EXTREMELY SERIOUS AND, OBVIOUSLY,
19  MEDICAL EMERGENCIES.
20  Q.   DID YOU ACTUALLY SEE FIRSTHAND SOME OF THE SERIOUS STOMACH
21  PROBLEMS THAT WERE CREATED BY THESE TRADITIONAL NSAIDS WHEN YOU
22  WERE TREATING PATIENTS, SIR?
23  A.   YES.  I TOLD YOU I USED TO -- THE BULK OF MY TRAINING AT
24  MASS GENERAL, I WORKED IN -- AS PART OF YOUR TRAINING, YOU WORK
25  IN THE EMERGENCY ROOM.  AND THEN I WORKED IN THE EMERGENCY ROOM

1  FOR EXTRA MONEY WHEN I WAS WORKING IN THE LAB.

2          AND IT WAS NOT UNCOMMON.  SOMEONE WOULD COME INTO THE

3  EMERGENCY ROOM WITH ONE OF TWO THINGS:  EITHER -- THEY HAD

4  VOMITED UP BLOOD.  SO IF THE ACID EATS THROUGH THE BLOOD

5  VESSEL, BLOOD NOW GOES IN YOUR STOMACH.  YOUR STOMACH FILLS UP

6  WITH BLOOD AND IT MAKES YOU VOMIT.  SO SOMEBODY -- A PERSON

7  WOULD COME TO THE EMERGENCY ROOM AND SAY, "I GOT UP, I WENT TO

8  THE BATHROOM, I THREW UP, AND IT WAS ALL BLOOD."

9          OKAY?  AND SO IN THE EMERGENCY ROOM, YOU KNOW, MY JOB

10  WAS TO BASICALLY STOP THE BLEEDING; IF THEY NEEDED BLOOD, GIVE

11  THEM A BLOOD TRANSFUSION AND PUT THEM IN THE HOSPITAL.  ONCE

12  THEY WERE IN THE HOSPITAL, IT WAS MY PRACTICE TO SORT OF GO AND

13  SEE WHAT HAPPENED TO THESE PEOPLE.  I MET THEM IN THE EMERGENCY

14  ROOM, I TOOK CARE OF THEM, I ADMIT THEM INTO THE HOSPITAL, I

15  WOULD LIKE TO KNOW WHAT HAPPENED TO THEM.

16          SO I WOULD COME -- I WOULD GO BACK AND JUST LOOK AT

17  THE RECORDS OR VISIT THE PEOPLE WHO I HAD SEEN IN THE EMERGENCY

18  ROOM.  AND ON A NUMBER OF OCCASIONS, AFTER ALL THE TESTS WERE

19  DONE, IT WAS CLEAR THAT THESE PEOPLE HAD HAD THIS BLEEDING

20  BECAUSE THEY WERE ON A TRADITIONAL NSAID.

21  **Q.**   WAS IT ALWAYS KNOWN, DR. MORRISON, THAT THERE WERE TWO

22  DIFFERENT ENZYMES:  COX-1 AND COX-2?

23  **A.**   NO.  WHEN I WAS IN MEDICAL SCHOOL AND WHEN I WAS MY

24  TRAINING, THERE WAS ONLY ONE FORM OF CYCLOOXYGENASE THAT I KNEW

25  ABOUT.  AND THAT'S WHY WHEN I SAID -- SCIENTISTS WERE ALWAYS

1    TRYING TO FIND A BETTER PAIN MEDICATION THAT WOULDN'T DAMAGE

2    THE STOMACH.  THEY COULDN'T DO THAT BECAUSE ALL WE KNEW ABOUT,

3    IT TURNS OUT, WAS COX-1.

4            SO THE SCIENTISTS WHO WERE MAKING THESE MEDICINES,

5    THEY ONLY KNEW ABOUT ONE OF THESE, AND IT WASN'T UNTIL THE

6    1990S THAT THEY FOUND THIS SECOND ONE.  AND THIS WHOLE THEORY

7    EMERGED THAT THE SECOND ONE IS THE ONE THAT'S RELATED TO PAIN

8    AND INFLAMMATION AND FEVER; AND THE OTHER ONE IS RELATED TO THE

9    STOMACH.  SO WHEN I WENT TO MEDICAL SCHOOL, THERE WAS ONLY ONE

10   CYCLOOXYGENASE.

11   Q.   DO YOU REMEMBER WHEN COX-2 WAS ACTUALLY IDENTIFIED?

12   A.   IT WAS KIND OF -- IN EARLY 1991.

13   Q.   I'M JUST GOING TO PUT THAT MAGNET ON THE BOARD.  AND

14   THROUGHOUT YOUR TESTIMONY, WE'LL TRY TO ADD SOME OF THE

15   MILESTONES CONCERNING THE DEVELOPMENT OF VIOXX.

16   A.   OKAY.

17   Q.   WE HEARD FROM DR. MOYE EARLIER IN THE CASE ABOUT THE

18   GENERAL STEPS OF PRODUCT DEVELOPMENT, THE DEVELOPMENT OF A

19   DRUG, AND HOW THE FDA IS INVOLVED IN THAT PROCESS.  HE DIDN'T

20   TALK --

21   A.   I DON'T THINK I WAS HERE FOR THAT.

22   Q.   OKAY.  HE DIDN'T ADDRESS VIOXX SPECIFICALLY, BUT I WAS

23   HOPING THAT YOU COULD WALK US THROUGH, DR. MORRISON, THE STEPS

24   THAT MERCK FOLLOWED TO DEVELOP VIOXX AS A MEDICINE.

25   A.   SURE.

1    Q.   STARTING WITH THE -- THE VERY FIRST STEP, WHICH, I THINK

2    YOU HAD MENTIONED, WAS THE DISCOVERY OF THE COMPOUND.  BUT WHY

3    DON'T YOU COMMENT ON THAT.

4    A.   RIGHT.  SO ONCE THE SCIENTISTS FIGURED OUT THAT YOU HAVE

5    THESE TWO DIFFERENT FACTORIES, AND THEY ARE IN DIFFERENT PARTS

6    OF THE BODY AT DIFFERENT TIMES AND THIS WHOLE THEORY EMERGES,

7    THEN YOU GET CHEMISTS.

8         AND THE CHEMISTS ARE TRYING TO MAKE -- SOME WILL CALL

9    IT DISCOVERY.  IT'S ACTUALLY AN INVENTION.  THEY ARE TRYING TO

10   INVENT A NEW CHEMICAL THAT WILL ONLY TURN OFF THE COX-2 FACTORY

11   BUT NOT TURN OFF THE COX-1 FACTORY.

12        AND SO IT'S, TO ME, A MYSTERY HOW THEY DO THIS.  BUT

13   THE CHEMISTS COME UP WITH -- THE FIRST THING THEY HAVE TO DO IS

14   FIND OR CREATE A CHEMICAL THAT WILL ONLY TURN OFF ONE BUT NOT

15   THE OTHER.

16   Q.   AND WHEN WAS IT THAT MERCK INVENTED THE VIOXX MOLECULE OR

17   CHEMICAL?

18   A.   I THINK 1992.

19   Q.   AND THEN WHAT'S THE NEXT THING THAT HAPPENS IN THE

20   DEVELOPMENT -- WHAT HAPPENED WITH VIOXX AFTER THE CHEMICAL OR

21   THE MOLECULE WAS INVENTED?  WHAT DID MERCK DO NEXT?

22   A.   SO THE SCIENTISTS HAVE FOUND THESE TWO DIFFERENT ENZYMES,

23   TWO DIFFERENT FACTORIES.  YOU MAKE A CHEMICAL THAT WILL ONLY

24   TURN OFF COX-2 BUT NOT COX-1.

25        NOW THEY GO INTO ANIMALS AND SAY, IS THIS TRUE?  IF I

1   TAKE AN ANIMAL MODEL, CAN I TREAT PAIN IN AN ANIMAL WITH A DRUG
2   THAT ONLY TURNS OFF COX-2, AND DO I NOT DAMAGE THE STOMACH OR
3   AFFECT THE PLATELETS OF AN ANIMAL WITH A DRUG THAT ONLY
4   INHIBITS COX-2?
5           AND SO THERE ARE SCIENTISTS AT MERCK WHO DO THESE
6   ANIMAL EXPERIMENTS.  THERE ARE ANIMAL MODELS OF PAIN, THERE ARE
7   ANIMAL MODELS OF INFLAMMATION, AND THEY GIVE THE MEDICINE TO
8   THE ANIMALS AND THEY SAY:  DOES IT TREAT PAIN, DOES IT TREAT
9   INFLAMMATION, AND DOES IT NOT DAMAGE THEIR STOMACHS?
10          SO THAT WAS THE BASIC SCIENCE WORK THAT WAS GOING ON
11  AT MERCK TO TRY TO FIGURE OUT IS THIS TRUE.
12  Q.   AND WHEN MERCK WAS CONDUCTING THE BASIC SCIENCE IN THE
13  ANIMAL EXPERIMENTS ON VIOXX, WAS IT LOOKING AT SAFETY?
14  A.   THE FIRST EXPERIMENT IS JUST TO ASK:  IS THIS THEORY TRUE?
15  THEY ARE NOT REALLY SAFETY STUDIES.  THEY'RE REALLY JUST
16  LOOKING FOR -- DOES THE SCIENCE HOLD UP?
17          ONCE THEY UNDERSTAND THAT AND NOW WE'RE THINKING THIS
18  ACTUALLY LOOKS PRETTY PROMISING, WE WANT TO TEST THE MEDICINE
19  IN PEOPLE.  NOW THEY DO TESTS IN ANIMALS FOR SAFETY.
20          AND, I'VE BEEN SITTING HERE, HEARD A LOT OF ABOUT
21  ANIMALS.  THE MICE AND RATS AND DOGS AREN'T PEOPLE, BUT THERE
22  ARE MANY THINGS ABOUT MICE AND RATS AND DOGS THAT ARE VERY,
23  VERY SIMILAR TO PEOPLE.  THE WAY THEIR LUNGS WORK, THE WAY
24  THEIR HEART WORKS, THE WAY THEIR KIDNEYS WORK, THE WAY THEIR
25  LIVER WORKS, THE WAY THEY MAKE BLOOD -- THOSE ARE ALL VERY

1    SIMILAR BETWEEN THESE ANIMALS AND PEOPLE.

2         SO WHAT WE DO IS TO GIVE THESE MEDICINES TO ANIMALS

3    TO SEE IF IT WILL CAUSE ANY HARM TO ANY OF THOSE ORGANS.  SO

4    THAT'S CALLED EITHER SAFETY ASSESSMENT OR TOXICOLOGY.

5         AND I THINK MOST PHYSICIANS AND PATIENTS ARE SORT OF

6    GLAD TO KNOW THAT WE FIRST TESTED THESE THINGS IN ANIMALS TO

7    MAKE SURE THEY WERE SAFE IN ANIMALS BEFORE WE TEST THEM IN

8    PEOPLE.  WE TRY TO USE THE ABSOLUTE MINIMUM NUMBER OF ANIMALS

9    TO GET THAT INFORMATION, BUT WE'RE TRYING TO FIND OUT, FIRST

10   OFF, ARE THEY SAFE IN ANIMALS?  AND THOSE ARE JUST SPECIFIC

11   STUDIES WE DO TO ADDRESS THAT?

12   Q.   AND WHEN MERCK WAS DOING THE ANIMAL STUDIES ON VIOXX AND

13   IT WAS ADDRESSING THE SAFETY OF VIOXX, WAS IT LOOKING AT

14   CARDIOVASCULAR-TYPE SIDE EFFECTS?

15   A.   MOST OF THE ORGANS WORK THE SAME IN ANIMALS AS THEY DO IN

16   HUMANS, AND SO FOR VIOXX, THERE IS A SPECIAL STUDY THAT WAS

17   DONE IN DOGS TO LOOK AT THE EFFECT OF VIOXX ON BLOOD PRESSURE

18   AND ON HEART FUNCTION.  AND THAT'S SORT OF A STANDARD TEST THAT

19   WE DO BEFORE WE GIVE THE MEDICINE TO PEOPLE, AND THAT WAS DONE

20   WITH VIOXX AS WELL.

21   Q.   WAS MERCK AND WERE YOU SATISFIED THAT VIOXX WAS SAFE TO

22   TEST IN HUMANS, SIR, BASED ON THE ANIMAL STUDIES THAT HAD BEEN

23   DONE?

24   A.   WELL, I WASN'T THERE WHEN THE DECISION WAS MADE, BUT MERCK

25   WAS, AND SO THEY DECIDED TO GO FORWARD AND SEE IF THEY COULD

1    GET PERMISSION TO TEST IT IN HUMANS.

2    **Q.**    AND TO GET PERMISSION TO TEST A DRUG IN HUMANS, DOES A

3    DRUG COMPANY HAVE TO ADVISE THE FDA -- THE FOOD & DRUG

4    ADMINISTRATION -- THAT IT INTENDS TO TEST A PARTICULAR MEDICINE

5    IN HUMANS?

6    **A.**    YES.  THERE IS A THING CALLED AN INVESTIGATIONAL NEW DRUG

7    APPLICATION, ABBREVIATED AS IND, WHERE YOU SUMMARIZE EVERYTHING

8    YOU KNOW ABOUT THE DRUG AT THAT POINT:  ALL THE ANIMAL SAFETY

9    STUDIES YOU'VE DONE, THE ANIMAL -- DOES IT WORK IN ANIMALS, AND

10   HOW DID YOU MAKE -- REMEMBER, THE CHEMISTS FOUND THIS THING, SO

11   NOW YOU'VE GOT TO MAKE LARGE QUANTITIES OF IT.  SO HOW ARE YOU

12   GOING TO MAKE THIS STUFF?  HOW ARE YOU GOING TO -- WHAT WE CALL

13   FORMULATE IT, WHICH IS PUT IT INTO PILLS.

14          AND YOU HAVE TO TELL THE FDA ALL THOSE THINGS.  YOU

15   FILE THE IND.  AND I DON'T THINK THEY ACTUALLY APPROVE IT, BUT

16   IF THEY HAVE ISSUES WITH IT, THEY'LL TELL YOU:  "DON'T GO

17   FORWARD UNTIL WE ADDRESS SOME OF THESE ISSUES."

18   **Q.**    WOULD MERCK HAVE BEEN ABLE TO EVEN TEST VIOXX IN HUMAN

19   BEINGS IF IT HAD NOT FILED THIS IND WITH THE FOOD & DRUG

20   ADMINISTRATION?

21   **A.**    NOT IN THE UNITED STATES, NO.

22   **Q.**    DO YOU KNOW WHEN MERCK FILED THE IND FOR VIOXX?

23   **A.**    I THINK IT WAS 1994.

24   **Q.**    DOES DECEMBER OF 1994 SOUND ABOUT RIGHT?

25   **A.**    SOUNDS ABOUT RIGHT.

1   Q.   AND THEN WHAT HAPPENS AFTER MERCK NOTIFIES THE FDA OF ITS

2   INTENT TO TEST VIOXX IN HUMAN BEINGS?  WHAT ARE THE PHASES OF

3   HUMAN TESTING?

4   A.   WHEN YOU FILE THE IND, THE OTHER PART OF THE IND IS YOUR

5   FIRST HUMAN STUDY.  SO YOU'VE -- YOU'VE HEARD ABOUT THESE

6   PROTOCOLS THAT WE DO.  THEY ARE ESSENTIALLY A DESCRIPTION OF

7   WHY WE WANT TO DO THIS EXPERIMENT, WHAT THE EXPERIMENT IS WE'RE

8   GOING TO DO, HOW MANY PATIENTS ARE GOING TO BE IN THAT.  AND SO

9   THAT DESCRIPTION, THAT PROTOCOL, FOR THE VERY FIRST PROTOCOL,

10  IS PART OF THE IND.

11          AND AGAIN, THAT'S ONE OF THOSE THINGS THE FDA LOOKS

12  AT.  IF THEY HAVE QUESTIONS, THEY'LL TELL YOU TO STOP.  IF THEY

13  DON'T GET BACK TO US, THEN WE'RE OKAY TO GO.  SO THAT BECOMES

14  WHAT WE CALL PHASE I.

15          AND THE VERY FIRST STUDY THAT WAS DONE WITH VIOXX WAS

16  TO ESSENTIALLY GET YOUNG HEALTHY MEN AND ASK THEM IF THEY'LL

17  TAKE ONE OF THE PILLS.  AND SO, TYPICALLY, THEY ARE COLLEGE

18  KIDS OR AROUND THAT AGE.  THEY DO THIS CLEARLY FOR THE

19  COMPENSATION THAT THEY GET.  AND THEN TAKE ONE PILL.

20          AND THEY DO THAT IN A CLINICAL RESEARCH -- IT'S NOT A

21  HOSPITAL, BUT IT'S LIKE A HOSPITAL, AND THERE ARE DOCTORS AND

22  NURSES THERE WHO WATCH THEM VERY CAREFULLY.  THEY TAKE THE

23  PILL.  AND ESSENTIALLY, WHAT WE'RE TRYING TO FIND OUT IN THAT

24  FIRST THING IS, WHEN YOU TAKE THE PILL, DOES THE MEDICINE

25  ACTUALLY GET INTO YOUR BLOODSTREAM?

1    SO THESE VOLUNTEERS GET ALL KINDS OF SAMPLES OF THEIR

2  BLOOD TAKEN TO FIND OUT DOES THE MEDICINE GET IN YOUR

3  BLOODSTREAM?  THERE ARE MEDICINES THAT YOU TAKE IT AND YOUR

4  STOMACH ESSENTIALLY BREAKS IT DOWN, AND IT NEVER GETS INTO YOUR

5  BLOODSTREAM.  SO WE'RE ASKING, "DOES IT ACTUALLY GET IN YOUR

6  BLOODSTREAM; AND ONCE IT DOES GET INTO YOUR BLOODSTREAM, DOES

7  YOUR BODY THEN BREAK IT DOWN?"

8    SO THERE ARE OTHER CHEMICALS THAT GET IN YOUR

9  BLOODSTREAM.  AND THE BODY -- IT'S BRAND-NEW CHEMICALS THAT THE

10  CHEMISTS MADE.  THEY DON'T EXIST IN NATURE.  AND SO THE

11  QUESTION IS:  CAN THE BODY ACTUALLY BREAK THIS THING DOWN?

12    AND SOMETIMES YOU GIVE SOMEBODY A CHEMICAL AND IT

13  JUST LASTS FOR VERY LONG PERIODS OF TIME.  THE BODY DOESN'T

14  KNOW HOW TO BREAK IT DOWN.  AND SO THAT'S NOT A GOOD CHEMICAL

15  EITHER.

16    SO WHAT WE'RE TRYING TO FIGURE OUT IS WILL IT GET

17  INTO YOUR BLOODSTREAM AND WILL THE BODY BREAK IT DOWN?  THAT'S

18  THE PURPOSE.  AND WE DO IT IN YOUNG HEALTHY MEN WHO HAVE

19  VOLUNTEERED TO DO THIS, AND THEY GET ONE DOSE.

20  **Q.**    AND WHY IS IT IMPORTANT TO KNOW IF THE MEDICINE GETS

21  BROKEN DOWN IN YOUR BODY?

22  **A.**    WELL, IF IT LASTS FOR LONG PERIODS OF TIME, SOME PEOPLE

23  THINK THAT'S A GOOD THING.  I ONLY HAVE TO TAKE THE MEDICINE

24  FOR ONCE A WEEK BECAUSE IT LASTS FOR A LONG PERIOD OF TIME.

25  BUT THE PROBLEM IS, IF YOU GET AN ALLERGIC REACTION TO IT AND

1    IT'S IN YOUR BODY FOR A LONG TIME, THAT CAN BE A PROBLEM.

2              SO, IN GENERAL, WE -- FOR VIOXX, WE WERE LOOKING FOR

3    MEDICINE THAT YOU WOULD TAKE ONCE A DAY.  WE THOUGHT THAT WOULD

4    BE HELPFUL FOR PEOPLE WHO HAVE CHRONIC PAIN.  SO WE WANTED IT

5    TO GET IN YOUR BLOODSTREAM AND PRETTY QUICKLY GET BROKEN DOWN

6    SO THAT, WITHIN A COUPLE OF DAYS, IT WILL BE OUT OF YOUR

7    SYSTEM.

8    Q.   YOU REFERRED TO THE TYPE OF PHASE I STUDIES WHERE PATIENTS

9    TOOK ONE PARTICULAR MEDICINE OR ONE PILL.  WERE THERE LONGER

10   STUDIES IN THESE PHASE I STUDIES THAT MERCK CONDUCTED ON VIOXX?

11             AND BEFORE YOU ANSWER THAT, WHEN I SAY "MERCK

12   CONDUCTED," CAN YOU EXPLAIN TO THE JURY WHO'S ACTUALLY

13   CONDUCTING THE CLINICAL TRIALS?

14   A.   LET ME ANSWER THAT QUESTION FIRST.  I'M TRAINED AS A

15   MEDICAL DOCTOR, BUT I DON'T SEE THE PATIENTS WHO ARE GETTING --

16   WHO ARE TAKING PART IN OUR TRIALS.  THERE ARE RESEARCH DOCTORS

17   WHO ARE SPECIALISTS, AND THESE ARE THE CLINICAL

18   PHARMACOLOGISTS, LIKE I TALKED ABOUT DR. NIES.  THESE ARE

19   PEOPLE WHO ARE SPECIALISTS IN TESTING NEW DRUGS IN NORMAL

20   HEALTHY PEOPLE.  SO THEY ARE THE ONES WHO ARE ACTUALLY GOING

21   OUT, FINDING PEOPLE WHO WANT -- WHO WANT TO PARTICIPATE.  THEY

22   ARE TREATED IN THEIR CLINICAL RESEARCH UNIT.

23             SO WHAT WE DO IS TO WRITE THE PROTOCOL IN

24   COLLABORATION WITH THESE RESEARCH DOCTORS, BUT THEY ARE THE

25   ONES WHO ACTUALLY DO THE -- DO THE SEEING THE PATIENTS AND DO

1    THE BLOOD TESTING.

2            THE SAMPLES WOULD BE SENT BACK TO MERCK FOR SOME OF

3    OUR SCIENTISTS TO DO THE ANALYSIS:  IS THERE DRUG IN THE BLOOD

4    AT DIFFERENT TIME POINTS?  BUT THE PATIENTS ARE ACTUALLY

5    TREATED BY THESE OUTSIDE DOCTORS.

6    **Q.**   OKAY.  AND THEN WHAT ARE THE OTHER TYPES OF STUDIES THAT

7    WERE DONE AS PART OF THE PHASE I TESTING FOR VIOXX?

8    **A.**   SO, AS I SAID, THE FIRST EXPERIMENT IS YOU GET YOUNG

9    HEALTHY MEN TO TAKE ONE PILL.  THEN THE NEXT EXPERIMENT IS WE

10   ASK YOUNG HEALTHY MEN TO TAKE THE PILL EVERY DAY FOR ABOUT TWO

11   WEEKS.  AND THE SAME THING HAPPENS.

12           AND THE REASON YOU DO THAT IS THERE ARE SOME

13   MEDICINES THAT YOUR BODY WILL GET RID OF EASILY WHEN YOU TAKE

14   ONE PILL, BUT IF YOU KEEP TAKING IT, THE BODY LOSES ITS ABILITY

15   TO BREAK DOWN THE MEDICINE.  SO YOU WANT TO FIND OUT OVER --

16   NOW, IF THEY TAKE IT WHAT WE CALL MULTIPLE DOSE.  SO EVERY DAY

17   FOR TWO WEEKS, WHAT HAPPENS?  DOES IT GET INTO THEIR SYSTEM?

18   DOES IT GET OUT OF THEIR SYSTEM?

19           WE DO THAT, AGAIN, IN YOUNG, HEALTHY MEN.  THE REASON

20   WE DO IT IN MEN IS THAT THERE ARE SPECIAL ANIMAL STUDIES THAT

21   ARE DONE TO SEE IF THE DRUG AFFECTS THE REPRODUCTIVE ABILITY OF

22   WOMEN.  AND TYPICALLY, THOSE STUDIES AREN'T DONE YET BY THE

23   TIME IN THE ANIMALS.  SO WE START WITH MEN.  WE DON'T WANT TO

24   GIVE IT TO WOMEN UNTIL WE KNOW WHETHER IT'S GOING TO AFFECT ANY

25   OF THEIR REPRODUCTIVE FUNCTION.

1          SO YOUNG HEALTHY MEN, ONE DOSE; YOUNG HEALTHY MEN,

2     TWO WEEKS OF DOSING.

3          AND THEN YOU TEST IT IN OLDER PEOPLE.  SO WE KNOW

4     VIOXX WAS GOING TO BE A DRUG USED BY OLDER PEOPLE.  SO

5     PEOPLE -- YOU GET ELDERLY HEALTHY PEOPLE WHO ALSO VOLUNTEER TO

6     TAKE ONE PILL; AND ELDERLY HEALTHY PEOPLE WHO VOLUNTEER TO TAKE

7     TWO WEEKS -- ABOUT TWO WEEKS OF THE MEDICINE.

8          AND THE REASON THERE IS THAT OLDER PEOPLE SOMETIMES

9     HANDLE DRUGS DIFFERENTLY THAN DO YOUNGER PEOPLE.  AS YOU AGE,

10    THE ABILITY OF YOUR LIVER AND YOUR KIDNEYS TO HANDLE THE DRUG

11    CHANGES.  THE ACTUAL COMPOSITION OF YOUR BODY CHANGES.

12         YOUNG HEALTHY BOYS, TYPICALLY, ARE MUCH MORE

13    MUSCULAR.  AS YOU GET OLDER, YOU HAVE A LITTLE MORE FAT.  AND

14    SO WHERE THE DRUG GOES AND HOW THE BODY HANDLES IT CAN BE

15    DIFFERENT IN OLDER PEOPLE.  SO WE TEST IT IN YOUNG PEOPLE AND

16    THEN WE TEST IT IN OLDER PEOPLE.  AND ALL OF THIS IS TO SEE

17    DOES IT GET INTO YOUR BLOODSTREAM; DOES IT GET OUT OF YOUR

18    BLOODSTREAM?

19    **BY MR. GOLDMAN:**

20    **Q.**   ONE OF THE THINGS DR. MOYE SAID ABOUT THE PHASE I STUDIES

21    IS THAT PATIENTS ARE SUPPOSED TO BE MONITORED CLOSELY FOR SIDE

22    EFFECTS.  DID THAT HAPPEN WITH VIOXX, SIR?

23    **A.**   YES.  SO, AS I EXPLAINED TO YOU, THESE STUDIES ARE DONE BY

24    RESEARCH PHYSICIANS WHO ARE SPECIALISTS IN DOING THIS IN THEIR

25    CLINICAL RESEARCH UNITS.  AND SO THERE ARE DOCTORS AND NURSES

1    WHO ARE SPECIFICALLY TRAINED TO DO THIS.

2              IN ADDITION TO THE BLOOD TESTS THAT WERE TAKEN TO SEE

3    IF THE DRUG IS GETTING INTO YOUR BLOOD, THEY LOOK AT YOUR

4    KIDNEY FUNCTION; THEY LOOK AT YOUR LIVER FUNCTION; THEY LOOK AT

5    THE ABILITY OF YOUR BODY TO MAKE BLOOD; THEY DO

6    ELECTROCARDIOGRAMS.

7              THEY ARE VERY, VERY CLOSELY MONITORED BECAUSE,

8    REMEMBER, THESE ARE NORMAL HEALTHY PEOPLE WHO VOLUNTEER TO TAKE

9    THIS.  IT'S REALLY IMPORTANT THAT WE VERY, VERY CAREFULLY

10   MONITOR THEM.  AND SO THAT'S WHY WE PICK TRAINED PHYSICIANS.

11   THIS IS WHAT THEY DO, AND THEY'RE EXPERT AT DOING THAT.

12   Q.   I DON'T KNOW IF YOU MENTIONED THIS OR NOT.  DID YOU SAY

13   BLOOD PRESSURE WAS ONE OF THE THINGS THAT --

14   A.   BLOOD PRESSURE IS MEASURED, YES.  ALL THEIR VITAL SIGNS:

15   THEIR TEMPERATURE, THEIR BLOOD PRESSURE, HOW WELL THEY BREATHE.

16   Q.   DO YOU KNOW ABOUT WHEN THE PHASE I STUDIES STARTED FOR

17   VIOXX?

18   A.   THEY WERE STARTED RIGHT AFTER THE IND WAS FILED.

19   Q.   AND LET ME FIRST START WITH THE BASIC SCIENCE.  I THINK

20   YOU SAID THAT STARTED BEFORE THE -- AND RIGHT AROUND THE TIME

21   THAT THE COX-2 --

22   A.   ONCE YOU HAVE THE MOLECULE --

23   Q.   OKAY.

24   A.   -- PEOPLE CAN START DOING THESE BASIC SCIENCE EXPERIMENTS.

25   Q.   AND ANIMAL STUDIES AND TEST-TUBE STUDIES.  I HAVE A LONG

1   MAGNET HERE THAT STANDS FOR 1992 TO 2004.  DID THE STUDIES GO

2   THAT LONG, SIR, IN ANIMALS AND TEST TUBES?

3   **A.**   AS YOU'VE HEARD HERE, AS NEW CLINICAL INFORMATION COMES

4   UP, THERE MAY BE QUESTIONS THAT YOU WANT TO GO BACK TO ANIMALS

5   OR TEST TUBES AND START DOING MORE WORK.

6           THERE WAS, YOU KNOW, THESE QUESTIONS ABOUT:  WILL THE

7   DRUG WORK FOR OTHER DISEASES?  FOR ALZHEIMER'S DISEASE OR FOR

8   RHEUMATOID ARTHRITIS OR FOR CANCER?  OR SO THERE MAY BE MORE

9   ANIMAL AND BASIC SCIENCE EXPERIMENTS THAT SCIENTISTS ARE DOING

10  TO FIGURE OUT IS THAT POSSIBLY TRUE?  SO THAT GOES ON FOR A

11  LONG TIME IN ADDITION TO THE ONES THAT WE TALKED ABOUT JUST

12  BEFORE FILING THE IND.

13  **Q.**   DID THE PHASE I CLINICAL TRIALS FOR VIOXX ALSO LAST A LONG

14  TIME?

15  **A.**   YES.  THERE IS A SECOND GROUP OF PHASE I STUDIES THAT I

16  NEED TO EXPLAIN, WHICH IS WHY THIS GOES ON FOR A LONG TIME.

17  THE OTHER THING THAT THE PHASE I STUDIES DO IS TO ASK:  DOES

18  VIOXX INTERACT WITH OTHER DRUGS?

19          SO YOU'VE PROBABLY ALL HAD THE EXPERIENCE, IF YOU GO

20  TO THE PHARMACIST TO GET YOUR PRESCRIPTION OR YOUR MEDICINE,

21  NOWADAYS THE PHARMACISTS HAVE THESE NICE COMPUTER DATABASES

22  WHERE THEY'LL CHECK:  IS THE ANTIBIOTIC YOU'RE ON GOING TO

23  INTERACT WITH THE BLOOD PRESSURE MEDICINE YOU'RE ON, OR IS THE

24  BLOOD PRESSURE MEDICINE GOING TO INTERACT WITH THE DIABETES

25  DRUG?  AND SO WE DO THOSE EXPERIMENTS.

1        NOW, AND FOR ALL -- THOSE ARE STANDARD THINGS YOU

2   WORRY ABOUT PEOPLE MIGHT TAKE WITH VIOXX, WE DO WHAT'S CALLED

3   DRUG INTERACTION STUDIES.  AND AGAIN, IT'S GENERALLY EITHER

4   HEALTHY, YOUNG PEOPLE OR HEALTHY OLDER PEOPLE.  YOU GIVE THEM

5   ONE DRUG AND YOU CHECK THEIR BLOOD; YOU GIVE THEM THE SECOND

6   DRUG AND YOU CHECK THEIR BLOOD; AND THEN YOU GIVE THEM BOTH

7   TOGETHER AND, YOU CHECK DO THEY INTERACT WITH EACH OTHER.  AND

8   THAT'S USEFUL INFORMATION FOR PHYSICIANS AND PHARMACISTS TO

9   KNOW WHAT THEY CAN COMBINE.

10       SO THOSE DRUG INTERACTION STUDIES GO ON FOR A LONG

11   PERIOD OF TIME.

12   Q.   AND DID THOSE CONTINUE WITH VIOXX THROUGH THE TIME VIOXX

13   WAS WITHDRAWN IN 2004?

14   A.   YEAH.  AS NEW MEDICINES COME ONTO THE MARKET, THESE

15   QUESTIONS MAY POP UP AGAIN.  AND THERE IS A NEW DIABETES DRUG

16   OR A NEW ANTI-HYPERTENSIVE, AND WE WANT TO DO THOSE DRUG

17   INTERACTIONS TO FIGURE OUT...

18   Q.   CAN YOU TELL US THE NEXT PHASE OF TESTING FOR VIOXX, SIR,

19   AFTER PHASE I?

20   A.   SURE.  SO AFTER YOU DO THE TEST IN NORMAL HEALTHY MEN, YOU

21   DO IT IN OLDER FOLKS.  YOU KNOW THAT THE MEDICINE GETS INTO THE

22   BLOODSTREAM.  YOU KNOW THE MEDICINE GETS BROKEN DOWN.

23       PHASE II IS WHERE YOU NOW ASK IN PEOPLE:  IS THIS

24   THEORY TRUE?  AND THAT IS WE NOW HAVE A MEDICINE THAT ONLY

25   INHIBITS COX-2.  HUMANS CAN TAKE IT SAFELY.  THE BODY WILL

```
 1    BREAK IT DOWN.  DOES IT TREAT PAIN?
 2             ALL RIGHT.  SO THE FIRST EXPERIMENTS WERE DONE IN
 3    THESE HEALTHY PEOPLE.  YOU'RE NOT ASKING ANY WHAT WE CALL
 4    EFFICACY QUESTIONS. YOU'RE JUST ASKING THESE PHARMACOLOGY
 5    QUESTIONS IN SAFETY.  NOW YOU'RE ASKING:  "DOES IT TREAT PAIN?"
 6    AND YOU CAN ASK, "DOES IT DAMAGE THE STOMACH?"
 7             SO THAT'S THE PHASE II STUDIES AS TO -- AS TO TRY TO
 8    TEST THIS TO GET A READ IN PEOPLE:  "IS THIS THEORY TRUE?"
 9    Q.   AND WHAT TYPES OF PATIENTS, AT LEAST IN THE BEGINNING,
10    BEFORE THE APPROVAL OF VIOXX, WERE INVOLVED IN THE PHASE II
11    STUDIES?  WHAT CONDITIONS DID THOSE PATIENTS HAVE?
12    A.   SO, AS I SAID, THE PHASE II STUDY, THE FIRST QUESTION:
13    DOES IT TREAT PAIN?  AND ONE OF THE CLINICAL SITUATIONS THAT IS
14    A VERY USEFUL WAY TO TEST PAIN MEDICATIONS AND HAVE BEEN DONE
15    WITH TRADITIONAL NSAIDS IS WHAT WE REFER TO AS "ORAL SURGERY."
16             SO PEOPLE HAVE THEIR MOLARS EXTRACTED, YOU KNOW,
17    THEIR WISDOM TEETH TAKEN OUT.  SO THEY ARE GOING IN TO HAVE
18    THEIR WISDOM TEETH TAKEN OUT.  THE ORAL SURGEON, AFTER HE DOES
19    THAT OPERATION, AND THE PAIN -- THE NOVOCAINE WEARS OFF, THE
20    PERSON DEVELOPS PAIN.  AND THESE PEOPLE VOLUNTEERED TO BE IN A
21    STUDY WHERE THEY GET RANDOMLY -- THEY EITHER GET A PLACEBO OR
22    THEY GET THE TEST MEDICATION; WHICH, IN THIS CASE, WAS VIOXX.
23    AND OVER THE NEXT 24 HOURS, YOU BASICALLY ASK THEM:  "IS YOUR
24    PAIN GETTING BETTER?"
25             AND IT'S -- YOU KNOW, A VERY QUICK WAY TO FIND OUT
```

1   DOES THIS MEDICINE ACTUALLY TREAT PAIN?  SO THAT WAS ONE OF THE

2   VERY FIRST STUDIES DONE TO FIND OUT:  DOES IT TREAT PAIN?

3   **Q.**   AND IN DECIDING WHETHER OR NOT VIOXX TREATS PAIN, ARE THE

4   INVESTIGATORS AND ARE THE PATIENTS ACTUALLY AWARE OF WHAT

5   MEDICATION THE PATIENTS ARE ON, WHETHER IT'S VIOXX OR A

6   PLACEBO --

7   **A.**   RIGHT.

8   **Q.**   -- OR A SUGAR PILL?

9   **A.**   THE ANSWER IS NO.  YOU'VE HEARD -- I THINK YOU'VE HEARD --

10  BECAUSE I'VE HEARD SITTING HERE -- THESE TERMS:  "RANDOMIZED

11  PLACEBO-CONTROLLED TRIALS."  "RANDOMIZED" MEANS THAT YOU

12  RANDOMLY GET ONE OF THE MEDICINES.  "RANDOMIZED BLINDED."

13  "BLINDED" MEANS NOBODY KNOWS WHAT THE PATIENT IS GETTING.

14          SO IT TURNS OUT IN THESE -- AFTER YOU'VE HAD YOUR

15  WISDOM TEETH OUT AND YOU'VE GOT PAIN, IF YOU GIVE SOMEBODY A

16  PLACEBO, CERTAIN PERCENTAGE OF PEOPLE WILL SAY, "IT WORKED,"

17  AND THEIR PAIN GETS BETTER.

18          SO YOU HAVE TO HAVE A CONTROL, WHICH IS PEOPLE WHO

19  ARE GETTING PLACEBO.  BECAUSE THERE IS A CERTAIN AMOUNT OF WHAT

20  WE CALL A PLACEBO EFFECT.  PEOPLE -- PAIN GETS BETTER WHEN YOU

21  JUST TELL PEOPLE YOU'RE TAKING A PILL.

22          SO THERE IS A PLACEBO SO THAT WE KNOW WHAT THE RATE

23  IS JUST FROM PLACEBO, AND THEN THERE IS VARIOUS DOSES OF VIOXX.

24  THE PATIENT DOESN'T KNOW WHAT THEY GOT, THE DOCTOR DOESN'T KNOW

25  WHAT THEY GOT, AND NOBODY AT MERCK KNOWS WHAT THEY GOT, WHILE

1   THE EXPERIMENT IS ONGOING.

2            WHEN THE EXPERIMENT IS DONE, THEN WE CALL IT

3   "UNBLINDING."  NOW, WE FIND -- WE FIGURE OUT WHO TOOK WHAT.

4   BUT DURING THE STUDY, NOBODY KNOWS.  AND IT'S VERY IMPORTANT

5   THAT NOBODY KNOWS SO THAT YOU CAN GET A GOOD ASSESSMENT OF:  IS

6   IT WORKING?

7   Q.   IN ADDITION TO LOOKING AT WHETHER VIOXX HELPED REDUCE THE

8   PAIN LEVELS IN PATIENTS WHO PARTICIPATED IN THE PHASE II

9   STUDIES, DID THE INVESTIGATORS ALSO LOOK AT WHETHER THIS THEORY

10  UP HERE ABOUT COX-1 AND COX-2 WAS WORKING; THAT IS, THAT VIOXX

11  ACTUALLY WAS NOT CAUSING AS MANY STOMACH PROBLEMS?

12  A.   YEAH.  I'LL EXPLAIN STOMACH PROBLEMS IN PHASE II STUDY IN

13  A MINUTE.  LET ME JUST FINISH ON THE PAIN SIDE.

14  Q.   OKAY.

15  A.   SO THE FIRST PAIN STUDY WAS JUST THIS ORAL SURGERY.  THE

16  SECOND PAIN STUDY WAS IN PATIENTS WITH ARTHRITIS.  SO YOU KNEW

17  THAT WHAT YOU WANTED TO DO IS NOT JUST TREAT ORAL SURGERY PAIN,

18  BUT YOU WANTED TO TREAT THE PAIN AND INFLAMMATION OF

19  OSTEOARTHRITIS.

20           SO THE FIRST PHASE II STUDY IN OSTEOARTHRITIS

21  PATIENTS IS THE SAME THING:  YOU FIND PHYSICIANS WHO TREAT

22  PATIENTS WITH OSTEOARTHRITIS BUT ALSO ARE TRAINED IN RESEARCH.

23  THEY ASK THEIR PATIENTS, "DO YOU WANT TO PARTICIPATE IN THE

24  STUDY?"  AND THE PATIENTS IN THIS CASE RANDOMLY GOT EITHER A

25  PLACEBO OR ONE OF TWO DIFFERENT DOSES OF VIOXX.  AND AGAIN, THE

1996

```
1   QUESTION IS:  DOES IT TREAT THE PAIN OF YOUR OSTEOARTHRITIS?
2           AGAIN, BLINDED SO THEY DON'T KNOW WHAT THEY ARE
3   GETTING.  THE SAME THINGS HAPPENS WITH OSTEOARTHRITIS:  IF YOU
4   GIVE SOMEBODY A PLACEBO, SOME PEOPLE WILL ACTUALLY GET PAIN
5   RELIEF JUST BECAUSE THEY -- THEY TOOK THE PILL.  SO THAT --
6   THAT WAS A SIX-WEEK STUDY JUST ASKING THE QUESTION:  DOES IT
7   TREAT THE PAIN AND INFLAMMATION OF OSTEOARTHRITIS?
8           BUT THEN THE STOMACH QUESTION IS OBVIOUSLY THE OTHER
9   SIDE OF IT.  SO IF IT TREATS PAIN, THAT'S GOOD.  THAT MEANS --
10  PART OF THE STORY OF, WELL, I INHIBIT COX-2 ONLY AND I TREAT
11  PAIN.  THE QUESTION IS:  DID I ALSO NOT DAMAGE THE STOMACH?
12          SO THE PHASE II EXPERIMENT THERE -- AND, YOU KNOW,
13  PEOPLE VOLUNTEER FOR THESE THINGS.  THE GASTROENTEROLOGIST HAVE
14  A DEVICE THAT THEY CAN PASS A TUBE DOWN INTO YOUR STOMACH AND
15  LOOK AT YOUR STOMACH.  IT'S LIKE A LITTLE MICROSCOPE, A
16  TELESCOPE, AND THEY CAN LOOK AROUND IN THE STOMACH.  AND SO
17  PATIENTS VOLUNTEER TO -- AGAIN, RANDOMLY BLINDED, SO THAT
18  NOBODY KNEW WHAT THEY WERE TAKING -- THEY EITHER TOOK A
19  PLACEBO.  THEY TOOK 250 MILLIGRAMS OF VIOXX.
20          SO ONE OF THE THINGS WE'RE CONSTANTLY TRYING TO
21  FIGURE OUT IS WHAT'S THE RIGHT DOSE.  WHEN WE DID THIS FIRST
22  STUDY, WE WEREN'T SURE WHAT THE DOSE WAS FOR TREATING PAIN.
23  AND SO THEY GOT 250 MILLIGRAMS, TEN TIMES THE DOSE THAT WE NOW
24  USE.  AND THEN --
25  Q.   YOU MEAN TEN TIMES THE DOSE THAT --
```

1    **A.**   TEN TIMES THE DOSE THAT WAS USED FOR OSTEOARTHRITIS WHEN

2    THE DRUG WAS ON THE MARKET, I APOLOGIZE.  OR THEY GOT ASPIRIN

3    OR THEY GOT IBUPROFEN, AND ASPIRIN AND IBUPROFEN AT THE DOSES

4    THAT ARE USED TO TREAT ARTHRITIS.  SO THEY GET ONE OF THOSE

5    FOUR MEDICINES.

6         THE GASTROENTEROLOGIST LOOKS AT THEIR STOMACH AT THE

7    BEGINNING OF THE EXPERIMENT; HE LOOKS AT THEIR STOMACH AFTER

8    THEY TOOK THE MEDICINE FOR -- I THINK IT WAS TWO WEEKS.  AND

9    WHEN HE LOOKS IN THE SECOND TIME, THEY SCORE:  DO I SEE ANY

10   BLEEDING?  DO I SEE ANY DAMAGE TO THE STOMACH?  AND THERE'S A

11   REPRODUCIBLE WAY THAT THEY CAN SCORE THAT AND GIVE IT A SCORE.

12        AND AT THE END, YOU UNBLIND IT AND YOU FIND OUT WHAT

13   WERE THE PEOPLE TAKING.  AND WHEN YOU UNBLINDED THAT ONE, WHAT

14   YOU SAW WAS AS YOU WOULD EXPECT:  IBUPROFEN AND ASPIRIN DAMAGED

15   THE STOMACH; BUT INTERESTINGLY, VIOXX, EVEN AT 250 MILLIGRAMS,

16   LOOKED LIKE PLACEBO.

17        SO THAT WAS -- THAT WAS SHORTLY AFTER I CAME IN.

18   VERY, VERY EXCITING RESULT FOR PEOPLE WHO WERE WORKING ON THIS

19   BECAUSE THAT WAS THE FIRST EXPERIMENT NOW IN PEOPLE THAT YOU

20   COULD SHOW THAT THE DRUG TREATS PAIN, TREATS INFLAMMATION, AND

21   AT LEAST IN NORMAL VOLUNTEERS, IT DOESN'T DAMAGE YOUR STOMACH

22   THE WAY IBUPROFEN AND ASPIRIN DOES.

23        SO THOSE ARE THE PHASE II STUDIES.  AT THE END OF

24   THAT WE CAN SAY, SEEMS LIKE THIS THEORY MAY ACTUALLY BE TRUE,

25   THAT WE CAN TREAT PAIN AND INFLAMMATION AND NOT DAMAGE THE

1   STOMACH, AT LEAST FROM THOSE EXPERIMENTS.

2   **Q.**   DID THE INVESTIGATORS ALSO, IN THE PHASE II STUDIES,

3   MONITOR FOR SIDE EFFECTS OF VIOXX?

4   **A.**   YES.  SO THE PHASE II STUDIES SIMILARLY -- IT'S NOT QUITE

5   THE SAME AS THE PHASE I WHERE THEY ARE ACTUALLY IN THIS UNIT

6   THE WHOLE TIME, BUT AGAIN, WE SELECT DOCTORS WHO ARE VERY GOOD

7   AT DOING RESEARCH.

8         SO, IN THE OSTEOARTHRITIS TRIAL, FOR EXAMPLE, THEY

9   GET ALL KINDS OF TESTS.  SO THEY COME IN TO SEE THE DOCTOR

10  EVERY TWO WEEKS; THEY GET A PHYSICAL EXAM; THEY GET THEIR BLOOD

11  PRESSURE, THEIR PULSE, THEIR TEMPERATURE; THEY HAVE BLOOD

12  TESTS; THEY HAVE URINE TESTS; THEY HAVE AN EKG.  VERY

13  COMPREHENSIVE ASSESSMENT EVERY ONE OF THE TIMES THAT THEY COME

14  IN TO BE SEEN.

15  **Q.**   WHY IS THAT?  WHY IS IT THAT THAT MUCH CARE IS GIVEN TO

16  MONITORING PATIENTS EVEN IN THE PHASE II CLINICAL TRIALS?

17  **A.**   RIGHT.  SO, AGAIN, THIS IS REALLY EARLY IN DEVELOPING A

18  NEW DRUG.  THIS IS A NEW CHEMICAL THAT, AS I TOLD YOU, THESE

19  CHEMISTS INVENTED.  IT'S NOT SOMETHING THAT ANY HUMAN BEING HAS

20  EVER TAKEN BEFORE.

21         AND WE TEST IT IN ANIMALS TO MAKE SURE THAT -- YOU

22  KNOW, TO GET COMFORTABLE THAT IT WON'T DAMAGE PEOPLE.  BUT YOU

23  REALLY DON'T KNOW UNTIL YOU START DOING IT.

24         AND SO THESE EARLY TESTS VERY, VERY CAREFUL

25  COMPREHENSIVE ASSESSMENT OF EVERYTHING:  YOUR KIDNEY, YOUR

1999

1    LIVER, HOW YOU MAKE BLOOD, ET CETERA.  YOU KNOW, YOU WANT TO BE

2    VERY, VERY CAREFUL IN THESE EARLY STAGES WITH A NEW CHEMICAL

3    THAT PEOPLE HAVEN'T EVER TAKEN BEFORE.

4    **Q.**   DO YOU KNOW APPROXIMATELY WHEN THE PHASE II CLINICAL TRIAL

5    STARTED FOR VIOXX?

6    **A.**   THEY STARTED BEFORE I CAME.  SO I THINK IT WAS IN '95.

7    **Q.**   JANUARY OF 1995?

8    **A.**   THAT SOUNDS ABOUT RIGHT.

9    **Q.**   AND DID THOSE PHASE II CLINICAL TRIALS ALSO SPAN A LITTLE

10   BIT OF TIME, AS LATE AS JULY OR JUNE OF 2001?

11   **A.**   YES.  SO THAT -- AS I SAID, THE PHASE II STUDY IS TO ASK:

12   DOES IT WORK?  SO THE FIRST ONES ARE:  DOES IT WORK FOR

13   OSTEOARTHRITIS?  DOES IT WORK FOR THE PAIN AFTER YOU HAVE YOUR

14   WISDOM TEETH TAKEN OUT?  AND THERE ARE OTHER THINGS:  DOES IT

15   WORK FOR RHEUMATOID ARTHRITIS?  DOES IT WORK FOR MIGRAINE?

16   DOES IT WORK FOR TREATMENT OR PREVENTION OF CANCER?

17         AND SO THAT PHASE II CONCEPT OF TRYING TO TEST

18   DOESN'T WORK.  IT'S DONE FOR OTHER NEW DISEASES THAT YOU HOPE

19   THE MEDICINE MIGHT TREAT.

20   **Q.**   NOW, LET'S MOVE TO THE PHASE III TRIAL, AND THOSE ARE THE

21   LAST PHASES I'LL ASK YOU ABOUT.  WHAT IS A PHASE III TRIAL, AND

22   CAN YOU DESCRIBE HOW THOSE WORK FOR VIOXX?

23   **A.**   AT THE END OF PHASE II, YOU KNOW THAT THE DRUG -- WELL,

24   ONE OTHER POINT I WANT TO MAKE ABOUT PHASE II.  I TOLD YOU, IN

25   THE STOMACH STUDY, THE DOSE WAS 250 MILLIGRAMS.  THE THING

```
 1   YOU'RE TRYING TO FIGURE OUT IN PHASE II IS WHAT'S THE RIGHT
 2   DOSE.  SO THE FIRST PHASE II STUDY, 25 MILLIGRAMS AND
 3   125 MILLIGRAMS WERE TESTED IN PEOPLE WITH OSTEOARTHRITIS, AND
 4   BOTH OF THOSE WORKED.
 5          WE, ALWAYS REALLY WANT TO GIVE PEOPLE THE LOWEST
 6   POSSIBLE DOSE THAT IT TAKES TO MAKE THE MEDICINE WORK.  BECAUSE
 7   SIDE EFFECTS, ADVERSE EVENTS, ARE MORE COMMON THE HIGHER THE
 8   DOSE.  SO WHAT YOU WANT TO ALWAYS DO IS KEEP THE DOSE DOWN TO
 9   THE LOWEST DOSE IT TAKES TO BE ABLE TO GET WHAT YOU WANT.
10          SO THERE WAS A SECOND STUDY IN PHASE II WHERE WE
11   TESTED LOWER DOSES.  AND THOSE WERE 5 MILLIGRAMS, 12 AND A HALF
12   MILLIGRAMS, 25 MILLIGRAMS, AND 50 MILLIGRAMS.  AND OUR HOPE WAS
13   THAT 5 MILLIGRAMS ACTUALLY WOULD NOT WORK.  THAT WOULD BE
14   BELOW -- AND THAT'S ACTUALLY HAPPENED.  5 MILLIGRAMS DOESN'T
15   WORK AS WELL.  12 AND A HALF, 25, AND 50 ARE ALL ABOUT THE
16   SAME.
17          BUT AS I SAID, THE HIGHER THE DOSE, THE HIGHER THE
18   SIDE EFFECTS.  SO AT 50 MILLIGRAMS, YOU SEE MORE ADVERSE
19   SERIOUS EVENTS THAN YOU DO AT 12 AND A HALF AND 25.  SO AGAIN,
20   THE POINT ABOUT PHASE II IS YOU'RE TRYING TO FIGURE OUT THE
21   DOSE.
22          PHASE III IS WHERE YOU NOW -- NOW ASK THE QUESTION:
23   WELL, HOW DOES IT COMPARE TO THE REGULAR MEDICINES?  SO ALL
24   THESE PHASE II STUDIES ARE ESSENTIALLY DOES THE DRUG WORK?
25   THAT'S GOOD.  IT TREATS PAIN; IT TREATS INFLAMMATION.  BUT HOW
```

1   DOES IT WORK COMPARED TO THE OTHER MEDICINES?

2           SO PHASE III ARE WHAT WE CALL COMPARATOR TRIALS,

3   WHERE WE COMPARE, IN THIS CASE VIOXX, TO THE TRADITIONAL

4   MEDICINES.  AND THE TWO THAT WE USED PRIMARILY IN PHASE III

5   WERE IBUPROFEN AND IBUPROFEN AT THE PRESCRIPTION STRENGTH.  SO

6   IT'S NOT THE IBUPROFEN STRENGTH THAT YOU GET WHEN YOU TO GO THE

7   WALGREENS AND PICK IT UP.  THIS IS PRESCRIPTION-STRENGTH

8   IBUPROFEN, THE DOSE THAT A PHYSICIAN CAN ONLY PRESCRIBE TO YOU.

9   AND DICLOFENAC, WHICH IS A DRUG USED PRIMARILY -- USED A LOT IN

10  EUROPE; AGAIN, THE PRESCRIPTION STRENGTH OF DICLOFENAC.

11          WE COMPARE VIOXX TO THOSE.  AND THERE'S BASICALLY TWO

12  STRAIGHTFORWARD QUESTIONS:  DOES IT WORK AS WELL TO TREAT PAIN;

13  AND, BASED UPON ALL OF THIS, IS IT SAFER ON THE STOMACH?

14  **Q.**  DID MERCK, IN DESIGNING THE PHASE III CLINICAL TRIALS,

15  WORK AT ALL WITH THE FDA IN DECIDING HOW THOSE TRIALS SHOULD BE

16  DESIGNED?

17  **A.**  YES.

18  **Q.**  I'M GOING TO SHOW YOU A DOCUMENT OR TWO CONCERNING THOSE

19  MEETINGS.  BUT IN THE MEETINGS WITH THE FOOD & DRUG

20  ADMINISTRATION, DID THE FDA EVER CRITICIZE THE SIZE OF THE

21  STUDIES THAT MERCK WANTED TO DO ON VIOXX?

22  **A.**  NO.  THERE'S DISCUSSIONS -- LET ME JUST BE REAL CLEAR.

23  WITH PHASE III, NOW, IS YOU WANT TO TEST HOW WELL DOES YOUR

24  DRUG WORK COMPARED TO THE OTHER ONES?  AND ONE OF THE THINGS

25  THAT YOU WANT TO BE ABLE TO SAY AT THE END OF THAT IS:  DOES

1  IT -- YOU WANT TO SAY, "IT WORKS AS WELL AS

2  PRESCRIPTION-STRENGTH IBUPROFEN OR DICLOFENAC."

3          AND SO THERE ARE -- THE STATISTICIANS HAVE TO FIGURE

4  OUT HOW MANY PATIENTS DO YOU NEED TO BE ABLE TO CONCLUDE THAT

5  THEY ARE THE SAME?  SO THERE'S SOME DISCUSSION BACK AND FORTH

6  WITH THE FDA ABOUT HOW MANY PATIENTS YOU NEED TO DO THAT.

7          AT THE END OF THOSE DISCUSSIONS, EVERYBODY WAS

8  SATISFIED YOU HAVE THE RIGHT NUMBER OF PATIENTS.

9  **Q.**   SO BEFORE VIOXX WAS APPROVED FOR USE IN THE UNITED STATES

10  BY THE FDA, DID THEY EVER CRITICIZE IN ANY WAY THE LENGTH OF

11  THE STUDIES, HOW LONG THEY LASTED?

12  **A.**   NO.  THERE WAS A DEBATE ABOUT WHETHER WE DO SIX-WEEK

13  STUDIES OR 12-WEEK STUDIES, JUST FOR THE EFFICACY PORTION OF

14  THAT.  THEN, AGAIN, THERE WERE DIFFERENT POINTS OF VIEW THAT

15  GOT RESOLVED.

16          THE CRITICAL THING IS THAT -- AGAIN, I JUST WANT TO

17  POINT OUT THAT, THE PHASE II STUDIES, WHEN THE PEOPLE FINISHED

18  THAT SIX-WEEK STUDY, THEY THEN GO ON TO WHAT WE CALL AN

19  EXTENSION.  SO IF THEY CAN STAY ON THE MEDICINE FOR LONG

20  PERIODS OF TIME -- AND THE REASON IS WE'RE TRYING TO --

21  OBVIOUSLY, YOU WANT TO KNOW WHAT'S THE SAFETY WHEN THEY TAKE IT

22  FOR LONG PERIODS OF TIME.

23          SO, FOR THE PHASE III STUDIES, THERE WAS A YEAR-LONG

24  STUDY THAT WE COMPARED TO DICLOFENAC, AND THEN THERE WERE THE

25  IBUPROFEN.  THE EFFICACY PORTIONS WERE EITHER GOING TO BE SIX

1    WEEKS OR 12 WEEKS, BUT THEN THEY WOULD GO INTO THIS LONG-TERM,

2    WHAT -- WHAT WE CALL A SAFETY EXTENSION AFTERWARD.

3    **Q.**    AND WHEN MERCK WAS MEETING WITH THE FDA TO DISCUSS THE

4    DESIGN OF THESE LONGER-TERM PHASE III STUDIES BEFORE VIOXX WAS

5    APPROVED, WAS THE FDA AWARE OF THE OUTCOMES OR THE ENDPOINTS

6    THAT WAS DISCUSSED A LITTLE BIT YESTERDAY WITH DR. ZIPES?  WAS

7    THE FDA AWARE OF WHAT MERCK INTENDED TO DO IN THAT REGARD?

8    **A.**    YES.

9    **Q.**    ARE YOU FAMILIAR WITH WHAT IS CALLED AN "END OF PHASE II

10   MEETING WITH THE FDA"?

11   **A.**    SO THE END OF PHASE II -- I DESCRIBED TO YOU WHAT WE KNOW

12   AT THAT POINT.  NOW, YOU WANT TO DESIGN PHASE III STUDIES.  AND

13   YOU SAY WE'RE GOING TO COMPARE TO IBUPROFEN AND DICLOFENAC,

14   WE'RE GOING TO DO THESE STUDIES.  WE'RE GOING TO DO STUDIES

15   WHERE WE LOOK AT THE STOMACH.

16         BEFORE YOU START ALL THOSE STUDIES, THE COMPANY HAS A

17   MEETING WITH THE FDA -- SOMETIMES IT'S A COUPLE OF MEETINGS --

18   TO SAY, "HERE'S WHAT WE PLAN TO DO.  DO YOU AGREE?"  AND DO YOU

19   AGREE THAT, IF THESE STUDIES COME OUT THE WAY WE THINK THEY ARE

20   GOING TO COME OUT, THAT WE WOULD BE ABLE TO SAY THESE THINGS IN

21   THE PRESCRIBING PHYSICIANS -- PRESCRIBING INFORMATION FOR

22   PHYSICIANS?

23   **Q.**    IN THE LABEL?

24   **A.**    IN THE LABEL, RIGHT.  SO, AT THE END OF PHASE II, YOU

25   BASICALLY TALK TO THEM AND SAY, "HERE IS WHAT WE THINK PHASE

DAILY COPY

1  III IS GOING TO BE.  DO YOU AGREE?"

2  **Q.**   CAN YOU TURN, DR. MORRISON, TO EXHIBIT 15.  IT'S IN THE

3  BINDER THERE IN FRONT OF YOU.  DX-15.

4  **A.**   OKAY.

5  **Q.**   DO YOU RECOGNIZE THIS DOCUMENT, SIR?

6  **A.**   THESE ARE THE MINUTES.  AT THE END OF MEETING, SOMEBODY

7  WROTE UP MINUTES BETWEEN THE INTERACTIONS BETWEEN THE FDA AND

8  MERCK AT THE END OF PHASE II.

9           **MR. GOLDMAN:**  WE OFFER DEFENSE EXHIBIT 15.

10          **THE COURT:**  NO OBJECTION?  LET IT BE ADMITTED.

11  **BY MR. GOLDMAN:**

12  **Q.**   CAN YOU TURN, DR. MORRISON, TO THE SECOND PAGE OF THE

13  MINUTES?  AND I'LL PULL THIS UP ON THE SCREEN.

14          IS THIS OKAY, OR DO YOU NEED TO SEE THE SCREEN?

15  THAT'S OKAY?

16          SO THE FIRST PAGE OF THIS EXHIBIT IS A LETTER FROM

17  MERCK TO THE FDA, AND THEN THE SECOND RETURN TO -- WE TURN TO

18  THE SECOND PAGE HERE.  ACTUALLY IT'S HERE INSTEAD.

19          LET'S ACTUALLY GO TO THE SECOND PAGE OF THE MINUTES,

20  WHICH I HAVE ON THE SCREEN.  AND THIS IS MINUTES OF THE END OF

21  PHASE II CONFERENCE MAY 22, 1996.  AND DO YOU SEE A LIST OF

22  INDIVIDUALS FROM THE FDA?

23  **A.**   YES.

24  **Q.**   AND DOES IT APPEAR THAT THE FDA HAD EMPLOYEES THAT WORK IN

25  DIFFERENT AREAS, LIKE STATISTICS OR PHARMACOLOGY, THAT KIND OF

1    THING?

2    **A.**    YES.   ACTUALLY, THE FDA HAS SORT OF THE EQUIVALENT OF WHAT

3    WE HAVE.   SO IF WE HAVE A PHYSICIAN WHO IS DOING THE CLINICAL

4    PART, THEY'LL HAVE A MEDICAL OFFICER, WHO IS A PHYSICIAN,

5    REVIEWING THAT.   WE HAVE A CLINICAL PHARMACOLOGIST SAYING WE

6    ARE GOING TO DO THESE CLINICAL PHARMACOLOGY STUDIES.   THEY HAVE

7    ONE THAT REVIEWS THAT.   SO THEY SORT OF HAVE THE ANALOGS, IF

8    YOU WILL, OF THE FUNCTION THAT WE HAVE.

9    **Q.**    SO THERE IS NINE -- NINE MEMBERS OF THE FDA, INCLUDING

10   SOMEBODY HERE IN THE MIDDLE NAMED DR. NEUNER, AS MEDICAL

11   OFFICER.   WHAT IS A MEDICAL OFFICER?

12   **A.**    A MEDICAL OFFICER IS A PHYSICIAN WHO IS GOING TO REVIEW

13   THE APPLICATION AT THE END.   THEY ARE GOING TO REVIEW YOUR PLAN

14   FROM A MEDICAL POINT OF VIEW.

15   **Q.**    AND DID MERCK ALSO SEND EMPLOYEES HERE TO THIS MEETING

16   WITH THE FDA?

17   **A.**    YES.

18   **Q.**    AND HERE THERE IS A LIST OF A NUMBER OF MERCK

19   PARTICIPANTS.   DO YOU RECOGNIZE SOME OF THE NAMES THERE, SIR?

20   **A.**    I RECOGNIZE ALL THE NAMES.

21   **Q.**    AND CAN YOU TELL THE JURY A LITTLE BIT ABOUT THE DIFFERENT

22   AREAS, JUST IN GENERAL, THAT THESE EMPLOYEES WORK IN AND WHY IT

23   WAS IMPORTANT TO SEND PEOPLE FROM MERCK WHO HAD EXPERIENCE IN

24   THESE DIFFERENT AREAS?

25   **A.**    SO, IN THE FIRST PERSON, TOM BAILEY, DRUG METABOLISM.

1   WHEN I TALK TO YOU ABOUT HOW THE DRUG GETS INTO YOUR SYSTEM AND

2   HOW THE DRUG GETS BROKEN DOWN, THAT'S TOM'S EXPERTISE.  IF THEY

3   HAVE QUESTIONS ABOUT ANY OF THE STUDIES WE DID THERE, TOM IS

4   THERE.

5           THE NEXT TWO PEOPLE ARE STATISTICIANS.  SO HOW -- YOU

6   KNOW, THE STATISTICAL DESIGN OF THE STUDY.  THEY ARE THERE TO

7   TALK ABOUT THAT.  PEOPLE WHOSE SPECIALTY IS WORKING WITH

8   REGULATORY AGENCIES.  THE CLINICAL RESEARCH PEOPLE ARE

9   PHYSICIANS LIKE ME WHO GO DOWN TO TALK ABOUT CLINICALLY WHAT WE

10  HOPE TO DO.

11          YOU SEE DARRYL PATRICK IS AT SAFETY ASSESSMENT.  SO

12  THAT'S THE ANIMAL STUDIES THAT WE DID.  AND SO DARRYL CAN TALK

13  ABOUT THOSE AND MATHEMATICAL STUDIES AND WHAT THEY SHOWED.  I

14  THINK THAT'S PRETTY MUCH THE STANDARD.

15          SO THERE ARE PEOPLE WHO ARE EXPERTS IN THE -- THESE

16  ARE ALL MEMBERS OF THE PROJECT TEAM.  THEY ARE EXPERTS IN

17  CERTAIN THINGS SO THEY CAN TALK ABOUT IT.

18  Q.  NOW, IF YOU TURN TO THE FIRST PAGE OF THE MINUTES, THERE

19  ARE THREE PARAGRAPHS.  AND I'LL READ IT AND THEN I'LL ASK YOU A

20  QUESTION ABOUT IT.

21          THE FIRST ONE SAYS, "AN END OF PHASE II CONFERENCE

22  CONCERNING THE CLINICAL DEVELOPMENT PROGRAM FOR MK-0966."  IS

23  THAT VIOXX?

24  A.  YEAH.  WHEN A DRUG GETS INTO PEOPLE, IT GETS A NUMBER.

25  IT'S NOT CONSECUTIVE NUMBERING.  SO THIS IS 966.  AS BEST I CAN

1    TELL, IT'S JUST A RANDOM NUMBER, BUT IT'S A NUMBER THAT WE

2    ASSIGN TO THE MOLECULE.

3    **Q.**    SO IT SAYS THAT THERE WAS A CONFERENCE CONCERNING THE

4    DEVELOPMENT PROGRAM FOR VIOXX CONDUCTED IN THREE SESSIONS ON

5    MAY 22, AUGUST 2, AND SEPTEMBER 18, 1996.  SO WERE THOSE SOME

6    OF THE INITIAL MEETINGS THAT MERCK HAD WITH THE FDA BEFORE

7    STARTING THE PHASE III TRIALS?

8    **A.**    THAT'S CORRECT.

9    **Q.**    THE SECOND POINT SAYS, "THE AGENCY ACKNOWLEDGED THAT THE

10   SUCCESSFUL DEVELOPMENT OF A COX-2 SPECIFIC INHIBITOR HELD THE

11   POTENTIAL TO BE A VERY SIGNIFICANT THERAPEUTIC ADVANCE."

12        WERE YOU AWARE OF THAT, DR. MORRISON, IN 1996, WHILE

13   YOU WERE A MEMBER OF THE VIOXX TEAM?

14   **A.**    YES.  AND, YOU KNOW, AS I JUST DESCRIBED TO YOU, I WAS

15   CERTAINLY EXCITED.  I THINK PEOPLE WHO WERE DOING THE STUDIES

16   WITH US WERE EXCITED THAT THIS WOULD BE AN IMPORTANT ADVANCE;

17   THAT YOU COULD GET RID OF THE -- PARTICULARLY THE

18   GASTROINTESTINAL PROBLEMS THAT WERE ASSOCIATED WITH NSAIDS.

19   **Q.**    AND THEN THE THIRD POINT SAYS, "THE AGENCY AND MRL REACHED

20   CONSENSUS ON THE OVERALL SCOPE AND GENERAL DESIGN OF THE

21   PHASE III PROGRAM NEEDED TO SUPPORT REGISTRATION OF VIOXX FOR

22   THE TREATMENT OF OSTEOARTHRITIS."

23        CAN YOU EXPLAIN THAT?  WHAT DOES IT MEAN WHEN IT SAYS

24   "REACH CONSENSUS ON THE SCOPE AND DESIGN OF THE PHASE III

25   PROGRAM TO SUPPORT REGISTRATION"?

2008

1    **A.**   I THINK I ALREADY MENTIONED JUST A LITTLE BIT, YOU KNOW,

2    WE WANT TO SAY THAT IT WORKS AS WELL AS PRESCRIPTION DOSES OF

3    IBUPROFEN OR PRESCRIPTION DOSES OF DICLOFENAC.  AND THERE IS

4    DISCUSSION -- HOW BIG?  HOW DO YOU DO THE STUDIES? -- AND YOU

5    EVENTUALLY COME TO AN AGREEMENT, A CONSENSUS, ON HOW WE'RE

6    GOING TO DO THAT.

7           SO THE OVERALL SCOPE IS:  WHAT ARE ALL THE STUDIES

8    THAT WE'RE GOING TO DO?  AND THEN THE GENERAL DESIGN IS -- IT'S

9    NOT -- THEY ARE NOT REVIEWING EVERY INDIVIDUAL DETAILED

10   PROTOCOL.  IT'S JUST IN GENERAL, WHAT IS THE STUDY YOU'RE GOING

11   TO DO?  WHAT'S THE GENERAL DESIGN OF THOSE STUDIES?

12          SO, AT THE END OF THIS, THERE WAS A CONSENSUS, AN

13   AGREEMENT, THAT WHAT WE WERE PROPOSING WOULD BE SUFFICIENT TO

14   GET THE DRUG REGISTERED --

15   **Q.**   WHY --

16   **A.**   -- TO GET THE DRUG APPROVED.

17   **Q.**   WHY WOULD IT BE IMPORTANT FOR MERCK TO KNOW THAT THE FDA

18   WAS SATISFIED WITH THE DESIGN OF THE CLINICAL TRIALS FOR VIOXX

19   BEFORE STARTING ON THOSE TRIALS?

20   **A.**   AS YOU GO INTO THE TRIALS, YOUR HOPE IS THAT IF THEY SHOW

21   WHAT YOU THINK THEY ARE GOING TO SHOW, THAT YOU COULD THEN GET

22   THE DRUG APPROVED FOR SALE IN THE UNITED STATES.

23          SO IT'S IMPORTANT THAT WE -- BEFORE WE START THOSE

24   EXPERIMENTS, WE KNOW THAT THEY AGREE WITH US.  YOU DON'T WANT

25   TO DO ALL THOSE EXPERIMENTS AND THEN GO DOWN AND TALK TO THEM

1    AND THEY SAY, "NO, WE COMPLETELY DISAGREE.  YOU DID ALL THE

2    WRONG EXPERIMENTS AND YOU NEED TO DO IT RIGHT."

3              SO THE IDEA IS TO MAKE SURE BEFORE YOU DO THE

4    EXPERIMENTS THAT THEY AGREE THIS IS REASONABLE, AND THEY SHOW

5    WHAT YOU THINK THEY ARE GOING TO SHOW, YOU'LL BE ABLE TO GET

6    YOUR DRUG APPROVED.

7    **Q.**   IF YOU TURN FURTHER INTO YOUR MINUTES, ON THE FOURTH

8    PAGE -- AND I'LL CALL IT UP IF IT'S EASIER FOR YOU.  THE

9    SECOND-TO-LAST BULLET POINT SAYS, "THE AGENCY OFFERED NO

10   CONCERNS WITH THE PROPOSED TOTAL PATIENT EXPOSURE FOR THE

11   GENERAL CLINICAL SAFETY DATABASE."

12             CAN YOU EXPLAIN WHAT THAT MEANS WHEN IT SAYS, "THE

13   AGENCY OR THE FDA HAD NO CONCERNS ABOUT PATIENT EXPOSURE"?

14   **A.**   SO -- I THINK I EXPLAINED -- IN THE PHASE III STUDIES,

15   YOU'RE COMPARING THE DRUG TO THE REGULAR MEDICINES THAT WERE

16   ALREADY MARKETED, AND YOU BOTH WANT TO ASK HOW LONG DOES IT

17   WORK, BUT YOU ALSO WANT TO ASK:  IS IT ANY SAFER?

18             AND THE PRIMARY REASON WE'RE DOING THIS IS WE THOUGHT

19   IT WOULD BE SAFER ON THE STOMACH; BUT OBVIOUSLY, YOU WANT TO

20   FIND OUT IS THERE ANY DIFFERENCE IN THE SAFETY IN ANY ORGAN?

21   SO IF IT'S SAFER ON THE STOMACH, BUT IT'S LESS SAFE FOR

22   SOMETHING ELSE, YOU HAVE TO KNOW THAT.  SO THE -- AND BE ABLE

23   TO FIGURE THAT OUT DEPENDS ON HOW MANY PEOPLE YOU'VE TREATED

24   AND HOW LONG YOU TREATED THEM FOR.

25             SO WHAT THIS SAYS IS THAT THE AGENCY HAD NO CONCERN

1    WITH OUR PLAN TO TREAT A CERTAIN NUMBER OF PEOPLE FOR A CERTAIN

2    LENGTH OF TIME.  TO GET A SENSE OF THE GENERAL SAFETY, NOT JUST

3    THE STOMACH BUT ANY ORGAN.

4    Q.    SO I'M GOING TO PUT UP ONE MORE GREEN MAGNET ON THE PHASE

5    III CLINICAL TRIALS.  DO YOU KNOW ABOUT WHEN THOSE STARTED,

6    SIR?

7    A.    '96, 97.

8    Q.    SEPTEMBER OF 1996?  IS THAT ABOUT RIGHT?

9    A.    THAT'S ABOUT RIGHT.

10   Q.    AND DID THOSE PHASE III CLINICAL TRIALS ALSO LAST UNTIL --

11   I SHOULDN'T SAY IT THAT WAY.  SOME OF THE PHASE III TRIALS HAD

12   BEEN COMPLETED BEFORE THE DRUG WAS APPROVED; RIGHT?

13   A.    YES.

14   Q.    AND THEN DID PHASE III TRIALS FOR OTHER USES OF VIOXX

15   CONTINUE UNTIL THE TIME THAT VIOXX WAS WITHDRAWN?

16   A.    THAT'S CORRECT.

17   Q.    IN OPENING STATEMENT -- AND THIS WAS COVERED A LITTLE BIT

18   IN DR. SCOLNICK'S DEPOSITION LAST WEEK -- THERE WAS SOME

19   DISCUSSION ABOUT CELEBREX AND THE FACT THAT THERE WAS ANOTHER

20   COX-2 MANUFACTURER -- ANOTHER MANUFACTURER THAT WAS INTERESTED

21   IN BRINGING A COX-2 INHIBITOR TO THE MARKET.

22          WERE YOU AWARE, DR. MORRISON, WHILE VIOXX WAS IN

23   DEVELOPMENT, THAT PFIZER WAS INTERESTED IN BRINGING CELEBREX TO

24   THE MARKET IN THE UNITED STATES?

25   A.    WELL, IT WASN'T ACTUALLY PFIZER AT THE TIME.  IT WAS A

DAILY COPY

2011

1    COMPANY CALLED SEARLE, SEARLE MONSANTO, WHICH EVENTUALLY GOT

2    ACQUIRED BY PHARMACIA, AND PHARMACIA EVENTUALLY GOT ACQUIRED BY

3    PFIZER.

4    **Q.**    OKAY.

5    **A.**    SO AT THE TIME THAT WE WERE WORKING ON THIS, IT WASN'T

6    PFIZER; IT WAS SEARLE MONSANTO.  BUT WE WERE AWARE THAT THERE

7    WAS ANOTHER COMPANY DEVELOPING ANOTHER COX-2 INHIBITOR.

8    **Q.**    WERE YOU INTERESTED, DR. MORRISON, IN ATTEMPTING TO GET TO

9    THE MARKET FIRST?

10   **A.**    ABSOLUTELY.

11   **Q.**    WHY?

12   **A.**    WELL, THERE ARE A NUMBER OF REASONS.  OBVIOUSLY, THIS IS A

13   BUSINESS.  YOU'RE IN A COMPETITIVE BUSINESS.  AND FROM A

14   BUSINESS POINT OF VIEW, IN GENERAL, IF YOU'RE THE FIRST PERSON

15   OUT WITH AN IMPORTANT MEDICINE, YOU GET TO GO TO -- YOU KNOW,

16   TO DOCTORS FIRST AND TALK ABOUT YOUR MEDICINE.  IF DOCTORS

17   START USING THAT ONE, IT MAKES IT HARDER FOR THE SECOND GUY TO

18   GAIN ENTRY.

19           SO, YOU KNOW, I THINK -- AND JUST LIKE IN ANY

20   BUSINESS, CELL PHONES OR ANYTHING ELSE, YOU WANT TO BE FIRST.

21   **Q.**    WERE THERE OTHER REASONS, IN ADDITION TO WANTING TO BE

22   FIRST, AS TO WHY YOU THOUGHT VIOXX WOULD BE BETTER THAN

23   CELEBREX IN CERTAIN RESPECTS FOR PATIENTS?

24   **A.**    YEAH.  WE -- PROBABLY EVERYBODY ALWAYS THINKS THIS WHEN

25   THEY'RE WORKING ON -- WE THOUGHT WE HAD A BETTER PRODUCT, AND

1    WE -- I HAD BEEN AT SCIENTIFIC MEETINGS WHILE WE WERE

2    DEVELOPING VIOXX.  THERE WAS ACTUALLY ONE I REMEMBERED VERY

3    WELL IN THE UK.  THERE WAS A GUY FROM SEARLE GIVING A TALK ON

4    CELEBREX AND I GAVE A TALK ON VIOXX.  AND SO, YOU KNOW, I SAW

5    ALL OF HIS DATA, AND I THINK ALL OF US REALLY THOUGHT WE HAD A

6    BETTER DRUG.

7              AND THE REASONS WE THOUGHT IT WAS BETTER WAS, NUMBER

8    ONE, IT WAS ONCE A DAY.  REMEMBER I TOLD YOU WE TRIED TO SEE

9    HOW IT GET INTO YOUR BLOOD AND HOW IT GETS BROKEN DOWN?  THE

10   TIME IT TAKES FOR YOUR BODY TO BREAK DOWN HALF OF THE DRUG IS

11   WHAT WE CALL THE HALF-LIFE, AND THE HALF-LIFE FOR VIOXX WAS

12   LONGER THAN CELEBREX.  AND VIOXX WAS A ONCE-A-DAY DRUG;

13   CELEBREX WAS SUPPOSED TO BE TWICE A DAY.  WE THOUGHT, FOR

14   PEOPLE WHO HAVE CHRONIC PAIN, ONCE A DAY IS BETTER.  AND SO

15   THAT'S NUMBER ONE.

16             NUMBER TWO, WE KNEW THE -- OR WE THOUGHT WE KNEW THE

17   STRUCTURE OF THEIR CHEMICAL, AND THEIR CHEMICAL IS -- IS WHAT'S

18   CALLED A SULFONAMIDE.  SO YOU'VE PROBABLY HEARD ABOUT PEOPLE

19   WHO HAVE SULFUR ALLERGIES?  IF YOU HAVE SULFUR ALLERGIES, YOU

20   CAN'T TAKE CELEBREX BECAUSE IT'S A SULFUR.  VIOXX IS NOT.  THAT

21   WAS -- WE THOUGHT THAT WAS BETTER.

22             AND WE THOUGHT THAT THE -- SOME OF THE DRUG

23   INTERACTIONS WERE LESS WITH VIOXX THAN WITH CELEBREX.  AND WE

24   THOUGHT -- AGAIN, I THINK PEOPLE -- WE THOUGHT THAT OUR PROGRAM

25   WAS BETTER THAN THEIRS.  WE THOUGHT THAT WE WERE DOING BETTER

1  STUDIES.  THE STOMACH STUDIES OF OURS WERE LONGER THAN THEIRS.

2  SO THERE WERE MANY REASONS WHY WE THOUGHT WE HAD A BETTER

3  PRODUCT.

4  **Q.**   DID YOUR INTERESTS AND MERCK'S INTERESTS IN GETTING TO THE

5  MARKET FIRST, BEFORE CELEBREX, HAVE ANY EFFECT ON THE NUMBER OF

6  CLINICAL TRIALS THAT MERCK DID FOR VIOXX?

7  **A.**   NO.

8  **Q.**   DID THE INTEREST IN GETTING TO MARKET FIRST HAVE ANY

9  EFFECT ON THE NUMBER OF PATIENTS THAT PARTICIPATED IN THE

10  TRIALS FOR VIOXX?

11  **A.**   NO.

12  **Q.**   DID IT HAVE ANY EFFECT ON THE DURATION OF THE STUDIES, THE

13  LENGTH OF THE STUDIES?

14  **A.**   NO.  AND, AS I SAID, ACTUALLY OUR -- OUR STUDIES WHERE YOU

15  LOOK AT THE STOMACH IN PHASE III, AS I RECALL, THEY WERE LONGER

16  THAN THEIRS.  WE KNEW THEY WERE LONGER THAN THEIRS, BUT WE

17  THOUGHT IT WAS IMPORTANT TO DO A LONGER STUDY.  AND SO WE DID

18  KNOW A BIT ABOUT THEIR PROGRAM, BUT WE IN NO WAY SHORTENED ANY

19  OF OUR STUDIES TO COMPETE AGAINST THEM.

20  **Q.**   DO YOU KNOW, DR. MORRISON, APPROXIMATELY HOW MANY CLINICAL

21  TRIALS WERE DONE ON VIOXX BEFORE THE FDA APPROVED IT FOR USE IN

22  THE UNITED STATES IN MAY OF 1999?

23  **A.**   SOMEWHERE BETWEEN 50 AND 60.  I DON'T REMEMBER.

24  **Q.**   DO YOU KNOW HOW MANY PATIENTS PARTICIPATED IN THOSE 50 OR

25  60 CLINICAL TRIALS BEFORE VIOXX WAS APPROVED FOR USE IN THE

1   UNITED STATES?

2   **A.**   IN THE -- AROUND 10,000 PATIENTS.  I CAN'T TELL YOU THE

3   EXACT NUMBER.

4   **Q.**   AND IN ALL FAIRNESS, THOSE 50 OR 60 TRIALS THAT WERE DONE

5   FOR VIOXX, WERE THOSE ALL LONG-TERM, YEAR-LONG TRIALS?  OR WERE

6   SOME SHORT-TERM TRIALS?

7   **A.**   YEAH.  MANY OF THE CLINICAL PHARMACOLOGY STUDIES, THESE

8   DRUG INTERACTION STUDIES, AND THE NORMAL VOLUNTEER STUDIES,

9   THEY ARE SHORT TRIALS.  SO OF THE 50 OR 60, I WOULD ACTUALLY

10  SAY THE MAJORITY OF THEM ARE SHORTER, BUT THEY'RE STILL AN

11  IMPORTANT NUMBER THAT ARE LONG-TERM.  I TOLD YOU ONE OF THEM

12  WAS A YEAR-LONG TRIAL COMPARED TO DICLOFENAC, AND THE PEOPLE

13  WHO WERE IN THE PHASE II STUDIES WERE ABLE TO STAY ON THE DRUG

14  FOR ALMOST TWO YEARS.  SO THERE IS LONG-TERM; BUT, YES, THERE

15  ARE MANY SHORT-TERM OF THESE DRUG INTERACTION STUDIES.

16  **Q.**   THE JURY MAY REMEMBER HEARING ABOUT SOMETHING CALLED A NEW

17  DRUG APPLICATION, OR AN "NDA."  THAT'S BEEN A TERM THAT'S USED

18  THROUGHOUT THE TRIAL A LITTLE BIT.

19  **A.**   YES.

20  **Q.**   WHAT IS AN NDA?

21  **A.**   AN NDA'S THE TERM -- NEW DRUG APPLICATION.  IT'S WHERE YOU

22  SUMMARIZE EVERYTHING YOU KNOW ABOUT THE DRUG.  EVERY STUDY

23  YOU'VE EVER DONE, EVERY ANIMAL STUDY YOU'VE EVER DONE, EVERY

24  TOXICOLOGY STUDY YOU'VE EVER DONE, EVERY HUMAN STUDY YOU'VE

25  EVER DONE.  YOU PUT THAT TOGETHER AND SUMMARIZE ALL OF THAT,

1    SEND IT TO THE FDA, AND YOU'RE ESSENTIALLY ASKING -- NOW YOU

2    ARE ASKING FOR THEIR PERMISSION TO BE ABLE TO MARKET THE DRUG

3    IN THE UNITED STATES.

4    **Q.**   CAN YOU TURN TO EXHIBIT -- DEFENSE EXHIBIT 43.  THIS IS A

5    COVER LETTER THAT INCLUDES -- ALTHOUGH, IT ISN'T IN YOUR

6    BINDER.  IT INCLUDES THE NDA THAT WAS SUBMITTED BY MERCK TO THE

7    FDA.  DO YOU SEE IT THERE, DR. MORRISON?

8    **A.**   THE NOVEMBER 1998?

9    **Q.**   YES.

10   **A.**   YES.

11          **MR. GOLDMAN:**  JUST FOR PURPOSES OF ADMITTING THE

12   COVER LETTER, MR. BIRCHFIELD, WE OFFER JUST THE EXCERPT OF THE

13   EX-43.

14          **THE COURT:**  LET IT BE ADMITTED.

15   **BY MR. GOLDMAN:**

16   **Q.**   DID YOU PARTICIPATE IN ANY WAY, DR. MORRISON, IN THE

17   PROCESS OF PREPARING THE NDA FOR THE FOOD & DRUG

18   ADMINISTRATION?

19   **A.**   YES, I DID.

20   **Q.**   AND WHAT WAS YOUR ROLE IN THAT REGARD?  WHAT DID YOU DO AS

21   PART OF THE NDA PROCESS?

22   **A.**   THERE ARE TWO THINGS:  ONE IS, FOR EVERY STUDY THAT I WAS

23   THE PERSON WHO DESIGNED IT AND OVERSAW IT, I HAD TO WRITE A

24   REPORT.  WE CALL THAT A CLINICAL STUDY REPORT.  IT'S, AGAIN, A

25   SUMMARY OF WHY TO DO THE EXPERIMENT, WHAT WERE THE RESULTS.

```
 1   AND THEN WE PROVIDE TO THE FDA ALL OF THE RAW DATA FROM THAT
 2   STUDY.  SO I WROTE THE CLINICAL STUDY REPORTS FOR THE STUDIES
 3   THAT I DID.
 4             AND THEN THERE IS ANOTHER PART OF THE NDA, WHICH WE
 5   CALL THE INTEGRATED SUMMARY, WHERE WE SUMMARIZE IN AN
 6   INTEGRATED WAY ALL OF THE INFORMATION.  AND I WROTE PART OF THE
 7   INTEGRATED SUMMARY OF EFFICACY, THE PART THAT TALKS ABOUT THE
 8   PAIN STUDIES.  NOT THE OSTEOARTHRITIS STUDIES, THE PAIN
 9   STUDIES.  AND I WROTE PART OF THE INTEGRATED SUMMARY OF SAFETY,
10   WHERE WE INTEGRATE ALL THE INFORMATION ABOUT THE SAFETY OF THE
11   MEDICINE AND SUMMARIZE THAT FOR THE FDA.
12   Q.   SO THE NDA WAS SUBMITTED -- WHEN DID YOU SAY?
13   A.   NOVEMBER 1998.
14   Q.   LET ME SHOW YOU ANOTHER PORTION OF THAT EXHIBIT.  THIS IS
15   THE COVER LETTER THAT IS DATED NOVEMBER 23, 1998, TO THE FOOD &
16   DRUG ADMINISTRATION.
17             AND THEN, IF YOU LOOK HERE ON THE SECOND PAGE,
18   DR. MORRISON, DO YOU SEE, IN THE FIRST SENTENCE, MERCK WROTE:
19   "MRL HAS MET ON SEVERAL OCCASIONS WITH THE FDA TO DISCUSS THE
20   CLINICAL DEVELOPMENT PROGRAM FOR VIOXX"?  AND WE LOOKED AT SOME
21   OF THOSE MEETINGS BEFORE; RIGHT?
22   A.   THAT'S CORRECT.
23   Q.   AND THEN IT TALKS ABOUT THE MAY, AUGUST, AND
24   SEPTEMBER 1996 MEETINGS.  DO YOU SEE THAT?
25   A.   YES.
```

1   Q.   AND THEN ANOTHER CONFERENCE WITH THE FDA JULY 28, 1997?

2   A.   YES.

3   Q.   ANOTHER CONFERENCE ON DECEMBER 19, 1997.  DO YOU SEE THAT?

4   A.   YES.

5   Q.   AND THEN ANOTHER MEETING WITH THE FDA ON MARCH 20, 1998.

6        SO WERE THOSE THE MEETINGS THAT MERCK HAD WITH THE

7   FDA BEFORE THE FDA APPROVED VIOXX FOR USE IN THE UNITED STATES?

8   A.   YES.

9   Q.   HOW IS THE NDA ORGANIZED?  HOW IS THIS BIG SUBMISSION

10  SUBMITTED TO THE FDA?

11  A.   IT'S ORGANIZED SORT OF ALONG THE LINES WE HAVE BEEN

12  TALKING ABOUT OF THE DIFFERENT FUNCTIONS.  SO YOU'LL HAVE THE

13  CLINICAL PHARMACOLOGY AND DRUG INTERACTION SECTION.  YOU'LL

14  HAVE A SECTION ON THE STUDIES THAT WERE DONE TO SHOW EFFICACY

15  AND SAFETY.  YOU'LL HAVE A SECTION ON THE TOXICOLOGY, THOSE

16  ANIMAL EXPERIMENTS.  YOU HAVE A SECTION ON THE CHEMISTRY AND

17  HOW WE'RE GOING TO ACTUALLY MAKE THE DRUG.

18       SO IT'S -- IT'S, YOU KNOW, LOGICALLY PUT TOGETHER IN

19  SECTIONS FOR THE APPROPRIATE PERSON WHO IS GOING TO REVIEW

20  THOSE SECTIONS.

21  Q.   AND DOES THE NDA INCLUDE A SECTION THAT WOULD DESCRIBE

22  EVERY INSTANCE WHERE A PATIENT IN THE CLINICAL TRIALS

23  EXPERIENCED A SIDE EFFECT, LIKE A CARDIOVASCULAR EVENT OR

24  HYPERTENSION, SOMETHING LIKE THAT?

25  A.   YEAH.  LET ME JUST EXPLAIN ONE THING ABOUT THIS.  I THINK

1    YOU'VE HEARD THE TERM "ADVERSE EVENTS."  RIGHT?  I WANT TO BE

2    CLEAR WHAT AN ADVERSE EVENT IS.  AN ADVERSE EVENT IS ANYTHING

3    AT ALL THAT HAPPENS TO A PATIENT IN A CLINICAL TRIAL THAT IS

4    NEW DURING THE TRIAL.  OKAY?

5            SO GO BACK TO THE PHASE I STUDIES.  PHASE I STUDIES,

6    A NORMAL HEALTHY PERSON COMES IN AND TAKES ONE PILL, THEY

7    DEVELOP A HEADACHE, THAT'S AN ADVERSE EVENT.  THEY DIDN'T HAVE

8    A HEADACHE WHEN THEY WENT IN, THEY GOT A HEADACHE WHILE THEY

9    WERE THE STUDY, THAT'S AN ADVERSE EVENT; IF THEY ARE IN THE

10   UNIT AND THEY TRIP AND THEY SPRAIN THEIR ANKLE, THAT'S AN

11   ADVERSE EVENT.  ANYTHING AT ALL BAD THAT HAPPENS TO THE PERSON.

12           AND THE DOCTORS WHO TAKE PART IN THE TRIALS REPORT

13   THOSE TO US.

14           THERE IS A PARTICULAR GROUP OF ADVERSE EVENTS THAT WE

15   CALL SERIOUS.  AND SERIOUS ADVERSE EVENTS ARE WHEN SOMEONE IS

16   HOSPITALIZED, IF SOMEBODY DIES, OR IF SOMEBODY IS IN THE

17   HOSPITAL AND THEIR HOSPITALIZATION GETS PROLONGED, OR IF THEY

18   HAVE A PERMANENT DISABILITY.  ANY OF THOSE THINGS HAPPEN,

19   THAT'S A SERIOUS ADVERSE EVENT.

20           SO, IN THE INTEGRATED SUMMARY, WE SUMMARIZE ALL THE

21   ADVERSE EVENTS, NO MATTER -- YOU KNOW, EVERY BODY SYSTEM,

22   EVERYTHING THAT HAPPENED; AND WE SUMMARIZE THE SERIOUS ADVERSE

23   EVENTS.

24           I THINK YOUR QUESTION WAS ABOUT, YOU KNOW, HEART

25   ATTACKS AND THINGS LIKE THAT.  IF A PERSON IS HOSPITALIZED,

1  THAT'S A SERIOUS ADVERSE EVENT, AND SO WE WOULD SUMMARIZE THAT

2  WHERE WE TALK ABOUT SERIOUS ADVERSE EVENTS.

3  Q.   AFTER WE TAKE A BREAK, DR. MORRISON, WE'LL COME BACK AND

4  TALK ABOUT THIS INTEGRATED SUMMARY OF SAFETY THAT YOU DESCRIBED

5  BEFORE THAT YOU PARTICIPATED IN PREPARING.

6          MR. GOLDMAN:  IS NOW A GOOD TIME, JUDGE?

7          THE COURT:  LET'S TAKE A BREAK AT 15 MINUTES.  COURT

8  WILL STAND IN RECESS.

9          THE DEPUTY CLERK:  ALL RISE, PLEASE.

10         (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

11         THE DEPUTY CLERK:  EVERYONE RISE.

12         THE COURT:  BE SEATED, PLEASE.  YOU MAY PROCEED,

13 COUNSEL.

14 BY MR. GOLDMAN:

15 Q.   DR. MORRISON, YOU LEFT OFF WHEN WE WERE ABOUT TO TALK

16 ABOUT THE INTEGRATED SUMMARY OF SAFETY.  WOULD YOU PLEASE TURN

17 TO YOUR BINDER TO DEFENSE EXHIBIT 40.  IT IS A PORTION OF THE

18 INTEGRATED SUMMARY OF SAFETY THAT LOOKS LIKE THIS.  IT'S A

19 SECTION CALLED "CLINICAL SAFETY."

20         MR. GOLDMAN:  WE OFFER EXHIBIT 40.

21         MR. BIRCHFIELD:  NO OBJECTION.

22         THE COURT:  LET IT BE ADMITTED.

23 BY MR. GOLDMAN:

24 Q.   IS THIS A PORTION OF THE INTEGRATED SUMMARY OF SAFETY,

25 DR. MORRISON, THAT WAS SUBMITTED BEFORE VIOXX WAS APPROVED BY

1    THE FDA?

2    **A.**   YES, IT IS.

3    **Q.**   WERE YOU INVOLVED IN WRITING PORTIONS OF THIS?

4    **A.**   YES.

5    **Q.**   LET ME DIRECT YOUR ATTENTION TO THE PAGE THAT IS NUMBERED

6    E328.  I CULLED OUT AT THE TOP, "THE TITLE OF THIS PAGE IS

7    "THROMBOEMBOLIC CARDIOVASCULAR ADVERSE EXPERIENCES."  CAN YOU

8    TELL US WHAT THE WORD "THROMBOEMBOLIC" MEANS?

9    **A.**   "THROMBO" IS RELATED TO THAT WORD "THROMBUS," WHICH IS

10   BLOOD CLOT; AND "EMBOLIC" MEANS SOMETHING HAS TRAVELED FROM ONE

11   PLACE TO ANOTHER.  SO SOMETIMES BLOOD CLOTS WILL BREAK OFF ONE

12   PLACE AND GO SOMEPLACE ELSE.

13            SO THESE WERE ESSENTIALLY BLOOD CLOT ADVERSE

14   EXPERIENCES, SO THESE ARE ANYTHING NEW THAT HAPPENED TO

15   PATIENTS IN THE STUDY IN THE CARDIOVASCULAR SYSTEM.

16   **Q.**   NOW, WHEN YOU SAY "IN THE STUDY," ARE YOU SUMMARIZING HERE

17   FOR THE FDA ALL OF THE THROMBOEMBOLIC OR CLOTTING-RELATED

18   ADVERSE EXPERIENCES THAT INVESTIGATORS REPORTED IN THE VIOXX

19   CLINICAL TRIALS?

20   **A.**   THIS IS THE SUMMARY AT THE TIME OF THE NEW DRUG

21   APPLICATION.  SO ALL OF THE EVENTS LIKE THIS THAT OCCURRED IN

22   ANY OF THE CLINICAL TRIALS THAT WE DID UP UNTIL THE TIME OF THE

23   NEW DRUG APPLICATION, THEY ARE SUMMARIZED IN THIS SECTION.

24   **Q.**   AND HERE IN THE FIRST PARAGRAPH, DR. MORRISON, YOU STATE:

25   "SPECIFIC COX-2 INHIBITORS DO NOT INTERFERE WITH PLATELET

2021

1    FUNCTION."  IS THAT WHAT YOU'RE REFERRING TO HERE BY "NOT
2    INHIBITING COX-1"?
3    A.   RIGHT.  WE DIDN'T TALK THAT MUCH ABOUT THAT, BUT THE
4    TRADITIONAL MEDICATIONS TURN OFF COX-1 IN YOUR PLATELETS, AND
5    THEY INHIBIT YOUR PLATELETS FROM WORKING.
6         NOW, PEOPLE REFER TO THAT AS THINNING YOUR BLOOD.
7    IT'S NOT REALLY THINNING YOUR BLOOD.  IT JUST MEANS THAT YOU'RE
8    MORE LIKELY TO BLEED.  SO IF YOU GET PUT ON A PRESCRIPTION DOSE
9    OF IBUPROFEN OR DICLOFENAC OR ASPIRIN, YOUR DOCTOR WILL TELL
10   YOU YOU'RE AT RISK FOR BLEEDING.  AND SOME PEOPLE ACTUALLY
11   DEVELOP NOSEBLEEDS AND OTHER THINGS WHEN THEY'RE ON THESE
12   THINGS BECAUSE IT'S INTERFERING WITH YOUR PLATELETS.
13        AS I EXPLAINED, THE COX-2 DRUGS DON'T INTERFERE WITH
14   PLATELETS.
15   Q.   SO HERE YOU'RE SAYING TO THE FDA, "THEORETICALLY, THERE
16   MIGHT BE A RISK FOR THROMBOEMBOLIC CARDIOVASCULAR ADVERSE
17   EXPERIENCES WITH LONG-TERM TREATMENT WITH A COX-2 INHIBITOR
18   COMPARED TO LONG-TERM NSAID THERAPY, WHERE COX-1 INHIBITION
19   INHIBITS PLATELET AGGREGATION."
20        CAN YOU JUST BRIEFLY EXPLAIN WHAT YOU'RE SAYING
21   THERE?
22   A.   BRIEFLY, YOU'VE HEARD -- I'VE HEARD SITTING HERE THAT WHEN
23   YOU TURN OFF YOUR PLATELETS, THAT'S A GOOD THING FOR PEOPLE WHO
24   ARE AT RISK FOR CARDIOVASCULAR DISEASE.  THAT'S HOW ASPIRIN
25   WORKS TO PREVENT CARDIOVASCULAR DISEASE.  WHEN YOU TURN THAT

1    OFF, YOU DECREASE THE CHANCES THAT PEOPLE WILL GET THESE

2    CARDIAC EVENTS.  VIOXX DOESN'T DO THAT.  VIOXX DOESN'T PROVIDE

3    ANY PROTECTION AGAINST HEART DISEASE.

4          SO IF YOU HAVE A STUDY -- WHAT WE'RE SAYING HERE IS

5    THERE MIGHT BE A RISK THAT YOU'LL SEE MORE OF THESE ON VIOXX

6    THAN ON TRADITIONAL NSAIDS BECAUSE VIOXX DOESN'T PROVIDE YOU

7    ANY PROTECTION.  TRADITIONAL NSAID DOES.

8          AND SO, IN THEORY, WHEN YOU DO A STUDY, WHEN YOU

9    COMPARE THESE TWO, IT WOULDN'T BE SURPRISING THAT YOU WOULD SEE

10   MORE ON VIOXX THAN THE NSAID.  NOT BECAUSE VIOXX CAUSED THEM

11   BUT BECAUSE THE OTHER MEDICATION GIVES YOU A PROTECTION.

12   **Q.**   AND THEN FURTHER DOWN ON THIS PAGE, DR. MORRISON, THERE IS

13   A SECTION THAT TALKS ABOUT THE OA POPULATION STUDIES.  IS "OA"

14   OSTEOARTHRITIS?

15   **A.**   THAT'S CORRECT.

16   **Q.**   AND HERE YOU TELL THE FDA, "THE OA POPULATION STUDIES HAD

17   RISK FACTORS FOR THROMBOEMBOLIC CARDIOVASCULAR ADVERSE

18   EXPERIENCES.  THE OA STUDY POPULATION HAD A MEAN AGE OF 63

19   YEARS."  CAN YOU TELL US WHAT THAT MEANS?

20   **A.**   WELL, THE OSTEOARTHRITIS IS THE ARTHRITIS -- IS SOMETIMES

21   CALLED "WEAR-AND-TEAR ARTHRITIS."  IT'S THE ONE THAT YOU GET AS

22   YOU GET OLDER, AND SO THE PATIENTS THAT WE STUDIED IN THE

23   CLINICAL TRIALS ARE TYPICAL OSTEOARTHRITIS PATIENTS.  THE MEAN

24   AGE IS THE AVERAGE AGE.  THE AVERAGE AGE OF THE PATIENTS IN THE

25   STUDY WAS 63 YEARS.  SOME ARE OLDER; SOME ARE YOUNGER.

1    **Q.**   AND THERE HAS BEEN SOME SUGGESTION THAT MERCK DID NOT

2    INCLUDE PATIENTS WHO ARE AT HIGH RISK OF HAVING A

3    CARDIOVASCULAR EVENT IN THE CLINICAL TRIALS.  HERE MERCK IS

4    REPORTING TO THE FDA CERTAIN FACTS ABOUT PATIENTS WITH

5    OSTEOARTHRITIS, AND HERE YOU WRITE:  "63 YEARS OLD."

6              AND THEN WHAT DO YOU SAY IN THE NEXT SENTENCE?  "MOST

7    HAD..."

8    **A.**   "MOST HAD A DIAGNOSIS OF A PREEXISTING CARDIOVASCULAR

9    CONDITION.  ABOUT 40 PERCENT HAD HYPERTENSION" -- WHICH IS HIGH

10   BLOOD PRESSURE -- "AND ABOUT 11 PERCENT HAD HIGH CHOLESTEROL."

11   **Q.**   DOES THAT MEAN THAT SOME OF THE PATIENTS WHO WERE IN THE

12   VIOXX CLINICAL TRIALS ACTUALLY DID HAVE RISK FACTORS FOR

13   CARDIOVASCULAR DISEASE?

14   **A.**   YES.

15   **Q.**   AND THEN THE NEXT SENTENCE SAYS, "THE INCIDENCES OF

16   SERIOUS CARDIOVASCULAR ADVERSE EXPERIENCES WERE NOT

17   STATISTICALLY DIFFERENT AMONG TREATMENT GROUPS."  CAN YOU

18   EXPLAIN TO THE JURY WHAT THAT MEANS, SIR?

19   **A.**   IN THE I.S., IN THIS INTEGRATED SUMMARY, WHAT WE'RE DOING

20   IS COMPARING PEOPLE WHO WERE TREATED WITH PLACEBO, PEOPLE WHO

21   ARE TREATED WITH DIFFERENT DOSES OF VIOXX, AND THE PEOPLE WHO

22   WERE TREATED WITH THE COMPARATOR NONSTEROIDAL, IBUPROFEN AND

23   DICLOFENAC.  THAT'S WHAT WE CALL A TREATMENT GROUP.  WHICH

24   TREATMENT DID YOU GET?

25             AND THROUGHOUT THIS ENTIRE DOCUMENT, WHAT WE'RE DOING

1    IS COMPARING ADVERSE EXPERIENCES BETWEEN THOSE DIFFERENT

2    GROUPS, AND YOU'RE ASKING ARE THERE DIFFERENCES BETWEEN THOSE

3    TREATMENT GROUPS?

4              IN THIS ONE WE'RE LOOKING AT SERIOUS CARDIOVASCULAR

5    ADVERSE EXPERIENCES.  SO "SERIOUS," AGAIN, MEANS THEY WERE

6    EITHER HOSPITALIZED; THEY DIED; THEY HAD PROLONGED

7    HOSPITALIZATION OR DISABILITY.  SO WE LOOKED AT THOSE RELATED

8    TO THE CARDIOVASCULAR SYSTEM.

9              SO THE CARDIOVASCULAR SYSTEM IS BOTH THE HEART AND

10   THE BLOOD VESSELS.  SO WE LOOK AT ALL OF THOSE AND WE SAY, "ARE

11   THERE ANY DIFFERENCES IN THOSE BETWEEN THE PLACEBO PATIENTS,

12   THE VIOXX PATIENTS, THE NSAID PATIENTS?"  WHAT WE'RE SAYING

13   HERE IS THAT THERE IS NO DIFFERENCE IN THE LIKELIHOOD THAT

14   YOU'LL HAVE ONE OF THOSE, DEPENDING -- IN THOSE DIFFERENT

15   TREATMENT GROUPS.

16   Q.   AND DID YOU ALSO IN THIS DOCUMENT ADDRESS THE NUMBER OF

17   THROMBOEMBOLIC OR CLOTTING ADVERSE EXPERIENCES BETWEEN VIOXX

18   AND THOSE WHO TOOK PLACEBO OR OTHER NSAIDS?

19   A.   YEAH.  THE FIRST PART WAS SERIOUS CARDIOVASCULAR.  SO, FOR

20   EXAMPLE, IF YOU HAD AN IRREGULAR HEARTBEAT THAT CAUSED YOU TO

21   BE HOSPITALIZED, THAT WOULD BE COUNTED AS SERIOUS

22   CARDIOVASCULAR.  IT'S NOT A THROMBOEMBOLIC ONE.  THAT'S

23   SOMETHING DIFFERENT.

24             SO WE LOOKED AT FIRST ALL THE SERIOUS CARDIOVASCULAR,

25   AND THEN WE LOOKED SPECIFICALLY AT THESE ONES THAT ARE DUE TO

1  BLOOD CLOTS:  STROKES, MI'S, UNSTABLE ANGINA, THOSE SORTS OF

2  THINGS THAT YOU'VE HEARD A LOT ABOUT.  WE LOOKED SPECIFICALLY

3  AT THOSE ONES, THE SERIOUS ONES, THERE AS WELL.  AND AGAIN, YOU

4  SEE A SIMILAR RATE OF THESE THINGS HAPPENING IN PEOPLE WHO ARE

5  ON PLACEBO, VIOXX, OR THE COMPARATOR NSAID.

6  **Q.**  SO HERE IT SAYS, "BASED ON THE STATISTICAL ANALYSIS THAT

7  WAS DONE IN THE VIOXX CLINICAL TRIALS, A SIMILAR INCIDENCE OF

8  THROMBOEMBOLIC CARDIOVASCULAR ADVERSE EXPERIENCES COMPARED TO

9  PLACEBO AND NSAID COMPARATORS."  WAS THAT WHAT THE CLINICAL

10  TRIAL SHOWED WHEN THEY WERE SUBMITTED TO THE FDA FOR APPROVAL?

11  **A.**  YES.

12  **Q.**  AS A SCIENTIST, DR. MORRISON, WHO WAS INVOLVED IN THE

13  DEVELOPMENT OF VIOXX, DID YOU FEEL AT THE TIME THAT MERCK

14  APPLIED FOR APPROVAL OF VIOXX IN THE UNITED STATES THAT IT

15  WOULD BE EFFECTIVE FOR PATIENTS WHO TOOK THE MEDICINE?

16  **A.**  YES.  I MEAN, WE HAD DONE STUDIES COMPARING IT TO THE

17  PRESCRIPTION-STRENGTH DOSES OF IBUPROFEN AND DICLOFENAC, AND IT

18  WAS AS EFFECTIVE AS THOSE MEDICATIONS.  SO I THOUGHT THAT WAS

19  GOOD EVIDENCE THAT IT WAS EFFECTIVE.

20  **Q.**  AS A SCIENTIST, SIR, WHO WAS INVOLVED IN THE CLINICAL

21  TRIALS, IN DESIGNING SOME OF THE CLINICAL TRIALS, AND IN THE

22  VIOXX PROJECT TEAM, DID YOU BELIEVE AT THE TIME THAT YOU

23  APPLIED FOR APPROVAL OF VIOXX IN THE UNITED STATES THAT IT

24  WOULD CAUSE HEART ATTACKS?

25  **A.**  NO.  ABSOLUTELY NOT.

1   Q.   DID THERE COME A TIME WHEN THE FDA APPROVED VIOXX FOR USE

2   IN THE UNITED STATES?

3   A.   YES.

4   Q.   WOULD YOU TURN TO DEFENSE EXHIBIT 73, WHICH IS IN YOUR

5   BINDER.  IT IS THE APPROVAL LETTER, MAY 20, 1999.

6          MR. GOLDMAN:  WE OFFER DEFENSE EXHIBIT 73.

7          THE COURT:  LET IT BE ADMITTED.

8   BY MR. GOLDMAN:

9   Q.   IS THIS, WHAT'S ON THE SCREEN, THE LETTER THAT THE FOOD &

10  DRUG ADMINISTRATION WROTE TO MERCK ON MAY 20 OF 1999?

11  A.   YES.  WELL, THAT BATES STAMP, I THINK, IS THE -- MERCK

12  STAMPS IT THE DAY THEY GET IT.  SO I DON'T KNOW WHAT DAY, BUT

13  THAT WAS THE STAMP DATE OF WHEN WE GOT IT.

14  Q.   AND IN THIS LETTER, THE FDA WROTE:  "WE HAVE COMPLETED THE

15  REVIEW OF THIS APPLICATION AS AMENDED AND HAVE CONCLUDED THAT

16  ADEQUATE INFORMATION HAS BEEN PRESENTED TO DEMONSTRATE THE DRUG

17  IS SAFE AND EFFECTIVE FOR USE AS RECOMMENDED IN THE ENCLOSED

18  LABELING TEXT."

19          IS THIS WHAT'S KNOWN AS THE APPROVAL FOR USE OF A

20  MEDICINE IN THE UNITED STATES?

21  A.   THIS IS THE APPROVAL LETTER FOR VIOXX.

22  Q.   AND WHAT WAS YOUR REACTION, DR. MORRISON, WHEN YOU HEARD

23  ABOUT THIS LETTER APPROVING VIOXX FOR USE IN THE UNITED STATES

24  IN MAY OF 1999?

25  A.   PERSONALLY, I WAS EXTREMELY EXCITED.  I MEAN, WE HAD

1   WORKED ON THIS FOR MANY, MANY YEARS.  THIS IS REALLY WHAT YOU

2   GO TO THE PHARMACEUTICAL INDUSTRY TO DO, IS TO DEVELOP NEW AND

3   IMPORTANT MEDICATIONS THAT ARE GOING TO BE ADVANCES FOR

4   PATIENTS.  SO I WAS PRETTY EXCITED ABOUT THIS.  I THINK

5   EVERYBODY WAS.

6   **Q.**   NOW, IN THIS APPROVAL LETTER, THERE IS ALSO -- AND

7   REMEMBER WHEN THEY USED THIS PHRASE HERE, "AS RECOMMENDED IN

8   THE ENCLOSED LABELING TEXT."  DID THE FDA INCLUDE IN THIS

9   LETTER THE PACKAGE INSERT OR THE LABEL THAT THEY HAD APPROVED

10  AND AUTHORIZED TO BE USED WITH DOCTORS WHEN PRESCRIBING VIOXX?

11  **A.**   YEAH.  IT'S SOMETIMES CALLED A "LABEL."  IT'S SOMETIMES

12  CALLED -- I REFER TO IT AS "PHYSICIANS' PRESCRIBING

13  INFORMATION."  IT'S -- IT'S ESSENTIALLY THE INSTRUCTIONS ON HOW

14  TO USE THE MEDICINE.

15  **Q.**   NOW, THROUGHOUT THIS TRIAL, THE JURY HAS HEARD A LITTLE

16  BIT ABOUT HYPERTENSION.  DO YOU REMEMBER WHETHER THE FIRST

17  LABEL THAT THE FDA APPROVED FOR USE IN THE UNITED STATES

18  INCLUDED INFORMATION ABOUT HYPERTENSION?

19  **A.**   YES, IT DID.

20  **Q.**   IF YOU TURN TO THE EIGHTH PAGE, OKAY.  ON PAGE 12 OF THE

21  PACKAGE INSERT OF THE LABEL IS A STATEMENT THAT SAYS, "FLUID

22  RETENTION AND EDEMA" -- WHAT IS EDEMA?

23  **A.**   EDEMA IS SWELLING.  SO IF YOU'VE EVER SEEN PEOPLE THAT --

24  EITHER YOUR HANDS SWELL UP OR YOUR FEET SWELL UP OR YOUR --

25  SOMETIMES AROUND THE EYES SWELL UP, THAT'S WHAT'S REFERRED TO

1    AS EDEMA.  IT'S EXTRA FLUID.  IT'S WHEN YOU RETAIN EXTRA FLUID.

2    **Q.**    -- "HAVE BEEN OBSERVED IN SOME PATIENTS TAKING VIOXX.

3    VIOXX SHOULD BE USED WITH CAUTION AND SHOULD BE INTRODUCED AT

4    THE LOWEST RECOMMENDED DOSE IN PATIENTS WITH FLUID RETENTION,

5    HYPERTENSION, OR HEART FAILURE."

6            DO YOU SEE THAT, DR. MORRISON?

7    **A.**    I DO.

8    **Q.**    WAS IT A SURPRISE, BY THE WAY, SIR, THAT, IN THE CLINICAL

9    TRIALS, VIOXX SHOWED THAT IT DID INCREASE BLOOD PRESSURE IN

10   CERTAIN PATIENTS?

11   **A.**    WELL, INTERESTINGLY, AT THE VERY BEGINNING, THERE WERE

12   SOME PEOPLE -- REMEMBER, I EXPLAINED TO YOU THAT COX-2 IS THIS

13   SORT OF EMERGENCY FACTORY?  IT'S NOT PRESENT IN A NORMAL

14   PERSON.  SO THERE WAS SOME HOPE THAT MAYBE THESE DRUGS ACTUALLY

15   WOULDN'T CAUSE HYPERTENSION EITHER, BECAUSE NORMAL PEOPLE DON'T

16   HAVE THAT EMERGENCY FACTORY SO WHY WOULD IT CAUSE HYPERTENSION?

17           IT BECAME VERY, VERY CLEAR THAT THAT WAS NOT TRUE.

18   AND IN THE VERY FIRST STUDIES, WE SAW HYPERTENSION FROM VIOXX.

19   AND SO THE TRADITIONAL NONSTEROIDALS CAUSE HYPERTENSION.  VIOXX

20   CAUSES HYPERTENSION.  SO, AS WE WENT THROUGH THE PROGRAM, IT

21   WASN'T SURPRISING AT ALL, NO.

22   **Q.**    AND THEN THERE IS ANOTHER SECTION ALSO ON PAGE 11 AND --

23   IS IT UNDER "RENAL EFFECTS"?

24   **A.**    YEAH, I THINK AT THE END THERE, THE CLINICAL TRIALS WITH

25   VIOXX.

1   Q.   AND BY "RENAL EFFECTS," WHAT ARE WE REFERRING TO HERE?

2   A.   "RENAL" REFERS TO THE KIDNEY.  THIS IS TELLING DOCTORS

3   ABOUT THE KIDNEY EFFECTS OF THE DRUG.

4   Q.   IN THE LAST SENTENCE, IT SAYS, "CLINICAL TRIALS WITH VIOXX

5   AT DAILY DOSES OF 12 AND 25 MILLIGRAMS HAVE SHOWN RENAL

6   EFFECTS, E.G., HYPERTENSION, SIMILAR TO THOSE OBSERVED WITH

7   COMPARATOR NSAIDS.  THESE OCCUR WITH AN INCREASED FREQUENCY

8   WITH CHRONIC USE OF VIOXX AT DOSES ABOVE 12.5- TO 25-MILLIGRAM

9   RANGE."

10          SO WAS THAT INFORMATION INCLUDED IN THE VERY FIRST

11  LABEL USED WITH VIOXX?

12  A.   YES.

13  Q.   IS THERE ANOTHER SECTION OF THE LABEL THAT IDENTIFIES

14  HYPERTENSION IN A TABLE?

15  A.   YEAH.  I THINK IT'S PAGE 17.  SO THIS TABLE IS -- REMEMBER

16  I TOLD YOU, IN THE INTEGRATED SUMMARY OF SAFETY, WE'RE

17  COMPARING HOW LIKELY IT IS THAT YOU'RE GOING TO GET SOMETHING,

18  AN ADVERSE EXPERIENCE, WITH PLACEBO, VIOXX, OR THE COMPARATOR

19  NSAIDS.  SO THIS IS A TABLE THAT WAS IN THE ORIGINAL LABEL

20  WHERE IF ANY ADVERSE EXPERIENCE OCCURRED IN AT LEAST 2 PERCENT

21  OF THE PATIENTS.  SO IT'S THE MORE COMMON THINGS.

22  Q.   SO HERE WHERE IT SAYS AT THE TOP, "CLINICAL ADVERSE

23  EXPERIENCES OCCURRING IN GREATER THAN OR EQUAL TO 2 PERCENT OF

24  PATIENTS TREATED WITH VIOXX"?

25  A.   RIGHT.  SO THE WAY YOU DO THIS NOW, IF -- IN THE VIOXX

1  GROUP, AT LEAST 2 PERCENT OF THE PEOPLE HAD ONE OF THESE

2  ADVERSE EXPERIENCES THAT SHOWS UP IN THE TABLE, AND THEN THE

3  OTHER THING THAT'S IN THE TABLE IS THE OTHER GROUPS.  SO WHAT'S

4  THE -- HERE'S WHAT IT IS WITH VIOXX, HERE'S WHAT IT IS WITH

5  PLACEBO, HERE'S WHAT IT IS WITH IBUPROFEN, AND HERE'S WHAT IT

6  IS WITH DICLOFENAC.

7           SO THIS IS ESSENTIALLY THE RAW DATA, IF YOU WILL,

8  THAT DOCTORS CAN SIMPLY LOOK AT THIS AND SAY THESE ARE THE

9  COMMON THINGS.  IT'S MORE THAN 2 PERCENT OF THE PEOPLE.  THESE

10 ARE THE COMMON THINGS THAT THEY SAW IN THEIR CLINICAL TRIALS

11 WITH VIOXX, AND THEY CAN SAY TO THOSE COMMON THINGS ARE THEY

12 MORE COMMON WITH VIOXX THAN WITH PLACEBO OR THE OTHER

13 TRADITIONAL MEDICATIONS THAT THEY USED BEFORE?

14 **Q.**   SO HERE WE HAVE ON ONE COLUMN IS PLACEBO, VIOXX,

15 IBUPROFEN, AND DICLOFENAC.  ARE THESE THE DIFFERENT BODY

16 SYSTEMS THAT ARE LISTED ON THE LEFT SIDE OF THE TABLE?

17 **A.**   THE ADVERSE EXPERIENCES ARE JUST FOR A WAY TO ORGANIZE

18 THEM.  THEY ARE ORGANIZED BY THE BODY SYSTEM.  SO THESE ARE THE

19 CARDIOVASCULAR SYSTEM, THE DIGESTIVE SYSTEM, EYES, EARS, NOSE,

20 AND THROAT.  IT'S JUST A WAY FOR THE DOCTORS TO GET SOME

21 ORGANIZATION AROUND IT.

22 **Q.**   SO HERE UNDER "CARDIOVASCULAR SYSTEM," IT SAYS

23 "HYPERTENSION," AND THEN IT HAS SOME NUMBERS.  UNDER "PLACEBO"

24 IT SAYS "1.3," AND THEN IT ALSO HAS THE NUMBER.  IS THAT WHAT

25 THIS MEANS, "N" UP HERE, "N EQUALS 783"?

2031

1   **A.**    THAT'S THE NUMBER OF PATIENTS WHO TOOK PLACEBO --

2   **Q.**    AND --

3   **A.**    -- AND THEN THE NUMBER BELOW IS, OF THOSE 783, WHAT

4   PERCENT -- REMEMBER I EXPLAINED THE ADVERSE EXPERIENCES, THE

5   NEW THING THAT HAPPENED -- WHAT PERCENT OF THOSE PEOPLE

6   DEVELOPED NEW OR WORSENING HYPERTENSION WHILE THEY WERE IN THE

7   STUDIES.  SO THE NUMBER IS 1.3 PERCENT OF THOSE PEOPLE

8   DEVELOPED NEW OR WORSENING HYPERTENSION.

9   **Q.**   SO 1.3 PERCENT IN PLACEBO.  AND THEN THERE WERE 2,829

10  PATIENTS FOR VIOXX, AND OF THOSE WHAT PERCENT DEVELOPED NEW

11  HYPERTENSION OR HAD THEIR HYPERTENSION WORSENED AT THIS TIME?

12  **A.**    THREE AND A HALF PERCENT.  SO YOU CAN SEE FOR A DOCTOR

13  LOOKING AT THIS, THERE IS NO STATISTICAL TESTING.  THESE ARE

14  JUST THE RAW NUMBERS.  A DOCTOR LOOKS AT THAT AND SAYS, WELL,

15  THREE AND A HALF SEEMS HIGHER THAN 1.3.

16          IT'S JUST INFORMATION FOR THE DOCTOR TO HAVE WHEN

17  DECIDING -- TO BE ABLE TO DECIDE HOW TO USE THE MEDICINE AND

18  WHAT'S LIKELY TO HAPPEN WHEN THEY PUT THEIR PATIENT ON THE

19  MEDICINE.

20  **Q.**    AND THEN IBUPROFEN, WHICH IS A TRADITIONAL NSAID, THERE

21  WERE 847 PATIENTS IN THE VIOXX CLINICAL TRIALS AGAINST

22  IBUPROFEN.  WHAT PERCENTAGE OF THOSE DEVELOPED NEW

23  HYPERTENSION?

24  **A.**    3 PERCENT.

25  **Q.**    AND THEN DICLOFENAC, WHAT PERCENTAGE OF THOSE IN THE VIOXX

1  CLINICAL TRIALS DEVELOPED HYPERTENSION?

2  **A.**   1.6 PERCENT.

3  **Q.**   SO WHAT DOES THIS INDICATE, JUST THE TABLE, ABOUT THE --

4  HOW VIOXX COMPARES TO OTHER NSAIDS -- LET'S SAY HERE IBUPROFEN

5  AND DICLOFENAC -- IN TERMS OF THE RISK OF HYPERTENSION?

6  **A.**   AGAIN, THIS ISN'T STATISTICALLY COMPARING.  YOU'RE JUST

7  LOOKING AT THE NUMBERS.  AND I THINK IF YOU LOOK AT THE

8  NUMBERS, YOU'D SAY IT'S ROUGHLY THE SAME AS IBUPROFEN.  IT'S

9  CLEAR IT'S THE HIGHEST OF ANY OF THEM.  IT'S ROUGHLY THE SAME

10  AS IBUPROFEN, CLEARLY MORE THAN PLACEBO; AND, AT LEAST IN OUR

11  STUDIES, IT WAS MORE THAN WHAT YOU SEE WITH DICLOFENAC.

12  **Q.**   NOW, DID YOUR INVOLVEMENT IN VIOXX -- ON THE VIOXX PROJECT

13  TEAM --

14  **A.**   I THINK THERE'S ONE OTHER I JUST WANT TO POINT OUT.  IF

15  YOU GO TO PAGE 18.

16  **Q.**   YES.

17  **A.**   AT THE TOP THERE, THE VERY FIRST PARAGRAPH.

18  **Q.**   YES.

19  **A.**   IT SAYS THAT THE DOSES THAT WE RECOMMENDED PATIENTS TAKE

20  WERE 12 AND A HALF AND 25.  RIGHT?  WE DID NOT RECOMMEND THAT

21  PEOPLE TAKE 50 MILLIGRAMS, BUT WE HAD DONE STUDIES WITH

22  50 MILLIGRAMS.  PART OF THE REASON THAT WE DID THAT WAS DOCTORS

23  OCCASIONALLY HAVE A TENDENCY TO GO ABOVE THE DOSE THAT THE

24  MANUFACTURER RECOMMENDS.

25         SO, IN HERE, THEY ALSO TALK A LITTLE BIT ABOUT

1   50 MILLIGRAMS.  5O MILLIGRAMS WAS NOT A DOSE THAT WAS

2   RECOMMENDED THAT PEOPLE USE CHRONICALLY.  BUT THEY DO SAY THAT,

3   WITH 5O MILLIGRAMS, YOU WILL SEE MORE OF CERTAIN ADVERSE

4   EXPERIENCES THAN YOU WILL AT LOWER DOSES, AND WE SPECIFICALLY

5   POINT OUT THE EDEMA AND HYPERTENSION.

6           REMEMBER I TOLD YOU WAY BACK THAT, THESE ADVERSE

7   EXPERIENCES, THE HIGHER THE DOSE, THE MORE YOU'RE GOING TO SEE.

8   AND SO WHAT WE PUT IN THE LABEL HERE IS 50 MILLIGRAMS IS NOT

9   THE RECOMMENDED CHRONIC DOSE.  IF PER CHANCE A DOCTOR DOES GO

10  THERE, THEY SHOULD KNOW THAT THEY ARE GOING TO SEE MORE EDEMA

11  AND HYPERTENSION AT THOSE HIGHER DOSES.

12  **Q.**   NOW, DID YOUR ROLE ON THE VIOXX PROJECT TEAM BASICALLY END

13  AFTER VIOXX WAS APPROVED?

14  **A.**   I CAME OFF THE PROJECT TEAM.  I WAS STILL INVOLVED WITH

15  VIOXX RELATED -- AND WE MAY TALK ABOUT THIS AT THE END --

16  RELATED TO STUDIES LOOKING AT ITS ABILITY TO TREAT OR PREVENT

17  CANCER.  SO THERE'S A WHOLE DIFFERENT PART OF THAT.  BUT I

18  WASN'T OFFICIALLY PART OF THE PROJECT TEAM.

19  **Q.**   AND ON MONDAY WE'LL HEAR FROM DR. REICIN ABOUT VIGOR AND

20  WHAT OCCURRED AFTER VIGOR.  WE'RE NOT GOING TO COVER THAT WITH

21  YOU TODAY BECAUSE YOU WERE NOT ON THE PROJECT TEAM.

22  **A.**   THAT'S CORRECT.

23  **Q.**   WE HAVE HEARD ABOUT SOMETHING CALLED AN IMBALANCE THEORY.

24  DR. ZIPES TALKED ABOUT THIS YESTERDAY WHEN HE WAS TALKING ABOUT

25  PROSTACYCLIN AND THROMBOXANE AND THIS THEORY THAT COX-2

1   INHIBITORS COULD LOWER PROSTACYCLIN AND NOT AFFECT THROMBOXANE

2   AND, THEREFORE, INCREASE THE LIKELIHOOD OF A PATIENT CLOTTING.

3   **A.**   YES.

4   **Q.**   DO YOU REMEMBER TESTIMONY TO THAT EFFECT?

5   **A.**   YES.

6   **Q.**   WERE YOU, SIR, AWARE OF THIS THEORY ABOUT PROSTACYCLIN AND

7   THROMBOXANE WHILE YOU WERE AT MERCK WORKING ON THE VIOXX

8   PROJECT?

9   **A.**   YES.  THE FIRST EXPERIMENT THAT ACTUALLY RAISED THIS

10  ISSUE, I WAS ONE OF THE PEOPLE THAT DID THE EXPERIMENT.  SO I

11  AM VERY FAMILIAR WITH THIS THEORY AND THE DATA THAT LED UP TO

12  THE THEORY.

13  **Q.**   IF YOU COULD TURN, DR. MORRISON, TO EXHIBIT 565.

14          **MR. GOLDMAN:**  WHICH WE OFFER.

15          **MR. BIRCHFIELD:**  YOUR HONOR, WE HAVE NO PROBLEM WITH

16  PUBLISHING THE ARTICLE.

17          **THE COURT:**  WELL, YOU CAN PUBLISH IT, BUT DON'T

18  INTRODUCE IT.

19  **BY MR. GOLDMAN:**

20  **Q.**   IS THIS THE ARTICLE THAT I PUT UP THAT YOU JUST REFERRED

21  TO CONCERNING THE PROSTACYCLIN/THROMBOXANE ISSUE?

22  **A.**   YES.  THIS IS THE ONE THAT I WAS INVOLVED WITH.  THERE

23  WERE TWO STUDIES DONE AT ABOUT THE SAME TIME THAT INTRODUCED

24  THIS IDEA ABOUT PROSTACYCLIN AND THROMBOXANE, AND THIS IS THE

25  ONE THAT I PARTICIPATED IN.

1    Q.   AND THERE IS YOUR NAME AS ONE OF THE AUTHORS, AND THEN

2    THERE IS A MAN AT THE END NAMED DR. GARRETT FITZGERALD.  AND

3    WHO IS DR. GARRETT FITZGERALD?

4    A.   DR. FITZGERALD IS, AGAIN, A CLINICAL PHARMACOLOGIST, ONE

5    OF THESE PEOPLE THAT STUDIES HOW DRUGS WORK IN PEOPLE.  HE'S AT

6    THE UNIVERSITY OF PENNSYLVANIA.  AND ALL OF US COLLABORATED TO

7    DO THIS EXPERIMENT.

8    Q.   AND THERE ARE OTHER PEOPLE ON THIS LIST OF AUTHORS.  BARRY

9    GERTZ AND OTHERS.  DID OTHER PEOPLE AT MERCK PARTICIPATE IN

10   THIS STUDY TOO?

11   A.   YES.  BARRY GERTZ.  AND HUI QUAN IS A STATISTICIAN.  THEY

12   WERE THE TWO OTHER FOLKS FROM MERCK.  AND A NUMBER OF THE OTHER

13   SCIENTISTS ARE FROM GARRETT'S GROUP AT THE UNIVERSITY OF

14   PENNSYLVANIA.

15   Q.   WE'RE GOING TO TALK ABOUT THIS STUDY IN DETAIL; BUT FOR

16   NOW, WHILE I'M ON THIS PAGE, DOES IT INDICATE THAT YOU-ALL

17   PUBLISHED THIS STUDY BEFORE VIOXX WAS EVEN APPROVED FOR USE IN

18   THE UNITED STATES?

19   A.   THAT'S CORRECT.

20   Q.   WHEN WAS IT PUBLISHED?

21   A.   IT WAS ACTUALLY PUBLISHED IN 1999, BUT IT WAS ACCEPTED BY

22   THE JOURNAL IN 1998.

23   Q.   CAN YOU DESCRIBE TO THE JURY, SIR, WHAT THIS STUDY WAS

24   ABOUT.  WHAT WAS THE PURPOSE OF THIS STUDY WITH DR. FITZGERALD?

25   A.   I EXPLAINED TO YOU AT THE BEGINNING THAT COX-1 FACTORY WAS

1   THOUGHT TO BE PRESENT IN NORMAL PEOPLE.  AND WE SORT OF REFER

2   TO IT AS "HOUSEKEEPING."  IT'S AROUND ALL THE TIME.  AND COX-2

3   IS NOT NORMALLY PRESENT IN NORMAL PEOPLE BUT GETS TURNED ON AT

4   TIMES OF EMERGENCY.  THAT WAS SORT OF THE THEORY.

5          AS THE SCIENCE PROGRESSED, IT BECAME CLEAR THAT IT'S

6   NOT QUITE THAT SIMPLE; THAT, IN FACT, THERE ARE SOME PLACES IN

7   THE BODY THAT YOU HAVE COX-2 EVEN THOUGH YOU WOULDN'T THINK OF

8   IT AS A SORT OF AN EMERGENCY SITUATION.  AND THE KIDNEY WAS ONE

9   OF THOSE.  THE KIDNEY, THE LUNG, THE BRAIN, OTHER PLACES, DO

10  ACTUALLY HAVE A LITTLE BIT OF COX-2.

11          WE KNEW THAT TRADITIONAL NONSTEROIDAL

12  ANTI-INFLAMMATORY DRUGS AFFECT YOUR KIDNEY.  WE SAW THAT IN THE

13  LABEL.  THEY CAUSE FLUID RETENTION, SO THEY CAUSE YOU TO RETAIN

14  WATER AND RETAIN SALT.  THAT CAN CAUSE YOUR BLOOD PRESSURE TO

15  GO UP AND THAT CAN CAUSE YOU TO SWELL.

16          SO WHAT THIS STUDY WAS DOING WAS DIRECTLY COMPARING

17  VIOXX TO A TRADITIONAL NSAID, LOOKING AT THE KIDNEY,

18  SPECIFICALLY TO LOOK AT WHAT HAPPENS TO THE KIDNEY AND HOW DOES

19  IT HANDLE SALT AND WATER BECAUSE OF THIS EMERGING SCIENCE NOW

20  THAT SAID ACTUALLY THERE MAY BE SOME COX-2 IN THE KIDNEY, AND

21  DOES VIOXX AFFECT THAT?

22  **Q.**   AND CAN YOU DESCRIBE THE TYPE OF PATIENTS WHO PARTICIPATE

23  IN THE STUDY:  HOW OLD WERE THEY?

24  **A.**   YES.

25  **Q.**   WHAT WERE THEY TAKING, WHAT KIND OF MEDICINE WERE THEY

1   TAKING?

2   **A.**   YES.  THIS IS ONE OF THOSE CLINICAL PHARMACOLOGY STUDIES.

3   SO THESE ARE HEALTHY MEN AND WOMEN BETWEEN THE AGES OF 60 AND

4   80 YEARS OF AGE WHO PARTICIPATED IN THE STUDY.

5          WE WERE TRYING TO UNDERSTAND HOW YOUR BODY HANDLES

6   SALT.  SO THE FIRST THING WE DID IS PUT THEM ON A DIET WITH A

7   FIXED AMOUNT OF SALT.  AFTER THEY HAD BEEN ON THAT DIET FOR A

8   WHILE AND THEY WERE EATING A FIXED AMOUNT OF SALT, THEN WE GAVE

9   THEM EITHER A PLACEBO, VIOXX 50 MILLIGRAMS, OR A TRADITIONAL

10  NSAID CALLED INDOMETHACIN.

11         AND THIS WAS ONE OF THOSE CLIN-PHARM THINGS THAT ARE

12  IN THE RESEARCH UNIT --

13  **Q.**   WHAT IS "CLIN-PHARM THINGS"?

14  **A.**   IT'S A CLINICAL PHARMACOLOGY STUDY WHERE THEY ARE WATCHED

15  VERY CLOSELY.  SO THEY ARE IN A SPECIAL PART OF THE HOSPITAL,

16  AND THEY STAY THERE FOR TWO WEEKS.  THE DIETICIANS AT THE

17  HOSPITAL GIVE THEM THIS SPECIAL DIET WITH A FIXED AMOUNT OF

18  SALT.  AND EVERY TIME -- AND THEY HAVE THEIR BLOOD PRESSURE

19  CHECKED; THEY HAVE BLOOD TESTS DONE; AND EVERY TIME THEY GO TO

20  THE BATHROOM AND URINATE, WE COLLECT THEIR URINE.  AND SO WE

21  MEASURE HOW -- WE CAN MEASURE THEIR KIDNEY FUNCTION IN A VERY

22  PRECISE WAY, WHAT'S HAPPENING TO THEIR KIDNEY.

23  **Q.**   AND WHEN YOU WERE MEASURING WHAT'S IN THE URINE, DID YOU

24  MEASURE SOMETHING CALLED PGI-M, OR PROSTACYCLIN METABOLITE?

25  **A.**   YES.  SO THE MAIN REASON WE DID THIS STUDY WAS TO LOOK AT

2038

1    HOW THE KIDNEY HANDLES SALT AND WATER.  SINCE WE WERE

2    COLLECTING ALL OF THIS URINE, WE ALSO LOOKED AT WHAT I'LL JUST

3    CALL A BREAKDOWN PRODUCT.

4            SO YOUR BODY MAKES THESE VARIOUS CHEMICALS AND SO

5    YOU'VE SEEN IN THE -- I THINK MANY OF THE OTHER PEOPLE WHO HAVE

6    PRESENTED THINGS TO YOU, THROMBOXANE AND PROSTACYCLIN.  THESE

7    ARE LITTLE CHEMICALS.  WELL, WHAT THE BODY DOES IS THEY

8    INACTIVATE THEM.  SO AS SOON AS IT'S MADE, IT TURNS OFF.  THEN

9    THE BODY STARTS TO BREAK IT DOWN.  SO IT'S SORT OF LIKE YOUR

10   STOMACH DIGESTING FOOD.

11           YOUR BODY BREAK DOWNS THESE CHEMICALS, AND THERE'S A

12   BREAKDOWN -- SORT OF BREAKDOWN PRODUCT COMES OUT IN YOUR URINE.

13   SO YOUR BODY TAKES PROSTACYCLIN, SHUTS IT OFF, BREAKS IT DOWN

14   IN THE LIVER, AND THEN IT GETS -- IT COMES OUT IN YOUR URINE.

15           SO WE HAD ALL OF THIS URINE, AND WE MEASURED THIS

16   BREAKDOWN PRODUCT FROM PROSTACYCLIN IN THE URINE, AND WE

17   MEASURED A BREAKDOWN PRODUCT OF THROMBOXANE IN THE URINE.

18   Q.    AND WHAT DID YOU FIND WITH RESPECT TO THE THROMBOXANE AND

19   THE PROSTACYCLIN BREAKDOWN PRODUCT IN THE URINE?

20   A.    SO THERE IS THREE GROUPS:  THE PLACEBO PATIENTS, THAT'S

21   SORT OF THE BASELINE.  THE PEOPLE WHO TOOK THE TRADITIONAL

22   NSAIDS, YOU SEE THE BREAKDOWN OF PRODUCT OF THROMBOXANE GO

23   DOWN; YOU SEE THE BREAKDOWN PRODUCT OF PROSTACYCLIN GO DOWN.

24           IN THE VIOXX GROUP, THE BREAKDOWN PRODUCT FROM

25   THROMBOXANE DOESN'T CHANGE COMPARED TO PLACEBO; THE BREAKDOWN

1   PRODUCT FROM PROSTACYCLIN GOES DOWN.

2   **Q.**   NOW, DO YOU KNOW, BASED ON WHAT YOU -- OR DID YOU KNOW,

3   BASED ON WHAT YOU SAW IN THE URINE IN THIS STUDY WITH

4   DR. FITZGERALD, WHERE EXACTLY THE PROSTACYCLIN WAS BEING

5   REDUCED FROM?

6           AND I'VE HEARD AN ANALOGY TO SORT OF LIKE GARBAGE IN

7   A COMMUNITY.  MAYBE YOU CAN EXPLAIN THAT.

8   **A.**   THE FIRST THING I HAVE TO EXPLAIN IS PROSTACYCLIN IS

9   ACTUALLY MADE IN MANY, MANY DIFFERENT PARTS OF YOUR BODY.  IT'S

10  MADE IN THE BRAIN.  IT'S MADE IN THE LUNGS.  IT'S MADE IN THE

11  STOMACH.  IT'S ACTUALLY PART OF THAT PROTECTIVE LINING.  IT'S

12  MADE IN YOUR GALLBLADDER.  IT'S MADE IN THE PROSTATE GLAND.

13          MEN ALL HAVE A PROSTATE GLAND.  IN FACT, YOU'VE HEARD

14  PEOPLE TALK ABOUT PROSTAGLANDINS.  JUST SORT OF TRIVIA.  THEY

15  ARE CALLED PROSTAGLANDINS BECAUSE THEY WERE FIRST IDENTIFIED IN

16  THE PROSTATE GLAND.  SO PROSTATE GLAND CHEMICALS WERE CALLED

17  PROSTAGLANDINS.

18          SO PROSTACYCLIN IS A PROSTAGLANDIN THAT'S MADE IN THE

19  PROSTATE.  IT'S MADE IN THE UTERUS IN WOMEN.  AND, OF COURSE,

20  IT'S MADE IN THE BLOOD VESSELS.  SO IT'S MADE IN LOTS OF

21  DIFFERENT PLACES.

22          WHAT WE WERE LOOKING AT IS THE BREAKDOWN PRODUCT IN

23  THE URINE.  AND YOU SEE THE BREAKDOWN PRODUCT DECREASED, BUT

24  YOU DON'T KNOW WHERE IT CAME FROM.  YOU DON'T KNOW IS THAT

25  BECAUSE IT WAS THE LUNG?  WAS IT THE BRAIN?  WAS IT THE BLOOD

2040

1    VESSELS?  WHERE DID IT COME FROM?

2              AND I THINK THE ANALOGY IS, IF YOU GO TO THE DUMP AND

3    YOU FIND, YOU KNOW, AN EMPTY CEREAL BOX, YOU DON'T KNOW WHAT

4    HOUSE IT CAME FROM.  ALL YOU KNOW IS THAT THERE'S LOTS OF

5    CEREAL BOXES IN THE DUMP.  IT COULD HAVE COME FROM ANY ONE OF A

6    HUNDRED DIFFERENT PLACES.

7              SO IT'S SIMILAR HERE.  YOU SEE LESS OF THE BREAKDOWN

8    PRODUCT.  THE REAL QUESTION THAT WE COULD NOT ANSWER IN THIS

9    STUDY IS:  WHERE -- WHERE DID THAT HAPPEN?  DID THAT HAPPEN IN

10   BLOOD VESSELS?  DID IT HAPPEN IN THE LUNG?  DID IT HAPPEN IN

11   THE BRAIN?  WHERE DID IT HAPPEN?

12   Q.   WHEN DID MERCK LEARN ABOUT THE RESULTS OF THIS URINE STUDY

13   THAT YOU DID WITH DR. FITZGERALD?

14   A.   THERE ARE TWO PARTS OF THIS STUDY.  THE FIRST PART, I

15   TALKED ABOUT, THE SALT AND WATER IN THE URINE.  THAT WE FOUND

16   OUT PRETTY QUICKLY.  IT'S A PRETTY EASY TEST TO DO.  SO THAT WE

17   KNEW END OF '96, BEGINNING OF '97.

18             THIS SECOND PART OF MEASURING THESE BREAKDOWN

19   PRODUCTS OF THROMBOXANE AND PROSTACYCLIN, IT'S A PRETTY

20   SOPHISTICATED TEST TO FIGURE THAT OUT, AND THAT WAS DONE IN

21   GARRETT'S LAB.  AND WE GOT THAT RESULT -- GARRETT -- GARRETT'S

22   LAB HAD THOSE RESULTS AROUND OCTOBER OF '97.

23   Q.   SO AROUND OCTOBER OF '97 MERCK LEARNS OF THE FITZGERALD

24   URINE STUDY RESULTS?

25   A.   BUT TO BE CLEAR, OCTOBER '97, WE LEARNED ABOUT THE

```
 1    BREAKDOWN PRODUCTS.  THE SALT AND WATER DATA, WE HAD A LONG
 2    TIME BEFORE THAT -- OR, YOU KNOW, ALMOST NINE MONTHS BEFORE.
 3    Q.   NOW, WAS THIS RESULT THAT YOU SAW CONCERNING THROMBOXANE
 4    AND PROSTACYCLIN EXPECTED OR UNEXPECTED, FROM YOUR PERSPECTIVE?
 5    A.   IT WAS UNEXPECTED BY ALL OF US.
 6    Q.   WHY?
 7    A.   THE REASON, AND TO GO BACK SIMPLY:  THE COX-2 FACTORY IS
 8    SUPPOSED TO BE AN EMERGENCY FACTORY.  IT'S NOT SUPPOSED TO BE
 9    ON IN NORMAL PEOPLE.  PROSTACYCLIN IS ONE OF THOSE THINGS
10    THAT'S -- WE SORT OF THINK OF AS HOUSEKEEPING.  IT'S THERE ALL
11    THE TIME.
12              SO WHEN WE WENT INTO THIS EXPERIMENT, WE THOUGHT THAT
13    VIOXX, OUR COX-2 INHIBITOR, WOULD NOT AFFECT PROSTACYCLIN.
14    THAT'S SORT OF A HOUSEKEEPING THING THAT WOULD PROBABLY COME
15    FROM COX-1.  SO TO FIND OUT THAT IT COMES FROM COX-2 WAS -- WAS
16    UNEXPECTED, AND WE SAY IN THE PAPER THAT IT WAS UNEXPECTED.
17    Q.   LOOKING AT THE PAPER, SIR -- I THINK IT'S ON PAGE 739 --
18    ON THE FIRST COLUMN, ON -- DO YOU SEE HERE YOU WROTE:  "AN
19    ADDITIONAL FINDING OF THIS STUDY WAS THE SUGGESTION THAT
20    EXTRARENAL BIOSYNTHESIS OF PROSTACYCLIN ALSO WAS MEDIATED BY
21    COX-2." I'M GOING TO ASK YOU TO EXPLAIN THAT IN A MINUTE.
22    "THIS WAS UNEXPECTED BECAUSE COX-1, BUT NOT COX-2, IS EXPRESSED
23    "CONSTITUTIVELY"?
24    A.   "CONSTITUTIVELY," MEANING ALL THE TIME.
25    Q.   "BY ENDOTHELIAL AND VASCULAR SMOOTH MUSCLE CELLS IN
```

1    VITRO."

2              CAN YOU BRIEFLY EXPLAIN WHAT THAT MEANS?  AND IS THIS

3    WHERE YOU'VE EXPRESSED YOUR VIEW AND DR. FITZGERALD EXPRESSED

4    HIS VIEW THAT THE PROSTACYCLIN WAS UNEXPECTED?

5    **A.**   SO THAT THE FIRST SENTENCE SAYS THAT THE MAKING

6    PROSTACYCLIN SOMEPLACE OUTSIDE THE KIDNEY IS DUE TO COX-2.

7              AND WE SAY THIS WAS SURPRISING, IT WAS UNEXPECTED,

8    BECAUSE THE MACHINERY FOR MAKING THE COX-2 MACHINERY IS

9    ACTUALLY NOT PRESENT IN BLOOD VESSELS OR SMOOTH MUSCLE CELLS

10   NORMALLY.  RIGHT?  THAT FITS WITH OUR THEORY:  COX-2, IT'S AN

11   EMERGENCY ENZYME.  IT'S NOT THERE ALL THE TIME.  COX-1 IS.

12             AND THAT'S ESSENTIALLY WHAT WE'RE SAYING IN THIS

13   SENTENCE, AND THAT'S WHY IT'S AN UNEXPECTED FINDING.

14   **Q.**   DID YOU ALSO INDICATE IN THIS PAPER, DR. MORRISON, WHAT

15   THE CONSEQUENCES WERE -- WHAT APPEARED TO BE THE POTENTIAL

16   CONSEQUENCES WERE OF THIS REDUCTION IN PROSTACYCLIN?

17             AND WE CAN GO TO THAT, BUT LET ME ASK YOU FIRST,

18   BECAUSE I DON'T THINK I ASKED YOU THIS:  HOW MUCH OF A

19   REDUCTION IN THIS PROSTACYCLIN BREAKDOWN PRODUCT DID YOU SEE IN

20   THIS URINE STUDY?

21   **A.**   IT'S ABOUT 50 TO 60 PERCENT.  AND THE AMOUNT THAT IT GOES

22   DOWN IS THE SAME WITH VIOXX AS IT IS WITH TRADITIONAL NSAID.

23   SO THIS TURNING DOWN PROSTACYCLIN HAPPENS WITH ANY DRUG THAT

24   INHIBITS COX-2, WHETHER TRADITIONAL NSAID OR A COX-2 SPECIFIC

25   INHIBITOR.

1  **Q.**  DID DR. FITZGERALD AND YOU EXPLAIN IN THIS STUDY AND IN

2  THE ARTICLE WHAT THE POTENTIAL IMPLICATIONS WERE AS YOU

3  UNDERSTOOD THEM BACK AT THIS TIME?

4  **A.**  WE DID.  I MEAN, THE THING WE WERE ALL STRUGGLING WITH IS

5  WHAT DOES THIS MEAN?  IT WAS A SURPRISING RESULT.

6        AT THE TIME -- YOU KNOW, YOU'VE HEARD A LOT ABOUT, I

7  THINK, PROSTACYCLIN IS THIS THING THAT CAUSES YOUR BLOOD

8  VESSELS TO DILATE, CAUSES YOUR PLATELETS TO STAY FLOWING AROUND

9  AND -- BUT IT REALLY WASN'T REAL CLEAR WHAT PROSTACYCLIN

10 NORMALLY DOES.  WE KNOW THAT THAT HAPPENS IN TEST TUBES, BUT IT

11 WASN'T CLEAR WHAT IT DID IN PEOPLE.

12        AND TURNING IT DOWN BY 50 PERCENT, WE DIDN'T KNOW

13 WHAT THAT WOULD TO DO.  SO ESSENTIALLY WHAT WE SAID IS IT'S

14 UNCLEAR.  WE DON'T KNOW WHAT THIS IS GOING TO DO, BUT HERE IS

15 THE RESULT, AND OTHER SCIENTISTS AND PHYSICIANS CAN START

16 THINKING ABOUT THIS AND TRY TO FIGURE OUT THE IMPLICATIONS.

17 BUT FROM THIS ONE STUDY AND WHAT WE KNEW AT THE TIME, IT REALLY

18 WASN'T CLEAR WHAT THIS MEANT.

19 **Q.**  SO HERE ON PAGE 740, YOU-ALL WROTE:  "PRESENTLY, THE

20 IMPLICATIONS OF PROSTACYCLIN SUPPRESSION OR REDUCTION IN

21 VIVO" -- WHAT DOES THAT MEAN?

22 **A.**  IN LIVING ANIMALS.

23 **Q.**  -- "ARE UNCLEAR."  WERE THE RESULTS -- I MEAN, THE

24 IMPLICATION'S UNCLEAR TO YOU, DR. MORRISON, ALSO BECAUSE YOU

25 DIDN'T KNOW WHERE EXACTLY IN THE BODY THE PROSTACYCLIN WAS

1    BEING REDUCED?

2    **A.**    THAT'S CORRECT.

3    **Q.**    CAN YOU EXPLAIN THAT?  WHY WOULD IT MATTER, IF THE

4    PROSTACYCLIN THAT WAS BEING REDUCED BY VIOXX WAS BEING REDUCED,

5    LET'S SAY, IN THE LUNGS, WHY WOULD THAT BE DIFFERENT IN TERMS

6    OF ANY CLINICAL PROBLEMS THAN IF VIOXX WAS REDUCING COX-2 OR

7    PROSTACYCLIN IN THE BLOOD VESSELS?

8    **A.**    SO, AS I SAID, PROSTACYCLIN IS MADE IN YOUR LUNGS.  AND IN

9    YOUR LUNGS, IT HELPS TO KEEP YOUR AIRWAYS OPEN.

10            THERE ARE PEOPLE WHO TAKE TRADITIONAL NSAIDS WHO

11   DEVELOP ASTHMA AS A RESULT OF TAKING IT.  YOU MAY HAVE HEARD OF

12   PEOPLE WHO TAKE ASPIRIN AND DEVELOP BAD ASTHMA.  IT'S NOT

13   ENTIRELY CLEAR WHY THAT HAPPENS, BUT IT MAY HAVE SOMETHING TO

14   DO WITH DECREASING THEIR PROSTACYCLIN IN THEIR LUNGS.

15            SO IF YOU DECREASE PROSTACYCLIN IN THE LUNGS, THAT'S

16   ONE THING.  IF YOU DECREASE PROSTACYCLIN IN BLOOD VESSELS,

17   THAT'S WHAT THIS IMBALANCE THEORY WAS.  IF WE DO IT IN BLOOD

18   VESSELS, WE DON'T AFFECT THROMBOXANE; WE DO AFFECT

19   PROSTACYCLIN.  THAT'S WHERE YOU GET THIS IMBALANCE THEORY.

20            AND SOME PEOPLE REFER TO IT AS "THE FITZGERALD

21   HYPOTHESIS" BECAUSE GARRETT FITZGERALD WAS THE SENIOR AUTHOR ON

22   THIS PAPER.

23   **Q.**    AND SO AT THIS POINT, DID YOU HAVE A VIEW ON WHETHER OR

24   NOT THE REDUCTION IN PROSTACYCLIN WAS COMING FROM THE BLOOD

25   VESSEL, OR NOT?

1    **A.**   WE COULDN'T -- WE'RE JUST LOOKING AT THE URINE, SO WE

2    CAN'T TELL.  BUT, CLEARLY, WE ALL UNDERSTOOD THAT ONE OF THE

3    IMPLICATIONS IS THAT IT COULD BE THE BLOOD VESSELS.  SO WE WENT

4    THROUGH THE LIST OF WHAT COULD POSSIBLY HAPPEN, NOT KNOWING

5    WHERE IT IS, BUT UNDERSTANDING ABSOLUTELY THAT ONE OF THEM

6    COULD BE THE BLOOD VESSELS.

7    **Q.**   DID MERCK PROVIDE THE FITZGERALD STUDY TO THE FOOD & DRUG

8    ADMINISTRATION?

9    **A.**   YES.  THIS STUDY WAS, AGAIN, ONE OF THOSE MERCK STUDIES.

10   IT HAS A NUMBER IN THE MERCK NUMBERING SYSTEM CALLED PROTOCOL

11   23.  SO THE REPORT FOR THIS, THE CLINICAL STUDY REPORT, WAS

12   FILED WITH THE FDA AS PART OF THE NEW DRUG APPLICATION.

13   **Q.**   IF YOU TURN IN YOUR BINDER, DR. MORRISON, TO DEFENSE

14   EXHIBIT 43-434.

15           **MR. GOLDMAN:**  WHICH WE OFFER.

16   **BY MR. GOLDMAN:**

17   **Q.**   THIS IS THE CLINICAL STUDY REPORT OF YOUR STUDY, SIR.

18           **MR. BIRCHFIELD:**  NO OBJECTION.

19           **THE COURT:**  LET IT BE ADMITTED.

20   **BY MR. GOLDMAN:**

21   **Q.**   DOES THIS INDICATE, DR. MORRISON, THIS CLINICAL STUDY

22   REPORT -- AND THIS IS THE NAME OF YOUR STUDY WITH

23   DR. FITZGERALD; IS THAT RIGHT?

24   **A.**   A LONG NAME.

25   **Q.**   YEAH.

1    **A.**   BUT THIS WAS THE REPORT THAT WAS SENT TO THE FDA

2    SUMMARIZING THIS EXPERIMENT, WHY WE DID IT, ALL THE RESULTS.

3    AND THEN WE PROVIDED TO THEM ALL THE RAW DATA FOR THOSE

4    EXPERIMENTS AS WELL.

5    **Q.**   AND DID YOU SIGN YOUR NAME, SIR, AT THE END OF THIS

6    CLINICAL STUDY REPORT WHEN IT WAS SUBMITTED TO THE FDA?

7    **A.**   YEAH.  I WAS THE ONE -- THE PHYSICIAN WHO HELPED WRITE

8    THIS, AND SO I SIGNED AS THE AUTHOR OF THIS REPORT.

9    **Q.**   I WANT TO TALK ABOUT SOME OF THE SPECIFICS, BUT DID MERCK

10   DO ANYTHING TO ATTEMPT TO DETERMINE WHETHER OR NOT THE RESULTS

11   OF THIS FITZGERALD STUDY, THIS URINE STUDY, WOULD HAVE ANY

12   SIGNIFICANCE OR WOULD CREATE ANY PROBLEMS FOR PATIENTS WHO

13   MIGHT USE VIOXX?

14   **A.**   YES.  ABSOLUTELY.

15   **Q.**   LET ME ASK YOU FIRST ABOUT SOMETHING CALLED CLOTTING TIME

16   OR BLEEDING TIME.

17   **A.**   OKAY.

18   **Q.**   DID MERCK SCIENTISTS EVER MEASURE SOMETHING CALLED

19   BLEEDING TIME IN PATIENTS WHO PARTICIPATED IN THE CLINICAL

20   TRIALS?

21   **A.**   YES.  THE BLEEDING TIME IS A -- EXACTLY WHAT IT SAYS.  IT

22   MEASURES HOW LONG IT TAKES YOU TO CLOT YOUR BLOOD.

23          SO THE WAY THE TEST IS DONE IS YOU GET A BLOOD

24   PRESSURE CUFF BLOWN UP TO A CERTAIN AMOUNT YOUR ARM, AND THEN

25   YOU, WITH A SINGLE-EDGE RAZOR BLADE, YOU ACTUALLY MAKE A NICK

1    IN SOMEBODY'S FOREARM AND THEY'LL BLEED.  IF YOU TAKE A -- WE

2    USE FILTER PAPER, BUT YOU COULD TAKE A TISSUE, AND YOU KEEP

3    DABBING IT.  AS LONG AS THEY ARE BLEEDING, FRESH BLOOD IS

4    COMING OUT.  AT SOME POINT, THEY WILL CLOT AND NO MORE BLOOD

5    COMES OUT, AND THAT'S WHAT CALLED A BLEEDING TIME:  HOW LONG

6    DOES IT TAKE FOR YOU TO CLOT THIS LITTLE CUT THAT'S MADE IN

7    YOUR FOREARM?

8    **Q.**   NOW, LET ME INTERRUPT YOU THERE.  IF VIOXX WAS ACTUALLY

9    SUPPOSED TO INCREASE THE LIKELIHOOD OF CLOTTING, SO IF THIS

10   PROSTACYCLIN REDUCTION IS HAPPENING IN THE BLOOD VESSEL AND

11   THIS IMBALANCE WOULD PROMOTE CLOTTING OR CAUSE CLOTTING, WHAT

12   WOULD YOU EXPECT TO SEE IN THESE BLEEDING TIME STUDIES?

13   **A.**   YOU COULD THINK ABOUT THIS.  IF IMBALANCE WAS TILTED IN

14   SUCH A WAY THAT YOUR BLOOD CLOTS MORE LIKELY, THEN IT WOULD

15   TAKE A SHORTER PERIOD OF TIME FOR YOUR BLOOD TO CLOT.

16   **Q.**   WHAT DID YOU FIND WHEN YOU ANALYZED THE BLEEDING TIMES IN

17   PATIENTS WHO PARTICIPATED IN THE VIOXX CLINICAL TRIALS?

18   **A.**   WE DID THESE BLEEDING TIMES BACK IN THOSE PHASE I STUDIES.

19   THE BLEEDING TIMES WEREN'T DONE AS A RESULT OF THE FITZGERALD

20   THING.  WE HAD ALREADY DONE THEM.  BUT WE DID THEM BECAUSE WE

21   WANTED TO BE ABLE TO TELL DOCTORS WHETHER VIOXX AFFECTS YOUR

22   BLEEDING TIME.

23          BECAUSE, REMEMBER, THE TRADITIONAL NSAIDS DO.  IF YOU

24   TAKE ASPIRIN OR NAPROXEN, YOUR BLEEDING TIME WILL TAKE LONGER.

25   IT TAKES LONGER FOR YOUR BLOOD TO CLOT.

1           SO WE DID THESE SO WE WOULD BE ABLE TO TELL DOCTORS

2     DOES IT AFFECT YOUR BLEEDING TIME.  AND SO IT WAS DONE IN THESE

3     EARLY STUDIES WHERE WE WERE RAISING THE DOSE IN NORMAL

4     VOLUNTEERS, AND SO IT WAS DONE AT 1,000 MILLIGRAMS.  SO IN SOME

5     OF THESE EARLIER STUDIES, WE WENT AS HIGH AS 1,000 MILLIGRAMS

6     OF VIOXX FOR A SINGLE DOSE, AND WE WENT TO 375 MILLIGRAMS FOR

7     THAT TWO-WEEK PERIOD.  AND IN THOSE PEOPLE, WE DID THE BLEEDING

8     TIME, AND THE BLEEDING TIME WAS UNAFFECTED BY VIOXX.

9           NOW, WHEN WE FIRST DID THAT EXPERIMENT, WE WERE DOING

10    IT BECAUSE WE DIDN'T THINK IT WOULD -- THAT'S THE WHOLE IDEA.

11    YOU'RE NOT GOING TO AFFECT PEOPLE'S PLATELETS AND SO IT

12    SHOULDN'T BE PROLONGED; BUT IMPORTANTLY, IT ALSO WASN'T

13    SHORTENED AS HIGH AS 1,000 MILLIGRAMS.

14    Q.   IF YOU COULD TURN, DR. MORRISON, TO DEFENSE

15    EXHIBIT 43-378?

16    A.   SAY THAT AGAIN.

17    Q.   IT'S EXHIBIT 43, AND THIS IS AN EXCERPT OF THE NDA.

18           MR. GOLDMAN:  MR. BIRCHFIELD, IT'S ACTUALLY 469

19    PAGES, AND I JUST WANT TO INCLUDE THE PORTIONS DEALING WITH

20    PROTOCOL 002, WHAT WE'RE TALKING ABOUT NOW.  IF YOU WANT ME TO

21    ADD THE WHOLE THING, I WILL.

22           MR. BIRCHFIELD:  WE CAN DISCUSS THAT LATER.

23           THE COURT:  LET IT BE ADMITTED SUBJECT TO THAT

24    AGREEMENT.

25

DAILY COPY

1    **BY MR. GOLDMAN:**

2    **Q.**   LET'S SEE.  I WANT TO TURN TO THIS PROTOCOL 002.  OKAY.

3    HERE IT IS.  IT'S PROTOCOL 002.  IS THIS THE BLEEDING TIME

4    STUDY YOU'RE REFERRING TO?

5    **A.**   IT'S PROTOCOL 2.  IT'S THE SECOND STUDY.  WE JUST NUMBER

6    THEM SEQUENTIALLY.  THIS IS -- PRIMARILY, THIS IS THE RISING

7    DOSE, NORMAL HEALTHY MEN.  BUT I DID BLEEDING TIMES AS PART OF

8    THIS STUDY.

9    **Q.**   IF YOU TURN TO PAGE 63, UNDER "CONCLUSIONS," DO YOU SEE IT

10   SAYS, "SINGLE DOSES OF VIOXX, 500 OR 1,000 MILLIGRAMS, HAVE NO

11   EFFECT ON BLEEDING TIME."

12   **A.**   THAT'S CORRECT.

13   **Q.**   WHAT WAS THE SIGNIFICANCE, IF ANY, TO YOU OF LOOKING BACK

14   AND SEEING THAT THERE WAS NO EFFECT ON BLEEDING TIMES FOR

15   VIOXX, EVEN IN DOSES AS HIGH AS 1,000 MILLIGRAMS, WHICH WERE 40

16   TIMES THE 25 MILLIGRAM DOSE?

17   **A.**   IN THE SO-CALLED "FITZGERALD HYPOTHESIS" IS THAT YOU'VE

18   TILTED THE BALANCE AND YOU'VE MADE IT MORE LIKELY THAT YOUR

19   BLOOD WILL CLOT.  THIS DOESN'T COMPLETELY DISPROVE THAT.  ALL

20   IT IS IS INFORMATION THAT JUST DOESN'T SEEM TO BE CONSISTENT

21   WITH THAT.  THAT HYPOTHESIS WOULD HAVE GENERALLY PREDICTED THAT

22   YOU WOULD SEE ACCELERATION OF THE BLEEDING TIME, AND YOU DON'T.

23           SO IT'S JUST A PIECE OF INFORMATION THAT DOESN'T

24   REALLY FIT WITH THE HYPOTHESIS THAT DR. FITZGERALD AND OTHERS

25   PUT FORWARD.

1    **Q.**   DID MERCK ALSO CONDUCT CERTAIN ANIMAL STUDIES TO DETERMINE

2    WHETHER OR NOT THIS REDUCTION IN PROSTACYCLIN THAT YOU SAW, AT

3    LEAST THE BREAKDOWN PRODUCT THAT YOU SAW IN YOUR STUDY, WHETHER

4    THAT WAS HAPPENING IN THE BLOOD VESSELS?

5    **A.**   YES.

6    **Q.**   CAN YOU TELL THE JURY -- YOU CAN COME DOWN HERE, IF IT

7    HELPS, TO TALK ABOUT THIS ANIMAL STUDY.  I THINK IT WAS IN

8    RABBITS.  IS THAT RIGHT?

9    **A.**   YES.  SO, AS I SAID, THERE WERE MANY POTENTIAL PLACES IN

10   THE BODY WHERE THIS COULD BE HAPPENING, THE PLACE THAT WE AND

11   DR. FITZGERALD AND OTHERS THOUGHT ABOUT IF YOU REALLY HAVE TO

12   ASK THE QUESTION:  IS IT HAPPENING IN THE BLOOD VESSELS?  THAT

13   WAS A VERY IMPORTANT THING FOR US TO ASSESS.

14            SO REMEMBER I TOLD YOU AT THE BEGINNING THAT ANIMALS,

15   OBVIOUSLY, ARE DIFFERENT FROM PEOPLE, BUT THERE ARE CERTAIN

16   THINGS ABOUT ANIMALS THAT ARE PRETTY MUCH THE SAME; AND ONE OF

17   THE THINGS THAT IS SIMILAR BETWEEN ANIMALS AND PEOPLE IS HOW

18   THEIR BLOOD VESSELS WORK.

19            SO THERE IS AN ANIMAL MODEL THAT SCIENTISTS HAVE USED

20   IN WHICH THEY LOOK AT PARTICULARLY ATHEROSCLEROSIS IN RABBITS.

21   AND THE WAY THIS IS -- SO WHAT YOU CAN DO IS TAKE A RABBIT AND

22   ESSENTIALLY TAKE OUT ITS BLOOD VESSEL AND ASK:  IS VIOXX

23   AFFECTING PROSTACYCLIN IN THE BLOOD VESSEL?  VERY, VERY

24   SPECIFIC DIRECT TEST OF WHAT DR. FITZGERALD HAD SUGGESTED.

25            SO THE WAY THIS IS DONE IS THERE WERE TWO GROUPS OF

1 RABBITS:  ONE RABBIT'S GOT WHAT WE CALL A NORMAL CHOW; WHICH,

2 FOR A RABBIT, IS, YOU KNOW, LETTUCE AND HIGH FIBER; THE OTHER

3 HALF OF THE RABBITS GETS HIGH CHOLESTEROL.  SO WE SORT OF FORCE

4 THE RABBIT -- PUT IN THEIR DIET VERY HIGH CHOLESTEROL.

5 **Q.**   THE CHEESEBURGERS WE WERE TALKING ABOUT, JUST LIKE THE

6 MICE?

7 **A.**   THEY DON'T EAT CHEESEBURGERS, BUT THERE IS ANOTHER WAY OF

8 GIVING THEM HIGH CHOLESTEROL.

9         OKAY.  SO NOW YOU HAVE THESE TWO RABBITS, AND YOU

10 ESSENTIALLY TAKE OUT THEIR BLOOD VESSEL AND LOOK AT IT.  WHEN

11 YOU TAKE OUT A BLOOD VESSEL, YOU CAN SLICE IT.  LIKE IF YOU GO

12 TO THE DELI AND THEY SLICE THE BALONEY OR SALAMI?  YOU GET A

13 REALLY THIN SLICE AND ROLL IT ON ITS SIDE, AND YOU CAN LOOK AT

14 IT UNDER A MICROSCOPE.

15         SO IF YOU TAKE OUT A BLOOD VESSEL AND YOU ROLL IT ON

16 ITS SIDE.  IT'S SORT OF LIKE A -- I GUESS LIKE A LIFESAVER.

17 THIS IS THE MIDDLE PART WHERE THE BLOOD FLOWS AND THIS IS THE

18 WALL OF THE BLOOD VESSEL.  AND YOU CAN DO THAT WITH THE RABBITS

19 WHO GOT FED NORMAL CHOW, AND YOU CAN DO IT TO THE RABBITS THAT

20 GOT HIGH CHOLESTEROL.

21         THE RABBITS THAT GOT HIGH CHOLESTEROL, YOU KNOW, THEY

22 HAVE PLAQUE.  THEY GET CHOLESTEROL BUILDUP JUST LIKE WE DO IF

23 WE EAT HIGH CHOLESTEROL.

24         SO THE FIRST THING YOU CAN DO IS YOU CAN -- YOU

25 CAN -- REMEMBER I EXPLAINED THE COX-1 FACTORY AND THE COX-2

1  FACTORY.  YOU CAN ACTUALLY LOOK DIRECTLY AT THIS THING AND

2  STAIN THEM WITH SPECIAL TESTS AND ASK, WHICH FACTORY IS IN THE

3  BLOOD VESSEL?  AND WHEN YOU DO THAT WITH A NORMAL ONE, ALL YOU

4  SEE IS COX-1.

5          AND THAT'S WHAT WE HAD SAID IN OUR PAPER, THAT NORMAL

6  BLOOD VESSELS ONLY HAVE COX-1.  IF YOU STAIN THESE HIGH

7  CHOLESTEROL RABBITS AND YOU PRIMARILY SEE COX-1, BUT HERE IN

8  THE PLAQUE YOU SEE COX-2.  OKAY?

9          AND THAT GOES WITH THIS WHOLE IDEA THAT COX-2 IS A

10  EMERGENCY THING THAT GETS TURNED ON WHEN THERE'S SOMETHING

11  WRONG.  THIS CHOLESTEROL IS NOT SUPPOSED TO BE HERE.  SO THE

12  BODY IS SAYING, WHOA, THAT'S NOT SUPPOSED TO BE THERE, AND

13  COX-2 GETS TURNED ON TO GO TO TRY TO HELP GET RID OF IT.  I

14  MEAN, THAT SORT OF MADE SENSE TO PEOPLE.

15          THE NEXT THING YOU DO IS TAKE THIS BLOOD VESSEL AND

16  JUST DROP IT INTO A TEST TUBE.  YOU HAVE THIS LITTLE LIFESAVER,

17  SITTING IN A TEST TUBE, AND YOU FILL IT UP WITH SOME FLUID.  SO

18  NOW WHAT YOU ESSENTIALLY HAVE IS A LIVING BLOOD VESSEL SITTING

19  IN THIS WATER BATH.  AND YOU CAN MEASURE THE AMOUNT OF

20  PROSTACYCLIN THAT'S BEING MADE IN THAT -- BY THAT BLOOD VESSEL.

21          SO THIS IS EXACTLY DIRECTLY LOOKING AT THE BLOOD

22  VESSEL.  IT'S MAKING PROSTACYCLIN.  DOES VIOXX AFFECT THAT?

23  THAT'S THE EXPERIMENT THAT REALLY -- YOU KNOW, WE THOUGHT WAS

24  RIGHT AFTER THE FITZGERALD HYPOTHESIS HAD TESTED DIRECTLY.

25          YOU DO THE SAME THING HERE.  YOU TAKE A BLOOD VESSEL

1   AND YOU MEASURE HOW MUCH PROSTACYCLIN IS BEING MADE.  NOW,
2   SIMPLY, YOU ADD VIOXX TO THE TEST TUBE.  ALL RIGHT?  SO YOU ADD
3   VIOXX IN HERE AND YOU ASK, "WHAT HAPPENED TO THE PROSTACYCLIN?"
4   AND THE ANSWER IS "NOTHING."  PROSTACYCLIN PRODUCTION BY A
5   BLOOD VESSEL, A RABBIT BLOOD VESSEL, IS NOT INHIBITED BY VIOXX
6   IN A NORMAL RABBIT, AND IT'S NOT INHIBITED BY VIOXX IN A RABBIT
7   THAT GOT FED HIGH CHOLESTEROL.  IN NEITHER CASE IS PROSTACYCLIN
8   PRODUCTION AFFECTED BY VIOXX.
9           AND THE EXPERIMENT THAT WAS DONE, WHAT YOU ADD TO THE
10  TEST TUBE, IS VIOXX AT A -- THE AMOUNT OF VIOXX IS THE AMOUNT
11  THAT WOULD BE IN YOUR BLOODSTREAM IF YOU TOOK 25 MILLIGRAMS.
12  WE ALSO DID IT WITH THE AMOUNT THAT WOULD BE IN YOUR
13  BLOODSTREAM IF YOU TOOK 250 MILLIGRAMS.
14          SO EVEN AT 250 -- THE EQUIVALENT AMOUNT OF
15  250 MILLIGRAMS, YOU PUT IT IN THE TEST TUBE, PROSTACYCLIN IS
16  NOT AFFECTED -- PRODUCTION OF PROSTACYCLIN IS NOT AFFECTED BY
17  VIOXX, EITHER IN A NORMAL OR IN HIGH CHOLESTEROL.
18          SO, NOW, THAT, WE THOUGHT, WAS A VERY SPECIFIC,
19  DIRECT WAY TO DIRECTLY GO AND ASK THIS QUESTION THAT
20  DR. FITZGERALD RAISED ABOUT THE PROSTACYCLIN PRODUCTION, GO
21  LOOK AT THE BLOOD VESSELS AND ASK, "IS IT TRUE WITH VIOXX?"
22  AND YOU FIND OUT THAT IT'S NOT.  YOU DON'T SEE ANY CHANGE AT
23  ALL IN PROSTACYCLIN PRODUCTION IN THESE BLOOD VESSELS.
24  Q.   AND WHAT WAS THE SIGNIFICANCE TO YOU OF THAT, SIR?
25  A.   WELL, AGAIN, IT DOESN'T DISPROVE HIS THEORY.  BUT, AGAIN,

1  IT'S A PIECE OF INFORMATION THAT IS NOT CONSISTENT WITH HIS

2  THEORY.  IT'S A DIRECT TEST OF HIS THEORY WITH VIOXX WITH BLOOD

3  VESSELS, AND IT'S NOT WHAT HE PREDICTED FROM HIS THEORY.

4  **Q.**   THANK YOU, DOCTOR.  YOU CAN MOVE BACK.

5           IN ADDITION TO DOING THE ANIMAL STUDIES LIKE THIS,

6  DID YOU ALSO -- IN TRYING TO EXAMINE THE IMPORTANCE OR THE

7  SIGNIFICANCE OF THIS URINE STUDY BY FITZGERALD, DID YOU TRY TO

8  DETERMINE WHETHER THERE WERE OTHER DRUGS OUT THERE THAT ALSO

9  REDUCED THE PROSTACYCLIN BREAKDOWN PRODUCT IN THE URINE?

10 **A.**   YES.  WHENEVER YOU GET AN UNEXPECTED RESULT, SORT OF ONE

11 OF THE FIRST THINGS THAT YOU GO TRY TO LOOK UP IN THE

12 LITERATURE:  HAS ANYBODY EVER SEEN ANYTHING LIKE THIS BEFORE?

13          SO DR. NIES, WHO I TOLD YOU WAS HEAD OF THE PROJECT

14 TEAM, VERY ACCOMPLISHED CLINICAL PHARMACOLOGIST, HE WENT AND

15 LOOKED THROUGH THE LITERATURE AND FOUND A PAPER THAT DESCRIBED

16 ALMOST THE EXACT SAME EXPERIMENT WE HAD DONE WITH

17 DR. FITZGERALD THAT HAD BEEN DONE WITH TYLENOL.  ACETAMINOPHEN,

18 IS THE NAME OF IT.  THE TRADE NAME IS TYLENOL.

19          AND WHAT HE FOUND IS THAT TYLENOL DOES THE EXACT SAME

20 THING.  TYLENOL DECREASES THE BREAKDOWN PRODUCT OF PROSTACYCLIN

21 AND DOESN'T AFFECT THE BREAKDOWN PRODUCT OF THROMBOXANE.  SO IT

22 LOOKED -- THE URINE RESULT LOOKED VIRTUALLY IDENTICAL TO WHAT

23 WE SAW WITH VIOXX.

24 **Q.**   LET ME ASK YOU TO TURN, SIR, TO EXHIBIT 546, WHICH I THINK

25 IS THIS TYLENOL STUDY.  WE'LL MARK IT FOR IDENTIFICATION

1    PURPOSES ONLY.

2            IS THIS THE STUDY ON TYLENOL THAT YOU WERE JUST

3    REFERRING TO?  IT'S IN A JOURNAL CALLED *PROSTAGLANDINS*?

4    **A.**    THAT'S CORRECT.

5    **Q.**    AND THIS IS A HARD COPY TO READ, BUT IT -- I'LL TRY TO

6    READ IT.  "PRONOUNCED REDUCTION OF IN VIVO PROSTACYCLIN

7    SYNTHESIS IN" -- WHAT?  "HUMANS"?

8    **A.**    "HUMANS BY ACETAMINOPHEN."

9    **Q.**    -- "HUMANS BY ACETAMINOPHEN."

10   **A.**    WHICH IS TYLENOL.

11   **Q.**    OKAY.  AND THEN UP HERE, THERE ARE SOME HANDWRITTEN NOTES,

12   "BM."  WHO IS THAT?

13   **A.**    THAT'S ME, BRIGGS MORRISON.

14   **Q.**    AND "FYI" -- WHO'S BARRY?

15   **A.**    BARRY IS BARRY GERTZ, THE OTHER -- OTHER PERSON I POINTED

16   OUT TO YOU WAS ON THE PAPER WITH DR. FITZGERALD.  HE'S ANOTHER

17   SCIENTIST WHO WAS WORKING ON THAT STUDY WITH GARRETT.

18   **Q.**    THEN IF WE LOOK AT JUST THE ABSTRACT, THE FRONT PORTION OF

19   THIS TYLENOL STUDY, DO YOU SEE THAT IT SAYS, "ACETAMINOPHEN

20   CAUSED A MARKED REDUCTION OF PROSTACYCLIN SYNTHESIS WITHIN SIX

21   TO EIGHT HOURS WITHOUT ANY OBVIOUS EFFECT ON THE THROMBOXANE

22   SYNTHESIS.  THUS ACETAMINOPHEN MAY AT, AT LEAST THEORETICALLY,

23   BE DISADVANTAGEOUS FOR PATIENTS SUFFERING FROM DISEASES WHERE

24   PROSTACYCLIN MEDIATED VASCULAR DEFENSE MECHANISMS ARE

25   ACTIVATED, LIKE MYOCARDIAL INFARCTION."  IS THIS --

1   **A.**   YES, THIS IS ESSENTIALLY THE FITZGERALD THEORY, BUT

2   APPLIED TO ACETAMINOPHEN BECAUSE THE URINE RESULT THAT THEY GOT

3   WERE THE SAME URINE RESULTS THAT WE GOT WITH VIOXX.  AND SO

4   THESE AUTHORS ESSENTIALLY SAY, YOU KNOW, IN -- IN SORT OF

5   SOPHISTICATED LANGUAGE, BUT ESSENTIALLY THIS IMBALANCE THEORY

6   PROPOSED FOR ACETAMINOPHEN, BECAUSE THEY SEE A URINE RESULT

7   JUST LIKE OR SIMILAR TO THE ONE WE SAW WITH VIOXX.

8   **Q.**   JUST BRIEFLY, THE REDUCTION IN THE AMOUNT OF THE

9   PROSTACYCLIN BREAKDOWN PRODUCT IN THIS TYLENOL STUDY, WAS THAT

10  SIMILAR TO THE REDUCTION IN THE PROSTACYCLIN THAT WAS SEEN IN

11  THE FITZGERALD URINE STUDY?

12          AND I JUST PUT UP A TABLE HERE THAT MAY HELP YOU

13  EXPLAIN THE ANSWER.

14  **A.**   YES.  SO THAT LINE, THE BOTTOM LINE, IS THE PROSTACYCLIN.

15  **Q.**   DOWN HERE?

16  **A.**   YES.

17  **Q.**   OKAY.  AND HERE WHERE IT DROPS FROM 100 DOWN TO ABOUT 40

18  OR SO?

19  **A.**   YES.  I GUESS.  YEAH, ABOUT 40.  SO AGAIN, ABOUT A

20  60 PERCENT DECREASE SIMILAR TO WHAT WE SAID WE SAW WITH VIOXX.

21  **Q.**   OKAY.  SO THAT'S -- THE AMOUNT OF REDUCTION IS SIMILAR.

22          WERE YOU AWARE, SIR, OF ANY EVIDENCE THAT TYLENOL,

23  EVEN THOUGH IT REDUCES THIS PROSTACYCLIN METABOLITE BY ABOUT

24  THE SAME AMOUNT AS VIOXX DID, WHETHER TYLENOL CAUSES HEART

25  ATTACKS?

1   **A.**   TYLENOL HAS BEEN ON THE MARKET FOR PROBABLY 50 YEARS.

2   I'VE NEVER HEARD OF ANY -- AT THE TIME THAT WE WROTE THIS

3   WORKUP, WE HAD NEVER HEARD OF ANY SUGGESTIONS THAT VIOXX -- OR

4   THAT TYLENOL CAUSES HEART ATTACKS OR INCREASES YOUR RISKS OF

5   CLOTTING.

6   **Q.**   DID MERCK ALSO -- WE'VE HEARD A LITTLE BIT ABOUT THE BOARD

7   OF SCIENTIFIC ADVISORS.  DID MERCK INFORM THIS BOARD OF

8   SCIENTIFIC ADVISORS ABOUT THE RESULTS OF THIS FITZGERALD STUDY

9   BEFORE VIOXX WAS APPROVED FOR USE IN THE UNITED STATES?

10  **A.**   YES.

11  **Q.**   FIRST OF ALL, WHAT IS THE BOARD OF SCIENTIFIC ADVISORS AND

12  HOW DID IT COME ABOUT, TO YOUR KNOWLEDGE?

13  **A.**   TO MY KNOWLEDGE -- I MAY HAVE THIS WRONG, BUT WHAT I HAVE

14  HEARD IS THAT THE BOARD OF SCIENTIFIC ADVISORS IS ESSENTIALLY

15  AN OUTSIDE GROUP OF PHYSICIANS AND SCIENTISTS WHO WERE BROUGHT

16  TOGETHER BY MR. GILMARTIN.

17       BECAUSE MR. GILMARTIN ACKNOWLEDGED THAT HE WAS NOT A

18  PHYSICIAN OR A SCIENTIST, AND HE WANTED AN EXTERNAL GROUP OF

19  PEOPLE TO, YOU KNOW, ESSENTIALLY AUDIT WHAT IS THE RESEARCH

20  DIVISION DOING AND THEN GIVE A REPORT TO HIM ABOUT WHETHER THEY

21  WERE COMFORTABLE THAT, YOU KNOW, DR. SCOLNICK, WHO IS RUNNING

22  THE RESEARCH DIVISION, IS DOING A GOOD JOB.

23       HE'S GOT -- GILMARTIN'S ASKS OTHER SCIENTISTS PLEASE

24  REVIEW WHAT MY SCIENTISTS IN THE RESEARCH DIVISION IS DOING AND

25  LET ME KNOW IF YOU THINK THEY ARE DOING A GOOD JOB.  SO THEY

1   ARE EXTERNAL PEOPLE WHO COME IN TO REVIEW THE SCIENCE AND
2   CLINICAL WORK THAT'S GOING ON IN THE RESEARCH CLINIC.
3   **Q.**   IF YOU WOULD TURN, DR. MORRISON, TO EXHIBIT 26, WHICH IS A
4   WRITE-UP THAT DR. NIES PREPARED FOR THE BOARD OF SCIENTIFIC
5   ADVISORS MEETING THAT WAS SET IN MAY OF 1998.
6           **MR. GOLDMAN:**  WE OFFER EXHIBIT 26.
7           **THE WITNESS:**  YES.  THIS IS -- IN PREPARATION FOR THE
8   MEETING WITH THIS BOARD, DR. NIES, THE HEAD OF THE PROJECT
9   TEAM, WROTE A SUMMARY OF WHAT WE KNEW ABOUT VIOXX TO GIVE THEM
10  AS A BACKGROUND READING IN PREPARATION FOR THIS MEETING.
11  **BY MR. GOLDMAN:**
12  **Q.**   AND IF WE TURN TO THE TENTH PAGE OF THIS DOCUMENT, DO YOU
13  SEE THAT DR. NIES IS WRITING ABOUT PROSTACYCLIN METABOLISM AND
14  THEN HE'S DISCUSSING THIS RENAL STUDY, WHICH WE'RE NOT GOING TO
15  GET INTO ANY MORE IN DETAIL.  BUT IS THIS THE FITZGERALD STUDY
16  THAT YOU DID?
17  **A.**   YES.  THIS IS PROTOCOL 23.  YOU SAW THE PAPER.
18  **Q.**   AND AT THE BOTTOM, DR. NIES WRITES, "HOWEVER, THE FINDING
19  OF AN EFFECT OF COX-2 INHIBITION ON THE EXCRETION OF PGI-M" --
20  THAT'S THAT BREAKDOWN PROSTACYCLIN PRODUCT?
21  **A.**   BREAKDOWN PRODUCT OF PROSTACYCLIN.  IT'S ABBREVIATED
22  PGI-M.
23  **Q.**   -- "WAS ENTIRELY UNEXPECTED."  AND THAT'S WHAT YOU HAD
24  WRITTEN IN YOUR ARTICLE; RIGHT?
25  **A.**   RIGHT.

1    **Q.**   "CURRENT KNOWLEDGE WOULD SUGGEST THAT COX-2 IS NOT AN

2    IMPORTANT ENZYME IN THE SYNTHESIS OF PROSTACYCLIN BY NORMAL

3    ENDOTHELIUM."  CAN YOU, IN TERMS I CAN UNDERSTAND, EXPLAIN IT

4    BETTER?

5    **A.**   BASICALLY, IT'S SAYING SCIENCE AT THE TIME SAID THAT COX-2

6    SHOULDN'T BE DOING THIS.

7          AND HE SAYS, "ADDITIONAL EXPERIMENTATION IS REQUIRED

8    TO UNDERSTAND THESE FINDINGS."

9          WHEN YOU GET SOMETHING UNEXPECTED, THERE IS

10   ADDITIONAL EXPERIMENTATION THAT NEEDS TO BE DONE.  SO, YOU

11   KNOW, THE RABBIT STUDY AND OTHER THINGS WERE THOSE ADDITIONAL

12   EXPERIMENTS TO HELP SCIENTISTS TO TRY TO UNDERSTAND THEM.

13   **Q.**   NOW, I'M GOING TO SHOW THE BOARD OF SCIENTIFIC ADVISORS

14   MINUTES IN A MINUTE -- THE MINUTES.  BUT I WANT TO ASK YOU IF

15   YOU REMEMBER LEARNING ABOUT WHAT THE BOARD OF SCIENTIFIC

16   ADVISORS HAD TO SAY ABOUT THIS THEORY ABOUT PROSTACYCLIN.

17          AND I'M NOT GOING TO ASK YOU TO COMMENT ABOUT WHAT

18   THEY SAID, BUT DO YOU REMEMBER LEARNING ABOUT THAT?

19          **MR. BIRCHFIELD:**  YOUR HONOR, I WANT TO OBJECT TO

20   HEARSAY HERE.  HE IS --

21          **THE COURT:**  LET'S NOT GET INTO HEARSAY, BUT IF HE

22   SAYS THAT HE HEARD IT, IT'S CLOSE ENOUGH.

23          **THE WITNESS:**  SO AFTER THE BOARD MEETS, DR. NIES

24   WOULD -- DID INFORM THE PROJECT TEAM HERE IS WHAT WAS DISCUSSED

25   AND HERE IS WHAT WAS CONVEYED, AND -- AND THERE WAS DISCUSSION

1    OF THE PROJECT TEAM ABOUT THAT.

2    **BY MR. GOLDMAN:**

3    **Q.**   AND LET ME SHOW YOU DX, DEFENSE EXHIBIT 30, SIR, WHICH

4    IS -- WHICH ARE THE MINUTES OF A PROJECT TEAM MEETING.  SO A

5    PROJECT TEAM MEETING THAT DISCUSSED THIS BOARD OF SCIENTIFIC

6    ADVISORS MEETING.

7              **MR. GOLDMAN:**  WE OFFER EXHIBIT 30.

8              **MR. BIRCHFIELD:**  NO OBJECTION.

9              **THE COURT:**  LET IT BE ADMITTED.

10   **BY MR. GOLDMAN:**

11   **Q.**   FIRST OF ALL, THIS IS A DOCUMENT THAT HAS A LOT OF NAMES

12   ON IT.  IT'S AN E-MAIL.  YOUR NAME IS IN THE MIDDLE HERE,

13   BRIGGS MORRISON.  WHO ARE ALL OF THESE PEOPLE IN GENERAL?

14   **A.**   THESE ARE NOW MEMBERS OF THE PRIVATE TEAM.  REMEMBER I

15   TOLD YOU, AS YOU GO FORWARD, YOU GET MORE AND MORE PEOPLE?  SO

16   JUST LOOK AT THAT -- A LOT OF PEOPLE.  THESE WERE ALL OF THE

17   MEMBERS OF THE PROJECT TEAM, AND THEY GET AN E-MAIL WITH THE

18   MINUTES.

19   **Q.**   AND HERE THE E-MAIL IS DATED JUNE 8, 1998.  AND THEN

20   ATTACHED TO THIS E-MAIL ARE THE MINUTES OF THE MEETING; IS THAT

21   RIGHT?

22   **A.**   THAT'S CORRECT.

23   **Q.**   IF YOU TURN TO PAGE 8 OF THE DOCUMENT, DO YOU SEE THERE'S

24   A SECTION THAT'S CALLED "REVIEW OF VIOXX PRESENTATION AT THE

25   MAY 1998 BOARD OF SCIENTIFIC ADVISORS MEETING.  ALAN NIES

1   PRESENTED ALL DATA AVAILABLE ON VIOXX AT THE TIME OF THE

2   MEETING, ALONG WITH ALL OF THE POTENTIAL PROBLEMS" -- AND IS

3   THERE A NUMBER OF PROBLEMS LISTED:  "RENAL FUNCTION, ULCER,

4   BONE AND PROSTACYCLIN METABOLISM."  YOU SEE THAT, SIR?

5   **A.**   I DO.

6   **Q.**   IS THIS WHERE THE PROJECT TEAM IS DISCUSSING WHAT THE

7   BOARD OF SCIENTIFIC ADVISORS RECOMMENDED TO MERCK?

8   **A.**   YES.

9   **Q.**   AND THEN, ON THE NEXT PAGE, THERE IS A BULLET POINT THAT

10  SAYS, "BEGIN FROM THIS POINT ONWARD TO SYSTEMATICALLY COLLECT

11  DATA ON CV EVENTS IN ALL CLINICAL TRIALS FOR VIOXX" -- AND

12  WHAT'S MK0663?

13  **A.**   IT WAS A BACKUP COMPOUND.  I'M PRETTY SURE IT ACTUALLY IS

14  A COXIB.

15  **Q.**   "UTILIZING" --

16  **A.**   ANOTHER COX-2 INHIBITOR THAT MERCK WAS DEVELOPING.

17  **Q.**   "UTILIZING PREDEFINED ENDPOINTS FOR MYOCARDIAL INFARCTION,

18  STROKE, TRANSIENT ISCHEMIC ATTACK, UNSTABLE ANGINA."  CAN YOU

19  DESCRIBE WHAT THIS IS?  WHAT WAS THE BOARD OF SCIENTIFIC

20  ADVISORS TELLING MERCK TO DO?

21  **A.**   WHAT THE BOARD WAS SAYING WAS THAT -- AND I'VE BEEN

22  SITTING HERE WHEN YOU GUYS HAVE SEEN THIS BOARD OF SCIENTIFIC

23  ADVISORS THING DISCUSSED, IS IT GOING TO BE HELPFUL?  IS IT

24  GOING TO BE HARMFUL?  WHATEVER.  WHAT THEY ARE SAYING IS,

25  REGARDLESS, YOU NEED TO BE VERY CAREFUL AND EVALUATE ALL OF THE

1    CARDIOVASCULAR EVENTS THAT HAPPEN IN THE TRIALS.

2            SO I EXPLAINED TO YOU EARLIER ABOUT SERIOUS

3    CARDIOVASCULAR EVENTS, AND WE LOOKED AT THE INITIAL FILING WITH

4    THE FDA WHERE WE SUMMARIZED THESE.  THE NORMAL PROCESS IS A

5    DOCTOR REPORTS TO US THAT A SERIOUS EVENT HAS OCCURRED.  I OR

6    ONE OF THE OTHER PHYSICIANS GO OVER THAT IN DETAIL TO MAKE SURE

7    WE UNDERSTAND IT, AND IT GOES INTO OUR DATABASE.

8            WHAT THE BOARD WAS SUGGESTING IS THAT WE DO ANOTHER

9    LEVEL OF SCRUTINY OF THOSE.  AND WHAT THEY ARE SAYING IS WHAT'S

10   CALLED AN ADJUDICATION COMMITTEE.  SO YOU GET A SEPARATE GROUP

11   OF PHYSICIANS WHO WILL GET THE MEDICAL RECORDS.  THEY'LL GO

12   THROUGH IT ALL AND THEY'LL DECIDE.  THEY JUDGE:  IS THIS A

13   HEART ATTACK OR IS THIS NOT A HEART ATTACK?  SO IT'S NOT JUST

14   RELYING UPON THE PHYSICIAN WHO SAW THE PATIENT; IT'S NOW ASKING

15   THE EXTERNAL ADJUDICATION COMMITTEE WOULD YOU PLEASE ALSO

16   CLARIFY THIS.

17           AND WHAT THAT DOES IS TO GIVE YOU MORE PRECISION,

18   GIVES YOU BETTER INFORMATION.  BECAUSE SOMETIMES A DOCTOR WILL

19   REPORT "PATIENT WAS HOSPITALIZED FOR HEART ATTACK."  WELL, BY

20   THE TIME THEY GET DISCHARGED, IT'S CLEAR IT WASN'T A HEART

21   ATTACK; IT WAS SOMETHING ELSE, BUT IT MAY STILL BE IN OUR

22   SYSTEM AS A HEART ATTACK.  SO WHAT THEY ARE SAYING IS LET'S PUT

23   ANOTHER LEVEL OF CHECK ON THESE THINGS, BRING AN ADJUDICATION

24   COMMITTEE, AND HAVE THEM SEPARATELY LOOK AT THESE THINGS AND

25   DECIDE, AND THEN WE'LL USE THEIR ASSESSMENT INSTEAD OF JUST THE

1    DOCTOR WHO WAS TREATING THE PATIENT IN THE STUDY.

2    **Q.**   AND THE DOCUMENT SAYS, "THE PLAN SHOULD BEGIN

3    IMMEDIATELY."  IS THAT WHAT MERCK DID?

4    **A.**   YES.

5    **Q.**   SO THE BOARD OF SCIENTIFIC ADVISORS MEETING WAS -- THAT

6    WAS IN MAY OF 1998?  RIGHT?

7    **A.**   YES.

8    **Q.**   AND THEN THE -- THERE IS A MAGNET IN HERE THAT SAYS

9    "IMPLEMENT CVSOP."  WHAT DOES THAT MEAN, CVSOP?

10   **A.**   THAT SAYS PUT IN PLACE THE ADJUDICATION COMMITTEE AND HAVE

11   A STANDARD OPERATING PROCEDURE THAT, WHEN THESE EVENTS OCCUR,

12   THEY GO TO THE ADJUDICATION COMMITTEE, AND THE ADJUDICATION

13   COMMITTEE WILL DECIDE WAS IT OR WAS IT NOT A HEART ATTACK OR --

14   I FORGET THE OTHER ONES -- STROKE; A TIA, WHICH IS A TRANSIENT

15   KIND OF STROKE; UNSTABLE ANGINA.  THOSE ARE THINGS THEY WANTED,

16   THESE THROMBOEMBOLIC THINGS WE HAVE BEEN TALKING ABOUT, THEY

17   WANTED THE ADJUDICATION COMMITTEE TO SAY IS IT OR ISN'T IT.

18   **Q.**   NOW, IF YOU COULD TURN, SIR, TO THE DX27, WHICH ALREADY

19   HAS BEEN ADMITTED.  IT'S THE BOARD OF SCIENTIFIC ADVISORS

20   MEETING.  THIS IS WHAT DR. AVORN TALKED ABOUT.  I DON'T KNOW IF

21   YOU WERE HERE OR NOT.  "THE GOOD OR THE BAD."  THIS IS WHAT HE

22   WAS ADDRESSING.

23   **A.**   YEAH, I THINK I WAS HERE FOR THAT.

24   **Q.**   IF YOU TURN -- THIS IS THE BOARD OF SCIENTIFIC ADVISORS

25   MEETING MAY 3 TO 6, 1998.  IF YOU TURN TO THE THIRD PAGE, YOU

DAILY COPY

1    SEE A SECTION CALLED "CARDIOVASCULAR PATHOPHYSIOLOGY."  JUST

2    BRIEFLY, WHAT IS THAT?

3    **A.**    "PATHO" MEANS DISEASE, SO IT'S THE -- WHAT HAPPENS IN

4    DISEASED CARDIOVASCULAR SYSTEMS.

5    **Q.**    AND HERE IT SAYS, "THE BOARD ADDRESSED THE POTENTIAL FOR

6    EITHER BENEFITS OR ADVERSE CONSEQUENCES OF SELECTIVE INHIBITION

7    OF COX-2 ON CORONARY HEART DISEASE."

8           AND THEN THEY PROCEED TO TALK ABOUT THREE DIFFERENT

9    POTENTIAL EFFECTS OF COX-2 INHIBITION:  THE DEVELOPMENT OF

10   LIPID RICH CORONARY PLAQUES, THE DESTABILIZATION OF THE CAP OF

11   THESE PLAQUES BY INFLAMMATORY CELLS, AND THE THROMBOTIC

12   OCCLUSION OF THE VESSEL.

13          AND WE DON'T NEED TO GO INTO THESE IN THAT MUCH

14   DETAIL, BUT WHAT WAS THE BOARD BASICALLY SAYING HERE TO MERCK

15   ABOUT THESE POTENTIAL BENEFITS OR ADVERSE CONSEQUENCES OF THE

16   INHIBITION OF COX-2?

17   **A.**    I MEAN, DR. NIES SUMMARIZED EVERYTHING THAT WE KNEW.  THE

18   BOARD MEMBERS WERE VERY AWARE OF ALL OF THE SCIENCE THAT WAS

19   EVOLVING, AND THEY SAID THERE WAS A NUMBER OF DIFFERENT PARTS

20   OF HEART DISEASE THAT COULD BE AFFECTED BY A COX-2 INHIBITOR.

21   AND THEY ARE BASICALLY TELLING US, THEORETICALLY, SOME OF THAT

22   MIGHT BE BENEFICIAL TO PATIENTS; SOME OF THAT MIGHT BE HARMFUL

23   TO PATIENTS.  AND THEY GO THROUGH ALL OF THESE DIFFERENT THINGS

24   AND GIVE US SOME ADVICE.

25   **Q.**    AND FURTHER DOWN, IN THIS -- ON THAT SAME PAGE, WHEN THE

2065

1   BOARD IS TALKING ABOUT THE FIRST POINT, THE LIPID-RICH PLAQUES,

2   TYPE OF PLAQUE, THEY SAY, "THERE IS A GROWING BODY OF EVIDENCE

3   INDICATING THAT INFLAMMATORY DISEASE IS A RISK FACTOR FOR

4   MYOCARDIAL INFARCTION."

5           AND THEN THEY CONTINUE.  THEY SAY, "ACCORDINGLY, IT

6   IS APPROPRIATE TO ASK WHETHER COX-2 EXPRESSION REGULATES THE

7   PROGRESSION OF ATHEROSCLEROSIS EITHER POSITIVELY OR

8   NEGATIVELY."

9           CAN YOU EXPLAIN WHAT THE REPORT IS SAYING HERE ABOUT

10  THIS EVIDENCE ABOUT AN INFLAMMATORY DISEASE BEING A RISK FACTOR

11  FOR MYOCARDIAL INFARCTION AND HOW VIOXX COULD HELP?

12  **A.**   YEAH.  I SORT OF TOUCHED ON IT WHEN I DREW YOU THAT

13  PICTURE, AND YOU'VE SEEN IN IT THE ANIMATION THAT PEOPLE HAVE

14  SHOWN.  WHEN THE CHOLESTEROL STARTS TO FORM, YOU SEE THESE

15  WHITE BLOOD CELLS COME IN, WHICH ARE THESE.

16          THEY ARE -- THEIR JOB, TYPICALLY -- I DON'T KNOW IF

17  YOU EVER SAW THE MOVIE *FANTASTIC VOYAGE*, WHERE THEY SHRINK DOWN

18  AND GO INSIDE THE BODY.  THESE WHITE CELLS, THEIR JOB IS TO

19  CLEAN UP STUFF, AND THAT'S INFLAMMATION.

20          SO IT CLEARLY WAS AN EMERGING THEORY THAT

21  INFLAMMATION IS PART OF ATHEROSCLEROSIS.  WHETHER IT'S ACTUALLY

22  MAKING IT BETTER OR WORSE WASN'T CLEAR, AS THEY SAY, AND SO

23  WHETHER VIOXX COULD MAKE IT BETTER OR WORSE IS UNCLEAR.

24  THAT'S, I THINK, WHAT THEY ARE TELLING US.

25  **Q.**   NOW, ON THE NEXT PAGE THEY TALK ABOUT THE DESTABILIZATION

1   OF THE CAP.  AND WHAT DOES THAT MEAN IN SIMPLE TERMS,
2   "DESTABILIZATION OF THE CAP"?
3   A.   AGAIN, I THINK YOU'VE SEEN THIS IN THE ANIMATION.  THERE
4   IS THIS LINING OVER A PLAQUE, AND IF THAT LINING BREAKS, THAT'S
5   THE PLAQUE RUPTURE.  SO THESE INFLAMMATORY CELLS THAT ARE IN
6   THERE, I THINK THEY ARE BASICALLY SAYING WE THINK THOSE
7   INFLAMMATORY CELLS ARE GOING TO CAUSE THE PLAQUE TO POP OFF, SO
8   MAYBE VIOXX WOULD ACTUALLY DECREASE THE INCIDENCE OF PLAQUE
9   RUPTURE.
10  Q.   BY REDUCING THE INFLAMMATION, IT WOULD ACTUALLY -- THAT
11  THE THEORY WAS THAT VIOXX WOULD REDUCE THE LIKELIHOOD OF WHAT?
12  A.   IT WOULD REDUCE THE LIKELIHOOD THAT THIS TOP OVER THE
13  CHOLESTEROL WOULD SUDDENLY BREAK OFF.
14  Q.   SO HERE --
15  A.   THE THOUGHT WAS THAT THE INFLAMMATION -- YOU KNOW, THEY
16  ARE RELEASING ALL OF THESE ENZYMES TRYING TO BREAK EVERYTHING
17  DOWN AND DIGEST EVERYTHING.  PART OF THAT SORT OF -- THEY ARE
18  ALSO DIGESTING THIS CAP.  AND SO IT CAN BE -- CAUSE THE CAP TO
19  BREAK OFF, AND THAT WOULD THEN TRIGGER THE THINGS THAT YOU'VE
20  SEEN.
21          SO I THINK HERE THEY ARE SUGGESTING -- SUGGESTING,
22  IT'S NOT PROOF -- SUGGESTING THAT MAYBE VIOXX WOULD DECREASE
23  THAT INFLAMMATION, STOP THE DESTRUCTION OF THE CAP, AND MAKE IT
24  LESS LIKELY THAT THAT CAP WOULD BREAK OFF.
25  Q.   SO HERE THE BOARD IS SAYING, "AS THE CRITICAL CELLS IN

DAILY COPY

1   THIS PROCESS ARE INFLAMMATORY CELLS, THE POSSIBILITY EXISTS

2   THAT THE PRODUCTS OF COX-2" -- AND THEY ARE REFERRING THERE TO

3   THE ENZYME?

4   **A.**   THIS IS WHAT COX-2 MAKES.

5   **Q.**   OKAY.

6   **A.**   SO THE LITTLE CHEMICALS THAT COX-2 MAKES COULD REGULATE

7   THE THINNING OF THE CAP AND RENDER THEM RUPTURE-PRONE.  SO IF

8   YOU TURN COX-2 OFF, THE CHEMICALS THAT WOULD RENDER THEM

9   RUPTURE-PRONE WOULD GO AWAY.

10  **Q.**   NOW, DID THE BOARD ALSO IN THIS DOCUMENT, SIR, MAKE A

11  SUGGESTION ABOUT WHAT MERCK MIGHT WANT TO DO TO TEST WHETHER OR

12  NOT VIOXX COULD HAVE A POSITIVE OR NEGATIVE EFFECT ON

13  ATHEROSCLEROSIS?

14  **A.**   RIGHT.  JUST -- JUST TO BE COMPLETE, THE THIRD BULLET IN

15  THOSE THREE THINGS --

16  **Q.**   YES.  THANK YOU.

17  **A.**   -- IS THE FITZGERALD HYPOTHESIS.  THAT'S THE TIPPING OF

18  THROMBOXANE AND PROSTACYCLIN.  AND THEY TALK AT LENGTH ABOUT

19  THAT AS WELL.

20  **Q.**   AND THAT'S --

21  **A.**   THAT ONE CLEARLY -- THE IMPLICATION IS IT'S GOING TO BE

22  HARMFUL.

23  **Q.**   SO IF THE FITZGERALD HYPOTHESIS WAS RIGHT, THAT COULD BE

24  HARMFUL, AND IS THAT WHAT LED THE BOARD OF SCIENTIFIC ADVISORS

25  TO RECOMMEND THAT THE CARDIOVASCULAR STANDARD OPERATING

1  PROCEDURE BE IMPLEMENTED?

2  **A.**   CORRECT.  THEY RECOMMENDED THE PROCEDURE PUT IN PLACE FOR

3  PATIENTS, AND THEY RECOMMENDED THAT WE DO ADDITIONAL BASIC

4  SCIENCE EXPERIMENTS TO TRY TO UNDERSTAND THIS.

5  **Q.**   ELSEWHERE IN THIS DOCUMENT, DR. MORRISON, AFTER THEY TALK

6  ABOUT THESE DIFFERENT THEORIES, WOULD YOU TURN TO PAGE 8, I

7  BELIEVE.  IT SAYS, "TO ADDRESS THE HYPOTHESIS THAT A COX-2

8  INHIBITOR MIGHT REDUCE THE PROCESS OF ATHEROSCLEROSIS, AN

9  ANIMAL MODEL OF ATHEROGENESIS COULD" -- IS THAT RELATED TO THE

10  PROCESS OF ATHEROSCLEROSIS?

11  **A.**   YEAH.  THAT'S THE FORMATION OF ATHEROSCLEROSIS.

12  **Q.**   -- "COULD BE EXAMINED FOR THE EFFECTS OF THE DRUG ON BOTH

13  GROSS AND MICROSCOPIC QUANTITY OF ATHEROSCLEROSIS, IF THAT

14  INFORMATION IS NOT ALREADY IN HAND AT MRL."

15         AND THEN THEY SAY, "THE APOE KNOCKOUT MOUSE IS ONE

16  MODEL THAT HAS FEATURES RESEMBLING HUMAN ATHEROSCLEROSIS."

17         IS THE BOARD OF SCIENTIFIC ADVISORS BASICALLY

18  SUGGESTING HERE THAT MERCK CONDUCT AN ANIMAL STUDY ON THIS APOE

19  KNOCKOUT MOUSE?

20  **A.**   YEAH.

21  **Q.**   AND MR. ROBINSON, IN OPENING STATEMENT, COMMENTED ABOUT

22  THIS AND SAID THAT MERCK DID NOT USE THE APPROPRIATE MOUSE

23  MODEL.  WERE YOU HERE WHEN HE SAID THAT?

24  **A.**   I THINK I REMEMBER THAT, BUT I --

25  **Q.**   DID MERCK ACTUALLY USE THIS APOE KNOCKOUT MOUSE IN

DAILY COPY

2069

1  EXAMINING THIS QUESTION ABOUT ATHEROSCLEROSIS?

2  **A.**   THE CHAIRMAN OF THE BOARD OF SCIENTIFIC ADVISORS IS

3  ANOTHER CLINICAL PHARMACOLOGIST NAMED JOHN OATES.  SO YOU MAY

4  HAVE HEARD JOHN OATES' NAME.  I THINK ACTUALLY DR. ZIPES WENT

5  THROUGH ONE OF DR. OATES' EXPERIMENTS WITH APOE KNOCKOUT MICE

6  WITH VIOXX.

7           SO I DON'T WANT TO SAY THAT MERCK DID IT, BUT I'M

8  PRETTY SURE IT WAS DR. OATES' LAB WHO DID IT.  AND ACTUALLY,

9  THESE MINUTES WERE, IN LARGE PART, AUTHORED BY DR. OATES.  SO

10 HE WAS SUGGESTING AN EXPERIMENT THAT I THINK HIS LAB DID, AND I

11 THINK MERCK PROVIDED THE VIOXX FOR THE EXPERIMENT.

12 **Q.**   AND DO YOU REMEMBER WHETHER THAT STUDY SHOWED THAT VIOXX

13 ACTUALLY REDUCED THE SIZE OF THE ATHEROSCLEROTIC PLAQUE?

14 **A.**   RIGHT, THAT'S CORRECT.

15 **Q.**   IF YOU TURN, SIR, TO THE NEXT PAGE.  ONE OF THE THINGS

16 MR. ROBINSON SAID IN OPENING STATEMENT ABOUT THIS WAS THAT

17 MERCK, IN RESPONSE TO THE SCIENTIFIC ADVISORS MEETING, RUSHED

18 VIOXX TO THE MARKET AND FILED THEIR NDA IN NOVEMBER OF 1998.

19           THE BOARD OF SCIENTIFIC ADVISORS, ON THIS PAGE, SAID

20 THE FOLLOWING, AND I WANT TO ASK YOU ABOUT IT:  "THE GAIN IN

21 SAFETY ACHIEVED BY THE ELIMINATION OF SERIOUS AND FATAL

22 GASTROINTESTINAL TOXICITY WILL FREE PATIENTS FROM ONE OF THE

23 MOST SERIOUS ADVERSE EFFECTS IN CURRENT DRUG THERAPY.  THUS,

24 THERE IS A STRONG MANDATE FOR INTRODUCTION OF VIOXX INTO

25 MEDICAL PRACTICE AS SOON AS IS FEASIBLE."

1          WHAT IS THE BOARD SAYING TO MERCK THERE?

2  **A.**   THEY ARE SAYING BRING THE DRUG TO MARKET.  THEY ARE AWARE

3  THAT THERE ARE THESE THEORETIC CONCERNS, AND THEY SAY AT THE

4  BEGINNING THAT'S WHAT HAPPENS WHEN YOU DO DRUG DEVELOPMENT:

5  YOU COME UP WITH THESE THEORETIC CONCERNS.

6          BUT THE BENEFIT IN TERMS OF THE GASTROINTESTINAL

7  TRACT WAS BECOMING VERY, VERY CLEAR, AND THEY ARE SAYING, YOU

8  KNOW, GET THIS DRUG TO PATIENTS.  IT'S VERY IMPORTANT.

9  **Q.**   IN OPENING STATEMENT, MR. ROBINSON PUT UP THIS SLIDE.  YOU

10  WERE HERE AND IT HAD YOUR NAME ON IT.  AND IT SAYS, "THE

11  EVIDENCE WILL SHOW "1997"; "PROPOSED VIOXX STUDY DESIGN";

12  "BRIGGS MORRISON."  "USE LOW-DOSE ASPIRIN."  AND THEN

13  "ALISE REICIN"; "EXCLUDING HIGH-RISK CV PATIENTS."  AND THEN

14  ANOTHER BULLET POINT SAYS, "MAY NOT BE EVIDENT."  DO YOU

15  REMEMBER SEEING THAT IN OPENING STATEMENT?

16  **A.**   I DO.  IT HAD MY NAME ON IT, SO I NOTICED THIS ONE.

17  **Q.**   DO YOU KNOW -- WE'RE GOING TO GO INTO SOME OF THE

18  DOCUMENTS ABOUT THIS ISSUE, BUT DO YOU HAVE A GENERAL IDEA OF

19  WHAT THAT IS ABOUT?

20  **A.**   YES.

21  **Q.**   IF YOU TURN, SIR, TO EXHIBIT 13, AND THEN I'LL ASK YOU TO

22  EXPLAIN WHAT THAT'S ABOUT.  THIS IS A MEMO BY A MAN NAMED

23  DR. TOM MUSLINER.  YOU WERE ONE OF THE PEOPLE WHO RECEIVED IT.

24          **MR. GOLDMAN:**  WE OFFER EXHIBIT 13.

25          **MR. BIRCHFIELD:**  NO OBJECTION.

2071

1          **THE COURT:**  LET IT BE ADMITTED.

2     **BY MR. GOLDMAN:**

3     **Q.**   THIS IS THE E-MAIL -- I'M SORRY, A MEMO FROM DR. MUSLINER

4     TO YOU AND OTHERS DATED NOVEMBER 21, 1996.  AND THE SUBJECT OF

5     IT IS "ANTICIPATED CONSEQUENCES OF NSAID ANTI-PLATELET EFFECTS

6     ON CARDIOVASCULAR EFFECTS AND EFFECTS OF EXCLUDING LOW-DOSE

7     ASPIRIN USE IN THE COX-2 GI OUTCOMES MEGA TRIAL."

8          I'M JUST GOING TO TURN OVER TO YOU TO EXPLAIN WHAT

9     THIS IS ABOUT, WHAT THIS MEMO IS ABOUT, AND THEN A COUPLE OF

10    E-MAILS THAT WE'RE GOING TO COVER CONCERNING THIS ISSUE ABOUT

11    WHETHER LOW-DOSE ASPIRIN OUGHT TO BE USED IN A GI OUTCOMES

12    TRIAL.  AND I ASK THAT YOU EXPLAIN WHAT A GI OUTCOMES TRIAL

13    EVEN IS.

14    **A.**   SO AN OUTCOMES TRIAL -- YOU'VE HEARD THE TERM THE

15    "OUTCOMES," WHICH IS ONE OF THE THINGS YOU'RE MEASURING IN THE

16    STUDY WHEN IT --WHEN WE TALK ABOUT "OUTCOMES TRIALS."

17          AN OUTCOMES TRIAL IS A STUDY WHERE YOU TRY TO MIMIC

18    THE GENERAL PRACTICE OF MEDICINE.  SO I TOLD YOU ABOUT THESE

19    PHASE I STUDIES WHERE PATIENTS ARE IN THE RESEARCH UNIT.  THE

20    PHASE II STUDIES, THEY COME BACK EVERY TWO WEEKS AND ARE

21    WATCHED REAL CLOSELY.

22          AN OUTCOMES TRIAL IS WE'RE NOT GOING TO SPECIFY MUCH

23    OF ANYTHING.  WHAT WE'RE GOING TO DO IS, SAY, RANDOMLY,

24    BLINDLY, ASSIGN PATIENTS ONE MEDICINE OR THE OTHER, AND WHAT

25    HAPPENS?  IT'S JUST THE GENERAL PRACTICE OF MEDICINE.  WE'RE

1   NOT GOING TO BE DOING LOTS OF TESTS.  WE'RE NOT GOING TO BE
2   LOOKING DOWN AT THEIR STOMACH.  WE'RE NOT GOING TO DO ALL OF
3   THAT.  WE'RE JUST GOING TO SAY, LIKE IN GENERAL PRACTICE:  YOUR
4   DOCTOR GAVE YOU MEDICINE.  WHAT HAPPENED?  IT'S AN OUTCOMES
5   TRIAL.
6          AND WHAT WE WERE TALKING ABOUT WAS DOING ONE OF THESE
7   FOR THE STOMACH.  THE WHOLE THEORY WAS THAT, WHEN THESE
8   MEDICINES ARE USED BY PRACTICING DOCTORS ALL THE TIME, YOU'RE
9   GOING TO SEE LESS PATIENTS SHOWING UP IN THE EMERGENCY ROOM
10  VOMITING BLOOD.
11         AND WE'RE NOT GOING TO SPECIFY A WHOLE BUNCH OF
12  TESTS.  WE'RE JUST GOING TO SAY, "GIVE IT TO YOUR PATIENTS, LET
13  YOUR PATIENTS TAKE IT THE WAY THEY NORMALLY WOULD, AND LET'S
14  SEE HOW MANY PEOPLE SHOW UP IN THE EMERGENCY ROOM WITH A
15  PERFORATED STOMACH OR VOMITING BLOOD."  THAT'S AN OUTCOMES
16  TRIAL, AND IT'S LOOKING AT THESE GI OUTCOMES.  OKAY?
17         SO AS WE TRYING TO SET THIS UP, THEY CALL IT A MEGA
18  TRIAL BECAUSE IT'S A REALLY BIG TRIAL.  ALL RIGHT?  SOMETHING
19  LIKE 8- OR 10,000 IN THE STUDY.  AND YOU'RE JUST ASKING WHAT
20  HAPPENS WHEN YOU GIVE THEM THESE MEDICINES.
21         WHAT DR. MUSLINER IS TRYING TO SUMMARIZE HERE -- AND
22  I SORT OF TALKED ABOUT EARLIER -- IF YOU DO ONE OF THESE
23  STUDIES, AND HALF THE PEOPLE GET AN NSAID, WHICH TURNS OFF YOUR
24  PLATELETS AND PROTECTS YOU FROM HEART DISEASE, AND HALF THE
25  PEOPLE GET VIOXX, WHICH DOESN'T PROTECT YOU FROM HEART DISEASE,

1   YOU'RE GOING TO SEE A DIFFERENCE IN THOSE TWO ARMS, YOU'RE

2   GOING TO SEE MORE EVENTS ON VIOXX THAN THE NSAID BECAUSE THE

3   NSAID IS PROTECTING YOU FROM HEART DISEASE.

4           SO TOM GOES THROUGH WHY THAT IS THE CASE AND PREDICTS

5   WHAT DOES HE THINK WE'RE GOING TO SEE IF WE DO A STUDY IN

6   PEOPLE WHO HAVE -- HALF GET VIOXX, HALF GET NSAID.  AND THEN HE

7   TALKS ABOUT DO YOU PUT ASPIRIN INTO THE STUDY?  IF YOU PUT

8   ASPIRIN INTO THE STUDY, THAT CLEARLY IS GOING TO PROVIDE

9   PROTECTION AGAINST HEART DISEASE, BUT ASPIRIN IS ALSO GOING TO

10  INCREASE THE LIKELIHOOD THAT YOUR STOMACH IS GOING TO BLEED.

11          SO TOM IS -- THIS MEMO IS TOM SUMMARIZING ALL THE

12  INFORMATION THAT WAS IN THE MEDICAL LITERATURE AND TRYING TO

13  MAKE RECOMMENDATIONS ABOUT HOW WE SHOULD DO THIS STUDY.

14  **Q.**   AND ARE YOU, THEN, AND DR. REICIN, THEN, INVOLVED IN

15  DEBATING WHETHER OR NOT LOW-DOSE ASPIRIN OUGHT TO BE USED IN

16  THIS OUTCOMES TRIAL?

17  **A.**   YES.  WE WERE ALL TRYING TO DECIDE DO WE ALLOW LOW-DOSE

18  ASPIRIN INTO THE TRIAL OR DO WE NOT ALLOW LOW-DOSE ASPIRIN INTO

19  THE TRIAL?

20  **Q.**   AND YOU MENTIONED THAT DR. MUSLINER PREDICTED WHAT MIGHT

21  HAPPEN IF LOW-DOSE ASPIRIN WAS INCLUDED OR EXCLUDED?

22  **A.**   HE FIRST PREDICTED WHAT HE WOULD THINK WOULD HAPPEN IF WE

23  JUST COMPARED VIOXX TO A TRADITIONAL NSAID, AND HIS PREDICTION

24  WAS WE WOULD SEE LESS CARDIOVASCULAR EVENTS ON THE NSAIDS

25  BECAUSE THEY PROVIDE CARDIOPROTECTION JUST LIKE ASPIRIN.

1    **Q.**   NOW, WHEN HE -- WHEN HE PREDICTED -- DR. MUSLINER

2    PREDICTED THAT THERE MIGHT BE MORE HEART ATTACK EVENTS IN THE

3    NSAID -- IN THE VIOXX GROUP COMPARED TO THE NSAID GROUP, DID

4    DR. MORRISON -- I'M SORRY, DID DR. MUSLINER ALSO EXPLAIN

5    CERTAIN ASSUMPTIONS THAT HE MADE WHEN HE DREW THAT CONCLUSION?

6    **A.**   YES.  SO HE'S PREDICTING WHAT'S GOING TO HAPPEN, AND THEN

7    HE SAYS, "HERE IS WHY I THINK THAT.  IF I MAKE THESE VARIOUS

8    ASSUMPTIONS, HERE'S WHAT I THINK IS GOING TO HAPPEN."  THIS IS

9    BACK IN 1996.

10   **Q.**   SO HERE, ON PAGE 4, HE SAYS, "ASSUMPTIONS UNDERLYING THESE

11   NUMBERS" -- AND I COULD SHOW THE NUMBERS IN A MINUTE, BUT

12   THAT'S WHERE HE ANTICIPATES MORE CARDIOVASCULAR EVENTS IN THE

13   VIOXX ARM THAN IN THE NSAID ARM?

14   **A.**   THAT'S CORRECT.

15   **Q.**   HE SAYS, "ASSUMPTIONS UNDERLYING THESE NUMBERS INCLUDE THE

16   FOLLOWING:  A, PATIENTS TREATED WITH STANDARD NSAIDS WILL

17   EXPERIENCE ANTI-PLATELET EFFECTS AND RESULTING CV PROTECTION

18   SIMILAR TO THAT PRODUCED BY ASPIRIN."  AND IS THAT HERE WHERE

19   THE TRADITIONAL NSAID WOULD BE REDUCING THE PLATELETS?

20   **A.**   THAT'S CORRECT.

21   **Q.**   SO IS THIS SAYING THAT THE PATIENTS WHO GET STANDARD

22   NSAIDS MAY GET THE BENEFITS OF CARDIOVASCULAR PROTECTION LIKE

23   ASPIRIN PROVIDES?

24   **A.**   HE'S ASSUMING THAT'S EXACTLY WHAT'S GOING TO HAPPEN.

25   **Q.**   AND THEN B SAYS, "THE DEGREE OF REDUCTION IN FATAL AND

1   NONFATAL CV EVENTS IN THE NSAID GROUP WILL BE COMPARABLE TO

2   THAT OBSERVED WITH ASPIRIN"; RIGHT?

3           AND HERE'S THE ONE I REALLY WANT TO FOCUS ON.  C,

4   "PATIENTS TREATED WITH THE SELECTIVE COX-2 INHIBITOR" -- THAT

5   WOULD BE VIOXX HERE; RIGHT? -- "WILL EXPERIENCE NEITHER A

6   REDUCTION NOR AN INCREASE IN CV EVENTS ASSOCIATED WITH THIS

7   THERAPY."

8   **A.**   RIGHT.

9   **Q.**   "PATIENTS TREATED WITH COX-2 INHIBITOR WILL EXPERIENCE

10  NEITHER A REDUCTION NOR AN INCREASE IN CV EVENTS."  CAN YOU

11  EXPLAIN WHAT HE'S SAYING THERE?

12  **A.**   HE'S ESSENTIALLY SAYING IT'S GOING TO BE NEUTRAL.  VIOXX

13  ISN'T -- NOW, I WANT TO JUST MAKE SURE HE'S CLEAR ON THE TIME

14  LINE HERE.

15          THIS IS IN 1996.  THIS IS BEFORE WE HAD DONE THE

16  GARRETT FITZGERALD EXPERIMENT.  BEFORE THE GARRETT FITZGERALD

17  EXPERIMENT, THERE WAS ABSOLUTELY NO SCIENCE TO PREDICT THAT

18  VIOXX WOULD BE ANYTHING BUT NEUTRAL.  SO WHEN TOM WROTE THIS,

19  HIS ASSUMPTIONS WERE:  I DON'T THINK IT'S GOING TO INCREASE.  I

20  DON'T THINK IT'S GOING TO DECREASE.  I DON'T THINK IT'S GOING

21  TO DO ANYTHING.  IT'S GOING TO BE COMPLETELY NEUTRAL.

22  **Q.**   VIOXX WOULD BE?

23  **A.**   VIOXX WOULD BE.  BUT THAT THE NSAIDS WILL GIVE YOU

24  PROTECTION LIKE ASPIRIN.

25  **Q.**   BECAUSE THEY REDUCE THE PLATELETS?

DAILY COPY

1  **A.**   CORRECT.

2  **Q.**   NOW, I WANT TO TURN TO SOME E-MAILS THAT YOU HAD WITH

3  DR. REICIN ABOUT THIS ISSUE, BUT BEFORE I DO THAT, I WANT TO

4  BRING UP THIS PROTOCOL, THIS GI OUTCOMES PROTOCOL.  WHAT IS A

5  PROTOCOL, SIR?

6  **A.**   I THINK WE EXPLAINED THIS EARLIER.  A PROTOCOL IS AN

7  EXPLANATION OF WHY YOU WANT TO DO THE EXPERIMENT, WHAT THE

8  EXPERIMENT IS, AND ALL THE PROCEDURES IN IT, AND THE STATISTICS

9  OF HOW WE'RE GOING TO ANALYZE THAT EXPERIMENT.

10  **Q.**   LET ME SHOW YOU EXHIBIT 350.

11         **MR. GOLDMAN:**  AND WE OFFER IT.  THIS IS THE DRAFT

12  PROTOCOL FOR THE OUTCOMES TRIAL.

13         **MR. BIRCHFIELD:**  NO OBJECTION, YOUR HONOR.

14         **THE COURT:**  LET IT BE ADMITTED.

15  **BY MR. GOLDMAN:**

16  **Q.**   YOU CAN JUST LOOK ON THE SCREEN, DR. MORRISON.  IT MAY BE

17  EASIER FOR YOU.  ON PAGE 2, THERE IS A TABLE OF CONTENTS, AND

18  IT TALKS ABOUT PROTOCOL, SYNOPSIS, AND OTHER INFORMATION.  IS

19  THIS THE PROTOCOL THAT YOU WERE DISCUSSING WITH DR. REICIN

20  CONCERNING THE OUTCOMES TRIAL?

21  **A.**   DR. REICIN GOT THE ASSIGNMENT TO DEVELOP THIS STUDY.  SO

22  SHE WROTE AN INITIAL VERSION, AND SHE ASKED MANY OF HER

23  COLLEAGUES, "WHAT DO YOU THINK?  DO YOU HAVE ANY COMMENTS ON

24  HOW TO DESIGN THIS EXPERIMENT?"

25  **Q.**   AND IF WE TURN TO PAGE 11 OF THE PROTOCOL, THERE IS JUST A

1  SECTION HERE CALLED "EXCLUSION CRITERIA."  CAN YOU EXPLAIN WHAT

2  EXCLUSION CRITERIA IS?

3  **A.**  THERE IS -- THERE IS TWO THINGS THAT GO TOGETHER:

4  INCLUSION CRITERIA AND EXCLUSION.  INCLUSION MEANS THAT YOU

5  HAVE TO HAVE THIS TO BE IN THE STUDY.

6  SO IF YOU'RE DOING A STUDY ON OSTEOARTHRITIS, YOU

7  WOULD SAY YOU HAVE TO HAVE OSTEOARTHRITIS TO BE IN THIS STUDY.

8  THAT'S AN INCLUSION CRITERIA.  IF YOU SAY I DON'T WANT PEOPLE

9  IN THE STUDY WHO TAKE ASPIRIN, THAT WOULD BE AN EXCLUSION

10  CRITERIA.  IF YOU TAKE ASPIRIN, YOU'RE EXCLUDED FROM THE STUDY.

11  SO, IN ALL OF OUR PROTOCOLS, WE HAVE INCLUSION AND EXCLUSION.

12  **Q.**  AND IN THAT EXCLUSION CRITERIA SECTION -- WHO DRAFTED THE

13  FIRST PROTOCOL FOR THE GI OUTCOMES TRIAL?  IS THAT DR. REICIN?

14  **A.**  YEAH.  ALISE.

15  **Q.**  SO DR. REICIN IS SAYING IN F, HERE, UNDER "EXCLUSION

16  CRITERIA":  "DO WE WANT TO ALLOW HIGH-RISK PATIENTS IN THE

17  STUDY GIVEN THE RISKS WE HAVE DISCUSSED?  I THINK I WILL

18  DEFINITELY MAKE -- I THINK THIS WILL DEFINITELY MAKE ENROLLMENT

19  MORE DIFFICULT, BUT I AM STILL CONCERNED THAT THE NSAID GROUP

20  WILL BE GETTING MORE CARDIOPROTECTION THAN THE -- WILL BE

21  GETTING CARDIOPROTECTION THAT THE 966 GROUP WILL NOT."

22  LET ME JUST READ THAT AGAIN BECAUSE I MESSED IT UP.

23  SHE SAYS, "I AM STILL CONCERNED THAT THE NSAID GROUP

24  WILL BE GETTING CARDIOPROTECTION THAT THE VIOXX GROUP WILL

25  NOT."  CAN YOU EXPLAIN THAT, SIR?

2078

1   **A.**   THAT'S EXACTLY WHAT DR. MUSLINER HAD SAID THAT I EXPLAINED

2   TO YOU EARLIER:   THAT NSAID PEOPLE HAVE THEIR PLATELETS TURNED

3   OFF, OR INHIBITED; THEY GET CARDIOPROTECTION.   THE VIOXX

4   PEOPLE, WE KNOW IT DOESN'T AFFECT BLEEDING TIME; WE KNOW IT

5   DOESN'T AFFECT PLATELETS.   THEY ARE NOT GETTING PROTECTION.

6           SO YOU'RE COMPARING ONE GROUP THAT GETS PROTECTION

7   WITH A GROUP THAT DOESN'T, AND SHE'S SAYING, "I'M CONCERNED

8   WE'RE GOING TO SEE A DIFFERENCE."

9   **Q.**   IS SHE SAYING THAT "I'M CONCERNED WE'RE GOING TO SEE A

10  DIFFERENCE BETWEEN VIOXX AND NSAID BECAUSE VIOXX MIGHT CAUSE

11  HEART ATTACKS"?

12  **A.**   NO.  NO, SHE'S NOT SAYING THAT AT ALL.

13  **Q.**   NOW I WANT TO GO TO AN E-MAIL THAT YOU WROTE.  THIS IS

14  EXHIBIT P-1.0004, WHICH IS ALREADY ADMITTED.

15          HERE IS AN EMAIL THAT YOU WROTE.  HERE IS YOUR NAME.

16  "FROM:  BRIGGS MORRISON."  "REGARDING:  THE GI OUTCOMES TRIAL

17  PROTOCOL."  AND YOU'RE WRITING A NUMBER OF PEOPLE, INCLUDING

18  DR. REICIN.

19          IS THIS WHERE YOU'RE COMMENTING ON THE PROTOCOL THAT

20  SHE HAD CIRCULATED -- SENT YOU?

21  **A.**   YES.  SHE SENT IT OUT -- AT THE BOTTOM OF THIS, THERE IS

22  AN E-MAIL, AND SHE SENT IT TO ALL OF US:  "HERE IS MY DRAFT.

23  COULD YOU GIVE ME YOUR COMMENTS ON IT."

24  **Q.**   AND I WANT TO FOCUS ON A FIFTH POINT WHERE YOU SAY -- AND

25  THIS IS WHAT MR. ROBINSON HAD ON THE SLIDE -- "WOULD ALLOW

1    LOW-DOSE ASPIRIN.  I KNOW THIS HAS BEEN DISCUSSED TO DEATH, BUT

2    REAL WORLD IS EVERYONE IS ON IT, SO WHY EXCLUDE.  AND WITHOUT

3    COX-1 INHIBITION, YOU WILL GET MORE THROMBOTIC EVENTS AND KILL

4    DRUG."

5             CAN YOU EXPLAIN TO THE JURY WHAT THAT MEANS?

6    **A.**   YES.  SO THE DEBATE WAS DO YOU PUT ASPIRIN IN THE STUDY OR

7    DON'T YOU?  I WAS IN THE CAMP THAT SAID YOU SHOULD PUT ASPIRIN

8    IN THE STUDY.

9             THE REASON I THOUGHT YOU SHOULD PUT ASPIRIN IN THE

10   STUDY, VERY SIMPLY, IS THAT I THOUGHT DOCTORS NEEDED TO KNOW.

11   IF I HAD A PATIENT WHO HAS ALREADY HAD A HEART ATTACK, AND THEY

12   ARE ON ASPIRIN, WHICH NSAID SHOULD I GIVE THEM?  SHOULD I GIVE

13   THEM VIOXX OR SHOULD I GIVE THEM IBUPROFEN, YOU KNOW, IN TERMS

14   OF THEIR -- IN TERMS OF THEIR STOMACH?  THEY ARE ALREADY ON

15   ASPIRIN, AND NOW YOU'VE GOT TO ASK:  WELL, WHICH ONE SHOULD I

16   GIVE THEM?

17            SO I THOUGHT, AND I SORT OF EXAGGERATED A LITTLE BIT

18   THERE SAYING EVERYBODY IS ON IT.  IT'S NOT EVERYBODY IS ON IT,

19   BUT A LOT OF PEOPLE TAKE ASPIRIN WHO HAVE OSTEOARTHRITIS.  AND

20   SO I THOUGHT THAT AN IMPORTANT QUESTION THAT DOCTORS WOULD WANT

21   TO KNOW THE ANSWER TO:  IF I HAVE A PATIENT ON ASPIRIN, WHICH

22   ONE IS BETTER FOR THEIR -- DOES THE VIOXX EFFECT STILL SHOW UP,

23   WHICH ONE THEY SHOULD GET?

24            BECAUSE THAT'S MY MAIN REASON WHY I THOUGHT ASPIRIN

25   SHOULD BE IN THE STUDY.  YOU COULD HAVE PEOPLE THAT DON'T TAKE

1   IT, YOU COULD HAVE PEOPLE THAT DO TAKE IT, BUT IT'S AN

2   IMPORTANT QUESTION FOR PEOPLE WHO DO TAKE IT.

3           AND THE SECOND PART IS ESSENTIALLY THE EXACT SAME

4   THING THAT DR. MUSLINER SAID, WHICH IS, "IF DON'T ALLOW ASPIRIN

5   IN THE TRIAL, YOU'VE GOT PEOPLE WHO ARE GETTING AN NSAID WITH

6   CARDIOPROTECTION; YOU'VE GOT PEOPLE WHO ARE GETTING VIOXX WHO

7   AREN'T.  YOU'RE GOING TO SEE A DIFFERENCE IN CARDIOVASCULAR

8   EVENTS."

9           AND SORT OF AS THIS PLAYED OUT, PEOPLE COMPLETELY

10  MISINTERPRET THAT AND THEY SAY, "OH, VIOXX CAUSED THESE AND NOW

11  THEY DON'T USE VIOXX"; WHICH, IN MY OPINION, IS A VERY

12  IMPORTANT DRUG.  AND SO I THOUGHT, IF YOU DO THAT EXPERIMENT,

13  YOU'RE GOING TO GET PEOPLE WHO COMPLETELY MISINTERPRET THE

14  RESULTS.  THEY ARE GOING TO SAY, "VIOXX CAUSED THESE THINGS,"

15  PEOPLE AREN'T GOING TO USE VIOXX, AND YOU'RE GOING TO END UP

16  LOSING A HUGE CLINICAL BENEFIT.

17  Q.   SO WERE YOU TALKING HERE, SIR, AT ALL ABOUT VIOXX CAUSING

18  HEART ATTACKS OR CAUSING THROMBOTIC EVENTS?

19  A.   NO, ABSOLUTELY NOT.  VIOXX ISN'T CAUSING ANYTHING.  THIS

20  EXCHANGE -- MY ASSUMPTION IS VIOXX IS NEUTRAL BUT THAT THE

21  NSAID PEOPLE ARE GETTING PROTECTION.  AND SO, OF COURSE, YOU'RE

22  GOING TO SEE A DIFFERENCE BECAUSE THE NSAID PEOPLE GOT

23  PROTECTION; THE VIOXX PEOPLE DIDN'T.

24  Q.   AND THEN I JUST WANT TO CULL OUT ONE MORE SECTION HERE,

25  AND THEN WE'LL BE DONE WITH THIS ISSUE AND CLOSE TO WRAPPING

1   UP, DOCTOR.

2           HERE, DR. REICIN, RESPONDS TO YOU AND OTHERS.  IT'S

3   AGAIN ABOUT THE GI OUTCOMES TRIAL:  "BRIGGS, THANKS FOR YOUR

4   INPUT HERE.  HERE ARE SOME ANSWERS."  AND SHE SAYS IN NUMBER 5,

5   WHICH MATCHES UP WITH YOUR NUMBER 5 IN YOUR E-MAIL, "LOW-DOSE

6   ASPIRIN, I HEAR YOU.  THIS IS A NO-WIN SITUATION.  THE RELATIVE

7   RISK OF EVEN LOW-DOSE ASPIRIN MAY BE AS HIGH AS TWO- TO

8   FOURFOLD.  YET THE POSSIBILITY OF INCREASED CV EVENTS IS OF

9   GREAT CONCERN.  (I JUST CAN'T WAIT TO BE THE ONE TO PRESENT

10  THOSE RESULTS TO SENIOR MANAGEMENT.)"

11          LET ME STOP THERE.  WHAT IS DR. REICIN TALKING ABOUT

12  THERE AS YOU UNDERSTOOD IT?

13  **A.**   SHE SAYS, IF YOU PUT ASPIRIN IN, YOU'RE GOING TO INCREASE

14  THE CHANCES THAT PEOPLE ARE GOING TO HAVE BLEEDING IN THEIR

15  STOMACH.

16          SO IF YOU'RE DOING AN EXPERIMENT TO TRY TO FIGURE OUT

17  IS VIOXX SAFER ON YOUR STOMACH, AND YOU ALLOW PEOPLE TO TAKE

18  ASPIRIN, THAT INCREASES THE RATE.  BUT IF YOU LEAVE ASPIRIN

19  OUT, THEN, AS SHE'S SAYING, THE POSSIBILITY OF INCREASED CV

20  EVENTS, WHICH SHE HAD SAID IN THE DRAFT PROTOCOL, BECAUSE WE'RE

21  NOT GETTING PROTECTION FROM VIOXX AS WE ARE FROM THE NSAID.

22          AND SHE SAID, YOU KNOW, I DON'T WANT TO BE THE ONE TO

23  HAVE TO PRESENT THOSE RESULTS; THAT THE GI BENEFIT WAS CLEARLY

24  THERE, BUT NOW WE SEE A DIFFERENCE IN CARDIOVASCULAR EVENTS.

25  AND, YOU KNOW, HOW DO YOU EXPLAIN THAT TO PEOPLE, THAT THIS IS

1   EXPECTED BECAUSE THE NSAID PROTECTED YOU?

2   **Q.**   AND I'LL ACTUALLY COVER THE REST OF THIS WITH DR. REICIN

3   BECAUSE SHE'LL BE HERE.  SO RATHER THAN ASK YOU WHAT SHE MEANT

4   WITH THE REST OF THIS STATEMENT, I'LL JUST ASK HER ON MONDAY.

5          THE FINAL TOPIC I WANT TO COVER, DR. MORRISON, IS,

6   AFTER THE APPROVAL OF VIOXX, WERE YOU INVOLVED AT ALL IN

7   DESIGNING ANY CLINICAL TRIALS FOR VIOXX?

8   **A.**   YES.

9   **Q.**   AND DID YOU DESIGN ANY -- WELL, LET ME ASK YOU THIS:  WHAT

10   TYPES OF TRIALS WERE DONE ON VIOXX AFTER THE INITIAL APPROVAL

11   FOR THE TREATMENT OF OSTEOARTHRITIS AND DENTAL PAIN AND

12   MENSTRUAL PAIN?  WHAT TYPES OF OTHER DISEASES DID MERCK HOPE TO

13   ADDRESS WITH VIOXX?

14   **A.**   THERE WERE STUDIES UNDER RHEUMATOID ARTHRITIS, WHICH IS A

15   DIFFERENT KIND OF ARTHRITIS.  OSTEO IS THE WEAR AND TEAR.

16   RHEUMATOID ARTHRITIS IS WHERE YOUR BODY, FOR REASONS WE DON'T

17   UNDERSTAND, STARTS ATTACKING YOUR JOINTS AS THOUGH THEY ARE

18   FOREIGN.  THAT'S RHEUMATOID ARTHRITIS.

19          YOU'VE HEARD QUITE A BIT THAT WE -- THERE WAS A

20   THEORY THAT VIOXX COULD ACTUALLY DELAY THE PROGRESSION OF

21   ALZHEIMER'S DISEASE.  AS A PAIN MEDICATION, THERE WAS A THEORY

22   THAT IT COULD WORK TO TREAT MIGRAINE AND OTHER PAIN CONDITIONS.

23   AND THERE WAS A THEORY THAT VIOXX COULD ACTUALLY TREAT OR --

24   PREVENT OR TREAT CANCER.

25   **Q.**   WERE YOU INVOLVED IN DESIGNING ANY CLINICAL TRIALS FOR

1    VIOXX TO SEE IF IT WOULD WORK TO PREVENT CANCER?

2    **A.**   YES.

3    **Q.**   CAN YOU DESCRIBE BRIEFLY THAT TRIAL.

4    **A.**   YES.  THIS IS A TRIAL THAT -- THESE BIG OUTCOMES TRIALS

5    GET A NAME.  SO, YOU KNOW, VIGOR, VICTOR, AND IT'S JUST

6    SOMETHING THAT PEOPLE IN THE INDUSTRY DO.  I'M NOT QUITE SURE

7    WHY.  THEY GIVE THEM A NAME.

8    **Q.**   LIKE VIGOR?

9    **A.**   LIKE VIGOR.  THE EARLIER STUDIES, WE JUST CALL THEM PHASE

10   III.  WE GIVE THEM A NUMBER.  BUT THESE BIG OUTCOMES TRIALS,

11   THEY SORT OF BRAND THEM AND GIVE THEM A NAME.  THE ONE THAT I

12   SET UP WITH A GROUP IN ENGLAND WAS CALLED VICTOR, AND THERE IS

13   A VICTOR -- VIOXX IN CANCER TREATMENT OUTCOMES.  I FORGOT WHAT

14   VICTOR STANDS FOR, BUT VICTOR WAS A TRIAL IN PATIENTS WHO HAD

15   COLON CANCER.

16          **MR. BIRCHFIELD:**  YOUR HONOR, MAY WE APPROACH FOR A

17   SECOND?

18          **THE COURT:**  SURE.

19          **MR. BIRCHFIELD:**  WE'RE NOW GET GETTING INTO AN AREA

20   THAT WAS THE SUBJECT OF A MOTION IN LIMINE THAT YOU GRANTED

21   INITIALLY THAT YOU ALLOWED THEM TO GET INTO.  YOU ALLOWED THEM

22   TO PLAY A PORTION OF DAVID ANSTICE'S DEPOSITION, IN COUNTER TO

23   MARK LANIER'S QUESTIONS ABOUT THE BENEFITS OF THE DRUG, BUT I

24   DON'T THINK THE ISSUE SHOULD OPEN UP -- I DON'T THINK IT SHOULD

25   OPEN THE DOOR FOR ALL OF THE TESTIMONY ABOUT EVERY TRIAL THEY

1  LOOK AT TO SEE IF THERE IS CANCER.

2       **MR. GOLDMAN:**  YOU MAY RECALL, YOUR HONOR THAT WE

3  ADDRESSED THIS WITH YOUR HONOR AFTER WE HEARD MR. LANIER OPENED

4  THE DOOR ON CANCER, AND THAT WAS A PORTION THAT THE PLAINTIFFS

5  DESIGNATED, AND THIS IS GOING TO BE A VERY BRIEF SECTION ABOUT

6  VICTOR, AND NOTHING MORE THAN THAT, BUT THEY OPENED THE DOOR

7  AND MR. LANIER --

8       **THE COURT:**  I UNDERSTAND THE ISSUE.  LET'S NOT MAKE

9  IT A BIG DEAL.  LET'S GET INTO IT AND GET OUT OF IT.  I

10  OVERRULE IT TO THAT EXTENT.

11  **BY MR. GOLDMAN:**

12  **Q.**  SORRY ABOUT THAT.  YOU WERE TALKING ABOUT THE VICTOR

13  TRIAL.

14  **A.**  JUST BRIEFLY, THE VICTOR TRIAL IS A TRIAL THAT PATIENTS

15  WHO HAVE COLON CANCER, THEY UNDERGO SURGERY TO HAVE THEIR COLON

16  CANCER TAKEN OUT, AND THEY MAY RECEIVE CHEMOTHERAPY OR

17  RADIATION THERAPY.  THAT'S THE STANDARD THERAPY THAT THOSE

18  PATIENTS WOULD GET.

19       THEN THEY WERE RANDOMIZED TO GET EITHER VIOXX OR

20  PLACEBO, AND THE QUESTION WAS WOULD VIOXX DELAY THE RECURRENCE

21  OF THEIR CANCER, AND IT WAS A VERY LARGE TRIAL THAT I WORKED

22  WITH A GROUP IN ENGLAND TO SET UP.

23  **Q.**  WERE YOU EVER ABLE TO GET AN ANSWER TO THE QUESTION ABOUT

24  WHETHER VIOXX PREVENTS CANCER, SIR?

25  **A.**  NO.  THE VICTOR TRIAL WAS STOPPED AT THE TIME THAT THE

2085

1   DRUG WAS WITHDRAWN FROM THE MARKET, SO MY UNDERSTANDING IS WE
2   DID NOT REACH THE FULL ENROLLMENT AND DIDN'T ANSWER THE
3   QUESTION.
4   **Q.**   DR. MORRISON, I MAY OR MAY NOT COME UP AFTER
5   MR. BIRCHFIELD ASKS YOU QUESTIONS, SO I'M GOING TO ASK YOU THIS
6   NOW:  YOU WERE A SCIENTIST WHO CAME TO MERCK TO ASSIST IN
7   DEVELOPING DRUGS THAT WOULD HELP PEOPLE; IS THAT TRUE?
8   **A.**   YES.
9   **Q.**   AND YOU WERE INVOLVED WITH VIOXX'S DEVELOPMENT; TRUE?
10  **A.**   THAT'S CORRECT.
11  **Q.**   DID YOU, SIR, BEFORE VIOXX WAS BROUGHT TO THE MARKET, IN
12  MAY OF 1999, BELIEVE THAT VIOXX CAUSED HEART ATTACKS?
13  **A.**   NO.  ABSOLUTELY NOT.
14          **MR. GOLDMAN:**  THOSE ARE ALL OF THE QUESTIONS I HAVE.
15  THANK YOU, DR. MORRISON.
16          **THE COURT:**  CAN WE GO TO 12:30 OR DO YOU WANT TO
17  STOP?
18          **MR. BIRCHFIELD:**  I COULD GO FOR A LITTLE WHILE,
19  YOUR HONOR.
20          **THE COURT:**  LET'S GO FOR A LITTLE WHILE AND THEN
21  WE'LL STOP.
22                    **CROSS-EXAMINATION**
23  BY MR. BIRCHFIELD:
24  **Q.**   GOOD MORNING, DR. MORRISON.
25  **A.**   MR. BIRCHFIELD, HOW ARE YOU?

DAILY COPY

1    **Q.**   DR. MORRISON, WAS IT YOU WHO MADE THE DECISION TO PUT

2    VIOXX ON THE MARKET?

3    **A.**   NO.

4    **Q.**   WAS IT YOU WHO MADE THE DECISION TO TRY TO BEAT CELEBREX

5    TO THE MARKET?

6    **A.**   NO.

7    **Q.**   ARE YOU THE ONE WHO MADE THE DECISION TO GET A RUSH REVIEW

8    OR A PRIORITY REVIEW FOR VIOXX FROM THE FDA?

9    **A.**   NO.

10   **Q.**   ARE YOU THE ONE WHO MADE THE DECISION TO RUN TV ADS FOR

11   VIOXX?

12   **A.**   NO.

13   **Q.**   ARE YOU THE ONE WHO MADE THE DECISION TO LAUNCH ONE OF THE

14   MOST AGGRESSIVE MARKETING CAMPAIGNS IN HISTORY ABOUT VIOXX?

15   **A.**   I HAVE NOTHING TO DO WITH MARKETING.

16   **Q.**   DID YOU MAKE THE DECISION -- ARE YOU THE ONE AT MERCK WHO

17   MADE THE DECISION TO DELAY THE VIGOR STUDY SO THAT YOU COULD

18   GET AN EARLIER APPROVAL FOR VIOXX?

19   **A.**   I'M NOT SURE I AGREE WITH YOUR QUESTION, BUT, NO, I HAD

20   NOTHING TO DO WITH WHEN WE DID THE GI OUTCOMES TRIAL.

21   **Q.**   WELL, THE GI OUTCOMES TRIAL WAS DELAYED SO IT WOULD NOT BE

22   COMPLETED BEFORE THE APPROVAL; RIGHT?

23   **A.**   THE PROTOCOL THAT I REVIEWED JUST NOW IS -- WAS AN EARLY

24   VERSION OF THE GI OUTCOMES TRIAL, WHICH WAS ACTUALLY PLANNED TO

25   BE IN PATIENTS WITH OSTEOARTHRITIS.  THAT TRIAL WAS NOT DONE,

2087

1   AND THEN VIGOR WAS DONE IN PATIENTS WITH RHEUMATOID ARTHRITIS.

2   Q.   BUT YOU ARE AWARE, AREN'T YOU, DR. MORRISON, THAT THE

3   DECISION WAS HAD MADE EARLY IN THE CLINICAL DEVELOPMENT PROGRAM

4   TO DELAY THAT GI OUTCOMES STUDY TO SEE WHETHER OR NOT VIOXX

5   HELPED PREVENT THOSE GI PROBLEMS, THAT STUDY WAS DELAYED

6   BECAUSE YOU NEEDED TO GET VIOXX TO THE MARKET AS SOON AS

7   POSSIBLE; RIGHT?

8   A.   MY RECOLLECTION IS THAT THIS STUDY THAT WE HAD JUST

9   REVIEWED, THIS DECISION WAS MADE NOT TO DO THAT STUDY, AND THEN

10  AT A LATER POINT THE STUDY CAME BACK AND WAS THE STUDY KNOWN AS

11  VIGOR.  I DON'T HAVE ANY DIRECT INFORMATION OF WHY WE DIDN'T DO

12  THE FIRST ONE OR WHY WE DID DO THE SECOND ONE.

13  Q.   AND MY POINT IS:  YOU'RE NOT THE PERSON THAT MADE THE

14  DECISION TO DELAY IT; RIGHT?

15  A.   I'M NOT THE PERSON WHO MADE THE DECISION NOT TO DO THE

16  FIRST ONE AND TO DO THE SECOND ONE, THAT'S CORRECT.

17  Q.   ARE YOU THE PERSON IN MERCK THAT MADE THE DECISION TO

18  FIGHT THE FDA ON THE LABEL PROVISIONS REGARDING VIOXX?

19  A.   DO YOU MEAN THE ORIGINAL LABEL OR THE SUBSEQUENT LABEL?

20  Q.   BOTH.  EITHER.

21  A.   WELL, FOR THE ORIGINAL LABEL, I WAS INVOLVED IN HELPING TO

22  DRAFT THE ORIGINAL VERSION, PARTICULARLY THE SECTIONS THAT HAD

23  TO DO WITH THE WORK THAT I HAD DONE.  AND IN THE CONVERSATIONS

24  ABOUT THE FDA WANTING TO CHANGE WORDING, I WAS INVOLVED

25  PARTICULARLY FOR THE SECTIONS OF THE STUDIES THAT I HAD DONE.

1   I HAD ABSOLUTELY NOTHING TO DO WITH THE SUBSEQUENT LABEL CHANGE

2   THAT CAME LATER.

3   **Q.**   AND YOU TALKED TO US ABOUT SOME MEETINGS WITH THE FDA

4   ABOUT THE CLINICAL DEVELOPMENT, THE DIFFERENT PHASES; IS THAT

5   RIGHT?

6   **A.**   AT THE END OF THE PHASE II MEETING AND THE PRE-NDA

7   MEETING?

8   **Q.**   YES.

9   **A.**   YES.

10  **Q.**   ARE YOU THE ONE WHO MADE THE DECISION ABOUT WHAT TO TELL

11  AND WHAT TO GIVE THE FDA AT THAT MEETING?

12  **A.**   IN TERMS OF THE BACKGROUND PACKAGE?

13  **Q.**   YES.

14  **A.**   AGAIN, FOR THE THINGS -- THE STUDIES THAT I WAS INVOLVED

15  IN, I WOULD PUT TOGETHER THOSE PIECES, AND FOR OTHER PARTS I

16  DID NOT, NO.

17  **Q.**   DID YOU -- DID YOU MAKE THE DECISION ABOUT WHAT CONCERNS

18  TO RELAY TO THE FDA AND WHAT TO KEEP TO YOURSELF?

19  **A.**   AGAIN, I'M NOT SURE I UNDERSTAND YOUR QUESTION.  IN TERMS

20  OF WHAT WE WERE GOING TO PUT IN THE BACKGROUND PACKAGE AT THE

21  END OF THE PHASE II MEETING AND WHAT WE PUT IN THE BACKGROUND

22  PACKAGE FOR THE PRE-NDA MEETING, THOSE, AS A PROJECT TEAM, WE

23  DID TALK ABOUT WHAT ARE THE QUESTIONS WE WOULD LIKE INPUT FROM

24  THE FDA ON.

25  **Q.**   WAS IT YOUR DECISION WHAT TO GIVE THE FDA AND WHAT NOT TO?

1   YOURS PERSONALLY.

2   **A.**   AM I THE FINAL DECISION MAKER?  NO.  DR. NIES WAS THE HEAD

3   OF THE PROJECT.

4   **Q.**   WAS IT YOUR DECISION TO NOT DO A CV OUTCOMES STUDY FOR

5   VIOXX?

6   **A.**   NO.  BASICALLY I HAD NO DECISION.  I WAS NOT THE DECISION

7   MAKER ABOUT IT.  SUBSEQUENT STUDIES, AFTER I CAME OFF THE

8   PROJECT TEAM, OTHER THAN THE ONES RELATED TO CANCER.

9   **Q.**   WAS IT YOUR DECISION TO HAVE THE MERCK PUBLIC AFFAIRS

10  DEPARTMENT TELL THE WORLD THAT THERE WAS NO REASON TO BELIEVE

11  VIOXX CAUSED HEART ATTACKS?  WAS THAT YOUR DECISION?

12  **A.**   I'M NOT SURE I KNOW EXACTLY WHAT YOU'RE TALKING ABOUT.

13  **Q.**   DID YOU MAKE THE DECISION TO HAVE THE MERCK PUBLIC AFFAIRS

14  DEPARTMENT TELL THE WORLD THROUGH THE NEWS MEDIA THAT THERE IS

15  NO REASON TO BELIEVE VIOXX CAUSES HEART ATTACKS?

16  **A.**   I'M NOT EXACTLY SURE WHAT YOU'RE TALKING ABOUT, BUT IN

17  GENERAL, I'VE NEVER BEEN A DECISION MAKER ABOUT WHAT PUBLIC

18  AFFAIRS TELLS THE PUBLIC.

19  **Q.**   WAS IT YOUR DECISION TO EXPLAIN AWAY THE VIGOR RESULTS BY

20  SAYING IT'S NAPROXEN?

21  **A.**   THERE, I CAN -- I WILL DISAGREE WITH YOUR

22  CHARACTERIZATION.  I'M NOT THE DECISION MAKER, BUT I THINK THE

23  WAY YOU CHARACTERIZED IT IS NOT THE WAY I WOULD CHARACTERIZE

24  IT.

25  **Q.**   WELL, THE VIGOR RESULTS CAME OUT AND SHOWED A FIVEFOLD

2090

1    INCREASE IN HEART ATTACKS; IS THAT RIGHT?

2    A.    THAT'S CORRECT.

3    Q.    AND --

4    A.    FIVEFOLD DIFFERENCE.

5    Q.    A FIVEFOLD DIFFERENCE IN HEART ATTACKS.  AND ONE

6    POSSIBILITY WAS THAT VIOXX WAS PROTHROMBOTIC AND WAS CAUSING

7    HEART ATTACKS; IS THAT RIGHT?

8    A.    THAT'S CORRECT.

9    Q.    AND ANOTHER POSSIBILITY THAT WAS CONSIDERED BY MERCK WAS

10   THAT NAPROXEN WAS PROTECTING AGAINST HEART ATTACK?

11   A.    THAT'S CORRECT.

12   Q.    AND MERCK TOOK THE POSITION --

13   A.    AND THERE WAS THE POSSIBILITY THAT IT WAS JUST A CHANCE

14   OBSERVATION IN A SINGLE STUDY.

15   Q.    IT WAS STATISTICALLY SIGNIFICANT; RIGHT?

16   A.    I UNDERSTAND, BUT THERE WAS STILL THAT POSSIBILITY.

17   Q.    THAT TINY, TINY POSSIBILITY OF A CHANCE?

18   A.    THAT'S CORRECT.

19   Q.    BECAUSE IT WAS STATISTICALLY SIGNIFICANT?

20   A.    THAT'S CORRECT.

21   Q.    SO YOU HAD THESE TWO POSSIBILITIES:  EITHER VIOXX IS

22   PROTHROMBOTIC, OR NAPROXEN IS PROTECTING THE HEART.  WAS IT

23   YOUR DECISION TO SAY, "MERCK SAYS IT'S NAPROXEN IS PROTECTING

24   THE HEART, NOT VIOXX CAUSING IT."?

25   A.    NO, THAT WAS NOT MY DECISION.

1  **Q.**   DID YOU MAKE THE DECISION TO -- WE TALKED ABOUT THE BOARD

2  OF SCIENTIFIC ADVISORS.  DID YOU MAKE THE DECISION TO CONVENE

3  THAT BOARD OF SCIENTIFIC ADVISORS TO LOOK AT THE ISSUES OF

4  VIOXX?

5  **A.**   I DID NOT.

6  **Q.**   DID YOU ATTEND THAT MEETING?

7  **A.**   I ATTENDED THAT MEETING, BUT NOT RELATED TO THE VIOXX.

8  I'M PRETTY SURE I WAS AT THAT MEETING RELATING TO SOME CANCER

9  STUDIES THAT WE WERE DOING WITH A DIFFERENT DRUG.

10  **Q.**   DID YOU MAKE THE DECISION FOR YOU TO BE MERCK'S

11  REPRESENTATIVE AT THIS TRIAL?

12  **A.**   NO.

13  **Q.**   WHO MADE THAT DECISION, DR. MORRISON?

14  **A.**   I DON'T KNOW THE ANSWER TO THAT.  THEY ASKED IF I WOULD BE

15  WILLING TO --

16         **MR. BECK:**  THAT WOULD BE ME, YOUR HONOR.

17         **THE WITNESS:**  OH, OKAY.  MR. BECK.

18  **BY MR. BIRCHFIELD:**

19  **Q.**   AND DID YOU GO THROUGH ANY TRAINING TO BE A -- TO TESTIFY?

20  **A.**   NO.

21  **Q.**   NO TRAINING?

22  **A.**   NO.

23  **Q.**   NO REHEARSAL OR ANYTHING?

24  **A.**   NO.  I DO -- AS YOU KNOW, I'VE TESTIFIED IN THESE KINDS OF

25  CASES BEFORE.  I DO OCCASIONALLY REFRESH MY MEMORY JUST TO MAKE

2092

1  SURE THAT I REMEMBER A LOT OF DETAILED FACTS, BUT IN TERMS OF
2  WHAT I TALK ABOUT AND HOW I TALK ABOUT IT, IT'S ALL COMPLETELY
3  MY OWN.
4          I DO GIVE A LOT OF TALKS AS PART OF MY JOB, SO I'M
5  COMFORTABLE GIVING TALKS.
6  **Q.**   DID YOU GET ANY TRAINING ABOUT OR ANY COACHING ABOUT HOW
7  TO CONDUCT YOURSELF IN THE COURTROOM AND HOW TO INTERACT WITH
8  JURORS?
9  **A.**   NO.
10  **Q.**   TO SMILE AND GET EYE CONTACT WITH JURORS?
11  **A.**   NO.
12  **Q.**   NOW, I'M GOING TO ASK YOU:  ARE YOU KNOWLEDGEABLE ABOUT
13  WHAT MERCK TOLD DOCTORS ABOUT VIOXX?
14  **A.**   I'M ONLY KNOWLEDGEABLE ABOUT THE PRODUCT CIRCULAR.
15  **Q.**   THE PRODUCT LABEL?
16  **A.**   YES.
17  **Q.**   BUT ANY MATERIAL THAT THE SALES REPRESENTATIVES USED TO
18  INTERACT WITH DOCTORS, YOU DON'T HAVE ANY KNOWLEDGE ABOUT THAT?
19  **A.**   THAT'S CORRECT.
20  **Q.**   DO YOU HAVE ANY KNOWLEDGE ABOUT THE DIRECT-TO-CONSUMER
21  ADVERTISING FOR VIOXX, WHAT MERCK WAS TELLING THE PUBLIC ABOUT
22  VIOXX?
23  **A.**   I SAW THE ADS; BUT PURELY AS SOMEBODY WATCHING TV, NOT
24  RELATED TO MERCK.
25  **Q.**   BUT AS FAR AS THE DECISION-MAKING PROCESS OR WHAT WAS

1    GOING ON WITHIN MERCK ABOUT HOW WE'RE GOING TO PRESENT VIOXX

2    AND THE SAFETY RISKS TO THE PUBLIC, YOU DON'T HAVE ANY

3    KNOWLEDGE OF?

4    A.    NO.

5    Q.    WHAT ABOUT -- YOU DO KNOW ABOUT VIOXX AND HOW IT WORKS AND

6    THE SIDE EFFECTS; RIGHT?  YOU CAN TALK TO US ABOUT THAT?

7    A.    SURE.

8    Q.    AND THE CLINICAL TRIALS THAT WERE CONDUCTED BY MERCK;

9    RIGHT?

10   A.    EXACTLY.  JUST AS I'VE JUST TALKED ABOUT.

11   Q.    BUT AS FAR AS ANY MARKETING OR BIG STRATEGY DECISIONS, YOU

12   WEREN'T INVOLVE IN IT?

13   A.    NO, SIR.

14   Q.    NOW, AT MERCK, IS THERE A MOTTO -- IS THE MERCK MOTTO

15   "WHERE PATIENTS COME FIRST"?

16   A.    THAT'S THE CURRENT MERCK MOTTO.  I'VE SEEN THAT IN THINGS

17   AROUND THE COMPANY.

18   Q.    THAT'S A PRETTY IMPORTANT PRINCIPLE, DON'T YOU THINK, DR.

19   MORRISON?

20   A.    I DO.

21   Q.    AND THAT'S AN IMPORTANT PRINCIPLE FOR ALL DRUG COMPANIES,

22   RIGHT, JUST NOT MERCK?

23   A.    I AGREE.

24   Q.    AND IF A DRUG COMPANY DOESN'T PUT PATIENTS FIRST BUT -- A

25   DRUG COMPANY DOESN'T PUT PATIENT SAFETY FIRST, THEY ARE NOT

1    ACTING AS A REASONABLE DRUG COMPANY, ARE THEY?

2    **A.**   I WOULD AGREE WITH THAT.

3    **Q.**   A REASONABLE, PRUDENT DRUG COMPANY MUST PUT PATIENT SAFETY

4    FIRST; RIGHT?

5    **A.**   ABSOLUTELY.

6    **Q.**   AND IF A DRUG COMPANY IS GUIDED BY, IN THE DECISIONS THAT

7    THEY MAKE, BY SOMETHING OTHER THAN PATIENT SAFETY FIRST, THEY

8    ARE NOT ACTING AS A REASONABLE DRUG COMPANY?

9    **A.**   I WOULDN'T WANT TO WORK FOR A DRUG COMPANY THAT PROFITS

10   FROM PATIENT SAFETY.

11   **Q.**   PUTTING PATIENT SAFETY FIRST, THAT'S A MINIMUM STANDARD

12   FOR A REASONABLE DRUG COMPANY IN HANDLING ITS PRODUCTS; RIGHT?

13   **A.**   IT'S WHAT I EXPECT TO HAPPEN.  IT'S BEEN MY EXPERIENCE IN

14   THE YEARS I'VE BEEN AT MERCK.  ABSOLUTELY.  PATIENT SAFETY IS

15   ABSOLUTELY PARAMOUNT.

16   **Q.**   AND, DR. MORRISON, HAVE YOU HEARD THE EXPRESSION "ACTIONS

17   SPEAK LOUDER THAN WORDS"?

18   **A.**   I HAVE, YES.

19   **Q.**   AND YOU AGREE WITH THAT?

20   **A.**   I ACTUALLY DO AGREE WITH THAT, YES.

21   **Q.**   WELL, I WANT US TO TAKE JUST A FEW MINUTES AND LOOK AT

22   MERCK'S ACTIONS AND WHAT THEY DID IN HANDLING VIOXX, OKAY?

23   **A.**   SURE.

24   **Q.**   BEFORE I DO THAT, I WANT TO GO BACK TO THE PROSTACYCLIN

25   AND THE COX-2 FOR JUST A MINUTE AND MAKE SURE WE'RE...

| | |
|---|---|
| 1 | **MR. BIRCHFIELD:**  YOUR HONOR, MAY I? |
| 2 | **THE WITNESS:**  SURE. |
| 3 | **Q.**  CAN YOU SEE, DOCTOR? |
| 4 | **A.**  I SURE CAN. |
| 5 | **Q.**  CAN EVERYBODY UP OVER THERE SEE?  YOU'VE GOT PROSTACYCLIN. |
| 6 | I THINK I'VE GOT THAT RIGHT.  DID I SPELL THAT RIGHT? |
| 7 | **A.**  CLOSE ENOUGH.  I THINK EVERYBODY KNOWS WHAT YOU'RE TALKING |
| 8 | ABOUT.  I'M NOT A GOOD SPELLER EITHER. |
| 9 | **Q.**  PROSTACYCLIN IS A, I'M GOING TO USE SOME GOOD TERMS HERE, |
| 10 | POTENT INHIBITOR; IS THAT RIGHT?  WOULD YOU AGREE WITH THAT? |
| 11 | **A.**  INHIBITOR OF WHAT? |
| 12 | **Q.**  OF PLATELET AGGREGATION. |
| 13 | **A.**  YES.  BY POTENT WE MEAN IT TAKES A VERY SMALL AMOUNT TO DO |
| 14 | IT. |
| 15 | **Q.**  POTENT MEANS JUST A SMALL AMOUNT WILL HAVE A BIG EFFECT, |
| 16 | THAT'S STRONG; RIGHT? |
| 17 | **A.**  RIGHT. |
| 18 | **Q.**  POTENT INHIBITOR OF PLATELET AGGREGATION? |
| 19 | **A.**  RIGHT. |
| 20 | **Q.**  NOW, WHEN WE SAY IT'S A POTENT INHIBITOR -- OOPS, I MISSED |
| 21 | THAT ONE -- INHIBITOR OF PLATELET AGGREGATION, IF IT'S |
| 22 | INHIBITING PLATELET AGGREGATION, IT'S KEEPING THE PLATELETS |
| 23 | FROM CLUMPING TOGETHER OR CLOTTING; RIGHT? |
| 24 | **A.**  THAT'S CORRECT. |
| 25 | **Q.**  NOW, YOU SAID SOMETIMES PEOPLE TALK ABOUT THAT AS BEING A |

1    BLOOD THINNER?  IT'S NOT RIGHT, BUT THEY TALK IN TERMS --

2    **A.**   WHEN YOUR PLATELETS ARE -- THE BLOOD THINNER PART IS WHEN

3    YOU INHIBIT THE ABILITY OF PLATELETS TO CLUMP, IN COLLOQUIAL

4    TERMS PEOPLE CALL THAT A BLOOD THINNER.

5    **Q.**   SO WE'VE GOT PROSTACYCLIN.  NOW, IT'S NOT JUST A POTENT,

6    IT IS THE MOST POTENT INHIBITOR OF PLATELET AGGREGATION?

7    **A.**   I DON'T KNOW THE ANSWER TO THAT.  NITROUS OXIDE IS ALSO,

8    BUT I DON'T KNOW WHICH ONE IS MOST POTENT.

9    **Q.**   WELL, THE FACT THAT IT WAS A POTENT INHIBITOR OF PLATELET

10   AGGREGATION, THAT WAS KNOWN BACK WHEN 1992.  IT BEEN KNOWN FOR

11   A LONG, LONG TIME; RIGHT?

12   **A.**   I'M PRETTY SURE I LEARNED THAT IN MEDICAL SCHOOL.

13   **Q.**   AND SO THAT MEANS IT'S A BLOOD THINNER OR AN ANTICLOTTER;

14   HOW ABOUT THAT?

15   **A.**   RIGHT.

16   **Q.**   AND IT'S NOT ONLY A POTENT INHIBITOR OF PLATELET

17   AGGREGATION, BUT IT'S ALSO A VASODILATOR; IS THAT RIGHT?

18   **A.**   THAT'S CORRECT.

19   **Q.**   NOW, WHEN YOU SAY -- WHEN WE SAY IT'S A VASODILATOR, THAT

20   MEANS IT CAUSES THE VESSELS TO EXPAND OR RELAX; IS THAT RIGHT?

21   **A.**   ABSOLUTELY.

22   **Q.**   A VESSEL RELAXER; CLOSE ENOUGH?

23   **A.**   THAT'S OKAY.

24   **Q.**   SO WE'VE GOT PROSTACYCLIN ON ONE HAND, IT'S A BLOOD

25   THINNER, KEEPS THE BLOOD FROM CLOTTING, AND A VESSEL RELAXER,

1  KEEPS IT EXPANDED; RIGHT?  IS THAT RIGHT?

2  **A.**   THAT SOUNDS GOOD.

3  **Q.**   AND THEN WE HAVE THROMBOXANE.  AND THROMBOXANE IS A --

4  IT'S A -- IT'S A POTENT PLATELET ANTIAGGREGATE; IS THAT RIGHT?

5  WOULD THAT BE RIGHT?

6  **A.**   IT'S CAUSES PLATELETS TO AGGREGATE.

7  **Q.**   PLATELET AGGREGATER.  ALL RIGHT.  AND WHEN WE ARE TALKING

8  ABOUT POTENT PLATELET AGGREGATION, WE'RE TALKING ABOUT CAUSING

9  CLOTS, RIGHT, THAT'S CAUSING THE BLOOD VESSELS TO STICK

10  TOGETHER.  STICKY BLOOD, RIGHT?

11  **A.**   AS I EXPLAINED, THE PLATELETS SWARM IN ON THE HOLE AND

12  CLOSE IT OFF, SO THEY USE THROMBOXANE IN A WAY TO SORT OF CALL

13  THEIR FRIENDS SO WE ALL GET TOGETHER AND CLOG UP THAT HOLE.

14  **Q.**   SO THAT WOULD BE A CLOTTER; RIGHT?

15  **A.**   (WITNESS NODS HEAD AFFIRMATIVELY.)

16  **Q.**   IT'S NOT ONLY A POTENT PLATELET AGGREGATOR, BUT IT'S ALSO

17  A VASOCONSTRICTOR; RIGHT?

18  **A.**   SO IT'S CALLING ALL THE PLATELETS, LET'S PLUG UP THE HOLE

19  AND LET'S MAKE THE BLOOD VESSEL A LITTLE BIT SMALLER SO THAT

20  LESS BLOOD COMES INTO THE VESSEL THAT'S BEEN DAMAGED.

21  **Q.**   AND THAT WOULD BE, WHAT, A VESSEL SQUEEZER?  CLOSE ENOUGH?

22  **A.**   SQUEEZER.  CONSTRICTOR.

23  **Q.**   BUT WHAT WE'RE TALKING ABOUT IS, WE'RE TALKING ABOUT

24  THROMBOXANE WOULD ACT ON THE VESSEL, THE SMOOTH MUSCLE CELLS

25  AND CAUSE IT TO SQUEEZE IN, TIGHTEN UP; RIGHT?

1   **A.**    EXACTLY.

2   **Q.**    SO WE HAVE THESE TWO THAT -- THEY ARE OFFSETTING; AREN'T

3   THEY?

4   **A.**    YEAH.  I THINK EXACTLY THE WAY YOU'VE SHOWN IT.  ONE DOES

5   ONE --

6   **Q.**    WE'VE GOT ONE THAT'S A BLOOD THINNER, ONE THAT'S A

7   CLOTTER, ONE IS A VESSEL RELAXER, ONE IS A VESSEL SQUEEZER?

8   **A.**    THAT'S CORRECT.

9   **Q.**    AND UNDER NORMAL CIRCUMSTANCES, BOTH OF THESE ARE -- THEY

10  ARE IN BALANCE, RIGHT, AND THEY OFFSET ONE ANOTHER?

11  **A.**    THE ABILITY TO MAKE BOTH OF THOSE AT DIFFERENT TIMES, THAT

12  THEY WILL TEND TO GO TOGETHER.  IF ONE GOES UP, THE OTHER GOES

13  UP, SO THEY COUNTERACT EACH OTHER.

14  **Q.**    SO AS LONG AS THEY ARE COUNTERACTING, EVERYTHING IS FINE.

15  WE DON'T HAVE CLOTS, AND WE DON'T HAVE THE VESSEL SQUEEZING IN;

16  RIGHT?

17  **A.**    YOU AND I BOTH HAVE PROSTACYCLIN AND THROMBOXANE.  BUT WE

18  CAN STILL GET BLOOD CLOTS.  SO AT SOME POINT, ONE OF THEM WINS

19  OUT.  IN THE NORMAL SITUATION, AS WE'RE ALL SITTING HERE TODAY,

20  PROSTACYCLIN IS WINNING OUT.  OUR BLOOD IS FLOWING FINE.  UNDER

21  SOME CIRCUMSTANCES, THE THROMBOXANE WINS OUT, SO IF YOU CUT

22  YOURSELF, THROMBOXANE WINS OUT BECAUSE IT CLOTS.

23  **Q.**    SO AS LONG AS THIS IS IN BALANCE AND NORMAL CIRCUMSTANCES,

24  EVERYTHING IS FINE; RIGHT?

25          **MR. GOLDMAN:**  OBJECTION.  ASKED AND ANSWERED.

1        THE COURT:  WELL, HE'S NOT ANSWERED IT YET.  GO

2   AHEAD.

3        THE WITNESS:  I'M SORRY.  THE QUESTION AGAIN.

4        THE COURT:  GO AHEAD.

5   BY MR. BIRCHFIELD:

6   Q.   AS LONG AS THESE ARE IN BALANCE, THEN EVERYTHING IS FINE.

7   WE DON'T HAVE CLOTS, AND WE DON'T HAVE THE VESSEL SQUEEZING IN;

8   RIGHT?

9   A.   YOU HAVE THE ABILITY TO KEEP YOUR BLOOD FLOWING THE WAY IT

10  SHOULD B,E, AND YOU HAVE THE ABILITY TO CLOT WHEN YOU NEED TO,

11  SO IT'S REALLY A QUESTION OF WHEN DO THESE THINGS HAPPEN?  AND

12  SO WHEN YOU WANT -- YOU DON'T WANT CLOTTING, YOU DON'T GET IT

13  WHEN YOU NEED CLOTTING, YOU DO GET IT.

14  Q.   BUT YOU AGREE THAT BOTH OF THESE -- BOTH OF THESE ARE VERY

15  IMPORTANT IN THE CLOTTING MECHANISM; RIGHT?

16  A.   SURE.

17  Q.   AND MAINTAINING A PROPER BALANCE IS IMPORTANT FOR THE

18  PROPER FUNCTION OF OUR BODY; RIGHT?

19  A.   THE ABILITY OF THE BODY TO MOVE FROM ONE SIDE TO THE OTHER

20  IS IMPORTANT, SO YOU DON'T WANT CLOTS, BUT YOU WANT TO BE ABLE

21  TO HAVE THAT WHEN YOU CUT YOURSELF, AND YOU WANT YOUR BLOOD TO

22  CLOT, YOU WANT TO HAVE THAT, SO IT'S THE ABILITY TO MOVE FROM

23  SIDE TO SIDE, DEPENDING ON WHAT'S HAPPENING IN THE BODY.

24  Q.   AND, DR. MORRISON, YOU WOULD AGREE WITH ME, AT LEAST

25  THEORETICALLY, THAT IF WE KNOCK OUT OR WE REDUCE PROSTACYCLIN

1    IN THE BODY, THEN THAT LEAVES US WITH THROMBOXANE, THE CLOTTER

2    AND THE VESSEL SQUEEZER, TO ACT UNOPPOSED; RIGHT?

3    **A.**   YOU'RE BEING A LITTLE SIMPLISTIC.  IT'S THE ABILITY OF THE

4    BODY TO MOVE FROM ONE SIDE TO THE OTHER.  THE QUESTION IS:  IS

5    THERE ENOUGH PROSTACYCLIN TO KEEP THINGS NORMAL WHEN YOU WANT

6    TO BE ON THAT SIDE?  IS THERE ENOUGH THROMBOXANE AROUND TO CLOT

7    WHEN YOU NEED TO CLOT?  DOES THE SYSTEM HAVE ENOUGH CAPACITY TO

8    MOVE FROM ONE SIDE TO THE OTHER?

9    **Q.**   WILL YOU ANSWER MY QUESTION THIS WAY:  IS IT A THEORETICAL

10   POSSIBILITY THAT IF WE DISTURB THIS BALANCE, IF WE TILT IT

11   TOWARD MORE THROMBOXANE, LESS PROSTACYCLIN, THAT THAT WOULD PUT

12   US IN A PROTHROMBOTIC STATE?

13   **A.**   IF YOU COMPLETELY REMOVED THE PROSTACYCLIN, I WOULD AGREE

14   WITH THAT.  HOW MUCH DO YOU HAVE TO DECREASE EITHER ONE OF THEM

15   TO GET A SHIFT?  I MEAN, FOR EXAMPLE, YOU KNOW WELL THAT IN

16   ORDER TO INHIBIT PLATELETS, YOU GOT TO GET 90, 95 PERCENT

17   INHIBITION.  AND SO IN ORDER TO AFFECT PROSTACYCLIN, IT MAY

18   WELL BE YOU WOULD ALSO NEED 90 TO 95 PERCENT INHIBITION.  THE

19   BODY HAS GOT A LOT OF REDUNDANCY, SO IT CAN MOVE FROM ONE SIDE

20   TO THE OTHER.

21        SO I GUESS THE ANSWER TO YOUR QUESTION IS HOW MUCH

22   DID IT DECREASE PROSTACYCLIN?  THAT WOULD HELP TO DECIDE

23   WHETHER IT WOULD MATTER OR NOT.

24   **Q.**   DO YOU KNOW HOW MUCH IS NECESSARY?  DO YOU KNOW FOR SURE?

25   **A.**   I DON'T THINK ANYBODY KNOWS FOR SURE.  WE KNOW, AS YOU SAW

DAILY COPY

2101

 1   IN SOME OF THE EXPERIMENTS, IF YOU TAKE IT AWAY COMPLETELY,

 2   THAT YOU SEE EFFECTS; BUT WHAT THEY CALL THE HETEROZYGOTE,

 3   WHERE IT'S 50/50, YOU GENERALLY DON'T SEE EFFECTS; SO IT'S

 4   SOMEWHERE MORE THAN 50; BUT I DON'T KNOW.

 5   **Q.**   SO WE CAN AGREE THAT REDUCING THE PROSTACYCLIN, WITHOUT

 6   REDUCING THROMBOXANE, THEORETICALLY WOULD PUT US IN A

 7   PROTHROMBOTIC STATE.  YOU JUST CAN'T SAY HOW MUCH REDUCTION IS

 8   NECESSARY?

 9   **A.**   I CAN SAY THAT 100 PERCENT REMOVE IT COMPLETELY, I WOULD

10   AGREE WITH THAT.  ANYTHING LESS THAN THAT, I JUST DON'T KNOW.

11   I DON'T THINK ANYBODY KNOWS.

12   **Q.**   IF WE DO -- IF WE DO TILT THAT BALANCE IN FAVOR OF

13   CLOTTING AND THE VESSEL SQUEEZING, THAT WOULD BE CONSIDERED A

14   PROTHROMBOTIC STATE; WOULDN'T IT?

15   **A.**   IF YOU -- IF YOU TOOK AWAY PROSTACYCLIN AND YOU ONLY HAD

16   THROMBOXANE, THE BODY HAD NO ABILITY TO MAKE PROSTACYCLIN, I

17   WOULD AGREE WITH YOU, THAT WOULD TEND TO FAVOR CLOTTING.

18   **Q.**   AND THAT WOULD BE CALLED PROTHROMBOTIC; RIGHT?

19   **A.**   THAT SOUNDS LIKE A -- SURE.  WITH NO PROSTACYCLIN.

20   **Q.**   I'VE MARKED IT OUT.  NOW, IF A DRUG IS PROTHROMBOTIC, THAT

21   IS A SERIOUS MATTER?

22   **A.**   AGAIN, IT DEPENDS ON WHAT THE CLINICAL SITUATION IS YOU

23   WANT TO TREAT A PATIENT.  IF YOU HAVE A PATIENT WHO IS BLEEDING

24   AND, FOR EXAMPLE, DOESN'T HAVE SUFFICIENT PLATELETS, THEN

25   GIVING THEM SOMETHING PROTHROMBOTIC WOULD BE QUITE BENEFICIAL,

1    BECAUSE THEY HAVE TO STOP BLEEDING.  SO WHAT CLINICAL SITUATION

2    WERE YOU REFERRING TO?

3    **Q.**   WOULD YOU AGREE THAT BLOOD CLOTS ARE -- CAUSE HEART

4    ATTACKS?

5    **A.**   BLOOD CLOTS IS THE PATHOGENESIS FOR HEART ATTACKS.

6    **Q.**   AND WOULD YOU AGREE THAT BLOOD CLOTS CAUSE STROKES?

7    **A.**   SAME PATHOGEN.

8    **Q.**   SO IF YOU'VE GOT A DRUG THAT IS PROTHROMBOTIC, THAT WOULD

9    PUSH SOMEONE TOWARD HAVING THOSE BLOOD CLOTS, THAT COULD BE A

10   VERY SERIOUS MATTER; RIGHT?

11   **A.**   IN RISK/BENEFIT, IN A PATIENT WHO NEEDS TO CLOT AND CAN'T,

12   IT WOULD BE A BENEFIT.  IN A PATIENT WHO YOU DON'T WANT TO

13   CLOT, IT COULD BE A RISK.

14   **Q.**   RIGHT.  SOMEBODY THAT'S TAKING A PAIN RELIEVER EVERY DAY,

15   A DRUG THAT'S PROTHROMBOTIC WOULD BE A SERIOUS MATTER, WOULDN'T

16   IT?

17   **A.**   I'M NOT QUITE SURE I UNDERSTAND YOUR QUESTION.

18   **Q.**   IF YOU'RE TAKING A -- IF YOU'RE TAKING A DRUG EVERY DAY

19   FOR PAIN RELIEF, AND IT'S PROTHROMBOTIC --

20   **A.**   AND THAT SAME DRUG IS PROTHROMBOTIC?

21   **Q.**   YES.

22   **A.**   I WOULD NOT THINK THAT ONE WOULD PUT A PROTHROMBOTIC

23   CHARACTERISTIC WITH A PAIN KILLER.

24   **Q.**   THAT WOULD A BIG, BIG PROBLEM.

25   **A.**   I WOULDN'T PUT THOSE TWO THINGS TOGETHER.

DAILY COPY

1      **MR. BIRCHFIELD:**  YOUR HONOR, IS THIS THE GOOD TIME?

2      **THE COURT:**  WE'LL STOP HERE AND COME BACK AT 1:45.

3      **THE DEPUTY CLERK:**  EVERYONE RISE.

4                    **(LUNCHEON RECESS)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                            **AFTERNOON SESSION**

3                           **(AUGUST 11, 2006)**

4              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

5    TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

6    REPORTER.)

7              **THE DEPUTY CLERK:**  EVERYONE RISE.

8              **THE COURT:**  BE SEATED, PLEASE.

9              (WHEREUPON, **BRIGGS MORRISON**, HAVING BEEN DULY SWORN,

10   TESTIFIED AS FOLLOWS.)

11             **THE COURT:**  LET ME REMIND YOU, DOCTOR, YOU ARE STILL

12   UNDER OATH.

13                          **CROSS-EXAMINATION**

14   BY MR. BIRCHFIELD:

15   **Q.**   DR. MORRISON, LET ME SEE IF WE CAN DEFINE THE AREAS WHERE

16   WE AGREE AND WE DISAGREE.  FIRST OF ALL, DO YOU AGREE THAT

17   VIOXX CAUSES HEART ATTACKS?

18             **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  MAY WE

19   APPROACH?

20             **THE COURT:**  SURE.

21             (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

22   THE BENCH.)

23             **MR. GOLDMAN:**  THIS IS A FACT WITNESS WHOSE

24   INVOLVEMENT IN VIOXX ENDED AFTER THE APPROVAL OF THE MEDICINE.

25   HE WAS NOT INVOLVED IN THE CLINICAL TRIALS LIKE APPROVE, HE WAS

                              DAILY COPY

2105

1   NOT INVOLVED IN THE CLINICAL TRIALS LIKE VIGOR, AND HE IS

2   ASKING A FACT WITNESS AN EXPERT OPINION ON WHETHER VIOXX CAUSES

3   HEART ATTACKS.

4           **MR. BIRCHFIELD:**  HE ASKED HIM ABOUT HIS BELIEF AS TO

5   WHETHER OR NOT VIOXX CAUSES HEART ATTACKS.  I'M ENTITLED TO ASK

6   HIM.  THIS IS THEIR REPRESENTATIVE HERE.  IT'S A KEY ISSUE.

7           **MR. GOLDMAN:**  I ASKED HIM AT THE TIME HE WAS ON THE

8   VIOXX PROJECT.

9           **THE COURT:**  I'LL OVERRULE THE OBJECTION.

10          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

11  OPEN COURT.)

12  **BY MR. BIRCHFIELD:**

13  **Q.**   DR. MORRISON, WILL YOU TELL US DOES VIOXX CAUSE HEART

14  ATTACKS?

15  **A.**   I THINK THERE IS DATA FROM CLINICAL TRIALS TO SHOW THAT

16  VIOXX INCREASES YOUR RISK OF CARDIOVASCULAR THROMBOTIC EVENTS,

17  AND I THINK THERE'S DATA FROM OTHER CLINICAL TRIALS THAT

18  DOESN'T SHOW THAT VIOXX INCREASES YOUR RISK OF CARDIOVASCULAR

19  THROMBOTIC EVENTS.

20  **Q.**   DR. MORRISON, AS MERCK'S REPRESENTATIVE, DOES VIOXX CAUSE

21  HEART ATTACKS?

22  **A.**   THE ONLY WAY I CAN ANSWER IS THE WAY I JUST DID.  THERE'S

23  DATA FROM CLINICAL TRIALS THAT SAYS IT INCREASES YOUR RISKS AND

24  THERE'S DATA FROM CLINICAL TRIALS THAT SAYS IT DOESN'T INCREASE

25  YOUR RISK.

1   **Q.**   DO YOU KNOW THAT THE FDA ADVISORY COMMITTEE, THE 32

2   SCIENTISTS THAT CAME IN TO EVALUATE THE COX-2 INHIBITORS,

3   REVIEWED ALL THE MATERIAL ON THIS ISSUE AND VOTED 32-TO-0 THAT

4   VIOXX SIGNIFICANTLY INCREASES CARDIOVASCULAR RISK; CORRECT?

5   **A.**   IF YOU CAN SHOW ME THE QUESTION THEY VOTED ON, I'LL BE

6   HAPPY TO LOOK AT THAT QUESTION AND ANSWER IT FOR YOU.  CAN YOU

7   SHOW US THE TRANSCRIPT OF EXACTLY THE QUESTION THAT WAS ASKED?

8   **Q.**   WE'LL GET BACK TO THAT.  YOU KNOW THAT YOUR OWN STUDY, THE

9   APPROVE STUDY, SHOWED THAT VIOXX INCREASED THE RISK OF CARDIAC

10  EVENTS WITH A RELATIVE RISK OF 2.8; IS THAT CORRECT?

11  **A.**   THAT'S CORRECT.

12  **Q.**   STATISTICALLY SIGNIFICANT; RIGHT?

13  **A.**   CORRECT.

14  **Q.**   ALL THE TESTIMONY THAT YOU GAVE ON DIRECT DIDN'T HAVE

15  ANYTHING TO DO WITH WHETHER OR NOT VIOXX CAUSES HEART ATTACKS

16  OR NOT, DID IT?  IT JUST DEALT WITH THE MECHANISM; RIGHT?

17  **A.**   WELL, THE CLINICAL DATA THAT I DISCUSSED WAS THE DATA THAT

18  WAS IN THE APPLICATION FOR THE NEW DRUG APPLICATION.  I DIDN'T

19  TALK ABOUT ANY OF THE CLINICAL TRIAL DATA AFTER THE ORIGINAL

20  APPLICATION.

21  **Q.**   RIGHT.  BUT THE DIAGRAMS THAT YOU DREW UP HERE AND TALKED

22  ABOUT, THE RABBIT STUDY AND YOU TALKED ABOUT THE ARM BLEED

23  STUDY, ALL OF THOSE GO TO HOW VIOXX CAN CAUSE HEART ATTACKS OR

24  NOT, RIGHT, THE MECHANISM?

25  **A.**   THAT'S EXACTLY RIGHT.  THOSE ARE MECHANISM STUDIES.

2107

1  **Q.**  IT DOESN'T HAVE ANYTHING TO DO WITH WHETHER OR NOT VIOXX

2  CAUSES HEART ATTACK OR NOT; CORRECT?

3  **A.**  NO, BUT I THINK THE DATA WE REVIEWED FROM THE INTEGRATED

4  SUMMARY OF SAFETY WAS THE DATA FROM THE CLINICAL TRIALS AT THAT

5  POINT OF WHAT WE KNEW.

6  **Q.**  LET'S GO BACK NOW.  ON YOUR TIME LINE, YOU SAID THAT BACK

7  IN THE EARLY '90S OR AFTER THE DISCOVERY OF THE COX-2 ENZYME

8  THAT THE SCIENTIFIC COMMUNITY AT THAT POINT THOUGHT THAT BOTH

9  PROSTACYCLIN AND THROMBOXANE WERE PRODUCED BY COX-1 ENZYMES; IS

10  THAT CORRECT?

11  **A.**  ONCE WE UNDERSTOOD COX-1 AND COX-2 -- CERTAINLY, I CAN SAY

12  IT FOR MYSELF -- GOING INTO THE FITZGERALD STUDY, WE THOUGHT

13  THAT PROSTACYCLIN WOULD COME FROM COX-1.

14  **Q.**  THAT STUDY YOU WERE INVOLVED IN, YOU HAD THAT UNINSPECTED

15  FINDING; RIGHT?

16  **A.**  CORRECT.

17  **Q.**  THAT UNEXPECTED FINDING WAS THAT THAT STUDY SUGGESTED THAT

18  PROSTACYCLIN CAME FROM COX-2?

19  **A.**  SOMEWHERE IN THE BODY, ABSOLUTELY.

20  **Q.**  A DISCOVERY LIKE THAT, THAT'S AN IMPORTANT THING, ISN'T

21  IT?

22  **A.**  THAT'S WHY WE WROTE IT UP AND PUBLISHED IT.  WE THOUGHT IT

23  WAS ACTUALLY PRETTY INTERESTING.

24  **Q.**  IT COULD LEAD TO SOME IMPORTANT NEW DEVELOPMENTS; RIGHT?

25  **A.**  ABSOLUTELY.  THAT'S WHY WE WROTE IT UP AND PUBLISHED IT,

DAILY COPY

1  TO MAKE SURE OTHER SCIENTISTS KNEW ABOUT IT AND THEY COULD

2  START TO EXPLORE THE ISSUE.

3  **Q.**   IT COULD ALSO HAVE SOME VERY DANGEROUS IMPLICATIONS FOR A

4  COX-2 INHIBITOR, COULDN'T IT?

5  **A.**   WE TALKED ABOUT THAT, EXACTLY.

6  **Q.**   SO WHEN YOU DISCOVERED IN THIS STUDY 023 THAT YOU TALKED

7  ABOUT -- WHEN YOU REALIZED THAT VIOXX, AS A COX-2 INHIBITOR,

8  COULD BLOCK PROSTACYCLIN PRODUCTION, YOU KNEW THAT WAS A BIG

9  DEAL; RIGHT?

10  **A.**   AS I SAID, IT WAS AN UNEXPECTED SCIENTIFIC RESULT, AND WE

11  WERE TRYING TO FIGURE OUT WHY DID YOU GET THIS RESULT.  AS I

12  SAID, IT'S A URINE FINDING.  SO, AS I DESCRIBED, WE AND OTHER

13  SCIENTISTS TRIED TO GO FIGURE OUT WHERE IT IS THIS IS HAPPENING

14  IN THE BODY.  BUT I DID REVIEW WITH YOU THE BOARD OF SCIENTIFIC

15  ADVISORS' RECOMMENDATIONS TO US THAT, YES, ONE OF THE POSSIBLE

16  PLACES IS THE BLOOD VESSELS, AND MERCK SHOULD TAKE THIS

17  SERIOUSLY, PUT IT IN THE SOP, AND LOOK AT THE CLINICAL DATA,

18  ABSOLUTELY.

19  **Q.**   BUT THE RESULTS FROM THAT FINDING RAISED SERIOUS CONCERNS

20  ABOUT THE CARDIOVASCULAR RISKS OF THE COX-2 INHIBITOR; RIGHT?

21  **A.**   I WOULDN'T SAY THE RESULT OF THE URINE TEST RAISED SERIOUS

22  CARDIOVASCULAR CONCERNS.  I WOULD SAY THAT THERE'S NOW A

23  HYPOTHESIS THAT ADDITIONAL INVESTIGATION NEEDED TO BE DONE TO

24  EXPLORE.

25  **Q.**   SO YOU DON'T THINK THAT THE 023 STUDY RAISED CONCERNS

1   ABOUT CARDIOVASCULAR RISKS?

2   **A.**   NO, I DIDN'T SAY THAT.  I DID SAY THAT WAS A POTENTIAL

3   EXPLANATION FOR THE RESULTS, THAT THIS WAS HAPPENING IN BLOOD

4   VESSELS, AND THAT WAS SOMETHING WE INVESTIGATED, YES.

5   **Q.**   DID 023 RAISE CONCERNS ABOUT CARDIOVASCULAR RISKS?

6   **A.**   THIS AND A SISTER STUDY THAT GARRETT DID WERE THE TWO

7   STUDIES THAT LED TO THE FITZGERALD HYPOTHESIS, WHICH DOES RAISE

8   QUESTIONS ABOUT COULD THERE BE A CARDIOVASCULAR RISK FROM

9   SELECTIVE INHIBITION OF COX-2, ABSOLUTELY.

10  **Q.**   QUESTIONS, BUT NOT CONCERNS?

11  **A.**   I DON'T KNOW THERE'S MUCH OF A DIFFERENCE.  THERE ARE

12  CERTAINLY QUESTIONS ABOUT THE CARDIOVASCULAR SAFETY BASED UPON

13  THIS, AS ONE OF THE HYPOTHESES FOR THE RESULT, WHICH IS WHY WE

14  WENT TO DO ADDITIONAL EXPERIMENTS TO TRY TO EXPLORE THEM.

15  **Q.**   DID STUDY 023 RAISE CONCERNS AT MERCK ABOUT THE

16  CARDIOVASCULAR RISKS?

17  **A.**   I THINK I'VE TRIED TO ANSWER YOUR QUESTION.

18  **Q.**   WELL, YOU HAVE SAID "QUESTIONS," BUT I WANT TO KNOW IF YOU

19  HAD CONCERNS.  THIS IS BEFORE VIOXX WENT ON THE MARKET; RIGHT?

20  **A.**   THE RESULTS OF 023 WERE BEFORE WE FILED THE NDA.

21  **Q.**   THIS IS A STUDY YOU WERE INVOLVED IN, 023; RIGHT?

22  **A.**   RIGHT.

23  **Q.**   A STUDY YOU WERE INVOLVED IN?

24  **A.**   RIGHT.

25  **Q.**   WHEN YOU CAME TO MERCK IN 1995, YOU HADN'T DONE ANY WORK

DAILY COPY

1   ON PROSTAGLANDINS OR PROSTACYCLINS OR ANYTHING LIKE THAT

2   BEFORE?

3   **A.**   THAT'S CORRECT.

4   **Q.**   SO YOU CAME TO MERCK IN 1995 AND YOU STARTED THIS STUDY,

5   023, IN 1996; IS THAT RIGHT?

6   **A.**   I THINK THAT'S RIGHT.

7   **Q.**   THEN YOU WERE WORKING WITH A PHARMACOLOGIST NAMED

8   DR. GARRETT FITZGERALD; IS THAT RIGHT?

9   **A.**   THAT'S CORRECT.

10  **Q.**   AT THE UNIVERSITY OF PENNSYLVANIA?

11  **A.**   THAT'S CORRECT.

12  **Q.**   DR. GARRETT FITZGERALD, HE IS A PHARMACOLOGIST LIKE YOU

13  DESCRIBED BEFORE?

14  **A.**   THAT'S CORRECT.

15  **Q.**   WELL-RESPECTED CARDIOVASCULAR PHARMACOLOGIST?

16  **A.**   THAT'S CORRECT.

17  **Q.**   HE HAD BEEN STUDYING PROSTAGLANDINS FOR YEARS AND YEARS

18  AND YEARS; RIGHT?

19  **A.**   THAT'S PART OF THE REASON WE DID THE STUDY WITH HIM.  HE

20  HAD THE INFRASTRUCTURE TO STUDY THESE BREAKDOWN PRODUCTS IN HIS

21  LAB.

22  **Q.**   THIS STUDY THAT YOU STARTED IN 1996 INVOLVED 36 PATIENTS?

23  **A.**   36 HEALTHY ELDERLY PATIENTS BETWEEN THE AGES OF --

24  SUPPOSED TO BE BETWEEN 60 AND 80, BUT SOMEBODY SNUCK IN AT 59.

25  **Q.**   WE ARE TALKING ABOUT HUMANS?  IT'S A HUMAN STUDY?

1    **A.**   OH, YES.

2    **Q.**   AT THE TIME OF THIS STUDY, DR. FITZGERALD HAD BEEN

3    STUDYING AND RESEARCHING THESE PROSTAGLANDINS FOR A LONG, LONG

4    TIME; RIGHT.

5    **A.**   THAT'S CORRECT.

6    **Q.**   YOU WERE NEW TO THE STUDY, RELATIVELY NEW, RIGHT?

7    **A.**   THAT'S CORRECT.

8    **Q.**   I THINK YOU AGREE THAT OUT OF THIS STUDY YOU DISCOVERED

9    THAT PROSTACYCLIN COMES FROM COX-2?

10   **A.**   SOMEWHERE IN THE BODY, CLEARLY.

11   **Q.**   WHEN YOU SAY "SOMEWHERE IN THE BODY," NOW, WASN'T IT

12   DISCOVERED IN THE HUMAN UMBILICAL VEINS?  ISN'T THAT WHERE IT

13   WAS INITIALLY DISCOVERED?

14   **A.**   PROSTACYCLIN?

15   **Q.**   NO, THE COX-2.

16   **A.**   THE INITIAL CLONING OF COX-2 THAT I KNOW BEST IS ACTUALLY

17   THERE WAS A CANCER RESEARCHER WHO CLONED IT.  SO IT MAY BE THAT

18   SOMEBODY CLONED IT FROM BLOOD VESSELS, AS WELL, BUT THE ONE I'M

19   MOST FAMILIAR WAS THE CANCER.

20   **Q.**   NOW, THIS STUDY SUGGESTED THAT NOT ONLY SOME OF THE

21   PROSTACYCLIN CAME FROM COX-2, BUT MOST OF THE PROSTACYCLIN CAME

22   FROM COX-2; RIGHT?

23   **A.**   AGAIN, ABOUT A 50 OR 60 PERCENT INHIBITION WITH VIOXX,

24   SO -- YEAH, I GUESS A MAJORITY IS TURNED OFF BY A SPECIFIC

25   COX-2 INHIBITOR, WHICH MEANS IT IS COMING FROM COX-2.

1    **Q.**   ARE YOU QUIBBLING ON WHETHER OR NOT MOST OF THE

2    PROSTACYCLIN COMES FROM COX-2?

3            **MR. GOLDMAN:**  OBJECTION.

4            **THE COURT:**  LET'S RESTATE THE QUESTION, PLEASE.

5    **BY MR. BIRCHFIELD:**

6    **Q.**   DO YOU AGREE THAT THIS STUDY SUGGESTED THAT MOST OF THE

7    PROSTACYCLIN CAME FROM COX-2?

8    **A.**   SOMEWHERE IN THE BODY 50 TO 60 PERCENT WAS INHIBITED BY

9    VIOXX.

10   **Q.**   THIS WAS A BIG DEAL FOR THE HEART ATTACK RISK; RIGHT?

11   **A.**   AS I SAID, IT WAS THIS AND ANOTHER STUDY TOGETHER WAS WHAT

12   CREATED THE FITZGERALD HYPOTHESIS.

13   **Q.**   THE REASON FOR THAT IS BECAUSE VIOXX WAS A SELECTIVE COX-2

14   INHIBITOR; RIGHT?

15   **A.**   THAT'S CORRECT.

16   **Q.**   IT MEANS IT BLOCKS COX-2, BUT NOT COX-1?

17   **A.**   RIGHT.

18   **Q.**   LOOKING AT OUR CHART, WE HAVE THE TRADITIONAL NSAIDS WOULD

19   BLOCK COX-1 AND 2?

20   **A.**   THAT'S CORRECT.

21   **Q.**   SO NOW WE HAVE THIS DISCOVERY IN 023 AND WHAT DOES IT TELL

22   US ABOUT PROSTACYCLIN?

23   **A.**   WELL, 023 DOESN'T TALK ABOUT BLOOD VESSELS; IT JUST TALKS

24   ABOUT PROSTACYCLIN SOMEWHERE IN THE BODY.

25   **Q.**   DOES IT COME FROM COX-1 OR COX-2?

1   **A.**   PROSTACYCLIN COMES FROM SOMEWHERE -- ONE OF THE MAJOR

2   SOURCES OF PROSTACYCLIN IN THE BODY, IT COMES FROM COX-2.

3   **Q.**   SO WE HAVE GOT COX-2 --

4   **A.**   THAT DOESN'T MEAN THERE ARE NOT OTHER SOURCES WHERE IT

5   COMES FROM COX-1.

6   **Q.**   AT THIS TIME, IMMEDIATELY FOLLOWING 023, YOU STILL THOUGHT

7   THAT COX-1 PRODUCED THROMBOXANE; RIGHT?

8   **A.**   THAT'S CORRECT.

9   **Q.**   SO, THEORETICALLY, IF YOU HAVE AN NSAID THAT BLOCKS BOTH

10  COX-1 AND COX-2, YOU MAINTAIN THAT BALANCE; RIGHT?

11  **A.**   I THINK WE WENT THROUGH THIS BEFORE.

12          **MR. GOLDMAN:**  JUDGE, ASKED AND ANSWERED.  BEFORE

13  LUNCH WE TALKED ABOUT THIS.

14          **THE COURT:**  NOW WE ARE ON COX-1.  I'LL ALLOW IT.

15          **THE WITNESS:**  AGAIN, THE ABILITY TO MOVE FROM ONE

16  SIDE TO THE OTHER.  THE ABILITY TO MOVE FROM ONE SIDE TO

17  ANOTHER YOU WOULD SAY IS APPARENTLY THE SAME WITH AN NSAID, AND

18  WITH A COX-2 INHIBITOR YOU START OFF WITH LESS PROSTACYCLIN.

19  IT DOESN'T TELL US WHETHER YOU'RE STILL ABLE TO MOVE FROM ONE

20  SIDE TO THE OTHER WHEN YOU NEED TO.

21  **BY MR. BIRCHFIELD:**

22  **Q.**   BUT YOU UNDERSTOOD THAT BY BLOCKING COX-2, FOLLOWING THE

23  023 STUDY, THAT THAT WOULD BLOCK PROSTACYCLIN, BUT LEAVE

24  THROMBOXANE UNIMPAIRED; RIGHT?

25  **A.**   LET ME BE REAL CLEAR.  AFTER 023, WE DID NOT KNOW THAT

 1  VIOXX WOULD BLOCK PROSTACYCLIN IN BLOOD VESSELS.  WE DID NOT

 2  KNOW THAT.

 3  Q.   YOU DIDN'T KNOW ONE WAY OR ANOTHER?

 4  A.   IT WAS ONE OF THE POSSIBILITIES.  I THINK YOU'RE TRYING TO

 5  SAY WE KNEW IT WORKED IN BLOOD VESSELS.  WE DIDN'T KNOW THAT.

 6  IT WAS CLEARLY ONE OF THE POSSIBILITIES, BUT THAT STUDY

 7  COULDN'T ANSWER THAT QUESTIONS BECAUSE YOU'RE JUST LOOKING AT

 8  THE URINE.

 9  Q.   WELL, IF THAT'S A POSSIBILITY, YOU BETTER KNOW THE ANSWER

10  BEFORE YOU PUT THE DRUG ON THE MARKET.

11  A.   THAT'S WHY WE WENT AND DID OTHER ADDITIONAL EXPERIMENTS,

12  EXACTLY.

13  Q.   THAT'S WHY YOU DID THE RABBIT EXPERIMENT?

14  A.   THE RABBIT AND LOOKING AT THE CLINICAL TRIAL DATA.

15  Q.   AND THE BLEEDING TIME; RIGHT?

16  A.   WELL, THE BLEEDING TIME WASN'T DONE AS A RESULT OF THIS.

17  THE BLEEDING TIME HAD BEEN DONE PREVIOUSLY.  IT WAS JUST A

18  PIECE OF INFORMATION WE HAD.  WE DIDN'T DO IT BECAUSE OF THIS

19  STUDY.

20  Q.   DR. MORRISON, DID YOU SLOW DOWN THE CLINICAL DEVELOPMENT

21  PROGRAM AT MERCK WHEN YOU MADE THIS DISCOVERY THAT RAISED THIS

22  ISSUE, RAISED CONCERNS?

23  A.   NO.  I THINK WE STARTED OFF FROM THE BOARD OF SCIENTIFIC

24  ADVISORS, AS WELL, THEIR RECOMMENDATION TO NOT SLOW DOWN.

25  Q.   THE BOARD OF SCIENTIFIC ADVISORS, ARE THOSE SCIENTISTS

1    THAT ARE PAID BY MERCK?

2    **A.**    MY UNDERSTANDING IS THEY ARE COMPENSATED FOR THEIR TIME.

3    THEY ARE INDEPENDENT SCIENTISTS WHO ARE ASKED TO COME AND GIVE

4    AN INDEPENDENT ASSESSMENT OF HOW MERCK IS DOING AND THEY ARE

5    PAID FOR THEIR TIME.

6    **Q.**    THEY CAME IN AND THEY TOLD YOU THAT, BASED ON 023 IN PART

7    AND BASED ON ALL THE STUFF THEY SAW SO FAR, THAT THERE WERE TWO

8    POSSIBILITIES THAT COX-2 INHIBITION COULD CAUSE SERIOUS

9    PROBLEMS IN THREE DIFFERENT WAYS; RIGHT?

10   **A.**    NO.  I THINK THE THREE THINGS, TWO OF THEM COULD

11   POTENTIALLY BE PROBLEMATIC, ONE WAS A BENEFIT.

12   **Q.**    THEY SAID IT COULD HAVE A GOOD EFFECT OR A BAD EFFECT;

13   RIGHT?

14   **A.**    THAT'S CORRECT.

15   **Q.**    YOU NEEDED TO GET AN ANSWER TO THAT, DON'T YOU AGREE,

16   BEFORE YOU STARTED SELLING THE DRUG?

17   **A.**    NO.  WE SAW THE EXACT WORDING THEY USED.  THEY SAID THIS

18   SHOULD NOT DELAY THE INTRODUCTION OF THE -- THE DRUG SHOULD BE

19   INTRODUCED INTO THE MARKET AS SOON AS POSSIBLE.  THAT WAS THEIR

20   WORDS, NOT OURS.

21   **Q.**    SO ARE YOU SAYING THAT IT'S THE BOARD OF SCIENTIFIC

22   ADVISORS THAT MADE THE DECISION FOR MERCK TO GO FORWARD?

23   **A.**    NO.  I'M SAYING THAT THE BOARD OF SCIENTIFIC ADVISORS GAVE

24   ADVICE TO MERCK AND SOMEBODY MADE THE DECISION TO ACCEPT THAT

25   ADVICE AND, IN FACT, INTRODUCED THIS TO PATIENTS AS SOON AS

1    POSSIBLE, WHICH IS WHAT THEY RECOMMENDED TO US.

2    **Q.**   NOW, LET ME SEE IF WE CAN AGREE.  BASED ON O23, IT WAS A

3    REAL POSSIBILITY THAT VIOXX WAS PROTHROMBOTIC; CORRECT?

4    **A.**   IT WAS A POSSIBILITY THAT VIOXX -- THAT THIS EFFECT WAS

5    HAPPENING IN BLOOD VESSELS AND THERE'S A POSSIBILITY OF A 50

6    PERCENT REDUCTION MEANINGFUL AND, THEREFORE, POTENTIALLY HAS

7    CLINICAL IMPLICATIONS.  REMEMBER, I SAID THE KEY THING HERE IS

8    THAT THE BODY CAN REACT BACK AND FORTH.  SO WHAT WE DIDN'T

9    ADDRESS HERE IS, UNDER SITUATIONS WHERE YOU NEED TO INCREASE

10   YOUR PROSTACYCLIN, COULD THE BODY DO THAT.  WE DIDN'T ADDRESS

11   THAT IN OUR EXPERIMENT EITHER.  SO THERE'S A LOT OF UNANSWERED

12   QUESTIONS.

13          I'M NOT AT ALL SUGGESTING THAT THIS WASN'T SOMETHING

14   THAT WE PAID VERY CLOSE ATTENTION TO.  WE SAW IT, REVIEWED IT

15   WITH THE BOARD OF SCIENTIFIC ADVISORS.  YOU SAW THE ADDITIONAL

16   EXPERIMENTS WE DID.  YOU SAW THE WRITE-UP IN THE ISS.  WE

17   DEFINITELY TOOK IT SERIOUSLY, BUT I DO WANT TO BE CLEAR IT'S

18   REALLY JUST A POSSIBILITY AT THIS POINT.  IT'S A URINE TEST.

19   **Q.**   ONE REASON THAT IT WOULD BE A BIG DEAL TO PUT A

20   PROTHROMBOTIC DRUG ON THE MARKET THAT'S A PAIN-RELIEVER AND

21   PRESCRIBED TO MILLIONS AND MILLIONS OF AMERICANS IS BECAUSE WE

22   KNOW THAT MOST AMERICANS HAVE PLAQUE BUILDUP; RIGHT?

23   **A.**   I'M NOT A CARDIOLOGIST.  I THINK THAT WHAT I'VE HEARD

24   SITTING HERE IS THAT, YEAH, AND IT'S MEN MORE THAN WOMEN.  AS

25   MEN AGE, THEY DO GET PLAQUE BUILDUP.

1   Q.   WE HAVE HEARD PLAQUE TESTIMONY THAT 85 PERCENT OF MEN OVER

2   50 WOULD HAVE PLAQUE BUILDUP; RIGHT?  DOES THAT SOUND RIGHT?

3   A.   I DON'T KNOW.  I DON'T THINK I WAS HERE IF THAT WAS

4   DISCUSSED.

5   Q.   IF YOU WERE PRESCRIBING A DRUG THAT WOULD IMPACT FOLKS

6   THAT HAVE PLAQUE BUILDUP, DON'T YOU THINK YOU NEED TO KNOW

7   THAT?  DON'T YOU THINK YOU NEED TO UNDERSTAND THE MARKET YOU

8   ARE DESCRIBING THE DRUG TO?

9   A.   AS I SAID WHEN WE TALKED ABOUT THE GI OUTCOMES TRIAL, I

10  DID UNDERSTAND THAT MANY PEOPLE WHO HAVE OSTEOARTHRITIS AND

11  WERE OLDER DO TAKE ASPIRIN FOR A CARDIOVASCULAR PROPHYLAXIS, SO

12  I CERTAINLY UNDERSTOOD THAT.

13  Q.   EVERYONE -- EVERYONE AT MERCK -- KNEW THAT VIOXX BEING

14  THROW THROMBOTIC WAS A REAL POSSIBILITY?

15          MR. GOLDMAN:  OBJECTION, YOUR HONOR, CALLS FOR

16  SPECULATION.

17          THE COURT:  THAT'S TOO BROAD OF A QUESTION, "EVERYONE

18  AT MERCK."

19          THE WITNESS:  I DON'T KNOW IF MY SECRETARY KNEW THAT.

20          THE COURT:  THERE ARE THOUSANDS OF PEOPLE, I WOULD

21  ASSUME.

22  BY MR. BIRCHFIELD:

23  Q.   DO YOU KNOW LAURA DEMOPOULOS?

24  A.   YES.

25  Q.   I WANT YOU TO REVIEW HER STATEMENT ABOUT PROTHROMBOTIC

1   EFFECTS OF WHAT THE PEOPLE AT MERCK KNEW AND SEE IF YOU AGREE.

2           **MR. GOLDMAN:**  I OBJECT, YOUR HONOR.

3           **THE COURT:**  I SUSTAIN THAT.

4   **BY MR. BIRCHFIELD:**

5   **Q.**   DO YOU KNOW THAT LAURA DEMOPOULOS SAID THERE WASN'T A

6   SINGLE PERSON --

7           **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  NOW HE IS

8   CHARACTERIZING TESTIMONY.

9           **THE COURT:**  YOU CAN'T APPROACH IT THAT WAY.  I DON'T

10  HAVE ANY PROBLEM WITH ONE EXPERT COMMENTING ON ANOTHER EXPERT'S

11  COMMENTS, BUT A WITNESS COMMENTING ON OTHER WITNESS' COMMENTS

12  IS NOT PROPER EXAMINATION.  I SUSTAIN THE OBJECTION.

13  **BY MR. BIRCHFIELD:**

14  **Q.**   DID THE SCIENTISTS AT MERCK UNDERSTAND THAT VIOXX HAD A

15  POTENTIAL TO BE PROTHROMBOTIC?

16          **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED.

17          **THE COURT:**  I'LL OVERRULE THAT OBJECTION AND ALLOW

18  IT.

19          **THE WITNESS:**  I CAN SPEAK FOR MYSELF AND I CAN SPEAK

20  FOR MY COLLEAGUES WHO WERE ON THE PROJECT TEAM THAT THIS

21  INFORMATION, THE RESULT OF THE URINE TEST WAS KNOWN, AND ONE OF

22  THE POTENTIAL IMPLICATIONS OF THE CHANGE IN PROSTACYCLIN IN THE

23  BLOOD VESSEL WAS KNOWN BY A NUMBER OF THE SCIENTISTS THAT I

24  INTERACTED WITH.

25

 1   **BY MR. BIRCHFIELD:**

 2   **Q.**   WHEN THIS STUDY RAISED A QUESTION OR RAISED A CONCERN

 3   ABOUT VIOXX HAVING A CARDIOVASCULAR RISK, DID YOU ACCEPT THAT

 4   AS A SIGNAL?  DO YOU KNOW WHAT A SIGNAL IS, DOCTOR, IN LOOKING

 5   AT CLINICAL TRIALS?

 6   **A.**   WHY DON'T YOU GIVE ME YOUR EXPLANATION, THEN I WILL ANSWER

 7   YOUR QUESTION.

 8   **Q.**   WELL, LET ME ASK YOU.  YOU DEVELOP AND DESIGN CLINICAL

 9   TRIALS AT MERCK; RIGHT?

10   **A.**   YES.

11   **Q.**   WHEN YOU ARE DEVELOPING AND DESIGNING AND IMPLEMENTING

12   CLINICAL TRIALS, DO YOU LOOK FOR A SIGNAL?

13   **A.**   I ACTUALLY DON'T USE THAT TERM, SO I'M NOT QUITE SURE WHAT

14   YOU MEAN BY THAT.

15   **Q.**   YOU'VE NEVER HEARD THAT TERM USED IN CLINICAL PRACTICE, IN

16   LOOKING AT CLINICAL TRIALS, TO DETERMINE WHETHER OR NOT A

17   SAFETY SIGNAL HAS BEEN SENT?

18   **A.**   YOU CHANGED YOUR TERM.  ABSOLUTELY, WE CAREFULLY LOOK AT

19   ALL OF THE RESULTS OF OUR CLINICAL TRIALS TO LOOK AT SAFETY AS

20   THE DATA GETS UNBLINDED.  I THINK WHAT YOU'RE SUGGESTING IS

21   THAT ALTHOUGH YOU DON'T HAVE A HUGE NUMBER OF EVENTS, IS THERE

22   ANYTHING IN THE SMALL NUMBER OF EVENTS THAT WOULD SUGGEST

23   THERE'S AN IMBALANCE BETWEEN THE TREATMENT ARMS.  IS THAT WHAT

24   YOU'RE REFERRING TO?

25   **Q.**   YES.

2120

1    **A.**   YES, WE ABSOLUTELY -- AS DATA GETS UNBLINDED, WE LOOK

2    AT -- PARTICULARLY EARLY IN DRUG DEVELOPMENT YOU ARE LOOKING

3    FOR IS THERE SOMETHING GOING ON THAT MIGHT BE A SIGN OF A

4    SAFETY ISSUE, YES, ABSOLUTELY.

5    **Q.**   AT THE TIME THAT YOU CONDUCTED THIS STUDY, 023, MERCK WAS

6    IN A RACE AGAINST CELEBREX; RIGHT?

7    **A.**   I WENT OVER THAT.  WE DEFINITELY WANTED TO BE FIRST TO

8    MARKET.

9    **Q.**   BEATING CELEBREX TO THE MARKET WAS VERY, VERY IMPORTANT TO

10   MERCK; RIGHT?

11   **A.**   WE WANTED TO BE FIRST TO MARKET, BUT WE ALSO WANTED TO

12   ABSOLUTELY MAKE SURE THAT WE HAD A SAFE AND EFFECTIVE PRODUCT.

13   **Q.**   DR. SCOLNICK WAS THE PRESIDENT OF MERCK RESEARCH LABS AT

14   THAT TIME; RIGHT?

15   **A.**   YES, HE WAS.

16   **Q.**   HE MADE IT CLEAR JUST HOW IMPORTANT IT WAS FOR GETTING

17   VIOXX TO THE MARKET FIRST WITH A GOOD LABEL?

18   **A.**   DR. SCOLNICK NEVER SAID ANYTHING DIRECTLY TO ME ABOUT

19   THAT, IF THAT'S WHAT YOUR QUESTION IS.

20   **Q.**   MY QUESTION IS:  DR. SCOLNICK MADE IT CLEAR HOW IMPORTANT

21   IT WAS FOR MERCK FOR VIOXX TO GET TO THE MARKET FIRST AND WITH

22   A GOOD LABEL?

23   **A.**   HE MAY HAVE MADE THAT POINT TO OTHER PEOPLE.  HE NEVER

24   SAID THAT TO ME.

25   **Q.**   DO YOU KNOW THAT DR. SCOLNICK THREATENED TO LEAVE THE

1  COMPANY IF VIOXX DIDN'T BEAT CELEBREX?

2  **A.**   WHAT YOU'RE SAYING SOUNDS FAMILIAR TO ME BECAUSE I'VE BEEN

3  AT THESE TRIALS, BUT I CERTAINLY NEVER KNEW THAT WHEN I WAS

4  WORKING ON THE PROJECT TEAM PRIOR TO THE NDA.

5  **Q.**   WOULD IT HELP YOU TO SEE AN E-MAIL?

6  **A.**   AGAIN, BEING AT THESE TRIALS, I'VE HEARD THAT COMMENT, BUT

7  I'M JUST SAYING THAT WAS NEVER COMMUNICATED TO ME.

8  **Q.**   DR. SCOLNICK SAID THAT VIOXX WAS NECESSARY TO PRESERVE

9  MERCK AND MRL; RIGHT?

10        **MR. GOLDMAN:**  OBJECTION, YOUR HONOR, LACKS

11  FOUNDATION.  HE IS TALKING ABOUT THE SAME DOCUMENT THAT THE

12  WITNESS HASN'T SEEN.

13        **MR. BIRCHFIELD:**  IT'S A DIFFERENT DOCUMENT.

14        **MR. GOLDMAN:**  LACKS FOUNDATION.  IF HE WANTS TO SHOW

15  THE DOCUMENT --

16        **THE COURT:**  LET'S SHOW HIM THE DOCUMENT FIRST.

17  **BY MR. BIRCHFIELD:**

18  **Q.**   LET ME SHOW YOU WHAT'S MARKED PLAINTIFF'S EXHIBIT 1.0010.

19        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

20  THE BENCH.)

21        **MR. GOLDMAN:**  IT'S AN E-MAIL CHAIN THAT DOES NOT

22  INCLUDE DR. MORRISON'S NAME ON IT, SO HE LACKS PERSONAL

23  KNOWLEDGE.

24        **MR. BECK:**  JUDGE, THERE'S A DIFFERENCE BETWEEN

25  WHETHER HE HAS HEARD ABOUT IT SITTING AS A WITNESS AND WHETHER

1  HE SAW IT AT THE TIME.

2  **THE COURT:**  WITH THE E-MAILS, I DON'T HAVE ANY

3  PROBLEM WITH USING THE E-MAIL IF THE PERSON HAS EITHER WRITTEN

4  THE E-MAIL OR RECEIVED THE E-MAIL OR EVEN AS A CC ON THE

5  E-MAIL, BUT NOT SOMETHING THAT HE IS NOT EVEN ON IT BECAUSE

6  THEN YOU GET INTO A 602 PROBLEM.  JUST ASK THE QUESTION.  IF HE

7  DOESN'T KNOW --

8  **MR. ROBINSON:**  YOUR HONOR, HE SAID HE REVIEWED

9  EVERYTHING HE DID UP TO '99.

10  **THE COURT:**  I UNDERSTAND.

11  **MR. BIRCHFIELD:**  YOUR HONOR, I'M GOING TO ASK HIM A

12  QUESTION, AND THEN IF HE DENIES IT CAN I USE THE DOCUMENT TO

13  IMPEACH?

14  **THE COURT:**  THE PROBLEM IS IT'S NOT IMPEACHING HIM.

15  IF HE HAS A CC ON IT, YOU CAN IMPEACH HIM.  YOU CAN'T IMPEACH

16  HIM WITH A DOCUMENT HE HAS NEVER SEEN BEFORE.

17  **MR. BECK:**  TO ASK WHETHER SCOLNICK SAYS SOMETHING --

18  **MR. BIRCHFIELD:**  THIS IS THE PRESIDENT OF MERCK

19  RESEARCH LABS.  IF HE IS SAYING IT'S NECESSARY TO PRESERVE

20  MERCK AND MRL AND HE DOESN'T KNOW IT, THEN --

21  **THE COURT:**  THAT'S WHERE YOU HAVE TO STOP, IF HE

22  DOESN'T KNOW.

23  **MR. BECK:**  THEY PUT THIS IN THROUGH SCOLNICK.

24  **THE COURT:**  THIS IS ALREADY IN THROUGH SCOLNICK.

25  IT'S JUST A QUESTION WHETHER HE KNOWS ANYTHING ABOUT IT.  I

2123

1  THINK YOU CAN ARGUE IT IN CLOSING ARGUMENT.  YOU CAN FLASH THAT

2  BECAUSE IT'S IN EVIDENCE, BUT IT DOESN'T DO HIM ANY GOOD.  HE

3  HAS NEVER SEEN IT BEFORE.  IT DOESN'T IMPEACH HIM.  IT DOESN'T

4  DO ANYTHING FOR HIM.

5           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

6  OPEN COURT.)

7  **BY MR. BIRCHFIELD:**

8  **Q.**   DR. MORRISON, DO YOU KNOW WHETHER OR NOT ED SCOLNICK

9  THREATENED TO LEAVE MERCK IF VIOXX DID NOT BEAT CELEBREX?

10          **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED.

11          **THE COURT:**  I THOUGHT WHAT HE SAID IS THAT HE HAS

12  BEEN IN THIS COURTROOM BEFORE AND HE HAS HEARD THAT IN THIS

13  CONTEXT, BUT HE DOESN'T KNOW AND HE HAS NOT HEARD THAT FROM

14  OUTSIDE OF THE COURTROOM.

15          **THE WITNESS:**  THAT'S CORRECT.

16  **BY MR. BIRCHFIELD:**

17  **Q.**   DO YOU KNOW WHETHER OR NOT VIOXX BEATING CELEBREX TO THE

18  MARKET WAS NECESSARY TO PRESERVE MERCK RESEARCH LABS AND MERCK?

19  **A.**   I DON'T KNOW THE ANSWER TO THAT.  I THINK PEOPLE ON THE

20  PROJECT TEAM WERE VERY EXCITED ABOUT GETTING THE DRUG TO

21  MARKET.  AS YOU SAW IN THE MINUTES WITH THE FDA, WE WENT OVER

22  THE SCOPE OF THE PROGRAM, THE STUDIES WE WERE GOING TO DO,

23  THOUGHT IT WAS A WELL-DESIGNED PROGRAM THAT WOULD DEMONSTRATE

24  THE BENEFITS OF THE DRUG TO PHYSICIANS, SO WE WERE CERTAINLY

25  VERY EAGER ABOUT GETTING THE STUDIES DONE AND GETTING THE DRUG

1    TO MARKET.

2    **Q.**   WHEN 023 AND THOSE RESULTS CAME OUT, MERCK WAS IN A

3    CLINICAL DEVELOPMENT PROGRAM THAT WAS COMPRESSED AND

4    ACCELERATED; IS THAT RIGHT?

5    **A.**   I DON'T THINK I KNOW THE ANSWER TO THAT.  WE WERE DOING

6    THE CLINICAL STUDIES THAT WE HAD SAID WE WERE GOING TO DO IN

7    OUR INTERACTIONS WITH THE FDA AND WE WERE DOING THEM AS FAST AS

8    WE POSSIBLY COULD WHILE TRYING TO ACCUMULATE ALL OF THE

9    INFORMATION WE WOULD NEED TO BE ABLE TO GET THE DRUG

10   REGISTERED.

11   **Q.**   WHEN YOU CAME TO WORK AT MERCK, THE CLINICAL DEVELOPMENT

12   PROGRAM WAS UNDER WAY; RIGHT?

13   **A.**   THE DRUG WAS IN PHASE II, YES.

14   **Q.**   AT THAT POINT YOU STOPPED AND REVIEWED ALL THE CLINICAL

15   DATA, YOU REVIEWED THE CLINICAL DEVELOPMENT PROGRAM; RIGHT?

16   **A.**   I REVIEWED THE INFORMATION THAT MERCK HAD HAD AT THAT

17   TIME, WAS MADE AVAILABLE TO ME, AND I REVIEWED THE SCIENCE OF

18   THE WHOLE AREA FROM LITERATURE, YES.

19   **Q.**   FROM THAT POINT FORWARD UNTIL THE DRUG WAS ON THE MARKET,

20   YOU WERE AN INTEGRAL PART OF THE CLINICAL DEVELOPMENT PROGRAM

21   FOR VIOXX?

22   **A.**   I WORKED WITH THE CLINICAL TEAM, YES.

23   **Q.**   YOU UNDERSTOOD MERCK HAD A CLINICAL DEVELOPMENT PROGRAM

24   FOR VIOXX THAT WAS COMPRESSED AND ACCELERATED?

25   **A.**   WELL, I DO KNOW FROM MY OWN PERSONAL EXPERIENCES THAT WE

1   WERE DEFINITELY TRYING TO GET THESE STUDIES DONE AS FAST AS WE

2   COULD, NOT IN ANY WAY COMPROMISING ON THE DESIGN OF THE STUDIES

3   OR THE AMOUNT OF SAFETY DATA, BUT DEFINITELY, REALLY FROM AN

4   OPERATIONAL POINT OF VIEW, GET THE STUDIES DONE AS QUICKLY AS

5   YOU CAN, BUT THE STUDIES THEMSELVES -- MY FEELING WAS THE

6   STUDIES WERE VERY WELL-DESIGNED.  THEY ANSWERED ALL THE

7   IMPORTANT QUESTIONS.  SO MAYBE OPERATIONAL PIECES OF THIS --

8   WHEN YOU GO OUT AND TRY TO FIND DOCTORS TO ENROLL PATIENTS IN

9   THE STUDIES, IT TAKES TIME TO ENROLL THOSE PATIENTS.  IT TAKES

10  TIME TO ANALYZE THE DATA ONCE THE STUDY IS DONE.  SO ALL OF

11  THAT, WE WERE ABSOLUTELY TRYING TO DO ALL THOSE OPERATIONAL

12  PIECES AS FAST AS WE COULD.

13  Q.   YOU KNEW THAT THE MARKET FOR VIOXX WAS A VERY LUCRATIVE

14  MARKET; CORRECT?  MERCK KNEW THAT BACK IN 1996?

15  A.   I THINK THE NUMBER OF PEOPLE WHO HAVE OSTEOARTHRITIS IS

16  LARGE.  IT WAS MY UNDERSTANDING THERE ARE A LOT OF PEOPLE THAT

17  TRADITIONAL MEDICATIONS DIDN'T SATISFY THEIR NEEDS AND

18  PHYSICIANS DEFINITELY WANTED A NEW MEDICATION.  SO CLEARLY

19  THERE WOULD BE A LARGE NUMBER OF PATIENTS WHO WOULD BE

20  CANDIDATES FOR MERCK'S MEDICINE, SURE.

21  Q.   SO IT WAS A BIG UNSATISFIED MARKET; RIGHT?

22  A.   YES, THAT'S CORRECT.

23  Q.   MERCK HAD COMPETITIVE PRESSURE TO GET THEIR COX-2

24  INHIBITOR ON THE MARKET FIRST; RIGHT?

25  A.   IT'S A BUSINESS.  WE WOULD LIKE TO GET OUR DRUG THERE

DAILY COPY

1  FIRST, ABSOLUTELY.

2  **Q.**   IN ORDER TO DO THAT, YOU ENGAGED IN A HIGHLY AGGRESSIVE

3  CLINICAL DEVELOPMENT PROGRAM; RIGHT?

4  **A.**   AS I JUST SAID, WE WERE TRYING TO DO ALL THESE STUDIES AS

5  FAST AS WE COULD, YES.

6  **Q.**   PART OF THAT AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM

7  INVOLVED A COMPRESSED AND ACCELERATED CLINICAL DEVELOPMENT

8  PROGRAM; RIGHT?

9  **A.**   AS I SAID, WE WERE TRYING TO DO IT AS FAST AS WE COULD.

10  **Q.**   THAT MEANT YOU STARTED YOUR PHASE III STUDIES BEFORE YOU

11  EVEN FINISHED YOUR PHASE II; RIGHT?

12  **A.**   WE STARTED THE PHASE III STUDIES -- REMEMBER, I TOLD YOU

13  THERE WERE TWO OF THESE STUDIES.  WE LOOKED AT THE DOSE 125

14  AGAINST 125, AND THE OTHER STUDY HAD 5, 12.5, 25, AND 50.  WE

15  STARTED PHASE III BEFORE WE HAD FINISHED THE 5, 12.5, 25, AND

16  50.  WE WERE FAIRLY CONFIDENT, BASED ON OTHER DATA, THAT 12.5

17  AND 25 WERE THE RIGHT DOSES TO PUT IN PHASE III.  WE HADN'T

18  ACTUALLY FINISHED THAT DOSE RANGING TRIAL WHEN WE WENT INTO

19  PHASE III.  WE PICKED 12.5 AND 25 MILLIGRAMS AS THE PHASE III

20  DOSES EVEN THOUGH WE HADN'T FINISHED THAT SECOND DOSE RANGING,

21  AND THAT WAS A RISK THAT WE TOOK THAT WE WOULD BE WRONG AND WE

22  WOULD HAVE TO START PHASE III OVER WITH A DIFFERENT DOSE.

23  **Q.**   SO WILL YOU ANSWER MY QUESTION "YES" OR "NO," PLEASE,

24  DOCTOR.  DID YOU START PHASE III STUDIES BEFORE YOU COMPLETED

25  PHASE II STUDIES?

1  A.   BEFORE THE PHASE IIB DOSE RANGING STUDY WAS COMPLETED, WE

2  STARTED PHASE III.

3  Q.   YOU JUST SAID THAT WAS A RISKY STRATEGY DECISION; RIGHT?

4  A.   NO, NO.  IT WAS RISK TO US.  IT WAS A RISK TO US THAT WE

5  HAD THE DOSES WRONG.  SO IF THE DOSES WERE WRONG WHEN WE

6  FINISHED THAT STUDY AND THAT, IN FACT, 5 MILLIGRAMS WAS

7  EFFECTIVE, WE WOULD HAVE TO GO BACK AND RESTART PHASE III WITH

8  A DIFFERENT DOSE.  SO IT WAS A RISK THAT WE WERE GUESSING WHAT

9  THE DOSE WOULD BE, AND IT TURNED OUT THAT THAT STUDY CONFIRMED

10  EXACTLY WHAT WE THOUGHT IT WAS GOING TO BE SO THE DOSES WERE

11  APPROPRIATELY 12.5 AND 25.  THE RISK WAS COMPLETELY TO US THAT

12  WE WOULD HAVE TO START OVER BECAUSE WE HAD THE DOSE WRONG.

13  Q.   WELL, THAT WASN'T THE ONLY RISK INVOLVED IN A COMPRESSED

14  AND ACCELERATED CLINICAL DEVELOPMENT PROGRAM, WAS IT?

15  A.   THAT WAS THE RISK FOR STARTING PHASE III WITHOUT HAVING

16  FINISHED THAT DOSE RANGING STUDY.

17  Q.   ANOTHER RISK WAS WHETHER OR NOT YOU COULD GET THE ONE-YEAR

18  DATA, WHETHER YOU COULD GET THAT LIMITED DATA, ONE-YEAR DATA,

19  BY THE FDA; RIGHT?

20  A.   THAT ONE DOESN'T SOUND FAMILIAR TO ME.

21  Q.   YOU DON'T THINK IT WAS A RISK AS TO WHETHER OR NOT THE FDA

22  WOULD CONCUR ON ONE-YEAR EXPOSURE DATA?

23  A.   AS I SAID, THAT DOESN'T SOUND FAMILIAR TO ME.

24  Q.   WELL, YOU TALKED ABOUT THE NUMBER OF CLINICAL TRIALS THAT

25  WERE DONE BEFORE APPROVAL.  I THINK YOU SAID 50 TO 60; IS THAT

2128

1    RIGHT?

2    A.    THAT IS RIGHT.

3    Q.    YOU SAID THAT INVOLVED APPROXIMATELY 10,000 PATIENTS; IS

4    THAT RIGHT?

5    A.    10,000 PATIENTS ALL TOGETHER.  ONLY ABOUT HALF OF THE

6    PATIENTS GOT VIOXX.  THE OTHER HALF GOT PLACEBO OR A COMPARATOR

7    DRUG.

8    Q.    HOW MANY OF THOSE PATIENTS WERE ON VIOXX FOR MORE THAN A

9    YEAR?

10   A.    I DON'T REMEMBER THAT EXACT NUMBER.  IF YOU HAVE THE ISS,

11   IT'S IN THERE.

12   Q.    IT WAS LESS THAN A THOUSAND?

13   A.    I SAID I DON'T REMEMBER THE EXACT NUMBER.

14   Q.    HOW MANY PATIENTS WERE ON IT FOR MORE THAN THREE YEARS?

15   A.    MORE THAN THREE YEARS?  HOLD ON.  CAN I JUST LOOK IN THE

16   ISS.

17   Q.    SURE.

18   A.    I THINK IN THE ISS THE LONGEST POPULATION THAT WE HAVE IS

19   PEOPLE ON THE DRUG FOR SIX MONTHS UP TO 86 WEEKS.  SO 86 WEEKS

20   IS, WHAT, JUST UNDER TWO YEARS?

21   Q.    UH-HUH.  SO THE ANSWER TO THAT QUESTION WOULD BE ZERO?

22   A.    I THINK THERE PROBABLY -- PROBABLY ZERO.  I CAN'T TELL YOU

23   SPECIFICALLY, BUT I DON'T THINK THERE WERE PEOPLE UP TO THREE

24   YEARS.

25   Q.    VIOXX WAS DESIGNED TO BE PRESCRIBED TO PATIENTS ON A

DAILY COPY

1   LONG-TERM BASIS; RIGHT?

2   **A.**   I DON'T KNOW IF I WOULD SAY THAT.  IT WAS CERTAINLY CLEAR

3   IT WOULD BE CHRONICALLY USED, BUT I THINK EVEN THE ORIGINAL

4   LABEL TOLD PEOPLE TO USE IT AT THE LOWEST DOSE FOR THE SHORTEST

5   PERIOD OF TIME.

6   **Q.**   YOU WERE TREATING FOLKS FOR ARTHRITIS; RIGHT?

7   **A.**   YOU WERE TREATING FOLKS WITH ARTHRITIS, AND MANY

8   PHYSICIANS TREAT THOSE PATIENTS WITH INTERMITTENT TREATMENTS.

9   WHEN THEIR ARTHRITIS FLARES UP, THEY TAKE THEIR MEDICATION.

10   WHEN IT CALMS DOWN, THEY DON'T.  SO I THINK THAT'S WHY ON THE

11   LABEL IT SAYS TAKE IT ON THE LOWEST DOSE FOR THE SHORTEST

12   PERIOD OF TIME YOU NEED.

13   **Q.**   VIOXX WASN'T GOING TO CURE ARTHRITIS?  IT WASN'T GOING TO

14   MAKE IT GO AWAY; IT WAS JUST GOING TO TREAT THE PAIN?

15   **A.**   IT WAS COMPLETELY SYMPTOMATIC THERAPY.

16   **Q.**   SO THE FOLKS THAT HAVE ARTHRITIS, YOU EXPECTED THEM TO

17   HAVE IT FOR THE REST OF THEIR LIFE; RIGHT?

18   **A.**   I THINK, AS PEOPLE KNOW, SOME PEOPLE WITH OSTEOARTHRITIS

19   EVENTUALLY END UP WITH A JOINT REPLACEMENT OR SOME OTHER WAY OF

20   SOLVING THE PROBLEM, BUT ABSOLUTELY THERE ARE MANY PATIENTS WHO

21   DON'T HAVE THAT AND HAVE ARTHRITIS CHRONICALLY FOR A LONG TIME.

22   **Q.**   SO MERCK WAS IN THIS COMPRESSED AND ACCELERATED OR

23   AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM THAT WOULD HAVE ALLOWED

24   THE DRUG TO BE SUBMITTED TO THE FDA IN THE FOURTH QUARTER OF

25   1998; RIGHT?

2130

1   **A.**   FOURTH QUARTER '98 WAS OUR TARGET, YES.

2   **Q.**   THIS COMPRESSED AND ACCELERATED AGGRESSIVE CLINICAL

3   DEVELOPMENT PROGRAM WAS IMPLEMENTED IN 1996, WASN'T IT?

4   **A.**   AGAIN, YOU KEEP USING THIS TERM -- WHAT'S THE TERM YOU

5   USED, "COMPRESSED AND ACCELERATED"?

6   **Q.**   THAT'S THE TERM MERCK USES, ISN'T IT?

7   **A.**   I DON'T KNOW.  THAT WAS NEVER SAID TO ME.  WHAT WAS SAID

8   TO ME WAS TRY TO GET YOUR WORK DONE AS FAST AS YOU CAN AND TRY

9   TO GET THESE STUDIES DONE.  AS YOU SAW, IN TERMS OF NUMBERS OF

10  PATIENTS, THE TYPES OF STUDIES, THE GENERAL SCOPE, ALL OF THAT,

11  WE HAD HAD CONVERSATIONS WITH THE FDA BEFORE WE STARTED

12  PHASE III, AS I SAID, SO THAT WE WERE COMFORTABLE THAT WHEN WE

13  FINISHED IT WE COULD GET THE DRUG REGISTERED.

14  **Q.**   ARE YOU FAMILIAR WITH A DOCUMENT ENTITLED "PRODUCT

15  DEVELOPMENT STAGE ZERO REVIEW FOR VIOXX"?

16  **A.**   AGAIN, THIS IS ONE OF THOSE DOCUMENTS THAT I HAVE SEEN IN

17  THE LITIGATION, BUT I DO NOT RECALL SEEING AT THE TIME.

18          **MR. GOLDMAN:**  YOUR HONOR, CAN WE APPROACH?

19          **THE COURT:**  SURE.

20          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

21  THE BENCH.)

22          **MR. GOLDMAN:**  I WON'T DO THIS EVERY TIME A DOCUMENT

23  IS USED, BUT IT'S THE SAME OBJECTION.  HE IS SEEING IT FOR THE

24  FIRST TIME IN LITIGATION.  HE HAS NO PERSONAL KNOWLEDGE OF IT,

25  SO I OBJECT TO ITS USE WITH THIS WITNESS.  IT WAS USED WITH

2131

1   DR. SCOLNICK AT LENGTH.

2           **THE COURT:**  TO SOME EXTENT IT COULD BE A LITTLE

3   DIFFERENT.  E-MAIL IS ONE THING.  I DON'T KNOW HOW MUCH YOU'RE

4   GOING TO GET WITH THIS WITNESS IF HE HAS NEVER SEEN IT.

5           **MR. BIRCHFIELD:**  HE IS AN INTEGRAL PART OF THE

6   CLINICAL DEVELOPMENT PROGRAM.  THIS OUTLINES IT.  IT'S A HUGE

7   DOCUMENT OUTLINING THEIR CLINICAL DEVELOPMENT PROGRAM AND WHEN

8   THEY'RE STARTING INTO THE PHASES.  I THINK THAT I SHOULD BE

9   ABLE TO USE THAT DOCUMENT.

10          **THE COURT:**  LET'S TAKE IT A STEP AT A TIME.  I'LL LET

11  YOU GO AS FAR AS YOU CAN GO, BUT IF HE KEEPS SAYING, "I DON'T

12  KNOW," "I DON'T KNOW," "I DON'T KNOW," WE ARE GOING TO HAVE TO

13  GET OFF THE DOCUMENT.

14          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

15  OPEN COURT.)

16  **BY MR. BIRCHFIELD:**

17  **Q.**   DR. MORRISON, DO YOU RECOGNIZE THIS AS A MERCK DOCUMENT?

18  **A.**   YES, I DO.

19  **Q.**   IT'S DISCUSSING THE PRODUCT DEVELOPMENT PROGRAM FOR VIOXX;

20  IS THAT RIGHT?

21  **A.**   THAT'S CORRECT.

22  **Q.**   WOULD YOU TURN TO PAGE 3 OF THAT DOCUMENT.

23  **A.**   SURE.

24          **MR. GOLDMAN:**  YOUR HONOR, I DON'T HAVE A PROBLEM WITH

25  DR. MORRISON TESTIFYING ABOUT THE DOCUMENT IF HE SAW IT BACK

1 WHEN HE WAS AT MERCK.  SO I OBJECT ON 602 GROUNDS, LACK OF
2 PERSONAL KNOWLEDGE.
3         **THE COURT:**  I'LL OVERRULE THE OBJECTION AT THIS TIME,
4 BUT I'LL BE SENSITIVE TO IT.  HAVE YOU SEEN THAT BEFORE?
5         **THE WITNESS:**  IN THE LITIGATION, BUT NOT WHEN I
6 WAS -- WHEN IS THIS FROM?
7 **BY MR. BIRCHFIELD:**
8 **Q.**   MERCK SAYS IT WAS FROM 1996.
9 **A.**   I DIDN'T SEE IT IN 1996, BUT I'VE SEEN IT IN THE
10 LITIGATION.
11         **THE COURT:**  LET'S SEE WHERE HE GOES WITH IT.
12 **BY MR. BIRCHFIELD:**
13 **Q.**   THE FIRST SENTENCE SAYS, "THE OSTEOARTHRITIS MARKET
14 REPRESENTS A CROWDED YET UNSATISFIED MARKET WITH SUBSTANTIAL
15 COMMERCIAL OPPORTUNITY FOR A NOVEL THERAPEUTIC APPROACH"; IS
16 THAT RIGHT?
17 **A.**   YES.
18         **THE COURT:**  DOES HE AGREE WITH THAT?
19 **BY MR. BIRCHFIELD:**
20 **Q.**   YOU AGREE WITH THAT?
21 **A.**   YOU READ IT CORRECTLY, AND I DO AGREE THAT VIOXX WAS A
22 NOVEL THERAPEUTIC APPROACH.
23 **Q.**   THE NEXT SENTENCE SAYS, "THERE WAS CONSIDERABLE
24 COMPETITIVE PRESSURE TO MARKET THE FIRST HIGHLY SELECTIVE COX-2
25 INHIBITOR."  THAT'S WHAT YOU TOLD US EARLIER; RIGHT?

1   **A.**   YES.  THE PROJECT TEAM DEFINITELY WANTED TO BE FIRST.

2   **Q.**   SEARLE, THAT'S THE MAKER OF CELEBREX AT THAT TIME; IS THAT

3   RIGHT?

4   **A.**   CORRECT.

5   **Q.**   "SEARLE IS REPORTED TO BE TARGETING A FILING IN 4Q98."  IS

6   THAT FOURTH QUARTER 1998?

7   **A.**   FOURTH QUARTER 1998.

8   **Q.**   "WITH THEIR COX-2 SELECTIVE AGENT."  DID YOU UNDERSTAND

9   THAT AT THE TIME?

10         **MR. GOLDMAN:**  YOUR HONOR, ALL HE IS DOING IS USING

11  THE DOCUMENT AS A PROP.  HE LACKS PERSONAL KNOWLEDGE ABOUT IT.

12  DR. SCOLNICK HAS ALREADY TESTIFIED ABOUT THIS.

13         **THE COURT:**  I'M GOING TO SUSTAIN THAT OBJECTION.  IF

14  THIS WITNESS IS JUST READING THIS FOR THE FIRST TIME, THAT

15  DOESN'T HELP US ANY.

16  **BY MR. BIRCHFIELD:**

17  **Q.**   YOU NEVER HEARD MERCK USE THE TERM "COMPRESSED AND

18  ACCELERATED" IN DESCRIBING THEIR CLINICAL DEVELOPMENT PROGRAM

19  THAT STARTED PHASE III BEFORE PHASE II WAS FINISHED?

20         **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED.

21         **THE COURT:**  OVERRULED.

22         **THE WITNESS:**  AS I'VE INDICATED, I HAVE HEARD THOSE

23  TERMS BECAUSE I HAVE BEEN IN THE COURTROOM.  I NEVER HEARD

24  THOSE TERMS BACK WHEN I WAS WORKING ON THE PROJECT TEAM.

25

1   **BY MR. BIRCHFIELD:**

2   **Q.**   YOU TESTIFIED THAT IT WAS IMPORTANT FROM A BUSINESS

3   STANDPOINT FOR MERCK TO GET THE DRUG TO THE MARKET FIRST;

4   RIGHT?

5   **A.**   SURE.

6   **Q.**   YOU UNDERSTOOD THAT MERCK ACTUALLY CALCULATED THE AMOUNT

7   OF MONEY, THE DIFFERENCE BETWEEN BEING FIRST TO MARKET AND

8   SECOND; IS THAT CORRECT?

9   **A.**   I DON'T REMEMBER SEEING THAT, BUT THE MARKETING PEOPLE

10  GENERALLY DO DO THOSE FORECASTS.

11  **Q.**   YOU KNOW THAT THE DIFFERENCE BETWEEN BEING FIRST TO MARKET

12  VERSUS SECOND TO MARKET FOR VIOXX WAS $611 MILLION?

13  **A.**   I DON'T KNOW THE EXACT FIGURE.  FOR ME, PERSONALLY, I

14  THINK IT'S PRETTY OBVIOUS YOU WANT TO BE FIRST.  IF YOU'RE

15  FIRST, YOU HAVE A BETTER CHANCE OF TAKING OVER THE MARKET THAN

16  SOMEBODY WHO COMES SECOND.  I DON'T KNOW THE EXACT FIGURES THAT

17  THE MARKETING FOLKS.

18  **Q.**   DOES $611 MILLION SOUND PRETTY CLOSE TO WHAT YOUR

19  UNDERSTANDING WAS FROM BEING FIRST TO SECOND FOR VIOXX?

20  **A.**   I HAVE NO IDEA.

21  **Q.**   SO WE HAVE THIS CLINICAL DEVELOPMENT PROGRAM THAT -- YOU

22  AT LEAST ADMIT THAT IT'S AN AGGRESSIVE CLINICAL DEVELOPMENT

23  PROGRAM; RIGHT?

24  **A.**   THERE'S NO QUESTION WE WERE TRYING TO GO AS FAST AS

25  POSSIBLE, BUT AGAIN I WANT TO BE REAL CLEAR THAT THE STUDIES

1    THAT WE DID, THE SAFETY DATA THAT WE COLLECTED, WAS ALL I THINK

2    VERY APPROPRIATE.  WE HAD DISCUSSED THAT WITH THE FDA BEFORE WE

3    EVEN STARTED THE PHASE III STUDIES TO MAKE SURE THEY AGREED, AS

4    WELL, THAT THIS WOULD BE A GOOD PROGRAM, ADEQUATE SAFETY

5    DATABASE, TO BE ABLE TO ASSESS THE PRODUCT.

6    **Q.**   THIS AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM WOULD ALLOW

7    VIOXX TO BE SUBMITTED TO THE FDA IN THE FOURTH QUARTER OF 1998;

8    IS THAT RIGHT?

9    **A.**   THAT'S WHAT WE WERE TARGETING, YES.

10   **Q.**   SO THAT WAS SET UP IN 1996; RIGHT?

11   **A.**   I THINK THAT OVERALL PLAN, YES.

12   **Q.**   SO RIGHT IN THE MIDDLE OF THAT PERIOD OF TIME, OF THAT

13   AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM, YOU GET THE RESULTS

14   FROM 023; CORRECT?

15   **A.**   YES.

16   **Q.**   023 RAISED CONCERNS ABOUT THE CARDIOVASCULAR RISKS

17   ASSOCIATED WITH VIOXX; RIGHT?

18   **A.**   AS I SAID, I THINK IT RAISED QUESTIONS ABOUT WHY YOU'RE

19   SEEING AN EFFECT IN THE URINE ON PROSTACYCLIN.

20   **Q.**   MERCK DIDN'T SLOW DOWN THEIR CLINICAL DEVELOPMENT PROGRAM,

21   DID YOU?

22   **A.**   NO.  THE PROGRAM WAS GOING ON.  WE PUBLISHED THE DATA.  WE

23   PRESENTED IT TO THE BOARD OF SCIENTIFIC ADVISORS.  AS YOU SAW,

24   THEY ENCOURAGED US TO BRING THE PRODUCT TO MARKET AS QUICKLY AS

25   POSSIBLE, AND THAT'S WHAT WE DID.

1    Q.   YOU DIDN'T SLOW DOWN AND GET AN ANSWER TO THE HEART ATTACK

2    RISKS ASSOCIATED WITH VIOXX, DID YOU?

3              MR. GOLDMAN:  OBJECTION, ASKED AND ANSWERED, JUDGE.

4              THE COURT:  IT'S ARGUMENTATIVE.  LET'S MOVE ON.  HE

5    HAS ALREADY ANSWERED THAT QUESTION.

6    BY MR. BIRCHFIELD:

7    Q.   DID MERCK GET AN ANSWER TO THE HEART ATTACK RISK BEFORE IT

8    PUT IT ON THE MARKET?

9              MR. GOLDMAN:  OBJECTION, SAME QUESTION.

10             THE COURT:  I'LL LET YOU ANSWER.

11             THE WITNESS:  I THINK I REVIEWED WITH THE JURY

12   EXPERIMENTS THAT MERCK HAD DONE, THE CLINICAL TRIAL DATA WE HAD

13   AT THE TIME OF THE FILING, AND ALL THAT TOGETHER -- NONE OF

14   THAT DATA WAS SUPPORTING THE FITZGERALD HYPOTHESIS.

15   BY MR. BIRCHFIELD:

16   Q.   IN 2006 THE FITZGERALD HYPOTHESIS THAT YOU DESCRIBED, THIS

17   IMBALANCE THEORY, IS ACCEPTED IN THE SCIENTIFIC COMMUNITY,

18   ISN'T IT?

19   A.   I WOULD DISAGREE WITH THAT.

20   Q.   WHAT WOULD BE CONSIDERED TO BE THE TOP BOOK, THE MOST

21   AUTHORITATIVE BOOK IN THE FIELD OF PHARMACOLOGY?

22   A.   WELL, I CAN TELL YOU THE BOOK I USED WHEN I WAS IN MEDICAL

23   WAS *GOODMAN & GILMAN*'S.

24   Q.   THIS BOOK?

25   A.   THAT'S NOT THE EDITION I HAD IN MEDICAL SCHOOL, BUT THAT'S

1    THE BOOK.

2    **Q.**   THIS IS THE 2006 EDITION.

3    **A.**   OKAY.  THIS IS 2006.

4    **Q.**   HAVE YOU REVIEWED THE 2006 EDITION OF *GOODMAN & GILMAN'S*

5    TO SEE WHAT IT SAYS ABOUT THE IMBALANCE THEORY?

6    **A.**   NO, I HAVEN'T.

7    **Q.**   ARE YOU WITH ME, DOCTOR, ON PAGE 684?

8    **A.**   JUST SO WE ARE ALL CLEAR, GARRETT WROTE THIS CHAPTER.

9    **Q.**   GARRETT FITZGERALD WROTE THIS?

10   **A.**   YES, SO THIS IS GARRETT'S PERSPECTIVE.

11   **Q.**   THE PREEMINENT PHARMACOLOGIST, GARRETT FITZGERALD?

12   **A.**   YES, BUT IT IS THE FITZGERALD HYPOTHESIS AND SO GARRETT

13   WROTE THIS CHAPTER.

14   **Q.**   YOU AGREE THAT THIS BOOK SUPPORTS THE FITZGERALD

15   HYPOTHESIS, THIS IMBALANCE THEORY; IS THAT RIGHT?

16   **A.**   WHAT I'M READING ON THE SCREEN IS --

17   **Q.**   LET'S READ IT.

18   **A.**   -- THE WRITINGS THAT I THINK GARRETT HAS PUT FORWARD IN

19   GENERAL.

20   **Q.**   "SELECTIVE INHIBITORS OF COX-2 DEPRESS $PGI_2$ FORMATION" --

21   THAT'S PROSTACYCLIN, RIGHT, $PGI_2$?

22   **A.**   YES.

23   **Q.**   "BY EPITHELIAL CELLS WITHOUT CONCOMITANT" --

24   "CONCOMITANT," THAT MEANS AT THE SAME TIME?

25   **A.**   CORRECT.

2138

1  **Q.**   "INHIBITION OF PLATELET THROMBOXANE.  EXPERIMENTS IN MICE

2  SUGGEST THAT PROSTACYCLIN RESTRAINS THE CARDIOVASCULAR EFFECTS

3  OF THROMBOXANE, AFFORDING A MECHANISM BY WHICH SELECTIVE

4  INHIBITORS MIGHT INCREASE THE RISK OF THROMBOSIS."  DID I READ

5  THAT CORRECTLY?

6  **A.**   YES, YOUR DID.

7  **Q.**   "THIS MECHANISM SHOULD PERTAIN TO INDIVIDUALS OTHERWISE AT

8  RISK OF THROMBOSIS, SUCH AS THOSE WITH RHEUMATOID ARTHRITIS, AS

9  THE RELATIVE RISK OF MYOCARDIAL INFARCTION IS INCREASED IN

10  THESE PATIENTS."  IS THAT RIGHT?

11  **A.**   YES.

12  **Q.**   "COMPARED TO PATIENTS WITH OSTEOARTHRITIS OR NO

13  ARTHRITIS."  CORRECT?

14  **A.**   CAN YOU JUST TELL ME WHAT PAGE?  I WOULD RATHER READ IT ON

15  THE THING THAN ON THE SCREEN.

16  **Q.**   684.  "THE INCIDENCE OF MYOCARDIAL INFARCTION AND

17  STROKE" --

18           **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.  MAY WE

19  APPROACH?  THIS IS BEYOND WHETHER OR NOT THE IMBALANCE THEORY

20  HAS MERIT.  HE IS NOW TALKING ABOUT EXPERT OPINION TESTIMONY.

21           **THE COURT:**  YOU CAN USE THIS.  I'M GOING TO LET HIM

22  USE IT.  I OVERRULE THE OBJECTION.

23  **BY MR. BIRCHFIELD:**

24  **Q.**   "THE INCIDENCE OF MYOCARDIAL INFARCTION AND STROKE HAS

25  DIVERGED IN SUCH AT-RISK PATIENTS WHEN COX-2 INHIBITORS ARE

2139

1  COMPARED WITH THE TNSAIDS."  IS THAT TRADITIONAL NSAIDS?

2  **A.**    YES.

3  **Q.**    "PLACEBO-CONTROLLED TRIALS HAVE NOW REVEALED AN INCREASED

4  INCIDENCE OF MYOCARDIAL INFARCTION AND STROKE IN PATIENTS

5  TREATED WITH ROFECOXIB."  IS THAT RIGHT?

6  **A.**    THAT'S THE APPROVE STUDY.

7  **Q.**    THAT'S MERCK'S STUDY?

8  **A.**    THE APPROVE STUDY.

9          **MR. GOLDMAN:**  CAN YOU READ THE REST OF THE SENTENCE?

10 **BY MR. BIRCHFIELD:**

11 **Q.**    "VALDECOXIB" -- THAT'S BEXTRA, RIGHT -- "AND CELECOXIB" --

12 THAT'S CELEBREX; RIGHT?

13 **A.**    CORRECT.

14 **Q.**    "CONSISTENT WITH A MECHANISM-BASED CARDIOVASCULAR HAZARD

15 FOR THE CLASS."  IS THAT RIGHT?

16 **A.**    CORRECT.

17 **Q.**    "REGULATORY AGENCIES IN THE UNITED STATES, EUROPE, AND

18 AUSTRALIA HAVE REVIEWED THESE STUDIES AND OTHER AVAILABLE

19 EVIDENCE AND HAVE CONCLUDED THAT ALL THREE DRUGS INCREASE THE

20 RISK OF HEART ATTACK AND STROKE AND WILL BE LABELED ACCORDINGLY

21 AND RESTRICTED WITH RESPECT TO MARKETING DIRECTLY TO

22 CONSUMERS."  IS THAT RIGHT?

23 **A.**    YOU READ THAT CORRECTLY.

24 **Q.**    YOU AGREE THAT THIS TEXT SUPPORTS THE FITZGERALD

25 HYPOTHESIS?

1  **A.**   FITZGERALD WROTE THE TEXT THAT SUPPORTS HIS HYPOTHESIS,

2  YES.

3  **Q.**   IT'S NOT A MATTER OF A DOCTOR JUST WRITING AN ARTICLE AND

4  IT AUTOMATICALLY APPEARING IN A TEXT, IS IT?  IT GOES THROUGH A

5  PEER-REVIEW PROCESS; RIGHT?

6  **A.**   I DON'T KNOW THE PROCESS FOR THE EDITING OF THE TEXTBOOKS.

7  **Q.**   YOU'RE NOT SURE IF THIS TEXT, *GOODMAN & GILMAN'S*, IS

8  PEER-REVIEWED?

9  **A.**   I'M SURE IT'S EDITED.  I DON'T KNOW THE PROCESS OF HOW

10  TEXTBOOKS -- I DO KNOW THE PUBLICATIONS PROCESS, BUT I JUST

11  DON'T KNOW HOW TEXTBOOKS ARE REVIEWED AND HOW MUCH LATITUDE THE

12  AUTHOR HAS.

13  **Q.**   DO YOU KNOW A MAN BY THE NAME OF NICHOLAS FLAVAHAN?

14  **A.**   NO, I DON'T.

15  **Q.**   DO YOU KNOW HE IS MERCK'S EXPERT IN THIS CASE?

16  **A.**   I HAVE HEARD THAT NAME, BUT I HAVE NEVER MET THE MAN.

17  **Q.**   DO YOU KNOW HE HAS TESTIFIED UNDER OATH THIS IS THE

18  PHARMACOLOGIST'S BIBLE?

19         **MR. GOLDMAN:**  YOUR HONOR --

20         **THE COURT:**  THAT'S SUSTAINED.  THAT'S NEITHER HERE

21  NOR THERE.  HE HAS RECOGNIZED IT AS AUTHORITATIVE.

22         **THE WITNESS:**  YES.

23  **BY MR. BIRCHFIELD:**

24  **Q.**   SO BEFORE MERCK PUT VIOXX ON THE MARKET, YOU DISMISSED

25  THIS IMBALANCE THEORY; IS THAT RIGHT?

1   **A.**   I DON'T SAY THAT I DISMISSED IT.   I SAID WE LOOKED AT

2   EXPERIMENTS TO SEE IF THERE WAS EVIDENCE THAT WOULD SUPPORT IT,

3   AND AT THE TIME THAT THE DRUG GOT APPROVED THE EXPERIMENTS THAT

4   WE HAD LOOKED AT, THE DATA WE HAD LOOKED AT DID NOT SUPPORT THE

5   THEORY, AT LEAST IN TERMS OF HOW IT PLAYS OUT IN BLOOD VESSELS.

6   THERE'S NO QUESTION SOMEWHERE IN THE BODY PROSTACYCLIN WAS

7   DECREASED, BUT THE DATA WE LOOKED AT DID NOT SUPPORT THE THEORY

8   AS IT PERTAINS TO BLOOD VESSELS.

9   **Q.**   SO YOU JUST WENT AHEAD AND SOLD THE DRUG, ANYWAY?

10  **A.**   I THINK THE BOARD OF SCIENTIFIC ADVISORS SUMMARIZED IT

11  NICELY IN THAT THERE ARE QUESTIONS, AS YOU DO DRUG DEVELOPMENT,

12  BUT WHEN YOU HAVE ANSWERS TO SHOW THAT THE DRUG HAS A BETTER GI

13  SAFETY PROFILE, THEY ENCOURAGED US TO GET THIS TO PATIENTS AS

14  SOON AS POSSIBLE.   SO I DON'T THINK IT'S CORRECT TO SAY THAT WE

15  DISMISSED IT.   WE ALREADY KNEW THAT THERE WAS A LARGE CLINICAL

16  BENEFIT TO THE MEDICATION, AND SO THAT WAS WHY THEY SET A

17  MANDATE TO BRING IT, BUT THAT WE WOULD CONTINUE STUDYING THE

18  ISSUE, ABSOLUTELY.

19  **Q.**   BUT THE ONLY WAY TO GET A DEFINITE ANSWER TO THAT QUESTION

20  WHETHER VIOXX POSES A CARDIOVASCULAR RISK IS TO DO A STUDY

21  DESIGNED FOR THAT POINT; RIGHT?

22  **A.**   WELL, I THINK, AGAIN, WHEN YOU LOOK AT ALL OF THE SAFETY

23  DATA THAT WE HAVE -- YOU COLLECT SAFETY DATA IN ALL OF YOUR

24  STUDIES.   YOU CAN MAKE PRETTY FIRM CONCLUSIONS ABOUT SAFETY

25  EVEN THOUGH WHAT I WOULD CALL THE PRIMARY REASON TO DO THE

1   STUDY ISN'T SAFETY.  SO AS YOU ARE DOING MORE STUDIES AND

2   ACCUMULATING SAFETY DATA, THAT'S CLEARLY IMPORTANT INFORMATION

3   THAT YOU CAN USE TO ADDRESS WHETHER THIS IS TRUE OR NOT.

4   **Q.**   THE ONLY WAY TO GET A DEFINITE ANSWER IS TO DO A STUDY

5   DESIGNED FOR THAT PURPOSE; RIGHT?

6   **A.**   I'M NOT SO SURE I AGREE WITH THAT.  I THINK IF YOU'RE

7   DOING STUDIES -- SO, FOR EXAMPLE, WHAT MERCK DID DO IS THEY DID

8   A BUNCH OF THESE -- THREE STUDIES THAT THE PRIMARY PURPOSE WAS

9   TO ASK WHETHER THE DRUG BENEFITS CANCER, BUT BECAUSE THERE'S SO

10  MANY PATIENTS AND YOU'RE COLLECTING SO MUCH SAFETY DATA, YOU

11  CAN GET THE ANSWER OF WHETHER THERE'S CARDIOVASCULAR RISK,

12  ALTHOUGH THE PRIMARY REASON YOU'RE DOING THE STUDY IS TO ASK

13  DOES IT BENEFIT PATIENTS WHO ARE AT RISK FOR CANCER.

14  **Q.**   DR. SCOLNICK, IF HE SAID THE ONLY WAY TO GET A DEFINITE

15  ANSWER IS TO DO A STUDY, YOU WOULD DISAGREE WITH THAT?  YOU

16  WOULD SAY HE IS WRONG ON THAT?

17          **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.

18          **THE COURT:**  SUSTAINED.  WE ARE GOING TO HAVE TO MOVE

19  ON, COUNSEL.  HE SAID WHAT HE SAID.  WE ARE GOING OVER IT NOW.

20  HE SAID WHAT HE SAID, WHETHER YOU AGREE WITH IT OR NOT OR

21  ACCEPT IT OR NOT.  YOU ARE ASKING THE SAME QUESTION AT THIS

22  POINT.

23  **BY MR. BIRCHFIELD:**

24  **Q.**   BEFORE THE DRUG WENT ON THE MARKET, DID MERCK DO A

25  CLINICAL STUDY WITH A CV ENDPOINT AS ITS PRIMARY ENDPOINT?

1          **MR. GOLDMAN:**  OBJECTION, ASKED AND ANSWERED.

2          **THE WITNESS:**  WE COLLECTED, OF COURSE, THE

3    CARDIOVASCULAR DATA AND LOOKED AT IT, AS I COVERED FOR YOU IN

4    THE INTEGRATED SUMMARY OF SAFETY, AND PRESENTED THAT TO THE

5    REGULATORY AGENCY, SO WE LOOKED AT THE CARDIOVASCULAR DATA.

6    NONE OF THOSE STUDIES HAD AS THEIR PRIMARY WHAT WE CALL

7    HYPOTHESIS CARDIOVASCULAR, BUT THAT DOESN'T MEAN WE DIDN'T LOOK

8    AT THE DATA.

9    BY MR. BIRCHFIELD:

10   Q.   BEFORE VIOXX WENT ON THE MARKET, DID MERCK DO A CV

11   OUTCOMES STUDY?

12   A.   I THOUGHT I JUST ANSWERED THAT.

13   Q.   IS IT ONE AND THE SAME THING, A CV OUTCOMES STUDY AND A

14   STUDY WITH A PRIMARY ENDPOINT OF CARDIOVASCULAR?

15   A.   SO I EXPLAINED TO THE JURY WHAT AN OUTCOMES STUDY IS.

16   THAT'S WHERE YOU'RE DOING GENERAL -- TRYING TO MIMIC THE

17   PRACTICE OF MEDICINE.  I TALKED ABOUT THE GI OUTCOMES STUDY,

18   WHERE YOU'RE LOOKING AT WHAT HAPPENS TO THE STOMACH.  IN A GI

19   OUTCOMES STUDY, YOU'RE GOING TO LOOK AT OVERALL SAFETY, AS

20   WELL, AND YOU'RE GOING TO LOOK AT THOSE THINGS.  BUT WITH THAT

21   DEFINITION OF AN OUTCOME STUDY, WE HADN'T DONE ANY GI OUTCOME

22   STUDY AT THE TIME THE DRUG WAS SUBMITTED FOR APPROVAL OR WHEN

23   THE DRUG WAS APPROVED.

24   Q.   DO YOU KNOW THAT THE FDA SUGGESTED THAT MERCK DO A

25   CLINICAL STUDY TO PROVIDE A DEFINITIVE ANSWER TO THE ISSUE OF

1    WHETHER IT WAS PROTHROMBOTIC?

2    **A.**   I DON'T KNOW THE ANSWER TO THAT, BUT I KNOW THEY APPROVED

3    THE DRUG.

4    **Q.**   IF SOMEBODY AT THE FDA REPORTED TO MERCK, IT DIDN'T GET

5    DOWN TO YOU, THAT YOU SHOULD DO A DEFINITIVE STUDY?

6              **MR. GOLDMAN:**  OBJECTION.

7              **THE COURT:**  HE SAID WHAT HE SAID.  I SUSTAIN THE

8    OBJECTION.

9    BY MR. BIRCHFIELD:

10   **Q.**   YOU DON'T KNOW ONE WAY OR ANOTHER, DOCTOR?

11             **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.

12             **THE COURT:**  YOU DON'T KNOW?

13             **THE WITNESS:**  I DON'T KNOW.

14   BY MR. BIRCHFIELD:

15   **Q.**   WHEN PROTOCOL 023 WAS PUBLISHED, MERCK WANTED TO MAKE SURE

16   THAT THE HEART ATTACK RISK RAISED BY THAT STUDY WAS NOT

17   EVIDENT; WOULD YOU AGREE WITH THAT?

18   **A.**   NO, I WOULDN'T AGREE WITH THAT AT ALL.  I WAS ONE OF THE

19   AUTHORS OF THE PAPER.  ALL OF THE AUTHORS WORKED TOGETHER TO

20   WRITE UP THE PAPER, PRIMARILY FRANCESCA, WHO IS THE FIRST

21   AUTHOR, GARRETT, MYSELF, AND BARRY GERTZ.  SO WE WERE ALL

22   WORKING TOGETHER TO WRITE UP THE PAPER, AND I DISAGREE WITH

23   YOUR CHARACTERIZATION.

24   **Q.**   WELL, THE FIRST DRAFT WAS PREPARED BY THE AUTHORS FROM THE

25   UNIVERSITY OF PENNSYLVANIA; RIGHT?

2145

1   **A.**   BY FRANCESCA.

2   **Q.**   FRANCESCA, AND SHE WAS WORKING UNDER THE SUPERVISION OF

3   THE SENIOR AUTHOR, GARRETT FITZGERALD; RIGHT?

4   **A.**   FRANCESCA WROTE THE FIRST DRAFT.  FRANCESCA WORKED IN

5   GARRETT'S UNIT, HIS LABORATORY.

6   **Q.**   THAT FIRST DRAFT OF THAT MANUSCRIPT FOR 023 URGED CAUTION

7   IN CLINICAL PRACTICE FOR VIOXX, DIDN'T IT?

8   **A.**   I THINK I REMEMBER THAT WORD, YES.

9   **Q.**   IT URGED CAUTION AND YOU NEGOTIATED GETTING THAT LANGUAGE

10  TAKEN OUT; IS THAT RIGHT?

11  **A.**   WELL, WE ALL TOGETHER AGREED THAT THAT LANGUAGE WASN'T

12  APPROPRIATE FOR THE PAPER.  I THINK I DEFINITELY WAS ONE OF THE

13  PEOPLE SAYING, "I'M NOT QUITE SURE WHY YOU WOULD SAY THAT BASED

14  UPON THE DATA FROM A URINE STUDY," BUT AT THE END OF THE DAY

15  ALL FOUR OF US AGREED THAT, YES, THAT WAS PROBABLY NOT

16  SOMETHING THAT SHOULD BE PUT IN THE PAPER.

17  **Q.**   GARRETT FITZGERALD AND FRANCESCA DRAFTED THE INITIAL

18  MANUSCRIPT THAT HAD A SENTENCE IN THERE THAT WOULD URGE CAUTION

19  IN CLINICAL PRACTICE AND YOU AND BARRY GERTZ NEGOTIATED THAT

20  OUT; IS THAT RIGHT?

21  **A.**   AGAIN, ALL OF US AGREED ON WHAT THE FINAL WORDING WOULD

22  BE.  BARRY AND I BOTH DID PRESENT A POINT OF VIEW THAT WE

23  WEREN'T REALLY SURE WHY THEY WANTED THAT SENTENCE IN.  AGAIN,

24  WE HAD THAT URINE RESULT.  NOTHING HAPPENED TO ANY OF THE

25  PATIENTS IN THIS TRIAL.  THE 36 PATIENTS WHO WERE IN THE TRIAL,

1   NONE OF THEM HAD ANY CARDIOVASCULAR EVENTS, SO WE THOUGHT

2   THAT -- WE JUST DIDN'T UNDERSTAND WHY THEY WANTED THAT WORDING

3   IN.  IT SEEMED LIKE A STRETCH BASED UPON THE DATA THAT WE HAD

4   IN THIS STUDY.

5   **Q.**   THAT'S DATA THAT WOULD SAY, LOOK, THE IMBALANCE THEORY,

6   THE IMBALANCE BETWEEN PROSTACYCLIN AND THROMBOXANE, POSES A

7   HEART ATTACK RISK, THAT LANGUAGE THAT WOULD URGE CAUTION IN

8   CLINICAL PRACTICE IS TAKEN OUT; RIGHT?

9   **A.**   YES.  I THINK THE "CAUTION IN CLINICAL PRACTICE" KIND OF

10  WORDING WOULD COME FROM A CLINICAL STUDY.  THIS IS A CLINICAL

11  PHARMACOLOGY STUDY REALLY JUST LOOKING AT URINE.  THERE ARE

12  ALMOST NO ADVERSE EVENTS AT ALL IN ANY OF THESE PATIENTS, AND

13  SO IT SEEMED TO US IF WE WANTED TO RECOMMEND TO PEOPLE TO USE

14  CAUTION, WE SHOULD LOOK AT THE CLINICAL TRIAL DATA FROM THE

15  PHASE II AND III STUDIES, NOT A URINE STUDY.

16  **Q.**   AS A RESULT OF YOUR HANDLING OF 023 AND THE PUBLICATION OF

17  THIS MANUSCRIPT, YOU GOT A RAISE AND A PROMOTION AT MERCK;

18  RIGHT?

19  **A.**   NO, THAT'S NOT TRUE.  I DID GET PROMOTED SOMEWHERE ALONG

20  THE WAY, BUT IT WASN'T AS A RESULT OF -- DOING THE 023

21  EXPERIMENT WAS DEFINITELY AN ACCOMPLISHMENT THAT MY BOSSES FELT

22  WAS IMPORTANT.  WRITING THE PAPER UP AND PUBLISHING IT WAS

23  IMPORTANT.  THOSE WERE SCIENTIFIC ACCOMPLISHMENTS THAT GET YOU

24  PROMOTED AT MERCK.

25  **Q.**   YOUR BOSS' BOSS, THAT WOULD BE BARRY GERTZ; RIGHT?

2147

1  **A.**   AT WHAT TIME ARE YOU TALKING ABOUT?

2  **Q.**   AT THE TIME OF THIS 023 STUDY.

3  **A.**   MY BOSS WAS BETH, AND BETH'S BOSS WAS ALAN.  I DON'T THINK

4  BARRY WAS -- BARRY WAS A COLLEAGUE OF MINE WORKING ON THIS.

5  **Q.**   YOU GOT A LETTER OF RECOMMENDATION FOR A PROMOTION BASED

6  ON 023; RIGHT?

7  **A.**   FRANCESCA WAS KIND ENOUGH TO WRITE A LETTER ON MY BEHALF.

8  WHEN YOU GET PROMOTED AT MERCK, YOU HAVE TO GET OUTSIDE PEOPLE

9  TO WRITE LETTERS FOR YOU, AND FRANCESCA WAS KIND ENOUGH TO

10  WRITE A LETTER FOR ME.

11  **Q.**   FRANCESCA GOT HIRED BY MERCK; RIGHT?

12  **A.**   A NUMBER OF YEARS LATER.  I DON'T REMEMBER WHEN SHE CAME

13  TO MERCK.  A NUMBER OF YEARS AFTER THIS.

14  **Q.**   THE SCIENTIFIC COMMUNITY GOT A PUBLICATION WITHOUT THE

15  CAUTION URGED FOR VIOXX WITH THE CLINICAL TRIALS?

16  **A.**   I THINK THE SCIENTIFIC COMMUNITY GOT A VERY NICE

17  PUBLICATION THAT DESCRIBED AN IMPORTANT RESULT.  ALL THE

18  RESULTS WERE OUT THERE FOR SCIENTISTS ALL OVER THE WORLD TO

19  LOOK AT AND DRAW THEIR OWN CONCLUSIONS AND PROPOSE ADDITIONAL

20  EXPERIMENTS TO TRY TO UNDERSTAND THIS.

21            **MR. BIRCHFIELD:**  YOUR HONOR, WOULD THIS BE A GOOD

22  TIME FOR A BREAK?

23            **THE COURT:**  OKAY.  WE'LL TAKE A 15-MINUTE BREAK.

24            **THE DEPUTY CLERK:**  EVERYONE RISE.

25            (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

DAILY COPY

1          **THE DEPUTY CLERK:**  EVERYONE RISE.

2          **THE COURT:**  BE SEATED, PLEASE.

3          **THE WITNESS:**  MR. BIRCHFIELD, DURING THE BREAK I WENT

4    BACK AND CHECKED.  THERE WERE NO PATIENTS MORE THAN TWO YEARS.

5    THERE WERE ABOUT 800 PATIENTS FOR GREATER THAN A YEAR.  I JUST

6    WANTED TO ANSWER YOUR QUESTION.

7    **BY MR. BIRCHFIELD:**

8    **Q.**   NO PATIENTS GREATER THAN TWO YEARS; CORRECT?

9    **A.**   IN THE ORIGINAL NDA.

10   **Q.**   DR. MORRISON, LET ME SHOW YOU WHAT'S MARKED AS P.1-1894.

11   DR. MORRISON, IS THIS A MEMO YOU PREPARED REGARDING THE

12   PROTOCOL 023 TRANSCRIPT?

13   **A.**   THIS IS A MEMO REGARDING THE PUBLICATION, YES.

14         **MR. BIRCHFIELD:**  YOUR HONOR, WE OFFER IT INTO

15   EVIDENCE.

16         **MR. GOLDMAN:**  NO OBJECTION.

17         **MR. BIRCHFIELD:**  PLAINTIFF'S EXHIBIT P.1-1894.

18         **THE COURT:**  LET IT BE ADMITTED.

19   **BY MR. BIRCHFIELD:**

20   **Q.**   WE SEE THAT THIS IS A MEMO TO YOU -- I MEAN, FROM YOU TO

21   BETH SEIDENBERG.  THAT'S YOUR BOSS; RIGHT?

22   **A.**   THAT'S CORRECT.

23   **Q.**   THE REST OF THE FOLKS ARE MERCK EMPLOYEES?

24   **A.**   ALAN NIES, WE'VE TALKED ABOUT.  BARRY GERTZ, WE'VE TALKED

25   ABOUT.  HUI QUAN IS THE STATISTICIAN ON THE STUDY, AND ELLIOTT

1    AND JIM ARE OTHER MERCK EMPLOYEES.

2    **Q.**    YOU'RE CIRCULATING A DRAFT MANUSCRIPT FOR THE O23 STUDY;

3    RIGHT?

4    **A.**    CORRECT.

5    **Q.**    TO BE PUBLISHED.  IT WAS WRITTEN BY FRANCESCA

6    CATELLA-LAWSON AT THE UNIVERSITY OF PENNSYLVANIA WE TALKED

7    ABOUT; IS THAT CORRECT?

8    **A.**    THAT'S CORRECT.

9    **Q.**    WILL YOU GO TO PAGE 2.  DO YOU SEE -- WELL, FIRST OF ALL,

10   PAGE 2 IS THE -- I'M SORRY.  PAGE 2 OF THE MANUSCRIPT.  THAT'S

11   AN ABSTRACT; IS THAT CORRECT?  THAT'S THE ABSTRACT --

12   **A.**    YES, THAT'S THE ABSTRACT.

13   **Q.**    THE ABSTRACT IS A SYNOPSIS THAT GIVES THE MOST IMPORTANT

14   FINDINGS IN A NUTSHELL VERSION FOR DOCTORS AND SCIENTISTS TO

15   READ; IS THAT RIGHT?

16   **A.**    THAT'S CORRECT.

17   **Q.**    THE LAST SENTENCE IN THIS DRAFT MANUSCRIPT STATES, "THE

18   INHIBITION OF URINARY PGI-M" -- THAT'S THE PROSTACYCLIN

19   METABOLITE?

20   **A.**    YES.

21   **Q.**    -- "BY MK-966."  THAT'S VIOXX; RIGHT?

22   **A.**    CORRECT.

23   **Q.**    IT SAYS, "IMPLIES A MAJOR ROLE" -- WELL, "IMPLIES" IS

24   STRUCK OUT, AND IT SAYS "SUPPORTS A MAJOR ROLE FOR COX-2 IN THE

25   VASCULAR BIOSYNTHESIS OF PROSTACYCLIN IN HUMANS."  IS THAT

1  RIGHT?

2  **A.**   CORRECT.

3  **Q.**   THAT'S LANGUAGE THAT YOU NEGOTIATED OUT FOR THE FINAL

4  DRAFT; IS THAT RIGHT?

5  **A.**   FOR THE FINAL VERSION.  "COX-2 MAY PLAY A ROLE IN THE

6  SYSTEMIC" -- MAYBE YOU CAN JUST HIGHLIGHT IT.  "COX-2 MAY PLAY

7  A ROLE IN THE SYSTEMIC BIOSYNTHESIS OF PROSTACYCLIN IN HEALTHY

8  HUMANS."

9  **Q.**   WHEN YOU TAKE IT OUT, THAT IT PLAYS A MAJOR ROLE; RIGHT?

10  THAT WOULD BE DETRIMENTAL TO THE SALES OF VIOXX, WOULDN'T IT?

11  **A.**   MR. BIRCHFIELD, AT THE TIME THAT WE ARE WRITING THIS

12  MANUSCRIPT, VIOXX HADN'T APPLIED FOR A REGISTRATION OF THE

13  PRODUCT YET.  I DON'T THINK AN ARTICLE PUBLISHED --

14  PHARMACOLOGY ARTICLE REALLY HAD MUCH TO DO WITH SALES OF THE

15  DRUG.  WHAT WE ARE TRYING TO DO HERE IS ACCURATELY PRESENT THE

16  SCIENCE AND ACCURATELY PRESENT AN INTERPRETATION OF THAT

17  SCIENCE.

18  **Q.**   DR. MORRISON, YOU'RE NOT SAYING THAT AT THE TIME THAT

19  Y'ALL DID THE STUDY AND YOU WERE PUBLISHING IT, THAT YOU

20  WEREN'T THINKING ABOUT THE VIOXX MARKET, WERE YOU?  YOU'RE NOT

21  SAYING THAT, ARE YOU?

22  **A.**   WHEN I WAS WRITING THIS PAPER?

23  **Q.**   YES.

24  **A.**   NO.  I WAS WRITING THIS PAPER AS A SCIENTIST, TRYING TO

25  MAKE SURE THAT WE ACCURATELY PRESENT THE RESULTS OF THE STUDY

1   AND WE ACCURATELY PRESENT OUR INTERPRETATION OF THE RESULTS OF

2   THE STUDY.

3   **Q.**   YOUR BOSSES WERE LOOKING AT WHAT WAS BEING PUBLISHED;

4   RIGHT?

5   **A.**   MY BOSSES DO REVIEW ALL OF MY WORK, YES.

6   **Q.**   MERCK WAS IN AN AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM

7   BECAUSE IT WAS A COMPETITIVE MARKET; RIGHT?  THAT WAS IN PLACE

8   BEFORE YOU HAD PUBLISHED -- STARTED DRAFTING THIS MANUSCRIPT?

9   **A.**   I THINK WE WENT THROUGH THAT, BUT WE WERE TRYING TO DO THE

10   DEVELOPMENT PROGRAM AS QUICKLY AS WE COULD.  THIS IS A

11   SCIENTIFIC PUBLICATION, AND MY INTEREST AS A SCIENTIST IS TO

12   MAKE SURE THAT THE RESULTS ARE CLEARLY PRESENTED FOR OTHER

13   SCIENTISTS AND THAT THE ABSTRACT IS AN ACCURATE REFLECTION OF

14   THE EXPERIMENT THAT WE DID AND AN ACCURATE INTERPRETATION OF

15   THE EXPERIMENT WE DID.

16   **Q.**   YOU LOOKED AT THIS ARTICLE WITH MR. GOLDMAN EARLIER.

17   WHILE WE'VE GOT IT UP, LET'S GO TO PAGE -- IT'S PAGE 739,

18   DR. MORRISON.  CAN YOU SEE THE PARAGRAPH THERE?  THIS IS THE

19   PORTION I BELIEVE YOU READ WITH MR. GOLDMAN.  LET'S GO DOWN

20   BELOW THAT.  DO YOU SEE WHERE YOU LEFT OFF EARLIER?  IT SAYS,

21   "ONE POSSIBLE EXPLANATION MAY BE RELATED TO THE FINDING THAT

22   LAMINAR SHEAR STRESS UP-REGULATES COX-2" -- WHERE IS THAT?

23   **A.**   IN THE VASCULAR ENDOTHELIUM IN VITRO.

24   **Q.**   IN THE BLOOD VESSELS; RIGHT?

25   **A.**   IN VITRO.  THAT MEANS IF YOU TAKE BLOOD VESSELS AND PUT

1    THEM ONTO A TISSUE CULTURE PLATE, THEN THE BLOOD VESSELS ON THE

2    TISSUE CULTURE PLATE WILL TURN ON COX-2.

3  **Q.**    BUT THIS IS YOUR ARTICLE, AND IT'S TALKING ABOUT COX-2 IN

4    THE BLOOD VESSELS, IN THE ENDOTHELIUM; RIGHT?

5  **A.**    SURE.  AGAIN, WE ARE TRYING TO UNDERSTAND THIS, SO WE'RE

6    SAYING ONE POSSIBLE EXPLANATION IS THIS FINDING, THAT IF YOU

7    TAKE THE ENDOTHELIAL CELLS AND PUT THEM ON PLASTIC AND

8    ARTIFICIALLY GROW THEM, THEY WILL TURN ON COX-2 THEN.  SO SOME

9    PEOPLE SAY, WELL, MAYBE THERE'S CERTAIN CIRCUMSTANCES WHERE YOU

10   CAN GET THIS THING TO TURN ON.  BECAUSE, AGAIN, THIS IS AN

11   UNEXPECTED RESULT.  NONE OF US WOULD HAVE THOUGHT COX-1 WAS IN

12   ENDOTHELIAL CELLS.  UNDER THESE CONDITIONS, YOU CAN SHOW THAT

13   COX-2 CAN BE TURNED ON IN ENDOTHELIAL CELLS.

14 **Q.**    "A FURTHER CONTRIBUTION FROM COX-2 MIGHT BE EXPECTED IN

15   ADVANCING AGE AND IN SYNDROMES OF PLATELET ACTIVATION AND

16   INFLAMMATION WHERE PROSTACYCLIN BIOSYNTHESIS AS REFLECTED BY

17   EXCRETION OF URINARY PGI-M IS AUGMENTED."  IS THAT RIGHT?

18 **A.**    YOU READ THAT CORRECTLY.

19 **Q.**    "THUS PROTHROMBOTIC AND INFLAMMATORY STIMULI INTRODUCE

20   COX-2 EXPRESSION AND PROSTACYCLIN GENERATION BY VASCULAR

21   TISSUES IN VITRO."  IS THAT RIGHT?

22 **A.**    THAT'S CORRECT.

23 **Q.**    VASCULAR BEING VESSELS, BLOOD VESSELS; RIGHT?

24 **A.**    "IN VITRO" MEANING WHEN YOU PUT THEM ON -- TAKE THEM OUT

25   AND PUT THEM ON A TISSUE CULTURE.

1   **Q.**   AGAIN, THAT'S THE ARTICLE THAT YOU WROTE WITH DR. GARRETT

2   FITZGERALD; IS THAT RIGHT?

3   **A.**   CORRECT.

4   **Q.**   LET ME SHOW YOU WHAT'S MARKED AS PLAINTIFF'S EXHIBIT

5   1.1184.  YOU RECOGNIZE THIS AS A MEMO YOU PREPARED,

6   DR. MORRISON?

7   **A.**   I DO, YES.

8           **MR. BIRCHFIELD:**  YOUR HONOR, WE OFFER EXHIBIT

9   P1.1184.

10          **THE COURT:**  LET IT BE ADMITTED.

11  **BY MR. BIRCHFIELD:**

12  **Q.**   LET'S GO TO THE THIRD PAGE IN THE DOCUMENT.  IT'S A LETTER

13  FROM FRANCESCA FOR YOU.  IN THE MIDDLE OF THE FIRST PAGE, IT

14  HAS "CHANGES REQUESTED BY BARRY GERTZ."  THAT'S A MERCK

15  SCIENTIST; RIGHT?

16  **A.**   THAT'S CORRECT.

17  **Q.**   THEN GO DOWN TO THE THIRD MARK THERE.  IT SAYS, "THE

18  SUGGESTION TO USE CAUTION IN CLINICAL PRACTICE HAS BEEN

19  DELETED."  IS THAT RIGHT?

20  **A.**   YES.  SO THIS IS THE LETTER FROM FRANCESCA.  WE HAD SENT

21  HER SOME COMMENTS, AND THEN SHE WRITES BACK HER REACTION TO

22  THOSE COMMENTS.  SHE IS SAYING WE TOOK THAT SENTENCE OUT.

23  **Q.**   IT WAS A REQUEST THAT WAS MADE BY MERCK; RIGHT?

24  **A.**   RIGHT.

25  **Q.**   TO DELETE THAT SENTENCE TO URGE CAUTION IN CLINICAL

1   PRACTICE?

2   **A.**   BY BARRY, AND FRANCESCA AGREED.

3   **Q.**   BEFORE WE BROKE FOR LUNCH, I HAD ASKED ABOUT THE MOTTO

4   "WHERE PATIENTS COME FIRST."

5   **A.**   OKAY.

6   **Q.**   A QUESTION THAT WAS RAISED REGARDING THE CARDIOVASCULAR

7   RISKS ABOUT VIOXX WAS RAISED IN 023; IS THAT RIGHT?

8   **A.**   THAT WAS ONE OF THE POTENTIAL IMPLICATIONS OF THAT URINE

9   STUDY.

10  **Q.**   SO 023 RAISED A QUESTION ABOUT THE CARDIOVASCULAR RISKS OF

11  VIOXX; RIGHT?

12  **A.**   RAISED A QUESTION, YES.

13  **Q.**   THAT RISK WAS ULTIMATELY SHOWN IN THE APPROVE STUDY,

14  RIGHT, WHEN MERCK WITHDREW THE DRUG FROM THE MARKET?

15  **A.**   WELL, I DON'T THINK ANYBODY UNDERSTANDS THE MECHANISM OF

16  WHAT HAPPENED IN APPROVE.  THE RESULTS ARE THE RESULTS, BUT I

17  DON'T THINK THERE WERE ANY ASSESSMENTS OF BLOOD VESSEL

18  PROSTACYCLIN IN APPROVE TO SAY THAT SOMEHOW VALIDATED 023.

19  **Q.**   AS A RESULT OF THIS QUESTION BEING RAISED, THERE WAS NO CV

20  OUTCOMES STUDY; RIGHT?  DO YOU AGREE?

21  **A.**   NOT AS A RESULT OF 023.  I'M JUST TRYING TO UNDERSTAND

22  YOUR LOGIC.  I DID SAY THERE WAS NO CV OUTCOMES STUDY DONE

23  PRIOR TO THE ORIGINAL FILING OF VIOXX; THAT'S CORRECT.

24  **Q.**   THERE WAS NO STUDY DONE BEFORE THE APPROVAL OF VIOXX WHERE

25  THERE WAS A PRIMARY CV ENDPOINT; CORRECT?

1   **A.**   THAT'S CORRECT.  BUT AS I SAID, WE DID LOOK IN DETAIL AT

2   THE CARDIOVASCULAR SAFETY DATA THAT WE HAD ACCUMULATED AT THAT

3   TIME.

4   **Q.**   THEN, IN THE PUBLICATION OF THIS 023 STUDY, MERCK HAS THE

5   CAUTIONARY STATEMENT FOR CAUTION TO BE USED IN CLINICAL

6   PRACTICE TAKEN OUT; RIGHT?

7   **A.**   YES, I TALKED ABOUT THAT.  ALL THE AUTHORS AGREED THAT WAS

8   REALLY NOT APPROPRIATE FOR THIS CLINICAL PHARMACOLOGY URINE

9   STUDY; THAT WE WOULD HAVE TO WAIT UNTIL WE SAW ACTUAL DATA FROM

10  THE CLINICAL TRIALS BEFORE WE WOULD COME TO ANY CONCLUSION

11  ABOUT THE CLINICAL RELEVANCE OF THIS.

12  **Q.**   THEN YOU TOLD US THAT, BEFORE APPROVAL, THERE WERE ZERO

13  PATIENTS IN CLINICAL TRIALS FOR MORE THAN TWO YEARS; RIGHT?

14  **A.**   THAT WAS MY LOOK BACK IN THE ISS.  I THINK ABOUT 800 WERE

15  TREATED FOR MORE THAN A YEAR.

16  **Q.**   800, YOU SAID, FOR ONE YEAR?

17  **A.**   GREATER THAN A YEAR.  THAT'S THE NUMBER ON VIOXX.  AT

18  LEAST, THE TABLE I'M LOOKING AT.

19  **Q.**   DR. MORRISON, DO YOU THINK THAT CONTINUING AN AGGRESSIVE

20  CLINICAL DEVELOPMENT PROGRAM IN THE LIGHT OF THE RESULTS OF 023

21  WOULD BE CONSIDERED PUTTING PATIENTS FIRST?

22  **A.**   MR. BIRCHFIELD, I WENT THROUGH IN MY TESTIMONY:  WE DID

23  ADDITIONAL ANIMAL EXPERIMENTS, WE LOOKED BACK AT THE HUMAN

24  DATA, WE LOOKED AT THE CARDIOVASCULAR DATA THAT WE ACCUMULATED

25  IN OUR CLINICAL TRIALS.  NONE OF THAT DATA SEEMED TO SUPPORT

1   THE FITZGERALD HYPOTHESIS.  SO I THINK WE DID ACT VERY

2   RESPONSIBLY AND PUT PATIENTS FIRST.

3           WE DID KNOW THAT THERE WAS A BENEFIT TO THIS

4   MEDICATION IN TERMS OF THE GASTROINTESTINAL TRACT, AND SO I

5   THINK THAT WAS -- AS YOU SAW FROM THE BOARD OF SCIENTIFIC

6   ADVISORS, THAT THAT'S A MANDATE TO BRING THIS MEDICINE TO

7   PATIENTS.

8   Q.   WELL, LET'S TALK ABOUT THAT FOR A MINUTE.  NOW, YOU'RE NOT

9   SAYING THAT VIOXX CURES GI PROBLEMS, ARE YOU?

10  A.   IT IS DRAMATICALLY BETTER THAN THE TRADITIONAL NSAIDS.

11  I'M NOT SAYING THAT IT'S -- AND EVEN IF WE LOOK DOWN IN THE

12  STOMACH AT THAT 12.5 AND 25, IT'S NOT EXACTLY THE SAME AS

13  PLACEBO.  THERE IS SOME INCREASED RISK OF ULCERATION, BUT IT'S

14  MUCH LESS THAN WHAT YOU SEE WITH IBUPROFEN.

15  Q.   WELL, VIOXX CAUSES SERIOUS GI PROBLEMS; CORRECT?

16  A.   I'M NOT SURE WHAT YOU MEAN BY THAT.

17  Q.   DOES VIOXX CAUSE PERFORATIONS, ULCERS, AND BLEEDS?

18  A.   IN THE ORIGINAL APPLICATION, THERE ARE TWO THINGS THAT WE

19  HAD:  ONE WAS WHEN WE LOOKED INTO THE STOMACH -- AND IF YOU

20  WANT, YOU CAN BRING IT UP AND SHOW IT FROM THE LABEL.  THE DATA

21  IS THERE -- LOOKING AT ULCERATIONS THAT OCCURRED IN PATIENTS ON

22  VIOXX, IT'S BETTER THAN IBUPROFEN AND PROBABLY -- AT 25

23  MILLIGRAMS, PROBABLY JUST A LITTLE BIT ABOVE PLACEBO.

24          THE OTHER THING THAT IS IN THE ORIGINAL LABEL IS WE

25  TALK ABOUT THE EVENTS THAT OCCURRED IN PATIENTS ON VIOXX.  SO

1    THERE WERE PATIENTS IN VIOXX WHO HAD EITHER BLEEDS AND MAYBE

2    EVEN ONE PERFORATION.  SO THAT DID OCCUR IN PATIENTS ON VIOXX.

3    Q.   I JUST WANT TO MAKE SURE THAT WE'RE CLEAR.  VIOXX CAUSES

4    SERIOUS GI PROBLEMS JUST AT A LESSER RATE THAN YOUR TRADITIONAL

5    NSAIDS; RIGHT?

6    A.   YES.  A DRAMATICALLY LESSER RATE THAN THE NSAIDS.

7    Q.   IT CUTS IT IN HALF, ACCORDING TO THE VIGOR STUDY; RIGHT?

8    A.   THAT'S MY RECOLLECTION OF THE VIGOR STUDY, WHICH IS,

9    AGAIN, A VERY IMPORTANT BENEFIT.

10   Q.   SO THE VIGOR STUDY SHOWS IT CUTS THE GI PROBLEMS IN HALF

11   BUT INCREASES THE HEART ATTACK RISKS FIVEFOLD; RIGHT?

12   A.   THAT'S THE VIGOR STUDY.

13   Q.   RIGHT.

14   A.   I THINK WE WERE PRIMARILY TALKING ABOUT HERE WAS THE NEW

15   DRUG APPLICATION.

16   Q.   YOU WOULD AGREE WITH ME, DR. MORRISON, THAT MILLIONS AND

17   MILLIONS OF PEOPLE TAKE TRADITIONAL NSAIDS, IBUPROFEN, AND

18   ALEVE EVERY DAY WITHOUT ANY PROBLEM WITH THEIR STOMACH; IS THAT

19   CORRECT?

20   A.   WITHIN THE WARNINGS THAT THE FDA WAS THEIR STANDARD

21   WARNING, SOMETHING LIKE 1 TO 2 PERCENT OF PEOPLE WHO STAY ON

22   THESE MEDICATIONS FOR A YEAR WILL HAVE ONE OF THESE SERIOUS

23   EVENTS.  SO YES, THERE ARE A LOT OF PEOPLE WHO DON'T.

24   Q.   VIOXX WAS DESIGNED FOR A -- WOULD BE DESIGNED TO HELP JUST

25   THAT SMALL NUMBER OF PEOPLE THAT NEEDED THAT GI PROTECTION FROM

1  THE PAIN-RELIEVER; RIGHT?

2  **A.**  IT WAS FOR PEOPLE -- FROM MY POINT OF VIEW, PEOPLE WHO, IF

3  YOU DIDN'T WANT TO THIN THEIR BLOOD, THAT WAS AN ADVANTAGE OVER

4  THE TRADITIONAL NSAIDS.  THERE'S CERTAIN PATIENTS THAT'S VERY

5  IMPORTANT.  THEN THERE ARE PATIENTS WHO ARE AT RISK FOR HAVING

6  THESE ULCERS AND BLEEDS INDUCED BY REGULAR NONSTEROIDALS, AND

7  THAT'S ANOTHER INSTANCE WHERE VIOXX WOULD BE A BETTER

8  ALTERNATIVE FOR THOSE PATIENTS.

9  **Q.**  MERCK DIDN'T MARKET THIS DRUG JUST TO THOSE PEOPLE WHO HAD

10  GI PROBLEMS, DID IT?

11  **A.**  AS I SAID --

12          **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.

13          **THE WITNESS:**  I HAD NOTHING TO DO WITH THE MARKETING.

14          **MR. GOLDMAN:**  IT'S BEYOND THE SCOPE OF DIRECT.

15          **THE COURT:**  THAT'S A CLOSE ONE.  I'LL OVERRULE THAT.

16  **BY MR. BIRCHFIELD:**

17  **Q.**  WHAT DID THE APPROVE STUDY SHOW ABOUT THE GI PROBLEMS?

18  **A.**  I DON'T KNOW THE ANSWER.

19  **Q.**  YOU DON'T KNOW?

20  **A.**  I DON'T KNOW.

21  **Q.**  WHAT DID THE CLINICAL STUDIES SHOW ABOUT THE GI PROBLEMS

22  THAT LED TO DEATH WITH PEOPLE ON VIOXX?

23  **A.**  FROM THE ORIGINAL APPLICATION?

24  **Q.**  YOU TELL US WHAT THE CLINICAL STUDY SHOWED.

25  **A.**  MY RECOLLECTION FROM THE ORIGINAL APPLICATION IS THAT

1  THE -- DEPENDING ON WHICH DRUG YOU COMPARED TO, THE OVERALL

2  DEATH RATE WAS VERY LOW IN THESE CLINICAL TRIALS, GENERALLY.

3  Q.  WHAT ABOUT THE STUDIES AFTERWARDS?

4  A.  I DON'T KNOW THAT DATA AS WELL.  I WASN'T -- AS I SAID, I

5  WENT OFF THE PROJECT TEAM.  I HELPED SET UP THE VICTOR TRIAL.

6  I DON'T KNOW ALL THE INS AND OUTS OF ALL THE GI SAFETY DATA

7  FROM ALL THE OTHER STUDIES.

8  Q.  AS FAR AS YOU KNOW, THE GI DEATHS COULD BE JUST AS GREAT

9  ON VIOXX AS TRADITIONAL NSAIDS?

10         MR. GOLDMAN:  OBJECTION.  CALLS FOR SPECULATION.

11         THE COURT:  I'LL SUSTAIN THE OBJECTION.

12  BY MR. BIRCHFIELD:

13  Q.  DR. MORRISON, YOU TESTIFIED ON DIRECT THAT THE FDA NEVER

14  CRITICIZED THE SIZE OF THE STUDIES THAT MERCK WAS PROPOSING; IS

15  THAT RIGHT?

16  A.  WELL, I EXPLAINED:  THERE WERE DISCUSSIONS ABOUT HOW MANY

17  PATIENTS YOU NEEDED TO SHOW TO BE ABLE TO SAY THAT IT WORKS AS

18  WELL AS TRADITIONAL NSAIDS.  SO THERE WERE DISCUSSIONS ABOUT

19  HOW LONG THE STUDY SHOULD BE AND HOW BIG THE STUDY SHOULD BE.

20  AND AT THE END OF PHASE II, EVENTUALLY BOTH SIDES SORT OF CAME

21  TO AN AGREEMENT THAT THIS WOULD BE ACCEPTABLE.

22  Q.  SO IT CERTAINLY WAS NOT A SITUATION WHERE MERCK GOES IN

23  AND JUST DOES EXACTLY WHAT THE FDA SAYS IN REGARDS TO STUDIES,

24  WAS IT?  YOU DIDN'T JUST GO IN AND SAY, "LOOK, WHAT DO YOU

25  THINK WE OUGHT TO DO," AND JUST FOLLOW THE FDA'S

1    RECOMMENDATIONS?

2    **A.**   NO.  ACTUALLY, THE FDA -- MY EXPERIENCE HAS BEEN THEY

3    REQUIRE US TO PUT FORWARD A PROPOSAL FIRST.  THEY ARE NOT THE

4    ONES DESIGNING THE STUDIES.  THEY SAY, "MERCK, YOU TELL US WHAT

5    YOU WANT TO DO AND THEN WE WILL COMMENT ON THAT.  IF WE

6    THINK IT'S -- IF WE DON'T AGREE, WE WILL TELL YOU WHY."  THEN

7    WE GO BACK AND FORTH.  BUT THEY EXPECT US TO PUT A PROPOSAL IN

8    FIRST.

9    **Q.**   BEFORE VIOXX WAS EVER ON THE MARKET, DIDN'T THE FDA TELL

10   YOU THAT THE MOST FREQUENT SERIOUS ADVERSE EVENTS ARE

11   CARDIOVASCULAR EVENTS?

12   **A.**   IN THE LABEL?

13   **Q.**   DID THE FDA TELL MERCK BEFORE THE DRUG WAS EVER SOLD TO

14   AMERICANS THAT THE MOST FREQUENT SERIOUS ADVERSE EVENTS ARE

15   CARDIAC EVENTS?

16   **A.**   IT DOESN'T SOUND FAMILIAR TO ME.

17   **Q.**   DIDN'T THE FDA RECOMMEND AT MERCK THAT YOU NEEDED A LARGER

18   DATABASE TO ANSWER THE CARDIAC QUESTION?

19   **A.**   I THINK WHAT YOU'RE REFERRING TO IS THE MEDICAL OFFICER'S

20   REVIEW?

21   **Q.**   YOU'VE SEEN THAT?

22   **A.**   DR. VILLABLA'S REVIEW?

23   **Q.**   YES.

24   **A.**   YES, I'VE SEEN THAT.

25   **Q.**   DIDN'T SHE RECOMMEND TO MERCK THAT A LARGER DATABASE IS

1   NEEDED TO ANSWER THE CARDIOVASCULAR RISK QUESTION?

2   **A.**   IF WE CAN JUST PUT IT UP --

3   **Q.**   SURE.

4   **A.**   -- WE CAN READ EXACTLY WHAT SHE SAID.

5   **Q.**   FIRST OF ALL, DR. MORRISON, THIS IS RECEIVED BY MERCK

6   BEFORE VIOXX IS EVER SOLD; IS THAT RIGHT?

7   **A.**   YES.  BUT THIS IS JUST SO THAT THE JURY UNDERSTANDS.  THIS

8   IS THE MEDICAL OFFICER AT THE FDA.  SHE GOT THE DATA, SHE

9   REVIEWS IT, AND SHE WRITES A REPORT OF HER INTERPRETATION OF

10  THE INFORMATION THAT WE HAD SUBMITTED.  SO THIS IS HER REPORT,

11  HER INTERPRETATION.

12  **Q.**   THE MEDICAL OFFICER THAT IS THE PERSON AT THE FDA THAT'S

13  RESPONSIBLE FOR OVERSEEING THE ENTIRE REVIEW OF THE NEW DRUG

14  APPLICATION FOR VIOXX; RIGHT?

15  **A.**   OF THE CLINICAL PART.  SHE DOESN'T -- SHE'S NOT IN CHARGE

16  OF THE CLINICAL PHARMACOLOGY OR THE ANIMAL STUDIES.  SHE'S

17  DOING -- SHE'S A MEDICAL PERSON REVIEWING THE CLINICAL PART.

18  **Q.**   THIS IS HER FINDING:  SHE SAYS, "THE MOST FREQUENT SERIOUS

19  ADVERSE EVENTS WERE OF THE CARDIOVASCULAR BODY SYSTEM IN ALL

20  STUDY GROUPINGS.  WITH THE AVAILABLE DATA, IT IS IMPOSSIBLE TO

21  ANSWER WITH COMPLETE CERTAINTY WHETHER THE RISK OF

22  CARDIOVASCULAR AND THROMBOEMBOLIC EVENTS IS INCREASED IN

23  PATIENTS ON ROFECOXIB."  VIOXX; RIGHT?

24  **A.**   UH-HUH.

25  **Q.**   "A LARGER DATABASE WILL BE NEEDED TO ANSWER THIS AND OTHER

2162

1  SAFETY COMPARISON QUESTIONS."  IS THAT RIGHT?

2  **A.**  YES.

3  **Q.**  DID YOU DEVELOPE A LARGER DATABASE TO ANSWER THAT QUESTION

4  BEFORE YOU SOLD VIOXX?

5  **A.**  NO, AND SHE DIDN'T ASK THAT WE DO THAT.  THEY APPROVED THE

6  DRUG.  HER FIRST POINT HERE IS THAT CARDIOVASCULAR ADVERSE

7  EXPERIENCE IS THE MOST COMMON IN ALL STUDY GROUPINGS, ACROSS

8  ALL THE TREATMENT GROUPS, BECAUSE CARDIOVASCULAR DISEASE IS SO

9  COMMON.  SO, YES, IT'S THE MOST COMMON IN ALL THE TREATMENT

10  GROUPS BECAUSE IT'S A COMMON THING IN PEOPLE WHO TAKE -- PEOPLE

11  WHO LIVE IN AMERICA.

12        SHE SAYS IT'S IMPOSSIBLE TO ANSWER WITH COMPLETE

13  CERTAINTY.  THAT'S TRUE.  WE'RE NOT SAYING -- NOBODY SAID IT

14  WAS COMPLETELY CERTAIN.  I DIDN'T SAY THAT EITHER.  I SAID THE

15  DATA IS NOT CONSISTENT WITH DR. FITZGERALD'S HYPOTHESIS, AND --

16  BUT SHE IS NOT SAYING DON'T APPROVE THE DRUG.  DO MORE STUDIES.

17  SHE RECOMMENDS WE APPROVE THE DRUG.

18  **Q.**  DID YOU FLY DOWN HERE, DR. MORRISON, IN AN AIRPLANE?

19  **A.**  I DID FLY DOWN HERE.  I WAS GOING TO TRY TO FLY BACK, BUT

20  MAYBE NOW I'LL TAKE A BUS.

21  **Q.**  DR. MORRISON, IF THERE WAS A SIGN POSTED ON THE DOOR OF

22  THE AIRPLANE THAT SAID WE ARE NOT SURE WHETHER THIS PLANE IS

23  SAFE OR NOT --

24        **MR. GOLDMAN:**  OBJECTION, ARGUMENTATIVE.

25        **THE COURT:**  THAT IS ARGUMENTATIVE.

DAILY COPY

1   BY MR. BIRCHFIELD:

2   Q.   DR. MORRISON, DON'T YOU THINK THAT, BEFORE A DRUG COMPANY

3   PUTS A DRUG ON THE MARKET, IT OUGHT TO ANSWER QUESTIONS ABOUT

4   SERIOUS RISKS SUCH AS HEART ATTACKS AND STROKES?

5   A.   MR. BIRCHFIELD, I DO BELIEVE IT'S VERY IMPORTANT THAT THE

6   DRUG BE ADEQUATELY CHARACTERIZED AND THAT THINGS THAT COMMONLY

7   HAPPEN ARE ASSESSED BEFORE THE DRUG IS PUT ON THE MARKET.  I

8   THINK EVERYBODY IN MEDICINE KNOWS THAT AS YOU -- DRUGS THAT

9   COME ONTO THE MARKET, AS YOU CONTINUE TO STUDY THEM, YOU WILL

10  FIND OUT NEW THINGS ABOUT THEM.

11           THERE'S A DECISION MADE BETWEEN THE COMPANIES AND THE

12  FDA:  DO YOU HAVE ENOUGH INFORMATION TO BE ABLE TO INFORM

13  PHYSICIANS ABOUT THE RISK AND BENEFIT BASED ON WHAT YOU HAVE?

14  I PERSONALLY THINK THAT IT WAS PERFECTLY APPROPRIATE TO BRING

15  THE DRUG TO MARKET, THAT WE CRITICALLY LOOKED AT THE DATA.

16  THAT'S NOT TO SAY THAT, AS THE DRUG GETS USED AND AS MORE

17  STUDIES GET DONE, YOU'RE NOT GOING TO LEARN MORE THINGS ABOUT

18  IT, BOTH FROM THE BENEFIT SIDE AND FROM THE RISK SIDE.  I THINK

19  WE ALL UNDERSTAND THAT WITH MEDICATIONS.

20  Q.   DR. MORRISON, DO YOU STILL HAVE THE INTEGRATED SUMMARY OF

21  SAFETY WITH YOU?

22  A.   MY VERSION OR YOUR --

23  Q.   YOUR VERSION.

24  A.   I DON'T KNOW IF IT'S THE WHOLE THING, BUT --

25  Q.   DO YOU HAVE IT IN FRONT OF YOU, DOCTOR?

2164

1   A.   I DO.

2   Q.   WOULD YOU TURN TO THE PAGE THAT WAS MARKED 542.  IT'S A

3   BATES NUMBER DOWN AT THE BOTTOM.  THE LAST DIGITS ARE 48.

4   A.   DOES IT HAVE AN "E" NUMBER ON THE TOP.

5   Q.   YES.  E-8.

6   A.   E-8?

7   Q.   YES.  ARE YOU WITH ME, DR. MORRISON?

8   A.   YES.

9   Q.   DOWN AT THE BOTTOM OF E-8, IT SAYS:  "THE CLINICAL SAFETY

10  OF A DRUG IS DEFINED BY COMPARISON WITH PLACEBO."  IS THAT

11  RIGHT?

12  A.   RIGHT.

13  Q.   "THEREFORE, THE PRIMARY SAFETY EVALUATION FOR" -- AND

14  THAT'S VIOXX -- "IN THIS DOCUMENT IS THE COMPARISON OF OA

15  CLINICAL DOSE RANGE 12.5 AND 25 MILLIGRAMS WITH PLACEBO IN THE

16  6-WEEK STUDIES USING INDIVIDUAL BETWEEN-GROUP STATISTICS,

17  P-VALUES."  WE HAVE HEARD ABOUT THAT; RIGHT?

18  A.   RIGHT.

19  Q.   "THE SIX-WEEK STUDIES PROVIDE" -- IT GOES TO THE NEXT

20  PAGE -- "THE BEST OPPORTUNITY FOR THIS COMPARISON DUE TO

21  INCLUSION OF PLACEBO IN ALL STUDIES."  IS THAT RIGHT?

22  A.   THAT'S CORRECT.

23  Q.   THIS IS THE INTEGRATED SUMMARY OF SAFETY THAT YOU HELPED

24  PREPARE REGARDING VIOXX; IS THAT RIGHT?

25  A.   CORRECT.

2165

1   Q.   SO YOU AGREE THAT THE PRIMARY SAFETY EVALUATION IS BASED

2   ON THE OA PLACEBO SAFETY STUDIES; IS THAT RIGHT?

3   A.   RIGHT.  THAT'S THE WAY THE OVERALL SAFETY IS ASSESSED.

4   YOU ARE NOW LOOKING AT ALL THESE BODY SYSTEMS, AND YOU ARE

5   COMPARING ONE TO THE OTHER.  THE PRIMARY ASSESSMENT

6   STATISTICALLY TESTED WAS THE SIX-WEEK STUDIES.  OF COURSE, WE

7   ALSO LOOKED AT THE SIX-MONTH STUDIES AND THE ONE-YEAR STUDIES

8   AND UP TO GREATER-THAN-ONE-YEAR STUDIES TO ALSO GET A SENSE OF

9   THE SAFETY PROFILE.

10  Q.   WELL, LET'S GO TO E-73.  TABLE E-73.  IT IS E-329.  ARE

11  YOU WITH ME, DR. MORRISON?

12  A.   YES.

13  Q.   WE SEE IN THIS TABLE, WE'VE GOT PLACEBO.  THERE ARE 412 IN

14  THE PLACE GROUP; IS THAT RIGHT?

15  A.   THAT'S CORRECT.

16  Q.   THEN, IN THE 12.5 MILLIGRAM GROUP, WE HAVE 725?

17  A.   RIGHT.

18  Q.   THEN, IN THE 25-MILLIGRAM GROUP, 725; IS THAT RIGHT?

19  A.   THAT'S RIGHT.

20  Q.   NOW, YOU SEE THE RATE FOR THE CV EVENTS IN THE PLACEBO

21  GROUP IS .2; IS THAT CORRECT?

22  A.   SO THAT EVERYBODY IS CLEAR, THIS IS SPECIFICALLY SERIOUS

23  THROMBOEMBOLIC CARDIOVASCULAR EVENTS.  THIS IS THE RAW DATA.

24  Q.   WHEN WE SAY "THROMBOEMBOLIC," WE'RE TALKING ABOUT BLOOD

25  CLOTS; RIGHT?

1    **A.**   CORRECT.  YOU CAN SEE DOWN THE COLUMN THESE ARE THINGS

2    LIKE HEART ATTACK, ANGINA, STROKES, THE THINGS WE HAVE BEEN

3    TALKING ABOUT.

4    **Q.**   OKAY.  SO THE RATE FOR PLACEBO WAS .2.  THE RATE FOR 12.5

5    MILLIGRAMS OF VIOXX WAS .7; IS THAT CORRECT?

6    **A.**   CORRECT.

7    **Q.**   SO THAT'S THREE AND A HALF TIMES GREATER THAN PLACEBO;

8    RIGHT?

9    **A.**   CORRECT.

10   **Q.**   THEN, FOR THE 25 MILLIGRAMS, IT WAS .8.  THAT'S FOUR TIMES

11   GREATER THAN PLACEBO; IS THAT CORRECT?

12   **A.**   THAT'S RIGHT.

13   **Q.**   THAT SHOWS THAT WE HAVE A RELATIVE RISK FOR THESE

14   CARDIOVASCULAR EVENTS, SERIOUS THROMBOEMBOLIC CARDIOVASCULAR

15   EVENTS, OF THREE AND A HALF TIMES FOR THE 12.5 MILLIGRAM AND

16   FOUR TIMES FOR THE 25 MILLIGRAMS, THE SAME DOSAGE AS JERRY

17   BARNETT WAS ON; IS THAT CORRECT?

18   **A.**   THAT'S CORRECT, IN THE SIX-WEEK STUDIES.

19   **Q.**   IT SAYS IT IS NOT STATISTICALLY SIGNIFICANT.  THAT MEANS

20   WE NEEDED A LARGER NUMBER OF PATIENTS FOR THAT FOR US TO HAVE A

21   STATISTICALLY SIGNIFICANT FINDING; RIGHT?

22   **A.**   WELL, A LARGER NUMBER OF PATIENTS, LARGER NUMBER OF

23   EVENTS, YOU MAY END UP WITH MORE IN PLACEBO.  SO IT'S JUST NOT

24   STATISTICALLY SIGNIFICANT.

25   **Q.**   THAT'S THE LARGER DATABASE THAT THE FDA WAS TALKING ABOUT

1  THAT YOU NEEDED; RIGHT?

2  A.   WELL, THERE'S MORE DATA.  THERE'S THE SIX-MONTH STUDIES

3  AND THEN THERE'S THE 6-MONTH, 86-WEEK STUDIES.  SO WE LOOKED AT

4  ALL OF THAT TO TRY TO ASSESS THIS ISSUE.  WE CAN LOOK AT THOSE

5  OTHER TWO TABLES, IF YOU LIKE.

6  Q.   THIS IS INFORMATION THAT MERCK HAD BEFORE YOU EVER SOLD A

7  DRUG, VIOXX, IN THE AMERICAN MARKET; IS THAT RIGHT?

8  A.   YEAH.  THIS IS THE SUBMISSION TO THE FDA.  SO THIS IS THE

9  DATA WE GAVE TO THEM FOR THEM TO LOOK AT, WHICH IS WHAT LED TO

10  DR. VILLALBA'S REVIEW.

11  Q.   SO THE FDA SAID IT WAS OKAY.  BUT MERCK SAW A

12  THREE-AND-A-HALF-FOLD INCREASE FOR 12.5 MILLIGRAMS AND A

13  FOURFOLD INCREASE FOR 25 MILLIGRAMS, RIGHT, FOR THESE SERIOUS

14  CARDIOVASCULAR EVENTS?

15  A.   WHEN YOU LOOK AT THE SIX-MONTH STUDIES AND THE LONGER-TERM

16  STUDIES, I THINK THAT GIVES YOU THE FULL PICTURE OF WHAT WE

17  KNEW AT THE TIME, IF YOU WOULD LIKE TO LOOK AT THOSE AS WELL.

18  Q.   DO YOU THINK THAT IT'S PUTTING PATIENT SAFETY FIRST?

19  A.   DO YOU WANT TO LOOK AT THE SIX-MONTH STUDIES AND THE

20  SIX-MONTH, 86-WEEK STUDIES?

21  Q.   LET ME ASK YOU, DR. MORRISON:  IS IT OKAY FOR A DRUG

22  COMPANY TO SEE A SAFETY SIGNAL AND SAY, HEY, YOU KNOW, IN THIS

23  STUDY, IN THIS POPULATION, IT'S NOT LARGE ENOUGH TO GIVE US A

24  CLEAR ANSWER, BUT WE SEE A THREE-AND-A-HALF-FOLD INCREASE FOR

25  ONE DOSE AND A FOURFOLD INCREASE FOR ANOTHER?  IS IT OKAY FOR A

1  DRUG COMPANY TO IGNORE THAT IF THEY'VE GOT ANOTHER SET THAT

2  SAYS, WELL, MAYBE IT'S OKAY?  CAN YOU JUST CHOOSE THE GOOD AND

3  IGNORE THE BAD?

4  **A.**   NO.  I THINK WHAT WE DO IS WE LOOK AT THE TOTALITY OF THE

5  DATA.  SO WE ARE LOOKING AT ALL OF THE DATA AND TRYING TO SEE

6  WHAT DO WE LEARN WHEN WE LOOK AT ALL OF THE DATA.  SO YOU DON'T

7  WANT TO LOOK AT JUST ONE PIECE AND NOT THE OTHER PIECE.  YOU

8  WANT TO LOOK AT ALL OF IT.

9          I THINK YOU SAW IN DR. VILLALBA'S REVIEW SHE DID THE

10  SAME THING:  SHE NOTED THIS IN THE SIX WEEKS.  AND THEN IN THE

11  SIX-MONTH AND LONGER STUDIES, SHE NOTED SOMETHING DIFFERENT

12  AND, AT THE END OF THE DAY, REACHED A CONCLUSION.  I THINK

13  THAT'S THE APPROPRIATE WAY TO LOOK AT DATA.  YOU LOOK AT ALL OF

14  IT.

15  **Q.**   DR. MORRISON, WE HAVE COVERED WHAT DR. SCOLNICK SAID ABOUT

16  HOW THE ONLY WAY TO DO IT IS TO DO A STUDY, A STUDY WITH A

17  PRIMARY ENDPOINT; RIGHT?

18          **MR. GOLDMAN:**  OBJECTION, YOUR HONOR.

19          **THE COURT:**  SUSTAINED.

20  **BY MR. BIRCHFIELD:**

21  **Q.**   DR. MORRISON, WE HAVE SEEN THE BIG TIME LINE THAT YOU'VE

22  PUT UP ABOUT ALL OF THE DIFFERENT PHASES OF CLINICAL TRIALS.

23  I'VE GOT A SMALLER VERSION THAT'S A LITTLE EASIER.  DOES THAT

24  LOOK ABOUT RIGHT, THE CLINICAL STUDIES THAT YOU DID FOR VIOXX?

25  **A.**   IT LOOKS ABOUT RIGHT.

2169

1   **Q.**   IT LOOKS LIKE A LOT OF STUDIES.  DID YOU DO A LOT OF

2   STUDIES FOR VIOXX?

3   **A.**   A LOT OF STUDIES AND A LOT OF PATIENTS.

4   **Q.**   WOULD YOU AGREE WITH ME THAT IT DOESN'T MATTER HOW MANY

5   STUDIES YOU DO IF YOU DON'T DO THE RIGHT STUDIES?

6   **A.**   I WOULD AGREE WITH THAT, AND I WOULD SAY WE DID -- AT THE

7   TIME OF THE NEW DRUG APPLICATION, WE HAD DONE STUDIES THAT WE

8   THOUGHT WERE APPROPRIATE, THE BOARD OF SCIENTIFIC ADVISORS

9   THOUGHT WERE APPROPRIATE, THE FDA THOUGHT WERE APPROPRIATE.  I

10  THINK A LOT OF PEOPLE AGREED WE DID THE RIGHT STUDIES.

11  **Q.**   YOU DID ABOUT 150; RIGHT?  WE CAN GO THROUGH -- WE'LL PUT

12  THEM ALL UP, IF YOU WANT TO DO IT, BUT WE COULD GO THROUGH

13  EVERY ONE OF THE PROTOCOLS AND ANSWER THIS QUESTION:  WAS THIS

14  STUDY DONE WITH A PRIMARY CV ENDPOINT?  "YES" OR "NO"?  WAS IT

15  ADEQUATELY POWERED FOR A CV OUTCOME?  THE ANSWER WOULD BE "NO"

16  FOR EVERY SINGLE CLINICAL TRIAL MERCK EVER DID ON VIOXX; RIGHT?

17  **A.**   I WOULD AGREE WITH THAT, YES.

18  **Q.**   SO YOU NEVER DID THE RIGHT STUDY, DID YOU, DR. MORRISON?

19  **A.**   PROTOCOL 203, WHICH IS LONG AFTER I HAD LEFT THE PROJECT

20  TEAM, WAS AN ATTEMPT, AS I SAID, TO TAKE THESE THREE CANCER

21  TRIALS, PUT THEM TOGETHER, AND USE THAT AS A WAY OF AGAIN

22  ADDRESSING THE CARDIOVASCULAR SAFETY ISSUE, ALTHOUGH THE

23  PRIMARY QUESTION THAT WAS BEING ASKED WAS DOES THE DRUG BENEFIT

24  PATIENTS WITH CANCER.  IT'S A LARGE DATABASE YOU CAN USE TO

25  ADDRESS THE QUESTION OF WHETHER THERE'S CARDIOVASCULAR RISKS.

1    Q.    THAT WAS NEVER COMPLETED, AND IT WAS STARTED LONG, LONG

2    AFTER VIOXX WAS SOLD IN AMERICA; RIGHT?

3    A.    WELL, MY RECOLLECTION IS IT WAS NOT COMPLETED BECAUSE OF

4    THE RESULTS OF THE APPROVE STUDY, AND WHEN THOSE RESULTS CAME

5    IN, MERCK VOLUNTARILY WITHDREW THE DRUG AND STOPPED ALL THE

6    STUDIES THAT WERE ONGOING AT THE TIME.

7    Q.    SO THE BEST THAT YOU HAVE GOT IS 203, AND IT WAS NOT -- AS

8    YOU SAID, THE PRIMARY ENDPOINTS IN THOSE STUDIES WERE FOR

9    CANCER AND OTHER THINGS, NOT HEART ATTACK RISKS; IS THAT RIGHT?

10   A.    THE PRIMARY BENEFITS WAS HYPOTHESIZED FOR THE PATIENTS IN

11   THE TRIAL -- REMEMBER, TO PUT A PATIENT IN A TRIAL, YOU HAVE TO

12   GIVE THEM SOME REASON TO WANT TO PARTICIPATE.  YOU CAN'T WALK

13   UP TO SOMEBODY AND SAY, "I HAVE THIS DRUG THAT I THINK CAUSES

14   HEART ATTACKS.  DO YOU WANT TO PARTICIPATE IN THE STUDY?"

15   WHO'S GOING TO SIGN UP FOR THAT?

16            SO THERE'S GOT TO BE SOME THEORETICAL BENEFIT.  AND

17   THE BENEFIT HERE WAS THAT THERE COULD BE A BENEFIT TO PATIENTS

18   TO PREVENT THEM FROM DEVELOPING CANCER OR FROM HAVING THEIR

19   CANCER COME BACK.  AND IN THOSE PATIENTS, THAT WAS THE APPROVE

20   STUDY.  AS SOON AS MERCK SAW THAT INFORMATION, THE VERY FIRST

21   TIME WE SAW THAT THE DRUG WAS DIFFERENT FROM PLACEBO, THEY TOOK

22   THE DRUG OFF THE MARKET AND STOPPED ALL THE STUDIES.

23   Q.    MERCK COULD HAVE DONE A CV OUTCOMES STUDY BEFORE YOU EVER

24   PUT THIS DRUG ON THE MARKET, COULDN'T THEY?

25   A.    WE COULD HAVE.  I'VE GONE THROUGH THE DATA TO SUGGEST THAT

1   THERE WAS NO INDICATION WHY WE SHOULD.  OUR BOARD OF SCIENTIFIC

2   ADVISORS DIDN'T SAY STOP -- IN MAY OF 1998, THEY DIDN'T SAY

3   STOP AND DO A CARDIOVASCULAR OUTCOMES TRIAL.  THEY SAID GET

4   THIS DRUG TO PATIENTS AS QUICKLY AS POSSIBLE.

5   **Q.**   YOU COULD HAVE DONE A CV OUTCOMES STUDY BEFORE YOU SOLD

6   IT, BUT YOU NEVER DID; RIGHT?

7          **MR. GOLDMAN:**  OBJECTION:  ASKED AND ANSWERED, JUDGE.

8          **THE COURT:**  I'LL LET HIM ANSWER IT.

9   **BY MR. BIRCHFIELD:**

10  **Q.**   CAN YOU ANSWER MY QUESTION?

11  **A.**   WE COULD HAVE AND WE DIDN'T, AND I HAVE GONE THROUGH THE

12  REASONS WHY.

13         **MR. BIRCHFIELD:**  THANK YOU, DR. MORRISON.

14         **THE COURT:**  ANYTHING FURTHER?

15         **MR. BIRCHFIELD:**  NO, YOUR HONOR.

16         **THE COURT:**  ANY REDIRECT?

17         **MR. GOLDMAN:**  JUST BRIEFLY, JUDGE.

18                    **REDIRECT EXAMINATION**

19  **BY MR. GOLDMAN:**

20  **Q.**   YOU WERE ASKED ABOUT THE ISS, AND YOU ASKED MR. BIRCHFIELD

21  IF HE WANTED TO SHOW YOU THE SIX-MONTH STUDIES IN THE ISS.  DO

22  YOU KNOW WHERE EXACTLY THAT IS IN THE ISS, SIR?

23  **A.**   IT'S PAGE E-330, AND YOU'RE -- I CAN GIVE YOU THE NUMBER.

24  THE LAST THREE NUMBERS ARE 402 ON YOUR LITTLE STAMP ON THE

25  BOTTOM.

1   **Q.**   IS THIS THE TABLE YOU WERE REFERRING TO?

2   **A.**   RIGHT.  THIS IS PATIENTS WHO WERE IN SIX-MONTH STUDIES,

3   AND AGAIN, THEY HAVE THE -- SORT OF GO THROUGH THE RATES JUST

4   TO BE -- IN THE PLACEBO GROUP, THE RATE IS .8 PERCENT.

5   **Q.**   WHAT ARE WE LOOKING AT HERE?

6   **A.**   THIS IS THE SAME THING, THROMBOEMBOLIC CARDIOVASCULAR

7   ADVERSE EXPERIENCES THAT OCCURRED IN PATIENTS WHO TOOK PART IN

8   SIX-MONTH OSTEOARTHRITIS TRIALS.  AT THE BOTTOM THEY POINT OUT

9   THAT -- REMEMBER, IT WAS SAID THAT WE DID THE SIX-WEEK STUDIES

10  PRIMARILY BECAUSE EVERYBODY GOT PLACEBO FOR THE WHOLE SIX

11  WEEKS.

12         IN THESE STUDIES, SOME OF THE PATIENTS ON PLACEBO

13  WERE STOPPED BEFORE SIX MONTHS.  THEY ACTUALLY DIDN'T QUITE

14  HAVE THE SAME EXPOSURE.  THEY DIDN'T TAKE THE DRUG FOR QUITE AS

15  LONG.  SO THE RATE IS .8 PERCENT IN THE PLACEBO PATIENTS; 1.2

16  FOR 12.5 MILLIGRAMS; 1.0 FOR 25 MILLIGRAMS; AND 1.1 FOR

17  50 MILLIGRAMS.  I THINK THE OTHER RELEVANT VALUE IS THE

18  DICLOFENAC AT THE END IS 1.8 AND IBUPROFEN IS 0.5.

19  **Q.**   SO WOULD IT BE FAIR TO SAY OR NOT THAT THE PERCENTAGE IN

20  DICLOFENAC, THE 1.8, SINCE IT'S LARGER THAN THE PERCENTAGES IN

21  THE VIOXX ARM OR THE PLACEBO ARM, THAT THAT MEANS THAT

22  DICLOFENAC HAS A HIGHER INCIDENCE OF THESE PARTICULAR EVENTS?

23  **A.**   NONE OF THESE DIFFERENCES ARE STATISTICALLY DIFFERENT.  BY

24  STATISTICS, THEY ARE ALL THE SAME.  YOU GET THE SENSE THAT THE

25  VIOXX NUMBERS AND THE PLACEBO NUMBERS ARE ALL ROUGHLY THE SAME.

1    THEY ARE DIFFERENT.  THE DICLOFENAC NUMBER LOOKS A LITTLE BIT
2    HIGHER, BUT NONE OF THESE ARE STATISTICALLY DIFFERENT.
3    Q.   WERE THERE ALSO STUDIES DONE SIX MONTHS TO 86 WEEKS?
4    A.   RIGHT.  SO THIS IS LONGER TERM.  THIS IS PEOPLE TAKING THE
5    DRUG FOR MORE THAN SIX MONTHS.
6    Q.   AND THAT'S -- I'M SORRY.
7    A.   YEAH.  SO HERE YOU SEE THIS EXACT SAME TABLE, THE
8    THROMBOEMBOLIC EVENTS IN PEOPLE WHO TOOK THE DRUG FOR MORE THAN
9    SIX MONTHS.  THE 12.5 MILLIGRAMS OF VIOXX IS 1.3 PERCENT; THE
10   25 MILLIGRAMS IS 1.1 PERCENT; 50 MILLIGRAMS, WHICH IS NOT A
11   DOSE THAT WE RECOMMENDED PEOPLE TAKE, 2.4 PERCENT; DICLOFENAC
12   1.1 PERCENT; AND NABUMETONE, WHICH IS ANOTHER NSAID, 1.1
13   PERCENT.
14   Q.   SO IF YOU LOOK JUST AT THE 25-MILLIGRAM DOSE THAT
15   MR. BARNETT WAS ON, HERE, THE 1.1, HOW DOES THAT COMPARE TO
16   DICLOFENAC AND NABUMETONE?
17   A.   THE 1.1 IS THE SAME FOR 25 DICLOFENAC, AND NABUMETONE'S
18   12.5 IS 1.3 AND 1.1.  AGAIN, WHAT I WANT TO POINT OUT IS LOOK
19   AT ALL -- ALL OF THIS DATA -- THE SIX WEEKS, SIX MONTHS, THE
20   LONG-TERM -- AND THAT'S SORT OF TOTALITY WHAT YOU GET A SENSE
21   OF:  IS THERE ANYTHING GOING ON HERE.  OUR CONCLUSION WAS THERE
22   WAS NOT, AND I THINK DR. VILLALBA AGREED.  SHE DID SAY THAT YOU
23   CAN'T ANSWER THAT QUESTION DEFINITIVELY, BUT SHE FELT THAT, AS
24   WE, THERE DOESN'T APPEAR TO BE ANYTHING HERE.
25   Q.   YOU WERE ALSO ASKED QUESTIONS ABOUT THE IMBALANCE THEORY

1    AND YOU WERE SHOWN THE *GOODMAN & GILMAN*'S TEXT THAT YOU POINTED

2    OUT WAS WRITTEN BY -- AT LEAST THAT CHAPTER, WAS WRITTEN BY

3    DR. FITZGERALD.

4    **A.**   YES.

5    **Q.**   THEN MR. BIRCHFIELD ASKED YOU WHETHER THE APPROVE STUDY

6    SOMEHOW CONFIRMED THE VALIDITY OF THE FITZGERALD HYPOTHESIS.

7    DO YOU REMEMBER THAT?

8    **A.**   I DO.

9    **Q.**   AFTER THE WITHDRAWAL OF VIOXX IN SEPTEMBER OF 2004, DID

10   THE FDA HOLD AN ADVISORY COMMITTEE MEETING TO DISCUSS VIOXX AND

11   OTHER COX-2 INHIBITORS?

12   **A.**   YES.

13   **Q.**   WAS THAT IN FEBRUARY OF 2005?

14   **A.**   THAT SOUNDS ABOUT RIGHT.

15   **Q.**   DID THE FDA ALSO PREPARE A MEMO SUMMARIZING ITS FINDINGS

16   CONCERNING THE --

17           **MR. BIRCHFIELD:**  OBJECT TO THE LEADING, YOUR HONOR,

18   AND THIS IS OUTSIDE THE --

19           **THE COURT:**  JUST RESTATE THE QUESTION SO IT'S NOT

20   LEADING.  GET HIM FOCUSED, BUT THEN ASK A QUESTION.

21   **BY MR. GOLDMAN:**

22   **Q.**   HAVE YOU EVER HEARD ONE WAY OR THE OTHER WHETHER THE

23   FOOD & DRUG ADMINISTRATION EVER SUMMARIZED THEIR VIEWS ABOUT

24   THE CARDIOVASCULAR PROFILE OF VIOXX AND OTHER NSAIDS?

25   **A.**   MY UNDERSTANDING IS THEY HAD AN ADVISORY COMMITTEE IN

1   FEBRUARY OF 2005 WHERE THEY WENT OVER NOT JUST THE MERCK DRUGS

2   BUT PFIZER'S DRUGS, ALL OF THOSE.  THEY REVIEWED IT ALL AND

3   THEN A LARGE NUMBER OF FOLKS AT THE FDA ISSUED A SORT OF PUBLIC

4   MEMO OF THEIR CONCLUSIONS OF ALL THIS EXTENSIVE REVIEW OF ALL

5   THE SCIENCE.

6   Q.   I'M HANDING YOU WHAT I HAVE MARKED AS DEFENSE EXHIBIT 338.

7              MR. BIRCHFIELD:  MAY WE APPROACH?

8              THE COURT:  YES.

9              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

10  THE BENCH.).

11             MR. BIRCHFIELD:  YOUR HONOR, THIS IS AN FDA ADVISORY

12  COMMITTEE THAT TOOK PLACE LONG AFTER HE SAID HE WAS INVOLVED

13  WITH VIOXX.  I WAS PRECLUDED FROM GOING INTO A NUMBER OF

14  DOCUMENTS THAT DEALT SPECIFICALLY WITH THE CLINICAL DEVELOPMENT

15  PROGRAM WHILE HE WAS THERE BECAUSE HE DIDN'T HAVE PERSONAL

16  KNOWLEDGE.  THERE IS NOTHING HERE TO SAY THAT HE WAS THERE AT

17  THE FDA FOR THE ADVISORY COMMITTEE.  THERE'S NO FOUNDATION FOR

18  HIM TO GET INTO THIS BASED ON PERSONAL KNOWLEDGE.  IT'S

19  INAPPROPRIATE.

20             THE COURT:  IT'S A LITTLE DIFFERENT THAN THAT.  YOU

21  WENT INTO THE FDA AND GOT HIM TO AGREE THAT IT WAS 34 TO 34 OR

22  SOMETHING, SO YOU ARE REBUTTING THAT.  I UNDERSTAND.  I

23  OVERRULE THE OBJECTION.

24             (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

25  OPEN COURT.)

DAILY COPY

1          **MR. GOLDMAN:**  WE OFFER EXHIBIT 338.

2          **THE COURT:**  LET'S ASK HIM QUESTIONS ABOUT IT FIRST,

3    THEN I'LL DECIDE.

4    **BY MR. GOLDMAN:**

5    **Q.**   HAVE YOU REVIEWED, DR. MORRISON, THE MEMO PREPARED BY

6    JOHN JENKINS MARKED DEFENSE EXHIBIT 338?

7    **A.**   NOT IN ANY DETAIL, NO.

8    **Q.**   ARE YOU FAMILIAR ONE WAY OR THE OTHER WITH WHAT THE FDA'S

9    POSITION WAS ON THE FITZGERALD HYPOTHESIS FOR THE IMBALANCE

10   THEORY?

11   **A.**   AGAIN, I'LL SAY THE SAME THING I SAID TO MR. BIRCHFIELD.

12   I HAVE SEEN THIS A NUMBER OF TIMES IN THESE CASES, AND I'M

13   FAMILIAR TO THAT EXTENT.  I'VE NEVER REVIEWED THIS IN

14   TREMENDOUS DETAIL.

15         **THE COURT:**  MY SAME RULING, THEN, WITH THE OTHER ONE.

16   LET'S MOVE ON.

17         **MR. GOLDMAN:**  THOSE ARE ALL THE QUESTIONS I HAVE.

18   THANK YOU VERY MUCH.

19         **MR. BIRCHFIELD:**  I HAVE A COUPLE.

20         **THE COURT:**  I DIDN'T SEE ANYTHING NECESSARY.  THANK

21   YOU VERY MUCH.  YOU ARE EXCUSED.  I HAVE TO TAKE A CONFERENCE,

22   BUT I'LL BE BACK IN TEN MINUTES, THEN WE CAN GET READY WITH THE

23   OTHER.  I UNDERSTAND WE HAVE ONE WITNESS BY DEPOSITION.

24         **MR. GOLDMAN:**  YES.

25         **THE COURT:**  WE HAVE TO START IT.

1    **MR. BECK:**  YOUR HONOR, YOU'LL BE HAPPY TO KNOW WE

2    ONLY HAVE ONE VIDEO WITNESS IN OUR CASE.  IT'S ABOUT TWO HOURS,

3    AND WE CAN GET STARTED AND FINISH UP --

4    **THE COURT:**  WE CAN GET STARTED AND FINISH ON MONDAY.

5    LET'S TAKE A BREAK.

6    **THE DEPUTY CLERK:**  EVERYONE RISE.

7    (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

8    **THE DEPUTY CLERK:**  EVERYONE RISE.

9    **MR. GOLDMAN:**  WE ARE CALLING NOW BY DEPOSITION

10   DR. CURTIS BRYAN, WHO WAS MR. BARNETT'S HEART SURGEON.  THE

11   FIRST HOUR ARE QUESTIONS THAT THE PLAINTIFF'S LAWYERS ASKED AND

12   THAT THEY HAVE DESIGNATED, AND THEN OUR CROSS-EXAMINATION WILL

13   FOLLOW.

14   (WHEREUPON, **FOSTER BRYAN II**, HAVING BEEN DULY SWORN,

15   TESTIFIED BY DEPOSITION AS FOLLOWS.)

16                   **DIRECT EXAMINATION**

17   BY MR. ROBINSON:

18   **Q.**   GOOD AFTERNOON.  CAN YOU STATE YOUR FULL NAME FOR THE

19   RECORD, PLEASE.

20   **A.**   FOSTER CURTIS BRYAN, II.

21   **Q.**   DO YOU HAVE A MEDICAL SPECIALTY, DOCTOR?

22   **A.**   CARDIOTHORACIC SURGERY.

23   **Q.**   COULD YOU EXPLAIN FOR THE JURY WHAT CARDIOTHORACIC SURGERY

24   ENTAILS, IN GENERAL.

25   **A.**   IN GENERAL?  IN GENERAL, MY PRACTICE INVOLVES SURGERY ON

1   THE HEART AND THE LUNGS, EVERYTHING FROM BYPASS SURGERY TO

2   VALVE REPLACEMENT TO SURGERY FOR LUNG CANCER.

3   **Q.**   ALL RIGHT.  DOCTOR, IF YOU COULD KINDLY TELL THE JURY,

4   PLEASE, YOUR EDUCATION, STARTING WITH YOUR MEDICAL SCHOOL,

5   WHERE YOU DID YOUR RESIDENCY.  IF YOU HAVE A FELLOWSHIP, WE'LL

6   GO FROM THERE.

7   **A.**   I GRADUATED MEDICAL SCHOOL CUM LAUDE FROM EMORY UNIVERSITY

8   SCHOOL OF MEDICINE IN 1988.  I FINISHED A GENERAL SURGERY

9   RESIDENCY AT EMORY UNIVERSITY AFFILIATED HOSPITALS IN 1993;

10  FROM '93 TO '94, DID A FELLOWSHIP IN RESEARCH AT THE CARLYLE

11  FRAZIER HEART CENTER, WHICH IS PART OF EMORY'S CARDIAC

12  RESEARCH; AND THEN FROM '94 TO '97, I DID MY CARDIOTHORACIC

13  RESIDENCY AT EMORY UNIVERSITY AFFILIATED HOSPITALS.

14  **Q.**   ARE YOU BOARD-CERTIFIED IN ANY SPECIALITIES?

15  **A.**   I'M BOARD-CERTIFIED IN GENERAL SURGERY AND IN THORACIC

16  SURGERY, AND I RECERTIFIED IN GENERAL SURGERY 2004, I THINK IT

17  WAS.

18  **Q.**   WHEN DID YOU FIRST RECEIVE YOUR BOARD CERTIFICATION WITH

19  THE AMERICAN BOARD OF SURGERY?

20  **A.**   '94, MAY 1994.

21  **Q.**   THE SAME QUESTION AS TO THE BOARD OF THORACIC SURGERY:

22  WHEN WERE YOU BOARD-CERTIFIED?

23  **A.**   1998.

24  **Q.**   DO YOU HAVE ANY OTHER SPECIALITY CERTIFICATIONS?

25  **A.**   NO.

1   Q.   ARE YOU CURRENTLY AFFILIATED WITH ANY PROFESSIONAL MEDICAL

2   GROUP?

3   A.   I'M A MEMBER OF -- I'M A FELLOW OF THE AMERICAN COLLEGE OF

4   SURGEONS, A FELLOW OF THE AMERICAN COLLEGE OF CARDIOLOGY, A

5   FELLOW OF THE AMERICAN COLLEGE OF CHEST PHYSICIANS, A FELLOW OF

6   THE SOUTH EASTERN SURGICAL COLLEGE.  I'M A MEMBER OF THE

7   SOCIETY OF THORACIC SURGEONS, A MEMBER OF THE SOUTH ATLANTIC

8   CARDIOVASCULAR SOCIETY.  I BELIEVE THAT COVERS MOST OF THE

9   SOCIETIES.

10  Q.   ALL RIGHT.  ARE YOU AN EDITOR IN ANY JOURNALS OR ANYTHING

11  LIKE THAT?

12  A.   NOT AN EDITOR, NO.

13  Q.   ALL RIGHT.  AND YOU MENTIONED THAT YOU'RE A CARDIOVASCULAR

14  SURGEON; CORRECT?

15  A.   CORRECT.

16  Q.   DO YOU CURRENTLY HAVE YOUR OWN PRIVATE PRACTICE?

17  A.   I DO.  I'M A PRACTICING -- PRACTICING MANAGER OF COASTAL

18  CARDIOVASCULAR SURGERY HERE IN MYRTLE BEACH.

19  Q.   WHAT IS COASTAL CARDIOVASCULAR SURGERY?

20  A.   WE'RE CURRENTLY A TWO-MAN CARDIOTHORACIC SURGERY GROUP,

21  MYSELF AND DR. MCINTYRE, BRYAN MCINTYRE, SPECIALIZING IN

22  OPEN-HEART SURGERY AS WELL AS SURGERY OF THE CHEST, LUNG

23  SURGERY.

24  Q.   ALL RIGHT.  HOW LONG YOU BEEN WITH COASTAL CARDIOVASCULAR

25  SURGERY?  WHAT'S THE HISTORY OF THAT?

1    A.   THE PRACTICE STARTED WITH DR. MCINTYRE IN JANUARY OF

2    1997 -- I'M SORRY -- 1999, JANUARY 1999, AND THEN I BECAME A

3    MEMBER OF THE GROUP IN JULY OF 1999.

4    Q.   YOU STILL HAVE PLANS TO GO ON WITH THE GROUP?

5    A.   YES.

6    Q.   ALL RIGHT.  ARE YOU AFFILIATED WITH ANY LOCAL HOSPITALS?

7    A.   OUR HOSPITAL -- WE'RE AFFILIATED WITH ONE HOSPITAL, GRAND

8    STRAND REGIONAL MEDICAL CENTER.

9    Q.   SO THAT'S WHERE YOU DO ALL OF YOUR CARDIOTHORACIC SURGERY?

10   A.   100 PERCENT OF OUR SURGERY IS DONE AT GRAND STRAND.

11   Q.   IF YOU COULD TELL ME ON A WEEKLY BASIS HOW YOU SPEND TIME

12   IN YOUR PRACTICE IN TERMS OF SURGERIES, INPATIENT, OR DOES IT

13   VARY?

14   A.   WE SPEND THE MAJORITY OF OUR TIME IN THE HOSPITAL.  WE

15   HAVE -- BASICALLY OPERATE FOUR AND A HALF DAYS A WEEK WITH A

16   HALF A DAY OF OFFICE.  SO, USUALLY, A TYPICAL DAY WOULD BE ONE

17   OR TWO OPEN-HEART OR THORACIC CASES AND THEN SEEING

18   CONSULTATIONS IN THE HOSPITAL.

19   Q.   HOW DOES IT COME TO BE THAT YOU'RE REQUESTED TO CONSULT?

20   DOES THAT TYPICALLY COME FROM A CARDIOLOGIST?

21   A.   THE MAJORITY OF THE CARDIAC CASES COME FROM THE

22   CARDIOLOGISTS, MAJORITY.

23   Q.   DO YOU, YOURSELF, DO MORE HEART SURGERIES THAN THORACIC

24   SURGERY OR VASCULAR SURGERIES OR IS IT EQUAL?

25   A.   I WOULD PROBABLY SAY THAT NEARLY 90 PERCENT OF WHAT I DO

1   IS CARDIAC SURGERY.

2   **Q.**   THE CARDIAC SURGERY WOULD INVOLVE WHAT TYPES OF PROCEDURE?

3   **A.**   CORONARY BYPASS GRAFTING, VALVE REPLACEMENT, AND SOME

4   ASCENDING AORTIC ANEURYSM WORK.

5   **Q.**   CORONARY ARTERY BYPASS GRAFT IS WHAT MR. BARNETT HAD;

6   CORRECT?

7   **A.**   THAT'S CORRECT.

8   **Q.**   ALL RIGHT.  COULD YOU EXPLAIN TO THE JURY, PLEASE, WHAT A

9   CORONARY ARTERY BYPASS GRAFT IS IN GENERAL.

10  **A.**   IN GENERAL, THE PATIENT HAS BLOCKAGES IN THE NATIVE OR

11  THEIR OWN CORONARY ARTERIES ON THE HEART -- THE ARTERIES IN THE

12  SURFACE OF THEIR HEART, AND BYPASS GRAFTING IS USING AN ARTERY

13  OFF OF THEIR CHEST WALL OR VEIN FROM THEIR LEG OR MAYBE EVEN

14  ARTERY OUT OF A FOREARM, BYPASSING OR GOING AROUND THAT

15  BLOCKAGE TO RESTORE BLOOD FLOW TO THE HEART.

16  **Q.**   ALL RIGHT.  NOW, DO YOU TREAT PATIENTS WITH

17  OSTEOARTHRITIS?

18  **A.**   NOT PRIMARILY.  WE HAVE PATIENTS WITH OSTEOARTHRITIS.  WE

19  DON'T DO THEIR PRIMARY TREATMENT.

20  **Q.**   WHAT ABOUT TREATING PATIENT IN TERMS OF PAIN MANAGEMENT?

21  **A.**   WE DO MANAGE PAIN.

22  **Q.**   ALL RIGHT.  DOCTOR, THE PREVENTION OF HEART DISEASE IS A

23  CONCERN IN OUR POPULATION TODAY; CORRECT?

24  **A.**   CORRECT.

25  **Q.**   ALL RIGHT.  SO, DOCTOR, WOULD IT BE IMPORTANT THAT

1    PATIENTS AND DOCTORS BE MADE AWARE OF DRUGS THAT ARE

2    POTENTIALLY OR HAVE THE POTENTIAL TO CONTRIBUTE TO HEART ATTACK

3    OR STROKE?

4    A.    YES.

5    Q.    LIKEWISE, AS A CARDIOVASCULAR SURGEON, WOULD IT BE

6    IMPORTANT FOR YOU TO KNOW OF A DRUG IF IT HAD THE POTENTIAL OF

7    CAUSING ACCELERATED PLAQUE DEVELOPMENT?

8    A.    YES.

9    Q.    THAT WOULD BE IMPORTANT BECAUSE THAT CAN CAUSE AN INJURY;

10   CORRECT?

11   A.    CORRECT.

12   Q.    ALL RIGHT.  ONCE THE HEART, BRAIN, OR BLOOD VESSEL IS

13   DAMAGED, IT DOES NOT REGENERATE; CORRECT?

14   A.    THAT IS IF THE DAMAGE IS -- THERE CAN BE PERMANENT DAMAGE

15   AS WELL AS TEMPORARY DAMAGE.  BUT ANYTHING -- CELL DEATH IN THE

16   HEART AND THE BRAIN TYPICALLY RELIEVE -- LEAVES A SCAR, WHICH

17   IS A PERMANENT INJURY.

18   Q.    THAT'S NOT A GOOD THING, IS IT?

19   A.    IT CAN BE -- IT CANNOT BE A GOOD THING.

20   Q.    A SCAR IN THE HEART, NO MATTER WHAT SIZE, IS NOT A GOOD

21   THING; CORRECT?

22   A.    IT IS NOT A GOOD THING.

23   Q.    OKAY.  SO A HEART ATTACK IS NEVER A BLESSING, IS IT?

24   A.    NO.

25   Q.    ALL RIGHT.  SO IF SOMEONE STATED THAT MR. BARNETT'S HEART

1   ATTACK WAS A BLESSING IN DISGUISE, YOU WOULD HAVE TO DISAGREE

2   WITH THAT STATEMENT, WOULDN'T YOU?

3   **A.**   I WOULD DISAGREE WITH THAT, YES.

4   **Q.**   ALL RIGHT.  NOW, DOCTOR, YOUR EXPOSURE IN THIS CASE

5   BASICALLY HAS BEEN AS THE SURGEON TAKING CARE OF MR. BARNETT

6   WHEN HE HAD HIS HEART ATTACK SURGERY; CORRECT?

7   **A.**   THAT'S CORRECT.

8   **Q.**   ALL RIGHT.  JUST PRELIMINARILY, I JUST WANT TO CONFIRM:

9   DO YOU INTEND TO RENDER ANY OPINIONS AS TO THE STANDARDS OF

10  CARE BY MR. BARNETT'S PAST OR CURRENT TREATING PHYSICIANS SUCH

11  AS DR. MIKOLAJCZYK, DR. KARAVAN, OR DR. MCCAFFREY?

12  **A.**   NO.

13  **Q.**   YOU HAVEN'T BEEN ASKED TO DO THAT?

14  **A.**   NO.

15  **Q.**   ALL RIGHT.  YOU HAVE NOT REVIEWED ANY OF MR. BARNETT'S

16  MEDICAL RECORDS PRIOR TO YOUR FIRST INVOLVEMENT; IS THAT

17  CORRECT?

18  **A.**   THAT'S CORRECT.

19  **Q.**   ALL RIGHT.  ACCORDING TO MY NOTES HERE AND RECORDS -- AND

20  PLEASE CORRECT ME IF I'M WRONG, BUT I BELIEVE THE LAST TIME YOU

21  SAW MR. BARNETT WAS SOMETIME IN OCTOBER OF 2002.  DOES THAT

22  SOUND ABOUT RIGHT?

23  **A.**   THAT SOUNDS ABOUT RIGHT.  I DON'T RECALL SEEING HIM AFTER

24  HIS POSTOP VISIT, WHICH WOULD BE SOMEWHERE BETWEEN THREE AND

25  FOUR WEEKS AFTER THE BYPASS SURGERY.

1  Q.   ALL RIGHT.  I BELIEVE YOU DEFERRED HIS CARDIAC CARE, THEN,

2  TO DR. KARAVAN; WOULD THAT BE ACCURATE?

3  A.   THAT WOULD BE ACCURATE.  WE TYPICALLY, AFTER WE'VE

4  ESTABLISHED THAT THEY'RE DOING FINE FROM A SURGICAL STANDPOINT,

5  THE CARDIOLOGIST WILL MAINTAIN THE LONG-TERM CARDIAC CARE

6  MANAGEMENT OF THEIR CARDIAC CARE LONG-TERM.

7  Q.   ALL RIGHT.  NOW, DO YOU HAVE ANY ASSOCIATION WHATSOEVER

8  WITH MERCK?

9  A.   NO.

10  Q.   ALL RIGHT.  LET ME INCLUDE ANY PROFESSIONAL OR OTHERWISE

11  AFFILIATION WITH MERCK.

12  A.   NO.

13  Q.   NEVER SPOKEN FOR MERCK IN ANY CAPACITY?

14  A.   NO.

15  Q.   NOT A THOUGHT LEADER?

16  A.   NO.

17  Q.   ALL RIGHT.  DO YOU RECALL EVER RECEIVING ANY SALES CALLS

18  FROM ANY OF MERCK EMPLOYEES REGARDING VIOXX?

19  A.   NOT THAT I'M AWARE OF.

20  Q.   ALL RIGHT.  DO YOU KNOW THAT ANYONE IN YOUR OFFICE WAS

21  EVER DETAILED BY MERCK REGARDING VIOXX?

22  A.   I DON'T KNOW OF ANYBODY ELSE BEING DETAILED.

23  Q.   HAVE YOU EVER BEEN COMPENSATED FOR SPEAKING REGARDING

24  CERTAIN DRUGS?  THAT CAN BE ANYONE ELSE BESIDES MERCK SINCE YOU

25  SAID YOU'VE NEVER AFFILIATED WITH THEM.  ANY OTHER DRUG

1  COMPANIES?

2  **A.**   NO, NO, NO.

3  **Q.**   DURING THE TIME THAT YOU CARED FOR MR. BARNETT, DID YOU

4  PRESCRIBE ANY COX-2S?

5  **A.**   NOT THAT I'M AWARE OF.

6  **Q.**   ANY REASON WHY OR WHY NOT?

7  **A.**   MOST OF THE TIME FOR US, WE TREAT THEIR PAIN MEDICINE --

8  PAIN MANAGEMENT WITH NARCOTICS.  I MEAN, THAT'S OUR -- USUALLY

9  A SHORT TERM OF NARCOTICS, AND THAT'S -- AT THAT POINT, USUALLY

10 BY THE TIME THEY SEE US IN THE OFFICE, THEY'RE NOT REQUIRING

11 ANYTHING MORE THAN TYLENOL FOR WHATEVER I DO.  SO, YOU KNOW,

12 IT'S NOT REAL COMMON, PARTICULARLY IN THE CARDIAC PATIENTS, TO

13 BE PRESCRIBING THAT?  IN THE THORACIC PATIENTS, OCCASIONALLY

14 WITH POST-THORACOTOMY PAIN, WE MIGHT PRESCRIBE AN NSAID OR A

15 COX-2 FOR POST-THORACOTOMY DISCOMFORT.

16 **Q.**   DOCTOR, HAVE YOU READ ANY OF THE RECENT STUDIES REGARDING

17 VIOXX AND IT'S POTENTIAL CARDIOVASCULAR EFFECT?

18 **A.**   I READ THE COLORECTAL STUDY WHEN IT FIRST CAME OUT.  THERE

19 WAS -- THERE WAS CONCERN ABOUT THE COX-2 INHIBITOR VIOXX

20 CAUSING INCREASED RISK OF STROKE AND MI OR MYOCARDIAL

21 INFARCTION, HEART ATTACK.

22 **Q.**   ALL RIGHT.  THAT WOULD BE THE APPROVE STUDY?

23 **A.**   I BELIEVE THAT'S WHAT IT WAS.  IT WAS ABOUT TWO OR THREE

24 YEARS AGO?

25 **Q.**   RIGHT.  DO YOU RECALL READING THAT SELECTIVE INHIBITION OF

1  COX-2 MAY BE ASSOCIATED WITH AN INCREASED RISK OF THROMBOTIC

2  EVENTS?

3  **A.**   I'VE READ THAT BEFORE, YES.

4  **Q.**   DOCTOR, DO YOU HAVE ANY OPINION AS TO WHETHER OR NOT VIOXX

5  IS PROTHROMBOTIC?

6  **A.**   NO.

7  **Q.**   ALL RIGHT.  DOCTOR, DO THE MAJORITY OF HEART ATTACKS OCCUR

8  FROM A THROMBOSIS OR A CLOT?

9  **A.**   THE MAJORITY OF HEART ATTACKS ARE A THROMBOTIC EVENT.

10  **Q.**   SO, DOCTOR, AS A CARDIAC SURGEON, A CARDIOLOGIST, WOULD IT

11  BE IMPORTANT FOR YOU TO KNOW WHETHER A DRUG LIKE VIOXX HAD A

12  ROLE IN MYOCARDIAL INFARCTION OR STROKE?

13  **A.**   YES.

14  **Q.**   DOCTOR, WOULD IT BE IMPORTANT FOR YOU AS A PHYSICIAN TO

15  KNOW THAT A DRUG SUCH AS VIOXX COULD CAUSE INCREASED PLAQUING?

16  **A.**   YES.

17  **Q.**   NOW, DOCTOR, YOU AND I MET BEFORE; CORRECT?

18  **A.**   CORRECT.

19  **Q.**   I BELIEVE WE DISCUSSED THE SURGERY THAT YOU PERFORMED ON

20  MR. BARNETT; CORRECT?

21  **A.**   CORRECT.

22  **Q.**   I BELIEVE MS. MYER WAS EVEN WITH US.  DO YOU RECALL THAT?

23  **A.**   YES.

24  **Q.**   WE HAD THE OPPORTUNITY TO GO OVER YOUR CARE AND TREATMENT

25  OF MR. BARNETT; CORRECT?

1  **A.**   CORRECT.

2  **Q.**   ALL RIGHT.  HAVE YOU HAD ANY DISCUSSIONS AT ALL WITH

3  DEFENSE COUNSEL IN THIS CASE?

4  **A.**   NO.

5  **Q.**   ALL RIGHT.  NO ONE FROM MERCK?

6  **A.**   NO ONE FROM MERCK, NO.

7  **Q.**   ALL RIGHT.  DOCTOR, WHAT I WOULD LIKE TO DO IS START GOING

8  OVER SOME OF YOUR CARE AND TREATMENT.

9  **A.**   UH-HUH.

10  **Q.**   WHY DON'T WE FIRST GO TO YOUR CONSULT, AND I'LL GIVE YOU A

11  COPY OF IT.

12  **A.**   SURE.

13  **Q.**   NOW, DOCTOR, JUST IN GENERAL -- AND I'M NOT SURE IF YOU

14  REMEMBER OR NOT HOW YOU FIRST WERE CONTACTED IN THIS CASE, BUT

15  CAN YOU TELL ME WHAT THE CUSTOM AND PRACTICE WOULD BE -- AND IF

16  YOU SPECIFICALLY KNOW, GO AHEAD -- ON MR. BARNETT, HOW YOU WERE

17  CALLED IN ON THIS CASE?

18  **A.**   ALL RIGHT.  TYPICALLY -- THE PATIENT, IN THIS CASE,

19  MR. BARNETT, WAS ADMITTED WITH A HEART ATTACK, AND HE WAS

20  ADMITTED TO GRAND STRAND REGIONAL MEDICAL CENTER WHEN, DURING

21  HIS HEART ATTACK, HE HAD DEVELOPED CHEST PAIN.

22          BASICALLY -- I DON'T HAVE THE ADMISSION HISTORY.

23  TYPICALLY, EITHER A HOSPITAL -- A HOSPITALIST OR INTERNAL

24  MEDICINE DOCTOR WHO WORKS FOR THE HOSPITAL, OR THE

25  CARDIOLOGIST, WILL ADMIT THE PATIENT.  UNDERGOES A WORKUP;

1   UNDERGOES CATHETERIZATION, IF INDICATED.  AND IF THE

2   CATHETERIZATION SHOWS SURGICAL DISEASE OR DISEASE THAT WOULD BE

3   BEST TREATED BY HAVING SURGERY, THEN I'M CONSULTED BY THE

4   CARDIOLOGIST.  THAT'S THE TYPICAL FLOW OF TREATMENT IN THE

5   HOSPITAL.

6   **Q.**   ANY REASON TO SUSPECT THAT THAT DID NOT HAPPEN IN THIS

7   CASE?

8   **A.**   NO.

9   **Q.**   ALL RIGHT.  DO YOU RECALL HAVING ANY SPECIFIC DISCUSSIONS

10  AT ALL WITH DR. KARAVAN ABOUT MR. BARNETT ON OR BEFORE

11  SEPTEMBER 9, 2002?

12  **A.**   TYPICALLY, DR. KARAVAN WOULD CALL ME AFTER THE CATH AND

13  TELL ME:  "I HAVE A 58-YEAR-OLD GENTLEMAN WHO HAD A NON Q-WAVE

14  MI, AND HE HAS THREE-VESSEL DISEASE, AND, YOU KNOW, WOULD YOU

15  MIND SEEING HIM FOR BYPASS."  THAT'S TYPICALLY THE FIRST TIME

16  I'D HEAR -- HEAR FROM DR. KARAVAN ABOUT THE PATIENT.

17  **Q.**   ALL RIGHT.  AND SO WHAT WOULD BE THE NEXT STEP?  WHAT

18  WOULD HAPPEN?

19  **A.**   TYPICALLY, AT THAT POINT I WOULD REVIEW THE FILMS THAT

20  DR. KARAVAN DID THAT DAY, THE CARDIAC CATHETERIZATION FILMS,

21  AND THEN, AFTER THAT, REVIEW THE CHART AND EXAMINE THE PATIENT

22  AND TALK TO THE PATIENT ABOUT WHAT WE THOUGHT MIGHT NEED TO BE

23  DONE IN HIS PARTICULAR CIRCUMSTANCE.

24  **Q.**   ASIDE FROM THE FILMS -- AND BY "THE FILMS," JUST SO WE'RE

25  CLEAR, THAT WOULD BE THE ANGIOGRAPHY THAT WAS PERFORMED?

1  **A.**   THAT WOULD BE THE ANGIOGRAPHY DR. KARAVAN PERFORMED.

2  **Q.**   I'LL GO INTO THIS A LITTLE BIT FURTHER, BUT MR. BARNETT

3  DID HAVE A CARDIOLITE STRESS TEST IN 2000.  WOULD THAT HAVE

4  BEEN SOMETHING THAT YOU WOULD HAVE REVIEWED?

5  **A.**   NO.  AT THAT POINT, WITH THE AMOUNT OF DISEASE HE HAD, I

6  WOULD WANT -- LIKE TO KNOW WHAT THE STRESS TEST DEMONSTRATED TO

7  KNOW WHICH AREA WAS ACTIVE AT THAT TIME.  BUT IT WOULD NOT

8  REALLY -- WITH THE DEGREE OF DISEASE THAT HE HAD, WOULD NOT

9  CHANGE MY TREATMENT PLAN AT ALL.

10  **Q.**   OKAY.  SO YOU LOOKED AT THE ANGIOGRAM.  DID YOU LOOK AT

11  ANY OF THE EKG'S OR ANY OF HIS ADMITTING INFORMATION?

12  **A.**   WE WOULD LOOK -- I WOULD LOOK AT ALL HIS LAB WORK, EKG,

13  CHEST X-RAY.  I WOULD LOOK AT ALL -- ALL OF THAT.

14  **Q.**   ALL RIGHT.  NOW, GOING TO EXHIBIT 1, WHICH YOU HAVE IN

15  FRONT OF YOU, WHICH IS YOUR CONSULT, THERE IS SOMETHING THAT

16  SAYS "HPI," HISTORY --

17  **A.**   THAT'S PRESENT -- HISTORY -- HISTORY OF PRESENT ILLNESS.

18  **Q.**   ALL RIGHT.  NOW, THIS HISTORY WAS OBTAINED FROM WHOM?  WAS

19  IT THE PATIENT, DID YOU GET IT FROM THE CHART, OR HOW -- HOW

20  DID YOU GET THIS INFORMATION?

21  **A.**   BOTH FROM THE PATIENT AND THE CHART.  I USUALLY LOOK AT

22  WHAT THE CHART -- WHAT'S GIVEN BEFORE, AND THEN I TALK TO THE

23  PATIENT AND CONFIRM EVERYTHING THAT'S BEEN SAID AND ACTUALLY

24  MAYBE EVEN ASK A FEW MORE QUESTIONS THAN -- THAN WHAT WAS ON --

25  WHAT WAS ON THE CHART.

1  **Q.**   ALL RIGHT.  UNDER THE PARAGRAPH TITLED "HPI," THERE IS A

2  PORTION WHERE YOU SAY:  "THE PATIENT HAS A HISTORY OF CHEST

3  PAIN DATING BACK TO JANUARY OF 2000 WHEN HE UNDERWENT A

4  CARDIOLITE STRESS TEST FOR HIS SHARP CHEST PAIN."

5  **A.**   UH-HUH.

6  **Q.**   THAT WOULD HAVE BEEN SOMETHING THAT YOU OBTAINED BY

7  HISTORY; CORRECT?

8  **A.**   HISTORY, YES.

9  **Q.**   ALL RIGHT.  SO YOU DID NOT, JUST TO CLARIFY, ON THIS

10  PARTICULAR DATE, GO AND LOOK AT THE RESULTS OF THE STRESS TEST?

11  **A.**   NO.  NO.  I GOT THIS OFF -- IF IT WAS IN THE COMPUTER --

12  IN THE COMPUTER -- IF IT WAS DONE AT GRAND STRAND, IT MIGHT BE

13  ON THE RADIOLOGY SYSTEM OR FROM DR. KARAVAN'S NOTES OR WHOMEVER

14  HAD SEEN HIM BEFORE ME.

15  **Q.**   ALL RIGHT.  SO AT THAT POINT IT SOUNDS LIKE YOU WOULD HAVE

16  BEEN RELYING ON DR. SWAMI'S INTERPRETATION OF THE REPORT?

17  **A.**   YES.

18  **Q.**   ALL RIGHT.  DOES THIS REPORT IN ANY WAY IMPACT THE CARE

19  AND TREATMENT THAT YOU RENDERED TO HIM IN 2002?

20  **A.**   NO.

21  **Q.**   ALL RIGHT.  GOING ON WHERE IT SAYS, "SUBSEQUENTLY, THE

22  PATIENT DID WELL WITH ONLY OCCASIONAL SLIGHT SHARP CHEST PAIN

23  USUALLY ASSOCIATED WITH HIS ABDOMEN BEING BLOATED," THAT WOULD

24  HAVE BEEN SOMETHING YOU GOT FROM THE PATIENT?

25  **A.**   FROM THE PATIENT.

1   **Q.**   ALL RIGHT.  NEXT PARAGRAPH DOWN:  "THERE ARE FINDINGS IN

2   REGARDS TO THE CARDIAC CATHETERIZATION."

3   **A.**   YES.

4   **Q.**   WERE THESE YOUR IMPRESSIONS?

5   **A.**   MY IMPRESSIONS COULD BE -- YOU KNOW, I USUALLY LOOK AT

6   MINE, LOOK AT THE CARDIOLOGIST'S.  SOMETIMES I DISAGREE.  I

7   MEAN, SINCE IT MIGHT BE A LITTLE TIGHTER, I THINK, OR

8   SOMETHING -- OR MAYBE NOT QUITE AS TIGHT.  BUT, TYPICALLY, WITH

9   DR. KARAVAN, WE'RE PRETTY MUCH IN AGREEMENT MOST OF THE TIME.

10  IT'S USUALLY ABOUT THE -- WHAT HE SEES IS ABOUT WHAT I SEE WITH

11  HIM.

12  **Q.**   ALL RIGHT.  DR. BRYAN, JUST FOR THE JURY, THERE IS -- JUST

13  SOME BASIC ANATOMY.  THERE ARE SOME MAJOR VESSELS THAT PROFUSE

14  THE HEART; IS THAT CORRECT?

15  **A.**   THAT'S CORRECT.

16  **Q.**   WOULD YOU AGREE THE HEART IS A MUSCLE, AND SO IT REQUIRES

17  BLOOD TO FLOW TO IT TO PROVIDE IT WITH OXYGEN?

18  **A.**   YES, THE HEART IS A MUSCLE.

19  **Q.**   ALL RIGHT.  ARE THERE CERTAIN MAJOR CORONARY ARTERIES THAT

20  YOU LOOK AT WHEN YOU'RE PERFORMING A CARDIAC CATHETERIZATION?

21  **A.**   YES.

22  **Q.**   WHAT WOULD THOSE BE?

23  **A.**   THERE ARE TWO SYSTEMS:  A LEFT SYSTEM AND A RIGHT SYSTEM.

24  THE LEFT CORONARY ARTERY SUPPLIES MAINLY THE FRONT AND -- IN

25  MOST PEOPLE, THE FRONT AND SIDE OF THE HEART.  IT BREAKS OFF

1    INTO TWO BRANCHES.  THE ONE IN THE FRONT IS CALLED THE ANTERIOR

2    DESCENDING, ON THE FRONT GOING DOWN.  IT SUPPLIES THE FRONT OF

3    THE HEART.

4            THEN THERE'S A CIRCUMFLEX, GOING AROUND THE SIDE, AN

5    ARTERY CALLED THE CIRCUMFLEX ARTERY, AND IT'LL BREAK OFF INTO

6    ONE, TWO, THREE -- FOUR BRANCHES, DEPENDING ON THE PATIENT?

7    THOSE ARE THE -- THE ANTERIOR DESCENDING AND THE CIRCUMFLEX ARE

8    THE TWO MAJOR LEFT-SIDED ARTERIES IN MOST PEOPLE.  AND THEN

9    THERE'S A RIGHT CORONARY ARTERY WHICH SUPPLIES MAINLY THE

10   BOTTOM OF THE HEART, JUST TO SIMPLIFY THINGS.  SO THERE ARE

11   THREE MAJOR CORONARY ARTERIES.  NOW, ALL OF THESE ARTERIES CAN

12   HAVE BRANCHES OFF OF THEM THAT MIGHT NEED TO BE BYPASSED.

13   **Q.**   DOCTOR, WOULD YOU AGREE, THEN, THAT THE LAD SUPPLIES AT

14   LEAST MORE THAN 50 PERCENT OF THE MYOCARDIAL MASS OF THE LEFT

15   VENTRICLE?

16   **A.**   IT SUPPLIES AROUND 40 TO 60 PERCENT DEPENDING ON THE SIZE

17   OF THE VESSEL.

18   **Q.**   SO IF THERE'S AN OCCLUSION IN ONE OF THESE VESSELS, WHAT

19   HAPPENS?

20   **A.**   AN OCCLUSION, IF YOU TOTALLY SHUT OFF THE ARTERY ACUTELY,

21   MEANING JUST SUDDENLY, YOU START HAVING LOSS OF BLOOD FLOW AND

22   BASICALLY THE SUBSTRATE OR THE BEGINNING OF A HEART ATTACK.

23   **Q.**   IS THAT WHAT HAPPENED IN MR. BARNETT'S CASE?

24   **A.**   AT SOME POINT HE HAD A HEART ATTACK, WHICH IMPLIES THAT AT

25   SOME POINT HE HAD LOW BLOOD FLOW TO A PORTION OF HIS HEART.

1   **Q.**   DOCTOR, IF I REPRESENT TO YOU THAT DR. KARAVAN HAS BEEN

2   DEPOSED -- AND HE HAS -- AND HE'S TESTIFIED THAT, IN REVIEWING

3   THE ANGIOGRAM, HE SAW A HANGUP OF DYE DISTALLY IN THE PDA, AND

4   THAT GOES WITH AN ACUTE EVENT, IS THAT SOMETHING THAT YOU AGREE

5   WITH?

6   **A.**   I WOULD AGREE THAT HIS PDA, POSTERIOR DESCENDING RIGHT

7   CORONARY BRANCH, WAS OCCLUDED AT THE TIME OF -- AT THE TIME OF

8   HIS CATHETERIZATION, AND IT FILLED FROM THE LESS SYSTEM

9   COLLATERALS OR OTHER ROUTES TO THAT VESSEL.

10  **Q.**   DO YOU RECALL SEEING THE DYE HANGUP IN THE ANGIO?

11  **A.**   IT WAS SLUGGISH -- I'M SORRY.  IT WAS SLUGGISH ON THE --

12  IT WAS -- THERE WAS SOME DYE HANGUP IN THE PDA.

13  **Q.**   ALL RIGHT.  SO YOU REVIEWED THE CARDIAC CATHETERIZATION

14  AND YOU CAME UP WITH A TREATMENT PLAN?

15  **A.**   CORRECT.

16  **Q.**   WHAT WAS THAT TREATMENT PLAN?

17  **A.**   TO PERFORM CORONARY BYPASS GRAFTING ON MR. BARNETT.

18  **Q.**   IF YOU COULD EXPLAIN TO THE JURY, PLEASE, HOW YOU DECIDED

19  WHICH VESSELS NEED TREATMENT AND WHICH ONES DON'T?

20  **A.**   BASICALLY, JUST TO SIMPLIFY THINGS, ANY VESSEL THAT HAS

21  A -- AND WE HAVE TO LOOK AT TWO THINGS: ONE, THE DEGREE OF

22  BLOCKAGE THE VESSEL HAS; TWO, THE SIZE OF THE VESSEL.  SO TO

23  SIMPLY PUT IT, VESSELS WITH 60 TO 70 PERCENT OR GREATER

24  STENOSIS, OR BLOCKAGE, THAT ARE SIZABLE ENOUGH TO BE BYPASSED

25  ARE GOING TO BE GRAFTED, TYPICALLY.  SO IF IT'S A VERY, VERY

 1   SMALL VESSEL ON CATH, IT'S POSSIBLE YOU MAY NOT EVEN BYPASS IT

 2   BECAUSE IT WOULD BE TOO SMALL TO SUPPORT A GRAFT.

 3          PART OF THE THING FOR BYPASS IS YOU HAVE TO HAVE

 4   ENOUGH VESSEL TO SUPPORT THE RUNOFF OF A GRAFT.  YOU DON'T WANT

 5   TO PUT A BIG COUNTRY ROAD -- I MEAN, A BIG SUPER HIGHWAY TO A

 6   LITTLE COUNTRY ROAD.  I MEAN, THAT'S NOT GOING TO WORK.  SO

 7   WHEN WE DECIDE WHAT VESSELS TO DO, WE LOOK AT, ONE, THE SIZE OF

 8   THE VESSEL:  HOW BIG IS IT.  IS IT BIG ENOUGH TO BE GRAFTED;

 9   AND TWO, HOW TIGHT IS THE BLOCKAGE ABOVE IT.  THOSE ARE THE TWO

10   THINGS WE LOOK AT.

11   Q.   HOW DO YOU ATTEMPT TO REPERFUSE THESE VESSELS?

12   A.   WE USE, TYPICALLY, A VEIN FROM THE LEG FOR VESSELS THAT

13   ARE NOT IN THE ANTERIOR DESCENDING.  AND I WOULD SAY, IN MY

14   PRACTICE -- I MEAN, 99 PERCENT OF THE TIME THE ANTERIOR

15   DESCENDING IS BYPASSED WITH AN ARTERY OFF THE CHEST WALL CALLED

16   THE MAMMARY ARTERY.

17   Q.   FOR LACK OF A TERM BETTER, IS THE MAMMARY ARTERY A BETTER

18   VESSEL TO USE THAN THE SAPHENOUS VEIN, IF YOU CAN?

19   A.   YES.

20   Q.   WHY IS THAT?

21   A.   THE MAMMARY ARTERY HAS -- HAS THE BENEFIT OF NOT ONLY

22   HAVING A VERY -- BEING VERY RESISTANT TO PLAQUING, IT HAS A

23   LONG-TERM PATENCY RATE THAT IS FAR SUPERIOR TO TWO VEINS.  IT

24   DECEASES THE RISK OF HIM HAVING TO COME BACK FOR ANOTHER

25   OPERATION IN HIS LIFETIME.  IT IMPROVES HIS SURVIVAL AFTER AN

1   OPEN-HEART OPERATION, AND THERE'S ALSO SOME DATA TO SUGGEST

2   THAT IT MIGHT HELP PREVENT PLAQUING DOWNSTREAM IN THE -- IN THE

3   NATIVE ARTERY.

4   **Q.**   SO IN CERTAIN CIRCUMSTANCES, THEN, YOU HAVE TO USE --

5   YOU'RE ABLE TO USE THE MAMMARY, BUT YOU ALSO HAVE TO USE THE

6   SAPHENOUS GRAFT?

7   **A.**   IN MOST PATIENTS, WE USE SAPHENOUS VEIN FOR THE OTHER

8   VESSELS.

9   **Q.**   ARE THOSE THE VESSELS THAT, OVER TIME, MAY HAVE TO BE

10  REPLACED?

11  **A.**   IT'S POSSIBLE.  IT IS POSSIBLE.

12  **Q.**   ALL RIGHT.  NOW, SOME LABS WERE DRAWN, DR. BRYAN, ON

13  MR. BARNETT, AND ONE OF THEM WAS A TROPONIN LEVEL.  DO YOU

14  RECALL THAT?

15  **A.**   YES.

16  **Q.**   COULD YOU EXPLAIN FOR THE JURY, PLEASE, WHAT A TROPONIN

17  LEVEL IS?

18  **A.**   A TROPONIN IS A SUB-SELECTIVE COMPOUND FOUND IN -- IN

19  MUSCLE, AND IT'S -- A TROPONIN IS MORE SELECTIVE FOR HEART

20  MUSCLE THAN -- THAN OTHER MUSCLE IN THE BODY.  SO THE TROPONIN

21  THAT'S MEASURED IS A TROPONIN MORE SPECIFIC TO HEART MUSCLE.

22  THE ONE DRAWN IN A LABORATORY TO RULE OUT A HEART ATTACK IS THE

23  ONE THAT'S MORE SPECIFIC TO HEART MUSCLE.  WHEN IT'S

24  ELEVATED -- BY DEFINITION, IT IS A HEART ATTACK IF IT'S

25  ELEVATED.

1    **Q.**    THE OTHER ENZYME THAT'S TESTED IS CPK; CORRECT?

2    **A.**    YES.

3    **Q.**    IS THAT'S ONE THAT IS NOT QUITE AS SPECIFIC FOR CARDIAC

4    INJURY?

5    **A.**    NOT QUITE AS SPECIFIC FOR A HEART ATTACK.

6    **Q.**    NOW, MR. BARNETT'S TROPONIN LEVEL WAS 1.4 AT ITS LAST

7    MEASUREMENT.  DO YOU RECALL OR DO YOU SEE THAT IN YOUR RECORD?

8    **A.**    YES.

9    **Q.**    THAT'S CLEARLY ELEVATED?

10   **A.**    YES.

11   **Q.**    ALL RIGHT.  SO BASED UPON THE REPORTED FINDING OF 1.4, DID

12   MR. BARNETT SUFFER CLINICALLY, IN YOUR OPINION, FROM A

13   MYOCARDIAL INFARCTION?

14   **A.**    YES.

15   **Q.**    HE SUFFERED MYOCARDIAL DAMAGE?

16   **A.**    YES.

17   **Q.**    GOING BACK, DOCTOR, TO YOUR CONSULT, EXHIBIT 1, PMH,

18   THAT'S PAST MEDICAL HISTORY?

19   **A.**    CORRECT.

20   **Q.**    YOU WRITE "SIGNIFICANT" FOR THE FOLLOWING, AND NUMBER ONE,

21   "HYPERLIPIDEMIA."  DO YOU SEE THAT?

22   **A.**    YES.

23   **Q.**    ALL RIGHT.  LET ME ASK YOU THIS QUESTION:  IN TERMS OF

24   LIPID LEVELS, HAVE THE MODALITIES FOR TREATMENTS CHANGED OVER

25   THE YEARS; IN OTHER WORDS, THE LEVELS -- A CHOLESTEROL OF 200

2197

1  AT ONE POINT MAY NOT HAVE BEEN TREATED AND MAYBE NOW IT'S MORE

2  AGGRESSIVELY TREATED?

3  **A.**   THE TREATMENT OF LIPIDS IS MORE AGGRESSIVE THAN IT WAS

4  EVEN FIVE YEARS AGO, PARTICULARLY IN PATIENTS WITH -- WITH

5  KNOWN CORONARY DISEASE OR HAVE UNDERGONE CORONARY BYPASS

6  GRAFTING, UNDERGONE STENTING, PARTICULARLY -- OR A VERY STRONG

7  FAMILY HISTORY.  THE RECOMMENDATIONS FOR LIPID THERAPY ARE MUCH

8  MORE AGGRESSIVE THAN THEY USED TO BE.

9  **Q.**   ALL RIGHT.  AND I BELIEVE I'D ASKED YOU THIS QUESTION, BUT

10  YOU WOULD NOT BE CRITICAL OF THE CARE THAT MR. BARNETT RECEIVED

11  BY DR. MCCAFFREY OR DR. MIKOLAJCZYK IN REGARDS TO HIS LIPID

12  MANAGEMENT?

13  **A.**   NO.

14  **Q.**   GOING ON TO PAGE 2, DOCTOR, OF YOUR CONSULT, "SH," I'M

15  SURMISING THAT THAT'S SOCIAL HISTORY?

16  **A.**   SOCIAL HISTORY.

17  **Q.**   YOU WROTE:  "HE HAS NEVER SMOKED AND HE DOES NOT DRINK

18  ALCOHOL."  WHY IS THAT IMPORTANT?

19  **A.**   FOR THE SMOKING, RISK FACTORS FOR PLAQUE FORMATION.  ALSO

20  FOR, YOU KNOW, RISK OF EMPHYSEMA FOR PATIENTS WHO ARE ABOUT TO

21  HAVE ANESTHETIC.  ALCOHOL -- YOU KNOW, IS HE AN EXCESSIVE

22  DRINKER, WHICH MAY INCREASE HIS RISK FOR PLAQUE FORMATION OR,

23  FROM OUR STANDPOINT, ALCOHOL WITHDRAWAL WITH SURGERY.  THAT'S

24  -- THAT'S ONE OF THE -- A COUPLE OF REASONS WHY YOU ASK FOR

25  THOSE ISSUES.

```
 1   Q.   ALL RIGHT.  SO THAT WAS A GOOD THING THAT MR. BARNETT WAS
 2   NOT A SMOKER, IN YOUR OPINION?
 3   A.   YES.
 4   Q.   ALL RIGHT.  YOU PERFORMED A PHYSICAL EXAMINATION; CORRECT?
 5   A.   YES.
 6   Q.   WHAT WERE YOUR FINDINGS ON HIS VITAL SIGNS?  LET'S START
 7   OFF WITH THOSE.
 8   A.   HE HAD NO FEVER.  PULSE WAS NORMAL.  BLOOD PRESSURE WAS
 9   NORMAL, WAS WELL-CONTROLLED.  HE WAS A LITTLE BIT SHORT, THIN
10   MAN.
11   Q.   ALL RIGHT.  SO HE WAS NOT OBESE?
12   A.   NO, HE WAS NOT OBESE.
13   Q.   ALL RIGHT.  SO YOU EVALUATED HIS LAB STUDIES?
14   A.   YES.
15   Q.   NO CONTRAINDICATION TO PROCEEDING WITH SURGERY?
16   A.   NO.
17   Q.   AND I BELIEVE THAT HIS SURGERY WAS SCHEDULED, THEN, FOR
18   THE NEXT DAY.  WOULD THAT BE RIGHT?
19   A.   YES.
20   Q.   ALL RIGHT.  I BELIEVE, DOCTOR, THAT YOU WANTED TO ORDER --
21   OR YOU DID ORDER, ACTUALLY, A COROTID ULTRASOUND.  DO YOU
22   RECALL THAT?
23   A.   YES.
24   Q.   FOR WHAT REASON DID YOU ORDER A COROTID ULTRASOUND?
25   A.   TWO REASONS:  ONE, HE DID HAVE A FAMILY HISTORY OF TIA.
```

1   HIS MOTHER HAD TIA.  HIS FATHER HAD HAD A STROKE BETWEEN TWO

2   HEART ATTACKS WHEN HE WAS A FAIRLY YOUNG GENTLEMAN.  HIS FATHER

3   HAD A HEART ATTACK AT 62 AND 68, AND APPARENTLY -- MR. BARNETT

4   RELATED TO ME -- THAT HE HAD HAD A STROKE IN BETWEEN THOSE TWO

5   MI'S.

6        BUT ONE OF THE MAIN REASONS IS THAT HE HAD A MODERATE

7   LEFT MAIN STENOSIS.  THE -- AND THAT PARTICULAR PLAQUE IS -- IS

8   A RISK FACTOR FOR HAVING COROTID DISEASE.  ABOUT 35 PERCENT OF

9   PEOPLE WITH A LEFT MAIN BLOCKAGE WILL BE FOUND TO HAVE SOME

10  DEGREE OF COROTID DISEASE.  SO, IN THOSE FOLKS, TYPICALLY

11  SCREEN THEM WITH A COROTID ULTRASOUND.

12  Q.   ALL RIGHT.  DOCTOR, WE'LL MARK AS EXHIBIT NUMBER 2 THE

13  REPORT, THE COROTID ULTRASOUND.  IF YOU COULD JUST BRIEFLY TELL

14  THE JURY WHAT THE FINDINGS WERE.

15  A.   THE FINDING WAS THAT HE HAD KIND OF A TORTUOUS OR KIND OF

16  A COILED CAROTID ARTERIES, BUT THERE WAS NO EVIDENCE OF

17  SIGNIFICANT BLOCKAGE IN THESE ARTERIES.

18  Q.   THAT WAS A GOOD THING?

19  A.   THAT'S A GOOD THING.

20  Q.   ALL RIGHT.  SO YOU DECIDED TO PROCEED WITH SURGERY?

21  A.   YES.

22  Q.   I HAVE COPIES FROM THE GRAND STRAND CHART, YOUR PROGRESS

23  REPORTS, SO I'LL BE REFERRING TO THOSE.  SO ASIDE, DOCTOR -- DO

24  YOU SEE THE VERY FIRST PAGE THERE?

25  A.   YES.

2200

1   **Q.**   IS THAT YOUR HANDWRITING?

2   **A.**   THAT'S MY HANDWRITING.

3   **Q.**   WOULD THIS CORRELATE WITH THE DICTATED CONSULTATION?

4   **A.**   YES.

5   **Q.**   WOULD YOU JUST KINDLY, FOR THE RECORD, DOCTOR, READ YOUR

6   ENTRY?

7   **A.**   58-YEAR-OLD MALE ADMITTED 9-6 WITH NON-Q WAVE MI.  PEAK

8   TROPONIN 1.40.  CAP TODAY DEMONSTRATED THE FOLLOWING:

9              NUMBER 1, "50 DISTAL LEFT MAIN"; NUMBER 2, "80

10   PERCENT D1 SMALL VESSEL"; NUMBER 3, "CIRCUMFLEX SMALL WITH

11   DIFFUSE DISEASE"; NUMBER 4, "PROXIMAL 80 PERCENT RI," WHICH IS

12   RAMUS INTERMEDIUS; NUMBER 5, "OCCLUDED PDA"; NUMBER 6, "LV

13   BRANCH 80 PERCENT PROXIMAL STENOSIS"; NUMBER 7, "EJECTION

14   FRACTION APPROXIMATELY 50 PERCENT, LVEDP 6" -- AND LVEDP IS A

15   PRESSURE MEASUREMENT WITHIN THE HEART CHAMBER.

16              "THE PATIENT IS A CANDIDATE FOR CORONARY BYPASS

17   GRAFTING.  PROCEDURE AND ATTENDANT RISK EXPLAINED.  ALL

18   QUESTIONS ANSWERED.  ALTERNATIVE THERAPIES DISCUSSED.  PATIENT

19   VOICED UNDERSTANDING AND WISHES TO PROCEED.  MORTALITY RISK, 2

20   TO 3 PERCENT.  MORBIDITY RISK, 5 TO 10 PERCENT.  PLAN OR

21   TOMORROW A.M.  9-10-02 SECOND CASE."

22   **Q.**   SO, OBVIOUSLY, SURGERY PROCEEDED; CORRECT?

23   **A.**   YES.

24   **Q.**   ALL RIGHT.  LET'S GO TO YOUR OPERATIVE REPORT.  THAT'S

25   EXHIBIT 4.  DOCTOR, IF YOU COULD KINDLY FOR THE JURY EXPLAIN

2201

1   WHAT YOU DID DURING THE SURGERY?

2   **A.**   WELL, BASICALLY WHAT WE DO DURING THE SURGERY IS MAKE AN

3   INCISION DOWN THE MIDDLE OF THE CHEST, STARTS A LITTLE BIT

4   BELOW THE NOTCH IN YOUR NECK AND GOES JUST TO THE END OF YOUR

5   CHEST WHERE YOU FEEL THE LITTLE BIT OF CARTILAGE AT THE END OF

6   YOUR CHEST.  AT THE SAME TIME THAT IS GOING ON, TYPICALLY, THE

7   PHYSICIAN ASSISTANT IS TAKING VEIN OUT OF ONE OF THE LEGS.  AND

8   BACK IN 2002 THAT WOULD HAVE BEEN DONE WITH AN OPEN INCISION

9   ALL THE WAY UP AND DOWN THE LEG.

10   **Q.**   SO THAT'S A -- EXCUSE ME -- THAT'S A SURGICAL ASSISTANT?

11   **A.**   YES.

12   **Q.**   WOULD THAT HAVE BEEN MR. SCHRECKENGAST?

13   **A.**   CORRECT.

14   **Q.**   OKAY.

15   **A.**   WHILE HE'S DOING THAT, I WOULD TAKE THE MAMMARY ARTERY OFF

16   THE CHEST WALL.  WE LIFTED THE LEFT SIDE OF THE STERNUM UP A

17   LITTLE BIT WITH A RETRACTOR AND THEN TAKE DOWN THE ARTERY OFF

18   THE CHEST WALL.

19        THEN, TYPICALLY, AFTER I HAVE ALL OF THE CONDUIT VEIN

20   ARTERY HARVESTED, WE WILL GO ON THE HEART/LUNG MACHINE BY

21   PUTTING A CANULA IN THEIR AORTA AND A CANULA IN THEIR RIGHT

22   ATRIUM SO THAT WE CAN STOP THEIR HEART.  AND WE PUT A CLAMP ON

23   THEIR AORTA, STOP THE HEART, AND THEN WE'RE GOING TO SEW ON

24   THESE GRAFTS BEYOND THE BLOCKAGE.  WE DON'T DO ANYTHING TO THE

25   BLOCKAGE.  WE GO BEYOND IT.

2202

1    **Q.**   SO YOU DON'T REMOVE THESE VESSELS?

2    **A.**   NO.  WE DON'T REMOVE ANY OF THE PLAQUE.  TYPICALLY, WE

3    DON'T DO THAT.  TYPICALLY, WE DON'T DO THAT.

4            THEN AFTER WE FINISH MAKING ALL OF THE CONNECTIONS TO

5    RESTORE BLOOD FLOW.  WE TAKE THE CLAMP OFF THE AORTA AND THE

6    HEART STARTS BEATING, AND WE PUT SOME DRAINS IN, TYPICALLY PUT

7    LITTLE SOME WIRES ON THE SURFACE OF THE HEART TO KEEP THE -- IF

8    THEIR HEART RATE IS A LITTLE SLOW, SO WE CAN KEEP THEM A LITTLE

9    FASTER, AND -- AND THEN CLOSE THEIR CHEST UP AND TAKE THEM BACK

10   TO THE ICU.

11   **Q.**   NOW, BYPASS WILL NOT HEAL THE AREA OF THE HEART THAT'S

12   ALREADY INJURED; CORRECT?

13   **A.**   ANY DEAD TISSUE, IT WILL NOT HEAL.  ANY STUNNED TISSUE, IT

14   WILL HEAL.  BUT ANYTHING THAT'S DEAD, ANYTHING THAT'S NOT --

15   HAS CELL DEATH, IT WON'T HEAL THAT.

16   **Q.**   SORRY.  EXHIBIT 3.  AND ON THAT THERE'S AN ENTRY YOU MADE

17   9-10 AT 1530.  IS THAT YOUR HANDWRITING?

18   **A.**   YES.

19   **Q.**   IF YOU COULD KINDLY READ FOR THE JURY WHAT YOUR NOTES SAY.

20   **A.**   "PREOP DIAGNOSIS, ASCAD."  ATHEROSCLEROTIC CORONARY

21   DISEASE.  "NON-Q WAVE MI.  POSTOPERATIVE DIAGNOSIS SAME."

22   PROCEDURE:  CORONARY BYPASS GRAFTING TIMES FIVE.  LEFT ANTERIOR

23   MAMMARY ARTERY -- SAPHENOUS VEIN GRAFT TO SECOND DIAGONAL.

24   SAPHENOUS VEIN GRAFT TO RAMUS INTERMEDIUS.  NATURAL Y SAPHENOUS

25   VEIN GRAFT TO POSTERIOR DESCENDING AND LEFT VENTRICULAR BRANCH.

```
 1   ANESTHESIA, GENERAL.  SURGEON, BRYAN M.D.  ASSISTANT,
 2   SCHRECKENGAST, PAC.  TUBES:  TWO MEDIASTINAL, ONE LEFT PLURAL.
 3   WIRES" --
 4   Q.   THOSE ARE CHEST TUBES?
 5   A.   CHEST TUBES.  "WIRES:  ONE VENTRICULAR, ONE GROUND.  TWO
 6   CVICU POSTOP."
 7   Q.   THEN IT LOOKS LIKE ON THE NEXT DAY YOU SAW HIM; IS THAT
 8   CORRECT?
 9   A.   CORRECT.
10   Q.   THEN, IF YOU COULD READ FOR THE JURY, STARTING WITH DATE
11   AND TIME.
12   A.   "9-11, 0645.  CTS POSTOP DAY NUMBER ONE.  EXTUBATED,
13   BREATHING TUBE CAME OUT APPROXIMATELY SIX HOURS POSTOP."
14   Q.   IS THAT STANDARD?
15   A.   THAT'S STANDARD.  THAT'S STANDARD.
16   Q.   OKAY.
17   A.   "AFEBRILE.  BLOOD PRESSURE 122/62.  HEART RATE 100.
18   RESPIRATORY RATE 14.  "CI," CARDIAC INDEX, "4.0.  CVP, 12.
19   "PAP," PULMONARY ARTERY PRESSURES, "23/13.  URINE OUTPUT
20   2650 -- 2655."
21   Q.   DOES THAT MEAN HIS KIDNEYS ARE PROFUSING?
22   A.   YES.
23   Q.   HIS WAS --
24   A.   THEY WERE --
25   Q.   -- PROFUSING OKAY?
```

DAILY COPY

2204

1   **A.**   THEY WERE DOING VERY WELL.  "CHEST TUBE OUTPUT:  415 CC'S

2   FOR THE 24 HOURS.  LUNGS:  CLEAR BILATERALLY.  PORTABLE CHEST

3   X-RAY:  OKAY.  CORE OR HEART:  REGULAR RATE AND RHYTHM.

4   ABDOMEN:  SOFT.  POSITIVE BOWEL SOUNDS.  EXTREMITIES:  TRACE

5   EDEMA.  LAB WORK:  WHITE BLOOD CELL COUNT 14.5; HEMATOCRIT,

6   31.6; PLATELET COUNT, 194; POTASSIUM, 4.9; BUN/CREATININE,

7   130.9; MAGNESIUM 1.7.

8   **Q.**   WERE THOSE STABLE?

9   **A.**   THOSE WERE STABLE, YES.  "IMPRESSION:  STABLE."  "PLAN TO

10  PCU," PROGRESSIVE CARE UNIT, "THIS A.M."

11  **Q.**   ALL RIGHT.  AND DID YOU SEE HIM ON THE 12TH?

12  **A.**   I SAW HIM ON THE 12TH.

13  **Q.**   ALL RIGHT.  IT LOOKS LIKE THERE MAY BE -- THAT'S YOUR PA'S

14  SIGNATURE?

15  **A.**   THAT WOULD BE MR. -- THAT WOULD BE ERNIE STOKES.

16  **Q.**   OKAY.  AND DID HE SEE HIM OR DID YOU BOTH SEE HIM?

17  **A.**   HE -- TYPICALLY -- DEPENDING ON IF I BEAT HIM THERE OR

18  NOT.  THE PAS WILL USUALLY SEE THE PATIENT FIRST, WRITE --

19  WRITE A NOTE.  THEN WE GO EXAMINE THE PATIENT AND ADD ANYTHING

20  WE WANT TO ADD ON AND SIGN THE NOTE.  AND WHATEVER THE PLAN

21  MIGHT BE FOR THAT DAY, WE'LL SAY, YOU KNOW, WE NEED TO DO THIS.

22  **Q.**   ALL RIGHT.  SO THE PLAN FOR THAT DAY WAS WHAT?

23  **A.**   THE PLAN FOR THAT DAY WAS TO REMOVE HIS PACING WIRES AND

24  THEN TO WALK -- START WALKING HIM, AND ALSO WITH -- HE HAD VERY

25  LITTLE CHEST TUBE OUTPUT FOR THE 12 HOURS AT NIGHT, THAT WE

1   CONSIDER GETTING HIS CHEST TUBES OUT THAT -- THAT DAY AS WELL.

2   **Q.**   IF YOU COULD EXPLAIN FOR THE JURY WHAT PACING WIRES ARE,

3   JUST BRIEFLY?

4   **A.**   THEY'RE LITTLE INSULATED WIRES THAT HAVE EITHER A LITTLE

5   METAL LEAD OR A LITTLE WIRE ON THE END, AND YOU PUT THEM ON THE

6   SURFACE OF THE HEART.  EVERY NOW AND THEN, PATIENTS WILL HAVE A

7   SLOW HEART RATE BECAUSE THEY'RE ON MEDICINES THAT SLOW THEIR

8   HEART RATE PREOP.  POSTOP, WE DON'T LIKE THEIR HEART RATE TO BE

9   60.  WE WANT THEM USUALLY 80 TO 100.  SO IF -- IF WE NEED THEIR

10  HEART RATE A LITTLE HIGHER, WE CAN USE THESE WIRES.  BUT THEY

11  SLIDE RIGHT OUT AND -- AND -- AND THEY'RE TEMPORARY.  THEY

12  PERFORM THE SAME FUNCTION AS A PERMANENT PACEMAKER, BUT IT'S

13  JUST SOMETHING THAT WE CAN SLIDE RIGHT OUT.  THEY COME OUT

14  THROUGH THE SKIN.  THEY'RE ON THE SURFACE.  THEY COME OUT

15  THROUGH THE SKIN.  WE JUST -- THEY LOOK LIKE JUST A LITTLE TINY

16  WIRE.  WE JUST SLIDE THEM RIGHT OUT.

17  **Q.**   DO YOU RECALL IF MR. BARNETT HAD ANY RHYTHM DISORDERS

18  DURING THIS ADMISSION?

19  **A.**   THERE ARE NONE THAT I SEE IN THE -- IN THE PROGRESS NOTES.

20  **Q.**   OKAY.  AND SO LET'S GO ON TO THE NEXT DAY THAT YOU SAW

21  HIM, WHICH I SEE IS 9-13-02.

22  **A.**   YES.

23  **Q.**   IF YOU COULD JUST TELL US GENERALLY HOW MR. BARNETT WAS

24  DOING AND WHAT YOUR PLAN WAS.

25  **A.**   AT THAT POINT, IT LOOKS LIKE HE WAS DOING VERY WELL.  IT

2206

1    LOOKS LIKE WE TOOK OUT -- WE HAD THREE CHEST TUBES.  IT APPEARS

2    THAT WE TOOK OUT TWO THE DAY BEFORE.  WE LEFT ONE -- LEFT ONE

3    CHEST TUBE IN.  TOOK THAT OUT THAT DAY.  BLOOD WORK LOOKED WELL

4    WITHIN THE LINE FOR THAT POINT POSTOP, AND THERE WAS

5    CONSIDERATION FOR GETTING HIM HOME THE FOLLOWING DAY.

6    **Q.**   IF YOU COULD EXPLAIN FOR THE JURY, PLEASE, WHAT A CHEST

7    TUBE IS AND WHAT ITS PURPOSE IS?

8    **A.**   A CHEST TUBE IS BASICALLY A TUBE THAT'S -- DEPENDING ON

9    THE SIZE, IS -- IT DRAINS SPACE FOR BLOOD.  IN HEART SURGERY,

10   WE USE SO MUCH BLOOD THINNER FOR OPEN-HEART SURGERY THAT WE

11   TYPICALLY LEAVE TUBES IN THE SPACE BETWEEN THE HEART AND THE

12   CHEST WALL AND SOMETIMES IN THE LEFT LUNG CAVITY WHERE WE TAKE

13   THE ARTERY OFF THE CHEST WALL TO DRAIN THOSE SPACES TO KEEP

14   THEM DRY SO BLOOD DOESN'T CUMULATE IN THE CHEST.  AND THEY STAY

15   IN, DEPENDING ON YOUR PHILOSOPHY, BETWEEN ONE AND TWO DAYS,

16   THREE DAYS POSTOP.

17   **Q.**   SO MR. BARNETT'S CHEST TUBES CAME OUT ON THE 13TH?

18   **A.**   THE LAST ONE DID, YES.

19   **Q.**   OKAY.  LET'S GO ON TO THE NEXT NOTE ON THE 14TH OF

20   SEPTEMBER.

21   **A.**   YES.

22   **Q.**   SAME QUESTION:  HOW WAS HE DOING AND --

23   **A.**   HE WAS DOING WELL.  HE WAS DISCHARGED HOME THAT DAY.

24   **Q.**   ALL RIGHT.  THE PLAN WAS TO SEE HIM IN YOUR OFFICE AT SOME

25   POINT IN TIME?

1    **A.**   TYPICALLY, HOW WE HANDLE OUR POSTOPS IS, WITHIN 7 TO 10

2    DAYS AFTER SURGERY, THEY SEE OUR NURSE IN THE OFFICE.  WE HAVE

3    SUTURES TIED DOWN WHERE THE TUBES WERE.  THE NURSE WILL REMOVE

4    THOSE.

5          IT'S JUST A "HOW ARE YOU DOING" ONE-WEEK FOLLOW-UP,

6    MAKE SURE THEY DON'T HAVE ANY PROBLEMS.  THEY GET THEIR BLOOD

7    PRESSURE CHECKED.  THEY EXAMINE AND LISTEN TO THEIR LUNGS AND

8    HEART.  MAKE SURE THEY DON'T HAVE ANY QUESTIONS.  IT'S KIND OF

9    AN INTERIM VISIT WITH THE NURSE.  IF THERE'S A PROBLEM, THEN

10   ONE OF US WILL COME OVER AND SEE THEM IF THERE'S AN ISSUE.

11   THEN, TYPICALLY, AT THREE WEEKS, ROUGHLY, WE'LL SEE THE PATIENT

12   AT THAT POINT FOR THEIR FORMAL POSTOP VISIT WITH THE PHYSICIAN.

13   **Q.**   NOW, IN TERMS OF MANAGEMENT OF THEIR MEDICATIONS, IS THAT

14   SOMETHING THAT YOU DO, OR IS IT ANOTHER PHYSICIAN THAT MANAGES

15   THEIR MEDICATIONS IF THEY NEED ANY?

16   **A.**   THE FIRST THREE TO FOUR WEEKS UNTIL WE SEE THEM, WE

17   TYPICALLY MANAGE THEIR MEDICATIONS.

18   **Q.**   OKAY.  DOCTOR, I'D LIKE TO BRIEFLY GO BACK TO EXHIBIT 1.

19   QUICK QUESTION ON YOUR CONSULT, PAGE 2, UNDER "MEDICATIONS,"

20   AND YOU HAVE WRITTEN DOWN HERE "VIOXX 25 MILLIGRAMS, POQD."

21   **A.**   YES.

22   **Q.**   WHAT DOES THAT MEAN?

23   **A.**   HE'S TAKING 25 MILLIGRAMS OF VIOXX DAILY.

24   **Q.**   AND AT THAT POINT IN TIME, HAD YOU KNOWN HOW LONG HE HAD

25   BEEN ON VIOXX?

2208

1   **A.**   NO.   NO, I DIDN'T.   I DON'T REMEMBER WRITING HOW LONG HE

2   HAD BEEN ON IT.

3   **Q.**   PRILOSEC, WHAT IS THAT FOR?

4   **A.**   THAT'S AN ANTI-ULCER MEDICINE.   IT'S A MEDICINE YOU CAN

5   BUY OVER THE COUNTER NOW, BUT IT'S FOR HEARTBURN, REFLUX,

6   ULCERS.   IT CUTS DOWN ACID IN THE STOMACH.

7   **Q.**   TO YOUR KNOWLEDGE, DOES PRILOSEC CAUSE HEART ATTACKS?

8   **A.**   NO.

9   **Q.**   WHAT IS LIPITOR?

10  **A.**   LIPITOR IS A MEDICATION THAT IS USED FOR MANAGEMENT OF

11  CHOLESTEROL, TO LOWER YOUR CHOLESTEROL.

12  **Q.**   HOW LONG AND WHAT DOSAGE HAD MR. BARNETT BEEN TAKING?

13  **A.**   HOW LONG, I DON'T KNOW.   HE HAD BEEN ON LIPITOR UNTIL FIVE

14  DAYS -- IT SAYS HE HAS ANOTHER DRUG.   HE STOPPED IT FIVE DAYS

15  PRIOR.   BUT HE HAD BEEN ON LIPITOR, 20 MILLIGRAMS, A DAY FOR

16  SOME PERIOD OF TIME.

17  **Q.**   DO YOU KNOW WHETHER LIPITOR CAUSES HEART ATTACKS?

18  **A.**   NOT ASSOCIATED WITH HEART ATTACKS.

19  **Q.**   OKAY.   AND THEN THE LAST DRUG HERE IS SPORANOX.   WHAT IS

20  THAT?

21  **A.**   THAT'S A DRUG THAT'S TYPICALLY USED FOR ANTIFUNGAL.

22  IT'S -- A LOT OF PEOPLE USE IT FOR BAD TOENAILS WHEN THEY GET

23  THE FUNGAL INFECTION TO THEIR TOENAILS.   IF I REMEMBER -- I

24  DON'T EVER PRESCRIBE IT, BUT I THINK THEY GO ON A SHORT -- THEY

25  GO ON A COURSE OF IT FOR A PERIOD OF TIME.   AND TYPICALLY, WITH

1    THAT DRUG, THEY -- YOU STOP LIPITOR BECAUSE OF SOME -- I
2    BELIEVE THERE ARE SOME RHYTHM ISSUES WHEN YOU HAVE BOTH
3    TOGETHER.
4    Q.    OKAY.  HE TOLD YOU HIS LAST SPORANOX DOSE HAD BEEN FIVE
5    DAYS PREVIOUS?
6    A.    RIGHT.
7    Q.    OKAY.  DOCTOR, THE NEXT DOCUMENT I'D LIKE TO GO TO IS YOUR
8    DISCHARGE SUMMARY.  NOW, IT LOOKS LIKE TO ME, IF YOU LOOK AT
9    PAGE 2, MR. SCHRECKENGAST DICTATED THIS.  WOULD THAT BE
10   ACCURATE?
11   A.    YES.
12   Q.    HOWEVER, WOULD THIS BE SOMETHING THAT YOU WOULD ADOPT?
13   A.    USUALLY -- YEAH, WE'LL ADOPT -- WE'LL SIGN IT.
14   Q.    OKAY.  DISCHARGE MEDICATIONS.  LET'S START OUT WITH THE
15   DISCHARGE MEDICATIONS THAT YOU PRESCRIBED.  THE FIRST I HAVE
16   HERE ON THE DISCHARGE MEDICATION LIST IS ASPIRIN.  WHAT IS THE
17   PURPOSE OF ASPIRIN, DOCTOR?
18   A.    ASPIRIN IS AN ANTI-PLATELET MEDICATION TO HELP IMPROVE
19   GRAFT PATENCY POSTOP OR FOR OUR PURPOSES, IMPROVE GRAFT
20   PATENCY.
21   Q.    IS THAT PRETTY MUCH A STANDARD MEDICATION THAT'S
22   PRESCRIBED AFTER BYPASS SURGERY?
23   A.    YES.
24   Q.    ALL RIGHT.  HAVE YOU EVER PRESCRIBED NAPROSYN INSTEAD OF
25   ASPIRIN FOR THIS PURPOSE?

2210

1    **A.**   NO.

2    **Q.**   WHY NOT?

3    **A.**   IT'S NOT BEEN DEMONSTRATED TO IMPROVE -- IT HAS NOT BEEN

4    DEMONSTRATED TO HAVE THE SAME EFFECT AS -- AS ASPIRIN.

5    **Q.**   OKAY.  THEN PRILOSEC, WAS THAT A CONTINUATION OF --

6    **A.**   YES.

7    **Q.**   -- THE PRILOSEC HE HAD BEEN ON?  LIPITOR, SAME THING?

8    **A.**   YES.

9    **Q.**   VIOXX, DID YOU HAVE ANY DISCUSSIONS WITH HIM ABOUT VIOXX

10   AT ALL?

11   **A.**   NO.  I JUST -- WE JUST -- HE HAD BEEN ON IT PREOP, SO WE

12   CONTINUED IT POSTOP FOR HIS OSTEOARTHRITIS.

13   **Q.**   ALL RIGHT.  NOW, DARVOCET N, WHAT WAS THAT FOR?

14   **A.**   THAT'S A PAIN MEDICATION, NARCOTIC MEDICATION, THAT WE

15   USE.

16   **Q.**   THAT'S AS NEEDED?

17   **A.**   AS NEEDED, YES.

18   **Q.**   THAT WOULD BE FOR STERNAL CHEST PAIN, INCISIONAL PAIN?

19   **A.**   STERNAL CHEST PAIN.  SOMETIMES, BACK IN THAT DAY, LEG

20   INCISIONAL PAIN.  SOMETIMES THEY GET A LITTLE PAIN IN THEIR

21   NECK AND THEIR BACK FROM THE STERNOTOMY.  SO IT'S FOR GENERAL

22   ACHES AFTER SURGERY.

23   **Q.**   ALL RIGHT.  LOPRESSOR 50, WHAT IS THAT?

24   **A.**   LOPRESSOR IS A BETA BLOCKER.  A BETA BLOCKER IS A DRUG

25   THAT IS KNOWN TO DECREASE BLOOD PRESSURE AND SLOW HEART RATE.

1  IT IS A STANDARD MEDICATION USED AFTER HEART ATTACKS.  IT'S

2  ALSO A STANDARD POSTOPERATIVE MEDICATION IN OPEN-HEART SURGERY

3  FOR TWO REASONS:  ONE, IT'S ALL -- IT'S BEEN -- IT'S BEEN SHOWN

4  TO DECREASE THE RATE OF RHYTHM PROBLEMS AFTER HEART SURGERY;

5  BUT, TWO, IT ALSO IMPROVES SURVIVAL IN POST-MI, POST-HEART

6  ATTACK PATIENTS.

7  **Q.**  IS THAT SOMETHING THAT PATIENTS ARE TYPICALLY ON

8  LONG-TERM?

9  **A.**  TYPICALLY, ONCE YOU'VE HAD HEART SURGERY AND YOU'VE HAD

10  THIS DONE, YOU'RE GONNA STAY ON LOPRESSOR THE REST OF YOUR LIFE

11  UNLESS YOU HAVE A PROBLEM WITH IT, OR SOME BETA BLOCKER.  THEY

12  MAY CHANGE THE BETA BLOCKER, BUT IT'LL BE A -- USUALLY ON A

13  BETA BLOCKER.

14  **Q.**  THIS IS PART OF YOUR PROGRESS NOTES IN YOUR OFFICE,

15  DOCTOR, DATED 9-20-02.  THIS CAME -- I REPRESENT IT CAME FROM

16  YOUR OFFICE CHART.  I'M NOT EVEN SURE, DOCTOR, IF YOU SAW THE

17  PATIENT OR NOT THAT DAY.

18  **A.**  NO.  I WOULD -- THIS WOULD BE OUR NURSE, KIRSTEN.

19  **Q.**  OKAY.  WHAT BASICALLY HAPPENED IN THIS VISIT, IF YOU CAN

20  TELL FROM THIS NOTE?

21  **A.**  ON THE 20TH, SOUNDS LIKE HE WAS HAVING THE LEG INCISION

22  PROBLEM, THE PROBLEM WITH POSTOP SWELLING THAT YOU CAN GET WITH

23  A LEG INCISION, AND ALSO THE SORENESS FROM HAVING A LEG

24  INCISION.  AT THAT TIME IT ALSO LOOKS LIKE IT MAY HAVE BEEN

25  LIMITING HIS ACTIVITY A LITTLE BIT.  HE HAD HAD A STAGE 2

1    DECUBITUS, WHICH I CAN'T TELL YOU WHAT A STAGE 2 IS.  I THINK

2    IT MEANS IT'S A LITTLE BIT ERYTHEMATOUS WITH A TINY BIT OF SKIN

3    BREAKDOWN ON HIS INNER BUTTOCK.

4             HE WAS GIVEN -- SHE SPOKE TO ME ABOUT IT, AND WE

5    ORDERED LASIX FOR FIVE DAYS TO TRY TO HELP GET THE LEG SWELLING

6    DOWN.  SHE CALLED IN A REFILL FOR HIM.  WE GAVE HIM FOR FIVE

7    DAYS AND THEN PRN LEG SWELLING.  OFTEN WITH THIS THREE OR FOUR

8    DAYS LASIX, THE LEG SWELLING GOES DOWN, AND THEN THEY'RE

9    BETTER.  BUT IF THEY PERSIST, WE'LL HAVE THEM HAVE PRN OR

10   AS-NEEDED LASIX IF THEY -- IF IT STARTS TO GIVE THEM MORE

11   TROUBLE.  SO THAT'S WHAT HAPPENED ON THE 20TH.

12   **Q.**   DO YOU KNOW IF HE CONTINUED ON LASIX AFTER THE FIVE DAYS,

13   TO YOUR RECOLLECTION?

14   **A.**   I WOULD HAVE TO LOOK AT MY FINAL OFFICE NOTE, BUT MOST

15   LIKELY, NO.  I -- I MEAN, UNLESS -- I DON'T REMEMBER HIM BEING

16   ON CHRONIC LASIX FOR HIS LEG.

17   **Q.**   IF MR. BARNETT WALKED IN THE ROOM TODAY, WOULD YOU

18   REMEMBER HIM?

19   **A.**   PROBABLY NOT.  I'VE PROBABLY OPERATED ON A COUPLE-HUNDRED

20   PEOPLE OR MORE SINCE THEN.

21   **Q.**   OKAY.

22   **A.**   MAYBE MORE THAN THAT.  MAYBE 400, 500, 600.  I DON'T KNOW.

23   **Q.**   ALL RIGHT.  WE HAVE A PRESCRIPTION HERE, DOCTOR, OF LASIX,

24   30 TABS.  I DON'T SEEM TO SEE ONE AFTER THAT.

25   **A.**   ONE -- YEAH, WITH ONE REFILL.

2213

1  **Q.**   ONE REFILL.  SO HE WOULD HAVE BEEN ON LASIX SHORT-TERM;

2  CORRECT?

3  **A.**   IT WOULD -- MOST OF THE TIME, IT'S A SHORT-TERM

4  MEDICATION --

5  **Q.**   OKAY.

6  **A.**   -- FOR THIS PROBLEM.

7  **Q.**   DOCTOR, THE NEXT CONTACT WITH YOUR OFFICE THAT I HAVE IS

8  DATED SEPTEMBER 23, '02, AT 12:30.  I'LL LET YOU READ THAT.  IF

9  YOU COULD, JUST PLEASE TELL THE JURY WHAT HAPPENED ON THIS

10  PARTICULAR DAY, IF ANYTHING.

11  **A.**   MR. BARNETT HAD HAD SOME STERNAL DISCOMFORT AND CALLED IN

12  ABOUT APPROXIMATELY 11:30 THAT MORNING.  HE CAME IN THE OFFICE

13  ABOUT AN HOUR LATER, SAW OUR NURSE, KIRSTEN.  SHE EXAMINED HIM,

14  BASICALLY ENCOURAGED HIM TO BE CAUTIOUS WITH MOVEMENTS AND

15  POSITIONING.  SOUNDS AS THOUGH HE WAS HAVING SOME OF THE USUAL

16  POST-STERNOTOMY DISCOMFORT.

17  **Q.**   THAT'S FROM THE INCISION?

18  **A.**   THAT'S FROM THE INCISION, THE BONE.  ALSO, THEY DO GET

19  SOME DISCOMFORT SOMETIMES FROM THE ARTERY OFF THE CHEST WALL

20  ALONG THEIR CHEST.  THEY CAN GET SHARP BURNING PAIN EVERY NOW

21  AND THEN THERE.  MAINLY, THE OFFICE VISIT HERE IS TO ENSURE

22  THAT HIS STERNUM IS STABLE, THAT HE HASN'T POPPED ANYTHING

23  LOOSE; AND HE HAD NOT.  SO HE WAS BASICALLY INSTRUCTED THAT --

24  TO WATCH HOW HE MOVED, POSITIONED HIMSELF, AND IF IT PERSISTED,

25  TO CALL BACK.

1  Q.   ALL RIGHT.

2  A.   HIS LEG SWELLING WAS GONE.

3  Q.   OKAY.  SO HE WOULD HAVE BEEN ON THE SAME MEDICATIONS MAYBE

4  ABSENT THE LASIX?

5  A.   YES.

6  Q.   ALL RIGHT.  WE'RE GOING ON TO THE NEXT INTERVENTION, I

7  GUESS, 10-7-02.  LET'S SEE.  10-7-02.  I BELIEVE THIS MIGHT BE

8  ANOTHER PHONE CALL.  BUT, DOCTOR, IF YOU COULD JUST EXPLAIN

9  WHAT WAS HAPPENING HERE.

10  A.   LET'S SEE.  10-7.  MR. BARNETT CALLED, SAID HE HAS BEEN

11  LYING FLAT ON HIS BACK WITH HIS LEFT LOWER EXTREMITY ELEVATED

12  TO KEEP HIS EDEMA OUT OF HIS LEGS AS MUCH AS 20 HOURS A DAY.

13  BASICALLY, KIRSTEN TOLD HIM THAT HE REALLY DOESN'T NEED TO BE

14  SPENDING THAT MUCH OF HIS DAY, YOU KNOW, ELEVATING HIS LEG,

15  THAT HE NEEDS TO GET BACK TO HIS NORMAL ACTIVITY; AND, YOU

16  KNOW, IF HE FELT THAT HE NEEDED -- IF IT SWELLED DURING THE DAY

17  A LITTLE BIT, TO ELEVATE IT AT NIGHT.  AT THAT TIME HE STATED

18  HE REALLY DIDN'T HAVE ANY EDEMA, BUT -- BUT -- SO HE DIDN'T

19  NEED TO BE SEEN AT THE TIME -- I MEAN, RE-SEEN AT THE TIME.

20  Q.   OKAY.  GOING ON TO THE NEXT TIME, WHICH I BELIEVE YOU DID

21  EXAMINE HIM AND MY NOTES REFLECT OCTOBER 10, 2002?  WE'LL MARK

22  THAT AS EXHIBIT 9.  DOCTOR, IF YOU'D LIKE TO TAKE A MOMENT TO

23  REVIEW THAT, AND THEN I'LL ASK YOU A FEW QUESTIONS.  LET ME

24  KNOW WHEN YOU'RE READY.

25  A.   BY THAT TIME HE SEEMS LIKE HE WAS DOING FAIRLY WELL.  IT

1    WAS OUR ROUTINE POSTOP VISIT.  THIS IS A LETTER TO DR. KARAVAN;

2    ALSO DR. MIKOLAJCZYK, WHO WAS HIS FAMILY DOCTOR.  AT THAT TIME

3    HE HAD -- HE WAS PROGRESSING AS WE WOULD EXPECT FOR A POSTOP

4    PATIENT.  IN FACT, WE HAD LET HIM START DRIVING AT THAT TIME.

5    I USUALLY WAIT A COUPLE MONTHS BEFORE I LET THEM GET CRAZY

6    ABOUT THEIR ACTIVITY, BUT I TOLD HIM HE COULD RETURN TO FULL

7    ACTIVITY IN ANOTHER MONTH AT THAT TIME.

8    **Q.**    LET'S GO TO THE SECOND PARAGRAPH, DOCTOR, WHERE YOU HAVE

9    CURRENT MEDICATIONS.  SO, ASPIRIN, CONTINUED ON ASPIRIN?

10   **A.**    YES.

11   **Q.**    AS AN ANTI-PLATELET AGENT?

12   **A.**    YES.

13   **Q.**    PRILOSEC FOR THE REFLUX?

14   **A.**    UH-HUH.

15   **Q.**    REMAINING ON LIPITOR AT THAT POINT.  WERE YOU PLEASED WITH

16   HIS LIPID LEVELS?

17   **A.**    WE DON'T TYPICALLY CHECK THE LIPID LEVELS RIGHT AFTER

18   SURGERY; THE REASON BEING, WITH THE STRESS OF SURGERY, LIPID

19   LEVELS THAT SOON AFTER SURGERY WOULD BE INACCURATE.  SO USUALLY

20   THE CARDIOLOGIST OR FAMILY DOCTOR, DEPENDING ON WHO'S RUNNING

21   THAT FOR THE PATIENT, WILL CHECK THEM ANYWHERE BETWEEN SIX AND

22   TWELVE WEEKS AFTER WE OPERATE ON THEM.

23   **Q.**    SO THAT TYPE OF MEDICAL MANAGEMENT YOU DEFERRED TO

24   DR. KARAVAN?

25   **A.**    YES.

1    **Q.**   AND DR. MIKOLAJCZK?

2    **A.**   YES.  WE MAKE SURE -- WE TRY TO MAKE SURE THEY'RE ON AN

3    ANTI-LIPID MEDICINE.  AFTER THAT, THEY TAKE CARE OF IT

4    LONG-TERM.

5    **Q.**   VIOXX, 25 MILLIGRAMS POQD.  THAT'S ONE VIOXX A DAY;

6    CORRECT?

7    **A.**   YES.

8    **Q.**   IS THAT SOMETHING THAT YOU -- DID YOU HAVE ANY DISCUSSIONS

9    WITH DR. -- OR WITH MR. BRYANT ABOUT THAT?

10   **A.**   NO.

11   **Q.**   ALL RIGHT.  ANY DISCUSSIONS AT ANY TIME WITH MR. BARNETT

12   ABOUT VIOXX, ASIDE FROM GETTING THE HISTORY?

13   **A.**   NO.

14   **Q.**   CONTINUED ON DARVOCET --

15   **A.**   YES.

16   **Q.**   -- FOR PAIN.  LOPRESSOR, YOU TOLD US ABOUT THAT EARLIER,

17   THAT HE NEEDED TO BE ON THAT FOR THE REST OF HIS LIFE --

18   **A.**   YES.

19   **Q.**   -- OR A COMPARABLE BETA BLOCKER?

20   **A.**   RIGHT.

21   **Q.**   FOLTZ VITAMIN, WHAT IS THAT?

22   **A.**   THAT'S A VITAMIN B COMPLEX VITAMIN THAT A LOT OF PEOPLE

23   TAKE AFTER SURGERY.  IT WAS A LITTLE MORE POPULAR BACK AT THAT

24   TIME THAN IT IS TODAY.

25   **Q.**   AND THE LASIX PRN IF HIS LEGS SWELLED?

2217

1   **A.**   RIGHT.

2   **Q.**   WHAT WERE THE RESULTS OF YOUR FINAL EXAMINATION?

3   **A.**   BLOOD PRESSURE WAS HIGH/NORMAL, LITTLE BIT ON THE HIGH

4   SIDE.  BUT THAT'S NOT UNUSUAL WHEN THEY COME INTO THE OFFICE.

5   PULSE WAS WITHIN TARGET RANGE.  EVERYTHING WAS FINE ON -- ON

6   PHYSICAL EXAM, EVERYTHING LOOKED GOOD.  HIS CHEST X-RAY LOOKED

7   GOOD AS WELL.

8   **Q.**   SO WHY DON'T YOU READ INTO THE RECORD YOUR IMPRESSION.

9   **A.**   "MY IMPRESSION IS THAT MR. BARNETT IS PROGRESSING ON A

10   SATISFACTORY POSTOPERATIVE COURSE.  I HAVE INSTRUCTED HIM THAT

11   HE MAY RETURN TO DRIVING.  HE MAY RETURN TO FULL ACTIVITY IN

12   ANOTHER MONTH."

13   **Q.**   AFTER THAT VISIT, DID YOU ASK HIM TO COME BACK AND SEE YOU

14   WHEN HE -- AGAIN FOR ANYTHING?

15   **A.**   WE USUALLY -- USUALLY MY INSTRUCTIONS TO THE PATIENTS AT

16   THIS POINT ARE THAT, IF THEY HAVE ANY PROBLEMS WITH THEIR

17   INCISIONS, TO CALL ME BECAUSE, TYPICALLY, IT WILL SAVE THEM A

18   VISIT TO THE CARDIOLOGIST.  BUT WE USUALLY TURN OVER THEIR

19   MEDICAL MANAGEMENT TO THE CARDIOLOGIST AT THIS POINT AND -- BUT

20   SHOULD THEY DEVELOP A LATE WOUND PROBLEM, THEY SHOULD JUST CALL

21   ME AND WE'LL TAKE CARE OF IT.

22   **Q.**   DOCTOR, IN MY RECORDS I DON'T SEE ANYTHING THAT YOU SAW

23   HIM AFTER OCTOBER 10, 2002.  I DON'T KNOW IF COUNSEL HAS

24   ANYTHING.  BUT AS FAR AS THE RECORDS THAT WE HAVE, THAT WAS THE

25   LAST TIME THAT YOU SAW HIM.  WOULD THAT BE AN ACCURATE --

1   **A.**   YES.

2   **Q.**   -- RECOLLECTION?  ALL RIGHT.  WE DO, DOCTOR, HAVE SOME

3   RECORDS IN REGARDS TO HIS CARDIAC REHAB.  WOULD THAT HAVE BEEN

4   SOMETHING YOUR OFFICE WOULD HAVE BEEN INVOLVED IN?

5   **A.**   WE'LL OFTEN SIGN THE CARDIAC REHAB FOR THEM SO THEY CAN

6   GET STARTED, AND THEN EVERY NOW AND THEN, WE'LL GET A REPORT

7   FROM CARDIAC REHAB.  MOST TIMES WE JUST FORWARD IT ON TO THEIR

8   CARDIOLOGISTS SINCE THEY'RE GOING TO BE DOING THE LONG-TERM

9   CARE.

10          NOW, MOST OF THE CARDIOLOGISTS WON'T SEE THEM UNTIL

11  WE CLEAR THEM SURGICALLY.  SO WHAT -- OR, YOU KNOW, USUALLY

12  WON'T UNLESS THEY'RE A LONG-TERM PATIENT.  SO WE WILL OFTEN

13  SIGN THOSE FORMS TO GET THEM GOING IN THEIR CARDIAC REHAB SO

14  THEY DON'T HAVE TO WAIT FOR THE CARDIOLOGIST TO SEE IT.  AND

15  THEN, USUALLY, MOST OF THE TIME, THE REPORTS ARE SENT DIRECTLY

16  TO THE CARDIOLOGIST.

17  **Q.**   SO THESE ARE BASICALLY COURTESY COPIES TO YOU?

18  **A.**   YES.

19  **Q.**   ALL RIGHT.  SO YOU HAD NO INTERACTION OR INVOLVEMENT WITH

20  THE REHAB?

21  **A.**   IF THEY CALL US WE -- WE REFER THEM DIRECTLY TO THE

22  CARDIOLOGIST.

23  **Q.**   DO YOU HAVE ANY OPINION, DOCTOR, AS TO WHETHER OR NOT

24  MR. BARNETT WILL EVER NEED REPLACEMENT OF HIS VEIN GRAFTS?

25  **A.**   THERE IS A FIXED RATE OF RE-OPERATION PER YEAR IN PATIENTS

2219

1   OF CORONARY BYPASS GRAFTING.  IT'S ROUGHLY 1 TO 2 PERCENT PER

2   YEAR RISK OF NEEDING A RE-OPERATIVE CORONARY BYPASS GRAFTING.

3   Q.   NOW, WHAT ABOUT THE MAMMARY ARTERY?  IS THAT REPLACED,

4   TYPICALLY?

5   A.   IT IS LESS OFTEN REPLACED THAN VEIN GRAFTS.  IT'S NOT THAT

6   IT NEVER HAS BEEN.  IT'S JUST THAT THAT GRAFT TENDS TO HAVE A

7   LONGER PATENCY AND DO BETTER LONG-TERM THAN OTHER GRAFTS.  IT'S

8   THE BEST GRAFT WE HAVE AVAILABLE FOR BYPASS SURGERY, AND

9   IT'S -- IT'S A LESS LIKELY VESSEL TO BE RE-GRAFTED, SO -- BUT

10  THERE IS A FIXED RATE ON AVERAGE FOR EVERY PATIENT.  WHETHER

11  THAT PATIENT WILL GO TWO YEARS OR 20 YEARS, IT'S HARD TO SAY.

12  Q.   DOCTOR, AT THE BEGINNING OF THIS DEPOSITION, I ASKED YOU

13  WHAT DOCUMENTS YOU HAD REVIEWED, AND BASICALLY YOU SAID YOU HAD

14  ONLY REVIEWED THE APPROVE STUDY.  SO WOULD I BE CORRECT IN

15  SAYING YOU HAVEN'T REVIEWED ANY OF THE CLINICAL TRIALS?

16  THERE'S A LOT OF DOCUMENTS IN THIS CASE, DOCTOR.

17  A.   NO.  NO.  I MEAN, BASICALLY BEING A SURGEON, I HAVEN'T

18  GONE THROUGH MOST OF THE -- LET'S SAY THE COX-2 INHIBITOR

19  TRIALS AND WHATNOT THAT HAVE ALL BEEN COMING OUT ABOUT THESE

20  THINGS.  SO, NO.

21  Q.   YOU'RE NOT AN EXPERT IN VASCULAR BIOLOGY?  YOU DON'T

22  INTEND TO RENDER ANY OPINIONS IN TERMS OF VASCULAR BIOLOGY

23  EXCEPT WHAT YOU TESTIFIED TO TODAY?

24  A.   RIGHT.  CORRECT.

25  Q.   HAVEN'T DONE ANY OTHER COMPREHENSIVE RESEARCH ON VIOXX;

1    CORRECT?

2    **A.**   CORRECT.

3              **MR. GOLDMAN:**  THAT'S IT FOR THEIR DESIGNATIONS.

4              **THE COURT:**  WE'LL STOP HERE, THEN.  MEMBERS OF THE

5    JURY, WE'LL STOP HERE AND START MONDAY AT 8:30.  WE MAY HAVE TO

6    WORK A LITTLE LATE ON MONDAY.  I'M TRYING TO GET THE EVIDENCE

7    TO YOU BY TUESDAY SO THAT WE CAN HAVE ORAL ARGUMENT BEGINNING

8    WEDNESDAY.  THAT'S THE PLAN.  WE'LL SEE HOW IT GOES.  THANK YOU

9    VERY MUCH.  YOU CAN LEAVE YOUR BOOKS IN THE ROOM.  PLEASE DON'T

10   DISCUSS THE CASE WITH ANYONE OR READ ANYTHING ABOUT IT.  THANK

11   YOU.  HAVE A GOOD WEEKEND.

12             **THE DEPUTY CLERK:**  EVERYONE RISE.

13             (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

14                            * * *

15

16

17

18

19

20

21

22

23

24

25