THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | * * * | CIVIL ACTION NO.: <br><br> MDL 1657 |
| **This document relates to:** <br> Robert Cifax | * | SECTION L, MAG 3 |
| Vs. | * | JUDGE FALLON |
| MERCK & CO., INC. <br> *E.D. La. Docket No. 06-00011* | * <br><br> * | MAGISTRATE <br><br> JUDGE KNOWLES |

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is no longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this 18th day of December, 2007.

_____
**UNITED STATES DISTRICT JUDGE**