UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION l (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## ORDER

Considering the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay for Purposes of Conducting Discovery Regarding Certain Medical Records In the Possession of Express Scripts, Inc.;

IT IS ORDERED BY THE COURT that the stay in this matter is hereby lifted insofar as and only to the extent of the Plaintiffs' Steering Committee conducting discovery regarding obtaining certain medical records in the possession of Express Scripts, Inc.

New Orleans, Louisiana, this 19th day of         December        , 2007.

Honorable Eldon E. Fallon
U.S. District Judge