UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court issues this Order to enter the attached letter from Dorothy Griffin into the record. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657.

New Orleans, Louisiana, this 19th day of December, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Dorothy Griffin
1426 Hillside Circle
Lindale, TX  75771

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113