Dorothy Griffin
1426 Hillside Circle
Lindale, TX. 75771

Novemember 9th 2007

RE: VIOXX MDL 1657 - Tolling Agreement
Exhibits A & B For multiple claimants

DEAR: United ~~States~~ District Court
Eastern District of Louisiana
IN RE: VIOXX® Products
Liability Litigation

TENDERED FOR FILING
NOV 21 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I am writing you in reguards to my Vioxx case which was filed in your court by Stone Pigman, Walther Wittmann L.L.C. Cousellors At Law, 546 Carondelet Street, New Orleans, Louisiana, 70130-3588. My Attorney Brian Loncar, Esq. Loncar & Associates, 424 S. Central Expressway, Dallas, TX. 75201. Sent me a Letter July 30th Stating That he have completed his investigation of my claim & That he Regret to inform me that he is closing my case or File, because I did not alleged a heart attack or Stroke while I was taking Vioxx. I Don't Understand "why he File my case with the courts in New Orleans, Louisiana, if I did not have a case? My Heart was Attacked by the Vioxx medication, It cause my Heart to beat too Slow on Right Side, with other Side effects. I Also have bone Lost in both of my Hips & Blood Lost in my Right Hip. I am Sending you a copy of my Attorney Letter. Please let me know IF I have a case or not. I Heard on Fox-News, Merck agreed to Pay 4.82 Billions to the ones Had Heart Attack or

RE: VIOXX ® PRODUCTS

You Also asked me did I want to File For Lost wadges, Worker Comp., With CeLadon. And I check yes. please Let me know Something about that also. The attorney I had in Dallas, TX, Brain Loncar got my two VIOXX Pill Bottles, He ask me to send them to Him. Here is a Copy of the Letter The Attorney sent me that he was closing my File, Attacted.

Thank You

Dorothy A. Griffin
SS. # 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
Hm. 903-881-9529
Cell. 903-277-4606

Address: 1426 Hillside Circle
LinDaLE, TX. 75771

P.S. Here is a copy of Notice of Filing Tolling agreement also.

Dorothy A. Griffin
1436 Hillside Circle
Lindale, TX 75771

U.S. POSTAGE
PAID
LINDALE, TX
75771
NOV 13, 07
AMOUNT
$0.58
00038316-04

70130

United States District Court
Eastern District of Louisiana
IN RE: Vioxx® Products
Liability Litigation
New Orleans, LA 70130