UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**JOINDER OF CERTAIN PLAINTIFFS AND THEIR COUNSEL IN EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ELDON E. FALLON:

M. Michael Meyer, the O'Quinn Law Firm, and its clients respectfully join in the *Emergency Motion For (1) Clarification And/Or Modification Of Pretrial Order No. 31 (Registration Of Claims) And (2) Declaratory Judgment That Certain Provisions Of The Settlement Agreement Are Unenforceable* (the "Motion").

On December 13, 2007, certain plaintiffs and their counsel ("Movants") filed the Motion with this Court. In the Motion Movants requested that the Court grant the following relief:

1. A declaration that the Settlement Agreement between Merck & Co., Inc. and The Counsel Listed On the Signature Pages Hereto, dated November 9, 2007 (the "Settlement Agreement"), empowers this Court to modify provisions that are prohibited or unenforceable because they conflict with state bar rules in Texas and other states;

2. A declaration that § 1.2.8.1 of the Settlement Agreement is prohibited and unenforceable under the state bar rules of all states because it prevents lawyers from giving clients the benefit of their independent professional judgment and candid advice, as required by Rule 2.1 of the Model Rules of Professional Conduct;

3. A declaration that § 1.2.8.2 of the Settlement Agreement is prohibited and unenforceable under the state bar rules of all states because it impermissibly restricts the right to practice law, in violation of Rule 5.6 of Model Rules of Professional Conduct;

4. An order setting a date certain by which final settlement payments made pursuant to the Settlement Agreement shall be made and/or make other similar equitable provisions; and

5. A declaration that notwithstanding any provision of the Settlement Agreement purporting to require an assessment of "up to 8%," that as to counsel that entered contracts in compliance with Pretrial Order No. 19, those contracts shall be honored, binding, and controlling as to any assessment.

M. Michael Meyer, the O'Quinn Law Firm, and their clients join in the relief sought in the Motion. Additionally, M. Michael Meyer, the O'Quinn Law Firm, and their clients join in the arguments made by Movants in the *Memorandum In Support Of Certain Plaintiffs' And Their Counsels' Emergency Motion For (1) Clarification And/Or Modification Of Pretrial Order No. 31 (Registration Of Claims) And (2) Declaratory Judgment That Certain Provisions Of The Settlement Agreement Are Unenforceable*.

Finally, and in addition to the relief sought in the Motion, M. Michael Meyer, the O'Quinn Law Firm, and their clients respectfully request that this Court enter a declaration that § 1.2.8.1 of the Settlement Agreement is prohibited and unenforceable under the state bar rules of all states because it seeks to require the disclosure of recommendations and advice that an attorney will give, or has given, his or her client in violation of Rule 1.6 of Model Rules of Professional Conduct, corresponding and/or similar state bar rules, the attorney-client privilege as recognized by common law, and under the work product exemption as recognized by the Supreme Court of the United States in **Hickman v. Taylor**, 329 U.S. 495, 67 S.Ct. 385, 91 L.Ed. 451 (1947) and its progeny.

Respectfully submitted,

/s/ M. Michael Meyer_____
Texas Bar No. 13993850
THE O'QUINN LAW FIRM, L.L.P.
2300 Lyric Centre
440 Louisiana Street
Houston, Texas 77002
713-223-1000
713-223-0937 (Facsimile)

**ATTORNEYS FOR
CERTAIN PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Joinder Of Certain Plaintiffs And Their Counsel In Emergency Motion For (1) Clarification And/Or Modification Of Pretrial Order No. 31 (Registration Of Claims) And (2) Declaratory Judgment That Certain Provisions Of The Settlement Agreement Are Unenforceable* has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of December, 2007.

_____/s/ M. Michael Meyer_____
M. Michael Meyer
Texas Bar No. 13993850
Attorney for Certain Plaintiffs
THE O'QUINN LAW FIRM
2300 Lyric Centre
440 Louisiana Street
Houston, Texas 77002
713-223-1000
713-223-0937 (Facsimile)
mm0102@sbcglobal.net