UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**UNOPPOSED MOTION TO WITHDRAW
CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION
FOR  (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31
(REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT
THAT CERTAIN PROVISIONS OF THE SETTLEMENT
AGREEMENT ARE UNENFORCEABLE**

**MAY IT PLEASE THE COURT:**

Walter Umphrey, Provost Umphrey Law Firm, John Eddie Williams, Williams Kherkher Hart Boundas, L.L.P., Drew Ranier, Ranier, Gayle & Elliot LLP, Mikal Watts, Watts Law Firm LLP, Grant Kaiser, The Kaiser Firm. LLP, Richard Mithoff, Mithoff Law Firm, Kathy Snapka, Snapka, Turman & Waterhouse, LLP, Kenneth T. Fibich and Sara Fendia, Fibich, Hampton & Lebron, Tommy Jacks, Jacks Law Firm, Douglas Allison, Law Offices of Douglas Allison, Jack Modesett, Law Offices of Jack Modesett, David Matthews, Matthews & Associates, and their clients ("Movants") respectfully move this Court for an order allowing them to withdraw Certain Plaintiffs' and their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provision of the Master Settlement Agreement are Unenforceable.

The grounds for this Motion are contained in the attached Memorandum in Support of Unopposed Motion to Withdraw Certain Plaintiffs' and Their Counsels' Emergency Motion for

UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 1 of 5

(1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provision of the Master Settlement Agreement are Unenforceable.

                                                   Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |
| | |
| David Matthews | Kenneth T. Fibich |
| Texas Bar No. 13206200 | State Bar No. 06952600 |
| Matthews & Associates | Sara J. Fendia |
| 2905 Sackett St. | State Bar No. 06898800 |
| Houston, TX 77098 | 1401 McKinney, Suite 1800 |
| 713-222-8080 – Telephone | Houston, Texas 77010 |
| 713-535-7184 – Facsimile | 713-751-0025 - Telephone |
| | 713-751-0030 – Facsimile |
| | |
| Richard W. Mithoff, Jr. | Tommy Jacks |
| Texas Bar No. 14228500 | Texas Bar No. 10452000 |
| Mithoff Law Firm | Jacks Law Firm |
| 3450 One Allen Center | 1205 Rio Grande Street |
| Houston, TX 77002 | Austin, TX 78701 |
| 713-654-1122 – Telephone | 512-478-4422 – Telephone |
| 713-739-8085 - Facsimile | 512-478-5015 - Facsimile |

UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 2 of 5

Kathy Snapka
Texas Bar No.18781200
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78476
361-888-7676 – Telephone
361-884-8545 - Facsimile

Jack Modesett
Texas Bar No. 14244337
Law Offices of Jack Modesett
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-887-6449 – Telephone
361-885-7983 - Facsimile

Douglas Allison
Texas Bar No. 01083500
Law Offices of Douglas Allison
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-888-6002 – Telephone

_____/s_____
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000 - Telephone
713-223-0440 - Facsimile

ATTORNEYS FOR PLAINTIFFS

UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 3 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 22, 2007.

        Respectfully submitted,

        _____/s_____
        Grant Kaiser
        Texas Bar #11078900
        The Kaiser Firm, LLP
        8441 Gulf Freeway, Suite 600
        Houston, Texas 77017
        713-223-0000
        713-223-0440 (facsimile)

        ATTORNEYS FOR PLAINTIFFS

UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 4 of 5

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with Liaison Counsel for Merck, Mr. Phillip A. Wittmann and Plaintiffs' Liaison Counsel, Mr. Russ Herman; they have no objection to the relief requested by this motion.

                            Respectfully submitted,

                            _____/s_____
                            Grant Kaiser
                            Texas Bar #11078900
                            The Kaiser Firm, LLP
                            8441 Gulf Freeway, Suite 600
                            Houston, Texas 77017
                            713-223-0000
                            713-223-0440 (facsimile)

                            ATTORNEYS FOR PLAINTIFFS

UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 5 of 5