UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE**

**MAY IT PLEASE THE COURT:**

Walter Umphrey, Provost Umphrey Law Firm, John Eddie Williams, Williams Kherkher Hart Boundas, L.L.P., Drew Ranier, Ranier, Gayle & Elliot LLP, Mikal Watts, Watts Law Firm LLP, Grant Kaiser, The Kaiser Firm. LLP, Richard Mithoff, Mithoff Law Firm, Kathy Snapka, Snapka, Turman & Waterhouse, LLP, Kenneth T. Fibich and Sara Fendia, Fibich, Hampton & Lebron, Tommy Jacks, Jacks Law Firm, Douglas Allison, Law Offices of Douglas Allison, Jack Modesett, Law Offices of Jack Modesett, David Matthews, Matthews & Associates, and their clients ("Movants") respectfully submit this Memorandum in Support of Unopposed Motion to Withdraw Certain Plaintiffs' and their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provision of the Master Settlement Agreement are Unenforceable.

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 1 of 5

## I.    BASIS FOR MOTION

Movants file this motion for several reasons.  First, a major portion of the relief requested by the motion to clarify has been accomplished.  The Court modified the Pretrial Order No. 31 form Registration Affidavit (docket 12965) at the last status conference, on December 14, 2007, and entered Pretrial Order No. 31A, which deletes the obligation that counsel choose –by January 15, 2008 – between recommending the settlement to all of his or her clients or none of them, before having a sufficient opportunity to fully evaluate the settlement terms and how they apply to each individual client.

Second, by modifying the Registration Affidavit, the Court acknowledged that it had the power, as Chief Administrator in accordance with Section 16.4.2, to modify provisions of the Settlement Agreement that may have been construed to be prohibited or unenforceable.

Third, Movants have a great expectation that the remaining relief requested in their motion will be achieved through further meet and confer sessions.   Great progress has been made on the issues related to Rule 2.1 of the ABA Model Rules of Professional Responsibility which requires counsel to give every client the benefit of counsel's independent professional judgment and to render candid advice.

Judicial economy will be served if the parties can reach resolution without the parties having to spend considerable resources in responding to the motion and preparing for and attending the hearing on the motion, and without the Court having to use its resources in preparing to rule on the motion.  If our efforts are successful, the motion will not have to be re-filed.

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 2 of 5

## **CONCLUSION**

For the reasons stated, Movants request that the Court allow them to withdraw at this time Certain Plaintiffs' and their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provision of the Master Settlement Agreement are Unenforceable without prejudice to re-filing.

Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |
| | |
| David Matthews | Kenneth T. Fibich |
| Texas Bar No. 13206200 | State Bar No. 06952600 |
| Matthews & Associates | Sara J. Fendia |
| 2905 Sackett St. | State Bar No. 06898800 |
| Houston, TX 77098 | 1401 McKinney, Suite 1800 |
| 713-222-8080 – Telephone | Houston, Texas 77010 |
| 713-535-7184 – Facsimile | 713-751-0025 - Telephone |
| | 713-751-0030 – Facsimile |

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS'
EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31
(REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN
PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 3 of 5

| | |
|---|---|
| Richard W. Mithoff, Jr.<br>Texas Bar No. 14228500<br>Mithoff Law Firm<br>3450 One Allen Center<br>Houston, TX 77002<br>713-654-1122 – Telephone<br>713-739-8085 - Facsimile | Tommy Jacks<br>Texas Bar No. 10452000<br>Jacks Law Firm<br>1205 Rio Grande Street<br>Austin, TX 78701<br>512-478-4422 – Telephone<br>512-478-5015 - Facsimile |
| Kathy Snapka<br>Texas Bar No.18781200<br>Snapka, Turman & Waterhouse, LLP<br>606 N. Carancahua, Suite 1511<br>Corpus Christi, TX 78476<br>361-888-7676 – Telephone<br>361-884-8545 - Facsimile | Douglas Allison<br>Texas Bar No. 01083500<br>Law Offices of Douglas Allison<br>500 N. Water St., Suite 1200<br>Corpus Christi, TX 78471<br>361-888-6002 – Telephone |
| Jack Modesett<br>Texas Bar No. 14244337<br>Law Offices of Jack Modesett<br>500 N. Water St., Suite 1200<br>Corpus Christi, TX 78471<br>361-887-6449 – Telephone<br>361-885-7983 - Facsimile | _____/s_____<br>Grant Kaiser<br>Texas Bar #11078900<br>The Kaiser Firm, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>713-223-0000 - Telephone<br>713-223-0440 - Facsimile |

ATTORNEYS FOR PLAINTIFFS

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 22, 2007.

Respectfully submitted,

_____
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 5 of 5