UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | § MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § SECTION L |
| This Document Relates To All Cases | § JUDGE FALLON |
| | § MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering Unopposed Motion to Withdraw Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable and incorporated Memorandum;

IT IS ORDERED BY THE COURT that the Motion be and is hereby withdrawn without prejudice to re-filing.

NEW ORLEANS, Louisiana, this _____ day of _____, 2007.

_____
Eldon E. Fallon
United States District Judge

ORDER ON UNOPPOSED MOTION TO WITHDDRAW CERTAIN COUNSEL'S MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page Solo