UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                            MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates To:

Elizabeth Kepley                      Judge Fallon
v. Merck & Co., Inc..
(E.D. La. Index No. 2:05-cv-04104)
                                         Mag. Judge Knowles

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, ELIZABETH KEPLEY'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, ELIZABETH KEPLEY'S.

IT IS SO ORDERED.

_____                           _____
Date                                         Judge Eldon E. Fallon
                                             United States District Court Judge