UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®                                   MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                   SECTION L

                                                JUDGE FALLON

                                                MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
Maria S. Sotomayor v. Merck & Co., Inc.
Civil Action No: 2:05-cv-00038-VMC-SPC
05-984    *Change of Address*

STIPULATION FOR ~~SUBSTITUTION OF COUNSEL~~

MARK A. DRAPER, Esquire has left his employment at Farr, Farr, Emerich, Hackett and Carr, P.A., and the parties below hereby stipulate to the substitution of MARK A. DRAPER, Esquire of DRAPER LAW FIRM, P.L. for Farr, Farr, Emerich, Hackett and Carr, P.A., as counsel for MARIA S. SOTOMAYOR, as Personal Representative for the Estate of Robert Sotomayor, in the above-styled cause, and direct that all future pleadings in this matter be served upon MARK A. DRAPER, Esquire at his new office and new law firm.

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail, Certified Mail, R.R.R. and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a Notice of Electronic Filing in

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc No

accordance with the procedures established in MDL 1657 on this 11th day of
_____, 2007.

FARR, FARR, EMERICH, HACKETT
and CARR, P.A.


_____
CONNIE M. SCHIDER, Esquire
Florida Bar No. 613983
99 Nesbit Street
Punta Gorda, Florida 33950
Telephone: (941) 639-1158
Facsimile: (941) 639-0028

DRAPER LAW FIRM, P.L.


_____
MARK A. DRAPER, Esquire
Florida Bar No. 0988154
122 Nesbit Street, Suite 111
Punta Gorda, Florida 33950
Telephone: (941) 833-8383
Facsimile: (941) 833-8384
mdraper@markdraperlaw.com



See attached letter of direction.
Maria S. Sotomayor

Page Two
April 4, 2007

         Re:    Maria S. Sotomayor v. Merck & Co., Inc.
                Case No. 2:05-cv-38-FtM-33-SPC

Instructions

        o  I wish my file to stay with the Farr Law Firm

        ✔  I wish my file and trust account balance to be transferred to Mark A. Draper
           and the Draper Law Group, P.L.

        o  I will retain new counsel and have them contact the Farr Law Firm

Client Signature(s): _____

Dated: _____