## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY )
LITIGATION )
)
PHILIP DAWSON, )
)
    Plaintiff, )
)
v. ) No. 07-1259
) 3:07-CV-23
MERCK & COMPANY, INC. )
)
    Defendant. )

### NOTICE OF APPEAL

Notice is hereby given that Philip Dawson and wife, Marilyn Dawson, hereby appeal to the United States Court of Appeals, upon an Order granting summary judgment entered in this case on the 19th day of November, 2007.

RESPECTFULLY SUBMITTED this 18th day of December, 2007.

        By:    s/ Kevin W. Shepherd
                **KEVIN W. SHEPHERD (012791)**
                Attorney for Plaintiff
                200 E. Broadway Avenue, Suite 410
                Maryville, TN 37804
                (865) 982-8060

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 19 2007
LORETTA G. WHYTE
CLERK

___ Fee 455 paid
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served upon the attorneys of record electronically:

This 18th day of December, 2007.

s/ Kevin W. Shepherd

**KEVIN W. SHEPHERD**