UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
Maria S. Sotomayor v. Merck & Co., Inc.
Civil Action No: ~~2:05-cv-00038-VMC-SPC~~ 05-984   *Change of Address*

### ORDER FOR ~~SUBSTITUTION OF COUNSEL~~

THIS CAUSE, having come before the Court upon the Stipulation for Substitution of Counsel and the Court, having considered the Stipulation, hereby

ORDERS AND ADJUDGES that MARK A. DRAPER, Esquire of the DRAPER LAW FIRM, P.L. is hereby substituted for Farr, Farr, Emerich, Hackett and Carr, P.A. as Maria Sotomayor's counsel and all further pleadings shall be served upon MARK A. DRAPER, Esquire of the DRAPER LAW FIRM, P.L., at 122 Nesbit Street, Suite 111, Punta Gorda, Florida 33950.

DONE AND ORDERED in Chambers in New Orleans, Louisiana this 20th day of December 2007.

United States District Court Judge