IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657 |
| This Document Relates To All Cases | SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO MAIL THE PRESERVATION LETTERS TO HEALTH-CARE PROVIDERS AS REQUIRED BY PRETRIAL ORDER 28**

COME NOW plaintiffs, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and move for a seventy-five (75) day extension of time to mail the preservation letters to health-care providers as required by Pretrial Order No. 28, and in support thereof state:

1.  Pretrial Order No. 28 requires plaintiffs to mail preservation letter, by registered mail , to health-care providers on or about January 8, 2008.

2.  The undersigned plaintiffs' attorneys are in the process of evaluating the settlement for each of the 2600 clients they represent and advising them whether participating or not participating in the settlement is in their best interest. As this process is a very onerous task, plaintiffs' request a seventy-five (75) day extension for sending out the preservation letters.

3.  This motion is not intended to hinder or delay the proceedings in this

517197 / 004128

matter.

WHEREFORE Plaintiffs pray this Court grant their motion for an extension of seventy-five (75) days beyond the January 8, 2008 deadline to mail the preservation letters to health-care providers as required by Pretrial Order No. 28.

        The Lowe Law Firm

By:     \s\ Jeffrey J. Lowe

Jeffrey J. Lowe EDMo #104508
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices

517197 / 004128

                                                     1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

517197 / 004128

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on January 3, 2008 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

        \s\ Jeffrey J. Lowe

517197 / 004128