IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION**, | **MDL Docket No. 1657** |
| **This Document Relates To All Cases** | **SECTION L**<br>**JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |

## ORDER

It is hereby ordered that plaintiffs in the Vioxx litigation are granted a ____ days extension beyond the January 8, 2008 deadline to mail the preservation letters to health-care providers as required by Pretrial Order No. 28.

IT IS SO ORDERED.

Entered this _____ day of _____, 2007.

_____
Hon. Eldon Fallon, U.S.D.J