IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657 |
| This Document Relates To All Cases | SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE**

COME NOW Carey & Danis, LLC, The Lowe Law Firm, Schaeffer & Lamere, and Evan Buxner as of counsel for the Walther Glenn Law Firm, and their clients ("Movants") on behalf of approximately 2600 plaintiffs (of that 305 were originally filed in the state of Illinois and 1000 were originally filed in the state of Missouri) who have cases pending in this Court move for a Declaratory Judgment holding that certain provisions of the settlement agreement are unenforceable and severed from the settlement agreement and in support thereof incorporate by reference their memorandum in support as if fully set forth herein.

Movants request the following specific relief:

1. A declaration that the Settlement Agreement empowers the Court to modify provisions that are prohibited or unenforceable because they conflict with state bar rules in Missouri, Illinois and other states;

2. A declaration that § 1.2.8.1 is prohibited and unenforceable under the state bar rules of all states because it prevents lawyers from giving

517197 / 004128

      clients the benefit of their independent professional judgment and candid advice, as required by Rule 2.1 of the Model Rules of Professional Conduct, as well as the laws of Missouri, Illinois and other states where Vioxx claims are filed;

3. A declaration that § 1.2.8.2 is prohibited and unenforceable under the state bar rules of all states because it impermissibly restricts the right to practice law, in violation of Rule 5.6 of the Model Rules of Professional Conduct, as well as the laws of Missouri, Illinois and other states where Vioxx claims are filed;

4. To set a date certain by which final settlement payments shall be made and/or make other similar equitable provisions;

5. To declare that notwithstanding any provision of the Settlement Agreement purporting to require an assessment of "up to 8%," that as to counsel that entered contracts in compliance with PTO 19, those contracts shall be honored, binding, and controlling as to any assessment, and that legal work performed in Illinois state court cases be specifically included as eligible for compensation for common benefit work.

                    The Lowe Law firm

                    By:   \s\ Jeffrey J. Lowe
                          Jeffrey J. Lowe EDMo #105308
                          Francis J. "Casey" Flynn
                          Attorney for Plaintiffs
                          8235 Forsyth, Suite 1100
                          St. Louis, Missouri 63105
                          (314) 678-3400
                          Fax: (314) 678-3401

                          John Carey
                          Joseph P. Danis
                          Sarah Hale
                          CAREY & DANIS, LLC
                          8235 Forsyth Boulevard, Suite 1100
                          St. Louis MO 63105
                          Telephone: 314-725-7700
                          Facsimile: 314-721-0905

517197 / 004128

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

517197 / 004128

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on January 3, 2008 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

                 \s\ Jeffrey J. Lowe