# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>*Kelly Allison v. Merck & Co., Inc.*<br>**E.D.La. Docket No. 2:05-cv-04450** | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Bob Wright, James P. Roy and the law firm of DOMENGEAUX WRIGHT ROY & EDWARDS be and they are hereby withdrawn as counsel of record for all plaintiffs in the above entitle and numbered matter.

New Orleans, Louisiana this ____2nd____ day of _____January_____, 2008.

_____
UNITED STATES DISTRICT JUDGE