MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donald Bosch

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Florence Reiter<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br>**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |

    Donald Bosch, as the personal representative and surviving son of Florence Reiter and as her heir under Utah's Survival Statute, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Florence Reiter during the pendency of this action.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of January, 2008.

                                                /s/ Stephen F. Edwards
                                                Stephen F. Edwards
                                                Bar No. 10780
                                                Attorney for Plaintiff
                                                Morgan, Minnock, Rice & James
                                                Kearns Building, Eighth Floor
                                                136 South Main Street
                                                Salt Lake City, UT 84101
                                                Tel. (801) 531-7888
                                                Fax (801) 531 9732
                                                sedwards@mmrj.com