MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donald Bosch

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Florence Reiter<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** |

Counsel for Donald Bosch respectfully submit the following Memorandum in Support of Motion to Substitute Party as follows:

### STATEMENT OF FACTS

1.  Florence Reiter was one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.      Florence Reiter passed away on September 28, 2006. (Affidavit of Donald Bosch, ¶ 2, attached as Exhibit "A").

3.      Donald Bosch is Florence Reiter's surviving son. (Affidavit of Donald Bosch, ¶ 1, attached as Exhibit "A").

4.      Donald Bosch has been appointed the personal representative for the estate of Florence Reiter. (Affidavit of Donald Bosch, ¶ 3, attached as Exhibit "A").

5.      As Florence Reiter's surviving son and heir, Donald Bosch seeks to be substituted for his deceased mother on behalf of the heirs of his mother, Florence Reiter. (Affidavit of Donald Bosch, ¶ 4, attached as Exhibit "A").

## ARGUMENT

Rule 25 of the Federal Rules of Civil Procedure provides that if a party dies and the claim is not extinguished, the Court may order substitution of proper parties. The rule states in part: "[t]he motion for substitution may be made by any party or by the successors or representatives of the deceased party." Fed. R. Civ. P. 25(a)(1). Under Utah's Survival Statute, a cause of action arising out of personal injury to an individual caused by the wrongful act of another does not abate upon the death of the injured person. Instead, the personal representatives or heirs of the deceased continue to have a cause of action against the alleged wrongdoer. The statute states in part:

> Causes of action arising out of personal injury to the person or death caused by the wrongful act or negligence of another do not abate upon the death of the wrongdoer or the injured person. The injured person or the personal representatives or heirs of the person who died have a cause of action against the

2

> wrongdoer or the personal representatives of the wrongdoer for special and general damages . . .

Utah Code Ann. § 78-11-12. The term "heirs" as used in Utah's Survival Statute includes, among other individuals, the decedent's children. Utah Code Ann. § 78-11-6.5(1)(b).

Florence Reiter has passed away since commencing the above-captioned action. Donald Bosch has been appointed personal representative of Florence Reiter's estate. As her personal representative and surviving son and an heir under Utah's Survival Statute, Donald Bosch should be substituted for his mother Florence Reiter on behalf of her heirs.

DATED this 4th day of January, 2008.

                                        MORGAN, MINNOCK & RICE, L.C.

                                        _____
                                        Stephen F. Edwards
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of January, 2008.

                                              /s/ Stephen F. Edwards
                                              Stephen F. Edwards
                                              Bar No. 10780
                                              Attorney for Plaintiff
                                              Morgan, Minnock, Rice & James
                                              Kearns Building, Eighth Floor
                                              136 South Main Street
                                              Salt Lake City, UT 84101
                                              Tel. (801) 531-7888
                                              Fax (801) 531 9732
                                              sedwards@mmrj.com