
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donald Bosch

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation | |
|---|---|
| Florence Reiter | MDL Docket No. 1657 |
| Plaintiff | Case No. 2:05cv1167 |
| v. | |
| MERCK & COMPANY, INC., a corporation, | **AFFIDAVIT OF DONALD BOSCH** |
| Defendant. | |

Donald Bosch, being first duly sworn, states as follows:

1.  I am the son of Florence Reiter who was one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2.  My mother, Florence Reiter, passed away on September 28, 2006.

3.  I have been appointed as the personal representative for the estate of Florence Reiter.

4.  At this time, I seek to be substituted for my deceased mother, as the Plaintiff in the above-captioned matter on behalf of the heirs of Florence Reiter.

FURTHER AFFIANT SAYETH NOT.

_____
Donald Bosch

STATE OF Utah           )
                        :ss
COUNTY OF Davis         )

Sworn to and subscribed before me this 2 day of January, 2008.

_____
Connie R Christiansen
Notary Public

My Commission Expires:
9-17-2008

NOTARY PUBLIC
Connie R. Christiansen
225 So. 200 W., PO Box 687
Farmington, Utah 84025
My Commission Expires
September 17, 2008
STATE OF UTAH

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF DONALD BOSCH** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of January, 2008.

                                                  /s/ Stephen F. Edwards  
                                                  Stephen F. Edwards  
                                                  Bar No. 10780  
                                                  Attorney for Plaintiff  
                                                  Morgan, Minnock, Rice & James  
                                                  Kearns Building, Eighth Floor  
                                                  136 South Main Street  
                                                  Salt Lake City, UT 84101  
                                                  Tel. (801) 531-7888  
                                                  Fax (801) 531 9732  
                                                  sedwards@mmrj.com