MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donald Bosch

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL Docket No. 1657 |
| Florence Reiter | Case No. 2:05cv1167 |
| Plaintiff | |
| v. | **ORDER GRANTING THE SUBSTITUTION OF DONALD BOSCH FOR HIS DECEASED MOTHER FLORENCE REITER** |
| MERCK & COMPANY, INC., a corporation, | |
| Defendant. | |

Based upon Donald Bosch's memorandum, and good cause appearing therefore, it is

hereby ORDERED that Donald Bosch will be substituted for his deceased mother on behalf of

the heirs of his mother, Florence Reiter.

DATED this ____ day of _____, 2008.

BY THE COURT:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER GRANTING THE SUBSTITUTION OF DONALD BOSCH FOR HIS DECEASED MOTHER FLORENCE REITER** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of January, 2008.

            /s/ Stephen F. Edwards
        Stephen F. Edwards
        Bar No. 10780
        Attorney for Plaintiff
        Morgan, Minnock, Rice & James
        Kearns Building, Eighth Floor
        136 South Main Street
        Salt Lake City, UT 84101
        Tel. (801) 531-7888
        Fax (801) 531 9732
        sedwards@mmrj.com