**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  VIOXX®                                      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                       Section L

This document relates to:                           Judge Fallon

*Carlos Baylon v. Merck & Co., Inc., et al.;*       Magistrate Judge Knowles
Docket Number: 2:07-cv-829

_____/

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record,

and for good cause shown, the Court finds the motion to be well-taken, and that same should be

granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell

W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel

of record for plaintiff, Carlos Baylon.

IT IS SO ORDERED.

New Orleans, Louisiana, this 2nd day of January, 2008.

_____
Judge Eldon E. Fallon
United States District Court Judge