# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Joseph Cornwall v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-2071 | Magistrate Judge Knowles |

## **ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Joseph Cornwall, individually and on behalf of all statutory beneficiaries of Maria Cornwall, deceased, including but not limited to Bernard Cornwall.

IT IS SO ORDERED.

New Orleans, Louisiana, this 2nd day of January, 2008.

_____
Judge Eldon E. Fallon
United States District Court Judge