UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Alice Farmer v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-785 _____/ | Magistrate Judge Knowles |

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Alice Farmer.

IT IS SO ORDERED.

New Orleans, Louisiana, this 2nd day of January, 2008.

*(signed)* Eldon E. Fallon
Judge Eldon E. Fallon
United States District Court Judge