**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  VIOXX®                                      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION          Section L

This document relates to:                        Judge Fallon

*Carl Danek v. Merck & Co., Inc., et al.;*     Magistrate Judge Knowles
Docket Number: 2:07-cv-0819

_____/

**ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Carl Danek, individually and on behalf of all statutory beneficiaries of Constance Danek, deceased.

IT IS SO ORDERED.

New Orleans, Louisiana, this 2nd day of January, 2008.

Judge Eldon E. Fallon
United States District Court Judge