UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Ailer, et al. v. Merck & Co., Inc.*, Case No. 06-10099

## ORDER

The Court issues this Order to enter the attached letter from Bryan Roberts into the record. Mr. Roberts asks the Court to remove Mr. Brian J. Glick as counsel of record. Mr. Glick is ORDERED to respond in writing to the allegations in Mr. Roberts' letter within fifteen (15) days of the date of this Order.

New Orleans, Louisiana, this 19th day of December, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Bryan Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL  33304-4633

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Road, Suite 324A
Boca Raton, FL  33431