

RECEIVED
DEC 17 2007
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

# Case #MDL1657
Ailer, et al. v. Merek &Co. Inc.
Case #MDL 1657 (Class Action)
U.S. District Court, Eastern District In And For Louisana

Judge Eldon Sallon:

Your honor sir,
My name is Bryan Roberts, and in the past 5 years have had 3 different lawyers on my case against Merek & Co. Inc. In the past few months my current attorney Brian Glick has repeatally said he wants to resign from my case. (Copies Enclosed). I found this attorney from a friend and have been pushed and pushed to drop my case by him. I told him that if he wishes to leave go ahead but to give me my files so I can continue it myself. He refuses to give me my files without another attorney being assigned the case. In the letters enclosed he says that I can re-file and continue myself but after checking the statue of limitations which he is full aware, I will lose my case. After continuing calling of my lawyers office with no response I recieved a phone call from an employee of Mr. Glick telling me that he was approched by attorney's from Merek and recieved pay-offs to drop my case and others.(Isn't this illegal?) After hearing this I would ask that you would remove Brian Glick from my case and take whatever measures nessasary to see that my case cannot be dropped. Since the news has announced that Merek is going to pay he wants to stay on my case, I guess to find another way to have it dismissed and earn his pay-off but I refuse this.
 I'm not a lawyer but I'm not stupid, and will try to handle this case myself, but since just being released from the hospital from another heart-attack, I feel that I have to continue this case.
 Merek knew this drug increased the rick of heart-attacks and after an auto aciendent in 2002, a denist gave me bags full of Vioxx since I wasnt able to afford the drugs, he gave me these samples which I have testimony from his employees at the time of my treatments from him, since all have been terminated. After taking this drug I was admitted to Parkway hosipital for 1 month before I was sent to Jackson hospital in Miami for a heart valve replacement which has deterred me from living a full life to date, not to mettion the many hospitals I have been to since. Any consideration in this matter would be greatly appreciated and please order Mr. Glick to release my files to me.
Copies have been sent to Judge Moore in Miami.

        Bryan Roberts
        600 N.E. 7th Ave.
        Fort Lauderdale Fl. 33304    (786) 262 3169

**GLICK LAW FIRM, P.A.**

www.*FLORIDAINJURYATTORNEYS*.com

BRIAN J. GLICK
BOARD CERTIFIED CIVIL TRIAL LAWYER
lawboca@aol.com (e-mail)

August 22, 2007

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

Mr. Bryan Roberts
600 N.E. 7th Ave., #17
Ft Lauderdale, FL 33304-4633

Re: *Ailer, et al. v. Merck & Company, Inc.*
U.S. District Court, Southern District of Florida
Case No. 06-61450 CIV MOORE

Dear Mr. Roberts:

As you know, in an effort to protect your legal rights, I included your potential Vioxx claims in the above lawsuit which included other firm clients. In the process of this representation, including obtaining all relevant medical records and other discovery, I and my staff of experts have had a chance to fully evaluate and re-evaluate your potential claims against Merck. My experts and I have concluded that we do not feel you have a successful case against Merck for the damages you have claimed from taking Vioxx.

Accordingly, *I must advise you that you can get another opinion from another attorney of your own choosing. I will make your records available during the next thirty (30) days, after which I will advise the Court that I will withdraw as your attorney in this case*.

To repeat, *I have fully evaluated your case and I cannot in good faith continue to make claims that Vioxx caused you harm. Within the next thirty (30) days you are free to get another attorney to replace me and I will file a Motion to Withdraw. I will make your file available to you - just let me know where to send it*.

It is unfortunate I cannot help everyone who seeks my represenation, but I also cannot continue in a case that has I feel has no merit.



BAR REGISTER OF
PREEMINENT LAWYERS

AV RATED
MARTINDALE-HUBBELL

2255 GLADES ROAD · SUITE 324A · BOCA RATON, FLORIDA 33431 · 561-391-0448 · 561-330-3593 (FAX)
866-TRIALAW (874-2529 TOLL FREE)

August 22, 2007
Page 2

    Re:    **_Ailer, et al. v. Merck & Company, Inc._**
            **U.S. District Court, Southern District of Florida**
            **Case No. 06-61450 CIV MOORE**

    Thank you for contacting me to assist you in this matter and I wish you the best in your future endeavors.

                                              Very truly yours,

                                              Brian J. Glick

/lmec
S:\Users\Brian\Files, Drug Cases\Vioxx (non-steroidal anti-inflammatory)\00 Lawsuit for all clients\Correspondence\client 18 roberts.wpd



## GLICK LAW FIRM, P.A.

**www.*FLORIDAINJURYATTORNEYS*.com**

---

BRIAN J. GLICK
BOARD CERTIFIED CIVIL TRIAL LAWYER
lawboca@aol.com (e-mail)

August 29, 2007

Mr. Bryan Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL 33304-4633

    Re:   <u>Vioxx (a/k/a Rofecoxib)</u>

Dear Bryan:

    I received your telephone message last Monday and my office has left a couple of voice messages for you concerning your request for your records, but we have not heard back from you. Come to my satellite office in Delray Beach and sign a Receipt discharging me as your attorney in this matter and I will give you your medical records or your new attorney can retrieve them.

    Please let me know what you want to do. Thank you.

                                  Very truly yours,

                                  Brian J. Glick

/lmec
Enclosure(s)
S:\Users\Brian\Files. Drug Cases\Vioxx (non-steroidal anti-inflammatory)\Roberts, Bryan\Correspondence\client 4.wpd



BAR REGISTER OF
PREEMINENT LAWYERS

AV RATED
MARTINDALE-HUBBELL

2255 GLADES ROAD • SUITE 324A • BOCA RATON, FLORIDA 33431 • 561-391-0448 • 561-330-3593 (FAX)
866-TRIALAW (874-2529) TOLL FREE)

# GLICK LAW FIRM, P.A.

www.*FLORIDAINJURYATTORNEYS*.com

**BRIAN J. GLICK**
BOARD CERTIFIED CIVIL TRIAL LAWYER
lawbocu@aol.com (e-mail)

November 2, 2007

*[handwritten: ELDON SALLON, 500 POYDRAS ST. Room C-456, NEW ORLEANS LA 70130, 504 589 7650, 800 688 9889 Gov Info]*

Mr. Bryan Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL 33304-4633

Re:  In Re: *Vioxx Products Liability Litigation*
     Case No. MDL 1657 (Class Action)
     U.S. District Court, Eastern District in and for Louisiana

     *Ailer, et al. v. Merck & Company, Inc.*
     Case No. 2:06-CV-10099

     **(Estate of Elwood Parkerson)**

Dear Client:

On August 22, 2007, I wrote to you advising that I did not think you had a successful case in the Vioxx class action and I advised that I would withdraw if you did not find a new lawyer to assist you. I have not heard from you or any new lawyer on your behalf.

I have learned the Federal Judge overseeing the Class Action (MDL) is not entertaining Motions to Withdraw and on those claims in which plaintiffs' lawyers seek withdrawal, the Court is not allowing this and is requiring dismissals.

Accordingly, I am putting you on **NOTICE** that *if you have not retained a new lawyer within fifteen (15) days from the date of this letter replacing me and accepting responsibility for the handling of your case, I will stipulate with Defendant, MERCK's counsel to dismiss your case, without prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.* "Without prejudice" means you can re-file your case one more time within the applicable Statute of Limitations. The Statute of Limitations in your case will begin to run when you knew or should have known Vioxx was recalled and/or become known as a dangerous drug.



BAR REGISTER OF
PREEMINENT LAWYERS

AV RATED
MARTINDALE-HUBBELL

2255 GLADES ROAD · SUITE 324A · BOCA RATON, FLORIDA 33431 · 561-391-0448 · 561-330-3593 (FAX)
866-TRIALAW (874-2529 TOLL FREE)

November 2, 2007
Page 2

305 523
5200

Re: <u>Ailer, et al. v. Merck & Company, Inc.</u>
U.S. District Court, Southern District of Florida
Case No. 06-61450 CIV MOORE

8 954 769
5400

JUDGE

<u>*I must hear from you with fifteen (15) days from the date of this letter!*</u>

Very truly yours,

Brian J. Glick

/lmec
S:\Users\Brian\Files, Drug Cases\Vioxx (non-steroidal anti-inflammatory)\00 Lawsuit for all clients\Correspondence\client 24 roberts, stipulation of dismissal.wpd

FLA. BAR

PREJUDICE
IN COMPLIANCE    IN REPRESENTATION