UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates To: Mary Bails,     Judge Fallon
et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-cv-02319)     Mag. Judge Knowles

_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, SANDRA J. BOHL'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, SANDRA J. BOHL, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

New Orleans, Louisiana, January 2, 2008.
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee _____
Process _____
X /Dktd _____
__/ CtRmDep _____
__ Doc. No. _____