UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



In Re: VIOXX®  			MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION  	Section L

This Document Relates To: Annie  	Judge Fallon
Bradford, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. ~~2:05-CV-02328~~  	Mag. Judge Knowles
05-1162

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, Clifford Hick's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Clifford Hicks, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.
New Orleans, Louisiana, January 2, 2008.

_____		_____
Date					Judge Eldon E. Fallon
					United States District Court Judge

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____
```