UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL DOCKET NO. 1657 |
| This document relates to: 2:05-cv-4055 | ) ) ) ) SECTION L ) |
| CHARLES BUMSTEAD, Plaintiff | ) JUDGE FALLON ) ) MAG. JUDGE KNOWLES |
| v. | ) ) |
| MERCK & CO., INC., Defendant. | ) ) ) |

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff Charles Bumstead. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Bartimus Frickleton, et al.; Wagstaff & Cartmell LLP; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. This Order applies only to Charles Bumstead's actions against Defendant Merck & Co., Inc. in the above-captioned proceedings. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, James P. Frickleton, to reflect these changes.

IT IS SO ORDERED.

New Orleans, Louisiana
Dated: January 2, 2008.

Hon. Eldon Fallon
United States District Court Judge

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____