UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JAN -4  AM 7:03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Joyce D. Stewart v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-04558) | Judge Fallon |
| | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, JOYCE D. STEWART'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, JOYCE D. STEWART.

IT IS SO ORDERED.

New Orleans, Louisiana, January 2, 2008.
_____
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____