UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Bardy Bryant et al v. Merck & Co., Inc. et al.*; Docket Number: 05-05768 | |

### ORDER

On the motion regarding Plaintiff Chester Day, and the Court being duly and sufficiently advised,

IT IS HEREBY ORDERED that David B. Gray, Kevin P. Weis, Goldberg Simpson, P.S.C. and Brett Oppenheimer, pursuant to Local Rule 83.2.11 are hereby granted leave to withdraw as counsel of record.

New Orleans, Louisiana this 2nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

GOLDBERG SIMPSON PSC, 9301 Dayflower Street, Louisville, Kentucky 40059