IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY<br>LITIGATION | SECTION L<br>JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE<br>KNOWLES |

Power, T. J. v. Merck & Co., Inc.
Docket No.: 2:05-cv-04817

Day, Sandra v. Merck & Co., Inc.
Docket No.: 2:05-cv-04921

Lemon, Elinor v. Merck & Co., Inc.
Docket No.: 2:06-cv-00685

Tittle, Cathlean v. Merck & Co., Inc.
Docket No.: 2:06-cv-01498

Pilgrim, Cynthia v. Merck & Co., Inc.
Docket No.: 2:05-cv-01558

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that, effective January 1, 2008, the firm name, address and email address of the undersigned counsel changed as follows:

    Clark, Perdue & List Co, LPA
    471 East Broad Street, Suite 1550
    Columbus, Ohio 43215
    alist@clarkperdue.com

The telephone and facsimile numbers remain the same.

Respectfully submitted,

*[signature]*

D. ANDREW LIST (0052734)
CLARK, PERDUE & LIST CO, LPA
471 East Broad Street, Suite 1550
Columbus, Ohio 43215
(614) 460-1604
(614) 469-1117
alist@clarkperdue.com