IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION**, | |
| **This Document Relates To All Cases** | MDL Docket No. 1657<br><br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**ORDER**

It is hereby ordered that plaintiffs in the Vioxx litigation are granted a  30  days extension beyond the January 8, 2008 deadline to mail the preservation letters to health-care providers as required by Pretrial Order No. 28.

IT IS SO ORDERED.

Entered this   7th   day of    January   , ~~2007.~~ 2008

_____
Hon. Eldon Fallon, U.S.D.J