UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Lloyd Bell v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-2070 _____/ | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Lloyd Bell, individually and on behalf of all statutory beneficiaries of Adella Bell, deceased, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion. Counsel has advised plaintiff of his intent to withdraw and plaintiff has not objected to the withdrawal.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, PO Box 152861, San Diego, California 92195. Plaintiff may be reached by telephone at (619) 252-3105.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: January 8, 2008                              Respectfully submitted,

                                                                                  */s/ Lowell W. Finson*_____
                                                                                  Lowell W. Finson (AZ Bar ID 010872)
                                                                                  Phillips & Associates
                                                                                  3030 North Third Street, Suite 1100
                                                                                  Phoenix, AZ 85012
                                                                                  Tel: 602-258-8900 / Fax: 602-288-1632
                                                                                  lowellf@phillipslaw.ws
                                                                                  Counsel for Plaintiff Lloyd Bell

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of January, 2008.

                                          */s/ Lowell W. Finson*
                                          Lowell W. Finson (AZ Bar ID 010872)
                                          Phillips & Associates
                                          3030 North Third Street, Suite 1100
                                          Phoenix, AZ  85012
                                          Tel: 602-258-8900 / Fax: 602-288-1632
                                          lowellf@phillipslaw.ws
                                          Counsel for Plaintiff Lloyd Bell