UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Patricia Martinez v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-0864 _____/ | Magistrate Judge Knowles |

## **ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Patricia Martinez, individually and on behalf of all statutory beneficiaries of C.A. Coolie-Williams, deceased.

IT IS SO ORDERED.

DATED: _____          _____
                                                                Judge Eldon E. Fallon
                                                                United States District Court Judge