UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Minh Tam Nguyen v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-0812 _____/ | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Minh Tam Nguyen, individually and on behalf of all statutory beneficiaries of Phong Vu, deceased, including but not limited to Long Vu, in the above-captioned multidistrict litigation.  There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege.  Counsel avows that reasonable grounds exist for the Court to grant this motion.  Counsel has advised plaintiff of his intent to withdraw and plaintiff has not objected to the withdrawal.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 2205 Hanford Drive, San Diego, California 92111.  Plaintiff may be reached by telephone at (858) 278-6893.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED:  January 8, 2008                     Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson (AZ Bar ID 010872)
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Minh Tam Nguyen

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of January, 2008.

                                                */s/ Lowell W. Finson*
                                                Lowell W. Finson (AZ Bar ID 010872)
                                                Phillips & Associates
                                                3030 North Third Street, Suite 1100
                                                Phoenix, AZ  85012
                                                Tel: 602-258-8900 / Fax: 602-288-1632
                                                lowellf@phillipslaw.ws
                                                Counsel for Plaintiff Minh Tam Nguyen