UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Minh Tam Nguyen v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-0812 _____/ | Magistrate Judge Knowles |

## **ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Minh Tam Nguyen, individually and on behalf of all statutory beneficiaries of Phong Vu, deceased, including but not limited to Long Vu.

IT IS SO ORDERED.

DATED: _____     _____
Judge Eldon E. Fallon
United States District Court Judge