A CERTIFIED TRUE COPY

JAN - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN - 7 2008

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION           MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-127)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,557 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

**IN RE: VIOXX MARKETING, SALES PRACTICES**
**AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

## SCHEDULE CTO-127 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MASSACHUSETTS** | | |
| MA  1  07-12219 | Heather Thompson, etc. v. Merck & Co., Inc. | **08-0131** |
| **MARYLAND** | | |
| MD  1  07-3036 | Ronald L. Pike v. Merck & Co., Inc. | **08-0132** |
| MD  1  07-3058 | Richard L. Jones v. Merck & Co., Inc. | **08-0133** |
| MD  1  07-3072 | Jeanne E. Pittman v. Merck & Co., Inc. | **08-0134** |
| MD  1  07-3073 | Ralph E. Dennis v. Merck & Co., Inc. | **08-0135** |
| **MINNESOTA** | | |
| MN  0  07-4782 | David Rockell, et al. v. Merck & Co., Inc., et al. | **08-0136** |
| MN  0  07-4784 | Anna L. Barnes, et al. v. Merck & Co., Inc., et al. | **08-0137** |
| **MISSISSIPPI NORTHERN** | | |
| MSN  1  07-300 | Dianne Laine, et al. v. Merck & Co., Inc. | **08-0138** |
| MSN  1  07-305 | Willie Lou Robinson, etc. v. Merck & Co., Inc. | **08-0139** |
| MSN  3  07-150 | Dorothy Savage v. Merck & Co., Inc. | **08-0140** |
| MSN  3  07-151 | Jerry Farmer, et al. v. Merck & Co., Inc. | **08-0141** |
| MSN  3  07-152 | Sharlot Hays, et al. v. Merck & Co., Inc. | **08-0142** |
| MSN  4  07-195 | Katherine Conrad, etc. v. Merck & Co., Inc. | **08-0143** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  07-338 | Eleanor K. Sims, et al. v. Merck & Co., Inc. | **08-0144** |
| MSS  3  07-705 | Leola Bracey, et al. v. Merck & Co., Inc. | **08-0145** |
| MSS  3  07-706 | Carrie Barnes Larry v. Merck & Co., Inc. | **08-0146** |
| MSS  3  07-720 | Michael Dillon, etc. v. Merck & Co., Inc. | **08-0147** |
| MSS  4  07-159 | Sandra Altman, et al. v. Merck & Co., Inc. | **08-0148** |
| MSS  4  07-160 | Robert Charles Johnson v. Merck & Co., Inc. | **08-0149** |
| MSS  5  07-218 | Doretha Hedrick, et al. v. Merck & Co., Inc. | **08-0150** |
| **NORTH CAROLINA EASTERN** | | |
| NCE  5  07-481 | Robert E. Phillips, et al. v. Merck & Co., Inc. | **08-0151** |
| NCE  5  07-482 | Robert W. Culp, et al. v. Merck & Co., Inc. | **08-0152** |
| NCE  5  07-483 | Lisa Genea England v. Merck & Co., Inc. | **08-0153** |
| NCE  5  07-484 | Gary Bruce Morgan, Sr., et al. v. Merck & Co., Inc. | **08-0154** |
| NCE  5  07-485 | Timothy Patrick Herron, et al. v. Merck & Co., Inc. | **08-0155** |
| NCE  5  07-486 | Cecil John Munday, et al. v. Merck & Co., Inc. | **08-0156** |
| NCE  5  07-487 | Loyd Wayne Bishop, et al. v. Merck & Co., Inc. | **08-0157** |
| NCE  5  07-488 | Frederick Hendley, et al. v. Merck & Co., Inc. | **08-0158** |
| NCE  5  07-490 | Quan Williams v. Merck & Co., Inc. | **08-0159** |

**MDL No. 1657 - Schedule CTO-127 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NEW JERSEY** | | |
| NJ 1 07-5517 | Erie County, New York v. Merck & Co., Inc. Opposed 1/4/08 | |
| | | |
| **NEW YORK EASTERN** | | |
| NYE 1 07-4949 | Michael Mangino v. Merck & Co., Inc. | 08-0160 |
| NYE 1 07-4950 | Beverly Siders v. Merck & Co., Inc. | 08-0161 |
| | | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-10514 | Margaret Anderson, et al. v. Merck & Co., Inc., et al. | 08-0162 |
| NYS 1 07-10670 | Socorro Rivera, et al. v. Merck & Co., Inc. | 08-0163 |
| | | |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6577 | Karen Gordon v. Merck & Co., Inc., et al. | 08-0164 |
| NYW 6 07-6578 | Kathleen Lapp v. Merck & Co., Inc., et al. | 08-0165 |
| NYW 6 07-6579 | Marie Zika v. Merck & Co., Inc., et al. | 08-0166 |
| NYW 6 07-6580 | Frances Agnello v. Merck & Co., Inc., et al. | 08-0167 |
| NYW 6 07-6581 | Beverly Eubanks v. Merck & Co., Inc., et al. | 08-0168 |
| NYW 6 07-6582 | Joann Efthemis v. Merck & Co., Inc., et al. | 08-0169 |
| | | |
| **VIRGINIA WESTERN** | | |
| VAW 6 07-45 | Adeline Thomas Mosby v. Merck & Co., Inc. | 08-0170 |
| | | |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 07-766 | Elizabeth Anne Tomlin, et al. v. Merck & Co., Inc. | 08-0171 |
| WVS 2 07-767 | Willa D. Hunt, et al. v. Merck & Co., Inc. | 08-0172 |
| WVS 2 07-768 | Mildred Hastings, et al. v. Merck & Co., Inc. | 08-0173 |
| WVS 2 07-769 | Nelson Fowler, etc. v. Merck & Co., Inc. | 08-0174 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED
JAN 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

January 7, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-127)

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 20, 2007.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer.  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                         Very truly,

                         Jeffery N. Lüthi
                         Clerk of the Panel

                         By
                            Docket Specialist

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                MDL No. 1657

### INVOLVED COUNSEL LIST (CTO-127)

Cindy K. Bennes
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203

Joseph C. Blanks
JOSEPH C BLANKS PC
Post Office Drawer 999
Doucette, TX 75942-0999

Peter D. Braun
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Robert J. Burford
BURFORD & LEWIS PLLC
411 W. Chapel Hill Street
Suite 1106
Durham, NC 27702

Amanda M. Cialkowski
HALLELAND LEWIS NILAN &
JOHNSON PA
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Charles D. Cole, Jr.
NEWMAN FITCH ALTHEIM & MYERS
14 Wall Street, 22nd Floor
New York, NY 10005-2101

Julie Ferraro
BRENT COON & ASSOCIATES
277 Dartmouth Street
Boston, MA 02116

Elliot M. Gardner
DECHERT LLP
Building 3 - Suite 210
997 Lenox Dr
Lawrenceville, NJ 08648

~~Richard D. Gilardi~~
~~COOPER AND GISMONDI~~
~~808 Grant Building~~
~~Pittsburgh, PA 15219~~

Bruce F. Gilpatrick
HEIDELL PITTONI MURPHY & BACH
99 Park Avenue
New York, NY 10016

Brian A. Goldstein
CELLINO & BARNES PC
17 Court Street
7th Floor
Buffalo, NY 14202-3290

William N. Harris
P.O. Box 266
Greenville, MS 38702-0266

Vilia B. Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Jeffrey A. Holmstrand
MCDERMOTT & BONENBERGER PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

**MDL No. 1657 - Involved Counsel List (CTO-127) (Continued)**

Cindy J. Kiblinger
JAMES F HUMPHREYS & ASSOCIATES
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

James C. MacGillis
TREPANIER & MACGILLIS PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Stephen D. Martin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

Theodore V. Mayer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Thomas P. McCloskey
ALIAZZO & MCCLOSKEY
94-03 101st. Avenue
Ozone Park, NY 11416

Phyllis M. Mosby
119 South Union Street
Danville, VA 24541

Dennis F. O'Brien
FOARD GISRIEL O'BRIEN & WARD LLC
29 W. Susquehanna Avenue
Suite 302
Towson, MD 21204

John H. Ott
LAW OFFICE OF JOHN H OTT
P.O. Box 1684
McComb, MS 39648-1684

Diane M. Paolicelli
LEVY PHILLIPS & KONIGSBERG LLP
800 Third Avenue
13th Floor
New York, NY 20022

Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Alton E. Peterson
STAMPS & STAMPS
P.O. Box 2916
Jackson, MS 39207-2916

Ira C. Podlofsky
PODLOFSKY & HILL
98 Cutter Mill Road
Suite 299 North
Great Neck, NY 11021

Jason Lee Shelton
SHELTON & ASSOCIATES PA
218 North Spring Street
P.O. Box 1362
Tupelo, MS 38802-1362

Paul F. Strain
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Robert Martin Tata
HUNTON & WILLIAMS LLP
500 East Main Street
Suite 1000
Norfolk, VA 23510

Thomas F. Urban, II
JAMES F HUMPHREYS & ASSOCIATES
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

**MDL No. 1657 - Involved Counsel List (CTO-127) (Continued)**

Theresa M. Walsh
BROWN & CHIARI LLP
5775 Broadway
Lancaster, NY 14086

Catherine H. Wicker
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

**IN RE: VIOXX MARKETING, SALES PRACTICES**
**AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

### INVOLVED JUDGES LIST (CTO-127)

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building &
    U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz Federal Bluilding &
    U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Sharion Aycock
U.S. District Judge
United States District Court
218 T.G. Abernathy Federal Building
301 West Commerce Street
Aberdeen, MS 39730

Hon. Glen H. Davidson
Senior U.S. District Judge
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse
Suite 109
245 East Capitol Street
Jackson, MS 39201-2409

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

**MDL No. 1657 - Involved Judges List (CTO-127) (Continued)**

Hon. David C. Bramlette
Senior U.S. District Judge
United States District Court
Post Office Box 928
Natchez, MS 39121-0928

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. W. Earl Britt
Senior U.S. District Judge
U.S. District Court
P.O. Box 27504
Raleigh, NC 27611-7504

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
624 Terry Sanford Federal Bldg.
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402-2143

Hon. Malcolm J. Howard
Senior U.S. District Judge
P.O. Box 5006
Federal Building, Room 306
Greenville, NC 27835

Hon. Renee M. Bumb
U.S. District Judge
6050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102-1570

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007

Hon. Kimba M. Wood
Chief Judge, United States District Court
1610 Daniel Patrick Moynihan
   U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

Hon. Norman K. Moon
U.S. District Judge
P.O. Box 657
Lynchburg, VA 24505

Hon. David A. Faber
U.S. District Judge
601 Federal Street
Room 2303
Bluefield, WV 24701

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

## INVOLVED CLERKS LIST (CTO-127)

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building &
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

David Crews, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

~~William T. Walsh, Clerk~~
~~1050 Mitchell H. Cohen U.S. Courthouse~~
~~400 Cooper Street~~
~~Camden, NJ 08102~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

John F. Corcoran, Clerk
P.O. Box 744
Lynchburg, VA 24505

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546