**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 8, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman participated on behalf of the Plaintiffs' Steering Committee ("PSC"). At the conference the PSC discussed the status of the case.



JS10(00:50)

-1-