UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                     MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                      Section L

This Document Relates To:

Elizabeth Kepley                                   Judge Fallon
v.  Merck & Co., Inc..
(E.D. La. Index No. 2:05-cv-04104)                 Mag. Judge Knowles
_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Plaintiff, ELIZABETH KEPLEY'S

Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew

Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY

LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP,

Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,

withdraw as counsel for Plaintiff, ELIZABETH KEPLEY'S.

IT IS SO ORDERED.

New Orleans, Louisiana

January 8, 2008.
Date

Judge Eldon E. Fallon
United States District Court Judge

___Fee _____
___Process _____
_X_Dktd _____
_✓_CtRmDep_____
___Doc. No._____