UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                           MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                           Section L

This Document Relates To:

Annabelle Hawkins                                       Judge Fallon
v. Merck & Co., Inc..
(E.D. La. Index No. 2:05-cv-04353)                      Mag. Judge Knowles
_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, ANNABELLE HAWKINS' Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, ANNABELLE HAWKINS.

IT IS SO ORDERED.

New Orleans, Louisiana.
January 8, 2008
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee _____
___ Process _____
x   Dktd _____
✓   CtRmDep _____
___ Doc. No. _____