UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION       Section L

This Document Relates To:

Lonnie R. Wages                           Judge Fallon
v. Merck & Co., Inc..
(E.D. La. Index No. 2:05-cv-04399)       Mag. Judge Knowles
_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, LONNIE WAGES Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, LONNIE WAGES .

IT IS SO ORDERED.

New Orleans, Louisiana
January 8, 2008.
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee ___
___ Process ___
_x_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___