UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Edward Ellis, Individually & as the Representative of the Estate of Katherine Ellis v. Merck & Co., Inc.. (E.D. La. Index No. 2:05-cv-06822) _____/ | Judge Fallon <br><br> Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiffs, EDWARD ELLIS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF KATHERINE D. ELLIS, DECEDENT Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiffs, EDWARD ELLIS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF KATHERINE D. ELLIS, DECEDENT.

IT IS SO ORDERED.

New Orleans, Louisiana
January 8, 2008
Date

Judge Eldon E. Fallon
United States District Court Judge

___Fee_____
___Process_____
_X_Dktd_____
_✓_CtRmDep_____
___Doc. No._____