## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No.: 1657 |
| | * | Plaintiff: Arnetta Spencer-Dedmon |
| | * | |
| THIS RELATES TO ARNETTA SPENCER-DEDMON v. MERCK & CO., INC. | * * * | SECTION L |
| | * | JUDGE FALLON |
| Civil Action No.: 2:07-cv-01469 EEF-DEK | * * * * | MAG. JUDGE KNOWLES |

### MOTION TO STRIKE APPEARANCE OF COUNSEL
### FOR PLAINTIFF ARNETTA SPENCER-DEDMON

David F. Albright, Jr. and Bennett & Albright, P.A. hereby file this Motion to Strike Appearance of Counsel for Plaintiff Arnetta Spencer-Dedmon, and state as follows:

1. That differences have arisen between undersigned counsel and Arnetta Spencer-Dedmon;

2. That pursuant to the Federal Rules of Civil Procedure, undersigned counsel has sent by mail to Arnetta Spencer Dedmon, at least five (5) days prior to the date of filing of this Motion, notice advising Arnetta Spencer-Dedmon of counsel's proposal to withdraw and notifying Arnetta Spencer-Dedmon that she must have new counsel enter an appearance or be subject to judgment by default on claims against her;

3. That no prejudice will result to Arnetta Spencer-Dedmon as a result of the withdrawal of undersigned counsel, due to the fact that undersigned counsel has complied with all requirements of the current scheduling order, and no hearing or trial date has been set; and

4. That undersigned counsel has previously filed via ECF this Motion to Strike Appearance and proposed Order as by the attached LexisNexis File and Serve Transaction Receipt attached hereto as Exhibit A.

WHEREFORE, David F. Albright, Jr. and Bennett & Albright, P.A. hereby request that this Honorable Court strike their appearance in this case.

David F. Albright, Jr.
Trial Bar No.: 02234
Bennett & Albright, P.A.
200 Court Square Building
200 E. Lexington Street
Baltimore, Maryland 21202
(410) 727-2168

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of December, 2007, a copy of the foregoing Motion with attached proposed Order was mailed via first-class mail, postage pre-paid, to the following:

Paul Farrell Strain, Esquire
Stephen Edward Marshall, Esquire
Venable, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

David F. Albright, Jr.
Trial Bar #02234