**Yahoo! Mail** bascott01@yahoo.com

# YAHOO! MAIL Classic

Print - Close Window

**Subject:** Case: MDL-1657 Master Case; Transaction: 16864710 Transaction Receipt
**Date:** Tue, 30 Oct 2007 13:17:34 -0400
**From:** "LexisNexis File & Serve" <eFile@fileandserve.lexisnexis.com>
**To:** bascott01@yahoo.com

```
To: Barbara A Scott
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction
 option you selected was "Serve Only - Public". The details for this
 transaction are listed below.

Court:                            LA US District Court Eastern District E-Service-Vioxx
Case Name:                                In Re: VIOXX Products Liability Litigation MDL No
Case Number:                      MDL-1657 Master Case
Transaction ID:                   16864710
Document Title(s):
        Motion to Strike Appearance of Counsel for Plaintiff Arnetta
 Spencer-Dedmon (2 pages)
        proposed Order (1 page)
Authorized Date/Time:             Oct 30 2007 12:09PM CDT
Authorizer:                             David F Albright
Authorizer's Organization:        Bennett & Albright PA
Sending Parties:
        Plaintiff
Served Parties:
        Plaintiff
        Defendant
        Defendants Steering Committee
        Defendants Liaison Counsel
        Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis
 Customer Service by phone at 1-888-529-7587 (24/7).
```

*Exhibit A*