# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS     *     MDL Docket No.: 1657
LIABILITY LITIGATION     *
    *
_____ *     Plaintiff: Arnetta Spencer-Dedmon
    *
THIS RELATES TO     *
ARNETTA SPENCER-DEDMON   v.     *     SECTION L
 MERCK & CO., INC.     *
    *     JUDGE FALLON
Civil Action No.: 2:07-cv-01469     *     MAG. JUDGE KNOWLES
EEF-DEK     *
    *
_____ *

## ORDER GRANTING MOTION TO STRIKE APPEARANCE OF
## COUNSEL FOR PLAINTIFF ARNETTA SPENCER-DEDMON

Having reviewed the Motion to Strike Appearance of Counsel for Plaintiff Arnetta

Spencer-Dedmon in the above-entitled action, pursuant to the Federal Rules of Civil Procedure,

it is this 8th day of January, 2008, hereby ORDERED:

1. That the Motion to Strike Appearance of Counsel for Plaintiff Arnetta Spencer-

Dedmon be and is hereby GRANTED;

2. That the withdrawal of David F. Albright, Jr. and Bennett & Albright, P.A. be and is

hereby APPROVED; and

3. That the appearance of David F. Albright, Jr. and Bennett & Albright, P.A. be and is

hereby STRICKEN.

_____
United States District Judge

### END OF ORDER

\_\_\_ Fee_____
\_\_\_ Process_____
X \_ Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No._____