## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No.: 1657 |
| | * | Plaintiff: Boyd Joseph Austin |
| THIS RELATES TO BOYD JOSEPH AUSTIN v. MERCK & CO., INC. | * * * * * | SECTION L JUDGE FALLON |
| Civil Action No.: 2:07-CV-05433 | * | MAG. JUDGE KNOWLES |

## MOTION TO STRIKE APPEARANCE OF COUNSEL
## FOR PLAINTIFF BOYD JOSEPH AUSTIN

David F. Albright, Jr. and Bennett & Albright, P.A. hereby file this Motion to Strike Appearance of Counsel for Plaintiff Boyd Joseph Austin, and state as follows:

1. That differences have arisen between undersigned counsel and Boyd Joseph Austin;

2. That pursuant to the Federal Rules of Civil Procedure, undersigned counsel has sent by mail to Boyd Joseph Austin, at least five (5) days prior to the date of filing of this Motion, notice advising Boyd Joseph Austin of counsel's proposal to withdraw and notifying Boyd Joseph Austin that he must have new counsel enter an appearance or be subject to judgment by default on claims against him; and

3. That no prejudice will result to Boyd Joseph Austin as a result of the withdrawal of undersigned counsel, due to the fact that undersigned counsel has complied with all requirements of the current scheduling order, and no hearing or trial date has been set; and

4.  That undersigned counsel has previously filed via ECF this Motion to Strike Appearance and proposed Order as by the attached LexisNexis File and Serve Transaction Receipt attached hereto as Exhibit A.

WHEREFORE, David F. Albright, Jr. and Bennett & Albright, P.A. hereby request that this Honorable Court strike their appearance in this case.

> David F. Albright, Jr.
> Trial Bar No.: 02234
> Bennett & Albright, P.A.
> 200 Court Square Building
> 200 E. Lexington Street
> Baltimore, Maryland 21202
> (410) 727-2168

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2007, a copy of the foregoing Motion with attached proposed Order was mailed first-class mail, postage pre-paid, to the following:

> Paul Farrell Strain, Esquire
> Stephen Edward Marshall, Esquire
> Venable, LLP
> 1800 Mercantile Bank & Trust Bldg.
> Two Hopkins Plaza, Suite 1800
> Baltimore, MD 21201

David F. Albright, Jr.