## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 17500570 |
| **Submitted by:** | Barbara Scott, Bennett & Albright PA |
| **Authorized by:** | David F Albright, Bennett & Albright PA |
| **Authorize and file on:** | Dec 3 2007 1:41PM CST |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Austin Vioxx |

**Documents List**
**2 Document(s)**

Attached Document, 2 Pages   Document ID: 12393990                 PDF Format | Original Format
**Document Type:**                  **Access:**                    **Statutory Fee:**   **Linked:**
Motion                              Secure Public                  $0.00
**Document title:**
Motion to Strike Appearance of Counsel for Plaintiff Boyd Joseph Austin

Attached Document, 1 Pages   Document ID: 12394010                 PDF Format | Original Format
Related Document ID: 12393990
**Document Type:**                  **Access:**                    **Statutory Fee:**   **Linked:**
Proposed Order                      Secure Public                  $0.00
**Document title:**
proposed Order

Expand All

☐ **Sending Parties (1)**

    **Party**   **Party Type**   **Attorney**   **Firm**   **Attorney Type**
    Plaintiff  Interested Party  Albright, David F  Bennett & Albright PA  Attorney in Charge

☐ **Recipients (1775)**

   ☐ Service List (1775)

   ☐ Additional Recipients (0)

☐ **Case Parties**

[Close]

   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

EXHIBIT A