UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No.: 1657 |
| | | Plaintiff: Boyd Joseph Austin |
| THIS RELATES TO BOYD JOSEPH AUSTIN v. MERCK & CO., INC. | * * * * | SECTION L |
| Civil Action No.: 2:07-CV-05433 | * * * * | JUDGE FALLON MAG. JUDGE KNOWLES |

## ORDER GRANTING MOTION TO STRIKE APPEARANCE OF COUNSEL FOR PLAINTIFF BOYD JOSEPH AUSTIN

Having reviewed the Motion to Strike Appearance of Counsel for Plaintiff Boyd Joseph Austin, in the above-entitled action, pursuant to the Federal Rules of Civil Procedure, it is this 8th day of January, 2008, hereby ORDERED:

1. That the Motion to Strike Appearance of Counsel for Plaintiff Boyd Joseph Austin be and is hereby GRANTED;

2. That the withdrawal of David F. Albright, Jr. and Bennett & Albright, P.A. be and is hereby APPROVED; and

3. That the appearance of David F. Albright, Jr. and Bennett & Albright, P.A. be and is hereby STRICKEN.

United States District Judge

**END OF ORDER**

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___