UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

At the request of the movants,

IT IS ORDERED that the Motion for Declaratory Judgment That Certain Provisions of the Settlement Agreement are Unenforceable (Rec. Doc. No. 13157) is hereby CONTINUED WITHOUT DATE. The parties shall contact the Court in order to reset this motion for hearing.

New Orleans, Louisiana, this  9th  day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE