UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relate to: | Judge Fallon |
| *Terry Lanham v. Merck & Co, Inc.*<br>Docket Number: 2:06-cv-10252 | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

E. Ed Bonzie and E. Ed Bonzie, P.C., respectfully moves to withdraw as counsel of record for Terry Lanham in the above captioned multi-district litigation.

There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege.  Counsel affirms that reasonable grounds exist for the Court to grant this Motion.  Counsel has advised Plaintiff of his intent to withdraw and Plaintiff has not objected to the withdrawal.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address, 322 S. Highland Avenue, Midwest City, Oklahoma  73110.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: January 10, 2008.

Respectfully submitted,

/s/E. Ed Bonzie
E. Ed Bonzie
Oklahoma Bar No.: 15190
*E. ED BONZIE, P.C.*
8201 S. Walker
Oklahoma City, Oklahoma   73139
Telephone: (405) 631-1021
Facsimile;   (405) 616-2488
E-mail: ebonzie@sbcglobal.net
Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Motion To Withdraw As Counsel Of Record has been served on Liaison Counsel Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or y hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th  day of January, 2008.

/s/E. Ed Bonzie
E. Ed Bonzie
Oklahoma Bar No.: 15190
*E. ED BONZIE, P.C.*
8201 S. Walker
Oklahoma City, Oklahoma   73139
Telephone: (405) 631-1021
Facsimile;   (405) 616-2488
E-mail: ebonzie@sbcglobal.net
Counsel for Plaintiff