UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX

PRODUCTS LIABILITY LITIGATION

This document relate to:

*Terry Lanham v. Merck & Co, Inc.*
Docket Number: 2:06-cv-10252

MDL Docket No. 1657

Section L

Judge Fallon

Magistrate Judge Knowles

### ORDER

Plaintiff's counsel moves to with draw as counsel for Plaintiff. Accordingly, the Court, being fully advised rules as follows:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Motion to Withdraw as Counsel for Record by E. Ed Bonzie and E. Ed Bonzie, P.C. is hereby granted.

DATE: _____

_____
Honorable Eldon Fallon