UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION l (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## ORDER

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay for Purposes of Conducting Discovery Regarding Certain Records In the Possession of The Food and Drug Administration;

IT IS ORDERED BY THE COURT that the stay in this matter is hereby lifted insofar as and only to the extent of the Plaintiffs' Steering Committee conducting discovery regarding obtaining certain records in the possession of The Food and Drug Administration.

New Orleans, Louisiana, this ____ day of _____, 2008.

 

Honorable Eldon E. Fallon
U.S. District Judge