UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| **Edward Drozd, et al.** v. Merck & Co., Inc., | * | MAG. JUDGE KNOWLES |
| Civ. Action No. 06-11111 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Edward Drozd and Dorothy Drozd, and Defendant Merck & Co., Inc. ("Merck"), through their respective undersigned counsel, that:

1. All claims brought by Plaintiffs Edward Drozd and Dorothy Drozd against Merck in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and Merck is dismissed from this action; and

2. Each party is to bear its own costs and attorneys' fees.

906913v.1

Dated: January 10, 2008

AGREED TO:

| | |
|---|---|
| CARAVONA & CZACK, P.L.L. | STONE PIGMAN WALTHER WITTMANN LLC |
| By:   /s/ Thomas J. Silk<br>       Thomas J. Silk | By:   /s/ Phillip A. Wittmann<br>       Phillip A. Wittmann |
| 50 Public Square #1900<br>Cleveland, Ohio 44113 | 546 Carondelet St.<br>New Orleans, LA 70130 |
| *Attorneys For Plaintiffs* | *Attorneys for Defendant* |

906913v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of January, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

906913v.1