UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * | |
| * | MDL NO.1657 |
| In re: VIOXX * | |
| PRODUCTS LIABILITY LITIGATION * | SECTION: L |
| * | |
| This document relates to: * | |
| Lynda Lowe v. PJC Realty, et. al., * | JUDGE FALLON |
| (E.D. La. 2:O5-cv--06173) * | |
| * | MAG. JUDGE KNOWLES |
| * | |
| * * * * * * * | |

MOTION TO SUBSTITUTE COUNSEL AND
TO DESIGNATE NEW TRIAL ATTORNEY

COME NOW Plaintiff and her counsel of record, Anthony J. Tarricone, and her new attorneys, Kenneth W. Smith and Stanley Helinski, and move this Honorable Court for entry of an order substituting Kenneth W. Smith, 225 Reinekers Lane, Suite 690, Alexandria, Virginia 22314, and Stanley Helinski, 101 Tremont Street, Suite 911, Boston, Massachusetts 02108, as counsel in the place and stead of Anthony Tarricone, and to designate Kenneth W. Smith, as the Plaintiff's Trial Attorney.

Further, Kenneth W. Smith and Stanley Helinski request that the Clerk and all parties note the entry of their appearance as co-counsel herein and enter said appearance on the Court's docket.

Please direct a copy of all further pleadings and notices to the following:

Kenneth W. Smith

1

225 Reinekers Lane, Suite 690
Alexandria, VA 22314
Tel (703) 778-5978
Fax (703) 549-4604
Kws6619@msn.com

WHEREFORE, the undersigned respectfully request that the Court grant said motion and allow the withdrawal of Anthony Tarricone in this matter and, in his stead, enter the appearance of Kenneth W. Smith, and Stanley Helinski, as counsel for plaintiff, and designate Kenneth W. Smith as Trial Attorney for Plaintiff, and for such further and other relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

PLAINTIFF LYNDA LOWE
By Counsel

/s/ Anthony Tarricone
Anthony Tarricone
Sarrouf, Tarricone, & Flemming, P.C.
95 Commercial Wharf
Boston, MA 02110
Tel 617-227-5800

/s/ Kenneth W. Smith
Kenneth W. Smith
225 Reinekers Lane, Suite 690
Alexandria, VA 22314
Tel (703) 778-5978
Fax (703) 549-4604
Kws6619@msn.com

/s/ Stanley Helinski
Stanley Helinski
101 Tremont Street, Suite 911
Boston, MA 02108
Tel (617) 620-6313
shelinski@gmail.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system and I further certify that I faxed the foregoing document and the notice of electronic filing by first-class mail to Liaison Counsel for Plaintiffs and Defendants.

/s/ Kenneth W. Smith
Kenneth W. Smith
225 Reinekers Lane, Suite 690
Alexandria, VA 22314
Tel (703) 778-5978
Fax (703) 549-4604
Kws6619@msn.com