UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * | | |
| | * | MDL NO.1657 |
| In re: VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | |
| Lynda Lowe v. PJC Realty, et. al., | * | JUDGE FALLON |
| (E.D. La. 2:O5-cv--06173) | * | |
| | * | MAG. JUDGE KNOWLES* |
| * * * * * * * | | |

ORDER
===

CONSIDERING THE FOREGOING:

    IT IS ORDERED THAT, Anthony J. Tarricone, Esquire, should be permitted to withdraw as counsel for plaintiff and Kenneth W. Smith, Esquire, and Stanley Helinski, Esquire, be substituted as Counsel of Record for Plaintiff.

    New Orleans, Louisiana, this _____ day of _____, 2008.

                                                                        United States District Judge