MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Donald Bosch

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Florence Reiter<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br>**ORDER GRANTING THE SUBSTITUTION OF DONALD BOSCH FOR HIS DECEASED MOTHER FLORENCE REITER** |
|---|---|

Based upon Donald Bosch's memorandum, and good cause appearing therefore, it is hereby ORDERED that Donald Bosch will be substituted for his deceased mother on behalf of the heirs of his mother, Florence Reiter.

New Orleans  DATED this 10th day of January, 2008.

BY THE COURT:

_____
Eldon E. Fallon
United States District Judge