UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION        : SECTION: L
                                            :
                                            : JUDGE FALLON
                                            : MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court issues this Order to enter the attached letter from Jeffrey Praschak into the record. Mr. Praschak's correspondence also contained copies of his medical records which shall be retained by the Court. The Court is forwarding copies of Mr. Praschak's correspondence to Liaison Counsel for their review.

New Orleans, Louisiana, this  9th  day of January, 2008.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Jeffrey C. Praschak
1943 John Gray Road
Cincinnati, OH  45240


Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130