RECEIVED

JAN 9 2008

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Jan. 7, 2008

Jeffrey C. Praschak
1943 John Gray Rd.
Cincinnati, OH 45240

Dear Judge Fallon,

I feel I have been unjustly omitted from the Vioxx Settlement and I'm compelled to write this letter to you and explain why.

In September of 2003 I had a work related injury (twisted my knee) and I had torn meniscus that required simple arthroscopic surgery. Upon my initial visit to the medical clinic near where I was working the doctor prescribed Vioxx 25mg. 1-2 tablets per day. From that day in Sept. 03 until Vioxx was taken off the market I routinely took the drug.

I had the surgery in Dec. 03 and subsequently had to have an additional arthroscopic surgery on that same knee in March of 2004. After the surgery in March when I returned to my orthopedic surgeon to have the four single stitches removed I was complaining of abnormal swelling and cramping in my calf.

Page 2

Since my surgeon was in Tampa Florida and I was going to travel back to Ohio to do my rehab the doctor wanted to have me undergo a doppler scan on my leg since I wasn't going to be in his local area for over a month while I was in therapy.

He sent me to a vascular surgeon for the scan that next day at 5pm. The surgeons office hours were closed and only the nurse was there waiting to do this scan on me and during the procedure she found over 20 superficial blood clots in my upper calf region but she also found a large blood clot in my deep system. She photographed the clots and she had me sit in the offices waiting room which was dark and closed for the day while the nurse tried to reach the surgeon by phone. She had to interrupt him at a speaking engagement for a fund raiser to give him my troubling news. He immediately called in an emergency prescription and I was to take ALL of the drugs at once as soon as I got them from the pharmacy. They were blood thinners and I was to return to the vascular surgeon first thing the following morning.

Page 3

The following day I saw the surgeon and he told me of the clot in my Deep System (Vein) and how very serious threat it posed to my life if it broke loose. He fitted me with a compression stocking and another prescription of blood thinners and 83mg. aspirin. He contemplated having me hospitalized and putting me on the I.V.'s or "clot busters" as he called the intravenous treatments but was going to try the medications first instead.

I spent 4 long agonizing weeks in that condition not knowing if the clot was going to break loose, and kill me or what.

I'll cut this long story short since I'm rambling on with details.

I got through the blood clots in about 5 weeks and went on to my regular life I was still taking Vioxx since I still was having pain in that knee even after the blood clot incident since the doctors didn't know yet about the dangers that Merck was witholding.

It was about 2 months after Vioxx was taken off the market I required 2 more additional surgeries (Arthroscopic) to that same knee and I had not been taking Vioxx and I didn't have any complications whatsoever.

PAGE 4

JUDGE FALLON I AM A PERFECTLY HEALTHY MAN, I WAS 46 YEARS OLD THEN, I HAVE NO HISTORY OF ANY CORONARY PROBLEMS OR HIGH BLOOD PRESSURE NOR ANY OTHER MEDICAL HISTORY OF HEALTH PROBLEMS. I HAVE NEVER SMOKED CIGARETTES EVER, I DON'T DO DRUGS OR ABUSE ALCOHOL. I EAT RIGHT AND I WORKOUT IN THE GYM, I'm NOT OVERWEIGHT. THERE IS NO UNDERLYING REASON SOMEONE WOULD HAVE THESE LIFE THREATENING BLOOD CLOTS LIKE I HAD EXCEPT FOR THE VIOXX I WAS TAKING DAILY. AND THEN I HAD 2 MORE SURGERIES AFTER I WAS OFF VIOXX WITH NO COMPLICATIONS!

SINCE BLOOD CLOTS ARE VIRTUALLY UNDETECTIBLE UNLESS THEY BLOCK AN ARTERY OR VEIN THERE ARE PROBABLY NOT BUT A SMALL HANDFUL OF People IN THAT VIOXX LAW SUIT (OR EVEN I MIGHT BE THE ONLY ONE) WITH DOCUMENTED EVIDENCE.

I FEEL I HAVE DAMAGES AND SINCE BLOOD CLOTS ALONE WERE NOT IN THE SETTLEMENT I THINK THEY SHOULD BE INCLUDED.

I RODE AMBULANCE FOR A VOLUNTEER FIRE DEPT. AND WAS AN EMERGENCY MEDICAL TECHNICIAN (EMT) FOR YEARS WHEN I WAS IN MY 20's.

I HAVE SEEN MANY STROKE AND HEART ATTACK VICTIMS AND FOR PEOPLE WHO WERE HAVING A

PAGE 5

MINOR HEART ATTACK, THE MAJORITY OF THEM WERE TREATED IN THE SAME MANNER AS I WAS, WITH BLOOD THINNER MEDICATION.

I HAD A LAW FIRM IN TAMPA HANDLING MY VIOXX CLAIM, UNTIL THE SETTLEMENT ONLY MENTIONED STROKE AND HEART ATTACK VICTIMS. THEY RECENTLY DUMPED ME AND I WAS TOLD I HAVE A CASE (A GOOD CASE) BUT THEY DIDN'T WANT TO PURSUE IT IN MY BEHALF. IT WASN'T A BIG ENOUGH CASE THEY TOLD ME. SO I'M IN SEARCH OF A NEW ATTORNEY AT THIS TIME.

JUDGE FALLON WHAT I ULTIMATELY WOULD LIKE TO SEE HAPPEN IS THAT YOU LOOK AT THE CIRCUMSTANCES OF MY CASE AND GET MERCKS PEOPLE TO REALIZE THAT SOMEONE (LIKE ME) ALTHOUGH I DIDN'T HAVE A STROKE OR HEART ATTACK I DID INCURR DAMAGES. MY LIFE WAS IN DANGER JUST AS MUCH AS A MILD HEART ATTACK VICTIM, I WAS JUST LUCKY ENOUGH THAT MY ORTHOPEDIC SURGEON CAUGHT AND READ MY SYMPTOMS CORRECTLY. IF HE DIDN'T I MIGHT HAVE BEEN A PERFECTLY HEALTHY MAN THAT DROPPED DEAD SUDDENLY WITHOUT CAUSE.

PAGE 6

ALSO JUDGE FALLON IF THE PUBLIC IS ALLOWED IN YOUR COURTROOM ON JANUARY 18th I WILL BE THERE. MAYBE YOU WOULD ALLOW ME TO ADDRESS YOUR COURT WITH MY STORY AND I WILL HAVE ALL MY DOCUMENTS WITH ME ALSO.

I KNOW YOU MUST BE VERY BUSY AND I THANK YOU FOR TAKING THE TIME TO READ THIS AND I SINCERELY HOPE AFTER HEARING ME OUT THAT VICTIMS SUCH AS I WON'T BE LEFT OUT.

WHO KNOWS I MIGHT BE THE ONLY ONE WITH A DOCUMENTED CASE OF ~~BLOOD~~ SERIOUS BLOOD CLOTS THAT CAN ONLY BE EXPLAINED BY THE HARMFUL SIDE EFFECTS OF THE VIOXX.

I AM A HARD WORKING CITIZEN OF THE UNITED STATES OF AMERICA AND I HAVE FAITH IN THE LAW AND JUDICIAL SYSTEM.

I HOPE YOU HAD A GOOD HOLIDAY SEASON AND FEEL FREE TO CONTACT ME AT THE ADDRESS I GAVE OR YOU CAN CALL ME IF YOU FEEL ITS NECESSARY.

I WILL SEE YOU JANUARY 18th.

SINCERELY