UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court issues this Order to enter the attached letter from Dorothy Griffin into the record. Ms. Griffin previously wrote the Court regarding her claim (Rec. Doc. No. 13136). Enclosed with her letter, Ms. Griffin sent to the Court several original copies of records containing private and personal information. The Court will return Ms. Griffin's records to her as it is improper for the Court to retain such documents. Plaintiffs' Liaison Counsel is directed to contact Ms. Griffin to discuss MDL No. 1657 and her claim.

New Orleans, Louisiana, this 9th day of January, 2008.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Dorothy Griffin
1426 Hillside Circle
Lindale, TX  75771

Fee ____
Process ____
X  Dktd ____
CtRmDep ____
Doc. No. ____

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113