11-30-07

United States District Court
Eastern District of Louisiana
IN RE: VIOXX ® Products
Liability Litigation
&
IN RE: Celadon Trucking Co.
ONE Celadon Dr.
Indianapolis, IN.

I am sending you a copy of my Records with Celadon from Hadley Hospital. That is just the beginning of my Records, Also show I was given VIOXX medication for my pain. Dr. Vona was left Not paid, I had to File Bankrupsy $6,000, Also on my Co pays too. I never received any Workers Compasation from Celadon Trucking Co. I have to live with this pain from the injury of Celadon for the rest of my life. I only get $309.00 from S.S. That's not enough for nobody to live on. I hope you all can make Celadon Trucking Co. pay me & for my medical Bills too. The only reason why some of my bills was paid 80%, was because I paid for my own Insurance every Week was taken out of my check. Until I was unable to pay after I got hurt on their Job.

Thank you

**TENDERED FOR FILING**

JAN - 2 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dorothy A. Griffin
1426 Hillside Circle
Lindale, TX. 75771

S.S. # ████████