P:\VIOXX DOCUMENTS (ALL)\SETTLEMENT DOCS\Certificate Service.wpd

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: VIOXX®** | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| | * MAG. JUDGE KNOWLES |

*********************** *

### CERTIFICATE OF SERVICE

Pursuant to Pretrial Order Nos. 31, 31(A) and 31(B), in the Vioxx Resolution Program, this certifies that the Registration Affidavit in Adobe PDF format and the completed Exhibit 1 in Excel format have been sent to the Claims Administrator via email address of claimsadmin@browngreer.com on this ____ day of January, 2008.

Respectfully submitted,

**Andrew S. Goldwasser, Esq.**
Ciano & Goldwasser, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113
phone: 216-658-9900/fax: 216-658-9920
email: asg@c-g-law.com