## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Billy Stanaland, ) | |
| ) | |
| Plaintiff, ) | Court File No. 05-3398 |
| ) | |
| vs. ) | |
| ) | **MOTION FOR WITHDRAWAL** |
| Merck, Inc. ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Ronald S. Goldser and Stacy K. Hauer as counsel of record moves on behalf of Zimmerman Reed, P.L.L.P. to withdraw from the representation of the Plaintiff in this matter. In support of this motion, the undersigned states as follows:

1. Plaintiff Billy Stanaland passed away on or about June 1, 2005. The above named counsel has made repeated attempts to contact Plaintiff's family regarding Plaintiff's case. Plaintiff's counsel has been unsuccessful in all respects. Plaintiff's counsel has attempted to contact Plaintiff's family via telephone, e-mail and mail. Plaintiff's family has not responded to any of Plaintiff's counsel's repeated attempts to contact them and therefore, the undersigned has no authority to move the Court to substitute any person as a proper party. Therefore, Plaintiff's counsel has no choice but to ask this Honorable Court to allow Zimmerman Reed, P.L.L.P. to withdraw as counsel of record.

2. Written notice of the filing of this Motion and proposed Order will be sent to

Plaintiff's last known mailing address.

WHEREFORE, the undersigned respectfully requests on behalf of Zimmerman Reed, P.L.L.P., the Court grant their motion to withdraw as counsel of record in this matter.

Respectfully submitted this 11$^h$ day of January, 2008.

ZIMMERMAN REED, P.L.L.P.

Ronald S. Goldser #35932
Stacy K. Hauer - #317093
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612)341-0400

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Ann R. Hansen, certify that a true and correct copy of the foregoing was electronically served to counsel of records via ECF on this 11th day of January, 2008.

Ann R. Hansen

2