# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Billy Stanaland,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Merck, Inc.<br><br>　　　　　Defendants. | Court File No. 05-3398<br><br>**(Proposed) ORDER** |

Based upon the information submitted by Plaintiff's counsel, Plaintiff's counsel's request to withdraw as counsel for the Plaintiff is granted.

IT IS HEREBY ORDERED, that Ronald S. Goldser, and the law firm of Zimmerman Reed PLLP is withdrawn as counsel for plaintiff Billy Stanaland.

_____
U.S. District Court Judge