UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Lynda Lowe v. PJC Realty, et. al.,<br>(E.D. La. 2:O5-cv--06173) | MDL NO.1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES* |

ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED THAT, Anthony J. Tarricone, Esquire, should be permitted to withdraw as counsel for plaintiff and Kenneth W. Smith, Esquire, and Stanley Helinski, Esquire, be substituted as Counsel of Record for Plaintiff.

New Orleans, Louisiana, this 11th day of January, 2008.

_____
United States District Judge