# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relate to: | Judge Fallon |
| *Terry Lanham v. Merck & Co, Inc.*<br>Docket Number: 2:06-cv-10252 | Magistrate Judge Knowles |

## ORDER

Plaintiff's counsel moves to with draw as counsel for Plaintiff. Accordingly, the Court, being fully advised rules as follows:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Motion to Withdraw as Counsel for Record by E. Ed Bonzie and E. Ed Bonzie, P.C. is hereby granted.

New Orleans, Louisiana, this 11th day of January, 2008.

_____
Honorable Eldon Fallon