UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                       *        MDL NO. 1657
                                                    *
PRODUCTS LIABILITY LITIGATION                       *        SECTION L
                                                    *
                                                    *        JUDGE FALLON
                                                    *        MAG. JUDGE KNOWLES
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE OF REGISTRATION AFFIDAVIT AND EXHIBIT 1 FOR THE LAW FIRM OF SILVESTRI & MASSICOT

I hereby certify that on the 14th day of January 2008, the Registration Affidavit (in PDF format), Exhibit 1 Claims Spreadsheet (in Excel format) and this Certificate of Service (in PDF format) have been served via electronic mail on the Claims Administrator at claimsadmin@browngreer.com in accordance with Pretrial Order No. 31(B).

SILVESTRI & MASSICOT

BY: _____
John Paul Massicot, LSBA 9033
3914 Canal Street
New Orleans, LA 70119
Telephone: 504-482-3400
Fax: 504-488-6082
johnmass@hotmail.com