UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | : | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L (3)** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

On November 9, 2007, the parties announced that Merck & Co., Inc.("Merck") and the Plaintiffs' Steering Committee had reached a settlement to resolve Vioxx related claims in which a claimant has suffered a heart attack, sudden cardiac death, or stroke. Accordingly, the parties entered into the Settlement Agreement, dated as of November 9, 2007, between Merck and the Counsel Listed on the Signature Pages (the "Settlement Agreement") (a copy of the Settlement Agreement can be viewed at http://www.officialvioxxsettlement.com/documents). The Settlement Agreement contemplates the appointment of an individual who will fulfill the functions of the "Special Master" under the terms of the Settlement Agreement. The Settlement Agreement also contemplates the appointment of "Deputy Special Masters" who will assist the Special Master in the discharge of his duties under the Settlement Agreement.

By this Order, the Court, formally appoints Mr. Patrick A. Juneau to serve as Special Master under the terms of the Settlement Agreement. This appointment is made pursuant to terms of the Settlement Agreement (*see* Sections 6.1.1 and 17.1.83 of the Settlement Agreement),

the inherent authority of the Court and any applicable Federal Rule of Civil Procedure.

The Special Master shall be compensated from the Administrative Expenses Fund, as defined by the Settlement Agreement. Additionally, all decisions rendered by the Special Master shall be in writing and shall be made of record.

New Orleans, Louisiana, this 14th day of January, 2008.

UNITED STATES DISTRICT JUDGE