IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ALEXANDER JOHNSON, JAMES JOHNSON,
CAROLYN KEMP, EDDIE KIMBLE, BRAD
KING, JESSIE KING, JAMES KNOWLES,
WILLIE MARSHALL, HENRY MASK,
PATRICIA McALISTER, BOBBY McVAY,
B.T. PATTON, JERRY POTTS, ALICIA
PRICE and MARY PRICE

MDL 1657

PLAINTIFFS

VS.

CASE NO. 07-9588

MERCK & CO., INC.

DEFENDANT

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs' Motion to Remand will come on for hearing before this Honorable Court on February 13, 2008, at 9:00 a.m. in the United States District Court for the Eastern District of Louisiana before the Honorable Eldon E. Fallon.

NOTICED, this the 10th day of January, 2008.

ALEXANDER JOHNSON, JAMES JOHNSON,
CAROLYN KEMP, EDDIE KIMBLE, BRAD
KING, JESSIE KING, JAMES KNOWLES,
WILLIE MARSHALL, HENRY MASK,
PATRICIA McALISTER, BOBBY McVAY,
B.T. PATTON, JERRY POTTS, ALICIA
PRICE and MARY PRICE
Plaintiffs

BY: _____
JASON L. SHELTON
Attorney for Plaintiffs
Mississippi Bar No. #99676

1

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

2

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Notice of Hearing** to the following counsel of record:

> Alyson B. Jones, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> P.O. Box 22567
> Jackson, MS 39225-2567

This, the __12__ day of January, 2008.

_____
JASON L. SHELTON