

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JAMES L. BARNES, WILLIE BERRY,
BARBARA BISHOP, JEAN BRAMLETT,
BARBARA CHISM, ALICE COLLIER,
BETTY COLLIER, DEBRA COPELAND,
CHESTER COWLEY, EMMA CRAYTON,
SALLY CROWELL, PHILIX EWING,
DEBRA FIELDS and ANNIE GATES

MDL 1657

PLAINTIFFS

VS.                                             CASE NO. 07-9589

MERCK & CO., INC.                               DEFENDANT

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs' Motion to Remand will come on for hearing before this Honorable Court on February 13, 2008, at 9:00 a.m. in the United States District Court for the Eastern District of Louisiana before the Honorable Eldon E. Fallon.

NOTICED, this the 10th day of January, 2008.

JAMES L. BARNES, WILLIE BERRY,
BARBARA BISHOP, JEAN BRAMLETT,
BARBARA CHISM, ALICE COLLIER,
BETTY COLLIER, DEBRA COPELAND,
CHESTER COWLEY, EMMA CRAYTON,
SALLY CROWELL, PHILIX EWING,
DEBRA FIELDS and ANNIE GATES
PLAINTIFFS

BY: _____
JASON L. SHELTON
Mississippi Bar No. 99676

1

OF COUNSEL:

SHELTON & ASSOCIATES, P. A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI  38802-1362
TELEPHONE (662)842-5051
FACSIMILE (662) 841-1941

2

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Notice of Hearing** to the following counsel of record:

Alyson B. Jones, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

This, the 12 day of January, 2008.

JASON L. SHELTON

3