IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



LEATRICK FOSTER, VIOLA FOSTER,
LILLIE GUYTON, NANCY HALL,
BRENDA HARE, DORIS HAUGHTON,
OCIE HAUGHTON, TERRY DALE HELMS,
SHARON HICKMAN, EARL HILL, BRENDA
HORTON, ELLIS HOSKINS, CONNIE
IVORY and JENNY LYNN JOHNSON

*MDL 1657*

PLAINTIFFS

VS.

CASE NO. 07-9596

MERCK & CO., INC.

DEFENDANT

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Plaintiffs' Motion to Remand will come on for hearing before this Honorable Court on February 13, 2008, at 9:00 a.m. in the United States District Court for the Eastern District of Louisiana before the Honorable Eldon E. Fallon.

**NOTICED**, this the 10th day of January, 2008.

> LEATRICK FOSTER, VIOLA FOSTER,
> LILLIE GUYTON, NANCY HALL,
> BRENDA HARE, DORIS HAUGHTON,
> OCIE HAUGHTON, TERRY DALE HELMS,
> SHARON HICKMAN, EARL HILL,
> BRENDAHORTON, ELLIS HOSKINS,
> CONNIE IVORY, and JENNY LYNN
> JOHNSON
> Plaintiffs
>
> BY: _____
> JASON L. SHELTON
> Attorney for Plaintiffs
> Mississippi Bar No. #99676

1

OF COUNSEL:

**SHELTON & ASSOCIATES, P.A.**
**218 NORTH SPRING STREET**
**POST OFFICE BOX 1362**
**TUPELO, MISSISSIPPI 38802-1362**
**(662) 842-5051/ TELEPHONE**
**(662) 841-1941/ FACSIMILE**

2