IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TOMMY LEE IVY                                                                           PLAINTIFF

VS.                                                                    CASE NO. 07-9599

MERCK & CO., INC.                                                                      DEFENDANT

MDL 1657
L

## MOTION TO REMAND
## TO STATE COURT

**COMES NOW,** the Plaintiff, by and through the undersigned counsel of record, and submits this, his **Motion to Remand** to the Circuit Court of Chickasaw County, Mississippi, and in support thereof, would show unto this Honorable Court the following:

I.

Plaintiff initiated this cause on September 28, 2007, by filing his Complaint in the Circuit Court of Chickasaw County, Mississippi, and that the Plaintiff specifically chose said Court out of the permissible jurisdictions because of the low amount of damages sought in his Complaint.

II.

Plaintiff claims that Defendant, Merck & Co., Inc., manufactured the drug Vioxx, and as a result of his ingesting this drug, Plaintiff has experienced emotional and physical health problems as a direct and proximate cause of Defendant's negligent actions. The Plaintiff has not, however, experienced health-related problems to the extent that he would qualify for relief under the existing Multi-District Litigation.

III.

1

On November 8, 2007, Defendant, Merck & Co., Inc., filed a Notice of Removal with the United States District Court, stating that diversity jurisdiction applies, and that the proper forum for this action is federal court, and that the matter should be transferred to Multi-District Litigation. The Plaintiff respectfully disagrees with the Defendant's assertion that diversity exists, or that the case should be transferred to the Multi-District Litigation. The Plaintiff specifically disagrees with the Defendant's assertion that diversity exists on the face of the Complaint, and would respectfully assert that it is the lack of diversity and lack of subject matter jurisdiction, which is apparent on the face of the Complaint.

## IV.

Plaintiff asserts that the amount in controversy does not exceed $75,000.00, as Plaintiff specifically stated in his Complaint he was "seeking damages not to exceed the amount of $75,000.00 collectively." Therefore, the District Court of the United States does not have original diversity jurisdiction, pursuant to 28 U.S.C. §1332(a).

## V.

That pursuant to 28 U.S.C. §1331, Plaintiffs asserts that this Honorable Court does not have subject matter jurisdiction, as no federal question exists. Plaintiff clearly states in his Complaint that "this cause of action is brought pursuant only to causes of actions which exist under the laws of the State of Mississippi." The Plaintiff has asserted no claims for relief under Federal Law.

## VI.

Plaintiff further asserts that this cause of action should not be referred for Multi-District Litigation, since his cause of action is not one for which the Multi-District Litigation is designed to resolve. For a case to be sent to Multi-District Litigation it must be a federal case and meet the criteria set forth in said Multi-District Litigation. The Plaintiff's Complaint was filed in state court and asserted claims over which a federal court does not have jurisdiction.

### VII.

Plaintiff asserts that the Circuit Court of Chickasaw County, Mississippi, is the proper forum for this cause of action to proceed, and respectfully asserts that this cause of action should be remanded to the Circuit Court of Chickasaw County, Mississippi, for further proceedings.

### VIII.

That this Motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests that this Honorable Court grant his Motion to Remand to state court and remand this cause of action to the Circuit Court of Chickasaw County, Mississippi, and for any other and further relief, whether general or specific, to which the Plaintiff may be entitled in said premises.

Respectfully submitted, this, the 4 day of January, 2008.

                                              **TOMMY LEE IVY**
                                              **Plaintiff**

BY: _____
         **JASON L. SHELTON**
         **Attorney for Plaintiff**
         **Mississippi Bar No. #99676**

**OF COUNSEL:**

**SHELTON & ASSOCIATES, P.A.**
**218 NORTH SPRING STREET**
**POST OFFICE BOX 1362**
**TUPELO, MISSISSIPPI 38802-1362**
**(662) 842-5051/ TELEPHONE**
**(662) 841-1941/ FACSIMILE**

4

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Motion to Remand to State Court** to the following counsel of record:

>Alyson B. Jones, Esq.
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>P.O. Box 22567
>Jackson, MS 39225-2567

This, the 11 day of January, 2008.

JASON L. SHELTON

5