IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 1657

**TOMMY LEE IVY**  PLAINTIFF

VS.  CASE NO. 07-9599

**MERCK & CO., INC.**  DEFENDANT

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiff's Motion to Remand will come on for hearing before this Honorable Court on February 13, 2008, at 9:00 a.m. in the United States District Court for the Eastern District of Louisiana before the Honorable Eldon E. Fallon.

NOTICED, this the 10th day of January, 2008.

TOMMY LEE IVY
Plaintiff

BY: _____
JASON L. SHELTON
Attorney for Plaintiff
Mississippi Bar No. #99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

1

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Notice of Hearing** to the following counsel of record:

> Alyson B. Jones, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> P.O. Box 22567
> Jackson, MS 39225-2567

This, the 10 day of January, 2008.

JASON L. SHELTON