**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION          Section L

This document relates to:                   Judge Fallon

*Patricia Martinez v. Merck & Co., Inc.,*      Magistrate Judge Knowles
*et al.;* Docket Number: 2:07-cv-0864
_____/

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Patricia Martinez, individually and on behalf of all statutory beneficiaries of C.A. Coolie-Williams, deceased.

IT IS SO ORDERED.

New Orleans, Louisiana, this 15th day of January, 2008.

_____
Judge Eldon E. Fallon
United States District Court Judge