## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                          Section L

This document relates to:                              Judge Fallon

*Minh Tam Nguyen v. Merck & Co., Inc.,*                Magistrate Judge Knowles
*et al.;* Docket Number: 2:07-cv-0812

_____/

### ORDER

     Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff, Minh Tam Nguyen, individually and on behalf of all statutory beneficiaries of Phong Vu, deceased, including but not limited to Long Vu.

     IT IS SO ORDERED.

     New Orleans, Louisiana, this 15th day of January, 2008.

_____
Judge Eldon E. Fallon
United States District Court Judge