

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| This document relates to: 05-2080 | : JUDGE FALLON |
| LINDA E. DAVIS, and WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION, and UNITEDHEALTHCARE OF WISCONSIN, INC., v. MERCK & CO., INC., a foreign corporation Docket No. 2:05-cv-0343 WIED | : MAG. JUDGE KNOWLES |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark E. Colbert, attorney for Wisconsin Physicians Service Insurance Corporation (WPS), recently passed away. Due to Attorney Colbert's death, WPS now appears by Beth Eyster Shore, its attorney, in the above-entitled action and requests that copies of all papers in said action be served upon her at her office address set forth below.

Dated this 11th day of January, 2008.

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION

By: _Beth Eyster Shore_
Beth Eyster Shore
State Bar No. 1025586
Attorney for Involuntary Plaintiff
Wisconsin Physicians Service Ins. Corp.
1717 W. Broadway
P. O. Box 8190
Madison, WI 53708-8190
Tel: (608) 221-7137
Fax: (608) 223-5898
Email: beth.shore@wpsic.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

As I am not yet registered to file documents via the Court's ECF system, I hereby certify that on January 11, 2008, I have mailed by United States Postal Service the Wisconsin Physicians Service Insurance Corporation's (WPS) Notice of Appearance to the following:

Clerk of Court for the Eastern District of Louisiana, Attorney William M. Cannon, Attorney Matthew S. Mayer, Attorney Brett D. Stacey, Attorney Charles W. Cohen, Attorney Theodore V.H. Mayer, Attorney Todd M Weir, Attorney Vilia B. Hayes, Attorney Jennifer A Slater Carlson, and Attorney R. Fletcher Koch, and Attorney Joseph L. Loynoski, III.

Liaison Counsel:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*Plaintiffs' Liaison Counsel*

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
*Defendants' Liaison Counsel*

Dated this 11th day of January, 2008.

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION

By: _____
Beth Eyster Shore, Bar No. 1025586
Attorney for Involuntary Plaintiff
Wisconsin Physicians Service Ins. Corp.
1717 W. Broadway
P. O. Box 8190
Madison, WI 53708-8190
Tel: (608) 221-7137
Fax: (608) 223-5898
Email: beth.shore@wpsic.com