UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 16 2008

LORETTA G. WHYTE
CLERK

DONNA EARLE WAKEFIELD MILLER )
*Asministrntric of the Estate of* )
*Charles Ray Miller, Deceased;* )
                                )      MDL 1657
   Plaintiff;                   )      06-1462
                                )
v.                              )      ~~CV-01462-EEF-DEK~~
                                )
MERCK CORP., etc., et al.       )
                                )
   Defendants.                  )

## MOTION FOR SUBSTITUTION AND WITHDRAWAL

Wayne Morse, Jr. respectfully moves the Court to enter an order directing that he has withdrawn as counsel for Regional Paramedical Services, Inc., Michael Dotson and David Pharris. Jim Hughey and Haley Andrews, of the law firm of Lightfoot, Franklin & White LLC, hereby enter their appearance as counsel for Regional Paramedical Services, Inc., Michael Dotson and David Pharris.

DATE: December 27, 2007.

_____
Wayne Morse, Jr.

MORSE & DOLAN, P.C.
2323 Second Avenue North
Birmingham, AL 35203

_[signature]_
James F. Hughey, III
jhughey@lfwlaw.com

_[signature]_
Haley A. Andrews
handrews@lfwlaw.com

LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Phone: (205) 581-0700
Fax:     (205) 581-0799

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

DONNA EARLE WAKEFIELD MILLER )
*Asministratric of the Estate of* )
*Charles Ray Miller, Deceased;* )
)
    Plaintiff; )     CV-01462-EEF-DEK
)
v. )
)
MERCK CORP., etc., et al. )
)
    Defendants. )

## CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2008, I filed the foregoing with the clerk of the Court by United States Postal Service; and I hereby certify that I have mailed by United States Postal Service the document to the following attorneys of record:

| | |
|---|---|
| Mr. James C. King<br>Mr. Hank Wiley<br>King, Bryan & Wiley<br>P.O. Box 1688<br>Jasper, AL 35502-1688 | Mr. F. Wendell Allen<br>Ms. Anne Marie Seibel<br>Ms. Sarah L. Nichols<br>Ms. Elizabeth B. Mitchell<br>Bradley Arant Rose & White LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203 |

_____
Of Counsel