U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 15 2008
LORETTA G. WHYTE
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**JAMES L. BARNES, WILLIE BERRY, BARBARA BISHOP, JEAN BRAMLETT, BARBARA CHISM, ALICE COLLIER, BETTY COLLIER, DEBRA COPELAND, CHESTER COWLEY, EMMA CRAYTON, SALLY CROWELL, PHILIX EWING, DEBRA FIELDS and ANNIE GATES** **PLAINTIFFS**

**VS.** **CASE NO. 07-9589**

**MERCK & CO., INC.** **DEFENDANT**

---

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

---

**COMES NOW**, the above and aforementioned Plaintiffs, by and through counsel, and submits this, their **Plaintiffs' Request for Oral Argument** and in support thereof, states the following to-wit:

**I.**

That the Plaintiffs have filed several motions in the above styled and numbered cause of action pertaining to the issues of jurisdiction in this matter.

**II.**

That oral argument would be beneficial to this Honorable Court in resolving said issues pertaining to the jurisdiction issues pending before this Honorable Court.

**III.**

That this motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs, by and through counsel, respectfully prays upon this Honorable Court to and for any other and further relief, whether general or specific, to which the Plaintiffs may be entitled.

Respectfully submitted, this, the ____ day of January, 2008.

> JAMES L. BARNES, WILLIE BERRY,
> BARBARA BISHOP, JEAN BRAMLETT,
> BARBARA CHISM, ALICE COLLIER,
> BETTY COLLIER, DEBRA COPELAND,
> CHESTER COWLEY, EMMA CRAYTON,
> SALLY CROWELL, PHILIX EWING,
> DEBRA FIELDS and ANNIE GATES
> Plaintiffs
>
> BY: _____
> JASON L. SHELTON
> Attorney for Plaintiffs
> Mississippi Bar No. #99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

2

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Plaintiffs' Request for Oral Argument** to the following counsel of record:

>Alyson B. Jones, Esq.
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>P.O. Box 22567
>Jackson, MS 39225-2567

This, the _____ day of January, 2008.

_____
JASON L. SHELTON

3