IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEATRICK FOSTER, VIOLA FOSTER, LILLIE GUYTON, NANCY HALL, BRENDA HARE, DORIS HAUGHTON, OCIE HAUGHTON, TERRY DALE HELMS, SHARON HICKMAN, EARL HILL, BRENDA HORTON, ELLIS HOSKINS, CONNIE IVORY and JENNY LYNN JOHNSON | PLAINTIFFS |
| VS. | CASE NO. 07-9596 |
| MERCK & CO., INC. | DEFENDANT |

MDL 1657

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

**COMES NOW**, the above and aforementioned Plaintiffs, by and through counsel, and submits this, their **Plaintiffs' Request for Oral Argument** and in support thereof, states the following to-wit:

### I.

That the Plaintiffs have filed several motions in the above styled and numbered cause of action pertaining to the issues of jurisdiction in this matter.

### II.

That oral argument would be beneficial to this Honorable Court in resolving said issues pertaining to the jurisdiction issues pending before this Honorable Court.

### III.

That this motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs, by and through counsel, respectfully prays upon this Honorable Court to and for any other and further relief, whether general or specific, to which the Plaintiffs may be entitled.

Respectfully submitted, this, the _____ day of January, 2008.

>  **LEATRICK FOSTER, VIOLA FOSTER,
>  LILLIE GUYTON, NANCY HALL,
>  BRENDA HARE, DORIS HAUGHTON,
>  OCIE HAUGHTON, TERRY DALE HELMS,
>  SHARON HICKMAN, EARL HILL,
>  BRENDAHORTON, ELLIS HOSKINS,
>  CONNIE IVORY, and JENNY LYNN
>  JOHNSON
>  Plaintiffs**

BY: _____
JASON L. SHELTON
Attorney for Plaintiffs
Mississippi Bar No. #99676

**OF COUNSEL:**

**SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE**

2

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Plaintiffs' Request for Oral Argument** to the following counsel of record:

>Alyson B. Jones, Esq.
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>P.O. Box 22567
>Jackson, MS 39225-2567

This, the 10 day of January, 2008.

JASON L. SHELTON