IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 1657

| | |
|---|---|
| TOMMY LEE IVY | PLAINTIFF |
| VS. | CASE NO. 07-9599 |
| MERCK & CO., INC. | DEFENDANT |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

**COMES NOW**, the above and aforementioned Plaintiff, by and through counsel, and submits this, his **Plaintiff's Request for Oral Argument** and in support thereof, states the following to-wit:

**I.**

That the Plaintiff has filed several motions in the above styled and numbered cause of action pertaining to the issues of jurisdiction in this matter.

**II.**

That oral argument would be beneficial to this Honorable Court in resolving said issues pertaining to the jurisdiction issues pending before this Honorable Court.

**III.**

That this motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, by and through counsel, respectfully prays upon this Honorable Court to and for any other and further relief, whether general or specific, to which Plaintiff may be entitled.

Respectfully submitted, this, the ____ day of January, 2008.

1

            TOMMY LEE IVY
            Plaintiff

        BY: _____
            JASON L. SHELTON
            Attorney for Plaintiff
            Mississippi Bar No. #99676

**OF COUNSEL:**

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Plaintiffs' Request for Oral Argument** to the following counsel of record:

> Alyson B. Jones, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> P.O. Box 22567
> Jackson, MS 39225-2567

This, the 10 day of January, 2008.

_____
JASON L. SHELTON