UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

On November 9, 2007, the parties announced that Merck & Co., Inc.("Merck") and the Plaintiffs' Steering Committee had reached a settlement to resolve Vioxx related claims in which a claimant has suffered a heart attack, sudden cardiac death, or stroke. Accordingly, the parties entered into the Settlement Agreement, dated as of November 9, 2007, between Merck and the Counsel Listed on the Signature Pages (the "Settlement Agreement") (a copy of the Settlement Agreement can be viewed at http://www.officialvioxxsettlement.com/documents). The Settlement Agreement contemplates the appointment of a "Special Master" and "Deputy Special Masters" who will assist the Special Master in the discharge of his duties under the Settlement Agreement. By a previous Order, the Court appointed Mr. Patrick A. Juneau to serve as Special Master (Rec. Doc. No. 13228), and the Court hereby addresses the appointment of a Deputy Special Master.

After conferring with Judge Victoria G. Chaney of the Superior Court of California, Los Angeles County, and receiving her recommendation, the Court, formally appoints Justice John

Trotter (Ret.) to serve as a Deputy Special Master under the terms of the Settlement Agreement to assist Special Master Patrick Juneau.   In the event that Justice Trotter is unable to serve as a Deputy Special Master, the Court will appoint Justice Edward Panelli (Ret.).  This appointment is made pursuant to terms of the Settlement Agreement (*see* Sections 6.1.1 and 17.1.17 of the Settlement Agreement), the inherent authority of the Court and any applicable Federal Rule of Civil Procedure.

    The Deputy Special Master shall be compensated from the Administrative Expenses Fund, as defined by the Settlement Agreement.  Additionally, all decisions rendered by the Deputy Special Master shall be in writing and shall be made of record.

    New Orleans, Louisiana, this 16th day of January, 2008.

                                               UNITED STATES DISTRICT JUDGE