UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
         PRODUCT LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF APPEARANCE

Please enter the appearance of Diane Paolicelli of the firm, Levy Phillips & Konigsberg, LLP, Quakerbridge Executive Center, 101 Grovers Mill Road, Lawrenceville, NJ 08648, Telephone: (609) 720-0400, on behalf of Healthcare Recoveries, Inc.

Respectfully Submitted,

_____
Diane Paolicelli
Levy Phillips & Konigsberg, LLP
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, NJ 08648

Dated: January 2nd, 2008

00106242.WPD

## CERTIFICATE OF SERVICE

I, SHARON BACCHUS hereby certify that on January 3rd, 2008, a true and correct copy of the foregoing Notice of Appearance was served by federal express mail upon:

>Honorable Eldon Fallon
>United States District Court
>Eastern District of Louisiana
>500 Poydras Street, Room C-456
>New Orleans, LA 70130

and via certified mail upon:

>Russ M. Herman, Esq.
>Herman, Herman, Katz & Cotlar, LLP
>820 O'Keefe Avenue
>New Orleans, LA. 70113

>Phillip Wittmann, Esq.
>Stone Pigman Walther Wittmann, LLC
>546 Carondelet Street
>New Orleans, LA 70130

3rd day of January, 2008

*Sharon Bacchus*

00106242.WPD