## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| **Jerry Anderson, et al v. Merck & Co.,** | * | **JUDGE KNOWLES** |
| **Inc., 06-1902.** | * | |
| | * | |
| **PLAINTIFF, JERRY ANDERSON** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AS COUNSEL

Comes now, Annette Morgan-White of Morgan & White and Michael Gallagher of Gallagher & Gallagher, who respectfully file this their Motion to Withdraw as Counsel of Record as to Plaintiff Jerry Anderson,  and as grounds for this motion state as follows:

1. The law firms of Morgan & White, Sams & Hollon, and Gallagher & Gallagher were retained by Plaintiff Jerry Anderson to pursue his claims for injuries sustained as a result of his ingestion of the prescription drug Vioxx®. The law firms of Morgan & White, Sams & Hollon, and Gallagher & Gallagher represent multiple plaintiffs in the same cause, one of which is Jerry Anderson.

2. The Morgan & White Law Office and Sams & Hollon    filed Plaintiff's Original Petition on September 29, 2005 in Case No. 05-CI-00377 styled *Jerry Anderson, Et Al v. Merck & Co., Inc., Et Al* in the 41st Judicial District, Clay Circuit Court, Clay County, Kentucky.

3. The lawsuit was later transferred to the United States District Court for the

Eastern District of Kentucky, London Division on October 20, 2005. (Case No.: 6:05-573.)

4.   The lawsuit was then transferred to the United States District Court for the Eastern District of Louisiana on November 25, 2005. (Case No.: MDL–1657).

5.   The Plaintiff, Jerry Anderson, was told by the Hon. Annette Morgan-White via telephone in March of 2007 that his case did not appear to meet the federal criteria and that she recommended he agree to a voluntary dismissal of his case. An appointment was made for the client to execute a Voluntary Dismissal; however on  April 26, 2007, Inez Anderson, the Plaintiff's wife notified the undersigned Counsel,    Annette Morgan-White, that she had contacted Al Hollon of Sams & Hollon and that Al Hollon agreed to continue the representation of  the Plaintiff and that her husband was terminating the relationship with Morgan & White and Gallagher & Gallagher.

6.   The law firms of Morgan & White and Gallagher & Gallagher  have agreed that they will terminate the attorney-client relationship because of the aforementioned issue.

7.   The law firm of Sams & Hollon was called on April 26, 2007 in an effort to confirm that the firm had agreed to continue representation of the Plaintiff, however, there was no answer.  Assuming the phone system was out of order, a fax was sent to Sams & Hollon requesting that they confirm that they had agreed to continue the representation of Jerry Anderson. As of today's date, the undersigned has received no response from the firm of Sams & Hollon.

8.   The pertinent information for Al Hollon of Sams & Hollon, including office

address, telephone number and fax number is as follows:

Hon. Al Hollon
**SAMS & HOLLON, P.A.**
9424 Baymeadows Road - Suite 160
Jacksonville, Florida 32256
(904) 737-1995 *Telephone*
(904) 737-3838 *Facsimile*

9.   FOR THESE REASONS, the law firms of Morgan & White and Gallagher

& Gallagher request that this Court grant their Motion to Withdraw.

Respectfully submitted,

_____

Alice Annette Morgan-White
Kentucky Bar No. 81985
MORGAN & WHITE LAW OFFICES
2281 South Highway 421
Manchester, Kentucky 40962
Phone: 606-598-8188
Fax: 606-598-8196

and

Michael T. Gallagher
GALLAGHER & GALLAGHER
2905 Sackett Street
Houston, Texas 77098
Phone: 713-222-8080
Fax: 713-222-0066
Counsels for Plaintiff, Jerry Anderson

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on the following by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of January, 2008.

Hon. Wilfred P. Coronato
Hughes, Hubbard and Reed LLP,
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

Hon. Phillip A. Wittman and Dorothy Wimberly
Stone, Pigman, Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588

Hon. Dimitrios Mavroudis
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Hon. Susan Giamportone
Womble, Carlyle, Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Hon. Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Hon. Michael Gallagher
GALLAGHER & GALLAGHER
2905 Sackett Street
Houston, TX 77098

Hon. Al Hollon
SAMS & HOLLON
9424 Baymeadows Road - Suite 160
Jacksonville, Florida 32256

Jerry Anderson
62 Turner Lane
Manchester, KY 40962

and by the original via electronic filing with:

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130-3367

This the 17th day of January, 2008.

_____ /s/ALICE ANNETTE MORGAN-WHITE
Alice Annette Morgan-White 81985
Kentucky Bar No: 81985
MORGAN& WHITE LAW OFFICES
2281 South Highway 421
Manchester, Kentucky 40962
Phone: 606-598-8188
Fax:    606-598-8196
morganwhite@newwavecomm.net

and

_____ /s/ MICHAEL T. GALLAGHER
GALLAGHER AND GALLAGHER
2905 Sackett Street
Houston, TX 77098
Phone: 713-222-8080
Fax: 713-222-0066
Counsels for Plaintiff, Jimmy Roberts