UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No.: 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION: L |
| | JUDGE FALLON |
| This document relates to: | |
| Jerry Anderson, et al v. Merck & Co., Inc., 06-1902 | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF, JERRY ANDERSON**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

_____ Annette Morgan-White of Morgan & White and Michael T. Gallagher of Gallagher & Gallagher having moved by Motion to Withdraw as Counsel for Jerry Anderson.

Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Annette Morgan-White, along with Michael T. Gallagher's Motion for Leave to Withdraw as Counsel be GRANTED.

It is So Ordered: _____
_____**JUDGE**

DATE: _____