UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No.: 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION: L |
| | JUDGE FALLON |
| **This document relates to:** | |
| Jerry Anderson, et al v. Merck & Co., Inc., 06-1902 | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF, JIMMY ROBERTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED ORDER

      Alice Annette Morgan-White of Morgan & White and Michael T. Gallagher of The Gallagher Law Firm having moved by Motion to Withdraw as Counsel for Jimmy Roberts. Accordingly, the Court being fully advised rules as follows:

      IT IS THE ORDER of this COURT that Alice Annette Morgan-White, along with Michael T. Gallagher's Motion for Leave to Withdraw as Counsel be GRANTED.

                     **It is So Ordered:** _____
                                                  **JUDGE**

**DATE:** _____