UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx® | * | MDL Docket No. |
| | * | 1657 |
| **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Jerry Anderson, et al v. Merck & Co., | * | MAGISTRATE |
| Inc., 06-1902. | * | JUDGE KNOWLES |
| | * | |
| **PLAINTIFF, JIMMY ROBERTS** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND AMENDED MOTION TO WITHDRAW AS COUNSEL(ORIGINALLY FILED & SERVED ON ALL PARTIES AND UPLOADED ON LEXIS NEXIS ON 9-25-07, NOTIFIED CLERK, DID NOT RECEIVE COPY OF ORIGINAL MOTION; FIRST AMENDED MOTION FILED AND SERVED ON ALL PARTIES**

Comes now, Alice Annette Morgan-White of Morgan & White and Michael T. Gallagher of The Gallagher Law Firm who respectfully file this their Motion to Withdraw as Counsel of Record as to Plaintiff Jimmy Roberts and as grounds for this motion state as follows:

1. The law firms of Morgan & White, Sams & Hollon, and The Gallagher Law Firm were retained by Plaintiff Jimmy Roberts to pursue his claims for injuries sustained as a result of his ingestion of the prescription drug Vioxx®. The law firms of Morgan & White, Sams & Hollon, and The Gallagher Law Firm represent multiple plaintiffs in the same cause, one of which is Jimmy Roberts..

2. The laws firms of Morgan & White and Sams & Hollon filed Plaintiff's Original Petition on September 29, 2005 in Case No. 05-CI-00377 styled *Jerry Anderson, Et Al v. Merck & Co., Inc., Et Al* in the 41st Judicial District, Clay Circuit Court, Clay County, Kentucky.

3. The lawsuit was later transferred to the United States District Court for the Eastern

District of Kentucky, London Division on October 20, 2005. (Case No.: 6:05-573.)

4. The lawsuit was then transferred to the United States District Court for the Eastern District of Louisiana on November 25, 2005. (Case No.: MDL–1657).

5. The Plaintiff, Jimmy Roberts, was told by the Hon. Alice Annette Morgan-White during a meeting at her office on March 12, 2007 that his case did not appear to meet the federal criteria and that she recommended he agree to a voluntary dismissal of his case. The Plaintiff, his wife and his daughter all became very upset and demanded that all the Plaintiff's medical records be returned to them immediately. It was explained that the records were in the possession of The Gallagher Law Firm but the records would be obtained and given to the Plaintiff as soon as possible.

6. That on March 13, 2007, the undersigned counsel received a phone call from the Plaintiff's daughter, who stated that Plaintiff had obtained other counsel and wanted to know when Plaintiff's records could be picked up. The name of the attorney was requested in order that a Motion to Substitute Counsel could be filed, however, Plaintiff's daughter refused to give the information.

7. The Plaintiff's records were received from The Gallagher Law Firm on April 17, 2007, and were mailed to the Plaintiff on the same day. The firm of Morgan & White called the Plaintiff on April 17, 2007 to inform the Plaintiff of receipt of their records and to inform the Plaintiff that the records were being mailed to him the same day.

8. The law firms of Morgan & White and The Gallagher Law Firm have agreed that they will terminate the attorney-client relationship because of the aforementioned issue.

9. FOR THESE REASONS, the law firms of Morgan & White and The Gallagher

Law Firm request that this Court grant their Motion to Withdraw.

Respectfully submitted,

_____

Alice Annette Morgan-White
Kentucky Bar No. 81985
Law Office of Morgan & White
2281 South Highway 421
Manchester, Kentucky 40962
Phone: 606-598-8188
Fax: 606-598-8196

and

Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
Phone: 713-222-8080
Fax: 713-222-0066
Counsels for Plaintiff, Jimmy Roberts

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on the following by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of January, 2008.

Hon. Wilfred P. Coronato
HUGHES, HUBBARD AND REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Hon. Phillip A. Wittman and Dorothy H. Wimberly
STONE, PIGMAN, WALTHER & WITTMANN, LLC
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Hon. Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Hon. Dimitrios Mavroudis
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Hon. Susan Giamportone
WOMBLE, CARLYLE, SANDRIDGE & RICE PLLC
One West Fourth Street
Winston-Salen, NC 27101

Hon. Michael T. Gallagher
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, TX 77098

Hon. Al Hollon
SAMS & HOLLON
9424 Baymeadows Road–Suite 160
Jacksonville, FL 32256

and by filing the original via electronic filing with:

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130-3367

This the 17th day of January, 2008.

/s/ ALICE ANNETTE MORGAN-WHITE
Alice Annette Morgan-White
Kentucky Bar No: 81985
MORGAN & WHITE LAW OFFICES
2281 South Highway 421
Manchester, Kentucky 40962
Phone: 606-598-8188
Fax:    606-598-8196
morganwhite@newwavecomm.net

and

*/s/ MICHAEL T. GALLAGHER*
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
Phone: 713-222-8080
Fax: 713-222-0066
Counsels for Plaintiff, Jimmy Roberts
