IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **This document relates to all cases** | MDL Docket No. 1657 <br><br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

### MOTION OF CERTAIN PLAINTIFFS AND THEIR COUNSEL (CAREY & DANIS, L.L.C., ET AL.,) TO WITHDRAW THEIR PREVIOUSLY FILED MOTION AND SUPPORTING MEMORANDUM SEEKING DECLARATORY RELIEF THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

COMES NOW certain Plaintiffs, represented by Carey & Danis, L.L.C. (Lead Counsel) and their affiliated counsel, The Lowe Law Firm, Schaeffer & Lamere, and Evan Buxner, as counsel for the Walther Glenn law Firm, and respectfully move to withdraw their motion and supporting memorandum of law filed on January 3, 2007 seeking declaratory relief that certain provisions of the Settlement Agreement are unenforceable.

This motion is unopposed by counsel for the Defendant and the Plaintiff's Steering Committee. For the convenience of the Court, a proposed order accompanies this motion.

WHEREFORE, Plaintiffs and their counsel, Carey & Danis, L.L.C., et al., respectfully request an order from this Court granting them permission to withdraw their motion and supporting memorandum previously filed on January 3, 2007 seeking declaratory relief that certain provisions of the Settlement Agreement are unenforceable.

51858.1

DATED: January 18, 2008

Respectfully submitted,

CAREY & DANIS, LLC

By: _____
John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

THE LOWE LAW FIRM
Jeffrey J. Lowe EDMo #105308
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

SCHAEFFER & LAMERE, P.C.
T. Evan Schaeffer
Andrea B. Lamere
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

WALTHER / GLENN LAW OFFICES
Evan Buxner
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on January 18th, 2008 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

    \s\ Jeffrey J. Lowe