IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| This document relates to all cases | MDL Docket No. 1657 |
|---|---|
| | SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the motion of certain Plaintiffs represented by the law firm of Carey & Danis, LLC and their affiliated counsel seeking to withdraw their previously filed motion and supporting memorandum requesting declaratory relief that certain provisions of the Settlement Agreement are unenforceable is hereby granted. The motion and supporting memorandum filed on January 3, 2008 by the movants is hereby deemed withdrawn.

_____
United States District Judge
Eldon Fallon

51859.1