UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Giovanni Cortese v. Merck & Co., Inc. et al.,*<br>*No. 2:05-CV-4779 EEF DEK* | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiff Giovanni Cortese, through their respective undersigned counsel, as follows:

1.    This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) in accordance with the following stipulations:

A.    Plaintiff will not re-file any suit based on any claims arising out of alleged personal injuries related to their use of Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court.

B.    This stipulation is made without prejudice to plaintiff's right, if any, to participate as class members if a medical monitoring class were ever certified in this Court or in

any another Vioxx proceeding.  In so stipulating, Merck specifically denies that any putative medical monitoring class action of Vioxx users can be certified and specifically denies that plaintiff is or can be a member of any such class.

2.  Each party is to bear its own costs and attorneys' fees.

Dated: 10/24/06

FURTADO, JASPOVICE & SIMONS

Richard J. Simons
22274 Main Street
Hayward, CA 94541
Telephone: 510.582.1080

Attorneys for Plaintiff

Dated: 1/15/08

REED SMITH LLP

Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant Merck & Co., Inc.

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of January, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2