UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * *    MDL NO. 1657
In re: VIOXX                *
PRODUCTS LIABILITY LITIGATION  *   SECTION: L
                            *
This document relates to:   *
Schneider v. Merck & Co., Inc.,   *   JUDGE FALLON
(E.D. La. 2:07-cv-01357)    *
Hegedus, et. al. v. Merck & Co., Inc.,  *   MAG. JUDGE KNOWLES
(E.D. La. 2:06-cv-3968)     *
Armstrong, et. al. v. Merck & Co., Inc.,  *
(E.D. La. 2:06-cv-3969)     *
Puchalski, et. al. v. Merck & Co., Inc.,  *
(E.D. La. 2:06-cv-3970)     *
Fraser, et. al. v. Merck & Co., Inc.,  *
(E.D. La. 2:06-cv-06952)    *
Zonkel, et. al. v. Merck & Co., Inc.,  *
(E.D. La. 2:06-cv-6965)     *
McDowell, et. al. v. Merck & Co., Inc.,  *
(E.D. La. 2:06-cv-07339)    *
                            *
                            *
                            *
                            *
                            *
* * * * * * * * * * * * * *
```

NOTICE OF LAW FIRM NAME CHANGE

Please note, effective immediately, the law office of Kenneth B. Moll & Associates, Ltd., has changed its name to The Law Group, Ltd. The firm is still located at Three First National Plaza, 50th Floor, Chicago, Illinois 60602. The firm phone number will remain (312) 558-6444 and the facsimile number will remain (312) 558-1112.

The firm will continue to represent clients injured by Vioxx.

Respectfully submitted,

*/s/ Pamela Sotoodeh*

Pamela G. Sotoodeh, Esq.
Kurt D. Hyzy, Esq.
The Law Group, Ltd.
(Formerly known as Kenneth B. Moll & Associates, Ltd.)
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112