**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| ***Vern Accord, et al. v. Merck & Co., Inc. No. 2:05-cv-4448, as to plaintiff Vern Accord only*** | * | **MAGISTRATE JUDGE** |
| | * | |
| | * | **KNOWLES** |
| | * | |

**************************************

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Vern Accord against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of ________________________, 2008.

_______________________________________

**DISTRICT JUDGE**