MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Michael McIntire<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br>**MOTION TO WITHDRAW AS COUNSEL** |
|---|---|

The law firm Morgan, Minnock, Rice & James hereby submits the following motion to withdraw as counsel for Michael McIntire in Case No. 2:05 cv 1167. The proposed withdrawal order is attached to this motion.

Mr. McIntire's present address is 6821 Lake Street, Cincinnati, Ohio 45244. Mr. McIntire's telephone number is (513) 271-4911. No motion is pending in the present matter and no certificate of readiness for trial has been filed. Counsel has mailed Mr. McIntire a letter indicating its efforts to withdraw as counsel and identifying the pending discovery deadlines under Pretrial Order No. 28. Counsel has also mailed Mr. McIntire copies of Pretrial Order No. 28, the Amended and Supplemental Plaintiff Profile Form and Authorizations found in Exhibit A

to Pretrial Order No. 28, and the written discovery found in Exhibit B to Pretrial Order No. 28. Counsel previously sent out the preservation of notices to Mr. McIntire's providers pursuant to Pretrial Order No. 28(I).

DATED this 25TH day of January, 2008.

            MORGAN, MINNOCK, RICE & JAMES, L.C.

            */s/ Stephen F. Edwards*
            Stephen F. Edwards
            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25TH day of JANUARY, 2008.

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL** has also been served on Plaintiff Michael McIntire by certified mail on this 25TH day of JANUARY, 2008.

Stephen F. Edwards
Utah Bar No. 10780
Attorney for Plaintiff
Morgan, Minnock, Rice & James, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Tel. (801) 531-7888
Fax. (801) 531-9732
sedwards@mmrj.com

3