MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Michael McIntire<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br>**ORDER FOR WITHDRAWAL OF COUNSEL** |

Based upon the motion of the law firm Morgan, Minnock, Rice & James for withdrawal as counsel for Michael McIntire, and good cause appearing therefor, it is hereby ORDERED that the law firm Morgan, Minnock, Rice & James may withdraw and is deemed to have withdrawn as counsel for Michael McIntire.

DATED this ____ day of _____, 2008.

BY THE COURT:

_____
Honorable Eldon E. Fallon
District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER FOR WITHDRAWAL OF COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25TH day of JANUARY, 2008.

I hereby certify that the above and foregoing **ORDER FOR WITHDRAWAL OF COUNSEL** has also been served on Plaintiff Michael McIntire by certified mail on this 25TH day of JANUARY, 2008.

Stephen F. Edwards
Utah Bar No. 10780
Attorney for Plaintiff
Morgan, Minnock, Rice & James, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Tel. (801) 531-7888
Fax. (801) 531-9732
sedwards@mmrj.com

2