UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE

During the Monthly Status Conference held on January 18, 2008, the Plaintiffs' Liaison Counsel (the "PLC") stated that he had been contacted by several *pro se* plaintiffs and *pro se* tolling claimants (collectively, the "*Pro Se* Claimants") who requested that the Court appoint a curator to provide legal counsel to them.

Accordingly, pursuant to Rule 53(b)(1) of the *Federal Rules of Civil Procedure*, the Court hereby provides notice to the parties of its intention to appoint a curator to discuss the *Pro Se* Claimants options regarding the prosecution of their Vioxx lawsuits, including providing substantive legal advice.  The Court intends to appoint Robert M. Johnston of Johnston, Hoefer, Holwadel & Eldridge  as curator in this case given his experience in these matters.

-1-

Any party that wishes to be heard on this issue shall file a written response with the Court no later than February 1, 2008, at 12:00 p.m.

New Orleans, Louisiana, this 24th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE