U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 23 2008

LORETTA G. WHYTE
CLERK

---------------
No. 07-31161
---------------

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

C/w 05-1089, 05-2583, 05-6221, 05-6222

------------------

DAVID AGARD, et ux; EDWARD HENDERSON, et ux; RONALD R O'CONNOR, et ux

        Plaintiffs - Appellants

  v.

MERCK & CO INC, a foreign corporation

        Defendant - Appellee

--------------------------------------------------------------

RICHARD F CORE

        Plaintiff - Appellant

  v.

MERCK & CO INC, a foreign corporation

        Defendant - Appellee

--------------------------------------------------------------

ROBERT D GATES

        Plaintiff - Appellant

  v.

MERCK & CO INC, a foreign corporation

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Defendant - Appellee

ENTRY OF DISMISSAL

Pursuant to appellants' motion the appeal filed on behalf of appellant Charlotte Friscetti is dismissed this 21st day of January, 2008, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Peter Conners
Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    JAN 2 1 2008

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 21, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-31161  In Re: Vioxx Prod
      USDC No.  2:05-CV-6222
                   2:05-CV-6221
                   2:05-CV-2583
                   2:05-CV-1089
                   2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate for the appeal filed on behalf of appellant Charlotte Friscetti ONLY.

                         Sincerely,

                         CHARLES R. FULBRUGE III, Clerk

                 By: _____
                         Peter Conners, Deputy Clerk
                         504-310-7685

cc: w/encl:
    Ms Marya Cordelia Young
    Mr Norman C Kleinberg

P.S. to all counsel: Attached is a copy of the updated case caption for your use on all future filings in this case.

MDT-1

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CASE NO. 07-31161 |
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, CHARLOTTE FISHETTI, RICHARD F. CORE, | U.S. COURT OF APPEALS **FILED** JAN 1 4 2008 CHARLES R. FULBRUGE III CLERK |
| APPELLANTS, | *as to motion for partial dismissal only* |
| - v. - | |
| MERCK & CO., | |
| APPELLEES. | |
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CASE NO. 07-31164 |
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, RICHARD F. CORE, | |
| APPELLANTS, | |
| - v. - | |
| MERCK & CO., | |
| APPELLEES. | |

### APPELLANTS' MOTION TO CONSOLIDATE APPEAL CASE NO. 07-31161 AND NO. 07-31164 AND PROCEED UNDER EARLIER-FILED CASE NO. 07-31161, AND TO STRIKE OR DISMISS CHARLOTTE FRISCETTI FROM THIS APPEAL

Appellants, by and through counsel, hereby move this Court to consolidate Appeal Cases No. 07-31161 and No. 07-31164 and proceed under the earlier-filed Case No. 07-31161, and to strike or dismiss one of the appellants named herein, Charlotte Friscetti, from this appeal. The reasons for the motion are as follows:

1. Appellants timely filed the Notice of Appeal in Case No. 07-31161 on or about December 8, 2007. *See annexed hereto as* **Exhibit A** *a copy of Notice of Appeal dated December 7, 2008.*

2. The aforesaid Notice of Appeal incorrectly included Charlotte Friscetti as one of the named appellants, and, in an effort to remedy the error without delay, appellants filed an "Amended Notice of Appeal" for the purpose of deleting Ms. Friscetti from the caption *See annexed hereto as* **Exhibit B** *a copy of the Amended Notice of Appeal dated December 11, 2008.*

3. Thereafter, the Clerk of this Court appears to have assigned a separate case number to each of the notices of appeal after construing the Amended Notice of Appeal as initiating a second and separate appeal.

4. It is respectfully submitted appellants did not intend to pursue two appeals, and that the sole purpose of amending the original notice of appeal was to delete Ms. Friscetti's name from the caption, and regret any inconvenience to the Clerk and the Court caused by amending the notice of appeal rather than pursuing motions practice to dismiss Ms. Frescetti from the caption.

5. In the interim, the appellees filed a Motion to Dismiss under the second caption

in Case No. 07-31164, indicating they assume appellants will withdraw or dismiss the prior appeal. However, the prior appeal was timely noticed within thirty days of the order appealed from, while the amended notice was dated beyond thirty days, and appellants, therefore, respectfully submit that the appeal should proceed under Case No. 07-31161.

6. Under the circumstances, it is respectfully submitted this Court should consolidate the two appeals under Case No 07-31161, and strike or dismiss the name of Charlotte Fricetti from the caption of this appeal.

7. Attempts were made to contact counsel for appellees, Russ Herman, Esq., prior to forwarding this motion, but without success.

WHEREFORE, appellants respectfully ask that this Court consolidate Case Nos. 07-31161 and 07-31164, and proceed under Case No. 07-31161, and strike or dismiss Charlotte Friscetti from this appeal.

Respectfully submitted,

*Marya C. Young*

MARYA C. YOUNG Fed. Bar No. 301339
(Application for admission pending)
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Appellants
126 Riverside Drive
Binghamton, New York 13905
607/772-1442

*APPELLANTS' EXHIBIT A*

UNITED STATES DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

---

DAVID AGARD, EDWARD HENDERSON,         :    MDL NO. 1657
RONALD R. O'CONNOR, ROBERT D. GATES,   :
CHARLOTTE FISHETTI, RICHARD F. CORE,   :    SECTION: L
                                       :
           Plaintiffs,                 :
                                       :    JUDGE FALLON
                                       :    MAG. JUDGE KNOWLES
     v.                                :
                                       :    **NOTICE OF APPEAL**
MERCK & CO.,                           :
                                       :
           Defendant.                  :
---

Notice is hereby given that plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates, Charlotte Fishetti and Richard F. Core, hereby appeal to the United States Court of Appeals for the Fifth Circuit from pretrial order No. 28 and pretrial order No. 31, issued by the Honorable Eldon E. Fallon, each of which was filed and entered November 9, 2007

Dated: December 7, 2007

Ronald R. Benjamin
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

UNITED STATES DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA
2007 DEC 12 AM 10: 44
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

---

| | |
|---|---|
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, RICHARD F. CORE, | MDL NO. 1657 |
| | SECTION: L |
| Plaintiffs, | |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| v. | |
| | **AMENDED** |
| MERCK & CO., | **NOTICE OF APPEAL** |
| | |
| Defendant. | |

---

Notice is hereby given that plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates and Richard F. Core, hereby appeal to the United States Court of Appeals for the Fifth Circuit from pretrial order No. 28 and pretrial order No. 31, issued by the Honorable Eldon E. Fallon, each of which was filed and entered November 9, 2007

Dated: December 11, 2007

Ronald R. Benjamin
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442