U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 23 2008

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 22, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30897   In Re: Vioxx Prod
      USDC No.  2:06-CV-485
                    2:05-MD-1657

The court has granted an extension of time to and including 2/8/08 for filing the notice of certified record in this case.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
                Peter Conners, Deputy Clerk
                504-310-7685

Mr Phillip A Wittmann
Mr Mark P Robinson Jr
Ms Loretta Whyte, Clerk

MOT-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____