UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Ivory Lindwedel<br>v. Merck & Co., Inc.<br>(E.D. La. Index No. 2:05-cv-06199) | Judge Fallon<br><br>Mag. Judge Knowles |

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff IVORY LINDWEDEL'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP, Robert D. Rowland, GOLDENBERG, MILLER, HELLER, & ANTOGNOLI, P.C. withdraw as counsel for Plaintiff, Ivory Lindwedel.

IT IS SO ORDERED.

New Orleans, Louisiana, this 25th day of January, 2008.

_____
United States District Judge