UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| DONNA EARLE WAKEFIELD MILLER ) | MDL 1657 |
| *Asministratric of the Estate of* ) | |
| *Charles Ray Miller, Deceased;* ) | 06-1462 |
| ) | |
| Plaintiff; ) | ~~CV-01462-EEF-DEK~~ |
| ) | |
| v. ) | |
| ) | |
| MERCK CORP., etc., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Motion for Substitution and Withdrawal filed by counsel for Regional Paramedical Services, Inc., Michael Dotson and David Pharris is hereby GRANTED. Wayne Morse, Jr. is hereby withdrawn as counsel for Regional Paramedical Services, Inc., Michael Dotson and David Pharris. James F. Hughey, III and Haley Andrews, of the law firm of Lightfoot, Franklin & White LLC, are hereby substituted as counsel for Regional Paramedical Services, Inc., Michael Dotson and David Pharris.

New Orleans, Louisiana, this 25th day of January, 2008.

*Eldon E. Fallon*
United States District Court Judge