UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No.: 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This document relates to: | |
| Jerry Anderson, et al v. Merck & Co., Inc., 06-1902 | MAGISTRATE JUDGE KNOWLES |
| PLAINTIFF, JIMMY ROBERTS | |

**************************************************************************

## AMENDED ORDER

_____Alice Annette Morgan-White of Morgan & White and Michael T. Gallagher of The Gallagher Law Firm having moved by Motion to Withdraw as Counsel for Jimmy Roberts. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Alice Annette Morgan-White, along with Michael T. Gallagher's Motion for Leave to Withdraw as Counsel be GRANTED.

It is So Ordered: _____
JUDGE

DATE: 1/25/08