UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Gerald Quebedeaux, et al. v. Merck &* | * | KNOWLES |
| *Co., Inc.*, Docket Number: 2:06-cv-1426; | * | |
| and only regarding Gerald Quebedeaux. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff Gerald Quebedeaux against defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party

to bear its own costs, and subject the terms and conditions of the Stipulation.

New Orleans, Louisiana, this _____ day of _____, 2008.


_____
DISTRICT JUDGE