UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Bryant, et al. v. Merck & Co., Inc.*, 05-5768

## ORDER

IT IS ORDERED that the Plaintiff Ruth Alexander's Motion for Relief from Dismissal Order Pursuant to Federal Rule of Civil Procedure 60(b)(1) (Rec. Doc. 12230) is GRANTED such that the Court's Minute Entry of July 31, 2007 (Rec. Doc. 11841) dismissing the Plaintiff's case with prejudice is VACATED IN PART as it relates to this Plaintiff.[1] Accordingly, the Clerk is hereby directed to re-open this Plaintiff's case.

New Orleans, Louisiana, this __28th__ day of __January__, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Plaintiff's instant motion was filed on August 30, 2007. One day later, on August 31, 2007, the Plaintiff filed a Notice of Appeal (Rec. Doc. 12231). "Generally, a notice of appeal divests the district court of jurisdiction over the judgment or order that is the subject of the appeal." *Sierra Club v. Cedar Point Oil Co.*, 73 F.3d 546, 578 (5th Cir. 1996). Accordingly, following *Ferrell v. Trailmobile, Inc.*, 223 F.2d 697 (5th Cir. 1955) and *Shepherd v. International Paper Co.*, 372 F.3d 326 (5th Cir. 2004), the Court informally indicated to the parties its intention to grant the instant motion and the Plaintiff then made the appropriate motion at the appellate court. The Fifth Circuit has now remanded the case to this Court. *See In re Vioxx Prods. Liab. Litig.*, No. 07-30895 (5th Cir. Jan. 24, 2008).