UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This Document Relates To All Cases** | * | **JUDGE FALLON** |
| | * | |

\*      MAGISTRATE JUDGE KNOWLES

## MOTION BY CERTAIN FLORIDA CLAIMANTS
## FOR EXPEDITED HEARING

COME NOW the undersigned and move this Honorable Court to set the MOTION BY

CERTAIN FLORIDA CLAIMANTS TO BE INCLUDED IN THE VIOXX MDL

SETTLEMENT AGREEMENT for an expedited hearing and as grounds therefor would show

the court as follows:

1. The VIOXX MDL SETTLEMENT AGREEMENT currently before this court requires

all claimants wishing to participate in the AGREEMENT to enroll by no later than February 29,

2008.

2. By enrollment in the SETTLEMENT AGREEMENT, claimants forego their right to

seek punitive damages should their cases eventually proceed to trial.

3. For reasons set out in the above motion, the undersigned believe that certain Florida

claimants who had previously entered into agreements with the PLAINTIFFS' STEERING

COMMITTEE should be permitted to participate in the SETTLEMENT AGREEMENT, even

though they had not filed formal complaints or entered tolling agreements by November 9, 2007.

4. If these claimants do not enroll by February 29, 2008, they will be said to have waived

their right to participate in the AGREEMENT.  If these claimants enroll but are not permitted by

the court to participate in the AGREEMENT, they will be said to have waived their rights to

punitive damages for nothing.

     5.  Thus, unless the court hears claimants' motion before the enrollment deadline,

claimants must either waive their chance to participate in the SETTLEMENT or forego their

rights to punitive damages should their petition to participate in the SETTLEMENT be denied.

This is an unfair choice.

     6.  Claimants have attempted to resolve this matter with the PLAINTIFFS' STEERING

COMMITTEE and MERCK but have not been successful.

     WHEREFORE, PETITIONERS request the court to set a hearing date on the above

motion before February 29, 2008.

     Dated this 28th day of January, 2008.

                      Respectfully submitted,

| /s/ | /s/ |
|---|---|
| William H. Ogle | Norwood S. "Woody" Wilner |
| Florida Bar No.: 367400 | Florida Bar No.: 222194 |
| Mayfield & Ogle, P.A. | Stephanie J. Hartley |
| 444 Seabreeze Blvd., St. 750 | Florida Bar No.: 0997846 |
| Daytona Beach, FL 32118 | 3127 Atlantic Blvd. St. 3 |
| (386) 253-2500 Telephone | Jacksonville, FL 32207 |
| (386) 248-8578 Facsimile | (904) 446-9817 Telephone |
| | (904) 446-9825 Facsimile |

/s/

Richard D. Hailey
Indianapolis Bar No.: 7375-49
3891 Eagle Creek Parkway, St. C
Indianapolis, IN 46254
(317) 299-0500 Telephone
(317) 299-0699 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, and by e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of January, 2008.

/s/
William H. Ogle
Florida Bar No.: 367400
Mayfield & Ogle, P.A.
444 Seabreeze Blvd., St. 750
Daytona Beach, FL 32118
(386) 253-2500 Telephone
(386) 248-8578 Facsimile