Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
|---|---|
| | Judge Eldon E. Fallon |
| BYRON ARTHUR, et al., | |
| Plaintiff Sherry Karl, on behalf of Anna Love, deceased, only | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF SHERRY KARL, ON BEHALF OF ANNA LOVE, DECEASED, ONLY |
| vs. | |
| Merck & Co., INC., a foreign corporation | |
| Defendant. | CASE NO: 2:05-cv- 4445-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Sherry Karl, on behalf of Anna Love only, originally filed in the US District Court, Eastern District of Louisiana, and then transferred later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

1

2                                          Respectfully submitted:

3

4  Dated: 1-26-08                           By: /s/ Sherry Karl
                                            Sherry Karl on behalf of Anna Love
5

6  Dated: 1-29-08
                                            By: /s/ Jeffrey A. Bowersox
7                                           Jeffrey A. Bowersox, OSB # 81442
                                            Email: Jeffrey@BLFpc.com
8                                           BOWERSOX LAW FIRM, P.C.
                                            111 S.W. Columbia St., Suite 1000
9                                           Portland, Oregon 97201
                                            Telephone: (503) 452-5858
10                                          Facsimile: (503) 525-4833

11                                          Daniel E. Becnel, Jr., LA Bar #2929
                                            Matthew B. Moreland, LA Bar #24567
12                                          Kevin P. Klibert, LA Bar #26954
                                            LAW OFFICES OF DANIEL E. BECNEL, JR.
13                                          106 W. Seventh Street
                                            Post Office Drawer H
14                                          Reserve, LA 70084
                                            Telephone: (985) 536-1186
15                                          Facsimile: (985) 536-6445

16                                          Attorneys for Plaintiff Sherry Karl

17 Dated: _____                    By: /s/ Phil Wittmann
18                                          Phillip A. Wittmann, Esq.
                                            Stone, Pigman, Walther & Wittmann, LLC
19                                          546 Carondelet Street
                                            New Orleans, LA 70130
20                                          Telephone: (504) 581-3200
                                            Facsimile: (504) 581-3361
21
                                            Defendant's Liaison Counsel
22

23

24

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26 Dated: _____
                                            _____
27                                          Honorable Eldon E. Fallon
                                            United States District Court
28

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2