Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
|---|---|
| | Judge Eldon E. Fallon |
| *IRA BASINGER, et al.*, | |
| <u>Plaintiff Netha Lester, only</u>    Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF NETHA LESTER ONLY |
| vs. | |
| Merck & Co., INC., a foreign corporation    Defendant. | CASE NO: 05-6385-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Netha Lester, originally filed in the US District Court, District of Minnesota, and then transferred later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

STIPULATION AND ORDER OF DISMISSAL

Respectfully submitted:

Dated: 1-28-08     By: /s/ Netha Lester
                       Netha Lester

Dated: 1-29-08     By: /s/ Jeffrey A. Bowersox
                       Jeffrey A. Bowersox, OSB # 81442
                       Email: Jeffrey@BLFpc.com
                       BOWERSOX LAW FIRM, P.C.
                       111 S.W. Columbia St., Suite 1000
                       Portland, Oregon 97201
                       Telephone: (503) 452-5858
                       Facsimile: (503) 525-4833

                   Daniel E. Becnel, Jr., LA Bar #2929
                   Matthew B. Moreland, LA Bar #24567
                   Kevin P. Klibert, LA Bar #26954
                   LAW OFFICES OF DANIEL E. BECNEL, JR.
                   106 W. Seventh Street
                   Post Office Drawer H
                   Reserve, LA 70084
                   Telephone: (985) 536-1186
                   Facsimile: (985) 536-6445

                   Ronald Goldser, MN Bar #35932
                   Zimmerman Reed PLLP
                   651 Nicollet Mall #501
                   Minneapolis, MN 55402
                   Telephone: (612) 341-0400
                   Facsimile: (612) 341-0844

                   Attorneys for Plaintiff Netha Lester

Dated: _____ By: /s/ Phil Wittmann
                       Phillip A. Wittmann, Esq.
                       Stone, Pigman, Walther & Wittmann, LLC
                       546 Carondelet Street
                       New Orleans, LA 70130
                       Telephone: (504) 581-3200
                       Facsimile: (504) 581-3361

                   Defendant's Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                      Honorable Eldon E. Fallon
                      United States District Court

STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January, 2008.

                                                  */s/ Dorothy H. Wimberly*
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana  70130
                                                  Phone:  504-581-3200
                                                  Fax:    504-581-3361
                                                  dwimberly@stonepigman.com

                                                  Defendants' Liaison Counsel