

L.L.P.
Attorneys at Law

820 O'KEEFE AVENUE, NEW ORLEANS, LOUISIANA 70113-1116
TELEPHONE: (504) 581-4892   FACSIMILE: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick[†]

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene[‡]
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

December 6, 2007

William Ogle, Esq.             *Via E-Mail*
Norwood Wilner, Esq.
Mayfield & Ogle, PA
444 Seabreeze Blvd., Suite 750
Daytona Beach, FL 32118

        RE:    Vioxx MDL #1657 Settlement Program

Dear Messrs. Ogle and Wilner:

In reply to your correspondence dated November 29, 2007, please be advised as follows:

1) You still have a right to participate in settlement negotiations with Merck on your unfiled cases and untolled cases. Contact Merck Lead Negotiator, Doug Marvin, Esq. at Williams & Connolly LLP, 725 Twelfth St., N.W., Washington, D.C. 20005, Telephone 202-434-5400, Fax 202-434-5029, and e-mail dmarvin@wc.com. Merck, thus far, has not agreed to negotiate unfiled and untolled cases with the MDL Negotiating Committee where tolling agreements were available.

2) The Negotiating Committee was under strict orders by Judge Eldon E. Fallon (USDC-EDLA) and the coordinating Judges in Texas, California and New Jersey NOT to discuss settlement negotiations under any circumstance, and, in addition, this was a requirement Merck insisted on (Parenthetically, a number of Florida attorneys elected to file or toll cases before November 9, 2007, and if my recollection serves, there was a Vioxx trial in Florida which pre-dated November 9, 2007).

3) You are entitled to the MDL MI Trial package and the stroke package when completed. If you wish to preview the trial package, please contact Leonard Davis, Esq. of my office for a suitable time to view same.

4) Any wholesale inclusion of unfiled and untolled claims in the current settlement would potentially overly diminish the funds which were negotiated on the basis of inventory analysis of filed and tolled claims.

Your request is forwarded this day to Doug Marvin, Esq., Lead Negotiator for Merck.

Yours Very Truly,

RUSS M. HERMAN, ESQ.

RMH/rv
Enclosure

cc: Plaintiffs' Negotiating Committee (via e-mail)
    Plaintiffs' Steering Committee (via e-mail)
    Doug Marvin, Esq. (via e-mail)
    Leonard Davis, Esq.(via e-mail)
    Steve Herman, Esq.(via e-mail)