# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF HEARING

Please take notice that the Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement Agreement will be brought on for hearing on the 21st day of February, 2008, immediately following the 9:00 o'clock a.m. monthly status conference, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: January 30, 2008

Respectfully submitted,

/s/*William H. Ogle*  
William H. Ogle  
Florida Bar No.: 367400  
Mayfield & Ogle, P.A.  
444 Seabreeze Blvd., St. 750  
Daytona Beach, FL 32118  
(386) 253-2500 Telephone  
(386) 248-8578 Facsimile  

/s/*Norwood S. Wilner*  
Norwood S. "Woody" Wilner  
Florida Bar No.: 222194  
Stephanie J. Hartley  
Florida Bar No.: 0997846  
3127 Atlantic Blvd. St. 3  
Jacksonville, FL 32207  
(904) 446-9817 Telephone  
(904) 446-9825 Facsimile  

/s/*Richard D. Hailey*  
Richard D. Hailey  
Indiana Bar No.: 7375-49  
3891 Eagle Creek Parkway, St. C  
Indianapolis, IN 46254  
(317) 299-0500 Telephone  
(317) 299-0699 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, and by e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of January, 2008.

    /s/*William H. Ogle*
    William H. Ogle
    Florida Bar No.:  367400
    Mayfield & Ogle, P.A.
    444 Seabreeze Blvd., St. 750
    Daytona Beach, FL 32118
    (386) 253-2500 Telephone
    (386) 248-8578 Facsimile