UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

CIVIL

This Document Relates to All Cases

NO: MDL 1657

SECTION: L (3)

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 13301**

DESCRIPTION:  Notice of Hearing

FILED BY:   PLAINTIFFS

FILE DATE:  1/30/2008