UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

**MOTION BY CERTAIN FLORIDA CLAIMANTS
TO EXPEDITE HEARING**

COME NOW the undersigned and move this Honorable Court to set the AMENDED MOTION BY CERTAIN FLORIDA CLAIMANTS TO BE INCLUDED IN THE VIOXX MDL SETTLEMENT AGREEMENT for an expedited hearing and as grounds therefore would show the court as follows:

1. The VIOXX MDL SETTLEMENT AGREEMENT currently before this court requires all claimants wishing to participate in the AGREEMENT to enroll by no later than February 29, 2008.

2. By enrollment in the SETTLEMENT AGREEMENT, claimants forego their right to seek punitive damages should their cases eventually proceed to trial.

3. For reasons set out in the above motion, the undersigned believe that certain Florida claimants who had previously entered into agreements with the PLAINTIFFS' STEERING COMMITTEE should be permitted to participate in the SETTLEMENT AGREEMENT, even though they had not filed formal complaints or entered tolling agreements by November 9, 2007.

4. If these claimants do not enroll by February 29, 2008, they will be said to have waived their right to participate in the AGREEMENT. If these claimants enroll but

are not permitted by the court to participate in the AGREEMENT, they will be said to have waived their rights to punitive damages for nothing.

     5. Thus, unless the court hears claimants' motion before the enrollment deadline, claimants must either waive their chance to participate in the SETTLEMENT or forego their rights to punitive damages should their petition to participate in the SETTLEMENT be denied. This is an unfair choice.

     6. Petitioners currently have this motion scheduled for hearing on February 21, 2008. However, due to the eminent enrollment deadline, petitioners request an earlier hearing date in order to have sufficient time to confer with their clients following the hearing.

     7. Claimants have attempted to resolve this matter with the PLAINTIFFS' STEERING COMMITTEE and MERCK but have not been successful.

     WHEREFORE, PETITIONERS request the court to set a hearing date on the above motion before February 21, 2008.

     Dated this 31st day of January, 2008.

     Respectfully submitted,

/s/ W*illiam H. Ogle*  
William H. Ogle  
Florida Bar No.: 367400  
Mayfield & Ogle, P.A.  
444 Seabreeze Blvd., St. 750  
Daytona Beach, FL 32118  
(386) 253-2500 Telephone  
(386) 248-8578 Facsimile  

/s/ *Norwood S. "Woody" Wilner*  
Norwood S. "Woody" Wilner  
Florida Bar No.: 222194  
Stephanie J. Hartley  
Florida Bar No.: 0997846  
3127 Atlantic Blvd. St. 3  
Jacksonville, FL 32207  
(904) 446-9817 Telephone  
(904) 446-9825 Facsimile

/s/ *Richard D. Hailey*
Richard D. Hailey
Indiana Bar No.: 7375-49
3891 Eagle Creek Parkway, St. C
Indianapolis, IN 46254
(317) 299-0500 Telephone
(317) 299-0699 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, and by e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of January, 2008.

/s/ *William H. Ogle*
William H. Ogle
Florida Bar No.: 367400
Mayfield & Ogle, P.A.
444 Seabreeze Blvd., St. 750
Daytona Beach, FL 32118
(386) 253-2500 Telephone
(386) 248-8578 Facsimile