**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion by Certain Florida Claimants to Expedite Hearing on the Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement Agreement;

IT IS ORDERED BY THE COURT that the Motion to Expedite Hearing be and is hereby granted;

IT IS FURTHER ORDERED BY THE COURT that the hearing on the Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement be and is hereby set for expedited hearing on the _____ day of February, 2008, at _____.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Eldon E. Fallon
United States District Judge