# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to All Actions : | JUDGE FALLON |
| : | |
| : | MAG. JUDGE KNOWLES |

## PRETRIAL ORDER NO. 6B

This Order clarifies Pre-Trial Order No. 6 by confirming that the functions, duties and responsibilities of the Plaintiffs' Steering Committee (the "PSC"), Plaintiffs' Liaison Counsel ("PLC"), and the PSC Executive Committee (the "PEC") include the following:

1. The PSC, the PLC, and the PEC may make or oppose oral or written motions on behalf of all plaintiffs in this proceeding (or on behalf of any group of plaintiffs in this proceeding) on matters of general application.

2. The PSC  the PLC, and the PEC may also submit or oppose proposed discovery orders or proposed case management orders on behalf of all plaintiffs in this proceeding (or on behalf of any group of plaintiffs in this proceeding) on matters of general application.

3. The PSC, the PLC, and the PEC have authority to pursue or defend any appeal on behalf of all plaintiffs in this proceeding (or on behalf of any group of plaintiffs in this proceeding) on matters of general application.

      4. The PSC, the PLC, and the PEC have authority to pursue or defend parallel litigation, whether in state or federal court, on behalf of all plaintiffs in this proceeding (or on behalf of any group of plaintiffs in this proceeding) on matters of general application. .

New Orleans, Louisiana, this 1st day of February, 2008.

                                      */s/ Eldon E. Fallon*

                                      Honorable Eldon E. Fallon
                                      United States District Court Judge