# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## O R D E R

Considering the Motion by Certain Florida Claimants to Expedite Hearing on the Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement Agreement;

IT IS ORDERED BY THE COURT that the Motion to Expedite Hearing be and is hereby DENIED;

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee and Merck shall file their response, if any, by February 15, 2008.

New Orleans, Louisiana, this 1st day of February, 2008.

_____
Eldon E. Fallon
United States District Judge