UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® | ) MLD Docket No. 1657 |
| | ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION L |
| | ) |
| This document relates to: | ) |
| | ) JUDGE FALLON |
| Lind, William v. Merck & Co., Inc. | ) |
| | ) MAG. JUDGE KNOWLES |
| Civil Action No: 2:05-cv-03382 | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff William Lind and Defendant Merck & Co., Inc. ("Merck"), through their respective undersigned counsel, that:

1.  All claims brought by Plaintiff William Lind against Merck in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and Merck is dismissed from this action; and

2.  Each party is to bear its own costs and attorneys' fees.

Dated: _January 29_, 2008.

AGREED TO:

| THE SCOTT LAW GROUP, P.S. | STONE PIGMAN WALTHER WITTMANN LLC |
|---|---|
| By: _____<br>Darrell W. Scott | By: _____<br>Phillip A. Wittmann |
| 926 W. Sprague Ave., Suite 680<br>Spokane, WA 99201 | 546 Carondelet St.<br>New Orleans, LA 70130 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Stipulation of Dismissal with Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of February, 2008.

Matthew J. Zuchetto, WSBA #33404
Darrell W. Scott, WSBA #20241

Attorneys for Plaintiff, William Lind

The Scott Law Group
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Telephone:  (509) 455-3966
Facsimile:   (509) 455-3906
matthewzuchetto@mac.com