UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® | ) MLD Docket No. 1657 |
| | ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION L |
| | ) |
| This document relates to: | ) JUDGE FALLON |
| | ) |
| Lind, William v. Merck & Co., Inc. | ) MAG. JUDGE KNOWLES |
| | ) |
| Civil Action No: 2:05-cv-03382 | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff, William Lind against Defendant Merck & Co., Inc., in the above-captioned lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2008.

_____
JUDGE, U.S. District Court
Eastern District of Louisiana