CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served on Liaision Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this 4th day of February, 2008.

S/b James E. Ross, Jr.
James E. Ross, Jr.