IN RE: VIOXX® PRODUCTS             MDL Docket No. 1657
LIABILITY LITIGATION

THIS RELATES TO:                   Plaintiff: LOUISE MCELROY

    Civil Action No.

STATE OF LOUISIANA

PARISH OF OUACHITA

    I, James E. Ross, Jr., counsel for the plaintiff, Louise McElroy, in the above proceeding certify that I have served a copy of the Notice of on all health care provider, physicians and pharmacies that they must preserve all records of Louise McElroy relating to the Plaintiff's claim pursuant to Pretrial Order No. 1 entered by this Court on February 17, 2005. Moreover, I have attached a copy of all notices sent to such health care providers, physicians, and pharmacies, namely:

1. Sanders Pharmacy
   1221 E. Union Street
   Greenville, MS 38703-3243

2. Wal-Mart Pharmacy
   1831 S. Dr. Martin Luther King Blvd.
   Greenville, MS 38701

3. Fred's Pharmacy
   210 Highway 82 W
   Indianola, MS 38751-2133

4. King Daughter's Hospital
   300 S. Washington Avenue
   Greenville, MS 38701

5. South Sunflower County Hospital
   809 Highway One South
   Greenville, MS 38701