6. Delta Regional Medical Center
   1400 E. Union Street
   Greenville, MS 38701

7. Indianola Family Medical Center
   122 E. Baker Street
   Indianola, MS 38751

8. Mr. Michael Cirilli, M.D.
   1307 East Union
   Greenville, MS 38701

9. Mr. Walter Rose, M.D.
   122 E. Baker Street
   Indianola, MS 38751-2451

All notices were mailed out on January 17, 2008 at 3:23:26 p.m., and a statement of cost for each registered letter has also been attached.

Personally, Appeared before me, the undersigned authority in and for the jurisdiction aforesaid the within named James E. Ross, Jr., who, having been by me first duly sworn, as his oath states that the matters and facts as set forth in the above and foregoing instrument are true and correct a therein stated.

_____
James E. Ross, Jr.

Sworn to and subscribed before me, this 31st day of January, 2008.

NOTARY
Louis G. Scott
Bar No. 11882

My Commission Expires:
At Death