

**Receipt 1:**
Registered No. RR428155618US
Reg. Fee $9.50
Handling Charge $0.00
Postage $1.14
Return Receipt $0.00
Restricted Delivery $0.00
Date Stamp: 0667  89  01/17/08
Received by: RW
Customer Must Declare Full Value $0.00

FROM: Ross Law Firm, 602 North 5th St, PO Box 1295, Monroe, LA 71210-1295
TO: Greenville MS Sunflower County Hospital, 809 Highway One South, Greenville, MS 38701

PS Form 3806, May 2004 — Receipt for Registered Mail

**Receipt 2:**
Registered No. RR428155635US
Reg. Fee $9.50
Handling Charge $0.00
Postage $1.14
Return Receipt $0.00
Restricted Delivery $0.00
Date Stamp: 0667  89  01/17/08
Received by: RW
Customer Must Declare Full Value $0.00

FROM: Ross Law Firm, 602 N. 5th St, PO Box 1295, Monroe, LA 71210-1295
TO: Delta Regional Medical Center, 1400 E. Union Street, Greenville, MS 38701

PS Form 3806, May 2004 — Receipt for Registered Mail