```
=====================================
           MONROE DOWNTOWN
           MONROE, Louisiana
               712019997
             2165690667-0097
01/17/2008 (318)322-3193 03:23:26 PM
=====================================
=========== Sales Receipt ===========
Product        Sale Unit       Final
Description    Qty  Price      Price
=====================================
GREENVILLE MS 38701             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155670US
                             ========
Issue PVI:                     $10.64

GREENVILLE MS 38701             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155595US
                             ========
Issue PVI:                     $10.64

INDIANOLA MS 38751              $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155604US
                             ========
Issue PVI:                     $10.64

GREENVILLE MS 38701             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155618US
                             ========
Issue PVI:                     $10.64

GREENVILLE MS 38701             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155635US
                             ========
Issue PVI:                     $10.64

INDIANOLA MS 38751              $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155649US
                             ========
Issue PVI:                     $10.64

INDIANOLA MS 38751              $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155652US
                             ========
Issue PVI:                     $10.64

GREENVILLE MS 38701             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR428155666US
                             ========
Issue PVI:                     $10.64

GREENVILLE MS 38703             $1.14
Zone-1 First-Class
Large Env
3.00 oz.
Registered                      $9.50
Insured Value :     $0.00
Article Value :     $0.00
Label #:     RR554462044US
                             ========
Issue PVI:                     $10.64
```