```
Total:                              ==========
                                      $95.76

Paid by:
Personal Check                        $95.76

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000300286126
Clerk:89

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
**************************************
**************************************
        HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

           YOUR OPINION COUNTS
**************************************
**************************************


              Customer Copy
```