UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------- )
In Re:  VIOXX                                     )   MDL 1657
        Products Liability Litigation             )
                                                  )
                                                  )
This Document Relates to:                         )   Judge Fallon
Joyce E. DiMauro v. Merck & Co., Inc.,            )   Magistrate Judge Knowles
No.: 2:05-CV-01779                                )
------------------------------------------------- )
```

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.2.11, Jennifer L. Frank of Lewis Saul & Associates, P.C., 183 Middle Street, Suite 200, Portland, Maine 04101 respectfully moves this honorable Court to withdraw as counsel for Plaintiff Joyce E. Dimauro in the above-captioned action due to her departure from the firm.

Kevin M. Fitzgerald of Lewis Saul & Associates, P.C., 183 Middle Street, Suite 200, Portland, Maine 04101 hereby moves this honorable Court to substitute his appearance on behalf of Plaintiff Dimauro.

Plaintiff Dimauro has been advised of and consents to the withdrawal and substitution of counsel.

Defendant Merck & Co., Inc. does not oppose this motion.

Dated:  February 7, 2008                         Respectfully submitted,

                                                  /s/ Jennifer L. Frank
                                                 Jennifer L. Frank, Esq.
                                                 Lewis Saul & Associates, P.C.
                                                 183 Middle Street, Suite 200
                                                 Portland, ME  04101
                                                 Telephone: (207) 874-7407

Fax: (207) 874-4930
jfrank@lewissaul.com

   /s/ Kevin M. Fitzgerald   
Kevin M. Fitzgerald, Esq.
Lewis Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101
Telephone: (207) 874-7407
Fax: (207) 874-4930
kfitzgerald@lewissaul.com

Thomas W. Braun, Esq.
Moquin & Daley
226 Coolidge Avenue
Manchester, NH  03102
Telephone: (603) 669-9400
Fax: (603) 669-3122

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, a true and correct copy of the foregoing Motion for Withdrawal and Substitution of Counsel was electronically filed using the Court's ECF/CM system and was also served via U.S. First Class mail upon the following:

| **Plaintiffs' Liaison Counsel**<br>Russ Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA  70113 | **Defendants' Liaison Counsel**<br>Phillip A. Wittmann<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA  70130 |
|---|---|
| **Plaintiff's Local Counsel**<br>Thomas W. Braun, Esq.<br>Moquin & Daley<br>226 Coolidge Avenue<br>Manchester, NH  03102 | |

    /s/ Kevin M. Fitzgerald
Kevin M. Fitzgerald, Esq.
Lewis Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101
Telephone: (207) 874-7407
Fax: (207) 874-4930
kfitzgerald@lewissaul.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------ )
In Re:  VIOXX ) MDL 1657
     Products Liability Litigation )
 ) SECTION: L
 )
**This Document Relates to:** ) Judge Fallon
Joyce E. DiMauro v. Merck & Co., Inc., ) Magistrate Judge Knowles
No.: 2:05-CV-01779 )
------------------------------------------------------ )

## ORDER

Upon consideration of the foregoing Motion for Withdrawal and Substitution of Counsel, it is hereby ORDERED that Jennifer L. Frank, Esq. is hereby withdrawn from representation of Plaintiff Dimauro and Kevin M. Fitzgerald, Esq. is hereby substituted as counsel of record on behalf of Plaintiff Dimauro in the above-captioned action.

Please take notice that all future pleadings and other papers shall be served upon Kevin M. Fitzgerald, in addition to, all other counsel of record.

New Orleans, Louisiana this ____ day of _____, 2008.

                                                                                                                                                                                                                       _____
                                                                                                                                                                                                                        JUDGE