UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL 1657 |
|     Products Liability Litigation | |
| | SECTION: L |
| | |
| **This Document Relates to:** | Judge Fallon |
| Joyce E. DiMauro v. Merck & Co., Inc., | Magistrate Judge Knowles |
| No.: 2:05-CV-01779 | |

## **ORDER**

Upon consideration of the foregoing Motion for Withdrawal and Substitution of Counsel, it is hereby ORDERED that Jennifer L. Frank, Esq. is hereby withdrawn from representation of Plaintiff Dimauro and Kevin M. Fitzgerald, Esq. is hereby substituted as counsel of record on behalf of Plaintiff Dimauro in the above-captioned action.

Please take notice that all future pleadings and other papers shall be served upon Kevin M. Fitzgerald, in addition to, all other counsel of record.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
JUDGE