Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
| | Judge Eldon E. Fallon |
| *Patricia Allison et al.*, | |
| Plaintiff Augusto Campos, only<br><br>Plaintiff(s),<br><br>vs.<br><br>Merck & Co., INC., a foreign corporation<br><br>Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF AUGUSTO CAMPOS ONLY.<br><br>CASE NO: 2:05-cv-05822-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Augusto Campos, originally filed in the US District Court, District of Minnesota, and then transferred later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

STIPULATION AND ORDER OF DISMISSAL

|    |    |
|----|----|
| 1  |  |
| 2  | Respectfully submitted: |
| 3  |  |
| 4  | Dated: 1-28-08    By: /s/ Augusto Campos |
| 5  |  |
| 6  |  |
| 7  | Dated: 2-4-08    By: /s/ |
| 8  | Jeffrey A. Bowersox, OSB # 81442 |

Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Ronald Goldser, MN Bar #35932
Zimmerman Reed PLLP
651 Nicollet Mall #501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Attorneys for Plaintiff Augusto Campos

Dated: 2/7/08    By: /s/ Phil Wittmann
Phillip A. Wittmann, Esq.
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendant's Liaison Counsel

STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2