Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657<br><br>Judge Eldon E. Fallon |
| *WILLIAM COLEMAN, et al.,*<br><br>Plaintiff Gerald Willis, only<br>Plaintiff(s),<br><br>vs.<br><br>Merck & Co., INC., a foreign corporation<br>Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF GERALD WILLIS ONLY<br><br>CASE NO: 2:05-cv- 4446-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Gerald Willis, filed in MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* US District Court, Eastern District of Louisiana, may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

STIPULATION AND ORDER OF DISMISSAL

```
 1
 2
 3                                    Respectfully submitted:
 4
 5  Dated: 1-29-08                    By: /s/ Gerald Willis
 6                                        Gerald Willis
 7
 8  Dated: 2-4-08                     By: /s/
 9                                        Jeffrey A. Bowersox, OSB # 81442
                                          Email: Jeffrey@BLFpc.com
10                                        BOWERSOX LAW FIRM, P.C.
                                          111 S.W. Columbia St., Suite 1000
11                                        Portland, Oregon 97201
                                          Telephone: (503) 452-5858
12                                        Facsimile: (503) 525-4833
13                                        Daniel E. Becnel, Jr., LA Bar #2929
                                          Matthew B. Moreland, LA Bar #24567
14                                        Kevin P. Klibert, LA Bar #26954
                                          LAW OFFICES OF DANIEL E. BECNEL, JR.
15                                        106 W. Seventh Street
                                          Post Office Drawer H
16                                        Reserve, LA 70084
                                          Telephone: (985) 536-1186
17                                        Facsimile: (985) 536-6445

18                                        Jeffrey Campiche, WA Bar # 7592
                                          Jeffery M. Campiche, PS
19                                        701 5th Ave Ste 4765
                                          Seattle, WA 98104-7097
20                                        Telephone: (206) 281-9000
                                          Facsimile: (206) 281-9111
21
                                          Attorneys for Plaintiff Gerald Willis
22
23  Dated: 2/7/08                     By: /s/ Phil Wittmann
                                          Phillip A. Wittmann, Esq.
24                                        Stone, Pigman, Walther & Wittmann, LLC
                                          546 Carondelet Street
25                                        New Orleans, LA 70130
                                          Telephone: (504) 581-3200
26                                        Facsimile: (504) 581-3361
27                                        Defendant's Liaison Counsel
28
```

STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of February, 2008.

                                                    */s/ Dorothy H. Wimberly*
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER
                                                    WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, Louisiana 70130
                                                    Phone:  504-581-3200
                                                    Fax:      504-581-3361
                                                    dwimberly@stonepigman.com

                                                    Defendants' Liaison Counsel

826474v.2