1

2

3  Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
4  111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
5  Facsimile: (503) 525-4833

6  Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
7  Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
8  106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
9  Telephone: (985) 536-1186
Facsimile: (985) 536-6445
10

11  Attorneys for Plaintiff

12

13                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
14                        NEW ORLEANS DIVISION

15

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
|---|---|
| | Judge Eldon E. Fallon |
| VERN ACORD, et al., | |
| Plaintiff Ruby Mosby, only | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF RUBY MOSBY ONLY |
| Plaintiff (s), | |
| vs. | |
| Merck & Co., INC., a foreign corporation | CASE NO: 2:05-cv-  4448-EEF-DEK |
| Defendant. | |

16

17

18

19

20

21

22

23

24        IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

25  counsel for Defendants that the Complaint of Plaintiff Ruby Mosby, filed in MDL No. 1657, *In*

26  *Re: Vioxx Products Liability Litigation*, US District Court, Eastern District of Louisiana, may be

27  and is hereby dismissed with prejudice. The parties shall each bear their own costs.

28

STIPULATION AND ORDER OF DISMISSAL

1

2

3

4  Dated: _Jan 29-08_                         Respectfully submitted:

5                                             By: _Ruby Mosby_
                                                  Ruby Mosby

6

7  Dated: _2-4-08_                            By: _____
                                                  Jeffrey A. Bowersox, OSB # 81442
8                                                 Email: Jeffrey@BLFpc.com
                                                  BOWERSOX LAW FIRM, P.C.
9                                                 111 S.W. Columbia St., Suite 1000
                                                  Portland, Oregon 97201
10                                                Telephone: (503) 452-5858
                                                  Facsimile: (503) 525-4833
11
                                                  Daniel E. Becnel, Jr., LA Bar #2929
12                                                Matthew B. Moreland, LA Bar #24567
                                                  Kevin P. Klibert, LA Bar #26954
13                                                LAW OFFICES OF DANIEL E. BECNEL, JR.
                                                  106 W. Seventh Street
14                                                Post Office Drawer H
                                                  Reserve, LA 70084
15                                                Telephone: (985) 536-1186
                                                  Facsimile: (985) 536-6445
16
                                                  Attorneys for Plaintiff Ruby Mosby
17

18  Dated: _2/7/08_                           By: _Phil Wittmann_
                                                  Phillip A. Wittmann, Esq.
19                                                Stone, Pigman, Walther & Wittmann, LLC
                                                  546 Carondelet Street
20                                                New Orleans, LA 70130
                                                  Telephone: (504) 581-3200
21                                                Facsimile: (504) 581-3361

22                                                Defendant's Liaison Counsel

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Dated: _____                    _____
                                                  Honorable Eldon E. Fallon
27                                                United States District Court

28


STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2