| | |
|---|---|
| In re: VIOXX® | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS RELATES TO:

PLAINTIFFS:  **MARY KATHERINE BRADY AND JASON KENSEY BRADY, INDIVIDUALLY AND ON BEHALF OF THE DECEASED, LARRY BERNARD BRADY**

CAUSE NO.:  2:05cv04812

## STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Mary Katherine Brady and Jason Kensey Brady, on behalf of the deceased, Larry Bernard Brady, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

**PHARMACIES:**

Wal-Mart Pharmacy
2701 Louisville Avenue
Monroe, Louisiana 71201

Wal-Mart Pharmacy
2730 Northwest Avenue
El Dorado, Arkansas 71730

Eckard's Pharmacy
2901 Sterlington Road
Monroe, Louisiana 71203

Matte's Pharmacy Inc.
314 Main Street
Post Office Box 17
Marion, Louisiana 71260

**MEDICAL PROVIDERS:**   J. Michael Smith, M.D.
532 South Washington Street
Bastrop, Louisiana 71220

Narendra Kutnikar, M.D.
1805 Lamy Lane
Monroe, Louisiana 71201

Raj Bhandari, M.D.
3424 Medical Park Drive
Monroe, Louisiana 71203

Morehouse General Hospital
Attention: Medical Records Requests
323 West Walnut Avenue
Bastrop, Louisiana 71220

St. Francis North Hospital
Attention: Medical Records Requests
3421 Medical Park Drive
Monroe, Louisiana 71203

Respectfully submitted,

DAVENPORT, FILES & KELLY, L.L.P.
1509 Lamy Lane
P. O. Drawer 4787
Monroe, Louisiana 71211-4787
Telephone: (318) 387-6453
ATTORNEYS FOR MARY KATHERINE BRADY AND JASON KENSEY BRADY, INDIVIDUALLY AND ON BEHALF OF LARRY BERNARD BRADY

BY _____
Carey B. Underwood - #21924

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

THIS RELATES TO:

PLAINTIFFS:   MARY KATHERINE BRADY
              AND JASON KENSEY BRADY,
              INDIVIDUALLY AND ON BEHALF
              OF THE DECEASED,
              LARRY BERNARD BRADY
CAUSE NO.:    2:05cv04812

********

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing Statement of Notices Sent has been served via electronic mail on Merck at registration@hugheshubbard.com; PEC at rhermann@hhkc.com and the Claims Administrator at claimsadmin@browngreer.com upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 28.

DAVENPORT, FILES & KELLY, L.L.P.
1509 Lamy Lane
P. O. Drawer 4787
Monroe, Louisiana 71211-4787
Telephone: (318) 387-6453
ATTORNEYS FOR MARY KATHERINE BRADY AND JASON KENSEY BRADY, INDIVIDUALLY AND ON BEHALF OF LARRY BERNARD BRADY

BY _____
    Carey B. Underwood - #21924

# DF&K

## DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Wal-Mart Pharmacy
2701 Louisville Avenue
Monroe, Louisiana 71201

Re:   Our File No.   :   25-290/U
Mary Katherine Brady and Jason Kensey
Brady, Individually and on behalf of the
Deceased, Larry Bernard Brady
In re:   VIOXX Products Liability Litigation
MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com

# DAVENPORT, FILES & KELLY, L.L.P.
### ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Wal-Mart Pharmacy
2730 Northwest Avenue
El Dorado, Arkansas 71730

Re:   Our File No.   :   25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:   VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merck & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL *cbu@dfklaw.com*

# DAVENPORT, FILES & KELLY, L.L.P.
### ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Eckard's Pharmacy
2901 Sterlington Road
Monroe, Louisiana 71203

Re:   Our File No.   :    25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:  VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL *cbu@dfklaw.com*

# DF&K

## DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Matte's Pharmacy
Post Office Box 17
Marion, Louisiana 71260

Re:   Our File No.   :   25-290/U
Mary Katherine Brady and Jason Kensey
Brady, Individually and on behalf of the
Deceased, Larry Bernard Brady
In re:   VIOXX Products Liability Litigation
MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com

# DF&K

## DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

J. Michael Smith, M.D.
535 South Washington Street
Bastrop, Louisiana 71220

Re:   Our File No.   :   25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:   VIOXX Products Liability Litigation
      MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL *cbu@dfklaw.com*

# DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

## *VIA U. S. CERTIFIED MAIL*

Narendra Kutnikar, M.D.
1805 Lamy Lane
Monroe, Louisiana 71201

Re:   Our File No.   :   25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:  VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merck & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com

# DF&K
## DAVENPORT, FILES & KELLY, L.L.P.
### ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Raj Bhandari, M.D.
3424 Medical Park Drive
Monroe, Louisiana 71203

Re:  Our File No.  :   25-290/U
Mary Katherine Brady and Jason Kensey
Brady, Individually and on behalf of the
Deceased, Larry Bernard Brady
In re:  VIOXX Products Liability Litigation
MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com

# DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

### *VIA U. S. CERTIFIED MAIL*

Morehouse General Hospital
Attention: Medical Records Requests
323 West Walnut Avenue
Bastrop, Louisiana 71220

Re:   Our File No.   :   25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:   VIOXX Products Liability Litigation
      MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com

# DAVENPORT, FILES & KELLY, L.L.P.

ATTORNEYS AT LAW

MIKE C. SANDERS
MICHAEL J. FONTENOT
M. SHANE CRAIGHEAD
W. DAVID HAMMETT
CAREY B. UNDERWOOD
LARA A. LANE

February 7, 2008

THOS. W. DAVENPORT (1909 - 1962)
WM. G. KELLY, JR. (OF COUNSEL)
JACK B. FILES (OF COUNSEL)
THOS. W. DAVENPORT, JR. (OF COUNSEL)

## *VIA U. S. CERTIFIED MAIL*

St. Francis North Hospital
Attention: Medical Records Requests
3421 Medical Park Drive
Monroe, Louisiana 71203

Re:   Our File No.   :   25-290/U
      Mary Katherine Brady and Jason Kensey
      Brady, Individually and on behalf of the
      Deceased, Larry Bernard Brady
      In re:   VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Mary Katherine Brady and Jason Kensey Brady, individually and on behalf of the deceased, Larry Bernard Brady, in their claims against Merek & Co., Inc. arising out of the death of Larry Bernard Brady from the use of VIOXX. This letter is to notify you that you may have records relevant to Mary Katherine Brady and Jason Kensey Brady's claim in the above referenced proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Mary Katherine Brady and Jason Kensey Brady. A copy of the Order is Attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Very truly yours,

CAREY B. UNDERWOOD

CBU/pek
Enclosures

1509 LAMY LANE (71201)
P. O. DRAWER 4787 (71211-4787)
MONROE, LOUISIANA

TELEPHONE (318) 387-6453
FACSIMILE (318) 323-6533
WWW.DFKLAW.COM
E-MAIL cbu@dfklaw.com