U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 31 2008

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30895

MDL 05-1657-L

U.S. COURT OF APPEALS
FILED
JAN 24 2008
CHARLES R. FULBRUGE III
CLERK

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

------

RUTH ALEXANDER, as Administratrix of the Estate of Jane Doyle

Plaintiff - Appellant

v.

MERCK & COMPANY INC

Defendant - Appellee

------

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

------

Before HIGGINBOTHAM, STEWART, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant's unopposed motion to remand the case to the United States District Court for the Eastern District of Louisiana is GRANTED.

A true copy
Attest:    JAN 24 2008
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 24, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30895  In Re: Vioxx Prod
      USDC No.  2:05-CV-5768
                 2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

              Sincerely,

              CHARLES R. FULBRUGE III, Clerk

              By: *Misty Fontenot*
                    Misty Fontenot, Deputy Clerk
                    504-310-7716

cc: w/encl:
    Mr Kevin P Weis
    Mr Susan J Pope

MDT-1