UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Given that the Court is fully advised of the legal and factual issues in these cases, IT IS ORDERED that Plaintiffs' Motions to Remand to State Court (Rec. Doc. Nos. 13229, 13230, 13231, 13232, and 13233) will be heard on February 13, 2008, at 9:00 a.m., WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this 7th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE