# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| *This document relates to ALL CASES* | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLE** |

### THE PSC'S MOTION TO COMPEL EXPRESS SCRIPTS TO COMPLY WITH THE REQUEST MADE IN CONNECTION WITH THE VIOXX SETTLEMENT PROGRAM  FOR THE PRESCRIPTION DRUG DOCUMENTS OR DATA NEEDED FOR THE VIOXX SETTLEMENT PROGRAM

**NOW INTO COURT,** comes Plaintiffs' Steering Committee ("PSC") who moves this Honorable Court for an Order compelling Express Scripts, Inc. ("ESI") to comply with the request made in connection with the *Vioxx Settlement Program* for the production of prescription drug/pharmacy records or data in the possession of ESI for individuals who were prescribed, dispensed or otherwise provided the drug Vioxx.

The discovery requests at issue and reasons in support of the PSC's Motion to Compel are more fully set forth in the attached *Memorandum of Law*.

**FOR THE FOREGOING REASONS**, and those more fully set forth in the attached

Memorandum of Law, the PSC respectfully requests that this Honorable Court grant its *Motion to Compel*, and issue an order compelling ESI to produce the requested information.

Respectfully submitted,

/s/ Leonard A. Davis

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esq.
P.O.Box 1190
2220 Bonaventure Court
Alexandria, LA  71309-1190
PH: (318) 487-9874
FAX: (318) 561-2591

Andy D. Birchfield, Esq. (**Co-Lead Counsel**)
P.O. Box 4160
234 Commerce Street
Montgomery, AL  36103-4160
PH: (800) 898-2034
FAX: (334) 954-7555

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Franciso, CA  94111-3339
PH: (415) 956-1000
FAX: (415-956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA  19102
PH: (215) 772-1000
FAX: (215) 772-1371

Arnold Levin, Esq.
Michael Weinkowitz, Esq. (**on brief**)
510 Walnut Street
Suite 500
Philadelphia, PA  19106-3875
PH: (215) 592-1500
FAX: (215) 592-4663

Gerald E. Meunier, Esq.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA  70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973

Troy Rafferty, Esq.
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
PH: (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA  70601
PH: (337) 494-7171
FAX: (337) 494-7218

Mark Robinson, Esq.
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
PH: (949) 720-1288
FAX: (949) 720-1292

Christopher Seeger, Esq. (**Co-Lead Counsel**)
One William Street
New York, NY  10004
PH: (212) 584-0700
FAX: (212) 584-0799

Christopher Vincent Tisi, Esq.
2000 L Street, NW
Suite 400
Washington, DC  20036-4914
PH: (202) 783-6400
FAX: (307) 733-0028

| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of February, 2008.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Ave.
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com