UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *This document relates to ALL CASES* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLE |

MOTION FOR EXPEDITED HEARING
ON THE PSC'S MOTION TO COMPEL EXPRESS SCRIPTS
TO COMPLY WITH THE REQUEST MADE IN CONNECTION
WITH THE VIOXX SETTLEMENT PROGRAM FOR THE
PRESCRIPTION DRUG DOCUMENTS OR DATA
<u>NEEDED FOR THE VIOXX SETTLEMENT PROGRAM</u>

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC"), who hereby request that the Court hear on an expedited basis the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program, for the reasons set forth below:

1. On November 8, 2007 a Settlement Agreement was reached between Merck & Co., Inc. and the Negotiating Plaintiff's Counsel.

2. Essential to the Settlement Program is the production of certain medical records.

3. The Settlement Program has a number of deadlines.

4. To meet the deadlines in the Settlement Program expedited hearing of this motion is necessary.

WHEREFORE, movant seeks a hearing on an expedited basis of the attached PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292 |
| | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799 |

| | |
|---|---|
| Arnold Levin, Esq.<br>Michael Weinkowitz, Esq. **(on brief)**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX  77002<br>PH:  (713) 650-0022<br>FAX:  (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

<u>**PLAINTIFFS' STEERING COMMITTEE**</u>

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of February, 2008.

          /s/ Leonard A. Davis
          Leonard A. Davis (Bar No. 14190)
          ***Herman, Herman, Katz & Cotlar, LLP***
          820 O'Keefe Ave.
          New Orleans, LA 70113
          PH:     (504) 581-4892
          FAX:  (504) 561-6024
          ldavis@HHKC.com