UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION L |
| | : | |
| *This document relates to ALL CASES* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLE |

**O R D E R**

    Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of the Plaintiffs' Steering Committee;

    IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

    IT IS FURTHER ORDERED BY THE COURT that the hearing on  be and is hereby set for expedited hearing on the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program the _____ day of February, 2008 at _____ o'clock ___.m.

    NEW ORLEANS, Louisiana, this _____ day of February, 2008.

_____
**Eldon E. Fallon**
**United States District Judge**