IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

## MOTION TO WITHDRAW AS ATTORNEYS

The Firm of Moriarty Leyendecker Erben PC and its attorneys, James R. Moriarty, Robert D. Erben, and David W. Krivit, attorneys for Plaintiff Peter Appenzeller, hereby file this Motion to Withdraw as Attorneys and state as follows:

Moriarty Leyendecker Erben PC is seeking to withdraw as counsel of record herein. Counsel has notified Plaintiff of their intent to withdraw, and Plaintiff has not objected to the withdrawal.

WHEREFORE, Moriarty Leyendecker Erben PC respectfully requests that the court enter an order withdrawing this firm as counsel of record herein. A proposed order granting this relief is provided herewith.

1

Respectfully submitted this 8th day of February 2008.

>s/ Robert D. Erben
>Robert D. Erben
>David W. Krivit
>James R. Moriarty
>MORIARTY LEYENDECKER ERBEN PC
>1123 Spruce Street, Suite 200
>Boulder, CO 80302
>(303) 495-2658 Tel
>(713) 528-1390 Fax
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on the 8th of February 2007 that a true and correct copy of the above and foregoing MOTION TO WITHDRAW AS ATTORNEYS was filed electronically with the Court via CM/ECF PACER and served via LexisNexis to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

>/s/ Christina J. Kim
>Christina J. Kim, Paralegal
>MORIARTY LEYENDECKER ERBEN PC

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

### [PROPOSED] ORDER RE: MOTION TO WITHDRAW AS ATTORNEYS

This Court, having considered the Motion to Withdraw as Attorneys, hereby ORDERS that:

The Motion to Withdraw as Attorneys filed by Moriarty Leyendecker Erben PC, attorneys for Plaintiff Peter Appenzeller, is GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2008.

_____
United States District Judge

1