# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

## PLAINTIFF'S ADDRESS AND TELEPHONE

The following is Plaintiff Peter Appenzeller's address and telephone number:

Peter Appenzeller
400 W. South Boulder Road
Unit 3
Louisville, CO 80027
(720) 309-1939.

1