UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Pamela Hanson, v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05cv2350) | Judge Fallon<br><br>Mag. Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, John R. Climaco of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA, and Anthony Gallucci of Kelley & Ferraro LLP, counsel of record for Plaintiff, Pamela Hanson, move this Honorable Court for an order allowing them to withdraw as counsel of record for Plaintiff, Pamela Hanson. This withdrawal is intended for Plaintiff, Pamela Hanson, only and does not affect the representation of any other Plaintiffs.

Plaintiff, Pamela Hanson, is not prejudiced by this withdrawal as copies of pre-trial orders 28, 31, 31a and 31b, as well as written notice of the filing of this Motion were sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 14881 State Route 691, Nelsonville, OH 45764.

Respectfully submitted,

_____
John R. Climaco (Ohio #0011456)
jrclim@cliamcolaw.com
Terri A. Lightner (Ohio #0077874)

taligh@cliamacolaw.com
Dawn M. Chmielewski (Ohio #0077723)
dxchmi@claimcolaw.com
**Climaco, Lefkowitz, Peca,
Wilcox & Garofoli Co., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484

Anthony Gallucci (Ohio #0066665)
agallucci@kelley-ferraro.com
**KELLEY & FERRARO LLP**
127 Public Square
2200 Key Tower Suite 2200
Cleveland, Ohio 44114
Telephone: (216) 575-0777

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, a true copy of the foregoing Motion was served electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. In addition, a copy of the foregoing Motion to Withdraw was served upon Pamela Hanson, via certified mail, this 7th day of February, 2008. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

John R. Climaco