UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | |
| This Document Relates To: Pamela Hanson v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05cv2350) | ) ) ) | Judge Fallon  Mag. Judge Knowles |
| | ) ) | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, the Court finds the Plaintiff, Pamela Hanson's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney John R. Climaco of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA and the law firm of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA withdraw as counsel for Plaintiff, Pamela Hanson, only and does not affect the representation of any other Plaintiffs.

IT IS SO ORDERED.

_____
Date

_____
Judge Eldon E. Fallon
United States District Court Judge