UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

# ORDER

IT IS ORDERED that Plaintiffs' Motions to Remand to State Court (Rec. Doc. Nos. 13229, 13230, 13231, 13232, and 13233) are hereby CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this 8th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE