## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Janet Sue Morgan, et al. v. Merck & Co.,* | * | **MAGISTRATE JUDGE** |
| *Inc.; Docket No. 2:05-cv-496; only* | * | **KNOWLES** |
| *regarding Tracy Brown o/b/o Stephen* | * | |
| *Brown, James Smith, Jerry Gough,* | * | |
| *Linder Maynor, and Lillie Halbert* | * | |
| *o/b/o Josephine Halbert* | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiffs Tracy Brown (on behalf of Stephen

Brown), James Smith, Jerry Gough, Linder Maynor, and Lillie Halbert (on behalf of Josephine

Halbert) against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed

with prejudice, each party to bear its own costs, and subject the terms and conditions of the

parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 11th day of _____February_____, 2008.

_____

**DISTRICT JUDGE**

909742v.1