# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Byron Arthur, et al. v. Merck & Co.,* | * | **MAGISTRATE JUDGE** |
| *Inc.; Docket No. 2:05-cv-4445; only* | * | **KNOWLES** |
| *regarding Sherry Karl (on behalf* | * | |
| *of Anna Love, deceased)* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Sherry Karl, on behalf of Anna Love, deceased, against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.  The claims of the remaining plaintiffs continue in full force and effect.

NEW ORLEANS, LOUISIANA, this  11th  day of              February             , 2008.

*/s/ Eldon E. Fallon*
_____
**DISTRICT JUDGE**

909928v.1