UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | ) | MLD Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| Lind, William v. Merck & Co., Inc. | ) | MAG. JUDGE KNOWLES |
| | ) | |
| Civil Action No: 2:05-cv-03382 | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff, William Lind against Defendant Merck & Co., Inc., in the above-captioned lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA this 11th day of February, 2008.

_____
JUDGE, U.S. District Court
Eastern District of Louisiana