UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *William Coleman, et al. v. Merck & Co., Inc.; Docket No. 2:05-cv-4446; only regarding Paul McArthur* | * | MAGISTRATE JUDGE KNOWLES |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Paul McArthur, against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.  The claims of the remaining plaintiffs continue in full force and effect.

NEW ORLEANS, LOUISIANA, this 11th day of _____February_____, 2008.

_____
DISTRICT JUDGE

909928v.1