AFFIDAVIT OF ROBERT M. JOHNSTON

TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF LOUISIANA     )
                             ) s.s.                       AFFIDAVIT
PARISH OF ORLEANS     )

Robert M. Johnston, being first duly sworn according to law, states the following:

1.     I have thoroughly familiarized myself with the issues involved in the multidistrict litigation captioned *In re Vioxx Products Liability Litigation*, No. 05-1657, which is pending in the United States District Court for the Eastern District of Louisiana. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for my disqualification under 28 U.S.C. § 455 that would prevent me from serving as Curator in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to before me and subscribed in my presence this 12ᵀᴴ day of February, 2008.

Notary Public