A CERTIFIED TRUE COPY
ATTEST
By April Layne on Feb 11, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 11 2008
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Feb 11, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in the six actions listed on Schedule A move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its orders conditionally transferring the actions to the Eastern District of Louisiana for inclusion in MDL No. 1657. Defendant Merck & Co., Inc., opposes the motions.

After considering all counsel's argument, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana, and that transfer of these actions to the Eastern District of Louisiana for inclusion in MDL No. 1657 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005).

The parties can present any pending motions for remand to state court to the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

[*] Judges Heyburn and Motz took no part in the disposition of this matter.

___Fee
___Process
_X_Dktd
___CtRmDep
___Doc. No.

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## SCHEDULE A

EDLA
SEC.L/3

### District of Alaska

Mary M. Charles, etc. v. Merck & Co., Inc., et al., C.A. No. 4:07-21         08-955

### Northern District of Mississippi

Cecelia Jensen, etc. v. Merck & Co., Inc., et al., C.A. No. 4:07-166         08-956
Charles Erving, et al. v. Merck & Co., Inc., et al., C.A. No. 4:07-169       08-957

### Southern District of Mississippi

Dianne Dalton, et al. v. Merck & Co., Inc., C.A. No. 3:07-576                08-958

### Eastern District of New York

Sergei Chepilko v. Merck & Co., Inc., C.A. No. 1:07-4098                     08-959

### Southern District of New York

The People of the State of New York, et al. v. Merck & Co., Inc., C.A. No. 1:07-8434    08-960

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 11, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

Dear Ms. Whyte:

Attached is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S. C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
April C. Layne
Docket Specialist

Attachments (Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Eldon E. Fallon

JPML Form 29

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
D. Lowell Jensen
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman[*] | J. Frederick Motz[*] |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                        MDL No. 1657

## INVOLVED COUNSEL LIST

Myron E. Angstman
ANGSTMAN LAW OFFICE
P.O. Box 585
Bethel, AK 99559
angstmanlaw@alaska.com

Sheila M. Bossier
BOSSIER & ASSOCIATES PLLC
1520 North State Street
Jackson, MS 39202
sbossier@bossier-law.com

Sergei Chepilko
501 Surf Avenue, Apt. 13 A
Brooklyn, NY 11224

James V. Doyle, Jr.
WIGGINS CHILDS QUINN & PANTAZIS LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203
jdoyle@wcqp.com

Randall M. Fox
Special Assitant Attorney General
Medicaid Fraud Control Unit
120 Broadway, 13th Floor
New York, NY 10271-0007
Randall.Fox@oag.state.ny.us

Richard A. Freese
FREESE & GOSS PLLC
2031 Second Avenue North
Birmingham, AL 35203
glenda@freeseandgoss.com

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P. O. Box 171443
Memphis, TN 38187-1443
chuck.harrell@butlersnow.com

Vilia B. Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
hayes@hugheshubbard.com

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
rwestenfeld@hhkc.com

William H. Ingaldson
INGALDSON MAASSEN & FITZGERALD
813 West 3rd Avenue
Anchorage, AK 99501
bill@impc-law.com

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567
alyson.jones@butlersnow.com

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
kleinber@hugheshubbard.com

Jahna M. Lindemuth
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501
lindemuth.jahna@dorsey.com

John Rudolf Low-Beer
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
jlowbeer@law.nyc.gov

Amy R. Menard
GILMORE AND DOHERTY
1029 W. 3rd Avenue, Suite 500
Anchorage, AK 99501-1982
amenard@dohertymenard.com

Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN
546 Carondelet Street
New Orleans, LA 70130-3588
pwittmann@stonepigman.com