UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

**MOTION FOR EXTENSION OF TIME**

    **NOW INTO COURT,** through undersigned counsel, comes non-party, Express Scripts Inc., who moves this Honorable Court for an extension of time to file its opposition to the Motion to Compel Express Scripts to Comply With the Request Made In Connection With the VIOXX Settlement Program For the Prescription Drug Documents Or Data Needed For The Vioxx Settlement Program of an additional seven (7) days to be due on or before February 19, 2008, for the reason that additional time is required to answer same. No other extensions have been granted and no oppositions have been filed in the record.

    Respectfully submitted,

/s/ Jeanine R. Bermel
Jeanine R. Bermel
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1903 Direct Dial
(314) 480-15005 Facsimile
jeanine.bermel@husch.com
Counsel for Non-Party, Express Scripts, Inc.

and

/s/ Thomas P. Anzelmo
Thomas P. Anzelmo (Bar Roll # 2533)
Darcy E. Decker (Bar Roll #30469)
MCCRAINE, SISTRUNK, ANZELMO,
HARDY, MASWELL & MCDANIEL, PC
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:    504-831-2492
tanzelmo@mcsalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 13th day of February, 2008.

/s/ Thomas P. Anzelmo
Thomas P. Anzelmo (Bar Roll # 2533)