UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Non-party, Express Scripts, Inc., seeks additional time up to and including Tuesday, February 19, 2008, to file its opposition to the Motion To Compel Express Scripts To Comply With The Request Made In Connection With The VIOXX® Settlement Program For The Prescription Drug Documents Or Data Needed For The VIOXX® Settlement Program (hereinafter "Motion to Compel"). In support of its request for an extension of time, ESI states:

1. In the late afternoon hour of Friday, February 8, 2008, Plaintiffs' Steering Committee ("PSC") served the undersigned counsel for ESI by email with the PSC's Motion To Compel. Contemporaneously with the foregoing Motion to Compel, Plaintiffs also filed a Motion for Expedited Hearing, with a proposed Order.

2. When serving its Motion to Compel and Motion for Expedited Hearing, the PSC was fully aware that counsel for ESI was absent from the office due to the death of an immediate family member.

3. The Court has not yet ruled on this Motion for Expedited Hearing, and to ESI's knowledge, no hearing date has been set on the Motion to Compel. Assuming, however, that the Court intends to hear the PSC's Motion to Compel at the next status

conference which is scheduled for February 21, 2008, pursuant to Local Rule 7.5E, ESI's response in opposition to the Motion to Compel is due February 13, 2008.

4. If it pleases the Court, ESI wishes to proceed with a hearing on the Motion to Compel at the February 21, 2008 status conference. Counsel for ESI is prepared to attend that hearing should the Court wish to address any questions to ESI. However, ESI cannot adequately address the issues raised in the Motion to Compel within the time afforded, particularly in light of the fact that the Motion was served while counsel was vacant from the office on bereavement leave.

5. Accordingly, in the interest of fairness, ESI requests additional time up to and including Tuesday, February 19, 2008 in which to file its response in opposition to Plaintiffs' Motion to Compel. This extension of time will not postpone disposition of the matter, but rather, will provide the Court an adequate opportunity to appreciate ESI's efforts to work with the PSC informally - despite the absence of a formal discovery request - to meet the needs of the VIOXX® claimants in a timely, orderly and efficient manner.

WHEREFORE, for each of the reasons stated herein, Express Scripts, Inc. seeks an Order granting it additional time up to and including February 19, 2008 to file its opposition to the PSC's Motion To Compel.

Respectfully submitted,

By:  /s/ Jeanine R. Bermel
Jeanine R. Bermel
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1903 Direct Dial
(314) 480-15005 Facsimile
jeanine.bermel@husch.com

Counsel for Non-Party, Express Scripts, Inc.

and

__/s/ Thomas P. Anzelmo_____
Thomas P. Anzelmo (Bar Roll #2533)
Darcy E. Decker (#30469)
McCranie, Sistrunk, Anzelmo,
Hardy, Maxwell & McDaniel, PC
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Phone: 504-831-0946
Fax:    504-831-2492
tanzelmo@mcsalaw.com
ddecker@mcsalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 13th day of February, 2008.

_____/s/ Thomas P. Anzelmo_____
Thomas P. Anzelmo (Bar Roll #2533)