UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that Express Scripts, Inc., be and they are hereby granted an additional seven (7) days, or until February 19, 2008, within which to file its opposition to the Motion to Compel Express Scripts to Comply With the Request Made In Connection With the VIOXX Settlement Program For the Prescription Drug Documents Or Data Needed For The Vioxx Settlement Program.

New Orleans, Louisiana this ___ day of _____, 2008.

_____
**J U D G E   F A L L O N**