UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *This document relates to ALL CASES* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLE |

**O R D E R**

Considering the Motion for Expedited Hearing and Incorporated Memorandum filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby DENIED;

IT IS FURTHER ORDERED BY THE COURT that the hearing on the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program the 21st day of February, 2008 at 9:00 o'clock, a.m.

IT IS FURTHER ORDERED that a telephone status conference on this motion shall take place on the 19th day of February, 2008, at 9:00 a.m.  The Plaintiffs' Liaison Counsel shall circulate a conference call number to the parties and the Court in advance on the telephone status conference.

NEW ORLEANS, Louisiana, this 13th day of February, 2008.

_____
**Eldon E. Fallon**
**United States District Judge**