

LEXISNEXIS FILE & SERVE
18209118
Jan 22 2008
3:21PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCT LIABILITY LITIGATION | MDL 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and as Executrix of Estate of Edward Adcock, deceased, Regarding Plaintiff: Clara Ripberger | |
| Case No.: 05 CV 5753 | |

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY

Now Comes, David Ripberger, by and through his attorney, Alissa J. Magenheim of O'Connor, Acciani & Levy, Co., LPA and for his Suggestion of Death of Plaintiff, Clara Ripberger, states the following:

1. On or about April 12, 2007, Plaintiff Clara Ripberger died. A copy of her death certificate is attached hereto as Plaintiff's Exhibit "A".

2. There is no surviving spouse of Plaintiff Clara Ripberger.

3. David Ripberger, (son), Kenneth Ripberger (son), and Tori Blevins (daughter), Debra Marshall (deceased survived by son, Isaac Ripberger), are the surviving heirs to the Estate of Clara Ripberger.

4. Plaintiff Clara Ripberger's claims of personal injury are not extinguished by her death.

5. David Ripberger will act as personal representative with the authority to prosecute and settle this lawsuit on behalf of Clara Ripberger, deceased.

WHEREFORE, David Ripberger moves this Honorable Court to substitute him as the personal representative of Clara Ripberger, deceased, for all purposes concerning the prosecution of their claims against Defendant and to appoint David Ripberger as the personal representative of the Estate of Clara Ripberger with the authority to prosecute and settle this lawsuit and for any other relief as this Court deems just and proper.

Respectfully submitted,
**O'CONNOR, ACCIANI & LEVY**

/s/Alissa J. Magenheim
Alissa J. Magenheim
Attorney for Plaintiff, David Ripberger,
Administrator of Estate of Clara Ripberger,
deceased
O'Connor Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
(513) 241-7111, fax (513) 241-7197
AJM@oal-law.com

# Registrar of Vital Statistics
# Certified Copy



**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND**

**1739331**

FORM VS NO. 1-A (Rev. 5/02)

COMMONWEALTH OF KENTUCKY
CABINET FOR HEALTH SERVICES
REGISTRAR OF VITAL STATISTICS

116

FILE NO. 2007 011077

### CERTIFICATE OF DEATH

**MUST BE TYPED**

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Clara Ripberger
2. SEX: Female
3. DATE OF DEATH (Month, Day, Year): Apr 12, 2007
4. SOCIAL SECURITY NO.: 401 48 8587
5a. AGE Last Birthday (Years): 70
6. DATE OF BIRTH (Month, Day, Year): Apr 25, 1936
7. BIRTHPLACE (City/State or Foreign Country): Canoe Kentucky
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☒ No
9a. PLACE OF DEATH: ☒ Hospital Inpatient
9b. FACILITY NAME: St. Luke East
9c. CITY, TOWN, OR LOCATION OF DEATH: Fort Thomas
9d. COUNTY OF DEATH: Campbell
10. MARITAL STATUS: Divorced
12a. DECEDENT'S USUAL OCCUPATION: Physical Therapist
12b. KIND OF BUSINESS/INDUSTRY: Nursing Home
13a. RESIDENCE - State: Indiana
13b. COUNTY: Switzerland
13c. CITY, TOWN, OR LOCATION: Patriot
13d. STREET AND NUMBER: 25 Wade Hill Road
13e. INSIDE CITY LIMITS?: ☒ Yes
13f. ZIP CODE: 47038-
14. WAS DECEDENT OF HISPANIC ORIGIN?: ☒ No
15. RACE: White
16. DECEDENT'S EDUCATION: Elem/Secondary (0-12): 12

**PARENTS**

17. FATHER'S NAME: Sherman Sebastian
18. MOTHER'S NAME: Martha Herald

**INFORMANT**

19a. INFORMANT'S NAME: Dave Ripberger
19b. MAILING ADDRESS: 25 Wade Hill Road Patriot, IN 47038-

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial
20b. PLACE OF DISPOSITION: Evergreen Cemetery
20c. LOCATION: Southgate, KY 41071
21a. SIGNATURE OF FUNERAL SERVICE LICENSEE: [signature] Michael
22. NAME AND ADDRESS OF FACILITY: Dobbling, Muehlenkamp & Erschell Funeral Homes, 241 Fairfield Avenue, Bellevue, KY 41073

**CERTIFIER**

23a. Signature and Title: Michael Wm Grainger MD
23b. DATE SIGNED: 04/16/07
24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Dr. Michael Grainger 103 Landmark Dr Bellevue KY 41073
25. TIME OF DEATH: 2:30 AM
26. DATE PRONOUNCED DEAD: April 12, 2007
27. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER?: ☒ No

**CAUSE OF DEATH**

28. PART I.
a. IMMEDIATE CAUSE: Acute Myocardial Infarction — Immediate
b. DUE TO: Coronary Artery Disease
c. DUE TO: Congestive Heart Failure

PART II. Other significant conditions: COPD

28a. If female, was there a pregnancy in the past 12 months?: ☒ No
28b. Was an autopsy performed?: ☒ No
28c. Were autopsy findings available prior to completion of cause of death?: ☒ No
28d. Did the deceased have Diabetes?: ☒ No
28e. Was Diabetes an immediate, underlying, or contributing cause of or condition leading to death?: ☒ No

29. MANNER OF DEATH: ☒ Natural

31. REGISTRAR'S SIGNATURE: Gary L. Kupchinsky
32. DATE FILED: APR 30 2007

**PLAINTIFF'S EXHIBIT A**

**THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW**

I, Gary L. Kupchinsky, State Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this ____1st____ day of ____May____, 20 07.

Gary L. Kupchinsky, State Registrar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCT LIABILITY LITIGATION | MDL 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and as Executrix of Estate of Edward Adcock, deceased, Regarding Plaintiff: Clara Ripberger | |
| Case No.: 05 CV 5753 | |

### [PROPOSED] STIPULATED ORDER SUBSTITING THE PERSONAL REPRESENTATIVE/ ADMINSTRATOR FOR THE ESTATE OF CLARA RIPBERGER IN PLACE OF DECEDENT

Upon consideration of Plaintiff David Ripberger's Suggestion of Death and Motion for Substitution of Party, and by agreement of parties, the Court hereby orders that David Ripberger, Administrator of Estate of Clara Ripberger, deceased, be designated as the named Plaintiff, Clara Ripberger, in the above referenced cause of action. Further, David Ripberger will act as the personal representative with authority to prosecute and settle this cause of action on behalf of the Decedent, Clara Ripberger.

IT IS SO ORDERED.

Honorable Judge Fallon

| | |
|---|---|
| /s/Alissa J. Magenheim | /s/Dorothy H. Wimberly |
| Alissa J. Magenheim | Dorothy H. Wimberly |
| Attorney for Plaintiff | Attorney for Defendant |
| O'Connor Acciani & Levy | Stone Pigman Walther Wittmann, LLC |
| 2200 Kroger Building | 546 Carondelet Street |
| 1014 Vine Street | New Orleans, LA 70130 |
| Cincinnati, OH 45202 | (504) 581-3200, fax (504) 581-3361 |
| (513) 241-7111, fax (513) 241-7197 | dwimberly@stonepigman.com |
| AJM@oal-law.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22d day of January 2008, I caused the following documents:

1. Suggestion of Death and Motion for Substitution of Party

2. [Proposed] Stipulated Order Substituting the Personal Representative/ Administrative/Administrator for the Estate of Clara Ripberger in Place of Decedent

To be electronically filed with LexisNexis File and Serve, and that LexisNexis File and Serve will send Notice to the following:

Wilfred Coronato, Esq.
Hughes, Hubbard & Reed LLP

Dorothy H. Wimberly, Esq.
Stone Pigman Walther Wittman LLC

James Peper
Dechert LLP

Susan Giamportone
Womble, Carlyle Sandridge & Rice PLLC

Dated January 22, 2008

/s/ Alissa J. Magenheim
Alissa J. Magenheim
O'Connor, Acciani & Levy Co., LPA
1014 Vine Street, Suite 2200
Cincinnati, OH 45202
Telephone:  513.241.7111
Facsimile:   513.241.7197
Email: ajm@oal-law.com