1
2  Jeffrey A. Bowersox, OSB # 81442
   Email: Jeffrey@BLFpc.com
3  Bowersox Law Firm, p.c.
   111 S.W. Columbia St., Suite 1000
4  Portland, Oregon 97201
   Telephone: (503) 452-5858
5  Facsimile: (503) 525-4833

6  Daniel E. Becnel, Jr., LA Bar #2929
   Matthew B. Moreland, LA Bar #24567
7  Kevin P. Klibert, LA Bar #26954
   LAW OFFICES OF DANIEL E. BECNEL, JR.
8  106 W. Seventh Street
   Post Office Drawer H
9  Reserve, LA 70084
   Telephone: (985) 536-1186
10 Facsimile: (985) 536-6445

11 Attorneys for Plaintiff

12

13
                    UNITED STATES DISTRICT COURT
14                  EASTERN DISTRICT OF LOUISIANA
                         NEW ORLEANS DIVISION
15

| 16 | IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
|---|---|---|
| 17 |  | Judge Eldon E. Fallon |
| 18 | *Nancy Nichols, et al.,* |  |
| 19 | Plaintiff Constance Evans, only | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF CONSTANCE EVANS ONLY |
| 20 | Plaintiff |  |
| 21 | vs. |  |
| 22 | Merck & Co., INC., a foreign corporation | CASE NO: 2:06-cv-3737-EEF-DEK |
| 23 | Defendant. |  |

24

25      IT IS HEREBY STIPULATED AND AGREED by and between counsel for

26  Plaintiff and counsel for Defendants that the Complaint of Plaintiff Constance Evans only,

27  originally filed in the US District Court, Eastern District of Louisiana, and then transferred

28  later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is

| | |
|---|---|
| 1 | |
| 2 | hereby dismissed with prejudice. The parties shall each bear their own costs. |
| 3 | |
| 4 | Respectfully submitted: |
| 5 | |
| 6 | Dated: 2-14-08    By: _____ |
| 7 | Constance Evans |
| 8 | Dated: 2-14-08    By: _____ |
| 9 | Jeffrey A. Bowersox, OSB # 81442 |
|   | Email: Jeffrey@BLFpc.com |
| 10 | BOWERSOX LAW FIRM, P.C. |
|   | 111 S.W. Columbia St., Suite 1000 |
| 11 | Portland, Oregon 97201 |
|   | Telephone: (503) 452-5858 |
|   | Facsimile: (503) 525-4833 |
| 12 | |
| 13 | Daniel E. Becnel, Jr., LA Bar #2929 |
|   | Matthew B. Moreland, LA Bar #24567 |
| 14 | Kevin P. Klibert, LA Bar #26954 |
|   | LAW OFFICES OF DANIEL E. BECNEL, JR. |
| 15 | 106 W. Seventh Street |
|   | Post Office Drawer H |
| 16 | Reserve, LA 70084 |
|   | Telephone: (985) 536-1186 |
| 17 | Facsimile: (985) 536-6445 |
| 18 | Attorneys for Plaintiff Constance Evans |
| 19 | Dated: 2/15/08    By: _____ |
|   | Phillip A. Wittmann, Esq. |
| 20 | Stone, Pigman, Walther & Wittmann, LLC |
|   | 546 Carondelet Street |
| 21 | New Orleans, LA 70130 |
|   | Telephone: (504) 581-3200 |
| 22 | Facsimile: (504) 581-3361 |
| 23 | Defendant's Liaison Counsel |
| 24 | |
| 25 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 26 | |
| 27 | Dated: _____ |
|   | _____ |
| 28 | Honorable Eldon E. Fallon |
|   | United States District Court |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2