Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
| | Judge Eldon E. Fallon |
| MARLENE ALCOBENDAS, et al., | |
| Plaintiff Roseanne Sconce on behalf of Angelina Price, deceased, only | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF ROSEANNE SCONCE ON BEHALF OF ANGELINA PRICE, DECEASED, ONLY. |
| Plaintiff(s), | |
| vs. | |
| Merck & Co., INC., a foreign corporation | CASE NO: 2:06-cv-10630 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Roseanne Sconce, on behalf of Angelina Price, originally filed in the US District Court, District of Minnesota, and then transferred later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

STIPULATION AND ORDER OF DISMISSAL

|   |   |
|---|---|
| | Respectfully submitted: |
| Dated: 2/9/08 | By: /s/ Roseanne Sconce on behalf of Angelina Price |
| Dated: 2-12-08 | By: /s/ Jeffrey A. Bowersox, OSB # 81442 Email: Jeffrey@BLFpc.com BOWERSOX LAW FIRM, P.C. 111 S.W. Columbia St., Suite 1000 Portland, Oregon 97201 Telephone: (503) 452-5858 Facsimile: (503) 525-4833 |
| | Daniel E. Becnel, Jr., LA Bar #2929 Matthew B. Moreland, LA Bar #24567 Kevin P. Klibert, LA Bar #26954 LAW OFFICES OF DANIEL E. BECNEL, JR. 106 W. Seventh Street Post Office Drawer H Reserve, LA 70084 Telephone: (985) 536-1186 Facsimile: (985) 536-6445 |
| | Ronald Goldser, MN Bar #35932 Zimmerman Reed PLLP 651 Nicollet Mall #501 Minneapolis, MN 55402 Telephone: (612) 341-0400 Facsimile: (612) 341-0844 |
| | Attorneys for Plaintiff Roseanne Sconce |
| Dated: 2/15/08 | By: /s/ Phillip A. Wittmann Phillip A. Wittmann, Esq. Stone, Pigman, Walther & Wittmann, LLC 546 Carondelet Street New Orleans, LA 70130 Telephone: (504) 581-3200 Facsimile: (504) 581-3361 |
| | Defendant's Liaison Counsel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Eldon E. Fallon
United States District Court

STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2