IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| *This document relates to ALL CASES* : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLE |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Thomas P. Anzelmo, Darcy E. Decker and the firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, PC, as counsel of record for Express Scripts, Inc. ("ESI"), respectfully move pursuant to LR 83.2.6E for the admission *pro hac vice* of Jeanine R. Bermel to appear as co-counsel for Express Scripts, Inc. ("ESI") in the above matter, in connection with the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program, currently set for hearing on February 21, 2008.

In support of this motion, movant states:

1. The PSC has brought a motion to compel ESI to produce certain information. ESI is not a party to the instant litigation. Thomas P. Anzelmo, Darcy E. Decker and the firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, PC have entered an appearance as counsel of record for ESI's subsidiary, ESI Mail Pharmacy Service, Inc. Mr. Anzelmo and Ms. Darcy are each members in good standing of this Court.

2. Jeanine R. Bermel and the firm of Husch & Eppenberger, LLC, routinely represent ESI in various matters, Ms. Bermel is familiar with the facts and the substantive issues involving the PSC's motion, and ESI desires to be represented by Ms. Bermel herein.

3.      Jeanine R. Bermel is an attorney who practices law as a member of the firm of Husch & Eppenberger, LLC, located at 190 Carondelet Plaza, Suite 600, St. Louis, Missouri 63105, telephone 314-4800-1500, facsimile 314-480-1505. Ms. Bermel's email address is jeanine.bermel@husch.com.

4.      Ms. Bermel is a member in good standing of the Bar of the State of Missouri (admitted 1990, bar identification # 37593), of the Bar of the State of Illinois (admitted 1991, bar identification # 6205606), and of the Bar of the United States District Court for the Eastern District of Missouri (admitted 1991, bar identification # 2622).

5.      Ms. Bermel is not and has not been subject to any disciplinary proceedings or criminal charges. The Affidavit of Jeanine R. Bermel is attached hereto in support of this motion.

WHEREFORE, movants respectfully request the Court to admit Jeanine R. Bermel *pro hac vice* to serve as co-counsel for ESI herein with movants and the firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel.

Respectfully submitted,

/s/ Thomas P. Anzelmo
Thomas P. Anzelmo (Bar Roll # 2533)
Darcy E. Decker (Bar Roll # 30469)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL, PC
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
504-831-0964 – telephone
504-831-2492 – facsimile
tanzelmo@mcsalaw.com