# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | MISSOURI |



**CERTIFICATE OF GOOD STANDING**

*I,*    JAMES G. WOODWARD    *, Clerk of this Court,*

*certify that*    Jeanine R. Bermel    *, Bar #*    2622    ,

*was duly admitted to practice in this Court on*

10/09/1991    *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*    ST. LOUIS, MISSOURI    *on*    2/14/2008    .
LOCATION                        DATE

*/s/ James W. Woodward*           */s/ Deputy Clerk*
CLERK                                  DEPUTY CLERK