| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) SS: AFFIDAVIT OF JEANINE R. BERMEL |
| COUNTY OF ST. LOUIS | ) |

I, JEANINE R. BERMEL, being first duly sworn according to law, depose and state as follows:

1. I am a member in good standing of the Bar of the State of Missouri to which I was admitted in 1990, the Bar of State of Illinois to which I was admitted in 1991 and the Bar of the United States District Court for the Eastern District of Missouri to which I was admitted in 1991.

2. I have not been the subject of disciplinary action in any state or with any of the courts to which I am now or ever have been admitted.

3. I am familiar with the facts and substantive issues in this case involving Express Scripts, Inc.

4. If admitted *pro hac vice*, I will abide by the Rules of Civil Procedure, the Local Rules and by all orders of this Court.

_____
JEANINE R. BERMEL

SWORN TO BEFORE ME and subscribed in my presence this 15th day of February, 2008.

_____
Notary Public

PATRICIA A. GOERKE
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Mar. 6, 2008

My commission expires: March 6, 2008

2899736.01                                3