IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX | : |
| | :    MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | :    SECTION L |
| | : |
| *This document relates to ALL CASES* | :    JUDGE FALLON |
| | :    MAG. JUDGE KNOWLE |

### ORDER

**THE FOREGOING CONSIDERED,**

**IT IS HEREBY ORDERED** that Jeanine R. Bermel of the firm of Husch & Eppenberger, LLC, located at 190 Carondelet Plaza, Suite 600, St. Louis, Missouri, be, and in the same hereby is, admitted *Pro Hac Vice* for Express Scripts, Inc.

**SO ORDERED**, this ____ day of February, 2008, in New Orleans, Louisiana.

_____
JUDGE FALLON