IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| This Document Relates To All Cases | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' COUNSEL'S MOTION TO MODIFY THE SETTLEMENT AGREEMENT ONLY AS IT PERTAINS TO THE ENROLLMENT DEADLINE AND INTERIM PAYMENTS**

Comes now plaintiffs' counsel and for their motion states:

1. On November 7, 2007, the Plaintiff Steering Committee and Merck entered into a settlement agreement settling substantially all of the cases pending before this court.

2. In paragraph 1.1 of the settlement agreement, a registration deadline was established of January 15, 2008. In addition, in paragraph 1.2.2.2 an enrollment deadline was established of February 29, 2008.

3. Plaintiffs' counsel registered approximately 2,200 cases on January 15, 2008. Plaintiffs' counsel did not have knowledge of the ability to download releases, medical and employment authorizations, until January 28, 2008. Apparently, Brown & Greer e-mailed the link for the releases and authorizations to John Carey on January 17, 2008, it was captured by his junk e-mail filter and it was not e-mailed by Brown & Greer to any of the other attorneys of record.

518156 / 004128

4. After receiving the link to download the releases and authorizations on January 28, 2008, plaintiffs' counsel retained the services of a copy service which, working full time 24 hours a day using all of their copiers, provided hard copies of all of the releases and authorization documents to plaintiffs' counsel on February 1, 2008.

5. Plaintiffs' counsel mailed the vast majority of settlement agreement and releases to their clients on Friday, February 8, 2008, which leaves only three weeks for all of the releases to be received, questions answered, notarized, and returned.

6. Due to the logistics of explaining the settlement to the clients, having them physically take the releases to a notary public to get them signed and return them to plaintiffs' counsel, plaintiffs' counsel believes that a significant number of the clients who are interested in participating in the settlement will be unable to have the documents returned by the February 29, 2008 deadline.

7. In addition, Brown & Greer has represented to plaintiffs' counsel's staff the February 29, 2008 registration deadline will not be enforced, and there will be a rolling deadline; Brown & Greer has also represented that clients enrolled after February 29, 2008 will not be eligible for interim estimated settlement payments set forth in paragraph 4.1.1-4.1.5.

8. Plaintiffs' counsel requests that the settlement agreement be modified and the February 29, 2008 enrollment deadline be extended for 30 days until March 29, 2008, and that any plaintiff who returns the settlement documents signed and

notarized by March 29, 2008, will be able to receive interim settlement payments as set forth in Section 4.1.1-4.1.5.

WHEREFORE, plaintiffs' counsel prays for an order modifying the settlement agreement extending the enrollment deadlines to March 29, 2008 and extending the availability of the interim settlement payments for registered claimants to March 29, 2008.

        THE LOWE LAW FIRM

        By  \s\ Jeffrey J. Lowe
           Jeffrey J. Lowe
           Francis J. "Casey" Flynn
           Attorney for Plaintiffs
           8235 Forsyth, Suite 1100
           St. Louis, Missouri 63105
           (314) 678-3400
           Fax: (314) 678-3401

           John Carey
           Joseph P. Danis
           Sarah Hale
           CAREY & DANIS, LLC
           8235 Forsyth Boulevard, Suite 1100
           St. Louis MO 63105
           Telephone: 314-725-7700
           Facsimile: 314-721-0905

           T. Evan Schaeffer
           Andrea B. Lamere
           SCHAEFFER & LAMERE, P.C.
           5512 Godfrey Road
           Highway 67, Suite B
           Godfrey, IL 62035
           618-467-8200

                        Evan Buxner
                        Walther Glenn Law Offices
                        1034 S. Brentwood Blvd., Suite 1300
                        St. Louis, MO 63117
                        314-725-9595
                        Fax: 314-725-9597

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically on all parties on February 15, 2008.

                        By  \s\ Jeffrey J. Lowe

518156 / 004128