IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| This Document Relates To All Cases | MAGISTRATE JUDGE KNOWLES |

## ORDER

Plaintiffs' counsel's motion to modify the settlement agreement only as it pertains to the enrollment deadline and interim payments is hereby granted. The enrollment deadlines are hereby extended to March 29, 2008 and the availability of the interim settlement payments for registered claimants are hereby extended to March 29, 2008.

SO ORDERED:

_____
Judge Fallon

518383 / 004128