UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRODUCTS LIABILITY LITIGATION     *     MDL DOCKET NUMBER 1657
                                         •     SECTION L
                                         •     JUDGE FALLON
                                         •     MAG. JUDGE KNOWLES

THIS RELATES TO:

JAMES HARVEY ESTEP, et. al. v. MERCK & CO., INC.,
Civil Action No.: 2:05-CV-6150

## NOTICE OF APPEARANCE

Comes the undersigned counsel, Michael E. Liska, Gary C. Johnson, PSC, and hereby enters his formal Notice of Appearance as counsel on behalf James Harvey Estep, in the above-styled action. Please include the undersigned counsel with any and all correspondence and documentation in the said matter.

Respectfully submitted,

Michael E. Liska, Esq.
GARY C. JOHNSON, P.S.C.
P.O. Box 1717
Lexington, Kentucky 40588
(859)268-4300

_____
COUNSEL FOR PLAINTIFF