UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**
SECTION: L

JUDGE FALLON
……………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    2:05-cv-6343

## MOTION FOR SUBSTITUTION OF PARTIES

Comes now the Plaintiffs, by and through their attorneys, Brown & Crouppen, P.C., PLC, Rule 25(a)(i) of the Federal Rules of Civil Procedure, and for their Motion for Substitution of Parties, states as follows:

1.   That on or about May 5, 2006, Clara Kirkendall, died. No estate planning documents exist for Clara Kirkendall.

2.   That Angela D. Brown, Rita R. Rhodes, Hiram B. Kirkendall, and Thomas L. Kirkendall are the surviving heirs of Clara Kirkendall, deceased, and as such are legally entitled to recover under Illinois law.

3.   That Plaintiff's cause of action for personal injury as a result of Vioxx manufactured by Defendant is not extinguished by decedent's death.

4.   That Angela D. Brown will act as the personal representative of all surviving heirs of Clara Kirkendall who are legally entitled to a recovery with authority to prosecute and settle her Vioxx lawsuit.

WHEREFORE, Plaintiffs move this Honorable Court to substitute Angela D. Brown as successor or representative of Clara Kirkendall for all purposes concerning the prosecution of her claim against Defendant and to appoint Angela D. Brown, as the personal representative of all surviving heirs of Clara Kirkendall who are legally entitled to a recovery, including herself, Rita R. Rhodes, Hiram B. Kirkendall, and Thomas L. Kirkendall, with authority to prosecute and settle her Vioxx-related lawsuit on behalf of all said surviving heirs of Clara Kirkendall who are legally entitled to a recovery and for such relief as this Court deems just and proper under the premises.

Respectfully submitted,
BROWN & CROUPPEN, P.C.

By: /s/ JOHN J. DRISCOLL
John J. Driscoll, IL #6276464
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of February, 2008.

By: /s/ JOHN J. DRISCOLL
John J. Driscoll, IL #6276464