UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN **RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION:** | MDL NO. 1657 |
| | SECTION: L |
| ……………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
    2:06-cv-3138

### SUGGESTION OF DEATH

Thelma Bullock successor of David Bullock suggests upon the record, pursuant to Rule 25 of the Federal Rules of Civil Procedure, the death of David Bullock during the pendency of this action.

    Respectfully submitted,
    BROWN & CROUPPEN, P.C.

    By: /s/ JOHN J. DRISCOLL
    John J. Driscoll, IL #6276464
    720 Olive Street, Suite 1800
    St. Louis, MO  63101
    Ph: (314) 421-0216
    Fax: (314) 421-0359
    jdriscoll@brownandcrouppen.com
    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of February, 2008.

      By:    /s/ JOHN J. DRISCOLL
               John J. Driscoll, IL #6276464