UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX   MDL NO. 1657
  PRODUCTS LIABILITY LITIGATION:
              SECTION:  L

  JUDGE FALLON
……………………………………………  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
 2:06-cv-3138

### ORDER

  Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Thelma Bullock be substituted for Plaintiff, David Bullock, Deceased, in the above cause of action.  Further, Thelma Bullock, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on his behalf.

SO ORDERED:

_____

DATE: _____