UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 05-1657** |
| | * | **SECTION L** |
| **ABIGAIL ALTU,** an individual, | * | **JUDGE FALLON** |
| Plaintiff, | | |
| v. | * | **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC.,** | * | **CASE NO.: 2:05-CV02900** |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LAW OFFICES CYTRYN & SANTANA, P.A.'S EX PARTE MOTION TO WITHDRAW

Law Offices Cytryn and Santana, P.A., hereby files this Ex Parte Motion to Withdraw as counsel for Plaintiff, **ABIGAIL ALTU,** and as grounds therefore states as follows:

1. Irreconcilable differences of opinion have arisen between attorney and client, necessitating the withdrawal of the Law Offices Cytryn and Santana, P.A.

**WHEREFORE,** Law Offices Cytryn and Santana, P.A., respectfully requests that this Court enter an Order that the law firm be relieved of its duties, be allowed to withdraw, deeming the withdrawal immediately as of the date of the entrance of an Order, and allowing the Plaintiff 60 days to attempt to obtain new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the above and

foregoing was mailed via regular mail AND VIA Lexis Nexis File and Serve to: Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., State National Bldg., 263 3rd Street, Fifth Floor, Baton Rouge, LA 70801, Aretha Delight at Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, 301 N. Main Street, Suite #300, Winston-Salem, NC 27101, and regular and certified mail # 7007 1490 0004 2036 7682 to Abigail Altu 95 Congress St. Apt. #8, Saratoga Springs, New York 12866 this 19th day of February, 2008.

Law Offices Cytryn & Santana, P.A.
1401 N. University Drive
Suite 401
Coral Springs, Florida 33071
Tel. No. (954) 255-7000
E-mail dancytrynlaw@yahoo.com.

_____
Dan Cytryn, Esquire
Florida Bar No. 318558

ah:vioxx.altu.withdraw.mtn.doc

2