UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**          MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**
                                                    SECTION: L

                  JUDGE FALLON
…………………………………………………          MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:06-cv-1971

## ORDER

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Ernestine Conway be substituted for Plaintiff, Phillip Conway, Sr., Deceased, in the above cause of action. Further, Ernestine Conway, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on his behalf.

SO ORDERED:

_____

DATE: _____