UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
FEBRUARY 21, 2008
<u>SUGGESTED AGENDA</u>

I. Settlement Agreement

II. Registration of Claims in the Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. State Court Trial Settings

VI. Class Actions

VII. Discovery Directed to Merck

VIII. Discovery Directed to Third Parties

IX. Deposition Scheduling

X. State/Federal Coordination -- State Liaison Committee

XI. *Pro Se* Claimants

XII.     Merck's Motions

XIII.    Issues Relating to Pre-Trial Order No. 9

XIV.     Vioxx Suit Statistics

XV.      Motion to Conduct Case Specific Discovery

XVI.     PSC MDL Trial Package

XVII.    Other Motions

XVIII.   Third Party Payor Cases

XIX.     Next Status Conference