UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                            MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

                                                     SECTION: L

                                                     JUDGE FALLON
………………………………………………..      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
     2:06-cv-10108

### SUGGESTION OF DEATH

     Theresa Justice successor of Carl Justice, suggests upon the record, pursuant to Rule 25 of the Federal Rules of Civil Procedure, the death of Carl Justice during the pendency of this action.

                                        Respectfully submitted,

                                        BROWN & CROUPPEN, P.C.

                                        By: /s/ SETH SHARROCK WEBB
                                        Seth Sharrock Webb, MO Fed. Bar No. 505666
                                        720 Olive Street, Suite 1800
                                        St. Louis, MO 63101
                                        Ph: (314) 421-0216
                                        Fax: (314) 421-0359
                                        swebb@brownandcrouppen.com
                                        ATTORNEY FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of February, 2008.

      By:    /s/ SETH SHARROCK WEBB
              Seth Sharrock Webb, MO Fed. Bar No. 505666