UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**                                                    MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

                            JUDGE FALLON
……………………………………………………..          MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      **2:06-cv-10108**

## MOTION FOR SUBSTITUTION OF PARTIES

Come now the Plaintiffs, by and through counsel, Brown & Crouppen, P.C., PLC, pursuant to Rule 25(a)(i) of the Federal Rules of Civil Procedure, and for a Motion for Substitution of Parties, states as follows:

1.      That on or about April 12, 2007, Carl Justice, died.  No estate planning documents exist for Carl Justice.

2.      That Theresa Justice is Carl Justice, deceased's surviving spouse, and as such is legally entitled to recover under Missouri law.

3.      That Plaintiff's cause of action for personal injury as a result of Vioxx manufactured by Defendant is not extinguished by decedent's death.

4.      That Jewell Kinder will act as the personal representative of all surviving heirs of Carl Justice who are legally entitled to a recovery with authority to prosecute or settle this Vioxx lawsuit.

WHEREFORE, Plaintiffs move this Honorable Court to substitute Theresa Justice as successor or representative of Carl Justice for all purposes concerning the prosecution of his claim against Defendants and to appoint Theresa Justice as the personal representative of all surviving heirs of Carl Justice who are legally entitled to a recovery, including herself, with authority to prosecute and settle this Vioxx-related lawsuit on behalf of all said surviving heirs of Carl Justice who are legally entitled to a recovery and for such relief as this Court deems just and proper under the premises.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Motion for Substitution of Parties has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of February, 2008.

By:      /s/ SETH SHARROCK WEBB
        Seth Sharrock Webb, MO Fed. Bar No. 505666