UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**　　　　MDL NO. 1657
　　　　**PRODUCTS LIABILITY LITIGATION:**
　　　　　　　　　　　　　　　　　　　　SECTION:  L

　　　　　JUDGE FALLON
……………………………………………　　　MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
　　　　**2:06-cv-10108**

## ORDER

　　　　Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Theresa Justice be substituted for Plaintiff, Carl Justice, Deceased, in the above cause of action.  Further, Theresa Justice, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on his behalf.

SO ORDERED:

　_____

DATE: _____