UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No.: 1657 |
| | ) | SECTION:L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | *Ref: case # 05-3860* |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Attorney Robert M. Marino, and hereby gives notice of his appearance as counsel for Marc Salzberg, Plaintiff, in the above entitled numbered cause.

Please copy Robert M. Marino of Scaffidi & Associates, 150 East 52nd St., 20th Floor, New York, NY 10022, (212) 935-9500 (telephone), (212) 935-8818 (facsimile), on all future correspondence and documents filed in this case.

Respectfully submitted,

Robert M. Marino
Scaffidi & Associates
150 East 52nd Street
20th Floor
New York, NY 10022
Phone: (212) 935-9500
Fax: (212) 935-8818
e-mail: rob@scaffidilaw.com