UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * MDL No. 1657 |
| * * * * * * * * * * * * * * * * * | * |
| *This action relates to:* | * CIVIL ACTION NO. 05-4436 |
| EVIE DOYLE, TRUMAN DOYLE, LUERLINE SMITH, JOHN SMITH, JENNIFER MYERS, ARTHUR MYERS, AUBREY WARE, SONYA LEWIS, MATT JEANFREAU, ALBERT JEANFREAU, MICHAEL HAGER, SR., JANE HAGER, DAN DORSEY, MARGARET DORSEY, WELTON WALKER, SR., CORA WALKER | * SECTION L * JUDGE ELDON FALLON * MAGISTRATE KNOWLES |
| Plaintiffs, | * |
| Versus | * |
| MERCK & CO., INC., Defendant. | * |

## MOTION TO BE RECOGNIZED AS ATTORNEY OF RECORD

On motion of Jonathan B. Andry, attorney for plaintiffs, Evie Doyle, Truman Doyle, Leurline Smith, John Smith, Jennifer Myers, Arthur Myers, Aubrey Ware, Sonya Lewis, Matt Jeanfreau, Individually and as Executor of the Estate of Delores Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Dan Dorsey, Margaret Dorsey, Welton Walker, Sr. and Cora Walker, and on suggesting to the court that C. Mark Whitehead has been retained to represent plaintiffs, Evie Doyle, Truman Doyle, Leurline Smith, John Smith, Jennifer Myers, Arthur Myers, Aubrey Ware, Sonya Lewis, Matt Jeanfreau, Individually and as Executor of the Estate of Delores

Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Dan Dorsey, Margaret Dorsey, Welton Walker, Sr. and Cora Walker, and that the above named attorney desires to be recognized as additional counsel of record in these proceedings.

Respectfully submitted,
The Andry Law Firm, LLC

By: _____
Jonathan B. Andry (#20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-586-8899
Facsimile: 504-585-1788

C. Mark Whitehead (#022961)
The Whitehead Law Firm
P.O. Box 81007
Lafayette, LA 70598
Telephone:   337-740-6006
Facsimile:   337-740-6002

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via Pacer/ECF this 20th day of February, 2008.

_____
JONATHAN B. ANDRY

2