UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |
| *This action relates to:* | * | CIVIL ACTION NO. 05-4436 |
| | * | |
| EVIE DOYLE, TRUMAN DOYLE, LUERLINE | * | |
| SMITH, JOHN SMITH, JENNIFER MYERS, | * | SECTION L |
| ARTHUR MYERS, AUBREY WARE, | * | |
| SONYA LEWIS, MATT JEANFREAU, | * | JUDGE ELDON FALLON |
| ALBERT JEANFREAU,  MICHAEL HAGER, SR., | * | |
| JANE HAGER, DAN DORSEY, MARGARET | * | MAGISTRATE KNOWLES |
| DORSEY, WELTON WALKER, SR. , CORA WALKER | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| Versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

O R D E R

Considering the foregoing motion,

IT IS ORDERED that C. Mark Whitehead be enrolled as additional counsel for the

plaintiffs, Evie Doyle, Truman Doyle, Leurline Smith, John Smith, Jennifer Myers, Arthur

3

Myers, Aubrey Ware, Sonya Lewis, Matt Jeanfreau,  Individually and as Executor of the Estate of Delores Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Dan Dorsey, Margaret Dorsey, Welton Walker, Sr. and Cora Walker.

Order signed at New Orleans, Louisiana on this ___ day of February, 2008.

_____

J U D G E

4