

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-129)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,601 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 15 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

### SCHEDULE CTO-129 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 08-52 | William L. Anton, et al. v. Merck & Co., Inc. | 08-1016 |
| **FLORIDA SOUTHERN** | | |
| ~~FLS 1 08-20042~~ | ~~Flavio Montenegro v. Merck & Co., Inc., et al.~~ **Opposed 2/12/08** | |
| FLS 1 08-20104 | Loretta Cohen v. Merck & Co., Inc. | 08-1017 |
| **NEW JERSEY** | | |
| NJ 1 08-109 | Barbara Franck, et al. v. Merck & Co., Inc. | 08-1018 |
| **NEW MEXICO** | | |
| NM 1 07-956 | JoAnne Alarid, et al. v. Merck & Co., Inc. | 08-1019 |
| NM 1 07-962 | Larry Fortner, et al. v. Merck & Co., Inc. | 08-1020 |
| NM 1 07-963 | Stella Gonzales, et al. v. Merck & Co., Inc. | 08-1021 |
| NM 1 07-965 | Danny A. Gonzales, et al. v. Merck & Co., Inc. | 08-1022 |
| NM 1 07-974 | Clara E. Martinez, et al. v. Merck & Co., Inc. | 08-1023 |
| NM 1 07-975 | Perscilla Monroe, et al. v. Merck & Co, Inc. | 08-1024 |
| NM 1 07-977 | Connie Redman, et al. v. Merck & Co., Inc. | 08-1025 |
| NM 1 07-978 | Ernest Nonies, et al. v. Merck & Co., Inc. | 08-1026 |
| NM 1 07-979 | Dorothy Parchman, et al. v. Merck & Co., Inc. | 08-1027 |
| NM 1 07-989 | Arnold Trujillo, et al. v. Merck & Co., Inc. | 08-1028 |
| NM 1 07-990 | Annette Martinez Valera, et al. v. Merck & Co., Inc. | 08-1029 |
| NM 2 07-960 | David Chavez, et al. v. Merck & Co., Inc. | 08-1030 |
| NM 2 07-961 | Beverly Baca, et al. v. Merck & Co., Inc. | 08-1031 |
| NM 2 07-966 | Edward Hoskins, et al. v. Merck & Co., Inc. | 08-1032 |
| NM 2 07-980 | Selma Saavedra, et al. v. Merck & Co., Inc. | 08-1033 |
| NM 2 07-987 | Virginia Segura Baca, et al. v. Merck & Co., Inc. | 08-1034 |
| NM 2 07-992 | Leroy Ballejos, et al. v. Merck & Co., Inc. | 08-1035 |
| NM 2 07-994 | Larry Moya, et al. v. Merck & Co., Inc. | 08-1036 |
| NM 6 07-968 | Wilfred Maestas, et al. v. Merck & Co., Inc. | 08-1037 |
| NM 6 07-970 | Verna Joyce Jones, et al. v. Merck & Co., Inc. | 08-1038 |
| NM 6 07-973 | Clara Lucero, et al. v. Merck & Co., Inc. | 08-1039 |
| NM 6 07-988 | Linda Soto, et al. v. Merck & Co., Inc. | 08-1040 |
| NM 6 07-993 | Harold Archuleta, et al. v. Merck & Co., Inc. | 08-1041 |
| **OREGON** | | |
| OR 3 08-63 | Toni Yuckert, et al. v. Merck & Co., Inc. | 08-1042 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION　　　　　　　　MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-129)

C. Wayne Alford
ALFORD LAW GROUP PA
8825 Perimeter Park Boulevard
Suite 401
Jacksonville, FL 32216

Lawrence Baron
1515 S.W. Fifth Avenue
Suite 808
Portland, OR 97201

Margaret M. Branch
BRANCH LAW FIRM
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Elliot M. Gardner
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Theodore M. Lieverman
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

John Brian T. Murray, Jr.
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Scott L. Poisson
BERNSTEIN & MARYANOFF
15055 SW 122nd Avenue
Miami, FL 33186

Christian D. Searcy
SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY
2139 Palm Beach Lakes Boulevard
P.O. Drawer 3626
West Palm Beach, FL 33402-3626

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 1657

## INVOLVED JUDGES LIST (CTO-129)

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

~~Hon. Alan S. Gold~~
~~U.S. District Judge~~
~~1017 Federal Courthouse Square~~
~~301 N. Miami Avenue~~
~~Miami, FL 33128~~

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal
   Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Robert B. Kugler
U.S. District Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08101

Hon. Lorenzo F. Garcia
U.S. Magistrate Judge
680 U.S. Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Judith C. Herrera
U.S. District Judge
Peter V. Domenici U.S. Courthouse
333 Lomas Blvd., NW, Suite 710
Albuquerque, NM 87102

Hon. William P. Johnson
U.S. District Judge
U.S. District Court
333 Lomas NW, Suite 770
Albuquerque, NM 87102

Hon. Richard L. Puglisi
U.S. Magistrate Judge
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. W. Daniel Schneider
U.S Magistrate Judge
720 U.S. States Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Robert H. Scott
U.S Magistrate Judge
270 U.S. Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Don J. Svet
U.S. Magistrate Judge
P.O. Box 669
Albuquerque, NM 87103

Hon. Robert Brack
U.S. District Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88011

Hon. Carmen E. Garza
U.S Magistrate Judge
U.S. District Court
Federal Building, First Floor
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. William P. Lynch
U.S Magistrate Judge
United States District Court
Federal Building, 2nd Floor
200 East Griggs Ave.
Las Cruces, NM 88001

**MDL No. 1657 - Involved Judges List (CTO-129) (Continued)**          Page 2 of 2

Hon. Lourdes A. Martinez
U.S Magistrate Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. Karen B. Molzen
U.S. Magistrate Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. Bruce D. Black
U.S. District Judge
R 1 Santiago E. Campos U.S. Courthouse
100 South Federal Place
Santa Fe, NM 87501

Hon. Martha Vazquez
Chief Judge, U.S. District Court
Santiago E. Campos U.S. Courthouse
106 South Federal Place, 2nd Floor
Santa Fe, NM 87501

Hon. Garr M. King
U.S. District Judge
907 Mark O. Haftield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED CLERKS LIST (CTO-129)

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Sheryl S. McConnell, Clerk
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 15, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-129)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>January 30, 2008</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A