UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |
| *This action relates to:* | * | CIVIL ACTION NO. 06-6802 |
| | * | |
| WOODROW M. BRIMBERRY, VIRGINIA BRIMBERRY,, SHARON GRECO, HATTIE JOHNSON, HAROLD JONES, JR., ANNIE JONES, NORWOOD LEE, LATISHA OWENS, HUBERT SEXTON, BRENDA THOMAS, and NICK ULATE | * * * * * | SECTION L<br><br>JUDGE ELDON FALLON<br><br>MAGISTRATE KNOWLES |
| Plaintiffs, | * * | |
| Versus | * * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that C. Mark Whitehead be enrolled as additional counsel for the plaintiffs, Woodrow M. Brimberry, Virginia Brimberry, Sharon Greco, Hattie Johnson, Harold Jones, Jr., Annie Jones, Norwood Lee, Latisha Owens, Hubert Sexton, Brenda Thomas and Nick Ulate.

Order signed at New Orleans, Louisiana on this ___ day of February, 2008.

_____
JUDGE

3