**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 19, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Lenny Davis, Arnold Levin, and Michael Weinkowitz participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Douglas Marvin participated on behalf of Merck. Jeanine Bermel participated on behalf of Express Scripts, Inc. Orin Brown also participated on behalf of the Claims Administrator. At the conference, the parties discussed the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program.

JS10(00:30)

-1-