UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | CIVIL ACTION NO. 05-0737 |
| *This action relates to:* | * | |
| | * | |
| EVELYN MEITZKE | * | SECTION L |
| | * | |
| Plaintiff | * | JUDGE ELDON FALLON |
| | * | |
| Versus | * | MAGISTRATE KNOWLES |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

MOTION TO BE RECOGNIZED AS ATTORNEY OF RECORD

On motion of Jonathan B. Andry, attorney for plaintiff, Evelyn Meitzke, and on

suggesting to the court that C. Mark Whitehead has been retained to represent plaintiff, Evelyn

Meitzke, and that the above named attorney desires to be recognized as additional counsel of

record in these proceedings.

Respectfully submitted,
The Andry Law Firm, LLC

By:_____
    Jonathan B. Andry (#20081)
    610 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: 504-586-8899
    Facsimile:  504-585-1788

**C. Mark Whitehead (#022961)**
**The Whitehead Law Firm**
**P.O. Box 81007**
**Lafayette, LA 70598**
**Telephone:    337-740-6006**
**Facsimile:    337-740-6002**

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel

of record via Pacer/ECF this 20th day of February, 2008.

JONATHAN B. ANDRY

2