UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| | * | |
| This action relates to: | * | CIVIL ACTION NO. 05-0737 |
| | * | |
| EVELYN MEITZKE | * | SECTION L |
| | * | |
| Plaintiff | * | JUDGE ELDON FALLON |
| | * | |
| Versus | * | MAGISTRATE KNOWLES |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Defendant. | * | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that C. Mark Whitehead be enrolled as additional counsel for the plaintiff, Evelyn Meitzke.

Order signed at New Orleans, Louisiana on this ___ day of February, 2008.

_____
JUDGE

3