UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| *This action relates to:* | * | CIVIL ACTION NO. 05-0738 |
| JOSEPH MAHONEY, JR. | * | SECTION L |
| Plaintiff | * | JUDGE ELDON FALLON |
| Versus | * | MAGISTRATE KNOWLES |
| MERCK & CO., INC. | * | |
| Defendant. | * | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that C. Mark Whitehead be enrolled as additional counsel for the plaintiff, Joseph Mahoney, Jr.

Order signed at New Orleans, Louisiana on this ___ day of February, 2008.

_____
JUDGE