UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX PRODUCT LIABILITY LITIGATION

MDL 1657

SECTION L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

VIRGINIA ADCOCK, Individually and as
Executrix of Estate of Edward Adcock, deceased,
Regarding Plaintiff: Clara Ripberger

Case No.: 05 CV 5753

## STIPULATED ORDER SUBSTITING THE PERSONAL REPRESENTATIVE/ ADMINSTRATOR FOR THE ESTATE OF CLARA RIPBERGER IN PLACE OF DECEDENT

Upon consideration of Plaintiff David Ripberger's Suggestion of Death and Motion for Substitution of Party, and by agreement of parties, the Court hereby orders that David Ripberger, Administrator of Estate of Clara Ripberger, deceased, be designated as the named Plaintiff, Clara Ripberger, in the above referenced cause of action. Further, David Ripberger will act as the personal representative with authority to prosecute and settle this cause of action on behalf of the Decedent, Clara Ripberger.

New Orleans, Louisiana, this 20th day of February, 2008.

Honorable Judge Fallon

/s/Alissa J. Magenheim
Alissa J. Magenheim
Attorney for Plaintiff
O'Connor Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
(513) 241-7111, fax (513) 241-7197
AJM@oal-law.com

/s/Dorothy H. Wimberly
Dorothy H. Wimberly
Attorney for Defendant
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200, fax (504) 581-3361
dwimberly@stonepigman.com