UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Terry L. Titus and Brenda Titus v. Merck & Co., Inc.*, No. 07-1477 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims brought by Plaintiffs Terry L. Titus and Brenda Titus against Merck in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 20th day of ___February___, 2008.

_____
DISTRICT JUDGE

907804v.1