## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| MARKETING, SALES PRACTICES AND | § | SECTION L |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: Alviar v. Merck | § | |
| & Co., Inc. (2:06-cv-11336-EEF-DEK) | § | MAGISTRATE JUDGE KNOWLES |
| | § | |

## STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]

Pursuant to Pre-Trial Order No. 28, Plaintiff Thomas Alviar sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

**PHARMACIES:** Audie Murphy Veterans Hospital
7400 Melton Minter, Suite 136-E
San Antonio, TX 78284

**MEDICAL PROVIDERS:** Audie Murphy Veterans Hospital
7400 Melton Minter, Suite 136-E
San Antonio, TX 78284

Elizondo A. Alvarez, MD
1044 East Front Street
Alice, Texas 78332

Alice Heart Center
1224 East Main Street
Alice, Texas 78332

Respectfully submitted,

By: __/s/ Robert J. Patterson__
Robert J. Patterson
State Bar No. 15604500
Federal ID No. 748

Mikal C. Watts
State Bar No. 20981820
Anthony E. Pletcher
State Bar No. 16069800
Federal ID No. 2842
WATTS LAW FIRM, L.L.P.
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, TX 78478
(361) 887-0500 [telephone]
(361) 887-0055 [facsimile]

**ATTORNEYS FOR PLAINTIFF**

OF COUNSEL:

James P. Bell, Jr.
State Bar No. 02078020
Federal ID No. 1489
LAW OFFICES OF JAMES P. BELL, JR.
800 North Shoreline Blvd., Suite 2700S
Corpus Christi, TX 78401
(361) 866-8020 [telephone]
(361) 880-5901 [facsimile]

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on the 20th day of February 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

By: __/s/ Robert J. Patterson__
Robert J. Patterson