# Exhibit 1



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5590

Audie Murphy Veterans Hospital
7400 Melton Minter, Suite 136-E
San Antonio, TX 78284

RE:   Thomas Alviar v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Thomas Alviar in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Thomas Alviar's claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Thomas Alviar. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

R. Patterson

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14th Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



# WATTS LAW FIRM

ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5613

Alice Heart Center
1224 East Main Street
Alice, TX 78332

RE:   Thomas Alviar v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Thomas Alviar in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Thomas Alviar's claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Thomas Alviar. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure



ROBERT J. PATTERSON     Attorney at Law     bpatterson@wattslawfirm.com

February 19, 2008                               via U.S. Certified Mail 7006 2760 0003 6271 5606

Elizondo A. Alvarez, MD
1044 East Front Street
Alice, TX 78332

    RE:    Thomas Alviar v. Merck & Co., Inc.
           In Re: VIOXX Products Liability Litigation
           MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

    Please be advised that I represent Thomas Alviar in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Thomas Alviar's claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Thomas Alviar. A copy of the Order is attached hereto for your information.

    If you have any questions concerning this Notice, please feel free to contact our office.

                        Sincerely,

                        WATTS LAW FIRM, L.L.P.

                        Robert J. Patterson
                        Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.     CORPUS CHRISTI     HOUSTON     SAN ANTONIO     AUSTIN     EDINBURG

Tower II Building, 14th Floor     555 North Carancahua Street     Corpus Christi, Texas 78478     Telephone: 361.887.0500     Facsimile: 361.887.0055