# Exhibit 1



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5620

Christus Spohn Hospital Memorial
2606 Hospital Blvd.
Corpus Christi, TX 78405

> RE:   Guadalupe Caballero, deceased v. Merck & Co., Inc.
>       In Re: VIOXX Products Liability Litigation
>       MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent the heirs of Guadalupe Caballero in their claims against Merck & Co., Inc., et. al. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to her claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by the heirs of Guadalupe Caballero. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert Patterson  sf

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                        via U.S. Certified Mail 7006 2760 0003 6271 5637

Eckerds Pharmacy
363 West Avenue J
Robstown, TX 78380

      RE:    Guadalupe Caballero, deceased v. Merck & Co., Inc.
            In Re: VIOXX Products Liability Litigation
            MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent the heirs of Guadalupe Caballero in their claims against Merck & Co., Inc., et. al. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to her claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by the heirs of Guadalupe Caballero. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG
Tower II Building, 14ᵗʰ Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055