# Exhibit 1



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5743

Gulf Coast Medical Clinic
1209 Highway 35 North, Suite A
Rockport, TX 78328

RE:    Jesusa Martinez v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Jesusa Martinez in her claims against Merck & Co., Inc., et. al. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to her claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jesusa Martinez. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert Patterson

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14ᵗʰ Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 20, 2008                              via U.S. Certified Mail 7006 2760 0003 6271 5538

HEB Pharmacy
1409 Highway 35 North
Rockport, TX 78382

      RE:    Jesusa Martinez v. Merck & Co., Inc.
                In Re: VIOXX Products Liability Litigation
                MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

      Please be advised that I represent Jesusa Martinez in her claims against Merck & Co., Inc., et. al. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Jesusa Martinez's claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jesusa Martinez. A copy of the Order is attached hereto for your information.

      If you have any questions concerning this Notice, please feel free to contact our office.

                                  Sincerely,

                                  WATTS LAW FIRM, L.L.P.

                                  Robert Patterson

                                Robert J. Patterson
                                Attorney at Law

RJP:jb
Enclosure