# Exhibit 1



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                               via U.S. Certified Mail 7006 2760 0003 6271 5781

Christus Spohn Hospital Alice
2500 East Main Street
Alice, TX 78332

RE:  Jose Ortiz v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Jose Ortiz in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jose Ortiz. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

*Robert Patterson* SU

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14th Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008               via U.S. Certified Mail 7006 2760 0003 6271 5798

Dr. Puyol
103 West Gravis Street
San Diego, TX 78348

RE:   Jose Ortiz v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Jose Ortiz in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jose Ortiz. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert Patterson

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.   CORPUS CHRISTI   HOUSTON   SAN ANTONIO   AUSTIN   EDINBURG

Tower II Building, 14th Floor   555 North Carancahua Street   Corpus Christi, Texas 78478   Telephone: 361.887.0500   Facsimile: 361.887.0055



ROBERT J. PATTERSON     Attorney at Law     bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5804

La Hacienda Pharmacy
213 South Dr. E.E. Dunlap Street
San Diego, TX 78348

      RE:   Jose Ortiz v. Merck & Co., Inc.
             In Re: VIOXX Products Liability Litigation
             MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

      Please be advised that I represent Jose Ortiz in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jose Ortiz. A copy of the Order is attached hereto for your information.

      If you have any questions concerning this Notice, please feel free to contact our office.

                                 Sincerely,

                                 WATTS LAW FIRM, L.L.P.

                                 Robert Patterson

                                 Robert J. Patterson
                                 Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.   CORPUS CHRISTI   HOUSTON   SAN ANTONIO   AUSTIN   EDINBURG

Tower II Building, 14th Floor   555 North Carancahua Street   Corpus Christi, Texas 78478   Telephone: 361.887.0500   Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008    via U.S. Certified Mail 7006 2760 0003 6271 5811

Alice Heart Hospital
1224 East Main Street
Alice, TX 78332

RE:  Jose Ortiz v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Jose Ortiz in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jose Ortiz. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

*Robert Patterson* by

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14th Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                                via U.S. Certified Mail 7006 2760 0003 6271 5828

Medco Health
6225 Annie Oakley Drive
Las Vegas, NV 89120

RE:   Jose Ortiz v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Jose Ortiz in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Jose Ortiz. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert Patterson  /sf/

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure