# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| MARKETING, SALES PRACTICES AND | § | SECTION L |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: Vela v. Merck & | § | |
| Co., Inc. (2:06-cv-11335-EEF-DEK) | § | MAGISTRATE JUDGE KNOWLES |
| | § | |

## STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]

Pursuant to Pre-Trial Order No. 28, Plaintiff Aladin Vela sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

**PHARMACIES:** CVS Pharmacy
363 West Avenue J.
Robstown, TX 78380

Modern Pharmacy
305 West Avenue A
Robstown, TX 78380

**MEDICAL PROVIDERS:** Dr. Luis Mackrizz
5920 Saratoga Blvd., Suite 440
Corpus Christi, TX 78413

Dr. Miguel Pulg-Palomar
7121 SPID, Suite 303
Corpus Christi, TX 78412

Christus Spohn Shoreline
600 Elizabeth Street
Corpus Christi, TX 78404

Hector P. Garcia Family Clinic
2606 Hospital Blvd., 6 West
Corpus Christi, TX 78405

                        Northwest Regional Hospital
                        13725 Northwest Blvd.
                        Corpus Christi, TX 78410

                        Respectfully submitted,

By:    /s/ Robert J. Patterson
        Robert J. Patterson
        State Bar No. 15604500
        Federal ID No. 748
        Mikal C. Watts
        State Bar No. 20981820
        Anthony E. Pletcher
        State Bar No. 16069800
        Federal ID No. 2842
        WATTS LAW FIRM, L.L.P.
        555 North Carancahua
        Tower II, 14th Floor
        Corpus Christi, TX 78478
        (361) 887-0500 [telephone]
        (361) 887-0055 [facsimile]
        **ATTORNEYS FOR PLAINTIFF**

OF COUNSEL:

James P. Bell, Jr.
State Bar No. 02078020
Federal ID No. 1489
LAW OFFICES OF JAMES P. BELL, JR.
800 North Shoreline Blvd., Suite 2700S
Corpus Christi, TX 78401
(361) 866-8020 [telephone]
(361) 880-5901 [facsimile]

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on the 20th day of February 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

By:   /s/ Robert J. Patterson
       Robert J. Patterson