# Exhibit 1



ROBERT J. PATTERSON      Attorney at Law      bpatterson@wattslawfirm.com

February 19, 2008                     via U.S. Certified Mail 7006 2760 0003 6271 5835

Northwest Regional Hospital
13725 Northwest Blvd.
Corpus Christi, TX 78410

      RE:    Aladin Vela v. Merck & Co., Inc.
             In Re:  VIOXX Products Liability Litigation
             MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

      Please be advised that I represent Aladin Vela in his claims against Merck & Co.,
Inc., et. al. arising out of injuries he suffered from the use of VIOXX.  This letter is to
notify you that you may have records relevant to his claim in the above referenced
proceeding.  Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the
Court on February 17, 2005, any records in your possession must be preserved pending
collection by Aladin Vela.  A copy of the Order is attached hereto for your information.

      If you have any questions concerning this Notice, please feel free to contact our
office.

                    Sincerely,

                    WATTS LAW FIRM, L.L.P.

                    Robert J. Patterson
                    Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.      CORPUS CHRISTI      HOUSTON      SAN ANTONIO      AUSTIN      EDINBURG

Tower II Building, 14ᵗʰ Floor      555 North Carancahua Street      Corpus Christi, Texas 78478      Telephone: 361.887.0500      Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5842

Hector P. Garcia Family Clinic
2606 Hospital Blvd., 6 West
Corpus Christi, TX 78405

     RE:    Aladin Vela v. Merck & Co., Inc.
            In Re:  VIOXX Products Liability Litigation
            MDL No. 1657

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

      Please be advised that I represent Aladin Vela in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX.  This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding.  Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Aladin Vela.  A copy of the Order is attached hereto for your information.

      If you have any questions concerning this Notice, please feel free to contact our office.

                    Sincerely,

                    WATTS LAW FIRM, L.L.P.

                    Robert Patterson

                    Robert J. Patterson
                    Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14ᵗʰ Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



WATTS
L A W   F I R M

ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5514

Dr. Luis Mackrizz
5920 Saratoga Blvd.
Suite 440
Corpus Christi, TX 78413

     RE:    Aladin Vela v. Merck & Co., Inc.
             In Re:  VIOXX Products Liability Litigation
             MDL No. 1657

<u>**PRESERVATION OF DOCUMENTS NOTICE**</u>

TO WHOM IT MAY CONCERN:

     Please be advised that I represent Aladin Vela in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX.  This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding.  Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Aladin Vela.  A copy of the Order is attached hereto for your information.

     If you have any questions concerning this Notice, please feel free to contact our office.

             Sincerely,

             WATTS LAW FIRM, L.L.P.

             Robert J. Patterson
             Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14th Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



# WATTS
## L A W   F I R M

ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                    via U.S. Certified Mail 7006 2760 0003 6271 5521

CVS Pharmacy
363 West Avenue J
Robstown, TX 78380

RE:    Aladin Vela v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Please be advised that I represent Aladin Vela in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Aladin Vela. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14ᵗʰ Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055



ROBERT J. PATTERSON    Attorney at Law    bpatterson@wattslawfirm.com

February 19, 2008                          via U.S. Certified Mail 7006 2760 0003 6271 5538

Modern Pharmacy
305 West Avenue A
Robstown, TX 78380

> RE:    Aladin Vela v. Merck & Co., Inc.
>           In Re: VIOXX Products Liability Litigation
>           MDL No. 1657

**PRESERVATION OF DOCUMENTS NOTICE**

TO WHOM IT MAY CONCERN:

Please be advised that I represent Aladin Vela in his claims against Merck & Co., Inc., et. al. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to his claim in the above referenced proceeding. Pursuant to paragraph 13 of the Pre-Trial Order No. 1, entered by the Court on February 17, 2005, any records in your possession must be preserved pending collection by Aladin Vela. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please feel free to contact our office.

Sincerely,

WATTS LAW FIRM, L.L.P.

Robert J. Patterson
Attorney at Law

RJP:jb
Enclosure

WATTS LAW FIRM, L.L.P.    CORPUS CHRISTI    HOUSTON    SAN ANTONIO    AUSTIN    EDINBURG

Tower II Building, 14ᵗʰ Floor    555 North Carancahua Street    Corpus Christi, Texas 78478    Telephone: 361.887.0500    Facsimile: 361.887.0055