```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB 15 2008

LORETTA G. WHYTE
      CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 14, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-31160   In Re: Vioxx Prod
      USDC No.   2:06-CV-7150
                    2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

                                  Sincerely,

                                  CHARLES R. FULBRUGE III, Clerk

                      By: _____
                            Dantrell Johnson, Deputy Clerk
                            504-310-7689

cc: w/encl:
    Mr Archie C Lamb Jr
    Mr Edward Kirskey Wood Jr
    Ms Vilia B Hayes

MDT-1

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31160

**United States Court of Appeals**
**Fifth Circuit**
**FILED**
**February 14, 2008**

**Charles R. Fulbruge III**
**Clerk**

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

MILAGROS MEDINA-AFANADO

       Plaintiff - Appellant

v.

MERCK & CO INC

       Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

       Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 14, 2008, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

A true copy
Attest: FEB 1 4 2008
Clerk, U. S. Court of Appeals, Fifth Circuit
By: /s/ Dantrell Johnson
Deputy
New Orleans, Louisiana

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Dantrell Johnson
    Dantrell Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT