UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

During the monthly status conference, the Plaintiffs' Liaison Counsel informed the Court that the Plaintiffs' Steering Committee (the "PSC") reached a consensual resolution with Express Scripts, Inc. regarding the issues addressed in the PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program.

Accordingly, IT IS ORDERED that PSC's Motion to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program (Rec. Doc. No. 13331) is hereby DISMISSED AS MOOT.

New Orleans, Louisiana, this 21st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE