UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                         :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION       :   SECTION: L
                                                             :   JUDGE FALLON
                                                             :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

During the monthly status conference, the parties announced an accommodation regarding the submission of the necessary documents to enroll in the Vioxx Settlement Program. Plaintiffs must still enroll in the Settlement Program by February 29, 2008, however, Plaintiffs will have a thirty (30) day grace period to submit the other required documents. At the monthly status conference, Mr. Jeffrey Lowe stated that this accommodation satisfied his concerns and he no longer urges his Motion to Modify the Settlement Agreement (Rec. Doc. No. 13382).

Accordingly, IT IS ORDERED that Plaintiffs' Motion to Modify the Settlement Agreement (Rec. Doc. No. 13382) is hereby DISMISSED AS MOOT.

New Orleans, Louisiana, this 21st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE