UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**                                          MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

                                        SECTION:  L

                                        JUDGE FALLON
…………………………………………………..          MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
*Smith, et. al. v. Merck & Co., Inc.,* **2:06-cv-00917**


**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiffs Bobby Jo Simbulan and George Moran.  After considering the Stipulation, the Court concludes it should be GRANTED.  The Court, therefore, orders that the claims Bobby Jo Simbulan and George Moran, are dismissed, without prejudice. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.



       Dated this _____ day of _____, 2008.



                                _____
                                UNITED STATES DISTRICT JUDGE