UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| *Ruth McNeely v. Merck & Co., Inc.* | * | |
| (Calvin Blevins) | * | **MAG. JUDGE KNOWLES** |
| (Docket No. 2:06cv10179) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, Calvin Blevins ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck"),

hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice of the

above-styled lawsuit, subject to the following conditions:

1.  Plaintiff agrees that, in the event he re-files a lawsuit against Merck that

contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States

District Court; and

2.  Plaintiff further agrees that in the event he re-files such lawsuit, any discovery

that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the

MDL proceeding that has been established in the United States District Court for the Eastern

District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such

lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to

participate in that discovery.

3.  In compliance with PreTrial Order No. 8A, the undersigned counsel hereby

certify that as soon as the Order of dismissal is entered by the Court they will make the change

directly on File & Serve to reflect the dismissal with prejudice for the above-referenced matter.

Plaintiff agrees to the above stated conditions and wishes to dismiss the instant lawsuit with prejudice to re-filing.  There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit with prejudice to re-filing, subject to the conditions stated above.

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
*Counsel for Plaintiff*
550 Broad Street
Suite 920
Newark, New Jersey 07102

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2