UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 05-1657** |
| | * | **SECTION L** |
| **VICTORIA LUCIANO,** an individual, **JUAN CRUZ,** an individual, | * | **JUDGE FALLON** |
| Plaintiffs, v. | * | **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC.,** | * | **CASE NO.: 2:06-CV11058** |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LAW OFFICES CYTRYN & SANTANA, P.A.'S EX PARTE MOTION TO WITHDRAW

Law Offices Cytryn and Santana, P.A., hereby files this Ex Parte Motion to Withdraw as counsel for Plaintiffs, **VICTORIA LUCIANO,** an individual, and **JUAN CRUZ,** an individual, and as grounds therefore states as follows:

1. Irreconcilable differences of opinion have arisen between attorney and client, necessitating the withdrawal of the Law Offices Cytryn and Santana, P.A.

**WHEREFORE,** Law Offices Cytryn and Santana, P.A., respectfully requests that this Court enter an Order that the law firm be relieved of its duties, be allowed to withdraw, deeming the withdrawal immediately as of the date of the entrance of an Order, and allowing the Plaintiff 60 days to attempt to obtain new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served online via ECF electronic filing AND VIA Lexis Nexis File and Serve to: Wilfred P.

Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., State National Bldg., 263 3rd Street, Fifth Floor, Baton Rouge, LA 70801, Aretha Delight at Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, 301 N. Main Street, Suite #300, Winston-Salem, NC 27101, and via regular and certified mail # 7007 1490 0004 2036 8870 to Victoria Luciano, 2250 N. 61st Avenue, Hollywood, Florida 33024 this _22nd_ day of _February_, 2008.

                          Law Offices Cytryn & Santana, P.A.
                          1401 N. University Drive
                          Suite 401
                          Coral Springs, Florida 33071
                          Tel. No. (954) 255-7000

                          _____
                          Dan Cytryn, Esquire
                          Florida Bar No. 318558

ah:vioxx.spanish.luciano.withdraw.mtn.doc