UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 05-1657** |
| | * | **SECTION L** |
| **VICTORIA LUCIANO**, an individual, **JUAN CRUZ**, an individual, | * | **JUDGE FALLON** |
| Plaintiffs, v. | * | **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC.,** | * | **CASE NO.: 2:06-CV11058** |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON LAW OFFICES CYTRYN AND SANTANA, P.A.'S EX PARTE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The Law Offices Cytryn and Santana, P.A., having been permitted to withdraw as counsel for Plaintiffs, **VICTORIA LUCIANO**, an individual, and **JUAN CRUZ**, an individual, and being otherwise duly advised in the premises files this Motion to Withdraw:

It is **ORDERED AND ADJUDGED**:

1. That Law Offices Cytryn and Santana, P.A.'s, Ex Parte Motion to Withdraw is hereby GRANTED, and Law Offices Cytryn and Santana, P.A.., is hereby relieved of its duties and obligations in this cause.

2. That Plaintiff has 60 days to obtain new counsel.

3.   All further papers, pleadings, and materials in this case shall be sent directly to the Plaintiff, Victoria Luciano, 2250 N. 61st Avenue, Hollywood, Florida 33024.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                                               ELDON E. FALLON
                                                               UNITED STATES DISTRICT JUDGE

c:   J. Erick Santana, Esquire
     Wilfred P. Coronato, Esquire
     Phillip A. Wittmann, Esquire
     Aretha Delight, Esquire
     Susan Giamportone, Esquire
     Mrs. Victoria Luciano

ah\vioxx.spanish.luciano.withdraw.order.doc