# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| *Kenneth Lowry v. Merck & Co., Inc.*; Docket No. 2:07-cv-871 | * | **MAGISTRATE JUDGE KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Kenneth Lowry against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**DISTRICT JUDGE**

912003v.1