UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

| | | |
|---|---|---|
| Loretta G. Whyte<br>Clerk | FILED<br>FEB 21 2008<br>LORETTA G. WHYTE<br>CLERK | 500 Poydras St., Room C-151<br>New Orleans, LA 70130 |

February 21, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO **07-30897**

Re: VIOXX PRODUCTS LIABILITY LITIGATION   CA 05-1657   c/w 06-485   L

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_ 1) Certified copy of the notice of appeal and docket entries.

\_\_\_ 2) Certified copy of notice of a cross-appeal and docket entries.

\_\_\_ 3) The Court of Appeals docket fee \_\_\_ HAS \_\_\_ HAS NOT been paid.

\_\_\_ 4) This case is proceeding in forma pauperis

\_\_\_ 5) Order Appointing Counsel \_\_\_ CJA-20 \_\_\_ FPD

\_\_\_ 6) District Judge Entering the final judgment is_____

\_\_\_ 7) Court Reporter assigned to the case _____

\_\_\_ 8) If criminal case, number and names of other defendants on appeal

\_\_\_ 9) This case was decided without a hearing; there will be no transcript.

\_\_\_ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

**x** 1) **Certified** Electronic Copy of Record on appeal:

\_\_\_ Volume(s) of record   \_\_\_ Volume(s) of transcripts

\_\_\_ Volume(s) of depositions

\_\_\_ Container(s) of exhibits \_\_\_ envelope   \_\_\_ Binders

\_\_\_ 2) Supplemental record consisting of _____

\_\_\_ 3) SEALED DOCUMENT _____

\_\_\_ 4) Other _____

Very truly yours,

By\_\_\_Alicia Phelps\_\_\_
Deputy Clerk

Fee_____
Process_____
**X** Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No._____