## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L/3** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| **Case No. 05-5352** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **RUBY FRANCES SMITH, et al.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC., et al** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Marion Cox and Hazel Crall be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this   21st   day of _ February, 2008

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1