THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
|    Jacob Lewis, et al | * | JUDGE FALLON |
| | * | |
|    Plaintiff, | * | |
| vs. | * | |
|    Merck & Co., Inc., et al | * | |
| | * | |
|    Defendant. | * | |
| Civil Action No. 05-6621 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND ORDER TO WITHDRAW**

On Motion of Allan Berger, with the law firm of Allan Berger Associates, P.L.C., and on suggesting to the court that he has hereto represented the plaintiff in this case, but that they are no longer counsel for plaintiff and desire to withdraw from this cause. Petitioner, Jacob Lewis, is now deceased, and his daughter Debra Lewis, has been notified of this Motion to Withdraw and advised that there are no pending motions or trial dates. Plaintiff has filed a Motion for Partial Dismissal dismissing any and all claims against defendant, Dr. Sophia L. Morris, reserving to plaintiff any and all claims against any other party, whether named or unnamed. Notices and correspondences may

be sent to Debra Lewis, 5624 Pauline Drive, New Orleans, LA 70126, or P. O. Box

113241, New Orleans, LA 70011

        Respectfully submitted,
        ALLAN BERGER & ASSOC., P.L.C.

        ___S/Allan Berger_____
        ALLAN BERGER (BAR #2977)
        4173 Canal Street
        New Orleans, LA 70119
        (504)486-9481

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 25th day of February, 2008 by using the CM/ECF system which will send a notice of electronic filing to all parties.

        _____S/Allan Berger_____
        ALLAN BERGER