THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
| Jacob Lewis, et al | * | JUDGE FALLON |
| Plaintiff, | * | |
| vs. | * | |
| Merck & Co., Inc., et al | * | |
| Defendant. | * | |
| Civil Action No. 05-6621 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this _____ day of _____, 2008.

_____
J U D G E