UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**                                                         MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

 

JUDGE FALLON
………………………………………………..              MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
     **2:05-cv-6533**

### MOTION FOR SUBSTITUTION OF PARTIES

Comes now the Plaintiffs, by and through their attorneys, Brown & Crouppen, P.C., PLC,

Rule 25(a)(i) of the Federal Rules of Civil Procedure, and for their Motion for Substitution of

Parties, states as follows:

1.     That on or about November 1, 2003, Delisa Sangster, died.  No estate planning

documents are in effect.

2.     That the above matter was filed by the Deceased's mother, Bobbie Haynes, as

Special Administrator for Delisa Sangster, because Delisa Sangster's son, Darrell Sangster Jr., had

yet to reach the age of majority in Missouri, and Bobbie Haynes had been appointed as legal

guardian of Darrell Sangster Jr.

3.     That since the original filing of the above stated matter, Decedent Delisa Sangster's

son, Darrell Sangster Jr., has reached the age of majority in Missouri.

4.     That Darrell Sangster Jr. and Bobbie Haynes are the surviving heirs of Delisa

Sangster, deceased, and as such are legally entitled to recover under Missouri law.

5.     That Plaintiff's cause of action for personal injury as a result of Vioxx

manufactured by Defendant is not extinguished by decedent's death.

1

6.     That Darrell Sangster Jr. will act as the personal representative of all surviving heirs of Delisa Sangster who are legally entitled to a recovery with authority to prosecute and settle her Vioxx lawsuit.

WHEREFORE, Plaintiffs move this Honorable Court to substitute Darrell Sangster, Jr. as successor or representative of Delisa Sangster for all purposes concerning the prosecution of her claim against Defendant and to appoint Darrell Sangster, Jr., as the personal representative of all surviving heirs of Delisa Sangster who are legally entitled to a recovery, including himself and Bobbie Haynes, with authority to prosecute and settle her Vioxx-related lawsuit on behalf of all said surviving heirs of Delisa Sangster who are legally entitled to a recovery and for such relief as this Court deems just and proper under the premises.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ SETH SHARROCK WEBB
Seth Sharrock Webb, Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Substitution of Parties has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of February, 2008.

By:     /s/ SETH SHARROCK WEBB
        Seth Sharrock Webb, MO Fed. Bar No. 505666