UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION: L/3 |
| MARTIN, ET AL., | Civil Action No. 05-5803 |
| Plaintiff(s),<br>v. | JUDGE FALLON |
| MERCK & CO., INC., | MAGISTRATE JUDGE KNOWLES |
| Defendant(s). | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that all claims of the Plaintiff Troy Holland against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

378770-1