UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Janet Sue Morgan, et al., v. Merck & Co.,* | * | KNOWLES |
| *Inc.; Docket No. 2:05cv-496 only regarding* | * | |
| *James Smith* | * | |
| | * | |

******************************************

## UNOPPOSED MOTION TO REINSTATE ACTION AND TO SUBSTITUTE COUNSEL

Now into Court through Undersigned Counsel, comes plaintiff, John "Buddy" Smith (Smith), who suggests the following:

1. Smith's claim was dismissed with prejudice by Order of this Honorable Court on February 11, 2008.

2. Smith seeks reinstatement of his claim as the premise of the dismissal Order, i.e., that Smith failed to respond to discovery, was faulty.

3. Defendant, Merck & Co., Inc., agrees that Smith's claim was mistakenly dismissed and has no opposition to this Motion to Reinstate.

4. Original counsel for Smith in this matter was Beasley, Allen.

5. Beasley, Allen filed the instant suit on Smith's behalf and on behalf of others.

6. Due to mistakes that were no fault of Smith, Smith did not respond to discovery requests by Beasley, Allen.

1

7. At the time of the discovery requests and the court Orders regarding Plaintiff Fact Sheets, Smith was represented by Barrios, Kingsdorf, and Casteix, and others. Barrios, Kingsdorf, and Casteix filed a claim on behalf of this Plaintiff under a Tolling Agreement and completed a Claimant Profile Form.

8. Smith was registered and timely enrolled in the Vioxx Settlement Program.

9. On February 22, 2008 Smith received notice that his case was dismissed with prejudice.

10. Current counsel for Smith contacted Beasley, Allen and Merck's counsel regarding the dismissal and it came to light that the common nature of Smith's name created the confusion.

11. Smith requests that his claim be reinstated; that his tolled claim be recognized as valid and continuing; and that his registration and enrollment be unaffected by the February 11, 2008 Order.

12. Smith further requests that the law firm of Beasley Allen be withdrawn as counsel for Smith and the law firm of Barrios, Kingsdorf, and Casteix continue as attorney of record for Smith. The other Plaintiffs named in the February 11, 2008 Order shall not be affected by this Motion

WHEREFORE, Smith prays that after due consideration the Court grant this Motion and issue an Order reinstating Smith's claim and recognizing Barrios, Kingsdorf & Casteix as Smith's counsel of record

Respectfully submitted,

| BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: /s/ Benjamin L. Locklar<br>Andy D. Birchfield, Jr.<br>Benjamin L. Locklar<br>Post Office Box 4160<br>Montgomery, Alabama 36103<br>(334) 269-2343<br>*Counsel for Plaintiffs* | By: /s/ Dorothy H. Wimberly<br>Phillip A. Wittmann<br>Dorothy H. Wimberly<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>(504) 581-3200<br>*Counsel for Defendant, Merck & Co.* |

*BARRIOS, KINGSDORF & CASTEIX, LLP.*

By: /s/ Dawn M. Barrios
*Dawn M. Barrios (La Bar Roll No. 2821*
*One Shell Square*
*701 Poydras Street, Suite 3650*
*New Orleans, LA 70139*
*504-524-3300*
*504-524-3313*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion to Reinstate Action and to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2