UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to *Paul Krulewitch and Lorel Krulewitch, his wife v. Merck & Co., Inc.*, (E.D. La. Index No. 06-3337) | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that this action be dismissed without prejudiced, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 26th day of _____February_____, 2008.

_____
DISTRICT JUDGE