UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| | * JUDGE FALLON |
| | * |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Dianne Kimm, et al. v. Merck & Co., Inc.; Docket No. 2:06-cv-10153; only Regarding Alton Mulhern* | * KNOWLES |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Alton Mulhern against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**