## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL LABINE**<br><br>       **PLAINTIFF,**<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>       **DEFENDANT(S).** | **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION**<br><br>**MDL NO. 1657; Section L**<br><br>**CASE NO. 06-7049**<br><br>    **MOTION FOR WITHDRAWAL**<br>      **OF COUNSEL** |

## MOTION FOR WITHDRAWAL
## OF COUNSEL

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiff's present address and telephone number are as follows:

      360 Watkins Road
      Judsonia, AR 72081
      (501) 729-0338

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel request this motion be in all things granted, that Les Weisbrod and Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod be relieved as counsel of record for the above-named Plaintiff.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**


_Alexandra V. Boone_

**Les Weisbrod**
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
**William B. Curtis**
Texas Bar No. 00783918
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Telecopy:      (214) 987-2545


### Certification

I hereby certify that Plaintiff Earl Labine has been notified of all deadlines and pending court appearances.  I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

_Alexandra V. Boone_
Alexandra V. Boone


**Motion for Withdrawal of Counsel**
351128

## Certificate of Service

I certify that on February 27, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiff Earl Labine and electronic notification to counsel as follows:

*Alexandra V. Boone*

Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com<br><br>Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com<br><br>Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |