IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: Lois Armstrong, et al. v. Merck & Co., Inc., et al.<br>(E.D. La. Index No. 2:06-CV-10117) | MDL Docket No. 1657<br><br>Section: L<br><br>Transferred from USDC of Minnesota |

STIPULATION AND VOLUNTARY DISMISSAL
OF THE CASE OF TERRY MAPLE (ONLY)

It is stipulated by the parties that TERRY MAPLE (only) may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of TERRY MAPLE is refiled, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

Respectfully Submitted:

HISSEY KIENTZ, LLP

_____
David L. Friend
Texas Bar No. 796583
9442 Capital of Texas Highway N.
Suite 400
Austin, Texas 78759
(512) 320-9100
(512) 320-9101 (Fax)

ATTORNEY FOR THE PLAINTIFFS

Dated: February 26, 2008

*Jan R. McLean Bernier* (signature)

Amanda M. Cialkowski
Jan R. McLean Bernier
Scott A. Smith
HALLELAND, LEWIS, NILAN &
JOHNSON, PA
220 6TH Street, Suite 600
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT
MERCK & COMPANY, INC.

Dated: *February 25*, 2008

IT IS SO ORDERED.

_____         _____
Judge                                                              Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and/or E-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8, on this 27th day of February, 2008.

_____
David L. Friend