IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  Lois Armstrong, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:06-CV-10117) | MDL Docket No. 1657<br><br>Section: L<br><br>Transferred from USDC of Minnesota |

## ORDER

Before this Court is the Stipulation and Voluntary Dismissal of TERRY MAPLE's claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED that Plaintiff, TERRY MAPLE's claims are hereby DISMISSED without prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
United States District Judge