# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1657** **SECTION L** |

In re:  **VIOXX MARKETING, SALES**   *    **MDL NO. 1657**
**PRACTICES, and PRODUCTS**   *
**LIABILITY LITIGATION**   *    **SECTION L**
  *
  *
  *    **CASE NO. 06-6584**
**Carol K. Harvey**   *
  *    **JUDGE ELDON E. FALLON**
        **Plaintiff,**   *
**v.**   *    **MAGISTRATE JUDGE**
  *    **DANIEL E. KNOWLES, III**
**MERCK & CO., INC., a foreign**   *
**corporation,**   *
  *    **PLAINTIFF DEMANDS TRIAL**
        **Defendant.**   *    **BY STRUCK JURY**

**(THIS DOCUMENT RELATES TO:  Carol K. Harvey v. Merck & Co., Inc., Civil Action No. 3:06cv06584**

## SUGGESTION OF DEATH

**COMES NOW** Joseph L. Tucker, as counsel of record for Carol K. Harvey, and hereby suggests upon the record the death of Plaintiff, Carol K. Harvey, who died on, or about June 6, 2007.  See Rule 25(a)(1), Fed.R.Civ.P.

**RESPECTFULLY SUBMITTED** this the __11 th__ day of __February__, 2008.

_____

Joseph L. "Josh" Tucker (Ala. Bar No.:  TUC033)
Jackson & Tucker, P.C.
2229 First Avenue North
Birmingham, AL 35203
Phone – (205) 252-3535
Fax – (205) 252-3536

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the _11ᵗʰ_ day of _February_, 2007.

Richard C. Stanley
Bryan C. Reuter
Thomas P. Owen, Jr.
**STANLEY, FLANAGAN**
**& REUTER, LLC**
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
(504) 523-1580
(504) 524-0069 – FAX

Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**STONE PIGMAN WALTHER.**
**WITTMAN, LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 FAX

_____
**PLAINTIFF'S COUNSEL**
Joseph L. "Josh" Tucker (Ala. Bar No.: TUC033)
Jackson & Tucker, P.C.
2229 First Avenue North
Birmingham, AL 35203
Phone – (205) 252-3535
Fax – (205) 252-3536