UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657<br>SECTION L<br><br>CASE NO. 06-6584 |
| Carol K. Harvey | * * | JUDGE ELDON E. FALLON |
| Plaintiff,<br>v.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>Defendant. | * * * * * * * | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III<br><br>PLAINTIFF DEMANDS TRIAL<br>BY STRUCK JURY |

THIS DOCUMENT RELATES TO:   Carol K. Harvey v. Merck & Co., Inc.,
Civil Action No. 3:06cv06584

## MOTION TO WITHDRAW

COMES NOW the undersigned and moves this Honorable Court to enter an *Order* allowing withdrawal as counsel for the Plaintiff and, as grounds therefore, states as follows:

1. Upon information and belief, Carol K. Harvey died on or about, June 6, 2007.

2. The undersigned has made diligent effort to contract Mrs. Harvey's husband without success.

3. Pursuant to Rule 1.16 of the ALABAMA RULES OF PROFESSIONAL CONDUCT, present counsel asserts there is good cause for this Court to grant counsel's motion to withdraw its representation in this case.

4. Despite telephone calls and letters to Mrs. Harvey's husband, requesting he contact the undersigned, no response has been received whatsoever, to-date. Without the cooperation of Mrs. Harvey's husband, the undersigned counsel cannot adequately represent her estate and/or protect her estate's legal interests. Such makes it impossible for the undersigned counsel to continue its representation.

5. The undersigned Counsel has advised the husband of Mrs. Harvey of their intention to file this motion in writing, by certified mail, and by copy of this

motion.

6. Until such time as a new lawyer substitutes in as counsel for Plaintiff's estate, all notices, filings and other papers should be directed to:

> Mr. Jesse Harvey
> o/b/o Mrs. Carol Harvey
> 1064 County Road 51
> Athens, TN 37303

7. A proposed *Order* is attached hereto as Exhibit "A".

WHEREFORE, premises considered, the undersigned counsel of record in the above styled case respectfully requests this Honorable Court enter an *Order* granting their withdrawal from this case.

Respectfully submitted this the __11th__ day of February, 2008

_____
Joseph L. "Josh" Tucker (Ala. Bar: TUC033)

JACKSON & TUCKER, P.C.
2229 First Avenue North
Birmingham, AL 35023
Phone (205) 252-3535
Fax (2050 252-3536

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br>SECTION L |
| Carol K. Harvey<br>Plaintiff,<br>v.<br>MERCK & CO., INC., a foreign corporation,<br>Defendant. | * * * * * * * * * * | CASE NO. 06-6584<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III<br>PLAINTIFF DEMANDS TRIAL<br>BY STRUCK JURY |

THIS DOCUMENT RELATES TO:   Carol K. Harvey v. Merck & Co., Inc.,
Civil Action No. 3:06cv06584

## ORDER

This matter having come before the Court on Jackson & Tucker, P.C.'s Motion to Withdraw as counsel in the undersigned case, and it appearing to the Court that the *Motion and Application* are due to be approved, it is hereby ORDERED, ADJUDGED and DECREED that said *Motion to Withdraw* is granted.

It is therefore ORDERED, ADJUDGED and DECREED that Attorney Joseph L. Tucker, is hereby withdrawn from this case.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the __11th__ day of __February__, 2008.

Richard C. Stanley
Bryan C. Reuter
Thomas P. Owen, Jr.
**STANLEY, FLANAGAN
& REUTER, LLC**
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
(504) 523-1580
(504) 524-0069 – FAX

Mr. Jesse Harvey
o/b/o Mrs. Carol Harvey
1064 County Road 51
Athens, TN 37303

Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**STONE PIGMAN WALTHER.
WITTMAN, LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 FAX

_____
PLAINTIFF'S COUNSEL
Joseph L. "Josh" Tucker (Ala. Bar: TUC033)

JACKSON & TUCKER, P.C.
2229 First Avenue North
Black Diamond Bldg.
Birmingham, AL 35203
Phone – (205) 252-3535
Fax – (205) 252-3536