UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1657 |
| | * | SECTION L |
| | * * | |
| | * | CASE NO. 06-6584 |
| Carol K. Harvey | * | |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * | |
| | * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

THIS DOCUMENT RELATES TO:   Carol K. Harvey v. Merck & Co., Inc.,
Civil Action No. 3:06cv06584

## ORDER

This matter having come before the Court on Jackson & Tucker, P.C.'s Motion to Withdraw as counsel in the undersigned case, and it appearing to the Court that the *Motion and Application* are due to be approved, it is hereby ORDERED, ADJUDGED and DECREED that said *Motion to Withdraw* is granted.

It is therefore ORDERED, ADJUDGED and DECREED that Attorney Joseph L. Tucker, is hereby withdrawn from this case.

_____
UNITED STATES DISTRICT COURT JUDGE