THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:      VIOXX CASES | * | CIVIL ACTION NO. 05-4421 |
| | * | |
| | * | MDL NO. 1657 |
| ****************************************** | | |
| | * | SECTION Mag. 3 |
| *This action relates to:* | * | |
| | * | |
| William Everett Allen, Floyd Gene Adams, | * | |
| individually and o/b/o Teresa Y. Adams, deceased, | * | |
| Joyce Pearce individually and o/b/o Almeady | * | |
| Alford, deceased, Sarah Deloris Wilson | * | |
| individually and o/b/o Walter Lewis Allen, Sr., | * | JUDGE ELDON FALLON |
| deceased, Elizabeth Armstrong, Vivian Ann | * | MAGISTRATE KNOWLES |
| Baker individually and o/b/o Christine B. White, | * | |
| deceased, Mark Beard, Mary Katherine Brady | * | |
| individually and o/b/o Larry Brady, deceased, | * | |
| William Brantley, Daphne Bush individually | * | |
| and o/b/o Annie Armstrong, deceased, Tony | * | |
| Cappo, Stella Carroll, Malissa Carson, Ricky | * | |
| Carson, Brenda Clark, Robert A. Coats, Jerry | * | |
| Ray Collins, Kenneth C. Conrad, Linda | * | |
| Copeland individually and o/b/o Willie Copeland, | * | |
| deceased, James Q. Crumley, Fredrick L. | * | |
| Cumpton, Carolyn Sue Davis, Sonny Day, | * | |
| Gertrude Defee, Thomas Dreher, Arwood Lynn | * | |
| Finley, Jr., Tommy Franklin, Ruthie Gipson, | * | |
| Michael Dewayne Green, Louis Hagan, | * | |
| Byron Wayne Hall, Gale Hamm, Paul Hamm, | * | |
| Evva Lois Harris,  Jeanette Harris, | * | |
| Ruby Harris, Marion Kay Harvey individually | * | |
| and o/b/o William Burlon Harvey, Jr., deceased, | * | |

| | |
|---|---|
| **Diane Hassen** individually and o/b/o **Rosie L. Burks,** deceased, **Jane Hayes, Bill Hendrix, Robert E. Hicks, Roberta Howard, Robert A. Hughes, Sr., Larry Jackson, Charles Edward Johnson, Jr., Glenda L. Johnson, Gregory Allen Jones, Gary Bruce Kenney, Vernon King, Linda King, Jules Lambert, Arthur Lewis, Charles McAlpin, Byron Lee McCoy, Leolder McDowell, Stella McLemore, Gary Daniel McPherson, Vera Modicue, Mary Dossett Moncrief,** individually and o/b/o **Hugh F. Dossett,** deceased, **Duffie Moore** individually and o/b/o **Lottie Moore,** deceased, **Sylvia Mullens, Guy Murray, Oscar Clyde Pace** individually and o/b/o **Donna Pace,** deceased, **Lewis Peel, Sr., Marsha Soignier Roberts, Alice Robinson, Greg Sant, Terry Sherman** individually and o/b/o **Ollie Sherman-Tillman,** deceased, **Edward Shoemaker** individually and o/b/o **Geraldine Shoemaker,** deceased, **William Albert Shows, Nancy Stout, Sharon Sumler** individually and o/b/o **Betty Jo Sumler,** deceased, **Eulah Taylor, Mary Taylor** individually and o/b/o **Paul Taylor,** deceased, **Mary Taylor, Robbie Taylor, Jewel McCoy Templeton** individually and o/b/o **Leslie Eugene Templeton,** deceased, **Henry Tennant** individually and o/b/o **Ollie Tennant,** deceased, **Ebert Van Buren, Ollie Mae Walker, Virgie Warren, Charlie Watson, Mary Wheeler, Eddie Williams, Patricia Williams, Cathy Willis** individually and o/b/o **Lonnie Wiley,** deceased, **Melba Woods, Victor Zagone, Mary Jewel Banks, Rosie Blanche, Theresa Causey, Earl Lee Davis, Jr. Deborah Dianne Dunn, John W. Hampton, Jr., Mattie Price Higgins, John David Lyons, Calvin McDonald,** | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

James Ray Powell, Sheryl Robinson, *
Roy Saucer, Dorothy Lewis Small, *
Lois Spillars, Marvin Ray Varnell, *
Carrie Beth Williams, Sharon Williams, *
Gene King, Bill Johnson, *
Lawanna Eager, Judy Jenkins, *
Jamie Guerriero, Beatrice Watson, *
Essie Bee Meadows, Georgia Murphy, *
**Billy Pennington** individually *
and o/b/o **Ruth Pennington**, deceased, *
**Edgar McLarrin, Evelyn Snow,** *
**Patricia C. Byrnes**, individually *
and o/b/o **Samuel Houston Byrnes, II,** *
deceased, **Emily Byrnes**, minor daughter *
of **Samuel Houston Byrnes, II** *
deceased, **Lauraine Waid, Ezel T. Smith,** *
**Mike Davidson, Mary Joseph Locks,** *
**Tosha Davis, Sam Edwards** individually *
and o/b/o **Eva Edwards,** deceased, *
**Debbie LaDart, Kenny Wayne Hudnell,** *
**Peter E. Hagan, III, Antis Landry,** *
**Edrice Thomas, Earl Julian,** *
**George Stark, Daisey Grice,** *
**Pamela Giambelluca, Rosie Howard** *
individually and o/b/o **Leroy Julien** *
a/k/a **Adam Howard**, deceased, *
**Michael Davis, Mohan Baskaran,** *
**Lucinda Williams, Ciro Pennino,** *
**Alvin Livas, Ruth Sullivan,** *
**Jacqueline Jackson, Hazel Odell Hodges,** *
**Bernell Fuselier, George E. Oskoian, Sr.,** *
**Veronica Schleuter, Glen Roy Robison** *
individually and o/b/o **Johnnie B. Robison,** *
**Glen Roy Robison, and Eva Andrews** *
*
*
*
*
*

|                                    |   |
|------------------------------------|---|
|                 **Plaintiffs,** | \* |

**Versus**

**MERCK & CO., INC.**

                **Defendant.**

*******************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND DESIGNATE TRIAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come the following Plaintiffs: Floyd Gene Adams, individually and o/b/o Teresa Y. Adams, deceased; Joyce Pierce, individually and o/b/o Almeady Alford, deceased; Sarah Deloris Wilson individually and o/b/o Walter Lewis Allen, Sr., deceased; William Everett Allen; Mary Jewel Banks; William Brantley; Diane Hassen individually and o/b/o Rosie Burks, deceased; Tony Cappo; Malissa Carson; Ricky Carson; Robert A. Coats; Jerry Ray Collins; Kenneth C. Conrad; Linda Copeland individually and o/b/o Willie Copeland, deceased; James Q. Crumley; Sonny Day; Gertrude Defee; Mary Dossett Moncrief individually and o/b/o Hugh F. Dossett; Arwood Lynn Finley, Jr., Michael Dewayne Green; Gale Hamm; Paul Hamm; John W. Hampton, Jr.; Evva Lois Harris; Jeanette Harris; Ruby Harris; Marion Kay Harvey individually and o/b/o William Burlon Harvey, Jr., deceased; Jane Hayes; Robert E. Hicks; Roberta Howard; Robert A. Hughes; Jacqueline Jackson; Judy Jenkins; Bill Johnson; Charles Edward Johnson, Jr.; Gary Bruce Kenney; Linda King; Jules Lambert; Arthur Lewis; Charles McAlpin; Byron Lee McCoy; Leolder McDowell; Edgar McLarrin; Stella McLemore; Gary Daniel McPherson; Essie Bee Meadows; Vera Modicue;

Duffie Moore individually and o/b/o Lottie Moore, deceased; Oscar Clyde Pace individually and o/b/o Donna Pace, deceased; James Ray Powell; Alice Robinson; Terry Sherman individually and o/b/o Ollie Sherman-Tillman, deceased; William Albert Shows; Mary Taylor; Mary Taylor individually and o/b/o Paul Taylor, deceased; Robbie Taylor; Henry Tennant individually and o/b/o Ollie Tennant, deceased; Virgie Warren; Beatrice Watson; Mary Wheeler; Carrie Bell Williams; Eddie Williams; Patricia Williams; Sharon Williams; Melba Woods and Victor Zagone who hereby move that **James R. Dugan II and Douglas Plymale** of the **Murray Law Firm,** 650 Poydras, Ste. 2150, New Orleans, LA 70130, be enrolled as additional counsel of record and designated as trial counsel on behalf of the above referenced plaintiffs.

        Respectfully submitted,

        **LEGER & SHAW**
        600 Carondelet Street
        Ninth Floor
        New Orleans, LA  70130
        Telephone:  (504) 588-9043

        /s/Walter J. Leger, III
        **WALTER J. LEGER, JR.**
        Bar Number 8278
        **FRANKLIN G. SHAW**
        Bar Number 1594
        **WALTER J. LEGER, III**
        Bar Number 28656

        **AND**

**MURRAY LAW FIRM**
650 Poydras, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
E-mail: jdugan@dugan-lawfirm.com
         dplymale@dugan-lawfirm.com


  /s/Douglas Plymale
**JAMES R. DUGAN II**
Bar Number 24785
**DOUGLAS PLYMALE, Ph.D**
Bar Number 28409

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record and Designate Trial Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by United States Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern district of Louisiana by using the CM/ECF system which will send a Notice of electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of February, 2008.

                                                                                          /s/Walter J. Leger, III  
                                                                                          **WALTER J. LEGER, III**