THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:       VIOXX CASES | CIVIL ACTION NO. 05-4421 |
|  | MDL NO. 1657 |
| ************************************ | SECTION Mag. 3 |
| *This action relates to:* |  |
| William Everett Allen, Floyd Gene Adams, individually and o/b/o **Teresa Y. Adams**, deceased, **Joyce Pearce** individually and o/b/o **Almeady Alford**, deceased, **Sarah Deloris Wilson** individually and o/b/o **Walter Lewis Allen, Sr.**, deceased, **Elizabeth Armstrong, Vivian Ann Baker** individually and o/b/o **Christine B. White**, deceased, **Mark Beard, Mary Katherine Brady** individually and o/b/o **Larry Brady**, deceased, **William Brantley, Daphne Bush** individually and o/b/o **Annie Armstrong**, deceased, **Tony Cappo, Stella Carroll, Malissa Carson, Ricky Carson, Brenda Clark, Robert A. Coats, Jerry Ray Collins, Kenneth C. Conrad, Linda Copeland** individually and o/b/o **Willie Copeland**, deceased, **James Q. Crumley, Fredrick L. Cumpton, Carolyn Sue Davis, Sonny Day, Gertrude Defee, Thomas Dreher, Arwood Lynn Finley, Jr., Tommy Franklin, Ruthie Gipson, Michael Dewayne Green, Louis Hagan, Byron Wayne Hall, Gale Hamm, Paul Hamm, Evva Lois Harris, Jeanette Harris, Ruby Harris, Marion Kay Harvey** individually and o/b/o **William Burlon Harvey, Jr.**, deceased, | JUDGE ELDON FALLON<br>MAGISTRATE KNOWLES |

| | |
|---|---|
| **Diane Hassen** individually and o/b/o **Rosie L. Burks,** deceased, **Jane Hayes, Bill Hendrix, Robert E. Hicks, Roberta Howard, Robert A. Hughes, Sr., Larry Jackson, Charles Edward Johnson, Jr., Glenda L. Johnson, Gregory Allen Jones, Gary Bruce Kenney, Vernon King, Linda King, Jules Lambert, Arthur Lewis, Charles McAlpin, Byron Lee McCoy, Leolder McDowell, Stella McLemore, Gary Daniel McPherson, Vera Modicue, Mary Dossett Moncrief,** individually and o/b/o **Hugh F. Dossett,** deceased, **Duffie Moore** individually and o/b/o **Lottie Moore,** deceased, **Sylvia Mullens, Guy Murray, Oscar Clyde Pace** individually and o/b/o **Donna Pace,** deceased, **Lewis Peel, Sr., Marsha Soignier Roberts, Alice Robinson, Greg Sant, Terry Sherman** individually and o/b/o **Ollie Sherman-Tillman,** deceased, **Edward Shoemaker** individually and o/b/o **Geraldine Shoemaker,** deceased, **William Albert Shows, Nancy Stout, Sharon Sumler** individually and o/b/o **Betty Jo Sumler,** deceased, **Eulah Taylor, Mary Taylor** individually and o/b/o **Paul Taylor,** deceased, **Mary Taylor, Robbie Taylor, Jewel McCoy Templeton** individually and o/b/o **Leslie Eugene Templeton,** deceased, **Henry Tennant** individually and o/b/o **Ollie Tennant,** deceased, **Ebert Van Buren, Ollie Mae Walker, Virgie Warren, Charlie Watson, Mary Wheeler, Eddie Williams, Patricia Williams, Cathy Willis** individually and o/b/o **Lonnie Wiley,** deceased, **Melba Woods, Victor Zagone, Mary Jewel Banks, Rosie Blanche, Theresa Causey, Earl Lee Davis, Jr. Deborah Dianne Dunn, John W. Hampton, Jr., Mattie Price Higgins, John David Lyons, Calvin McDonald,** | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * |

| | |
|---|---|
| **James Ray Powell, Sheryl Robinson,** | * |
| **Roy Saucer, Dorothy Lewis Small,** | * |
| **Lois Spillars, Marvin Ray Varnell,** | * |
| **Carrie Beth Williams, Sharon Williams,** | * |
| **Gene King**, **Bill Johnson,** | * |
| **Lawanna Eager, Judy Jenkins,** | * |
| **Jamie Guerriero, Beatrice Watson,** | * |
| **Essie Bee Meadows, Georgia Murphy,** | * |
| **Billy Pennington** individually | * |
| and o/b/o **Ruth Pennington,** deceased, | * |
| **Edgar McLarrin, Evelyn Snow,** | * |
| **Patricia C. Byrnes**, individually | * |
| and o/b/o **Samuel Houston Byrnes, II,** | * |
| deceased, **Emily Byrnes**, minor daughter | * |
| of **Samuel Houston Byrnes, II** | * |
| deceased, **Lauraine Waid, Ezel T. Smith,** | * |
| **Mike Davidson, Mary Joseph Locks,** | * |
| **Tosha Davis, Sam Edwards** individually | * |
| and o/b/o **Eva Edwards,** deceased, | * |
| **Debbie LaDart, Kenny Wayne Hudnell,** | * |
| **Peter E. Hagan, III, Antis Landry,** | * |
| **Edrice Thomas, Earl Julian,** | * |
| **George Stark, Daisey Grice,** | * |
| **Pamela Giambelluca, Rosie Howard** | * |
| individually and o/b/o **Leroy Julien** | * |
| a/k/a **Adam Howard,** deceased, | * |
| **Michael Davis, Mohan Baskaran,** | * |
| **Lucinda Williams, Ciro Pennino,** | * |
| **Alvin Livas, Ruth Sullivan,** | * |
| **Jacqueline Jackson, Hazel Odell Hodges,** | * |
| **Bernell Fuselier, George E. Oskoian, Sr.,** | * |
| **Veronica Schleuter, Glen Roy Robison** | * |
| individually and o/b/o **Johnnie B. Robison,** | * |
| **Glen Roy Robison, and Eva Andrews** | * |
| | * |
| | * |
| | * |
| | * |
| | * |
| | * |

|                      |   |
|----------------------|---|
| **Plaintiffs,**      | * |
|                      | * |
| **Versus**           | * |
|                      | * |
| **MERCK & CO., INC.**| * |
|                      | * |
| **Defendant.**       | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Motion to Enroll Additional Counsel of Record and Designate Trial Counsel, it is hereby ordered, adjudged and decreed that James R. Dugan II and Douglas Plymale of the Murray Law Firm, 650 Poydras, Ste. 2150, New Orleans, LA 70130, be enrolled as additional counsel of record and designated as trial counsel on behalf of the above referenced plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATED DISTRICT JUDGE**