THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | * MDL NO.: 1657 <br> * <br> * <br> * |

*********************************************

**THIS DOCUMENT RELATES TO** *CALVIN WARREN AND JESSICA WARREN VS. MERCK & CO., INC.*, **CIVIL ACTION NO. 3:04-CV-02110-RGJ-JDK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA**

ORDER

Considering the Motion to Enroll Additional Counsel of Record and Designate Trial Counsel, it is hereby ordered, adjudged and decreed that James R. Dugan II and Douglas Plymale of the Murray Law Firm, 650 Poydras, Ste. 2150, New Orleans, LA 70130, be enrolled as additional counsel of record and designated as trial counsel on behalf of the above referenced plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATED DISTRICT JUDGE**