THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    VIOXX CASES | * | CIVIL ACTION NO. 05-5443 |
| | * | |
| | * | MDL NO. 1657 |
| ****************************************** | | |
| | * | SECTION Mag. 3 |
| *This action relates to:* | * | |
| | * | |
| Marilyn Ruffino, Fay Wilson, individually | * | |
| and o/b/o Alma T. Allen, Suzie Hall, | * | MOTION TO ENROLL |
| Diane Scott, Henry Scott, and | * | ADDITIONAL COUNSEL OF |
| Kathleen McCray individually and | * | RECORD AND DESIGNATE |
| o/b/o George McCray, Jr., deceased | * | TRIAL COUNSEL |
| | * | |
| Plaintiffs, | * | |
| | * | JUDGE ELDON FALLON |
| Versus | * | MAGISTRATE KNOWLES |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Defendant. | * | |
| ****************************************** | | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND DESIGNATE TRIAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Suzie Hall who hereby moves that **James R. Dugan II and Douglas Plymale** of the **Murray Law Firm,** 650 Poydras,

1

Ste. 2150, New Orleans, LA 70130, be enrolled as additional counsel of record and designated as trial counsel on behalf of the above referenced plaintiff.

>Respectfully submitted,
>
>**LEGER & SHAW**
>600 Carondelet Street
>Ninth Floor
>New Orleans, LA 70130
>Telephone: (504) 588-9043
>
>
>/s/Walter J. Leger, III
>**WALTER J. LEGER, JR.**
>Bar Number 8278
>**FRANKLIN G. SHAW**
>Bar Number 1594
>**WALTER J. LEGER, III**
>Bar Number 28656
>
>**AND**
>
>**MURRAY LAW FIRM**
>650 Poydras, Ste. 2150
>New Orleans, LA 70130
>Telephone: (504) 648-0180
>E-mail: jdugan@dugan-lawfirm.com
>         dplymale@dugan-lawfirm.com
>
>
>  /s/Douglas Plymale
>**JAMES R. DUGAN II**
>Bar Number 24785
>**DOUGLAS PLYMALE, Ph.D**
>Bar Number 28409

2

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record and Designate Trial Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by United States Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern district of Louisiana by using the CM/ECF system which will send a Notice of electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of February, 2008.

/s/Walter J. Leger, III
**WALTER J. LEGER, III**