THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX CASES | CIVIL ACTION NO. 05-5443 |
| | MDL NO. 1657 |
| *This action relates to:* | SECTION Mag. 3 |
| Marilyn Ruffino, Fay Wilson, individually and o/b/o Alma T. Allen, Suzie Hall, Diane Scott, Henry Scott, and Kathleen McCray individually and o/b/o George McCray, Jr., deceased | MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND DESIGNATE TRIAL COUNSEL |
| Plaintiffs, | |
| Versus | JUDGE ELDON FALLON MAGISTRATE KNOWLES |
| MERCK & CO., INC. | |
| Defendant. | |

**ORDER**

Considering the Motion to Enroll Additional Counsel of Record and Designate Trial Counsel, it is hereby ordered, adjudged and decreed that James R. Dugan II and Douglas Plymale of the Murray Law Firm, 650 Poydras, Ste. 2150, New Orleans, LA 70130, be enrolled as additional

counsel of record and designated as trial counsel on behalf of Suzie Hall.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**UNITED STATED DISTRICT JUDGE**