FILED '08 FEB 19 13:03 USDC-LAE

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANA FERIA | * | CIVIL NO. |
| | * | 05-4134 |
| *Plaintiff* | * | MLD NO. 1657/In Re Vioxx |
| VERSUS | * | |
| MERCK & CO, INC., a New Jersey Corporation | * | |
| *Defendant* | | |

\*   \*   \*   \*   \*

## MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Ana Feria, plaintiff in the above captioned matter, and on suggesting to the Court that it is the desire of Ana Feria to dismiss, with prejudice, the claim that she has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs hereto.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ana Feria, plaintiff in the above captioned matter, be and the same is hereby dismissed, with prejudice, each party bearing their respective costs hereto.

New Orleans, Louisiana this 20th day of February, 2008.

_____
Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

GAUDIN & LONGORIA

*[signature]*

SALVADOR G. LONGORIA (#1851)
828 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-7727
Attorney for Plaintiff Ana Feria

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, hand delivered or by facsimile, this 15 day of February, 2008.

*[signature]*

SALVADOR G. LONGORIA