## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| MARKETING, SALES PRACTICES AND | § | SECTION L |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: Martinez v. | § | |
| Merck & Co., Inc. (2:06-cv-11338-EEF- | § | MAGISTRATE JUDGE KNOWLES |
| DEK) | § | |

## MOTION TO DISMISS WITH PREJUDICE

### TO THE HONORABLE JUDGE OF SAID COURT:

Jesusa S. Martinez, Plaintiff in the above-entitled and numbered cause, moves the Court to dismiss all causes of action against Defendants Jack Bracken, M.D. and Ralph Giovonnone, P.A., for the reason that Plaintiff no longer desires to prosecute her claims against Defendants Jack Bracken, M.D. and Ralph Giovonnone, P.A.

WHEREFORE, Plaintiff prays that this Court dismiss Plaintiff's lawsuit against Defendants Jack Bracken, M.D. and Ralph Giovonnone, P.A., with Prejudice to the rights of Plaintiff to refile same or any part thereof.

Respectfully submitted,

By: /s/ Mikal Watts

Mikal C. Watts
Attorney-In-Charge
State Bar No. 20981820
Federal ID No. 12419
WATTS LAW FIRM, L.L.P.
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, TX 78478
(361) 887-0500 [telephone]
(361) 887-0055 [facsimile]

**ATTORNEY FOR PLAINTIFF**

OF COUNSEL:

Robert J. Patterson
State Bar No. 15604500
Federal ID No. 748
Anthony E. Pletcher
State Bar No. 16069800
Federal ID No. 2842
WATTS LAW FIRM, L.L.P.
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, TX 78478
(361) 887-0500 [telephone]
(361) 887-0055 [facsimile]

James P. Bell, Jr.
State Bar No. 02078020
Federal ID No. 1489
LAW OFFICES OF JAMES P. BELL, JR.
800 North Shoreline Blvd., Suite 2700S
Corpus Christi, TX 78401
(361) 866-8020 [telephone]
(361) 880-5901 [facsimile]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 28th day of February, 2008.

### Via E-Filing

Richard C. Woolsey
Lane K. Jarvis, Jr.
HERMANSEN, McKIBBEN, WOOLSEY & VILLARREAL
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478
(361) 882-6611 [telephone]
(361) 882-8353 [facsimile]

Richard L. Josephson
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002

Ramona Martinez
COWLES & THOMPSON, PC
901 Main Street, Suite 4000
Dallas, Texas 75202

Mikal C. Watts