

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31109

c/w 07-2495

MD 05-1657-L

United States Court of Appeals
Fifth Circuit

**FILED**
February 21, 2008

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
-----------------------------------------------

DAVID WYSER

    Plaintiff - Appellant

Charles R. Fulbruge III
Clerk

v.

MERCK & CO INC

    Defendant - Appellee

-----------------------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
-----------------------------------

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 21, 2008, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                           Kim Folse, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy
New Orleans, Louisiana   2/21/08

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-31109  In Re: Vioxx Prod
       USDC No.  2:07-CV-2695
                  2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Kim Folse, Deputy Clerk
    504-310-7712

cc: w/encl:
    Mr Christopher Allen Moeller
    Mr Henry J Price
    Mr William Norman Riley
    Mr Joseph Nicholas Williams
    Mr Thao Trong Nguyen

MDT-1