Case 2:05-md-01657-EEF-DEK   Document 13486   Filed 02/25/08   Page 1 of 1



**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 22, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-31161   In Re: Vioxx Prod
       USDC No.   2:05-CV-6222
                   2:05-CV-6221
                   2:05-CV-2583
                   2:05-CV-1089
                   2:05-MD-1657

The court has granted an extension of time to and including 3/31/08 for filing the notice of certified record in this case.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

            By: _____
                    Peter Conners, Deputy Clerk
                    504-310-7685

Ms Marya Cordelia Young
Mr Norman C Kleinberg
Mr Russ M Herman
Ms Loretta Whyte, Clerk

MOT-2

                                       ___ Fee_____
                                       ___ Process_____
                                       _X_ Dktd_____
                                       ___ CtRmDep_____
                                       ___ Doc. No.