UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to:<br>*Michael U. McDermott v. Merck & Co., Inc.,* | JUDGE FALLON |
| (E.D. La. Index No. CA- 08-874L) | MAG. JUDGE KNOWLES |

**UNCONTESTED MOTION OF MERCK & CO., INC FOR LEAVE TO
FILE AMENDED ANSWER TO INCLUDE OMITTED AFFIRMATIVE DEFENSE**

Defendant, Merck and Co., Inc. ("Merck"), through undersigned counsel, requests that this Court grant it leave to file an amended answer to include an inadvertently omitted affirmative defense, and states as follows:

1. On or about December 3, 2007 Michael U. McDermott commenced this action by filing complaint in the Twentieth Judicial Circuit in and for Collier County, Florida.

2. On December 31, 2007, Merck removed the action to the U.S. District Court for the Southern District of Florida and filed its Answer, Affirmative Defenses, and Jury Demand.

3. On or about February 5, 2008, this action was transferred to the U.S. District Court for the Eastern District of Louisiana and assigned individual case number CA-08-874.

4. Merck seeks to amend its Answer to include an affirmative defense it inadvertently omitted regarding breach of warranty.

5. Plaintiff will not be prejudiced by the amendment, as this action is in the early stages of discovery.

6.	Counsel for Merck has communicated with Plaintiff's counsel who has no objection to the amendment.

WHEREFORE, Merck respectfully requests that this Court grant it leave to amend its Answer. The proposed amendment is attached as Exhibit "A".

Dated: February 28, 2008	Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

Patricia E. Lowry
John B. T. Murray, Jr.
Maria Jose Moncada
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:    561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Uncontested Motion of Merck & Co., Inc. for Leave to Amend Answer and Jury Demand To Include Omitted Affirmative Defense has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

WESTPALMBEACH/523102.1