# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Michael U. McDermott v. Merck & Co., Inc.,* | JUDGE FALLON |
| (E.D. La. Index No. CA- 08-874L) | MAG. JUDGE KNOWLES |

## ORDER GRANTING DEFENDANT MERCK & CO.'S MOTION FOR LEAVE TO AMEND ANSWER TO INCLUDE OMITTED AFFIRMATIVE DEFENSE

THIS CAUSE having come before the Court on Defendant Merck & Co. Inc.'s ("Merck") Unopposed Motion for Leave To File Amended Answer To Include Omitted Affirmative Defense ("Unopposed Motion for Leave To Amend Answer"), and the Court having reviewed the record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Defendant Merck's Unopposed Motion for Leave To Amend Answer is hereby **GRANTED**.

2. Defendant Merck's Amended Answer is deemed filed as of the date of this Order.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana this _____ day of _____, 2008.

_____
HONORABLE ELDON E. FALLON