

Will Kemp, Esq.
Nevada Bar No. 001205
HARRISON, KEMP & JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 05-6350<br><br>DUANE ALLEN CARLSON, a Nevada resident; JAMES F. EWING, JR., a Nevada resident; ROSEANNE SHUTT, a Nevada resident; JULIE C. FLOYD, a Nevada resident; RICHARD DE STEFANO, a Nevada resident; CARLOTTA HARRIS, a Nevada resident; ANTONE PETERS, a Nevada resident and ARTHUR KRONCKE, a Nevada resident.<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; et al.<br><br>        Defendants. | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF JAMES EWING, ONLY

Plaintiff James Ewing, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R.Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place, or will take place in In re VIOXX Products Liab. Litig. (MDL-

1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing, to the extent that the applicable statute of limitations, having been deemed tolled while the above-styled lawsuit was pending in the Eighth Judicial District Court for Clark County, Nevada, has not expired or does not expire prior to the lawsuit ever being filed or prior to being re-filed in the MDL. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

HARRISON, KEMP & JONES, LLP

By: _____
WILL KEMP, No. 1205
3800 Howard Hughes Parkway, 17th Fl
Las Vegas, NV 89109
(702) 385-6000
Attorney for Plaintiffs

MORRIS PICKERING PETERSON & TRACHOK

By: _____
KRISTINA PICKERING, No. 992
Robert R. McCoy, No. 9121
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, NV 89010
Attorneys for Defendants
Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2