# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *Duane Allen Carlson, et al .v.* | * | MAGISTRATE JUDGE |
| *Merck & Co., Inc.; Docket No.* | * | KNOWLES |
| *05-6350, regarding Plaintiff Antone* | * | |
| *Peters only* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Antone Peters against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs and subject to the terms and the conditions set forth in the stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**DISTRICT JUDGE**

914201v.1