UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to:<br>*Helen Siegel  v. Merck & Co., Inc.,* | JUDGE FALLON |
| (E.D. La. Index No. CA- 08-873L) | MAG. JUDGE KNOWLES |

**UNOPPOSED MOTION OF MERCK & CO., INC FOR LEAVE TO
FILE AMENDED ANSWER TO INCLUDE OMITTED AFFIRMATIVE DEFENSE**

Defendant, Merck and Co., Inc. ("Merck"), through undersigned counsel, requests that this Court grant it leave to file an amended answer to include an inadvertently omitted affirmative defense, and states as follows:

1. On or about December 3, 2007 Plaintiff Helen Siegel commenced this action by filing complaint in the Twentieth Judicial Circuit in and for Collier County, Florida.

2. On December 31, 2007, Merck removed the action to the U.S. District Court for the Southern District of Florida and filed its Answer, Affirmative Defenses, and Jury Demand.

3. On or about February 5, 2008, this action was transferred to the U.S. District Court for the Eastern District of Louisiana and assigned individual case number CA-08-873.

4. Merck seeks to amend its Answer to include an affirmative defense it inadvertently omitted regarding breach of warranty.

5. Plaintiff will not be prejudiced by the amendment, as this action is in the early stages of discovery.

6.	Counsel for Merck has communicated with Plaintiff's counsel who has no objection to the amendment.

WHEREFORE, Merck respectfully requests that this Court grant it leave to amend its Answer. The proposed amendment is attached as Exhibit "A".

Dated: February 28, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s Dorothy H. Wimberly
　　　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann, 13625
　　　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509
　　　　　　　　　　　　　　　　　　　　　　Carmelite M. Bertaut, 3054
　　　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　　　Phone: 504-581-3200
　　　　　　　　　　　　　　　　　　　　　　Fax:    504-581-3361

　　　　　　　　　　　　　　　　　　　　　　Defendant's Liaison Counsel

　　　　　　　　　　　　　　　　　　　　　　Patricia E. Lowry
　　　　　　　　　　　　　　　　　　　　　　John B. T. Murray, Jr.
　　　　　　　　　　　　　　　　　　　　　　Maria Jose Moncada
　　　　　　　　　　　　　　　　　　　　　　SQUIRE, SANDERS & DEMPSEY L.L.P.
　　　　　　　　　　　　　　　　　　　　　　1900 Phillips Point West
　　　　　　　　　　　　　　　　　　　　　　777 South Flagler Drive
　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401-6198
　　　　　　　　　　　　　　　　　　　　　　Phone: 561-650-7200
　　　　　　　　　　　　　　　　　　　　　　Fax:    561-655-1509

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Merck & Co., Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Uncontested Motion of Merck & Co., Inc. for Leave to Amend Answer and Jury Demand To Include Omitted Affirmative Defense has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of February, 2008.

                                              */s/ Dorothy H. Wimberly*
                                              Dorothy H. Wimberly, 18509
                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                              546 Carondelet Street
                                              New Orleans, Louisiana  70130
                                              Phone:  504-581-3200
                                              Fax:     504-581-3361
                                              dwimberly@stonepigman.com

                                              Defendants' Liaison Counsel