UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Beulah Martin v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number: 2:06-cv-10170; and | * | |
| only regarding Meyer Cohen. | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE