UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRODUCTS LIABILITY LITIGATION    *    MDL DOCKET NUMBER 1657
                                                            •    SECTION L
                                                            •    JUDGE FALLON
                                                            •    MAG. JUDGE KNOWLES

THIS RELATES TO:

DANNY LEE MOORE, et. al. v. MERCK & CO., INC.,
Civil Action No.: 2:05-CV-5758

STATEMENT OF NOTICES SENT
PURSUANT TO PRE-TRIAL ORDER NO. 28

      Pursuant to Pre-Trial Order No. 28, Plaintiff Danny Lee Moore sent Preservation Notices to the following individuals and entities. Copies of the Notices sent are collectively attached hereto as Exhibit 1.

Dr. Glenn Baker
Corbin Medical Associates
P.O. Box 850
Corbin, KY 40702

Baptist Regional Hospital
1 Trillium Way #5
Corbin, KY 40701

Healthsouth Diagnostic Center of Knoxville
601 Hall of Fame Drive
Knoxvile, TN 37915

Dr. Stephen Morgan
Internal Medicine Associates
222 Tennessee Ave.
Pineville, KY 40977

Pineville Hospital
121 West Virginia Ave.
Pineville, KY 40977

Dr. Dholakia Satish
2315 Cumberland Ave.
Middlesboro, KY 40965

Walmart - Harlan
201 Waldon Road
Harlan, KY 40831

Walmart - Middlesboro
US Highway 25E@ KY Highway 441
Middlesboro, KY 40965

14128.1

RiteAid
116 Pine Street
Pineville, KY 40977

        Respectfully submitted,

        Michael E. Liska, Esq.
        GARY C. JOHNSON, P.S.C.
        P.O. Box 1717
        Lexington, Kentucky 40588
        (859)268-4300

        */s/ Michael E. Liska*
        COUNSEL FOR PLAINTIFF

14128.1

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                          Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Glen Baker
Corbin Medical Associates
P.O. Box 850
Corbin, KY 40702
**Attention: Medical Records**

Re:  Client:           Danny L. Moore
     SSN:              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
     Date of Birth:    04/24/1957
     Dates of Service: Any and all
     ***In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles***

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14037.1

**EXHIBIT 1**

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                         110 Caroline Avenue
Post Office Box 359                                      Post Office Box 231
Hazard, Kentucky 41702-0359                              Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW

316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Baptist Regional Hospital
1 Trillium Way #5
Corbin, KY 40701
**Attention: Medical Records**

Re:  Client:           Danny L. Moore
     SSN:              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
     Date of Birth:    04/24/1957
     Dates of Service: Any and all
     *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14032.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                   Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Healthsouth Diagnostic Center of Knoxville
601 Hall of Fame Drive
Knoxville, TN 37915
**Attention: Medical Records**

Re:   Client:            Danny L. Moore
      SSN:               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
      Date of Birth:     04/24/1957
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14030.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                                                    110 Caroline Avenue
Post Office Box 359                                                                 Post Office Box 231
Hazard, Kentucky 41702-0359                                                         Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                                   Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Stephen K. Morgan
Internal Medicine Associates
222 Tennessee Ave.
Pineville, KY 40977
**Attention: Medical Records**

Re:   Client:              Danny L. Moore
      SSN:                 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
      Date of Birth:       04/24/1957
      Dates of Service:    Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

14029.1

941 North Main Street, Suite 202                                                                 110 Caroline Avenue
Post Office Box 359                                                                              Post Office Box 231
Hazard, Kentucky 41702-0359                                                                      Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Pineville Hospital
121 West Virginia Ave.
Pineville, KY 40977
**Attention: Medical Records**

Re:  Client:         Danny L. Moore
     SSN:            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
     Date of Birth:  04/24/1957
     Dates of Service: Any and all
     *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14033.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW

316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

RiteAid
116 Pine Street
Pineville, KY 40977
**Attention: Medical Records**

Re:  Client:            Danny L. Moore
     SSN:               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
     Date of Birth:     04/24/1957
     Dates of Service:  Any and all
     *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14036.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                                   Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Dholakia Satish
2315 Cumberland Ave.
Middlesboro, KY 40965
**Attention: Medical Records**

Re:   Client:              Danny L. Moore
      SSN:                 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
      Date of Birth:       04/24/1957
      Dates of Service:    Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

    We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

    Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

*Michael Liska*

Michael E. Liska

Enclosure

14031.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                                                     110 Caroline Avenue
Post Office Box 359                                                                  Post Office Box 231
Hazard, Kentucky 41702-0359                                                          Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW

316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                          Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Walmart - Harlan
201 Waldon Road
Harlan, KY 40831
**Attention: Medical Records**

Re:    Client:              Danny L. Moore
       SSN:                 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
       Date of Birth:       04/24/1957
       Dates of Service:    Any and all
       ***In re: Vioxx Products Liability Litigation, United States District Court, Eastern District***
       ***of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles***

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

*Michael Liska*

Michael E. Liska

Enclosure

14034.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                                                                        110 Caroline Avenue
Post Office Box 359                                                                                     Post Office Box 231
Hazard, Kentucky 41702-0359                                                                             Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW

316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Walmart - Middlesboro
US Highway 25E @ KY Highway 441
Middlesboro, KY 40965
**Attention: Medical Records**

Re:   Client:            Danny L. Moore
      SSN:               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
      Date of Birth:     04/24/1957
      Dates of Service:  Any and all
      ***In re: Vioxx Products Liability Litigation, United States District Court, Eastern District***
      ***of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles***

Dear Medical Records:

We represent Danny L. Moore with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Moore's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Moore must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Moore or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14035.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRODUCTS LIABILITY LITIGATION   *   MDL DOCKET NUMBER 1657
• SECTION L
• JUDGE FALLON
• MAG. JUDGE KNOWLES

THIS RELATES TO:

DANNY LEE MOORE, et. al. v. MERCK & CO., INC.,
Civil Action No.: 2:05-CV-5758

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2008, a copy of the foregoing Statement of Notices Sent has been served via electronic mail on Merck at registration@hugheshubbard.com, PEC at rherman@hhkc.com, Claims Administrator at claimsadmin@browngreer.com and pcartwright@browngreer.com, and upon all parties by electronically uploading same to Lexis Nexis File & Serve pursuant to Pre-Trial Order No. 28.

Respectfully submitted,

Michael E. Liska, Esq.
GARY C. JOHNSON, P.S.C.
P.O. Box 1717
Lexington, Kentucky 40588
(859)268-4300

_____
COUNSEL FOR PLAINTIFF