UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRODUCTS LIABILITY LITIGATION     *     MDL DOCKET NUMBER 1657
                                                                            •     SECTION L
                                                                            •     JUDGE FALLON
                                                                            •     MAG. JUDGE KNOWLES

THIS RELATES TO:

JAMES HARVEY ESTEP, et. al. v. MERCK & CO., INC.,
Civil Action No.: 2:05-CV-6150

STATEMENT OF NOTICES SENT
PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiff James Harvey Estep sent Preservation Notices to the following individuals and entities. Copies of the Notices sent are collectively attached hereto as Exhibit 1.

Dr. Brian Buxton
Appalachian Orthopaedics
1 Medical Park Blvd., Suite 300E
Bristol, TAN 37620

CareMore
151 Dorton Jenkins Highway
Dorton, KY 41520

Dr. Kermit D. Gibson
905 W. Russell Street
P.O. Box 896
Elkhorn City, KY 41522

Dr. David Keedy
100 N. Eagle Creek Drive
Lexington, KY 40509

Dr. Ananth Kumar
793 Eastern Bypass #214, MOB3
Richmond, KY 40475

Stephens Drugs
4200 Shelbyville Road
Louisville, KY 40207

Dr. Matthew Wood
Highlands Neurosurgery
1 Medical Park Blvd., Suite 400E
Bristol, TN 37620

Walmart Pharmacy
254 Cassidy Blvd.
Pikeville, KY 41501

Wellmont Bristol Regional Medical Center
1 Medical Park Blvd.
Bristol, TN 37620

Our Lady of The Way
P.O. Box 910
Martin, KY 41649

Saint Joseph Hospital
1 SAINT JOSEPH DRIVE
Lexington, KY 40504

                                       Respectfully submitted,

                                       Michael E. Liska, Esq.
                                       GARY C. JOHNSON, P.S.C.
                                       P.O. Box 1717
                                       Lexington, Kentucky 40588
                                       (859)268-4300

                                       */s/ Michael E. Liska*
                                       COUNSEL FOR PLAINTIFF

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                           Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Brian Buxton
Appalachian Orthropaedics
1 Medical Park Blvd., Suite 300E
Bristol, TN 37620
**Attention: Medical Records**

Re:   Client:                James H. Estep
      SSN:                   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
      Date of Birth:         12/7/1946
      Dates of Service:      Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14022.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

**EXHIBIT 1**

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                     Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

CareMore
151 Dorton Jenkins Highway
Dorton, KY 41520
**Attention: Medical Records**

Re:   Client:              James H. Estep
      SSN:                 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
      Date of Birth:       12/7/1946
      Dates of Service:    Any and all
      ***In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles***

Dear Medical Records:

   We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

   Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

                                                        Sincerely,

                                                        GARY C. JOHNSON, P.S.C.

                                                        *Michael E. Liska*
                                                        Michael E. Liska

Enclosure

14026.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                    Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Kermit D. Gibson
905 W. Russell Street
P.O. Box 896
Elkhorn City, KY 41522
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

                                                            Sincerely,

                                                            GARY C. JOHNSON, P.S.C.

                                                            Michael E. Liska

Enclosure                            Reply to the address above.

14018.1                              **Gary C. Johnson**
                                     Offices also located at:

941 North Main Street, Suite 202                                                       110 Caroline Avenue
Post Office Box 359                                                                    Post Office Box 231
Hazard, Kentucky 41702-0359                                                            Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                          Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. David Keedy
100 N. Eagle Creek Drive
Lexington, KY 40509
**Attention: Medical Records**

Re:   Client:              James H. Estep
      SSN:                 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
      Date of Birth:       12/7/1946
      Dates of Service:    Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

    We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

    Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14025.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                                110 Caroline Avenue
Post Office Box 359                                             Post Office Box 231
Hazard, Kentucky 41702-0359                                     Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Ananth Kumar
793 Eastern Bypass #214, MOB3
Richmond, KY 40475
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

    We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

    Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

14020.1

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300 Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Our Lady of The Way
P.O. Box 910
Martin, KY 41649
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14023.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202          110 Caroline Avenue
Post Office Box 359                        Post Office Box 231
Hazard, Kentucky 41702-0359                Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                           Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Saint Joseph Hospital
1 SAINT JOSEPH DRIVE
Lexington, KY 40504
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

   We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

   Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

                                          Sincerely,

                                          GARY C. JOHNSON, P.S.C.

                                          Michael E. Liska

Enclosure

14011.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202                           110 Caroline Avenue
Post Office Box 359                                        Post Office Box 231
Hazard, Kentucky 41702-0359                                Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Stephens Drugs
4200 Shelbyville Road
Louisville, KY 40207
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14028.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                               Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Dr. Matthew Wood
Highlands Neurosurgery
1 Medical Park Blvd., Suite 400E
Bristol, TN 37620
**Attention: Medical Records**

Re:   Client:              James H. Estep
      SSN:                 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
      Date of Birth:       12/7/1946
      Dates of Service:    Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

    We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

    Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14021.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300

Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Walmart Pharmacy
254 Cassidy Blvd.
Pikeville, KY 41501
**Attention: Medical Records**

Re:   Client:            James H. Estep
      SSN:               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
      Date of Birth:     12/7/1946
      Dates of Service:  Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14027.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

# Gary C. Johnson, P.S.C.

ATTORNEYS AT LAW
316 West High Street
Post Office Box 1717
Lexington, Kentucky 40588-1717

Telephone (859) 268-4300                                                                                       Fax: (859) 268-7318

January 22, 2008

*Via Certified Mail,*
*Return Receipt Requested*

Wellmont Bristol Regional Medical Center
1 Medical Park Blvd.
Bristol, TN 37620
**Attention: Medical Records**

Re:   Client:              James H. Estep
      SSN:                 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
      Date of Birth:       12/7/1946
      Dates of Service:    Any and all
      *In re: Vioxx Products Liability Litigation, United States District Court, Eastern District*
      *of Louisiana, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles*

Dear Medical Records:

We represent James H. Estep with respect to the above-referenced litigation. Pursuant to the Court's Pretrial Orders, please allow this to serve as a written Preservation Notice to inform you and your facility that you may have records relevant to Mr. Estep's claim in the above-referenced MDL Proceeding, and that any records relating to Mr. Estep must be preserved pursuant to Pretrial Order No. 1 entered by the Court and attached hereto pending collection by Mr. Estep or his representatives.

Thank you for your anticipated attention to this matter. If you have any questions or concerns, please do not hesitate to contact me at any time.

Sincerely,

GARY C. JOHNSON, P.S.C.

Michael E. Liska

Enclosure

14024.1

Reply to the address above.

**Gary C. Johnson**
Offices also located at:

941 North Main Street, Suite 202
Post Office Box 359
Hazard, Kentucky 41702-0359

110 Caroline Avenue
Post Office Box 231
Pikeville, Kentucky 41502-0231

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRODUCTS LIABILITY LITIGATION * MDL DOCKET NUMBER 1657
· SECTION L
· JUDGE FALLON
· MAG. JUDGE KNOWLES

THIS RELATES TO:

JAMES HARVEY ESTEP, et. al. v. MERCK & CO., INC.,
Civil Action No.: 2:05-CV-6150

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2008, a copy of the foregoing Statement of Notices Sent has been served via electronic mail on Merck at registration@hugheshubbard.com, PEC at rherman@hhkc.com, Claims Administrator at claimsadmin@browngreer.com and pcartwright@browngreer.com, and upon all parties by electronically uploading same to Lexis Nexis File & Serve pursuant to Pre-Trial Order No. 28.

Respectfully submitted,

Michael E. Liska, Esq.
GARY C. JOHNSON, P.S.C.
P.O. Box 1717
Lexington, Kentucky 40588
(859)268-4300

*Michael E. Liska*
COUNSEL FOR PLAINTIFF