UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This cases Relates to: **CASE NO. 07-903** | ) ) **MDL DOCKET NO. 1657** |
| NORMA COON, a Nevada resident; HOWARD COON, a Nevada resident; CAROL LOMMEN, a Nevada resident; ROSELL RADCLIFF, a Nevada Resident; JOAN REYES, a Nevada resident; ARMANDO REYES, a Nevada resident RAYMOND SELLEK, a Nevada resident; PATRICIA SELLEK, a Nevada resident; HEINZ BIRKENMAIER, a Nevada resident, MARY B. MENARD-ROLDAN, a Nevada resident, RENE ROLDAN, a Nevada resident, Plaintiffs | ) ) **SECTION L** ) ) ) ) ) **JUDGE FALLON** ) ) ) **MAGISTRATE JUDGE** ) ) **DANIEL E. KNOWLES, III** |
| vs. MERCK & COMPANY, INC., a corporation; MERCK & COMPANY, INC., d/b/a MERCK-MEDCO RX SERVICES OF WASHINGTON; MEDCO HEALTH SOLUTIONS, INC.; MEDCO HEALTH SOLUTIONS OF SPOKANE, INC.; CAREMARK TEXAS MAIL PHARMACY, LLC, d/b/a CAREMARK; CAREMARK FLORIDA MAIL PHARMACY, LLC d/b/a CAREMARK; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

1

## ORDER OF DISMISSAL WITHOUT PREJUDICE FOR PLAINTIFFS MARY B. MENARD-ROLDAN AND RENEE ROLDAN ONLY

Considering the foregoing Stipulation of Dismissal Without Prejudice.

IT IS ORDERED, that all of claims of Plaintiffs, MARY B. MENARD-ROLDAN, individually and RENEE ROLDAN, individually only, listed above against Defendants, MERCK & CO., and MERCK & COMPANY, INC., d/b/a MERCK, MEDCO RX SERVICES OF WASHINGTON; MEDCO HEALTH SOLUTIONS, INC.; MEDCO HEALTH SOLUTIONS OF SPOKANE, INC.; CAREMARK TEXAS MAIL PHARMACY, LLC, d/b/a CAREMARK; CAREMARK FLORIDA MAIL PHARMACY, LLC d/b/a CAREMARK; LISA DAVIS; MISTY KUPERMAN; RICKY GULATI; FRED AVUENE; SERGE BRUNRY; DEBBIE LEE; KAREN SHOUSE; NANCY MOREDOCK; JERRY SHAW; KERRY EDWARDS; TINA DIMORE; TRACEY PHILLIPI; JULIE WURCH; and LADON SILVEA, in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE FALLON