# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Jose Cruz v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-840 | Magistrate Judge Knowles |
| *Phyllis Cruz v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-839 _____/ | |

## **ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiffs, Jose Cruz and Phyllis Cruz.

IT IS SO ORDERED.

DATED: _____      _____
                                                                Judge Eldon E. Fallon
                                                                United States District Court Judge