UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This case relates to<br>**CASE NO. 07-900**<br><br>ALBERTINE AVANT, a Nevada resident; JOE CAVIN, a Nevada resident; ERNEST MACIAS, a Nevada resident; GLORIA MACIAS, a Nevada resident; LYNNELL MICHELS, a Nevada resident;<br><br>       Plaintiffs<br>vs.<br><br>MERCK & COMPANY, INC., a corporation; AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE; a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive,<br>       Defendants. | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE**<br><br>**DANIEL E. KNOWLES, III** |

1

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE FOR PLAINTIFFS ERNEST MACIAS AND GLORIA MACIAS ONLY

Plaintiffs, ERNEST MACIAS, individually and GLORIA MACIAS, individually, Defendants, MERCK & CO., and AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS; MISTY KUPERMAN; RICKY GULATI; FRED AVUENE; SERGE BRUNRY; DEBBIE LEE; KAREN SHOUSE; NANCY MOREDOCK; JERRY SHAW; KERRY EDWARDS; TINA DIMORE; TRACEY PHILLIPI; JULIE WURCH; LADON SILVEA; hereby stipulate that the following plaintiffs ERNEST MACIAS and GLORIA MACIAS ONLY be dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismissal without prejudice of the above-styled lawsuit as to these plaintiffs with prejudice, each party to bear their own fees and costs, subject to the following conditions:

1.  Plaintiffs ERNEST MACIAS and GLORIA MACIAS agree that, in the event that a representative on their behalf re-files a lawsuit against Merck & Co., or any of the above named Defendants that contains claims relating to Vioxx, they shall do so only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to the MDL 1657; and

2.  Plaintiffs ERNEST MACIAS and GLORIA MACIAS further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx Products Liab. Litg.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana)

and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., and AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS; MISTY KUPERMAN; RICKY GULATI; FRED AVUENE; SERGE BRUNRY; DEBBIE LEE; KAREN SHOUSE; NANCY MOREDOCK; JERRY SHAW; KERRY EDWARDS; TINA DIMORE; TRACEY PHILLIPI; JULIE WURCH; LADON SILVEA in the above-captioned case.

| MAINOR EGLET COTTLE | STONE PIGMAN WALTHER WITTMAN L.L.C. |
|---|---|
| *Robert W. Cottle* | *Dorothy H. Wimberly* |
| Robert W. Cottle, Esq. | Dorothy H. Wimberly, 18509 |
| Nevada Bar No. 4576 | Philip A. Wittmann, 13625 |
| 400 South Fourth Street, Suite 600 | 546 Carondelet Street |
| Las Vegas, Nevada 89101 | New Orleans, Louisiana 70130 |
| (702) 450-5400 | 504-581-3200 |
| Attorney for Plaintiff, | Defendant's Liaison Counsel |
| ERNEST MACIAS and | |
| GLORIA MACIAS | |

and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., and AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS; MISTY KUPERMAN; RICKY GULATI; FRED AVUENE; SERGE BRUNRY; DEBBIE LEE; KAREN SHOUSE; NANCY MOREDOCK; JERRY SHAW; KERRY EDWARDS; TINA DIMORE; TRACEY PHILLIPI; JULIE WURCH; LADON SILVEA in the above-captioned case.

| MAINOR EGLET COTTLE | STONE PIGMAN WALTHER WITTMAN L.L.C. |
|---|---|
| *Robert W. Cottle* (signature) | *Dorothy H. Wimberly* (signature) |
| Robert W. Cottle, Esq. | Dorothy H. Wimberly, 18509 |
| Nevada Bar No. 4576 | Philip A. Wittmann, 13625 |
| 400 South Fourth Street, Suite 600 | 546 Carondelet Street |
| Las Vegas, Nevada 89101 | New Orleans, Louisiana 70130 |
| (702) 450-5400 | 504-581-3200 |
| Attorney for Plaintiff, ERNEST MACIAS and GLORIA MACIAS | Defendant's Liaison Counsel |

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(A), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE FOR PLAINTIFFS ERNEST MACIAS AND GLORIA MACIAS ONLY

DATED this 29th day of February, 2008

/s/ Robert W. Cottle
ROBERT W. COTTLE, ESQ.