UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This case relates to<br>**CASE NO. 07-900**<br><br>ALBERTINE AVANT, a Nevada resident; JOE CAVIN, a Nevada resident; ERNEST MACIAS, a Nevada resident; GLORIA MACIAS, a Nevada resident; LYNNELL MICHELS, a Nevada resident;<br><br>       Plaintiffs<br>vs.<br><br>MERCK & COMPANY, INC., a corporation; AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE; a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive,<br>       Defendants. | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE**<br><br>**DANIEL E. KNOWLES, III** |

1

## ORDER OF DISMISSAL WITHOUT PREJUDICE FOR PLAINTIFFS ERNEST MACIAS AND GLORIA MACIAS ONLY

Considering the foregoing Stipulation of Dismissal Without Prejudice.

IT IS ORDERED, that all of claims of Plaintiffs, ERNEST MACIAS, individually only and GLORIA MACIAS, individually only, listed above against Defendants, MERCK & CO., and AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS; MISTY KUPERMAN; RICKY GULATI; FRED AVUENE; SERGE BRUNRY; DEBBIE LEE; KAREN SHOUSE; NANCY MOREDOCK; JERRY SHAW; KERRY EDWARDS; TINA DIMORE; TRACEY PHILLIPI; JULIE WURCH; LADON SILVEA; , in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE FALLON