UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Beulah Martin, et al. v. Merck & Co., Inc.; Docket No. 2:06-cv-10170; only regarding Plaintiff Annie Thomas, Estate of Chester Thomas* | * | MAGISTRATE JUDGE KNOWLES |

******************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Annie Thomas, Estate of Chester Thomas, against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 29th day of February, 2008.

_____
**DISTRICT JUDGE**

913076v.1