# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Inez Goldberg v. Merck & Co., Inc., et al.*;<br>Docket Number: 2:07-cv-843 | Magistrate Judge Knowles |
| *Jeff Goldberg v. Merck & Co., Inc., et al.*;<br>Docket Number: 2:07-cv-837<br>_____/ | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs, Inez Goldberg and Jeff Goldberg, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 6045 Paseo Carreta, Carlsbad, California 92009.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: February 29, 2008         Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of February, 2008.

                                                    */s/ Lowell W. Finson*
                                                    Lowell W. Finson
                                                    Phillips & Associates
                                                    3030 North Third Street, Suite 1100
                                                    Phoenix, AZ  85012
                                                    Tel: 602-258-8900 / Fax: 602-288-1632
                                                    lowellf@phillipslaw.ws
                                                    Counsel for Plaintiffs

894687v.1