## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Inez Goldberg v. Merck & Co., Inc., et al.;*
Docket Number: 2:07-cv-843

*Jeff Goldberg v. Merck & Co., Inc., et al.;*
Docket Number: 2:07-cv-837
_____/

MDL Docket No. 1657

Section L

Judge Fallon

Magistrate Judge Knowles

## **ORDER**

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiffs, Inez Goldberg and Jeff Goldberg.

IT IS SO ORDERED.

DATED: _____        _____
                                                        Judge Eldon E. Fallon
                                                        United States District Court Judge