UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to:* | * | JUDGE FALLON |
| Juliana Christian v. Merck & Co., Inc. et al., Docket Number 2:06-cv-10874. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Juliana Christian and Defendants Merck & Co., Inc., Marvin Mordkoff M.D., Marvin Mordkoff M.D. P.C., Jose N. Romeu M.D., and Bliss Pharmacy, Inc. (collectively "Defendants"), through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss her claims with prejudice against Defendants in the above-captioned case, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

3. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Juliana Christian in the above-captioned case.

Dated: _____

| | |
|---|---|
| JAROSLAWICZ & JAROS | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: /s/ (signature) | By: /s/ Dorothy H. Wimberly |
| David Jaroslawicz<br>Jaroslawicz & Jaros<br>150 William St.<br>New York, NY 10038<br>Phone: 212-227-2780 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiffs Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |
| SHAUB, AHMUTY, CITRIN & SPRATT, LLP | MARTIN, CLEARWATER & BELL, LLP |
| By: /s/ (signature) | By: _____ |
| ~~Laura M. Papa~~ Jeffrey R. Nichols<br>Shaub, Ahmuty, Citrin & Spratt, LLP<br>1983 Marcus Ave.<br>Lake Success, NY 11042-1056<br>Phone: 516-488-3300 | Gregory John Radomisli<br>Martin, Clearwater & Bell, LLP<br>220 E. 42nd St.<br>New York, NY 10017<br>Phone: 212-916-0923 |
| *Counsel for Defendants Marvin Mordkoff M.D. & Marvin Mordkoff M.D. P.C.* | *Counsel for Defendant Jose N. Romeu M.D.* |

HARVKINS, ROSENFELD, RITZERT & VARRIALE, LLP

By: _____

Sean Patrick Dwyer
Harvkins, Rosenfeld, Ritzert & Varriale, LLP
Eleven Penn Plaza, Ste. 2101
New York, NY 10001
Phone: 212-488-1598

*Counsel for Defendant Bliss Pharmacy, Inc.*

Stipulation of Dismissal with Prejudice for Juliana Christian

Dated: _____

| | |
|---|---|
| JAROSLAWICZ & JAROS | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: _____ | By: /s/ Dorothy H. Wimberly |
| David Jaroslawicz<br>Jaroslawicz & Jaros<br>150 William St.<br>New York, NY 10038<br>Phone: 212-227-2780 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiffs Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |
| SHAUB, AHMUTY, CITRIN & SPRATT, LLP | MARTIN, CLEARWATER & BELL, LLP |
| By: _____ | By: _____ |
| Laura M. Papa<br>Shaub, Ahmuty, Citrin & Spratt, LLP<br>1983 Marcus Ave.<br>Lake Success, NY 11042-1056<br>Phone: 516-488-3300 | Gregory John Radomisli<br>Martin, Clearwater & Bell, LLP<br>220 E. 42nd St.<br>New York, NY 10017<br>Phone: 212-916-0923 |
| *Counsel for Defendants Marvin Mordkoff M.D. & Marvin Mordkoff M.D. P.C.* | *Counsel for Defendant Jose N. Romeu M.D.* |

HARVKINS, ROSENFELD, RITZERT & VARRIALE, LLP

By: _____

Sean Patrick Dwyer
Harvkins, Rosenfeld, Ritzert & Varriale, LLP
Eleven Penn Plaza, Ste. 2101
New York, NY 10001
Phone: 212-488-1598

*Counsel for Defendant Bliss Pharmacy, Inc.*

Stipulation of Dismissal with Prejudice for Juliana Christian

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of February, 2008.

*/s/ Dorothy H. Wimberly*