UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Bill Black, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| Docket Number: 2:05-cv-4452; and only | * | |
| regarding Bethel Anzalone, Thomas N. | * | |
| Arnold, Glenda Bibbins, Dottie | * | |
| Breedlove, Albert Doucet, Jr., Sharon | * | |
| Everett, Frank Harvey, Breelin Johnson, | * | |
| Floyd Jones, Florence Minter, Clenis | * | |
| Monette, Brenetha Robinson, Emile | * | |
| Russell, Rodney Teal, and David White | * | |
| Sr. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiffs Bethel Anzalone, Thomas N. Arnold, Glenda Bibbins, Dottie Breedlove, Albert Doucet, Jr., Sharon Everett, Frank Harvey, Breelin Johnson, Floyd Jones, Florence Minter, Clenis Monette, Brenetha Robinson, Emile Russell, Rodney Teal, and David White Sr. against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

New Orleans, Louisiana, this 29th day of February, 2008.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE