## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Cindy McKenzie and Russell Brooks,* | * | |
| *individually and on behalf of Donnis* | * | |
| *N. Brooks, deceased, v. Merck & Co., Inc.;* | * | **KNOWLES** |
| *Docket No. 2:06-cv-0241* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER OF DISMISSALWITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Cindy McKenzie and Russell

Brooks, individually and on behalf of Donnis N. Brooks, deceased, against Defendant

Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with

each party to bear its own costs, and subject to the terms and conditions of the parties'

Stipulation.

**NEW ORLEANS, LOUISIANA,** this \_\_\_\_ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**