UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN **RE: VIOXX** | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION:** | SECTION: L |
| …………………………………………… | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: CASE NO. 05-cv-6343**

**ORDER**

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Angela D. Brown be substituted for Plaintiff, Clara Kirkendall, Deceased, in the above cause of action. Further, Angela D. Brown, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on her behalf.

New Orleans, Louisiana, this 29th day of February, 2008.

_____
United States District Judge