UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**            MDL NO. 1657
        **PRODUCTS LIABILITY LITIGATION:**

                                                SECTION:  L


                JUDGE FALLON
…………………………………………            MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
        **2:06-cv-3138**

## ORDER

        Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Thelma Bullock be substituted for Plaintiff, David Bullock, Deceased, in the above cause of action.   Further, Thelma Bullock, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on his behalf.

SO ORDERED:

 New Orleans, Louisiana, this 29th day of February, 2008.

_____
                        United States District Judge