UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | SECTION: L |

THIS DOCUMENT RELATES TO: 2:05-cv-05834

### ORDER

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Oliver Horton be substituted for Plaintiff, Glendene Horton, Deceased, in the above cause of action. Further, Oliver Horton, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on her behalf.

SO ORDERED:

New Orleans, Louisiana, this 29th day of February, 2008.

_____
United States District Judge