UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                                MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

                                                                                    SECTION: L

…………………………………………        JUDGE FALLON
                                                MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:06-cv-10108

## ORDER

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Theresa Justice be substituted for Plaintiff, Carl Justice, Deceased, in the above cause of action. Further, Theresa Justice, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on his behalf.

SO ORDERED:

New Orleans, Louisiana, this 29th day of February, 2008.

*/s/ Eldon E. Fallon*
_____
United States District Judge