UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |
| This action relates to: | * | CIVIL ACTION NO. 05-4436 |
| | * | |
| EVIE DOYLE, TRUMAN DOYLE, LUERLINE SMITH, JOHN SMITH, JENNIFER MYERS, ARTHUR MYERS, AUBREY WARE, SONYA LEWIS, MATT JEANFREAU, ALBERT JEANFREAU, MICHAEL HAGER, SR., JANE HAGER, DAN DORSEY, MARGARET DORSEY, WELTON WALKER, SR., CORA WALKER | * * * * * | SECTION L<br><br>JUDGE ELDON FALLON<br><br>MAGISTRATE KNOWLES |
| Plaintiffs, | * | |
| Versus | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

ORDER

Considering the foregoing motion,

IT IS ORDERED that C. Mark Whitehead be enrolled as additional counsel for the plaintiffs, Evie Doyle, Truman Doyle, Leurline Smith, John Smith, Jennifer Myers, Arthur

3

Myers, Aubrey Ware, Sonya Lewis, Matt Jeanfreau, Individually and as Executor of the Estate of Delores Jeanfreau, Michael Hager, Sr., Bonnie S. Hager, Dan Dorsey, Margaret Dorsey, Welton Walker, Sr. and Cora Walker.

Order signed at New Orleans, Louisiana on this 29th day of February, 2008.

_____
JUDGE

4