# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| *Freeman Herring v. Merck & Co., Inc.; Docket No. 2:07-cv-750* | * | **MAGISTRATE JUDGE KNOWLES** |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Freeman Herring against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  29th  day of              February            , 2008.

_____
**DISTRICT JUDGE**

911999v.1