UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                          MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
....................................................             MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:05-cv-6533

### ORDER

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Darrell Sangster, Jr. be substituted for Bobbie Haynes, as Special Administrator for Plaintiff, Delisa Sangster, Deceased, in the above cause of action. Further, Darrell Sangster, Jr., will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on her behalf.

SO ORDERED:

_New Orleans, Louisiana, this 29th day of February, 2008.

_____
United States District Judge