UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION: L/3 |
| MARTIN, ET AL., | Civil Action No. 05-5803 |
| Plaintiff(s), | |
| v. | JUDGE FALLON |
| MERCK & CO., INC., | MAGISTRATE JUDGE KNOWLES |
| Defendant(s). | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that all claims of the Plaintiff Naomi Martin against defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 29th day of February, 2008.

_____
DISTRICT JUDGE

378772-1