**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Tina Hanners, et al. v. Merck & Co.,*** | * | **KNOWLES** |
| ***Inc.; Docket No. 2:06-cv-10154; only*** | * | |
| ***Regarding Wanda Weaks OBO Lawrence*** | * | |
| ***Weaks*** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER OF DISMISSALWITH PREJUDICE**</u>

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Wanda Weaks on behalf of
Lawrence Weaks against Defendant Merck & Co., Inc., in the above-styled lawsuit are
hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the
terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**