MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732
*Attorneys for Plaintiff Betty Householder*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Betty Householder<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of Plaintiff Betty Householder, be dismissed with prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
District Judge

APPROVED AS TO CONTENT AND FORM:

_____
Phillip Wittmann
Attorneys for Defendant