UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Janet Sue Morgan, et al., v. Merck & Co.,* | * | KNOWLES |
| *Inc.; Docket No. 2:05cv-496 only regarding* | * | |
| *James Smith* | * | |
| | * | |

******************************************

### ORDER REINSTATING ACTION AND TO WITHDRAW AS COUNSEL

Considering the foregoing Unopposed Motion to Reinstate Action and to withdraw as counsel:

**IT IS ORDERED**, that the claim of James Smith be reinstated and this Court's Order of Dismissal with Prejudice, dated February 11, 2008, be set aside only as to the Plaintiff, James Smith, and shall remain in force and effect for the other named Plaintiffs therein. The Court's Order of February 11, 2008 shall have no force or effect with respect to the tolled claim, registration and enrollment of James Smith.

**IT IS FURTHER ORDERED** that Beasley, Allen shall be withdrawn as counsel of record and Barrios, Kingsdorf & Casteix shall remain as counsel of record for James Smith.

NEW ORLEANS, LOUISIANA, this the 29th day of February, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE