# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY** | * SECTION L |
| **LITIGATION** | * |
| | * JUDGE FALLON |
| | * |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Wilma Adair, et al. v. Merck & Co.,* | * KNOWLES |
| *Inc.; Docket No. 2:06-cv-10159; only* | * |
| *Regarding Manuel Hinojosa* | * |
| | * |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Manuel Hinojosa against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 29th day of February, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**