# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *   MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY** | *   SECTION L |
| **LITIGATION** | * |
| | *   JUDGE FALLON |
| | * |
| **This document relates to:** | * |
| | *   MAGISTRATE JUDGE |
| *Sherrill Grove, et al. v. Merck & Co.,* | *   KNOWLES |
| *Inc.; Docket No. 2:06-cv-10160; only* | * |
| *Regarding Shannon Dockery* | * |
| | * |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Shannon Dockery against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 29th day of      February     , 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**