IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section: L |
| This Document Relates To: Lois Armstrong, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:06-CV-10117) | Transferred from USDC of Minnesota |

## ORDER

Before this Court is the Stipulation and Voluntary Dismissal of TERRY MAPLE's claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED that Plaintiff, TERRY MAPLE's claims are hereby DISMISSED without prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 29th day of February, 2008.

_____
United States District Judge