## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| MARKETING, SALES PRACTICES AND | § | SECTION L |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to:  Martinez v. | § | |
| Merck & Co., Inc. (2:06-cv-11338-EEF- | § | MAGISTRATE JUDGE KNOWLES |
| DEK) | § | |

## AGREED ORDER OF DISMISSAL

On the date shown below, the Court considered Plaintiff Jesusa S. Martinez's Motion to Dismiss Jack Bracken, M.D. and Ralph Giovonnone, P.A., with Prejudice in the above-entitled cause of action, and the Court, after considering the motion and pleadings on file concludes that the motion should be **GRANTED**.

**IT IS ORDERED** that Plaintiff Jesusa S. Martinez's claims against Jack Bracken, M.D. and Ralph Giovonnone, P.A., **ONLY,** in this cause of action is hereby dismissed with prejudice.

All costs of court are to be borne by the party incurring the same.

New Orleans, Louisiana, this 29th day of February, 2008.

_____
Honorable U.S. District Judge