PRODUCTS LIABILITY LITIGATION         *

IN RE: VIOXX                          *     SECTION L

                                      •     JUDGE FALLON

                                      •     MAG. JUDGE KNOWLES

                                      •     MDL DOCKET NO. 1657


THIS RELATES TO

RE:     Marc Salzberg, et ano v. Merck & Co.

Plaintiffs:    Marc Salzberg


**STATEMENTS OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]**

Pursuant to Pre-Trial Order No. 28, Plaintiff Marc Salzberg sent Document Preservation Notices to the following individuals and entities. Copies of the Notices are attached and marked as Exhibit "1".

**MEDICAL PROVIDERS:**   Dr. Orli Etingin
                         425 E. 61st Street, 11th Floor
                         New York, NY 10065

                         Dr. John Dervan
                         2500-1 Nesconset Highway
                         Stony Brook, NY 11790

                         Dr. David S. Blumenthal
                         407 East 70th Street
                         New York, NY 10021

                         Dr. Sergio Schwartzman
                         535 East 70th Street
                         New York, NY 10021

                         Stony Brook University Hospital
                         101 Nicolls Road
                         Stony Brook, NY 11794

# Scaffidi and Associates
*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

*of counsel:*
Kevin B. Lynch
Victor Guzman

February 13, 2008

## Notice to Preserve Records

Dr. John Dervan
2500-1 Nesconset Highway
Stony Brook, NY 11790

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

_of counsel:_
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 13, 2008

### Notice to Preserve Records

Dr. David S. Blumenthal
407 East 70th Street
New York, NY 10021

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

*of counsel:*
Kevin B. Lynch
Victor Guzman

February 13, 2008

### Notice to Preserve Records

Dr. Orli Etingin
425 E. 61st Street, 11th Floor
New York, NY 10065

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

*of counsel:*
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 13, 2008

### Notice to Preserve Records

Dr. Sergio Schwartzman
535 East 70th Street
New York, NY 10021

Sent via Certified Mail

    Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

    All such documentation must be preserved until further notice.

    If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
### Attorneys at Law

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 13, 2008

## Notice to Preserve Records

Stony Brook University Hospital
101 Nicolls Road
Stony Brook, NY 11794

Sent via Certified Mail

    Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

    All such documentation must be preserved until further notice.

    If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

**CERTIFICATE OF SERVICE**

I, Robert Marino, hereby certify that on the 14th day of February, 2008, a copy of the foregoing Notices to Preserve Records have been served on Liason Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA 70170; Phillip Wittmann, at Stone, Pignman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130; and Susan Giamportone, at Womble, Carlyle, Sandrige & Rice PLLC, 1 West Fourth Street, Winston-Salem, NC 27101, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order 28 and Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of February, 2008, and via electronic mail to the following:

(a) Merck:                    registration@hugheshubbard.com;
(b) PEC:                      vioxx@hhkc.com and rherman@hhkc.com;
(c) Claims Administrator:     jnewton@browngreer.com

Robert M. Marino, Esq.
SCAFFIDI & ASSOCIATES
150 East 52nd Street, Suite 20W
New York, NY 10022
212-935-9500
fax: 212-935-8818
rob@scaffidilaw.com
Attorney for Plaintiffs