IN RE: VIOXX                              *

PRODUCTS LIABILITY LITIGATION            *        SECTION L

                                          •        JUDGE FALLON

                                          •        MAG. JUDGE KNOWLES

                                          •        MDL DOCKET NO. 1657


THIS RELATES TO

RE:     Marc Salzberg, et ano v. Merck & Co.

Plaintiffs:     Marc Salzberg


**STATEMENTS OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]**

Pursuant to Pre-Trial Order No. 28, Plaintiff Marc Salzberg sent Document Preservation Notices to the following individuals and entities. Copies of the Notices are attached and marked as Exhibit "1".

**PHARMACY:**          Rite Aid Pharmacy
                       226 Route 25A
                       East Setauket, NY 11733

**MEDICAL PROVIDERS:** Baystate Medical Center
                       759 Chestnut Street
                       Springfield, MA 01199

                       Dr. George DeNoto, III
                       1999 Marcus Ave
                       Lake Success, NY 11042

                       Dr. David Goodman
                       10 E. 96th Street
                       New York, NY 10128

**EMPLOYERS:**         StatHealth
                       519 W. Jericho Tpke
                       Smithtown, NY 11787

Baystate Health
280 Chestnut Street
Springfield, MA 01199

Inphynet Med
14008 Crossbranch Ct
Louisville KY 40245

Brookhaven Memorial Hospital
101 Hospital Road
Patchogue NY 11772

# Scaffidi and Associates

*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise
_____

of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 15, 2008

## Notice to Preserve Records

Rite Aid Pharmacy
226 Route 25A
East Setauket, NY 11733

<u>Sent via Certified Mail</u>

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
## Attorneys at Law

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 15, 2008

### Notice to Preserve Records

Baystate Medical Center
759 Chestnut Street
Springfield, MA 01199

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
### Attorneys at Law

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 985-9500
Fax (212) 985-8818
rob@scaffidilaw.com

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

_____

of counsel:
Kevin B. Lynch
Victor Guzman

February 15, 2008

### Notice to Preserve Records

George DeNoto III, M.D.
1999 Marcus Avenue
Lake Success, NY 11042

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
*Attorneys at Law*

*Roy F. Scaffidi*
*Robert M. Marino*
*Sean Lebson*
*James W. Scalise*

*of counsel:*
*Kevin B. Lynch*
*Victor Guzman*

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 15, 2008

## Notice to Preserve Records

Dr. David Goodman
10 East 96th Street
New York, NY 10128

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45). Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
## Attorneys at Law

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise
_____
of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 985-9500
Fax (212) 985-8818
rob@scaffidilaw.com

February 15, 2008

<u>Notice to Preserve Records</u>

StatHealth
519 W. Jericho Tpke
Smithtown, NY 11787

<u>Sent via Certified Mail</u>

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45), including without limitation, all employment, payroll and medical records. Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
## Attorneys at Law

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

_____

of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 15, 2008

<u>**Notice to Preserve Records**</u>

Baystate Health
280 Chestnut Street
Springfield, MA 01199

<u>Sent via Certified Mail</u>

 Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45), including without limitation, all employment, payroll and medical records.  Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

 All such documentation must be preserved until further notice.

 If you have any further questions, please feel free to contact the undersigned.

     Very truly yours,

     Robert M. Marino

# Scaffidi and Associates
*Attorneys at Law*

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

*of counsel:*
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 935-9500
Fax (212) 935-8818
rob@scaffidilaw.com

February 15, 2008

### Notice to Preserve Records

Inphynet Med
14008 Crossbranch Ct
Louisville, KY 40245

<u>Sent via Certified Mail</u>

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45), including without limitation, all employment, payroll and medical records. Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

# Scaffidi and Associates
### Attorneys at Law

Roy F. Scaffidi
Robert M. Marino
Sean Lebson
James W. Scalise

_____

of counsel:
Kevin B. Lynch
Victor Guzman

150 East 52nd Street
20th Floor
New York, N.Y. 10022
(212) 985-9500
Fax (212) 985-8818
rob@scaffidilaw.com

February 15, 2008

## Notice to Preserve Records

Brookhaven Memorial Hospital
101 Hospital Road
Patchogue, NY 11772

Sent via Certified Mail

Pursuant to the Attached Pretrial Order #1, you are hereby directed to preserve any and all records and documentation in your possession and under your control regarding Marc Salzberg (DOB: 9/17/45), including without limitation, all employment, payroll and medical records. Mr. Salzberg is a party to the pending Vioxx Multi-District Litigation #1657 currently pending before the United States District Court for the Eastern District of Louisiana.

All such documentation must be preserved until further notice.

If you have any further questions, please feel free to contact the undersigned.

Very truly yours,

Robert M. Marino

## CERTIFICATE OF SERVICE

I, Robert Marino, hereby certify that on the 15th day of February, 2008, a copy of the foregoing Notices to Preserve Records have been served on Liason Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA 70170; Phillip Wittmann, at Stone, Pignman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130; and Susan Giamportone, at Womble, Carlyle, Sandrige & Rice PLLC, 1 West Fourth Street, Winston-Salem, NC 27101, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order 28 and Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of February, 2008, and via electronic mail to the following:

    (a)    Merck:                  registration@hugheshubbard.com;
    (b)    PEC:                    vioxx@hhkc.com and rherman@hhkc.com;
    (c)    Claims Administrator:    jnewton@browngreer.com

                                 _____

Robert M. Marino, Esq.
SCAFFIDI & ASSOCIATES
150 East 52nd Street, Suite 20W
New York, NY 10022
212-935-9500
fax: 212-935-8818
rob@scaffidilaw.com
Attorney for Plaintiffs