

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 27, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-31109  In Re: Vioxx Prod
       USDC No.  2:07-CV-2695
                 2:05-MD-1657

The court has granted appellant's motion to reinstate the appeal. We request that the district court clerk send the notice of certified record and or exhibits to us within 15 days of this date.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Kim Folse, Deputy Clerk
                        504-310-7712

Mr Christopher Allen Moeller
Mr Henry J Price
Mr William Norman Riley
Mr Joseph Nicholas Williams
Mr Thao Trong Nguyen
Ms Loretta Whyte, Clerk

MOT-2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____