Supplemented Brief
Appeal De novo                          Correspondence
                                        letter

Motion to Represent Myself

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 4 2008
LORETTA G. WHYTE
CLERK

Case 06-01493 L

Dear Clerk of The Panel, Clerk(s) of The Court, and Clerk(s) then judge(s)

I thank this Court(s) for a "liaison" which that know lawyer or attorney has been found by the liaison I feel the defendant maybe in default I have ask for protection on motion for protection order(s) for me and my witnesses I now again ask to represent myself as my liaison said please respond now and send proper forms on both. Respond. I like the Clerk Of The Panel judge(s) also to respond cause this motion has or was wrote months ago there is U.S. mail fraud I filed U.S. postal complaints and lawsuits state and federal (reopen) I am now in Saginaw County jail were I wrote judge(s) on a computer/book or illegal law library it is still illegal but good brand new books and a new computer I can not use computer at this time cause of torture and waterboarding I am filing lawsuits then another on Dow Chemical for 175,000,000 that I will leave in Michigan which judge Denise Page Hood says know one can sue Dow Chemical in Michigan if there problems I bypass to the Court Of federal Claims. This jail has not done any notary(s) or copies for this Court in over 1 month. investigate.

Signed,
Edward Earl Thomas

This is pertinent information.                    2/25/2008