UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
1000 Washington Avenue, Room 304
Bay City, Michigan 48708
(989)894-8800
(989)894-8804 - fax

David J. Weaver
Court Administrator

TO:       Loretta G. Whyte, Clerk

FROM:     Carol Greyerbiehl, Deputy Clerk

DATE:     February 27, 2008

SUBJECT:  06-1493 Edward Thomas v. Merck and Co., Inc.

Since the attached is addressed to the Clerk of the Panel this is being sent to your office.

Thanks