Supplemental Brief  
Appeal Re no or ... Correspondence letter

FILED '08 MAR 06 14:55 USDC-LAE

Motion for Court to Pay or Defendant to Pay

Case 06-01493 L

Dear Judge(s) of the Panel and Judge Charles Breyer and Congress (can not send other proofs)

I have not been aloud my U.S. mail and I have been writing some motions three (3) or four (4) since I been here at Saginaw County Jail I send letter or motions to the deputy clerk(s) in the Northern District of Michigan cause if I send this Court direct the mail probally not make it complaints and lawsuits filed my clerk(s) and mail agents are witnesses now Pam nor Lt. Gutzwiller has given me copies or notary in a month untill yesterday and I have been "Barred" from the law library I hope Sgt. Austin has not taken my store with "legal stamps" soap, hair products". The phone is cut-off and officer or Sgt.(s) refuses to give me phone number(s) plus addresses or even a phone book some saying I am not your secretary then daily officer speak on my case(s) my lawyer has not contacted me in over 20 days I wrote him for a P.R. bond and or hospitalization (mental) Sheriffs, U.S. Marshalls, and U.S. Attorney (s) contacted may use as witnesses. "Again I now want to request a judge(s)" to stop a conflict of interest please respond _ judge(s). And my legal mail is being open without court orders beyond.  Signed.

RECEIVED  
MAR - 6 2008  
U.S. DISTRICT COURT  
BAY CITY MICHIGAN

Edward Earl Thomas  
2/27/2008  
inmate 081023

Fee ___  
Process ___  
X Dktd ___  
CtRmDep ___  
Doc. No. ___

This is pertinent information.

