|                                      |   |                        |
|--------------------------------------|---|------------------------|
| IN RE: VIOXX® PRODUCTS               | \| | SECTION L              |
|                                      | \| |                        |
| LIABILITY LITIGATION                 | \| | JUDGE FALLON           |
|                                      | \| |                        |
|                                      | \| | MAG. JUDGE KNOWLES     |
|                                      | \| |                        |
|                                      | \| | MDL Docket No. 1657    |

**THIS RELATES TO:**

RE:   Scott Blair v. Merck & Co.
      Harry Deffenbaugh v. Merck & Co.

**CLAIMANTS:** Scott Blair

Harry Deffenbaugh

## STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Oder No. 28]

Pursuant to Pre-Trial Order No. 28, Plaintiffs **Scott Blair** and **Harry Deffenbaugh** sent Document Preservation Notices to the following individuals and entities. Copies of Notices are attached and marked as Exhibit "1."

**RE: SCOTT BLAIR**

**PHARMACIES:**              Nogales Pharmacy
                             2320 Bath Street, #111
                             Santa Barbara, CA.  93105

                             Santa Barbara County Public Health Pharmacy
                             (Good Neighbor Pharmacy)
                             345 Camino Del Remidio
                             Santa Barbara, CA.  93110

                             Federal Drug
                             3327 State Street
                             Santa Barbara, CA.  93105

                             Sansum Clinic Pharmacy
                             317 West Pueblo Street
                             Santa Barbara, CA.  93105

**MEDICAL PROVIDERS**:	Office of Dr. Lynn Nesbitt, M.D.
345 Camino Del Remidio
Santa Barbara, CA.  93110

Office of Dr. Bruce Miller, M.D.
345 Camino Del Remidio
Santa Barbara, CA.  93110

Office of Dr. Robert Harbaugh, M.D.
Neurology Associates of Santa Barbara
219 Nogales Ave., Ste. F
Santa Barbara, CA.  93105

Office of Dr. David Frecker, M.D.
Neurology Associates of Santa Barbara
219 Nogales Ave., Ste. F
Santa Barbara, CA.  93105

Office of Dr. Robert Bruce McFadden, M.D.
334 South Patterson Avenue
Suite 210
Goleta, CA.  93111

Office of Dr. Pawan K. Gupta, M.D.
Cancer Center of Santa Barbara
Department of Nuclear Medicine
300 West Pueblo Street
Santa Barbara, CA.  93105

Office of Dr. Dr. Joaquin Roses, M.D.
Santa Barbara Cottage Hospital
PO BOX 689
Santa Barbara, CA.  93102


Sansum Medical Clinic
Dr. Eric Trautwein, M.D.
29 West Anapamu Street
Santa Barbara, CA.  93101

Santa Barbara Cottage Hospital
PO BOX 689
Santa Barbara, CA.  93102

                                    Cancer Center of Santa Barbara
                                    Department of Nuclear Medicine
                                    300 West Pueblo Street
                                    Santa Barbara, CA.  93105

**RE: HARRY DEFFENBAUGH**

**PHARMACIES:**                Long's Drug Stores
                                    760 Arneill Road
                                    Camarillo, CA.  93010

**MEDICAL PROVIDERS**:       Office of Dr. Christopher Arnold, M.D.
                                    2438 Ponderosa Drive
                                    Suite 213
                                    Camarillo, CA.  93010

                                    Office of Dr. Robert L. Speakman, M.D.
                                    3801 Las Posas Road, # 214
                                    Camarillo, CA.  93010

                                    Office of Dr. Gary K. Mo, M.D.
                                    2348 Ponderosa Drive
                                    Building C, Suite 201
                                    Camarillo, CA.  93010

                                    Office of Dr. Edward J. Banman, M.D.
                                    1085 Telegraph Road
                                    Ventura, CA.  93009

                                    Office of James Carlson, M.D.
                                    St. John's Pleasant Valley Hospital
                                    2309 Antonio Avenue
                                    Camarillo, CA.  93010

                                    St. John's Pleasant Valley Hospital
                                    2309 Antonio Avenue
                                    Camarillo, CA.  93010