# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Nogales Pharmacy
2320 Bath Street, #111
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re:     ***Vioxx Product Liability Litigation***
        ***Scott Blair v. Merck & Co., Inc.***
        ***Docket No. 2:05-cv-02889***

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

*Ernest A. Panizzon*

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

## A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Santa Barbara County Public Health Pharmacy
(Good Neighbor Pharmacy)
345 Camino Del Remidio
Santa Barbara, CA. 93110

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Scott Blair v. Merck & Co., Inc.*
        *Docket No.* **2:05-cv-02889**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

## A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Federal Drug
3327 State Street
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Scott Blair v. Merck & Co., Inc.*
        *Docket No.* **2:05-cv-02889**

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Sansum Clinic Pharmacy
317 West Pueblo Street
Santa Barbara, CA.  93105

**VIA U.S. CERTIFIED MAIL**

Re:     ***Vioxx Product Liability Litigation***
        ***Scott Blair v. Merck & Co., Inc.***
        ***Docket No. 2:05-cv-02889***

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Lynn Nesbitt, M.D.
345 Camino Del Remidio
Santa Barbara, CA. 93110

**VIA U.S. CERTIFIED MAIL**

Re:   ***Vioxx Product Liability Litigation***
***Scott Blair v. Merck & Co., Inc.***
***Docket No. 2:05-cv-02889***

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS:  16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Bruce Miller, M.D.
345 Camino Del Remidio
Santa Barbara, CA.  93110

**VIA U.S. CERTIFIED MAIL**

Re:     ***Vioxx Product Liability Litigation***
        ***Scott Blair v. Merck & Co., Inc.***
        ***Docket No. 2:05-cv-02889***

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Robert Harbaugh, M.D.
Neurology Associates of Santa Barbara
219 Nogales Ave., Ste. F
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re:   *Vioxx Product Liability Litigation*
      *Scott Blair v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02889*

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. David Frecker, M.D.
Neurology Associates of Santa Barbara
219 Nogales Ave., Ste. F
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Scott Blair v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-02889*

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788                                           PHONE: (805) 963-1555
SANTA BARBARA, CA. 93102-0788                                         FAX: (805) 962-0722
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

February 18, 2008

Office of Dr. Robert Bruce McFadden, M.D.
334 South Patterson Avenue
Suite 210
Goleta, CA.  93111

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Scott Blair v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-02889*

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Pawan K. Gupta, M.D.
Cancer Center of Santa Barbara
Department of Nuclear Medicine
300 West Pueblo Street
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re: *Vioxx Product Liability Litigation*
*Scott Blair v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02889*

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Dr. Joaquin Roses, M.D.
Santa Barbara Cottage Hospital
PO BOX 689
Santa Barbara, CA.  93102

**VIA U.S. CERTIFIED MAIL**

Re:    *Vioxx Product Liability Litigation*
       *Scott Blair v. Merck & Co., Inc.*
       *Docket No.* **2:05-cv-02889**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Sansum Medical Clinic
Dr. Eric Trautwein, M.D.
29 West Anapamu Street
Santa Barbara, CA. 93101

**VIA U.S. CERTIFIED MAIL**

Re:   ***Vioxx Product Liability Litigation***
***Scott Blair v. Merck & Co., Inc.***
***Docket No. 2:05-cv-02889***

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Santa Barbara Cottage Hospital
PO BOX 689
Santa Barbara, CA. 93102

**VIA U.S. CERTIFIED MAIL**

Re:     ***Vioxx Product Liability Litigation***
***Scott Blair v. Merck & Co., Inc.***
***Docket No. 2:05-cv-02889***

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Cancer Center of Santa Barbara
Department of Nuclear Medicine
300 West Pueblo Street
Santa Barbara, CA. 93105

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Scott Blair v. Merck & Co., Inc.*
        *Docket No.* **2:05-cv-02889**

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Scott Blair

# Law Offices of Ernest A. Panizzon

## A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Long's Drug Stores
760 Arneill Road
Camarillo, CA. 93010

**VIA U.S. CERTIFIED MAIL**

Re:   *Vioxx Product Liability Litigation*
      *Harry Deffenbaugh v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-10587*

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Christopher Arnold, M.D.
2438 Ponderosa Drive
Suite 213
Camarillo, CA. 93010

**VIA U.S. CERTIFIED MAIL**

Re:   ***Vioxx Product Liability Litigation***
      ***Harry Deffenbaugh v. Merck & Co., Inc.***
      ***Docket No. 2:06-cv-10587***

### PRESERVATION OF DOCUMENTS NOTICE

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

*Ernest A Panizzon*

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS:  16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Robert L. Speakman, M.D.
3801 Las Posas Road, # 214
Camarillo, CA.  93010

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Harry Deffenbaugh v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-10587*

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS:  16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Gary K. Mo, M.D.
2348 Ponderosa Drive
Building C, Suite 201
Camarillo, CA.  93010

**VIA U.S. CERTIFIED MAIL**

Re:     ***Vioxx Product Liability Litigation***
        ***Harry Deffenbaugh v. Merck & Co., Inc.***
        ***Docket No. 2:06-cv-10587***

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of Dr. Edward J. Banman, M.D.
10885 Telegraph Road
Ventura, CA. 93009

**VIA U.S. CERTIFIED MAIL**

Re:     *Vioxx Product Liability Litigation*
        *Harry Deffenbaugh v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-10587*

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm.  Attached is Pretrial Order No. 1 for your file.  Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

Office of James Carlson, M.D.
St. John's Pleasant Valley Hospital
2309 Antonio Avenue
Camarillo, CA. 93010

**VIA U.S. CERTIFIED MAIL**

Re:    *Vioxx Product Liability Litigation*
       *Harry Deffenbaugh v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-10587*

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

# Law Offices of Ernest A. Panizzon

### A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS: PO BOX 788
SANTA BARBARA, CA. 93102-0788
OFFICE ADDRESS: 16 HOLLISTER RANCH
GAVIOTA, CA. 93117

PHONE: (805) 963-1555
FAX: (805) 962-0722

February 18, 2008

St. John's Pleasant Valley Hospital
2309 Antonio Avenue
Camarillo, CA. 93010

**VIA U.S. CERTIFIED MAIL**

Re:   ***Vioxx Product Liability Litigation***
***Harry Deffenbaugh v. Merck & Co., Inc.***
***Docket No. 2:06-cv-10587***

### *PRESERVATION OF DOCUMENTS NOTICE*

Dear Medical Records Custodian,

Please be advised that we represent the above claimant for a pending Vioxx Litigation case.

Pursuant to Pretrial Order 28, filed November 9, 2007, in the United States District Court Eastern District of Louisiana, we are required to notify you as counsel for the above claimant that you may have records that are relevant to this Plaintiff's claim in the Multi-District Litigation Proceeding. Any records relating to this claimant must be preserved pursuant to Pretrial Order No. 1, entered by the United States District Court Eastern District of Louisiana on February 25, 2005, pending collection of these records by our firm. Attached is Pretrial Order No. 1 for your file. Please note that Paragraph 13 of that Order addresses preservation of evidence.

Please feel free to contact our office if you have any questions regarding the above.

Yours truly,

Ernest A. Panizzon, Attorney for
Plaintiff Harry Deffenbaugh

## CERTIFICATE OF SERVICE

I, Ernest A. Panizzon, hereby certify on the *20th* day of February 2008, a copy of the foregoing Claimant's Statement as to Preservation of Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Hermann, at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA. 70170; Phillip Wittman, at Stone Pigman Walther Witmann L.L.C, 546 Carondelet Street, New Orleans, LA. 70130; and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, One West Fourth Street, Winston-Salem, NC. 27101, by US mail and e-mail and upon all parties by Order No. 8(B,) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this *20th* day of February 2008, and via electronic mail to the following:

(a) Merck:                        registration@hugheshubbard.com;
(b) PEC:                          vioxx@hhkc.com and rherman@hhkc.com;
(c ) Claims Administrator:        jnewton@browngreer.com

Ernest A. Panizzon
CA State Bar # 031414
Kristofer Kallman,
CA. State Bar # 066367
Attorneys for Plaintiffs
Kristofer Kallman
Attorney at Law
2019 State Street
Santa Barbara, California 93101
Telephone:  (805) 682-3352
Facsimile:   (805) 687-5490
e-mail:      kristoferkallman@hotmail.com
Ernest A. Panizzon
A Professional Law Corporation
PO BOX 788
Santa Barbara, California 93102-0788
Telephone:  (805) 963-1555
Facsimile:   (805) 682-5202
e-mail:       semperlex@cs.com