**AMENDED CERTIFICATE OF SERVICE**

    I, Ernest A. Panizzon, hereby certify on the 7th day of March 2008, a copy of the foregoing Claimant's Statement as to Preservation of Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Hermann, at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA. 70170; Phillip Wittman, at Stone Pigman Walther Witmann L.L.C, 546 Carondelet Street, New Orleans, LA. 70130; and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, One West Fourth Street, Winston-Salem, NC. 27101, by US mail and e-mail and upon all parties by Order No. 8(B,) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of March 2008, and via electronic mail to the following:

(a) Merck:                    registration@hugheshubbard.com;
(b) PEC:                      vioxx@hhkc.com and rherman@hhkc.com;
(c) Claims Administrator:     jnewton@browngreer.com

                                                    _s/ Ernest A. Panizzon_____
                                                    Ernest A. Panizzon
                                                    CA State Bar # 031414
                                                    Kristofer Kallman,
                                                    CA. State Bar # 066367
                                                    Attorneys for Plaintiffs
                                                    Kristofer Kallman
                                                    Attorney at Law
                                                    2019 State Street
                                                    Santa Barbara, California 93101
                                                    Telephone:  (805) 682-3352
                                                    Facsimile:   (805) 687-5490
                                                    e-mail:        kristoferkallman@hotmail.com
                                                    Ernest A. Panizzon
                                                    A Professional Law Corporation
                                                    PO BOX 788
                                                    Santa Barbara, California 93102-0788
                                                    Telephone:  (805) 963-1555
                                                    Facsimile:   (805) 682-5202
                                                    e-mail:        semperlex@cs.com