IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | ) ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: | ) ) | |
| BEVERLY ALBERTSON, DENNIS PERSON, | ) ) ) | CASE NO. 2:06-CV-6236 |
| Plaintiff, v. | ) ) ) ) | |
| MERCK & CO., INC., | ) ) ) | |
| Defendant(s). | ) | |

**STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]**

Pursuant to Pre-Trial Order No. 28, Plaintiff Beverly Albertson sent Document Preservation Notices to the following individuals and entities. Copies of the notices sent are attached and marked as Exhibit "1".

Dr. Marjon Gillbanks
Medical Physician & Surgeon
17601 E 40 Hwy, Ste S
Independence, MO 64055

Dr. Nancy Tilson-Mallet
Kansas City Int Med
506 NW Murray Road
Lees Summit, MO 64081

Encompass Medical Group
373 W. 101st Terrace
Kansas City, MO 64114

Independence Regional Health Center
1509 W. Truman Road
Independence, MO 64050

Diagnostic Imaging Center
609 Northeast State Route 291
Lees Summit, MO 64086

Dr. Thomas McCormack
7900 Lee Summit Road
Kansas City, MO 64139

Jackson County Pulmonary PC
4911 S Arrowhead Dr, Suite 201
Independence, MO 64055

Dr. Tricia Nguyen
1509 W. Truman Rd.
Independence, MO 64050

Dr. Shawn Sabin
310 NE Tudor Rd.
Less Summit, MO 64086

Osco Drug
5310 Blue Ridge
Raytown, MO 64133

Walgreens
3915 S. Noland Rd.
Independence, MO 64055

Dated: March 7, 2008

        **s/Leila H. Watson**
        Leila H. Watson (ASB-3023-S74L)
        CORY, WATSON, CROWDER & DEGARIS, P.C.
        Attorney for the Plaintiffs
        2131 Magnolia Avenue
        Birmingham, AL 35205
        Telephone No.: 205-328-2200
        Fax No.: 205-324-7896
        Email: lwatson@cwcd.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28) has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 7th day of March 2008.

**s/Leila H. Watson**

# EXHIBIT 1



**CORY WATSON**
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Marjon Gillbanks
Medical Physician & Surgeon
17601 E 40 Hwy, Ste S
Independence, MO 64055

    RE:    Vioxx Product Liability Litigation

Dear Dr. Gillbanks:

    My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                            Very truly yours,

                            Leila H. Watson

                            Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Dr. Nancy Tilson-Mallet
Kansas City Int Med
506 NW Murray Road
Lees Summit, MO 64081

      RE:    Vioxx Product Liability Litigation

Dear Dr. Tilson-Mallet:

      My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                                Very truly yours,

                                  Leila H. Watson

                                  Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Encompass Medical Group
373 W. 101st Terrace
Kansas City, MO 64114

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                                    Very truly yours,

                                      Leila H. Watson

                                    Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Independence Regional Health Center
1509 W. Truman Road
Independence, MO 64050

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

    Very truly yours,

    Leila H. Watson

    Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Diagnostic Imaging Center
609 Northeast State Route 291
Lees Summit, MO 64086

RE: Vioxx Product Liability Litigation

Dear Sir/Madam:

My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

Very truly yours,

Leila H. Watson

Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Dr. Thomas McCormack
7900 Lee Summit Road
Kansas City, MO 64139

RE:   Vioxx Product Liability Litigation

Dear Dr. McCormack:

My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

Very truly yours,

Leila H. Watson

Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Jackson County Pulmonary PC
4911 S Arrowhead Dr, Suite 201
Independence, MO 64055

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                                    Very truly yours,

                                      Leila H. Watson

                                      Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Dr. Tricia Nguyen
1509 W. Truman Rd.
Independence, MO 64050

RE:   Vioxx Product Liability Litigation

Dear Dr. Nguyen:

My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

Very truly yours,

Leila H. Watson

Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Dr. Shawn Sabin
310 NE Tudor Rd.
Less Summit, MO 64086

      RE:    Vioxx Product Liability Litigation

Dear Dr. Sabin:

      My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Osco Drug
5310 Blue Ridge
Raytown, MO 64133

  RE:  Vioxx Product Liability Litigation

Dear Sir/Madam:

  My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

  The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

  An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

  If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

            Very truly yours,

            Leila H. Watson

            Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Walgreens
3915 S. Noland Rd.
Independence, MO 64055

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Beverly Albertson in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Beverly Albertson, date of birth 8/26/49.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

    Very truly yours,

    Leila H. Watson

    Elizabeth A. Ellis

LHW/cfh
Enclosure