IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX PRODUCTS            )
LIABILITY LITIGATION             )
MDL No. 1657                     )        SECTION L
_____  )        JUDGE ELDON E. FALLON
This document relates to:        )
                                 )
WELBY RAY KNIFLEY, AS            )        CASE NO.   2:05 CV 5635
ADMINISTRATOR FOR THE ESTATE )
OF THELMA B. KNIFLEY, DECEASED)
                                 )
        Plaintiff,               )
v.                               )
                                 )
MERCK & CO., INC.,               )
                                 )
        Defendant(s).            )

**STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]**

Pursuant to Pre-Trial Order No. 28, Plaintiff, Welby Ray Knifley, As

Administrator for the Estate of Thelma B. Knifley, deceased,  sent Document

Preservation Notices to the following individuals and entities.  Copies of the notices sent

are attached and marked as Exhibit "1".

Glasgow Urgent Care
411 S.L Rogers Wells Blvd
Glasgow, KY 42141

Dr. Jason Campbell
303 Professional Park Drive
Glasgow KY  42141

Dr. Kenny Manion & Associates
411 S.L. Rogers Wells Blvd
Glasgow KY 42141

Dr. John Asriel
1330 N. Race Street
Glasgow KY  42141

Dr. Bobby Brooks
111 A Kingswood Drive
Campbellsville KY  42178

TJ Samson Community Hospital
1301 North Race Street
Glasgow, KY  42141

Taylor Regional Hospital
1700 Old Lebanon Road
Campbellsville, KY  42718

Dr. Arthur Wheeler
Vanderbilt University Medical Center
1211 22nd Avenue South
Nashville, TN  37232

Dr. Sam Parrish
411 S.L Rogers Wells Blvd
Glasgow, KY 42141

Central Drug Center
102 Central Shopping Center
Campbellsville KY 42718


Dated:    March 7, 2008


**s/Leila H. Watson**
Leila H. Watson (ASB-3023-S74L)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone No.:  205-328-2200
Fax No.:  205-324-7896
Email:  lwatson@cwcd.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28) has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 7th day of March 2008.


**s/Leila H. Watson**

# EXHIBIT 1



**CORY WATSON**
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Glasgow Urgent Care
411 S.L Rogers Wells Blvd
Glasgow, KY 42141

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DeGaris, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Jason Campbell
303 Professional Park Drive
Glasgow KY  42141

      RE:     Vioxx Product Liability Litigation

Dear Dr. Campbell:

      My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                Very truly yours,

                Leila H. Watson

                Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
## CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Kenny Manion & Associates
411 S.L. Rogers Wells Blvd
Glasgow KY 42141

      RE:     Vioxx Product Liability Litigation

Dear Sir/Madam:

My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. John Asriel
1330 N. Race Street
Glasgow KY  42141

   RE:  Vioxx Product Liability Litigation

Dear Dr. Asriel:

   My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

   The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

   An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

   If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

       Very truly yours,

       Leila H. Watson

       Elizabeth A. Ellis

LHW/cfh
Enclosure



**CORY WATSON**
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Bobby Brooks
111 A Kingswood Drive
Campbellsville KY 42178

          RE:     Vioxx Product Liability Litigation

Dear Dr. Brooks:

         My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

         The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

         An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

         If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                              Very truly yours,

                              Leila H. Watson

                              Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
TJ Samson Community Hospital
1301 North Race Street
Glasgow, KY  42141

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

      My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                Very truly yours,

                Leila H. Watson

                Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.
ATTORNEYS AT LAW

January 4, 2008

**BY REGISTERED MAIL:**
Taylor Regional Hospital
1700 Old Lebanon Road
Campbellsville, KY  42718

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

      My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                      Very truly yours,

                      Leila H. Watson

                      Elizabeth A. Ellis

LHW/cfh
Enclosure



**CORY WATSON**
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**

Dr. Arthur Wheeler
Vanderbilt University Medical Center
1211 22nd Avenue South
Nashville, TN  37232

        RE:     Vioxx Product Liability Litigation

Dear Dr. Wheeler:

     My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

     The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

     An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

     If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                    Very truly yours,

                    Leila H. Watson

                    Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Sam Parrish
411 S.L Rogers Wells Blvd
Glasgow, KY 42141

RE:     Vioxx Product Liability Litigation

Dear Dr. Parrish:

My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

Very truly yours,

Leila H. Watson

Elizabeth A. Ellis

LHW/cfh
Enclosure



CORY WATSON CROWDER & DeGaris, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Central Drug Center
102 Central Shopping Center
Campbellsville KY 42718

        RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

      My firm represents Thelma B. Knifley, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Thelma B. Knifley, deceased, date of birth 6/2/1942.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                        Very truly yours,

                        Leila H. Watson

                        Elizabeth A. Ellis

LHW/cfh
Enclosure