IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | ) ) ) ) SECTION L ) JUDGE ELDON E. FALLON |
| This document relates to: | ) ) |
| ARTHUR FULTON AS ADMINISTRATOR OF THE ESTATE OF REBEKA KAYLA SCHULTZ FULTON, DECEASED, | ) ) ) ) CASE NO.   2:05 CV 0436 |
| Plaintiff, v. MERCK & CO., INC., Defendant(s). | ) ) ) ) ) ) ) |

## STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 28]

Pursuant to Pre-Trial Order No. 28, Plaintiff, Arthur Fulton as Administrator of the Estate of Rebeka Kayla Schultz Fulton, deceased, sent Document Preservation Notices to the following individuals and entities. Copies of the notices sent are attached and marked as Exhibit "1".

Alabama Power Company
600 18th Street North
Birmingham, AL 35203

Post Office
351 24th Street North
Birmingham, AL 35203

Richs
614 Brookwood Village
Birmingham, AL 35209

Parisian
750 Lakeshore Parkway
Birmingham, AL 35211

Dr. Jeanette Parchman
3550 Central Ave.
Hot Springs, AR 71913

Dr. Roy Puen
4501 Central Ave.
Hot Springs, AR 71913

Dr. David Wilhelm
5420 Highway 289 South, Ste 100
Birmingham, AL 35242

Dr. Fang Feng
St. Joseph's Regional Health Center
300 Werner Street
Hot Springs, AR 71913

St. Vincent's Hospital
2700 10th Avenue South
Birmingham, AL   35205

Healthsouth (UAB Highland)
1201 11th Avenue South
Birmingham, AL 35205

Dr. Paul R. Hug
3153 Cahaba Heights Rd.
Birmingham, AL 35243

Dr. Judith Favor
2700 10th Ave. S, Suite 103
Birmingham, AL 35205

Dr. Eugene Moor
Brookwood Medical Center
2022 Brookwood Medical Ctr, Dr., Suite 630
Birmingham, AL 35209

Dr. Chris Harmon
2100 16th Avenue South
Birmingham, AL 35205

Wal-Mart
5335 Highway 280
Birmingham, AL 35242-5317


Dated:   March 7, 2008


                    **s/Leila H. Watson**
                    Leila H. Watson (ASB-3023-S74L)
                    CORY, WATSON, CROWDER & DEGARIS, P.C.
                    Attorney for the Plaintiffs
                    2131 Magnolia Avenue
                    Birmingham, AL  35205
                    Telephone No.: 205-328-2200
                    Fax No.: 205-324-7896
                    Email:  lwatson@cwcd.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28) has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 7th day of March 2008.


                    **s/Leila H. Watson**

# EXHIBIT 1



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Alabama Power Company
600 18th Street North
Birmingham, AL 35203

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                              Very truly yours,

                              Leila H. Watson

                              Elizabeth A. Ellis

LHW/cfh
Enclosure



January 4, 2008

**BY REGISTERED MAIL:**
Post Office
351 24th Street North
Birmingham, AL 35203

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                                    Very truly yours,

                                    Leila H. Watson

                                    Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Richs
614 Brookwood Village
Birmingham, AL 35209

    RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                        Very truly yours,

                        Leila H. Watson

                        Elizabeth A. Ellis

LHW/cfh
Enclosure



## CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Parisian
750 Lakeshore Parkway
Birmingham, AL 35211

RE:   Vioxx Product Liability Litigation

Dear Sir/Madam:

My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

Very truly yours,

Leila H. Watson

Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Jeanette Parchman
3550 Central Ave.
Hot Springs, AR 71913

      RE:    Vioxx Product Liability Litigation

Dear Dr. Parchman:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Roy Puen
4501 Central Ave.
Hot Springs, AR 71913

      RE:    Vioxx Product Liability Litigation

Dear Dr. Puen:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. David Wilhelm
5420 Highway 289 South, Ste 100
Birmingham, AL 35242

      RE:    Vioxx Product Liability Litigation

Dear Dr. Wilhelm:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure


## CORY WATSON
CORY WATSON CROWDER & DeGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Fang Feng
St. Joseph's Regional Health Center
300 Werner Street
Hot Springs, AR 71913

      RE:    Vioxx Product Liability Litigation

Dear Dr. Feng:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
## CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
St. Vincent's Hospital
2700 10th Avenue South
Birmingham, AL   35205

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure


# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Healthsouth
1201 11th Avenue South
Birmingham, AL 35205

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                          Very truly yours,

                          Leila H. Watson

                          Elizabeth A. Ellis

LHW/cfh
Enclosure


# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Paul R. Hug
3153 Cahaba Heights Rd.
Birmingham, AL 35243

      RE:    Vioxx Product Liability Litigation

Dear Dr. Hug:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Judith Favor
2700 10th Ave. S, Suite 103
Birmingham, AL 35205

      RE:    Vioxx Product Liability Litigation

Dear Dr. Favor:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                                    Very truly yours,

                                    Leila H. Watson

                                    Elizabeth A. Ellis

LHW/cfh
Enclosure


# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Eugene Moor
Brookwood Medical Center
2022 Brookwood Medical Ctr, Dr., Suite 630
Birmingham, AL 35209

      RE:    Vioxx Product Liability Litigation

Dear Dr. Moor:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure



# CORY WATSON
### CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Dr. Chris Harmon
2100 16th Avenue South
Birmingham, AL 35205

      RE:    Vioxx Product Liability Litigation

Dear Dr. Harmon:

    My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

    The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

    An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf, or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

    If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

                          Very truly yours,

                          Leila H. Watson

                          Elizabeth A. Ellis

LHW/cfh
Enclosure


# CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.

January 4, 2008

**BY REGISTERED MAIL:**
Wal-Mart
5335 Highway 280
Birmingham, AL 35242-5317

      RE:    Vioxx Product Liability Litigation

Dear Sir/Madam:

      My firm represents Rebeka Fulton, deceased in a lawsuit filed against Merck and Co., Inc. to recover for injuries caused by the use of Vioxx. This letter is notice that you may have medical or employment records relevant to the Vioxx-related claims of Rebeka Fulton, deceased, date of birth 7/23/68.

      The United States District Court for the Eastern District of Louisiana is coordinating the Vioxx litigation, including this case. The court has ordered us to request that medical providers and employers preserve their records relating to our clients. It is not necessary to send a copy of the records. This is only a request that our client's records not be destroyed. Should it be necessary to purge the file, please contact us so we may inform the other parties and the Court.

      An excerpt of the relevant paragraphs of Pre-Trial Order No. 1, setting this obligation on the attorneys is enclosed. The entirety of Pre-Trial Order No. 1 is available at: http://vioxx.laed.uscourts.gov/orders/vioxxpto1.pdf , or by contacting our office. The Court entered a second order on November 9, 2007, (Pre-Trial Order No. 28), requiring us to formally give you this notice by registered mail.

      If you have any questions, please do not hesitate to contact us (Beth Ellis, 205-271-7153 or bellis@cwcd.com; Leila Watson, 205-271-7102 or lwatson@cwcd.com). Our legal assistant is Duane Steenson at 1-800-852-6299 or 205-271-7143 or dsteenson@cwcd.com. Thank you for your patience and attention to this matter.

      Very truly yours,

      Leila H. Watson

      Elizabeth A. Ellis

LHW/cfh
Enclosure