U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR - 7 2008

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30033

CV 05-1657-L

United States Court of Appeals
Fifth Circuit

**FILED**

March 4, 2008

Charles R. Fulbruge III
Clerk

PHILIP DAWSON; MARILYN DAWSON

Plaintiffs - Appellants

v.

MERCK AND COMPANY INC

Defendant - Appellee

-----------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
-----------------------

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of March 4, 2008, for want of prosecution.  The appellants failed to timely order transcripts and make financial arrangements with court reporter.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Misty Fontenot*
Misty Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana
MAR 0 4 2008

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 4, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

No. 08-30033 Dawson v. Merck and Co Inc
        USDC No.  2:07-CV-1259
                  2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Misty Fontenot, Deputy Clerk
    504-310-7716

cc: w/encl:
    Mr Kevin W Shepherd
    Mr James M Doran Jr

MDT-1