UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : |
| The Petition of Healthcare Recoveries, Inc., on Insurers for Pre-Action Deposition(s) Pursuant to Federal Rule of Civil Procedure 27(a) | : MDL 1657 : SECTION L : HONORABLE ELDON FALLON : MAGISTRATE KNOWLES : |

### PLAINTIFFS' STEERING COMMITTEE'S MOTION TO DISMISS THE VERIFIED PETITION OF HEALTHCARE RECOVERIES, INC.

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee ("PSC"), who upon suggesting to the Court that the Verified Petition of Healthcare Recovers, Inc. ("HRI") should be dismissed pursuant to Fed.R.Civ.P. 12(b)(1), (b)(6) and as more fully discussed in the attached supporting memoranda, which is incorporated herein by reference. This Court lacks jurisdiction to entertain HRI's Petition. For these reasons, HRI's Petition should be dismissed.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date: March 10, 2008     By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

1

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)


Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)


Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

(215) 592-1500 (telephone)  
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire  
Sanford Pinedo LLP  
2016 Bissonnet Street  
Houston, Texas 77005  
(713) 524-6677 (telephone)  
(713) 524-6611 (telecopier)

Drew Ranier, Esquire  
RANIER, GAYLE & ELLIOT, L.L.C.  
1419 Ryan Street

Lake Charles, LA 70601  
(337) 494-7171 (telephone)  
(337) 494-7218 (telecopier)

Mark Robinson, Esquire  
ROBINSON, CALCAGNIE & ROBINSON  
620 Newport Center Drive  
7th Floor  
Newport Beach, CA 92660  
(949) 720-1288 (telephone)  
(949) 720-1292 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of March, 2008.

/s/ Leonard A. Davis  
Leonard A. Davis (Bar No. 14190)  
***Herman, Herman, Katz & Cotlar, LLP***  
820 O'Keefe Ave.  
New Orleans, LA 70113  
PH:   (504) 581-4892  
FAX:  (504) 561-6024  
ldavis@hhkc.com