# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Iva Laws, et al. v. Merck & Co., Inc.* | * | |
| *Docket No. 2:06-cv-10175; only* | * | |
| *Regarding Adolph Loos* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Adolph Loos against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**