UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Bobby Myatt, et al. v. Merck & Co., Inc.* | * | |
| *Docket No. 2:06-cv-10158; only* | * | |
| *Regarding Herman Stegall* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Herman Stegall and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice, of all claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs. The claims of the remaining Plaintiffs shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| **BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.** | **STONE PIGMAN WALTHER WITTMANN, L.L.C.** |
| | |
| By: /s/ Benjamin L. Locklar | By: /s/ Dorothy H. Wimberly |
| Andy D. Birchfield, Jr. | Phillip A. Wittmann |
| Benjamin L. Locklar | Dorothy H. Wimberly |
| Post Office Box 4160 | 546 Carondelet Street |
| Montgomery, Alabama 36103 | New Orleans, Louisiana 70130 |
| (334) 269-2343 | (504) 581-3200 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2