UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCT LIABIILTY LITIGATION<br><br>ROXANNE DE LOS REYES, ET AL.<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | MDL DOCKET NO. 1657, SECTION L<br><br>DOCKET NO. 2:05cv06710<br><br>**STATEMENT OF NOTICES<br>TO PHARMACIES,<br>MEDICAL FACILITIES AND<br>HEALTHCARE PROVIDERS** |

COMES NOW, the Plaintiffs, ROXANNE DE LOS REYES, and GABRIEL DE LOS REYES, by and through their undersigned counsel and file this, their Statement of Notices to Pharmacies, Medical Facilities and Healthcare Providers, pursuant to Pre-Trial Order No. 28 which is attached as Exhibit "A".

_____
Attorney for Plaintiff(s)
Robert J. Fenstersheib, Esquire
The Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 West Hallendale Beach Blvd.
Hallendale Beach, Florida 33309
Phone (954) 456-2488
Fax (954) 457-2192
rjf@fenstersheib.com

In Re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana

This document relates to Roxanne De Los Reyes, Et. Al.
Docket # 2:05cv06710
Statement and Notice to Preserve Records
Page 2 of 3

## EXHIBIT "A"

## NOTICE TO PRESERVE RECORDS
## IN ACCORDANCE WITH PTO # 28
## SENT TO:

Harold Reinfeld, M.D.
18260 NE 19th Avenue
North Miami Beach, FL 33179

Mahboobeth Goltapeh, M.D.
3661 S Miami Avenue, # 904
Miami, FL 33133

Stephen E. Blythe, M.D.
4950 Le Jeune Road, Suite G
Coral Gables, FL  33146

Micheal A. Weitz, M.D.
Center for Arthritis & Rheumatic Disease
6150 Sunset Drive
Miami, FL 33143

In Re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana

This document relates to Roxanne De Los Reyes, Et. Al.
Docket # 2:05cv06710
Statement and Notice to Preserve Records
Page 3 of 3

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that the above and foregoing STATEMENT and NOTIFICATION PRESERVE RECORDS IN ACCORDANCE WITH PTO # 28, has been serve on Wilfred P. Coronado at Hughes, Hubbard & Reed, LLP, Phillip Wittman, Stone, Pigman, Walther, Wittmann, LLC, Liason Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order 18C, on this day 7th day of February, 2008.

_____
Attorney for Plaintiff(s),
Robert J. Fenstersheib, Esquire
The Law Offices of Robert J. Fenstersheib &
Associates, P.A.
520 West Hallendale Beach Blvd.
Hallendale Beach, Florida 33309
Phone (954) 456-2488
Fax (954) 457-2192
rjf@fenstersheib.com

Mailed to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Wilfred P. Coronato
Hughes, Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918