LAW OFFICES OF
**ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**

Corporate office & Correspondence Mail to:

| | | |
|---|---|---|
| * 1100 FIFTH AVENUE SOUTH<br>SUITE 201<br>NAPLES, FLORIDA 34102 | 520 West Hallandale Beach Blvd<br>Hallandale Beach, Florida 33009 | * FLAGLER CENTER<br>777 S. FLAGLER DR<br>Suite 800-WEST TOWER<br>W. PALM BEACH, Fl 33401 |
| * GAINESVILLE EXECUTIVE CENTER<br>309 NE FIRST STREET<br>GAINESVILLE, FLORIDA 32601 | Broward  954.456.2488<br>Fax         954.456.2588<br>1-800-Law-Man-8<br>*Available for consultation at these locations | Email:<br>info@Fenstersheib.com<br>www.TellRobert.com |

February 7, 2008

Harold Reinfeld, M.D.
18260 NE 19th Avenue
North Miami Beach, FL 33179

RE: PATIENT     : Roxanne De Los Reyes, DOB 05/29/1958
    OUR FILE #  : 21182-000

Dear Sir:

Please be advised we represent Roxanne De Los Reyes for injuries sustained in relation to ingestion of Vioxx.

In accordance with the enclosed Pre-Trial Orders # 1 and 28 we request that you preserve all records of any kind that pertain to Roxanne De Los Reyes for the period from January 1, 1995 to the present.

If you should have any questions, please do not hesitate to contact the undersign.

Very truly yours,

Law Offices of
ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.

Robert J. Fenstersheib, Esquire
For the Firm
RJF/jh

Enclosure

cc: Roxanne De Los Reyes

CERTIFIED MAIL
7006 2150 0000 7963 1557
RETURN RECEIPT