LAW OFFICES OF
**ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**

Corporate office & Correspondence Mail to:

| | | |
|---|---|---|
| * 1100 FIFTH AVENUE SOUTH<br>SUITE 201<br>NAPLES, FLORIDA 34102 | 520 West Hallandale Beach Blvd<br>Hallandale Beach, Florida 33009 | * FLAGLER CENTER<br>777 S. FLAGLER DR<br>Suite 800-WEST TOWER<br>W. PALM BEACH, Fl 33401 |
| * GAINESVILLE EXECUTIVE CENTER<br>309 NE FIRST STREET<br>GAINESVILLE, FLORIDA 32601 | Broward  954.456.2488<br>Fax        954.456.2588<br>1-800-Law-Man-8 | Email:<br>info@Fenstersheib.com<br>www.TellRobert.com |

*Available for consultation at these locations

February 7, 2008

Stephen E. Blythe, M.D.
4950 Le Jeune Road, Suite G
Coral Gables, FL 33146

RE:   Roxanne De Los Reyes v. Merck & Co,

Dear Dr. Blythe:

Please be advised we represent Roxanne De Los Reyes for injuries sustained in relation to ingestion of Vioxx.

In accordance with the enclosed Pre-Trial Orders # 1 and 28 we request that you preserve all records of any kind that pertain to Roxanne De Los Reyes for the period from January 1, 1995 to the present.

If you should have any questions, please do not hesitate to contact the undersign.

Very truly yours,

Law Offices of
ROBERT J. FENSTERSHEIB ASSOCIATES, P.A.

Robert J. Fenstersheib, ESQUIRE
For the firm
RJF/jh

Enclosure

cc: Roxanne De Los Reyes

Certified Mail
7006 2150 000 7963 1571
Return Receipt Requested