## LAW OFFICES OF
## ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.

* 1100 FIFTH AVENUE SOUTH
SUITE 201
NAPLES, FLORIDA 34102

* GAINESVILLE EXECUTIVE CENTER
309 NE FIRST STREET
GAINESVILLE, FLORIDA 32601

Corporate office & Correspondence Mail to:
520 West Hallandale Beach Blvd
Hallandale Beach, Florida 33009

Broward   954.456.2488
Fax       954.456.2588
1-800-Law-Man-8

*Available for consultation at these locations

* FLAGLER CENTER
777 S. FLAGLER DR
Suite 800-WEST TOWER
W. PALM BEACH, Fl 33401

Email:
info@Fenstersheib.com
www.TellRobert.com

February 7, 2008

Mahboobeth Goltapeh, M.D.
3661 S Miami Avenue, # 904
Miami, FL 33133

RE: PATIENT   : Roxanne De Los Reyes, DOB 05/29/1958
    OUR FILE # : 21182-000

Dear Sir:

Please be advised we represent Roxanne De Los Reyes for injuries sustained in relation to ingestion of Vioxx.

In accordance with the enclosed Pre-Trial Orders # 1 and 28 we request that you preserve all records of any kind that pertain to Roxanne De Los Reyes for the period from January 1, 1995 to the present.

If you should have any questions, please do not hesitate to contact the undersign.

Very truly yours,

Law Offices of
ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.

Robert J. Fenstersheib, Esquire
For the Firm
RJF/jh

Enclosure

cc: Roxanne De Los Reyes

CERTIFIED MAIL
7006 2150 0000 7963 1564
RETURN RECEIPT