UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION
This Document Relates to:

MDL No. 1657, SECTION L

Honorable Judge Fallon
Magistrate Judge Knowles

ROXANNE DE LOS REYES and
GABRIEL DE LOS REYES, her husband,

CASE NO. 2:05CV06710

       Plaintiffs

vs.

MERCK & CO., INC.

       Defendant
_____/

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Robert J. Fenstersheib, Esquire, as counsel of record moves on behalf of The Law Offices of Robert J. Fenstersheib, P.A., and presents its Motion to Withdraw as Counsel for the Claimant, ROXANNE DE LOS REYES AND GABRIEL DE LOS REYES in the above referenced matter. In support of this motion, the undersigned states as follows:

1. Plaintiff and the above named counsel have reached an impasse with regard to the proceedings in this case. Plaintiff and counsel have fundamentally disagreed concerning the merits of Plaintiff's claim. Specifically, the undersigned cannot assist Plaintiff in proceeding with trial. Plaintiff's counsel had made numerous attempts to explain this position to the Plaintiff and to suggest alternative courses of action, none of which are agreeable to the Plaintiff. Therefore, Plaintiff's counsel has no choice but to ask this Honorable Court to allow Robert J. Fenstersheib, to withdraw as counsel of record.

2:05cv06710
Motion to Withdraw

2.     Written notice of the filing of this Motion and proposed Order will be sent via Federal Express, with delivery requiring signature, to Plaintiff's last known mailing address.

WHEREFORE, the undersigned respectfully requests on behalf of Robert J. Fenstersheib, and The Law Offices of Robert J. Fenstersheib, PA., the Court grant their motion to withdraw as counsel of record in this matter.

Respectfully submitted this 20th day of February, 2008

_____
Robert J. Fenstersheib, Esquire
FLA BAR NO. 307300
LAW OFFICES OF
ROBERT J. FENSTERSHEIB, P.A.
520 West Hallandale Beach Boulevard
Hallandale Beach, Fl 33009
(954) 456-2488; FAX: (954) 456-2588

Attorney for Plaintiffs

2:05cv06710
Motion to Withdraw

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND PROPOSED ORDER have been served on Roxanne De Los Reyes and Gabriel De Los Reyes via standard mail and Federal Express Priority Overnight Airbill # 8639 0895 3787 Direct signature requested at, 17795 SW 158th Street, Miami, Florida 33187, Catherine Whitfield, Squire, Sanders & Dempsy LLP 200 South Biscayne Boulevard, Suite 4000, Miami, Florida 33131-2398, via U.S. Mail and Facsimile to (305) 577-7001, Wilfred P. Coronado, at Hughes, Hubbard & Reed, LLP, Phillip Wittman, Stone, Pigman, Walther, Wittmann LLC, Russ Herman, Herman, Herman Katz & Cotlar, LLP by U.S. Mail and and Lexis Nexis File and Serve.

_____
Robert J. Fenstersheib, Esquire,
FLA BAR NO. 307300
LAW OFFICES OF
ROBERT J. FENSTERSHEIB, P.A.
520 West Hallandale Beach Boulevard
Hallandale Beach, Fl 33009
(954) 456-2488; FAX: (954) 456-2588
rjf@fenstersheib.com

Attorney for Plaintiffs

2:05cv06710
Motion to Withdraw

Service Mailed to:

Roxanne De Los Reyes and Gabriel De Los Reyes
17795 SW 158th Street
Miami, Florida 33187

Catherine Whitfield
Squire, Sanders & Dempsy LLP
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131-2398

Wilfred P. Coronato
Hughes, Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 7013