## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION
This Document Relates to:

MDL No. 1657, SECTION L

Honorable Jude Fallon
Magistrate Judge Knowles

ROXANNE DE LOS REYES and
GABRIEL DE LOS REYES, her husband,

CASE NO. 2:05CV06710

       Plaintiffs

vs.

MERCK & CO., INC.

       Defendant

_____/

## ORDER

Upon due consideration of the MOTION TO WITHDRAW as plaintiffs' counsel of

record, by Robert J. Fenstersheib, Esquire, and The Law Office of Robert J. Fenstersheib &

Associates, P.A., and for good cause shown, the Court finds the motion to be well-taken, and

same is **GRANTED.**

IT IS THEREFORE ORDERED, AND ADJUDGED AND DECREED THAT Robert J.

Fenstersheib, Esquire, Esquire and The Law Office of Robert J. Fenstersheib & Associates, P.A.

are withdrawn as counsel of record for plaintiffs, Roxanne De Los Reyes and Gabriel De Los

Reyes.

IT IS SO ORDERED.

DATED:_____

                                 _____
                                 Judge Eldon E. Fallon
                                 United States District Court Judge