**MINUTE ENTRY**
**FALLON, J.**
**MARCH 11, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Healthcare Recoveries, Inc. v. Merck & Co., Inc.*, Case No. 08-1068

    A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Russ Herman, Leonard Davis, Arnold Levin and Fred Longer participated on behalf of the Plaintiffs' Steering Committee (the "PSC"); Douglas Marvin participated on behalf of Merck & Co., Inc.; Steven Phillips participated on behalf of Healthcare Recoveries, Inc. The parties discussed the PSC's Motion to Dismiss the Verified Complaint of Healthcare Recoveries, Inc. (Rec. Doc. No. 13627)

    IT IS ORDERED that the motion shall be set for hearing on March 25, 2008, at 9:00 a.m. Any opposition to the motion by Healthcare Recoveries shall be filed no later than March 19, 2008, and any reply by the PSC and/or Merck shall be filed no later than March 21, 2008.

1



JS10(00:05)