# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Watson, Polly et al. v. Merck & Co.,* | * | KNOWLES |
| *Inc.,* Docket Number 2:05-cv-04319; and | * | |
| only regarding Joslyn Cannon. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each

party to bear its own costs, and subject the terms and conditions of the parties'

Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

DISTRICT JUDGE