IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO:<br><br>NICHOLAS JONES and JANE WYKOFF-JONES, individually and on behalf of their marital community,<br>                                          Plaintiffs,<br>v.<br><br>Merck & Co., Inc.<br>                                          Defendant. | Civil Action No: 2:07-cv-00740 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to LR 83.2.11, Kim Williams and the firm of Williamson & Williams ("WW") and Amy Hanson and the firm of Keller Rohrback, L.L.P. ("KR") move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiffs in this matter for the reason that WW and KR can no longer effectively represent Plaintiffs due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. The subject claims are not eligible for the proposed Vioxx Resolution Program and there is no trial date. Preservation notices required by Pretrial Order No. 28 were timely sent, and the Statement of Notices Sent was served March 11, 2008. The next applicable deadline is the Discovery Deadline of May 1, 2008 set forth in Pretrial Order No. 28.

Written notice of the filing of this motion was sent this date via certified mail to

WILLIAMSON & WILLIAMS
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com

Plaintiffs' last known mailing address which is 4457 – 44th Avenue SW, #203, Seattle, WA 98116.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

RESPECTFULLY SUBMITTED this 11th day of March 2008.

WILLIAMSON & WILLIAMS

By /s/ Kim Williams

Kim Williams, WSBA No. 9077
Rob Williamson, WSBA No. 11387
Attorneys for Plaintiffs Nicholas Jones and Jane Wykoff–Jones
WILLIAMS & WILLIAMS
187 Parfitt Way SW, #250
Bainbridge Island, WA 98110
Telephone: 206-780-4447
Facsimile: 206-780-5557
kim@williamslaw.com
roblin@williamslaw.com

KELLER ROHRBACK L.L.P.

By /s/ Amy Hanson
Amy N.L. Hanson
WSBA No. 28589
Attorneys for Plaintiffs Nicholas Jones and Jane Wykoff-Jones
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98104
Telephone: 206-623-1900
Facsimile: 206-623-3384
ahanson@kellerrohrback.com

WILLIAMSON & WILLIAMS
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Withdraw as Attorney of Record and (Proposed) Order have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of March, 2008.

By /s/ Kim Williams

Kim Williams, WSBA No. 9077
Rob Williamson, WSBA No. 11387
Attorneys for Plaintiffs Nicholas Jones and Jane Wykoff-Jones
WILLIAMS & WILLIAMS
187 Parfitt Way SW, #250
Bainbridge Island, WA 98110
Telephone: 206-780-4447
Facsimile: 206-780-5557
kim@williamslaw.com
roblin@williamslaw.com

WILLIAMSON & WILLIAMS
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com