IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>         Products Liability Litigation | MDL No. 1657 |
| | Section L |
| | Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO:<br><br>NICHOLAS JONES and JANE WYKOFF-JONES, individually and on behalf of their marital community,<br>                                        Plaintiffs,<br>v.<br>Merck & Co., Inc.<br>                                        Defendant. | Civil Action No: 2:07-cv-00740 |

## ORDER

Upon due consideration of Plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that the law firms of Williamson & Williams and Keller Rohrback L.L.P. are withdrawn as attorneys for Plaintiffs.

IT IS SO ORDERED.

DATED: _____, 2008.

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana



WILLIAMSON & WILLIAMS
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com