UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 MAR 10 PM 1: 40
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY ACTION | ) ) ) | MDL Docket No. 1657 |
| | ) | Section: L |
| *This Document Relates to:* *All Class Actions* | ) ) | Judge Fallon |
| | ) ) | Mag. Judge Knowles |

### NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS

Please take notice that, effective immediately, the new contact information for Attorney Paul T. Boudreaux will be as follows:

> Paul T. Boudreaux
> THE RICHARDSON LAW FIRM, P.C.
> 6450 South Lewis Avenue, Suite 300
> Tulsa, Oklahoma 74136
> Telephone:    918-492-7674
> Facsimile:    918-493-1925
> E-mail:       pboudreaux@rlfok.com

All notices, correspondence and other information regarding the above-styled case to be forwarded to the new address.

Respectfully Submitted,

Dated: March 4, 2008

Paul T. Boudreaux, OBA #990
THE RICHARDSON LAW FIRM, P.C.
6450 South Lewis Avenue, Suite 300
Tulsa, Oklahoma 74136
Telephone:    918-492-7674
Facsimile:    918-493-1925

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

ORIGINAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___4th___ day of March, 2008, a true and correct copy of the foregoing instrument was mailed with proper postage prepaid thereon to:

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
Defendant's Liaison Counsel

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
phone: 504-581-4892
fax: 504-561-6024
Plaintiffs' Liaison Counsel

_____
For The Richardson Law Firm