UNITED STATES DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, RICHARD F. CORE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO.,<br><br>Defendant. | Case Nos.:<br>2:05-CV-6221<br>2:05-CV-2583<br>2:05-CV-1089<br>2:05-MD-1657<br><br><br><br>**DESIGNATION OF**<br>**RECORD ON APPEAL** |

TO THE CLERK:

Plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates and Richard F. Core, hereby designate the following record on appeal to the United States Court of Appeals for the Fifth Circuit:

| **Date** | **Document #** | **Description** |
|---|---|---|
| 11/09/2007 | 12962 | PRETRIAL ORDER #28 - Prima Facie Evidence of Usage, Injury and Causation, with Attachments #1 and #2. |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29 - Rules and procedures relating to all cases transferred on or after 11/9/07, with Attachments #1 and #2. |
| 11/09/2007 | 12964 | PRETRIAL ORDER #30 - Staying activity in this MDL with certain exceptions as stated herein. |
| 11/09/2007 | 12965 | PRETRIAL ORDER #31 - Registration of Claims. |

| Date | Doc # | Description |
|---|---|---|
| 12/04/2007 | 13040 | PRETRIAL ORDER #31(A) clarifying the filing and service of registration affidavits. |
| 12/10/2007 | 13071 | PRETRIAL ORDER NO. 33 - Pro Se Plaintiff Registration and Enrollment Re: Settlement. |
| 12/10/2007 | 13075 | NOTICE OF APPEAL by Plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates, Charlotte Fishetti and Richard F. Core as to 12962 Pretrial Order #28, 12965 Pretrial #31. |
| 12/13/2007 | 13097 | AMENDED NOTICE OF APPEAL by Plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates, and Richard F. Core as to 12962 Pretrial Order #28, 12965 Pretrial #31. |
| 01/18/2008 | 13262 | PRETRIAL ORDER #28A - Amendment to Permitted Means of Service for Preservation Notices for cases filed on or before 11/9/2007 that are not enrolled in the Settlement Program. |
| 02/19/2008 | 13394 | JOINT REPORT NO. 32 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL |
| 02/25/2008 | 13486 | ORDER OF USCA granting an extension of time to and including 3/31/2008 for filing the notice of certified record as to 13097 Amended Notice of Appeal, filed by Plaintiff. |

Dated: March 10, 2008

_____
Ronald R. Benjamin (Fed.Bar #101131)
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

## SERVICE LIST

Phillip A. Wittmann, Esq.
Dorothy H. Wimberly, Esq.
Anthony M. DiLeo, Esq.
Stone Pigman Walther Wittmann, LLC
Defendants' Liaison Counsel
546 Carondelet Street
New Orleans, Louisiana 70130
dwimberly@stonepigman.com

Douglas R. Marvin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Theodore V.H. Mayer, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

John H. Beisner, Esq.
O'Melveny & Meyers LLP
1625 Eye Street
Washington, DC 20006

Richard C. Stanley, Esq.
Stanley, Flanagan, & Reuter, LLC
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112