UNITED STATES DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, RICHARD F. CORE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO.,<br><br>Defendant. | Case Nos.:<br>2:05-CV-6221<br>2:05-CV-2583<br>2:05-CV-1089<br>2:05-MD-1657 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing Designation of Record on Appeal, with the Clerk of the District Court using the CM/ECF system, which sent notification to the following:

1. Phillip A. Wittmann, Esq., Dorothy H. Wimberly, Esq., Anthony M. DiLeo, Esq., Stone Pigman Walther Wittmenn, LLC, 546 Carondelet Street, New Orleans, LA 70130.

2. Douglas R. Marvin, Esq., Williams & Connolly, LLP, 725 Twelfth Street, NW, Washington, DC 20005

3. Theodore V.H. Mayer, Esq., Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004

 4. John H. Beisner, Esq., O'Melveny & Meyers LLP, 1625 Eye Street, Washington, DC 20006

 5. Richard C. Stanley, Esq., Stanley, Flanagan & Reuter, LLC, LL&E Tower, 909 Poydras Street, Suite 2500, New Orleans, 70112

Dated: March 11, 2008
   Binghamton, New York

*[signature]*

RONALD R. BENJAMIN
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Appellants
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442
Federal Bar Roll No.: 101131