UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| O'Bryan;   2:06-CV-2070 | ) | |
| Roberts;   2:05-CV-6515 | ) | |
| McDonald;   2:06-CV-0757 | ) | |
| Glass;   2:06-CV-0783 | ) | |
| Macy;   2:06-CV-1953 | ) | |
| Logsdon;   2:06-CV-1960 | ) | |
| Noe;   2:06-CV-2073 | ) | |
| Rittenhouse;   2:06-CV-1965 | ) | |
| Gill;   2:06-CV-1946 | ) | |
| Allen;   2:05-CV-6138 | ) | |
| James;   2:06-CV-1948 | ) | |
| Hendershot;   2:05-CV-6134 | ) | |
| Bragg;   2:06-CV-1906 | ) | |
| Smith;   2:06-CV-1937 | ) ) | |

**NOTICE OF FIRM NAME AND ADDRESS CHANGE**

Please take note that the attorneys for the Defendant Practitioners in the above cases should now be contacted at the following firm name and address:

Fulkerson, Nichols & Kinkel, PLLC
239 North Broadway
Lexington, KY 40507
Tel. No.: (859) 253-0523
Fax. No.: (859) 254-2098

1

Respectfully submitted,

FULKERSON, NICHOLS & KINKEL, PLLC

239 North Broadway
Lexington, KY 40507
Tel. No.: (859) 253-0523

_____/s/ David A. Trevey_____
MELANIE S. MARRS
MMarrs@fnklaw.net
DAVID A. TREVEY (KBA #90535)
DTrevey@FNKlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Name and Address Change has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 12th day of March, 2008.

_____/s/ David A. Trevey_____
MELANIE S. MARRS
DAVID A. TREVEY (KBA #90535)
FULKERSON, NICHOLS & KINKEL, PLLC
239 North Broadway
Lexington, KY 40507
Tel. No.: (859) 253-0523