UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| THIS RELATES TO: | * | JUDGE FALLON |
| **Plaintiff: Adrianne Collins v.** | * | MAG. JUDGE KNOWLES |
| **Merck & Co., Inc., No. 05-2756** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiff, Adrianne Collins, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**  Rite Aid Pharmacy
3401 St. Charles Ave.
New Orleans, LA 70115

**MEDICAL PROVIDERS:**  Dr. Joseph Brenner
3434 Prytania Street
Suite 460
New Orleans, LA 70115

Culicchia Neurological Clinic
1111 Medical Center Blvd.
Suite S750
Marrero, LA 70072

Doctor's Hospital of Dallas
9940 Poppy Drive
Dallas, TX 75218

Dr. John Friedberg
3434 Prytania Street
New Orleans, LA 70115

John Peter Smith Hospital
1500 S. Main Street
Fort Worth, TX 76104

Medical Center of Louisiana at New Orleans
1541 Tulane Avenue
New Orleans, LA 70112

Touro Infirmary
1401 Foucher Street
New Orleans, LA 70115

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

**CERTIFICATE OF SERVICE**

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the 12th day of March, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes,

2

Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC: vioxx@hhkc.com

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082