# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Rite Aid
3401 St. Charles Avenue
New Orleans, LA 70115
Attn:   Records Dept.

Re:   **Notice of Preservation of Records**
Adirianne Collins
Soc. Sec. #:  xxx-xx-1570
d/o/b:  7/5/53

Dear Records Custodian:

Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie





# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Joseph Brenner
3434 Prytania St. Ste. 460
New Orleans, LA 70115

        Re: **Notice of Preservation of Records**
             Adirianne Collins
             Soc. Sec. #: xxx-xx-1570
             d/o/b: 7/5/53

Dear Dr. Brenner:

        Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damien Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Culicchia Neurological Clinic
1111 Medical Center Blvd. S750
Marrero, LA 70072
Attn:   Medical Records Dept.

Re:   **Notice of Preservation of Records**
Adiranne Collins
Soc. Sec. #: xxx-xx-1570
d/o/b: 7/5/53

Dear Records Custodian:

Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Doctor's Hospital of Dallas
9940 Poppy Dr.
Dallas, TX 75218
Attn:   Medical Records Dept.

Re:   **Notice of Preservation of Records**
Adiranne Collins
Soc. Sec. #:  xxx-xx-1570
d/o/b:  7/5/53

Dear Records Custodian:

Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. John Friedberg
3434 Prytania St.
New Orleans, LA 70115

Re: **Notice of Preservation of Records**
Adirianne Collins
Soc. Sec. #: xxx-xx-1570
d/o/b: 7/5/53

Dear Dr. Friedberg:

Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

John Peter Smith Hospital
1500 S. Main Street
Ft. Worth, TX 76104
Attn:   Medical Records Dept.

    Re:   **Notice of Preservation of Records**
            Adiranne Collins
            Soc. Sec. #:  xxx-xx-1570
            d/o/b:  7/5/53

Dear Records Custodian:

    Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Medical Center of Louisiana at New Orleans
1541 Tulane Avenue
New Orleans, LA 70112
Attn:   Medical Records Dept.

Re:   **Notice of Preservation of Records**
Adiranne Collins
Soc. Sec. #: xxx-xx-1570
d/o/b: 7/5/53

Dear Records Custodian:

Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Touro Infirmary
1401 Foucher St.
New Orleans, LA 70115
Attn:   Medical Records Dept.

   Re: **Notice of Preservation of Records**
     Adirianne Collins
     Soc. Sec. #: xxx-xx-1570
     d/o/b: 7/5/53

Dear Records Custodian:

  Please be notified that you may have records relevant to Adrianne Collins' claim in MDL Proceeding No. 1657 and that any records relevant to Adrianne Collins must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Collins. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

