UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiffs: John Creel, Sr. and his wife,** | * | |
| **Mary Creel v. Merck & Co., Inc.** | * | MAG. JUDGE KNOWLES |
| | * | |
| **No. 05-3746** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiffs, John Creel, Sr. and his wife, Mary Creel, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:** Medco Health Solutions
P. O. Box 98870
Las Vegas, NV 89193

**MEDICAL PROVIDERS:** Dr. Frank Deus
1111 Medical Center Blvd.
Suite N313
Marrero, LA 70072

Dr. Terrence D'Souza
200 W. Esplanade Avenue
Suite 401
Kenner, LA 70065

East Jefferson General Hospital
4200 Houma Blvd.
Metairie, LA 70006

Dr. Dana Fouchi
613 Williams Blvd.
Kenner, LA 70062

Dr. Juan Lastra
4300 Houma Blvd.
Suite 301
Metairie, LA 70006

Dr. Nick Moustoukas
2633 Napolean Avenue
New Orleans, LA 70115

Dr. Maria Palmer
3939 Houma Blvd.
Metairie, LA 70006

Dr. Pedro Romaguera
3415 Williams Blvd.
Kenner, LA 70065

Dr. David Silver
4720 I-10 Service Road
Suite 501
Metairie, LA 70001

West Calcasieu Cameron Hospital
701 Cypress Street
Sulphur, LA 70663

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033

2

Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the 12th day of _March_, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC: vioxx@hhkc.com

_[signature]_
John Paul Massicot, Bar No. 9035
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

3