## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Medco Health Solutions
P.O. Box 98870
Las Vegas, NV 89193
Attn:   Records Dept.

### Notice of Preservation of Records
John Creel
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



**PLAINTIFF'S EXHIBIT 1**

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI  
JOHN PAUL MASSICOT  
ANTHONY L. MARINARO  
DAMIEN SAVOIE

TELEPHONE 504.482.3400  
FACSIMILE 504.488.6082  
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Frank Deus  
1111 Medical Center Blvd, Ste N313  
Marrero, LA 70072

**Notice of Preservation of Records**
John Creel  
Soc. Sec. #: xxx-xx-5871  
d/o/b: 1/19/39

Dear Dr. Deus:

    Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Danie Savoie*

Frank A. Silvestri  
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Terrence D'Souza
200 West Esplanade Ste 401
Kenner, LA 70065

### Notice of Preservation of Records
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. D'Souza:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

East Jefferson General Hospital
4200 Houma Blvd.
Metairie, LA 70006
Attn:   Medical Records Dept.

### Notice of Preservation of Records
John Creel
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Dana Fouchi
613 Williams Blvd.
Kenner, LA 70062

**Notice of Preservation of Records**
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Fouchi:

    Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Juan Lastra
4300 Houma Blvd. Ste. 301
Metairie, LA 70006

**Notice of Preservation of Records**
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Lastra:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Nick Moustoukas
2633 Napoleon Avenue
New Orleans, LA 70115

### Notice of Preservation of Records
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Moustoukas:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Maria Palmer
3939 Houma Blvd.
Metairie, LA 70006

**Notice of Preservation of Records**
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Palmer:

    Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Pedro Romaguera
3415 Williams Blvd.
Kenner, LA 70065

### Notice of Preservation of Records
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Romaguera:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. David Silver
4720 I-10 Service Road Ste 501
Metairie, LA 70001

### Notice of Preservation of Records
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Silver:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

West Calcasieu Cameron Hospital
701 Cypress St.
Sulphur, LA 70663
Attn:   Medical Records Dept.

### Notice of Preservation of Records
John Creel
Soc. Sec. #: xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to John Creel's claim in MDL Proceeding No. 1657 and that any records relevant to John Creel must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Creel. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

