UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *James Franklin v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (E.D. La. Case No. 07-2073) | ) | |
| | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW**

Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel Stone Pigman Walther Wittmann L.L.C. and Wheeler Trigg Kennedy LLP, and pursuant to Local Rule 83.2.11, moves the Court for an Order allowing one of its counsel, Carey Taylor-Markel, to withdraw as attorney of record for Merck in the above-captioned matter.  In support of this motion, Merck states:

1. Ms. Taylor-Markel is one of several attorneys who entered an appearance on behalf of defendant Merck in this matter.  At the time of her entry of appearance, Ms. Taylor-Markel was associated with the law firm of Wheeler Trigg Kennedy LLP.  Ms. Taylor-Markel has since resigned from that firm, and therefore seeks to withdraw her appearance on behalf of Merck.

2. Wheeler Trigg Kennedy LLP continues to represent Merck in this matter.

3. No party hereto will be prejudiced by the granting of this Motion, as John R. Trigg and Andrew H. Myers of Wheeler Trigg Kennedy LLP remain counsel of record for Merck.

WHEREFORE, Defendant Merck respectfully requests the Court enter an Order allowing Carey Taylor-Markel to withdraw as counsel of record for Defendant Merck in this matter.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, #13625
Dorothy H. Wimberly, #18509
Carmelite M. Bertaut, #3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

John R. Trigg
Andrew H. Myers
Wheeler Trigg Kennedy LLC
1801 California Street, Suite 3600
Denver, CO  80202
Phone:  303-244-1800
Fax:     303-244-1879

Counsel for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing TITLE has been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

          /s/ Dorothy H. Wimberly
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:     504-581-3361
          dwimberly@stonepigman.com

          Defendants' Liaison Counsel