UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Vern Accord, et al .v.* | * | **MAGISTRATE JUDGE** |
| *Merck & Co., Inc.; Docket No.* | * | **KNOWLES** |
| *05-4448, regarding Plaintiff Bruce* | * | |
| *Spears only* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Bruce Spears against defendant Merck &

Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its

own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
**DISTRICT JUDGE**

916206v.1