UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * |
| **This Document Relates to:** <br> *Estate of Doris Burnett v. Merck & Co., Inc.,* <br> *Case No. 2:08-cv-257* | * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiff, Estate of Doris Burnett ("Plaintiff"), brought by and through the Administratrix Monique Burnett, through the respective undersigned counsel, as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

2. Each party is to bear its own costs and attorneys' fees.

DATED, this the 10th of March, 2008.

_____
Levi Boone, III (MB #3686)
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732-1772

ATTORNEY FOR PLAINTIFF


_____
Christy D. Jones (MB #3192)
Anita Modak-Truran (MB #99422)
Alyson B. Jones (MB # 101456)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2