UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | *  MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *  SECTION L |
| This document relates to: | *  JUDGE FALLON |
| The Petition of Healthcare Recoveries, Inc., on Behalf of, and in Coordination with Numerous Health Insurers for Pre-Action Deposition(s) Pursuant to Federal Rule of Civil Procedure 27(a), No. 08-1068 | *  MAGISTRATE JUDGE KNOWLES |

**************************************

**NOTICE OF HEARING ON MERCK & CO., INC.'S MOTION TO DISMISS**

Please take notice that the Merck & Co., Inc.'s Motion to Dismiss dismiss the Petition of Healthcare Recoveries, Inc. will be brought on for hearing on the 25th day of March, 2008, immediately following the 9:00 a.m. monthly status conference, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                                                                        Respectfully submitted,

                                                                        */s/ Dorothy H. Wimberly*
                                                                        Phillip A. Wittmann, 13625
                                                                        Dorothy H. Wimberly, 18509
                                                                        STONE PIGMAN WALTHER
                                                                        WITTMANN L.L.C.
                                                                        546 Carondelet Street
                                                                        New Orleans, LA 70130

                                                                        Defendants' Liaison Counsel

916364v.1

2

And

John H. Beisner
Jessica Davidson Miller
Richard Rose
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

2

916364v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Steven Phillips, counsel for HRI, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel