UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Delores T. Warner and Francis D. Warner* | * | MAGISTRATE JUDGE |
| *v. Merck & Co., Inc.;* | * | KNOWLES |
| *Docket No.2:05-cv-06232* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiffs Delores T. Warner and Francis D. Warner against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
**DISTRICT JUDGE**

912001v.1