UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUBY PERDUE and
BILLIE PERDUE,                                              Plaintiffs,

v.                                         MDL Docket No.: 1657
                                           Civil Action No.: 05-1590

MERCK & CO., INC.,                                          Defendant.

## STIPULATION OF DISMISSAL FOR RUBY PERDUE, BILLIE PERDUE, VAUGHN FARMER, BETTY FOX, LARRY D. HAIRSTON, ELMER LEFLER, SARAH PETTREY AND KATHY J. TABOR

The undersigned counsel hereby stipulates that all claims of the Plaintiffs, Ruby Perdue and Billie Perdue in the case styled Ruby Perdue and Billie Perdue v. Merck & Co., Inc., MDL Docket No. 1657, Civil Action No. 05-1590 and the claims of Vaughn Farmer, Betty Fox, Larry D. Hairston, Elmer Lefler, Sarah Pettrey and Kathy J. Tabor in which no suit was filed but a claim was made in the Vioxx MDL against the Defendant Merck & Co., Inc. be dismissed with prejudice in their entirety and each party is to bear its own cost.

Dated this 12th day of March, 2008.

Prepared By:

*/s/ J. Franklin Long*
_____
J. FRANKLIN LONG
Counsel for Ruby Perdue, Billie Perdue,
Vaughn Farmer, Betty Fox, Larry D. Hairston,
Elmer Lefler, Sarah Pettrey and Kathy J. Tabor
727 Bland Street
Bluefield, WV 24701
WV Bar ID #2237
(304) 327-5544
(304) 325-8854 (fax)
joe@jfranklinlong.com


Approved By:

*/s/ Dorothy H. Wimberly*
_____
DOROTHY WIMBERLY
Counsel for Merck & Co., Inc.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
(504) 581-3361 (fax)
dwimberly@stonepigman.com

LAW OFFICES OF

**J. FRANKLIN LONG**
727 BLAND STREET
BLUEFIELD, WV 24701
PHONE: (304) 327-5544

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2