UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
  *DeMeerleer, et al. v. Merck & Co., Inc.*, **Case No. 07-7513;**
  *Jackson, et al. v. Merck & Co., Inc.*, **Case No. 07-9138; and**
  *Durham, et al. v. Merck & Co., Inc.*, **Case No. 07-9196**

## ORDER TO SHOW CAUSE

On December 12, 2007, the Court, in accordance with Pre-Trial Order No. 26, determined that the claims in the cases listed above were misjoined and must be severed into individual suits. Accordingly, the Court ordered plaintiffs' counsel to file a new complaint for each plaintiff within thirty (30) days with the Clerk of Court for the Eastern District of Louisiana. (Rec. Doc. No. 2 on each docket) The thirty day period prescribed by the Order has elapsed and plaintiffs' counsel in the above listed cases have failed to comply with the Court's Order.

1

Accordingly, IT IS ORDERED that Plaintiffs' Counsel shall APPEAR AND SHOW CAUSE on March 25, 2008, at 9:00 a.m. in the Courtroom of Judge Eldon E. Fallon as to why these cases should not be dismissed for failure to comply with the Court's Orders. The Court directs the Plaintiffs' Liaison Counsel to contact plaintiffs' counsel in these cases to attempt to resolve these issues in advance of March 25, 2008.

New Orleans, Louisiana, this 12th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:   Turner Branch
      Branch Law Firm
      1424 K Street, N.W., 6th Floor
      Washington, D.C. 20005

      Margaret Moses Branch
      Richard A. Sandoval
      Branch Law Firm
      2025 Rio Grande Blvd., NW
      Albuquerque, NM 87104

      Tim K. Goss
      Capshaw, Goss & Bowers, LLP
      3031 Allen St., Suite 200
      Dallas, TX 75204

      Tamara L. Banno
      Law Offices of Ben C. Martin
      Bank of America Plaza
      901 Main St., Suite 2602
      Dallas, TX 75202

      Plaintiffs' Liaison Counsel

      Defendant's Liaison Counsel