UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiff: Lottie Daugird v.** | * | MAG. JUDGE KNOWLES |
| **Merck & Co., Inc.** | * | |
| | * | |
| No. 07-1249 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiff, Lottie Daugird, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**  C's Pharmacy
1401 Veterans Memorial Blvd.
Metairie, LA 70002

C's Pharmacy
4650 W. Esplanade Ave.
Metairie, LA 70006

OSCO Drugs
4042 W. Foster
Chicago, IL 60630

**MEDICAL PROVIDERS:** Dr. Elizabeth Anderso
2740 W. Foster
Chicago, IL 60630

          Dr. Leon S. Benson
          2401 Ravine Way
          Glenview, IL 60025

          Dr. Frederick Dantagnon
          4315 Houma Blvd.
          Suite 204
          Metairie, LA 70006

          Dr. Joseph D'Silva
          4801 W. Peterson
          Suite 314
          Chicago, IL 60646

          Dr. David Gerelick
          Midwest Orthopedics
          2740 W. Foster
          Suite 301
          Chicago, IL 60625

          Dr. Stacey McDonald
          301 N. Jefferson Davis Pkwy.
          New Orleans, LA 70125

          Sherman Hospital
          934 Center Street
          Elgin, IL 60120

          Swedish Covenant Hospital
          5145 California Avenue
          Chicago, IL 60625

**EMPLOYERS:**    Hayne Bank
          4786 N. Milwaukee Avenue
          Chicago, IL 60630

               Respectfully submitted,

               SILVESTRI & MASSICOT

_____
John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the ____ day of _____, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

_____
John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

3