# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

C's Pharmacy
1401 Veteran's Memorial Blvd.
Metairie, LA 70002

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie





# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

C's Pharmacy
4650 W. Esplanade
Metairie, LA 70006

    Re:  **Notice of Preservation of Records**
            Lottie Daugird
            Soc. Sec. #: xxx-xx-6642
            d/o/b: 11/20/20

Dear Records Custodian:

    Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

OSCO Drugs
4042 W. Foster
Chicago, IL 60630

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Elizabeth Anderson
2740 W. Foster
Chicago, IL 60630

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Dr. Anderson:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damie Savoie*

Frank A. Silvestri
M. Damien Savoie

---

**Registered No.** RA629726921US

| Reg. Fee | $9.50 | | | Date Stamp 0019 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 02 |
| Postage | $0.75 | Restricted Delivery | $0.00 | 01/04/08 |
| Received by | /B/ | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance / Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Silvestri + Massicot
3914 Canal St.
New Orleans, LA 70119

TO: 70119 Elizabeth Anderson
2740 W. Foster Ave.
Suite 113
Chicago, IL 60630

PS Form 3806  Receipt for Registered Mail  Copy 1 - Customer

# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Leon S. Benson
2401 Ravine Way
Glenview, IL 60025
Attn:   Medical Records

Re:   **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #:  xxx-xx-6642
d/o/b:  11/20/20

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Frederick Dantagnon
4315 Houma Blvd. Ste 204
Metairie, LA 70006

   Re: **Notice of Preservation of Records**
     Lottie Daugird
     Soc. Sec. #: xxx-xx-6642
     d/o/b: 11/20/20

Dear Dr. Dantagnon:

  Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Dame Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Joseph D'Silva
4801 W. Peterson Ste 314
Chicago, IL 60646
Attn:   Medical Records

Re:   **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. David Gerelick
Midwest Orthopedics
2740 W. Foster Ste 301
Chicago, IL 60625
Attn:   Medical Records

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20.

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Stacey McDonald
301 N. Jefferson Davis Pkwy.
New Orleans, LA 70125

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Dr. McDonald:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Danie Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Sherman Hospital
934 Center Street
Elgin, IL 60120
Attn: Medical Records

    Re: **Notice of Preservation of Records**
          Lottie Daugird
          Soc. Sec. #: xxx-xx-6642
          d/o/b: 11/20/20,

Dear Records Custodian:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Swedish Covenant Hospital
5145 California Ave.
Chicago, IL 60625
Attn:   Medical Records

    Re:   **Notice of Preservation of Records**
             Lottie Daugird
             Soc. Sec. #:  xxx-xx-6642
             d/o/b:  11/20/20,

Dear Records Custodian:

    Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damien Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Hayne Bank
4786 N. Milwaukee Avenue
Chicago, IL 60630

Re: **Notice of Preservation of Records**
Lottie Daugird
Soc. Sec. #: xxx-xx-6642
d/o/b: 11/20/20

Dear Sir or Madam:

Please be notified that you may have records relevant to Lottie Daugird's claim in MDL Proceeding No. 1657 and that any records relevant to Lottie Daugird must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Daugird. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie

