UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *   MDL No. 1657 |
| | * |
| | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAGISTRATE JUDGE |
| | *   DANIEL E. KNOWLES, III |
| | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Patricia W. Blevins, et al. v. Merck & Co., Inc., et al.*
*No. 06-0493 (As to Michael A. Pierce only)*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael A. Pierce ("Plaintiff") and Defendant Merck & Co., Inc.

("Merck") hereby stipulate to a dismissal with prejudice of Plaintiff's claims and the instant

lawsuit against Merck.   There are no counterclaims or third-party claims.   Nothing in this

stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary

changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this

Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff

Michael A. Pierce and the above-styled lawsuit with prejudice.

Respectfully Submitted by:

Dated: 3 - 10 _____, 2008

_____
Edward Blizzard, TBN 02495000
J. Scott Nabers, TBN 14769250
Rebecca B. King, TBN 24027110
Holly M. Wheeler, TBN 24006035
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas  77002
Telephone: (713) 844-3750
Telecopier: (713) 844-3755

Attorneys for Plaintiff Michael A. Pierce

Dated: March 13 _____, 2008

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
            Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
            Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 13th day of March , 2008.

_____