# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dave's Pharmacy
1220 Barataria Blvd.
Marrero, LA 70072
Attn:   Records Dept.

### Notice of Preservation of Records
Leslie Dominick
Soc. Sec. #:  xxx-xx-2737
d/o/b:  7/1/50

Dear Records Custodian:

Please be notified that you may have records relevant to Leslie Dominick's claim in MDL Proceeding No. 1657 and that any records relevant to Leslie Dominick must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dominick. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Danie Savoie

Frank A. Silvestri
M. Damien Savoie



PLAINTIFF'S
EXHIBIT
1

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Roland Becnel
1220 Barataria Blvd.
Marrero, LA 70072

### Notice of Preservation of Records
Leslie Dominick
Soc. Sec. #: xxx-xx-2737
d/o/b: 7/1/50

Dear Dr. Becnel:

Please be notified that you may have records relevant to Leslie Dominick's claim in MDL Proceeding No. 1657 and that any records relevant to Leslie Dominick must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dominick. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie

# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. William Procell
1220 Barataria Blvd.
Marrero, LA 70072

**Notice of Preservation of Records**
Leslie Dominick
Soc. Sec. #: xxx-xx-2737
d/o/b: 7/1/50

Dear Dr. Procell:

Please be notified that you may have records relevant to Leslie Dominick's claim in MDL Proceeding No. 1657 and that any records relevant to Leslie Dominick must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dominick. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

West Care Medical Center
1220 Barataria Blvd.
Marrero, LA 70072
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Leslie Dominick
Soc. Sec. #: xxx-xx-2737
d/o/b:  7/1/50

Dear Records Custodian:

Please be notified that you may have records relevant to Leslie Dominick's claim in MDL Proceeding No. 1657 and that any records relevant to Leslie Dominick must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dominick. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

West Jefferson Medical Center
1101 Medical Center Blvd.
Marrero, LA 70072
Attn:  Medical Records Dept.

### Notice of Preservation of Records
Leslie Dominick
Soc. Sec. #: xxx-xx-2737
d/o/b:  7/1/50

Dear Records Custodian:

Please be notified that you may have records relevant to Leslie Dominick's claim in MDL Proceeding No. 1657 and that any records relevant to Leslie Dominick must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dominick. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

