UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiffs: Roy Doucet and his wife,** | * | MAG. JUDGE KNOWLES |
| **Hazel Doucet v. Merck & Co., Inc. &** | * | |
| **Pfizer, Inc.** | * | |
| | * | |
| No. 05-5051 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Roy Doucet and his wife, Hazel Doucet, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**   K Mart Pharmacy
133 Monarch Drive
Houma, LA 70364

**MEDICAL PROVIDERS:**   Dr. Richard Haydel
502 Barrow Street
Houma, LA 70360

Dr. Hector A. Linares
Terrebonne General Medical Center
Rehab Unit
8166 Main Street
P. O. Box 6037
Houma, LA 70361

Dr. D. Mascarenhas
204 S. French Quarter Drive
Houma, LA 70364

Dr. David C. Pellegrin
201 Easy Street
Houma, LA 70360

Dr. Reginald D. Sanders
2633 Napolean Avenue
Suite 530
New Orleans, LA 70115

Terrebonne General Medical Center
8166 Main Street
P. O. Box 6037
Houma, LA 70361

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the ____ day of _____, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic

2

copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

3