# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

K Mart Pharmacy
133 Monarch Dr.
Houma, LA 70364
Attn: Records Dept.

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Records Custodian:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



PLAINTIFF'S EXHIBIT
1

# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Richard Haydel
502 Barrow St.
Houma, LA 70360

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Dr. Haydel:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Hector A. Linares
Terrebone General Medical Center
Rehab Unit
8166 Main Street P.O. Box 6037
Houma, LA 70361

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Dr. Linares:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. D. Mascarenhas
204 S. French Quarter Dr.
Houma, LA 70364

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Dr. Mascarenhas:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. David C. Pellegrin
201 Easy Street
Houma, LA 70360

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Dr. Pellegrin:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Reginald D. Sanders
2633 Napoleon Avenue Ste. 530
New Orleans, LA 70115

Re: **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #: xxx-xx-7840
d/o/b: 4/14/30

Dear Dr. Sanders:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damie Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Terrebone General Medical Center
8166 Main Street P.O. Box 6037
Houma, LA 70361
Attn:   Medical Records Dept.

Re:   **Notice of Preservation of Records**
Roy Doucet
Soc. Sec. #:  xxx-xx-7840
d/o/b:  4/14/30

Dear Records Custodian:

Please be notified that you may have records relevant to Roy Doucet's claim in MDL Proceeding No. 1657 and that any records relevant to Roy Doucet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Doucet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

