UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| THIS RELATES TO: | * | JUDGE FALLON |
| **Plaintiffs: Gary Dugas and his wife, Cathy Dugas v. Merck & Co., Inc.** | * | MAG. JUDGE KNOWLES |
| No. 05-4213 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Gary Dugas and his wife, Cathy Dugas, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**       Homeless Clinic Pharmacy
            2025 Canal Street
            New Orleans, LA 70119


**MEDICAL PROVIDERS:**  Baton Rouge General Medical Center
            3600 Florida Blvd.
            Baton Rouge, LA 70806

            Dr. Hamilton Bruni
            106 Smart Place
            Suite B
            Slidell, LA 70458

                                East Jefferson Medical Center
4200 Houma Blvd.
Metairie, LA 70006

Homeless Clinic
2025 Canal Street
New Orleans, LA 70119

Medical Center of Louisiana at New Orleans
1541 Tulane Avenue
New Orleans, LA 70112

Dr. Richard
1101 Medical Center Blvd.
Marrero, LA 70072

West Jefferson Medical Center
1101 Medical Center Blvd.
Marrero, LA 70072

**EMPLOYERS:**        Centix Landis Construction
241 Industrial Avenue
New Orleans, LA 70121

Ceco Concrete Construction
3748 N. Causeway Blvd.
Metairie, LA 70002

Kornman Properties
909 Poydras Street
New Orleans, LA 70112

Ramco Construction
1100 24th Street
Kenner, LA 70062

Respectfully submitted,

SILVESTRI & MASSICOT

_____
John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the _____ day of ____March____, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

_____
John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144

3

4

Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

4