# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Homeless Clinic Pharmacy
2025 Canal St.
New Orleans, LA 70119
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #:  xxx-xx-0197
d/o/b:  7/16/55

Dear Records Custodian:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie





PLAINTIFF'S EXHIBIT 1

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Baton Rouge General Medical Center
3600 Florida Blvd.
Baton Rouge, LA 70806
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #:  xxx-xx-0197
d/o/b:  7/16/55

Dear Records Custodian:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Hamilton Bruni
106 Smart Place Ste B
Slidell, LA 70458

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Dr. Bruni:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

East Jefferson Medical Center
4200 Houma Blvd.
Metairie, LA 70006
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #:  xxx-xx-0197
d/o/b:  7/16/55

Dear Records Custodian:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Homeless Clinic
2025 Canal St.
New Orleans, LA 70119
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #:  xxx-xx-0197
d/o/b:  7/16/55

Dear Records Custodian:

     Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Medical Center of Louisiana at New Orleans
1541 Tulane Avenue
New Orleans, LA 70112
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #:  xxx-xx-0197
d/o/b:  7/16/55

Dear Records Custodian:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Richard
1101 Medical Center Blvd.
Marrero, LA 70072

**Notice of Preservation of Records**
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Dr. Richard:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

West Jefferson Medical Center
1101 Medical Center Blvd.
Marrero, LA 70072
Attn:   Records Dept.

### Notice of Preservation of Records
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Records Custodian:

      Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Centix Landis Construction
241 Industrial Avenue
New Orleans, LA 70121

**Notice of Preservation of Records**
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Sir or Madam:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Ceco Concrete Construction
3748 N. Causeway
Metairie, LA 70002

**Notice of Preservation of Records**
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Sir or Madam:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Kornman Properties
909 Poydras Street
New Orleans, LA 70112

**Notice of Preservation of Records**
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Sir or Madam:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Ramco Construction
1100 24th Street
Kenner, LA 70602

**Notice of Preservation of Records**
Gary Dugas
Soc. Sec. #: xxx-xx-0197
d/o/b: 7/16/55

Dear Sir or Madam:

Please be notified that you may have records relevant to Gary Dugas' claim in MDL Proceeding No. 1657 and that any records relevant to Gary Dugas must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Dugas. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie

