UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| THIS RELATES TO: | * | JUDGE FALLON |
| **Plaintiff: Alvin Lee Johnson v. Merck & Co., Inc.** | * | MAG. JUDGE KNOWLES |
| No. 05-5049 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiff, Alvin Lee Johnson, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**     Walgreens Custodian or Records Dept.
1901 Voorhees Street
P. O. Box 4039 MS#735
Danville, IL 61834

**MEDICAL PROVIDERS:**     Dr. Robert Brown
2300 Galvez
New Orleans, LA 70125

Dr. E. Gutierrez
710 Oak Commons Blvd.
Kissimmee, FL 34741

Dr. K. Hickey
3501 Washington Ave.
New Orleans, LA 70125

Dr. L. Hightower
225 N. Jefferson Davis Pkwy.
New Orleans, LA 70125

Memorial Medical Center
2700 Napoleon Avenue
New Orleans, LA 70115

Dr. Greg Molden
2121 Magazine Street
New Orleans, LA 70115

Dr. C. Steck
1140 Calhoun Street
New Orleans, LA 70125

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

**CERTIFICATE OF SERVICE**

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the ____ day of _____, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by

2

serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

3