# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Walgreen's Custodian of Records Dept.
1901 Voorhees St.
P.O. Box 4039 MS#735
Danville, IL 61834

Re: **Notice of Preservation of Records**
Alvin Lee Johnson
Soc. Sec. #: xxx-xx-4829
d/o/b: 4/2/46

Dear Records Custodian:

Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie





PLAINTIFF'S EXHIBIT 1

# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Robert Brown
2300 Galvez
New Orleans, LA 70125

      Re:   **Notice of Preservation of Records**
              Alvin Lee Johnson
              Soc. Sec. #:  xxx-xx-4829
              d/o/b:  4/2/46

Dear Dr. Brown:

      Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504 482 3400
FACSIMILE 504 488 6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. E. Gutierrez
710 Oak Commons Blvd.
Kissimmee, FL 34741

    Re:  **Notice of Preservation of Records**
            Alvin Lee Johnson
            Soc. Sec. #: xxx-xx-4829
            d/o/b: 4/2/46

Dear Dr. Gutierrez:

    Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. K. Hickey
3501 Washington Ave.
New Orleans, LA 70125

    Re: **Notice of Preservation of Records**
       Alvin Lee Johnson
       Soc. Sec. #: xxx-xx-4829
       d/o/b: 4/2/46

Dear Dr. Hickey:

  Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. L. Hightower
225 N. Jefferson Davis Pkwy.
New Orleans, LA 70125

Re:   **Notice of Preservation of Records**
Alvin Lee Johnson
Soc. Sec. #:  xxx-xx-4829
d/o/b   4/2/46

Dear Dr. Hightower:

Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Memorial Medical Center
2700 Napoleon Ave.
New Orleans, LA 70115
Attn:   Medical Records Dept.

    Re:  **Notice of Preservation of Records**
           Alvin Lee Johnson
           Soc. Sec. #: xxx-xx-4829
           d/o/b: 4/2/46

Dear Records Custodian:

    Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Greg Molden
2121 Magazine St.
New Orleans, LA 70115

      Re:   **Notice of Preservation of Records**
                Alvin Lee Johnson
                Soc. Sec. #: xxx-xx-4829
                d/o/b: 4/2/46

Dear Dr. Molden:

      Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. C. Steck
1140 Calhoun St.
New Orleans, LA 70125

      Re:    **Notice of Preservation of Records**
                Alvin Lee Johnson
                Soc. Sec. #: xxx-xx-4829
                d/o/b: 4/2/46

Dear Dr. Steck:

      Please be notified that you may have records relevant to Alvin Lee Johnson's claim in MDL Proceeding No. 1657 and that any records relevant to Alvin Lee Johnson must be preserved pursuant to Pretrial Order No. 1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Johnson. A copy of Pretrial Order No. 1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

