FILED '08 MAR 12 15:31 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court issues this Order to enter the attached letter from Shandra Peace into the record. Plaintiffs' Liaison Counsel is directed to contact Ms. Peace to discuss MDL No. 1657 and her claim.

IT IS FURTHER ORDERED that Ms. Peace's attorneys shall respond in writing within ten (10) days of the date of this Order.

New Orleans, Louisiana, this 11th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Shandra Peace
4331 53rd Street, Apt. #5
San Diego, CA 92115

___ Fee_____
___ Process_____
X  Dktd_____
_  CtRmDep_____
___ Doc. No.____

Evan D. Buxner
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113