RECEIVED
JAN 16 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Ms. Shandra Peace
4331 53rd Street Apt #5
San Diego, CA. 92115

Dear, The Honorable Eldon E. Fallon, I'm writing this letter to ask you for your help. I received a call from my attorney assistance Erica on October 10th, 2007 asking me to take the time do another Plaintiff Profile form over the telephone. I stated you want me to do this over the telephone. It isn't going to be done over the telephone, because it will take hours. I can't set up well. I can't because I've just had a spinal procedure, that was done on my spinal area. Which had caused me to be in alot of pain, because something went wrong. The doctors assistance hit the sack, that lies under the spinal

column. I was having a spinal Thoracic Epidural, for pain, that comes from an accident, which I was hurt very bad. Something went wrong, and I was left in extreme pain. I was unable to set up long. I hurt from my head down my neck, and all the way down my spinal column, and into my right side of my body. I've had the injection before, but this was the first time this ever happen. Someone was assistencing my doctor, and this is what Happien. After telling Walter Glenn assistance Ericia this. She still instancel, that I needed to do this form over the telephone with her right then.

After I refused to do this over the telephone. She stated to me, that we received a letter from Judge Fallon stating, that he couldn't understand your writing on the form, and has

they were already filled out, by Erica, and Walter Glenn. There were things changed on the form, that I didn't write on the original form, that he filed in court. The forms were over night shipped to me. I read over the forms, and also found another letter under oath, that he wanted me to sign. Stating that his form was correct, and I refused to do so. After he changed so many things.

I then got a call from Walter Glenn asking me for the list of residents. From the date I married to now. I stated to him isn't this something you could have gotten on your own. I couldn't remember then. I was having a lot of difficulty doing so. I said let me find my credit report, and then I can give them to you. The way he pushed me

requested for you to complete the entire form over again.

I said if this is true please send me a copy of the letter you'll received from Judge Fallon, and the Plaintiff Profile Forms. I asked her how could you'll file a complaint against Merek if you couldn't understand my writing. I filled those forms out for your office twice, because you stated the first form you could not understand my writing.

I said something doesn't add up, She asked me to hold on the telephone line while she goes to speak to Walter Glenn. I said ok but my cordless telephone is beeping and will cut off very soon. The telephone hasn't been charged. It cut off, and I had know way to call her back. She did mail the forms to me, but

to do this seemed unnessary. I started having pressure pain in my head. The next day I had a stroke I couldn't stop the pressure headach. I was rushed to the hospital for care by an Ambulance. My oldest son came quick to help me after I called him from my cellphone. I told him what the attorney Walter Glenn had done to me. Before I had the stroke on October 11th 2007, that afternoon. I had the stroke on Oct. 12th 2007, very early in the morning. Before Walter Glenn got off the telephone I asked him to send me a copy of the letter, that you received from Judge Fallon stating I needed to fill out the form again. He said ok, and I stated to him, that Erica didn't send me a copy. I also asked why did she fill out the form. If he the

Judge stated, that I need to do this.
We went our way until October 22nd 2007 Walter Glenn called again. This time he got very disrespectful toward me. He asked why did I hang up on Erica. Then asked me why had I not signed, and returned the forms and the letter under oath.
I stated because I fill something isn't right with these form, I shouldn't have to do this over again or sign another letter under oath stating that these forms, that the two of you have changed is correct.
You want me to say what I've put on the original form were a lie. I'm not going to do so, because what I put on those form were true, Plus I gave you all the information from my list of paper I could find and even went to get the other information

you need and requested. I then said it sound as though you are working for Merck not me. Then he said why are you checking up on me. I told you haven't sent me my paper work showing that my complaint was filed until I started checking for myself. I've asked for all the paper work for my case and you never sent anything. I have a right to that paper work. I'm the client who hired you. I just received that paper work on October 12th 2007. My complaint was filed September 28th 2006. I've been waiting a year and two weeks. I still haven't received any of the paper work from my Bextra complaint filed in court there, and I've asked for this paper work three times. I found out from the court there in St. Louis Mo., and found out

that my case has been transfered to San Francisco, CA. I was never told this by your partner Carey & Danis. I hired you to help me not to go against me with Merck.

Then he said you have know right to check up on me. I stated your assistance Erica deliberately gave me an incorrect case number for my Vioxx case where I couldn't find out anything.

After calling the court and speaking to the lady whom answered. I found out a little. How would you know, that I called the courts unless some one from the court house called your office an told you I was checking up on you. Then he stated yes, I filled the form out for Merck to get them off my back and your back. If this is true, then why is this the first I'm

hearing about this. I'm still not signing these paper. Then he been to talk too me as if I was less than a dog. Stating if you don't sign them I will step down, and have Judge Fallon take me off your case. Then tell him, that you are to sick too go threw this. Then file paper to come back in 5 years and file this paper week and you will't get anything. I said step down. Also do so in writing please. Not just on the telephone. I said I've had a stroke and I couldn't talk well. So you are talking to me this way!. You'll have the Judge take me out of the litigation. My daughter was on the other line listen to everything he said to me and the way he said what he said. I even gave him my daughter, and son telephone to call just incase I had another stroke and was un able to talk. I also requested for form to fill out for my oldest

son and daughter to step in on my behalf if it become nessary. Walter Glenn never sent those forms, But stated to me on the telephone if this is case where they needs to step in on your behalf. We need to do a Hall knew agreement over again of what I'm asking. For inpayment. I state I don't understand why you are doing this. Then he said I call your daughter. I said she is here. He said I don't understand you. So I tried to give the telephone back to her. She didn't want to talk to him. She didn't want to take the telephone. Walter Glenn heard my daughter said she didn't wont to talk. Then he stated you don't even know your daughter address or son address or telephone numbers. My daughter stated then how could he have gotten the telephone numbers

If you didn't give them to him mom. They are not listed.

She just hung up and so did I.

I received a letter from his office and from the other attorney office whom assistance Walter Glenn.

After receiving the letters I needed to know if Carey & Danis were also stepping down.

Walter Glenn is giving me two months to find a knew attorney. I called twice and finally I got a call. From Sara stating, that if Walter Glenn step down so do Carey & Danis, I told her I don't have anything to say to Walter Glenn, He talk to me us if I was less than a dog. I also asked her to send my Bextra Case information, but she said she couldn't. I asked for all the papers on my case. I wrote, and then called three time asking for the

paper on my Bextra Case, and I still haven't received any paper work.

When I hired Walter Glenn office he was the last attorney left, that would take my case. I was hoping I could trust him and his assistants, but I see, that I can't.

So I called the attorney here in California. Then I heard on the the Television, that Merck is going to settle while I was staying on the Navy Base here in San Diego, CA. where I live, because I had to come out of our apartment for repairs.

The attorney here said I don't need any attorney now. They have dismissed themselves. Just write the judge. So now they are out. This is why I'm writing, because I've gotten my

speech back and now I need to know what is going on with the ledigation.

I did find out from Sara, one of the attorneys whom work for Carey & Danis, that Merck will start the settlement in July 2008. Then she stated you don't have to fill out the Plaintiff Profile form now, which I knew I didn't in the first place. They had already did it for me. The Lord above said Shandra don't sign anything more for this attorney something is not right. I always listen to him, because he always there for me. Even when I had the heart attacks. I asked him to keep me here and he did so.
Please tell me if I need to be there. I will when it is nessary for me to do so even if I'm very sick I'll still get there.

I'm sending you the letters I received from the attorneys also with the forms they changed for Merck, that I wouldn't sign for Walter Glenn.

Sara at Carey & Danis stated that Walter Glenn calls the shots for both Law firms, and if I don't keep Walter Glenn that they walk also.

I don't want either one of them to do anything for me because I can't trust them any more.

I'm try to see if I need another attorney. If I don't I do what I'm directed to do.

I want to thank you for taking the time out of your busy day to read my letter.

I know it is a long letter but I want to make sure you had all of the information, that has taken place.

I hope to hear from you soon about this matter.

Thank you so much & I'm thankful for the Lord giving me my speech back. Other wise I would have had alot of difficulty writing this letter.

I also wont to thank you for being there for us whom has taken this medication and has had alot of damage to my health and others.

Thank you for carrying about us. You are a wonderful person in all our eyes.

For guice me if my spelling is incorrect I'm try to come back from the stroke. My case No. is MDL NO 1657 (06-6652 Sect.L MAG3) Sincerely,

Ms. Shandra D. Peace.



Ms. Shandra Pierce
4331 53rd Street APT #5
San Diego, CA. 92115

United States District Court
Eastern District of Louisiana
Section L:
The Honorable Eldon E. Fallon
500 Poydras Street
New Orleans Louisiana 70133

2301 3460 0002 2200 4847

**RECEIVED**
JAN 16 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON