November 9, 2007

Shandra Peace
4331 53rd Street, Apt. #5
San Diego, CA 92115

Re: **Announcement Of Proposed Global Settlement**

Dear Shandra:

As you know, we represent you in your lawsuit against Merck for alleged injuries associated with your ingestion of Vioxx. We have diligently pursued your case against Merck, and greatly appreciate your cooperation in helping us do so. Now, we are happy to report potentially good news concerning a possible resolution of some Vioxx claims.

You may have learned through the media or from other sources that Merck recently announced a potential global settlement of the personal injury claims of certain individuals who ingested Vioxx. We are in the process of carefully analyzing the proposed global settlement to determine, among other things, (1) whether the proposed global settlement encompasses your claim, and (2) if it does, whether it is your best interests to accept the benefits offered under the global settlement or to continue to pursue your case.

Please be advised that there appear to be very strict requirements in order for individuals to be eligible to participate in the proposed global settlement. Among these are (1) documented proof that you ingested at least thirty (30) Vioxx pills, and (2) that you suffered a heart attack or ischemic stroke while taking Vioxx or within two (2) weeks of cessation of Vioxx.

From the time you retained us as your attorneys in this matter, we have undertaken extensive efforts in obtaining your medical and pharmacy

48624.1

records, analyzing your medical history, and filing pleadings and other papers in court on your behalf. It is possible we may contact you in the near future to request your assistance in obtaining additional information and records to further assist us in analyzing your claim both for purposes of the proposed global settlement and the ongoing litigation.

In conclusion, we view the proposed global settlement as a positive sign. For the first time, Merck has indicated a willingness to settle at least some of the claims of the people who ingested Vioxx. However, the proposed global settlement may or may not encompass your claim. We are working diligently to further study the proposed global settlement and determine what affect, if any, it has on your case. As soon as we are able to fully analyze the global settlement and its potential impact on your case, we will contact you. As we have in the past, we will continue to provide you updates concerning the progress of your case.

Very truly yours,

CAREY & DANIS, L.L.C.

JJC/lsb

48624.1



## WALTHER/GLENN
### LAW ASSOCIATES

Eugene H. Fahrenkrog, Jr., P.C.
Larry W. Glenn, P.C.
Roy A. Walther, III and
Myron S. Zwibelman, P.C.

Of Counsel

Evan D. Buxner*, LLC
*Licensed in Missouri and Illinois

10 S. Brentwood Blvd.
Suite 102
St. Louis, Missouri 63105
(314) 725-9595
Toll Free: (877) 725-9595
Fax: (314) 725-9597

November 2, 2007

Via certified mail
#7002 2410 0001 3197 6933

Shandra Peace
4331 53rd St., Apt. 5
San Diego, CA 92115

Re:   Vioxx Litigation

Dear Ms. Peace:

At your direction, we called your son Eugene Williams and spoke with his wife. We informed her that it was imperative that we speak with her husband as soon as possible. Unfortunately, we have not heard back from him.

As we indicated in our conversation to you on October 11, 2007 and reiterated in a letter on that date, it is imperative that we receive back from you the executed Plaintiff Profile Form revised based on our conversation with you and enclosed in the October 11 correspondence. Based on our telephone conversation with you on October 22, 2007 we understand that you do not intend to send it back and we still do not understand why. Without it, it will make it very difficult for us to protect your interest. Accordingly, please execute it and return it to us in the overnight envelope enclosed in our October 11 correspondence. <u>Once again, your failure to return to us the executed Plaintiff Profile Form may adversely affect your claim</u>.

As we discussed with you on October 22, we believe you should seek other counsel for your Vioxx and Bextra claims and as soon as other counsel has been secured, we will no longer represent you. In the interim, we will continue to protect your interests if you cooperate with us by providing us the executed Plaintiff Profile Form and the other information requested in our October 12 correspondence. We request you secure other counsel in the next sixty (60) days so that they can enter their appearance for you and we can withdraw. In the event that you do not obtain other counsel in that time period, we will request the Court grant us leave to withdraw as your counsel and we will give you notice of that Motion.

A Partnership of Professional Corporations

In the meantime, if you have any questions, please do not hesitate to call. We look forward to receiving your executed Plaintiff Profile Form.

Very truly yours,

Evan D. Buxner, Of Counsel

EDB/er
cc: Jeff Lowe, Esq.
    John Carey, Esq.

CAREY & DANIS, LLC
8235 FORSYTH BLVD., STE. 1100
ST. LOUIS, MO 63105

FORWARDING & ADDRESS
CORRECTION REQUESTED

**WALTHER/GLENN**
LAW
ASSOCIATES

10 S. Brentwood Blvd.
Suite 102
St. Louis, Missouri 63105

7002 2410 0001 3197 6933



Shandra Peace
4331 53rd Street, Apt. #5
San Diego, CA 92115



Shandra Peace
4331 53rd St., Apt. 5
San Diego, CA 92115

U.S. POSTAGE $05.21 0 NOV 02 2007
PB5523824
MAILED FROM ZIP CODE 63105

02 1P
0002374885
MAILED FROM ZIP CODE 63101
$00.41 0
NOV 10 2007
PITNEY BOWES

**United States Postal Service**
**Sorry We Missed You! We'll Deliver for You**

Item is at:
☒ Post Office (See back)

| Today's Date | Available for Pick-up After | Sender's Name |
|---|---|---|
| 11-5-07 | 11-6-07 | Will Hack / Glenn |

Time: 4:30am

☒ **If checked, you or your agent must be present at time of delivery to sign for item.**

☐ We will redeliver or you or your agent can pick up. See reverse.

☒ Letter
☐ Large envelope, magazine, catalog, etc.
☐ Parcel
☐ Restricted Delivery
☐ Perishable Item
☐ Other: _____

**For Delivery:** (Enter total number of items delivered by service type)
**For Notice Left:** (Check applicable item)

☐ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
☒ Certified
☐ Recorded Delivery
☐ Firm Bill

☐ Registered
☐ Insured
☐ Return Receipt for Merchandise
☐ Delivery Confirmation
☐ Signature Confirmation

**Article Number(s)**
7062 2410 0001 3197 6433

**Article Requiring Payment**
☐ Postage Due  ☐ COD  ☐ Customs  $ _____  Amount Due

☐ **Final Notice:** Article will be returned to sender on _____

**Notice Left Section**
Customer Name and Address
Shandra Peice
4331 53rd St #5

Delivered By and Date

PS Form **3849**, November 1999                               Delivery Notice/Reminder/Receipt