UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiffs: Jacqueline Luquet and her** | * | MAG. JUDGE KNOWLES |
| **Husband, Earl Luquet v. Merck & Co.,** | * | |
| **Inc.** | * | |
| | * | |
| **No. 05-2753** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28</u>

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Jacqueline Luquet and her husband,

Earl Luquet, sent Document Preservation Notices to the following individuals and

entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**   Caremark/Advance PCS
        1515 Poydras Street
        New Orleans, LA 70112

        Rite Aid
        5661 Bullard Avenue
        New Orleans, LA 70128

**MEDICAL PROVIDERS:** Biloxi Regional Medical Center
        150 Reynoir Street
        Biloxi, MS 39530

Dr. Patrick Breaux
Ochsner Clinic
1514 Jefferson Highway
New Orleans, LA 70112

Gulf Coast Rheumatology
2370 E. Gause Blvd.
Slidell, LA 70461

Memorial Hospital at Gulfport
4500 13th Street
Gulfport, MS 39501

Dr. Chad Millet
2731 Napoleon Avenue
Covington, LA 70433

Dr. Janine Parker
1323 Tyler
Suite 109
Covington, LA 70433

Pendleton Memorial Methodist Hospital
5620 Read Blvd.
New Orleans, LA 70127

Dr. Felix Rabito
19300 N. 4th Street
Suite B
Covington, LA 70433

Dr. Marielisa Sedrish
2370 E. Gause Blvd.
Slidell, LA 70461

Dr. Maureen Stein
1505 Calhoun Street
New Orleans, LA 70118

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the 12th day of March, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144

Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082