# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Caremark/Advance PCS
1515 Poydras St.
New Orleans, LA 70112
Attn:   Records Dept.

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet.  A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie





PLAINTIFF'S EXHIBIT 1

# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Rite Aid
5661 Bullard
New Orleans, LA 70128
Attn:   Records Dept.

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Patrick Breaux
Ochsner Clinic
1514 Jefferson Hwy.
New Orleans, LA 70112

**Notice of Preservation of Records**
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Breaux:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Gulf Coast Rheumatology
2370 E. Gause Blvd.
Slidell, LA 70461
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Records Custodian:

   Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Memorial Hospital at Gulfport
4500 13th Street
Gulfport, MS 39501
Attn: Medical Records Dept.

**Notice of Preservation of Records**
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Chad Millet
2731 Napoleon Avenue
Covington, LA 70433

**Notice of Preservation of Records**
Jacqueline Luquet
Soc. Sec. #:  xxx-xx-5871
d/o/b:  1/19/39

Dear Dr. Millet:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Janine Parker
1323 Tyler Ste 109
Covington, LA 70433

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Parker:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damie Savoie*

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Pendleton Memorial Methodist Hospital
5620 Read Blvd.
New Orleans, LA 70127
Attn: Medical Records Dept.

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Records Custodian:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Felix Rabito
19300 N. 4th Street Ste B
Covington, LA 70433

**Notice of Preservation of Records**
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Rabito:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Marielisa Sedrish
2370 E. Gause Blvd.
Slidell, LA 70461

### Notice of Preservation of Records
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Sedrish:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Maureen Stein
1505 Calhoun Street
New Orleans, LA 70118

**Notice of Preservation of Records**
Jacqueline Luquet
Soc. Sec. #: xxx-xx-5871
d/o/b: 1/19/39

Dear Dr. Stein:

Please be notified that you may have records relevant to Jacqueline Luquet's claim in MDL Proceeding No. 1657 and that any records relevant to Jacqueline Luquet must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mrs. Luquet. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Danie Savoie

Frank A. Silvestri
M. Damien Savoie

