UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiffs: Nicky Parria, Sr. and his wife,** | * | MAG. JUDGE KNOWLES |
| **Vicki Parria v. Merck & Co., Inc.** | * | |
| | * | |
| No. 05-5705 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Nicky Parria, Sr. and his wife, Vicki Parria, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:** Walgreens Custodian or Records Dept.
1901 Voorhees Street
P. O. Box 4039 MS#735
Danville, IL 61834

**MEDICAL PROVIDERS:** Culicchia Neurological Clinic
1111 Medical Center Blvd.
Suite S750
Marrero, LA 70072

Dr. John Friedberg
3434 Prytania Street
New Orleans, LA 70115

|  |  |
|---|---|
|  | Dr. Eric George<br>4300 Houma Blvd.<br>Suite 301<br>Metairie, LA 70006 |
|  | Hand Surgical Associates<br>4228 Houma Blvd.<br>Suite 600B<br>Metairie, LA 70006 |
|  | Meadowcrest Hospital<br>2500 Belle Chasse Highway<br>Gretna, LA 70056 |
|  | Dr. Walter Traux<br>1111 Medical Center Blvd.<br>Marrero, LA 70072 |
|  | West Jefferson Medical Center<br>1101 Medical Center Blvd.<br>Marrero, LA 70072 |
| **EMPLOYERS:** | Acme Truck Line<br>101 Pailet Drive<br>Harvey, LA 70058 |
|  | Bollinger Gretna<br>4640 Peters Road<br>Harvey, LA 70058 |
|  | Crescent City Environmental Restoration<br>4671 Venus Street<br>New Orleans, LA 70122 |
|  | JJK Contractors<br>6218 Camden Street<br>New Orleans, LA 70123 |
|  | Venture Transport<br>2001 Peters Road<br>Harvey, LA 70058 |

2

WSL
1105 Peters Road
Harvey, LA 70058

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

**CERTIFICATE OF SERVICE**

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the 12th day of March, 2008, a hard copy of the foregoing Claimant's statement as to the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

3

_____
John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

4