# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Walgreen's Custodian of Records Dept.
1901 E. Voorhees St.
P.O. Box 4039  MS #735
Danville, IL 61834

Re: **Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Records Custodian:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie





PLAINTIFF'S EXHIBIT 1

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Culicchia Neurological Clinic
1111 Medical Center Blvd. S 750
Marrero, LA 70072
Attn: Medical Records Dept.

**Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Records Custodian:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Danie Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. John Freidberg
3434 Prytania St.
New Orleans, LA 70115

**Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Dr. Freidberg:

    Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Danie Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 4, 2008

*Via Registered Mail #RA629726201US*

Dr. Eric George
4300 Houma Blvd. Ste 301
Metairie, LA 70006

**Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Dr. George:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Dame Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Hand Surgical Associates
4228 Houma Blvd. Ste 600 B
Metairie, LA 70006
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Records Custodian:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Meadowcrest Hospital
2500 Belle Chasse Hwy.
Gretna, LA 70056
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #:  xxx-xx-9321
d/o/b:  6/7/58

Dear Records Custodian:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Walter Traux
1111 Medical Center Blvd.
Marrero, LA 70072

**Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Dr. Traux:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

West Jefferson Medical Center
1101 Medical Center Blvd.
Marrero, LA 70072
Attn: Medical Records Dept.

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Records Custodian:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Acme Truck Line
101 Pailet Dr.
Harvey, LA 70058

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

      Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Bollinger Gretna
4640 Peters Rd.
Harvey, LA 70058

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Crescent City Environmental Restoration
4671 Venus St.
New Orleans, LA 70122

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

JJK Contractors
6218 Camden St.
New Orleans, LA 70123

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

    Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damie Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
### Attorneys at Law
### 3914 CANAL STREET
### NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Venture Transport
2001 Peters Rd.
Harvey, LA 70058

### Notice of Preservation of Records
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

WSL
1105 Peters Rd.
Harvey, LA 70058

**Notice of Preservation of Records**
Nicky Parria
Soc. Sec. #: xxx-xx-9321
d/o/b: 6/7/58

Dear Sir or Madam:

Please be notified that you may have records relevant to Nicky Parria's claim in MDL Proceeding No. 1657 and that any records relevant to Nicky Parria must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Parria. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

