UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| **Plaintiffs: Dennis Reppond and his wife,** | * | MAG. JUDGE KNOWLES |
| **Deanna Reppond v. Merck & Co., Inc.** | * | |
| | * | |
| **No. 05-3747** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order No. 28, Plaintiffs, Dennis Reppond and his wife, Deanna Reppond, sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as "Exhibit 1".

**PHARMACIES:**     Fred's Pharmacy
2017 E. Madison
Bastrop, LA 71220

Walmart Pharmacy
2030 E. Madison
Bastrop, LA 71220

**MEDICAL PROVIDERS:** Glenwood Regional Medical Center
503 McMillan Road
West Monroe, LA 71291

Dr. Thomas Gulick
102 Thomas Road
West Monroe, LA 71291

                    Moorehouse General Hospital
323 W. Walnut Street
Bastrop, LA 71220

Dr. Clinton Netherland
518 Durham Street
Bastrop, LA 71220

Dr. Randolph Taylor
3510 Medical Park Drive
Suite 3
P. O. Box 2898
Monroe, LA 71207

**EMPLOYERS:**        Farm Chemical
P. O. Box 540
Gilbert, LA 71336

IBC Sales Corporation
3400 MacArthur Drive
Alexandria, LA 71307

Respectfully submitted,

SILVESTRI & MASSICOT

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

## CERTIFICATE OF SERVICE

I, John Paul Massicot, at Silvestri & Massicot, hereby certify that on the _____ day of ___March___, 2008, a copy of the foregoing Claimant's statement as to the

2

the Preservation Notice and Individuals and Entities Notified has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Ave., Ste. 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rise, PLLC, One West Fourth St., Winston-Salem, NC 27101, Wilfred P. Coronato at Hughes, Hubbard & Reed, LLP, 101 Hudson St., Ste. 3601, Jersey City, NJ 07302 and by serving an electronic copy via LexisNexis File & Serve on Wilfred Coronato at Hughes, Hubbard & Reed, LLP, Phillip A. Wittmann at Stone, Pigman, Walther, Wittmann, LLC, Dimitros Mavroudis at Dechert, LLP, and Susan Giamportone at Womble, Carlyle, Sandridge & Rice, PLLC and upon all parties by Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established; and via electronic mail to the following:

Merck: registration@hugheshubbard.com
Claims Administrator: smonroe@browngreer.com
PEC:   vioxx@hhkc.com

John Paul Massicot, Bar No. 9033
Damien Savoie, Bar No. 19144
Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
Phone: 504-482-3400
Fax: 504-488-6082

3