**SILVESTRI & MASSICOT**
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Fred's Pharmacy
2017 E. Madison
Bastrop, LA 71220
Attn:   Records Dept.

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #:  xxx-xx-6698
d/o/b:  9/6/66

Dear Records Custodian:

Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

*Damie Savoie*

Frank A. Silvestri
M. Damien Savoie



PLAINTIFF'S EXHIBIT
1

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Walmart Pharmacy
2030 E. Madison
Bastrop, LA 71220
Attn:   Records Dept.

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #:  xxx-xx-6698
d/o/b:  9/6/66

Dear Records Custodian:

      Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Glenwood Regional Medical Center
503 McMillan Rd.
West Monroe, LA 71291
Attn:   Medical Records Dept.

### Notice of Preservation of Records
Dennis Reppond
Soc. Sec. #:  xxx-xx-6698
d/o/b:  9/6/66

Dear Records Custodian:

   Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Danie Savoie

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Thomas Gulick
102 Thomas Rd.
West Monroe, LA 71291

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #: xxx-xx-6698
d/o/b: 9/6/66

Dear Dr. Gulick:

    Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Moorehouse General Hospital
323 W. Walnut St.
Bastrop, LA 71220
Attn: Medical Records Dept.

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #: xxx-xx-6698
d/o/b: 9/6/66

Dear Records Custodian:

Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Clinton Netherland
518 Durham Street
Bastrop, LA 71220

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #: xxx-xx-6698
d/o/b: 9/6/66

Dear Dr. Netherland:

    Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

Registered No. RA629726334US

| | |
|---|---|
| Reg. Fee | $9.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $0.75 |
| Restricted Delivery | $0.00 |

Customer Must Declare Full Value $ $0.00

FROM: Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119

TO: Clinton Netherland
518 Durham St.
Bastrop, LA 71220

## SILVESTRI & MASSICOT
Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Dr. Randolph Taylor
3510 Medical Park Dr. Ste. 3
P.O. Box 2898
Monroe, LA 71207
Attn:   Records Dept.

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #:  xxx-xx-6698
d/o/b:  9/6/66

Dear Records Custodian:

      Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Damien Savoie

Frank A. Silvestri
M. Damien Savoie



## SILVESTRI & MASSICOT
### Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

Farm Chemical
P.O. Box 540
Gilbert, LA 71336

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #: xxx-xx-6698
d/o/b: 9/6/66

Dear Sir or Madam:

      Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie



# SILVESTRI & MASSICOT

Attorneys at Law
3914 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

FRANK A. SILVESTRI
JOHN PAUL MASSICOT
ANTHONY L. MARINARO
DAMIEN SAVOIE

TELEPHONE 504.482.3400
FACSIMILE 504.488.6082
800-951-3400

January 3, 2008

*Via Registered Mail*

IBC Sales Corporation
3400 MacArthur Dr.
Alexandria, LA 71307

**Notice of Preservation of Records**
Dennis Reppond
Soc. Sec. #: xxx-xx-6698
d/o/b: 9/6/66

Dear Sir or Madam:

      Please be notified that you may have records relevant to Dennis Reppond's claim in MDL Proceeding No. 1657 and that any records relevant to Dennis Reppond must be preserved pursuant to Pretrial Order No.1 entered by Judge Eldon Fallon, U.S. District Court for the Eastern District of Louisiana on February 17, 2005, pending collection by Mr. Reppond. A copy of Pretrial Order No.1 is attached hereto.

Very truly yours,

Frank A. Silvestri
M. Damien Savoie

