UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Franklin v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (USDC, District of Colorado) | ) | |
| Case No. 06-CV-02164-WYD-BNB | ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR PLAINTIFF JAMES FRANKLIN
_____

COMES NOW co-counsel for Plaintiff, David Dansky, Esquire and the law firm of Chambers Dansky & Mulvahill LLC, and pursuant to Local Rule 83.2.11, moves this Court for an Order allowing it to withdraw as attorney of record for Plaintiff James Franklin in the above-captioned matter and in support of this motion states as follows:

1. Undersigned was retained to represent Plaintiff as co-counsel with the law firm of Kritzer/Zonies, LLC in this matter.  The Law Firm of Stuart A. Kritzer, P.C. is successor counsel to Kritzer/Zonies, LLC and undersigned's co-counsel representation is no longer necessary.

2. Withdrawal of the undersigned will result in no unfair prejudice to any party.

WHEREFORE, David Dansky, Esquire and the law firm of Chambers Dansky & Mulvahill LLC respectfully request that this Court enter an Order permitting it to withdraw from its representation of Plaintiff, James Franklin, in this action.  A proposed form of Order granting the undersigned's request is attached for the Court's consideration.

CHAMBERS DANSKY & MULVAHILL LLC

By:_____
David Dansky
1601 Blake Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 825-2222
Facsimile: (303) 825-4010
Email: ddansky@ccdzlaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Substitution of Counsel has been served on Liasion Counsel, Russ Herman and Philip Wittmann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 13th day of March, 2008.

                                              *s/Melanie J. King*
                                              Melanie J. King, Legal Assistant