IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX )
)
PRODUCTS LIABILITY LITIGATION )
)
)   MDL Docket No. 1657
)
)   JUDGE FALLON

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Baudelio Quiroz: 4:06-cv-01638

Pursuant to Pre-Trial Order No. 28, Plaintiff Counsel for the survivors of Baudelio Quiroz sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1."

Medical Providers:

Quality RX
4711 Airline
Houston, Texas 77022

Med Cure Primary Physicians
96 Berry at Fulton
Houston, Texas 77022

LBJ Hospital
5656 Kelley
Houston, Texas 77026

Executed on March 13, 2008

/s/ Robert M. Davant III
_____
Robert M. Davant III
Attorney at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060
Tel:   (713) 569- 1502
Fax:   (281) 591- 4771
Texas Bar I.D. # 24001969
robertdavant@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on the 13th day of March, 2008.

/s/ Robert M. Davant III

---

Robert M. Davant III
Attorney at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060
Tel:   (713) 569- 1502
Fax:   (281) 591- 4771
Texas Bar I.D. # 24001969
robertdavant@comcast.net

EXHIBIT 1

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6614*

LBJ Hospital
Custodian of Records
5656 Kelley
Houston, Texas 77026

Re:    In re Vioxx® Products Liability Litigation

Patient:    Baudelio Quiroz

Dear Custodian of Records,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569- 1502
Facsimile:   (281) 591- 4771

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6621*

Med Cure Primary Physicians
Custodian of Records
96 Berry at Fulton
Houston, Texas 77022

Re:   In re Vioxx® Products Liability Litigation

Patient:   Baudelio Quiroz

Dear Custodian of Records,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III  
Attorney & Counselor at Law  
11811 North Freeway,  
Suite 500  
Houston, Texas 77060  

Direct:     (713) 569-1502  
Facsimile:  (281) 591-4771  

---

January 7, 2008               *Via CMRRR 7005 1820 0003 5237 6638*

Quality RX  
Custodian of Records  
4711 Airline  
Houston, Texas 77022  

Re:     In re Vioxx® Products Liability Litigation

Patient:    Baudelio Quiroz

Dear Custodian of Records,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III