IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX )
)
PRODUCTS LIABILITY LITIGATION )
)
)    MDL Docket No. 1657
)
)    JUDGE FALLON

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Winston Webber: 2:06-cv-08422

Pursuant to Pre-Trial Order No. 28, Plaintiff Winston Webber sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1."

Medical Providers:

Eckerd Corporation
519 E. Tidwell Rd.
Houston, Texas 77022

Walgreens Pharmacy
9520 Homestead Rd.
Houston, Texas 77016

St. Luke's Hospital
Custodian of Records
P.O. Box 20269
Houston, Texas 77225

John R. Samuel, M.D.
18955 Mora North Rd.
Humble, Texas 77060

Dr. Rittenhouse
18838
Memorial South
Suite 103
Humble, Texas 77338

George Reul, M.D.
St. Lukes Hospital
P.O. Box 20269
Houston, Texas 77225

JM Wilson, M.D.
St. Lukes Medical Tower
6624 Fannin
Suite #2480
Houston, Texas 77070

Kim Elliot, M.D.
22710 Professional Drive
Kingwood, Texas 77070

John R. Samuel, M.D.
18955 Mora North Road
Humble, Texas 77060

Employer:

Roadway Express
Custodian of Records
1077 Gorge Blvd.
Akron, Ohio 44309

Executed on March 13, 2008

/s/ Robert M. Davant III
_____
Robert M. Davant III
Attorney at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060
Tel:   (713) 569- 1502
Fax:   (281) 591- 4771
Texas Bar I.D. # 24001969
robertdavant@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on the 13th day of March, 2008.

/s/ Robert M. Davant III
_____
Robert M. Davant III
Attorney at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060
Tel:   (713) 569- 1502
Fax:   (281) 591- 4771
Texas Bar I.D. # 24001969
robertdavant@comcast.net

# EXHIBIT 1

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6553*

John R. Samuel, M.D.
18955 Mora North Rd.
Humble, Texas 77060

Re:   In re Vioxx® Products Liability Litigation

Patient Winston Webber

Dear Dr. Samuel,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008                    *Via CMRRR 7005 1820 0003 5237 6560*

Kim Elliot, M.D.
22710 Professional Drive
Kingwood, Texas 77070

Re:   In re Vioxx® Products Liability Litigation

Patient Winston Webber

Dear Dr. Elliot,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

*[signature]*

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct: (713) 569-1502
Facsimile: (281) 591-4771

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6539*

George Reul, M.D.
St. Lukes Hospital
P.O. Box 20269
Houston, Texas 77225

Re:   In re Vioxx® Products Liability Litigation

Patient Winston Webber

Dear Dr. Reul,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:          (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008                                    *Via CMRRR 7005 1820 0003 5237 6546*

Dr. Rittenhouse
18838
Memorial South
Suite 103
Humble, Texas 77338

Re:   In re Vioxx® Products Liability Litigation

Patient Winston Webber

Dear Dr. Rittenhouse,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:       (713) 569- 1502
Facsimile:   (281) 591- 4771

---

January 7, 2008                         *Via CMRRR 7005 1820 0003 5237 6522*

JM Wilson, M.D.
St. Lukes Medical Tower
6624 Fannin
Suite #2480
Houston, Texas 77070



Re:   In re Vioxx® Products Liability Litigation

Patient Winston Webber

Dear Dr. Wilson,

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569- 1502
Facsimile:   (281) 591- 4771

---

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6607*

Roadway Express
Custodian of Records
1077 Gorge Blvd.
Akron, Ohio 44309

Re:   In re Vioxx® Products Liability Litigation

Employee:   Winston Webber

Dear Custodian of Records

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6591*

Eckard Corporation
Custodian of Records
519 E. Tidwell Rd.
Houston, Texas 77022

Re:     In re Vioxx® Products Liability Litigation

Patient:    Winston Webber

Dear Custodian of Records

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569-1502
Facsimile:   (281) 591-4771

---

January 7, 2008

*Via CMRRR 7005 1820 0003 5237 6584*

Walgreens Pharmacy
9520 Homestead Rd.
Houston, Texas 77016

Re:     In re Vioxx® Products Liability Litigation

Patient:     Winston Webber

Dear Custodian of Records

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

*[signature]*

Robert M. Davant III

Robert M. Davant III
Attorney & Counselor at Law
11811 North Freeway,
Suite 500
Houston, Texas 77060

Direct:      (713) 569- 1502
Facsimile:   (281) 591- 4771

---

January 7, 2008                                    *Via CMRRR 7005 1820 0003 5237 6577*

St. Luke's Hospital
Custodian of Records
P.O. Box 20269
Houston, Texas 77225

Re:    In re Vioxx® Products Liability Litigation

Patient:    Winston Webber

Dear Custodian of Records

This letter is sent in accordance with an Order issued by the United States District Court Eastern District of Louisiana. The Court has Ordered my office to place you on notice that you may have records relevant to the above named Plaintiff or Claimant. Please be advised that the Court has Ordered that any such records must be preserved pursuant to Pretrial Order No. 1, entered by said Court on February 17, 2005, pending collection by the above mentioned Plaintiff or Claimant. A copy of the referenced Pretrial Order No. 1 is also attached herewith,

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Sincerely,

Robert M. Davant III