IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | §<br>§<br>§ | MDL Docket No. 1657 |

This document relates to the following case:

*Johnny Jackson, et al. vs. Merck & Company, Inc.,* MDL Cause No. 07-9138, transferred from the United States District Court for the Northern District of Texas, Civil Action No. 3-07cv1755-L.

*McArthur Durham, et al. vs. Merck & Company, Inc.,* MDL Cause No. 07-9196, transferred from United States District Court for the Northern District of Texas, Civil Action No. 3:07cv1662N.

### ORDER

The Court has considered Plaintiffs Motion to Reconsider its (1) Order, dated December 11, 2007 in *Johnny Jackson, et al. vs. Merck & Company, Inc.,* MDL Cause No. 07-9138, transferred from the United States District Court for the Northern District of Texas, and (2) Order, dated December 11, 2007 in *McArthur Durham, et al. vs. Merck & Company, Inc.,* MDL Cause No. 07-9196, transferred from the United States District Court for the Northern District of Texas, Civil. (collectively, the "Orders of Severance"), requiring Plaintiffs to sever their multi-plaintiff cases and file separate, individual complaints.

After consideration of the motions and evidence filed therewith, the Court finds that the motions should be granted in all respects and that the Orders of severance are vacated.

Signed _____, 2008

_____
United States District Judge