UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ------------------------------------------------------------X | MDL DOCKET NO. 1657 |
| IN RE VIOXX PRODUCTS<br>LIABIILITY LITIGATION | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE KNOWLES |
| Mildred Pate and Robert Pate v. Merck & Co., Inc.<br>MDL Docket No.: 07-CV-06438<br>(E.D.N.Y. Docket No.: 07-CV-1837)<br>------------------------------------------------------------X | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Procedure 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiffs, Mildred Pate and Robert Pate, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Michael A. London, Esq.
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038

Dated: March 13, 2008

_____
Attorney for Merck & Co., Inc.
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Dated: March 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2