UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | |
| | MDL DOCKET NO. 1657 |
| This document relates to: ) 2:05cv04055 ) | |
| ) | SECTION L |
| ) | |
| ORA BRITTON ONLY, ) Plaintiff ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |
| v. ) ) | |
| MERCK & CO., INC., ) Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's Order Granting Plaintiff's Counsel Leave to Withdraw as Counsel of Record for Plaintiff in the above captioned multi-district litigation for the following reasons:

1. The undersigned counsel represents approximately 250 Vioxx claimants. Counsel recommended that all claimants represented by counsel participate in the Vioxx settlement negotiated by representatives of the Plaintiffs' Steering Committee.

2. Good cause exists for withdrawal since counsel and client have a fundamental disagreement regarding the course of any future representation with regard to this action.

3. Counsel has taken the steps to disengage from representation of Ms. Britton and advised Ms. Britton to retain other counsel to pursue her case. As such, there are no material adverse effects on the interest of the client.

4. If the Court grants this motion, the undersigned counsel will notify Lexis/Nexis File and Serve of this change and counsel's status as soon as the Order is entered.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firm to withdraw as counsel of record for plaintiff Ora Britton in the above-styled action.

Respectfully submitted,

\_\_\_\_/s/\_ Thomas P. Cartmell_____
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton         MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram            MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever           MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

       Kirk Goza              MO #32475
       Brad Honnold       MO #39818
       GOZA & HONNOLD, LLC
       11150 Overbrook Road, Suite 250
       Leawood, KS 66211
       (913) 451-3433
       Fax (913) 261-0087

       Grant L. Davis      MO #34799
       Shawn Foster       MO #47663
       DAVIS BETHUNE & JONES, LLC
       1100 Main Street, Suite 2930
       PO Box 26250
       Kansas City, MO 64196
       (816) 421-1600
       Fax (816) 472-5972

       Wayne S. Spivey    Atty ID #31017
       SHRAGER SPIVEY & SACHS
       Two Commerce Square, 32nd Floor
       Philadelphia, PA 19103
       (800) 568-5868
       Fax (215) 568-7495

       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman by U.S. Mail, on plaintiff Ora Britton by Certified Mail, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of March, 2008.

Respectfully submitted,

_____/s/  Thomas P. Cartmell_____
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Attorney for Plaintiff