**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **MDL DOCKET NO. 1657** |
| **This document relates to:** | ) | |
| 2:05cv04055 | ) | |
| | ) | **SECTION L** |
| | ) | |
| **ORA BRITTON ONLY** | ) | **JUDGE FALLON** |
| Plaintiff | ) | |
| | ) | **MAG. JUDGE KNOWLES** |
| v. | ) | |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff.

Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P. Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: _____        _____

Hon. Eldon Fallon
United States District Court Judge