**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | **MDL DOCKET NO. 1657** |
| This document relates to: ) 2:05cv04054 ) | |
| ) ) | **SECTION L** |
| **LYNN HUDNUT ONLY,** ) Plaintiff ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE KNOWLES** |
| v. ) ) | |
| **MERCK & CO., INC.,** ) Defendant. ) | |

**ORDER**

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P. Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: _____    _____
                                 Hon. Eldon Fallon
                                 United States District Court Judge