UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | MDL DOCKET NO. 1657 |
| This document relates to: | ) | |
|    2:05cv04055 | ) | |
| | ) | SECTION L |
| | ) | |
| KAREN THORPE ONLY, | ) | JUDGE FALLON |
|    Plaintiff | ) | |
| | ) | MAG. JUDGE KNOWLES |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
|    Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's Order Granting Plaintiff's Counsel Leave to Withdraw as Counsel of Record for Plaintiff in the above captioned multi-district litigation for the following reasons:

1. The undersigned counsel represents approximately 250 Vioxx claimants. Counsel recommended that all claimants represented by counsel participate in the Vioxx settlement negotiated by representatives of the Plaintiffs' Steering Committee.

2. Good cause exists for withdrawal since counsel and client have a fundamental disagreement regarding the course of any future representation with regard to this action.

3. Counsel has taken the steps to disengage from representation of Ms. Thorpe and advised Ms. Thorpe to retain other counsel to pursue her case. As such, there are no material adverse effects on the interest of the client.

4. If the Court grants this motion, the undersigned counsel will notify Lexis/Nexis File and Serve of this change and counsel's status as soon as the Order is entered.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firm to withdraw as counsel of record for plaintiff Karen Thorpe in the above-styled action.

Respectfully submitted,

____/s/_Thomas P. Cartmell_____
Thomas P. Cartmell      MO #45366
Brian J. Madden         MO #40637
Thomas J. Preuss        MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton     MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram        MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225 Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever       MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

2

Kirk Goza          MO #32475
Brad Honnold       MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis     MO #34799
Shawn Foster       MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey    Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman by U.S. Mail, on plaintiff Karen Thorpe by Certified Mail, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of March, 2008.

          /s/ Thomas P. Cartmell
Thomas P. Cartmell      MO #45366
Brian J. Madden        MO #40637
Thomas J. Preuss       MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Attorney for Plaintiff