UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| | ) | MDL DOCKET NO. 1657 |
| This document relates to: 2:05cv04055 | ) ) ) | |
| | ) ) | SECTION L |
| KAREN THORPE ONLY, Plaintiff | ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| v. | ) ) | |
| MERCK & CO., INC., Defendant. | ) ) | |

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P. Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: _____    _____
Hon. Eldon Fallon
United States District Court Judge