UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L (3)<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE DANIEL E. KNOWLES, III |

THIS RELATES TO: PAULA M. SAMUELS VS. MERCK & CO., INC.
CIVIL ACTION NO. 05-2642 (EDLA)

## STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28

Pursuant to Pre-Trial Order Number 28, on February 7, 2008 plaintiff Paula M. Samuels, through her undersigned counsel, sent Document Preservation Notices by certified mail to the following individuals and entities:

Andree Surcouf, BCSW
2820 Athania Parkway
Metairie, LA 70002

Dr. Jamie Ross
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Dr. Robert Quinet
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Dr. Nona Epstein
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

1

Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Summit Hospital
1700 Medical Center Drive
Baton Rouge, LA

Baton Rouge General Hospital
3600 Florida Boulevard
Baton Rouge, LA

Majoria Drugs
1805 Metairie Road
Metairie, LA 70005

Ochsner Pharmacy
1514 Jefferson Highway
New Orleans, LA 70121

Copies of the notices sent are attached hereto as Exhibit A.

Respectfully Submitted,

_____
M. L. Juran
Louisiana Bar Roll Number 7601
Attorney for Plaintiff Paula M. Samuels
M. L. Juran, Attorney at Law
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-7137
Facsimile: (504) 529-4579
E-mail: mljuranmediator@yahoo.com

### Certificate of Service

I hereby certify that the above and foregoing Statement Of Notices Sent Pursuant To Pre-Trial Order No. 28 has been served on Liason Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, on Wilfred B. Coronato at Hughes Hubbard & Reed, L.L.P., 101 Hudson Street, Suite. 3601, Jersey City, New Jersey 37302-3918, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of March, 2008.

2

_[signature]_

M. L. Juran
Louisiana Bar Roll Number 7601
Attorney for Plaintiff Paula M. Samuels
M. L. Juran, Attorney at Law
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-7137
Facsimile: (504) 529-4579
E-mail: mljuranmediator@yahoo.com