# EXHIBIT A

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Andree Surcouf, BCSW
2820 Athania Parkway
Metairie, LA 70002

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

Dear Ms. Surcouf:

    I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

    Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Dr. Jamie Ross
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

Dear Dr. Ross:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Dr. Robert Quinet
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

Dear Dr. Quinet:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Dr. Nona Epstein
Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

Dear Dr. Epstein:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, LA 70121

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

To Ochsner Clinic Foundation:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Summit Hospital
1700 Medical Center Drive
Baton Rouge, LA

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

To Summit Hospital:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN
ATTORNEY AT LAW
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Baton Rouge General Hospital
3600 Florida Boulevard
Baton Rouge, LA

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

To Baton Rouge General Hospital:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN  
ATTORNEY AT LAW  
1100 Whitney National Bank Building  
228 St. Charles Avenue  
New Orleans, LA 70130

Telephone  
(504) 581-7137

Facsimile  
(504) 529-4579

February 7, 2008

<u>Via U.S. Certified Mail</u>

Majoria Drugs  
1805 Metairie Road  
Metairie, LA 70005

Re: Paula M. Samuels versus Merck & Co., Inc  
In re: VIOXX Products Liability Litigation  
MDL No. 1657, Civil Action No. 05-2642  
U. S. District Court (Eastern District of LA)

To Majoria Drugs:

 I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

 Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment

M. L. JURAN<br>
ATTORNEY AT LAW<br>
1100 Whitney National Bank Building<br>
228 St. Charles Avenue<br>
New Orleans, LA 70130

Telephone
(504) 581-7137

Facsimile
(504) 529-4579

February 7, 2008

Via U.S. Certified Mail

Ochsner Pharmacy
1514 Jefferson Highway
New Orleans, LA 70121

Re: Paula M. Samuels versus Merck & Co., Inc
In re: VIOXX Products Liability Litigation
MDL No. 1657, Civil Action No. 05-2642
U. S. District Court (Eastern District of LA)

To Ochsner Pharmacy:

I represent Paula M. Samuels on her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. You may have records relevant to Ms. Samuels' claim in the above-referenced MDL Proceeding. Any records relating to Ms. Samuels must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005 pending collection by Ms. Samuels. A copy of Pre-Trial Order No. 1 is attached to this Notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact me if you have any questions concerning the above.

Very truly yours,

M. L. Juran

MLJ/l

Attachment