UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657

THE STATE OF MONTANA, ex rel
MIKE MCGRATH, Attorney General,

      Plaintiff

06 CV 4302 (EEF)

v.

MERCK & CO., INC.
619 One Merck Drive
Whitehouse Station, NJ 08889

      Defendant

### ENTRY OF APPEARANCE

Please enter the appearance of Michael J. Miller, and The Miller Firm, LLC as counsel for Plaintiff The State of Montana, in the above-captioned matter.

      MIKE McGRATH
      Attorney General
      P.O. Box 201401
      Helena, MT 59620-1401
      Tel.: 406-444-2026

BY: _____/s/_____
      MICHAEL J. MILLER, ESQ.
      THE MILLER FIRM, LLC
      108 Railroad Avenue
      Orange, VA 22960
      (540) 672-4224

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2008, a copy of the foregoing Entry of Appearance was filed electronically and mailed via first-class mail, postage pre-paid to:

Kyle A. Gray
Holland & Gray
P.O Box 639
Billings, MT 59103-0639

_____/s/_____
Michael J. Miller