# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Myers v. Merck et al. | E.D. Ind. | 2:07-cv-09115 |
| | **District Judge** | **Court Reporter** |
| | | |

☐ I am ordering transcript.
☒ I am not ordering transcript, because: _one is not needed._
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☐ Pre-trial proceedings. *Specify:* _____ _____

☐ Voir Dire _____

Trial or hearing. *Specify:* _____ _____

☐ Opening statement _____

☐ Instruction conference _____

☐ Closing statements _____

☐ Court instructions _____

☐ Post-trial proceedings. *Specify:* _____ _____

☐ Sentencing _____

☐ Other proceedings. *Specify:* _____ _____

Method of Payment: ☐ Cash   ☐ Check or Money Order   ☐ C.J.A. Voucher
Status of Payment:  ☐ Full Payment   ☐ Partial Payment   ☐ No Payment Yet

Signature: _____   Telephone No. 317-123-5151
Address: 21 Massachusetts Ave.
         Indianapolis, IN 46204    Date: 3-12-8

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|

Signature of Court Reporter: _____   Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

WHITE - COURT REPORTER; YELLOW - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; BLUE - SERVICE COPY (reproduce additional copies, if necessary.); PINK - DISTRICT COURT CLERK; GOLD - PARTY/COUNSEL ORDERING TRANSCRIPT.

# ~~SEVENTH~~ CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Wyser v. Merck & Co. Inc. | Eastern | 2:07-CV-02695 |
| | **District Judge** | **Court Reporter** |
| | Eldon Fallon | |

☐ I am ordering transcript.
☒ I am not ordering transcript, because: **one is not needed.**
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☐ Pre-trial proceedings. *Specify:* _____  _____

☐ Voir Dire   _____

Trial or hearing. *Specify:* _____  _____

☐ Opening statement   _____

☐ Instruction conference   _____

☐ Closing statements   _____

☐ Court instructions   _____

☐ Post-trial proceedings. *Specify:* _____  _____

☐ Sentencing   _____

☐ Other proceedings. *Specify:* _____  _____

Method of Payment: ☐ Cash   ☐ Check or Money Order   ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment   ☐ Partial Payment   ☐ No Payment Yet

Signature: _[signed]_
Address: 301 Massachusetts Ave.
Indianapolis, IN 46204
Telephone No. 317-633-8787
Date: 3-12-08

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____  Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

**WHITE** - COURT REPORTER; **YELLOW** - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; **BLUE** - SERVICE COPY (reproduce additional copies, if necessary.); **PINK** - DISTRICT COURT CLERK; **GOLD** - PARTY/COUNSEL ORDERING TRANSCRIPT.



March 12, 2008

<u>By Overnight Delivery</u>
Eastern District of Louisiana
Attn: Court Reporters Dept.
500 Poydras Street, Room B406
New Orleans, LA 70130

    Re: Wyser v. Merck & Co. Inc.
       Cause No. 2:07-cv-02695

Dear Sir or Madam:

 Please find enclosed your copies of the Fifth Circuit Transcript Information Sheet.

 Should you have any questions, please do not hesitate to contact me at (317)633-8787.

       Kindest regards,

       PRICE WAICUKAUSKI & RILEY, LLC

       *Amee M. Burton*
       Amee M. Burton
       Legal Assistant

Enclosures

Cc: Eastern District of Lousiana  (pink copy)
   Attn: Clerk's Office
   500 Poydras Street, Room B406
   New Orleans, LA 70130

   Dantrell Johnson, Deputy Clerk (gold copy)
   5th Circuit Court of Appeals
   600 S. Malestri Place
   New Orleans, Louisiana 70130