UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ) | |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| ) | |
| This document relates to: Gloria ) | JUDGE FALLON |
| Pelham Bassler v. Merck & Co., Inc. ) | |
| (8:07-cv-01182-JDW-MSS) ) | |

## STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)

Pursuant to Pre-Trial Order No. 28, Plaintiff, Gloria Pelham Bassler, sent Document Preservation Notices to the Following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1."

**MEDICAL PROVIDERS:**

> Brandon Regional Hospital
> 119 Oakfield Drive
> Brandon, FL 33511
>
> Fabio F. Fiore, M.D.
> Orthopaedic Center of Brandon
> 803 S. Parsons Avenue
> Brandon, FL 33511
>
> Peter A. Jacobson, M.D.
> 500 Vondenburg Drive E., Suite 303
> Brandon, FL 33511
>
> Keith J. Simon, M.D.
> Orthopedic Center of Brandon
> 284 S. Moon Avenue
> Brandon, FL 33511

**PHARMACIES:**

PMSI
175 Kelsey Lane
Tampa, FL  33619

Respectfully submitted,

/s/ Amy L. Drushal
Michael K. Green
Florida Bar No. 763047
mkgreen@trenam.com
Amy L. Drushal
Florida Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL  33602
Tel:  813-223-7474
Fax: 813-229-6553

and

Peter F. Catania
Florida Bar No. 841838
peter@cataniaandcatania.com
Catania & Catania, P.A.
101 E. Kennedy Blvd., Suite 2400
Tampa, FL 33602
Tel:  813-222-8545
Fax: 813-222-8544

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed electronically on the 17th day of March, 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitute service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

/s/ Amy L. Drushal
Attorney

2405366v1

# EXHIBIT 1

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4927 7613**

Brandon Regional Hospital
119 Oakfield Drive
Brandon, FL 33511

RE:   Gloria Bassler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

## PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Gloria Bassler in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Gloria Bassler's claim in the above referenced proceeding and said records must be preserved pending collection by Gloria Bassler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7727**

Fabio F. Fiore, M.D.
Orthopaedic Center of Brandon
803 S. Parsons Ave.
Brandon, FL 33511

RE:   Gloria Bassler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Dr. Fiore:

Please be advised this firm represents Gloria Bassler in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Gloria Bassler's claim in the above referenced proceeding and said records must be preserved pending collection by Gloria Bassler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4927 7606**

Peter A. Jacobson, M.D.
500 Vondenburg Drive E., Suite 303
Brandon, FL 33511

RE:  Gloria Bassler v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Dr. Jacobson:

Please be advised this firm represents Gloria Bassler in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Gloria Bassler's claim in the above referenced proceeding and said records must be preserved pending collection by Gloria Bassler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7734**

Keith J. Simon, M.D.
Orthopedic Center of Brandon
284 S. Moon Avenue
Brandon, FL 33511

RE:   Gloria Bassler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Dr. Simon:

Please be advised this firm represents Gloria Bassler in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Gloria Bassler's claim in the above referenced proceeding and said records must be preserved pending collection by Gloria Bassler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4927 7590**

PMSI
175 Kelsey Lane
Tampa, FL 33619

RE:   Gloria Bassler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Gloria Bassler in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Gloria Bassler's claim in the above referenced proceeding and said records must be preserved pending collection by Gloria Bassler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs