UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ) | |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| ) | |
| This document relates to: Martha M. ) | JUDGE FALLON |
| Gilbert v. Merck & Co., Inc. ) | |
| (8:07-cv-00184-JDW-MAP) ) | |

### STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)

Pursuant to Pre-Trial Order No. 28, Plaintiff, Martha M. Gilbert, sent Document Preservation Notices to the Following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1."

**MEDICAL PROVIDERS:**

        Clark & Daughtrey Medical Group, P.A.
        P. O. Box 2098
        Lakeland, FL   33806

        Lakeland Regional Hospital
        P. O. Box 95448
        Lakeland, FL   33804

        Tampa General Hospital
        P. O. Box 1289
        Tampa, FL   33601

**PHARMACIES:**

        Walgreen Company Corporate Office
        200 Wilmot Road
        Deerfield, IL   60015

CVS Corporate
Corporate Headquarters
One CVS Drive
Woonsocket, RI   02895


Respectfully submitted,


__/s/ Amy L. Drushal_____
Michael K. Green
Florida Bar No. 763047
mkgreen@trenam.com
Amy L. Drushal
Florida Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:  813-223-7474
Fax: 813-229-6553

and

Peter F. Catania
Florida Bar No. 841838
Catania & Catania, P.A.
101 E. Kennedy Blvd., Suite 2400
Tampa, FL   33602
Tel:  813-222-8545
Fax: 813-222-8544

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed electronically on the 17th day of March, 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitute service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

_____/s/ Amy L. Drushal_____
Attorney

2405429v1

# EXHIBIT 1

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7628**

Clark & Daughtrey Medical Group, P.A.
PO Box 2098
Lakeland, FL 33806

RE:   Martha Gilbert v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Martha Gilbert in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Martha Gilbert's claim in the above referenced proceeding and said records must be preserved pending collection by Martha Gilbert.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7543**

Lakeland Regional Hospital
PO Box 95448
Lakeland, FL  33804

RE:   Martha Gilbert v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

## PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Martha Gilbert in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Martha Gilbert's claim in the above referenced proceeding and said records must be preserved pending collection by Martha Gilbert.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7611**

Tampa General Hospital
PO Box 1289
Tampa, FL 33601

RE: Martha Gilbert v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Martha Gilbert in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Martha Gilbert's claim in the above referenced proceeding and said records must be preserved pending collection by Martha Gilbert.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7598**

Walgreen Company Corporate Office
200 Wilmot Road
Deerfield, IL 60015

RE:   Martha Gilbert v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Martha Gilbert in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Martha Gilbert's claim in the above referenced proceeding and said records must be preserved pending collection by Martha Gilbert.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7604**

CVS Corporate
Corporate Headquarters
One CVS Drive
Woonsocket, RI  02895

RE:  Martha Gilbert v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No.: 1657

## PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Martha Gilbert in her claims against Merck & Co., Inc. arising out of injuries she suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Martha Gilbert's claim in the above referenced proceeding and said records must be preserved pending collection by Martha Gilbert.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs