UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to: Frank ) <br> Wheeler v. Merck & Co., Inc. ) <br> (8:07-cv-01185-JSM-MAP) ) | MDL Docket No. 1657 <br><br> JUDGE FALLON |

### STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)

Pursuant to Pre-Trial Order No. 28, Plaintiff, Frank Wheeler, sent Document Preservation Notices to the Following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1."

**MEDICAL PROVIDERS:**

Kevin Klein, D.O.
Florida Heart & Vascular Association
3450 E. Fletcher Ave., Suite 100
Tampa, FL   33613

Daniel Small, M.D.
Sarasota Arthritis Center
3500 S. Tamiami Trail
Sarasota, FL   34239

Morton Plan Hospital
300 Pinellas Street
Clearwater, FL   33756

University Community Hospital of Carrollwood
7171 N. Dale Mabry Hwy.
Tampa, FL   33614

Veterans Hospital
James A. Hailey Veterans Hospital
13000 Bruce B. Downs Blvd.
Tampa, Fl   33612

Respectfully submitted,

_/s/ Amy L. Drushal_____
Michael K. Green
Florida Bar No. 763047
mkgreen@trenam.com
Amy L. Drushal
Florida Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:  813-223-7474
Fax: 813-229-6553

and

Peter F. Catania
Florida Bar No. 841838
Catania & Catania, P.A.
101 E. Kennedy Blvd., Suite 2400
Tampa, FL   33602
Tel:  813-222-8545
Fax: 813-222-8544

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed electronically on the 17th day of March, 2008, and is available for viewing and downloading from the ECF system.  Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitute service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

_/s/ Amy L. Drushal_____
Attorney

2404949v1

**EXHIBIT 1**

**CATANIA & CATANIA**
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7659**

Kevin Klein, D.O.
Florida Heart & Vascular Association
3450 E. Fletcher Ave., Suite 110
Tampa, FL 33613

RE:   Frank Wheeler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Dr. Klein:

Please be advised this firm represents Frank Wheeler in his claims against Merck & Co., Inc. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Frank Wheeler's claim in the above referenced proceeding and said records must be preserved pending collection by Frank Wheeler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7666**

Daniel Small, M.D.
Sarasota Arthritis Center
3500 S. Tamiami Trail
Sarasota, FL 34239

RE:   Frank Wheeler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Dr. Small:

Please be advised this firm represents Frank Wheeler in his claims against Merck & Co., Inc. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Frank Wheeler's claim in the above referenced proceeding and said records must be preserved pending collection by Frank Wheeler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7673**

Morton Plant Hospital
300 Pinellas Street
Clearwater, FL 33756

RE:   Frank Wheeler v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Frank Wheeler in his claims against Merck & Co., Inc. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Frank Wheeler's claim in the above referenced proceeding and said records must be preserved pending collection by Frank Wheeler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7635**

University Community Hospital of Carrollwood
7171 N. Dale Mabry Hwy.
Tampa, FL 33614

RE:  Frank Wheeler v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Frank Wheeler in him claims against Merck & Co., Inc. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Frank Wheeler's claim in the above referenced proceeding and said records must be preserved pending collection by Frank Wheeler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs

## CATANIA & CATANIA
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELORS AT LAW
BANK OF AMERICA PLAZA, SUITE 2400
101 EAST KENNEDY BLVD.
TAMPA, FL 33602

PAUL B. CATANIA
PETER F. CATANIA
PAUL S. REED
WENDY COUSINS-SAVAGE
BRUCE M. KLEINBERG

TEL (813) 222-8545
FAX (813) 222-8544

SARASOTA (941) 955-8555
ST. PETERSBURG (727) 895-8545
CLEARWATER (727) 724-8555

www.cataniaandcatania.com

March 13, 2008

**CERTIFIED MAIL, RETURN RECEIPT**
**7007 3020 0000 4912 7642**

Veterans Hospital
James A. Hailey Veterans Hospital
13000 Bruce B. Downs Blvd.
Tampa, FL 33612

RE: Frank Wheeler v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No.: 1657

### PRESERVATION OF DOCUMENTS NOTICE

Dear Sir/Madam:

Please be advised this firm represents Frank Wheeler in his claims against Merck & Co., Inc. arising out of injuries he suffered from the use of VIOXX. This letter is to notify you that you may have records relevant to Frank Wheeler's claim in the above referenced proceeding and said records must be preserved pending collection by Frank Wheeler.

If you have any questions or comments concerning this notice, please feel free to contact me directly.

Very truly yours,

CATANIA & CATANIA, P.A.

PETER F. CATANIA
Attorney at Law

PFC/bjs