UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No.: 1657 |
| THIS RELATES TO: ROBERT KRSTEVSKI AND LUBA KRSTEVSKI, Plaintiffs, V. MERCK & CO., INC. Defendant. | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 2:06cv0983 |

## STIPULATION TO DISMISS WITH PREJUDICE

COME NOW the Plaintiffs, Robert Krstevski and Luba Krstevski, by and through their counsel, Thomas L. Kirsch and Robert F. Peters, Jr., and comes now, Defendant, Merck & Co., Inc., by its counsel, Stone Pigman Walther Wittmann L.L.C., and stipulate and agree to dismiss this cause of action with prejudice. (Please see attached Exhibit "A")

WHEREFORE, the parties herein, by and through their counsel, request that this Court enter an Order Dismissing this matter With Prejudice, and for all other just and proper relief in the premises.

_____    _____
                                                      Attorneys for Defendant Merck & Co., Inc.

Thomas L. Kirsch
Thomas L. Kirsch & Associates
131 Ridge Road, Munster, IN 46321
219-836-1384

Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C
546 Carondelet Street
New Orleans, LA 70130
Tel: (504) 581-3200
Fax: (504) 581-3361
dwimberly@stonepigman.com

_____

Robert F. Peters, Jr.
Attorney for Petitioner
8700 Broadway
Merrillville, IN 46410
219-769-6902
Attorney No. 22507-45

ROBERT R. PETERS, JR.
THOMAS L. KIRSCH

## AUTHORIZATION TO DISMISS

Pursuant to our meeting on January 3, 2008, you are hereby authorized and directed to dismiss the claim previously filed on our behalf and against MERK & COMPANY, INC.

_____
ROBERT KRSTEVSKI

_____
LUBA KRSTEVSKI

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of March, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2