UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1657 |
| THIS RELATES TO: ROBERT KRSTEVSKI AND LUBA KRSTEVSKI, Plaintiffs, V. MERCK & CO., INC. Defendant. | CIVIL ACTION NO.: 2:06cv0983 |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation To Dimiss With Prejudice, and the Court being duly advised in the premises, NOW HEREBY dismisses this cause of action with prejudice.

SO ORDERED this _____ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT