UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657

THE STATE OF MONTANA, ex rel
MIKE MCGRATH, Attorney General,

      Plaintiff

06 CV 4302 (EEF)

v.

MERCK & CO., INC.
619 One Merck Drive
Whitehouse Station, NJ 08889

      Defendant

## PLAINTIFF'S MOTION TO REMAND TO THE FIRST JUDICIAL DISTRICT COURT OF MONTANA

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff State of Montana hereby moves the Court to remand this action to the First Judicial District Court of Montana.

Plaintiff filed this action on December 28, 2005 in the First Judicial District Court of Montana, Lewis & Clark County, asserting claims based exclusively on state statutory and common law. On March 1, 2006, Defendant removed the matter to the District of Montana, alleging a federal question under 28 U.S.C. 1331. On April 14, 2007, the Judicial Panel on Multidistrict Litigation transferred the case to this court pursuant to Conditional Transfer Order (CTO) 86.

1

Plaintiff State of Montana files this Motion to Remand on the grounds that its complaint pleads claims exclusively based on state common and statutory law and no federal question is substantial or disputed.

Dated this 17th day of March, 2008.

>MIKE McGRATH
>Attorney General
>P.O. Box 201401
>Helena, MT 59620-1401
>Tel.: 406-444-2026
>
>BY:  _____/s/_____
>MICHAEL J. MILLER, ESQ.
>THE MILLER FIRM, LLC
>108 Railroad Avenue
>Orange, VA  22960
>(540) 672-4224
>
>WILLIAM A. ROSSBACH, ESQ.
>ROSSBACH HART BECHTOLD, PC
>401 North Washington, Box 8988
>Missoula, MT 59807
>(406) 543-5156