UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657

THE STATE OF MONTANA, ex rel
MIKE MCGRATH, Attorney General,

      Plaintiff

06 CV 4302 (EEF)

v.

MERCK & CO., INC.
619 One Merck Drive
Whitehouse Station, NJ 08889

      Defendant

### REQUEST FOR HEARING

Plaintiff, State of Montana, by its attorneys, requests a hearing on its Motion to Remand to the First Judicial District Court of Montana.

      MIKE McGRATH
      Attorney General
      P.O. Box 201401
      Helena, MT 59620-1401
      Tel.: 406-444-2026

BY:      /s/
      MICHAEL J. MILLER, ESQ.
      THE MILLER FIRM, LLC
      108 Railroad Avenue
      Orange, VA  22960
      (540) 672-4224

      WILLIAM A. ROSSBACH, ESQ.
      ROSSBACH HART BECHTOLD, PC
      401 North Washington, Box 8988
      Missoula, MT 59807
      (406) 543-5156