UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657

THE STATE OF MONTANA, ex rel
MIKE MCGRATH, Attorney General,

     Plaintiff

06 CV 4302 (EEF)

v.

MERCK & CO., INC.
619 One Merck Drive
Whitehouse Station, NJ 08889

     Defendant

## ORDER

Upon consideration of the Motion to Remand filed by Plaintiff and any opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the Eastern District of Louisiana ORDERED:

1. That the Motion to Remand on behalf of Plaintiff be and hereby is, GRANTED

2. That this case be remanded to the First Judicial District Court of Montana

3. That copies of this Order be distributed to all counsel in this case.

                                          Judge