**RETURN**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

ADELINE THOMAS MOSBY

    Plaintiff

V.

MERCK & CO., INC.

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 - 170

FILED '08 MAR 14 12:12 USDC-LAE

TO: (Name and address of defendant)

MERCK & CO., INC.
CT CORPORATION SYSTEM, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, Virginia 23060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phyllis M. Mosby , Esquire
(VSB No. 30383)
DANVILLE LAW FIRM OF
PHYLLIS M. MOSBY, ATTORNEY AT LAW
119 South Union Street
Danville, Virginia  24541
Telephone:  (434) 797-2500
Facsimile:  (434) 797-2525
E-Mail Address:  phyllis _ mosby@ yahoo.com

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

_/s/ C M Stewart_
(BY) DEPUTY CLERK

MAR 0 7 2008

DATE

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] [2] | DATE 3-12-08 at 1:20 P.M. |
| Name of SERVER (PRINT) David M. Hester, Jr. | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent, CT Corporation System at 4701 Cox Road, Suite 301, Glen Allen, VA 23060. Service was accepted by Katie White, Authorized Recipient.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-13-08
             Date

Signature of Server
Hester Process Service, Inc.
5015 Gravelbrook Drive
Address of Server
Richmond, VA 23234
(804) 271-0298

(2) Also served Civil Cover Sheet and Order to transfer action to United States District Court for the Eastern District of Louisiana

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika Baylor

Carl J. Goodwyn

Emmett Hickam

John Manall

Lisa Poffenberger

Katie White

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

*[signature]*

Carl J. Goodwyn
Senior Corporate Operations Specialist
CT Corporation System
A Wolters Kluwer Company


State of Virginia
County of Henrico

This day personally appeared before me, Carl J. Goodwyn, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __13__ day of __Feb.__, 2008

*[signature]*
Notary Public
Lisa O. Poffenberger

My Commission expires 5/31/08
Notary number 345160