UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**          MDL NO. 1657
   **PRODUCTS LIABILITY LITIGATION:**
                                                    SECTION: L

                JUDGE FALLON
………………………………………………          MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
   2:06-cv-1970

## ORDER

Upon considering Plaintiff's counsel's Motion for Substitution of Party, the Court hereby orders that Leon Burch be substituted for Plaintiff, Betty Burch, Deceased, in the above cause of action.  Further, Leon Burch, will act as the personal representative of the above named plaintiff with authority to prosecute or settle this Vioxx-related lawsuit on her behalf.

New Orleans, Louisiana, this 13th day of March, 2008.

_____
United States District Judge