UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MONTHLY STATUS CONFERENCE
MARCH 25, 2008
<u>SUGGESTED AGENDA</u>**

I.   Settlement Agreement

II.  Registration of Claims in the Settlement Program

III. Lien Administrator

IV.  Special Master and Deputy Special Masters

V.   State Court Trial Settings

VI.  Class Actions

VII. Discovery Directed to Merck

VIII. Discovery Directed to Third Parties

IX.  State/Federal Coordination -- State Liaison Committee

X.   *Pro Se* Claimants

- 2 -

| | |
|---|---|
| XI. | Merck's Motions |
| XII. | Issues Relating to Pre-Trial Order No. 9 |
| XIII. | Vioxx Suit Statistics |
| XIV. | PSC MDL Trial Package |
| XV. | Other Motions |
| XVI. | Third Party Payor Cases |
| XVII. | Next Status Conference |