UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to*: | * | JUDGE FALLON |
| *Buford, Sally et al. v. Merck & Co., Inc.*, Docket Number 2:06-cv-03158; and only regarding Grady Redden, Individually and on Behalf of Shirley Redden, and Mary Helen Scyres and spouse Silvester Scyres. | * | |

* * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs listed above and Defendant Merck & Co., Inc., through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiffs to voluntarily dismiss their claims with prejudice against Defendant in the above-captioned case, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

3. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Plaintiffs listed above in the above-captioned case.

Dated: 3/18/08

| | |
|---|---|
| BRENT COON & ASSOCIATES | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: *Julie Ferraro* | By: */s/ Dorothy H. Wimberly* |
| Carolyn Kaye Ranke<br>Brent Coon & Associates<br>1220 West Sixth St.<br>Suite 303<br>Cleveland, OH 44113<br>Phone: 216-241-1872 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA  70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiffs Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13/18 day of March, 2008.

_____