UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Buford, Sally et al. v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number 2:06-cv-03158; and only | * | |
| regarding Grady Redden, Individually | * | |
| and on Behalf of Shirley Redden, and | * | |
| Mary Helen Scyres and spouse Silvester | * | |
| Scyres. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE