UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to*: | * | JUDGE FALLON |
| *Watson, Polly et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-04319; and only regarding Margaret Fresina. | * | |

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Margaret Fresina and Defendant Merck & Co., Inc., through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff Margaret Fresina to voluntarily dismiss her claims with prejudice against Defendant in the above-captioned case, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

3. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Plaintiff Margaret Fresina listed above in the above-captioned case.

60238264_1.DOC

Dated: 3/11/08

| FAYARD & HONEYCUTT | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: *Wanda J. Edwards* | By: */s/ Dorothy H. Wimberly* |
| Wanda Jean Edwards | Phillip A. Wittmann, 13625 |
| Fayard & Honeycutt | Dorothy H. Wimberly, 18509 |
| 519 Florida Blvd. | Stone Pigman Walther Wittmann, L.L.C. |
| Denham Springs, LA 70726 | 546 Carondelet St. |
| Phone: 225-664-4193 | New Orleans, LA 70130 |
| | Phone: 504-581-3200 |
| *Counsel for Plaintiff Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

60238264_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2