UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L<br>MDL Docket No. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS RELATES TO:<br><br>Glenda Meysami, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:05-cv-5353-EEF-DEK<br><br>"And only regarding Walter Flippin" | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, **Walter Flippin,** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SCHLICHTER, BOGARD & DENTON

By: _/s/ Roger C. Denton_

Roger C. Denton, 30292
Schlichter, Bogard & Denton
100 South Fourth St., Suite 900
St. Louis, MO 63102
Phone 314-621-6115

*Counsel for Plaintiff Walter Flippin*

Dated: 3/17/08

STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: _/s/ Dorothy H. Wimberly_

Phillip A. Witmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Witmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 3/19/08

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of March, 2008.

                                          */s/ Dorothy H. Wimberly*
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, Louisiana  70130
                                          Phone: 504-581-3200
                                          Fax:     504-581-3361
                                          dwimberly@stonepigman.com

                                          Defendants' Liaison Counsel