UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                 MDL NO. 1657
    **PRODUCTS LIABILITY LITIGATION:**

                                                              SECTION:  L

                                                              JUDGE FALLON
…………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Smith, et. al. v. Merck & Co., Inc.,* **2:06-cv-00917**

## PLAINTIFF GEORGE MORAN'S MOTION TO SET ASIDE THE DISMISSAL WITHOUT PREJUDICE OF HIS CLAIM

COMES NOW Plaintiff George Moran ("Moran"), and pursuant to Federal Rule of Civil Procedure 60 hereby respectfully moves the court to set aside the Order of Dismissal Without Prejudice of his Vioxx claim, and states as follows:

On or about February 22, 2008 Moran was included in a Stipulation of Dismissal Without Prejudice along with another plaintiff named Bobby Jo Simbulan.  Moran's inclusion in said stipulation was a scrivener's error.  Brown and Crouppen P.C. represents over 500 potential vioxx claimants.  Moran's name was erroneously included in an intra-office email of a list of individuals whose claims were to be dismissed without prejudice.  As such Moran's claim was mistakenly dismissed without prejudice by order of this court on or about February 29, 2008.

In the case at hand, Defendant Merck & Co. Inc., will not be prejudiced if the Court's Order of Dismissal Without Prejudice is set aside.  Moran's motion was filed within 30 days of the entry of the Order.  There has been no substantial change in the position of the parties.  Plaintiff requests this Honorable Court, set aside its Order of Dismissal Without Prejudice so that

he may be afforded the opportunity to litigate this action to a full and fair resolution for all parties.  A proposed Order is attached hereto.

WHEREFORE, Plaintiff George Moran request that this Honorable Court enter an Order setting aside its Order of Dismissal Without Prejudice.

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

/s/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Fed #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 19th day of March, 2008.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


      By:    /s/ SETH SHARROCK WEBB
                 Seth Sharrock Webb, MO Fed #505666