UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN **RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION:** | MDL NO. 1657 |
| | SECTION: L |
| ……………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Smith, et. al. v. Merck & Co., Inc.,* **2:06-cv-00917**

## ORDER SETTING ASIDE THE ORDER DISMISSING WITHOUT PREJUDICE GEORGE MORAN'S CLAIM

On the date shown below, the Court considered Plaintiff George Moran's Motion to Set Aside. After considering the motion, the Court concludes it should be GRANTED. The Court, therefore, orders that the Order of Dismissal Without Prejudice of George Moran's case is set aside. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect this change.

Dated this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE