UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
HONORABLE ELDON FALLON
MAGISTRATE KNOWLES

The Petition of Healthcare Recoveries, Inc., on Behalf of, and in Coordination with Numerous Health Insurers for Pre-Action Deposition(s) Pursuant to Federal Rule of Civil Procedure 27(a)

**DECLARATION OF
STEVEN J. PHILLIPS**

I, Steven J. Phillips, declare as follows:

1. I am a member of the firm Levy Phillips & Konigsberg, LLP, attorneys for Petitioners, and a member of the bar of several United States District Courts.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the 1199SEIU Greater New York Benefit Fund Plan.

3. Attached hereto as Exhibit B is a true and correct copy of the March 6, 2008 letter brief of Christopher Seeger, Esq., filed in Superior Court, Atlantic County, New Jersey.

4. Attached hereto as Exhibit C is a true and correct copy of the March 6, 2008 letter brief of Hope Freiwald, Esq., on behalf of Merck & Co., Inc., filed in Superior Court, Atlantic County, New Jersey.

5. I certify under the penalty of perjury that the foregoing statements are true.

Executed on March 19, 2008

_____
Steven J. Phillips

00112511.WPD