Case 2:05-md-01657-EEF-DEK   Document 13792-2   Filed 03/19/08   Page 1 of 3

The Plan is administered by the Board of Trustees (the "Trustees") of the 1199SEIU Greater New York Benefit Fund (the "Fund"). No individual or entity, other than the Trustees (including any duly authorized designee thereof), has any authority to interpret the provisions of this Plan Document or to make any promises to you about the Plan.

The Trustees reserve the right to amend, modify, discontinue or terminate all or part of this Plan for any reason and at any time when, in their judgment, it is appropriate to do so. These changes may be made by formal amendments to the Plan, resolutions of the Board of Trustees, actions by the Trustees when not in session by telephone or in writing, and/or any other methods allowed for Trustee actions.

If the Plan is amended or terminated, you and other active and retired employees may not receive benefits as described in this Plan Document. This may happen at any time, even after you retire, if the Trustees decide to terminate the Plan or your coverage under the Plan. In no event will any active employee or retiree become entitled to any vested or otherwise nonforfeitable rights under the Plan.

The Trustees (including any duly authorized designee of the Trustees) reserve the complete authority and discretion to construe the terms of the Plan (and any related Plan documents) including, without limitation, the authority to determine the eligibility for, and the amount of, benefits payable under the Plan. These decisions shall be final and binding upon all parties affected by such decisions. This booklet and the Fund staff are your sources of information on the Plan. You cannot rely on information from co-workers, Union or Employer representatives. If you have any questions about the Plan and how its coverage works, the Fund staff will be glad to help you. Since telephone conversations and other oral statements can easily be misunderstood, they cannot be relied upon if they are in conflict with what is stated in this Plan Document.



1

# Section I. G
# WHEN OTHERS ARE RESPONSIBLE FOR YOUR ILLNESS OR INJURY

If someone else is responsible for your illness or injury, for example, because of an accident, you may be able to recover money from that person, his or her insurance company, an uninsured motorist fund, or no-fault insurance carrier. **Expenses, such as hospital, medical, prescription or other services resulting from such an illness or injury caused by the conduct of a third-party are *not covered* by this Plan.**

However, the Plan Administrator recognizes that often the responsibility for injuries or illness is disputed. Therefore, in certain cases, as a service to you and if you follow the required procedures, the Fund may advance benefit payments to you, or on your behalf, before the dispute is resolved.

When another party is responsible for an illness or injury, the Plan Administrator has rights to recover the full amount it has paid or will pay related to any claims which you may have against any person or entity. This means you are assigning your rights in any recovery to the Fund to the extent of the Fund's payments on your behalf. The Fund's right to recover the payments comes before you can recover. Therefore, the Fund has an independent right to bring an action in connection with such an injury or illness in your name and also has a right to intervene in any such action brought by you. It also means that the Fund has an equitable lien on the proceeds of any verdict or settlement reached in a lawsuit that you bring against someone for causing an illness or injury, when the Fund has paid for costs arising from that person's actions. The Fund has a right to be repaid from those proceeds. You must notify the Fund of any accident or injury for which someone else may be responsible. Further, the Fund must be notified of initiation of any lawsuit arising out of the accident or incident.

You are required to provide the Fund with any and all information and to execute and deliver all necessary documents as the Plan Administrator may require to enforce the Fund's rights. Once the Fund learns that another party may be responsible, you must sign an agreement (or a "lien") affirming the Fund's rights with respect to benefit payments and claims. Benefit payments are not payable until this agreement is signed and received by the Fund.

If you receive payments from or on behalf of the party *responsible for an illness or injury, the Fund* must be repaid from those payments. You must repay the Fund regardless of whether the total amount of the recovery is less than the actual loss and even if the party does not admit responsibility, itemize the payments, or identify

33

payments as medical expenses. You cannot reduce the amount of the Fund's payments to pay for attorneys' fees incurred to obtain payments from the responsible party. The Fund's rights provide the Fund with first priority to any and all recovery in connection with the injury or illness. The Fund has these rights without regard to whether you have been "made-whole."

If you fail or refuse to sign a lien or to comply with these terms, the Plan Administrator may suspend your eligibility for benefits and/or recovery from providers' money paid to them, until the Fund is fully repaid. In addition, the Plan Administrator may bring a court action against you to enforce the terms of the Plan.

By accepting the Fund's payments, you are consenting to a constructive trust being placed on the amount owed to the Fund out of any proceeds.

## WHEN MOTOR VEHICLE OR NO-FAULT INSURANCE PROVIDES COVERAGE

This provision is expressly intended to avoid the possibility that this Plan will be primary to coverage that is available under motor vehicle or no-fault insurance.

**This Plan is *secondary* to:**

- Coverage provided under any "no-fault" provision of any motor vehicle insurance statute or similar statute;

   *and*

- Coverage provided under motor vehicle insurance which provides for health insurance protection, even if you (your spouse or your covered children) select coverage under the motor vehicle insurance as secondary.

### ■ NOTE

*All remedies and appeals must be exhausted through your No-Fault Carrier before the Fund will consider any payments on a primary basis.*

In the event that the Fund pays benefits that should have been paid by the no-fault insurer, you are obligated to reimburse the Fund for the amount advanced on your behalf from any monetary recovery from any person or entity responsible for the injury or illness.

## WHEN MOTOR VEHICLE OR NO-FAULT INSURANCE DENIES COVERAGE

Before the Fund will provide benefits, you must exhaust all of your benefits under your no-fault insurance.

If the no-fault insurer denies your claim for benefits, you are required to appeal this denial to your no-fault carrier. You must provide proof to the Fund that you have exhausted the no-fault appeals process before the Fund will consider payment in accordance with its schedule of fees and allowances.