## CERTIFICATE OF SERVICE

I, **SHARON BACCHUS**, hereby certify that on March 19th, 2008, a true and correct copy of the foregoing:

1. **PETITIONERS' MEMORANDUM IN OPPOSITION TO DEFENDANT MERCK & CO., INC. AND PLAINTIFFS' STEERING COMMITTEE'S MOTIONS TO DISMISS AND IN FURTHER SUPPORT OF THEIR PETITION FOR PRE-ACTION DISCLOSURE;**

2. **DECLARATION OF STEVEN J. PHILLIPS WITH ATTACHED EXHIBITS A-C;**

3. **CERTIFICATE OF SERVICE.**

were served via File and Serve upon:

All Counsel


19th day of March, 2008

*/s/ Sharon Bacchus*
Sharon Bacchus

00112458.WPD