UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
  *Jackson, et al. v. Merck & Co., Inc.*, **Case No. 07-9138; and**
  *Durham, et al. v. Merck & Co., Inc.*, **Case No. 07-9196**

## ORDER TO SHOW CAUSE

On March 12, 2008, the Court issued an Order to Show Cause in *Jackson, et al. v. Merck & Co., Inc.*, Case No. 07-9138, and *Durham, et al. v. Merck & Co., Inc.*, Case No. 07-9196, regarding Plaintiffs' counsel's failure to comply with the Court's order severing the Plaintiffs' claims. Plaintiffs' counsel in these cases has responded to the Court and stated that they had filed a motion for reconsideration of the Court's severance orders. After looking into the matter, Plaintiffs' counsel realized that they had not filed their motion with the Court, but rather merely uploaded their motion to the Lexis/Nexis File & Serve service. Plaintiffs have subsequently filed their motion for reconsideration before the Court (Rec. Doc. No. 13717).

1

The Court finds that the Plaintiffs' counsel's explanation and the filing of their motion for reconsideration is sufficient and counsel is no longer required to appear in person on March 25, 2008. The Court will address Plaintiffs' motion in a separate order.

New Orleans, Louisiana, this 19th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:  Tim K. Goss
     Tamara L. Banno
     Freese & Goss, PLC
     3031 Allen, Suite 200
     Dallas, TX  75204

     Plaintiffs' Liaison Counsel

     Defendant's Liaison Counsel