| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-06118 | Plaintiff: Joseph Aparo, as Personal Representative of the Estate of Mary Aparo, deceased |

## NOTICE OF FIRM NAME CHANGE AND ADDRESS CHANGE

Please take notice that the firm name, and address, for the undersigned attorney of record for the Plaintiff, Joseph Aparo, as Personal Representative of the Estate of Mary Aparo, deceased, deceased, has changed. The new firm name and address are:

**SEAN F. MONAHAN, P.C.**
Attorney at Law
P.O. Box 308
25 Thompson Road
Webster, MA 01570-0380

Telephone No.: (508) 943-0833
Facsimile: (508) 943-0777

Please send all notices, pleadings, etc. in care of the new firm name.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Firm Name and Address Change, has been served on Liaison Counsel, Russ Herman and Philip Wittman, and by U.S. Mail and via e-mail to Wilfred P. Coronato, Esquire, Hughes, Hubbard & Reed, LLP, 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3918 and by U.S. Mail and e-mail or by hand delivery and via

e-mail to registration@hugheshubbard.com; rherman@hhkc.com; claimsadmin@browngreer.com and via e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of March, 2008.

Sean Francis Monahan, Esq.
Florida Bar No.: 0144657
Attorney for Plaintiff
Sean F. Monahan, P.C.
25 Thompson Road
P.O. Box 308
Webster, MA 01570-0308
Telephone No.: (508) 943-0833
Fax No.: (508) 943-0777
Attorney's e-mail: sfm@lawyermonahan.com