UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:**

*Aldridge, Harriet v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-06346, and only regarding Johnson, Larry;**

*Douglas, Earlie v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-05308, and only regarding Dorothy Neff;**

*Elder, Michael v. Merck & Co., Inc.*
**Civil Action No. 2:06-cv-00785, and only regarding Elizabeth Williams;**

*Ganser, Dorothy, et al. v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-05300, and only regarding Dorothy Ganser;**

*Harris, Ronnie v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-05824, and only regarding Harris, Ronnie;**

*Hodges, John v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-03803, and only regarding Robert Pomerory;**

*Kell, Virginia v. Merck & Co., Inc.*
**Civil Action No. 2:05-cv-05306, and only regarding Virginia Kell;**

*Lacy, Fulton v. Merck & Co., Inc.*

4579620

*Civil Action No. 2:06-cv-00790,* **and only regarding Wilhelm, Benjamin and Wilhelm, Catherine;**

*Lara, Ricardo v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05309,* **and only regarding Brewer, Douglas;**

*McGhee, Edna, et al. v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02573,* **and only regarding David Charles;**

*Miles, Mary v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-03810,* **and only regarding Teter, Russel;**

*Stewart, Mary v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02575,* **and only regarding Ring, Vicky;**

*Trinidad, Loretta v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05310,* **and only regarding Bonnett, Etta Spotted War;**

*Tuma, Theresa v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02566,* **and only regarding Rolfsness, Tamasailau;**

*Walker, Willie M. v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-03137,* **and only regarding Phillip Nunn;**

*Zide, Martin v. Merck & Co., Inc.*
*Civil Action No. 2:06-cv-00796,* **and only regarding Williams, Elizabeth;**

*Zook, Shirley et al v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05304,* **and only regarding Ronald O'Doniel on behalf of Marcia O'Doniel;**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The above-referenced Plaintiffs ("Plaintiffs") and Defendants Family Pharmacy, Inc., Walgreen Co., Wal-Mart Stores East, LP and Wal-Mart Stores East, Inc., Dang Enterprises, Inc., d/b/a Bolerjack Drug, Sam's East, Inc., d/b/a Sam's Club, Medco Health Solutions, Inc., Express Scripts, Inc., Hunt's Lindenwood Drug, Inc., Medicine Shoppe International, Inc., CVS Pharmacy, Inc., Schnuck Markets, Inc., and Kmart Corporation ("Defendants") hereby stipulate to a dismissal without prejudice of all of Plaintiffs' respective claims against Defendants, subject to the following conditions:

1. Plaintiffs each agree that, in the event he/she or a representative re-files a lawsuit against Defendants that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court.

2. Plaintiffs each further agree that in the event he/she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by such Plaintiff, as though such Plaintiff had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Defendants in the above-captioned cases.

4. The claims of the remaining plaintiffs in the above cases shall remain in full force

and effect.

5. Plaintiffs agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. Nothing in this stipulation shall constitute a waiver of any rights and defenses Defendants may have in any litigation. Each side to bear its own costs and counsel fees.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs against Defendants, as set out herein, in the above-styled lawsuits without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted:

_____
Jeffery J. Lowe
Casey Flynn
JEFFREY LOWE, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 678-3400

Attorneys for Plaintiffs Listed in Caption Above

_____
David A. Dick  #65275 (E.D. Mo.)
B. Matthew Struble  #498813 (E.D. Mo.)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

Attorneys for Defendants Family Pharmacy, Inc., Walgreen Co., Wal-Mart Stores East, LP and Wal-Mart Stores East, Inc., Dang Enterprises, Inc., d/b/a Bolerjack Drug, Sam's East, Inc., d/b/a Sam's Club, Medco Health Solutions, Inc., Express Scripts, Inc., Hunt's Lindenwood Drug, Inc., Medicine Shoppe International, Inc., CVS Pharmacy, Inc., Schnuck Markets, Inc., and Kmart Corporation

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was mailed via U.S. Postal Service to the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed and uploaded onto the court's electronic filing system, on this 20th day of March, 2008.

_____
Jennifer L. Bedard