UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

*Aldridge, Harriet v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-06346,* **and only regarding Johnson, Larry;**

*Douglas, Earlie v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05308,* **and only regarding Dorothy Neff;**

*Elder, Michael v. Merck & Co., Inc.*
*Civil Action No. 2:06-cv-00785,* **and only regarding Elizabeth Williams;**

*Ganser, Dorothy, et al. v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05300,* **and only regarding Dorothy Ganser;**

*Harris, Ronnie v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05824,* **and only regarding Harris, Ronnie;**

*Hodges, John v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-03803,* **and only regarding Robert Pomerory;**

*Kell, Virginia v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05306,* **and only regarding Virginia Kell;**

*Lacy, Fulton v. Merck & Co., Inc.*
*Civil Action No. 2:06-cv-00790,* **and only regarding Wilhelm, Benjamin and**

4708734.2

**Wilhelm, Catherine;**

*Lara, Ricardo v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05309,* **and only regarding Brewer, Douglas;**

*McGhee, Edna, et al. v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02573,* **and only regarding David Charles;**

*Miles, Mary v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-03810,* **and only regarding Teter, Russel;**

*Stewart, Mary v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02575,* **and only regarding Ring, Vicky;**

*Trinidad, Loretta v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05310,* **and only regarding Bonnett, Etta Spotted War;**

*Tuma, Theresa v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-02566,* **and only regarding Rolfsness, Tamasailau;**

*Walker, Willie M. v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-03137,* **and only regarding Phillip Nunn;**

*Zide, Martin v. Merck & Co., Inc.*
*Civil Action No. 2:06-cv-00796,* **and only regarding Williams, Elizabeth;**

*Zook, Shirley et al v. Merck & Co., Inc.*
*Civil Action No. 2:05-cv-05304,* **and only regarding Ronald O'Doniel on behalf of Marcia O'Doniel;**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the parties' previously-filed Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all claims of the Plaintiffs listed above against Defendants Family Pharmacy, Inc., Walgreen Co., Wal-Mart Stores East, LP and Wal-Mart Stores East, Inc., Dang Enterprises,

Inc., d/b/a Bolerjack Drug, Sam's East, Inc., d/b/a Sam's Club, Medco Health Solutions, Inc., Express Scripts, Inc., Hunt's Lindenwood Drug, Inc., Medicine Shoppe International, Inc., CVS Pharmacy, Inc., Schnuck Markets, Inc., and Kmart Corporation in the above styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

      NEW ORLEANS, LOUISIANA, this ____day of _____, 2008.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE