# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Claiborne White, et al. v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| Docket Number: 05-1565 "L" | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, Claiborne White, pursuant to Fed. R.Civ.Proc. 41(a)(2), moves this honorable court to dismiss without prejudice all of his respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, because he does not meet the criteria to be eligible for compensation under the proposed Vioxx settlement plan.

> Respectfully submitted,
>
> KLEINPETER & SCHWARTZBERG, L.L.C.
> 619 Jefferson Highway, Suite 2H
> Baton Rouge, Louisiana 70806
> Telephone (225) 926-4130
>
>
> BY:/s/ Robert E. Kleinpeter
> ROBERT E. KLEINPETER, T.A
> Bar Roll Number 07448

<u>Certificate of Service</u>

I hereby certify that the above and foregoing Motion and Order for Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B accord with the procedures established in MDL 1657, on this __20th____ day of March, 2008.

/s/ Robert E. Kleinpeter
Robert E. Kleinpeter