UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Claiborne White, et al. v. Merck & Co., Inc.* Docket Number: 05-1565 "L" | * | MAGISTRATE JUDGE KNOWLES |

*********************************************************************

## Order

_____Considering the foregoing;

IT IS ORDERED that the above captioned matter be and hereby is dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE