IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
     PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v. MERCK, etc.,
Case No. 2:06-CV-10099
                                  /

**PLAINTIFF'S COUNSEL, BRIAN J. GLICK, ESQUIRE AND
GLICK LAW FIRM, P.A.'S MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF, BRYAN LEE ROBERTS**

    COME NOW, Plaintiff, BRYAN LEE ROBERTS' counsel, BRIAN J. GLICK and GLICK LAW FIRM, P.A., and respectfully move this Honorable Court for entry of an Order permitting said counsel to withdraw, based on the Court's Order heretofore entered, and in support thereof states:

1. A variety of differences in the handling and evaluation of this case have arisen between Plaintiffs and their undersigned counsel which have created a conflict for the undersigned to continue to represent them in this lawsuit and Mr. Roberts has asked this Court to allow withdrawal.

2. Although the undersigned has expended significant time and behalf of the Plaintiff, BRYAN LEE ROBERTS, the undersigned will make the file available

-1-

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

to Plaintiff or his new attorney and wait for cost reimbursement and attorneys' fees until conclusion of the case *sub judice* based on the attached Attorneys' Charging Lien (Exhibit "A").

WHEREFORE, the undersigned respectfully request that this Honorable Court enter an Order granting this Motion and relieve BRIAN J. GLICK, ESQUIRE and GLICK LAW FIRM, P.A., from any further responsibility in this case.

I HEREBY CERTIFY that the above and foregoing <u>Plaintiff's Counsel, Brian J. Glick, Esquire and Glick Law Firm, P.a.'s Motion to Withdraw as Counsel for Plaintiff, Bryan Lee Roberts</u> has been provided by U.S. mail to Bryan Roberts, 600 N.E. 7th Ave., #17, Ft. Lauderdale, FL 33304-4633, and Ms. Tanya Murphy, Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031; and has been served on Liaison Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New Orleans, LA 70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA 70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District fo Louisiana by using the CM/ECF

In re:  VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No.  MDL 1657

This document relates to:
Ailer, et al.  v.  Merck, etc.
Case No.  2:06-CV-10099

system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 21 day of March, 2008, *with the original hereof on file with the Clerk of this Court*.

   /s/ Brian J.  Glick
Brian J.  Glick
Florida Bar No. 328359
GLICK LAW FIRM, P.A.
Counsel for Plaintiffs
2255 Glades Rd., #324-A
Boca Raton, FL  33431
Tel. 561/391-0448
FAX     330-3593
lawboca@aol.com