IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
       PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v. MERCK, etc.,
Case No. 2:06-CV-10099
                              /

**NOTICE OF
ATTORNEYS' CHARGING LIEN**

TO: ALL PARTIES CERTIFIED HEREINBELOW

PLEASE TAKE NOTICE that Brian J. Glick, Esquire and Glick Law Firm, P.A. hereby give notice of a Charging Lien for time and services rendered and expenses incurred and advanced during this representation of the Plaintiff, BRIAN LEE ROBERTS, in this cause of action and request that Glick Law Firm, P.A.'s name be included in any and all settlement checks and that their Charging Lien be paid and satisfied before any disbursement of settlement funds to Plaintiff, BRYAN LEE ROBERTS and/or his medical providers or any other party or governmental agency asserting a claim to said Plaintiff's settlement funds.

I HEREBY CERTIFY that the above and foregoing <u>Plaintiff's Counsel, Brian J. Glick, Esquire and Glick Law Firm, P.a.'s Motion to Withdraw as Counsel for Plaintiff, Bryan Lee Roberts</u> has been provided by U.S. mail to Bryan Roberts, 600 N.E. 7th Ave., #17, Ft. Lauderdale, FL 33304-4633, and Ms. Tanya Murphy, Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031**;** and has been served on Liaison

In re:  VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No.  MDL 1657

This document relates to:
Ailer, et al.  v.  Merck, etc.
Case No.  2:06-CV-10099

Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New Orleans, LA  70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA   70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No.  8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the  Eastern District fo Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 21 day of March, 2008, *with the original hereof on file with the Clerk of this Court*.

  /s/ Brian J.  Glick
Brian J.  Glick
Florida Bar No. 328359
GLICK LAW FIRM, P.A.
Counsel for Plaintiffs
2255 Glades Rd., #324-A
Boca Raton, FL  33431
Tel. 561/391-0448
FAX      330-3593
lawboca@aol.com