IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION:  NEW ORLEANS

CASE NO.:   MDL 1657

In Re: VIOXX
PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v.  MERCK, etc.,
Case No.  2:06-CV-10099
_____/

### ORDER *GRANTING* PLAINTIFF'S COUNSEL, BRIAN  J.  GLICK, ESQUIRE AND GLICK LAW FIRM, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, BRYAN LEE ROBERTS

THIS CAUSE, having come before the Court's attentiion on the Plaintiff, BRYAN LEE ROBERTS' counsel, BRIAN J.  GLICK and GLICK LAW FIRM, P.A., Motion to Withdraw and the Court having reviewed the file and being otherwise duly advised in the premises, it is,

ORDERED AND ADJUDGED, that:

1. Plaintiff, BRYAN LEE ROBERTS' counsel, BRIAN J.  GLICK and GLICK LAW FIRM, P.A.'s Motion to Withdraw be, and the same is hereby ***granted***.

2. Plaintiff, BRYAN LEE ROBERTS (VCN 1104322), is further directed to contact the Plaintiffs' *Pro Se* Curator, to wit:  Robert M.  Johnston, Esquire, Johnston, Joefer, et al., 601 Poydras St., #2490, New Orleans, LA  70130 (Tel. 504/561-7799) and the Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031 (tel. 866/866-1729) concerning completion and submission of his remaining enrollment materials for interim

-1-

-2-

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

payment by the deadline of March 31, 2008 and his Claims Package Submission by the deadline of July 1, 2008.

DONE AND ORDERED in Chambers at New Orleans, LA, on this _____ day of March, 2008.

                                                                                              _____
                                                                                              U.S. District Court Judge

Copies provided to:

Brian J. Glick, Esquire
Glick Law Firm, P.A.
2255 Glades Rd., #324-A
Boca Raton, FL 33431

Bryan Lee Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL 33304-4633

Robert M. Johnston, Esquire, *Pro Se* Curator
Johnston, Joefer, et al.
601 Poydras St., #2490
New Orleans, LA 70130

Claims Administrator
Brown, Greer, et al.
P.O. Box 85031
Richmond, VA 22285-5031