UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCT LIABILITY LITIGSTION | CIVIL |
| This doucment relates to:<br>06-10099 | NO: MDL 1657 |
| | SECTION: L (3) |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 13803**

    **DESCRIPTION:**  Proposed Order

    **FILED BY:**   Bryan Lee Roberts

    **FILE DATE:**   3/21/2008