## CERTIFICATE OF SERVICE

I, **ERIK L. SHAWN**, hereby certify that on March 21st, 2008, a true and correct copy of the foregoing:

1. **PETITIONERS' MARCH 21, 2008 LETTER TO JUDGE FALLON IN RESPONSE TO MERCK'S MARCH 19, 2008 NOTICE OF SUPPLEMENTAL AUTHORITY; AND**

2. **CERTIFICATE OF SERVICE.**

were served via File and Serve upon:

All MDL Counsel


21th day of March, 2008

*[signature]*
_____
Erik L. Shawn

00112801.WPD