## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| *Claiborne White, et al. v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| **Docket Number: 05-1565 "L"** | * | **KNOWLES** |
| | * | |
| | * | |

**************************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

_____Plaintiff, Claiborne White, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R.Civ.Proc. 41(a)(1), to a dismissal with prejudice, of all claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs.  The claims of the remaining Plaintiffs shall remain in full force and effect.

Respectfully submitted,

KLEINPETER & SCHWARTZBERG, L.L.C.                 STONE, PIGMAN WALTHER
                                                   WITTMANN, L.L.C.


BY:/s/ Robert E. Kleinpeter                       By: /s/ Dorothy H. Wimberly
Robert E. Kleinpeter                              Phillip A. Wittmann
619 Jefferson Highway, Suite 2H                   Dorothy H. Wimberly
Baton Rouge, Louisiana  70806                     546 Carondelet Street
Telephone (225) 926-4130                          New Orleans, Louisiana 70130
                                                  (504 581-3200


*Counsel for Plaintiff Claiborne White*           *Counsel for Defendant Merck & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana  by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th  day of March, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:       504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

/s/ Robert E. Kleinpeter
Robert E. Kleinpeter

-2-