IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | |

This document relates to the following case:

*Dianne Dalton, et al. v. Merck & Company*, United States District Court for the Southern District of Mississippi, Civil Action No. 3:07CV576HTW-LRA

### AFFIDAVIT OF SHEILA M. BOSSIER

| | |
|---|---|
| THE STATE OF MISSISSIPPI | § |
| | § |
| COUNTY OF HINDS | § |

**BEFORE ME**, the undersigned authority, on this day personally appeared Sheila M. Bossier, known to me to be the person whose signature appears below, who, being duly sworn, did upon her oath state as follows:

1. My name is Sheila M. Bossier. I am an attorney representing the Plaintiffs in the above identified case. I have never been convicted of any felony or any crime involving moral turpitude. I am of sound mind and fully competent to make this Affidavit. The following facts are within my personal knowledge and are true and correct.

2. I am familiar with the course and history of the Vioxx litigation and the above identified case. I and my firm, together with the other firms serving as Plaintiffs' Counsel have registered every Plaintiff in the above identified case in the settlement program as laid out in the Settlement Agreement dated November 9, 2007 between Merck & Co., Inc. and certain plaintiffs counsel.

3.  Further Affiant sayeth naught.

_____
Sheila M. Bossier

SUBSCRIBED AND SWORN TO BEFORE ME on the 25th day of March, 2008, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Mississippi

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 85576, KRIS C. THOMAS, Commission Expires May 28, 2011, HINDS COUNTY]