# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | § | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | |

This document relates to the following case:

*Dianne Dalton, et al. v. Merck & Company,* United States District Court for the Southern District of Mississippi, Civil Action No. 3:07CV576HTW-LRA

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Reconsider its Order dated March 12, 2008, and the Court finding that said motion is well taken, and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reconsider its Order dated March 12, 2008, be and is hereby GRANTED.

THUS DONE AND SIGNED, on this the ___ day of _____ 2008.

_____
United States District Judge