UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has previously appointed Mr. Patrick A. Juneau to serve as the Special Master and Justice John Trotter (Ret.) and Judge Marina Corodemus (Ret.) to serve as the Deputy Special Masters pursuant to the Settlement Agreement, dated as of November 9, 2007, between Merck and the Counsel Listed on the Signature Pages (the "Settlement Agreement").

In order to ensure that all participants in the Settlement Agreement are treated consistently across the country, all appeals to the Special Masters pursuant to the Settlement Agreement shall be assigned by the Special Master randomly and without regard to the geographic origin of the claim.

New Orleans, Louisiana, this 20th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE