UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Marchelle S. Adams, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02351) | Judge Fallon |
| | Mag. Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LPA, Ohio local counsel of record for Plaintiff, CALVIN CRISP, moves this Court for an order allowing him to withdraw as counsel of record for Plaintiff, Calvin Crisp, in the above-captioned multidistrict litigation. Mr. Climaco was serving as local counsel in the United States District Court, Northern District of Ohio and was inadvertently left off the Motion to Withdraw as Counsel of Record submitted to this Court by the Provost Umphrey Law Firm; Williams Bailey Law Firm; Ranier, Gayle & Elliot Law Firm; The Watts Law Firm; and The Kaiser Firm. That Motion was granted by this Court December 20, 2005.

This withdrawal is intended for Plaintiff, Calvin Crisp, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 7450 State Route 104, Lockbourne, Ohio 43137, 614-875-6772.

Respectfully submitted,

*/s/ John R. Climaco*

John R. Climaco (0011456)
CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
55 Public Square
Suite 1950
Cleveland, OH 44113
(216) 621-8484

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, a true copy of the foregoing Motion was served electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. In addition, a copy of the foregoing Motion to Withdraw was served upon Calvin Crisp, 7450 State Route 104, Lockbourne, Ohio 43137, 614-875-6772., via certified mail, this 4th of August, 2006. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

_/s/ John R. Climaco_
John R. Climaco