UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Marchelle S. Adams, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02351) | Judge Fallon |
| | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, CALVIN CRISP's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LPA withdraws as counsel for Plaintiff, Calvin Crisp, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

_____          _____
Date                                                      Judge Eldon E. Fallon
                                                              United States District Court Judge