UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIBAILTIY LITIGATION | * | SECTION L |
| *This document relates to:* | * | JUDGE FALLON |
| Linda Candreva v. Merck & Co., Inc.; Docket Number 2:06-cv-10981-EEF-DEK; and only regarding Karen Anderson and Dohn Bogue. | * | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

* * * * * * * * * * * * * * * * *

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs, Karen Anderson and Dohn Bogue, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

REINER, SIMPSON, TIMMONS & SLAUGHTER, LLP

By: /s/ Robert G. Simpson

Robert G. Simpson
Reiner, Simpson, Timmons & Slaughter, LLP
P.O. Box 494940
2851 Park Marina Dr., Suite 200
Redding, CA 96001
Phone: 530-241-1905

*Counsel for Plaintiff(s) Listed in Caption Above*

Dated: 03-26-08

STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: /s/ Dorothy H. Wimberly

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 3/26/08

60243182_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of March, 2008.

*/s/ Dorothy H. Wimberly*

60243182_1.DOC