UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIBAILTIY LITIGATION | * | SECTION L |
| *This document relates to:* | * | JUDGE FALLON |
| *Linda Candreva v. Merck & Co., Inc.*, Docket Number 2:06-cv-10981-EEF-DEK; and only regarding Karen Anderson and Dohn Bogue. | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

60243182_1.DOC