UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMILY MERITT, Individually, and<br>MEYER MERITT, Individually and as<br>Spouse of EMILY MERITT<br>725 Mount Wilson Lane<br>Pikesville, Maryland 21208 | * * * * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 05-4993 |
| MERCK & CO., INC.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | * * | MDL No. 1657<br><br>JUDGE FALLON |
| Defendant | * * | |

\*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Rule 41(a) (1) (ii), the undersigned counsel hereby stipulate that all claims of plaintiffs, Emily and Meyer Meritt against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Paul D. Bekman
Michael P. Smith
SALSBURY, CLEMENTS, BEKMAN
    MARDER & ADKINS, L.L.C
300 West Pratt Street, Ste. 450
Baltimore, Maryland 21201
Telephone: (410) 539-6633

Attorneys for Plaintiffs

_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Merck & Co., Inc.

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Melissa Vanderbrook Beaugh, 28250
Of STANLEY, FLANAGAN & REUTER
    L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523-1580

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of March, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2