UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMILY MERITT, Individually, and<br>MEYER MERITT, Individually and as<br>Spouse of EMILY MERITT<br>725 Mount Wilson Lane<br>Pikesville, Maryland 21208<br><br>Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br><br>Civil Action No. 05-4993<br><br>MDL No. 1657<br><br>JUDGE FALLON |

\* \* \* \* \*

## ORDER

Pursuant to the Stipulation of Dismissal signed by all parties it is this 20th day of March, 2008. ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own costs.

_____
JUDGE