A CERTIFIED TRUE COPY

MAR 21 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 21 2008
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-131)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,672 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 21 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

### SCHEDULE CTO-131 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **ARIZONA** | | |
| AZ 4 08-108 | William J. Hardy v. Merck & Co., Inc. | **08-1403** |
| **FLORIDA MIDDLE** | | |
| FLM 2 08-97 | Virginia Borden v. Merck & Co., Inc. | **08-1404** |
| FLM 2 08-122 | Joseph T. Kovack v. Merck & Co., Inc. | **08-1405** |
| **KANSAS** | | |
| KS 2 08-2070 | Maurice Robinson, etc. v. Vioxx Manufactory Merck | **08-1406** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 08-32 | Fred L. Anglin, et al. v. Merck & Co., Inc. | **08-1407** |
| MSS 3 08-68 | Clara Dampier v. Merck & Co., Inc., et al. | **08-1408** |
| MSS 3 08-69 | Faye Hathorn v. Merck & Co., Inc., et al. | **08-1409** |
| MSS 3 08-71 | Ruby Brown v. Merck & Co., Inc., et al. | **08-1410** |
| MSS 3 08-88 | Edward F. Warren, III v. Merck & Co., Inc. | **08-1411** |
| MSS 3 08-89 | Dan Myers v. Merck & Co., Inc. | **08-1412** |
| MSS 4 08-7 | McArthur Jones, et al. v. Merck & Co., Inc., et al. | **08-1413** |
| MSS 4 08-8 | Clifton Gavin, etc. v. Merck & Co., Inc., et al. | **08-1414** |
| MSS 5 08-14 | Ola Mae Taylor v. Merck & Co., Inc., et al. | **08-1415** |
| MSS 5 08-15 | Peggy Wimberly v. Merck & Co., Inc., et al. | **08-1416** |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 08-41 | Janet Lennon, et al. v. Merck & Co., Inc. | **08-1417** |
| **NEW YORK NORTHERN** | | |
| NYN 5 08-146 | Lois A. Kriesberg, et al. v. Merck & Co., Inc. | **08-1418** |
| **NEW YORK WESTERN** | | |
| NYW 6 08-6052 | Karen Lynn Hensley, etc. v. Merck & Co., Inc., et al. | **08-1419** |
| NYW 6 08-6053 | Donna M. Kerl, etc. v. Merck & Co., Inc., et al. | **08-1420** |
| **TEXAS NORTHERN** | | |
| TXN 4 08-96 | Jesus Castillo Perez v. Merck & Co., Inc. | **08-1421** |
| **TEXAS SOUTHERN** | | |
| TXS 4 08-501 | Emmanuel Iwobi, et al. v. Merck & Co., Inc. | **08-1422** |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                         MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-131)

Bill B. Berke
BERKE & LUBELL PA
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990

Charles W. Cohen
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

B.W. Curry, III
P.O. Box 51
Hattiesburg, MS 39403

R. Keith Foreman
MCKAY SIMPSON LAWLER
FRANKLIN & FOREMAN PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488

Bruce F. Gilpatrick
HEIDELL PITTONI MURPHY &
BACH LLP
99 Park Avenue
New York, NY 10016

Vilia B. Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
HERMAN HERMAN KATZ &
COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Barry G. Johnson
TED MACHI & ASSOCIATES PC
Skymark Tower
1521 North Cooper Street
Suite 550
Arlington, TX 76011

Alyson B. Jones
BUTLER SNOW O'MARA
STEVENS & CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Janet Juanita Lennon
123 W. Main Street
Durham, NC 27701-3316

Gerry Lowry
FULBRIGHT & JAWORSKI LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
SQUIRE SANDERS & DEMPSEY
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Stephen D. Martin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

Timothy P. Murphy
HANCOCK ESTABROOK LAW FIRM
1500 AXA Tower I
100 Madison Avenue
P.O. Box 4976
Syracuse, NY 13202

John Brian T. Murray, Jr.
SQUIRE SANDERS & DEMPSEY
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Foster Robberson
LEWIS & ROCA LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

Maurice Robinson
P.O. Box 2744
Olathe, KS 66063

Jonathan B. Skidmore
FULBRIGHT & JAWORSKI LLP
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Tekenari Tex A. Wairboko
WARIBOKO LAW FIRM
7322 Southwest Freeway
Suite 1100
Houston, TX 77074

John L. Walker, Jr.
WALKER & WALKER
1410 Livingston Lane
Twin Lakes Office Park, Suite A
Jackson, MS 39213

Theresa M. Walsh
BROWN & CHIARI LLP
5775 Broadway
Lancaster, NY 14086

Joseph H. Watson
LAW OFFICES OF JOSEPH H WATSON
109 East Speedway Boulevard
Tucson, AZ 85705

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED JUDGES LIST (CTO-131)

Hon. John M. Roll
Chief Judge, U.S. District Court
5190 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701-1380

Hon. Marcia Morales Howard
U.S. District Judge
U.S. Courthouse & Federal Building
2110 First Street
5th Floor
Fort Myers, FL 33901

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse
Suite 109
245 East Capitol Street
Jackson, MS 39201-2409

Hon. David C. Bramlette
Senior U.S. District Judge
United States District Court
Post Office Box 928
Natchez, MS 39121-0928

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402-2143

Hon. Neal P. McCurn
Senior U.S. District Judge
P.O. Box 7365
Syracuse, NY 13261

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

## INVOLVED CLERKS LIST (CTO-131)

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 21, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-131)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 5, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:      Judge Eldon E. Fallon
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A