UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
    *DeMeerleer, et al. v. Merck & Co., Inc.*, **Case No. 07-7513**

<u>**ORDER**</u>

On March 12, 2008, the Court issued an Order to Show Cause in the above named case regarding Plaintiffs' counsel's failure to comply with the Court's order severing the Plaintiffs' claims.  Plaintiffs' counsel appeared at the previously scheduled monthly status conference and stated that in this case four (4) of the plaintiffs have entered into stipulations of dismissal, five (5) plaintiffs cannot be located by Plaintiffs' counsel and one (1) plaintiff wishes to continue prosecuting his claims.  Plaintiffs' counsel asked the Court for thirty (30) additional days in order to comply with the severance order.  The Court granted Plaintiffs' counsel's request.



1

Accordingly, IT IS ORDERED that Plaintiffs' Counsel in this case shall have an additional thirty (30) days from the date of this Order to comply with the Court's previous Order severing the Plaintiffs' claims.

New Orleans, Louisiana, this 25th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:   Turner Branch
      Branch Law Firm
      1424 K Street, N.W., 6th Floor
      Washington, D.C.  20005

      Margaret Moses Branch
      Richard A. Sandoval
      Branch Law Firm
      2025 Rio Grande Blvd., NW
      Albuquerque, NM 87104

      Plaintiffs' Liaison Counsel

      Defendant's Liaison Counsel