## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Showalter, Sonja v. Merck & Co., Inc.,* | * | **KNOWLES** |
| Docket Number 2:07-cv-00694. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each

party to bear its own costs, and subject the terms and conditions of the parties'

Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____

DISTRICT JUDGE


Stipulation for Dismissal with Prejudice - Sonja Showalter.doc