IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® | MDL Docket No. 1657 |
| Products Liability Litigation | SECTION L |
| (This document relates to the following individual case:) | JUDGE FALLON |
| Saolotoga Aiono, et al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck,    No: 2:05cv4743 | MAG. JUDGE KNOWLES |
| | Transferred from USDC District of Utah, Case #: 2:05cv00578 |
| as to Plaintiffs: | |
| William Alan Warner, Trudy Warner, only | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, William Alan Warner and Trudy Warner ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice, as to the claims of Plaintiffs William Alan Warner and Trudy Warner, only, who are two of the named plaintiffs in the above-styled lawsuit.

Plaintiffs agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit with prejudice. There are no counterclaims or third-party claims.

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

1

WHEREFORE, the parties hereto stipulate to the dismissal with prejudice as to the claims of the Plaintiffs William Alan Warner and Trudy Warner, only, who are two of the named plaintiffs in the above-styled lawsuit.

Dated: 3/26/08

_____
Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11620 Wilshire Boulevard, Suite 870
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

Counsel for Plaintiffs
Flint Brown, Marian Frost, Robert Frost

Dated: 3/27/08

_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:    (504) 581-3200
Facsimile:     (504) 581-3361

Defendants' Liaison Counsel

Rick L. Rose (Bar No. 5140)
Kristine M. Larsen (Bar No. 9228)
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:    (801) 532-1500
Facsimile:     (801) 532-7543

Counsel for Defendant Merck & Co., Inc.

2

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of March, 2008.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax:   504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel