IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation | MDL Docket No. 1657 |
| This document relates to<br>Case No. 05-4743 | SECTION L<br><br>JUDGE FALLON |
| Saolotoga Aiono, et al., | |
| Plaintiffs,<br>vs. | MAG. JUDGE KNOWLES |
| Merck & Co., Inc. and Merck<br>Pharmaceuticals, a/k/a Merck, | |
| Defendants. | |
| as to Plaintiffs: | |
| William Alan Warner,<br>Trudy Warner, only | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the claims of Plaintiffs William Alan Warner and Trudy Warner,

IT IS ORDERED, that all claims of Plaintiffs William Alan Warner and Trudy Warner be and they hereby are dismissed with prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

3