UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL DRABELLE and HARRY DRABELLE<br><br>PLAINTIFFS,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>DEFENDANT(S). | IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657; Section L<br><br>CASE NO. 2:05CV6497 |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Upon Motion and for good cause shown, Counsel Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Gary M. Paul of Waters & Kraus, L.L.P. (formerly of Paul & Janofsky)'s Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Gary M. Paul and the firm of Waters & Kraus, L.L.P. (formerly of Paul & Janofsky) are hereby allowed to withdraw as counsel of record for Carol Drabelle and Harry Drabelle and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE