UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL DRABELLE and HARRY DRABELLE<br><br>PLAINTIFFS,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>DEFENDANT(S). | IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657; Section L<br><br>CASE NO. 2:05CV6497<br><br>MOTION FOR WITHDRAWAL OF COUNSEL |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod, William B. Curtis and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. and Gary M. Paul of Waters & Kraus, L.L.P., formerly of the law firm of Paul & Janofsky.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiffs' present address and telephone number are as follows:

> 341 Mountain Terrace Circle
> Maumelle, AR 72113
> (501) 851-1032

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel request this motion be in all things granted, that Les Weisbrod, William B. Curtis, Alexandra V. Boone and the law firm of Miller, Curtis &

Weisbrod and Gary M. Paul and the law firms of Waters & Kraus, L.L.P. and Paul & Janofsky be relieved as counsel of record for the above-named Plaintiffs.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*/s/ Alexandra J. Boone*
**Les Weisbrod**
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
**William B. Curtis**
Texas Bar No. 00783918
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Telecopy:     (214) 987-2545

---

**Gary M. Paul**
California Bar No. 62367
Waters & Kraus, L.L.P.
300 N. Continental, Suite 500
El Segundo, CA 90245
(310) 414-8146
Fax: (310) 414-8156

## Certification

I hereby certify that Plaintiffs Carol Drabelle and Harry Drabelle have been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

                                                   Alexandra V. Boone

## Certificate of Service

I certify that on March 27, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiffs Carol Drabelle and Harry Drabelle and electronic notification to counsel as follows:

                                                   Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com<br><br>Gary Paul<br>Waters & Kraus, L.L.P.<br>300 N. Continental, Suite 500<br>El Segundo, CA 90245<br><br>Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com<br><br>Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL DRABELLE and HARRY DRABELLE<br><br>PLAINTIFFS,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>DEFENDANT(S). | IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657; Section L<br><br>CASE NO. 2:05CV6497<br><br>MOTION FOR WITHDRAWAL OF COUNSEL |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod, William B. Curtis and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. and Gary M. Paul of Waters & Kraus, L.L.P., formerly of the law firm of Paul & Janofsky.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiffs' present address and telephone number are as follows:

> 341 Mountain Terrace Circle
> Maumelle, AR 72113
> (501) 851-1032

This withdrawal is not sought for delay.

**WHEREFORE**, Counsel request this motion be in all things granted, that Les Weisbrod, William B. Curtis, Alexandra V. Boone and the law firm of Miller, Curtis &

Motion for Withdrawal of Counsel
350160

Weisbrod and Gary M. Paul and the law firms of Waters & Kraus, L.L.P. and Paul & Janofsky be relieved as counsel of record for the above-named Plaintiffs.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

---

**Les Weisbrod**
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
**William B. Curtis**
Texas Bar No. 00783918
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:    (214) 987-0005
Telecopy:     (214) 987-2545

Gary M. Paul
California Bar No. 62367
Waters & Kraus, L.L.P.
~~300 N. Continental, Suite 500~~ 222 W. Sepulveda Ste 1900
El Segundo, CA 90245
(310) 414-8146
Fax: (310) 414-8156

## Certification

I hereby certify that Plaintiffs Carol Drabelle and Harry Drabelle have been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

_____
Alexandra V. Boone

## Certificate of Service

I certify that on March ___, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiffs Carol Drabelle and Harry Drabelle and electronic notification to counsel as follows:

_____
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com<br><br>Gary Paul<br>Waters & Kraus, L.L.P.<br>300 N. Continental, Suite 500<br>El Segundo, CA 90245<br><br>Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com<br><br>Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |

Motion for Withdrawal of Counsel
350160