UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Shirley Segall, et al. v. Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE |
| Docket Number: 07-8070 | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs Shirley Segall and Gilbert I. Segall, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion and of all deadlines applicable to this case was sent via certified mail to plaintiffs' last known mailing address, 3301 Janellen Drive, Pikesville, MD 21208; telephone number (410) 484-1043.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: March 28, 2008

Respectfully submitted,

*Patricia Kasputys*
Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Attorneys for Plaintiffs

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of March, 2008.

*Patricia Kasputys*
Patricia J. Kasputys

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| Shirley Segall, et al. v. Merck & Co., Inc., et al.<br>Docket Number: 07-8070 | * | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon due consideration of plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., are withdrawn as counsel of record for plaintiffs, Shirley Segall and Gilbert I. Segall.

IT IS SO ORDERED.

DATED: _____

_____
Judge Eldon E. Fallon
United State District Court Judge