UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | * | MDL Docket 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | Section "L" |
| THIS DOCUMENT RELATES TO: | * | |
| *Belinda Danos, Individually and on behalf of* | * | Hon. Eldon E. Fallon |
| *her deceased husband, Dean James Danos* | * | |
| *v.* | * | Magistrate 3 |
| *Merck and Co., Inc.* | * | |
| Civil Action No. 04-3282 | * | Hon. Daniel E. Knowles, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION AND ORDER TO ENROLL AS
CO-COUNSEL OF RECORD FOR PLAINTIFF**

**NOW INTO COURT,** through undersigned counsel, comes complainant, BELINDA DANOS, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, DEAN JAMES DANOS, who moves the Court for an Order permitting Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, to enroll as co-counsel of record herein for complainant pursuant to Local Rule 83.2.12.

                                            Respectfully submitted:

                                            _____
                                            GERALD E. MEUNIER
                                            Gainsburgh, Benjamin, David, Meunier,
                                                & Warshauer, L.L.C.
                                            1100 Poydras Street
                                            2800 Energy Centre
                                            New Orleans, LA  70163
                                            Phone:  504/522-2304

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dominick F. Impastato, III
dimpastato@frischhertzlaw.com

Richard C. Stanley
rcs@sfrlawfirm.com

Phillip A. Wittmann
pwittmann@stonepigman.com

_____
GERALD E. MEUNIER