UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | * | MDL Docket 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | Section "L" |
| THIS DOCUMENT RELATES TO: | * | Hon. Eldon E. Fallon |
| *Lionel DeSouza* | * | |
| *v.* | * | Magistrate 3 |
| *Merck and Co., Inc.* | * | Hon. Daniel E. Knowles, III |
| Civil Action No. 04-3280 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION AND ORDER TO ENROLL AS
### CO-COUNSEL OF RECORD FOR PLAINTIFF

**NOW INTO COURT,** through undersigned counsel, comes complainant, LIONEL DESOUZA, who moves the Court for an Order permitting Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, to enroll as co-counsel of record herein for complainant pursuant to Local Rule 83.2.12.

Respectfully submitted:

_____
GERALD E. MEUNIER
Gainsburgh, Benjamin, David, Meunier,
   & Warshauer, L.L.C.
1100 Poydras Street
2800 Energy Centre
New Orleans, LA  70163
Phone:  504/522-2304

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dominick F. Impastato, III
dimpastato@frischhertzlaw.com

Richard C. Stanley
rcs@sfrlawfirm.com

Phillip A. Wittmann
pwittmann@stonepigman.com

_____
GERALD E. MEUNIER