UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | * | MDL Docket 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | Section "L" |
| THIS DOCUMENT RELATES TO: | * | Hon. Eldon E. Fallon |
| *Lionel DeSouza* | * | |
| *v.* | * | Magistrate 3 |
| *Merck and Co., Inc.* | * | Hon. Daniel E. Knowles, III |
| Civil Action No. 04-3280 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that GERALD E. MEUNIER of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., be enrolled as co-counsel of record for complainant in this matter.

**DONE AND SIGNED this** _____ day of _____, 2008, at New Orleans, Louisiana.

_____
**DISTRICT JUDGE**