UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE VIOXX®** | * | **MDL Docket 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **Section "L"** |
| **THIS DOCUMENT RELATES TO:** | * | **Hon. Eldon E. Fallon** |
| *Karen A. White* | * | |
| *v.* | * | **Magistrate 3** |
| *Merck and Co., Inc.* | * | **Hon. Daniel E. Knowles, III** |
| **Civil Action No. 04-3283** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that GERALD E. MEUNIER of the law firm of Gainsburgh, Benjamin,

David, Meunier & Warshauer, L.L.C., be enrolled as co-counsel of record for complainant in this

matter.

**DONE AND SIGNED this** _____ day of _____, 2008, at New Orleans,

Louisiana.

_____
**DISTRICT JUDGE**