UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 05-1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT comes the law firms of Simien & Simien, L.L.C.,and Delphin Law Firm, A.P.L.C., attorneys of record in this matter, and upon setting forth to the Court th facts below and as more fully in the attached memorandum that:

1.

Movers herein desire to withdraw as counsel of record for plaintiff John Aguillard as he is deceased and current counsel has no attorney client relationship with any of Mr. Aguillard's heirs.

2.

There are no conferences, hearings or trial dates set in this matter only deadlines for registration for participation in a voluntary and conditional settlement program approved by the Court which undersigned counsel has complied with on Mr Aguillard's behalf.

3.

The last known address of plaintiff was 5584 Truman Street, Baton Rouge, Louisiana 70811.

4.

The undersigned has been asked by the heirs of Mr. Aguillard to release the entire file to Attorney Natasha Hutchinson, 700 Camp Street, Suite 400, New Orleans, Louisiana 70130. As

reflected in Exhibit A.

5.

Mover certifies that he has complied with the Louisiana Uniform Rules of District Courts and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association.

WHEREFORE, MOVERS PRAY for an Order from this Honorable Court permitting them to withdraw as counsel of record for plaintiff herein.

    Respectfully submitted:

    Eulis Simien, Jr.
    Simien & Simien, L.L.C.
    7908 Wrenwood Blvd.
    Baton Rouge, Louisiana  70809
    Telephone:  (225) 932-9221
    Fax:  (225) 932-9286

    and

    Delphin Law Offices
    A Professional Law Corporation
    626 Broad Street
    Lake Charles, Louisiana 70601
    Telephone:  (337) 439-3939
    Fax: (337) 439-4504

    */s/ Eulis Simien, Jr.*
    By:    Eulis Simien, Jr., Bar # 12077 (TA)

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion and Order to Withdraw as Counsel of Record has been sent via LexisNexis, Federal Express, e-mail and/or by placing same in the United States mail, postage prepaid and properly addressed to all counsel of record.

Baton Rouge, Louisiana, this 28th day of March, 2008.

*/s/ Eulis Simien, Jr.*
Eulis Simien, Jr.