# EXHIBIT A

**Leontyne Hill**

| | |
|---|---|
| From: | Shaykobi Enrichment Center [shaykobidestiny@yahoo.com] |
| Sent: | March 06, 2008 12:56 PM |
| To: | Leontyne Hill |
| Subject: | Re: John Aguillard Vioxx Claim |
| Categories: | E-Mails |
| CaseId: | 300 |
| oCaseId: | 300 |
| OrgEntryID: | 00000000BFBDE0918494EE4F8F4081A7DDEDC1C00700149F2E3B5CF8BE46855E03F1A02D4AD600000042507A0000149F2E3B5CF8BE46855E03F1A02D4AD6000000 |

Dear Leontyne,

Thanks for your assistance. Please send my father's entire file from application through the last filing to this address: Atty. Natasha Hutchinson   700 Camp Street   Suite 400   New Orleans, Louisiana 70130

Thanks,

Shana Augillard
832-889-3199

*Leontyne Hill <LeontyneHill@simien.com> wrote:*

> Good morning Ms. Aguillard,
>
> Can you provide me with the address that you would like us to send a copy of your father's file to?
>
> Thank you.
>
>
> Leontyne Hill
> Legal Assistant-Class Action Section
> Simien & Delphin, LLC
> 7908 Wrenwood Boulevard
> Baton Rouge, Louisiana
> Telephone: (225) 932-9221
> Fax: (225) 932-9286
> Email: leontyne@simien.com

Shaykobi Destiny Resources
10101 Harwin Street
Suite 286
Houston, Texas 77036
832-889-3199 Cell
713-988-8558 Office
www.shaykobidestiny.zoomshare.com

http://tx.local.yahoo.biz/shaykobidestiny

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.