**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 05-1657 |
|    PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| | |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**O R D E R**

THE FOREGOING MOTION considered:

IT IS ORDERED that the law firms of Simien & Simien, L.L.C. and Delphin Law Firm A.P.L.C. be permitted to withdraw as counsel of record for plaintiff herein.

Done this ____ day of _____, 2008 at _____, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE