UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITITGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| N. Nichols et al. v Merck, etc., Case No. 2:06-cv-03737 | * | MAG. JUDGE KNOWLES |

**PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW AS COUNSEL FOR <u>PLAINTIFF JOSEPH ENGLAND</u>**

COMES NOW, Plaintiff JOSEPH ENGLAND'S (VCN # 1088405) counsel, DANIEL E. BECNEL, JR., KEVIN KLIBERT, MATTHEW MORELAND and BECNEL LAW FIRM, LLC, and, pursuant to Local Rule 83.2.11, respectfully move this Honorable Court for entry of an Order permitting said counsel to withdraw, based on the Court's Order heretofore entered, and in support thereof state:

   1. Substantial differences in the handling of this case have arisen between the Plaintiff and his undersigned counsel that have created a conflict for the undersigned to continue to represent him in this lawsuit and the plaintiff has requested that undersigned counsel no longer represent him in this case. The Plaintiff will suffer no material adverse effects as a result of this withdrawal.

   2. Preservation Notices required by Pretrial Order # 28 were timely sent and the Statement of Notices Sent was timely filed and served. Written notice of filing of this Motion was sent this date via certified mail to Plaintiff at his last known address (POB 4; Bethany, OK  73008)

1

<u>In re: Vioxx Product Liability Litigation</u>
*U.S. District Court, Eastern District of Louisiana*
*Case No. MDL 1657*

*This document relates to:*
<u>*N. Nichols et al. v. Merck, etc.*</u>
*Case No. 2:06-cv-03737*
*(re plaintiff Joseph England)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WHEREFORE, the undersigned respectfully request that this Honorable Court enter an Order granting this Motion and relieve DANIEL. E. BECNEL, JR., KEVIN KLIBERT, MATTHEW MORELAND and BECNEL LAW FIRM, LLC from any further responsibility in this case.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La.S.B. #2926)
Kevin P. Klibert (La.S.B. # 26954)
Matthew B. Moreland (La.S.B.# 24567)
Becnel Law Firm, L.L. C.

106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com

ATTORNEYS FOR PLAINTIFF JOSEPH ENGLAND

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing <u>Plaintiff's Counsels' Motion To Withdraw as Counsel For Plaintiff Joseph England</u> has been served:

- By US Mail to:

    1) Joseph England             2) Ms. Tanya Murphy
        POB 4                       Claims Administrator
        Bethany, OK 73008         Brown, Greer, et al.
                                      POB 85031
                                      Richmond, VA  22285-5031

-And has been served by US Mail and email on Liaison Counsel:

    1) Russ M. Herman          2) Phillip Wittman
        Herman, Herman, et al.       Stone, Pigman, et al.
        820 O'Keefe Ave.             546 Carondoelt St.
        New Orleans, LA 70113     New Orleans, LA 70130
        (rherman@hhkc.com)        (pwittmann@stonepigman.com)

-And upon all parties by electronically uploading the same to <u>LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B)</u>

-And that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which sends a Notice of Electronic filing in accordance with the procedures established in MDL 1657.

On this 28th day of <u>March</u>, 2008, *with the original hereof on file with the Clerk of this Court.*

                                           /s/ Daniel E. Becnel, Jr.
                                           Daniel E. Becnel, Jr.
                                           Becnel Law Firm, L.L. C.
                                           La. Sate Bar # 2926

                                           106 W. Seventh St.
                                           P.O. Drawer H
                                           Reserve, LA 70084
                                           (985) 536-1186 (phone)
                                           (985) 536-6445 (fax)
                                           dbecnel@becnellaw.com

                                           ATTORNEY FOR PLAINTIFF JOSEPH ENGLAND