This watermark does not appear in the registered version - http://www.clicktoconvert.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: VIOXX** | * | **MDL No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| ************************************ | | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| **N. Nichols et al. v Merck, etc.,** | * | **MAG. JUDGE KNOWLES** |
| **Case No. 2:06-cv-03737** | | |

**PROPOSED ORDER** *GRANTING PLAINTIFF'S* **COUNSELS' MOTION TO WITHDRAW AS <u>COUNSEL FOR PLAINTIFF JOSEPH ENGLAND</u>**

THIS CAUSE, having come before this court's attention on the Plaintiff JOSEPH ENGLAND'S (VCN # 1088405) counsel, DANIEL E. BECNEL, KEVIN KLIBERT, MATTHEW MORELAND and BECNEL LAW FIRM, LLC, Motion to Withdraw, and this Court having reviewed the file and being otherwise duly advised in the premises,

IT IS ORDERED AND DECREED that Plaintiff JOSEPH ENGLAND'S counsel, DANIEL E. BECNEL, JR., KEVIN KLIBERT, MATTHEW MORELAND and BECNEL LAW FIRM, LLC.'s Motion to Withdraw be, and the same hereby is **granted and are hereby withdrawn** as counsel for Plaintiff Joseph England only and this Order does not affect the representation of any other plaintiffs in the complaint N. Nichols et al. v Merck & Co., Inc, Case No. 06-03737.

IT IS FURTHER ORDERED that Mr. England's file be returned to him within 10 days of this Order.

The Court has appointed Mr. Robert M. Johnston to serve as Curator to assist pro se claimants with enrollment in the Settlement Program and related issues. The Court asks that Mr. Johnston, or a member of his staff, contact Mr. England to discuss the status of his case.

1

This watermark does not appear in the registered version - http://www.clicktoconvert.com

DONE AND ORDERED in Chambers in New Orleans, Louisiana, on this _____ day of

March / April, 2008.

                                                             _____
                                                             Hon. Eldon Fallon, U.S. District Court Judge

The Clerk is directed to serve the following by mail:

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. 7th St.
Reserve, LA  70084
(985-536-1186)

Joseph England, Plaintiff
POB 4
Bethany, OK  73008
(405) 954-5139

Robert M. Johnston, *Pro Se* Curator
Johnston, Joefer, et al.
601 Poydras St., # 2490
New Orleans, LA  70130
(504) 561-7799

Ms. Tanya Murphy
Vioxx Claims Administrator
Brown, Greer, et al.
POB 85031
Richmond, VA  23285-5031
(804) 521-7203