IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER JOHNSON, JAMES JOHNSON, CAROLYN KEMP, EDDIE KIMBLE, BRAD KING, JESSIE KING, JAMES KNOWLES, WILLIE MARSHALL, HENRY MASK, PATRICIA McALISTER, BOBBY McVAY, B.T. PATTON, JERRY POTTS, ALICIA PRICE and MARY PRICE | PLAINTIFFS |
| VS. | CASE NO. 07-9588 |
| MERCK & CO., INC. | DEFENDANT |

## MOTION FOR RECONSIDERATION

**COMES NOW,** the Plaintiffs, by and through the undersigned counsel of record, Jason L. Shelton, and file this, their **Motion for Reconsideration** of the Order entered by this Honorable Court on February 29, 2008, and in support thereof would show the following, to-wit:

I.

That this Honorable Court did enter an Order in the above-styled case on February 29, 2008, ordering Plaintiffs' counsel in this case to sever the Plaintiffs' claims in to individual suits and file a new complaint for each plaintiff.

II.

That there is currently a global settlement process on the vioxx cases, which will result the settlement and dismissal of the vast majority of the claims pending in this MDL litigation. The vast majority of the plaintiffs' claims represented by counsel undersigned will be submitted to said settlement committee and resolved through that process. The remaining five (5) cases all

have pending Motions to Remand before this Honorable Court and said pending motions are in the following cases.

1. **Barnes, et al. v. Merck & Co., Inc.**          Cause No.  07-9589
2. Foster, et al. v. Merck & Co., Inc.          Cause No.  07-9596
3. Ivy, et al. v. Merck & Co., Inc.          Cause No.  07-9599
4. Johnson, et al. v. Merck & Co., Inc.          Cause No.  07-9588
5. Richardson, et al. v. Merck & Co., Inc.   Cause No.  07-9590

**III.**

That the hearing on said motions to remand was previously set for hearing before this Honorable Court, but that said hearing was continued sua sponte by the Honorable Court.  That it is respectfully averred that said motions are with merit and should be granted as the lawsuits only assert claims that exist under the laws of the State of Mississippi, and the amount in controversy is less than seventy-five thousand dollars ($75,000).  That it is unduly burdensome and cost-prohibitive to spend over twenty-thousand dollars ($20,000) on filing fees for the cases which have no jurisdiction in the federal court system and do not fall within the purview of the global settlement proposal.

**IV.**

That should the Motion to Remand this case back to state court be denied, the case will inevitably be dismissed from this Court, thus rendering the re-filing of these complaints futile and a waste of resources and judicial economy.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request that this Honorable Court would reconsider its Order to sever the Plaintiffs' claims in to individual suits in the above-styled cause of action, and pray for any other and further relief, whether general or specific, to which the Plaintiffs may be entitled.

Respectfully submitted, this, the _____ day of March, 2008.

        ALEXANDER JOHNSON, JAMES JOHNSON,
        CAROLYN KEMP, EDDIE KIMBLE, BRAD
        KING, JESSIE KING, JAMES KNOWLES,
        WILLIE MARSHALL, HENRY MASK,
        PATRICIA McALISTER, BOBBY McVAY,
        B.T. PATTON, JERRY POTTS, ALICIA
        PRICE and MARY PRICE
        Plaintiffs


      BY: _____
        JASON L. SHELTON
        Attorney for Plaintiffs
        Mississippi Bar No. #99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE