## PROOF OF SERVICE BY MAIL

I, Danny Bell, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: K-68611

MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, Ca. 95763

ON 12-28, 2007, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

MUTUAL RELEASE / CONSENT DECREE / ORDER / REGISTRATION AFFIDAVIT

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

STONE, PIGMAN, WALTER, WITTMAN LLC.
546 Carondelet St.
NEW ORLEANS, LA 70130-3588

HERMAN, HERMAN, KATZ & COTLAR LLP
820 O'Keefe Ave.
NEW ORLEANS, LA 70113

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 12-28, 2007, AT FOLSOM, CALIFORNIA..

Danny Bell