DANNY BELL #K-68611
F.S.P.
P.O. Box 950
Folsom, CA 95763

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
        PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
    BELL V. Merck + Co., Inc., 05-1243

# ORDER

The Court having reviewed all aspects of this case to date, having fully considered the desirability of the disposing of the matters contained herein by means of Consent Decree and knowing the same to be freely agreed to by the parties, Plaintiff and Defendant herein as is evidenced by the signatures of their counsel hereto, does hereby ORDER, ADJUDGE, AND DECREE that the Stipulation and Consent Decree annexed hereto be approved by and made an Order of Court this _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE



Danny Bailey Russell
FSP 2-A5-18
PO Box 950
Folsom, CA 95763

CONFIDENTIAL
AND
LEGAL MAIL

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras St. Rm. C151
New Orleans, LA 70130

$ 00.920
02 1M
0004210402
MAILED FROM ZIP CODE 95872
JAN 07 2008
UNITED STATES POSTAGE