IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. BARNES, WILLIE BERRY, BARBARA BISHOP, JEAN BRAMLETT, BARBARA CHISM, ALICE COLLIER, BETTY COLLIER, DEBRA COPELAND, CHESTER COWLEY, EMMA CRAYTON, SALLY CROWELL, PHILIX EWING, DEBRA FIELDS and ANNIE GATES | PLAINTIFFS |
| VS. | CASE NO. 07-9589 |
| MERCK & CO., INC. | DEFENDANT |

## MOTION FOR ADDITIONAL TIME

**COMES NOW,** the Plaintiffs, by and through the undersigned counsel of record, Jason L. Shelton, and file this, their **Motion for Additional Time** to comply with the Order entered by this Honorable Court on March 3, 2008, and in support thereof would show the following, to-wit:

**I.**

Counsel for Plaintiffs requests an additional thirty (30) days, through and including Friday, May 2nd, 2008, in which to comply with the Court's Order entered on March 3, 2008, in the above-styled and numbered cause of action.

**II.**

That counsel for the Plaintiff is involved in numerous vioxx related cases and has several pending before this Honorable Court. Of said cases, five (5) have pending Motions to Remand, which are awaiting the decision of this Honorable Court. Those five (5) cases do not qualify for the MDL settlement, have no basis for Federal Jurisdiction, and have only asserted causes of

action that exist under the laws of the State of Mississippi. The remaining cases pending of counsel undersigned, will be submitted to the settlement program and settled/dismissed through that process.

### III.

That the five (5) cases are not likely to be re-filed in the Eastern District of Louisiana as it would cost over twenty thousand dollars ($20,000) to do so and would be cost prohibitive. That if the Court grants the Plaintiffs' Motion to Remand, it would be unduly burdensome and cost prohibitive to re-file said cases. If the Court denies said Motion, the Plaintiffs would simply submit the cases to the settlement committee for consideration.

### IV.

That Plaintiffs' Motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice, and the Defendant will not be prejudiced in this matter.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully pray that this Honorable Court would enter an Order for Additional Time granting Plaintiffs and additional thirty (30) days, including and through Friday, May 2nd, 2008, in which to comply with this Court's Order entered on March 3, 2008, in the above-styled and numbered cause of action.

Respectfully submitted, this, the 31st day of March, 2008.

                                            **JAMES L. BARNES, WILLIE BERRY,**
                                            **BARBARA BISHOP, JEAN BRAMLETT,**
                                            **BARBARA CHISM, ALICE COLLIER,**
                                            **BETTY COLLIER, DEBRA COPELAND,**
                                            **CHESTER COWLEY, EMMA CRAYTON,**
                                            **SALLY CROWELL, PHILIX EWING,**
                                            **DEBRA FIELDS and ANNIE GATES**
                                            **Plaintiffs**

                                          **BY:**    **/s/ Jason L. Shelton**
                                                              **JASON L. SHELTON**
                                                              **Attorney for Plaintiffs**
                                                              **Mississippi Bar No. #99676**

**OF COUNSEL:**

**SHELTON & ASSOCIATES, P.A.**
**218 NORTH SPRING STREET**
**POST OFFICE BOX 1362**
**TUPELO, MISSISSIPPI 38802-1362**
**(662) 842-5051/ TELEPHONE**
**(662) 841-1941/ FACSIMILE**

                                                **CERTIFICATE OF SERVICE**

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Motion for Additional Time** to the following counsel of record:

                **Alyson B. Jones, Esq.**
                **Butler, Snow, O'Mara, Stevens & Cannada, PLLC**
                **P.O. Box 22567**
                **Jackson, MS 39225-2567**

This, the 31st day of March, 2008.

                                                              /s/ Jason L. Shelton
                                                           **JASON L. SHELTON**