IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEATRICK FOSTER, VIOLA FOSTER, LILLIE GUYTON, NANCY HALL, BRENDA HARE, DORIS HAUGHTON, OCIE HAUGHTON, TERRY DALE HELMS, SHARON HICKMAN, EARL HILL, BRENDA HORTON, ELLIS HOSKINS, CONNIE IVORY and JENNY LYNN JOHNSON | PLAINTIFFS |
| VS. | CASE NO. 07-9596 |
| MERCK & CO., INC. | DEFENDANT |

**MOTION FOR RECONSIDERATION**

  **COMES NOW,** the Plaintiffs, by and through the undersigned counsel of record, Jason L. Shelton, and file this, their **Motion for Reconsideration** of the Order entered by this Honorable Court on March 3, 2008, and in support thereof would show the following, to-wit:

I.

  That this Honorable Court did enter an Order in the above-styled case on March 3, 2008, ordering Plaintiffs' counsel in this case to sever the Plaintiffs' claims in to individual suits and file a new complaint for each plaintiff.

II.

  That there is currently a global settlement process on the vioxx cases which will result in the settlement and dismissal of the vast majority of the claims pending in this MDL litigation. The vast majority of the plaintiffs' claims represented by counsel undersigned will be submitted to said settlement committee and resolved through that process. The remaining five (5) cases all

have pending Motions to Remand before this Honorable Court and said pending motions are in the following cases:

1. Barnes, et al. v. Merck & Co., Inc.,        Cause No. 07-9589
2. Foster, et al. v. Merck & Co., Inc.,        Cause No. 07-9596
3. Ivy, et al. v. Merck & Co., Inc.,           Cause No. 07-9599
4. Johnson, et al. v. Merck & Co., Inc.,       Cause No. 07-9588
5. Richardson, et al. v. Merck & Co., Inc.,    Cause No. 07-9590

**III.**

That the hearing on said motions to remand was previously set for hearing before this Honorable Court, but that said hearing was continued sua sponte by the Honorable Court. That it is respectfully averred that said motions are with merit and should be granted as the lawsuits only assert claims that exist under the laws of the State of Mississippi, and the amount in controversy is less that seventy-five thousand dollars ($75,000). That it is unduly burdensome and cost prohibitive to spend over twenty thousand dollars ($20,000) on filing fees for the cases which have no jurisdiction in the federal court system and do not fall within the purview of the global settlement proposal.

**IV.**

That should the Motion to Remand this case back to state court be denied, the case will inevitably be dismissed from this Court, thus rendering the re-filing of these complaints futile and a waste of resources and judicial economy.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request that this Honorable Court would reconsider its Order to sever the Plaintiffs' claims in to individual suits in the above-styled cause of action, and pray for any other and further relief, whether general or specific, to which the Plaintiff's may be entitled.

Respectfully submitted, this, the 31st day of March, 2008.

          **LEATRICK FOSTER, VIOLA FOSTER,
LILLIE GUYTON, NANCY HALL,
BRENDA HARE, DORIS HAUGHTON,
OCIE HAUGHTON, TERRY DALE HELMS,
SHARON HICKMAN, EARL HILL,
BRENDAHORTON, ELLIS HOSKINS, CONNIE
IVORY, and JENNY LYNN JOHNSON
Plaintiffs**


          **BY: <u>/S/ JASON L. SHELTON</u>
    JASON L. SHELTON
    Attorney for Plaintiffs
    Mississippi Bar No. #99676**

**OF COUNSEL:**

**SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE**

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Motion for Reconsideration** to the following counsel of record:

> **Alyson B. Jones, Esq.**
> **Butler, Snow, O'Mara, Stevens & Cannada, PLLC**
> **P.O. Box 22567**
> **Jackson, MS 39225-2567**

This, the 31st day of March, 2008.

/S/ JASON L. SHELTON
JASON L. SHELTON