UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION * | SECTION: L |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL

ON MOTION of Robert M. Johnston of Johnston, Hoefer, Holwadel & Eldridge, appointed as *pro se* curator, per Order dated February 12, 2008, who submits that his associates, Ira J. Rosenzweig and Claudia Patricia Santoyo of Johnston, Hoefer, Holwadel & Eldridge, require enrollment as additional curators for *pro se* litigants, and on suggesting that all parties have been made aware of their association and have raised no objection, and that they desire to enroll as additional *pro se* curators, Robert M. Johnston, Ira J. Rosenzweig and Claudia Patricia Santoyo of the law firm of Johnston, Hoefer, Holwadel & Eldridge, 601 Poydras Street, Suite 2490, New Orleans, Louisiana 70130, hereby request the enrollment be granted.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of electronic filing has been sent to all counsel of record through the CM/ECF System.

/S/ ROBERT M. JOHNSTON

Respectfully submitted,

**JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE**

/S/ ROBERT M. JOHNSTON
**ROBERT M. JOHNSTON (#7339)**
**IRA J. ROSENZWEIG (#17123)**
**CLAUDIA PATRICIA SANTOYO (#27287)**
601 Poydras Street, Suite 2490
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
**Curator for *pro se* Litigants**