UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

## ORDER TO ENROLL ADDITIONAL COUNSEL

**IT IS HEREBY ORDERED** that Ira J. Rosenzweig and Claudia Patricia Santoyo of Johnston, Hoefer, Holwadel & Eldridge, 601 Poydras Street, Suite 2490, New Orleans, Louisiana 70130, be and they are hereby enrolled as additional *pro se* curators.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
JUDGE FALLON