IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES L. BARNES, WILLIE BERRY,** | **PLAINTIFFS** |
| **BARBARA BISHOP, JEAN BRAMLETT,** | |
| **BARBARA CHISM, ALICE COLLIER,** | |
| **BETTY COLLIER, DEBRA COPELAND,** | |
| **CHESTER COWLEY, EMMA CRAYTON,** | |
| **SALLY CROWELL, PHILIX EWING,** | |
| **DEBRA FIELDS and ANNIE GATES** | |
| vs. | **CAUSE NO.: 07-9589** |
| **MERCK & CO., INC.** | **DEFENDANT** |

## MOTION TO STAY EXECUTION OF COURT ORDER

**COMES NOW,** the Plaintiffs, in the above-styled and numbered cause of action, by and through counsel, and submits this, their Motion to Stay Execution of Order, and in support thereof, states the following to-wit:

**I.**

That this Honorable Court has entered an order dated March 3, 2008, Ordering that the claimants in the above-styled and numbered cause of action re-file, individually, each of their suits against the Defendant named herein.

**II.**

That the costs of said re-filings in this case alone would exceed Five Thousand Dollars ($5,000).

**III.**

That there is a pending Motion to Remand before this Honorable Court in the above-styled and numbered cause of action, which the Plaintiffs respectfully aver has merits, as there is no subject matter or diversity federal jurisdiction in this case.

### IV.

That the Plaintiffs should not be required to comply with the previous Order of this Honorable Court until the Motion to Remand is ruled on, as said ruling will likely make this issue moot.

### V.

That this motion is not filed for undue harassment or delay, but is necessary for the fair administration of justice.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request that this Honorable Court Stay Execution of its Order entered on March 3, 2008, in the above-styled cause of action, until this Honorable Court has ruled on the previously submitted Motion to Remand, and additionally prays for any other and further relief, whether general or specific, to which the Plaintiffs may be entitled.

BY:  /s/Jason L. Shelton
     **JASON L. SHELTON**
     **Attorney for Plaintiffs**
     **Mississippi Bar No. #99676**

**OF COUNSEL:**

**SHELTON & ASSOCIATES, P.A.**
**218 NORTH SPRING STREET**
**POST OFFICE BOX 1362**
**TUPELO, MISSISSIPPI 38802-1362**
**(662) 842-5051/ TELEPHONE**
**(662) 841-1941/ FACSIMILE**

## CERTIFICATE OF SERVICE

This is to certify that I, Jason L. Shelton, have this day mailed, via U.S. Mail, postage prepaid, the foregoing **Motion to Stay Execution of Court Order** to the following counsel of record:

>**Alyson B. Jones, Esq.**
>**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**
>**P.O. Box 22567**
>**Jackson, MS 39225-2567**

This, the 31st day of March, 2008.

/s/Jason L. Shelton
**JASON L. SHELTON**