UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE ELDON E. FALLON |
| *James Spencer Oakley v. Merck & Co., Inc.* Civil Action No. 05-5912 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Kathryn E. Barnett, Michael F. Montesi, and the law firms of Lieff, Cabraser, Heimann & Bernstein, LLP and Gatti, Keltner, Bienvenu & Montesi, PLC, respectfully move the Court for an order allowing them to withdraw as counsel of record for Plaintiff James Spencer Oakley in the above-captioned litigation. Good cause for withdrawal exists, as counsel and client have a fundamental disagreement regarding the course of future representation with respect to this action. Counsel have informed Plaintiff Oakley of their intention to withdraw and have advised him to retain other counsel.

Written notice of the filing of this motion was sent to Plaintiff via certified mail. If the Court grants this motion, the undersigned counsel will notify Lexis Nexis File and Serve of the withdrawal upon entry of the Order.

756267.1

Dated: March 31, 2008                    Respectfully submitted,

/s/ Kathryn E. Barnett
Kathryn E. Barnett
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Michael F. Montesi
GATTI, KELTNER, BIENVENU &
MONTESI, PLC
219 Adams Avenue
Memphis, Tennessee 38103
Telephone:  (901) 526-2126
Facsimile:  (901) 577-5570

ATTORNEYS FOR PLAINTIFF
James Spencer Oakley

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 31st day of March, 2008.

/s/ Kathryn E. Barnett
Kathryn E. Barnett, TN 15361
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
kbarnett@lchb.com