**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This document relates to: | SECTION L |
| *James Spencer Oakley v. Merck & Co., Inc.* Civil Action No. 05-5912 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER

Upon due consideration and for good cause shown, the Court hereby grants Counsels' Motion to Withdraw as Counsel of Record.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Kathryn E. Barnett, Michael F. Montesi, and the law firms of Lieff, Cabraser, Heimann & Bernstein, LLP and Gatti, Keltner, Bienvenu & Montesi, PLC, are withdrawn as counsel of record for Plaintiff James Spencer Oakely.

IT IS SO ORDERED.

Dated: _____          _____
                                                Judge Eldon E. Fallon
                                                United States District Court Judge

756332.1