UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
2:06-cv-10108

### STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Theresa Justice, as Personal Representative of Carl Justice, Deceased and Defendant Merck & Co., Inc., through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss her claims with prejudice against Defendant in the above-captioned case, the claims of Plaintiff Theresa Justice, as Personal Representative of Carl Justice, Deceased are hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), all other Plaintiffs claims shall remain in full force and effect.

2. Each party is to bear its own costs and attorneys' fees.

Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Plaintiff Theresa Justice, as Personal Representative of Carl Justice, Deceased listed above in the above-captioned case.

1

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF


_[signature]_

Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

*Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of April, 2008.

                      By:    /s/ SETH SHARROCK WEBB
                              Seth Sharrock Webb, MO Fed. Bar No. 505666

**CERTIFICATE OF SERVICE**

    The undersigned non-attorney hereby certifies that on the 26th day of March, 2008 a true and correct copy of the foregoing Stipulation for Dismissal With Prejudice was served on counsel named below via electronic mail for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

/s/ Brandi L. Smith
Brandi L. Smith, Paralegal

5