UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**
SECTION: L

JUDGE FALLON
…………………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
     2:06-cv-10108

**ORDER OF DISMISSAL *WITH* PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff Theresa Justice, as Personal Representative of Carl Justice, Deceased against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NE W ORLEANS, LOUISIANA, this   day of  _____ , 2008.

_____
DISTRICT JUDGE