UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Cruz, et al. v. Merck & Co., Inc.*, Case No. 07-7516

## ORDER

The Court received the attached correspondence from Plaintiffs' counsel in the above listed case. On March 3, 2008, the Court, in accordance with Pre-Trial Order No. 26, determined that the claims in this case were misjoined and must be severed into individual suits. Accordingly, the Court ordered plaintiffs' counsel to file a new complaint for each plaintiff within thirty (30) days with the Clerk of Court for the Eastern District of Louisiana. Plaintiffs' counsel, however, writes the Court and states that the Plaintiffs are husband and wife, and Plaintiff Miguel Suarez only has a derivative claim emanating from his wife's alleged use of Vioxx. As a result, according to Plaintiffs' counsel, it is not necessary to sever these claims. The Court has reviewed the Plaintiffs' complaint, Pre-Trial Order 26 and the Court's previous Order and concurs with Plaintiffs' counsel.

1

Accordingly, IT IS ORDERED that the Court's Order Pursuant to Pre-Trial Order 26 in *Cruz, et al. v. Merck & Co., Inc.*, Case No. 07-7516, is hereby VACATED.

New Orleans, Louisiana, this 27th day of March, 2008.

UNITED STATES DISTRICT JUDGE

cc: Virginia Anello
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038

# DOUGLAS & LONDON, P.C.

Attorneys At Law
111 John Street, Suite 1400
New York, NY 10038
(212) 566-7500
FAX: (212) 566-7501
www.DouglasandLondon.com

Gary J. Douglas
Michael A. London*

Stephanie O'Connor, J.D., R.N.*
Virginia Anello^
Mark T. Sadaka, J.D., MSPH
Nicholas Warywoda
*Also admitted in NJ
^Also admitted in LA

March 24, 2008

**VIA FACSIMILE (504) 589-6966**
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana, 70130
Attn: Judge Eldon Fallon

    Re: **Dela Cruz, Maria v. Merck & Co., Inc.**
        **Civil Action No. 07-7516**
        **Vioxx Litigation MDL-1657**

Dear Judge Fallon:

    Pursuant to a conversation had today between Paul Lepe of our office and Brian Bowdler of your chambers, I write this letter to inform the Court that Miguel Suarez is the lawfully wedded husband of Maria Delacruz. As such, Miguel Suarez does not have a direct cause of action against Merck so it is not necessary that these claims be severed. I hope this letter clarifies and resolves this issue with the Court and that the Court vacate said Order dated March 3, 2008.

    We respectfully request an Order vacating this pending Order that requires our office to re-file this case.

                                  Very truly yours,
                                  DOUGLAS & LONDON, P.C.

                                  Virginia Anello