UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Juliana Christian v. Merck & Co., Inc. et. al., Docket Number 2:06-cv-10874. | * | MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendants Marvin Mordkoff M.D., Marvin Mordkoff M.D. P.C., Jose N. Romeu M.D., Bliss Pharmacy, Inc., and Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 1st day of April, 2008.

_____
DISTRICT JUDGE

Stipulation of Dismissal with Prejudice for Juliana Christian