# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Bobby Myatt, et al. v. Merck & Co., Inc.*** | * | |
| ***Docket No. 2:06-cv-10158; only*** | * | |
| ***Regarding Betty Stover*** | * | **KNOWLES** |
| | * | |

*******************************************

### ORDER OF DISMISSALWITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Betty Stover against Defendant

Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with

each party to bear its own costs, and subject to the terms and conditions of the parties'

Stipulation.

**NEW ORLEANS, LOUISIANA,** this _1st_ day of ____April____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**