UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * * * * * * * | MDL No. 1657 <br> SECTION L <br> JUDGE ELDON E. FALLON |
| **This Document Relates to:** *Estate of Doris Burnett v. Merck & Co., Inc., Case No. 2:08-cv-257* | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff, Estate of Doris Burnett, brought by and through the Administratrix Monique Burnett, in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this __1st__ day of ___April___, 2008.

_____
DISTRICT JUDGE

Jackson 2612322v.1