UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Richard Algarin .v. Merck & Co., Inc.; No. 06-1512* | * | MAGISTRATE JUDGE KNOWLES |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED, that all claims of the Plaintiff Richard Algarin against defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  1st   day of _____April_____, 2008.

_____
DISTRICT JUDGE

916289v.1