UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBY PERDUE and<br>BILLIE PERDUE, | Plaintiffs, |
| v. | MDL Docket No.: 1657<br>Civil Action No.: 05-1590 |
| MERCK & CO., INC., | Defendant. |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came Ruby Perdue and Billie Perdue, Plaintiffs in the case styled Ruby Perdue and Billie Perdue v. Merck & Co., Inc., MDL Docket No. 1657, Civil Action No. 05-1590 and came claimants, Vaughn Farmer, Betty Fox, Larry D. Hairston, Elmer Lefler, Sarah Pettrey, Kathy J. Tabor in which no suit was filed, but a claim was made in the Vioxx MDL against the Defendant Merck & Co., Inc., by counsel, J. Franklin Long and came the Defendant, Merck & Co., Inc., by counsel, Dorothy Wimberly. By stipulation, the parties jointly moved this Court for a dismissal of these cases with prejudice in their entirety.

It is hereby **ADJUDGED, ORDERED** and **DECREED** that the cases of Ruby Perdue, Billie Perdue, Vaughn Farmer, Betty Fox, Larry D. Hairston, Elmer Lefler, Sarah Pettrey and Kathy Tabor be, and same are, dismissed with prejudice from the docket of this Court and dismissed from the Vioxx MDL docket.

The Clerk is **ORDERED** to send a certified copy of this Order of Dismissal With Prejudice to all counsel of record.

Entered this __1st__ day of _____April_____, 2008.

*[signature: Eldon E. Fallon]*

THE HONORABLE ELDON E. FALLON

PREPARED BY:

*[signature: J. Franklin Long]*

J. FRANKLIN LONG
Counsel for Ruby Perdue, Billie Perdue,
Vaughn Farmer, Betty Fox, Larry D. Hairston,
Elmer Lefler, Sarah Pettrey and Kathy J. Tabor
727 Bland Street
Bluefield, WV 24701
WV Bar ID #2237
(304) 327-5544
(304) 325-8854 (fax)
joe@jfranklinlong.com


APPROVED BY:

*[signature: Dorothy H. Wimberly]*

DOROTHY WIMBERLY
Counsel for Merck & Co., Inc.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
(504) 581-3361 (fax)
dwimberly@stonepigman.com