UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**                                               MDL NO. 1657
        **PRODUCTS LIABILITY LITIGATION:**

                                                                SECTION:  L


                                                                JUDGE FALLON
…………………………………………………….. MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
        **2:06-cv-10108**


## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff Theresa Justice, as

Personal Representative of Carl Justice, Deceased against Defendant Merck & Co.,

Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to

bear its own costs, and subject the terms and conditions of the parties'

Stipulation.

NE W ORLEANS, LOUISIANA, this 2nd day of April , 2008.




                                                DISTRICT JUDGE