UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Costa, Carmen v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number 2:06-cv-06937. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of Plaintiff Carmen Costa against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

60252082_1.DOC