IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31161

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

DAVID AGARD, et ux; EDWARD HENDERSON, et ux; RONALD R O'CONNOR, et ux

       Plaintiffs - Appellants

v.

MERCK & CO INC, a foreign corporation

       Defendant - Appellee

---

RICHARD F CORE

       Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

       Defendant - Appellee

---

ROBERT D GATES

       Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

       Defendant - Appellee

[Stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, FILED APR 1 2008, LORETTA G. WHYTE, CLERK]

[Stamp: U.S. COURT OF APPEALS FILED FEB 28 2008, CHARLES R. FULBRUGE III, CLERK]

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeals for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the motion of the Plaintiffs' Steering Committee to become a party to the appeal is MOOT.

IT IS FURTHER ORDERED that the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief is MOOT.

MOT-21

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy   MAR 2 8 2008
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 28, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 07-31161  In Re: Vioxx Prod
       USDC No.  2:05-CV-6222
                    2:05-CV-6221
                    2:05-CV-2583
                    2:05-CV-1089
                    2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

              By: _____
                    Peter Conners, Deputy Clerk
                    504-310-7685

cc: w/encl:
    Mr Ronald R Benjamin
    Ms Marya Cordelia Young
    Mr Norman C Kleinberg
    Mr Leonard Arthur Davis
    Mr Russ M Herman

MDT-1