## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Tina Hanners, et al. v. Merck & Co., Inc.* | * | |
| *Docket No. 2:06-cv-10154; only* | * | |
| *Regarding Catherine Williamson* | * | **KNOWLES** |
| | * | |

**************************************

### ORDER OF DISMISSALWITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Catherine Williamson against

Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with

prejudice, with each party to bear its own costs, and subject to the terms and conditions of

the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 2nd day of _____April_____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**