# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *   MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | *   MAGISTRATE JUDGE |
| *Patricia Barrell, et al. v. Merck & Co., Inc.* *Docket No. 2:06-cv-10176; only Regarding Mary Hawley* | *   KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Mary Hawley against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 2nd day of _____April_____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**