UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS )          MDL Docket No.: 1657
LIABILITY LITIGATION )
--------------------------------------------)
 )
THIS RELATES TO: )          CIVIL ACTION NO.: 2:06cv0983
ROBERT KRSTEVSKI AND )
LUBA KRSTEVSKI, )
Plaintiffs, )
V. )
MERCK & CO., INC. )
Defendant. )

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation To Dimiss With

Prejudice, and the Court being duly advised in the premises, NOW HEREBY dismisses this

cause of action with prejudice.

SO ORDERED this ___2nd___ day of _____April_____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT