UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L<br>MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Flossie Batt, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:05-cv-5139-EEF-DEK<br><br>"And only regarding Carolyn Barnett" | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, *Carolyn Barnett,* listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of ____April____, 2008

_____
DISTRICT JUDGE