UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIBAILTIY LITIGATION | * | SECTION L |
| *This document relates to:* | * | JUDGE FALLON |
| *Oliver Skeet v. Merck & Co., Inc.,* Docket Number 2:06-cv-10162; and only regarding William Welch. | * | MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of April, 2008.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

60242798_1.DOC