UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:    L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| DAVID WYSER, Plaintiff, | : | |
| vs. | : | |
| MERCK & CO., INC., Defendant, | : | |
| Case No. 07-2695. | : | |

### PLAINTIFFS DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Plaintiffs/Appellants, David Wyser, by counsel, designate the following items in the district court to be included in the record on appeal.

**U.S.D.C. Southern District of Indiana**
**Indianapolis Division – Cause No. 1:03-cv-1701-LJM-VSS**

| 03/16/2007 | 1 | COMPLAINT against Defendant MERCK & CO., INC. with Jury Demand, filed by Plaintiff DAVID WYSER.(AAM) (Entered: 03/21/2007) |
|---|---|---|
| 03/16/2007 | 2 | CIVIL COVER SHEET, filed by Plaintiff DAVID WYSER. (AAM) (Entered: 03/21/2007) |
| 03/16/2007 | 3 | RECEIPT #IP000526 in the amount of $ 350.00 (AAM) (Entered: 03/21/2007) |
| 03/16/2007 | 4 | Summons Issued as to CT Corporation Systems. (AAM) (Entered: 03/21/2007) |
| 03/16/2007 | 5 | NOTICE of Appearance by Jamie Ranah Kendall, Christopher Allan Moeller, Henry J. Price, William N. Riley on behalf of Plaintiff DAVID WYSER. (AAM) (Entered: 03/21/2007) |
| 03/16/2007 | 6 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AAM) (Entered: 03/21/2007) |

| 03/22/2007 | 7 | ENTRY: The undersigned judge on the court's own motion RECUSES herself from this action. The Clerk is therefore directed to reassign the action by random selection and to notify the parties of this action and of the reassignment. Signed by Judge Jane Magnus-Stinson on 3/22/07. (SWM) Modified on 3/22/2007 (SWM). (Entered: 03/22/2007) |
| --- | --- | --- |
| 03/22/2007 | 8 | Case Reassigned to Judge William T. Lawrence. Judge Jane Magnus-Stinson no longer assigned to the case. The cause number has been changed to reflect the initials (WTL) of the newly assigned judge. Please note that cause number 1:07-cv-0359-SEB-WTL should be used on all future filings. (DH) (Entered: 03/22/2007) |
| 04/08/2007 | 9 | NOTICE of Appearance by Thao Trong Nguyen on behalf of Defendant MERCK & CO., INC.. (Nguyen, Thao) (Entered: 04/08/2007) |
| 04/08/2007 | 10 | NOTICE of Appearance by Brett E. Nelson on behalf of Defendant MERCK & CO., INC.. (Nelson, Brett) (Entered: 04/08/2007) |
| 04/08/2007 | 11 | NOTICE of Appearance by George M. Plews on behalf of Defendant MERCK & CO., INC.. (Plews, George) (Entered: 04/08/2007) |
| 04/08/2007 | 12 | NOTICE of Appearance by David L. Pippen on behalf of Defendant MERCK & CO., INC.. (Pippen, David) (Entered: 04/08/2007) |
| 04/08/2007 | 13 | ANSWER to Complaint, filed by MERCK & CO., INC..(Nguyen, Thao) (Entered: 04/08/2007) |
| 04/08/2007 | 14 | CORPORATE DISCLOSURE STATEMENT, filed by Defendant MERCK & CO., INC.. (Nguyen, Thao) (Entered: 04/08/2007) |
| 04/08/2007 | 15 | Joint MOTION to Stay, filed by Defendant MERCK & CO., INC.., (Attachments: # 1 Text of Proposed Order)(Nguyen, Thao) (Entered: 04/08/2007) |
| 04/10/2007 | 16 | ORDER granting 15 Motion to Stay pending the transfer of this case to theEastern District of Louisiana. Signed by Judge William T. Lawrence on 04/10/2007. (TMA) (Entered: 04/10/2007) |
| 05/18/2007 | 17 | CLOSED TRANSFER to the Eastern District of Louisiana (EDLA), In Re MDL 1657 Vioxx Marketing, Sales Practices and Products Liability Litigation, pursuant to Conditional Transfer Order #94, under EDLA Cause No. 07-2695. (TMA) (Entered: 05/21/2007) |
| 09/25/2007 | 18 | NOTICE of Withdrawal of Appearance by *David L. Pippen* on behalf of MERCK & CO., INC. (Pippen, David) (Entered: 09/25/2007) |

U.S.D.C. Eastern District of Louisiana
MDL No. 1657 – Section L
Wyser v. Merck & Co., Inc., No. 07-2695

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2007 | 1 | Case transferred in from Southern District of Indiana (Indianapolis); Case Number 1:07-359-SEB-WTL. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by David Wyser. (Attachments: # 1 PTO #14)(rll, ) Additional attachment(s) added on 5/30/2007 (rll, ). (Entered: 05/30/2007) |
| 11/08/2007 | 3 | ORDER & REASONS that Merck & Co., Inc.'s 12798 Motion for Summary Judgment is DENIED AS MOOT IN PART with respect to 07-3311 and 12798) is GRANTED IN PART and DENIED IN PART such that the claims of the identified plaintiffs are hereby DISMISSED WITH PREJUDICE in their entirety, except for the Texas plaintiffs' fraud misrepresentation suppression claim. Signed by Judge Eldon E. Fallon on 11/8/07. (Reference: 06-10305, 07-4118, 07-368, 07-2695, 07-3311)(dno, ) M (Entered: 11/08/2007) (Entered: 11/19/2007) |
| 11/09/2007 | 2 | NOTICE OF APPEAL by David Wyser. Filing fee $ 455. (dmg, ) (Entered: 11/16/2007) |
| 11/19/2007 | 4 | JUDGMENT entered in favor of Merck & Co Inc against David Wyser. Signed by Judge Eldon E. Fallon on 11/19/2007.(cms, ) (Entered: 11/19/2007) |
| 02/25/2008 | 5 | ORDER of USCA re 2 Notice of Appeal is dismissed as of 2/21/2008, for want of prosecution. (cms, ) (Entered: 02/28/2008) |
| 02/29/2008 | 6 | ORDER of USCA granting appellant's motion to reinstate the appeal as to 2 Notice of Appeal filed by David Wyser (cms, ) (Entered: 03/04/2008) |
| 03/14/2008 | 7 | APPEAL TRANSCRIPT NOT REQUESTED because one is not needed by David Wyser re 2 Notice of Appeal. (cms, ) (Entered: 03/17/2008) |

**U.S. District Court**
**Eastern District of Louisana (New Orleans)**
**CASE #: 2:05-md-01657-EEF-DEK**

| | | |
|---|---|---|
| 10/30/2007 | 12798 | MOTION for Summary Judgment by Defendant Merck & Co., Inc. Motion Hearing set for 11/9/2007 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support # 2 Statement of Contested/Uncontested Facts # 3 Notice of Hearing # 4 Exhibits 1-19# 5 Exhibits 20-32# 6 Exhibits 33-36# 7 Exhibits 37-39# 8 Exhibit 40# 9 Exhibits 41-42# 10 Exhibits 43-44)(Reference: 07-3311, 06-10305, 07-368, 07-4118 & 07-2695)(dno, ) (Entered: 10/30/2007) |
| 11/07/2007 | 12906 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 12798 MOTION for Summary Judgment, 12754RENEWED MOTION for Summary Judgment. (Attachments: # 1 Exhibit Affidavit of Timothy Watson)(Reference: 07-1259, 05-5545)(Arnold, Kurt) Modified on 11/8/2007 (cms, ). (Entered: 11/07/2007) |
| 11/07/2007 | 12908 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 12798 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E, part 1 of 2# 6 Exhibit E, part 2 of 2# 7 Statement of Contested/Uncontested Facts)(Reference: 07-2695)(Riley, William) Modified on 11/8/2007 (cms, ). (Entered: 11/07/2007) |
| 11/08/2007 | 12923 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 12798 MOTION for Summary Judgment. (Attachments: # 1 Exhibit)(Reference: 06-10305)(Davis, Leonard) (Entered: 11/08/2007) |
| 11/08/2007 | 12950 | ORDER & REASONS that Merck & Co., Inc.'s 12798 Motion for Summary Judgment is DENIED AS MOOT IN PART with respect to 07-3311 and 12798) is GRANTED IN PART and DENIED IN PART such that the claims of the identified plaintiffs are hereby DISMISSED WITH PREJUDICE in their entirety, except for the Texas plaintiffs' fraud misrepresentation suppression claim. Signed by Judge Eldon E. Fallon on 11/8/07. (Reference: 06-10305, 07-4118, 07-368, 07-2695, 07-3311)(dno, ) M (Entered: 11/08/2007) |

4

Respectfully submitted,

**PRICE WAICUKAUSKI & RILEY, LLC**

s/ Christopher A. Moeller
Henry J. Price, Atty No. 5822-49
William N. Riley, Atty. No. 14941-49
Jana K. Strain, Atty. No. 20677-49
Jamie R. Kendall, Atty. No. 25124-49
Christopher A. Moeller, Atty. No. 25710-49
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
FAX: (317) 633-8797

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Designation of Items to Be Included on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of April, 2008.

s/ Christopher A. Moeller
Christopher A. Moeller