UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Claiborne White, et al. v. Merck & Co., Inc.* Docket Number: 05-1565 "L" | * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Claiborne White against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

New Orleans, Louisiana, this __4th__ day of __April__, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE