UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Virginia Turner*<br>Docket Number: 05-5238 | MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE