IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE ELDON E. FALLON |
| Larry B. Stanford, et al. v. Merck & Co., Inc. | MAGISTRATE JUDGE DANIEL E. KNOWLES |
| ( As to PERSONTA WARD only) | |
| **CASE NO. 05cv4763** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, PERSONTA WARD, ("Plaintiff"), and Defendant, Merck & Company, Inc., ("Merck"), hereby stipulate to a dismissal with prejudice of Plaintiff's claims in the instant lawsuit against Merck, subject to the following:

Plaintiff, PERSONTA WARD, agrees to dismiss his claims in the instant lawsuit with prejudice to refiling. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certify that they will make the necessary changes to party status

1

caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff, PERSONTA WARD, in the above-styled lawsuit with prejudice to refiling, subject to the conditions stated above.

Dated: April 1, 2008            Respectfully Submitted by:

*Mark P. Robinson, Jr.*
Mark P. Robinson, Jr., Esq., SBN 054426
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorneys for Plaintiff,
PERSONTA WARD

Dated: April 7, 2008

Steven Sheppard DiCesare, Esq.
HUGHES, HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6290
Fax: (212) 422-4726

Attorneys for Merck & Co., Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2