IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 1657 <br> Section L |
| This Document Relates to: | ) ) JUDGE ELDON E. FALLON ) |
| Larry B. Stanford, et al. v. Merck & Co., Inc. | ) MAGISTRATE JUDGE <br> ) DANIEL E. KNOWLES ) ) |
| ( As to PERSONTA WARD only) | ) ) |
| **CASE NO. 05cv4763** | ) ) |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, PERSONTA WARD, be and the same are hereby dismissed with prejudice to re-filing, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1