IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 <br> ) Section L <br> ) |
| This Document Relates to: <br><br> Fred Bengen, et al. v. Merck & Co., Inc. <br><br> ( As to MARY ANN WOODS only) <br><br> **CASE NO. 02:06cv3311** | ) JUDGE ELDON E. FALLON <br> ) <br> ) MAGISTRATE JUDGE <br> ) DANIEL E. KNOWLES <br> ) |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, MARY ANN WOODS, be and the same are hereby dismissed with prejudice to re-filing, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1