UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Franklin v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (USDC, District of Colorado) | ) | |
| Case No. 06-CV-02164-WYD-BNB | ) | |

## ORDER ON MOTION TO WITHDRAW

Upon due consideration of the Motion by David Dansky, Esquire, and the law firm of Chambers Dansky & Mulvahill LLC requesting their withdraw as co-counsel, and for good cause shown, the Court finds the motion is well-taken, and that the same should be granted.

IT IS THEREFORE ORDERED that David Dansky and Chambers Dansky & Mulvahill are allowed to withdraw and is hereby deemed to have withdrawn as co-counsel of record for Plaintiff James Franklin.

BY THE COURT:

_____
Judge Eldon E. Fallon
United States District Court Judge