**Leila H. Watson**
**Elizabeth A. Ellis**
**CORY WATSON CROWDER**
**  & DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | **MDL 1657** |
| | ) | **SECTION L** |
| _____ | ) | **JUDGE ELDON E. FALLON** |
| **This document relates to:** | ) | |
| | ) | |
| **DENISE R. HESS,** | ) | |
| **JAMES P. HESS III,** | ) | **CASE NO. 05-5893** |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL FOR PLAINTIFFS** |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

   Now come Leila H. Watson and Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C., and respectfully move to withdraw as counsel for plaintiffs, and for that states:

   1.   The decision of counsel to withdraw has been thoroughly discussed with the Plaintiffs, and the reasons for the withdrawal are known to Plaintiffs.

   2.   Plaintiffs have retained new counsel and new counsel has been provided with their complete file and all copies of the court documents, including a copy of this Motion to Withdraw as Counsel.  All contact information for Plaintiffs and their new counsel is provided in the certificate of service hereto.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Counsel respectfully request that this Honorable Court would grant the motion and allow undersigned counsel and their firm to withdraw from this case as counsel for Plaintiffs.

                                                **s/Leila H. Watson**
                                                Leila H. Watson (ASB-3023-S74L)
                                                Elizabeth A. Ellis  (ASB-3521-A63E)
                                                CORY, WATSON, CROWDER & DEGARIS, P.C.
                                                Attorney for the Plaintiffs
                                                2131 Magnolia Avenue
                                                Birmingham, AL  35205
                                                Telephone No.:  205-328-2200
                                                Fax No.:  205-324-7896
                                                Email:  lwatson@cwcd.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to the Federal Rules of Civil Procedure a true and correct copy has been served on the following counsel of record on this 8th day of April, 2008, either by e-mail to the registered participants in ECF or by U.S. Mail to the non-registered counsel of record:

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLC
101 Hudson Street, Suite 3601
Jersey City, NJ  07302

Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
2530 Meridian Parkway, Suite 400
 Durham, NC  27713

Russ M. Herman, Esquire
Plaintiff's Liaison Counsel
Herman Herman Katz Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA  70113

Michael A. Stratton, Esquire    (New Counsel for Plaintiffs)
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
203-624-9500

Denise and James Hess
5640 Clovermeade Drive
Brentwood, TN  37027

                                  **s/Leila H. Watson**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: VIOXX PRODUCTS** ) | |
| **LIABILITY LITIGATION** ) | **MDL 1657** |
| ) | **SECTION L** |
| _____) | **JUDGE ELDON E. FALLON** |
| **This document relates to:** ) | |
| ) | |
| **DENISE R. HESS,** ) | |
| **JAMES P. HESS III,** ) | **CASE NO. 05-5893** |
| ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER ALLOWING PLAINTIFFS'** |
| ) | **COUNSEL TO WITHDRAW** |
| **MERCK & CO., INC.,** ) | |
| ) | |
| Defendant(s). ) | |

This matter came before the Court on Motion of Leila H. Watson, Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C. to withdraw as Plaintiffs' counsel. Accepting the representations of counsel as true, the Motion is hereby GRANTED. Plaintiffs' counsel is ordered to serve a copy of this Order upon the Plaintiffs.

DONE AND ORDERED THIS \_\_\_ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE