**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: VIOXX PRODUCTS** ) | |
| **LIABILITY LITIGATION** ) | **MDL 1657** |
| ) | **SECTION L** |
| _____) | **JUDGE ELDON E. FALLON** |
| **This document relates to:** ) | |
| ) | |
| **DENISE R. HESS,** ) | |
| **JAMES P. HESS III,** ) | **CASE NO. 05-5893** |
| ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER ALLOWING PLAINTIFFS'** |
| ) | **COUNSEL TO WITHDRAW** |
| **MERCK & CO., INC.,** ) | |
| ) | |
| Defendant(s). ) | |

This matter came before the Court on Motion of Leila H. Watson, Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C. to withdraw as Plaintiffs' counsel. Accepting the representations of counsel as true, the Motion is hereby GRANTED. Plaintiffs' counsel is ordered to serve a copy of this Order upon the Plaintiffs.

DONE AND ORDERED THIS \_\_\_ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE