IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This Document Relates To: <br> **Plaintiff Shandra Peace <u>only</u> pending in <u>Joe Christian et al v. Merck & Co Inc et al.</u>, 2:06-cv-06652-EEF-DEK** | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## <u>ORDER</u>

Evan Buxner and the Walther Glenn Law Firm; John J. Carey, Joseph P. Danis, Sarah Hale, David Bauman and the law firm of Carey & Danis, LLC; Jeffrey J. Lowe, Francis J. Flynn and the law firm of Jeffrey J. Lowe, P.C.; T. Evan Schaeffer, Andrea B. Lamere and the law firm of Schaeffer & Lamere's motion to withdraw as attorneys for plaintiff Shandra Peace **<u>only</u>** in the lawsuit of <u>Joe Christian et al v. Merck & Co Inc et al.</u>, 2:06-cv-06652-EEF-DEK is hereby granted.

                                                    SO ORDERED:

                                                    _____
                                                    Judge Fallon