UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Wilmer Rankin Barnes, et al v. Merck & Co., Inc.*;<br>Docket Number: 2:05-cv-01986-EEF-DEK | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Earl P. Underwood, Jr., Elizabeth Citrin, Andrew T. Citrin, and Thomas Knight by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs **Wilmer Rankin Barnes and Dorothy Barnes** in the above-captioned multidistrict litigation.  There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 5274 Old Hwy 43, P.O. Box 38, Satsuma AL 36572.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED:       April 9, 2008

>                                   Respectfully submitted,
>
>                                   /s/ Earl P. Underwood, Jr.
>                                   Earl P. Underwood, Jr.
>                                   Law Offices of Earl P. Underwood, Jr.
>                                   P.O. Box 969

Fairhope, AL 36533-0969  
Telephone: 251-990-5558  
Facsimile: 251-990-0626  
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of April, 2008.

/s/Earl P. Underwood, Jr.  
Earl P. Underwood, Jr.