UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Wilmer Rankin Barnes, et al v. Merck & Co., Inc.*;<br>Docket Number: 2:05-cv-01986-EEF-DEK | Magistrate Judge Knowles |

# ORDER

On April 9, 2008, Earl P. Underwood, Jr., Elizabeth Citrin, Andrew T. Citrin, and Thomas Knight filed a motion to withdraw as counsel of record for plaintiffs **Wilmer Rankin Barnes and Dorothy Barnes.** After having read and considered the motion, the Court, hereby, GRANTS the withdrawal.

DATED: _____, 2008

_____
UNITED STATED DISTRICT JUDGE