U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR - 8 2008

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31109

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

DAVID WYSER

    Plaintiff - Appellant

v.

MERCK & CO INC

    Defendant - Appellee

U.S. COURT OF APPEALS
FILED
APR 07 2008
CHARLES R. FULBRUGE III
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

                      /s/ Charles R. Fulbruge
                      CHARLES R. FULBRUGE III
                      CLERK OF COURT
      ENTERED AT THE DIRECTION OF THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

    ___ Fee ___
    ___ Process ___
    _X_ Dktd
    ___ CtRmDep ___
    ___ Doc. No. ___

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana  4/7/08

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 7, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-31109 In Re: Vioxx Prod
       USDC No.  2:07-CV-2695
                    2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

            By: _____
                  Kim Folse, Deputy Clerk
                  504-310-7712

cc: w/encl:
    Mr Christopher Allen Moeller
    Mr Henry J Price
    Mr William Norman Riley
    Mr Joseph Nicholas Williams
    Mr Thao Trong Nguyen

MDT-1