IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation | MDL Docket No. 1657 |
| This document relates to<br>Case No. 05-4743 | SECTION L<br><br>JUDGE FALLON |
| Saolotoga Aiono, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>Merck & Co., Inc. and Merck<br>Pharmaceuticals, a/k/a Merck,<br><br>        Defendants. | MAG. JUDGE KNOWLES |
| as to Plaintiffs:<br><br>William Alan Warner,<br>Trudy Warner, only | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the claims of Plaintiffs William Alan Warner and Trudy Warner,

IT IS ORDERED, that all claims of Plaintiffs William Alan Warner and Trudy Warner be and they hereby are dismissed with prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this __7th__ day of __April__, 2008.

_____
UNITED STATES DISTRICT JUDGE

3