UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Annie Bradford, et al<br>v. Merck & Co., Inc.<br>(E.D. La. Index No. 2:05-cv-02328) | Judge Fallon<br><br>Mag. Judge Knowles |

# ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, DaleE.Weaver, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, and John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LLP, withdraw as counsel for Plaintiff, Dale E. Weaver only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

_____        _____
Date                                                              Judge Eldon E. Fallon
                                                                       United States District Court Judge