## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx®** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| *This document relates to:* | |
| *Jerry Sadler and Karen Sadler* | **STIPULATION OF DISMISSAL** |
| **Docket Number: 06-0820** | **WITH PREJUDICE** |
| | **AS TO ALL DEFENDANTS** |

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs Jerry Sadler and Karen Sadler against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| MILLER, CURTIS & WEISBROD, LLP | STONE PIGMAN WALTHER WITTMAN, L.L.C. |
|---|---|
| By: *Alexandra D. Boone* | By: *Dorothy H. Wimberly* |
| Les Weisbrod | Phillip A. Wittmann, 13625 |
| Texas Bar No. 21104900 | Dorothy H. Wimberly, 18509 |
| Alexandra V. Boone | Stone Pigman Walther Wittmann, L.L.C. |
| Texas Bar No. 00795259 | 546 Carondelet St. |
| 11551 Forest Central Drive, Suite 300 | New Orleans, LA 70130 |
| Dallas, Texas 75243 | Phone: 504-581-3200 |
| Telephone: (214) 987-0005 | |
| Fax: (214) 987-2545 | *Counsel for Defendant Merck & Co., Inc.* |
| *Counsel for Plaintiff(s) Jerry Sadler and Karen Sadler* | |
| Dated: April 9, 2008 | Dated: 4/10/08 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _10th_ day of _April_____,  2008.

_Dorothy H. Wimberly_