## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx®** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| *This document relates to:* | |
| *George Larcade and Margie Larcade* **Docket Number: 06-1636** | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs George Larcade and Margie Larcade against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| MILLER, CURTIS & WEISBROD, LLP | STONE PIGMAN WALTHER WITTMAN, L.L.C. |
|---|---|
| By: *Alexandra J. Boone* | By: *Dorothy H. Wimberly* |
| Les Weisbrod Texas Bar No. 21104900 Alexandra V. Boone Texas Bar No. 00795259 11551 Forest Central Drive, Suite 300 Dallas, Texas 75243 Telephone: (214) 987-0005 Fax: (214) 987-2545 | Phillip A. Wittmann, 13625 Dorothy H. Wimberly, 18509 Stone Pigman Walther Wittmann, L.L.C. 546 Carondelet St. New Orleans, LA 70130 Phone: 504-581-3200 |
| *Counsel for Plaintiffs George Larcade and Margie Larcade* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 4/9/2008 | Dated: 4/10/08 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _10th_ day of _April_ , 2008.

_Dorothy H-Wimber_