UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL. NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Gonzales, et al. v. Mereck & Co., Inc.,* **Case No. 08-1021**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW Plaintiffs by and through their attorneys of record the BRANCH LAW FIRM (Turner W. Branch and Richard A. Sandoval) and move this Court for an additional thirty (30) days to sever individual Plaintiff's claims in the above named case. In support of this motion, Plaintiffs state:

1. Counsel for Plaintiffs is in the process of contacting clients to inform them that they are ineligible for the Settlement Program. Counsel's goal, in the interest of judicial economy, is to enter into Stipulations of Dismissal for all such Plaintiffs.

2. Plaintiffs' counsel has been unable to contact some Plaintiffs to advise of March 12, 2008 Order issued by this court despite continual efforts to locate Plaintiffs.

3. After being advised, some Plaintiffs have been indecisive and have requested more time to contemplate their decision.

4. Defense counsel Stone Pigman Walther Wittman, LLC (Dorothy Wimberly) was contacted and does not oppose this motion.

WHEREFORE, Counsel for Plaintiffs request that this Court enter an Order extending the deadline by an additional thirty (30) days to sever individual suits.

Respectfully submitted,

BRANCH LAW FIRM

_____
Turner W. Branch
Richard A. Sandoval
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon Dorothy Wimberly, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced on this 8 day of April, 2008.

_____
Turner W. Branch
Richard A. Sandoval
BRANCH LAW FIRM
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile