UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL. NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
..................................................:

**THIS DOCUMENT RELATES TO:**
*Vidmar, et al. v. Mereck & Co., Inc.,* **Case No. 08-869**

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time, wherein Plaintiffs request an additional thirty (30) days from the court ordered deadline of April 11, 2008 to sever individual suits in this case, and the Court having been fully advised in the premises, FINDS

1. Counsel for Plaintiffs is in the process of contacting clients to inform them that they are ineligible for the Settlement Program.

2. Plaintiffs' counsel has been unable to contact some Plaintiffs to advise of the March 12, 2008 Order issued by this court despite continual efforts to locate Plaintiffs.

3. After being advised, some Plaintiffs have been indecisive and have requested more time to contemplate their decision.

4. In the interest of judicial economy Counsel's goal, is to enter into Stipulations of Dismissal for all ineligible Plaintiffs.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel shall have an additional thirty (30) days up to and including May 11, 2008 to sever individual suits.

_____
UNITED STATES DISTRICT JUDGE