UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Maria | * | |
| Romanche, Joanne Romanche Gomez, | * | |
| Antonio Romanche Gomez, Janet Ruiz | * | |
| Maldonado, Luis Mendez Colon, | * | |
| Cristina Mendez Ruiz, Javier Mendez | * | |
| Ruiz, Gloria Salva Pabon, Lohendi | * | |
| Gracia Salva, Leslie Santiago Colon, | * | |
| Ana Soraida and Norma Vega. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiffs listed above against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

THE LAMB FIRM, LLC

By: _____
Archie C. Lamb, Jr.
The Lamb Firm, LLC
2900 First Avenue South
Birmingham, AL 35201
Phone: 205-324-4644

*Counsel for Plaintiffs Listed in Caption Above*

Dated: 4/2/08

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: _____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 4/10/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of April, 2008.

*Dorothy H. Wimberly*