UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Maria | * | |
| Romanche, Joanne Romanche Gomez, | * | |
| Antonio Romanche Gomez, Janet Ruiz | * | |
| Maldonado, Luis Mendez Colon, | * | |
| Cristina Mendez Ruiz, Javier Mendez | * | |
| Ruiz, Gloria Salva Pabon, Lohendi | * | |
| Gracia Salva, Leslie Santiago Colon, | * | |
| Ana Soraida and Norma Vega. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____

DISTRICT JUDGE

60246770_1.DOC