UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.,* Docket Number 2:05-cv- | * | |
| 06234; and only regarding Roberto | * | |
| Cintron Nunez, Rosa Colon individually | * | |
| and on behalf of Miguel Angel Colon, | * | |
| Betty Colon, Maria Colon Berrios, Maria | * | |
| Cruz Velazco, Bonifacio Del Valle, and | * | |
| Edna Delgado Merced. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* *

ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck

& Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its

own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____

DISTRICT JUDGE

60246779_1.DOC