UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.,* Docket Number 2:05-cv- | * | |
| 06234; and only regarding Milagros | * | |
| Mercado Guay; Awilda Morales and her | * | |
| daughter Awilda Morales Berrios; Maria | * | |
| Morales Guzman; Anabel Morales | * | |
| Vargas and her son Justin Alvarez; Aida | * | |
| Orense; Margarita Ortiz; Sandra Ortiz | * | |
| De Alba and her husband Miguel Reyes | * | |
| Rivera; and Edwin Ortiz Mercado. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE

60247189_1.DOC