UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Maria | * | |
| Rodriguez Baez; Carmen M. Rodriguez | * | |
| Rodriguez; Pedro Rodriguez Sanchez; | * | |
| Antonia Rosado; Doricela Sandoz | * | |
| Rivera; Providencia Santiago; Senora | * | |
| Santiago; Jorge Luis Santiago; Virginia | * | |
| Santiago Maldonado; Pedro Santiago | * | |
| Rodriguez; and Julio Cesar Semidey and | * | |
| his wife Edith Quinones. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

60247491_1.DOC