UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *this document relates to:* | * | JUDGE FALLON |
| *Amadis-Rosasrio, Gladys et al v. Merck* | * | |
| *& Co., Inc.* Docket Number 2:05-cv | * | |
| 06234; and only regarding Dorisela | *` | MAGISTRATE JUDGE KNOWLES |
| Santos-Rivera, Medardo Rivera, | * | |
| Genoveva Santana-Rodriguez, Herman | * | |
| Rodriguez, Israel Martinez-Rodriguez, | * | |
| Maribel Rodriguez, Naomi Rodriguez, | * | |
| Osvaldo Ocasio-Rodriguez, and Regina | * | |
| Rodriguez. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of the claims of the Plaintiffs listed above against Defendant

Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to

bear its own costs.

New Orleans, Louisiana, ths _____ day of _____, 2008.


_____

District Court Judge