**AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS**
(For claims of lost wages, earnings or earning capacity)

| Employee's Name | Last | First | Middle |
|---|---|---|---|
| | | | |

| Date of Birth | ____/____/_____ (Month/Day/Year) | Social Security Number | ____-__-____ |
|---|---|---|---|

| Litigation Case No. | |
|---|---|

| Records Provider(s) | |
|---|---|

1. I hereby authorize the Records Provider(s) identified above to release all existing records and information in its possession regarding the above-named person's employment, income and education to BrownGreer PLC, its agents, servants, employees and independent auditors, consider claims in the settlement Program under the Settlement Agreement dated November 9, 2007 (the "Program").  These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claim involving the person named above.  This Authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes.

2. I understand that this Authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records).  This listing is not meant to be exclusive.

3. Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of the party sending you this Authorization.

4. I understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by BrownGreer PLC to the Courts presiding over the Program, Merck & Co., Inc., the Special Master (and any Deputy Special Master), the Chief Administrator, members of the Gate Committee, and the Lien Resolution Administrator for the Program and all other persons provided for under the terms of the Agreement to consider claims in the Program, and their respective attorneys, agents, employees, consultants, independent auditors, and experts (the "Receiving Parties"), and others deemed necessary by the Receiving Parties to assist in this litigation or claim.

| Date | ___/___/_____ (Month/Day/Year) | Signature | _____ [EMPLOYEE OR REPRESENTATIVE] |
|---|---|---|---|

| Print Name | |
|---|---|

**If you are signing this Authorization as a representative on behalf of the employee identified at the top of this Form, describe your relationship to the employee and your authority to act on his/her behalf:**

**You must attach proper documentation (e.g., Power of Attorney, Letters of Administration) authorizing you to act in this representative capacity.**