**MDL 1657**

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period: _____

Firm Name: _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| | _A_ _P_ _L_ _O_ | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 0 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____     Date: _____