UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.,* Docket Number 2:05-cv- | * | |
| 06234; and only regarding Angel Luis | * | |
| Carabello, Rosa Cardona, Noe Correa- | * | |
| Carrasquillo, Sandra Vergne-Colon, | * | |
| Agustin Cruz, Margarita Cruz, Victor | * | |
| Aquino-Elseryf, Angelia Suarez-Ferrer, | * | |
| Emerita Marrero Figueroa, and Emilia | * | |
| Acevedo-Cardona (incorrectly listed as | * | |
| Emelia Aceneslo Carelona). | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck

& Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its

own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

DISTRICT JUDGE