UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.,* Docket Number 2:05-cv- | * | |
| 06234; and only regarding Neeia Robles, | * | |
| Nitza Esther Rivera-Martinez, Juan E. | * | |
| Rolon, Solimar Rosado, Wilfredo | * | |
| Rosado, Victor Rosario, Rafael Rosas, | * | |
| Juanita Nazario-Sanchez, Hector | * | |
| Medina-Santiago, and Jorge Ruiz- | * | |
| Serrano. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *   *

ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck

& Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its

own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

DISTRICT JUDGE

60246638_1.DOC