UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *this document relates to:* | * | JUDGE FALLON |
| *Amadis-Rosasrio, Gladys et al v. Merck* | * | |
| *& Co., Inc.* Docket Number 2:05-cv | * | |
| 06234; and only regarding Bienvenida | *` | MAGISTRATE JUDGE KNOWLES |
| Vega-Sanabrin, Carlos Santana, Miguel | * | |
| Santana, Adolfo Santiago, Noida Torres- | * | |
| Santiago, Rosa Santiago, Rosa Maria | * | |
| Santiago and her husband Carlos Zaya | * | |
| Bermudes, Lucila Sorentini, and Ana | * | |
| Vaquiz-Sorto (Incorrectly listed as Ana | * | |
| Vazquez Sorto). | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of the claims of the Plaintiffs listed above against Defendant

Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to

bear its own costs.

New Orleans, Louisiana, ths _____ day of _____, 2008.


_____
District Court Judge