UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION     MDL NO. 1657
                       SECTION: L
                       JUDGE FALLON
                     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Bracey, et al. V. Merck & Co., Inc., 08-145*

MOTION TO STAY ORDER AND FOR LEAVE TO FILE
REGISTRATION AFFIDAVIT OUT OF TIME

   COMES NOW, the Plaintiffs, in the above captioned matter by and through undersigned counsel and moves this Honorable Court to stay its Order dated March 12, 2008, and requests leave to file their Registration Affidavit and for grounds would state the following, to wit:

1. On March 12, 2008, this Court entered its Order and in accordance with Pre-Trial Order No. 26, required the plaintiffs' claims in the above captioned case be severed into individual suits.

2. Counsel for plaintiffs have determined that it would be in plaintiffs best interest to enroll in the Vioxx settlement program currently being administered via the Vioxx Products Liability Litigation MDL NO. 1657.

3. The deadline for registration into the Vioxx Settlement Program was January 15, 2008. While this date has passed, the claims administrator for the program, Brown Greer PLC, advises, via its Web page, that persons who have not submitted registration materials may still do so but should submit the required materials as soon as possible.

4. While there is no requirement to file the affidavit with this Court, in light of the above referenced Order, Plaintiffs are requesting leave of this Court to file the registration affidavit.

5. Plaintiffs will then be in position to comply with the remaining deadlines as set out in the

      Vioxx settlement program as those deadlines have not yet occurred.

6.     Due to this Court Order and in an effort to preserve Plaintiffs' claims, Plaintiffs' counsel deemed it appropriate to request that this Court's Order be stayed so that Plaintiffs' claims could be enrolled in the Vioxx settlement program in their entirety.

7.     This Motion is not made for dilatory purposes.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the referenced Order be stayed and for leave of this Court to file their registration affidavit outside of the previously imposed January 15, 2008 deadline.

Respectfully submitted, this the 11th day of April, 2008.

                         LEOLA BRACEY, et al

                         BY: /e/ Alton E. Peterson
                            LARRY STAMPS, MSB# 7773
                            ALTON E. PETERSON, MSB# 99222
                            ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

STAMPS & STAMPS
ATTORNEYS AT LAW
269 EAST PEARL STREET
POST OFFICE BOX 2916
JACKSON, MISSISSIPPI 39207-2916
TELEPHONE NO.: (601) 354-4747
FACSIMILE NUMBER: (601) 354-0546

**CERTIFICATE OF SERVICE**

I, Alton E. Peterson, Esq., do hereby certify that the above and foregoing Motion to Stay Order and for Leave to File Registration Affidavit Out of Time has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 10th day of April, 2008.

        RUSS HERMAN, ESQ.                    VIA U.S. MAIL AND E-MAIL
        VIOXX@hhkc.com
        HERMAN HERMAN KATZ & COTLAR, L.L.P.
        820 O'KEEFE AVENUE
        NEW ORLEANS, LOUISIANA 70113-1116

        PHILLIP A. WITTMANN, ESQ.          VIA U.S. MAIL AND E-MAIL
        pwittman@stonepigman.com
        STONE PIGMAN WALTHER WITTMANN, L.L.C.
        546 CARONDELET STREET
        NEW ORLEANS, LOUISIANA 70130-3588

                              BY: /e/ Alton E. Peterson
                                  LARRY STAMPS, MSB# 7773
                                  ALTON E. PETERSON MSB# 99222
                                  ATTORNEYS FOR PLAINTIFFS
                                  STAMPS & STAMPS
                                  269 EAST PEARL STREET
                                  POST OFFICE BOX 2916
                                  JACKSON, MISSISSIPPI 39207-2916
                                  TELEPHONE NO.: (601) 354-4747
                                  FACSIMILE NUMBER: (601) 354-0546
                                  aepeters@bellsouth.net