UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 11  PM 3: 24

LORETTA G. WHYTE
CLERK

## NOTICE OF APPEARANCE

Orran L. Brown of the law firm BrownGreer PLC, gives notice of his appearance as an attorney representing the Claims Administrator in the above captioned action.

Respectfully submitted,

Orran L. Brown, VSB 25832
BROWNGREER PLC
115 South 15th Street
Suite 400
Richmond, Virginia 23219
(804) 521-7201
(804) 521-7299

Dated: April 7, 2008

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2008, a copy of the foregoing Notice of Appearance was mailed via first-class mail, postage prepaid to:

> Loretta G. Whyte, Clerk of Court
> U.S. District Court
> 500 Poydras Street, Room C-151
> New Orleans, LA 70130

_____
Orran L. Brown