**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 14  AM 7: 25

LORETTA G. WHYTE
CLERK

In Re: VIOXX PRODUCTS LIABILITY          * MDL 1657
LITIGATION                               * SECTION L
                                         * JUDGE ELDON E. FALLON
                                         *
                                         * MAGISTRATE JUDGE
                                         *   DANIEL E. KNOWLES, III
                                         *

--------------------------------------------------------

THIS DOCUMENT RELATES TO:
        *MARTIN P. ACKERMAN V. MERCK & CO. INC. No. 06-1512*

## ORDER OF SUBSTITUTION

This matter having come before the Court on the Uncontested Motion for Substitution of

plaintiff, Martin Ackerman, filed on behalf of his estate's lawfully appointed Personal

Representative, being fully advised in the premises that Martin Ackerman died intestate on

April 24, 2007, and that David C. Ackerman has been duly appointed Personal Representative of

the Estate of Martin Ackerman and is now the lawful representative of Decedent,

Martin Ackerman.

On the basis of the foregoing findings, and good cause appearing before;

IT IS HEREBY ORDERED that the Uncontested Motion for Substitution is granted.

IT IS FURTHER ORDERED that David C. Ackerman is substituted as Plaintiff as the

Personal Representative of the Estate of Martin Ackerman, Decedent, herein in place of

Decedent, Martin Ackerman, and that the title of the action be amended in conformity herewith.

NEW ORLEANS, LOUISIANA, this 10th  day of April _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep._____
___ Doc. No_____