UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Kelly A. Connors, Individually and as Personal* | * | MAGISTRATE JUDGE |
| *Representative of the Estate of Barbara Ann* | * | DANIEL E. KNOWLES, III |
| *Ballew, et al. v. Merck & Co., Inc., et al.* | * | |
| Docket Number: 05-3387 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff Kelly A. Connors, Individually and as Personal Representative of the Estate of Barbara Ann Ballew, Deceased, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion and of all deadlines applicable to this case was sent via certified mail to plaintiff's last known mailing address, 2040 Harmon Avenue, Baltimore, MD 21230, telephone number (410) 644-8085.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: April 16, 2008

Respectfully submitted,

*Patricia Kasputys*
Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Attorneys for Plaintiff

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery, via certified mail to Robin Ballew Davis, last known address 349 N. Walnut Street, Ravenna, OH 44266, via certified mail to Virgil G. Ballew, last known address 6350 Sittig Avenue, Hubbard, OH 44425, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of April, 2008.

                                         _/s/ Patricia Kasputys_
                                         Patricia J. Kasputys