UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx®

PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1657

SECTION L

*This document relates to:*

JUDGE FALLON

Glenda Meysami, et al. v. Merck & Co., Inc.
Civil Action No: 2:05-cv-5353-EEF-DEK

STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS

"And only regarding Zachary Hopkins"

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, **Zachary Hopkins**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| SCHLICHTER, BOGARD & DENTON | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: /s/ | By: /s/ Dorothy H. Wimberly |
| Roger C. Denton, 30292<br>Schlichter, Bogard & Denton<br>100 South Fourth St., Suite 900<br>St. Louis, MO 63102<br>Phone 314-621-6115 | Phillip A. Witmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Witmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiff Zachary Hopkins* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 4/16/08 | Dated: 4/16/08 |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2