UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION          SECTION L

*This document relates to:*                       JUDGE FALLON

**Flossie Batt, et al. v. Merck & Co., Inc.**        STIPULATION OF DISMISSAL
**Civil Action No: 2:05-cv-5139-EEF-DEK**              WITH PREJUDICE
                                                      AS TO ALL DEFENDANTS
**"And only regarding Arnett Combs"**

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate

that all claims of plaintiff, **Arnett Combs**, against defendant Merck & Co., Inc. and all

other named defendants be dismissed in their entirety with prejudice, each party to bear

its own costs.

SCHLICHTER, BOGARD & DENTON          STONE PIGMAN WALTHER
                                     WITTMANN, L.L.C.

By: _____          By: _____

Roger C. Denton, 30292               Phillip A. Witmann, 13625
Schlichter, Bogard & Denton          Dorothy H. Wimberly, 18509
100 South Fourth St., Suite 900      Stone Pigman Walther Witmann, L.L.C.
St. Louis, MO 63102                  546 Carondelet St.
Phone 314-621-6115                   New Orleans, LA 70130
                                     Phone: 504-581-3200

*Counsel for Plaintiff Arnett Combs*   *Counsel for Defendant Merck & Co., Inc.*

Dated: ___4/16/08___                  Dated: ___4/16/08___

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2