UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| Nathaniel Webster, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:06-cv-3594-EEF-DEK | STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |
| "And only regarding Richard Allen Boyd" | |

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, **Richard Allen Boyd**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| SCHLICHTER, BOGARD & DENTON | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: [signature] | By: [signature] |
| Roger C. Denton, 30292<br>Schlichter, Bogard & Denton<br>100 South Fourth St., Suite 900<br>St. Louis, MO 63102<br>Phone 314-621-6115 | Phillip A. Witmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Witmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiff Richard Allen Boyd* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 4/16/08 | Dated: 4/16/08 |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of April, 2008.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana 70130
                                                Phone: 504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel

826474v.2