UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Angel Luis Carabello, Rosa Cardona, Noe Correa-Carrasquillo, Sandra Vergne-Colon, Agustin Cruz, Margarita Cruz, Victor Aquino-Elseryf, Angelia Suarez-Ferrer, Emerita Marrero Figueroa, and Emilia Acevedo-Cardona (incorrectly listed as Emelia Aceneslo Carelona). | * | KNOWLES |

* * * * * * * * * * * * * * * * *  *

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ____April____, 2008.

                                                                        /s/ Eldon E. Fallon
                                                                        DISTRICT JUDGE

60245661_1.DOC