UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Angel Balinas, Jose Antonio Barreto, Carmen Serrano-Batista, Arnaldo Battle, Ramon Bermudez, Pablo Berrios, Yolanda Borrero, Carmelo Cabrera, Fernando Calderon, and Nidia Rodriguez-Calzado. | * | KNOWLES |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ___April___, 2008.

_____
DISTRICT JUDGE

60245640_1.DOC