UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *this document relates to:* | * | JUDGE FALLON |
| *Amadis-Rosasrio, Gladys et al v. Merck & Co., Inc.* Docket Number 2:05-cv 06234; and only regarding Ana Perez, Felix Blanco-Perez, Sara Cartajena-Perez, Gladys Esther Ponce, Sonia Quiles, Erica Laza-Quinones, Carmen Ramos and her son Jorge Castro, Osvaldo Rivera-Rios, and Dixon Rivera Rivera. | * | MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of the claims of the Plaintiffs listed above against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, ths __16th__ day of _____April_____, 2008.

_____
District Court Judge