UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *this document relates to:* | * | JUDGE FALLON |
| *Amadis-Rosasrio, Gladys et al v. Merck* | * | |
| *& Co., Inc.* Docket Number 2:05-cv | * | |
| 06234; and only regarding Ginnette Ortiz, | * | MAGISTRATE JUDGE KNOWLES |
| Maria Concepcion Ortiz, Nelson Ortiz, | * | |
| Carmen Baez-Pagan, Jose Luis Pagan, | * | |
| Sofia Rodriguez-Paz, and Alenjandrina | * | |
| Perez-Romero. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of the claims of the Plaintiffs listed above against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, ths __16th__ day of _____April_____, 2008.

_____
District Court Judge