UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Dadba E. Pacheco; Carmen Pacheco de Torrellas; Luz M. Paez; Maria Pagan Ramirez; Jose E. Pillich; Mildred Quinones; Frederico Ramirez; Evelyn Renovales; Milagros Del Carmen Reyes; Gladys Reyes Matos; Adela Rios Alejandro; and Jose O. Riveras. | * | KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of April, 2008.

_____
DISTRICT JUDGE

60247201_1.DOC