UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to:* | * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Marisol Rosario-Barbosa, Candida Irizarry, Francisco Irizarry, Zoraida Lacen, Tomas Laguel, Yadira Lorenzo, Elsa Martinez, Sonia Rivera-Martinez, Angel Luis Montes-De Jesus, and Maria E. Carrion-Ortega. | * | |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ____April____, 2008.

*Eldon E. Fallon*

DISTRICT JUDGE

60246632_1.DOC