UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Angel Diaz | * | |
| Rivera; Carmen Flores; Carmen Franqui; | * | |
| Juana Gautier Lopez and her husband | * | |
| Julio Cesar Rios; Ana Delia Gonzalez; | * | |
| Santa Gonzalez Colon; Elizabeth Guilbe | * | |
| and her husband Emilio Rodriguez | * | |
| Rosas; Eva Juarbe Pol; and Midiane | * | |
| Maisonet Gonzalez. | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ____April____, 2008.

_____
DISTRICT JUDGE

60246747_1.DOC