UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Daniel | * | |
| Perrinjaquet, Vyrna Prado Aponte, | * | |
| Salvador Reyes Nieves, Ramiro Reyes | * | |
| Santiago and his wife Yaribel Mateos | * | |
| Colon, Antonio Rivera, Carmen M. | * | |
| Rivera, Melkin Rivera Mangual, Sonia | * | |
| Rivera Rivera, and Jorge Luis Rodriguez | * | |
| Sanchez. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of April, 2008.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

60246757_1.DOC