UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to:* | * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Maria Romanche, Joanne Romanche Gomez, Antonio Romanche Gomez, Janet Ruiz Maldonado, Luis Mendez Colon, Cristina Mendez Ruiz, Javier Mendez Ruiz, Gloria Salva Pabon, Lohendi Gracia Salva, Leslie Santiago Colon, Ana Soraida and Norma Vega. | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of April, 2008.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

60246770_1.DOC