UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.,* Docket Number 2:05-cv- | * | |
| 06234; and only regarding Julia | * | |
| Acevedo, Ana Luz Algarin, Everlides | * | |
| Ayala Melendez, Rafael Balsac Lizardi, | * | |
| Louis F. Beauperthuy, Julia M. | * | |
| Bermudez, Flor Maria Berrios Ortiz, | * | |
| Maria Bireya Lozada, Awilda Calderon | * | |
| Sanchez, Alma Camacho Rodriguez, and | * | |
| Victor M. Colon Mage. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck

& Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its

own costs.

NEW ORLEANS, LOUISIANA, this 16th day of _____April_____, 2008.

_____
DISTRICT JUDGE