UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * * * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to:* | * * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.,* Docket Number 2:05-cv-06234; and only regarding Rosa Garcia Burgos; Carlos Giraldo; Maria Gomez Villarini; Sulma Gonzalez Rivera; William Gonzalez Vasquez; Carmen Guzman Gonzalez; Baltis Henson Bousquets; and Alicia Guile Mercado and her husband Guillermo Rivera Rivera. | * * * * * * * * * * | |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ___April___, 2008.

_____
DISTRICT JUDGE

60246885_1.DOC