UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Ramon Heredia, Brumilda Diadone, Mario Diadone, Julia Hernandez, Concepcion Hernandez Falero, Juan Falero Flores, Ed Marie Ramirez, Alexis Hernandez, Julio Hernandez, Dulce Hernandez, Reynaldo Hernandez, Gladys Lubriel Rivera, and Carmen Maldonado. | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of ___April___, 2008.

_____
DISTRICT JUDGE

60246914_1.DOC