UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Amadis-Rosario, Gladys et al. v. Merck* | * | KNOWLES |
| *& Co., Inc.*, Docket Number 2:05-cv- | * | |
| 06234; and only regarding Paulina | * | |
| Maldonado Rodriguez; Elizabeth Maltes; | * | |
| Jose Marrero Arriaga; Emilia Martinez | * | |
| Albert; Adalberto Matias; Carmen | * | |
| Matias Molina; and Pedro Medina | * | |
| Serrano, his wife Julia Rivera Medina, | * | |
| and his children David Medina, Pedro | * | |
| Medina, Elena Medina, and Illiam | * | |
| Medina. | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of _____April_____, 2008.

DISTRICT JUDGE

60247177_1.DOC