UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to:* | * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Awilda Sierra Alicea; Iris Silver De Leon; Margarita Suarez; Luz Vargas; Felicita Vazquez Ortega; Vilma Vazquez Rivera; Ana Maria Vega; Jose Velazquez; Israel Velez; and Eliseo Torres Rios, individually and on behalf of his wife Josefa Cortijo Garcia | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of April, 2008.

_____
DISTRICT JUDGE

60247500_1.DOC