# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Vioxx® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L |
| *This document relates to:* <br><br> **Flossie Batt, et al. v. Merck & Co., Inc.** <br> **Civil Action No: 2:05-cv-5139-EEF-DEK** <br><br> "And only regarding Paula Streiler" | JUDGE FALLON <br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE <br> AS TO ALL DEFENDANTS |

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, **Paula Streiler**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SCHLICHTER, BOGARD & DENTON

By: _/s/_

Roger C. Denton, 30292
Schlichter, Bogard & Denton
100 South Fourth St., Suite 900
St. Louis, MO 63102
Phone 314-621-6115

*Counsel for Plaintiff Paula Streiler*

Dated: 4/18/08

STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: _/s/ Dorothy H. Wimberly_

Phillip A. Witmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 4/18/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2