UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  Vioxx®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION        SECTION L


*This document relates to:*                    JUDGE FALLON

Ralph Trask, et al. v. Merck & Co., Inc.     MAGISTRATE JUDGE KNOWLES
Civil Action No: 2:06-cv-2181-EEF-DEK

"And only regarding Vincent Ramsden"


ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, *Vincent Ramsden,* listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2008

_____
DISTRICT JUDGE