UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Donald Seagraves v. Merck & Co., Inc., et al. (E.D. La. Index No. . 2:05-cv-04372) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Donald Seagraves, and files this Notice of Dismissal Without Prejudice against defendant Merck & Co., Inc. in this action pursuant to Rule 41(a), Federal Rules of Civil Procedure.

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on September 29, 2005, in the United States District Court Eastern District of Louisiana by Walter Umphrey of Provost Umphrey Law Firm, L.L.P., Mikal Watts of The Watts Law Firm, L.L.P., John Eddie Williams, Jr. of Williams Kherkher Hart Boundas, L.L.P., Drew Ranier of Ranier, Gayle& Elliot, L.L.C., and Grant Kaiser of The Kaiser Firm, L.L.P.

### RELIEF REQUESTED

2. Plaintiffs respectfully ask this Court to dismiss without prejudice Merck & Co., Inc. as defendant in this matter.

3. This request is not intended to cause delay or prejudice.

1

4.  Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff Donald Seagraves, respectfully requests that her Notice of Dismissal Without Prejudice be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:

APRIL 9, 2008

Respectfully submitted,

_____
Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 223-0000
Facsimile: (713) 223-0440

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____        _____
Judge Eldon E. Fallon                                  Date

2