UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:   Deloris Ivers. Ivers, et al v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-06198) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff BRIAN A. SANDERS, only and files this Notice of Dismissal Without Prejudice against defendant Merck & Co., Inc. in this action pursuant to Rule 41(a), Federal Rules of Civil Procedure.  The complaint shall remain in full force and effect on behalf of all other plaintiffs against all remaining defendants

## FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on April 5, 2005, in the United States District Court for the Southern District of Ohio Eastern Division by John R. Climaco of Climaco, Lefkowitz, Peca , Wilcox & Garofolio Co., L.P.A. and Grant Kaiser of The Kaiser Firm, L.L.P.

2. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on November 5, 2005.

## RELIEF REQUESTED

3. Plaintiffs respectfully ask this Court to dismiss without prejudice Merck & Co., Inc. as defendant in this matter.

4. This request is not intended to cause delay or prejudice.

1

5.     Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff BRIAN SANDERS, only and does not affect the representation of any other Plaintiff's in the original complaint respectfully requests that his Notice of Dismissal Without Prejudice be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:                                             Respectfully submitted,

April 11, 2008

John R. Climaco (0011456)
CLIMACO, LEFCOWITZ, PECA,
WILCOX   & GAROFOLI CO.,
INC., L.L.P.
1220 Huron Road, Suite 1000
Cleveland, Ohio 44115
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

_____
Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone:  (713) 223-0000
Facsimile:  (713) 223-0440

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____        _____
Judge Eldon E. Fallon                                  Date

2