UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:   Donna Houston, et al v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-1558) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, Donna Houston, Leo Kuehner, Barbara Archaubault, James Kuehner, and Edward Kuehner, Individually and as the Representatives of the estate of Lillian Kuehner Deceased, and files this Notice of Dismissal Without Prejudice against defendant Merck & Co., Inc. in this action pursuant to Rule 41(a), Federal Rules of Civil Procedure.

### FACTUAL AND PROCEDURAL HISTORY

1.     Plaintiff's Original Petition was filed on April 19, 2005, in the United States District Court Eastern District  of Louisiana by  Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP

2.     Defendant Merck & Co. Inc. was served on or about May 12, 2005.

1

## **RELIEF REQUESTED**

3.      Plaintiffs respectfully ask this Court to dismiss without prejudice Merck &

Co., Inc.  as defendant in this matter.

4.      This request is not intended to cause delay or prejudice.

5.      Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified

of this change in party status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff Donna Houston, Leo

Kuehner, Barbara Archaubault, James Kuehner, and Edward Kuehner, Individually and

as the Representatives of the estate of Lillian Kuehner Deceased, respectfully requests

that their Notice of Dismissal Without Prejudice be granted, and for such other relief, at

law or in equity, to which they may be entitled.


Dated:                                          Respectfully submitted,

April 16, 2008

Grant Kaiser (11074900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone:  (713) 223-0000
Facsimile:  (713) 223-0440

Attorneys for Plaintiffs


IT IS SO ORDERED.


_____          _____
Judge Eldon E. Fallon                                    Date

2