UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Mary J. Bails, et al v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-06198) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, Latreesh V. Wilson, ONLY and files this Notice of Dismissal Without Prejudice against defendant Merck & Co., Inc. in this action pursuant to Rule 41(a), Federal Rules of Civil Procedure. The complaint shall remain in full force and effect on behalf of all other plaintiffs against all remaining defendants.

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiff's Original Petition was filed on April 26, 2005, in the United States District Court for the Northern District of Ohio by John C Climaco of Climaco, Lefkowitz, Peca, Wilcox & Garofolio Co., L.P.A. and Grant Kaiser of The Kaiser Firm, L.L.P.

2. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on July 14, 2005.

### RELIEF REQUESTED

3. Plaintiff, Latreesh Wilson, ONLY respectfully ask this Court to dismiss without prejudice Merck & Co., Inc. as defendant in this matter.

4. This request is not intended to cause delay or prejudice.

1

5.   Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff Latreesh V. Wilson, only and does not affect the representation of any other Plaintiff's in the original complaint, respectfully requests that her Notice of Dismissal Without Prejudice be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated:

April 11, 2008

Respectfully submitted,

JOHN R. CLIMACO
State Bar No. 0011456
CLIMACO, LEFCOWITZ, PECA, WILCOX
& GAROFOLI CO., INC., L.L.P.
1220 Huron Road, Suite 1000
Cleveland, Ohio 44115
 Telephone: 216- 621-8484
 Facsimile: 216-771-1632

_____
Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone:  (713) 223-0000
Facsimile:  (713) 223-0440

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____          _____
Judge Eldon E. Fallon                                    Date

2