UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *John Mullins and Patricia Ann Mullins v.*
*Merck & Co., Inc.,* **Case No.  2:06-CV-1903**

## <u>ORDER</u>

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of

record, and for good cause shown, the Court finds the motion to be well-taken, and that

same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys

Tyler Thompson of  Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of  The

Oldfather Law Firm, and Greg Bubalo of  Bubalo, Hiestand & Rotman are withdrawn as

counsel of record for plaintiffs, John and Patricia Ann Mullins.

IT IS SO ORDERED.

DATED:_____       _____

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE