UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *Lawrence Butcher, M.D. v. Merck & Co., Inc.,* **Case No.  2:06 – CV- 1901**

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Greg Bubalo of Bubalo, Hiestand & Rotman are withdrawn as counsel of record for plaintiff, Lawrence Butcher, M.D.

IT IS SO ORDERED.

DATED:_____    _____
                                                                                         JUDGE ELDON E. FALLON
                                                                                         UNITED STATES DISTRICT COURT JUDGE