UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Lana Yaggie and Lloyd Yaggie v. Merck & Co., Inc.,* **Case No. 2:06 –CV-0751**

Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of The Oldfather Law Firm, and Greg Bubalo of Bubalo, Hiestand & Rotman pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for Plaintiffs Lana and Lloyd Yaggie, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiffs' last known mailing address, 5212 Brookswood Rd., Crestwood, Kentucky 40014.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: April 18, 2008

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
The Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40208
502.637.7200
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2008.

s/ Ann B. Oldfather
Ann B. Oldfather

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**  *Lana and Lloyd Yaggie  v. Merck & Co., Inc.,* **Case No.  2:06 – CV- 0751**

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Greg Bubalo of Bubalo, Hiestand & Rotman are withdrawn as counsel of record for plaintiffs, Lana and Lloyd Yaggie.

IT IS SO ORDERED.

DATED:_____    _____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE