UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| **This document relates to:** | * | JUDGE ELDON E. FALLON |
| | * | |
| *Salbeck, John K., Sr., et al. v. Merck & Co.,* | * | MAGISTRATE JUDGE |
| *Inc.,* Docket Number 06-2188 | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiffs John K. Salbeck, Sr., Individually and as Personal Representative of the Estate of Rita Salbeck, John K. Salbeck, Jr., and William A. Salbeck, Sr. against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| LAW OFFICES OF<br>PETER G. ANGELOS, P.C. | STONE PIGMAN WALTHER<br>WITTMANN, L.L.C. |
| By: /s/ Patricia Kasputys<br>Patricia J. Kasputys<br>Law Offices of Peter G. Angelos, P.C.<br>One Charles Center<br>100 N. Charles Street, 20th Floor<br>Baltimore, MD 21201<br>Phone: 410-649-2000 | By: /s/ Dorothy H. Wimberly<br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet Street<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiffs listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 4.17-08 | Dated: 4/18/08 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2008.

_Dorothy H. Wimberly_