UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Geraldine Boness, Individually and as Special Administrator of the Estate of Randall Boness v. Merck & Co., Inc.;* *Docket No. 2:05-cv-06129* | * | MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Geraldine Boness, Individually and as Special Administrator of the Estate of Randall Boness and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

CLANCY LAW OFFICES, LTD.

By: _/s/ Michael W. Clancy_

Michael W. Clancy
7 S. Second Avenue
St. Charles, IL 60174
Phone: 630-584-7666
*Counsel for Plaintiff*

STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: _/s/ Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200
*Counsel for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Stone Pigman Walther Whittman L.L.C., by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2008.

CLANCY LAW OFFICES, LTD.

By: _____

Michael W. Clancy
7 S. Second Avenue
St. Charles, IL 60174
Phone: 630-584-7666
*Counsel for Plaintiff*