UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    Section L

Walterine Reed, Individually
and As Representative of the
Estate of Joseph Reed, Deceased                        Judge Fallon
v. Merck & Co., Inc.
(E.D. La. Index No. 2:05-cv-06247)                     Mag. Judge Knowles
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP, counsel of record for Plaintiff, Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, Deceased, moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff(s) in the above-captioned multidistrict litigation. The plaintiff(s) and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiff(s) of their intent to withdraw and has not objected to the withdrawal.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 2012 Nedra St Memphis, TN 38108, 901-274-0592.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

Dated: *April 21, 2008*                    Respectfully submitted,

| | |
|---|---|
| WALTER UMPHREY<br>Texas State Bar No. 20380000<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>490 Park<br>Beaumont, Texas 77701<br>Telephone: 409-835-6000<br>Facsimile: 409-383-8888 | JOHN EDDIE WILLIAMS, JR.<br>Texas State Bar No. 21600300<br>WILLIAMS KHERKHER HART BOUNDAS, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>Telephone: 713-230-2200<br>Facsimile: 713-643-6226 |
| MIKAL WATTS<br>Texas State Bar No. 20981820<br>THE WATTS LAW FIRM, L.L.P.<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>Telephone: 361-887-0500<br>Facsimile: 361-887-0055 | DREW RANIER<br>Louisiana Bar No. 8320<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>Telephone: 337-494-7171<br>Facsimile: 337-494-7218 |

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of April, 2008.

_____
Grant Kaiser

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, Deceased v. Merck & Co., Inc. (E.D. La. Index No. 2:05-cv-06247) | Judge Fallon<br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, Deceased, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, Deceased.

IT IS SO ORDERED.

_____
Date

_____
Judge Eldon E. Fallon
United States District Court Judge