UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Carl Burns<br>v. Merck & Co., Inc.<br>(E.D. La. Index No. 2:05-cv-03575) _____/ | Judge Fallon<br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Carl Burns, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP Grant Kaiser of THE KAISER FIRM, LLP, and John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LLP withdraw as counsel for Plaintiff, Carl Burns.

IT IS SO ORDERED.

_____          _____
Date                                              Judge Eldon E. Fallon
                                                      United States District Court Judge