UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®  　　　　　　　　　　　　　MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION  　　　Section L

This Document Relates To:

Joyce Calloway Individually
and as Representative of the
Estate of Earl Calloway  　　　　　　　　　Judge Fallon
v. Merck & Co., Inc.
(E.D. La. Index No. 2:06-cv-9335)  　　　Mag. Judge Knowles
_____/

## ORDER

Upon due consideration of the foregoing Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Vernessa Bolding, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Vernessa Bolding.

IT IS SO ORDERED.

_____  　　　　　　_____
Date  　　　　　　　　　　　　　　　　　　　Judge Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge