UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| David Jackson, Jr., Individually & as Representative of the Estate of David Jackson, Sr, Deceased v. Merck & Co., Inc. | Judge Fallon |
| (E.D. La. Index No. 2:06-cv-02822) | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, David Jackson, Jr., Individually & as Representative of the Estate of David Jackson, Sr, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, David Jackson, Jr., Individually & as Representative of the Estate of David Jackson, Sr, Deceased.

IT IS SO ORDERED.

_____                    _____
Date                                                                               Judge Eldon E. Fallon
                                                                                        United States District Court Judge