UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                  MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION       Section L

This Document Relates To:

Janet D. Roderick                       Judge Fallon
v. Merck & Co., Inc.
(E.D. La. Index No. 2:05-cv-06573)       Mag. Judge Knowles
_____/

## **ORDER**

     Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Janet D. Roderick, to be well-taken, and that same should be granted.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Janet D. Roderick .

     IT IS SO ORDERED.

_____                  _____
Date                                                      Judge Eldon E. Fallon
                                                      United States District Court Judge