UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                               Section L

Jeannette Y. Gaspard, Individually
and as Representative of the
Estate of Jewell M. Young                                   Judge Fallon
v.  Merck & Co., Inc.
(E.D. La. Index No. 2:05-cv-4559)                           Mag. Judge Knowles
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP, counsel of record for Plaintiff, Jeannette Y. Gaspard, Individually and as Representative of the Estate of Jewell M. Young, moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff(s) in the above-captioned multidistrict litigation.  The plaintiff(s) and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract.  Counsel has advised Plaintiff(s) of their intent to withdraw and has not objected to the withdrawal.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 602 N. Polk  Welsh, LA  70591, 337-218-0244.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

Dated: April 21, 2008

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Telephone: 361-887-0500
Facsimile: 361-887-0055

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS KHERKHER HART
BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___21st___ day of ___April___, 2008.

_____
Grant Kaiser

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Jeannette Y. Gaspard, Individually and as Representative of the Estate of Jewell M. Young v. Merck & Co., Inc. (E.D. La. Index No. 2:05-cv-4559) | Judge Fallon<br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Jeannette Y. Gaspard, Individually and as Representative of the Estate of Jewell M. Young, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Jeannette Y. Gaspard, Individually and as Representative of the Estate of Jewell M. Young.

IT IS SO ORDERED.

_____  
Date

_____  
Judge Eldon E. Fallon  
United States District Court Judge