UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | MAGISTRATE JUDGE KNOWLES |
| Amadis-Rosario, Gladys et al. v. Merck & Co., Inc., Docket Number 2:05-cv-06234; and only regarding Lydia Galarza-Nazario; Rafael Maldonado-Nicolai; and Lydia Cruz-Oliveras represented by her son Eric Rivera Cruz, also on behalf of himself and her children Jaime Rivera, Rafael Rivera, and Amelia Rivera. | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

60246278_1.DOC