UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANET I. SIDLE, Individually, and<br>KENNETH SIDLE, Individually and as<br>Spouse of JANET SIDLE<br>16 Mary Carroll Court<br>Baltimore, Maryland 21208 | * * * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 2:05cv02023 |
| MERCK & CO., INC.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | * * | MDL No. 1657<br>JUDGE FALLON |
| Defendant | * | |

\* \* \* \* \*

**ORDER**

Pursuant to the Stipulation of Dismissal signed by all parties it is this ___ day of April, 2008. ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own costs.

_____
JUDGE