UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * * * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to:* | * * | MAGISTRATE JUDGE KNOWLES |
| *Buchanan, Virginia v. Merck &Co Inc. et al.,* Docket Number 2:06-cv-07112 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Virginia Buchanan against defendant Merck & Co., Inc. be dismissed in their entirety with prejudice, each party to bear its own costs. Plaintiff's claims against the remaining defendants, namely, Pfizer, Inc., Pharmacia Corp., Monsanto Company, and G.D. Searle LLC, shall continue in full force and effect.

LAW OFFICES OF
PETER G. ANGELOS, PC
By: /s/ Patricia Kasputys
Patricia J. Kasputys
Law Offices of Peter G. Angelos, PC
One Charles Center
100 Charles St., 20th Floor
Baltimore, MD 21201
Phone: 410-649-2000

*Counsel for Plaintiffs Listed in Caption Above*

Dated: 4/8/08

STONE PIGMAN WALTHER
WITTMANN, L.L.C.
By: /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 4/23/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23 day of April, 2008.

*Dorothy H. Wimberly*

60254442_1.DOC