# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2008 APR 18  PM 3: 12

LORETTA G. WHYTE
CLERK

Jeffrey Alan Bowersox

Facsimile:   503.525.4833

April 15, 2008

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA  70130

> Re:   *Nichols, et al. v. Merck & Co., Inc.*
> *PLAINTIFF JOSEPH ENGLAND ONLY*
> *Case No.: 2:06-cv-03737*

Dear Judge Fallon:

I received a notice regarding plaintiff's counsels' motion to withdraw as counsel for plaintiff Joseph England. (See attached Exhibit 1)  (VCN # 1088405.)  The motion and order related to attorneys Daniel E. Becnel, Jr., Kevin Klibert, Matthew Moreland and Becnel Law Firm, LLC.

Although Mr. Becnel, Mr. Klibert, Mr. Moreland and Becnel Law Firm, LLC are co-counsel with me on a number of Vioxx claims, I have never been co-counsel for plaintiff Joseph England.  I have never signed a pleading or otherwise represented to the court (as far as I know) that my firm was co-counsel for Joseph England.

According to the motion and order, Mr. England lives in Bethany, Oklahoma.  I do not represent any Oklahoma clients.

The purpose of this letter, Judge Fallon, is simply to document the record that although I received notice of the motion and order to withdraw and my name is listed as an attorney to be noticed, I do not and have never represented plaintiff Joseph England.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Jeffrey A. Bowersox

JAB:kr
Enclosure

**2:06-cv-03737-EEF-DEK** Nichols et al v. Merck & Co., Inc.
Eldon E. Fallon, presiding
Daniel E. Knowles, III, referral
**Date filed:** 07/13/2006 **Date of last filing:** 02/20/2008

# Attorneys

**Daniel E. Becnel, Jr.**
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
dbecnel@becnellaw.com
*Assigned: 07/13/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **Eulalia M. Alexander**
*(Plaintiff)*

**Eva A. Swecker**
*(Plaintiff)*

**Joseph England**
*(Plaintiff)*

**Nancy E. Nichols**
*(Plaintiff)*

**Roberta Gordon**
*(Plaintiff)*

**Shirley Jean Schad**
*(Plaintiff)*

**William G. Nichols**
*(Plaintiff)*

**Constance L. Evans**
*TERMINATED: 02/20/2008*
*(Plaintiff)*

EXHIBIT_____
PAGE_____

**Jeffrey A. Bowersox**
Bowersox Law Firm, PC
111 S. W. Columbia
Suite 1000
Portland, OR 97201                    representing    **Eulalia M. Alexander**
503-452-5858                                          *(Plaintiff)*
Jeffrey@BLFpc.com
  *Assigned: 07/13/2006*
  *ATTORNEY TO BE NOTICED*


                                                      **Eva A. Swecker**
                                                      *(Plaintiff)*


                                                      **Joseph England**
                                                      *(Plaintiff)*


                                                      **Nancy E. Nichols**
                                                      *(Plaintiff)*


                                                      **Roberta Gordon**
                                                      *(Plaintiff)*


                                                      **Shirley Jean Schad**
                                                      *(Plaintiff)*


                                                      **William G. Nichols**
                                                      *(Plaintiff)*


                                                      **Constance L. Evans**
                                                      *TERMINATED: 02/20/2008*
                                                      *(Plaintiff)*


**Kevin Patrick Klibert**
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084                    representing    **Eulalia M. Alexander**
985-536-1186                                          *(Plaintiff)*
kklibert@becnellaw.com
  *Assigned: 07/13/2006*

EXHIBIT____1____
PAGE____2____

**Eva A. Swecker**
*(Plaintiff)*

**Joseph England**
*(Plaintiff)*

**Nancy E. Nichols**
*(Plaintiff)*

**Roberta Gordon**
*(Plaintiff)*

**Shirley Jean Schad**
*(Plaintiff)*

**William G. Nichols**
*(Plaintiff)*

**Constance L. Evans**
*TERMINATED: 02/20/2008*
*(Plaintiff)*

**Matthew B. Moreland**
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
mmoreland@becnellaw.com
*Assigned: 07/13/2006*

representing

**Eulalia M. Alexander**
*(Plaintiff)*

**Eva A. Swecker**
*(Plaintiff)*

**Joseph England**
*(Plaintiff)*

**Nancy E. Nichols**
*(Plaintiff)*

EXHIBIT___1___
PAGE___3___

**Roberta Gordon**
*(Plaintiff)*

**Shirley Jean Schad**
*(Plaintiff)*

**William G. Nichols**
*(Plaintiff)*

**Constance L. Evans**
*TERMINATED: 02/20/2008*
*(Plaintiff)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/14/2008 15:25:45 | | | |
| **PACER Login:** | bl1315 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 2:06-cv-03737-EEF-DEK |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

EXHIBIT ___

PAGE ___

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Letter to Judge Fallon** has been served upon all parties involved by US mail addressed as follows:

Joseph England
POB 4
Bethany, OK 73008
***Plaintiff***

Tanya Murphy
Brown & Greer, et al.
PO Box 85031
Richmond, VA 22285-5031
***Claims Administrator***

Via U.S. Mail and Email addressed as follows:

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans LA 70113
(rherman@hhkc.com)
***Plaintiff's Liason Counsel***

Phillip Wittmann
Stone Pigman, et al.
546 Carondoelt St.
New Orleans, LA 70130
(pwittmann@stonepigman.com)
***Defendant's Liason Counsel***

And upon all parties by electronically uploading the same to Lexis Nexis File and Serve advanced in accordance with pre-trial order number 8(V).

And that the foregoing was electronically filed with the clerk of court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which sends a notice of electronic filing in accordance with the procedures established in MDL 1657.

On this 15 day of April, 2008, *with the original hereof mailed to the clerk of this court.*

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox (OSB Bar No. 81442)
Bowersox Law Firm, P.C.
111 S.W. Columbia St., Suite 1000
Portland, OR 97201
Phone: (503) 452-5858
Fax:    (503) 525-4833
Jeffrey@BLFpc.com

Jeffrey A. Bowersox
Bowersox Law Firm, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201

U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

7013 0233 67 0026