UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Debra A. Beyer and John F. Beyer, h/w v. Merck & Co. Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Edward M. Scolnick, M.D., Civ. No. A. No. 06-5585* | MAGISTRATE JUDGE KNOWLES |

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Debra A. Beyer and John F. Beyer, against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick be dismissed in their entirety with prejudice, with each party to bear its own costs.

Michael Weinkowitz
Levin, Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: __3/26/08__

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: __4/24/08__

V1013
Debra Beyer Stipulation of Dismissal.DOC

_____
Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: ___4 / 3 / 0 8___


_____
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4611

*Counsel for Defendant David W. Anstice*

Dated: _____


_____
Susan L. Nardone
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4500

*Counsel for Defendant Louis M.
Sherwood (deceased)*

Dated: _____


_____
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M.
Scolnick*

Dated: _____


V1013
Debra Beyer Stipulation of Dismissal.DOC

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

Susan L. Nardone
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4500

*Counsel for Defendant Louis M.
Sherwood (deceased)*

MARK A. BERMAN
HANTMANN DOHERTY ROSA &
BERMAN
126 STATE STREET
HACKENSACK, NJ
07601
(201) 441-9056)

Dated: _____


Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4611

*Counsel for Defendant David W. Anstice*

Dated: _____

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M.
Scolnick*

Dated: _____


V1013
Debra Beyer Stipulation of Dismissal.DOC

Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Robert C. Pugh
Kane, Pugh, Knoell, Troy & Kramer, LLP
510 Swede Street
Norristown, PA 19401
(610)275-2000

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

Dated: _____

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _April 21, 2008_

Dated: _____

V1013
Debra Beyer Stipulation of Dismissal.DOC

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*


Dated: _____


Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4611

*Counsel for Defendant David W. Anstice*


Dated: _____


Susan L. Nardone
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4500

*Counsel for Defendant Louis M.
Sherwood (deceased)*


Dated: _____


William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M.
Scolnick*


Dated: __4/2/2008__


V1013
Debra Beyer Stipulation of Dismissal.DOC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of April, 2008.

<div style="margin-left:50%">

*/s/ Dorothy H. Wimberly*

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

</div>