UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Debra A. Beyer and John F. Beyer, h/w* | * | KNOWLES |
| *v. Merck & Co., Peter S. Kim, Ph.D.,* | * | |
| *Louis M. Sherwood, Ph.D., David W.* | * | |
| *Anstice, Ph.D., Edward M. Scolnick, M.D.* | * | |
| *Inc.; Docket No. 2:07-cv-879* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Debra A. Beyer and John F. Beyer against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick be and they hereby are dismissed with prejudice, with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

919567v.1