U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 23 2008

LORETTA G. WHYTE
CLERK

No. 07-30897

05-MD-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

GERALD BARNETT

       Plaintiff - Appellee

v.

MERCK & CO INC

       Defendant - Appellant

### ENTRY OF DISMISSAL

Pursuant to the stipulation of the parties this appeal is dismissed this 18th day of April, 2008, see FED. R. APP. P. 42(b).

                                CHARLES R. FULBRUGE III
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

                 By: /s/ Dantrell Johnson
                         Dantrell Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By /s/ Dantrell Johnson
                  Deputy
New Orleans, Louisiana

APR 18 2008