```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 23 2008

CHARLES R. FULBRUGE III
         CLERK
LORETTA G. WHYTE
         CLERK
```

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 18, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30897  In Re: Vioxx Prod
      USDC No.  2:06-CV-485 L
                2:05-MD-1657 L

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                              *Dantrell Johnson*
            By: _____
                  Dantrell Johnson, Deputy Clerk
                  504-310-7689

cc: w/encl:
    Mr Brian S Currey
    Mr Richard C Stanley
    Mr Phillip A Wittmann
    Mr Mark P Robinson Jr

MDT-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____