No. 07-30897

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

GERALD D. BARNETT,
Plaintiff/Appellee

v.

MERCK & CO., INC.,
Defendant/Appellant

APR 1 8 2008

U.S. COURT OF APPEALS
FILED
APR 1 8 2008
CHARLES R. FULBRUGE III
CLERK

## STIPULATION TO DISMISS APPEAL

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Alexis W. Myer
ROBINSON, CALCAGNIE
& ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, California 92660
Phone: (949) 720-1288
Fax:    (949) 720-1292

Counsel for Plaintiff/Appellee
Gerald D. Barnett

Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (225) 490-8900
Fax:    (225) 490-8960

Brian S. Currey
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Counsel for Defendant/Appellant
Merck & Co., Inc.

Plaintiff/Appellee Gerald D. Barnett and Defendant/Appellant Merck & Co., Inc. ("Merck"), by their attorneys, agree that this appeal should be dismissed by the Clerk of this Court pursuant to F.R.A.P. Rule 42(b). Merck shall bear all costs on this appeal.

Dated: March 25, 2008

*/s/ Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Alexis W. Myer
ROBINSON, CALCAGNIE
& ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, California 92660
Phone: (949) 720-1288
Fax:    (949) 720-1292

Counsel for Plaintiff/Appellee
Gerald D. Barnett

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (225) 490-8900
Fax:    (225) 490-8960

Brian S. Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax:    (213) 430-6407

Counsel for Defendant/Appellant
Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Appeal has been served on all counsel of record by U.S. Mail and e-mail or by hand delivery and e-mail, this 18th day of April, 2008.

*Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

892458v.1