UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                          Section L

This Document Relates To:

Geraldine  Carr                                        Judge Fallon
v. Merck & Co., Inc.
(E.D. La. Index No. 2:05-cv-04350)                     Mag. Judge Knowles
_____/

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Motion of Plaintiff,  Geraldine Carr, to be

well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew

Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY

LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP,

Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,

withdraw as counsel for Plaintiff, Geraldine  Carr .

IT IS SO ORDERED.

_____                        _____
Date                                    Judge Eldon E. Fallon
                                        United States District Court Judge