UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Eugene H. Lambert<br>v. Merck & Co., Inc.<br>(E.D. La. Index No. 2:06-cv-2679) _____/ | Judge Fallon<br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Motion of Plaintiff, Eugene H. Lambert, to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP, and ZIMMERMAN REED, P.L.L.P. 651 Nicollet Mall, Suite 501 Minneapolis, MN 55402 withdraw as counsel for Plaintiff, Eugene H. Lambert .

IT IS SO ORDERED.

_____  _____
Date                                                   Judge Eldon E. Fallon
                                                            United States District Court Judge