UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br><br> *Douglas Butz and Melissa Butz* <br> **Docket Number: 06-5917** | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, Counsel Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.)'s Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Plaintiffs Douglas and Melissa Butz and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.

.

                                                              **ELDON E. FALLON** <br>
                                                           **UNITED STATES DISTRICT JUDGE**