UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| *This document relates to:* | |
| *Dorothy Chapman* <br> Docket Number: 05-5233 | **MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. and Jerry McCombs of the law firm of LeForce & McCombs, PC and Jon Ed Brown, previously with the law firm of LeForce & McCombs, PC.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiffs' present address and telephone number are as follows:

> PO Box 28
> Garvin, OK 74736
> (580) 208-2833

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel request this motion be in all things granted, that Les Weisbrod, Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod, L.L.P.

and Jerry McCombs and the law firm of LeForce & McCombs, PC as well as Jon Ed Brown, previously with the law firm of LeForce & McCombs, PC be relieved as counsel of record for the above-named Plaintiff.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*Alexandra V. Boone* (signature)

Les Weisbrod
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
**William B. Curtis**
Texas Bar No. 00783918
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Telecopy:     (214) 987-2545

## Certification

I hereby certify that Plaintiff Dorothy Chapman have been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

*Alexandra V. Boone*
Alexandra V. Boone

## Certificate of Service

I certify that on April 25, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiff Dorothy Chapman and electronic notification to counsel as follows:

*Alexandra V. Boone*
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com<br><br>Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com<br><br><br>Bryan C. Reuter<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: bcr@sfr-lawfirm.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com<br><br>Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302<br><br>Dorothy Hudson Wimberly<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: dwimberly@stonepigman.com |

Motion for Withdrawal of Counsel
359095

| | |
|---|---|
| Carmelite M. Bertaut<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: cbertaut@stonepigman.com | Melissa Vandebrook Beaugh<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: mvb@sfr-lawfirm.com |