UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Gloria W. Miller v. Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE |
| Docket Number 2:06-cv-02192 | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon due consideration of plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., are withdrawn as counsel of record for plaintiff, Gloria W. Miller.

IT IS SO ORDERED.

DATED: _____    _____
                                  Judge Eldon E. Fallon
                                  United State District Court Judge