UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION    SECTION L

*This document relates to*:                JUDGE FALLON

Glenda Meysami, et al. v. Merck & Co., Inc.    STIPULATION OF DISMISSAL
Civil Action No: 2:05-cv-5353-EEF-DEK    WITH PREJUDICE
                                                                AS TO ALL DEFENDANTS

"And only regarding Elaine Mueller"

Pursuant to Fed R. Civ. P. 41 (a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, **Elaine Mueller**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SCHLICHTER, BOGARD & DENTON          STONE PIGMAN WALTHER
                                                              WITTMANN, L.L.C.

By: _____              By: _____
Roger C. Denton, 30292                              Phillip A. Witmann, 13625
Schlichter, Bogard & Denton                       Dorothy H. Wimberly, 18509
100 South Fourth St., Suite 900                  Stone Pigman Walther Witmann, L.L.C.
St. Louis, MO 63102                                   546 Carondelet St.
Phone 314-621-6115                                  New Orleans, LA 70130
                                                              Phone: 504-581-3200

*Counsel for Plaintiff Elaine Mueller*          *Counsel for Defendant Merck & Co., Inc.*

Dated: April 24, 2008                                Dated: 4/25/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2