UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® | MDL Docket 1657 |
| PRODUCTS LIABILITY LITIGATION | Section "L" |
| THIS DOCUMENT RELATES TO: | Hon. Eldon E. Fallon |
| *Curtis Johnson v. Merck and Co., Inc.* | |
| Civil Action No. 05-4031 | Magistrate 3 |
| | Hon. Daniel E. Knowles, III |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW COMES**, Plaintiff, **CURTIS JOHNSON**, through undersigned counsel, and on suggesting to this Honorable Court, that Plaintiff's former counsel, **STEPHEN B. MURRAY and ROBERT J. DILIBERTO,** are no longer representing Plaintiff, and that Plaintiff has now retained **DOMINICK F. IMPASTATO, III** of Frischhertz & Associates to represent him. Plaintiff moves this Honorable Court to substitute **DOMINICK F. IMPASTATO, III** as counsel of record for Plaintiff, **CURTIS JOHNSON**.

Respectfully Submitted,

*/s/ Stephen B. Murray*
Stephen Barnett Murray, #9858
Murray Law Firm
Poydras Center
650 Poydras St.
Suite 1100
New Orleans, LA 70130
504-525-8100

Robert John Diliberto, #24783
Diliberto & Kirin, LLC
3636 S. I-10 Service Rd. West
Suite 210
Metairie, LA 70001
504-828-1600

*[signature]*

LLOYD N. FRISCHHERTZ #5749
**DOMINICK F. IMPASTATO, III**, #29056
MARC L. FRISCHHERTZ, #29194
**FRISCHHERTZ & ASSOCIATES**
1130 St. Charles Avenue
New Orleans, LA 70130
Tel. 504-523-1500    Fax.    504-581-1670

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2008,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record.

*[signature]*

**DOMINICK F. IMPASTATO, III**, #29056
**FRISCHHERTZ & ASSOCIATES**
1130 St. Charles Avenue
New Orleans, LA 70130
Tel. 504-523-1500    Fax.    504-581-1670