UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE VIOXX®** | **MDL Docket 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **Section "L"** |
| **THIS DOCUMENT RELATES TO:** | **Hon. Eldon E. Fallon** |
| *Curtis Johnson  v. Merck and Co., Inc.* | |
| **Civil Action No. 05-4031** | **Magistrate 3** |
| | **Hon. Daniel E. Knowles, III** |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

**IT IS HEREBY ORDERED** that **DOMINICK F. IMPASTATO, III** be and is hereby substituted as counsel of record for Plaintiff, **CURTIS JOHNSON**.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
**JUDGE**