# LAW OFFICES OF
# JOSEPH H. WATSON
## 109 East Speedway Blvd.
## Tucson, Arizona 85705
## (520) 884-0484

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 24  AM 11:01

LORETTA G. WHYTE
CLERK

MDL 1657
Re:
CA 08-1403

April 10, 2008

Clerk of the Panel
One Columbus Circle Northeast
Thurdgood Marshall Judiciary Bldg.
Room G-255 North Lobby
Washington D.C. 20002

*Via Facsimile and Regular Mail*
(202)502-2888

**Re:   *Multi District Litigation No. 1657-NRE; Vioxx Marketing / Notice of Designated Counsel***

To whom it may concern:

This letter is written to designate counsel before the panel as regards service of all pleadings, notices and other papers before the judicial panel on Multi District Litigation in the above-referenced matter. Counsel undersigned will be the designated attorney pursuant to the rules as regards the above-reference action transferred pursuant to 28 U.S.C. §1407.

Sincerely,

JOSEPH H. WATSON

JHW/lef
Enclosure:   Designation of Counsel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 APR 16  P 4:05

RECEIVED
CLERK'S OFFICE

LAW OFFICES OF
JOSEPH H. WATSON
109 E. Speedway Blvd.
Tucson, Arizona 85705-7763
(520) 884-0484

Attorney for Plaintiff
Pima County Computer No. 60868
State Bar No. 011346

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM J. HARDY, a single man, | CASE NO. 08-CV-108-TUC-JMR |
| Plaintiff, | |
| vs. | NOTICE OF DESIGNATED COUNSEL |
| MERCK & CO., INC., a foreign corporation; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X, | |
| Defendants. | |

COMES NOW the Plaintiff, William J. Hardy, through designated counsel below issuing a proof of service and designation of counsel to indicate that counsel undersigned will be designated counsel in this matter for Plaintiff, William J. Hardy.

Respectfully submitted this 10th day of April, 2008.

JOSEPH H. WATSON

Copy of the foregoing mailed this 10th day of April, 2008, to:

Foster Robberson
Stacy L. Luedtke
*Lewis and Roca, LLP*
40 North Central Avenue
Phoenix, AZ 85004-4429

By: _____

| | | |
|---|---|---|
| 1 | Bruce F. Gilpatrick | Vilia B. Hayes |
| 2 | HEIDELL PITTONI MURPHY & BACH LLP | HUGHES HUBBARD & REED LLP One Battery Park Plaza |
| 3 | 99 Park Avenue New York, NY 10016 | New York NY 10004-1482 |
| 4 | Russ M. Herman | Barry G. Johnson |
| 5 | HERMAN HERMAN KATZ & COTLAR LLP | TED MACHI & ASSOC. PC. Skymark Tower |
| 6 | 820 O'Keefe Avenue New Orleans, LA 70113-1116 | 1521 North Copper Street, Suite 550 Arlington, TX 76011 |
| 7 | Alysoln B. Jones | Norman C. Kleinberg |
| 8 | BUTLER SNOW O'MARA STEVENS & CANNADA PLLC | HUGHES HUBBARD & REED LLP One Battery Park Plaza |
| 9 | P.O. Box 22567. Jackson, MS 39225-2567 | New York, NY 10004-1482 |
| 10 | Janet Juanita Lennon 123 W. Main St. | Gerry Lowry FULBRIGHT & JAWORSKI LLP |
| 11 | Durham, NC 27701-3316 | 1301 McKinney St. Suite 5100 Houston, TX 77010-3095 |
| 12 | | |
| 13 | Patricia E. Lowry SQUIRE SANDERS & DEMPSEY | Stephen D. Martin NELSON MULLINGS RILEY & |
| 14 | 1900 Phillips Point West 777 South Flagler Dr. | SCARBOROGH LLP GlenLake One |
| 15 | West Palm Beach, FL 33401-6198 | 4140 Parklake Ave., Suite 200 Raleigh, NC 27612 |
| 16 | Timothy P. Murphy | John Brian T. Murray, Jr. |
| 17 | HANCOCK ESTABROOK LAW FIRM 1500 AXA Tower I | SQUIRE SANDERS & DEMPSEY 1900 Phillips Point West |
| 18 | 100 Madison Avenue P.O. Box 4976 | 777 South Flagler Dr. West Palm Beach, FL 33401-6198 |
| 19 | Syracuse, NY 13202 | |
| 20 | Foster Robberson LEWIS & ROCA LLC | Maurice Robinson P.O. Box 2744 |
| 21 | 40 N. Central Ave., Suite 1900 Phoenix, AZ 85004-4429 | Olathe, KS 66063 |
| 22 | Jonathan B. Skidmore | Tekenari Tex A. Wairboko |
| 23 | FULBRIGHT & JAWORSKI LLP Texas Commerce Bank Tower | WARIBOKO LAW FIRM 7322 Southwest Freeway, Suite 1100 |
| 24 | 2200 Ross Avenue, Suite 2800 Dallas, TX 75201-2784 | Houston, TX 77074 |
| 25 | John L. Walker, Jr. | Theresa M. Walsh |
| 26 | WALKER & WALKER 1410 Livingston Lane | BROWN & CHIARI LLP 5775 Broadway |
| 27 | Twin Lakes Office Park, Suite A Jackson, MS 39213 | Lancaster, NY 14086 |
| 28 | | |

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

I hereby certify to mailing a copy of this pleading to each person/address above this 10th day of April, 2008:

*[signature]*
LAURA ESTHER FELIX

RECEIVED
CLERK'S OFFICE
2008 APR 16 P 4: 05
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION