UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.................................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-2140                              Plaintiff: <u>Juanita T. Garrette,</u>
                                                                         <u>deceased</u>

.................................................................................

## JACK MODESETT AND DOUGLAS A. ALLISON'S
## MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Jack Modesett, III, and Douglas A. Allison ask this court to allow them to withdraw as attorneys for Plaintiff in this case.

### INTRODUCTION

1. Plaintiffs are CHARLES RAY GARRETT, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUANITA T. GARRETTE, DECEASED, AND CHARLITA A. GARRETTE.  Defendants are MERCK & CO., INC.; AMERISOURCEBERGEN CORPORATION; and JADRANKO CORAK, M.D.

2. On or about September 25, 2006, Plaintiffs sued Defendants for medical malpractice, negligence, gross negligence, breach of warranty, strict products liability, misrepresentation, and fraud in the 98th District Court of Travis County, Texas.

## ARGUMENT AND AUTHORITIES

3. There is good cause for this court to grant this motion to withdraw. More specifically, Plaintiffs' counsels (hereinafter referred to as "Movants") have recommended the Settlement Agreement to Plaintiffs. Plaintiffs, however, have elected not to participate in said Settlement Agreement. In accordance with the terms of the Settlement Agreement, as well as the Rules of Ethics which governs Plaintiffs' counsel in this regard, it is no longer feasible for Plaintiffs' counsels to continue representation of Plaintiffs in connection with their lawsuit.

4. Movants have attempted to contact their client via correspondence and telephone regarding the requirements of Movants to withdraw as attorneys of record. These efforts to contact and communicate with client have been difficult. A copy of correspondence sent to the client on February 19, 2008, is attached hereto as Exhibit 1. Additionally, Movants have made numerous attempts to contact Plaintiff by telephone; however, there is no way for Movants to leave a message as there is no answering device connected to the phone line. Movants have no alternative but to ask this Court to allow them to withdraw as counsel of record.

5. Movants have delivered a copy of this motion to Plaintiff by both certified mail and regular mail.

6. Plaintiff's last known address and telephone numbers are 6506 Greensboro Drive, Austin, Texas 78723; 512-220-1803(respectively).

7. There are no known settings and no known deadlines pending in this case.

8. This withdrawal will not delay these proceedings or unfairly prejudice Plaintiff, or any party to this suit.

## CONCLUSION

9.      For the reasons set forth above, Movants, Jack Modesett and Douglas A. Allison, ask this court to grant their motion to withdraw as attorneys for Plaintiff.

Respectfully submitted,

　/s/Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the28th  day of April, 2008

　/s/Douglas A. Allison
Douglas A. Allison