**MINUTE ENTRY**
**FALLON, J.**
**APRIL 25, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Ann Oldfather participated on behalf of certain Plaintiffs; John Biesner and Doug Marvin participated on behalf of Merck. Leonard Davis also attended on behalf of the PSC. The Court heard oral argument of Ms. Oldfather's Emergency Motion for Modification and/or Suspension of Pretrial Order No. 28 and Request for Expedited Telephonic Hearing. The hearing was transcribed by Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript.

The Court did not rule on the motion, however, IT IS ORDERED that the PSC shall add this issue as an item to its agenda for the next Monthly Status Conference, currently scheduled for May 22, 2008, at 9:00 a.m.

IT IS FURTHER ORDERED that any deadline prescribed by Pre-Trial Order No. 28 that will occur prior to the next scheduled Monthly Status Conference, currently scheduled for May 22, 2008, at 9:00 a.m., is hereby STAYED until the next Monthly Status Conference.

JS10(00:45)

-1-