UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> **PRODUCTS LIABILITY LITIGATION** <br> *This document relates to:* <br> Loni and George Yates, individually and on behalf of their marital community v. Merck & Co., Inc., <br> Docket Number: 2:07cv03799 | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON |

**STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Loni and George Yates, and Defendant Merck & Co., Inc., through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiffs to voluntarily dismiss their claims with prejudice against Defendant in the above-captioned case, this case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

3. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims Plaintiffs listed above in the above-captioned case.

Dated: 4/29/08

| | |
|---|---|
| KELLER ROHRBACK L.L.P. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: _____ | By: _____ |
| Amy N.L. Hanson, WSBA # 28589 | Phillip A. Wittmann, 13625 |
| Keller Rohrback L.L.P. | Dorothy H. Wimberly, 18509 |
| 1201 Third Ave., Suite 3200 | Stone Pigman Walther Wittmann, L.L.C. |
| Seattle, WA 98101 | 546 Carondelet St. |
| (206) 623-1900 | New Orleans, LA 70130 |
| | Phone: 504-581-3200 |

*Counsel for Defendant Merck & Co., Inc.*

WILLIAMSON & WILLIAMS

By: _____
Kim Williams, WSBA 9077
Rob Williamson, WSBA 11387
Williamson & Williams
187 Parfitt Way SW, Suite 250
Bainbridge Island, WA 98110
Phone: 206-780-4447

*Counsel for Plaintiffs Listed in Caption Above*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2