## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Claiborne White, et al. v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| Docket Number: 05-1565 "L" | * | KNOWLES |
| | * | |
| "And only regarding Raymond Bennie" | * | |

**************************************************************************

### MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

Kleinpeter & Schwartzberg, L.L.C., by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an Order allowing them to withdraw as co-counsel of record for plaintiff Raymond Bennie in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client and co-counsel relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 6830 Silverleaf, Baton Rouge, Louisiana 70806 and hand-delivered to co-counsel, Frederick A. Stolzle, Jr., 619 Jefferson Highway, Suite 1-A, Baton Rouge, Louisiana 70806.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: April 29, 2008.

              Respectfully submitted,

              KLEINPETER & SCHWARTZBERG, L.L.C.
              619 Jefferson Highway, Suite 2H
              Baton Rouge, Louisiana  70806
              Telephone (225) 926-4130
              Fax: (225) 929-9817
              rek@ksbrlaw.com
              Counsel for Plaintiff, Raymond Bennie


              BY:/s/ Robert E. Kleinpeter
                   ROBERT E. KLEINPETER, T.A
                   Bar Roll Number  07448

<u>Certificate of Service</u>

    I hereby certify that the above and foregoing Motion to Withdraw as Co-Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April, 2008.

              /s/ Robert E. Kleinpeter

Robert E. Kleinpeter