UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Court issued a Minute Entry dates April 25, 2008, after a telephonic hearing regarding Ms. Ann Oldfather's Emergency Motion for Modification and/or Suspension of Pretrial Order No. 28 and Request for Expedited Telephonic Hearing.   In the Minute Entry, the Court stated that "IT IS FURTHER ORDERED that any deadline prescribed by Pre-Trial Order No. 28 that will occur prior to the next scheduled Monthly Status Conference, currently scheduled for May 22, 2008, at 9:00 a.m., is hereby STAYED until the next Monthly Status Conference."

The purpose of this Order is to clarify that statement.  The only deadline prescribed by Pre-Trial Order No. 28 that is stayed is the deadline for providing case specific expert reports.

Accordingly, IT IS ORDERED that the deadline for providing case specific expert

reports pursuant to Pre-Trial Order No. 28 is hereby STAYED until the next Monthly Status

Conference.  All other deadline prescribed by Pre-Trial Order No. 28 remain in full force and

effect.

New Orleans, Louisiana, this 29th day of April, 2008.

UNITED STATES DISTRICT JUDGE