**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| Timothy Cox, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Docket Number: 2:06cv10152 | * | DANIEL E. KNOWLES, III |
| (Karen Giummo only) | * | |

**************************************

## ORDER

Upon due consideration of plaintiff's counsel motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Seeger Weiss LLP are withdrawn as counsel of record for plaintiff Karen Giummo.

IT IS SO ORDERED.

DATED: _____          _____

Judge Eldon E. Fallon
United States District Court Judge