UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| Dorothy Aus, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Docket Number: 2:06cv10167 | * | DANIEL E. KNOWLES, III |
| (Dorothy Aus only) | * | |

**************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Seeger Weiss LLP, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff Dorothy Aus, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion, and of all deadlines applicable to this case, was sent via Federal Express to plaintiff's last known mailing address, 2150 Poplar Road, Newnan, Georgia, 30265; telephone number (770) 502-9575.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by the undersigned counsel's office as soon as the Order is entered.

Dated: April 29, 2008

Respectfully submitted,

By: _____
Christopher A. Seeger
David R. Buchanan
Sindhu S. Daniel
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
Attorneys for Plaintiffs
Telephone: 973-639-9100
Facsimile: 973-639-9393

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April, 2008.

_____
Sindhu S. Daniel