UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| *Claiborne White, et al. v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| **Docket Number: 05-1565 "L"** | * | **KNOWLES** |
| | * | |
| **"And only regarding Raymond Bennie"** | * | |

**************************************************************************

MOTION  TO WITHDRAW AS CO-COUNSEL OF RECORD

Kleinpeter & Schwartzberg, L.L.C., by counsel undersigned, pursuant to Local Rule 83.2.11,

move the Court for an Order allowing them to withdraw as co-counsel of record for plaintiff

Raymond Bennie in the above-captioned multidistrict litigation.  There has been a breakdown in the

attorney-client and co-counsel relationship, the details of which are within the confines of the

attorney-client privilege.  Counsel avows that reasonable grounds exist for the Court to grant this

motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known

mailing address, 6830 Silverleaf, Baton Rouge, Louisiana 70806 and hand-delivered to co-counsel,

Frederick A. Stolzle, Jr., 619 Jefferson Highway, Suite 1-A, Baton Rouge, Louisiana 70806.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change

in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: April 29, 2008.

Respectfully submitted,

KLEINPETER & SCHWARTZBERG, L.L.C.
619 Jefferson Highway, Suite 2H
Baton Rouge, Louisiana  70806
Telephone (225) 926-4130
Fax: (225) 929-9817
rek@ksbrlaw.com
Counsel for Plaintiff, Raymond Bennie

BY:/s/ Robert E. Kleinpeter
      ROBERT E. KLEINPETER, T.A
      Bar Roll Number  07448

Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw as Co-Counsel

of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S.

Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the

Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 29th  day

of April, 2008.

/s/ Robert E. Kleinpeter

-2-

Robert E. Kleinpeter