UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Claiborne White, et al. v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| Docket Number: 05-1565 "L" | * | KNOWLES |
| | * | |
| "And only regarding Raymond Bennie" | * | |

*************************************************************************

## Order

_____Upon due consideration of plaintiff's co-counsel's Motion to Withdraw as Co-Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney Robert E. Kleinpeter, Kleinpeter & Schwartzberg, L.L.C., is withdrawn as co-counsel of record for plaintiff, Raymond Bennie.

IT IS SO ORDERED.


DATED:_____        _____
                                Judge Eldon E. Fallon
                                United States District Court Judge