UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®   MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION   SECTION L

-------------------------------------------------

This document relates to:   Judge Fallon
Magistrate Judge Knowles

Richard F. Core and Marilyn R. Core
v. Merck & Co., et al.,

Civil Action No: 2:05-cv-02583-EEF-DEK

"And only regarding RICHARD F. CORE"

-------------------------------------------------

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION

### I. SUGGESTION OF DEATH

Plaintiff Marilyn R. Core hereby gives notice of the death of her husband, plaintiff Richard F. Core.

### II. MOTION FOR SUBSTITUTION

Marilyn R. Core, as executor for the estate of plaintiff Richard F. Core, deceased, for purposes of prosecuting this case and distributing any proceeds thereof, is its authorized representative. Pursuant to Fed.R.Civ.Pr. 25(a)(1), Ms. Core, in her capacity as executor of the estate of Richard F. Core, deceased, moves to be substituted as a party for Richard F. Core, and will also continue to appear as plaintiff on her own behalf with respect to her derivative claim. In support of the instant motion, plaintiff Marilyn R. Core states as follows:

1. Plaintiff Richard F. Core died on July 2, 2007.

2. On January 7, 2008, Letters Testamentary without limitations were granted to Marilyn R. Core by the Surrogate's Court of the State of New York for Delaware County on January 7,

2008, appointing her executor of the estate of Richard F. Core, deceased. *See copy with Seal of the Certificate of Appointment of Executor annexed hereto as **Exhibit A**.*

WHEREFORE, it is respectfully submitted that this Court should grant the motion of Marilyn R. Core to be substituted for plaintiff Richard F. Core, in her capacity as executor of the estate of Richard F. Core, and direct that the caption of the instant action be amended to reflect the substitution, and such other and further relief as the Court deems just and proper.

Dated:   April 29, 2008.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442