Certificate# 578

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## DELAWARE COUNTY

File #: 2007-249

### CERTIFICATE OF APPOINTMENT OF EXECUTOR(S)

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Richard F Core** | Date of Death: **July 02, 2007** |
| Domicile of Decedent: | **Delaware County** | |
| Fiduciary Appointed:<br>Mailing Address: | **Marilyn R Core**<br>17 North Street<br>Walton NY 13856 | |

Type of Letters Issued: **LETTERS TESTAMENTARY**
Letters Issued On: **January 07, 2008**
Limitations: **NONE**

and such Letters are unrevoked and in full force as of this date.

Dated: **January 07, 2008**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Delaware Surrogate's Court at Delhi, New York.

WITNESS, Hon. Carl F Becker, Judge of the Delaware Surrogate's Court.

*Lisa M. Loucks*
LISA M. LOUCKS, Chief Clerk
Delaware Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Delaware County Surrogate's Court*

EXHIBIT A