UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | Judge Fallon |
| | Magistrate Judge Knowles |
| Richard F. Core and Marilyn R. Core v. Merck & Co., et al., | |
| Civil Action No: 2:05-cv-02583-EEF-DEK | |
| "And only regarding RICHARD F. CORE" | |

## ORDER

Upon due consideration of plaintiff Marilyn R. Core's motion for substitution as executor of the estate of plaintiff Richard F. Core, deceased, and for good cause shown, it is hereby, this ____ day of _____, 2008,

ORDERED, that the motion of plaintiff Marilyn R. Core to be substituted for plaintiff Richard F. Core in her capacity as executor of the estate of Richard F. Core, deceased, be, and the same hereby is GRANTED, and it is further

ORDERED, that the Clerk shall amend the caption of the within individual action as to the plaintiffs, which shall read "Marilyn R. Core, Individually and as Executor of the Estate of Richard F. Core."

IT IS SO ORDERED.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE