IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657 (FALLON)
CA 05-3820L

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM DAVID LOUGH, Individually,
JOYCE MARIE SMITH, Individually, and
FLOYD D. CHAPLIN, Individually,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.               No. 05:05-CV-34 (STAMP)

MERCK & CO., INC., a foreign corporation;
RITE AID OF WEST VIRGINIA, INC.,
a West Virginia corporation; and
DISCOUNT EMPORIUM, INC., d/b/a
DRUG EMPORIUM, a West Virginia corporation,

Defendants.

**PLAINTIFFS' MOTION FOR HEARING AND EXPEDITED RULING ON PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT DUE TO LACK OF SUBJECT-MATTER JURISDICTION, OR ALTERNATIVELY, FOR SUGGESTION OF REMAND TO TRANSFEROR COURT ON BASIS OF <u>ACTION INVOLVING CLAIMS WHICH ARE UNIQUE OR UNCOMMON</u>**

Now come the plaintiffs, by counsel, and respectfully request that Your Honorable Court set a hearing[1] and/or expedite your ruling on plaintiffs'

---

[1] Pursuant to Local Rule 7.2E of the Uniform Local Rules of the United States District Court for the Eastern, Middle, and Western Districts of Louisiana, plaintiffs' counsel contacted the Court for purposes of obtaining a hearing date to include in a notice of hearing. Plaintiffs' counsel was instructed to include within the caption of their motion a request for a hearing and to submit a proposed order granting such request. Such proposed order is attached for the Court's convenience.

pending motion to remand this action to the Circuit Court of Marshall County, West Virginia, or, alternatively, request that Your Honorable Court make a suggestion to the Panel that this action or certain of its claims be remanded to the transferor court.

Plaintiffs' motion to remand is based upon a lack of subject-matter jurisdiction inasmuch as plaintiffs' complaint asserts only state-law claims and complete diversity of citizenship does not exist. Defendants neither have nor can meet their heavy burden of demonstrating that the non-diverse, pharmacy defendants have been fraudulently joined.

This action and plaintiffs' motion to remand have been pending for over three years and plaintiffs respectfully submit that motions to remand in removal actions which are based on a lack of subject-matter jurisdiction should be ruled upon with a minimum of delay. Moreover, since the filing of plaintiffs' motion to remand, recent rulings by the West Virginia Supreme Court of Appeals reject certain defenses raised by defendants and further demonstrate that the pharmacy defendants have not been fraudulently joined.

Lastly, this action is also rather unique and its claims fairly uncommon to the other cases pending in this Court because it includes claims under the West Virginia Consumer Credit and Protection Act, W.Va.Code 46A-6-101, et seq., and claims against pharmacies based upon unique West Virginia statutory law, W.Va.Code §§ 30-5-12(a) & 30-5-18.

The grounds for this motion are more fully set forth in the attached supporting memorandum.

                        WILLIAM DAVID LOUGH, Individually,
JOYCE MARIE SMITH, Individually, and
FLOYD D. CHAPLIN, Individually
on behalf of themselves and all others
similarly situated,

By Counsel

/s/ Marvin W. Masters
Marvin W. Masters
West Virginia Bar No. 2359
Richard A. Monahan
West Virginia Bar No. 6489
The Masters Law Firm LC
181 Summers Street
Charleston, West Virginia  25301
(304) 342-3106

Carl N. Frankovitch
West Virginia Bar No. 4746
Mark A. Colantonio
West Virginia Bar No. 4238
Michael G. Simon
West Virginia Bar No. 5551
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, West Virginia  26062-3828
(304) 723-4400

Scott S. Segal
West Virginia Bar No. 4717
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
(304) 344-9100

                                      J.C. Powell  
                                      WV State Bar No. 2957  
                                      Anthony J. Majestro  
                                      WV State Bar No. 5165  
                                      Powell & Majestro, PLLC  
                                      405 Capitol Street, Suite P-1200  
                                      Post Office Box 3081  
                                      Charleston, West Virginia  25331  
                                      (304) 346-2889  

F:\4\212\mo001.doc