IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657 (FALLON)
CA 05-3820L

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM DAVID LOUGH, Individually,
JOYCE MARIE SMITH, Individually, and
FLOYD D. CHAPLIN, Individually,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.                  No. 05:05-CV-34 (STAMP)

MERCK & CO., INC., a foreign corporation;
RITE AID OF WEST VIRGINIA, INC.,
a West Virginia corporation; and
DISCOUNT EMPORIUM, INC., d/b/a
DRUG EMPORIUM, a West Virginia corporation,

Defendants.

### Order

  Pending before the Court is "Plaintiffs' Motion for Hearing and Expedited Ruling on Plaintiffs' Motion to Remand Action to State Court Due to Lack of Subject-Matter Jurisdiction, or, alternatively, for Suggestion of Remand to Transferor Court on Basis of Action Involving Claims Which Are Unique or Uncommon." For reasons appearing to the Court, it is hereby ORDERED that such request for hearing is GRANTED and that a hearing shall be held on such

motion on the _____ day of _____, 2008, at _____ before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

ENTERED, New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2008.

_____
Eldon E. Fallon
United States District Judge