IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657 (FALLON)
CA 05-3820L

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM DAVID LOUGH, Individually,
JOYCE MARIE SMITH, Individually, and
FLOYD D. CHAPLIN, Individually,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.                                                               No. 05:05-CV-34 (STAMP)

MERCK & CO., INC., a foreign corporation;
RITE AID OF WEST VIRGINIA, INC.,
a West Virginia corporation; and
DISCOUNT EMPORIUM, INC., d/b/a
DRUG EMPORIUM, a West Virginia corporation,

Defendants.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing "Plaintiffs' Motion for Hearing and Expedited Ruling on Plaintiffs' Motion to Remand Action to State Court Due to Lack of Subject-Matter Jurisdiction, or, alternatively, for Suggestion of Remand to Transferor Court on Basis of Action Involving Claims Which Are Unique or Uncommon." and "Memorandum In Support Of Plaintiffs' Motion for Hearing and Expedited Ruling on Plaintiffs' Motion to Remand Action to State Court Due to Lack of Subject-Matter Jurisdiction, or, alternatively, for Suggestion of Remand to Transferor Court on Basis of Action Involving Claims Which Are Unique or Uncommon." has been served on Liason Counsel, Russ Herman and Phillip Wittman, by U.S Mail and e-mail, and upon Landers P. Bonenberger,

Jeffrey A. Holmstrand and Karen E. Kahle by U.S. Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8B, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the MC/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in the MDL 1657, on this the 30th day of April 2008.

/s/ Marvin W. Masters