UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTION LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Johnny Allen, Patricia Adkins, et al. v. Merck & Co., Inc. Docket Number: 06-6601 | * | MAGISTRATE JUDGE KNOWLES |

*******************************************************************************

## ORDER

Pending before the Court is "Motion for Dismissal Without Prejudice of Plaintiff's Consumer Protection Act Claims." The Court, having reviewed said motion and finding that Plaintiff's Consumer Protection Act Claims and related claims for non personal injuries are not subject to the requirements of Pretrial Order No. 28 and do not qualify for the Resolution Program, hereby ORDERS that said motion is GRANTED and that Plaintiff's Consumer Protection Act Claims and related claims for non personal injuries are hereby dismissed without prejudice.

ENTERED, New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Eldon E. Fallon
United States District Judge