UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTION LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Johnny Allen, Patricia Adkins, et al. | * | MAGISTRATE JUDGE |
| v. Merck & Co., Inc. | * | KNOWLES |
| Docket Number: 06-6601 | * | |
| | * | |

*********************************************************************************************

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Whittman and Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on April 30, 2008.

/s/Marvin W. Masters
Marvin W. Masters

F:\4\212\x002.doc