UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Cindy McKenzie, et al. v. Merck & Co., Inc., et al.; Docket No. 06-0241;* | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiffs Cindy McKenzie and Russell Brooks on behalf of Donnis N. Brooks and Defendants Merck & Co., Inc., Stanley Jordan, Philip R. Thrower, Tracy Speights, Michael J. Neal, and Tiffany Cupit in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 30th day of April, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1