IN THE UNITED STATES IOWA DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALAN GERNHART, Executor of the ESTATE OF CHARLOTTE GERNHART, Deceased,<br><br>Plaintiff,<br><br>Vs.<br><br>MERCK & CO., INC., A Corporation,<br><br>Defendant | NO. 2:06-cv-10605<br><br>**AFFIDAVIT PURSUANT TO PRE-TRIAL ORDER 28** |

COMES NOW the Plaintiff and for their Affidavit Pursuant to Pre-Trial Order 28, specifically II. Discovery Requirements, states as follows:

A.1.   Plaintiff has secured the pharmacy records of Kingsley Pharmacy, Kingsley, Iowa, which are attached to Plaintiff's Amended and Supplemental Plaintiff Profile Form (ASPPF) being submitted concurrent herewith. The Plaintiff will secure a signed certification from the Pharmacy indicating that the production is complete.

A.2.   Plaintiff has attached a copy of the Death Certificate to Plaintiff's ASPPF submitted concurrent herewith.

A.3.   Plaintiff has previously filed a Plaintiff Profile Form but has completed the ASPPF which is submitted concurrent herewith in the manner directed in PTO No. 8 and PTO 18C.

A.4.   Plaintiff has attached the authorizations as requested to Plaintiff's ASPPF being submitted concurrent herewith.

A.5.   Plaintiff has provided Answers to Interrogatories in the manner directed in PTO No. 8 and PTO 18C.

A.6.   Plaintiff has provided a copy of all medical records in their possession by attaching same to Plaintiff's ASPPF

-1-

being submitted concurrent herewith. However, Plaintiff has not secured signed certificates from the medical providers indicating all records in their possession, custody and control have been produced. Same will be forthcoming.

A.7. Plaintiff's Affidavit as directed in PTO 28 A.7 will be forthcoming.

A.8. Plaintiff understands the Rule 26(a)(2) medical expert deadline has been extended and will provide upon ruling by the Court.

> HAMILTON LAW FIRM, P.C.
> P.O. BOX 188
> 606 ONTARIO STREET
> STORM LAKE, IOWA  50588
> (712) 732-2842
> (712) 732-6202 (FAX)
>
> BY _____
> STEVE HAMILTON, PIN#AT0003128
> steve@hamiltonlawfirmpc.com
> ATTORNEY FOR PLAINTIFFS

STATE OF IOWA            )
                         ) SS.
COUNTY OF BUENA VISTA    )

I, **Steve Hamilton, Attorney for Plaintiffs**, being first duly sworn on oath, state that I have read the foregoing, know the contents thereof and the same is true as I verily believe.

_____
**STEVE HAMILTON**

SUBSCRIBED AND SWORN to before me this 1st day of May, 2008.



NOTARY PUBLIC

-3-

**CERTIFICATE OF SERVICE**

I, Steve Hamilton, hereby certify that on the 1st day of May, 2008, a copy of the foregoing **Affidavit Pursuant to Pre-Trial Order 28** has been served on Liaison Counsel, Russ Herman at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA 70170; Susan Giamportone, at Womble, Carlyle, Sandrige & Rice, PLLC, One West Fourth Street, Winston-Salem, NC 27101 and upon all parties by Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

BY _/s/ Steve Hamilton_
STEVE HAMILTON, PIN#AT0003128
HAMILTON LAW FIRM, P.C.
P.O. BOX 188
606 ONTARIO STREET
STORM LAKE, IOWA  50588
(712) 732-2842
(712) 732-6202 (FAX)
steve@hamiltonlawfirmpc.com

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that the Supplemental and Amended Plaintiff Profile Form of Charlotte Gernhart Estate was served upon all parties to the above cause and to each of the attorneys of record herein by LNFS System on May 1, 2008.

The undersigned also certifies that the original Supplemental and Amended Plaintiff Profile Form of Charlotte Gernhart Estate with attached signed authorizations have been mailed to Susan Giamportone at Womble Carlyle Sandrige & Rice, PLLC., One West Fourth Street, P.O. Box 84, Winston-Salem, NC 27102.

The undersigned also certifies that a CD containing the supporting documents to the Supplemental and Amended Plaintiff Profile Form of Charlotte Gernhart Estate, i.e. medical records, medical expenses, etc., are being sent by ordinary mail to the following on May 1, 2008:

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Dimitrios Mavroudis
Dechert LLP
Cira centre
2929 Arch Street
Philadelphia, PA 19104-2808

Signature: _____

Steve Hamilton