UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | Judge Fallon |
| | Magistrate Judge Knowles |
| Rosemary Holobosky, et al., v. Merck & Co., et al., | |
| Civil Action No: 2:05-cv-2708-EEF-DEK | |
| "And only regarding SHEILA SMITH" | |

## SUGGESTION OF DEATH

Counsel for plaintiff Sheila Smith hereby gives notice of the death of Sheila Smith on June 30, 2007.

There is as yet no personal representative appointed for the decedent's estate who can be substituted at this time, and it is anticipated the decision whether to seek an appointment will be made by her family in the near future based on discussions with her husband, plaintiff Lee Smith.

Dated: May 1, 2008.

_[signature]_

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Suggestion of Death was served on the following, by US Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of May, 2008.

/s/ Mary C. Young

Mary C. Young  Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442