UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

This document relates to:

Marjorie Connolly, et al.,
v. Merck & Co., et al.,

Civil Action No: 2:05-cv-2708-EEF-DEK

"And only regarding MARJORIE CONNOLLY"

MDL Docket No. 1657

SECTION L

Judge Fallon
Magistrate Judge Knowles

## SUGGESTION OF DEATH

Counsel for plaintiff Marjorie Connolly hereby gives notice of the death of Marjorie Connolly on September 1, 2007.

Counsel is in the process of attempting to ascertain the identity of family members and whether or not there is a personal representative of the decedent's estate who can be substituted.

Dated:   May 1, 2008.

_[signature]_

Ronald R. Benjamin, Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Suggestion of Death was served on the following, by US Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of May, 2008.

Marya C. Young/ Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442