UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| **This document relates to:** | * | JUDGE ELDON E. FALLON |
| *Salbeck, John K., Sr., et al. v. Merck & Co., Inc.*, Docket Number 06-2188 | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiffs John K. Salbeck, Sr., Individually and as Personal Representative of the Estate of Rita Salbeck, John K. Salbeck, Jr., and William A. Salbeck, Sr. against defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 30th day of _____April_____, 2008.

_____

DISTRICT JUDGE