## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Geraldine Boness, Individually and as* | * | |
| *Special Administrator of the Estate of* | * | |
| *Randall Boness  v. Merck & Co., Inc.;* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:05-cv-06129* | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Geraldine Boness, Individually and

as Special Administrator of the Estate of Randall Boness against defendant Merck & Co., Inc., in

the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this <u>30th</u> day of _____<u>April</u>_____, 2008.

*[signature]*
_____
**DISTRICT JUDGE**