UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANET I. SIDLE, Individually, and KENNETH SIDLE, Individually and as Spouse of JANET SIDLE 16 Mary Carroll Court Baltimore, Maryland 21208 | * * * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 2:05cv02023 |
| MERCK & CO., INC. One Merck Drive Whitehouse Station, New Jersey 08889 | * * | MDL No. 1657 JUDGE FALLON |
| Defendant | * | |

\* \* \* \* \*

### ORDER

Pursuant to the Stipulation of Dismissal signed by all parties it is this ___ day of April, 2008. ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 30th day of April, 2008.

_____
JUDGE