UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *this document relates to:* | * | JUDGE FALLON |
| Amadis-Rosasrio, Gladys et al v. Merck & Co., Inc. Docket Number 2:05-cv 06234; and only regarding Nephtali Gonzalez, Julio Guzman; Efrain Reyes-Leon; Rafael Vazquez-Leon; Carmelo Lopez-Lopez; Guillermo Antonio Nunez-Lopez; Eileen, Bregon-Losa. | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS ORDERED, that all of the claims of the Plaintiffs listed above against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, ths __30th__ day of __April__, 2008.

_____
District Court Judge