UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| *This document relates to:* | * | |
| | * | **MAGISTRATE JUDGE** |
| *Lustik, Thomas J. et al. v. Merck & Co.,* | * | **KNOWLES** |
| Docket Number 2:05-cv-04805. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of Plaintiffs' Thomas J. Lustik and Martha Lustik against

Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are

hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 30th day of _____ April _____, 2008.

_____

DISTRICT JUDGE

60259342_1.DOC