UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Buchanan, Virginia v. Merck &Co Inc.* | * | KNOWLES |
| *et al.*, Docket Number 2:06-cv-07112 | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Virginia Buchanan listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs. Plaintiff's claims against the remaining defendants, namely, Pfizer, Inc., Pharmacia Corp., Monsanto Company, and G.D. Searle LLC, shall continue in full force and effect.

NEW ORLEANS, LOUISIANA, this 30th day of ___April___, 2008.

_____
DISTRICT JUDGE

60254442_1.DOC