IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL DOCKET NO. 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:06-cv-09344 |
| This document relates to: | JUDGE FALLON |
| Margaret A. Allahand, et al. | |
| | MAGISTRATE JUDGE KNOWLES |
| vs. | |
| | Transferred from the United States |
| Merck & Co., Inc. | District Court, District of Connecticut |
| | No. 3:06-cv-1363 |
| **Only with regard to:** | |
| Thomas J. Marunyak, Individually and | **STIPULATION OF DISMISSAL WITH** |
| as Representative of the Estate of Anna | **PREJUDICE AS TO ALL** |
| C. Marunyak (Deceased) | **DEFENDANTS** |

Pursuant to Fed. R. Civ. Proc. 41(a), the undersigned counsel hereby stipulate that all claims of Plaintiff, Thomas J. Marunyak, Individually and as Executor of the Estate of Anna C. Marunyak, deceased against Defendant, Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

This Stipulation in no way affects current litigation filed by Plaintiff in the Superior Court of New Jersey, No.: ATL-L-14674-06MT, Thomas Marunyak, et al. v. Merck & Co., Inc., Case Code 619, Vioxx® Litigation.

KLINE & SPECTER
*A Professional Corporation*

By: _____
   Thomas R. Kline, Esquire, 28895
   Lee B. Balefsky, Esquire, 25231
   Michelle L. Tiger, Esquire, 43872
   1525 Locust Street, 19th Floor
   Philadelphia, PA 19102
   Telephone: 215-772-1000

*COUNSEL FOR PLAINTIFF*

Dated: 4/29/08

STONE PIGMAN WALTHER WITTMANN, LLC

By: _____
   Phillip A. Wittmann, Esquire, 13625
   Dorothy H. Wimberly, Esquire, 18509
   546 Carondelet Street
   New Orleans, LA 70130
   Telephone: 504-581-3200

*COUNSEL FOR DEFENDANT MERCK & CO., INC.*

Dated: 5/6/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2