UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Alauddin Ahmed and Nazibun Ahmed, et al.:<br><br>vs.<br><br>Merck & Co., Inc.<br><br>**Only with regard to:**<br><br>Lyle Wilks and Marlene Wilks, h/w | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-3639<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Transferred from USDC, Eastern District of Pennsylvania<br><br>Case No. 3.06-cv-2022<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Lyle Wilks and Marlene Wilks against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____        _____
Thomas R. Kline                         Phillip A. Wittmann
Lee B. Balefsky                         Dorothy H. Wimberly
Michelle L. Tiger                       Stone, Pigman, Walther, Wittmann,
Marcia F. Rosenbaum                     L.L.C.
Kline & Specter, P.C.                   546 Carondelet Street
1525 Locust St., 19th Floor             New Orleans, Louisiana 70130
Philadelphia, PA 19102                  (504) 581-3200
(215) 772-1000
*Counsel for Plaintiffs*                *Counsel for Defendant Merck & Co., Inc.*

Dated: 4/29/08                          Dated: 5/6/08

V1013
Lyle Wilks Stipulation of Dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2