UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dennis and Loretta Cronin, h/w v. Merck & Co. Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Medco Health Solutions, Inc., Civ. No. A. No. 05-1281* | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Dennis and Loretta Cronin, against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Medco Health Solutions, Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
James J. McHugh, Jr.
Regina Sharlow Johnson
Niki A. Trunk
Lopez McHugh LLP
1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112
(215) 952-6910

*Counsel for Plaintiffs*

Dated: April 18, 2008

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 5/6/08

V1013
Dennis Cronin Stipulation of Dismissal.DOC

| | |
|---|---|
| Fred T. Magaziner<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000 | Mark A. Berman<br>Hartmann Doherty Rosa & Berman, LLC<br>126 State Street<br>Hackensack, NJ 07601<br>(201) 441-9056 |
| *Counsel for Defendant Peter S. Kim* | *Counsel for Defendant Louis M. Sherwood* |
| Dated: _____ | Dated: _____ |
| | *[signature]* Adam R. Brownstein |
| William J. Winning<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2093 | ~~Robert W. Rowan~~ Adam R. Brownstein<br>Gollatz, Griffin, & Ewing, P.C.<br>Four Penn Center, Suite 200<br>1600 JFK Boulevard<br>Philadelphia, PA 19103<br>(215) 563-9400 |
| *Counsel for Defendant David W. Anstice* | *Counsel for Defendant Medco Health Solutions, Inc.* |
| Dated: _____ | Dated: April 22, 2008 |

V1013
Dennis Cronin Stipulation of Dismissal.DOC

_____
Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

_____
Mark A. Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9056

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

_____
William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

_____
Robert W. Rowan
Gollatz, Griffin, & Ewing, P.C.
Four Penn Center, Suite 200
1600 JFK Boulevard
Philadelphia, PA 19103
(215) 563-9400

*Counsel for Defendant Medco Health Solutions, Inc.*

Dated: _____

V1013
Dennis Cronin Stipulation of Dismissal.DOC

| | |
|---|---|
| Fred T. Magaziner<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>*Counsel for Defendant Peter S. Kim* | Mark A. Berman<br>Hartmann Doherty Rosa & Berman, LLC<br>126 State Street<br>Hackensack, NJ 07601<br>(201) 441-9056<br><br>*Counsel for Defendant Louis M. Sherwood* |

Dated: _____

[signature]

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: 4/22/8

Dated: _____

Robert W. Rowan
Gollatz, Griffin, & Ewing, P.C.
Four Penn Center, Suite 200
1600 JFK Boulevard
Philadelphia, PA 19103
(215) 563-9400

*Counsel for Defendant Medco Health Solutions, Inc.*

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2