UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Conrad Szczepkowski*<br>Docket Number: 06-6076 | ORDER ALLOWING WITHDRAWAL OF COUNSEL |

Upon Motion and for good cause shown, the Motion for Withdrawal of Counsel as to Attorneys Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Michelle Alden, formerly with Miller, Curtis & Weisbrod, L.L.P. is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and Michelle Alden and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Conrad Szczepkowski and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**