# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |
| **Name of Law Firm** | | | |
| **Current Address** | Street | | |
| | City | State | Zip | Country |
| **Telephone Number** | | **Facsimile** | | **Email** | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last | First | Middle |
| **Plaintiff Address** | Street | | |
| | City | State | Zip | Country |
| **Telephone Number** | | **Facsimile** | | **Email** | |
| **Case Caption** | | | |
| **Case Number** | | | |
| **Court Where Case is Pending** | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |
| **Address** | Street | | |
| | City | State | Zip | Country |
| **Telephone Number** | | **Facsimile** | | **Email** | |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☐ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on _____/_____/_____ .  (***Record Docket No.*** _____)
    Month   Day    Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**    _____/_____/_____          _____
                   (Month/Day/Year)                        Counsel

#343319

2