UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Shirley Segall, et al. v. Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE |
| Docket Number: 07-8070 | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### DECLARATION OF COUNSEL
### IN SUPPORT OF AMENDED MOTION
### TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Patricia J. Kasputys, counsel for plaintiffs in the above-captioned action, and in support of the Amended Motion to Withdraw as Counsel of Record, states as follows:

1. I have communicated with the plaintiffs on numerous occasions;

2. I have explained to the plaintiffs the reasons for seeking to withdraw from their representation; and

3. Plaintiffs have refused to consent to said withdrawal.

Dated: May 7, 2008

Respectfully submitted,

*/s/ Patricia Kasputys*
Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Attorneys for Plaintiffs

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Declaration in Support of Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of May, 2008.

*Patricia Kasputys*
Patricia J. Kasputys