**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Meredith Gray, et al. v. Merck & Co.,* | * | |
| *Inc., Docket No.06-10156; only* | * | |
| *Regarding Duane Bratton* | * | **KNOWLES** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER OF DISMISSALWITH PREJUDICE**</u>

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Duane Bratton against

Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with

prejudice, with each party to bear its own costs, and subject to the terms and conditions of

the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this _5th_ day of _____May_____, 2008.

_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**