UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Gloria W. Miller v. Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE |
| Docket Number 2:06-cv-02192 | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon due consideration of plaintiffs' counsel's motion to withdraw as counsel of record,

and for good cause shown, the Court finds the motion to be well-taken, and that same should be

granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Peter G.

Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of

Peter G. Angelos, P.C., are withdrawn as counsel of record for plaintiff, Gloria W. Miller.

IT IS SO ORDERED.

DATED:  ___May  5th_____2008_____

Judge Eldon E. Fallon
United State District Court Judge