UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Kelly A. Connors, Individually and as Personal* | * | MAGISTRATE JUDGE |
| *Representative of the Estate of Barbara Ann* | * | DANIEL E. KNOWLES, III |
| *Ballew, et al. v. Merck & Co., Inc* | * | |
| Docket Number: 05-3387 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

In accordance with Pretrial Order 36, entered by the Court on May 6, 2008, Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., by counsel undersigned, amend their Motion to Withdraw as Counsel of Record previously filed on April 16, 2008. Pursuant to Local Rule 83.2.11, counsel moves the Court for an order allowing them to withdraw as counsel of record for plaintiff Kelly A. Connors, Individually and as Personal Representative of the Estate of Barbara Ann Ballew, Deceased, in the above-captioned multidistrict litigation. Counsel and the Plaintiff have a fundamental disagreement as to what action should be taken in this case. A Declaration signed by counsel is attached hereto.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 2040 Harmon Avenue, Baltimore, MD 21230, telephone number (410) 644-8085. Written notice of all deadlines applicable to this case was sent on April 16, 2008 via certified mail to plaintiffs' at the same address.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: May 7, 2008

Respectfully submitted,

*Patricia Kasputys*
Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Attorneys for Plaintiff

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery, via certified mail to Robin Ballew Davis, last known address 349 N. Walnut Street, Ravenna, OH 44266, via certified mail to Virgil G. Ballew, last known address 6350 Sittig Avenue, Hubbard, OH 44425, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send

a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of May, 2008.

*Patricia Kasputys*
Patricia J. Kasputys