EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Kelly A. Connors, Individually and as Personal Representative of the Estate of Barbara Ann Ballew, et al. v. Merck & Co., Inc* | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Docket Number: 05-3387 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### DECLARATION OF COUNSEL
### IN SUPPORT OF AMENDED MOTION
### TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Patricia J. Kasputys, counsel for plaintiffs in the above-captioned action, and in support of the Amended Motion to Withdraw as Counsel of Record, states as follows:

1. I have communicated with the plaintiff on numerous occasions;

2. I have explained to the plaintiff the reasons for seeking to withdraw from representation; and

3. Plaintiff has refused to consent to said withdrawal.

Dated: May 7, 2008

Respectfully submitted,

*/s/ Patricia Kasputys*
Peter G. Angelos (Fed Bar #01645)
M. Albert Figinski (Fed Bar #02291)
H. Russell Smouse (Fed Bar #01637)
Patricia J. Kasputys (Fed Bar #03775)
Attorneys for Plaintiffs

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Declaration in Support of Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery, via certified mail to Robin Ballew Davis, last known address 349 N. Walnut Street, Ravenna, OH 44266, via certified mail to Virgil G. Ballew, last known address 6350 Sittig Avenue, Hubbard, OH 44425, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of May, 2008.

/s/ Patricia Kasputys
Patricia J. Kasputys