UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| *Kelly A. Connors, Individually and as Personal* | * | MAGISTRATE JUDGE |
| *Representative of the Estate of Barbara Ann* | * | DANIEL E. KNOWLES, III |
| *Ballew, et al. v. Merck & Co., Inc* . | * | |
| Docket Number: 05-3387 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon due consideration of plaintiffs' counsel's amended motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Peter G. Angelos, M. Albert Figinski, H. Russell Smouse, Patricia J. Kasputys, and the Law Offices of Peter G. Angelos, P.C., are withdrawn as counsel of record for plaintiff, Kelly A. Connors, Individually and as Personal Representative of the Estate of Barbara Ann Ballew.

IT IS SO ORDERED.

DATED: _____

_____
Judge Eldon E. Fallon
United State District Court Judge