UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Vioxx® <br> **PRODUCTS LIABILITY LITIGATION** | MDL Docket No. 1657 <br> SECTION L |
| *This document relates to:* <br><br> Glenda Meysami, et al. v. Merck & Co., Inc. <br> Civil Action No: 2:05-cv-5353-EEF-DEK <br><br> "And only regarding Janice Bell" | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, *Janice Bell,* listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 5th day of      May      , 2008

_____
DISTRICT JUDGE