UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| *This document relates to*: | JUDGE FALLON |
| **Glenda Meysami, et al. v. Merck & Co., Inc.**<br>Civil Action No: 2:05-cv-5353-EEF-DEK | MAG. JUDGE KNOWLES |

"And only regarding Elaine Mueller"

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, *Elaine Mueller*, listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this **5th** day of **May**, 2008

_____
DISTRICT JUDGE