IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657 (FALLON)
CA 05-3820L

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM DAVID LOUGH, Individually,
JOYCE MARIE SMITH, Individually, and
FLOYD D. CHAPLIN, Individually,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.              No. 05:05-CV-34 (STAMP)

MERCK & CO., INC., a foreign corporation;
RITE AID OF WEST VIRGINIA, INC.,
a West Virginia corporation; and
DISCOUNT EMPORIUM, INC., d/b/a
DRUG EMPORIUM, a West Virginia corporation,

Defendants.

### Order

Pending before the Court is "Plaintiffs' Motion for Hearing and Expedited Ruling on Plaintiffs' Motion to Remand Action to State Court Due to Lack of Subject-Matter Jurisdiction, or, alternatively, for Suggestion of Remand to Transferor Court on Basis of Action Involving Claims Which Are Unique or Uncommon." IT IS ORDERED that the motion is DENIED.

New Orleans, Louisiana, this 6th day of May, 2008.

                *Eldon E. Fallon*
                United States District Judge