UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

On May 6, 2008, the Court issued Pre-Trial Order No. 36 which set forth the procedures for counsel to follow to ensure the uniform and orderly consideration of motions to withdraw as counsel in this case.  Currently, there are numerous motions to withdraw pending before the Court.  *See* Rec. Doc. Nos. 12120, 12697, 12917, 12918, 12920, 12921, 13147, 13150, 13272, 13333, 13334, 13335, 13442, 13474, 13475, 13478, 13504, 13506, 13511, 13516, 13520, 13523, 13526, 13617, 13650, 13656, 13667, 13711, 13719, 13720, 13721, 13722, 13810, 13823, 13834, 13835, 13837, 13849, 13850, 13864, 13885, 13945, 14023, 14024, 14026, 14035, 14044, 14047, 14114, 14174, 14175, 14176, 14177, 14189, 14190, 14191, 14192, 14193, 14194, 14195, 14196, 14197, 14198, 14215, 14220, 14221, 14222, 14223, 14224, 14230, 14245, 14252, 14255, 14256, 14257, 14277, 14319, 14320, and 14321 (the "Motions to Withdraw").

Accordingly, IT IS ORDERED that the Motions to Withdraw are hereby DENIED

WITHOUT PREJUDICE.[1]  Any counsel who still wishes to withdraw from a representation may re-file their motion to withdraw in accordance with Pre-Trial Order 36.

New Orleans, Louisiana, this 7th day of May, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[1] In the event there are pending motions to withdraw as counsel of record that are not listed in this Order, such motions to withdraw are DENIED WITHOUT PREJUDICE as well.