## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

DIANNE KIMM, et al., only
regarding MILDRED BAKER,

    Plaintiff,

vs.

MERCK & CO., INC., a foreign
corporation,

    Defendant.

Case Code Number: 1657

CASE NO.: 06-10153

## ORDER OF WITHDRAWAL

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Mildred Baker.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

                                                      _____
                                                      **ELDON E. FALLON**
                                                      **UNITED STATES DISTRICT JUDGE**