IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

PATRICIA BARRELL, et al., only regarding GERALD BRIGGS,

    Plaintiff,

vs.

MERCK & CO., INC., a foreign corporation,

    Defendant.

Case Code Number: 1657

CASE NO.: 06-10175

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Gerald Briggs.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**