IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**MEREDITH GRAY, et al., only regarding HELEN CARSON,**

 **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign corporation,**

 **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10156**

## ORDER

 Considering the Motion to Withdraw as Counsel of Record:

 **IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP, are hereby withdrawn as Counsel of Record for Helen Carson.

 **NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**