UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

On May 6, 2008, the Court issued an Order granting the Motion to Withdraw as Attorney (Rec. Doc. No. 14329). On May 7, 2008, the Court denied without prejudice all of the pending motions to withdraw in this case.

Accordingly, IT IS ORDERED that the Order is VACATED, and

IT IS FURTHER ORDERED that the Motion to Withdraw as Attorney (Rec. Doc. No. 14230) is hereby DENIED WITHOUT PREJUDICE. If counsel wishes to still wishes to withdraw from a representation, they may re-file their motion to withdraw in accordance with Pre-Trial Order 36.

New Orleans, Louisiana, this 7th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

1