UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION      )    MDL NO. 1657
                                        )
                                        )    SECTION: L
                                        )
                                        )    JUDGE FALLON

*THIS DOCUMENT RELATES TO:*
*Ahouse, et al. vs. Merck & Co., Inc., No. 2:06-cv-02216-EEF-DEK*
*(pertaining to Clara Hatcher and Clyde C. Hatcher only)*

**MOTION FOR RETAINING AND CHARGING LIEN AND FEE DETERMINATION**

Pursuant to Local Rule 7.4, Brian A. Goldstein, Esq. and Cellino & Barnes, P.C. respectfully move this Court for the determination of legal fees at the conclusion of this case and the establishment of a retaining lien and charging lien in this matter until such determination. Pursuant to Local Rule 7.4, plaintiff's counsel has not conferred with Kelley & Ferraro, LLP other than the numerous attempts to resolve this issue as set forth in the accompanying Memorandum in Support, nor has this motion been calendared for hearing.

Written notice of this motion was been served on Kelley & Ferraro, LLP with a courtesy copy provided to the plaintiff to include all moving papers and exhibits on April 21, 2008. Due to an apparent upload error, this motion was not successfully filed on CM/ECF and is being re-filed on both Lexis Nexis and CM/ECF at this time.

As set forth in the accompanying Memorandum in Support, the undersigned and this law firm has represented Clara Hatcher from January, 2005 through the generation of releases as part of the Settlement Program. Ms. Hatcher may or may not have retained the law firm of Kelley & Ferraro, LLP at some point. We have been unable to determine (a) whether or not the law firm of Kelley & Ferraro, LLP was retained; (b) the date of said retention, if any; and

(c) have been unable to have a representative of Kelley & Ferraro, LLP with authority attempt to resolve attorneys fees, if any.

Until such time as this matter resolves, the firm of Cellino & Barnes, P.C. should be granted a charging lien and a retaining lien in the matter with attorneys fees, if any, due Cellino & Barnes, P.C. and Kelley & Ferraro, LLP being determined at the conclusion of the case based upon the proportion of work done on the file.

DATED:   May 8, 2008

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
(716) 854-2020