# RETAINER AGREEMENT

I *Clara L Hatcher* hereby retain CELLINO & BARNES, P.C., attorneys, to prosecute my claim for injuries and damages sustained as a result of use of the prescription drug VIOXX, and agree that my attorneys shall be compensated according to the Laws and Rules of the New York State Appellate Division, and the rules of any overseeing or Multi District Court. This retainer agreement excludes any appellate practice and is solely limited to all steps necessary to bring the action to trial or settlement and this firms responsibilities end with the procurement of a verdict or settlement.

The scope of legal services to be provided include: initial and ongoing investigation of this incident; securing potential witnesses and evidence; gathering appropriate medical records, employment records, wage records, educational records and other records; drafting, filing and responding to appropriate court documents; selection and retention of experts and investigators as necessary; appearance at court proceedings, depositions and arbitrations; conducting settlement negotiations; preparing for trial as appropriate and necessary; and maintaining appropriate contact with the client throughout.

Attorneys' fees are to be charged in accordance with New York Law, and the rules of any overseeing or Multi District Court, and will be calculated after expenses associated with prosecuting the case have been deducted from the gross settlement or award. Since this matter may require advice regarding my home state, I understand and agree local counsel may be associated and assume joint responsibility. The total attorneys' fee will be one-third of the difference between the total sum recovered and the expenses. Out of pocket expenses such as those expended for filing, transcripts, copies, postage, records, experts and other expenses will be set forth in a settlement statement provided to the client and reimbursed to the attorney. Interest charges for out-of-pocket expenses may be added where applicable. The client may have the right to arbitrate any fee dispute under the New York State Fee Dispute Resolution Program. The law firm reserves the right to withdraw from representation at any time.

As outlined above our fee arrangement is such we will receive one-third of the difference between the total sum recovered and the expenses. If it would be beneficial to the client for settlement negotiations purposes, the firm may accept its fee in future periodic payments rather than a lump sum payment. The value on the date of settlement of all future periodic payments that we receive will not exceed our agreed upon one-third of the present value of the recovery.

**THERE WILL BE NO ATTORNEY FEE OWED WHATSOEVER UNLESS A RECOVERY IS OBTAINED. NO SETTLEMENT SHALL BE MADE WITHOUT FULL KNOWLEDGE AND CONSENT OF BOTH ATTORNEY AND CLIENT.**

I fully understand the information above and further state that it has been explained to me in its entirety.

X *Clara L Hatcher*  
CLIENT SIGNATURE   Date: 1/3/2005

X *[signature]*  
ATTORNEY SIGNATURE   Date: 1/6/05