EXHIBIT C

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

February 13, 2008

*By Electronic Transmission*

Cellino & Barnes
17 Court Street 7th Floor
Buffalo, NY 14202

Kelley & Ferraro, LLP
2200 Key Tower 127 Public Square
Cleveland, OH 44114

216 - 575 - 0799

Re:   Claimant Overlap Resolution

Dear Counsel:

Each of your firms submitted the following Vioxx claimant(s) during the Registration Process:

|    | VCN | Claimant Name | SSN | Submitting Firm |
|----|-----|---------------|-----|-----------------|
| 1. | 1075793 | Hatcher, Clara | 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 | Cellino & Barnes |
| 2. | 1106474 | Hatcher, Clara | 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 | Kelley & Ferraro, LLP |

Under Section 17.1.16 of the Settlement Agreement, if two or more lawyers or law firms are named as claimant's counsel in the Enrollment Forms submitted to us, we are required to suspend further processing of the claim until you irrevocably designate by written notice to us which single lawyer or firm is the Primary Counsel for the claimant. We ask you to confer and resolve this conflict, and then notify us of its resolution within 10 days from the date of this letter.

Please contact me or your CA Contact if you have any questions about this process. Thank you.

Sincerely,

Scott Monroe
Overlap Resolution Director

V1007v1