**EXHIBIT D**

# Cellino & Barnes p.c.

ATTORNEYS AT LAW

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

## FAX COVER SHEET

**TO:** Kelley & Ferraro, LLP

**FROM:** Brian A. Goldstein, Esq.

**DATE:** February 15, 2008

**FAX NO.:** 216-575-0799

**SUBJECT:** VIOXX: Clara Hatcher

**NO. OF PAGES**
(Including Cover Sheet): 2

PLEASE SEE ATTACHED

If you have trouble receiving this FAX, please call (716) 566-2269

A Professional Corporation
Offices in Buffalo and Rochester, New York
17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291

# Cellino & Barnes, p.c.
### ATTORNEYS AT LAW

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

February 15, 2008

**SENT VIA FAX**
**AND U.S. FIRST CLASS MAIL**

Kelley & Ferraro, LLP
2200 Key Tower, 127 Public Square
Cleveland, Ohio 44114

RE: Clara Hatcher vs. Merck & Co., Inc.
Social Security No. 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
VCN 1075793 - Cellino & Barnes, P.C.
VCN 1106474 – Kelley & Ferraro, LLP

Dear Sir/Madam:

We have been advised by the VIOXX Claims Administrator Overlap Resolution Director that our firms both represent this client.

This client retained our firm March 3, 2005 and our firm initiated her lawsuit shortly thereafter. Would you kindly advise as to the date your office was retained and, if subsequent to our retention, if you will permit us to be designated as primary counsel?

Thank you for your kind attention to this matter.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:mhp

cc: Clara Hatcher

---

A Professional Corporation

Offices in Buffalo and Rochester, New York

17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291