```
```
Case 2:05-md-01657-EEF-DEK   Document 14364-6   Filed 05/08/08   Page 1 of 3

**EXHIBIT E**

# Kelley & Ferraro, LLP
### ATTORNEYS | COUNSELORS AT LAW

2200 Key Tower • 127 Public Square • Cleveland, OH 44114
(216) 575-0777 • Fax: (216) 575-0799 • Toll Free: (888) 839-8479
www.kelley-ferraro.com

RECEIVED

February 19, 2008

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202-3290

   Re: **Clara Hatcher v. Merck & Co., Inc.**
     **Social Security No. 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**
     **VCN 1075793 – Cellino & Barnes, P.C.**
     **VCN 1106474 – Kelley & Ferraro, LLP**

Dear Mr. Goldstein:

  Please accept this letter as acknowledgment of receipt of your correspondence dated February 15, 2008, which addressed the Vioxx conflict pertaining to Clara Hatcher.

  Ms. Hatcher signed the attached letter and asked that we forward it to your law firm. As it states in the letter, Ms. Hatcher requests that our law firm represent her in her Vioxx claim. I kindly ask that you permit us to be designated to be her primary counsel.

  I would appreciate your prompt attention to this matter. If you have any questions or concerns please do not hesitate to contact me.

         Very truly yours,

         KELLEY & FERRARO, LLP

         Ryan J. Cavanaugh, Esq.

RJC/mab
Enclosure

February 18, 2008

Cellino & Barnes
17 Court Street, 7th Floor
Buffalo, New York 14202

To Whom it May Concern:

It has come to my attention that I mistakenly signed a retainer agreement with two different law firms regarding my Vioxx claim. It is my wish at this time that I only retain Kelley & Ferraro, LLP as my attorneys in this litigation. Kelley & Ferraro have represented my husband and my family in other lawsuits and I wish to continue to use them as my counsel for my Vioxx claim.

I appreciate any work you may have done on my behalf and apologize for any confusion I may have caused.

Sincerely,

Clara Hatcher