**EXHIBIT F**

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scallone
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

# Cellino & Barnes, p.c.
ATTORNEYS AT LAW

## FAX COVER SHEET

**TO:** Ryan J. Cavanaugh, Esq.

**FROM:** Brian A. Goldstein, Esq.

**DATE:** February 21, 2008

**FAX NO.:** 216-575-0799

**SUBJECT:** Clara Hatcher

**NO. OF PAGES**
(Including Cover Sheet): 2

PLEASE SEE ATTACHED

If you have trouble receiving this FAX, please call (716) 566-2269

A Professional Corporation
Offices in Buffalo and Rochester, New York
17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

# Cellino & Barnes, p.c.
ATTORNEYS AT LAW

February 21, 2008

SENT VIA FAX – 216-575-0799
AND U.S. FIRST CLASS MAIL

Ryan J. Cavanaugh, Esq.
Kelley & Ferraro, LLP
2200 Key Tower, 127 Public Square
Cleveland, Ohio 44114

RE: Clara Hatcher vs. Merck & Co., Inc.
Social Security No. 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
VCN 1075793 - Cellino & Barnes, P.C.
VCN 1106474 – Kelley & Ferraro, LLP

Dear Mr. Cavanaugh:

This will acknowledge receipt of your letter of February 19, 2008.

My letter to your firm disclosed our date of retention and asked you to do the same. You have elected not to do so. Instead, you have attempted to interfere with our contract with our client.

Please be advised we do not agree to have your firm designated as primary counsel absent a stipulation to address the lien issue (attorney's fees and disbursements) at the conclusion of the case. Kindly contact me so that we can discuss the lien/fee issue which would permit this claim to continue in the settlement process. I will be happy to work with you in this regard.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:mhp

cc: Scott Monroe, Esq. (VIA E-MAIL: claimsadmin@browngreer.com)
Clara Hatcher

A Professional Corporation
Offices in Buffalo and Rochester, New York
17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291