**EXHIBIT G**



Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

ATTORNEYS AT LAW

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

# FAX COVER SHEET

**TO:** Ryan J. Cavanaugh, Esq.

**FROM:** Brian A. Goldstein, Esq.

**DATE:** March 5, 2008

**FAX NO.:** 216-575-0799

**SUBJECT:** Clara Hatcher vs. Merck & Co., Inc.

**NO. OF PAGES**
(Including Cover Sheet): 2

PLEASE SEE ATTACHED

If you have trouble receiving this FAX, please call (716) 566-2269

A Professional Corporation

Offices in Buffalo and Rochester, New York

| | | |
|---|---|---|
| Stephen E. Barnes<br>Ross M. Cellino<br>Richard P. Amico<br>Richard J. Barnes<br>Denis J. Bastible<br>Paul B. Becker<br>Dylan J. Brennan<br>Charles F. Burkwit<br>Stephen C. Ciocca<br>Elizabeth C. Clarke<br>Olney H. Clowe<br>Michael J. Cooper<br>Christopher D. D'Amato<br>Sandy A. Fazili<br>Brian A. Goldstein, M.D., J.D.<br>David M. Goodman | <br>ATTORNEYS AT LAW | John W. Looney<br>Michael J. Lovecchio<br>Brett L. Manske<br>James E. Maslyn<br>John C. Murrett, Jr.<br>Gregory V. Pajak<br>Stephen J. Paluch<br>Scott K. Rohring<br>Robert A. Scalione<br>Gerald W. Schaffer, Jr.<br>Robert J. Schreck<br>Jeffrey C. Sendziak<br>John A. Sheehan<br>David O. Teach<br>Michael J. Williams<br>K. John Wright<br><br>Daryl P. Ciambella<br>Chief Operating Officer |

March 5, 2008

SENT VIA FAX – 216-575-0799
AND U.S. FIRST CLASS MAIL

Ryan J. Cavanaugh, Esq.
Kelley & Ferraro, LLP
2200 Key Tower, 127 Public Square
Cleveland, Ohio 44114

RE:   Clara Hatcher vs. Merck & Co., Inc.
       VCN 1075793 - Cellino & Barnes, P.C.
       VCN 1106474 – Kelley & Ferraro, LLP

Dear Mr. Cavanaugh:

This will acknowledge our conversation yesterday in which you again declined to disclose your date of retainer but proposed your firm should receive 75% of any attorneys' fees which may become due in this matter.

As I reiterated, to my knowledge, yours is the only firm that has held up – and continues to hold up – the processing of a client's claim by refusing to disclose your date of retainer. In addition, instead of disclosing your date of retainer, your firm drafted a letter, went to our client's doorstep prior to her admission to the hospital for surgery, and made representations to her directly aimed at interfering with our longstanding contract and representation of her interests in the Vioxx litigation.

I have repeatedly asked you to disclose your date of retainer as our firm immediately did and as every firm in which this situation has arisen has promptly done. I am again asking you to disclose your date of retainer and to have someone with authority from your firm contact me so that Ms. Hatcher's claim may finally proceed.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

cc:   Scott Monroe, Esq. (VIA E-MAIL: claimsadmin@browngreer.com)
       Clara Hatcher

A Professional Corporation

Offices in Buffalo and Rochester, New York

17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291