EXHIBIT I

**Maria Pietras**

| | |
|---|---|
| From: | Brian Goldstein |
| Sent: | Tuesday, March 13, 2007 1:07 PM |
| To: | Ryan J. Cavanaugh |
| Cc: | Aileen Tardivo |
| Subject: | MT-00689-V5 Hatcher,Clara v. Merck : RE: Clara Hatcher v. Merck |

Ryan - I am unclear if you do have an active claim for this individual and if it is the same Clara Hatcher. We do represent a Clara Hatcher whose date of birth is 1/29/32 and whose social security number is XXX-XX-2376 for Vioxx. We filed suit on her behalf in late 2005 which is well underway in discovery (PPF, supplemental PPF, etc.). Kindly confirm if you have this same individual as well and, if so, where she is in the process with your firm. Thank you.

Brian Goldstein

---

From: Ryan J. Cavanaugh [mailto:rcavanaugh@kelley-ferraro.com]
Sent: Tuesday, March 13, 2007 12:25 PM
To: Brian Goldstein
Subject: Clara Hatcher v. Merck

Mr. Goldstein,

I am responding to Michael McIlhinney's e-mail regarding the conflict of Ms. Hatcher's Vioxx claim(s). We have filed a claim on her behalf. We tried to look up a claim filed by our office on her behalf but could not find anything. Could you please contact me either by phone or by e-mail to discuss this matter. I can be reached at (216) 575-0777 or at this e-mail address.

I look forward to your attention in this matter.

Sincerely,

Ryan Cavanaugh