**EXHIBIT J**

# Kelley & Ferraro
### ATTORNEYS COUNSELORS AT LAW

2200 Key Tower • 127 Public Square • Cleveland, OH 44114
(216) 575-0777 • Fax: (216) 575-0799 • Toll Free: (888) 839-8479
www.kelley-ferraro.com

March 18, 2008

Scott Monroe
P.O. Box 85031
Richmond, Virginia 23285-5031

   Re: Claimant: **Clara Hatcher**
      SSN:   **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**
      VCN:   **1106474**

Dear Mr. Monroe:

  Please accept this letter as a resolution to any conflict related to two law firms representing Mrs. Clara Hatcher. As a result of Mrs. Hatcher signing retainer agreements with our law firm, Kelley & Ferraro L.L.P., and Cellino & Barnes, there existed a conflict under Section 17.1.16 of the Settlement Agreement. To date, our law firm has unsuccessfully attempted to amicably resolve this conflict with the law firm of Cellino and Barnes.

  Mrs. Hatcher signed a letter which released Cellino & Barnes as her counsel in this Vioxx claim. On February 18, 2008, this letter was mailed to Cellino & Barnes, and shortly thereafter received Attorney Brian Goldstein. Therefore, Kelley & Ferraro, LLP is the only attorney of record for Mrs. Hatcher in this matter. Please accept this letter as written notice that Kelley & Ferraro, LLP is the primary counsel for this claimant.

  Please do not hesitate to contact me if you have any questions or concerns.

            Very truly yours,

            KELLEY & FERRARO, LLP

            Ryan J. Cavanaugh, Esq.

RJC/mab
Enclosure
cc: Brian A. Goldstein, Esq.