EXHIBIT K



Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

March 25, 2008

SENT VIA FAX ONLY – 216-575-0799

James L. Ferraro, Esq.
Kelley & Ferraro, LLP
2200 Key Tower, 127 Public Square
Cleveland, Ohio  44114

RE:   Clara Hatcher vs. Merck & Co., Inc.
      VCN 1075793 - Cellino & Barnes, P.C.
      VCN 1106474 – Kelley & Ferraro, LLP

Dear Mr. Ferraro:

Please give me a call regarding this matter when you get a chance.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:mhp

A Professional Corporation

Offices in Buffalo and Rochester, New York
17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Motion to Retain/Charge Lien* regarding the Clara Hatcher file has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of May, 2008.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
*Plaintiff's Liaison Counsel*

Kelley & Ferraro, LLP
2200 Key Tower, 127 Public Square
Cleveland, Ohio 44114
(216) 575-0799
www.kelley-ferraro.com

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
FAX: 504-581-3361
pwittmann@stonepigman.com
*Defendant's Liaison Counsel*

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

_____
BRIAN A. GOLDSTEIN (NY Reg. No. 2715019)