<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF LOUISIANA</u>

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION ) MDL NO. 1657
)
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
*Ahouse, et al. vs. Merck & Co., Inc., No.* 2:06-cv-02216-EEF-DEK
*(pertaining to Clara Hatcher and Clyde C. Hatcher <u>only</u>)*

## [PROPOSED] ORDER GRANTING MOTION FOR RETAINING AND CHARGING LIEN AND FEE DETERMINATION

Considering the foregoing Motion for Retaining and Charging Lien and Fee Determination filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion for Retaining and Charging Lien and Fee Determination is granted, Cellino & Barnes, P.C. is granted a charging lien and a retaining lien in the above-captioned matter with attorneys fees, if any, due Cellino & Barnes, P.C. and Kelley & Ferraro, LLP being determined at the conclusion of the case based upon the proportion of work done on the file.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2008.

_____
Daniel E. Knowles, III
United States Magistrate Judge