## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**ROBERT LEE GARRY, et al., only**
**regarding MAXINE HALE,**

     **Plaintiff,**               **Case Code Number: 1657**

**vs.**                                **CASE NO.: 06-10155**

**MERCK & CO., INC., a foreign**
**corporation,**

     **Defendant.**

---

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger

Weiss, LLP, are hereby withdrawn as Counsel of Record for Maxine Hale.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.


                             _____

                             **ELDON E. FALLON**
                             **UNITED STATES DISTRICT JUDGE**