IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**SHERRILL GROVE, et al., only regarding GARY HORTON,**

    **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign corporation,**

    **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10160**

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP, are hereby withdrawn as Counsel of Record for Gary Horton.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**