IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**ROBERT LEE GARRY, et al.,** only regarding **JOHN MCINTYRE,**

 **Plaintiff,**

vs.

**MERCK & CO., INC.,** a foreign corporation,

 **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10155**

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for John McIntyre.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**