**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**DIANNE KIMM, et al., only
regarding ELEANOR PAGEL,**

    **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign
corporation,**

    **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10153**

---

**ORDER**

    Considering the Motion to Withdraw as Counsel of Record:

    **IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger

Weiss, LLP are hereby withdrawn as Counsel of Record for Eleanor Pagel.

    **NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.


                            _____
                            **ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**