IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**IVA LAWS, et al., only regarding WILLIAM SIMPSON,**

    **Plaintiff,**

vs.

**MERCK & CO., INC., a foreign corporation,**

    **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10174**

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for William Simpson.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

    _____
    **ELDON E. FALLON**
    **UNITED STATES DISTRICT JUDGE**