# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**BOBBY MYATT, et al.**, only regarding **GERALD SMITH,**

    **Plaintiff,**

**vs.**

**MERCK & CO., INC.,** a foreign corporation,

    **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10158**

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Gerald Smith.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**