## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**VERNON BRONSON, et al., only
regarding DELORES THOMPSON,**

    **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign
corporation,**

    **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10157**

---

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger

Weiss, LLP are hereby withdrawn as Counsel of Record for Delores Thompson.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**