## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**TINA HANNERS, et al., only**
**regarding JOYCE**
**WESTMORELAND,**

       **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign**
**corporation,**

       **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10154**

---

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and

Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Joyce Westmoreland.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____,

2008.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**