**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**IVA LAWS, et al., only regarding
EARLENE WISE,**

     **Plaintiff,**

**vs.**

**MERCK & CO., INC., a foreign
corporation,**

     **Defendant.**

**Case Code Number: 1657**

**CASE NO.: 06-10174**

**ORDER**

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger

Weiss, LLP are hereby withdrawn as Counsel of Record for Earlene Wise.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

                          _____

                          **ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**