UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANET I. SIDLE, et al. | * | |
| Plaintiffs | * | |
| v. | * | MDL No.  05-1657 |
| MERCK & CO., INC. | * | |
| Defendant | * | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |

**This relates to Case No. 05-2023**

\* \* \* \* \*

## JOINT MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF FROM ORDER DISMISSING ACTION

The parties by their undersigned counsel hereby file this motion to alter or amend judgment and for relief from order dismissing action, and for reasons state as follows:

1. The Plaintiffs filed this action against the Defendant for injuries arising out of the ingestion of Vioxx by Janet I. Sidle.

2. The action was transferred to this Court as part of MDL No. 1657.

3. After the execution of the Settlement Agreement, and prior to February 29, 2008, the Plaintiffs enrolled in the Vioxx Resolution Program.  As part of that enrollment, they were required to complete certain paper work, including the execution of releases and a stipulation of dismissal of their underlying claims.

4. Pursuant to the Vioxx Settlement Agreement, the releases and the stipulation of dismissal are to be held by the Claims Administrator until certain payments are made to the Plaintiffs as Enrolled Program Claimants.

5. After the Plaintiffs learned that the Claims Administrator was still waiting to

925457v.1

receive a stipulation of dismissal, a stipulation was prepared. Once the stipulation was executed, however, it was mistakenly filed with the Court instead of being transmitted to the Claims Administrator.

6.  On May 1, 2005, the Court signed an order dismissing the action with prejudice.

7.  The filing of a Stipulation of Dismissal with the Court was in error and was not intended by the parties or by their counsel. As a result of this mistake, the action was dismissed with prejudice.

7.  The parties respectfully request that the Court reopen this case by altering or amending the judgment in this case, by nullifying the order dismissing the case, by withdrawing the order dismissing the case, or by providing other appropriate relief to the parties.

WHEREFORE, the parties jointly request that the Court issue an order reopening this case to permit the Plaintiffs to proceed under the Settlement Agreement.

| | |
|---|---|
| /s/ Michael P Smith | /s/ Dorothy H. Wimberly |
| Laurence A. Marder | Phillip A. Wittmann, 13625 |
| Michael P. Smith | Dorothy H. Wimberly, 18509 |
| SALSBURY, CLEMENTS, BEKMAN     MARDER & ADKINS, L.L.C | Carmelite M. Bertaut, 3054 STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| 300 West Pratt Street, Ste. 450 | 546 Carondelet Street |
| Baltimore, Maryland 21201 | New Orleans, Louisiana 70130 |
| Telephone: (410) 539-6633 | Telephone: (504) 581-3200 |
| | Facsimile: (504) 581-3361 |
| Attorneys for Plaintiffs | |
| | Attorneys for Merck & Co., Inc. |
| | Richard C. Stanley, 8487 |
| | Bryan C. Reuter, 23910 |
| | Thomas P.Owen, 28181 |
| | Melissa Vanderbrook Beaugh, 28250 |
| | Of STANLEY, FLANAGAN & REUTER     L.L.C. |
| | 909 Poydras Street, Ste. 2500 |
| | New Orleans, LA 70112 |
| | Telephone: (504) 523-1580 |

925457v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Joint Motion to Alter or Amend Judgment and for Relief From Order Dismissing Action* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of May, 2008.

                                                  /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

925457v.1