UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANET I. SIDLE, et al. | * | |
|    Plaintiffs | * | Civil Action No. 2:05cv02023 |
| v. | * | MDL No. 1657 |
| MERCK & CO., INC. | * | |
|    Defendant | * | JUDGE FALLON |

    *    *    *    *    *

## **ORDER**

Having read and considered the Joint Motion to Alter or Amend Judgment and For Relief From Order Dismissing Action, it is the \_\_\_\_ day of May, 2008,

ORDERED, that the order dismissing this action with prejudice pursuant to stipulation is hereby withdrawn as erroneously issued, and the case is reopened to permit the Plaintiffs and the Defendant to continue their participation in the Vioxx Resolution Program.

_____
JUDGE