| | |
|---|---|
| U.S., District, (C-456) Courthouse<br>500 Poydras Street<br>New Orleans, LA 70130 | **U. S. DISTRICT COURT**<br>Eastern District of Louisiana<br><br>FILED APR 3 0 2008<br><br>**LORETTA G. WHYTE**<br>Clerk |
| Brian Anderson, Pro Se<br>    Plaintiff<br>.v.<br>Merck and Co., Inc.<br>    Defendant | ^ **COURT USE ONLY** ^ |
| Attorney address or unrepresented party:<br>Brian Anderson #64193<br>S.C.F., P.O. Box 6000<br>Sterling, CO 80751 | 05-MD-1657 L(3)<br><br>08 - 1458<br>Case # 08-CV-00425<br>MDL # 1657 |

**PLAINTIFFS: RESPONSE TO DEFENDANTS (PTO 29)**

The Plaintiff didn't receive Pretrial Order 29, from Judge Fallon.

The health care provider, was Dept. of Corr. Colo., Under Colo., Rev. Statutes. 17-26-104.5, the Plaintiff paid for the Vioxx and D.O.C. provided it. **Address**, DOC, 2862 S. Circle Dr., Suite 140 Colorado Springs, CO 80906-4122.

### Certificate of Service

I certify that on 4-23-08, I deposited in the U.S. Mail this Motion to partys below.

U.S. District (C-456) Courthouse        Law Office
500 Poydras Street                      William and Connolly
New Orleans, LA                         725 Twelfth St., N.W.
                                        Washington, D.C.
                                        20005-5901

Respectfully Submitted  B. Anderson

TENDERED FOR FILING
APR 30 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Colorado Department Of Corrections
Name  Brian Anderson
Register Number  64-193
Unit  2
Box Number  6000
City, State, Zip  Sterling Co 80751

DENVER CO 802
24 APR 2008 PM 10 T

"LET US DARE TO READ,
THINK, SPEAK, WRITE."
John Adams

U.S. District Clerk (C-456) courthouse
500 Poydras Street
New Orleans, Louisiana
70130