U. S. DISTRICT COURT
Eastern District of Louisiana

FILED APR 3 0 2008

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

05-MD-1657 L(3)

IN RE VIOXX
PRODUCTS LIABILTY LITIGATION

MDL NO.1657
SECTION: L CASE 08-CV01406

JUDGE FALLON

MOTION TO A PTO29. SECTION I.D REQUIRES

[signature]

6 Copys of P.TO 29
Section I.D Requires
Pretrial Order No. 29

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0887 |
| CONNECTION TEL | 19017593193 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/23 12:32 |
| USAGE T | 00'17 |
| PGS. SENT | 1 |
| RESULT | OK |




# Fax Cover Sheet

FedEx Kinko's of Overland Park Metcalf Telephone: 913.383.2178 Fax: 913.649.8795

Date ____________________ Number of pages ______ (including cover page)

To: Rebecca
Campbell Clinic
Name ~~1400 S. Germantown Road~~
Company ~~Germantown TN 38138~~
Telephone 1-901-759 3100
Fax 1-901-759 3193

From: Husband Maurice Robinson
Name Same
Company P.O. Box 2744 Olathe 66063 66063
Telephone 1-913 9018780

Comments
Mr. Robinson are in Litigation pertaining Bobbie Robinson and would like for you to please preserve Records on Bobbie Robinson at 2484 Lock... Dr. Memphis TN 38127

m/

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0886 |
| CONNECTION TEL | 14235355606 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/23 12:31 |
| USAGE T | 00'31 |
| PGS. SENT | 1 |
| RESULT | OK |




# Fax Cover Sheet

FedEx Kinko's of Overland Park Metcalf Telephone: 913.383.2178 Fax: 913.649.8795

Date ______ Number of pages ______ (including cover page)

To: Blue Cross Blue Shield
Name Of Tenn Group number 80860
Company P.O. Box 180150
Chattanooga TN 37401
Telephone 1 800 558 6213
Fax 1-423-535 5606

From: Husband) Maurice
Name Robinson
Company P.O. Box 2744 Olathe Ks 66...
Telephone 1-913-901 8780

Comments
Mr. Robinson are in Litigation Pertaining Bobbie Robinson And would like for you to Please Preserve Records on Bobbie Robinson At 2484 Lockmeadow Dr Memphis TN 38127

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0885 |
| CONNECTION TEL | 19014485170 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/23 12:30 |
| USAGE T | 00'18 |
| PGS. SENT | 1 |
| RESULT | OK |

FedEx Kinko's Office and Print Center

# Fax Cover Sheet

FedEx Kinko's of Overland Park Metcalf Telephone: 913.383.2178 Fax: 913.649.8795

Date ______

Number of pages ______ (including cover page)

To: University of Tennessee Human Resouces

Name 910 Madison Av.

Company Room 722

Telephone 901-4485600

Fax FAX 1-901 4485170

From: Husband Maurice

Name Robinson

Company P.O. Box 2744 Olathe KS 6606[illegible]

Telephone 913 901 8780

Comments

Mr. Robinson are in Litigation pertaining Bobbie Robinson and would like for you to please preserve Records on Bobbie Robinson At 2484 Lockmeade Dr Memphis TN 38127

[illegible]

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0884 |
| CONNECTION TEL | 18708508354 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/23 12:29 |
| USAGE T | 00'23 |
| PGS. SENT | 1 |
| RESULT | OK |




# Fax Cover Sheet

FedEx Kinko's of Overland Park Metcalf Telephone: 913.383.2178 Fax: 913.649.8795

Date ______________ Number of pages _____ (including cover page)

To: Super D Drugs
Name 1800 Union Av
Company Att Regina
Telephone 1-901 726-4444
Fax 1-870 8508354

From: Husband Maurice Robinson
Name P.O. Box 2744
Company Olathe KS 66063
Telephone 913 901 8780

Comments
Mr. Robinson are in Litigation Pertaining Bobbie Robinson And would like for you to Please Preserve Records on Bobbie Robinson At 2484 Lockmeade Dr. 38127

M. ...

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

EVA PETKO ESBER
(202) 434-5106
eesber@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 15, 2008

BY FIRST CLASS CERTIFIED MAIL

Maurice Robinson
P.O. Box 2744
Olathe, KS 66063

Subject: Re: In Re Vioxx Products Liability Litigation, MDL No. 1657 v. Merck & Co., Inc.
Robinson, Maurice v. Merck & Co., Inc.
2:08-cv-01406-EEF-DEK
Pertaining to: Bobbie Robinson

Dear Mr. Robinson:

We represent defendant Merck & Co., Inc. ("Merck") in the action referenced above. Because this action was filed and/or transferred into MDL Docket No. 1657 on or after November 9, 2007, it is subject to the provisions of Pretrial Order No. 29 ("PTO 29"), entered by the Honorable Eldon E. Fallon on November 9, 2007.

Among the requirements of PTO 29, Section I.D. requires that plaintiff serve a statement listing the names of all pharmacies, healthcare providers and/or employers to whom counsel served a notice to preserve records pertaining to the plaintiff, along with copies of the notices themselves, and a certification that they were sent. These full details of these requirements are set forth in Section I, subsections A-C of that same order.

More than ten days have passed since the filing of the above-referenced action. However, we have not received service of any of the materials required by Section I of PTO 29. Accordingly, notice is hereby given that, unless the failure to comply with Section I of PTO 29 is cured within thirty (30) days, Merck shall file a Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, in accordance with Section I.E of PTO 29.


CERTIFIED MAIL
7007 1490 0002 4164 5433
U.S. POSTAGE
PAID
OLATHE,KS
66062
APR 23, 08
AMOUNT
$5.77