UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Meredith Gray, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10156, only* | * | |
| *Regarding Bobnel Collins* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firms of Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C. and Seeger Weiss, LLP, Counsel of record for Bobnel Collins, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action . . . with which the lawyer has a fundamental disagreement."

3. Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

4. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought

Plaintiff's consent to withdraw but has been unable to obtain it. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

5.	Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 9928 Highway 79, Buffalo, Texas 75831.

6.	PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

7.	Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 7th day of May, 2008.

    /s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
**SEEGER WEISS, LLP**
550 Broad Street, Suite 920
Newark, New Jersey  07102

    /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
**BEASLEY ALLEN CROW METHVIN**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36104

*Attorneys for Plaintiff*

| | |
|---|---|
| **Russ M. Herman** | **Christopher A. Seeger**, Esquire |
| Leonard A. Davis | SEEGER WEISS |
| Stephen J. Herman | One William Street |
| Herman, Herman, Katz & Cotlar, LLP | New York, NY 10004 |
| 820 O'Keefe Avenue | (212) 584-0700 (telephone) |
| New Orleans, LA 70113 | (212) 584-0799 (telecopier) |
| (504) 581-4892 (telephone) | **Co-Lead Counsel** |
| **Plaintiffs' Liaison Counsel** | |
| | |
| Richard J. Arsenault, Esquire | Arnold Levin, Esquire |
| NEBLETT, BEARD & ARSENAULT | LEVIN, FISHBEIN, SEDRAN & |
| 2220 Bonaventure Court, P.O. Box 1190 | BERMAN |
| Alexandria, LA 71301-1190 | 510 Walnut Street, Suite 500 |
| (318) 487-9874 (telephone) | Philadelphia, PA 19106 |
| (318) 561-2591 (telecopier) | (215) 592-1500 (telephone) |
| | (215) 592-4663 (telecopier) |
| | |
| Gerald E. Meunier, Esquire | Shelley Sanford, Esquire |
| GAINSBURGH, BENJAMIN, DAVID, | GOFORTH, LEWIS, SANFORD LLP |
| MEUNIER | 2200 Texaco Heritage Plaza |
| & WARSHAUER, L.L.C. | 1111 Bagby |
| 2800 Energy Centre | Houston, TX 77002 |
| 1100 Poydras Street | (713) 650-0022 (telephone) |
| New Orleans, LA 70163 | (713) 650-1669 (telecopier) |
| (504) 522-2304 (telephone) | |
| (504) 528-9973 (telecopier) | |
| | |
| Troy Rafferty, Esquire | Drew Ranier, Esquire |
| LEVIN, PAPANTONIO, THOMAS, | RANIER, GAYLE & ELLIOT, L.L.C. |
| MITCHELL, | 1419 Ryan Street |
| ECHSNER & PROCTOR, PA | Lake Charles, LA 70601 |
| 316 S. Baylen Street, Suite 400 | (337)494-7171 (telephone) |
| Pensacola, FL 32502 | (337) 494-7218 (telecopier) |
| (850) 435-7000 (telephone) | |
| (850) 497-7059 (telecopier) | |
| | |
| Elizabeth J. Cabraser, Esquire | Mark Robinson, Esquire |
| LIEFF, CABRASER, HEIMANN & | ROBINSON, CALCAGNIE & ROBINSON |
| BERNSTEIN, LLP | 620 Newport Center Drive |
| Embarcadero Center West | 7th Floor |
| 275 Battery Street, 30th Floor | Newport Beach, CA 92660 |
| San Francisco, CA 94111 | (949) 720-1288 (telephone) |
| (415) 956-1000 (telephone) | (949) 720-1292 (telecopier) |
| (415) 956-1008 (telecopier) | |

| | |
|---|---|
| Thomas R. Kline, Esquire | Christopher V. Tisi, Esquire |
| KLINE & SPECTER, P.C. | ASHCRAFT & GEREL |
| 1525 Locust Street, 19th Floor | 2000 L Street, N.W. |
| Philadelphia, PA 19102 | Suite 400 |
| (215) 772-1000 (telephone) | Washington, DC 20036-4914 |
| (215) 772-1371 (telecopier) | (202) 783-6400 (telephone) |
| | (307) 733-0028 (telecopier) |

**PLAINTIFF'S STEERING COMMITTEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 7th day of May, 2008.

    /s/ Benjamin L. Locklar
**OF COUNSEL**