## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Sherrill Grove, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10160, only* | * | |
| *Regarding Nina Ham* | * | **KNOWLES** |
| | * | |

**************************************

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger

Weiss, LLP, are hereby withdrawn as Counsel of Record for Nina Ham.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**