UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMED, INC.; ET AL<br>　　　　　Plaintiffs | CIVIL ACTION NO. 08-1633 |
| VERSUS | SECTION "L" |
| BROWNGREER, PLC, US BANCORP,<br>INC., AND JOHN DOES<br>　　　　　Defendants | MAGISTRATE (3) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

　　**NOW INTO COURT**, through undersigned counsel, come BROWNGREER, PLC and US Bancorp, Inc., sought to be made defendants herein, appearing solely for the purpose of seeking an extension of time to respond, without making a general appearance herein, and specifically reserving any and all defenses or objections, including but not limited to the right to object on the grounds of improper jurisdiction, improper venue, improper party name, insufficiency of service of process, lack of procedural capacity, prescription, and failure to state a claim upon which relief can be granted, moves this Honorable Court for an extension of thirty (30) days in which to file responsive pleadings.  Responsive pleadings are currently due on May 13, 2008.

　　This is the first extension of time requested by defendants and undersigned counsel has spoken this day to counsel for plaintiffs and been advised that there is no opposition to this Motion and the requested extension.

- 1 -

- 2 -

WHEREFORE, BROWNGREER, PLC and Bancorp, Inc. pray that the instant Motion be granted, and that it be granted an additional thirty (30) days in which to file responsive pleadings.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

*s/ Monique M. Garsaud*
JAMES B. IRWIN (Bar No. 7172), T.A.
MONIQUE M. GARSAUD (Bar No. 25393)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
Email: jirwin@irwinllc.com
          mgarsaud@irwinllc.com

*Attorneys for BROWNGREER, PLC and US Bancorp, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of May, 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will also send a notice of electronic filing to plaintiffs' counsel:

*s/ Monique M. Garsaud*