UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMED, INC.; ET AL<br>    **Plaintiffs**<br><br>VERSUS<br><br>BROWNGREER, PLC, US BANCORP,<br>INC., AND JOHN DOES<br>    **Defendants** | CIVIL ACTION NO. 08-1633<br><br><br>SECTION "L"<br><br><br>MAGISTRATE (3) |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to Answer;

IT IS ORDERED that defendants, BROWNGREER, PLC and US Bancorp, Inc., be and same are hereby granted an extension of time of thirty (30) days.

New Orleans, Louisiana, this _____ day of May, 2008.

_____
JUDGE