IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: CLAUDE PIERRE | § § § | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

Civil Action No: 05-6020

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED to by and between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Claude Pierre's complaint and all claims against Merck & Co., Inc. are hereby dismissed with prejudice and without costs to any party.

Dated: April 22, 2008

THE O'QUINN LAW FIRM

_____
M. Michael Meyer
S.D. Tex. ID No. 9398/SBN: 13993850
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000 Telephone
(713) 222-6903 Facsimile

*Attorneys for Plaintiff*

STONE PIGMAN WALTHER WITTMAN LLC

_____
Phillip A. Wittmann
Dorothy Wimberly
546 Carondelet Street
New Orleans, LA 70130

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2