**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Vioxx®** | *  **MDL Docket No. 1657** |
| | * |
| **PRODUCTS LIABILITY** | *  **SECTION L** |
| **LITIGATION** | * |
| | *  **JUDGE FALLON** |
| | * |
| **This document relates to:** | * |
| | *  **MAGISTRATE JUDGE** |
| *Wilma Adair, et al. v. Merck & Co.* | * |
| *Inc., Docket No. 06-10159, only* | * |
| *Regarding Helen Middleton* | *  **KNOWLES** |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSALWITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Helen Middleton against

Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with

prejudice, with each party to bear its own costs, and subject to the terms and conditions of

the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**