## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Leslie Weldy v. Merck & Co.,* | * | MAGISTRATE JUDGE |
| *Inc., et al.; Docket No. 2:07-cv-807* | * | KNOWLES |
| | * | |
| *Daniel Weldy v. Merck & Co.,* | * | |
| *Inc., et al.; Docket No. 2:07-cv-3966* | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Leslie Weldy and Daniel Weldy in the above-captioned cases be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

919566v.1