## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                                    *     **MDL Docket No. 1657**
                                                  *
**PRODUCTS LIABILITY**                            *     **SECTION L**
**LITIGATION**                                    *
                                                  *     **JUDGE FALLON**
                                                  *
**This document relates to:**                     *
                                                  *     **MAGISTRATE JUDGE**
*Robert Lee Garry, et al. v. Merck & Co.*         *
*Inc., Docket No. 06-10155, only*                 *
*Regarding Ulas Wood*                             *     **KNOWLES**
                                                  *
**********************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff Ulas Wood and Defendant, Merck & Co., Inc. hereby stipulate, pursuant

to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice, of all claims against Merck

& Co., Inc. in the above-styled lawsuit, each party to bear its own costs.  The claims of

the remaining Plaintiffs shall remain in full force and effect.

     Respectfully submitted,

**BEASLEY, ALLEN, CROW, METHVIN**     **STONE PIGMAN WALTHER**
  **PORTIS & MILES, P.C.**           **WITTMANN, L.L.C.**


By: /s/ Benjamin L. Locklar       By:  /s/ Dorothy H. Wimberly
Andy D. Birchfield, Jr.           Phillip A. Wittmann
Benjamin L. Locklar            Dorothy H. Wimberly
Post Office Box 4160           546 Carondelet Street
Montgomery, Alabama  36103     New Orleans, Louisiana  70130
(334) 269-2343              (504) 581-3200

*Counsel for Plaintiffs*         *Counsel for Defendant Merck & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of May, 2008.

                                    */s/ Dorothy H. Wimberly*
                                    Dorothy H. Wimberly, 18509
                                    STONE PIGMAN WALTHER
                                    WITTMANN L.L.C.
                                    546 Carondelet Street
                                    New Orleans, Louisiana  70130
                                    Phone:  504-581-3200
                                    Fax:     504-581-3361
                                    dwimberly@stonepigman.com

                                    Defendants' Liaison Counsel

866478v.1