| Attorney or Party without Attorney:<br>SUSMAN GODFREY, LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone No: 713-651-9366    FAX No: 713-654-6666<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only<br>FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF LA<br>2008 MAY -9 PM 12: 02<br>LORETTA G. WHYTE<br>CLERK |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Eastern District Of Louisiana

Plaintiff: AvMED, INC., et al.
Defendant: BROWN GREER, PLC., et al.

| AFFIDAVIT OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08-1633 SECT. L MAG.3 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT; PRETRIAL ORDER NO. 14 NOTICE TO COUNSEL IN ALL CASES

3. a. Party served:          U.S. BANCORP, INC.
   b. Person served:         Deb VanNess, process clerk, and person authorized to accept service of process for C. T. Corporation, registered agent

4. Address where the party was served:    601 Second Avenue South
                                          Minneapolis, MN

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 23, 2008 (2) at: 12:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.20 (defunct corporation)
   Other:  U.S. BANCORP, INC.

7. **Person Who Served Papers:**                          Fee for Service:       $416.50
   a. Nick Gibbons
   b. **CLSS - NationWide Service Center (NWSC)**
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

Fee_____
Process_____
_td_____
RmDep_____
No._____

8. I declare under penalty of perjury under the laws of the State of Minnesota and under the laws of the United States Of America that the foregoing is true and correct.

                                                              Nick Gibbons
                        AFFIDAVIT OF SERVICE                  (Nick Gibbons)        6519633.55357
                        SUMMONS IN A CIVIL

April 30, 2008

MERRILL LEGAL SOLUTIONS
315 Capitol Street, Suite 100
Houston, TX 7702

Attention:   Kim Brown

In re:   AvMed, Inc., et al., vs. Brown Greer, PLC, et al.
**U.S. Bancorp, Inc.**
601 Second Avenue South
Minneapolis, MN

## REPORT 55357

Pursuant to your request and instructions, received via UPS Next Day Air, Wednesday, April 23, 2008 at 11:30 a.m. central time CLSS – NationWide Service Center reviewed and dispatched assignment to our Twin-Cities (Minneapolis - St. Paul) office for service Forthwith.

NOTE: Case filed April 14, 2008; Merrill advised April 17, 2008; CLSS received April 23, 2008 – 10 day lapse on 5 Billion dollar case – U.S. Bancorp sitting on 4.5 Billion.

Service effected Wednesday, April 24, 2008 at 12:44 p.m. at relocated address;

> C. T. Corporation, registered agent
> 100 S. 5th Street, Suite 1075
> Minneapolis, MN (1.25 hours from receipt) by serving DebVanNess, person

authorized to accept service of process on behalf of C. T. Corporation, registered agent.

Your office advised April 23, 2008 at 2:55 p.m. central time.

CLSS – NationWide Service Center (NWSC)
2522 Lower Mason Creek Road           Overnight Address
Bandera, Texas 78003                           1132 Main Street, #457
(800) 899-2577 – telephone                Bandera, Texas 78003
(800) 998-2577 – facsimile
clssonline@starband.net – e-mail address

*REPORT*

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

AvMED, INC.; et al.

V.

BROWN GREER, PLC; US BANCORP, INC.;
and JOHN DOES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **08-1633**

**SECT. L  MAG. 3**

TO: (Name and address of defendant)

U. S. Bancorp, Inc.
601 Second Avenue South
Minneapolis, MN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lexie G. White
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK

APR 1 4 2008

DATE

(BY) DEPUTY CLERK