## AFFIDAVIT OF SERVICE

**United States District Court**
**Eastern District of Louisiana**

Case No.: 08-1633 (L)

Plaintiff(s):
AvMED, Inc.; et al.

vs

Defendant(s):
Brown Greer, PLC; US Bancorp. Inc.; and John Does

Received _____ to be served on **Brown Greer, PLC at 115 S. 15th Street, Suite 400, Richmond, VA 23219.** I, Kenneth V. Condrey being duly sworn, depose and say that on the 23rd day of APRIL, 2008 At 3:05 P.m., executed service by delivering a **Summons in a Civil Action; Original Complaint; Pretrial Order No. 14 Notice to Counsel in all Cases** in accordance with state statutes in the manner marked below:

( ) PERSONAL SERVICE ON:_____

( ) SUBSTITUTE SERVICE: By Serving _____ as _____
_____

(X) CORPORATE SERVICE: By Serving ORPAN BROWN as CHAIRMAN - BROWN GREER, PLC _____.

( ) REGISTERED AGENT: By Serving_____ as an Authorized agent
   for_____, Registered Agent for _____.

( ) POSTED SERVICE

( ) NON SERVICE (for the reason below):

**COMMENTS:**_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 23rd day
Of APRIL, 2008 by the affiant who is
Personally known to me.

_Karen L. Rice_
**NOTARY PUBLIC**
My commission expires 10-31-09

PROCESS SERVER# _____
Appointed in accordance
with state statutes.

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, TX 78003

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____



KAREN L. RICE
NOTARY PUBLIC- VIRGINIA
CHESTERFIELD COUNTY
MY COMMISSION EXPIRES: 10-31-09

April 30, 2008

MERRILL LEGAL SOLUTIONS
315 Capitol Street, Suite 100
Houston, TX 7702

Attention:     Kim Brown

In re:     AvMed, Inc., et al., vs. Brown Greer, PLC, et al.
**BrownGreer, PLC.**
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209

## REPORT 55358

Pursuant to your request and instructions, received via UPS Next Day Air, Wednesday, April 23, 2008 at 11:30 a.m. central time CLSS – NationWide Service Center reviewed and dispatched assignment to our Twin-Cities (Minneapolis - St. Paul) office for service Forthwith.

NOTE: Case filed April 14, 2008; Merrill advised April 17, 2008; CLSS received April 23, 2008 – 10 day lapse on 5 Billion dollar case – BrownGreer controls distribution of 4.5 Billion dollars.

Personal service effected Wednesday, April 23, 2008 at 3:05 p.m. eastern time at given address by serving Orran Brown, person authorized to accept service of process. NOTE; 2.35 hours from receipt).

Your office advised via email.

CLSS – NationWide Service Center (NWSC)
2522 Lower Mason Creek Road                    Overnight Address
Bandera, Texas 78003                                          1132 Main Street, #457
(800) 899-2577 – telephone                             Bandera, Texas 78003
(800) 998-2577 – facsimile
clssonline@starband.net – e-mail address


*REPORT*

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

AvMED, INC.; et al.

v.

BROWN GREER, PLC; US BANCORP, INC.; and JOHN DOES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-1633**

**SECT. L  MAG. 3**

TO: (Name and address of defendant)

BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lexie G. White
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

APR 1 4 2008
DATE

(BY) DEPUTY CLERK