# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **MDL DOCKET NO. 1657** |
| **This document relates to:** | ) | |
| **2:06cv9757** | ) | **SECTION L** |
| **JO LEVITT,** | ) | **JUDGE FALLON** |
| **Plaintiff** | ) | |
| **v.** | ) | **MAG. JUDGE KNOWLES** |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's Order granting plaintiff's counsel leave to withdraw as counsel of record for plaintiff in the above captioned multi-district litigation.  Counsel and the plaintiff have a fundamental disagreement as to what action should be taken in the case, as detailed in the attached declaration.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firms to withdraw as counsel of record for plaintiff Jo Levitt in the above-styled action.

Respectfully submitted,

_____/s/ James P. Frickleton_____
James P. Frickleton        MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

Thomas P. Cartmell  MO #45366
Brian J. Madden  MO #40637
Thomas J. Preuss  MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

J. Scott Bertram  MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City,
MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever  MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza  MO #32475
Brad Honnold  MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis  MO #34799
Shawn Foster  MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey  Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman and plaintiff Jo Levitt by U.S. Mail, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of May, 2008.

      /s/ James P. Frickleton
James P. Frickleton      MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

Attorney for Plaintiff