UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL DOCKET NO. 1657 |
| This document relates to: ) 2:06cv9757 ) | SECTION L |
| JO LEVITT, ) Plaintiff ) v. ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |
| MERCK & CO., INC., ) Defendant. ) | |

**DECLARATION OF PLAINTIFF'S COUNSEL
IN SUPPORT OF MOTION TO WITHDRAW**

In support of the Motion to Withdraw, plaintiff's counsel hereby declares:

1. Counsel communicated with plaintiff regarding the proposed settlement and confirmed plaintiff does not wish to participate in the settlement.

2. Counsel has explained that they can no longer represent plaintiff in her action, due to the requirements set forth in the Master Settlement Agreement and particularly Sections 1.2.7 and 1.2.8.2.

3. Plaintiff confirmed her understanding of the foregoing, and she consents to counsel's withdrawal from representation of the case.

/s/ James P. Frickleton
James P. Frickleton        MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

Attorney for Plaintiff