UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL DOCKET NO. 1657 |
| This document relates to: 2:06cv9757 | ) ) SECTION L |
| JO LEVITT, Plaintiff | ) JUDGE FALLON ) |
| v. | ) MAG. JUDGE KNOWLES ) |
| MERCK & CO., INC., Defendant. | ) ) ) |

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Bartimus Frickleton, et al.; Wagstaff & Cartmell LLP; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, James P. Frickleton, to reflect these changes.

IT IS SO ORDERED.

Dated: _____      _____
                                    Hon. Eldon Fallon
                                    United States District Court Judge