

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 9 2008
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 22 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-134)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,699 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED MAY 9 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

May 8, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-134)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 22, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   Judge Richard H. Kyle; Judge George B. Daniels
     Transferor Clerks:   Richard Sletten; J. Michael McMahon

JPML Form 36A

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                    MDL No. 1657

## SCHEDULE CTO-134 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC.L/3 |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN 0 08-912 | Betty Raymer v. Merck & Co., Inc. | | 08-3219 |
| **NEW YORK SOUTHERN** | | | |
| ~~NYS 1 08-3067~~ | ~~Marianne Raftis v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3068~~ | ~~Samuella Cadwell, et al. v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3069~~ | ~~Dean Santacrose v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3074~~ | ~~Margaret Steinhoff, et al. v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3075~~ | ~~Kevin Pitcher v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| NYS 1 08-3076 | Lori Dufresne, etc. v. Merck & Co., Inc. | | 08-3220 |
| NYS 1 08-3077 | Geraldine M. Alapeck v. Merck & Co., Inc. | | 08-3221 |
| ~~NYS 1 08-3078~~ | ~~Carolyn S. Croft v. Merck & Co., Inc.~~ | OPPOSED 5/6/08 | |
| NYS 1 08-3079 | Mary J. Mahar v. Merck & Co., Inc. | | 08-3222 |
| ~~NYS 1 08-3280~~ | ~~Helen Bilik, et al. v. Pfizer Inc., et al.~~ | OPPOSED 5/6/08 | |
| ~~NYS 1 08-3291~~ | ~~Carol Adelberg, et al. v. Pfizer Inc., et al.~~ | OPPOSED 5/6/08 | |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-134)

Ronald R. Benjamin
LAW OFFICES OF RONALD R BENJAMIN
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Jan R. McLean Bernier
HALLELAND LEWIS NILAN & JOHNSON
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Gale Diane Pearson
PEARSON RANDALL & SCHUMACHER PA
100 South Fifth Street
Suite 1025, Fifth Street Towers
Minneapolis, MN 55402

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588