UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Linda Grant, et al v. Merck et al; | * | MAGISTRATE JUDGE KNOWLES |
| 2:05-cv-00451 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED CLASS ACTION COMPLAINT

NOW COME Plaintiffs, LINDA GRANT, Individually, and on behalf of all others similarly situated by and through their attorneys, THE LAW GROUP, LTD. (FORMERLY KNOWN AS "KENNETH B. MOLL & ASSOCIATES, LTD."), and seek leave of Court to amend said Complaint to remove foreign claimants only.  This motion should be granted because (a) the Amended Complaint is unopposed, (b) Plaintiffs have not acted with undue delay, bad faith or dilatory motive, (c) Defendant will not be prejudiced by such relief, and (d) the amendment is not futile. *Forman v. Davis*, 371 U.S. 178, 182 (1962).

BACKGROUND

Plaintiffs originally filed this action in the Northern District of Illinois, Eastern Division, Docket No. 04C 6407.  The matter was then transferred to the United States District Court for the Eastern District of Louisiana.  Plaintiffs now move to remove foreign claimants only. See proposed complaint attached as "Exhibit A".

1

## LEGAL ARGUMENT

Under the Federal Rules of Civil Procedure, leave to amend a complaint shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Rule 15 allows a party to amend the party's pleading once as a matter of course.  Furthermore, Rule 15 states that a party may amend the party's pleading by leave of court or by written consent of the adverse party. Merck does not consent to Plaintiffs' Motion to Amend.

A district court has discretion to deny a party's request for leave to amend if it is apparent from the record that (1) the moving party has demonstrated undue delay, bad faith or dilatory motives, (2) the amendment would be futile, or (3) the amendment would prejudice the other party. *Id.*   There is no evidence or support for any of these factors in this proceeding.

There has not been any delay in seeking this amendment and granting leave to amend will not prejudice Defendant in any way.  The instant motion, moreover, is unopposed.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court grant them leave of Court to amend the instant complaint that removes Foreign claimants only.

RESPECTFULLY SUBMITTED,


By: _____/S/_____
Pamela G. Sotoodeh, Esq.
Kurt D. Hyzy, Esq.
THE LAW GROUP, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

Motion for Leave to File First Amended Class Action Complaint

## CERTIFICATE OF CONFERENCE

I, Pamela G. Sotoodeh, hereby certify that I have spoken with Defense Counsel Karl Thompson with O'Melveny & Meyers, LLP regarding the filing of the amended complaint, and he advised that they are unopposed with the filing of Plaintiffs' First Amended Class Action Complaint. We therefore submit same to the Honorable Court for determination.

_____/s/_____
Pamela G. Sotoodeh

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Plaintiffs' First Amended Class Action Complaint, First Amended Class Action Complaint, with attached Order has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre- Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _____ day of May, 2008.

Phillip Wittmann
Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Motion for Leave to File First Amended Class Action Complaint

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Karl Thompson
O'Melveny & Meyers

1625 Eye Street, NW
Washington, DC 20006

_____

Pamela G. Sotoodeh, #6824622

THE LAW GROUP, LTD.