UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Linda Grant, et al v. Merck et al; | * | MAGISTRATE JUDGE KNOWLES |
| 2:05-cv-00451 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR LEAVE

After considering Plaintiff, LINDA GRANT's, individually and on behalf of all others similarly situated Motion for Leave to File Plaintiff's First Amended Class Action Complaint, and any response, the court hereby finds the motion good. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that said Motion for Leave to File Plaintiffs' First Amended Class Action be hereby GRANTED.

NEW ORLEANS, LOUISIANA, THIS _____ day of _____, 2008.

 

_____
DISTRICT JUDGE