## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | : |
| | :   MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | :   SECTION L |
| | : |
| This document relates to All Actions | :   JUDGE FALLON |
| | :   MAG. JUDGE KNOWLES |
| | : |

### PLAINTIFF'S STEERING COMMITTEE'S MOTION TO
### EXTEND THE DATE OF IMPLEMENTATION OF PRETRIAL ORDER NO. 6C

## I.      INTRODUCTION

The Plaintiff's Steering Committee ("PSC") hereby moves this Court to extend the date of

the reporting obligations of Pretrial Order No. 6C for an additional thirty (30) days.  In Pretrial

Order No. 6C, the Court implemented a procedure by which the reporting of common benefit time

of Negotiating Plaintiff's Counsel ("NPC") and others would begin by May 30, 2008.  For good

cause shown below, the PSC respectfully requests that the implementation date of Pretrial Order No.

6C be extended four weeks, until June 30, 2008.

## II.     ARGUMENT

Negotiating Plaintiff's Counsel, consisting of Russ Herman, Andy Birchfield, Christopher

Seeger, Arnold Levin, Edward Blizzard and Thomas Girardi, were principally responsible on behalf

of plaintiffs to negotiate the Settlement Program that was presented to the Court on November 9,

2007. Consistent with this Court's directive, NPC and others working at their direction maintained

the confidentiality of their efforts, in part, by not reporting their time and expense reports revealing

their efforts.  In Pretrial Order No. 6C, this Court implemented a procedure by which NPC and those

counsel working at their behest would be permitted to report their "Vioxx Special" time and expenses in accordance with Pretrial Order No. 6. Pretrial Order No. 6C, required that such reporting would take place by May 30, 2008. Pretrial Order No. 6C issued on April 10, 2008.

The PSC is aware of counsel's efforts to comply with Pretrial Order No. 6C. The PSC is also aware that delaying the operative date of Pretrial Order No. 6C by 30 days would be in the best interest of the affected counsel. These counsel have been occupied with the implementation of the Settlement Program and the additional time would allow them to accurately and completely prepare their Vioxx Special presentations. In addition, the extension of time for the implementation of Pretrial Order No. 6C from May 30, 2008 until June 30, 2008 will not prejudice any party in the litigation.

Accordingly, the deadline imposed by Pretrial Order No. 6C should be extended for 30 days.

## III.   CONCLUSION

For the reasons set forth above, the PSC respectfully requests that its motion to extend the date of implementation of Pretrial Order No. 6C for thirty days should be granted.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date:   May 15, 2008                    By:_____/s/ Leonard A. Davis_____
                                             **Russ M. Herman (Bar No. 6819)**
                                             Leonard A. Davis (Bar No. 14190)
                                             Stephen J. Herman (Bar No. 23129)
                                             *Herman, Herman, Katz & Cotlar, L.L.P.*
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Telephone: (504) 581-4892
                                             Facsimile: (504) 561-6024

                                             **PLAINTIFFS' LIAISON COUNSEL**

2

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

3

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of May, 2008.


/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com

4