IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | : | MDL DOCKET NO. 1657 |
| | : | |
| | : | SECTION L |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | CIVIL ACTION NO. 2:06-cv-3639 |
| | : | |
| This document relates to: | : | JUDGE FALLON |
| Alauddin Ahmed and Nazibun Ahmed, et al. | : | |
| | : | MAGISTRATE JUDGE KNOWLES |
| vs. | : | |
| | : | Transferred from USDC |
| Merck & Co., Inc. | : | Eastern District of Pennsylvania |
| | : | Case No. 3:06-cv-2022 |
| **Only with regard to:** | : | |
| Lyle Wilks and Marlene Wilks, h/w | : | |
| | : | |

**JOINT MOTION TO WITHDRAW STIPULATION OF DISMISSAL RELATING TO
PLAINTIFFS LYLE WILKS AND MARLENE WILKS,
CIVIL ACTION NO. 2:06-cv-3639
WHICH WAS FILED IN ERROR**

1. Document No. 14310, filed with this Court on May 6, 2003, is a Stipulation of Dismissal in the above-captioned case. (Lyle Wilks and Marlene Wilks, Civil Action No. 2:06-cv-3639).

2. This case was an overlap case, being handled by both Kline & Specter, P.C. and Beasley Allen, Crow, Methvin, Portis & Miles, P.C.

3. The case was enrolled by Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. in the Settlement.

4. Kline & Specter sought to dismiss their action only, but has learned that the case was not filed, but was tolled by Beasley Allen.

5. The parties wish this case to remain in the Settlement and do not wish to extinguish the claims of Mr. and Mrs. Wilks.

WHEREFORE, for the reasons set forth above, counsel undersigned respectfully requests that the previously filed Stipulation be withdrawn.

Respectfully submitted,

| KLINE & SPECTER<br>*A Professional Corporation*<br><br>By: _____<br>Thomas R. Kline, Esquire, 28895<br>Lee B. Balefsky, Esquire, 25231<br>Michelle L. Tiger, Esquire, 43872<br>Marcia F. Rosenbaum, 46832<br>Kline & Specter, P.C.<br>1525 Locust St., 19th Floor<br>Philadelphia, PA 19102<br>Phone: 215-772-1000<br>Fax:   215-735-0960<br><br>*COUNSEL FOR PLAINTIFF LISTED IN CAPTION ABOVE* | STONE PIGMAN WALTHER WITTMANN, LLC<br><br>By: _____<br>Phillip A. Wittmann, Esquire, 13625<br>Dorothy H. Wimberly, Esquire, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone 504-581-3200<br><br><br><br><br>*COUNSEL FOR DEFENDANT MERCK & CO. INC.* |

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of May, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2