UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® * | MDL Docket No. 1657 |
| * | |
| **PRODUCTS LIABILITY** * | **SECTION L** |
| **LITIGATION** * | |
| * | **JUDGE FALLON** |
| **This document relates to:** * | |
| * | |
| *Alauddin Ahmed and Nazibun* * | |
| *Ahmed, et al. v. Merck & Co., Inc.* * | **MAGISTRATE JUDGE** |
| *Docket No. 06-3639* * | **KNOWLES** |
| **(only as to Lyle Wilks and Marlene** * | |
| **Wilks, h/w)** * | |
| * | |
| ************************************** | |

## ORDER

Considering the foregoing Joint Motion to Withdraw Stipulation of Dismissal Relating to Plaintiffs Lyle Wilks and Marlene Wilks Which Was Filed in Error,,

IT IS ORDERED that the Stipulation of Dismissal be and it hereby is withdrawn.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

926701v.1