# ORDER DISMISSING UNITED KINGDOM PLAINTIFFS, DATED OCTOBER 19, 2006



LAW OFFICES
**DECHERT LLP**
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
PRINCETON PIKE CORPORATE CENTER
(MAIL TO)     P.O. BOX 5218, PRINCETON, NEW JERSEY 08543-5218
(DELIVER TO)  997 LENOX DRIVE, BUILDING THREE, SUITE 210
              LAWRENCEVILLE, NEW JERSEY 08648
              (609) 620-3200

**HUGHES HUBBARD & REED LLP**
A NEW YORK LIMITED LIABILITY PARTNERSHIP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NEW JERSEY 07302-3918
(201) 536-9220

ATTORNEYS FOR DEFENDANT MERCK & CO., INC.

**FILED**

OCT 19 2006

Carol E. Higbee, P.J.Cv.

IN RE: VIOXX® LITIGATION

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY

CASE NO. 619

CIVIL ACTION
*APPLICABLE TO ALL CASES*

**ORDER DISMISSING UNITED KINGDOM PLAINTIFFS**

THIS MATTER having being brought before the Court on Defendant's motion to dismiss the claims of the United Kingdom plaintiffs, and the Court having GRANTED the motion on October 5, 2006, and for good cause shown;

IT IS ON THIS 19th day of October, 2006, ORDERED that the following cases are hereby DISMISSED in accordance with and on the conditions specified in the October 5, 2006 Order:

| Case Name | Plaintiff's Counsel | Docket Number |
|---|---|---|
| Allen, Arthur | Locks Law Firm | ATL-L-1690-06-MT |
| Anderson, George | Locks Law Firm | ATL-L-7362-06-MT |
| Bambridge, Shirley | Locks Law Firm | ATL-L-6827-05-MT |
| Bate, Stuart | Locks Law Firm | ATL-L-4993-05-MT |
| Berry, Alan | Williams Cuker Berezofsky | ATL-L-11747-06-MT |
| Bertenshaw, Paul | Levy Phillips & Konigsberg | ATL-L-5051-05-MT |
| Bird, Judith | Locks Law Firm | ATL-L-5440-06-MT |
| Bonnett, Stephen | Locks Law Firm | ATL-L-456-06-MT |

| Case Name | Plaintiff's Counsel | Docket Number |
|---|---|---|
| Burr, Evelyn | Williams Cuker Berezofsky | ATL-L-4798-06-MT |
| Butler, Ernest | Locks Law Firm | ATL-L-9445-06-MT |
| Cavanagh, Georgina | Locks Law Firm | ATL-L-1625-06-MT |
| Chauveau, Anne | Locks Law Firm | ATL-L-5650-06-MT |
| Christie, Frances | Locks Law Firm | ATL-L-12101-06-MT |
| Clarke, Wilson | Locks Law Firm | ATL-L-3188-06-MT |
| Cleps, Sylvia | Locks Law Firm | ATL-L-6826-05-MT |
| Codona, Charles | Locks Law Firm | ATL-L-738-06-MT |
| Conroy, Dale Gordon | Williams Cuker Berezofsky | ATL-L-11680-06-MT |
| Culleton, Anthony | Locks Law Firm | ATL-L-5169-06-MT |
| Cumberlidge, Jean | Locks Law Firm | ATL-L-1677-06-MT |
| Davison, Judith | Williams Cuker Berezofsky | ATL-L-10286-06-MT |
| Devlin, Thomas | Williams Cuker Berezofsky | ATL-L-11744-06-MT |
| Done, Kevin | Williams Cuker Berezofsky | ATL-L-11679-06-MT |
| Drysdale, Joan | Locks Law Firm | ATL-L-1682-06-MT |
| Edwards, Dorothy | Williams Cuker Berezofsky | ATL-L-11676-06-MT |
| Farmer, James | Locks Law Firm | ATL-L-737-06-MT |
| Freathy, Gael | Locks Law Firm | ATL-L-454-06-MT |
| Gallacher, Thomas | Williams Cuker Berezofsky | ATL-L-7629-06-MT |
| Grady, Patrick | Locks Law Firm | ATL-L-11826-06-MT |
| Green, Robert | Locks Law Firm | ATL-L-11300-06-MT |
| Hainey, Sarah | Williams Cuker Berezofsky | ATL-L-12557-06-MT |
| Hamilton, Mary | Locks Law Firm | ATL-L-5831-05-MT |
| Hartley, Michael | Locks Law Firm | ATL-L-8988-06-MT |
| Heaton, Frank | Williams Cuker Berezofsky | ATL-L-6989-06-MT |
| Hedges, Marion | Williams Cuker Berezofsky | ATL-L-10287-06-MT |
| Hemmings, Dianne | Locks Law Firm | ATL-L-1681-06-MT |
| Herbert, Susan | Williams Cuker Berezofsky | ATL-L-12572-06-MT |
| Hoggett, Christopher | Locks Law Firm | ATL-L-5441-06-MT |
| Holden, Miriam | Locks Law Firm | ATL-L-9162-06-MT |
| Hoppins, Maire Anne | Locks Law Firm | ATL-L-4994-05-MT |
| Horne, Richard John | Williams Cuker Berezofsky | ATL-L-11674-06-MT |
| Iley, Joseph | Williams Cuker Berezofsky | ATL-L-11774-06-MT |
| Jacobs, Jeffery | Locks Law Firm | ATL-L-3876-05-MT |
| James, Andrew | Williams Cuker Berezofsky | ATL-L-11671-06-MT |
| Johnson, Annetta | Locks Law Firm | ATL-L-3191-06-MT |
| Johnstone, Agnes | Williams Cuker Berezofsky | ATL-L-12563-06-MT |
| Kanji, Roshankhanu | Williams Cuker Berezofsky | ATL-L-2451-06-MT |
| Kearns, Audrey May | Locks Law Firm | ATL-L-3873-05-MT |
| Kerr, Peter | Williams Cuker Berezofsky | ATL-L-11663-06-MT |
| Lack, Maurice | Williams Cuker Berezofsky | ATL-L-11785-06-MT |
| Law, John P | Locks Law Firm | ATL-L-4995-05-MT |

M010659529

| Case Name | Plaintiff's Counsel | Docket Number |
|---|---|---|
| Ledwith, Peter | Locks Law Firm | ATL-L-6789-06-MT |
| Lewis, John | Locks Law Firm | ATL-L-4927-05-MT |
| Little, John | Williams Cuker Berezofsky | ATL-L-8282-06-MT |
| Lucas, Gary T | Locks Law Firm | ATL-L-1687-06-MT |
| MacDonald, Ian | Locks Law Firm | ATL-L-3875-05-MT |
| Marriott, Raymond | Locks Law Firm | ATL-L-233-06-MT |
| Matthews, Ronald | Williams Cuker Berezofsky | ATL-L-9232-06-MT |
| McCann, John | Locks Law Firm | ATL-L-221-06-MT |
| McHugh, Hannah | Locks Law Firm | ATL-L-5829-05-MT |
| Morpeth, Thomas | Locks Law Firm | ATL-L-11058-06-MT |
| Morris, Allen | Locks Law Firm | ATL-L-7364-06-MT |
| Myers, Frederick | Locks Law Firm | ATL-L-6825-05-MT |
| Norton, Denys | Locks Law Firm | ATL-L-7365-06-MT |
| Norwood, Philip | Williams Cuker Berezofsky | ATL-L-6987-06-MT |
| Peacock, Owen | Locks Law Firm | ATL-L-485-06-MT |
| Peckham, Christine | Locks Law Firm | ATL-L-6990-05-MT |
| Pettefar, Valerie | Locks Law Firm | ATL-L-2497-06-MT |
| Powell, Gwnfor | Williams Cuker Berezofsky | ATL-L-12457-06-MT |
| Pughe Morgan, David | Locks Law Firm | ATL-L-1020-06-MT |
| Raven, Stephen | Williams Cuker Berezofsky | ATL-L-11660-06-MT |
| Richardson, Iris | Locks Law Firm | ATL-L-6786-06-MT |
| Rite, Ken | Locks Law Firm | ATL-L-3874-05-MT |
| Ruddick, Malcolm | Locks Law Firm | ATL-L-5455-06-MT |
| Shalders, Elizabeth | Williams Cuker Berezofsky | ATL-L-11655-06-MT |
| Sharp, Mary | Williams Cuker Berezofsky | ATL-L-9849-06-MT |
| Shore, Kenneth | Locks Law Firm | ATL-L-1683-06-MT |
| Smalley, Patricia | Locks Law Firm | ATL-L-10949-06-MT |
| Smith, Alice | Williams Cuker Berezofsky | ATL-L-11652-06-MT |
| Stella, Salvatore | Williams Cuker Berezofsky | ATL-L-7389-06-MT |
| Stewart, Henry | Locks Law Firm | ATL-L-6159-05-MT |
| Strain, Teresa | Williams Cuker Berezofsky | ATL-L-3585-06-MT |
| Swain, Joyce | Williams Cuker Berezofsky | ATL-L-9855-06-MT |
| Symington, Patrick | Williams Cuker Berezofsky | ATL-L-10284-06-MT |
| Taylor, Stephen F. | Locks Law Firm | ATL-L-5826-05-MT |
| Thomson, Diana | Williams Cuker Berezofsky | ATL-L-12560-06-MT |
| Trayner, William | Locks Law Firm | ATL-L-4981-05-MT |
| Trumper, Elsie | Williams Cuker Berezofsky | ATL-L-6984-06-MT |
| Whitaker, Daphne | Locks Law Firm | ATL-L-234-06-MT |
| White, Edmund | Williams Cuker Berezofsky | ATL-L-9227-06-MT |
| Whitehouse, Dorothy | Williams Cuker Berezofsky | ATL-L-4410-06-MT |
| Williams, Robert | Locks Law Firm | ATL-L-6824-05-MT |
| Wilson, Charles | Locks Law Firm | ATL-L-1689-06-MT |

| Case Name | Plaintiff's Counsel | Docket Number |
|---|---|---|
| Wilson, John | Locks Law Firm | ATL-L-1692-06-MT |
| Wilson, Julie | Williams Cuker Berezofsky | ATL-L-11648-06-MT |
| Wood, Margaret | Locks Law Firm | ATL-L-5171-06-MT |
| Wright, Georgina | Williams Cuker Berezofsky | ATL-L-11713-06-MT |
| Young, Ronald | Williams Cuker Berezofsky | ATL-L-11641-06-MT |
| Zauner, Kurt | Locks Law Firm | ATL-L-3112-06-MT |

_____
HON. CAROL E. HIGBEE, P.J.Cv.

M010659531