UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Linda Grant, et al v. Merck et al; | * | MAGISTRATE JUDGE KNOWLES |
| 2:05-cv-00451 | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT in relation to the above captioned case, Pamela G. Sotoodeh of THE LAW GROUP, LTD., provides this notice of her appearance as counsel of record for Plaintiffs, Linda Grant, et al.  All papers relating to this action should be served upon Pamela G. Sotoodeh at the following address:

THE LAW GROUP, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
pgs@thelawgroupltd.com

The general office telephone and facsimile numbers for those attorneys are listed below:
TEL: 312.558.6444
FAX: 312.558.1114

Respectfully submitted,

By:  /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, Esq.
**THE LAW GROUP, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.thelawgroupltd.com
National Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre- Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16TH day of May, 2008.

Phillip Wittmann
Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

                                                         _____/S/_____
                                                         Pamela G. Sotoodeh, #6824622
                                                         THE LAW GROUP, LTD.