UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Mary E. Bishop, Clayton Blackmon, Kimberly Blackmon, Sanford Levin and Richard Sommer <br><br> vs. <br><br> Merck & Co., Inc. <br><br> **Only with regard to:** <br><br> Sanford Levin | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-03477 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Case No. <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Sanford Levin, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs, subject to the following condition:

1. Merck & Co., Inc. agrees that this dismissal does not affect plaintiff's action currently pending in the Eastern District of Louisiana as case 2:06-cv-02061.

_____
Eric M. Terry
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
*Counsel for Plaintiffs*

Dated: 5/15/08

_____
Charles W. Cohen
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
*Counsel for Defendant Merck & Co., Inc.*

Dated: 5/16/08

V1013
Bishop (2).doc

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2