**MINUTE ENTRY**
**FALLON, J.**
**MAY 14, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon.  Lenny Davis, Arnold Levin, and Michael Weinkowitz participated on behalf of the Plaintiffs' Steering Committee (the "PSC").  Douglas Marvin participated on behalf of Merck. Jeanine Bermel participated on behalf of Express Scripts, Inc. ("ESI").  Lynn Greer also participated on behalf of the Claims Administrator.  At the conference, the parties discussed the status of ESI's production of pharmacy records for claimants that are participating in the Vioxx Settlement Program.

     ESI has complied the records for 296 individuals for whom it has received valid authorizations and are able to produce these records within 48 hours.  ESI shall produce those records to the PSC or the Claims Administrator within 48 hours of the date of this Minute Entry. Further, the PSC shall provide payment for any outstanding payment to ESI within 48 hours of this Minute Entry.

JS10(00:30)

The parties also discussed the information still needed by ESI regarding 51 individuals for whom they have found records based on their name but are unable to match any other information and 154 individuals for which ESI cannot locate any records. The PSC stated that it has asked these individuals' counsel for additional information and the PSC shall follow-up and shall provide whatever information it receives within ten (10) days of this Minute Entry.

