UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | Civil Action No. 2:06-CV-04181 |
| | MDL No. 1657 |
| This Document Relates to: | |
| Vicki Jean Newnham, as representative of Estate of Thomas D. Anthony v. Merck Inc., et al., | |

## PLAINTIFF'S RULE 41 VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, Vicki Jean Newnham, as representative of the Estate of Thomas D. Anthony ("Plaintiff") hereby stipulates to voluntarily dismiss her action against the Defendants with prejudice. The Plaintiff and Defendants (parties') agree to bear their own costs and expenses. All parties who have appeared in this action acknowledge their agreement hereto as evidenced by their signatures below. This Stipulation is effective upon filing with the court and binding on all parties. Should Plaintiff or a representative of Plaintiff attempt to refile their claims against Merck, Inc., they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. ' 1332.

_____
Christopher W. Luzier, Esquire
Law Offices of James F Humphreys &
Associates, L.C.
500 Virginia Street, East
Suite 800, United Center
Charleston, WV 25301
(304) 347-5050

Dated: 2-25-08

_____
[Attorney for Merck & Co., Inc.]
[Firm Name, Address and Telephone]
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200

Dated: 5/19/08

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2