- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMED, INC.; ET AL<br>    Plaintiffs | CIVIL ACTION NO. 08-1633 |
| VERSUS | SECTION "L" |
| BROWNGREER, PLC, US BANCORP,<br>INC., AND JOHN DOES<br>    Defendants | MAGISTRATE (3) |

# ORDER

Considering the foregoing Unopposed Motion for Extension of Time to Answer;

IT IS ORDERED that defendants, BROWNGREER, PLC and US Bancorp, Inc., be and same are hereby granted an extension of time of thirty (30) days.

New Orleans, Louisiana, this  15th  day of May, 2008.

_____
JUDGE

- 1 -