# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Locklar | First: Benjamin | Middle: L. |
| **Name of Law Firm** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |
| **Current Address** | Street: 234 Commerce Street | | |
| | City: Montgomery | State: AL   Zip: 36104 | Country: USA |
| **Telephone Number** | 334-269-2343   **Facsimile** 334-954-7555 | **Email** ben.locklar@beasleyallen.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Hayes | First: Robert | Middle: L. |
| **Plaintiff Address** | Street: 5217 Red Oak Drive | | |
| | City: Oxford | State: AL   Zip: 36203 | Country: USA |
| **Telephone Number** | (256) 831-4280   **Facsimile** NONE | **Email** NONE | |
| **Case Caption** | Sherrill Grove, et al. v. Merck & Co., Inc.   (Robert L. Hayes) | | |
| **Case Number** | 06-10160 | | |
| **Court Where Case is Pending** | U.S. District Court of the Eastern District of Louisiana MDL - 1657 | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Hayes | First: Terry | Middle: |
| **Address** | Street: 1107 Robertson Road | | |
| | City: Anniston | State: AL   Zip: 36207 | Country: USA |
| **Telephone Number** | (256) 238-1166   **Facsimile** NONE | **Email** NONE | |
| **Relationship to Plaintiff** | ☐ Friend   ☒ Relative (specify relationship: Daughter-in-law ) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 12 / 08 . (*Record Docket No.*  14412  )
Month   Day   Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  05 / 19 / 08
(Month/Day/Year)

/s/ Benjamin L. Locklar
Counsel

#343319                                    2