| Table 2 – Deep Venous Thrombosis (DVT) in Various Vioxx Clinical Trials ||||||
| :---: | :---: | :---: | :---: | :---: | :---: |
| (Vioxx versus placebo comparison based on confirmed thrombotic events) ||||||
| Reference | Study | Vioxx and Comparator | Total Number of Patients in Study | Number of DVT Events in Study | Percentage of Patients with DVT Events |
| March 22, 2004 submission to the FDA (Table 14) | **Final Pooled Analysis** | | | | |
| | | Vioxx | 7296 | 1 | 0.014% |
| | | Placebo | 4848 | 0 | 0.000% |
| APPROVe CV CSR Table 33 | **APPROVe (122)** | | | | |
| | | Vioxx | 1287 | 1 | 0.078% |
| | | Placebo | 1299 | 3 | 0.231% |
| Kerr (Table 3) | **VICTOR (145)** | | | | |
| | | Vioxx | 1167 | 0 | 0.000% |
| | | Placebo | 1160 | 0 | 0.000% |
| Van Adelsberg (Table 3) | **ViP (201)** | | | | |
| | | Vioxx | 2369 | 0 | 0.000% |
| | | Placebo | 2372 | 0 | 0.000% |
| | **Totals (Placebo Controlled)** | | | | |
| | | Vioxx | 12119 | 2 | 0.017% |
| | | Placebo | 9679 | 3 | 0.031% |

927101v.1