*(stamp)* 19720835 LEXISNEXIS FILE & SERVE
May 7 2008

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSE[L]
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | Locklar | First | Benjamin | Middle | L. |
|---|---|---|---|---|---|---|

| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
|---|---|

| Current Address | Street | 234 Commerce Street | | | |
|---|---|---|---|---|---|
| | City Montgomery | | State AL | Zip 36104 | Country USA |

| Telephone Number | 334-269-2343 | **Facsimile** | 334-954-7555 | **Email** | ben.locklar@beasleyallen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | Melton | First | Dorothy | Middle | |
|---|---|---|---|---|---|---|

| Plaintiff Address | Street | 100 Oak Hill Drive | | | |
|---|---|---|---|---|---|
| | City Madison Heights | | State VA | Zip 24572 | Country USA |

| Telephone Number | (434) 847-8789 | **Facsimile** | NONE | **Email** | NONE |
|---|---|---|---|---|---|

| Case Caption | Sherrill Grove, et al. v. Merck & Co., Inc.   (Dorothy Melton) |
|---|---|

| Case Number | 06-10160 |
|---|---|

| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | Davis | First | Betty | Middle | |
|---|---|---|---|---|---|---|

| Address | Street | 184 Fire Oak Lane | | | |
|---|---|---|---|---|---|
| | City Rustburg | | State VA | Zip 24588 | Country USA |

| Telephone Number | (434) 821-0589 | **Facsimile** | NONE | **Email** | NONE |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☒ Relative (specify relationship: ___Sister___ ) |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 12 / 08 . (*Record Docket No.*  14419  )
        Month   Day   Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 05 / 19 / 08 <br> (Month/Day/Year) | /s/ Benjamin L. Locklar <br> Counsel |
|---|---|---|