# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Locklar | First: Benjamin | Middle: L. |
|---|---|---|---|
| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

**Current Address**
- Street: 234 Commerce Street
- City: Montgomery
- State: AL
- Zip: 36104
- Country: USA

| Telephone Number | 334-269-2343 | Facsimile | 334-954-7555 | Email | ben.locklar@beasleyallen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Chastain | First: Tom | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: 25251 County Road #1525
- City: Ada
- State: OK
- Zip: 74820
- Country: USA

| Telephone Number | (580) 436-5779 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|

| Case Caption | Patricia Barrell, et al. v. Merck & Co., Inc.  (Tom Chastain) |
|---|---|
| Case Number | 06-10175 |
| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Cape | First: Hazel | Middle: |
|---|---|---|---|

**Address**
- Street: 25251 Southeast County Road 1525
- City: Ada
- State: OK
- Zip: 74820
- Country: USA

| Telephone Number | (580) -436-5779 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  [X] Relative (specify relationship: Sister ) |
|---|---|

#343319

1

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
|---|
| (Paragraph II.C of PTO No. 36) |

| **D. COMPLIANCE WITH PTO NO. 36** |
|---|

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 9 / 08 . (*Record Docket No.*  14397  )
   Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

  1. A copy of PTO No. 36;

  2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

  3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

  4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  05 / 19 / 08
(Month/Day/Year)

/s/ Benjamin L. Locklar
Counsel

#343319                                                                2