## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last Locklar | First Benjamin | Middle L. |
|---|---|---|---|

**Name of Law Firm** Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

**Current Address**

| Street 234 Commerce Street | | | |
|---|---|---|---|
| City Montgomery | State AL | Zip 36104 | Country USA |

| Telephone Number | 334-269-2343 | Facsimile | 334-954-7555 | Email | ben.locklar@beasleyallen.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Davenport | First Darren | Middle |
|---|---|---|---|

**Plaintiff Address**

| Street 518 Martin Luther King Jr. Avenue | | | |
|---|---|---|---|
| City Jefferson | State GA | Zip 30549 | Country USA |

| Telephone Number | (706) 367-9335 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|

**Case Caption** Wilma Adair, et al. v. Merck & Co., Inc. (Darren Davenport)

**Case Number** 06-10159

**Court Where Case is Pending** U.S. District Court of the Eastern District of Louisiana MDL - 1657

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last Davenport | First Fannie | Middle |
|---|---|---|---|

**Address**

| Street 271 Martin Luther King Jr. Avenue | | | |
|---|---|---|---|
| City Jefferson | State GA | Zip 30549 | Country USA |

| Telephone Number | (706) 367-9429 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|

**Relationship to Plaintiff**   ☐ Friend   ☒ Relative (specify relationship: Sister )

#343319

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

[X]  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ___05_ / _12_ / _08_ .  (*Record Docket No.* ____14401____)
      Month   Day   Year

[X]  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | ___05_ / _19_ / _08_<br>(Month/Day/Year) | /s/ Benjamin L. Locklar<br>Counsel |
|---|---|---|

#343319                                         2