# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Locklar | First: Benjamin | Middle: L. |
|---|---|---|---|
| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

| Current Address | Street: 234 Commerce Street | | | |
|---|---|---|---|---|
| | City: Montgomery | State: AL | Zip: 36104 | Country: USA |

| Telephone Number | 334-269-2343 | Facsimile | 334-954-7555 | Email | ben.locklar@beasleyallen.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Baker | First: Mildred | Middle: |
|---|---|---|---|

| Plaintiff Address | Street: 9928 Highway 79 | | | |
|---|---|---|---|---|
| | City: Buffalo | State: TX | Zip: 75831 | Country: USA |

| Telephone Number | 903-322-7111 | Facsimile | NONE | Email | NONE |

| Case Caption | Dianne Kimm, et al. v. Merck & Co., Inc. (Mildred Baker) |
|---|---|
| Case Number | 06-10153 |
| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Mettler | First: Cindy | Middle: |
|---|---|---|---|

| Address | Street: Post Office Box 54 | | | |
|---|---|---|---|---|
| | City: Buffalo | State: TX | Zip: 75831 | Country: USA |

| Telephone Number | 903-626-7700 | Facsimile | NONE | Email | NONE |

| Relationship to Plaintiff | ☐ Friend   ☒ Relative (specify relationship: Daughter ) |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

| | |
|---|---|
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 09 / 08 . (*Record Docket No.* 14390 ) <br> <sub>Month   Day   Year</sub> |
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 05 / 19 / 08 <br> (Month/Day/Year) | /s/ Benjamin L. Locklar <br> Counsel |
|---|---|---|

#343319

2