# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Locklar | First Benjamin | Middle L. |
|---|---|---|---|

| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
|---|---|

| Current Address | Street 234 Commerce Street |
|---|---|

| | City Montgomery | State AL | Zip 36104 | Country USA |
|---|---|---|---|---|

| Telephone Number | 334-269-2343 | Facsimile 334-954-7555 | Email ben.locklar@beasleyallen.com |
|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Pagel | First Eleanor | Middle |
|---|---|---|---|

| Plaintiff Address | Street 4314 Zane Avenue North |
|---|---|

| | City Crystal, | State MN | Zip 55422 | Country USA |
|---|---|---|---|---|

| Telephone Number | 763-533-1862 | Facsimile NONE | Email NONE |
|---|---|---|---|

| Case Caption | Dianne Kimm, et al. v. Merck & Co., Inc. (Eleanor Pagel) |
|---|---|

| Case Number | 06-10153 |
|---|---|

| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last Gregor | First Linda | Middle |
|---|---|---|---|

| Address | Street 5124 Vera~ Cruz Avenue North |
|---|---|

| | City Crystal | State MN | Zip 55429 | Country USA |
|---|---|---|---|---|

| Telephone Number | 763-533-1978 | Facsimile NONE | Email NONE |
|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  [X] Relative (specify relationship: Daughter ) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D.  COMPLIANCE WITH PTO NO. 36

[X]  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 12 / 08 .  (*Record Docket No.*  14421          )
        Month   Day   Year

[X]  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 05 / 19 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar Counsel |

#343319                                                    2