# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Locklar | First: Benjamin | Middle: L. |
| **Name of Law Firm** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

**Current Address**
- Street: 234 Commerce Street
- City: Montgomery   State: AL   Zip: 36104   Country: USA

**Telephone Number:** 334-269-2343   **Facsimile:** 334-954-7555   **Email:** ben.locklar@beasleyallen.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Funcke | First: Nancy | Middle: |

**Plaintiff Address**
- Street: 314 East Lincoln Street Box 20
- City: Monroe   State: IA   Zip: 50170   Country: USA

**Telephone Number:** (641) 259-2912   **Facsimile:** NONE   **Email:** NONE

**Case Caption:** Meredith Gray, et al. v. Merck & Co., Inc.   (Nancy Funcke)

**Case Number:** 06-10156

**Court Where Case is Pending:** U.S. District Court of the Eastern District of Louisiana MDL - 1657

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

**Address**
- Street:
- City:   State:   Zip:   Country:

**Telephone Number:**   **Facsimile:**   **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☐ Relative (specify relationship: _____ )

#343319

1

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
|:---:|
| (Paragraph II.C of PTO No. 36) |

| **D. COMPLIANCE WITH PTO NO. 36** |
|---|

| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 12 / 08 . (*Record Docket No.* 14406 ) <br> Month  Day  Year |
|---|---|
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|:---:|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 05 / 19 / 08 <br> (Month/Day/Year) | /s/ Benjamin L. Locklar <br> Counsel |
|---|---|---|

#343319

2