## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | ) | |
| In re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | JUDGE FALLON |
| | ) | |
| MDL No. 05-0451 | ) | MAG. JUDGE KNOWLES |
| | ) | |

### DEFENDANT MERCK & CO., INC.'S WITHDRAWAL OF MOTION FOR AN ORDER TO SHOW CAUSE AS IT RELATES TO *GRANT, ET AL. V. MERCK, ET AL.*, NO. 05-0451

On May 16, 2008, Merck moved for an Order to Show Cause why the foreign individual cases in this MDL proceeding should not be dismissed under the doctrine of *forum non conveniens*. *Grant, et al. v. Merck, et al.*, No. 05-0451, was among the cases listed in the caption to that motion. However, on May 15, 2008—the day before Merck filed its motion for an Order to Show Cause—the plaintiffs in *Grant* filed an Unopposed Motion for Leave to File a First Amended Class Action Complaint, seeking leave of the Court to amend their complaint to remove the foreign claimants. In light of the *Grant* plaintiffs' unopposed motion to remove the foreign claimants from their case, Merck hereby withdraws its motion for an Order to Show Cause (which is directed at cases filed on behalf of foreign plaintiffs) as it relates to *Grant* only.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of Motion as to *Grant* case has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of May, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

2

927173v.1