UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *John Street v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 11076 | § | DANIEL E. KNOWLES III |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff John Street, and all associated counsel as identified in the attorney by line below, hereby move the Court for an order allowing her to withdraw as counsel of record for Plaintiff in the above-captioned multidistrict litigation. Plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiff of her intent to withdraw. Counsel for Plaintiff also disclaims any financial interest in Plaintiff's claim. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address: 1600 Inner Urban Circle, Hillsboro, IL 62049.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

Dated this 29th day of April, 2008.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

**SANFORD PINEDO LLP**

By: _____
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet Street
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

**Goldenberg Heller Antognoli Rowland Short & Gori, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Tel: (618) 656-5150
Fax: (618) 656-6230

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April 2008.

_____
Shelly A. Sanford