UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:**   *Romine, Glen v. Merck & Co., Inc. et al.*
                                *Civil Action No. 2:07cv00377*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Glen Romine ("Plaintiff") and voluntarily dismisses his claim without prejudice against Granite City CVS Pharmacy Inc. Plaintiff has never perfected service on Granite City CVS Pharmacy Inc.

Plaintiff has previously dismissed his claim against Merck on August 15, 2007.

Respectfully Submitted by:

Dated: April 29, 2008

Robert D. Rowland #6198915
Goldenberg Heller Antognoli
Rowland Short & Gori, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Telephone: (618) 656-5150
Facsimile: (618) 656-6230

*Attorneys for Plaintiff*

Page 1 of 2

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____