UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *John Street v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 11076 | § | DANIEL E. KNOWLES III |

## ORDER

On April 29, 2008, Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff John Street, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be ~~granted~~ DENIED. See the Court's Order at Rec. Doc. 14347.

~~IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Shelly A. Sanford of SANFORD PINEDO LLP and GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. withdraw as counsel for Plaintiff John Street.~~

~~IT IS SO ORDERED.~~

May 12, 2008.
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____