FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 14  PM 1: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® § | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION § | SECTION L |
| This document relates to: § | JUDGE ELDON FALLON |
| *Jeannette Lasky v. Merck & Co., Inc., et al.* § <br> Docket Number: 2:06cv 2086 § | MAGISTRATE JUDGE <br> DANIEL E. KNOWLES III |

## ORDER

On April 29, 2008, Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff Jeannette Lasky, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be ~~granted~~ DENIED. See the Court's Order at Rec. Doc. 14347.

~~IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Shelly A. Sanford of SANFORD PINEDO LLP and GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. withdraw as counsel for Plaintiff Jeannette Lasky.~~

IT IS SO ORDERED.

May 12, 2008.
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No._____