FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 14  PM 1: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:     *Romine, Glen v. Merck & Co., Inc. et al.*
                              *Civil Action No. 2:07cv00377*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice

IT IS ORDERED, that Plaintiff's claim against Granite City CVS Pharmacy Inc. in the above styled lawsuit is hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUIISIANA, this 12th day of May, 2008.

_____
DISTRICT JUDGE

Page 2 of 2

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____