

# Herman, Herman, Katz & Cotlar
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892    Facsimile: (504) 561-6024
http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

May 16, 2008

<u>Via E-Mail Only</u>

Ann B. Oldfather, Esq.
The Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208
aoldfather@oldfather.com

RE:   *In re: Vioxx Products Liability Litigation*
      MDL 1657

Dear Ann:

I received your e-mail of May 14, 2008, and appreciate receipt of the transcript of the hearing of April 25, 2008 and the Order.

With respect to your inquiry as to whether the PSC will be addressing these issues, be advised that the PSC will not be taking on these issues and that the issues raised in your motion need to be addressed by you. The PSC has not and will not be developing a trial package for cases other than MI and Strokes. The MI trial package has been presented to the Court and a complete review by Judge Fallon has taken place. The Stroke trial package is to be presented to the Court at the May 22, 2008 status conference.

As I have previously indicated to you, the depository located here in New Orleans is available should you desire to review any of the materials that have been produced by Merck and third parties in this litigation. Anytime you would like to visit the depository to review materials, we will be able to accommodate you. Please let me know when you would like to visit so that we can schedule a convenient time, if you choose to review documents.

With respect to Pre-Trial Order No. 28, you should be aware that the PSC does not oppose the Order and, in fact, supports the Order. It is important to understand that Judge Fallon has indicated that he would like to get a grasp and complete understanding of "the universe" of cases that are not enrolled in the Settlement Program. Specifically, he would like to know the number and type of cases that various plaintiffs desire to pursue in the wake of the Settlement Program. Pre-

May 16, 2008
Page 2

Trial No. 28 provides a mechanism for the Court to get this understanding and enables Judge Fallon to manage the balance of the cases that remain in the litigation.

Thus far the PSC has focused primarily on myocardial infarction and ischemic stroke cases. However, the discovery that the PSC sent out also encompassed requests that relate to other injuries caused or that may have resulted from Vioxx. The responses to this discovery are all contained in the depository. The PSC's work product, as indicated above, has resulted in the preparation of trial packages for MI and Strokes. A survey of the cases filed in the MDL reveals that there are a myriad of injuries that have been alleged to have been caused by Vioxx. We appreciate that you have focused on deep vein thrombosis and pulmonary embolism cases. Other lawyers may have focused on other alleged injuries. The decision to prepare trial packages for MI and Strokes was carefully considered and a tremendous amount of analysis went into reviewing the injuries caused by Vioxx and the studies relating to Vioxx. The discovery that the PSC has taken will aid and assist you in preparing and trying your cases. The discovery collected by the PSC from Merck relating to Vioxx is in no way limited as to particular injury and we believe it comprises a wide range of clinical trial data, adverse experience reports, U.S. labeling discussions and science and marketing documents without regard to any particular injury discussed.

We expect that the trial package will be available sometime following the Court's status conference on May 22, 2008. Much of the work performed by the PSC in preparing the trial packages has been utilized in the various trials throughout the country and certainly you should have access to all of the information that was made public in these trials. I presume you have these transcripts and if you need copies, please let us know.

Should you care to discuss this further, please feel free to contact me.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
cc:    Russ M. Herman, Esq.
        Plaintiffs' Steering Committee
        Plaintiffs' Negotiating Committee
        Fred Longer, Esq.
        Leigh O'Dell, Esq.
        David Buchanan, Esq.