

**United States Federal Court
For Eastern District of Louisiana
Judge Fallon**

Case No. Civil 06-1699

Petty v. Merck & Co. Inc.

Product Liability MDLJP 1657

## Notice and Demand

Plaintiff, Joan M. Petty, has done everything possible to with drawl from the Product Liability case 06-1699 in the United States Federal Court, now files a Notice and Demand that I No longer in pursue of the Product Liability Case 06-1699. As of October 9, 2007 Robert Fenstersheib and Associates did not represent me in any legal matters. Copy of letter attached with signature card.

On February 23, 2008 I again sent a formal Notice to whom it may concern that case 06-1699 I unequivately cease all participation in this Product Liability case filed in the Southern District of Florida. 06-14041.

Robert Fenstersheib, and Associates have not filed any documents on the docket since 2006 and should be noted that I do not want to pursue this Product Liability case 06-1699. Further note Robert Fensterseib and Associates by order of the court withdrew from all legal representation.

Therefore, Plaintiff, as her own representative does file this Notice and Demand to Estoppel the Product Liability. This is Notice and Demand that the Court issue a withdrawal order to dismiss this Product Liability case 06-1699 immediately.

Submitted by: *Joan M Petty*    4-8-08
Joan M. Petty, Pro Se Litigant    Date
1525 Lake Clay Dr.
Lake Placid, Florida 33852
Phone/Fax 863-699-5422

**ESTOPPEL BY RECORD
EXHIBIT RICO CASE 07-31094**

1

**AFFIDAVIT:**

First duly sworn before and known to me as Joan M. Petty, Plaintiff on this Day of April 9, 2008. Does affirme that all the foregoing statements attached Are true and to the best of her knowledge.

Further states that she has served the following by US. Postal Service.

On this day 9 April, 2008.

Submitted by: *Joan M Petty*
Joan M. Petty
1525 Lake Clay Dr.
Lake Placid, Florida 33852

Date 4-9-08
Notary Public *[signature]*
Signature
Seal:
MICHELE L. SHAW
Notary Public, State of Florida
My comm. expires Dec. 6, 2011
Comm. No. DD740043

## Certificate of Service: List

United States Federal Court
Eastern District of Louisiana
Judge Fallon
New Orleans, LA 70130
Attention Docket Clerk Graybill

Russ Herman
820 O'Keefe Ave.
New Orleans, LA 70113

Barbara B. Litten
Suite 1900
777 S. Flagler Dr.
Phillips Point West
West Palm Beach, FL. 33401

Dorothy H. Wittmann
546 Carondelet St.
New Orleans, Louisiana 70130

Clerck of Courts C. Fulbruge III
US. Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

and Others: