To: Attorney Robert J. Fenstersheib Law Offices et al.,
　　of Hallandale, FL 33009
From: Joan M. Petty of Lake Placid, FL 33852, client

　　Please take note of this firm request: <u>Take no action</u> on my behalf concerning any and all dealings to do with me or any legal proceeding concerning me, effective immediately, no exceptions.

　　If you make contact of any sort to anyone anywhere on any of my concerns it must be directly to me. Should you have advice for me please contact me directly by phone, fax, email or mail.

　　This firm request stands, henceforth, until further notice is given you to you, or your firm, by me, Joan M. Petty, the undersigned.

　　Please acknowledge receipt of this instruction today, October 10, 2007. Sent by email, fax, and phone October 9th and/or 10th, 2007 and followed by a return receipt U.S. Mail Postal Delivery.

　　Thank you.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　Joan M. Petty

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Robert J Fenstersheib
& Associates P.A.
570 West Hallendale Beach Blvd.
Hallendale Beach, FL
33009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]　　☐ Agent　☐ Addressee

B. Received by (Printed Name)　　C. Date of Delivery
　　　　　　　　　　　　　　　　　10/12/07

D. Is delivery address different from item 1?　☐ Yes
　If YES, enter delivery address below:　　☐ No

3. Service Type
　☒ Certified Mail　　☐ Express Mail
　☐ Registered　　　☐ Return Receipt for Merchandise
　☐ Insured Mail　　☐ C.O.D.

4. Restricted Delivery? (Extra Fee)　　☐ Yes

Article Number
(Transfer from service label)　　7006 0100 0003 6013 9671

Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540