# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Patricia J and Warner L Oakes, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Civil No.: 2:07-cv-1999 |
| ) | |
| Merck & Co., Inc., ) | |
| ) | |
| Defendant ) | |

## **W I T H D R A W A L**

MR. CLERK:

Please enter our WITHDRAWAL as counsel for Patricia J. Oakes and Warner L. Oakes, Plaintiffs in the above-entitled case.

Dated at Dover, NH on the 16th day of May, 2008.

                                                /s/ D. Michael Noonan
                                                D. Michael Noonan, Esq.
                                                Shaheen & Gordon, P.A.
                                                P.O. Box 977
                                                140 Washington Street
                                                Dover, NH 03821-0977
                                                (603) 749-5000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Withdrawal has on this date been forwarded to Patricia Elaine Lowry, Esquire; Dori Katrine Stibolt, Esquire; John B. T. Murray, Jr., Esquire, counsel for Defendant Merck & Co Inc., and Russ M. Herman, Esquire, Plaintiff's Liaison Counsel, Phillip Wittmann, Esquire, Defendant's Liaison Counsel and Patricia & Warner Oakes, Plaintiffs.

                                                /s/ D. Michael Noonan
Date:                                        D. Michael Noonan