UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Patricia J and Warner L Oakes, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Civil No.: 2:07-cv-1999 |
| | ) |
| Merck & Co., Inc., | ) |
| | ) |
| Defendant | ) |

**PROPOSED ORDER**

Plaintiff's Withdrawal is hereby granted.

Dated: _____

Justice