UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | Case No. 08-1633 |
| | * | |
|    AvMed, Inc.; Aetna, Inc.; Arkansas Blue | * | SECTION L |
|    Cross and Blue Shield, A Mutual Insurance | * | |
|    Company; HMO Partners, Inc. d/b/a Health | * | JUDGE ELDON E. FALLON |
|    Advantage; USAble Life; BCBSD, Inc. | * | |
|    d/b/a Blue Cross Blue Shield of Delaware; | * | MAGISTRATE JUDGE |
|    Blue Cross & Blue Shield of Mississippi; | * | KNOWLES |
|    Blue Cross & Blue Shield of Rhode Island; | * | |
|    Blue Crosse and Blue Shield of Arizona, | * | |
|    Inc.; Blue Cross and Bleu Shield of Kansas, | * | |
|    Inc.; Blue Cross and Blue Shield of | * | |
|    Massachusetts, Inc.; Blue Cross and Blue | * | |
|    Shield of North Carolina; Blue Cross and | * | |
|    Blue Shield of Vermont; Blue Cross Blue | * | |
|    Shield Association; BlueCross and | * | |
|    BlueShield of Florida, Inc.; BlueCross | * | |
|    BlueShield of Tennessee; CareFirst, Inc.; | * | |
|    Connecticut General Life Insurance | * | |
|    Company; Government Employee's Health | * | |
|    Association, Inc.; Great-West Life & | * | |
|    Annuity Insurance Company; Group Health | * | |
|    Incorporated; The Guardian Life Insurance | * | |
|    Company of America; Harvard Pilgrim | * | |
|    Health Care, Inc.; Hawaii Medical Service | * | |
|    Association; Health Net, Inc.; Highmark, | * | |
|    Inc.; Highmark West Virginia Inc. d/b/a | * | |
|    Mountain State Blue Cross and Blue Shield; | * | |
|    HIP Health Plan of New York; Humana, | * | |
|    Inc.; Johns Hopkins HealthCare LLC; KPS | * | |

|   |   |
|---|---|
| Health Plans; Medical Mutual of Ohio; Nordia Mutual Insurance Company; Premera Blue Cross; Priority Health; Regence BlueCross BlueShield of Oregon; Regence BlueCross BlueShield of Utah; Regence BlueShield of Idaho; Regence BlueShield; Asuris Northwest Health; Regence Life and Health Insurance Company; Trustmark Life Insurance Company and Trustmark Insurance Company; UnitedHealth Group Incorporated; Vista Healthplan, Inc.; Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa; Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota; and Wellmark Health Plan of Iowa, Inc., | * |
|  Plaintiffs, | * |
|  v. | * |
| Brown Greer PLC; U.S. Bancorp, Inc.; and John Does, | * |
|  Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   ALL PARTIES

PLEASE TAKE NOTICE that counsel for Defendants, US Bank National Association and BROWNGREER, will bring on for hearing its Motion To Sever on the 4th day of June 2008 at 9:00 a.m., or at the next Vioxx MDL Status Conference, before the Honorable Eldon E. Fallon,

United States District Judge for the Eastern District of Louisiana.

                        Respectfully submitted,

                        IRWIN FRITCHIE URQUHART & MOORE, LLC

                        */s Monique M. Garsaud*
                        JAMES B. IRWIN (Bar No. 7172), T.A.
                        MONIQUE M. GARSAUD (Bar No. 25393)
                        400 Poydras Street, Suite 2700
                        New Orleans, Louisiana  70130
                        Telephone:  (504) 310-2100
                        Facsimile:  (504) 310-2101
                        Email:  jirwin@irwinllc.com
                                    mgarsaud@irwinllc.com

                        *Attorneys for BROWNGREER, PLC*
                        *and US Bank National Association*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion to Sever has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May 2008.

                        */s Monique M. Garsaud*