UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | Case No. 08-1633 |
| | * | |
|     AvMed, Inc.; Aetna, Inc.; Arkansas Blue | * | SECTION L |
|     Cross and Blue Shield, A Mutual Insurance | * | |
|     Company; HMO Partners, Inc. d/b/a Health | * | JUDGE ELDON E. FALLON |
|     Advantage; USAble Life; BCBSD, Inc. | * | |
|     d/b/a Blue Cross Blue Shield of Delaware; | * | MAGISTRATE JUDGE |
|     Blue Cross & Blue Shield of Mississippi; | * | KNOWLES |
|     Blue Cross & Blue Shield of Rhode Island; | * | |
|     Blue Crosse and Blue Shield of Arizona, | * | |
|     Inc.; Blue Cross and Bleu Shield of Kansas, | * | |
|     Inc.; Blue Cross and Blue Shield of | * | |
|     Massachusetts, Inc.; Blue Cross and Blue | * | |
|     Shield of North Carolina; Blue Cross and | * | |
|     Blue Shield of Vermont; Blue Cross Blue | * | |
|     Shield Association; BlueCross and | * | |
|     BlueShield of Florida, Inc.; BlueCross | * | |
|     BlueShield of Tennessee; CareFirst, Inc.; | * | |
|     Connecticut General Life Insurance | * | |
|     Company; Government Employee's Health | * | |
|     Association, Inc.; Great-West Life & | * | |
|     Annuity Insurance Company; Group Health | * | |
|     Incorporated; The Guardian Life Insurance | * | |
|     Company of America; Harvard Pilgrim | * | |
|     Health Care, Inc.; Hawaii Medical Service | * | |
|     Association; Health Net, Inc.; Highmark, | * | |
|     Inc.; Highmark West Virginia Inc. d/b/a | * | |
|     Mountain State Blue Cross and Blue Shield; | * | |
|     HIP Health Plan of New York; Humana, | * | |
|     Inc.; Johns Hopkins HealthCare LLC; KPS | * | |
|     Health Plans; Medical Mutual of Ohio; | * | |
|     Nordia Mutual Insurance Company; | * | |
|     Premera Blue Cross; Priority Health; | * | |
|     Regence BlueCross BlueShield of Oregon; | * | |
|     Regence BlueCross BlueShield of Utah; | * | |
|     Regence BlueShield of Idaho; Regence | * | |
|     BlueShield; Asuris Northwest Health; | * | |
|     Regence Life and Health Insurance | * | |
|     Company; Trustmark Life Insurance | * | |
|     Company and Trustmark Insurance | * | |

Company; UnitedHealth Group                  *
Incorporated; Vista Healthplan, Inc.;        *
Wellmark, Inc. d/b/a Wellmark Blue Cross     *
and Blue Shield of Iowa; Wellmark of South   *
Dakota, Inc. d/b/a Wellmark Blue Cross and   *
Blue Shield of South Dakota; and Wellmark    *
Health Plan of Iowa, Inc.,                   *
                                             *
              Plaintiffs,                         *
                                             *
v.                                           *
                                             *
Brown Greer PLC; U.S. Bancorp, Inc.; and     *
   John Does,                              *
                                             *
              Defendants.                         *
                                             *
* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Sever;

IT IS ORDERED by the Court that said Motion to Sever be and is hereby granted.

New Orleans, Louisiana, this _____ day of May, 2008.

                                                        _____
                                                        JUDGE