# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * * * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * * | MAGISTRATE JUDGE KNOWLES |
| Mercer, Larry et al. v. Merck & Co. Inc., Docket Number 2:05-cv-05677; and only regarding Deborah Gossnell, George Luther Gregg, Brenda K. Jackson, Wesley Gene Jenkins, and Peggy Owens. | * * * * * * | |

* * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of the above mentioned Plaintiffs against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

ROGER L. DEMIK,
ATTORNEY AT LAW
By: _____
Roger L. Demik, Esq.
Roger L. Demik, Attorney at Law
348 Overlook Drive
Post Office Box 459
Lebanon, VA 24266
Phone: 276-889-1182

STONE PIGMAN WALTHER
WITTMANN, L.L.C.
By: _____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Plaintiff Listed in Caption Above*
Dated: May 20, 2008

*Counsel for Defendant Merck & Co., Inc.*
Dated: 5/20/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of May, 2008.

*/s/ Dorothy H. Wimberly*

60289591_1.DOC