Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>Freida Burnside,<br>         Plaintiff<br><br>vs.<br><br>Merck & Co., INC., a foreign corporation<br>         Defendant. | MDL Docket NO. 1657<br><br>Judge Eldon E. Fallon<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF FRIEDA BURNSIDE**<br><br>CASE NO: 2:06-cv-4170-EEF-DEK |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Frieda Burnside, originally filed in the US District Court, District of Minnesota, and then transferred later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed with prejudice. The parties shall each bear their own costs.

1
2        Respectfully submitted:
3
4   Dated: 5-2-08            By: *Frieda Burnside*
                             Frieda Burnside
5
6   Dated: 5-5-08            By: _____
                             Jeffrey A. Bowersox, OSB # 81442
7                            Email: Jeffrey@BLFpc.com
                             BOWERSOX LAW FIRM, P.C.
8                            111 S.W. Columbia St., Suite 1000
                             Portland, Oregon 97201
9                            Telephone: (503) 452-5858
                             Facsimile: (503) 525-4833
10
                             Daniel E. Becnel, Jr., LA Bar #2929
11                           Matthew B. Moreland, LA Bar #24567
                             Kevin P. Klibert, LA Bar #26954
12                           LAW OFFICES OF DANIEL E. BECNEL, JR.
                             106 W. Seventh Street
13                           Post Office Drawer H
                             Reserve, LA 70084
14                           Telephone: (985) 536-1186
                             Facsimile: (985) 536-6445
15
                             Attorneys for Plaintiff Frieda Burnside
16
17  Dated: 5/20/08           By: *Phil Wittmann*
                             Phillip A. Wittmann, Esq.
18                           Stone, Pigman, Walther & Wittmann, LLC
                             546 Carondelet Street
19                           New Orleans, LA 70130
                             Telephone: (504) 581-3200
20                           Facsimile: (504) 581-3361
21                           Defendant's Liaison Counsel
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2