UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br><br>SULEMA VERDIN<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.<br><br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL Docket No. 06-7421<br>SECTION L  MAG. 3 |

## PLAINTIFF'S MOTION FOR LEAVE
## OF COURT TO FILE FIRST AMENDED COMPLAINT

To the Honorable Judge of Said Court:

Comes now Sulema Verdin (hereinafter Plaintiff), by and through her attorney of record, Randall S. Boyd, and in accordance with the Local Rules of the U.S. District Court Eastern District of Louisiana, and Fed. R. Civ. Pro. 15, files this Plaintiff's Motion for Leave of Court to File First Amended Complaint and in support of same would show the Court as follows:

I.

Plaintiff asks the Court to grant leave to amend because this amendment is necessary. The Plaintiff's name as filed in the original Petition was spelled phonetically as Zulema Verdin, when in fact the correct spelling of her name was Sulema Verdin. These sounds are very similar in Spanish and in translating her name a clerical error was made. We are instructed that the

Page 1

spelling of the names is critical even where the names are an *idem sonems*.

II.

This document was prepared ready to file on May 19, 2008, but an electrical storm knocked out the law office's intranet and its ability to connect to the internet. That was prepared early on the 20th of May, 2008 and this Motion is filed as soon as it was physically possible to do so under the Court's e-filing system.

III.

The delay was not intentional. The amendment as stated above is important and would not be futile and the one-day delay will not pose an undue prejudice upon the opposing party.

Wherefore, premises considered, Plaintiff prays this Court that it grant leave to file Plaintiff's First Amended Complaint.

Respectfully submitted,

_____
Randall S. Boyd
Texas State Bar No. 02776500
The Scripture Building
123 North Elm St.
Denton, Texas 76201
(940) 382-2582 Ph.
(940) 565-0645 Fax

Page 2

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
SULEMA VERDIN V. MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of record on this the 20th day of May, 2008 in accordance with Rule 5 of the Federal Rules of Civil Procedure.

_____
Randall S. Boyd

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
SULEMA VERDIN V. MERCK & CO., INC.

Page 3