UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br><br>SULEMA VERDIN<br><br>  Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.<br><br>  Defendant | § § § § § § § § § § § § § § § | MDL Docket No. 06-7421<br>SECTION L  MAG. 3 |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

After considering Sulema Verdin's Motion for Leave of Court to File First Amended Complaint for the purpose of correcting the spelling of Plaintiff's name, the Court finds there is good cause for the Motion and for amending the Complaint, and grants the Motion.

The Court further orders the Clerk of the Court to file the Plaintiff's First Amended Complaint.

Signed on this _____ day of _____, 2008.

_____
JUDGE PRESIDING

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
SULEMA VERDIN V. MERCK & CO., INC.