# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br><br>SULEMA VERDIN<br><br>     Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.<br><br>     Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL Docket No. 06-7421<br>SECTION L  MAG. 3 |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

To the Honorable Judge of Said Court:

Comes now Sulema Verdin (hereinafter Plaintiff), by and through her attorney of record, Randall S. Boyd, and in accordance with Rule 7.4 of the U.S. Federal Rules of Civil Procedure and LR 3.1 of the Local Rules for the Eastern District of Louisiana. This case was originally styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION; ZULEMA VERDIN, Plaintiff vs. MERCK 7 CO., INC., Defendant.* This First Amended Complaint is presented for the purpose of correcting Plaintiff's first name to Sulema instead of Zulema. Plaintiff's First Amended Complaint for damages is against Defendant, Merck & Co., Inc. (Merck) and shows the court as follows:

PLAINTIFF'S FIRST AMENDED COMPLAINT<br>SULEMA VERDIN V. MERCK & CO., INC.

Page 1

## Jurisdiction and Venue.

1. This court has diversity jurisdiction under 28 U.S.C. § 1332; as will be shown below, the amount in controversy exceeds $75,000.00, and the parties are citizens of different states.

2. Venue is proper because this is a claim under the MDL (Pre Trial Order #11). Moreover, the defendant is a corporation and, because Louisiana has more than one judicial district, "such corporation shall be deemed to reside in any district in that State within which its contacts would be sufficient to subject it to personal jurisdiction if that district were a separate State," as provided by 28 U.S.C. § 1391(c).

## Parties.

3. Sulema Verdin (Plaintiff), is an individual citizen under the laws of the state of Texas.

4. Merck & Co., Inc. (Defendant) is a corporation organized and existing under the laws of the state of New Jersey, who, despite their registered agent's address in New Jersey, may be served in this MDL litigation by Pretrial Order #5A.

## Facts.

**5. Vioxx, while being used by Plaintiff SULEMA VERDIN for the purpose in the manner in which it was intended to be used, suddenly and without warning, caused severe injuries to Plaintiff.**

6. Sulema Verdin is a 36-year old woman who was prescribed Vioxx, which she took for approximately one year, 25 mg. In December of 2004, she became aware from news reports that a causal relationship existed between the Vioxx and medical problems that she had subsequent to being prescribed Vioxx.

## Liability.

7. The facts described above constitute negligence by Defendant.

8. The facts described above constitute manufacture, design, and marketing of a defective

product by Defendant.

9.  The facts described above constitute breach of contract under Texas law as to each

purchase for which Defendant provided defective product.

**Damages.**

10.     As a direct and proximate result of Defendant's negligence and defective product,

Plaintiff suffered severe and permanent injuries and damages:

A.     Medical expenses in the past and future;
B.     Physical pain and mental anguish in the past and future;
C.     Loss of earnings in the past and future;
D.     Loss of consortium in the past and future;
E.     Disfigurement in the past and future; and
F.     Statutory damages.

11. Punitive damages are due under Texas law for which Plaintiff demands damages.

Wherefore, premises considered, Plaintiff prays for damages, court costs and such other

relief as they may be entitled in accordance with law.

Respectfully submitted,

Randall S. Boyd
Texas State Bar No. 02776500
The Scripture Building
123 North Elm St.
Denton, Texas 76201
(940) 382-2582 Ph.
(940) 565-0645 Fax

PLAINTIFF'S FIRST AMENDED COMPLAINT
SULEMA VERDIN V. MERCK & CO., INC.

Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of record on this the 20th day of May, 2008 in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Randall S. Boyd

PLAINTIFF'S FIRST AMENDED COMPLAINT
SULEMA VERDIN V. MERCK & CO., INC.

Page 4