**RANDALL S. BOYD,** ATTORNEY AT LAW

**MELODY TADLOCK MILLS,** ATTORNEY AT LAW

THE SCRIPTURE BUILDING
123 N. ELM ST.
DENTON, TEXAS 76201
(940) 382-2585 • FAX (940) 565-0645

May 19, 2008

<u>Via E-Filing</u>

Clerk of Court
Attn: Loretta G. Whyte
U.S. District Court
Eastern District of Louisiana

      RE:   MDL Docket No. 06-7421; *In re: Vioxx Products Liability Litigation*;
              *Verdin vs. Merck & Co., Inc.*

Dear Clerk:

    Attached for filing please find Plaintiff's First Amended Complaint for the above-styled and numbered cause. Thank you for your assistance in this matter.

    If you have any questions please feel free to contact me.

                      Sincerely,

                      Randall S. Boyd
                      Attorney at Law

RSB/jw
Enclosure

Cc:   Charles W. Cohen
      Hughes Hubbard & Reed
      One Battery Park Plaza
      New York, New York  10004-1482