UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**NOTICE OF MOTION TO WITHDRAW FROM REPRESENTATION** |

PLEASE TAKE NOTICE, that 45 days after the day the accompanying motion is filed, the Honorable Eldon E. Fallon, of the United States District Court, 500 Poydras Street, New Orleans, Louisiana, shall consider granting an order concerning Plaintiffs' Motion to Withdraw from Representation of Plaintiff Gregory Wilson.

Respectfully Submitted,

Dated: 5-19-08

_____
Gary L. Wilson (MN #179012)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

MP-Primary 80020999.1
80081295.1