UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**MOTION TO WITHDRAW FROM REPRESENTATION** |

　　　　Pursuant to Pre-Trial Order Number 36, counsel hereby moves this Court for an Order allowing counsel to withdraw from further representation of Plaintiff, Mr. Gregory Wilson. Counsel and plaintiff have a fundamental disagreement as to what action should be taken in the case, as detailed in the attached Declaration of Counsel Gary Wilson. In light of the fundamental disagreement as to what action should be taken in this case, counsel hereby requests an Order from this Court granting this Motion to Withdraw from Representation.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: 5-19-08

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gary L. Wilson (MN #179012)

　　　　　　　　　　　　　　　　　　　　　　　　**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
　　　　　　　　　　　　　　　　　　　　　　　　2800 LaSalle Plaza
　　　　　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　　　(612) 349-8500

MP-Primary 80020999.1
80081295.1