UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　　Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW FROM REPRESENTATION** |

I, Gary Wilson, declare as follows:

1. Robins, Kaplan, Miller & Ciresi L.L.P. (hereinafter "RKMC LLP") were retained by Plaintiff Gregory Wilson in 2004 to investigate and potentially litigate a claim for personal injuries he suffered as a result of the use of the prescription drug Vioxx®.

2. RKMC LLP also represents other Vioxx® plaintiffs.

3. As attorneys for Plaintiff Mr. Wilson, RKMC LLP subsequently ordered and reviewed both medical and pharmacy records, and otherwise conducted an investigation of Plaintiff's potential case. After the review was completed, in 2006 a complaint was filed on Plaintiff's behalf in United States District Court for the District of Minnesota. The case was subsequently transferred to this Court pursuant to Conditional Transfer Order #48 in May of 2006, to join with the vast number of other cases already pending before the Eastern District of Louisiana as part of the federal MDL proceedings.

4. On November 9, 2007, attorneys representing Merck & Company, Inc. and the Court appointed Plaintiff's Steering Committee announced that a settlement agreement had been

80081347.1
80082829.1

reached, potentially resolving the vast majority of the tens of thousands of cases then pending or tolled across the country. Details concerning which plaintiffs or claimants might be eligible to participate in the settlement agreement are set forth in the Master Settlement Agreement and accompanying exhibits thereto.

5. Pursuant to the requirements detailed in the Master Settlement Agreement and the Amendment thereto dated January 17, 2008, RKMC LLP evaluated the terms of the settlement program, and, on a case-by-case basis, exercised its independent and professional judgment, in the best interest of each client individually, before determining whether to recommend enrollment in the settlement program. After conducting this individual evaluation for each client, RKMC LLP determined that enrolling in the settlement program was in the best interest of each client. RKMC LLP and Gregory Wilson have developed a fundamental disagreement as to what action should be taken. Thus, Section 1.2.8.2 of the Master Settlement Agreement section mandates this motion be filed. Pretrial Order No. 36 sets forth the form of the motion.

6. Counsel has been in regular, repeated communication with Plaintiff Gregory Wilson, and have repeatedly informed Plaintiff that, Section 1.2.8.2 of the Master Settlement Agreement might impair RKMC LLP's ability to continue to represent him.

7. Counsel has explained to Plaintiff the reasons for seeking to withdraw from the representation of Plaintiff

8. Counsel has attempted to contact Plaintiff on multiple occasions since Pre-Trial Order #36 was issued to no avail. As such, Plaintiff has not consented to this Motion for Withdrawal from Representation.

Respectfully Submitted,

Dated: 5-19-08

Gary L. Wilson (MN #179012)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

80081347.1
80082829.1