UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**CERTIFICATE OF SERVICE – NOTICE OF MOTION AND MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF GREGORY WILSON** |

I hereby certify that the Notice of Motion and Motion to Withdraw from Representation of Plaintiff Gregory Wilson, along with a Proposed Order, was filed electronically by ECF on May 20, 2008.

I further certify that the same documents were served upon counsel of record by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No.8(B) on Robert Brundige, Jr. and Wilfred Coronato, both of Hughes Hubbard & Reed LLP, Phillip Wittmann at Stone Pigman Walther Wittmann L.L.C., Dimitrios Mavroudis at Dechert LLP, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, and Russ Herman on this 20th day of May, 2008.

Finally, I hereby certify that the documents were served on Plaintiff Gregory Wilson, Via Certified U.S. Mail, at his last known address: 416 Wildwood Road, Mahtomedi, Minnesota 55115 on May 20, 2008.

                                          Respectfully Submitted,

80087991.1

Dated: ___5/20/08____             _/s/ Genevieve M. Zimmerman_____
                                  Gary L. Wilson (MN #179012)
                                  Genevieve M. Zimmerman (MN #330292)

                                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                  2800 LaSalle Plaza
                                  800 LaSalle Avenue
                                  Minneapolis, MN 55402
                                  (612) 349-8500

80087991.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON, | MDL Docket No. 1657 |
| Plaintiff, | DOCKET NO. E.D.La. #06-2683 |
| v. | D.Minn. #06-cv-1363 |
| MERCK & CO., INC., | **MOTION TO WITHDRAW FROM REPRESENTATION** |
| Defendant. | |

Pursuant to Pre-Trial Order Number 36, counsel hereby moves this Court for an Order allowing counsel to withdraw from further representation of Plaintiff, Mr. Gregory Wilson. Counsel and plaintiff have a fundamental disagreement as to what action should be taken in the case, as detailed in the attached Declaration of Counsel Gary Wilson. In light of the fundamental disagreement as to what action should be taken in this case, counsel hereby requests an Order from this Court granting this Motion to Withdraw from Representation.

Respectfully Submitted,

Dated: _____     _____
Gary L. Wilson (MN #179012)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

80087991.1