UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to All Actions | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Extend the Date of Implementation of Pre-Trial Order No. 6C;

IT IS HEREBY ORDERED that state court common benefit attorneys shall present their time records and expense reports pursuant to Pre-Trial Order 6C on or before June 30, 2008.

New Orleans, Louisiana, this 21st day of _____May_____, 2008.

_____
**Honorable Eldon Fallon**
**U.S. District Court Judge**