UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  Sharon Jones McClinton as Administratrix of the Estate of Kenneth Jones,  *Plaintiff(s)*  vs.  Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick  *Defendant(s).* | MDL Docket No. 1657  SECTION L  CIVIL ACTION NO. 2:05-cv-4635  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES  Transferred from USDC, Eastern District of Pennsylvania  Case No. 05-cv-3773  **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff, Sharon Jones McClinton as Administratrix of the Estate of Kenneth Jones, against defendant Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Thomas R. Kline
Lee B. Balefsky
Michelle L. Tiger
Marcia F. Rosenbaum
Kline & Specter, P.C.
1525 Locust St., 19th Floor
Philadelphia, PA 19102
(215) 772-1000

*Counsel for Plaintiffs*

Dated: 5/2/08

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 5/23/08

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: [signature]

Mark A. Berman
Hartmann Doherty Rosa &Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9056

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

| | |
|---|---|
| Fred T. Magaziner<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>*Counsel for Defendant Peter S. Kim* | Mark A. Berman<br>Hartmann Doherty Rosa &Berman, LLC<br>126 State Street<br>Hackensack, NJ 07601<br>(201) 441-9056<br><br>*Counsel for Defendant Louis M. Sherwood* |

Dated: _____  [signature]
William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: 5-13-8

Dated: _____
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

Mark A. Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9056

*Counsel for Defendant Louis M. Sherwood*

Dated: 5/13/08

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

---

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

---

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

---

Mark A. Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9056

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

---

/s/ William H. Gussman, Jr.

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: 5/13/08

826474v.2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulated of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel