UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*Clarence Abrams, et al.  v. Merck &*<br>*Co., Inc., Civ. No. A. No. 05-4434* | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that

all claims of plaintiff Alvin Turner against defendant Merck & Co., Inc., be dismissed in their

entirety with prejudice, with each party to bear its own costs.

| | |
|---|---|
| Lynn E. Swanson<br>Gladstone N. Jones, III<br>Jones, Swanson, Huddell &<br>Garrison, L.L.C.<br>601 Poydras Street<br>Suite 2655<br>New Orleans, La. 70130<br>(504) 523-2500 | Phillip A. Wittmann<br>Dorothy H. Wimberly<br>Stone, Pigman, Walther, Wittmann,<br>L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>(504) 581-3200 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc* |
| Dated: 5/20/08 | Dated: 5/23/08 |

V1013
Alvin Turner Stipulation of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2