UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donna Allen, et al. v. Merck & Co., Inc.,* Civ. No. A. No. 05-4435 | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Lynn Meserole against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____              _____
Lynn E. Swanson                                    Phillip A. Wittmann
Gladstone N. Jones, III                          Dorothy H. Wimberly
Jones, Swanson, Huddell &                  Stone, Pigman, Walther, Wittmann,
Garrison, L.L.C.                                      L.L.C.
601 Poydras Street                                546 Carondelet Street
Suite 2655                                             New Orleans, Louisiana 70130
New Orleans, La. 70130                      (504) 581-3200
(504) 523-2500

*Counsel for Plaintiffs*                            *Counsel for Defendant Merck & Co., Inc*

Dated: 5/20/08                                        Dated: 5/23/08

V1013
Lynn Meserole Stipulation of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of May, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2