# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

This Court issued an Order on April 29, 2008 (clarifying a Minute Entry that issued April 25, 2008) suspending the May 1, 2008 deadline for submission of a case specific expert report under Section II.A(8) of PTO No. 28 for plaintiffs and claimants with last names beginning with the letters A through L until the next monthly status conference on May 22, 2008 at which time the Court would hear further argument on certain plaintiffs' Emergency Motion for Modification and/or Suspension of Pretrial Order No. 28 and Request for Expedited Telephonic Hearing.

Having now heard further argument on the motion, it is hereby ordered that the deadline for submitting a case specific expert report under Section II.A(8) for plaintiffs and claimants with last names beginning with the letters A through L shall be May 22, 2008.  The Court, however, will not consider any motions to dismiss claims for failure to submit a case specific expert report until on or after July 23, 2008.

The deadline for submission of case specific expert reports under Section II.A(8) for plaintiffs and claimants with last names beginning with the letters M through Z remains unchanged, unless good cause is shown.

Counsel for Certain Plaintiffs shall also consult with the PSC with respect to access to discovery materials in the depository maintained by the PSC.

IT IS FURTHER ORDERED that a telephone status conference among Ms. Oldfather, the PSC and Merck shall occur on June 18, 2008, at 4:00 p.m.  The Court will circulate a conference call number in advance of the call.

New Orleans, Louisiana, this 22nd day of May, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE