# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Kasputys | First: Patricia | Middle: J. |
| **Name of Law Firm** | Law Offices of Peter G. Angelos, P.C. | | |

| **Current Address** | Street: 100 N. Charles Street, 20th Floor | | | |
|---|---|---|---|---|
| | City: Baltimore | State: MD | Zip: 21201 | Country: United States |

| **Telephone Number** | 410-649-2000 | **Facsimile** | 410-649-2101 | **Email** | pkasputys@lawpga.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Grant | First: Carolene | Middle: M. |

| **Plaintiff Address** | Street: c/o 3216 Bentham Lane | | | |
|---|---|---|---|---|
| | City: Chesapeake | State: VA | Zip: 23321 | Country: United States |

| **Telephone Number** | 757-686-1008 | **Facsimile** | Unknown | **Email** | Unknown |
|---|---|---|---|---|---|

| **Case Caption** | James M. Grant, Individually and as Personal Representative of the Estate of Collins E. Grant, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 06-cv-0994 |
| **Court Where Case is Pending** | United States District Court for the Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 05/16/2008. (*Record Docket No.* 14453)

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 05/27/08 (Month/Day/Year)   *Patricia Kasputys* Counsel

#343319

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certification in Support of Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery; via certified mail to James M. Grant, last known address 418 School Road, York, Pennsylvania 17407; via certified mail to Collins E. Grant, Jr., last known address 3216 Benthem Lane, Chesapeake, Virginia 23321; via certified mail to Carolene M. Grant, last known address c/o 3216 Benthem Lane, Chesapeake, Virginia 23321; and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of May, 2008.

_Patricia Kasputys_
Patricia J. Kasputys