UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:       VIOXX®                      )
PRODUCTS LIABILITY LITIGATION )   MDL DOCKET NO. 1657
                                         )   SECTION L
THIS RELATES TO:                         )
                                         )   Judge Fallon
                                         )   Magistrate Judge Knowles
CAROLINE MCGUE V. MERK & CO.             )
Civil Action Number 2:06cv08824          )
                                         )

**NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER**

PLEASE BE NOTIFIED that as of May 5, 2008, Amoni Law Offices, P.C.'s contact information is:

Amoni Law Offices, P.C.
1975 W. Downer Place, Suite 301
Aurora, IL 60506
Tel: 630/264-2020
Fax: 630/264-2220

AMONI LAW OFFICES, P.C.

BY: _____
Larry M. Amoni

**CERTIFICATE OF SERVICE**

I herby certify that the above foregoing Change of Address has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by facsimile and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced.

AMONI LAW OFFICES, P.C.

BY: _____
Molly J Miller

Subscribed and sworn to before me on
May 28, 2008.

BY: _____
Notary Public

Amoni Law Offices, P.C.
1975 W. Downer Place, Suite 301
Aurora, IL 60506
Tel: 630/264-2020
Fax: 630/264-2220

OFFICIAL SEAL
BESSIE L SCHWARTZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/18/09