

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-135)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,702 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

May 27, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-135)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 8, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:      Judge Eldon E. Fallon
     Transferor Judges:     (See Attached List of Judges)
     Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## SCHEDULE CTO-135 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4 08-355 | Shannon Thibault v. Merck & Co., Inc. | 08-3572 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 08-2394 | Rosie Escamilla, et al. v. Merck & Co., Inc. | 08-3573 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 08-60532 | Maria Lajud, et al. v. Merck & Co., Inc. | 08-3574 |
| **MINNESOTA** | | |
| MN 0 08-1119 | Charles Lukas v. Merck & Co., Inc. | 08-3575 |
| MN 0 08-1132 | Myrle Irene Vandiver v. Merck & Co., Inc. | 08-3576 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 08-76 | Shirley Heard v. Merck & Co., Inc. | 08-3577 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-135)

John Hubert Anderson
713 Arledge Street
Hattiesburg, MS 39401

Steven J. Boranian
REED SMITH LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111-4106

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Gary L. Chambers
CHAMBERS NORONHA & KUBOTA
2070 N. Tustin Blvd.
Santa Ana, CA 92705

Dan Cytryn
CYTRYN & SANTANA
8100 North University Drive
Suite 202
Tamarac, FL 33321

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Richard L. Hughes
HUGHES LAW OFFICE
221 West Second Street
Suite 318
Little Rock, AR 72201

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Barbara B. Litten
SQUIRE SANDERS & DEMPSEY LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Gale Diane Pearson
PEARSON RANDALL & SCHUMACHER
100 South Fifth Street
Suite 1025 Fifth Street Towers
Minneapolis, MN 55402

Daniel H. Rider, Jr.
WILLIAM Y CHRISTIE PC
1350 Main Street
3rd Floor
Springfield, MA 01103

James M. Simpson, Jr.
FRIDAY ELDREDGE & CLARK LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493

Thomas P. Thrash
THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                         MDL No. 1657

## INVOLVED JUDGES LIST (CTO-135)

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. John F. Walter
U.S. District Judge
U.S. Courthouse
176 North Spring Street
Los Angeles, CA 90012-4701

Hon. Ursula M. Ungaro
U.S. District Judge
C. Clyde Atkins U.S. Courthouse, 11th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Building & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED CLERKS LIST (CTO-135)

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704