UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br><br> *Conrad Szczepkowski* <br> **Docket Number: 06-6076** | **MDL NO. 1657** <br><br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **AMENDED MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, and pursuant to Pretrial Order No. 36 (II A), the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. and Michelle Alden, formerly of Miller Curtis & Weisbrod, L.L.P. for the express reason that Counsel and Plaintiff have a fundamental disagreement as to what action should be taken in this case.

Withdrawing counsel has repeatedly communicated with Plaintiff and has explained to Plaintiff the reasons for seeking to withdraw representation. At this time Plaintiff has not consented to such withdrawal.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiff's present address and telephone number are as follows:

> 13622 River Birch Court
> Dyer, IN 46311
> (219) 365-6437

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel requests this motion be in all things granted, that Les Weisbrod, Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod, L.L.P. and Michelle Alden, formerly of Miller Curtis & Weisbrod, L.L.P. be relieved as counsel of record for the above-named Plaintiff.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

/s/ Alexandra V. Boone

Les Weisbrod
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:   (214) 987-0005
Telecopy:    (214) 987-2545

## Certification

I hereby certify that Plaintiff Conrad Szczepkowski has been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

*Alexandra V. Boone*
Alexandra V. Boone

## Certificate of Service

I certify that on May 29, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiff Conrad Szczepkowski and electronic notification to counsel as follows:

*Alexandra V. Boone*
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com |
| Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302<br><br>Dorothy Hudson Wimberly<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: dwimberly@stonepigman.com |
| Bryan C. Reuter<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: bcr@sfr-lawfirm.com | |

| | |
|---|---|
| Carmelite M. Bertaut<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: cbertaut@stonepigman.com | Thomas P. Owen, Jr.<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St.<br>Suite 2500<br>New Orleans, LA 70112<br>504-523-1580<br>Email: tpo@sfr-lawfirm.com<br><br>Melissa Vandebrook Beaugh<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: mvb@sfr-lawfirm.com |

**Amended Motion for Withdrawal of Counsel**
365259