UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br><br> *Conrad Szczepkowski* <br> **Docket Number: 06-6076** | **MDL NO. 1657** <br><br> **SECTION L** <br><br> **JUDGE FALLON** <br><br><br> **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, the Amended Motion for Withdrawal of Counsel as to Attorneys Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Michelle Alden, formerly with Miller, Curtis & Weisbrod, L.L.P. is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and Michelle Alden and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Conrad Szczepkowski and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.
.

                                                            _____
                                                            **ELDON E. FALLON**
                                                            **UNITED STATES DISTRICT JUDGE**