UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Judy Montiegel and James Montiegel* <br> **Docket Number: 05-5240** | AMENDED MOTION FOR WITHDRAWAL OF COUNSEL |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, and pursuant to Pretrial Order No. 36 (II A), the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. for the express reason that Counsel and Plaintiffs have a fundamental disagreement as to what action should be taken in this case.

Withdrawing counsel has repeatedly communicated with Plaintiffs and has explained to Plaintiffs the reasons for seeking to withdraw representation. At this time Plaintiffs have not consented to such withdrawal.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiffs' present address and telephone number are as follows:

> 426 Pebble Beach Drive
> Frisco, TX 75034
> (972) 624-0464

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel requests this motion be in all things granted, that Les Weisbrod, Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod, L.L.P. be relieved as counsel of record for the above-named Plaintiffs.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*Alexandra V. Boone*
Les Weisbrod
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:   (214) 987-0005
Telecopy:    (214) 987-2545

Amended Motion for Withdrawal of Counsel
365212

## Certification

I hereby certify that Plaintiffs Judy Montiegel and James Montiegel has been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

*Alexandra V. Boone*
Alexandra V. Boone

## Certificate of Service

I certify that on May 29, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiffs Judy Montiegel and James Montiegel and electronic notification to counsel as follows:

*Alexandra V. Boone*
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com |
| Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |
| Bryan C. Reuter<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: bcr@sfr-lawfirm.com | Dorothy Hudson Wimberly<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: dwimberly@stonepigman.com |

**Amended Motion for Withdrawal of Counsel**
365212

| | |
|---|---|
| Carmelite M. Bertaut<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: ebertaut@stonepigman.com | Thomas P. Owen, Jr.<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St.<br>Suite 2500<br>New Orleans, LA 70112<br>504-523-1580<br>Email: tpo@sfr-lawfirm.com |

**Amended Motion for Withdrawal of Counsel**
365212