UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| *This document relates to:* | |
| **Judy Montiegel and James Montiegel Docket Number: 05-5240** | **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, Counsel Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.)'s Amended Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Judy Montiegel and James Montiegel and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.
.

                                            **ELDON E. FALLON**
                                            **UNITED STATES DISTRICT JUDGE**