**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 1 | Acuna, Benicio Jr | 2005-cv-59470 | District Court, Harris County | TX |
| 2 | Adame, Rosalio | 2:07-cv-00398-EEF-DEK | Louisiana, E.D. | LA |
| 3 | Adelfio, Jacklyn P | 2:05-cv-02774-EEF-DEK | Louisiana, E.D. | LA |
| 4 | Ahmad, Debra | 2006-62654 | District Court, Harris County | TX |
| 5 | Ajas, Lekan | ATL-L-62-06-MT | Superior Court, Atlantic County | NJ |
| 6 | Alejandro, William Torres | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 7 | Allen, Martha Frances | 2:06-cv-06923-EEF-DEK | Louisiana, E.D. | LA |
| 8 | Almarante, Miguel | 2:06-cv-06997-EEF-DEK | Louisiana, E.D. | LA |
| 9 | Alvarado, Jose Javier | 2:05-cv-01003-EEF-DEK | Louisiana, E.D. | LA |
| 10 | Anderson, Essie | 2:06-cv-01660-EEF-DEK | Louisiana, E.D. | LA |
| 11 | Anderson, Fitchue | 2:06-cv-01660-EEF-DEK | Louisiana, E.D. | LA |
| 12 | Andrews, Betty | 2:05-cv-04991-EEF-DEK | Louisiana, E.D. | LA |
| 13 | Anglin, Dayna | CV05 00359 | District Court, Washoe County | NV |
| 14 | Antivola, Sharon J | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 15 | Apice, Joseph | 2:06-cv-06439-EEF-DEK | Louisiana, E.D. | LA |
| 16 | Arnold, Charles | 2:05-cv-05342-EEF-DEK | Louisiana, E.D. | LA |
| 17 | Arnold, Rosa | 2:05-cv-05342-EEF-DEK | Louisiana, E.D. | LA |
| 18 | Arrant, Jack | 2:05-cv-01127-EEF-DEK | Louisiana, E.D. | LA |
| 19 | Arroyo, Maria Silva | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 20 | Arteaga, Rogelio | 2005-74131 | District Court, Harris County | TX |
| 21 | Ashman, Charles | 2:05-cv-00437-EEF-DEK | Louisiana, E.D. | LA |
| 22 | Aubtonberry, Barbara Flemming | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 23 | Ault, John | 2:07-cv-04082-EEF-DEK | Louisiana, E.D. | LA |
| 24 | Axelson, Brian | 2:05-cv-01991-EEF-DEK | Louisiana, E.D. | LA |
| 25 | Baez, Maria | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 26 | Baham, Ervin | 2:05-cv-06902-EEF-DEK | Louisiana, E.D. | LA |
| 27 | Baiamonte, Gloria | 2:06-cv-01556-EEF-DEK | Louisiana, E.D. | LA |
| 28 | Baird, Dixon | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 29 | Baldoni, Eugene | 2:05-cv-00538-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|    | **Plaintiff's Name**        | **Docket Number**     | **Court**                       | **State of Venue** |
|----|-----------------------------|-----------------------|---------------------------------|--------------------|
| 30 | Balkin, Mark                | 2:05-cv-04416-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 31 | Ball, Ronald                | 2:07-cv-06688-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 32 | Bangs, Frances              | 2:06-cv-08825-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 33 | Banks, Sheryl               | 2:07-cv-03019-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 34 | Barrera, Frank              | 2005-59471            | District Court, Harris County   | TX                 |
| 35 | Barry, Barbara              | 2:07-cv-03019-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 36 | Basham, Norman R            | 2:07-cv-09545-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 37 | Batiste, Lorena L           | 2:05-cv-04416-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 38 | Baugher, Anna               | 2:06-cv-10077-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 39 | Becnel, Emily               | 2:05-cv-04553-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 40 | Bernabe, Renee M            | 2:05-cv-04865-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 41 | Berrera, Maria              | 2:06-cv-11339-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 42 | Berrios Medina, Nydia       | 2:05-cv-04536-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 43 | Berry, Lillie Mae           | 2:05-cv-04553-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 44 | Bibbs, Carl A               | 2:05-cv-06534-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 45 | Bigelow, Paula              | ATL-L-10697-06-MT     | Superior Court, Atlantic County | NJ                 |
| 46 | Birdow, Demper              | 2:06-cv-09360-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 47 | Bisbal, Annette             | 2:07-cv-06681-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 48 | Block, Kelly A              | 2:06-cv-02713-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 49 | Blodgett, Paticia           | 2:06-cv-09693-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 50 | Boreaux, Ruth               | 2:07-cv-03019-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 51 | Boulangger, Eugenia Damaris | 2:05-cv-00735-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 52 | Box, Shelby                 | 2:05-cv-03151-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 53 | Bradberry, Melva Martin     | ATL-L-14851-06-MT     | Superior Court, Atlantic County | NJ                 |
| 54 | Bradley, Lesia              | 2:07-cv-06675-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 55 | Branch, Thomas C            | 2006-62654            | District Court, Harris County   | TX                 |
| 56 | Brandon, Michael            | 2:06-cv-06465-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 57 | Brasuell, Barbara           | 2:05-cv-04416-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 58 | Bravo, Milda                | 2:05-cv-06234-EEF-DEK | Louisiana, E.D.                 | LA                 |
| 59 | Brooks, Ethel               | 2:05-cv-03245-EEF-DEK | Louisiana, E.D.                 | LA                 |

**APPENDIX A**

|    | Plaintiff's Name | Docket Number | Court | State of Venue |
|----|------------------|---------------|-------|----------------|
| 60 | Brooks, Terry | 2:07-cv-05251-EEF-DEK | Louisiana, E.D. | LA |
| 61 | Broussard, Bart | 2:05-cv-02158-EEF-DEK | Louisiana, E.D. | LA |
| 62 | Broussard, Norma | 2:06-cv-01043-EEF-DEK | Louisiana, E.D. | LA |
| 63 | Brown, Clarise | 2:05-cv-00515-EEF-DEK | Louisiana, E.D. | LA |
| 64 | Brown, Flint | 2:05-cv-04743-EEF-DEK | Louisiana, E.D. | LA |
| 65 | Brusilovsky, Irene | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 66 | Brussard, Dorsey | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 67 | Bryant, Gary | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 68 | Bucio, Celia | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 69 | Burgos, Laura | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 70 | Burk, Carolyn | 2:06-cv-10316-EEF-DEK | Louisiana, E.D. | LA |
| 71 | Burke, Mary | 2:05-cv-01170-EEF-DEK | Louisiana, E.D. | LA |
| 72 | Bustillos, Jesus | 2005-72258 | District Court, Harris County | TX |
| 73 | Butler, Bobby | 2006-62654 | District Court, Harris County | TX |
| 74 | Bynog, Hazel Marie | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 75 | Byrd, Anne S | 2:06-cv-10778-EEF-DEK | Louisiana, E.D. | LA |
| 76 | Camphor, Arthur | 2:06-cv-09768-EEF-DEK | Louisiana, E.D. | LA |
| 77 | Campos, Joe A | 2005-70975 | District Court, Harris County | TX |
| 78 | Carbajal, Zoila | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 79 | Carmona, Gilberto Cruz (2) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 80 | Carrizal, Armando | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 81 | Carter, Alfreda | 2:05-cv-01689-EEF-DEK | Louisiana, E.D. | LA |
| 82 | Carvallo, David G | 2:05-cv-00989-EEF-DEK | Louisiana, E.D. | LA |
| 83 | Casal, Venus Y | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 84 | Castillo, Cheri | 2005-cv-59470 | District Court, Harris County | TX |
| 85 | Castillo, Danny | 2005-cv-59470 | District Court, Harris County | TX |
| 86 | Cavalier, Barbara | 2:06-cv-02869-EEF-DEK | Louisiana, E.D. | LA |
| 87 | Cazares, Jose | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 88 | Ceballos, Maria | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 89 | Ceballos, Raquel | 2:07-cv-00734-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|     | Plaintiff's Name | Docket Number | Court | State of Venue |
| --- | --- | --- | --- | --- |
| 90 | Cervantes, Teresa M | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 91 | Cevallos, Florydalma E | 2005-74132 | District Court, Harris County | TX |
| 92 | Channette, Anita | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 93 | Chavarria, Hugo | CV05 00359 | District Court, Washoe County | NV |
| 94 | Chavez, Lupe Wally | 2005-cv-59470 | District Court, Harris County | TX |
| 95 | Cole, Ansanta P | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 96 | Cole, William A | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 97 | Coleman, Lori Ann Viltz | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 98 | Coleman, Shirley | 2005-59471 | District Court, Harris County | TX |
| 99 | Collins, Sarah | 2:07-cv-06674-EEF-DEK | Louisiana, E.D. | LA |
| 100 | Colom, Gewndolyn | 2:06-cv-09373-EEF-DEK | Louisiana, E.D. | LA |
| 101 | Comas, Laurae Suarez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 102 | Conerly, Mary F | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 103 | Conklin, Patricia | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 104 | Conti, Angela Jean | 2:06-cv-10680-EEF-DEK | Louisiana, E.D. | LA |
| 105 | Cook, Debra | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 106 | Cordero, Rosa | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 107 | Cornelison, Virgil | 2005-cv-59470 | District Court, Harris County | TX |
| 108 | Cornelius, Gertie | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 109 | Correa, Rafael | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 110 | Costas, Ana | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 111 | Costilla, Josefa Z | 2005-72254 | District Court, Harris County | TX |
| 112 | Couch, Geneva | 2:06-cv-01904-EEF-DEK | Louisiana, E.D. | LA |
| 113 | Counsil, Richard | 2:05-cv-06243-EEF-DEK | Louisiana, E.D. | LA |
| 114 | Cramer, Charles | 2:05-cv-05328-EEF-DEK | Louisiana, E.D. | LA |
| 115 | Creasie, Kathy M | 2:05-cv-04454-EEF-DEK | Louisiana, E.D. | LA |
| 116 | Creson, Lora Ann | 2:05-cv-06749-EEF-DEK | Louisiana, E.D. | LA |
| 117 | Crisp, Calvin | 2:05-cv-02351-EEF-DEK | Louisiana, E.D. | LA |
| 118 | Cuellar, Oscar | 2005-77277 | District Court, Harris County | TX |

**APPENDIX A**

|     | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
| --- | --- | --- | --- | --- |
| 119 | Dandridge, Dorothy | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 120 | Dankel, Dola E | 2005-59469 | District Court, Harris County | TX |
| 121 | Dardzinski, Aaron | 2:05-cv-03569-EEF-DEK | Louisiana, E.D. | LA |
| 122 | Davis Todd, Teresa G | 2:06-cv-06601-EEF-DEK | Louisiana, E.D. | LA |
| 123 | Davis, Diane J | 2:06-cv-06942-EEF-DEK | Louisiana, E.D. | LA |
| 124 | Davis, Edward | 2:06-cv-06446-EEF-DEK | Louisiana, E.D. | LA |
| 125 | Davis, Harrol Eugene | 2:06-cv-00692-EEF-DEK | Louisiana, E.D. | LA |
| 126 | Davis, Ricky | 2005-cv-59470 | District Court, Harris County | TX |
| 127 | De La Rosa, Guadalupe | 2005-cv-59470 | District Court, Harris County | TX |
| 128 | De Luna, Enedelia | 2005-74469 | District Court, Harris County | TX |
| 129 | Delgado, Maria Burgos | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 130 | Delgado, Martin | 2:05-cv-01003-EEF-DEK | Louisiana, E.D. | LA |
| 131 | Dempsey, Paul D | 2:06-cv-06601-EEF-DEK | Louisiana, E.D. | LA |
| 132 | Denney, Sandra R | 2:05-cv-01526-EEF-DEK | Louisiana, E.D. | LA |
| 133 | Derouen, Betty N | 2:06-cv-10302-EEF-DEK | Louisiana, E.D. | LA |
| 134 | Diaz, Fred | 2005-59738 | District Court, Harris County | TX |
| 135 | Dollison, Marcia A | 2005-59471 | District Court, Harris County | TX |
| 136 | Dominguez, Alfredo | 2005-59471 | District Court, Harris County | TX |
| 137 | Dorsey, Gladys | 2:05-cv-04435-EEF-DEK | Louisiana, E.D. | LA |
| 138 | Drenis, Nicholaos | 2:05-cv-03874-EEF-DEK | Louisiana, E.D. | LA |
| 139 | Duong, Hao | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 140 | Dutlon, Betty | 2:05-cv-02368-EEF-DEK | Louisiana, E.D. | LA |
| 141 | Ebrom, Lillie | 2005-74133 | District Court, Harris County | TX |
| 142 | Eddie, Delores | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 143 | Edwards, Richard Carlos | 2:06-cv-01718-EEF-DEK | Louisiana, E.D. | LA |
| 144 | Ellison, Mary | 2:06-cv-06928-EEF-DEK | Louisiana, E.D. | LA |
| 145 | Encinas, Olivia L | 2:06-cv-10089-EEF-DEK | Louisiana, E.D. | LA |
| 146 | Erickson, France (Fran) | 2:05-cv-01166-EEF-DEK | Louisiana, E.D. | LA |
| 147 | Erving, Shirlene | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 148 | Esquivel, Velma | 2005-74466 | District Court, Harris County | TX |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 149 | Estrada, Susan | 2005-cv-59470 | District Court, Harris County | TX |
| 150 | Evans, Jerry | 2006-62654 | District Court, Harris County | TX |
| 151 | Fabian, Andrew J | 2:06-cv-00442-EEF-DEK | Louisiana, E.D. | LA |
| 152 | Faggett, Billy Jean | 2005-59471 | District Court, Harris County | TX |
| 153 | Faison, Bernice | 2:07-cv-06673-EEF-DEK | Louisiana, E.D. | LA |
| 154 | Farlandskiy, Yakob | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 155 | Fernandez, Jose | 2:05-cv-05757-EEF-DEK | Louisiana, E.D. | LA |
| 156 | Fernicola, Louise | ATL-L-11494-06-MT | Superior Court, Atlantic County | NJ |
| 157 | Figueroa, Bethzaida Henson (2) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 158 | Findlay, Loretta | 2:05-cv-01081-EEF-DEK | Louisiana, E.D. | LA |
| 159 | Fishal, Jerry | 2005-59471 | District Court, Harris County | TX |
| 160 | Flores Meling, Diana | 2:06-cv-06942-EEF-DEK | Louisiana, E.D. | LA |
| 161 | Flores, Victoriano | 2:06-cv-07042-EEF-DEK | Louisiana, E.D. | LA |
| 162 | Fontenot, Landry | 2:07-cv-06876-EEF-DEK | Louisiana, E.D. | LA |
| 163 | Forcen, Nicolas | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 164 | Fortini, John | 2005-59471 | District Court, Harris County | TX |
| 165 | Francis, Marjorie | 2:06-cv-00414-EEF-DEK | Louisiana, E.D. | LA |
| 166 | Franco, Carlos | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 167 | Franks, Barbara | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 168 | Frans, Jesse J Sr | 2:05-cv-04454-EEF-DEK | Louisiana, E.D. | LA |
| 169 | Frederick, Cleaver R | 2:05-cv-02797-EEF-DEK | Louisiana, E.D. | LA |
| 170 | Freemon, Edward | 2:06-cv-01481-EEF-DEK | Louisiana, E.D. | LA |
| 171 | Fusilier, Paul | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 172 | Galarneau, William M | 2005-69058 | District Court, Harris County | TX |
| 173 | Galindo, Roy L | 2005-59469 | District Court, Harris County | TX |
| 174 | Garcia, Aurelio | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 175 | Garcia, Hector | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 176 | Garcia, Jesse | 2006-79863 | District Court, Harris County | TX |
| 177 | Garcia, Liley Patterson | 2005-59471 | District Court, Harris County | TX |
| 178 | Garrison, John S | 2006CI15104 | District Court, Bexar County | TX |

**APPENDIX A**

|     | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
| --- | --- | --- | --- | --- |
| 179 | Garza, Dimas | 2005-69063 | District Court, Harris County | TX |
| 180 | Gasch, Sherry | 2005-59743 | District Court, Harris County | TX |
| 181 | George, Truett | 2:05-cv-06701-EEF-DEK | Louisiana, E.D. | LA |
| 182 | Geyen, Robert S | 2:05-cv-01770-EEF-DEK | Louisiana, E.D. | LA |
| 183 | Gibson, James R | 2:06-cv-06633-EEF-DEK | Louisiana, E.D. | LA |
| 184 | Gill, Clinton | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 185 | Gilley, Patricia M | 2:06-cv-06927-EEF-DEK | Louisiana, E.D. | LA |
| 186 | Glass, ODell S | 2:06-cv-01607-EEF-DEK | Louisiana, E.D. | LA |
| 187 | Goins, B | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |
| 188 | Gonzales, Phillip | 2007-04540 | District Court, Harris County | TX |
| 189 | Gonzalez, David Pizarro | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 190 | Gonzalez, Jesus | 2005-59471 | District Court, Harris County | TX |
| 191 | Gonzalez, Maria | 2:06-cv-01480-EEF-DEK | Louisiana, E.D. | LA |
| 192 | Gonzalez, Melinda F | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 193 | Goodyear, Harry Jr | 2:06-cv-10328-EEF-DEK | Louisiana, E.D. | LA |
| 194 | Graham, Annie | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 195 | Grajeda, Manuel P | 2:06-cv-10090-EEF-DEK | Louisiana, E.D. | LA |
| 196 | Graver, Jerry M | 2:05-cv-00722-EEF-DEK | Louisiana, E.D. | LA |
| 197 | Gravitt, Philo | 2:07-cv-00713-EEF-DEK | Louisiana, E.D. | LA |
| 198 | Green, Ella | 2005-59469 | District Court, Harris County | TX |
| 199 | Green, Jacob | 2:06-cv-05503-EEF-DEK | Louisiana, E.D. | LA |
| 200 | Green, Nancy | 2:06-cv-10160-EEF-DEK | Louisiana, E.D. | LA |
| 201 | Green, Paul | 2:06-cv-09768-EEF-DEK | Louisiana, E.D. | LA |
| 202 | Grooms, Judy M | 2:05-cv-04454-EEF-DEK | Louisiana, E.D. | LA |
| 203 | Guillot, Elton M | 2006-07124 | District Court, Harris County | TX |
| 204 | Gunter, Jerry | 2005-59471 | District Court, Harris County | TX |
| 205 | Gurule, Joe E | 2:06-cv-05997-EEF-DEK | Louisiana, E.D. | LA |
| 206 | Gutierrez, Maria | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 207 | Hale, Charles | 2:07-cv-01052-EEF-DEK | Louisiana, E.D. | LA |
| 208 | Halford, Emma | 2006-62654 | District Court, Harris County | TX |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 209 | Hall, Shirley | 2:06-cv-05983-EEF-DEK | Louisiana, E.D. | LA |
| 210 | Hanson, L Kim | 2:07-cv-00739-EEF-DEK | Louisiana, E.D. | LA |
| 211 | Hanson, Mark | 2005-cv-59470 | District Court, Harris County | TX |
| 212 | Hardwick, Michael E | 2:05-cv-03626-EEF-DEK | Louisiana, E.D. | LA |
| 213 | Harper, Pauline Marie | 2:05-cv-05381-EEF-DEK | Louisiana, E.D. | LA |
| 214 | Harrell, H Raymond | 2:05-cv-01020-EEF-DEK | Louisiana, E.D. | LA |
| 215 | Harried, Carlee | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 216 | Hartin, Kenneth | 2:06-cv-10674-EEF-DEK | Louisiana, E.D. | LA |
| 217 | Hatala, Joseph V | 2:05-cv-03827-EEF-DEK | Louisiana, E.D. | LA |
| 218 | Hatfield, Homer | 2006-62654 | District Court, Harris County | TX |
| 219 | Hauser, Iris | 2:06-cv-00323-EEF-DEK | Louisiana, E.D. | LA |
| 220 | Hawk, Dennis | 2:05-cv-04925-EEF-DEK | Louisiana, E.D. | LA |
| 221 | Hawkins, Kirbie | 2:05-cv-04435-EEF-DEK | Louisiana, E.D. | LA |
| 222 | Haynes, Penni | 2005-59471 | District Court, Harris County | TX |
| 223 | Hebert, Lois Mary | 2:05-cv-05033-EEF-DEK | Louisiana, E.D. | LA |
| 224 | Hemphill, Margaret | 2005-59469 | District Court, Harris County | TX |
| 225 | Henderson, Mary | 2:05-cv-01447-EEF-DEK | Louisiana, E.D. | LA |
| 226 | Hernandez, Her | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 227 | Hernandez, Michael | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 228 | Hernandez, Zoe Rodriguez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 229 | Herrera, Rogelio | 2005-cv-59470 | District Court, Harris County | TX |
| 230 | Hightower, Verl | 2:05-cv-01992-EEF-DEK | Louisiana, E.D. | LA |
| 231 | Hinojosa, Amador D | 2005-59471 | District Court, Harris County | TX |
| 232 | Hodge, Judith | ATL-L-15650-06-MT | Superior Court, Atlantic County | NJ |
| 233 | Hoff, Marla | 2:05-cv-04438-EEF-DEK | Louisiana, E.D. | LA |
| 234 | Hoffman, Amy Long | 2:08-cv-01463-EEF-DEK | Louisiana, E.D. | LA |
| 235 | Holcomb, Margie | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 236 | Holguin, Jerry | 2:06-cv-05997-EEF-DEK | Louisiana, E.D. | LA |
| 237 | Horton, Raymond C | 2:05-cv-04253-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|     | Plaintiff's Name | Docket Number | Court | State of Venue |
| --- | --- | --- | --- | --- |
| 238 | Hough, Max Timothy | 2:08-cv-00859-EEF-DEK | Louisiana, E.D. | LA |
| 239 | House, Paul E | 2:05-cv-00523-EEF-DEK | Louisiana, E.D. | LA |
| 240 | Howard, Kathy | 2:06-cv-00332-EEF-DEK | Louisiana, E.D. | LA |
| 241 | Hubbs, Adelene M | 2:05-cv-01990-EEF-DEK | Louisiana, E.D. | LA |
| 242 | Hulin, Gaylene | CV05 00352 | District Court, Washoe County | NV |
| 243 | Humphrey, Virginia | 2:05-cv-04230-EEF-DEK | Louisiana, E.D. | LA |
| 244 | Hunsicker, John | 2:05-cv-04416-EEF-DEK | Louisiana, E.D. | LA |
| 245 | Hutchinson, Ella | 2:06-cv-01549-EEF-DEK | Louisiana, E.D. | LA |
| 246 | Jackson, Domishai | CV06 02035 | District Court, Washoe County | NV |
| 247 | Jackson, Milton Sr | 2:06-cv-09363-EEF-DEK | Louisiana, E.D. | LA |
| 248 | Jackson, Vernon | 2:08-cv-00879-EEF-DEK | Louisiana, E.D. | LA |
| 249 | Jacques, Oralia | 2:06-cv-01546-EEF-DEK | Louisiana, E.D. | LA |
| 250 | Jarvis, Kathleen | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |
| 251 | Jeanjacques, David | 2:05-cv-02776-EEF-DEK | Louisiana, E.D. | LA |
| 252 | Jenkins, Bernice Wilma | 2006-62654 | District Court, Harris County | TX |
| 253 | Jesus, Luis Roldan De | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 254 | Johnson, Brenda | 2:06-cv-01660-EEF-DEK | Louisiana, E.D. | LA |
| 255 | Johnson, Lee | 2:06-cv-09791-EEF-DEK | Louisiana, E.D. | LA |
| 256 | Johnson, Willa | 2:07-cv-00723-EEF-DEK | Louisiana, E.D. | LA |
| 257 | Joiner, Bobby Lee | 2:06-cv-05502-EEF-DEK | Louisiana, E.D. | LA |
| 258 | Jones, Delores | 2:06-cv-10320-EEF-DEK | Louisiana, E.D. | LA |
| 259 | Jones, Kenneth | 2005-cv-59470 | District Court, Harris County | TX |
| 260 | Jones, Virginia | 2:06-cv-01557-EEF-DEK | Louisiana, E.D. | LA |
| 261 | Jordan, Joseph | 2:07-cv-06672-EEF-DEK | Louisiana, E.D. | LA |
| 262 | Joseph, Gilbert Sr | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 263 | Juneau, Robbie | 2:06-cv-00245-EEF-DEK | Louisiana, E.D. | LA |
| 264 | Jusino, Vanessa | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 265 | Kargodorian, Varoujan M | 2:05-cv-03791-EEF-DEK | Louisiana, E.D. | LA |
| 266 | Kearns, Deborah |  | Superior Court, Atlantic County | NJ |
| 267 | Keating, Kathleen | 2:05-cv-03390-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|     | Plaintiff's Name | Docket Number | Court | State of Venue |
|-----|------------------|---------------|-------|----------------|
| 268 | Keebler, Robert | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 269 | Keenan, Kathleen | 2:06-cv-00683-EEF-DEK | Louisiana, E.D. | LA |
| 270 | Keenan, Kathy | 2:05-cv-04416-EEF-DEK | Louisiana, E.D. | LA |
| 271 | Kelly, Anne | 2005-59469 | District Court, Harris County | TX |
| 272 | Kennedy, Sandra | 2005-59469 | District Court, Harris County | TX |
| 273 | Kerr, Kenneth K Sr | 2:06-cv-11113-EEF-DEK | Louisiana, E.D. | LA |
| 274 | Kibodaux, Maggie | 2:05-cv-00578-EEF-DEK | Louisiana, E.D. | LA |
| 275 | Kimerer, Sammi | 2:06-cv-11341-EEF-DEK | Louisiana, E.D. | LA |
| 276 | King, Alan | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 277 | King, Catherine | 2006-62654 | District Court, Harris County | TX |
| 278 | King, Rosemary | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 279 | King, Virginia | 2006-62654 | District Court, Harris County | TX |
| 280 | Kirby, Barbara | 2:07-cv-01473-EEF-DEK | Louisiana, E.D. | LA |
| 281 | Knight, Nicklett | 2:06-cv-09824-EEF-DEK | Louisiana, E.D. | LA |
| 282 | Kniss, Connie | 2:06-cv-02267-EEF-DEK | Louisiana, E.D. | LA |
| 283 | Korach, Linda | 2:06-cv-00414-EEF-DEK | Louisiana, E.D. | LA |
| 284 | Kouth, Thomas C | 2:06-cv-05560-EEF-DEK | Louisiana, E.D. | LA |
| 285 | Krupa, Stephen | 2:06-cv-09774-EEF-DEK | Louisiana, E.D. | LA |
| 286 | Lagunas, Silvestre | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 287 | Lampon, Mildred | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |
| 288 | Laskowski, Agnes | 2006CI15102 | District Court, Bexar County | TX |
| 289 | Lawrence, Beulah E | ATL-L-10701-06-MT | Superior Court, Atlantic County | NJ |
| 290 | Leal, Jesusita F | 2005-72570 | District Court, Harris County | TX |
| 291 | Ledesma, Silvia A | 06-79867 | District Court, Harris County | TX |
| 292 | Ledesma, Silvia A | 05-72571 | District Court, Harris County | TX |
| 293 | Legareta, Irma | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 294 | Lejune, Betty | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 295 | Leonard, Michael R | 2:05-cv-00539-EEF-DEK | Louisiana, E.D. | LA |
| 296 | Levine, Gloria | 2:05-cv-04909-EEF-DEK | Louisiana, E.D. | LA |
| 297 | Lewis, Charles Edward | 2:05-cv-00857-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 298 | Lewis, Michael D | 2:05-cv-06225-EEF-DEK | Louisiana, E.D. | LA |
| 299 | Lewis, Timothy | 2:05-cv-02957-EEF-DEK | Louisiana, E.D. | LA |
| 300 | Linenburger, Mary Schooling | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 301 | Llanes, Guadalupe | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 302 | Lofton, Daniel Jr | 2:05-cv-04252-EEF-DEK | Louisiana, E.D. | LA |
| 303 | Looney, Ola | 2:05-cv-06835-EEF-DEK | Louisiana, E.D. | LA |
| 304 | Lopez, Carmen | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 305 | Lopez, Maria M | 2006-CI-15109 | District Court, Bexar County | TX |
| 306 | Lopez, Roberto | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 307 | Lordeus, Marie Rose | 2:05-cv-01747-EEF-DEK | Louisiana, E.D. | LA |
| 308 | Love, Patrica | 2:05-cv-06503-EEF-DEK | Louisiana, E.D. | LA |
| 309 | Lovins, Patty | 2:05-cv-04130-EEF-DEK | Louisiana, E.D. | LA |
| 310 | Lovins, Ron | 2:06-cv-06452-EEF-DEK | Louisiana, E.D. | LA |
| 311 | Lugo Rodriguez, Bedalin | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 312 | Lugo Rodriguez, Francisco | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 313 | Lusk, Leavera | 2005-59471 | District Court, Harris County | TX |
| 314 | Lyons, Michael | 2:05-cv-04436-EEF-DEK | Louisiana, E.D. | LA |
| 315 | Maggio, Josephine | ATL-L-2888-06-MT | Superior Court, Atlantic County | NJ |
| 316 | Maitland, Vilma D | 2:07-cv-06677-EEF-DEK | Louisiana, E.D. | LA |
| 317 | Malave, Maria Addarich (2) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 318 | Maldonado, Galo | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 319 | Maldonado, Miguel | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 320 | Manero, Armando P | 2:06-cv-10886-EEF-DEK | Louisiana, E.D. | LA |
| 321 | Mangum, Ersell | 2:06-cv-10678-EEF-DEK | Louisiana, E.D. | LA |
| 322 | Manning, J William | 2:05-cv-06526-EEF-DEK | Louisiana, E.D. | LA |
| 323 | Mantilla, Heriberto | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 324 | Marks, Henrietta | 2:07-cv-00961-EEF-DEK | Louisiana, E.D. | LA |
| 325 | Marshall, Mary | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 326 | Marshall, Odell | 2:06-cv-06964-EEF-DEK | Louisiana, E.D. | LA |
| 327 | Martin, Janice M | 2:05-cv-05863-EEF-DEK | Louisiana, E.D. | LA |
| 328 | Martin, Kathleen A | 2:06-cv-00784-EEF-DEK | Louisiana, E.D. | LA |
| 329 | Martinez, Elibertha | C-1913-06-E | District Court, Hidalgo County | TX |
| 330 | Martinez, Ramon | 2006-62654 | District Court, Harris County | TX |
| 331 | Mason, Rose | 2:05-cv-04446-EEF-DEK | Louisiana, E.D. | LA |
| 332 | Mata, Eugenia P | 2006-CI-15107 | District Court, Bexar County | TX |
| 333 | Mauricio, Jose | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 334 | Maxwell, Alphonso Jr | 2:06-cv-01524-EEF-DEK | Louisiana, E.D. | LA |
| 335 | McCane, Lois | 2:07-cv-03489-EEF-DEK | Louisiana, E.D. | LA |
| 336 | McCord, Joanne | 2:06-cv-03234-EEF-DEK | Louisiana, E.D. | LA |
| 337 | McCormick, Glenn | 2:05-cv-06230-EEF-DEK | Louisiana, E.D. | LA |
| 338 | McDaniel Kelley, Rosa M | ATL-L-10977-06-MT | Superior Court, Atlantic County | NJ |
| 339 | McElroy, Louise | 2:06-cv-01507-EEF-DEK | Louisiana, E.D. | LA |
| 340 | McGuire, Henry | 2:06-cv-06440-EEF-DEK | Louisiana, E.D. | LA |
| 341 | McMahon, Raymond J | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 342 | McPherson, Santonio Sr | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 343 | Medice, Veronica Smith | 2:05-cv-03307-EEF-DEK | Louisiana, E.D. | LA |
| 344 | Mefford, Sigrid | CV05 00351 | District Court, Washoe County | NV |
| 345 | Meglio, Luca | 2:06-cv-03145-EEF-DEK | Louisiana, E.D. | LA |
| 346 | Meglio, Sylvia | 2:05-cv-04143-EEF-DEK | Louisiana, E.D. | LA |
| 347 | Melancon, Bernadine Fontenot | 2:05-cv-06727-EEF-DEK | Louisiana, E.D. | LA |
| 348 | Menard, Norman | 2:05-cv-04424-EEF-DEK | Louisiana, E.D. | LA |
| 349 | Mendoza, Alicia | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 350 | Mendoza, Javier | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 351 | Mendoza, Yesenia | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 352 | Meserole, Lynn | 2:05-cv-04435-EEF-DEK | Louisiana, E.D. | LA |
| 353 | Meyers, Herbert Sr | 2:05-cv-03307-EEF-DEK | Louisiana, E.D. | LA |
| 354 | Miller, Cynthia | 2:05-cv-04740-EEF-DEK | Louisiana, E.D. | LA |
| 355 | Miller, Donna S | 2:06-cv-06601-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
|---|---|---|---|---|
| 356 | Mitchell, Leamon L Sr | 2:05-cv-05794-EEF-DEK | Louisiana, E.D. | LA |
| 357 | Mitchell, Roberta | 2:05-cv-04416-EEF-DEK | Louisiana, E.D. | LA |
| 358 | Mitchell, Vernon | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 359 | Mojica, Miriam Baez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 360 | Molina, Laura Bercedoni | 2:05-cv-04589-EEF-DEK | Louisiana, E.D. | LA |
| 361 | Montemayor, Olivia | 2006-62654 | District Court, Harris County | TX |
| 362 | Moore, Dorothy | 2:06-cv-09371-EEF-DEK | Louisiana, E.D. | LA |
| 363 | Moore, Rebecca | 2:06-cv-04296-EEF-DEK | Louisiana, E.D. | LA |
| 364 | Morales, Leonardo | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 365 | Morales, Leonardo Arreaga | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 366 | Morales, Leonardo Arriaga | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 367 | Morris, Ann | 2:06-cv-07111-EEF-DEK | Louisiana, E.D. | LA |
| 368 | Moylen, Douglas | BC359246 | Superior Court, Los Angeles County | CA |
| 369 | Mungmaiphol, Paul | 2006-62654 | District Court, Harris County | TX |
| 370 | Munoz, Frances | 2005-59471 | District Court, Harris County | TX |
| 371 | Munoz, Yolanda | 2:06-cv-09422-EEF-DEK | Louisiana, E.D. | LA |
| 372 | Murphy, Marsha | 2:06-cv-01460-EEF-DEK | Louisiana, E.D. | LA |
| 373 | Naiser, Georgia | 2005-cv-59470 | District Court, Harris County | TX |
| 374 | Nguyen, Duong | 2:07-cv-00719-EEF-DEK | Louisiana, E.D. | LA |
| 375 | Nicar, Gloria Martinez | 2:06-cv-01562-EEF-DEK | Louisiana, E.D. | LA |
| 376 | Nimmo, Vonda | 2:05-cv-00991-EEF-DEK | Louisiana, E.D. | LA |
| 377 | Nix, John D | 2:06-cv-10131-EEF-DEK | Louisiana, E.D. | LA |
| 378 | Noble, Dianne | 2:05-cv-05788-EEF-DEK | Louisiana, E.D. | LA |
| 379 | Nold, Deborah Jean | 2:05-cv-06525-EEF-DEK | Louisiana, E.D. | LA |
| 380 | Nwokorie, Jane | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |
| 381 | Oakes, Patricia J | 2:07-cv-01999-EEF-DEK | Louisiana, E.D. | LA |
| 382 | Ochoa, John | 2:06-cv-01048-EEF-DEK | Louisiana, E.D. | LA |
| 383 | Oliver, Alice | ATL-L-2216-06-MT | Superior Court, Atlantic County | NJ |
| 384 | Oshipko, Paul J | 2005-69054 | District Court, Harris County | TX |
| 385 | Osuna, Guadalupe | JCCP 4247 | Superior Court, Los Angeles | CA |

**APPENDIX A**

|  | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
|---|---|---|---|---|
|  |  |  | County |  |
| 386 | Otero, Margarita | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 387 | Otero, Rosa | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 388 | Owen, Robert | ATL-L-15652-06-MT | Superior Court, Atlantic County | NJ |
| 389 | Pagan, Carmen | 2:05-cv-00515-EEF-DEK | Louisiana, E.D. | LA |
| 390 | Painton, Billie | 2:05-cv-00533-EEF-DEK | Louisiana, E.D. | LA |
| 391 | Pascarella, Rose | 2:05-cv-02394-EEF-DEK | Louisiana, E.D. | LA |
| 392 | Patingo, Freddie | 2:06-cv-11066-EEF-DEK | Louisiana, E.D. | LA |
| 393 | Pavone, William F Jr | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 394 | Pena, Felipe Pete | 2006-62654 | District Court, Harris County | TX |
| 395 | Pena, Olga | 2005-59471 | District Court, Harris County | TX |
| 396 | Perez, Jose | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 397 | Perez, Maria | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 398 | Perez, Timoteo | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 399 | Perez, Victor Hugo | 2005-59471 | District Court, Harris County | TX |
| 400 | Petry, Marilyn Sue | 2:06-cv-04040-EEF-DEK | Louisiana, E.D. | LA |
| 401 | Pichon, Venessa | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 402 | Pierson, Bobbie M | 2:05-cv-01020-EEF-DEK | Louisiana, E.D. | LA |
| 403 | Pitone, Joseph Michael | 2:05-cv-05153-EEF-DEK | Louisiana, E.D. | LA |
| 404 | Pixton, Victoria | 2:06-cv-10320-EEF-DEK | Louisiana, E.D. | LA |
| 405 | Poindexter, Jimmy H | 2:06-cv-10198-EEF-DEK | Louisiana, E.D. | LA |
| 406 | Pollitt, Carl | 2006-62654 | District Court, Harris County | TX |
| 407 | Powell, Madeline | 2005-cv-59470 | District Court, Harris County | TX |
| 408 | Price, Miriam | 2:05-cv-04422-EEF-DEK | Louisiana, E.D. | LA |
| 409 | Primus, Brenda Diana | 2:06-cv-01559-EEF-DEK | Louisiana, E.D. | LA |
| 410 | Przymusik, Marylou | 2:06-cv-06946-EEF-DEK | Louisiana, E.D. | LA |
| 411 | Ralston, Barbara | 2:06-cv-00319-EEF-DEK | Louisiana, E.D. | LA |
| 412 | Ramirez, Florencio | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 413 | Ramirez, Mariano | C-2323-06-E | District Court, Hidalgo County | TX |
| 414 | Ramon, Emilio | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
|---|---|---|---|---|
| 415 | Ramsey, Justin | 2006-62654 | District Court, Harris County | TX |
| 416 | Ranger, Alvin | ATL-L-577-06-MT | Superior Court, Atlantic County | NJ |
| 417 | Raymond, Freddie | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 418 | Reese, Wilmer Wayne | 2:05-cv-01732-EEF-DEK | Louisiana, E.D. | LA |
| 419 | Reeves, Lawrence | 2:06-cv-06966-EEF-DEK | Louisiana, E.D. | LA |
| 420 | Reineck, Julia M | 2:05-cv-01094-EEF-DEK | Louisiana, E.D. | LA |
| 421 | Reskin, Charles M | 2:06-cv-00689-EEF-DEK | Louisiana, E.D. | LA |
| 422 | Rester, Melissa A | 2:05-cv-02771-EEF-DEK | Louisiana, E.D. | LA |
| 423 | Reyes, Jose | 2:06-cv-00414-EEF-DEK | Louisiana, E.D. | LA |
| 424 | Reyes, Moises | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 425 | Richardson, John F | 2005-65229 | District Court, Harris County | TX |
| 426 | Richardson, Julia | 2:06-cv-04028-EEF-DEK | Louisiana, E.D. | LA |
| 427 | Rico, Jose | 2006-62654 | District Court, Harris County | TX |
| 428 | Rico, Maria | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 429 | Riquelme, Eladia | 2:05-cv-06219-EEF-DEK | Louisiana, E.D. | LA |
| 430 | Riquelme, Eladia | 2:05-cv-06219-EEF-DEK | Louisiana, E.D. | LA |
| 431 | Risk, Ronald | 2:06-cv-04366-EEF-DEK | Louisiana, E.D. | LA |
| 432 | Rivas, Sylvia | 2006-62654 | District Court, Harris County | TX |
| 433 | Rivera, Carmen Cruz | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 434 | Rivera, Sulina Moreno | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 435 | Robinson, Daniel | 2:06-cv-00414-EEF-DEK | Louisiana, E.D. | LA |
| 436 | Robinson, Si | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 437 | Rodriguez, Jose | 2:07-cv-06683-EEF-DEK | Louisiana, E.D. | LA |
| 438 | Rodriguez, Maria del Socorro | 2006-62654 | District Court, Harris County | TX |
| 439 | Rogers, Harry E | 2:05-cv-01020-EEF-DEK | Louisiana, E.D. | LA |
| 440 | Romo, Olivia Rodriguez | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 441 | Rosario, Maria Aponte | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 442 | Royse, Helene M | 2:05-cv-02315-EEF-DEK | Louisiana, E.D. | LA |
| 443 | Saldana, Ruby | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 444 | Salgado, Ana Maria | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|     | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 445 | Salvant, Sidney | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 446 | Sanchez, Angel Fontanez (1) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 447 | Sanchez, Jose Rodriguez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 448 | Sanchez, Linda | 2006CI15100 | District Court, Bexar County | TX |
| 449 | Sanchez, Suzanna | 2006-62170 | District Court, Harris County | TX |
| 450 | Santiago, Luis | 2:05-cv-01003-EEF-DEK | Louisiana, E.D. | LA |
| 451 | Santiago, Maria E | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 452 | Santiago, Maria L | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 453 | Santiago, Mario | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 454 | Santiago, Rafael | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 455 | Sauceda, Ninfa | 2006-62654 | District Court, Harris County | TX |
| 456 | Schaelling, Kaylynn | 2:05-cv-04743-EEF-DEK | Louisiana, E.D. | LA |
| 457 | Scheirer, Donald | 2:06-cv-03914-EEF-DEK | Louisiana, E.D. | LA |
| 458 | Schindler, Alice Rooney | 2:06-cv-03066-EEF-DEK | Louisiana, E.D. | LA |
| 459 | Schmelzer, William | 2006-CI-15108 | District Court, Bexar County | TX |
| 460 | Schmerber, Frank | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 461 | Schuckman, Drew | 2:06-cv-01529-EEF-DEK | Louisiana, E.D. | LA |
| 462 | Schunior, Emil | 2:06-cv-10885-EEF-DEK | Louisiana, E.D. | LA |
| 463 | Scissom, Mark Anthony | 2:05-cv-06418-EEF-DEK | Louisiana, E.D. | LA |
| 464 | Seegmiller, Robert | 2:06-cv-05882-EEF-DEK | Louisiana, E.D. | LA |
| 465 | Segura, Reibindicacion | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 466 | Sepulveda, Foreino Rodirguez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 467 | Serna, Felicitas | 2:05-cv-04881-EEF-DEK | Louisiana, E.D. | LA |
| 468 | Severio, Dallas | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 469 | Shaffner, Bernell | 2:06-cv-08378-EEF-DEK | Louisiana, E.D. | LA |
| 470 | Shaheed, Dawud | 2:07-cv-09405-EEF-DEK | Louisiana, E.D. | LA |
| 471 | Sheikh, Zahira | ATL-L-15653-06-MT | Superior Court, Atlantic County | NJ |
| 472 | Shields, Jack | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 473 | Shikholeslami, Fattaneh | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 474 | Shortnancy, Bryan | 2:06-cv-01728-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | **Plaintiff's Name** | **Docket Number** | **Court** | **State of Venue** |
|---|---|---|---|---|
| 475 | Sierra, Juan Rodriguez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 476 | Sierra, Ofelia | 2006-62654 | District Court, Harris County | TX |
| 477 | Silva, Alejandra Dora | 2006-62654 | District Court, Harris County | TX |
| 478 | Simoneaux, Sylvia Lorraine | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 479 | Simpson, George | 2:05-cv-04431-EEF-DEK | Louisiana, E.D. | LA |
| 480 | Singleton, Jesse | 2:06-cv-05584-EEF-DEK | Louisiana, E.D. | LA |
| 481 | Smart, Hilda | 2:07-cv-00961-EEF-DEK | Louisiana, E.D. | LA |
| 482 | Smith, Bobby | 2:06-cv-00102-EEF-DEK | Louisiana, E.D. | LA |
| 483 | Smith, Kenneth | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 484 | Snipes, Sidney | 2:06-cv-10679-EEF-DEK | Louisiana, E.D. | LA |
| 485 | Snow, Alice | 2:05-cv-00494-EEF-DEK | Louisiana, E.D. | LA |
| 486 | Soler, Jose Rafael (1) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 487 | Soler, Jose Rafael (2) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 488 | Sonnier, Eddie | 2:07-cv-06877-EEF-DEK | Louisiana, E.D. | LA |
| 489 | Soria, Alejandro | 2:07-cv-00374-EEF-DEK | Louisiana, E.D. | LA |
| 490 | Stanley, Marie | 2:05-cv-02922-EEF-DEK | Louisiana, E.D. | LA |
| 491 | Stein, Gene | 2:05-cv-04623-EEF-DEK | Louisiana, E.D. | LA |
| 492 | Stein, Les | 2:05-cv-01781-EEF-DEK | Louisiana, E.D. | LA |
| 493 | Steitler, Gina | 2005-cv-59470 | District Court, Harris County | TX |
| 494 | Stevens, Annie Mae | 2006-CI-15103 | District Court, Bexar County | TX |
| 495 | Stout, Clyde | 2:06-cv-00094-EEF-DEK | Louisiana, E.D. | LA |
| 496 | Strait, Glenn | 2:06-cv-03334-EEF-DEK | Louisiana, E.D. | LA |
| 497 | Suarez, Bertha | 2:07-cv-00667-EEF-DEK | Louisiana, E.D. | LA |
| 498 | Suwak, Nick | 2:06-cv-03113-EEF-DEK | Louisiana, E.D. | LA |
| 499 | Swan, Margie L | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 500 | Tate, Maxine | 2:07-cv-03019-EEF-DEK | Louisiana, E.D. | LA |
| 501 | Taylor, Antionette | 2:05-cv-04710-EEF-DEK | Louisiana, E.D. | LA |
| 502 | Taylor, Eva | 2:05-cv-04430-EEF-DEK | Louisiana, E.D. | LA |
| 503 | Taylor, Joyce | 2:06-cv-01550-EEF-DEK | Louisiana, E.D. | LA |
| 504 | Taylor, Marvin Howard | 2:05-cv-02510-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 505 | Taylor, Virginia Lee | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 506 | Tellez, Agustin | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 507 | Theodore, Irene | 2:05-cv-01257-EEF-DEK | Louisiana, E.D. | LA |
| 508 | Thomas, William | 2:05-cv-05822-EEF-DEK | Louisiana, E.D. | LA |
| 509 | Thompson, Mary A | 2:06-cv-05987-EEF-DEK | Louisiana, E.D. | LA |
| 510 | Tiller, Linda | 2:06-cv-00438-EEF-DEK | Louisiana, E.D. | LA |
| 511 | Tillie, Beatrice | 2:05-cv-05925-EEF-DEK | Louisiana, E.D. | LA |
| 512 | Toms, Harry | 2:07-cv-06150-EEF-DEK | Louisiana, E.D. | LA |
| 513 | Torres, Carmen Rodriguez | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 514 | Torres, Maria Torres | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 515 | Travelstead, Alice | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 516 | Trevino, Enrique | 2:06-cv-11339-EEF-DEK | Louisiana, E.D. | LA |
| 517 | Trinidad, Emerhild | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 518 | Turks, Jessie Lee Sr | 2:05-cv-00473-EEF-DEK | Louisiana, E.D. | LA |
| 519 | Turner, Alvin T Sr | 2:05-cv-05204-EEF-DEK | Louisiana, E.D. | LA |
| 520 | Underwood, Mary | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 521 | Urabe, Paul | BC359244 | Superior Court, Los Angeles County | CA |
| 522 | Van Jelgerhuis, Kimberly | 2:05-cv-00458-EEF-DEK | Louisiana, E.D. | LA |
| 523 | Vazquez, Irma | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 524 | Vazquez, Maria | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 525 | Veal, Ruby | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 526 | Veatch, Christopher Paul | 2:06-cv-00414-EEF-DEK | Louisiana, E.D. | LA |
| 527 | Vega Sanchez, Gloria | 2:05-cv-04533-EEF-DEK | Louisiana, E.D. | LA |
| 528 | Vela, Lucia C | 2006-CI-15101 | District Court, Bexar County | TX |
| 529 | Vertucci, James | 2:06-cv-09359-EEF-DEK | Louisiana, E.D. | LA |
| 530 | Vezina, Virginia | 2:06-cv-09743-EEF-DEK | Louisiana, E.D. | LA |
| 531 | Villareal, Juanita | 2:05-cv-04728-EEF-DEK | Louisiana, E.D. | LA |
| 532 | Virginia, Russell | 2:05-cv-04416-EEF-DEK | Louisiana, E.D. | LA |

**APPENDIX A**

|  | Plaintiff's Name | Docket Number | Court | State of Venue |
|---|---|---|---|---|
| 533 | Vissichelli, George | 2:06-cv-00671-EEF-DEK | Louisiana, E.D. | LA |
| 534 | Vrabel, Judith T | 2:06-cv-00476-EEF-DEK | Louisiana, E.D. | LA |
| 535 | Walker, Masculine | 2005-20648 | District Court, Harris County | TX |
| 536 | Walker, Vivian | 2:06-cv-06951-EEF-DEK | Louisiana, E.D. | LA |
| 537 | Warren, Jane | 2:06-cv-05573-EEF-DEK | Louisiana, E.D. | LA |
| 538 | Wells, James | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 539 | Westbrook, Elzie | 2:05-cv-01129-EEF-DEK | Louisiana, E.D. | LA |
| 540 | Whitaker, Lola Bell | 2005-59469 | District Court, Harris County | TX |
| 541 | White, Cephus | 2:05-cv-06042-EEF-DEK | Louisiana, E.D. | LA |
| 542 | Whitehead, Alan | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 543 | Whitehead, Roy | 2:06-cv-01902-EEF-DEK | Louisiana, E.D. | LA |
| 544 | Williams, Carrie B | 2:07-cv-01254-EEF-DEK | Louisiana, E.D. | LA |
| 545 | Williams, Faye | 2:05-cv-03666-EEF-DEK | Louisiana, E.D. | LA |
| 546 | Williams, Quan | 2:08-cv-00159-EEF-DEK | Louisiana, E.D. | LA |
| 547 | Williams, Verna J | 2:06-cv-10211-EEF-DEK | Louisiana, E.D. | LA |
| 548 | Williamson, Narvell | ATL-L-11861-06-MT | Superior Court, Atlantic County | NJ |
| 549 | Witzke, Margaret E | 2:05-cv-02295-EEF-DEK | Louisiana, E.D. | LA |
| 550 | Wood, Margaret | JCCP 4247 | Superior Court, Los Angeles County | CA |
| 551 | Wright, Sharon | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 552 | Wustruck, Jim | 2:07-cv-00721-EEF-DEK | Louisiana, E.D. | LA |
| 553 | Wymer, Debra | 2:05-cv-05835-EEF-DEK | Louisiana, E.D. | LA |
| 554 | Young, Laurie | 2:05-cv-04553-EEF-DEK | Louisiana, E.D. | LA |
| 555 | Zafiratos, James | 2:05-cv-06341-EEF-DEK | Louisiana, E.D. | LA |
| 556 | Zamora, Juan Carlos | 2:05-cv-01003-EEF-DEK | Louisiana, E.D. | LA |
| 557 | Zarate, Carolina | 2006-62654 | District Court, Harris County | TX |
| 558 | Zayas, Jose Quintana (2) | 2:05-cv-06234-EEF-DEK | Louisiana, E.D. | LA |
| 559 | Zuniga White, Gloria | 2005-72551 | District Court, Harris County | TX |