UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Earl Labine*<br>Docket Number: 06-7049 | AMENDED MOTION FOR WITHDRAWAL OF COUNSEL |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, and pursuant to Pretrial Order No. 36 (II A), the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. for the express reason that Counsel and Plaintiff have a fundamental disagreement as to what action should be taken in this case.

Withdrawing counsel has repeatedly communicated with Plaintiff and has explained to Plaintiff the reasons for seeking to withdraw representation. At this time Plaintiff has not consented to such withdrawal.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiff's present address and telephone number are as follows:

> 360 Watkins Road
> Judsonia, AR 72081
> (501) 729-0338

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel requests this motion be in all things granted, that Les Weisbrod, Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod, L.L.P. be relieved as counsel of record for the above-named Plaintiff.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*Alexandra V. Boone*

**Les Weisbrod**
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:   (214) 987-0005
Telecopy:    (214) 987-2545

## Certification

I hereby certify that Plaintiff Earl Labine has been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

*Alexandra V. Boone*
Alexandra V. Boone

## Certificate of Service

I certify that on May 29, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiff Earl Labine and electronic notification to counsel as follows:

*Alexandra V. Boone*
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhkc.com |
| Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |
| Bryan C. Reuter<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: bcr@sfr-lawfirm.com | Dorothy Hudson Wimberly<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: dwimberly@stonepigman.com |

| | |
|---|---|
| Carmelite M. Bertaut<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>Email: cbertaut@stonepigman.com | Thomas P. Owen, Jr.<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St.<br>Suite 2500<br>New Orleans, LA 70112<br>Email: tpo@sfr-lawfirm.com<br><br>Melissa Vanderbook Beaugh<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>909 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: mvb@sfr-lawfirm.com |