UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| *This document relates to:* | |
| *Laverne Woosley* <br> **Docket Number: 05-cv-04453** | **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, the Amended Motion for Withdrawal of Counsel as to Attorney William B. Curtis of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) is hereby granted.

IT IS THEREFORE ORDERED that William B. Curtis and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) is hereby allowed to withdraw as counsel of record for Laverne Woosley and will be removed from this Court's docket.

Signed this _____ day of _____, 2008.
.

                                                     _____
                                                    **ELDON E. FALLON**
                                                    **UNITED STATES DISTRICT JUDGE**