UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROL DRABELLE and HARRY DRABELLE** <br><br> PLAINTIFFS, <br><br> v. <br><br> **MERCK & CO., INC.,** <br><br> DEFENDANT. | **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** <br><br> MDL NO. 1657; Section L <br><br> CASE NO. 2:05CV6497 <br><br> **AMENDED MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana and pursuant to Pretrial Order No. 36 (II A), the undersigned attorneys hereby request the Court enter an order withdrawing Les Weisbrod, William B. Curtis and Alexandra V. Boone of the law firm of Miller, Curtis & Weisbrod, L.L.P. and Gary M. Paul of Waters & Kraus, L.L.P., formerly of the law firm of Paul & Janofsky for the express reason that Counsel and Plaintiffs have a fundamental disagreement as to what action should be taken in this case.

Withdrawing counsel has repeatedly communicated with Plaintiffs and has explained to Plaintiffs the reasons for seeking to withdraw representation. At this time Plaintiffs have not consented to such withdrawal.

Withdrawing counsel is not aware of substituting counsel at this time.

Plaintiffs' present address and telephone number are as follows:

> 341 Mountain Terraee Circle
> Maumelle, AR 72113
> (501) 851-1032

This withdrawal is not sought for delay.

**WHEREFORE,** Counsel request this motion be in all things granted, that Les Weisbrod, William B. Curtis, Alexandra V. Boone and the law firm of Miller, Curtis & Weisbrod and Gary M. Paul and the law firms of Waters & Kraus, L.L.P. and Paul & Janofsky be relieved as counsel of record for the above-named Plaintiffs.

Respectfully submitted,

**MILLER, CURTIS & WEISBROD, L.L.P.**

*/s/ Alexandra J. Boone*
Les Weisbrod
Texas State Bar No. 21104900
**Alexandra V. Boone**
Texas State Bar No. 00795259
**William B. Curtis**
Texas Bar No. 00783918
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone:   (214) 987-0005
Telecopy:    (214) 987-2545

*/s/*
Gary M. Paul
California Bar No. 62367
Waters & Kraus, L.L.P.
222 N. Sepulveda Blvd., Suite 1900
El Segundo, CA 90245
(310) 414-8146
Fax: (310) 414-8156

Amended Motion for Withdrawal of Counsel
364350

## Certification

I hereby certify that Plaintiffs Carol Drabelle and Harry Drabelle have been notified of all deadlines and pending court appearances. I further certify that I will make necessary changes on File & Serve as soon as an Order is entered on this matter pursuant to Pretrial Order No. 8(B).

_Alexandra V. Boone_
Alexandra V. Boone

## Certificate of Service

I certify that on May 30, 2008, I filed the foregoing with the Clerk of Court and additionally sent a copy via Certified Mail, Return Receipt Requested, to Plaintiffs Carol Drabelle and Harry Drabelle and electronic notification to counsel as follows:

_Alexandra V. Boone_
Alexandra V. Boone

| | |
|---|---|
| Phillip A. Wittmann<br>Stone, Pigman, Walther, Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Email: pwittmann@stonepigman.com<br><br>Gary Paul<br>Waters & Kraus, L.L.P.<br>300 N. Continental, Suite 500<br>El Segundo, CA 90245<br><br>Richard Stanley<br>Stanley, Flanagan & Reuter, LLC<br>LL&E Tower<br>9009 Poydras St., Suite 2500<br>New Orleans, LA 70112<br>Email: rcs@sfrlawfirm.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Email: rherman@hhke.com<br><br>Wilfred Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302 |

Amended Motion for Withdrawal of Counsel
364350