UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

This relates to:

Inez Davis vs. Merck et al.                Civil Action No. 2:08-CV-01693

_____/

## STATEMENT OF NOTICES SENT [Pursuant to Pre-Trial Order No. 29]

Pursuant to Pre-Trial Order No. 29, Plaintiff Inez Davis sent Document Preservation Notices to the following individuals and entities (copies sent are attached and marked as Exhibit "A").

| | |
|---|---|
| St. Joseph's Hospital<br>Attn: Custodian of records<br>3001 W. Dr. MLK Jr. Blvd.<br>Tampa, FL 33607 | Dr. Anthony Duany<br>Attn: Custodian of records<br>2700 W. Dr. MLK Jr. Blvd.<br>Tampa, FL 33607 |
| Lakeshore Villa<br>Attn: Custodian of records<br>16002 Lakeshore Villa Dr.<br>Tampa, FL 33613 | Mereck Patient Assistance Program<br>Attn: Custodian of records<br>P.O. Box 690<br>Horsham, PA 19044 |
| Walgreens<br>Attn: Custodian of records<br>1901 East Vorrhees, Mailstop 735<br>Danville, FL 61834 | Dr. Henry O'Neal<br>Attn: Custodian of records<br>13701 Bruce B. Downs<br>Tampa, FL 33613 |
| Pfizer Assistance Program<br>Attn: Custodian of records<br>P.O. Box 230970<br>Centerville, VA 20120 | GlaxoSmithKline Foundation Access to Care<br>Attn: Custodian of records<br>P.O. Box 2564<br>Maryland Heights, Mo 63043 |
| St. Joseph's Diagnostic Center<br>Attn: Custodian of records<br>3003 W. MLK Jr. Blvd.,<br>Tampa, FL 33607 | Dr. Antonio Prado<br>Attn: Custodian of records<br>7522 N. Himes Ave<br>Tampa, FL 33607 |

| | |
|---|---|
| Dr. Michael O'Neal<br>Attn: Custodian of records<br>601 S. Harbor Island Blvd. Ste. 103<br>Tampa, FL 33682 | Baycare Home Care<br>Attn: Custodian of records<br>8452 118th Ave.<br>Largo, FL 33773 |
| Bristol-Myers Squibb<br>Attn: Custodian of records<br>345 Park Ave<br>New York, NY 10154 | Pfizer<br>Attn: Custodian of records<br>235 East 42nd St.<br>New York, NY 10017 |

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P. O. Box 3127
Tampa, Florida 33601-3127
(813) 222-0977 Tele.
(813) 224-0373 Fax
Attorneys for Plaintiff

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 0999891
*bfulmer@tampatriallawyers.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 30th day of May, 2008.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Eva Petko Esber, Esq.**
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
(202) 434-5000
Fax: (202) 434-5029

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# EXHIBIT A

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
St. Joseph's Hospital
Attn: Custodian of records
3001 W. Dr. MLK Jr. Blvd.
Tampa, FL 33607

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Dr. Anthony Duany
Attn: Custodian of records
2700 W. Dr. MLK Jr. Blvd.
Tampa, FL 33607

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Lakeshore Villa
Attn: Custodian of records
16002 Lakeshore Villa Dr.
Tampa, FL 33613

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Mereck Patient Assistance Program
Attn: Custodian of records
P.O. Box 690
Horsham, PA 19044

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Walgreens
Attn: Custodian of records
1901 East Vorrhees, Mailstop 735
Danville, FL 61834

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Dr. Henry O'Neal
Attn: Custodian of records
13701 Bruce B. Downs
Tampa, FL 33613

    Re: **Inez Davis v. Merck & Co., Inc.**
         In re: Vioxx Products Liability Litigation
         MDL No. 1657
         Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

    Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

    Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

*[signature]*
Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Pfizer Assistance Program
Attn: Custodian of records
P.O. Box 230970
Centerville, VA 20120

> Re: **Inez Davis v. Merck & Co., Inc.**
> In re: Vioxx Products Liability Litigation
> MDL No. 1657
> Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
GlaxoSmithKline Foundation Access to Care
Attn: Custodian of records
P.O. Box 2564
Maryland Heights, Mo 63043

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
St. Joseph's Diagnostic Center
Attn: Custodian of records
3003 W. MLK Jr. Blvd.,
Tampa, FL 33607

> Re: **Inez Davis v. Merck & Co., Inc.**
> In re: Vioxx Products Liability Litigation
> MDL No. 1657
> Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Dr. Antonio Prado
Attn: Custodian of records
7522 N. Himes Ave
Tampa, FL 33607

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Dr. Michael O'Neal
Attn: Custodian of records
601 S. Harbor Island Blvd. Ste. 103
Tampa, FL 33682

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Baycare Home Care
Attn: Custodian of records
8452 118th Ave.
Largo, FL 33773

> Re: **Inez Davis v. Merck & Co., Inc.**
> In re: Vioxx Products Liability Litigation
> MDL No. 1657
> Case Number. 2:08-CV-01693

### PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Bristol-Myers Squibb
Attn: Custodian of records
345 Park Ave
New York, NY 10154

Re: **Inez Davis v. Merck & Co., Inc.**
In re: Vioxx Products Liability Litigation
MDL No. 1657
Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

Brenda S. Fulmer

BSF/cr

Enclosures.

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tel: (813) 222-0977
Fax: (813) 224-0373

May 22, 2008

**VIA U.S. REGISTERED MAIL**
Pfizer
Attn: Custodian of records
235 East 42nd St.
New York, NY 10017

    Re: **Inez Davis v. Merck & Co., Inc.**
        In re: Vioxx Products Liability Litigation
        MDL No. 1657
        Case Number. 2:08-CV-01693

## PRESERVATION OF DOCUMENTS NOTICE

TO WHOM IT MAY CONCERN:

    Our law firm represents Inez Diaz (SSN: 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) on her claims against Merck & Co. arising out of injuries suffered from the use of Vioxx. You may have records relevant to Ms. Diaz's claim in the Multi-District Litigation Proceeding In Re: Vioxx Products Liability Litigation as noted above. Any records relating to Inez Davis in your possession must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection by Ms. Davis. A copy of Pre-Trial Order No.1 (Paragraph 13- Preservation of Evidence) is attached to this notice.

    Please feel free to contact our office if you have any questions or concerns.

Sincerely yours,

*[signature]*
Brenda S. Fulmer

BSF/cr

Enclosures.