# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

LEXISNEXIS FILE & SERVE
19720835
E-SERVICE
May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last  Wilson | First  Gary | Middle  L. |
| **Name of Law Firm** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

| **Current Address** | Street  800 LaSalle Avenue, #2800 | | | | |
|---|---|---|---|---|---|
| | City  Minneapolis | State  MN | Zip  55402 | Country  USA | |

| **Telephone Number** | 612.349.8500 | **Facsimile** | 612.339.4181 | **Email** | GLWilson@rkmc.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last  Wilson | First  Gregory | Middle  L. |

| **Plaintiff Address** | Street  416 Wildwood Road | | | | |
|---|---|---|---|---|---|
| | City  Mahtomedi | State  MN | Zip  55115 | Country  USA | |

| **Telephone Number** | 651.779.7923 | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|
| **Case Caption** | Gregory L. Wilson v. Merck & Co., Inc. | | | | |
| **Case Number** | 06-2683 | | | | |
| **Court Where Case is Pending** | E.D.La. | | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |

| **Address** | Street | | | | |
|---|---|---|---|---|---|
| | City | | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319                                     1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 5 / 20 / 2008. (*Record Docket No.* 14523)

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 05 / 30 / 2008 (Month/Day/Year) | /s/ Gary L. Wilson |
| --- | --- | --- |
| | | Counsel |

#343319                                                                 2