UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL Docket No. 1657<br><br>DOCKET NO.  E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**CERTIFICATE OF SERVICE – CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF GREGORY WILSON** |

      I hereby certify that the Court issued Certification in Support of the Motion to Withdraw from Representation of Plaintiff Gregory Wilson was filed electronically by ECF on May 30, 2008.

      I further certify that the same document was served upon counsel of record by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No.8(B) on Robert Brundige, Jr. and Wilfred Coronato, both of Hughes Hubbard & Reed LLP, Phillip Wittmann at Stone Pigman Walther Wittmann L.L.C., Dimitrios Mavroudis at Dechert LLP, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, and Russ Herman on this 30th day of May, 2008.

      Finally, I hereby certify that the same document was served on Plaintiff Gregory Wilson, Via Certified U.S. Mail, at his last known address: 416 Wildwood Road, Mahtomedi, Minnesota 55115 on May 30, 2008.

      Respectfully Submitted,

80104016.1

Dated: ___5/30/08____          _/s/ Genevieve M. Zimmerman_____
                               Gary L. Wilson (MN #179012)
                               Genevieve M. Zimmerman (MN #330292)

                               **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                               2800 LaSalle Plaza
                               800 LaSalle Avenue
                               Minneapolis, MN 55402
                               (612) 349-8500