UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL.: 1657

SECTION 1 (3)

JUDGE FALLON
MAG. JUDGE KNOWLES

**This document relates to:**

Ena Diaz v. Merck et al.                           Civil Action No. 2:06-cv-08324

_____/

PLAINTIFF'S MOTION TO COMPEL MERCK
TO PROVIDE PROOF OF USE OF VIOXX

**NOW INTO COURT,** comes Plaintiff Ena Diaz ("Plaintiff") who moves this Honorable Court for an Order compelling Merck and to produce or permit Dr. Jeffrey Kaine to produce Plaintiff's entire medical chart including proof of use of Vioxx in accordance with Defendant's obligations in connection with the Profile Form filed herin.

The discovery request at issue and reasons in support of the Plaintiff's Motion to Compel are more fully set forth in the attached *Memorandum of Law*.

**FOR THE FOREGOING REASONS**, and those more fully set in the attached Memorandum of law, the Plaintiff respectfully requests that this Honorable Court grant its *Motion to Compel*, and issue an order compelling Merck to produce the requested information.

Dated this 30th day of May, 2008.

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P. O. Box 3127
Tampa, Florida 33601-3127
(813) 222-0977 Tele.
(813) 224-0373 Fax
Attorneys for Plaintiff

By: /s/ Brenda S. Fulmer
　　BRENDA S. FULMER, Esq.
　　Fla. Bar No. 0999891
　　*bfulmer@tampatriallawyers.com*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2008, a true and correct copy of the foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and electronic mail or by hand delivery and electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P. O. Box 3127
Tampa, Florida 33601-3127
(813) 222-0977 Tele.
(813) 224-0373 Fax
Attorneys for Plaintiff

By: /s/ Brenda S. Fulmer
　　BRENDA S. FULMER, Esq.
　　Fla. Bar No. 0999891
　　*bfulmer@tampatriallawyers.com*

**SERVICE LIST**

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200

Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel