UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION          MDL No.: 1657

                              SECTION 1 (3)

                              JUDGE FALLON
                              MAG. JUDGE KNOWLES

**This document relates to:**

Ena Diaz  vs. Merck et al.          Civil Action No. 2:06-cv-08324

_____/

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO COMPEL

I.      INTRODUCTION

This Honorable Court agreed, with the consent of the parties to the Master Settlement Agreement ("MSA"), to preside over the Vioxx Settlement Program. The Plaintiff, Ena Diaz, requests that the Court compel the Defendant to produce any Vioxx study information regarding the Plaintiff and/or permit Plaintiff's treating physician, Dr. Jeffrey Kaine, to produce the complete medical records chart (hereinafter referred to as "medical charts") in his possession. To date, Dr. Kaine has refused to release the Plaintiff's complete medical chart unless he is provided with Defendant Merck's permission. A medical authorization signed by the Plaintiff was not acceptable to Dr. Kaine as he contends that Merck has a greater right to this information since Plaintiffff was involved in studies sponsored by Defendant Merck for which Dr. Kaine was paid to conduct on behalf of Defendant. See Exhibit 1 (letter from Dr. Kaine) and Exhibits 2 and 3 (medical records

requests).

## II. BACKGROUND

### A. Merck Has Ignored Requests to Permit Dr. Kaine to Release the Complete Medical Chart and Has Not Produced Study Information as Part of the Merck Profile Form

Dr. Kaine of Sarasota Arthritis Center refuses to release a complete copy of the Plaintiff's medical chart without Defendant Merck's permission because the chart includes information about the Plaintiff's participation in a Vioxx study. Unfortunately, attempts to obtain permission from Merck have been unsuccessful and the complete medical charts have never been released. See Exhibits 4 and 5 for letters to defense counsel, which apparently have been ignored by Defendant. The Plaintiff is now forced to seek this Court's intervention to compel the Defendant and Dr. Kaine, in a timely manner, to permit the release of the Plaintiff's complete medical charts in his possession, including proof that Plaintiff was administered Vioxx prior to her heart attack on June 9, 2000.

The Plaintiff has not received any contact or response from Merck acknowledging Plaintiff's request to permit Dr. Kaine to release the Plaintiff's complete medical chart nor has the Defendant produced the Plaintiff's study information in response to its discovery obligations in connection with Defendant's Profile Form.

## III. CONCLUSION

The importance of receiving the complete medical charts for the Plaintiff in pharmaceutical litigation involving a prescription drug is clear. The Plaintiff simply wants

complete copies of her medical charts including proof of use of Vioxx in order to comply with the MSA and timely submit her claim package. The failure of the Defendant to provide permission to Dr. Kaine to release the documents, the Defendant's failure to respond to correspondence and the Defendant's failure to produce the requested documents in their discovery responses is unreasonable.

For all the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court grant its *Motion to Compel,* and issue an order compelling the Defendant to produce or permit Dr. Jeffrey Kaine to produce Plaintiff's complete medical chart including proof of use of Vioxx.

Dated this 30th day of May, 2008.

ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P. O. Box 3127
Tampa, Florida 33601-3127
(813) 222-0977 Tele.
(813) 224-0373 Fax
Attorneys for Plaintiff

By: /s/ Brenda S. Fulmer
    BRENDA S. FULMER, Esq.
    Fla. Bar No. 0999891
    *bfulmer@tampatriallawyers.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2008, a true and correct copy of the foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and

electronic mail or by hand delivery and electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

                                           ALLEY, CLARK, GREIWE & FULMER
                                           701 E. Washington Street
                                           P. O. Box 3127
                                           Tampa, Florida 33601-3127
                                           (813) 222-0977 Tele.
                                           (813) 224-0373 Fax
                                           Attorneys for Plaintiff

                                           By: /s/ Brenda S. Fulmer
                                                BRENDA S. FULMER, Esq.
                                                Fla. Bar No. 0999891
                                                *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email:* [Coronato@hugheshubbard.com](mailto:Coronato@hugheshubbard.com)

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

4

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel