UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL.: 1657

SECTION 1 (3)

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:

Ena Diaz v. Merck et al.                     Civil Action No. 2:06-cv-08324

_____/

## ORDER ON MOTION TO COMPEL MERCK TO PROVIDE PROOF OF USE OF VIOXX

THIS CAUSE, having come before the Court on Plaintiff's Motion to Lift Stay and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Compel is hereby GRANTED. Defendant Merck shall produce or permit Dr. Jeffrey Kaine to produce Plaintiff's entire medical chart including proof of use of Vioxx.

New Orleans, Louisiana, this _____ day of _____, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE