UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION                    MDL No.: 1657

                                        SECTION 1 (3)

                                        JUDGE FALLON
                                        MAG. JUDGE KNOWLES
**This document relates to:**

Ena Diaz vs. Merck et al.               Civil Action No. 2:06-cv-08324

_____/

## PLAINTIFF'S MOTION TO LIFT STAY

**I.      INTRODUCTION**

Plaintiff, Ena Diaz, by and through their undersigned counsel, hereby moves to lift the stay imposed by Pretrial Order No. 30 for the purposes of obtaining an order compelling the release of the Plaintiff's complete medical records, including information regarding the Plaintiff's participation in one or more Vioxx studies overseen by Dr. Jeffrey Kaine and proof that Plaintiff ingested Vioxx prior to her heart attack on June 9, 2000. Dr. Kaine contends that the Vioxx study information contained in the Plaintiff's medical records and in his possession will not be released without express permission from the Defendant (the sponsor of the studies). The Plaintiff's execution of an authorization for release of medical records was not acceptable to Dr. Kaine. The Defendant has been unresponsive to the Plaintiff's requests that Dr. Kaine be given permission to release the Plaintiff's complete medical records chart and Defendant failed to provide this critical information in its discovery responses served in this case.

Counsel for Plaintiff has exhausted all efforts to obtain information with regards

to proof of use of Vioxx from other sources, such as other medical records from physicians and pharmacies, and believes that the records maintained by Dr. Kaine and Defendant Merck may represent the only avenue available for documenting the Plaintiff's use of Vioxx prior to her heart attack. This information is essential in order for plaintiffs to "clear the gates" and participate in the Resolution Program. Release of the study information by Dr. Kaine and Defendant Merck will not create undo burden and this information should already have been provided to Plaintiff in Defendant Merck's Profile Form filed on December 20, 2006.

For the reason as set forth in the accompanying Memorandum of Law, Plaintiff's respectfully request that the Court enter an order lifting the temporary stay for the limited purpose of conducting such discovery on behalf of Plaintiffs with regard to proof of use records in the possession of Dr. Jeffrey Kaine.

Dated this 30th day of May, 2008.

        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P. O. Box 3127
        Tampa, Florida 33601-3127
        (813) 222-0977 Tele.
        (813) 224-0373 Fax
        Attorneys for Plaintiff

By: /s/ Brenda S. Fulmer
    BRENDA S. FULMER, Esq.
    Fla. Bar No. 0999891
    *bfulmer@tampatriallawyers.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2008, a true and correct copy of the foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and

electronic mail or by hand delivery and electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

          ALLEY, CLARK, GREIWE & FULMER
          701 E. Washington Street
          P. O. Box 3127
          Tampa, Florida 33601-3127
          (813) 222-0977 Tele.
          (813) 224-0373 Fax
          Attorneys for Plaintiff

          By: /s/ Brenda S. Fulmer
              BRENDA S. FULMER, Esq.
              Fla. Bar No. 0999891
              *bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP

2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*


**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel