UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION          MDL No.: 1657

                              SECTION 1 (3)

                              JUDGE FALLON
                              MAG. JUDGE KNOWLES

**This document relates to:**

Ena Diaz  vs. Merck et al.          Civil Action No. 2:06-cv-08324

_____/

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO LIFT STAY

I.      INTRODUCTION

On November 9, 2007, the Court issued a temporary stay of the MDL proceedings "in order to give each eligible plaintiff, with the advice of counsel, sufficient time to determine whether it is in his or her best interest to participate in the Resolution Program, and to give counsel time to comprehend the Resolution Program and advise their clients accordingly." *See In Re: Vioxx Products Liability Litigation,* MDL No. 1657, PTO 30 at 1 (E.D. La. Nov. 9, 2007). Pursuant to PTO #30, the Court indicated that it would "consider motions to lift the stay with respect to specific activities in this litigation upon good cause show." *Id.* At 2.

Over the last several months, Plaintiff's counsel has requested a complete medical chart from Dr. Jeffrey Kaine in order to fully document plaintiff's use of Vioxx prior to her heart attack on June 9, 2000. Dr. Kaine contends that he is unable to release such information without express permission from Defendant, Merck, because the Defendant

sponsored the study or studies in which the Plaintiff was a participant. Such information is vital in order to permit Plaintiff to participate in the Resolution Program, especially in light of the fact that her medical records and pharmacy records are either unavailable or incomplete with regard to her use of Vioxx. To date, defense counsel have not responded to letters requesting that Dr. Kaine be permitted to release the Plaintiff's complete medical chart, including proof of use of Vioxx as a Vioxx study participation. Nor has the Defendant produced any of the Vioxx study information pertaining to the Plaintiff in its Merck Profile Form.

## II.     ARGUMENT

Plaintiff has a vital need for the information contained within Dr. Kaine's files with regard to the Plaintiff's use of Vioxx. These medical records are necessary in order to fully document Plaintiff's complete history of ingestion of Vioxx in order to "clear the gates" under the Resolution Program. Plaintiff has already attempted to obtain this information from other sources and through execution of authorizations for release of information directed to Dr. Kaine, and has so far been unsuccessful in obtaining sufficient proof of use.

Good cause exists for lifting the stay for the limited purpose of permitting Plaintiff to obtain an order compelling the Defendant to produce the study information and/or permit Dr. Kaine to release the Plaintiff's complete medical chart including proof of use of Vioxx as a study participant. Lifting the stay for this limited purpose will not create an undo burden on the Defendant or Dr. Kaine, and lifting the stay is essential in order for Plaintiff to obtain an order compelling the production of medical information necessary for the Plaintiff to comply with all of the requirements to participate in the Resolution Program.

### III.    CONCLUSION

For the reasons set forth above, Plaintiff, Ena Diaz, respectfully submit that the Motion to Lift Stay be granted in order to permit the filing of Plaintiff's Motion to Compel the production of Vioxx study information and compel Defendant to provide Dr. Kaine with permission to release Plaintiff's medical chart including proof of ingestion of Vioxx prior to her June of 2000 heart attack.

Dated this 30th day of May, 2008.

>ALLEY, CLARK, GREIWE & FULMER
>701 E. Washington Street
>P. O. Box 3127
>Tampa, Florida 33601-3127
>(813) 222-0977 Tele.
>(813) 224-0373 Fax
>Attorneys for Plaintiff
>
>By: /s/ Brenda S. Fulmer
>     BRENDA S. FULMER, Esq.
>     Fla. Bar No. 0999891
>     *bfulmer@tampatriallawyers.com*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2008, a true and correct copy of the foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and electronic mail or by hand delivery and electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in

accordance with the procedures established in MDL 1657.

                                ALLEY, CLARK, GREIWE & FULMER
                                701 E. Washington Street
                                P. O. Box 3127
                                Tampa, Florida 33601-3127
                                (813) 222-0977 Tele.
                                (813) 224-0373 Fax
                                Attorneys for Plaintiff

                                By: /s/ Brenda S. Fulmer
                                    BRENDA S. FULMER, Esq.
                                    Fla. Bar No. 0999891
                                    *bfulmer@tampatriallawyers.com*


## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel