UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION 1 (3)

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:

Ena Diaz vs. Merck et al.

Civil Action No. 2:06-cv-08324

_____/

## ORDER ON PLAINTIFF'S MOTION TO LIFT STAY

THIS CAUSE, having come before the Court on Plaintiff's Motion to Lift Stay and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Lift Stay is hereby GRANTED. The stay is temporarily lifted for the limited purpose of conducting discovery with regard to proof of use records in the possession of Dr. Jeffrey Kaine.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE