| | |
|---|---|
| IN RE: VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 2:07-cv-0896 | PLAINTIFF:<br><br>ROBERT NORTON, DECEASED,<br>CYNTHIA CHESSER, EXECUTRIX |

## MOTION TO WITHDRAW AS COUNSEL

Come Tyler Thompson and Greg Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt and Bubalo, Hiestand & Rotman, PLC, and hereby move this court for an order allowing them to withdraw as co-counsel of record for the Plaintiffs. Ann Oldfather, of the Oldfather Law Firm, will remain as counsel for Plaintiffs in this matter and is in agreement with this motion. The undersigned state that reasonable grounds exist for this motion, the details of which are within the confines of the attorney-client privilege.

WHEREFORE, undersigned counsel respectfully requests that the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt and Bubalo, Hiestand & Rotman, PLC be allowed to withdraw as counsel of record in this matter. A proposed order is attached.

Respectfully Submitted:

/s/ D. Brian Rattliff
Gregory J. Bubalo
D. Brian Rattliff
Leslie M. Cronen
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth Street, Suite 800
Louisville, Kentucky  40202
502-753-1600

and

Tyler Thompson
DOLT, THOMPSON, SHEPHERD, KINNEY
& WILT
13800 Lake Point Circle
Louisville, Kentucky  40223
Telephone:  502-244-7772
Facsimile:  502-244-7776

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Withdraw As Counsel** has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of May, 2008.


/s/ D. Brian Rattliff
Gregory J. Bubalo
D. Brian Rattliff
Leslie M. Cronen
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth Street, Suite 800
Louisville, Kentucky  40202
502-753-1600
lcronen@bhtriallaw.com

and

Tyler Thompson
DOLT, THOMPSON, SHEPHERD, KINNEY
& WILT
13800 Lake Point Circle
Louisville, Kentucky  40223
Telephone:  502-244-7772
Facsimile:  502-244-7776

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 2:07-cv-0896 | PLAINTIFF:<br><br>ROBERT NORTON, DECEASED,<br>CYNTHIA CHESSER, EXECUTRIX |

## ORDER

Upon due consideration of Plaintiffs' Counsel's motion to withdraw as counsel of record and for good cause shown;

IT IS HEREBY ORDERED that the motion shall be GRANTED. Tyler Thompson and Greg Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt and Bubalo, Hiestand & Rotman, PLC shall be removed as counsel of record for the Plaintiffs in this action. Ann Oldfather, of the Oldfather Law Firm, will remain as counsel of record for Plaintiffs.

DATED:_____    _____
                                                                                          JUDGE ELDON E. FALLON
                                                                                           UNITED STATES DISTRICT COURT JUDGE