| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS<br>        LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>    Civil Action No: 2:07-cv-0896 | PLAINTIFF:<br><br>  ROBERT NORTON, DECEASED,<br>  CYNTHIA CHESSER, EXECUTRIX |

## ORDER

Upon due consideration of Plaintiffs' Counsel's motion to withdraw as counsel of record and for good cause shown;

IT IS HEREBY ORDERED that the motion shall be GRANTED.  Tyler Thompson and Greg Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt and Bubalo, Hiestand & Rotman, PLC shall be removed as counsel of record for the Plaintiffs in this action.  Ann Oldfather, of the Oldfather Law Firm, will remain as counsel of record for Plaintiffs.

DATED:_____       _____

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE