IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS**     **LIABILITY LITIGATION** | ) ) ) ) ) ) ) | **MDL DOCKET NO. 1657**  **JUDGE FALLON**  **MAG. JUDGE KNOWLES** |
| ERNESTINE HATTER     Plaintiff, | ) ) ) | CASE NO.   2:06-cv-01460 |
| v.  MERCK & CO., INC., et al.     Defendants. | ) ) ) ) ) ) | |

### MOTION TO WITHDRAW

PLEASE TAKE NOTICE, that Tom Dutton, on behalf of himself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby moves this Court for an order allowing him to withdraw as counsel of record for the plaintiff, ERNESTINE HATTER.

This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

This motion is and will be based on the grounds that counsel has, despite due diligence, been unable to obtain the cooperation of the plaintiff since approximately March 10, 2006. Specifically,

counsel has been unable to obtain a response to their request for cooperation necessary to prosecute the action on her behalf.

**This Motion is due to be granted based upon the following:**

1. On March 10, 2006, via U. S. Mail, Plaintiff was forwarded a copy of Plaintiff's Profile Form and Authorizations. Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was asked to respond as soon as possible.

2. On July 6, 2006, via U.S. Mail, Plaintiff was forwarded a letter requesting that Plaintiff contact counsel regarding the Plaintiff Profile Form and informing her that her case could be dismissed.

3. On July 16, 2006, Plaintiff's counsel left a voice message on Plaintiff's home phone informing her that the completed Plaintiff Profile Form was due immediately.

4. On August 18, 2006, via U.S. Mail, Plaintiff was forwarded a letter requesting that Plaintiff contact counsel regarding the Plaintiff Profile Form and informing her that her case could be dismissed.

5. On January 18, 2007, and on February 12, 2007, via U. S. Mail, Plaintiff was forwarded letters notifying her that it was imperative to the case that counsel receive the completed Plaintiff Profile Form.

6. On March 6, 2007, via Certified U.S. Mail, Plaintiff was forwarded a letter indicating that this was a final attempt to receive the completed Plaintiff Profile Form and Plaintiff's case would be dismissed.

7. On April 3, 2007, via U.S. Mail, Plaintiff was forwarded a letter letting Plaintiff know that her case would be dismissed.

8. On January 16, 2008, via U.S. Mail, Plaintiff was forwarded documents pertaining to the Vioxx Settlement Program. Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was informed of the deadline.

9. On January 30, 2008, Plaintiff's counsel left a voice message on Plaintiff's home phone requesting that she contact counsel immediately.

10. On January 30, 2008, via U.S. Mail, Plaintiff was forwarded documents pertaining to the Vioxx Settlement Program. Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was informed of the deadline.

11. On February 1, 2008, via U.S. Mail, Plaintiff was forwarded a letter requesting that Plaintiff contact counsel regarding the Vioxx Settlement Program. Plaintiff is reminded of the deadline to submit the documents.

12. On March 6, 2008, via U.S. Mail, Plaintiff was forwarded a letter requesting information necessary to move forward with the settlement.

13. On March 6, 2008, Plaintiff's counsel left a voice message on Plaintiff's home phone requesting information necessary to move forward with the settlement.

14. On March 26, 2008, via Certified Mail and U.S. Mail, Plaintiff was forwarded a letter requesting that she contact counsel immediately or she will not be considered eligible for any benefits under the settlement agreement and her case will be dismissed.

15. To date, Plaintiff has failed to respond, or contact counsel.

As a result of the plaintiff's lack of cooperation and communication, despite numerous attempts, counsel is unable to effectively prosecute this action on Plaintiff's behalf and seeks an order relieving them of any further responsibility for the prosecution of this action.

Pittman, Dutton, Kirby & Hellums, P.C. has diligently represented Ernestine Hatter to the best of their abilities throughout the duration of this action. Their efforts have, however, been hampered by their inability to obtain cooperation from the plaintiff.

Counsel cannot comply with the Orders issued by this Court or take any other meaningful action without the cooperation of the plaintiff and requests, therefore, that they be allowed to withdraw as counsel of record forthwith.

Respectfully submitted,

Dated: ___May 30, 2008___

/s/ Tom Dutton
Tom Dutton (ASB-2059-U50T)
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PDKH@pdkhlaw.com

**Counsel for Plaintiff,
Ernestine Hatter**

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

- **Name**: Last: Dutton | First: Tom | Middle: E
- **Name of Law Firm**: Pittman, Dutton, Kirby & Hellums, P.C.
- **Current Address**:
  - Street: 1100 Park Place Tower
  - City: Birmingham | State: AL | Zip: 35203 | Country: USA
- **Telephone Number**: (205)322-8880 | **Facsimile**: (205)328-2711 | **Email**: pdkh@pdkhlaw.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

- **Plaintiff Name**: Last: Hatter | First: Ernestine | Middle:
- **Plaintiff Address**:
  - Street: 12333 George Newell Road
  - City: Vance | State: AL | Zip: 35490 | Country: USA
- **Telephone Number**: (205)554-7815 | **Facsimile**: | **Email**:
- **Case Caption**: Ernestine Hatter v. Merck & Co., Inc., et al.
- **Case Number**: 2:06-cv-01460
- **Court Where Case is Pending**: United States District Court Eastern District of Louisiana

#343313
4/23/08

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

[✓] I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

Name of Publication: _Tuscaloosa News_

Dates of Publication: _5/23/08 → 5/25/08_

[✓] I sent a letter to the Plaintiff by certified mail on _5/30/08_ (*date*) to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | _05 / 30 / 08_<br>(Month/Day/Year) | <br>Counsel |

#343313
4/23/08

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| ERNESTINE HATTER<br><br>Plaintiff, | ) ) ) | CASE NO.   2:06-cv-01460 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | ) ) ) ) ) ) | |

## ORDER ON MOTION TO WITHDRAW

On May 30, 2008, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Ernestine Hatter. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2008.

_____
DISTRICT JUDGE