UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Watson, Polly*, et al. *v. Merck & Co.,* | * | KNOWLES |
| *Inc.* et al., Docket Number: 2:05-cv- | * | |
| 04319. | * | |
| (Plaintiffs: Marlene Calero, Lloyd James, | * | |
| Diann Celestin, Junell Poole, Melvin | * | |
| Willis, Clemon Shelton, Judy Johnson, | * | |
| Clarence Bannister, and Gloria Lyons) | * | |
| * * * * * * * * * * * * * * * * * | * | |

**MOTION TO WITHDRAW**
**PURSUANT TO PRE-TRIAL ORDER NO. 36**

**NOW INTO COURT,** comes the law firm of FAYARD & HONEYCUTT, APC, and attorneys CALVIN C. FAYARD, JR., D. BLAYNE HONEYCUTT, and WANDA J. EDWARDS who seek to withdraw from representation of the above named plaintiffs in the Vioxx litigation. FAYARD & HONEYCUTT, APC has made numerous attempts to contact the above persons, or their family members, with no success. We have caused mailings to be sent, solicited telephone

1

numbers, searched internet websites, and tried other methods of communication, all to no avail. FAYARD & HONEYCUTT, APC seeks to withdraw from representation of Melvin Willis, Junell Poole, Clemon Shelton, Marlene Calero, Lloyd James, Clarence Bannister, and Judy Johnson due to a failure of the named person to respond to communications from the firm. FAYARD & HONEYCUTT, APC seeks to withdraw from representation of Gloria Lyons and Diann Celestine due to an inability to locate them.

Pursuant to Local Rule 83.2.11, the undersigned submits the names, last known addresses, and telephone numbers for the above named plaintiffs:

Marlene Calero: 80 New England Court, Gretna, LA 70053. Telephone Number: 504-366-8041

Lloyd James: 1552 N. Miro St., New Orleans, LA 70119. Telephone Number: 504-352-9439

Diann Celestin: 4910 Dauphine St., New Orleans, LA 70117. Telephone Number: 504-948-1523

Junell Poole: 1760 Plaza Drive, Marrero, LA 70072. Telephone Number: 504-273-0558

Melvin Willis: 1007 Chitamacha Trail, Baldwin, LA 70514. Telephone Number: 337-924-0100

Clemon Shelton (D): represented by daughter Rose St. Junior, P.O. Box 180523, Austin, TX 78718-0523. Telephone Number: 504-874-0351

Judy Johnson: 128 Mercury Lane, Reserve, LA 70084. Telephone Number: 985-479-1170

Clarence Bannister: 1851 LB Landry Avenue, New Orleans, LA 70114-6166. Telephone Number: 504-458-1983

Gloria Lyons: 9025 Chef Menteur Hwy., New Orleans, LA 70127. Telephone Number: 504-245-4699

The clients have been notified by Certified United States mail, postage prepaid, of this filing; any deadlines, and any pending court appearances.

WHEREFORE, in consideration of the above Motion to Withdraw, and in compliance with PTO# 36, FAYARD & HONEYCUTT, APC, CALVIN C. FAYARD, JR., D. BLAYNE HONEYCUTT, AND WANDA J. EDWARDS respectfully pray that an order be issued allowing them to withdraw from representation of Marlene Calero, Lloyd James, Diann Celestin, Junell Poole, Melvin Willis, Clemon Shelton, Judy Johnson, Clarence Bannister, and Gloria Lyons.

Respectfully submitted:

**FAYARD & HONEYCUTT, APC**

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar Roll #5486)
D. Blayne Honeycutt (La. Bar Roll #18264)
Wanda J. Edwards (La. Bar Roll #27448)
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: 225-664-4193

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, and the Motion to Withdraw was electronically uploaded to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8B, on this 30th day of May, 2008.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.

3