UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | MDL DOCKET NO. 1657 |
| This document relates to: ) | |
|    2:05cv04055 ) | |
| ) | SECTION L |
| ) | |
| ORA BRITTON ONLY, ) | JUDGE FALLON |
|    Plaintiff ) | |
| ) | MAG. JUDGE KNOWLES |
| v. ) | |
| ) | |
| MERCK & CO., INC., ) | |
|    Defendant. ) | |

**AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD IN ACCORDANCE WITH PRETRIAL ORDER 36**

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's Order Granting Plaintiff's Counsel Leave to Withdraw as Counsel of Record in Accordance with Pretrial Order 36 for Plaintiff in the above captioned multi-district litigation for the following reasons:

1. The undersigned counsel represents approximately 250 Vioxx claimants. Counsel recommended that all claimants represented by counsel participate in the Vioxx settlement negotiated by representatives of the Plaintiffs' Steering Committee.

2. Good cause exists for withdrawal since counsel and client have a fundamental disagreement regarding the course of any future representation with regard to this action.

3. Counsel has communicated with plaintiff

    4.     Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

    5.     The plaintiff has consented to withdrawal.

    6.     Further, counsel has taken steps to disengage from representation of Ms. Britton and advised Ms. Britton to retain other counsel to pursue his case and provided her with any pending deadlines or dates.  As such, there are no material adverse effects on the interest of the client.

    7.     If the Court grants this motion, the undersigned counsel will notify Lexis/Nexis File and Serve of this change and counsel's status as soon as the Order is entered.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firm to withdraw as counsel of record for plaintiff Ora Britton in the above-styled action.

Respectfully submitted,

\_\_\_\_/s/  Thomas P. Cartmell_____
Thomas P. Cartmell      MO #45366
Brian J. Madden         MO #40637
Thomas J. Preuss        MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton      MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram          MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever          MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza                 MO #32475
Brad Honnold              MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis            MO #34799
Shawn Foster              MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey          Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman by U.S. Mail, on plaintiff Ora Britton by Certified Mail at 1802 Topping, Kansas City, Missouri 64126, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of May, 2008.

Respectfully submitted,

/s/ Thomas P. Cartmell
Thomas P. Cartmell        MO #45366
Brian J. Madden           MO #40637
Thomas J. Preuss          MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Attorney for Plaintiff