**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BILLY G. SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO. <u>2:06-cv-09700</u> |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION TO WITHDRAW</u>**

PLEASE TAKE NOTICE, that Tom Dutton, on behalf of himself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby moves this Court for an order allowing him to withdraw as counsel of record for the plaintiff, BILLY G. SMITH, JR.

This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

This motion is and will be based on the grounds that counsel has, despite due diligence, been unable to obtain Plaintiff's authorization to enroll him in the Vioxx settlement program or ascertain Plaintiff's desire to further pursue this litigation.

**This Motion is due to be granted based upon the following:**

1. On January 16, 2008, via U.S. Mail, Plaintiff was forwarded documents pertaining to the Vioxx settlement program.  Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was informed of the deadline.

2.      On February 1, 2008, via U.S. Mail, Plaintiff was forwarded a letter requesting that Plaintiff contact counsel regarding the Vioxx settlement program.  Plaintiff was reminded of the deadline to submit the documents. The letter was not returned to counsel.

3.      On March 6, 2008, via U.S. Mail, Plaintiff was forwarded a letter requesting information necessary to move forward with the settlement.  The letter was not returned to counsel.

4.      On March 25, 2008, Plaintiff's counsel called Plaintiff's home phone and cell phone; both were disconnected.

5.      On March 25, 2008, Plaintiff's counsel left a voice message on a second home phone number Plaintiff provided requesting that he contact counsel immediately.

6.      On March 25, 2008, Plaintiff's counsel called an alternative contact number Plaintiff provided, and the person who answered did not know Plaintiff.

7.      On March 26, 2008, via Certified Mail and U.S. Mail, Plaintiff was forwarded a letter requesting that he contact counsel immediately or he will not be considered eligible for any benefits under the settlement agreement and his case will be dismissed.

8.      On March 31, 2008, Plaintiff's counsel received a Certified Mail Receipt, signed by Plaintiff, confirming Plaintiff's receipt of the March 26, 2008 letter.

9.    To date, Plaintiff has not authorized counsel to enroll him in the Vioxx settlement program.   Additionally, counsel has been unable to ascertain Plaintiff's desire to further pursue this litigation.

As a result of the Plaintiff's failure to authorize his enrollment in the Vioxx settlement program, despite numerous attempts, counsel is unable to effectively prosecute this action on Plaintiff's behalf and seeks an order relieving them of any further responsibility for the prosecution of this action.

Pittman, Dutton, Kirby & Hellums, P.C. has diligently represented Billy G. Smith, Jr. to the best of their abilities throughout the duration of this action.   Their efforts have, however, been hampered by their inability to obtain cooperation from the plaintiff.

Counsel cannot comply with the Orders issued by this Court or take any other meaningful action without the cooperation of the plaintiff and requests, therefore, that they be allowed to withdraw as counsel of record forthwith.

Respectfully submitted,

Dated:   ____June 2, 2008_____

/s/ Tom Dutton_____
Tom Dutton (ASB-2059-U50T)
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PDKH@pdkhlaw.com

**Counsel for Plaintiff,**
**Billy G. Smith, Jr.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY G. SMITH,  JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO.  2:06-cv-09700 |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF TOM DUTTON

PLEASE TAKE NOTICE, that Tom Dutton, on behalf of himself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby states the following:

1.      I have communicated with the plaintiff, Billy G. Smith, Jr., and

2.      I have explained to the plaintiff the reasons for seeking to withdraw from his representation in this matter.

Respectfully submitted,

Dated:  June 2, 2008

/s/ Tom Dutton
Tom Dutton (ASB-2059-U50T)
PITTMAN, DUTTON, KIRBY & HELLUMS, PC
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PDKH@pdkhlaw.com

**Counsel for Plaintiff,**
**Billy G. Smith, Jr.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY G. SMITH,  JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO.  2:06-cv-09700 |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO WITHDRAW

On June 2, 2008, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton,

Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Billy G. Smith,

Jr.  The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2008.

_____
DISTRICT JUDGE