**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| BILLY G. SMITH,  JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO.  2:06-cv-09700 |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF TOM DUTTON**

PLEASE TAKE NOTICE, that Tom Dutton, on behalf of himself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby states the following:

1.      I have communicated with the plaintiff, Billy G. Smith, Jr., and

2.      I have explained to the plaintiff the reasons for seeking to withdraw from his representation in this matter.

Respectfully submitted,

Dated:  June 2, 2008

/s/ Tom Dutton
Tom Dutton (ASB-2059-U50T)
PITTMAN, DUTTON, KIRBY & HELLUMS, PC
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PDKH@pdkhlaw.com

**Counsel for Plaintiff,**
**Billy G. Smith, Jr.**