UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY G. SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO. 2:06-cv-09700 |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO WITHDRAW

On June 2, 2008, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Billy G. Smith, Jr. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2008.

_____
DISTRICT JUDGE