UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN RABALAIS** | **CIVIL ACTION NO.** |
| | **05-6686** |
| **VERSUS** | |
| **MERCK & CO., INC.** | **SECTION: L** |
| | **MAG: 3** |

*************************************************************************

### MOTION TO WITHDRAW AS COUNSEL OF RECORD PURSUANT TO PRE-TRIAL ORDER NO. 36 II

NOW INTO COURT, comes the law firm of Kavanagh & Rendeiro (previously, Weeks Kavanagh & Rendeiro), and attorney David E. Kavanagh, who seek to withdraw from representation of plaintiff, Mr. Melvin Rabalais, in the Vioxx litigation for the following reasons:

1. David E. Kavanagh of Kavanagh & Rendeiro has communicated with claimant, Melvin Rabalais regarding the present status of the litigation and pending settlement program, and has provided recommendations to Mr. Rabalais, both in verbal discussions and in writing, as to the further handling of Mr. Rabalais' claim.

2. There exists a fundamental disagreement between Mr. Rabalais and counsel as to the prudent future handling of this claim, which disagreement falls within the realm of attorney-client communications, but which serves to prevent counsel's continued representation of Mr. Rabalais. Mr. Rabalais has confirmed, in writing to counsel, that his position is permanent and not subject to further discussion.

3.	Pursuant to Local Rule 83.2.11, the undersigned submits the full name, current mailing address (physical address) , and current telephone number for the above named plaintiff:

**Mr. Melvin Rabalais**
**136 East 44th Street**
**Cutoff, LA 70345**
**Telephone number (985) 325-2090.**

4.	Counsel has previously notified Mr. Rabalais, in writing, that counsel will be forced to withdraw from further representation based upon a continued disagreement as to the handling of this case.  In addition, contemporaneously with the filing of this motion, counsel has provided to Mr. Rabalais, a copy of this motion, along with written notice of other relevant deadlines, as well as the need to obtain appropriate legal counsel without delay.

WHEREFORE, in consideration of the above Motion to Withdraw, and in compliance with rules and orders of this Court, Kavanagh & Rendeiro (previously Weeks Kavanagh & Rendeiro)  and David E. Kavanagh, respectfully pray that an order issue allowing them to withdraw from representation of Mr. Melvin Rabalais.

Respectfully submitted:

S/David E. Kavanagh
David E. Kavanagh - Bar No. 2019
Kavanagh & Rendeiro
810 Union St., 2nd Floor
New Orleans, LA 70112
(504)529-5100
Telephone: (504)529-5100

Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw has been elctronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana b y using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, and the Motion to Withdraw was electronically uploaded to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8B, on this 30th day of May, 2008.

S/David E. Kavanagh