UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN RABALAIS | CIVIL ACTION NO. |
| | 05-6686 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |
| | MAG: 3 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF COUNSEL IN ACCORDANCE WITH PRETRIAL ORDER #36 II-A

David E. Kavanagh, appearing on behalf of Kavanagh & Rendeiro (previously Weeks, Kavanagh & Rendeiro) and in connection with the firm's motion to withdraw as counsel of record in this matter states as follows:

1. Counsel has communicated both verbally and in writing with the plaintiff, Mr. Melvin Rabalais;

2. Counsel has explained to the plaintiff in writing the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has neither consented nor objected to this motion to withdraw.

<u>S/David E. Kavanagh</u>
David E. Kavanagh - Bar No. 2019
Kavanagh & Rendeiro
810 Union St., 2nd Floor
New Orleans, LA 70112
Telephone: (504)529-5100