## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN RABALAIS** | **CIVIL ACTION NO. 05-6686** |
| **VERSUS** | |
| **MERCK & CO., INC.** | **SECTION: L**<br>**MAG: 3** |

******************************************************************************

## **ORDER**

Consider the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD, and for the reasons set forth therein,

**IT IS HEREBY ORDERED** that the law firm of Kavanagh & Rendeiro, and David E. Kavanagh be and are hereby withdrawn from the representation of the above named plaintiff in the Vioxx litigation.

_____