UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Emil O'Rosky and Paula O'Rosky, | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, V. | * * * | |
| MERCK & CO., INC., | * * | |
| Defendant. | * * | |
| Civil Action No. 2:06-CV-0713 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiffs Emil O'Rosky and Paula O'Rosky against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

CHARGOIS & HERRON

By: /s/ Damon Chargois w/ permission
Damon J. Chargois
Attorney-in-Charge
2201 Timberloch Place
Suite 110
The Woodlands, Texas 77380
Phone: 281-444-0604

*Counsel for Plaintiffs*

Dated: 05-30-2008

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 6/2/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2 day of June, 2008.

_____