UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Emil O'Rosky and Paula O'Rosky, | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, V. | * * * | |
| MERCK & CO., INC., | * * | |
| Defendant. | * * | |
| Civil Action No. 2:06-CV-0713 | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Emil O'Rosky and Paula O'Rosky listed above against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE