UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the following | * | |
| cases: | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

| | | |
|---|---|---|
| 2:06cv06133 | 2:05cv03211 | * |
| 2:06cv06132 | 2:05cv03573 | |
| 2:06cv06131 | 2:05cv03206 | * |
| 2:05cv03568 | 2:05cv03207 | * |
| 2:05cv03571 | 2:05cv03574 | * |
| 2:05cv03579 | 2:05cv03592 | * |
| 2:05cv03570 | 2:05cv03598 | * |
| 2:05cv04624 | 2:05cv03567 | * |
| 2:05cv03602 | 2:05cv03205 | * |
| 2:05cv03593 | 2:05cv03566 | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

Thomas M. Wilson, an attorney at the law firm of Kelley & Ferraro, LLP, herby enters

his appearance on behalf of Plaintiffs in the above-captioned matters.

Respectfully submitted,

KELLEY & FERRARO, LLP

Anthony Gallucci (0068665)
Thomas M. Wilson (0038933)
Ryan J. Cavanaugh (0079996)
2200 Key Tower
127 Public Square
Cleveland, Ohio  44114
(216) 575-0777
(216) 575-0799  (Facsimile)
rcavanaugh@kelley-ferraro.com
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the parties via electronic mail on this 3rd day of June, 2008.

_____
Anthony Gallucci (0066665)
Thomas M. Wilson (0038933)
Ryan J. Cavanaugh (0079996)
Attorneys for Plaintiffs