**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Bettye Harris v. Merck & Co., Inc.,* **No. 2:05cv4799 (previously 3:05-cv-0567-DRH SDIL USDC)** | Plaintiff: **BETTYE HARRIS** |

**AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to LR 83.2.11, Seth S. Webb, John J. Driscoll and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Bettye Harris, deceased, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. The subject claim is not eligible for the proposed Vioxx Resolution Program and there is no trial date.

Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address which is c/o Sheena Lemon, 4326 W Adams, 1st Floor, Chicago, IL 60624.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

RESPECTFULLY SUBMITTED this 3rd day of June, 2008.

BROWN AND CROUPPEN

   /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800

St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and the foregoing Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 3rd day of June, 2008.

                                        /s/ John J. Driscoll
                                     JOHN J. DRISCOLL, #6276464
                                     Brown & Crouppen, P.C.
                                     720 Olive Street, Ste. 1800
                                     St. Louis, MO 63101
                                     (314) 421-0216
                                     (314) 421-0359 fax
                                     jdriscoll@brownandcrouppen.com

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Bettye Harris v. Merck & Co., Inc.,* **No. 2:05cv4799 (previously 3:05-cv-0567-DRH SDIL USDC)** | Plaintiff: **BETTYE HARRIS** |

## DECLARATION OF JOHN J. DRISCOLL

I, John Driscoll, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has not consented to the withdrawal.

     /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com