IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Bettye Harris v. Merck & Co., Inc.,* **No. 2:05cv4799 (previously 3:05-cv-0567-DRH SDIL USDC)** | Plaintiff: **BETTYE HARRIS** |

## ORDER

Upon due consideration of Plaintiff's counsel's Amended Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb, John J. Driscoll and the law firm of Brown and Crouppen is withdrawn as attorneys for Plaintiff, Bettye Harris, deceased.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana