UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO CASE NO. 08-1633**
*AvMed, et al. v. BrownGreer PLC, et al.*

## ORDER

IT IS ORDERED that the Defendants' Motion to Sever (Rec. Doc. No. 14525) is SET FOR HEARING on June 27, 2008, at 9:00 a.m WITH ORAL ARGUMENT.

IT IS FURTHER ORDERED that any opposition to the Motion is to be filed no later than June 18, 2008.

New Orleans, Louisiana, this 3rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE