# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: CARTMELL | First: THOMAS | Middle: P |
| **Name of Law Firm** | WAGSTAFF & CARTMELL, LLP | | |
| **Current Address** | Street: 4740 GRAND AVE., STE. 300 | | |
| | City: KANSAS CITY | State: MO  Zip: 64112 | Country: USA |
| **Telephone Number** | (816) 701-1100 | Facsimile: (816) 531-2372 | Email: tcartmell@wcllp.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: BOORANY | First: SOL | Middle: |
| **Plaintiff Address** | Street: 284 Mill Rd. A-14, M9C 4W6 | | |
| | City: ETOBICOKE, ONTARIO | State: —  Zip: — | Country: CANADA |
| **Telephone Number** | (416) 626-5540 | Facsimile: | Email: |
| **Case Caption** | BOORANY, et al. v. Merck, et al. | | |
| **Case Number** | 2:06cv03683 | | |
| **Court Where Case is Pending** | ED LA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 30 / 08 . (*Record Docket No.* 14571 )
   Month  Day  Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

**E. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  6 / 3 / 08  (Month/Day/Year)  _____
                                              Counsel

#343319                                    2