IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>*Bridgette Bradley v Merck & Co., Inc.,*<br>No. 2:05cv4789-EEF-DEK<br>(previously 05-cv-0548-GPM SDIL USDC) | Plaintiff:   **BRIDGETTE BRADLEY** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to LR 83.2.11, John J. Driscoll and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Bridgette Bradley, in this matter for the reason that Brown and Crouppen has been unable to locate plaintiff and/or plaintiff will not respond to correspondence from counsel. The subject claim is not eligible for the proposed Vioxx Resolution Program and there is no trial date.

Counsel has completed all requirements listed under Pre-Trial Order Number 36. *See Certification, attached hereto as Exhibit A*. Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address which is 6259 Peneplain Ave., Las Vegas, NV 89139.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

RESPECTFULLY SUBMITTED this 4th day of June, 2008.

BROWN AND CROUPPEN

   /s/ John J. Driscoll
John J. Driscoll, IL Bar #6276464
Brown & Crouppen, P.C.

720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcroppen.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and the foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 4th day of June, 2008.

               /s/ John J. Driscoll
               John J. Driscoll, IL Bar #6276464
               Brown & Crouppen, P.C.
               720 Olive Street, Ste. 1800
               St. Louis, MO 63101
               (314) 421-0216
               (314) 421-0359 fax
               jdriscoll@brownandcroppen.com