**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

**A. COUNSEL INFORMATION**

| Name | Last CARTMELL | First THOMAS | Middle P |
|---|---|---|---|

| Name of Law Firm | WAGSTAFF & CARTMELL, LLP |
|---|---|

| Current Address | Street 4740 GRAND AVE., STE. 300 | | | | |
|---|---|---|---|---|---|
| | City KANSAS CITY | State MO | Zip 64112 | Country USA | |

Telephone Number (816)701-1100  Facsimile (816)531-2372  Email tcartmell@wcllp.com

**B. PLAINTIFF AND LAWSUIT INFORMATION**
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last THORPE | First KAREN | Middle |
|---|---|---|---|

| Plaintiff Address | Street 1305 E. ROCKWOOD | | | |
|---|---|---|---|---|
| | City SPRINGFIELD | State MO | Zip 65804 | Country USA |

Telephone Number (417)889-8181  Facsimile    Email

Case Caption: THORPE, et al v. Merck et al.

Case Number: 2:05cv04055

Court Where Case is Pending: E.D. LA

**C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT**
☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

Telephone Number    Facsimile    Email

Relationship to Plaintiff: ☐ Friend ☐ Relative (specify relationship: _____)

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 30 / 08 .  (*Record Docket No.*  14574          )
Month   Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 / 3 / 08 (Month/Day/Year) | _____ Counsel |

#343319

2