12:05cv06710
Motion to Withdraw

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION      MDL No. 1657, SECTION L
This Document Relates to:

Honorable Judge Fallon
Magistrate Judge Knowles

ROXANNE DE LOS REYES and     CASE NO. 2:05CV06710
GABRIEL DE LOS REYES, her husband,

        Plaintiffs

vs.

MERCK & CO., INC.

        Defendant
_____/

### RE-FILING OF EXPARTE MOTION TO WITHDRAW AS ATTORNEY OF RECORD IN ACCORDANCE WITH VIOXX LITIGATION PRE-TRIAL ORDER 36

COMES NOW, Robert J. Fenstersheib, Esquire, as counsel of record moves on behalf of The Law Offices of Robert J. Fenstersheib, P.A., and presents its Motion to Withdraw as Counsel for the Plaintiffs, ROXANNE DE LOS REYES AND GABRIEL DE LOS REYES in the above referenced matter. In support of this motion, the undersigned states as follows:

1. Plaintiffs and Counsel have reached an impasse with regard to proceedings in this case.

2. Plaintiffs and Counsel have a fundamental disagreement as to what action should be taken in the case.

3. Counsel had previously filed a Motion to Withdraw a Attorney of Record and now re-files in accordance with the Vioxx Litigation Pre-Trial Order 36.

4. Counsel attaches to this motion a signed declaration stating that Counsel has communicated intent to withdraw to Plaintiffs, explained the reasons and that Plaintiffs consent.

22:05cv06710
Motion to Withdraw

      WHEREFORE, the undersigned respectfully requests on behalf of Robert J. Fenstersheib, and The Law Offices of Robert J. Fenstersheib, PA., the Court grant their motion to withdraw as counsel of record in this matter.

                                                                                      _____
                                                                                       Robert J. Fenstersheib, Esquire,
                                                                                       FLA BAR NO. 307300
                                                                                       LAW OFFICES OF
                                                                                       ROBERT J. FENSTERSHEIB, P.A.
                                                                                      520 West Hallandale Beach Boulevard
                                                                                      Hallandale Beach, Fl 33009
                                                                                      (954) 456-2488; FAX: (954) 456-2588
                                                                                      rjf@fenstersheib.com

12:05cv06710
Motion to Withdraw

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD, have been served on Roxanne De Los Reyes and Gabriel De Los Reyes via Certified Mail, Return Receipt Requested, tracking number 7006 2150 0000 7963 1670 at, 17795 SW 158th Street, Miami, Florida 33187, and on Catherine Whitfield, Squire, Sanders & Dempsy LLP 200 South Biscayne Boulevard, Suite 4000, Miami, Florida 33131-2398, via standard U.S. Mail an Facsimile to (305) 577-7001, and on Wilfred P. Coronado, at Hughes, Hubbard & Reed, LLP, 101 Hudson Street, Suite 3601 Jersey City, NJ 07302-3918, Phillip Wittman, Stone, Pigman, Walther, Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70113, Russ Herman, Herman, Herman Katz & Cotlar, LLP via standard U.S. Mail at 820 O'Keefe Aveneue New Orleans, LA 70113, this 5 day of June, 2008.

Robert J. Fenstersheib, Esquire,
FLA BAR NO. 307300
LAW OFFICES OF
ROBERT J. FENSTERSHEIB, P.A.
520 West Hallandale Beach Boulevard
Hallandale Beach, Fl 33009
(954) 456-2488; FAX: (954) 456-2588
rjf@fenstersheib.com

3