# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Fenstersheib | Robert | J. |

| **Name of Law Firm** | Law Offices of Robert J. Fenstersheib & Associates, P.A. |
|---|---|

| **Current Address** | Street: 520 W Hallandale Beach Blvd. | | | |
|---|---|---|---|---|
| | City: Hallandale Beach | State: FL | Zip: 33009 | Country: USA |

| **Telephone Number** | 9544562488 | **Facsimile** | 9544572192 | **Email** | rjf@fenstersheib.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | De Los Reyes | Roxanne | |

| **Plaintiff Address** | Street: 17795 SW 158th Street | | | |
|---|---|---|---|---|
| | City: Miami | State: FL | Zip: 33187 | Country: USA |

| **Telephone Number** | 3052357921 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | In Re Vioxx Product Liability Litigation<br>Roxanne De Los Reyes et. al. v. Merck, Inc. |
|---|---|
| **Case Number** | 2:05md1657, 2:05cv06710 |
| **Court Where Case is Pending** | MDL 1657 U.S. District Court E.D. Louisianna |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __06__ / __05__ / __2008__ (*Record Docket No.* __2:05md1657__ )
           Month   Day   Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __06__ / __05__ / __2008__ (Month/Day/Year) | _[signature]_ Counsel |

#343319

2