UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION          MDL No. 1657, SECTION L
This Document Relates to:
                                      Honorable Jude Fallon
                                      Magistrate Judge Knowles

ROXANNE DE LOS REYES and               CASE NO. 2:05CV06710
GABRIEL DE LOS REYES, her husband,

       Plaintiffs

vs.

MERCK & CO., INC.

       Defendant
_____/

## DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD WITH CLIENT CONSENT

I, ROBERT J. FENSTERSHEIB, ESQUIRE, as counsel of record declare under penalty of perjury submit this declaration in support of the Motion to Withdraw as attorney of record and declare the following:

1. Counsel has communicated with the Plaintiffs.

2. Counsel has explained to the Plaintiff the reasons for seeking to withdraw from the representation.

3. Plaintiffs have consented to the withdraw.

                The Law Offices of
                Robert J. Fenstersheib & Associates, P.A.
                520 West Hallandale Beach Blvd.
                Hallandale, FL 33009
                Telephone:   954-456-2488
                Fax:            954-456-2588

                _____
                Robert J. Fenstersheib, Esquire
                Florida Bar No.: 307300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORDS WITH CLIENT CONSENT was mailed on June 5, 2008 to: Roxanne De Los Reyes and Gabriel De Los Reyes via Certified Mail, Return Receipt Requested, tracking number 7006 2150 0002 0065 9580 at 17795 SW 158th Street, Miami, Florida 33187, and on Catherine Whitfield, Squire, Sanders & Dempsy LLP 200 South Biscayne Boulevard, Suite 4000, Miami, Florida 33131-2398, via standard U.S. Mail an Facsimile to (305) 577-7001, and on Wilfred P. Coronado, at Hughes, Hubbard & Reed, LLP, 101 Hudson Street, Suite 3601 Jersey City, NJ 07302-3918, Phillip Wittman, Stone, Pigman, Walther, Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70113, Russ Herman, Herman, Herman Katz & Cotlar, LLP via standard U.S. Mail at 820 O'Keefe Aveneue New Orleans, LA 70113, via Lexis Nexis File and Serve.

The Law offices of
Robert J. Fensterhsheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone:   954-456-2488
Fax:              954-456-2588

_____
Robert J. Fenstersheib, Esquire
Florida Bar No. 307300