**LAW OFFICES OF**
**ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**

Corporate office & Correspondence Mail to:

| | | |
|---|---|---|
| * 1100 FIFTH AVENUE SOUTH<br>SUITE 201<br>NAPLES, FLORIDA 34102 | 520 West Hallandale Beach Blvd<br>Hallandale Beach, Florida 33009 | * FLAGLER CENTER<br>777 S. FLAGLER DR<br>Suite 800-WEST TOWER<br>W. PALM BEACH, Fl 33401 |
| | Broward   954.456.2488<br>Fax           954.456.2588<br>1-800-Law-Man-8 | |
| * GAINESVILLE EXECUTIVE CENTER<br>309 NE FIRST STREET<br>GAINESVILLE, FLORIDA 32601 | *Available for consultation at these locations | Email:<br>info@Fenstersheib.com<br>www.TellRobert.com |

June 5, 2008

**PRIVILEGED AND CONFIDENTIAL**
**SENT CERTIFIED MAIL**
**RETURN RECEIPT NUMBER - 7006 2150 0000 7963 1717**

Roxanne & Gabriel De Los Reyes
17795 SW 158th St.
Miami, FL 33187

Dear Mr & Mrs. De Los Reyes,

Enclosed please find a copy of our re-filing of our Motion to Withdraw in accordance with the Pretrial Order 36, also enclosed. Please note that you have 30 days from receipt of this letter to either contact the undersigned, secure new counsel or contact the Pro Se Curator, Robert M. Johnson (Pan American Life Center, 601 Poydras St., Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that you are proceeding with your lawsuit *pro se* if you in fact intent to proceed.

If you decide to continue with your case it is imperative that you secure new counsel who is familiar with the law and procedures in Federal Court. Unless you have contacted our office, engaged new counsel or contacted the Curator this Motion will be considered by the Court, and if the Court considers the steps we have taken to be reasonable this Motion will be granted.

Additionally, in accordance with PTO 36 we requested that you provide the name, address and telephone number of a relative or friend who can be contacted in the event that you cannot be located. You have declined to provide this information to us. We recommend that you provide this information to the Court.

If you have any further questions please contact the undersigned.

Very truly yours,

The Law Offices of
Robert J. Fenstersheib & Associates, P.A.

Robert J. Fenstersheib, Esq.
For the Firm

RJF/js