UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Bobby Myatt, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10158, only* | * | |
| *Regarding Judith Shoultz* | * | **KNOWLES** |
| | * | |

*****************************************

AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

On May 12, 2008, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP, counsel of record for Plaintiff Judith Shoultz, filed a motion to withdraw in accordance with Pretrial Order 36. Subsequent to the filing of that motion, Plaintiff, in writing, consented to the withdrawal of the firms of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP.

Pursuant to provision II.B. of Pretrial Order 36, counsel for Plaintiff hereby notify the Court that the Plaintiff has consented to the withdrawal of the undersigned counsel.

Respectfully submitted this the 4th day of June, 2008.

                                           /s/ Christopher A. Seeger
                                           Christopher A. Seeger
                                           David R. Buchanan
                                           **SEEGER WEISS, LLP**
                                           550 Broad Street, Suite 920
                                           Newark, New Jersey 07102

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
**BEASLEY ALLEN CROW METHVIN
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36104

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 5th day of June, 2008.

/s/ Benjamin L. Locklar
**OF COUNSEL**