UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins, et al v. Merck & Co., Inc.,* **No. 05-CV-04054 – James Haynes Only**

## AFFIDAVIT OF JAMES HAYNES

/s/ Thomas P. Cartmell
Thomas P. Cartmell        MO #45366
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816)531-2372
Attorney for Plaintiff James Haynes

Dated: June 5, 2008

STATE OF __MO__

COUNTY OF __Dunklin__

# AFFIDAVIT OF JAMES HAYNES

Before me, the undersigned, a Notary Public, personally appeared _James Haynes_ who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

(1) I am Mr. James Haynes;

(2) I am a Plaintiff in the case of Haynes v. Merck, et al., Civil Action Number 2:05cv04054;

(2) Records have been collected and/or requested from all pharmacies that dispensed drugs to, or for, me as set out in the index referred to in paragraph (5);

(3) Records have been collected and/or requested from all of my health care providers requested in the Amended and Supplemental Plaintiff Profile Form ("ASPPF") for the period from January 1, 1995 to the present, more fully set out in the index referred to in paragraph (5);

(4) All records referenced in Paragraphs 2 and 3 above, have been produced pursuant to Pretrial Order 28;

(5) An index identifying the sources of records referenced in Paragraphs 2 and 3 above, which have been produced pursuant to Pretrial Order 28, is attached hereto at "Exhibit A."

Respectfully Submitted this the _2nd_ day of _June_, 2008.

_James R. Haynes_
AFFIANT

SWORN to and SUBSCRIBED before me this _2nd_ day of _June_, 2008.

_Karen L. Baker_
NOTARY PUBLIC
My Commission Expires: _____

KAREN L. BAKER
Notary Public — Notary Seal
State of Missouri, County of Dunklin
My Commission Expires May 11, 2009
Commission #05704077

# Exhibit A

# Haynes v. Merck
# 117-227
# Table of Contents

- Internal Medicine Associates of SE 1-22
- Harris pharmacy 23-29
- Twin Rivers Regional Medical Center-Medical Records-30-59