IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO: *Robert Ruzicka, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-1971 (previously Case No. USDC EDMO, Case No. 4:05cv1945-CEJ) | Plaintiff:   **DOROTHY JOINER** |

### NOTICE OF WITHDRAWAL OF STATEMENT OF NOTICES SENT [Pursuant to Pretrial Order Number 28]

Plaintiff, Dorothy Joiner's personal injury claim pending in MDL Docket Number 1657 has been pending since before November 9, 2007. Plaintiff, Dorothy Joiner's alleged injury is a cerebrothrombotic event which is a qualifying injury and her claim has been submitted and is pending in the Vioxx Resolution Program.

As such Pretrial Order 28 does not apply to Plaintiff, Dorothy Joiner.

BROWN & CROUPPEN, P.C.

By: /s/ SETH SHARROCK WEBB
Seth Sharrock Webb,
Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and the foregoing Notice of Withdrawal of Statement of Notices Sent [Pursuant to Pretrial Order Number 28] has been served on Susan Giamportone, Womble, Carlyle, Sandrige & Rice, PLLC via U.S. Mail; and Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 5th day of June, 2008.

      BROWN & CROUPPEN, P.C.

      By: /s/ SETH SHARROCK WEBB
      Seth Sharrock Webb,
      Fed. Bar No. 505666
      720 Olive Street, Suite 1800
      St. Louis, MO  63101
      Ph: (314) 421-0216
      Fax: (314) 421-0359
      swebb@brownandcrouppen.com
      ATTORNEY FOR PLAINTIFF