IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>*Janet Rothwell v. Merck & Co., Inc.,* No. 2:06cv0981 (previously 3:06-cv-00012-DRH-DGW SDIL USDC) | Plaintiff:   **JANET ROTHWELL** |

### NOTICE OF WITHDRAWAL OF STATEMENT OF NOTICES SENT [Pursuant to Pretrial Order Number 28]

Plaintiff, Janet Rothwell's personal injury claim pending in MDL Docket Number 1657 has been pending since before November 9, 2007. Plaintiff, Janet Rothwell's alleged injury is a cerebrothrombotic event which is a qualifying injury and his claim has been submitted and is pending in the Vioxx Resolution Program.

As such Pretrial Order 28 does not apply to Plaintiff, Janet Rothwell.

BROWN & CROUPPEN, P.C.

 /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
720 Olive Street
Suite 1800
St. Louis, Missouri  63101
314-421-0216
314-421-0359 facsimile

*ATTORNEYS FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

   I hereby certify that the above and the foregoing Notice of Withdrawal of Statement of Notices Sent [Pursuant to Pretrial Order Number 28] has been served on Susan Giamportone, Womble, Carlyle, Sandrige & Rice, PLLC via U.S. Mail; and Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 6th day of June, 2008.

                BROWN & CROUPPEN, P.C.

                /s/ John J. Driscoll
                JOHN J. DRISCOLL, #6276464
                720 Olive Street
                Suite 1800
                St. Louis, Missouri  63101
                314-421-0216
                314-421-0359 facsimile

                ***ATTORNEYS FOR PLAINTIFF***