# EXHIBIT "A"

# The Lamb Firm, LLC
ArchieLamb.com

Archie C. Lamb, Jr.
Inge Johnstone
Tyrell F. Jordan

☐ Licensed in Alabama
■ Licensed in Florida

May 13, 2008

Charles W. Cohen, Esq.  FACSIMILE: (212)837-6000
Hughes Hubbard
One Battery Park PlaZa
New York, New York 10004-1482

Re:   In re Vioxx Litigation

Dear Mr. Cohen:

We are in receipt of your letter of May 12th, 2008 wherein you attached a list of plaintiffs that you state have not been registered with the Vioxx Claims Administrator BrownGreer as required by the Court's November 9, 2007 Order. Please be advised that a cursory review of the list indicates that a good number of the names listed have, in fact, been registered.

As in the past, it appears that you may have some of the names listed incorrectly in your database, which is probably why your database does not bring up the correct information. We will review the names and provide you with the VCN's for those who have, in fact, been registered. I believe the remainder are those cases on which we have filed motions of dismissals.

We will attempt to get the correct information to you by the May 20th deadline you have imposed, but it is going to require a lot of extra work on our part to try to figure out which plaintiff you are talking about. For instance, the third name on your list is listed as "Rosario, Maria Aponte"; when in fact, her name should be listed as "Aponte, Maria Rosario". I would suggest you hold off from filing dismissals on these plaintiffs until we are able to provide you with the correct information.

If you have any questions please do not hesitate to contact me.

Sincerely,

Ann D. Riley, CP
*Certified Paralegal*

ADR

2900 1st Ave. South - Birmingham, AL 35233
or P.O. Box 2088, Birmingham, AL 35201
(205) 324-4644 or 1 (800) 324-4425
(205) 324-4649 • Facsimile

```
************ -COMM. JOURNAL-  ******************* DATE MAY-13-2008 ***** TIME 12:38 ********

           MODE = MEMORY TRANSMISSION         START=MAY-13 12:37    END=MAY-13 12:38

           FILE NO.=729

   STN    COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES     DURATION
   NO.            ABBR NO.

   001    OK      #            912124224726                              002/002    00:00:28


                                                          -ARCHIE LAMB LLC        -

******************************** -205 324 4649    - ***** -    205 324 4649- ********
```

# THE LAMB FIRM, LLC
## 2900 First Avenue South
## Birmingham, AL 35233
## (205) 324-4644
## (205) 324-4649 - facsimile
## (800) 324-4425 - toll free
## www.archielamb.com

## FACSIMILE COVER SHEET

TO: Charles Cohen, Esq.                    DATE: May 13, 2008

FROM: Ann D. Riley, CP        FACSIMILE: 212-422-4726
TOTAL NUMBER OF PAGES: 2 (Including Cover Sheet)

RE: Vioxx Litigation

MESSAGE: Response to your letter of May 12th

THIS FAX WAS SENT BY: Ann D. Riley, CP

This facsimile transmission is intended ONLY for the addressee shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error please notify us immediately by telephone and mail the original to us at the above address. Thank you.