# EXHIBIT "B"

# FACSIMILE

## THE LAMB FIRM, LLC
2900 First Avenue South
Birmingham, AL 35233
(205) 324-4644
(205) 324-4649 – Facsimile

TO:  Charles Cohen, Esq.

Date: May 20, 2008

FROM: Ann D. Riley, CP

FACSIMILE: 212-422-4726

RE; In re Vioxx Litigation

Total Number of Pages (5) including cover sheet

COMMENTS: This is in respond to your May 12, 2008 letter to us regarding cases your records reflect have not yet been registered. If you have questions, please contact me at 205-612-6116 as I am currently working in Puerto Rico and will not be back in the office until next week. Thank you.

***THE LAMB FIRM, LLC***
2900 First Avenue South
Birmingham, AL
(205) 324-4644
(205) 324-4649 – Facsimile
1-800-324-4425

May 20, 2008

Charles W. Cohen
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004-1482

  Re: In re Vioxx Litigation
     The Lamb Firm, LLC

Dear Mr. Cohen:

  Attached please find a grid that I have prepared concerning the list you sent to us May 12, 2008 wherein you indicated you were going to dismiss the cases if we did not respond by May 20, 2008 because the cases had not been registered with the Vioxx Claims Administrator BrownGreer. As you will recall, I responded to your letter indicating that it appeared you had the names incorrectly entered in your database.

  A review of the attached list will show that this information was provided to your firm again, back several months ago. Originally I created grids in September of 2007 for Zane of your firm; and then again in February Mr. John Poulos of your office when he sent several lists concerning cases we were not including in our registration. At Mr. Poulos' insistence, I set aside several hours of time within which to go over the lists with him, one-by-one. As I indicated to both Zane and Mr. Poulos, it is obvious the names in your database have not been entered correctly, and therefore it causes a tremendous amount of problems. Unless the database is corrected, each time you create a grid; you are going to come up with incorrect information. My letter to you last week set forth the proper way to read the Puerto Rico names.

  Following my discussions with Mr Poulos several Stipulations of Dismissals were prepared for our signature; Mr. Lamb signed them, we returned them to you, your firm signed them and filed them, and the Court granted them.


If you have any further questions, please do not hesitate to contact me.

Sincerely,

Ann D. Riley, CP
*Certified Paralegal*

*ADR*
*Attachment*

The Lamb Firm, LLC

| | A | B | C |
|---|---|---|---|
| 1 | **NAME ON YOUR LIST** | **CORRECT NAME** | **EXPLANATION/COMMENTS** |
| 2 | Malave, Maria Addariach | Addarich-Malave, Maria | Derivataive claimant of Malave-Ubides, Ann ; VCN Number 1050977; provided this information to John Poulos during conf call |
| 3 | Almarante, Miguel | Almarante, Miguel | provided information to John Poulos during conf call; Stipulation of Dismissal was prepared by your office; we signed and it was filed and the court granted it. |
| 4 | Rosario, Maria Aponte | Aponte-Rosario, Maria | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 5 | Baez, Maria | Baez, Maria | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 6 | Mojica, Miriam Baez | Baez-Mojica, Myriam | Derivative claimant of Santos-Pacheco, Eduardo; VCN Number 1051196; this information was provided to John Poulos during conf call |
| 7 | Bravo, Milda | Bravo-Rivera, Nilda | VCN Number 1050781; provided to John Poulos |
| 8 | Colon, Hector M. | Colon-Mage, Hector M. | we dismissed in 3/7/07; discussed with John Poulos; stipulation of dismissal was prepared; we signed, it was filed, court granted. |
| 9 | Correa, Rafael | Correa-Santos, Rafael | VCN Number 1050820; provided to John Poulos |
| 10 | Cruz, Maria | Cruz, Maria | VCN Number 1050834; provided to John Poulos |
| 11 | Carmona, Gilberto Cruz | Cruz-Carmona, Gilberto | Derivative claimant of Aida Carmona-Martinez, deceased; VCN Number 1050796; provided to John Poulos |
| 12 | Rivera, Carmen Cruz | Cruz-Rivera, Carmen | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 13 | Figueroa, Bethzaida \henson | Henson-Figueroa, Bethzaida | Derivative of Luz Figueroa-Torres; VCN Number 150885 |
| 14 | Sanchez, Angel Fontanez | Fontanez-Sanchez, Angel | Derivative of Carmen Sanchez-Torres; VCN Number 1041184 |
| 15 | Franco, Carlos | Franco, Carlos | stipulation was prepared by your office; it was signed and filed and order of dismissal granted. Spoke with John Poulos |
| 16 | Gomez, Maria | Gomez, Maria | stipulation was prepared by your office; it was signed and filed and order of dismissal granted. Spoke with John Poulos |
| 17 | Gonzalez, Melinda | Gonzalez, Melinda | Wife, derivative claimant of Jorge Rivera-Ramos; VCN Number 1051122; gave info to John Poulos |
| 18 | Hernandez, Her | Hernandez-Ramos, Sandra | This was an error in the database; info given to John Poulos; VCN Number is 1050933 |
| 19 | Hildalgo, Juanita | Hildalago, Juanita | VCN Number 1050936; info given to John Poulos |

In Re Vioxx Litigation
Response to Hughes Hubbard
Corrections to HH database

The Lamb Firm, LLC

| | A | B | C |
|---|---|---|---|
| 20 | Jusino, Vanessa | Jusino, Vanessa | we dismissed; stipulation was prepared by your office; it was signed, filed, and Order of Dismissal entered. |
| 21 | Legareta, Irma | Legareta, Irma | we dismissed; stipulation was prepared by your office; it was signed, filed, and Order of Dismissal entered. |
| 22 | Lugo-Rodriguez, Bedalin | Rodriguez-Olivera, Bedalin | this is a derivative of Monserrate Rodriguez; VCN Number 1052244; info provided to John Poulos previously |
| 23 | Lugo-Rodriguez, Belinda | Lugo, Belinda | we dismissed; stipulation was prepared by your office; it was signed, filed, and Order of Dismissal entered. |
| 24 | Lugo-Rodriguez, Francisco | Lugo-Rodriguez, Francisco | Derivative of Monserrate Rodriguez; VCN Number 1051144; provided to John Poulos previously |
| 25 | Morales, Leonardo | Arriaga-Morales, Leonardo | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 26 | Morales, Leonardo Arreaga | Arriaga-Morales, Leonardo | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 27 | Morales, Leonardo Arriaga | Arriaga-Morales, Leonardo | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 28 | Rivera, Sulina Moreno | Moreno-Sepulveda, Zulina | Derivative of Juan Rivera-Bula; VCN Number 105105 |
| 29 | Oquendo, Hilda | Oquendo-Jacome, Hilda | VCN Number 1051038; info provided to John Poulos previously |
| 30 | Ortiz, Glenda | Ortiz-Maldonado, Brenda | VCN Number 1051049 |
| 31 | Narvera, Jose Ortiz | Ortiz-Narvera, Jose | VCN Number 1051051; previously provided to John Poulus |
| 32 | Otera, Margarita | Otero-Camacho, Margarita | we dismissed; stipulation was prepared by your office; it was signed, filed, and Order of Dismissal entered. |
| 33 | Otero, Rosa | Otero-Soto, Rosa | we dismissed; stipulation was prepared by your office; it was signed, filed, and Order of Dismissal entered. |
| 34 | Padilla, Aura | Padilla-Cordova, Aura | VCN Number 1051060; previously provided to John Poulos |
| 35 | Gonzalez, David Pizarro | Pizarro-Gonzalez, Davis | derivative of Minerva Gonzalez-Cruz; VCN Number 1050922; previoiusy provided to John Poulos |
| 36 | Zayas, Jose Quintana | Quintana-Zayas, Jose | Derivative of Bernabela Zayas-Zayas; VCN Number 1051259 |
| 37 | Soler, Jose Rafael | Soler, Jose Rafael | Derivative of Edna Rosario-Roa; VCN Number 1051166 |
| 38 | Ramon, Emilio | Ramon, Emilio | derivative claimant of Ramon Moran-Serrano; VCN Number 1051029; previously provided to John Poulos |
| 39 | Ramos, Ana | Ramos-Velez, Ana | VCN Number 1051090; previously provided to John Poulos |
| 40 | Rivera, Daisy | Rivera-Rodriguez, Daisy | VCN Number 1051126; previously provided to John Poulos |

In Re Vioxx Litigation
Response to Hughes Hubbard
Corrections to HH database

The Lamb Firm, LLC

| | A | B | C |
|---|---|---|---|
| 41 | Rivera, Evelyn | Rivera-Torres, Evelyn | VCN Number 1051231; previously provided to John Poulos |
| 42 | Rodriguez, Monserrate | Rodriguez-Oliveras, Monserrate | VCN Number 1051144; previousy provided to John Poulos |
| 43 | Hernandez, Zoe Rodriguez | Rodriguez-Hernandez, Zoe | Derivative of Sandra Hernandez-Ramos; VCN Number 1050933 |
| 44 | Sanchez, Jose Rodriguez | Rodriguez-Sanchez, Jose | |
| 45 | Sepulveda, Foreino Rodriguez | Rodriguez-Sepulveda, Jovino | we dismissed; stipulation was prepared by your office; it was signed, filed,and Order of Dismissal entered. |
| 46 | Torres, Carmen Rodriguez | Rodriguez-Torres, Carmen | we dismissed; stipulation was prepared by your office; it was signed, filed,and Order of Dismissal entered. |
| 47 | Jesus,Luis Roldan De | Roldan de Jesus, Luis | Derivative of Candida DeJesus-Pedraza; VCN Number 1050850 |
| 48 | Tirado, Pedro M. Santana | Santana-Tirado, Pedro M. | VCN Number 1051188; provided previously to John Poulos |
| 49 | Santiago, Maria E. | Santiago, Maria E. | we dismissed; stipulation was prepared by your office; it was signed, filed,and Order of Dismissal entered. |
| 50 | Santiago, Maria L. | we believe this is duplicative of Marie E. Above | duplicative |
| 51 | Sanstiago, Mario | Santiago, Mario | Derivative of Gloria Rivera-de-Jesus; VCN  Number 1051110 |
| 52 | Santiago, Rafael | Santiago, Rafael | Derivative of Gloria Rivera-de-Jesus; VCN  Number 1051110 |
| 53 | Sierra, Jose Rodriguez | Rodriguez-Sierra, Juan | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 54 | Arroyo, Maria Silva | Silva-Arroyo, Marta (Martha) | Derivative of Alejandrina Arroyo-Crespo; VCN Number 1050759 |
| 55 | Comas, Laura Suarez | Suarez-Comas, Laura | we dismissed; stipulation was prepared by your office; it was signed, filed,and Order of Dismissal entered. |
| 56 | Alejandro, William Torres | Torres-Alejandro, William | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 57 | Torres, Maria Torres | Torres-Torres, Maria | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 58 | Trinidad, Emerhild | Trinidad-Fernandez, Hermenegilda | VCN Number 1051233 |
| 59 | Vazquez, Irma | Vazquez, Vilma | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |
| 60 | Vazquez, Maria | Vazauez, Maria | This is one we told you we would be dismissing; we may have already signed and filed the dismissal (your office should have the information as they prepared the stipulations) |

In Re Vioxx Litigation
Response to Hughes Hubbard
Corrections to HH database