# EXHIBIT "C"

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

5:13 PM 6/4/2008

| | A | B | C | D |
|---|---|---|---|---|
| 1 | NAMED USED BY DEF. | CORRECT NAME | COURT | EXPLANATION |
| 2 | Alejandro, William Torres | Torres-Alejandro, William | 2:05cv06234 | **Due to be dismissed.** |
| 3 | Almarante, Miguel | Almarante, Miguel | 2:05cv06997 | **Due to be dismissed.** |
| 4 | Arroyo, Maria Silva | Silva-Arroyo, Marta (Martha) | 2:05cv06234 | Derivative claimant of Alejandrina Arroyo-Crespo; **VCN Number 1050759**; provided in 5/20/08 grid. |
| 5 | Baez, Maria | Baez, Maria | 2:05cv06234 | **Due to be dismissed.** |
| 6 | Bravo, Milda | Bravo-Rivera, Nilda | 2:05cv06234 | **VCN Number 1050781**; provided to John Poulos and again on 5/20/2008. |
| 7 | Carmona, Gilberto Cruz (2) | Cruz-Carmona, Gilberto | 2:05cv06234 | Derivative claimant of Aida Carmona-Martinez, deceased; **VCN Number 1050796**; provided to John Poulos and again on 5/20/2008 grid. |
| 8 | Comas, Laurae Suarez | Suarez-Comas, Laura | 2:05cv06234 | **Due to be dismissed.** |
| 9 | Correa, Rafael | Correa, Rafael | 2:05cv06234 | **VCN number 1050820**; provided to John Poulos in February; again in 5/20/08 grid. |
| 10 | Figueroa, Bethzaida Henson | Henson-Figueroa, Bethzaida | 2:05cv06234 | Derivative of Luz Figueroa-Torres; **VCN Number 1050885**; provided to John Poulos in February; again in 5/20/08 grid. |
| 11 | Franco, Carlos | Franco-Villagone, Carlos Luis | 2:05cv06234 | **Due to be dismissed. Joint Stipulation of Dismissal was prepared and signed and filed with the Court.** |
| 12 | Gonzalez, David Pizarro | Pizzarro-Gonzalez, Davis | 2:05cv06234 | Derivative claimant of Minerva Gonzalez-Cruz, **VCN Number 1050922**; provided to John Poulos in February; again in 5/20/08 grid. |
| 13 | Gonzalez, Melinda F. | Gonzalez, Melinda F. | 2:05cv06234 | Derivative claimant of Jorge Rivera-Ramos, **VCN Number 1051122**; provided to John Poulos in February; again in 5/20/08 grid. |
| 14 | Hernandez, Her | Hernandez-Ramos, Sandra | 2:05cv06234 | Explained this was an error and the correct name provided; info given to John Poulos in February, again in 5/20/08 grid. **VCN Number 1050933.** |

THE LAMB FIRM, LLC

EXHIBIT C

1

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

5:13 PM 6/4/2008

| | A | B | C | D |
|---|---|---|---|---|
| 15 | Hernandez, Zoe Rodriguez | Rodriguez-Hernandez, Zoe | 2:05cv06234 | Derivative claimant of Sandra Hernandez-Ramos; **VCN Number 1050933**; provided to John Poulos in February; again in 5/20/08 grid. |
| 16 | Jesus, Luis Roldan De | Roldan de Jesus, Luis | 2:05cv06234 | Derivative claimant of Candida DeJesus-Pedraza; **VCN Number 1050850**; provided to John Poulos in February; again 5/20/08 grid. |
| 17 | Jusino, Vanessa | Jusino, Vanessa | 2:05cv06234 | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, **Court entered Order of Dismissal on 4/16/08.** |
| 18 | Legareta, Irma | legareta, Irma | 2:05cv06234 | **Due to be dismissed.** |
| 19 | Lugo Rodriguez, Bedalin | Rodriguez-Olivera, Bedalin | 2:05cv06234 | Derivative claimant of Monserrate Rodriguez; **VCN Number 1051144**; info provided 5/20/08. |
| 20 | Lugo Rodriguez, Francisco | Lugo-Rodriguez, Francisco | 2:05cv06234 | Derivative claimant of Monserrate Rodriguez; **VCN Number 1051144**; info provided 5/20/08. |
| 21 | Malave, Maria Addarich | Addarich-Malave, Maria | 2:05cv06234 | Derivative claimant of Ann Malave-Ubides; **VCN Number 1050977**, provided to John Poulos in February; again in 5/20/08 grid. |
| 22 | Mojica, Miriam Baez | Baez-Mojica, Myriam | | Derivative claimant of Eduardo Santos-Pacheco; **VCN Number 1051196**; provided to John Poulos in February; again in 5/20/08 grid. |
| 23 | Morales, Leonardo | Arriaga-Morales, Leonardo | 2:05cv06234 | **Due to be dismissed.** |
| 24 | Morales, Leonardo Arreaga | Arriaga-Morales, Leonardo | 2:05cv06234 | **Due to be dismissed.** |
| 25 | Morales, Leonardo Arriaga | Arriaga-Morales, Leonardo | 2:05cv06234 | **Due to be dismissed.** |
| 26 | Otero, Margarita | Otero-Comacho, Margarita | 2:05cv06234 | **Due to be dismissed.** |
| 27 | Otero, Rosa | Otero-Soto, Rosa | 2:05cv06234 | **Due to be dismissed.** |
| 28 | Ramon, Emilio | Ramon, Emilio | | Derivative claimant of Ramon Moran-Serrano; **VCN Number 1051029**; provided to John Poulos in February; again 5/20/08 grid. |
| 29 | Rivera, Carmen Cruz | Cruz-Rivera, Carmen | 2:05cv06234 | Due to be dismissed. |

THE LAMB FIRM, LLC

EXHIBIT C

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

| | A | B | C | D |
|---|---|---|---|---|
| 30 | Rivera, Sulina Moreno | Moreno-Sepulveda, Zulina | 2;05CV06234 | Derivative claimant of Juan Rivera-Bula; **VCN Number 1051105;** contained in 5/20/08 grid. |
| 31 | Rosario, Maria Aponte | Aponte-Rosario, Maria | 2:05cv06234 | **Due to be dismissed.** |
| 32 | Sanchez, Angel Fontanez | Fontanez-Sanchez, Angel | 2:05cv06234 | Derivative of Carmen Sanchez-Torres; **VCN Number 1051184;** on 5/20/08 grid. |
| 33 | Sanchez, Jose Rodriguez | | | **Due to be dismissed.** |
| 34 | Santiago, Maria E. | Santiago, Maria E. | 2:05cv06234 | **Due to be dismissed.** |
| 35 | Santiago, Maria L. | Santiago, Maria E. | 2:05cv06234 | **Due to be dismissed.** Duplicative of 34 above. |
| 36 | Santiago, Mario | Santiago, Mario | 2:05cv06234 | Derivative claimant of Gloria Rivera-de-Jesus; **VCN Number 1051110;** on 5/20/08 grid. |
| 37 | Santiago, Rafael | Santiago, Rafael | 2:05cv06234 | Derivative claimant of Gloria Rivera-de-Jesus; **VCN Number 1051110;** on 5/20/08 grid. |
| 38 | Sepulveda, Foreino Rodriguez | Rodriguez-Sepulveda, Jovino | 2:05cv06234 | **Due to be dismissed.** |
| 39 | Sierra, Juan Rodriguez | Rodriguez-Sierra, Juan | 2:05cv06234 | **Due to be dismissed.** |
| 40 | Soler, Jose Rafael (1) | Soler, Jose Rafael | 2:05cv06234 | Derivative claimant of Edna Rosario-Roas; **VCN Number 1051166;** on 5/20/08 grid. |
| 41 | Soler, Jose Rafael (2) | Soler, Jose Rafael | 2:05cv06234 | duplicative of above. |
| 42 | Torres, Carmen Rodriguez | Rodriguez-Torres, Carmen | 2:05cv06234 | **Due to be dismissed.** |
| 43 | Torres, Maria Torres | Torres-Torres, Maria | 2:05cv06234 | **Due to be dismissed.** |
| 44 | Trinidad, Emerhild | Trinidad-Fernandez, Hermeneglida | 2:05cv06234 | **VCN Number 1051233;** in 5/20/08 grid. |
| 45 | Vazauez, Irma | Vazquez, Vilma | 2:05cv06234 | **Due to be dismissed;** stipulation was signed 4/2/08. |
| 46 | Vazauez, Maria | Vazquez, Maria | 2:05cv06234 | **Due to be dismissed. Joint Stipulation of Dismissal was prepared and signed and filed with the Court.** |
| 47 | Zayas, Jose Quintana (2) | Quintana-Zayas, Jose | 2:05cv06234 | Derivative claimant of Bernabela Zayas-Zayas; **VCN Number 1051259;** on 5/20/08 grid. |