# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Boone | First Alexandra | Middle V. |
|---|---|---|---|

| Name of Law Firm | Miller, Curtis & Weisbrod, L.L.P. |
|---|---|

| Current Address | Street 11551 Forest Central Drive, Suite 300 | | | |
|---|---|---|---|---|
| | City Dallas | State TX | Zip 75243 | Country U.S.A. |

| Telephone Number | 214.987.0005 | Facsimile | 214.987.2545 | Email | aboone@mcwlawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Drabelle | First Carol | Middle |
|---|---|---|---|

| Plaintiff Address | Street 341 Mountain Terrace Circle | | | |
|---|---|---|---|---|
| | City Maumelle | State AR | Zip 72113 | Country U.S.A. |

| Telephone Number | 501-851-1032 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Carol Drabelle and Harry Drabelle VS. Merck & Co., Inc. |
|---|---|

| Case Number | 2:05CV6497 |
|---|---|

| Court Where Case is Pending | U.S. District Court   Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### [X] Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | [ ] Friend  [ ] Relative (specify relationship: _____ ) |
|---|---|

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| ☒ | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36, on 05 / 30 / 08 . *(Record Docket No.* 14559 ) <br> <sub>Month   Day   Year</sub> |

| | |
|---|---|
| ☒ | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 / 5 / 08 <br> (Month/Day/Year) | _Alexandra J. Boone_ <br> Counsel |
|---|---|---|