# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Boone | First: Alexandra | Middle: V. |
| **Name of Law Firm** | Miller, Curtis & Weisbrod, L.L.P. | | |
| **Current Address** | Street: 11551 Forest Central Drive, Suite 300 | | |
| | City: Dallas | State: TX / Zip: 75243 | Country: U.S.A. |
| **Telephone Number** | 214.987.0005 | Facsimile: 214.987.2545 | Email: aboone@mcwlawfirm.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Chapman | First: Dorothy | Middle: |
| **Plaintiff Address** | Street: PO Box 28 | | |
| | City: Garvin | State: OK / Zip: 74736 | Country: U.S.A. |
| **Telephone Number** | (580) 208-2833 | Facsimile: | Email: DorothyChapman@yahoo.com |
| **Case Caption** | Dorothy Chapman vs. Merck & Co., Inc. | | |
| **Case Number** | 05-5233 | | |
| **Court Where Case is Pending** | U.S. District Court   Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State: / Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

| | |
|---|---|
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 29 / 08 . *(Record Docket No.* 14555 ) <br> Month   Day   Year |
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 6 / 5 / 08 <br> (Month/Day/Year) | *Alexandro J. Boom* <br> Counsel |
|---|---|---|

#343319                                           2