# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
**(Paragraph II.C of PTO No. 36)**

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Driscoll | First: John | Middle: J |

| **Name of Law Firm** | Brown & Crouppen, P.C. |
|---|---|

| **Current Address** | Street: 720 Olive, Suite 1800 | | | | |
|---|---|---|---|---|---|
| | City: St. Louis | | State: MO | Zip: 63101 | Country: United States |

| **Telephone Number** | 800-536-4357 | **Facsimile** | 314-421-0359 | **Email** | jdriscoll@brownandcrouppen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Bufkin | Olivia | |

| **Plaintiff Address** | Street: 6759 Carman Drive | | | | |
|---|---|---|---|---|---|
| | City: Rockford | | State: IL | Zip: 61108 | Country: United States |

| **Telephone Number** | 815-904-6693 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Willis Fuller v. Merck & Co., Inc., |
|---|---|
| **Case Number** | 2:06cv3138 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street: | | | | |
|---|---|---|---|---|---|
| | City: | | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: ____) |
|---|---|

#344082

1

| | |
|---|---|
| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>(Paragraph II.C of PTO No. 36) |
| | **D.  COMPLIANCE WITH PTO NO. 36** |
| ☒ | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  6 / 3 / 2008 .<br><sub>Month    Day    Year</sub> |
| ☒ | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |
| | 1.   A copy of PTO No. 36; |
| | 2.   A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel); |
| | 3.   An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and |
| | 4.   A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |
| | **E.  SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed** | 6 / 9 / 2008<br><sub>(Month/Day/Year)</sub>     _/s/ John J. Driscoll_____<br>                                                 Counsel |

#344082

2