# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Boone | First: Alexandra | Middle: V. |
| **Name of Law Firm** | Miller, Curtis & Weisbrod, L.L.P. | | |

**Current Address**
Street: 11551 Forest Central Drive, Suite 300
City: Dallas | State: TX | Zip: 75243 | Country: U.S.A.

**Telephone Number:** 214.987.0005 | **Facsimile:** 214.987.2545 | **Email:** aboone@mcwlawfirm.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Woosley | First: Laverne | Middle: |

**Plaintiff Address**
Street: 127 Myrene Dr.
City: Henderson | State: KY | Zip: 42420 | Country: U.S.A.

**Telephone Number:** (270) 830-6076 | **Facsimile:** | **Email:**

**Case Caption:** Laverne Woosley VS. Merck & Co., Inc.

**Case Number:** 05-04453

**Court Where Case is Pending:** U.S. District Court   Eastern District of Louisiana

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

**Address**
Street:
City: | State: | Zip: | Country:

**Telephone Number:** | **Facsimile:** | **Email:**

**Relationship to Plaintiff:** [ ] Friend   [ ] Relative (specify relationship: _____)

#343319

1

| | |
|---|---|
| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>(Paragraph II.C of PTO No. 36) |
| | **D. COMPLIANCE WITH PTO NO. 36** |
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 29 / 08 .  (*Record Docket No.* 14557 ) |
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |
| | 1. A copy of PTO No. 36; |
| | 2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel); |
| | 3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and |
| | 4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |
| | **E. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed** | 6 / 5 / 08  (Month/Day/Year)        Alexandra J. Boone                                  Counsel |

#343319

2