# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Boone | First: Alexandra | Middle: V. |
| **Name of Law Firm** | Miller, Curtis & Weisbrod, L.L.P. | | |

| **Current Address** | Street: 11551 Forest Central Drive, Suite 300 |||||
|---|---|---|---|---|---|
| | City: Dallas | State: TX | Zip: 75243 | Country: U.S.A. ||
| **Telephone Number** | 214.987.0005 | **Facsimile** | 214.987.2545 | **Email** | aboone@mcwlawfirm.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Smith | First: Vinnie | Middle: |

| **Plaintiff Address** | Street: P.O. Box 1261 ||||
|---|---|---|---|---|
| | City: Roswell | State: NM | Zip: 88202 | Country: U.S.A. |
| **Telephone Number** | 505-317-0771 | **Facsimile** | **Email** ||
| **Case Caption** | Vinnie Smith VS. Merck & Co., Inc. ||||
| **Case Number** | 06-6403 ||||
| **Court Where Case is Pending** | U.S. District Court   Eastern District of Louisiana ||||

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: ||||
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |
| **Telephone Number** | | **Facsimile** | **Email** ||
| **Relationship to Plaintiff** | [ ] Friend  [ ] Relative (specify relationship: _____) ||||

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  05 / 29 / 08 . (*Record Docket No.* 14550 )
          Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   6 / 5 / 08
                  (Month/Day/Year)

/s/ Alexandra J. Boone
                               Counsel

#343319                                   2