MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732
*Attorneys for Plaintiff Leo Conk*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Leo Conk<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of Plaintiff Leo Conk, be dismissed with prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
District Judge

APPROVED AS TO CONTENT AND FORM:

*[signature]*
Phillip Wittmann
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER OF DISMISSAL WITH PREJUDICE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of June, 2008.

/s/ Stephen F. Edwards
Stephen F. Edwards
Bar No. 10780
Attorney for Plaintiff
Morgan, Minnock, Rice & James
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
Tel. (801) 531-7888
Fax (801) 531 9732
sedwards@mmrj.com