UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *John Mullins and Patricia Ann Mullins (now deceased) v. Merck & Co., Inc.;* **Case No. 2:06-CV-1903**

Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Gregory Bubalo of Bubalo, Hiestand & Rotman filed a Motion to Withdraw with this Court on April 18, 2008. Following this Court's Pretrial Order 36, KVWG placed an advertisement in the Corbin Times Tribune in an attempt to locate the Plaintiff, Mr. Mullins. On or about June 2, 2008, Mr. Mullins, contacted counsel stating that he had been out of the country but would like to enroll in the Vioxx Resolution Program. On June 5, 2008, undersigned counsel enrolled and submitted enrollment documents for the Plaintiff, John Mullins.

For reasons stated above, undersigned counsel respectfully requests that the Court remand the Motion to Withdraw previously filed in the above-referenced matter.

Dated: June 9, 2008

                                                               Respectfully submitted,

                                                               /s/ Gregory J. Bubalo
                                                               Gregory J. Bubalo
                                                               D. Brian Rattliff
                                                               Bubalo, Hiestand & Rotman
                                                               401 S. Fourth Street, Suite 800
                                                               Louisville, KY   40202
                                                               (502) 753-1600
                                                               brattliff@bhtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Remand Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of June, 2008.

s/ Gregory J. Bubalo
Gregory J. Bubalo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *John Mullins and Patricia Ann Mullins v. Merck & Co., Inc.,* **Case No.  2:06-CV-1903**

## ORDER

Upon due consideration of the motion to remand the previously-filed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Withdraw is remanded from the docket.

IT IS SO ORDERED.

DATED:_____      _____
                                                                                      JUDGE ELDON E. FALLON
                                                                                      UNITED STATES DISTRICT COURT JUDGE