UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:**  *John Mullins and Patricia Ann Mullins v.
Merck & Co., Inc.,* **Case No.  2:06-CV-1903**

## ORDER

Upon due consideration of the motion to remand the previously-filed motion to

withdraw as counsel of record, and for good cause shown, the Court finds the motion to

be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs'

counsel's Motion to Withdraw is remanded from the docket.


IT IS SO ORDERED.


DATED:_____          _____
                                                JUDGE ELDON E. FALLON
                                                UNITED STATES DISTRICT COURT JUDGE