MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732
*Attorneys for Plaintiff Elva Wright*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Elva Wright, on behalf of the heirs of her husband, Gaylen Shelley Wright<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Elva Wright and Merck & Company, Inc., stipulate to the dismissal with prejudice of the the above-captioned action, with each party to bear its own costs and attorneys' fees.

DATED this 21st day of May, 2008.

MORGAN, MINNOCK, RICE & JAMES, L.C.

_____
Stephen F. Edwards
Attorneys for Plaintiff

DATED this 2 day of June, 2008.

                            STONE, PIGMAN, WALTHER, WITTMANN L.L.C.

                            /s/ Phillip Wittman
                            Phillip Wittman
                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of June, 2008.

    /s/ Stephen F. Edwards
Stephen F. Edwards
Bar No. 10780
Attorney for Plaintiff
Morgan, Minnock, Rice & James
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
Tel. (801) 531-7888
Fax (801) 531 9732
sedwards@mmrj.com