UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                           MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                           Section L

This Document Relates To:


Patrice Lambert                                         Judge Fallon

Civil Action No: 2:06-cv-2679                           Mag. Judge Knowles

---

### **ORDER**

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Patrice Lambert.

IT IS SO ORDERED.

_____                    _____
Date                                         Judge Eldon E. Fallon
                                             United States District Court Judge