UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                 MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      Section L

This Document Relates To:

Janet D. Roderick vs. Merck & Co. Inc.        Judge Fallon

Civil Action No: 2:05-cv-06573              Mag. Judge Knowles

### ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey and Michael Hamilton of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Janet D. Roderick.

IT IS SO ORDERED.

_____                          _____
Date                                                     Judge Eldon E. Fallon
                                                           United States District Court Judge