UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Gloria A. Jackson vs. Merck & Co. Inc. | Judge Fallon |
| Civil Action No: 2:05-cv-05124 | Mag. Judge Knowles |

### COUNSEL'S MOTION TO WITHDRAW PURSUANT TO PRETRIAL ORDER NO. 36.II

Pursuant to Pretrial Order No. 36.II and Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP and Charles Zimmerman, Ronald Goldser, and Gregory P. Sautter of ZIMMERMAN REED, P.L.L.P., counsel of record (collectively "Counsel") for Plaintiff(s), Patrick Jackson, as representative of the estate of Gloria A. Jackson, ("Plaintiff") move this Court for an order allowing them to withdraw as counsel for Plaintiff in the above-captioned cause.

Counsel request that they be allowed to withdraw as counsel because Plaintiff insists on pursuing an objective that Counsel consider imprudent and with which Counsel have a fundamental disagreement. *See* MODEL CODE OF ETHICS § 1.16. In support of their motion Counsel attach hereto their Certification in compliance with Pretrial Order No. 36 and Local Rule 83.2.11 as Exhibit A.

Dated: JUNE 7, 2008

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888


MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Telephone: 361-887-0500
Facsimile: 361-887-0055


ZIMMERMAN REED, PLLP
Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Gregory P. Sautter, #0326446
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612 341-0844

Respectfully submitted,
JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS KHERKHER HART
BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226


DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218


*/s/ Grant Kaiser*
GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Plaintiff by U.S. Certified Mail, and on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of June, 2008.

Further, Plaintiff has been notified of all deadlines and pending court appearances.

_____
Grant Kaiser

## Declaration of Plaintiff's Counsel

Pursuant to Pretrial Order No. 35.II.A., counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of plaintiff; and

3. Plaintiff consented to the withdrawal.

Respectfully submitted, this ___ day of _____, 2008.

_____
Plaintiff's Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Gloria A. Jackson vs. Merck & Co. Inc. | Judge Fallon |
| Civil Action No: 2:05-cv-05124 | Mag. Judge Knowles |

---

### ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP Grant Kaiser of THE KAISER FIRM, LLP, and Charles Zimmerman, Ronald Goldser, and Gregory P. Sautter of ZIMMERMAN REED, P.L.L.P., are released from any further responsibility as counsel for Plaintiff(s), Patrick Jackson, as representative of the estate of Gloria A. Jackson.

IT IS SO ORDERED.

_____          _____
Date                                            Judge Eldon E. Fallon
                                                United States District Court Judge