UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 08-1633 |
| | § | |
| US Bancorp; BrownGreer, PLC; and John Does | § | SECTION L, MAG. 3 |
| | § | |
| | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |
| | § | |
| | § | In Relation to: MDL Docket No. 1657 |
| | § | |
| | § | In Re: VIOXX |
| | § | |
| | § | PRODUCTS LIABILITY LITIGATION |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

In accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, and clear Supreme Court and Fifth Circuit authority, Plaintiffs respectfully file this Motion for Temporary Restraining Order and Preliminary Injunction.

For the reasons more fully set forth in the enclosed memorandum and supporting Affidavits and Declarations, Plaintiffs seek an Order from this Court directing identification and disclosure of Plaintiffs' plan members who are participating in the settlement fund established to resolve claims asserted in the *In re: Vioxx Products Liability Litigation*. Plaintiffs seek this disclosure in order to enforce the clear healthcare reimbursement obligations of claimants participating in the settlement, on whose behalf Plaintiffs paid healthcare benefits. This motion is necessitated by the *In re: Vioxx* Plaintiff Steering Committee's ("PSC") refusal to set up a workable process for resolving Plaintiffs' rights in a manner similar to that established to resolve

the rights of governmental third party payors. Plaintiffs seek this relief after their own extraordinary efforts to ascertain the same from publicly available data have proved futile.

If and only if necessitated by delay in responding with the information sought here, Plaintiffs further request that this Court briefly enjoin settlement distributions until Plaintiffs' equitable reimbursement rights have been determined. The identification Plaintiffs request ought to include, at a minimum, notice to counsel for Plaintiffs of: 1) the determination to make a distribution; and 2) the name, address, and personal identifying information (*i.e.*, social security number) for each qualifying claimant; and 3) the amount that such claimant would receive from the Settlement Fund, or such other quantification of the claimant's interest in the fund as is known to the Defendants. Following such disclosure, Plaintiffs must be given at least thirty days within which to assert any equitable rights to reimbursement.

DATED this 9th day of June, 2008

                                                       SUSMAN GODFREY L.L.P.

                                                       _____Lexie G. White/s_____
                                                       Lexie G. White
                                                       Louisiana State Bar No. 29478
                                                       Neal S. Manne
                                                       Texas State Bar No. 12937980
                                                       William Christopher Carmody
                                                       Texas State Bar No. 03823650
                                                       Joseph S. Grinstein
                                                       Texas State Bar No. 24002188
                                                       SUSMAN GODFREY L.L.P.
                                                       1000 Louisiana Street, Suite 5100
                                                       Houston, Texas 77002
                                                       Telephone: (713) 651-9366
                                                       Facsimile: (713) 654-6666

OF COUNSEL:

Richard W. Cohen
Peter D. St. Phillip, Jr.

2

Gerald Lawrence
LOWEY DANNENBERG COHEN & HART, P.C.
1 North Broadway, 5th Floor
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Mark D. Fischer
Mark M. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES PLLC
1 Eden Parkway
LaGrange, KY 40031
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

Attorneys for Plaintiffs

## **CERTIFICATION OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion for a Temporary Restraining Order and Preliminary Injunction has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657. Copies of all pleadings and other papers filed in the action to date have also been furnished to counsel for BrownGreer, PLC and counsel for all Defendants, by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and by electronic filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via CM/ECF system which will send a Notice of Electronic Filing to counsel for all known Defendants in accord with the procedures established in MDL 1657 on this 9th Day of June, 2008.

                Lexie G. White/s
                Lexie G. White
                Louisiana State Bar No. 29478
                Attorney for Plaintiffs
                SUSMAN GODFREY L.L.P.
                1000 Louisiana Street, Suite 5100
                Houston, Texas 77002
                Telephone: (713) 651-9366
                Facsimile: (713) 654-6666
                lwhite@susmangodfrey.com