## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § CIVIL ACTION |
| | § |
| v. | § NO. 08-1633 |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § SECTION L, MAG. 3 |
| | § |
| | § JUDGE FALLON |
| | § |
| | § MAGISTRATE JUDGE KNOWLES |
| | § |
| | § In Relation to: MDL Docket No. 1657 |
| | § |
| | § In Re: VIOXX |
| | § |
| | § PRODUCTS LIABILITY LITIGATION |

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION
## FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs have filed a Motion for Temporary Restraining Order and Preliminary Injunction. After considering the briefing and arguments of counsel, the court finds the motion should be GRANTED.

Accordingly, Defendants BrownGreer and US Bancorp are directed to promptly disclose to counsel for Plaintiffs the identities of claimants to the *In re: Vioxx Products Liability Litigation* settlement. The disclosure must include notice to counsel for Plaintiffs of: 1) the determination to make a distribution; and 2) the name, address, and personal identifying information (*i.e.*, social security number) for each qualifying claimant; and 3) the amount that such claimant would receive from the Settlement Fund, or such other quantification of the claimant's interest in the fund as is known to the Defendants. Counsel for Plaintiffs will then have thirty days within which to investigate and assert any equitable rights to reimbursement. In the event that Defendants are unable to timely comply with this Order, distributions from the

settlement fund shall be temporarily enjoined until Plaintiffs' reimbursement rights have been determined.

SO ORDERED.

Dated: _____

_____
Honorable Eldon E. Fallon
United States District Judge