# APPENDIX A

# GLENN ALAN MELNICK

## EDUCATION

University of Michigan, Ph.D., Urban and Regional Planning - Emphasis in Health Economics (1983)
University of Michigan, M.A.E., Applied Economics (1977)
University of Michigan, M.H.S.A., Health Services Administration (1977)
University of Massachusetts, B.A., Economics, cum laude (1974)

## PROFESSIONAL EXPERIENCE

1996-present -- Professor and Blue Cross of California Chair in Health Care Finance, School of Policy, Planning and Development, University of Southern California.

1984-present -- Resident Consultant, RAND, Santa Monica, California.

1992-1998 -- Expert Witness, Federal Trade Commission, Washington DC.

1992-1999 -- Expert Witness, Attorneys General, Texas, Florida

1982-1996 -- Associate Professor, Department of Health Services, School of Public Health, University of California, Los Angeles.

1992-1996 -- Director, International Program for Health Financing and Policy, University of California Los Angeles, School of Public Health.

1981-1982 and 1978-1979 -- Research Associate, Department of Hospital Administration, School of Public Health, University of Michigan.

1977-1982 -- Vice President and Principal, Applied Statistics Laboratory, Inc., Ann Arbor, Michigan.

1976 -- Reimbursement Policy Analyst, Blue Cross of Michigan, Reimbursement Policy Unit.

1975 -- Health Planning Associate, Blue Cross of Massachusetts, Office of Health Planning.

1974-1975 -- Research Analyst, Massachusetts Department of Public Health, Office of Health Facilities.

**Publications – Peer Reviewed Journals**

Fonkych, Katya, Melnick, Glenn, O'Leary, June, Keeler, Emmett, "End of Life Care for the Medicare Population: Is it Different for Managed Care Patients?" *American Journal of Managed Care*, forthcoming, August 2008.

Melnick, Glenn, Ketcham, Jonathan. "Have HMOs Broadened their Hospital Networks: Changes in HMO Hospital Networks in California, 1999-2003." *Medical Care*, March 2008; 46(3):339-342.

Glenn A. Melnick and Fonkych, Katya, "Hospital Pricing And The Uninsured: Do The Uninsured Pay Higher Prices?" *Health Affairs*, February 5, 2008.

Shen, Yu-Chu, Wu, Vivian and Melnick, Glenn, "The Changing Effect of HMO Market Structure: An Analysis of Penetration, Concentration, and Ownership between 1994-2005", *Health Services Research*, February 2008 – under review.

Glenn A. Melnick. "From Family Planning To HIV/AIDS Prevention To Poverty Alleviation: A Conversation With Mechai Viravaidya". *Health Affairs*, November/December 2007; 26(6): w670-w677.

O'leary, June, Sloss, Elizabeth , Melnick, Glenn "Disabled Medicare Beneficiaries by Dual Eligible Status: California , 1996-2001", *Health Care Financing Review*, Summer 2007; 28(4):57-67.

Melnick, Glenn, Keeler, Emmett, "The Effects of Multi-Hospital Systems on Hospital Prices," *Journal of Health Economics*, March 2007; 26(2): 400-413.

Shen, Yu-Chu, Melnick Glenn. "Is Managed Care Still An Effective Cost Containment Device?" National Bureau of Economic Research, *Frontiers in Health Policy Research*, 2006; 9(1): Article 3.

Bamezai, Anil, Melnick Glenn "Marginal Cost of Emergency Department Outpatient Visits: An Update Using California Data", *Medical Care*, 44(9):835-841, September 2006.

Zeng, Feng, O'Leary, June, Sloss, Elizabeth, Lopez, Melissa, Dhanani, Nasreen, Melnick Glenn. "The Effect of Medicare HMOs on Hospitalization Rates for Ambulatory Care Sensitive Conditions." *Medical Care*, 44(10):900-907, October 2006.

Bamezai, Anil, Melnick, Glenn, Nawathe, Amar. "The Cost of an Emergency Department Visit and Its Relationship to Emergency Department Volume" *Annals of Emergency Medicine*, Volume 45, no. 5: May 2005.

Sloss, Elizabeth, Lopez, Melissa, Dhanani, Nasreen, O'Leary June, Melnick, Glenn. "Inpatient Utilization by Dual Medicare-Medicaid Eligibles in Medicare Risk HMOs and Fee-for-

Service, California, 1991–1996" *Managed Care Interface,* Spring 2005.

Dhanani N, O'Leary J, Keeler E, Bamezai A, Melnick G, "The Effect of HMOs on Inpatient Utilization of Medicare Beneficiaries," *Health Services Research,* Volume 39, Issue 5, Page 1607-1628, October 2004.

Shen, Yu-Chu, Melnick Glenn. "The Effects of HMO Ownership on Hospital Costs and Revenues: Is There a Difference Between For-Profit and Nonprofit Plans?" *Inquiry:* Vol. 41, No. 3, pp. 255–267, Fall 2004.

Ferris, James M., Melnick, Glenn. "Improving The Health Of Californians: Effective Public-Private Strategies For Challenging Times". *Health Affairs*, May/June 2004; 23(3): 257-261.

Melnick G., Nawathe A, Bamezai A, Green L, "Emergency Department Capacity and Access in California, 1990-2001: An Economic Analysis," *Health Affairs*, March 24, 2004.

Melnick, Glenn, Nawathe, Amar, Bamezai, Anil, Green, Lois. "Hospital Emergency Departments: The Authors Respond". *Health Affairs* Web Exclusive, March 24, 2004

Melnick, Glenn. Testimony on "The Uninsured" before the Congress of the United States, House of Representatives Committee on Ways and Means, Subcommittee on Health. March 9, 2004

Hongjun K, Goldman D, Keeler E, Dhanani N, Melnick G," An Analysis of Unobserved Selection in an Inpatient Diagnostic Cost Group Model," *Health Services and Outcomes Research Methodology*, v. 4, no. 2, Jun. 2004, p. [71]-91.

Bamezai, A., Melnick, G.A., Mann, J., and Zwanziger, J. "Hospital Selective Contracting in the Absence of Consumer Choice: What Can We Learn from Medi-Cal," *Journal of Policy Analysis and Management*, 2003 Winter; 22(1): 65-84.

Zwanziger, J., Melnick, G.A., and Bamezai, A. "The Effect of Selective Contracting on Hospital Costs and Revenues" *Health Services Research*, October, 2000.

Zwanziger, J., Melnick, G.A., and Bamezai, A. "Can Cost Shifting Continue in a Price Competitive Market" *Health Economics*, April 2000.

Melnick, G., Keeler, E., and Zwanziger, J. "Market Power and Hospital Pricing: Are Nonprofits Different?" *Health Affairs*, May/June 1999.

Bamezai, A., Zwanziger, J., Melnick, G.A., Mann, J. "Price Competition and Hospital Cost Growth in the United States (1989 – 1994)." *Health Economics*, 8, 1999.

Keeler, E.B., Melnick, G.A., and Zwanziger, J. "The Changing Effects of Competition on Non-Profit and For-Profit Hospital Pricing Behavior." *Journal of Health Economics*, 18(1):51-73, 1999.

Mann J, Melnick G.A., Bamezai A, and Zwanziger J. "Hospital Uncompensated Care: Are Safety Net Providers at Risk from Increased Managed Care and Price Competition?" *Health Affairs*, July/August 1997.

Zwanziger, J., Melnick, G.A., and Simonson, L. "Differentiation and Specialization in the California Hospital Industry 1983-1988." *Medical Care*, 34(4):361-372, 1996.

Zwanziger, J., and Melnick, G.A. "Can Managed Care Plans Control Health Care Costs." *Health Affairs*, 15(2):185-199, 1996.

Melnick, G.A. and Zwanziger, J. "State Health Care Expenditures under Competition and Regulation, 1980 through 1991." *American Journal of Public Health*, 85(10):1391-1396, October 1995.

Mann, J. M., Melnick, G.A., Bamezai, A., and Zwanziger, J. "Uncompensated Care: Hospitals' Responses to Fiscal Pressures." *Health Affairs*, 14(1):263-270, Spring 1995.

Mann, J.M., Melnick, G.A., Bamezai, A., Zwanziger, J. "Managing the Safety Net: Hospital Provision of Uncompensated Care in Response to Managed Care," *Advances in Health Economics and Health Services Research,* 15, 1995.

Serrato, C.A. and Melnick, G.A. "The Indonesian Family Life Survey: Overview and Descriptive Analysis of the Population, Health and Education Data, *RAND Report*, October 1995.

Zwanziger, J., Melnick, G.A., Simonson, L., Mann, J. "How Hospitals Practice Cost Containment with Selective Contracting & Medicare Prospective Payment System." *Medical Care*, 32(11):1153-1162, 1994.

Zwanziger, J., Melnick, G.A., Bamezai, A. "Costs and Price Competition in California Hospitals, 1980-1990." *Health Affairs*, 13(4):118-126, Fall 1994.

Zwanziger, J., Melnick, G.A., Eyre, K. "Hospitals and Antitrust: Defining Markets, Setting Standards" *Journal of Health Politics, Policy and Law*, 19(2):423-447, Summer 1994.

Zwanziger, J., Melnick, G.A. "The Effects of Competition on the Hospital Industry: The Evidence from California," *Competitive Approaches to Health Care Reform*, R.J. Arnould, R.F. Rich, and W.D. White eds., *The Urban Institute Press*, 1993.

Zwanziger, J., Melnick G., Bamezai, A. "Providers Adjust to Increasing Price Competition," in *Health Policy Reform: Competition & Controls*," 241-258, 1993.

Melnick, G.A. "and Managed Competition Works" Wall Street Journal (op-ed), June 2, 1993.

Melnick, G.A., Zwanziger, J., Bamezai, A., and Pattison, R. "The Effects of Market Structure and Bargaining Position on Hospital Prices," *Journal of Health Economics*., 11:217-233, 1992.

Melnick, G.A. "California Hospitals Compete by Lowering Costs," *California Hospitals, California Association of Hospitals and Health Systems*, January/February 1992.Mann, J.M., Melnick, G.A. "Selective contracting revisited: California's legacy," *Journal Ambulatory Care Management*, 14(3):14-27, 1991.

Zwanziger, J., Melnick, G.A., and Mann, J.M. "Measures of Hospital Market Structure: A Review of the Alternatives and a Proposed Approach," *Socio-Economic Planning Sciences*, 24(2):81-95, Summer 1990.

Melnick, G. A. and Mann, J. M. "Are Medicaid Patients More Expensive? A Review and Analysis," *Medical Care Review*, 46(3):229-253, Fall 1989.

Melnick, G. A., Zwanziger, J., and Bradley, T. "An Update on Hospital Behavior Under Competition and Cost Containment Policies in California: 1980 - 1987," *Health Affairs*, 8(2):129-139, Summer 1989.

Melnick, G. A., Zwanziger, J. and Verity-Guerra, A. "The Growth and Effects of Hospital Selective Contracting," *Health Care Management Review*, 14(3):57-64, Summer 1989.

Carter, G.M., and Melnick, G.A. "Patterns of Resource Use Within Medicare Hospital Stays," *RAND R Series*, June 1989.

Roberts, N. K., and Melnick, G. A. "Medical Director: The Evolving Role in the Medical Group," *Physician Executive*, 15(3):18-21 May-June 1989.

Melnick, G. A., Serrato, C. A. and Mann, J. M. "Prospective Payments to Hospitals: Should Emergency Admissions Have Higher Rates?," *Health Care Financing Review*, 10(3):29-39, Spring 1989.

Melnick, G. A., Mann, J. M. and Golan, I. "Uncompensated Emergency Care in Hospital Markets in Los Angeles County," *American Journal Public Health*, 79(4):514-516, April 1989.

Zwanziger, J. and Melnick, G. M. "The Effects of Hospital Competition and the Medicare PPS Program on Hospital Cost Behavior in California," *Journal of Health Economics.*, 7:301-320, January 1989.

Melnick, G. A., and Zwanziger, J. "Hospital Behavior under Competition and Cost Containment Policies: The California Experience," *Journal of the American Medical Association*, November 11:260, 1988.

Melnick, G. A., Mann, J. M. and Serrato, C. A. "Hospital Costs and Patient Access Under the New Jersey Hospital Rate-Setting System," *RAND R Publication Series*, September 1988.

Melnick, G.A., Zwanziger, J. "Competition and Hospital Costs" *Journal of the American Medical Association* (letter), 262(4), 1989.

Zwanziger, J and Melnick, G. A. "A Dangerous Concentration in Hospital Markets" *Wall Street Journal* (op-ed), June 19 1989.

Feldstein, P. J. and Melnick, G. A. "Congressional Voting Behavior on Hospital Legislation: An Exploratory Study," *Journal Health Politics, Policy and Law*, 8(4):686-701, 1984.

Feldstein, P.J. and Melnick, G. A. "Political Contributions by Health PACs to the 96th Congress," *Inquiry*, 19:283-294, 1982.

Melnick, G. A., Wheeler, J.R.C. and Feldstein, P. J. "Effects of Rate Regulation on Selected Components of Hospital Expenses," *Inquiry*, 18:240-246, 1981.