**APPENDIX B**

**List Of Materials Reviewed**

- A. Schneider, L. Elam, *Medicaid: Purchasing Prescription Drugs*, Kaiser Commission on Medicaid and the Uninsured, January 2002

- G. Alexander, MD, MS, C. Tseng, MD, MPH, *Six Strategies to Identify and Assist Patients Burdened by Out-of-Pocket Prescription Costs*, Cleveland Clinic Journal of Medicine, May 2004

- S. Smith, MPH, *NCHS Dataline*, Public Health Reports of the National Center for Health Statistics, Centers for Disease Control and Prevention, January-February 2004

- B. Bruen, A. Ghosh, *Medicaid Prescription Drug Spending and Use*, Kaiser Commission on Medicaid and the Uninsured, June 2004

- *Prescription Drug Formularies*, National Health Policy Forum of The George Washington University, February, 2004

- *Research Highlights "Improving Access to Drugs for Medicare Beneficiaries"*, Rand Health, RB-4550 (2002)

- U. Reinhardt, *Perspectives on the Pharmaceutical Industry*, Health Affairs, September/October 2001

- R. Correa-De-Araujo, M.D., M.Sc., Ph.D., G. Miller, Ph.D., J. Banthin, Ph.D., Y. Trinh, Ph.D. Candidate, *Gender Differences in Drug Use and Expenditures in a Privately Insured Population of Older Adults,* Journal of Women's Health (2005)

- M. Siracuse, P. Vuchetich, *Impact of Medicaid Prior Authorization Requirement for COX-2 Inhibitor Drugs in Nebraska*, Health Research and Educational Trust, February 2008

- J. Moeller, G. Miller, J. Banthin, *Looking Inside the Nation's Medicine Cabinet: Trends in Outpatient Drug Spending by Medicare Beneficiaries, 1997 and 2001*, Health Affairs, September/October 2004

- U.S. Department of Health and Human Services, Agency For Healthcare Research and Quality, Medical Expenditure and Panel Survey Data (1999-2004)

- U.S. Department of Health and Human Services, CDC National Center for Health Statistics, Health, United States data concerning U.S. persons with private health coverage

- AIS Directory of Health Plans, Atlantic Information Services data concerning health plan enrollment information for individual Plaintiffs

- Original Complaint, *AvMed, Inc., et al. v. BrownGreer PLC, et al.*, CV No. 2:08-cv-1633 (EDLA)