**APPENDIX C**

I have, to the best of my recollection, provided testimony in following legal matters and a regulatory filing within the past 4 years. I provided testimony regarding insurance policy contract language in the following cases: Farley vs. Central United Life Insurance Company in Jefferson County, Alabama; Key vs. Central United Life Insurance Company; Hayes vs. Central United Life Insurance Company, National Foundation Life in Ward vs. National Foundation Life; Metzger vs American Fidelity Life; Favor vs. American Fidelity Life. The regulatory filing was a Certificate of Need hearing in Florida. I provided testimony as part of the administrative hearings process. I have also given testimony before the House of Representatives of the United States of America. In addition, I provided deposition testimony regarding excess hospital charges in Sutter vs. Blue Shield of California and Sutter vs. Kaiser Permanente Health Plan and on behalf of the plaintiffs in two class action suits related to excess hospital charges.