# APPENDIX D

**Statistical Results for Years: 2000, 2001, 2003 and 2004**

**Exhibit 1:  Percentage of US Population of Vioxx Users with Private Insurance Coverage (Entire Year) by the Number of Vioxx Pills Per Person, Per Year, 2000**

| # Vioxx Pills | % With Private Insurance Population Weighted/MEPS Sample |
|:---:|:---:|
| Any # | 43% |
| >=30 | 43% |
| >=60 | 37% |
| >=90 | 31% |
| >=120 | 30% |

**Exhibit 2:  Percentage Distribution of All US Vioxx Users, by Age Group, 2000**

| Age | % of All Vioxx Users |
|:---:|:---:|
| Under 35 | 14% |
| 35-44 | 18% |
| 45-54 | 19% |
| 55-64 | 17% |
| 65+ | 31% |

**Exhibit 3:  Percentage of Vioxx Users in the US with Private Insurance Coverage (Entire Year) by Age Group, 2000**

| Age | (% With Private Insurance) |
|:---:|:---:|
| Under 35 | 57% |
| 35-44 | 63% |
| 45-54 | 75% |

| | |
|---|---|
| **55-64** | **54%** |
| **65+** | **NA** |

Exhibit 4:  Percentage of Vioxx Users in the US with Private Insurance Coverage
(Entire Year) by Age Group (>=45 Years) and Number of Pills
Per Person, Per Year, 2000

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=45 Years/ Any Amount | 35% |
| >=45 Years/ >=30 Pills | 37% |
| >=45 Years/ >=60 Pills | 32% |
| >=45 Years/ >=90 Pills | 27% |
| >=45 Years/ >=120 Pills | 24% |

Exhibit 5:  Percentage of US Vioxx Users in the US with Private Insurance Coverage
(Entire Year) by Age Group (>=50 Years) and Number of Pills
(Per Person, Per Year), 2000

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=50 Years/ Any Amount | 29% |
| >=50 Years/ >=30 Pills | 31% |
| >=50 Years/ >=60 Pills | 27% |
| >=50 Years/ >=90 Pills | 22% |
| >=50 Years/ >=120 Pills | 20% |

**Exhibit 1:  Percentage of US Population of Vioxx Users with Private Insurance Coverage (Entire Year) by the Number of Vioxx Pills Per Person, Per Year, 2001**

| # Vioxx Pills | % With Private Insurance Population Weighted/MEPS Sample |
|---|---|
| Any # | 48% |
| >=30 | 45% |
| >=60 | 42% |
| >=90 | 37% |
| >=120 | 38% |

**Exhibit 2:  Percentage Distribution of All US Vioxx Users, by Age Group, 2001**

| Age | % of All Vioxx Users |
|---|---|
| Under 35 | 11% |
| 35-44 | 15% |
| 45-54 | 26% |
| 55-64 | 19% |
| 65+ | 29% |

**Exhibit 3:  Percentage of Vioxx Users in the US with Private Insurance Coverage (Entire Year) by Age Group, 2001**

| Age | (% With Private Insurance) |
|---|---|
| Under 35 | 55% |
| 35-44 | 72% |
| 45-54 | 70% |
| 55-64 | 69% |
| 65+ | NA |

**Exhibit 4:  Percentage of Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=45 Years) and Number of Pills**

**Per Person, Per Year, 2001**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=45 Years/ Any Amount | 42% |
| >=45 Years/ >=30 Pills | 41% |
| >=45 Years/ >=60 Pills | 39% |
| >=45 Years/ >=90 Pills | 35% |
| >=45 Years/ >=120 Pills | 35% |

**Exhibit 5:  Percentage of US Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=50 Years) and Number of Pills**

**(Per Person, Per Year), 2001**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=50 Years/ Any Amount | 37% |
| >=50 Years/ >=30 Pills | 35% |
| >=50 Years/ >=60 Pills | 34% |
| >=50 Years/ >=90 Pills | 31% |
| >=50 Years/ >=120 Pills | 32% |

**Exhibit 1:  Percentage of US Population of Vioxx Users with Private Insurance Coverage (Entire Year) by the Number of Vioxx Pills Per Person, Per Year, 2002**

| # Vioxx Pills | % With Private Insurance<br>Population Weighted/MEPS Sample |
|---------------|------------------------------------------------------------|
| Any # | 50.3%/45.7% |
| >=30 | 52.3%/47.4 |
| >=60 | 47.3%/42.9 |
| >=90 | 45.3%/40.5 |
| >=120 | 46.3%/41.6 |

**Exhibit 2:  Percentage Distribution of All US Vioxx Users, by Age Group, 2002**

| Age | % of All Vioxx Users |
|-----|----------------------|
| Under 35 | 13% |
| 35-44 | 17% |
| 45-54 | 22% |
| 55-64 | 20% |
| 65+ | 28% |

**Exhibit 3:  Percentage of Vioxx Users in the US with Private Insurance Coverage (Entire Year) by Age Group, 2002**

| Age | (% With Private Insurance) |
|-----|----------------------------|
| Under 35 | 55% |
| 35-44 | 72% |
| 45-54 | 77% |
| 55-64 | 68% |

| 65+ | NA |
|-----|----|

**Exhibit 4:  Percentage of Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=45 Years) and Number of Pills**

**Per Person, Per Year, 2002**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=45 Years/ Any Amount | 44% |
| >=45 Years/ >=30 Pills | 46% |
| >=45 Years/ >=60 Pills | 44% |
| >=45 Years/ >=90 Pills | 44% |
| >=45 Years/ >=120 Pills | 44% |

**Exhibit 5:  Percentage of US Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=50 Years) and Number of Pills**

**(Per Person, Per Year), 2002**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=50 Years/ Any Amount | 38% |
| >=50 Years/ >=30 Pills | 40% |
| >=50 Years/ >=60 Pills | 38% |
| >=50 Years/ >=90 Pills | 37% |
| >=50 Years/ >=120 Pills | 39% |

**Exhibit 1:  Percentage of US Population of Vioxx Users with Private Insurance Coverage (Entire Year) by the Number of Vioxx Pills Per Person, Per Year, 2003**

| # Vioxx Pills | % With Private Insurance Population Weighted/MEPS Sample |
|:---:|:---:|
| Any # | 50% |
| >=30 | 50% |
| >=60 | 46% |
| >=90 | 43% |
| >=120 | 41% |

**Exhibit 2:  Percentage Distribution of All US Vioxx Users, by Age Group, 2003**

| Age | % of All Vioxx Users |
|:---:|:---:|
| Under 35 | 13% |
| 35-44 | 17% |
| 45-54 | 21% |
| 55-64 | 21% |
| 65+ | 28% |

**Exhibit 3:  Percentage of Vioxx Users in the US with Private Insurance Coverage (Entire Year) by Age Group, 2003**

| Age | (% With Private Insurance) |
|:---:|:---:|
| Under 35 | 75% |
| 35-44 | 68% |
| 45-54 | 77% |
| 55-64 | 63% |

| 65+ | NA |

**Exhibit 4:  Percentage of Vioxx Users in the US with Private Insurance Coverage**
**(Entire Year) by Age Group (>=45 Years) and Number of Pills**
**Per Person, Per Year, 2003**

| <u>Age/ # of Pills</u> | <u>% With Private Insurance</u> |
|---|---|
| >=45 Years/ Any Amount | 42% |
| >=45 Years/ >=30 Pills | 41% |
| >=45 Years/ >=60 Pills | 37% |
| >=45 Years/ >=90 Pills | 35% |
| >=45 Years/ >=120 Pills | 33% |

**Exhibit 5:  Percentage of US Vioxx Users in the US with Private Insurance Coverage**
**(Entire Year) by Age Group (>=50 Years) and Number of Pills**
**(Per Person, Per Year), 2003**

| <u>Age/ # of Pills</u> | <u>% With Private Insurance</u> |
|---|---|
| >=50 Years/ Any Amount | 37% |
| >=50 Years/ >=30 Pills | 36% |
| >=50 Years/ >=60 Pills | 35% |
| >=50 Years/ >=90 Pills | 34% |
| >=50 Years/ >=120 Pills | 32% |

**Exhibit 1:  Percentage of US Population of Vioxx Users with Private Insurance Coverage (Entire Year) by the Number of Vioxx Pills Per Person, Per Year, 2004**

| # Vioxx Pills | % With Private Insurance Population Weighted/MEPS Sample |
|---|---|
| Any # | 45% |
| >=30 | 44% |
| >=60 | 41% |
| >=90 | 38% |
| >=120 | 37% |

**Exhibit 2:  Percentage Distribution of All US Vioxx Users, by Age Group, 2004**

| Age | % of All Vioxx Users |
|---|---|
| Under 35 | 09% |
| 35-44 | 16% |
| 45-54 | 19% |
| 55-64 | 24% |
| 65+ | 32% |

**Exhibit 3:  Percentage of Vioxx Users in the US with Private Insurance Coverage (Entire Year) by Age Group, 2004**

| Age | (% With Private Insurance) |
|---|---|
| Under 35 | 58% |
| 35-44 | 69% |

| 45-54 | 69% |
|---|---|
| 55-64 | 63% |
| 65+ | NA |

**Exhibit 4:  Percentage of Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=45 Years) and Number of Pills**

**Per Person, Per Year, 2004**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=45 Years/ Any Amount | 38% |
| >=45 Years/ >=30 Pills | 38% |
| >=45 Years/ >=60 Pills | 37% |
| >=45 Years/ >=90 Pills | 33% |
| >=45 Years/ >=120 Pills | 35% |

**Exhibit 5:  Percentage of US Vioxx Users in the US with Private Insurance Coverage**

**(Entire Year) by Age Group (>=50 Years) and Number of Pills**

**(Per Person, Per Year), 2004**

| Age/ # of Pills | % With Private Insurance |
|---|---|
| >=50 Years/ Any Amount | 32% |
| >=50 Years/ >=30 Pills | 31% |
| >=50 Years/ >=60 Pills | 32% |
| >=50 Years/ >=90 Pills | 28% |
| >=50 Years/ >=120 Pills | 30% |