# EXHIBIT A

# PART 1

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL


W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Re: Vioxx Health Care Payer Notice

Dear W. Mark Lanier,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Richard Alexander
Alexander Hawes, LLP
152 N. Third Street, Suite 600
San Jose, CA 95112

Re: Vioxx Health Care Payer Notice

Dear Richard Alexander,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Thomas Brandi
Brandi Law Firm
44 Montgomery St., Suite 1050
San Francisco, CA 94104

Re:  Vioxx Health Care Payer Notice

Dear Thomas Brandi,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                PRIVILEGED & CONFIDENTIAL

Len Jacoby
Jacoby & Meyers
10941 W Pico Blvd
Los Angeles , CA 90064

Re:  Vioxx Health Care Payer Notice

Dear Len Jacoby,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGRANGE, KENTUCKY 40031-0049

ONE EDEN PARKWAY
LaGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
CELLULAR (502) 387-8524
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

January 11, 2008                                 PRIVILEGED & CONFIDENTIAL

Robert Partain
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017

Re:  Vioxx Health Care Payer Notice

Dear Robert Partain,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

William Levin
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

Re: Vioxx Health Care Payer Notice

Dear William Levin,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                          PRIVILEGED & CONFIDENTIAL

Steven L. Weiner
Steven L. Weiner & Associates
2121 N. California Blvd., Ste. 535
Walnut Creek, CA 94596

Re: Vioxx Health Care Payer Notice

Dear Steven L. Weiner,

        My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105
health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the
majority of Americans with private health insurance. These companies have incurred and will
continue to incur, significant health benefit expense payments as a result of the injuries caused
by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law
firms, including those that comprise the executive committee of the Plaintiffs' Steering
Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs'
counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires
participants to execute settlement documents that purport to release Merck from derivative
claims held by third parties, including those held by our clients.

        You are receiving this notice because we understand that you, or your firm, are
representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants
who have received health care benefits from any of the Health Plans, you and your firm are on
notice of the Health Plans' subrogation and reimbursement claims, which will survive any
purported release given by any party other than the health plan that owns each claim. You and
your firm are also on direct notice that no Vioxx Settlement Program participants, or their
counsel, have any authority to settle, release, or in any way impede, any claims our clients may
have against Merck or against any other party.

        The medical expenses payments incurred by our clients on behalf of Vioxx Settlement
Program claimants were provided under coverage contracts that give the Health Plans valuable
legal rights to recover those expenditures. The release requirements of the Vioxx Settlement
Program appear to be an intentional interference with our clients' very valuable contractual
rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____
Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                               PRIVILEGED & CONFIDENTIAL

Larry H. Parker
The Law Offices of Larry Parker
350 East San Antonio Drive
Long Beach , CA 90807

Re:  Vioxx Health Care Payer Notice

Dear Larry H. Parker,

     My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

     You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

     The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                         PRIVILEGED & CONFIDENTIAL


Michael Sawaya
Sawaya Rose & Kaplan, P.C.
1600 Ogden Street
Denver, CO 80218

Re:  Vioxx Health Care Payer Notice

Dear Michael Sawaya,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Michael Schmidt
Schmidt & Clark
1001 Pennsylvania Avenue NW, 6th Floor South
Washington, DC 20004

Re:  Vioxx Health Care Payer Notice

Dear Michael Schmidt,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment



**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                          PRIVILEGED & CONFIDENTIAL

Robert Kelley
Kelley/Uustal Law Firm
700 Southeast 3rd Avenue, 3rd Floor
Fort Lauderdale, FL 33316

Re:  Vioxx Health Care Payer Notice

Dear Robert Kelley,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                            PRIVILEGED & CONFIDENTIAL


Joseph Saunders
Saunders & Walker PA
3491 Gandy Blvd. North, Suite 200
Pinellas Park, FL 33781

Re: Vioxx Health Care Payer Notice

Dear Joseph Saunders,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                          PRIVILEGED & CONFIDENTIAL

Joel Defabio
The Law Offices of Joel Defabio
2121 Ponce De Leon Blvd., Suite 430
Coral Gables, FL 33134

Re: Vioxx Health Care Payer Notice

Dear Joel Defabio,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Re:  Vioxx Health Care Payer Notice

Dear John D. Cooney,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

 

 

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                             PRIVILEGED & CONFIDENTIAL

T. Evan Schaeffer
Schaeffer & LaMere, P.C.
5512 Godfrey Road, Highway 67, Suite B
Godfrey, IL 62035

Re:  Vioxx Health Care Payer Notice

Dear T. Evan Schaeffer,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

 

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

       If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

       Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Scott Wolfman
Scott Wolfman & Associates
641 West Lake Street, Suite 400
Chicago, IL 60661

Re: Vioxx Health Care Payer Notice

Dear Scott Wolfman,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment



# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                          PRIVILEGED & CONFIDENTIAL

John Simmons
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, IL 62024

Re: Vioxx Health Care Payer Notice

Dear John Simmons,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____
Mark D. Fischer, Esq.

Attachment

# Rawlings & Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                                    PRIVILEGED & CONFIDENTIAL

Robert Plotkin
The Robert Plotkin Law Firm
200 South Michigan Avenue, SUITE 1210
Chicago, IL 60604

Re:  Vioxx Health Care Payer Notice

Dear Robert Plotkin,

     My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

     You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

     The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

**Rawlings&Associates** PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                          PRIVILEGED & CONFIDENTIAL

William G. Pintas
William G. Pintas & Associates
368 West Huron Street, Suite 100
Chicago, IL 60610

Re: Vioxx Health Care Payer Notice

Dear William G. Pintas,

        My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105
health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the
majority of Americans with private health insurance. These companies have incurred and will
continue to incur, significant health benefit expense payments as a result of the injuries caused
by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law
firms, including those that comprise the executive committee of the Plaintiffs' Steering
Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs'
counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires
participants to execute settlement documents that purport to release Merck from derivative
claims held by third parties, including those held by our clients.

        You are receiving this notice because we understand that you, or your firm, are
representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants
who have received health care benefits from any of the Health Plans, you and your firm are on
notice of the Health Plans' subrogation and reimbursement claims, which will survive any
purported release given by any party other than the health plan that owns each claim. You and
your firm are also on direct notice that no Vioxx Settlement Program participants, or their
counsel, have any authority to settle, release, or in any way impede, any claims our clients may
have against Merck or against any other party.

        The medical expenses payments incurred by our clients on behalf of Vioxx Settlement
Program claimants were provided under coverage contracts that give the Health Plans valuable
legal rights to recover those expenditures. The release requirements of the Vioxx Settlement
Program appear to be an intentional interference with our clients' very valuable contractual
rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Mark D. Fischer, Chairman
Attorney at Law

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008

PRIVILEGED & CONFIDENTIAL

B. Joseph Davis
B. Joseph Davis
400 E. Jackson
Muncie, IN 47305

Re: Vioxx Health Care Payer Notice

Dear B. Joseph Davis,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

 

 

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                        PRIVILEGED & CONFIDENTIAL

Vernon Petri
Vernon J. Petri & Associates
2124 East Hanna Ave.
Indianapolis, IN 46227

Re:  Vioxx Health Care Payer Notice

Dear Vernon Petri,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105
health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the
majority of Americans with private health insurance. These companies have incurred and will
continue to incur, significant health benefit expense payments as a result of the injuries caused
by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law
firms, including those that comprise the executive committee of the Plaintiffs' Steering
Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs'
counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires
participants to execute settlement documents that purport to release Merck from derivative
claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are
representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants
who have received health care benefits from any of the Health Plans, you and your firm are on
notice of the Health Plans' subrogation and reimbursement claims, which will survive any
purported release given by any party other than the health plan that owns each claim. You and
your firm are also on direct notice that no Vioxx Settlement Program participants, or their
counsel, have any authority to settle, release, or in any way impede, any claims our clients may
have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement
Program claimants were provided under coverage contracts that give the Health Plans valuable
legal rights to recover those expenditures. The release requirements of the Vioxx Settlement
Program appear to be an intentional interference with our clients' very valuable contractual
rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment



**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Gary Becker
Becker Law Office
800 Brown & Williamson Tower
Louisville, KY 40202

Re: Vioxx Health Care Payer Notice

Dear Gary Becker,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____
Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Gregory Bubalo
Bubalo, Hiestand & Rotman, PLC
401 South Fourth Street, Suite 800
Louisville, KY 40202

Re: Vioxx Health Care Payer Notice

Dear Gregory Bubalo,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Charles Miller
Miller & Falkner
325 West Main Street, Suite 2104
Louisville, KY 40202

Re: Vioxx Health Care Payer Notice

Dear Charles Miller,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Ann Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Re:  Vioxx Health Care Payer Notice

Dear Ann Oldfather,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL


Patrick Juneau
Juneau Law Firm
P.O. Drawer 51268
Lafayette, LA 70505

Re:  Vioxx Health Care Payer Notice

Dear Patrick Juneau,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

January 11, 2008                               PRIVILEGED & CONFIDENTIAL

Jeffrey J. Lowe
Carey & Danis, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Re:  Vioxx Health Care Payer Notice

Dear Jeffrey J. Lowe,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                        PRIVILEGED & CONFIDENTIAL

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117

Re:  Vioxx Health Care Payer Notice

Dear Evan Buxner,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

S. Janson Grimes
Grimes & Teich
535 College Street
Asheville, NC 28801

Re: Vioxx Health Care Payer Notice

Dear S. Janson Grimes,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL


Michael DeMayo
Law Offices of A. Michael DeMayo, L.L.P.
741 Kenilworth Ave, Suite 100
Charlotte, NC 28204

Re:  Vioxx Health Care Payer Notice

Dear Michael DeMayo,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Kim Wilson
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609

Re: Vioxx Health Care Payer Notice

Dear Kim Wilson,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Joseph Benson, II
Benson & Bingham
626 S. 10th St.
Las Vegas , NV 89101

Re:  Vioxx Health Care Payer Notice

Dear Joseph Benson, II,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Glen J. Lerner
Glen Lerner & Associates
4795 S Durango Drive
Las Vegas , NV 89147

Re: Vioxx Health Care Payer Notice

Dear Glen J. Lerner,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment