# EXHIBIT A

# PART 2

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Paul Hanley, Jr.
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Ave.
New York, NY 10016

Re: Vioxx Health Care Payer Notice

Dear Paul Hanley, Jr.,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment



**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Leav & Steinberg, L.L.P.
120 Broadway, 18th Floor
New York, NY , NY 10271

Re:  Vioxx Health Care Payer Notice

Dear Sir or Madam,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment



**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Paul Rheingold
Rheingold, Valet, Rheingold, Shkolnik, & McCartney LLP
113 East 37th St.
New York, NY 10016

Re:  Vioxx Health Care Payer Notice

Dear Paul Rheingold,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment



**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Steven J. Schwartzapfel
Schwartzapfel Partners
300 Jericho Quadrangle, East Building, Suite 180
Jericho, NY 11753

Re:  Vioxx Health Care Payer Notice

Dear Steven J. Schwartzapfel,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008          PRIVILEGED & CONFIDENTIAL

Perry Weitz
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038

Re: Vioxx Health Care Payer Notice

Dear Perry Weitz,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Michael Monheit
Monheit Law
1368 Barrowdale Road
Rydal, PA 19046

Re: Vioxx Health Care Payer Notice

Dear Michael Monheit,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

 

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

 

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Derek Braslow
Pogust Braslow & Millrood
8 Tower Bridge, Suite 1520, 161 Washington Street
Conshohocken, PA 19428

Re:  Vioxx Health Care Payer Notice

Dear Derek Braslow,

   My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

   You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

   The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LAGRANGE, KENTUCKY 40031-0049

ONE EDEN PARKWAY
LAGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
CELLULAR (502) 387-8524
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

January 11, 2008

PRIVILEGED & CONFIDENTIAL

Louis Silverman
Silverman & Fodera
Eleven Penn Center, 1835 Market Street, Suite 2600
Philadelphia, PA 19103

Re: Vioxx Health Care Payer Notice

Dear Louis Silverman,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGRANGE, KENTUCKY 40031-0049

ONE EDEN PARKWAY
LaGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
CELLULAR (502) 387-8524
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Tommy Fibich
Fibich Hampton & Leebron, LLP
1401 McKINNEY, Suite 1800
Houston, TX 77010

Re: Vioxx Health Care Payer Notice

Dear Tommy Fibich,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                        PRIVILEGED & CONFIDENTIAL

Mr. Sanford
Sanford Stevenson Riff LLP
2016 Bissonnet St.
Houston, TX 77005

Re:  Vioxx Health Care Payer Notice

Dear Mr. Sanford,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____
Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                  PRIVILEGED & CONFIDENTIAL

Kathryn Snapka
Snapka Turman & Waterhouse
606 North Carancahua, Suite 1511, P.O. Drawer 23017
Corpus Christi, TX 78403

Re: Vioxx Health Care Payer Notice

Dear Kathryn Snapka,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                        PRIVILEGED & CONFIDENTIAL

D. Grant Kaiser
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Re: Vioxx Health Care Payer Notice

Dear D. Grant Kaiser,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                           PRIVILEGED & CONFIDENTIAL

Joel Bieber
The Joel Bieber Firm
3805 Cutshaw Avenue, Suite 500
Richmond, VA 23230

Re: Vioxx Health Care Payer Notice

Dear Joel Bieber,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                          PRIVILEGED & CONFIDENTIAL

Mark A. Clausen
Clausen Law Firm
701 5th Avenue #6860
Seattle, WA 98104

Re: Vioxx Health Care Payer Notice

Dear Mark A. Clausen,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____
Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL


Robert B. Crary
Crary Clark & Domanico
9417 E. Trent Ave.
Spokane, WA 99206

Re: Vioxx Health Care Payer Notice

Dear Robert B. Crary,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

 

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                           PRIVILEGED & CONFIDENTIAL

Chuck Paglialunga
Paglialunga & Harris, PS
701 North 36th Street, Suite 420
Seattle, WA 98103

Re: Vioxx Health Care Payer Notice

Dear Chuck Paglialunga,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone: (502) 814-2139
Cellular: (502) 387-8524
Telecopier: (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Barry Hill
Hill Williams
89 12th Street
Wheeling, WV 26003

Re: Vioxx Health Care Payer Notice

Dear Barry Hill,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings & Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

_____

Mark D. Fischer, Esq.

Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Andy Birchfield
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104

Re: Vioxx Health Care Payer Notice

Dear Andy Birchfield,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

.

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                                    PRIVILEGED & CONFIDENTIAL

Thomas Girardi
Girardi & Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

Re:  Vioxx Health Care Payer Notice

Dear Thomas Girardi,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

January 11, 2008                           PRIVILEGED & CONFIDENTIAL

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113-1116

Re:  Vioxx Health Care Payer Notice

Dear Russ M. Herman,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment



Vioxx  0410-01

**Shipment Receipt**                          (Keep this for your records.)

**Transaction Date** 14 Jan 2008

**Address Information**

**Ship To:**                              **Shipper:**
Herman, Herman, Katz & Cotlar, LLP        The Rawlings Group
Russ M. Herman                            Jessica Oswald
820 O'Keefe Avenue                        502-814-2176 x2176
NEW ORLEANS LA 70113-1125                 One Eden Parkway
                                          LaGrange KY 40031

---

**Shipment Information**

**Service:**                              UPS Next Day Air
*Guaranteed By:                           10:30 AM, Tues. 15 Jan.
                                          2008


**Fuel Surcharge:**

---

**Package Information**

**Package 1 of 1**
Tracking Number:                          1ZF4E3750192860887
Package Type:                             UPS Letter
Actual Weight:                            Letter
Billable Weight:                          Letter

---

**Billing Information**

   **Bill Shipping Charges to:**          Shipper's Account F4E375

                    **All Shipping Charges in USD**


* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service
representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system
used, the shipper agrees that the released value of each package covered by this receipt is no greater than
$100, which is a reasonable value under the circumstances surrounding the transportation. If additional
protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an
additional charge. UPS does not accept for transportation and shipper's requesting service through the
Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per
package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims
not made within nine months after delivery of the package (sixty days for international shipments), or in the
case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for
international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value
for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                              PRIVILEGED & CONFIDENTIAL

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697

Re:  Vioxx Health Care Payer Notice

Dear Arnold Levin,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

# Rawlings&Associates PLLC

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,


_____

Mark D. Fischer, Esq.


Attachment

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 654 MADISON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10065-8440 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

NEAL S. MANNE
DIRECT DIAL (713) 653-7827

DIRECT DIAL FAX (713) 654-3380
E-MAIL NMANNE@SUSMANGODFREY.COM

January 11, 2008

*Via Federal Express*
*& Facsimile (504) 589-6966*
Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

Re:    Case No. 2:05-md-01657-EEF-DEK
       *In Re: Vioxx – Products Liability Litigation*; MDL No. 1657

Dear Judge Fallon:

Susman Godfrey, L.L.P., Rawlings & Associates PLLC, and Lowey Dannenberg Cohen PC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients. The participants obviously are legally incapable of releasing our clients' claims.

811817v1/008911

Judge Eldon E. Fallon
January 11, 2008
Page 2

The health benefit expenses incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The purpose of this letter simply is to inform the Court that we have provided notice to Merck and plaintiffs' counsel of our clients' subrogation and reimbursement claims, informing them that we will oppose any action, through the Vioxx Settlement Program or otherwise, to release or in any way impede our clients' claims.

Likewise, we have put Merck and plaintiffs' counsel on notice that no Vioxx Settlement Program participants, or their counsel, have the authority to settle or release any claims our clients have against Merck or any other party.

Although HIPAA prohibits our clients from releasing protected health care information or the identity of the individual receiving health care benefits, without specific confidentiality protections, we have advised Merck and plaintiffs' counsel that we are willing to discuss an appropriate process to exchange identifying information consistent with HIPAA requirements and our clients' privacy policies.

Thank you.

Sincerely,

Neal S. Manne

cc:    Plaintiffs' Counsel

811817v1/008911

**EXHIBIT A**

*Health Plan corporate names and d/b/a names*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
  (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Arizona
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of Minnesota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.

## EXHIBIT A
### _Health Plan corporate names and d/b/a names_

HealthPartners, Inc.
Healthy Alliance Life Insurance Company
Highmark, Inc.
Highmark West Virginia Inc.
HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Noridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
RightCHOICE Managed Care, Inc.
RightCHOICE Insurance Company
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
WellPoint, Inc.

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 654 MADISON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10065-8440 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

NEAL S. MANNE
DIRECT DIAL (713) 653-7827

DIRECT DIAL FAX (713) 654-3380
E-MAIL NMANNE@SUSMANGODFREY.COM

January 14, 2008

**Via Overnight Mail and
Facsimile (504) 589-6966**

Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re:   Case No. 2:05-md-01657-EEF-DEK
       In Re:  Vioxx – Products Liability Litigation; MDL No. 1657

Dear Judge Fallon:

This letter supplements the letter and Exhibit "A" I sent you on January 11, 2008.  The following Plans are hereby added to Exhibit "A":

> Hawaii Medical Services Association d/b/a/ Blue Cross and Blue Shield Hawaii
> Regence Blue Cross and Blue Shield
> Premera Blue Cross
> Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa
> Wellmark of South Dakota d/b/a/ Wellmark Blue Cross and Blue Shield of South Dakota
> Wellmark Health Plan of Iowa, Inc.
> Verizon Communications, Inc.
> Blue Cross and Blue Shield Montana

An updated version of Exhibit "A" is enclosed.

If you have any questions, please contact me.

Sincerely,

Neal S. Manne
Enclosure

811982v1/008911

Judge Eldon E. Fallon
January 14, 2008
Page 2


cc:     Plaintiffs' counsel

**EXHIBIT A**

*Health Plan corporate names and d/b/a names*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
  (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Arizona
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of Montana
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield of Hawaii
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of Minnesota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Hawaii Medical Service Association
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.
HealthPartners, Inc.
Healthy Alliance Life Insurance Company
Highmark, Inc.
Highmark West Virginia Inc.

## EXHIBIT A

### *Health Plan corporate names and d/b/a names*

HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Noridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Premera Blue Cross
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
Regence BlueCross BlueShield of Oregon
Regence BlueCross BlueShield of Utah
Regence BlueShield
Regence BlueShield of Idaho
RightCHOICE Managed Care, Inc.
RightCHOICE Insurance Company
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Verizon Communications, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa
Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota
Wellmark Health Plan of Iowa
WellPoint, Inc.

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 654 MADISON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10065-8440 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

NEAL S. MANNE
DIRECT DIAL (713) 653-7827

DIRECT DIAL FAX (713) 654-3380
E-MAIL NMANNE@SUSMANGODFREY.COM

January 11, 2008

**PRIVILEGED & CONFIDENTIAL**

*Via Federal Express*
*& Facsimile (908) 735-1253*
Mr. Bruce N. Kuhlik
Senior Vice President and General Counsel
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889-0100

Re:    Vioxx Health Care Payer Notice

Dear Mr. Kuhlik:

Susman Godfrey, L.L.P., Rawlings & Associates, PLLC, and Lowey Dannenberg Cohen, P.C., represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have paid and will continue to pay, significant amounts for health benefits as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck announced on November 9th, 2007 ("the Vioxx Settlement Program"), requires participants to execute releases that purport to release Merck from derivative claims held by third parties.

Merck is on notice that our clients have claims against Merck, including subrogation claims, which will survive any purported release given to Merck by any party other than the health plan that owns each claim. Merck is also on direct notice that no Vioxx Settlement Program participant or their counsel have any authority to settle, release, or in any way impede, any claim our clients may have against Merck.

811743v1/008911

Mr. Bruce N. Kuhlik
January 11, 2008
Page 2

As you know, the medical expenses incurred by plaintiffs who have sued Merck regarding Vioxx and by claimants under the Vioxx Settlement program were provided or reimbursed by third party health care payers, including the Health Plans, under coverage contracts that give the health plans several valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

If Merck desires a release of subrogation claims for medical expenses that were reimbursed by one of the Health Plans, it must communicate directly with us.

We will agree to cooperate with Merck to identify for you those Vioxx Settlement Program participants which are covered by our clients. As you are aware, HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual, without specific confidentiality protections in place. We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements.

If you have any questions, please contact me.

Sincerely,

Neal S. Manne

811743v1/008911

## EXHIBIT A
*Health Plan corporate names and d/b/a names*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
  (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Arizona
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of Minnesota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.

## EXHIBIT A
### *Health Plan corporate names and d/b/a names*

HealthPartners, Inc.
Healthy Alliance Life Insurance Company
Highmark, Inc.
Highmark West Virginia Inc.
HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Noridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
RightCHOICE Managed Care, Inc.
RightCHOICE Insurance Company
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
WellPoint, Inc.

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 654 MADISON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10065-8440 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

NEAL S. MANNE
DIRECT DIAL (713) 653-7827

DIRECT DIAL FAX (713) 654-3380
E-MAIL NMANNE@SUSMANGODFREY.COM

January 14, 2008

**Via Overnight Mail and
Facsimile (908) 735-1253**

Mr. Bruce N. Kuhlik
Senior Vice President and General Counsel
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889-0100

Re:     Vioxx Health Care Payer Notice

Dear Mr. Kuhlik:

This letter supplements the letter and Exhibit "A" I sent you on January 11, 2008.  The
following Plans are hereby added to Exhibit "A":

> Hawaii Medical Services Association d/b/a/ Blue Cross and Blue Shield Hawaii
> Regence Blue Cross and Blue Shield
> Premera Blue Cross
> Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa
> Wellmark of South Dakota d/b/a/ Wellmark Blue Cross and Blue Shield of South
> Dakota
> Wellmark Health Plan of Iowa, Inc.
> Verizon Communications, Inc.
> Blue Cross and Blue Shield Montana

An updated version of Exhibit "A" is enclosed.

If you have any questions, please contact me.

Sincerely,

Neal S. Manne
Enclosure

811979v1/008911

**EXHIBIT A**

*Health Plan corporate names and d/b/a names*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
  (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Arizona
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of Montana
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield of Hawaii
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of Minnesota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Hawaii Medical Service Association
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.
HealthPartners, Inc.
Healthy Alliance Life Insurance Company
Highmark, Inc.
Highmark West Virginia Inc.

**EXHIBIT A**
*Health Plan corporate names and d/b/a names*

HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Noridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Premera Blue Cross
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
Regence BlueCross BlueShield of Oregon
Regence BlueCross BlueShield of Utah
Regence BlueShield
Regence BlueShield of Idaho
RightCHOICE Managed Care, Inc.
RightCHOICE Insurance Company
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Verizon Communications, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa
Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota
Wellmark Health Plan of Iowa
WellPoint, Inc.

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

January 11, 2008                    PRIVILEGED & CONFIDENTIAL

Edward F. Blizzard
Blizzard, McCarthy & Nabers, LLP
Lyric Centre, 440 Louisiana, Suite 1710
Houston, TX  77002-1689

Re:  Vioxx Health Care Payer Notice

Dear Edward F. Blizzard,

My firm, Lowey Dannenberg Cohen PC, and Susman Godfrey LLC, represent the 105 health plans listed on the attached exhibit (the "Health Plans"). Our clients collectively cover the majority of Americans with private health insurance. These companies have incurred and will continue to incur, significant health benefit expense payments as a result of the injuries caused by Vioxx. The Settlement Agreement which Merck & Co., Inc. entered into with several law firms, including those that comprise the executive committee of the Plaintiffs' Steering Committee of the federal multidistrict Vioxx litigation as well as representatives of plaintiffs' counsel in state coordinated proceedings, (the "Vioxx Settlement Program"), requires participants to execute settlement documents that purport to release Merck from derivative claims held by third parties, including those held by our clients.

You are receiving this notice because we understand that you, or your firm, are representing Vioxx injury plaintiffs. If you represent Vioxx Settlement Program participants who have received health care benefits from any of the Health Plans, you and your firm are on notice of the Health Plans' subrogation and reimbursement claims, which will survive any purported release given by any party other than the health plan that owns each claim. You and your firm are also on direct notice that no Vioxx Settlement Program participants, or their counsel, have any authority to settle, release, or in any way impede, any claims our clients may have against Merck or against any other party.

The medical expenses payments incurred by our clients on behalf of Vioxx Settlement Program claimants were provided under coverage contracts that give the Health Plans valuable legal rights to recover those expenditures. The release requirements of the Vioxx Settlement Program appear to be an intentional interference with our clients' very valuable contractual rights.

HIPAA prohibits entities possessing protected healthcare information from releasing such information or the identity of the individual receiving health care benefits, without specific confidentiality protections.  We would be happy to discuss with you an appropriate process to exchange identifying information consistent with HIPAA requirements regarding your clients.

If you have any questions or if any of your clients received Vioxx related health care benefits from any of the Health Plans, please contact the undersigned.

Sincerely,

Mark D. Fischer, Esq.

Attachment

**EXHIBIT A**
*Health Plan corporate names and d/b/a names*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
 (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Arizona
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of Minnesota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.

**EXHIBIT A**
*Health Plan corporate names and d/b/a names*

HealthPartners, Inc.
Healthy Alliance Life Insurance Company
Highmark, Inc.
Highmark West Virginia Inc.
HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Noridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
RightCHOICE Managed Care, Inc.
RightCHOICE Insurance Company
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
WellPoint, Inc.