# EXHIBIT B



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | TOKYO |

OUR FILE NUMBER
574,760-090

March 12, 2008

WRITER'S DIRECT DIAL
(202) 383-5370

Neal S. Manne, Esq.
Susman Godfrey LLP
1000 Louisiana
Houston, TX 7702-5096

WRITER'S E-MAIL ADDRESS
jbeisner@omm.com

Dear Mr. Manne:

On behalf of Bruce Kuhlik of Merck & Co., Inc, I wanted to advise that we are in receipt of your letters dated January 11 and 14, 2008, labeled "Vioxx Health Care Payer Notice."

Merck generally disagrees with the content of your correspondence. Among other things, Merck does not concur in your assertion that "Merck is on notice that [the] clients [listed in your letters] have claims against Merck, including subrogation claims."

To the extent that any "coverage contracts . . . give the health plans [that you purport to represent] several valuable legal rights to recover . . . expenditures" for medical expenses provided for participants in the Vioxx Resolution Program, Merck notes that it is not a party to those contracts and has no obligations under those agreements. Further, your suggestion that "[t]he release requirements of the [Resolution Program] appear to be an intentional interference" with any such "contractual rights" is unfounded.

We encourage your clients to work directly with their insureds to satisfy any subrogation interests/reimbursement rights they may believe they have under the terms of their policies.

If you have any questions, please feel free to contact me.

Sincerely,

John Beisner

DC1:739221.1