# APPENDIX A

# PART 3

# BLUECROSS BLUESHIELD OF TENNESSEE

**(subro language in fully insured Summary Plan Descriptions/EOC's)**

## SUBROGATION AND RIGHT OF RECOVERY

The Group has agreed that the Plan shall be subrogated to and/or have the right to recover amounts paid to provide Covered Services to Group Members for illnesses or injuries caused by third parties, including the right to recover the reasonable value of services rendered by Network Providers.

The Plan shall have first lien against any payment, judgment or settlement of any kind that a Member receives from or on behalf of such third parties for medical expenses, for the costs of Covered Services and any costs of recovering such amounts from those third parties. The Plan may notify those parties of its lien without notice to or consent from those Members.

The Plan may enforce its rights of subrogation and recovery against, without limitation, any tort feasors, other responsible third parties or against available insurance coverages, including underinsured or uninsured motorist coverages. Such actions may be based in tort, contract or other cause of action to the fullest extent permitted by law.

The Group has agreed that Members shall be required to promptly notify the Plan if they are involved in an incident that gives rise to such rights for subrogation and recovery to enable the Plan to protect its rights under this section. Members are also required to cooperate with the Plan and to execute any documents that the Plan deems necessary to protect its rights under this section.

If a Member settles any claim or action against any third party, that Member shall be deemed to have been made whole by the settlement and the Plan shall be entitled to immediately collect the present value of its rights as the first priority claim from the settlement fund. Any such proceeds of settlement or judgment shall be held in trust by the Member for the benefit of the Plan. The Plan shall also be entitled to recover reasonable attorneys' fees incurred in collecting proceeds held by the Member in such circumstances.

**From the Self Funded Group Contract:**

Exhibit B

3.3     BCBST will collect the following recoveries, deduct its expenses and fees, and remit the net recovery to Employer:

    a.     Subrogation expenses of twenty-five percent (25%) of amounts recovered pursuant to the terms of the Plan. Net recoveries (total recoveries less the amount retained by BCBST) shall be credited to Employer's claims invoice. BCBST will be responsible for any outside attorneys' fees incurred in enforcing the Plan's subrogation rights. Employer will be solely responsible for other expenses arising in connection with litigation to enforce its subrogation interest, including, but not limited to, court costs, discovery expenses and expert witness fees. BCBST will obtain Employer's approval before incurring any expert witness fees or expenses. Employer will advance said expenses if required in the preparation of its case(s) for trial.

Exhibit C

6.     <u>Subrogation.</u>  BCBST shall enforce Employer's right to subrogation, as established in Exhibit A, the Summary Plan Description.

6.1     Once subrogation recoveries begin, BCBST will provide monthly reports to Employer upon request, detailing: (a) recoveries for the immediately past month; (b) year-to-date recoveries; (c) open cases as of the end of the immediately past month; and (d) cases closed with no recovery.

6.2     BCBST may use its reasonable judgment to determine when a subrogation claim should be compromised and settled for less than its full value.

**From the Summary Plan Description/Election Of Coverage:**

## SUBROGATION AND RIGHT OF REIMBURSEMENT

**A. Subrogation Rights**

The Plan assumes and is subrogated to Your legal rights to recover any payments the Plan makes for Covered Services, when Your illness or injury resulted from the action or fault of a third party. The Plan's subrogation rights include the right to recover the reasonable value of prepaid services rendered by Network Providers.

The Plan has the right to recover any and all amounts equal to the Plan's payments from:

- the insurance of the injured party;

- the person, company (or combination thereof) that caused the illness or injury, or their insurance company; or

- any other source, including uninsured motorist coverage, medical payment coverage, or similar medical reimbursement policies.

This right of recovery under this provision will apply whether recovery was obtained by suit, settlement, mediation, arbitration, or otherwise. The Plan's recovery will not be reduced by Your negligence, nor by attorney fees and costs You incur.

**B. Priority Right of Reimbursement**

Separate and apart from the Plan's right of subrogation, the Plan shall have first lien and right to reimbursement. This priority right of reimbursement supersedes Your right to be made whole from any recovery, whether full or partial. You agree to reimburse the Plan 100% first for any and all benefits provided through the Plan, and for any costs of recovering such amounts from those third parties from any and all amounts recovered through:

- Any settlement, mediation, arbitration, judgment, suit, or otherwise, or settlement from Your own insurance and/or from the third party (or their insurance);

- Any auto or recreational vehicle insurance coverage or benefits including, but not limited to, uninsured motorist coverage;

- Business and homeowner medical liability insurance coverage or payments.

The Plan may notify those parties of its lien and right to reimbursement without notice to or consent from those Members.

This priority right of reimbursement applies regardless of whether such payments are designated as payment for (but not limited to) pain and suffering, medical benefits, and/or other specified damages. It also applies regardless of whether the Member is a minor.

This priority right of reimbursement will not be reduced by attorney fees and costs You incur.

The Plan may enforce its rights of subrogation and recovery against, without limitation, any tortfeasors, other responsible third parties or against available insurance coverages, including underinsured or uninsured motorist coverages. Such actions may be based in tort, contract or other cause of action to the fullest extent permitted by law.

Notice and Cooperation

Members are required to notify the administrator promptly if they are involved in an incident that gives rise to such subrogation rights and/or priority right of reimbursement, to enable the administrator to protect the Plan's rights under this section. Members are also required to cooperate with the administrator and to execute any documents that the administrator, acting on behalf of the Employer, deems necessary to protect the Plan's rights under this section.

The Member shall not do anything to hinder, delay, impede or jeopardize the Plan's subrogation rights and/or priority right of reimbursement. Failure to cooperate or to comply with this provision shall entitle the Plan to withhold any and all benefits due the Member under the Plan. This is in addition to any and all other rights that the Plan has pursuant to the provisions of the Plan's subrogation rights and/or priority right of reimbursement.

If the Plan has to file suit, or otherwise litigate to enforce its subrogation rights and/or priority right of reimbursement, You are responsible for paying any and all costs, including attorneys' fees, the Plan incurs in addition to the amounts recovered through the subrogation rights and/or priority right of reimbursement.

Legal Action and Costs

If You settle any claim or action against any third party, You shall be deemed to have been made whole by the settlement and the Plan shall be entitled to collect the present value of its rights as the first priority claim from the settlement fund immediately. You shall hold any such proceeds of settlement or judgment in trust for the benefit of the Plan. The Plan shall also be entitled to recover reasonable attorneys' fees incurred in collecting proceeds held by You in such circumstances.

Additionally, the Plan has the right to sue on Your behalf, against any person or entity considered responsible for any condition resulting in medical expenses, to recover benefits paid or to be paid by the Plan.

Settlement or Other Compromise

You must notify the administrator prior to settlement, resolution, court approval, or anything that may hinder, delay, impede or jeopardize the Plan's rights so that the Plan may be present and protect its subrogation rights and/or priority right of reimbursement.

The Plan's subrogation rights and priority right of reimbursement attach to any funds held, and do not create personal liability against You.

**The right of subrogation and the right of reimbursement are based on the Plan language in effect at the time of judgment, payment or settlement.**

The Plan, or its representative, may enforce the subrogation and priority right of reimbursement.

# CAREFIRST, INC.

05/28/08 Sample subrogation language – Maryland Contracts

## FULLY INSURED ACCOUNT SUBRO LANGUAGE

**Subrogation**

Subrogation applies when a Member has an illness or injury for which a third party may be liable. Subrogation requires the Member in certain circumstances to turn over to CareFirst any rights the Member may have against a third party.

A.      The Member shall notify CareFirst as soon as reasonably possible and no later than the time the Member provides proof of a claim that a third party may be liable for the injuries or illnesses for which benefits are being paid.

B.      To the extent that benefits are paid under this Evidence of Coverage, CareFirst shall be subrogated and succeed to any right of recovery of the Member against any person or organization.

C.      The Member shall pay to CareFirst the amount recovered by suit, settlement, or otherwise from any third party or third party's insurer, or uninsured or underinsured motorist coverage, to the extent of the benefits paid under this Evidence of Coverage.

CFMI/COB; SUBRO (4/05)

## ASO ACCOUNT SUBRO LANGUAGE

**Subrogation**

Subrogation applies when a Member has an illness or injury for which a third party may be liable. Subrogation requires the Member in certain circumstances to turn over to CareFirst any rights the Member may have against a third party.

A.      The Member shall notify CareFirst as soon as reasonably possible and no later than the time the Member provides proof of a claim that a third party may be liable for the injuries or illnesses for which benefits are being paid.

B.      To the extent that benefits are paid under this Evidence of Coverage, CareFirst shall be subrogated and succeed to any right of recovery of the Member against any person or organization.

C.      The Member shall pay to CareFirst the amount recovered by suit, settlement, or otherwise from any third party or third party's insurer, or uninsured or underinsured motorist coverage, to the extent of the benefits paid under this Evidence of Coverage.

# CONNECTICUT GENERAL LIFE INSURANCE COMPANY

# Sample OAP

OPEN ACCESS PLUS MEDICAL
BENEFITS

**EFFECTIVE DATE: June 6, 2008**

123
123

This document printed in June, 2008 takes the place of any documents previously issued to you which
described your benefits.

Printed in U.S.A.


**CIGNA HealthCare**

## Domestic Partners

Under federal law, the Medicare Secondary Payer Rules do not apply to Domestic Partners covered under a group health plan. Therefore, Medicare is always the Primary Plan for a person covered as a Domestic Partner, and CIGNA is the Secondary Plan.

GM6000 MEL45                                    V3

## Expenses For Which A Third Party May Be Responsible

This plan does not cover:

1. Expenses incurred by you or your Dependent (hereinafter individually and collectively referred to as a "Participant,") for which another party may be responsible as a result of having caused or contributed to an Injury or Sickness.
2. Expenses incurred by a Participant to the extent any payment is received for them either directly or indirectly from a third party tortfeasor or as a result of a settlement, judgment or arbitration award in connection with any automobile medical, automobile no-fault, uninsured or underinsured motorist, homeowners, workers' compensation, government insurance (other than Medicaid), or similar type of insurance or coverage.

**Subrogation/Right of Reimbursement**

If a Participant incurs a Covered Expense for which, in the opinion of the plan or its claim administrator, another party may be responsible or for which the Participant may receive payment as described above:

1. Subrogation: The plan shall, to the extent permitted by law, be subrogated to all rights, claims or interests that a Participant may have against such party and shall automatically have a lien upon the proceeds of any recovery by a Participant from such party to the extent of any benefits paid under the plan. A Participant or his/her representative shall execute such documents as may be required to secure the plan's subrogation rights.
2. Right of Reimbursement: The plan is also granted a right of reimbursement from the proceeds of any recovery whether by settlement, judgment, or otherwise. This right of reimbursement is cumulative with and not exclusive of the subrogation right granted in paragraph 1, but only to the extent of the benefits provided by the plan.

**Lien of the Plan**

By accepting benefits under this plan, a Participant:

- grants a lien and assigns to the plan an amount equal to the benefits paid under the plan against any recovery made by or on behalf of the Participant which is binding on any attorney or other party who represents the Participant whether or not an agent of the Participant or of any insurance company or other financially responsible party against whom a Participant may have a claim provided said attorney, insurance carrier or other party has been notified by the plan or its agents;
- agrees that this lien shall constitute a charge against the proceeds of any recovery and the plan shall be entitled to assert a security interest thereon;
- agrees to hold the proceeds of any recovery in trust for the benefit of the plan to the extent of any payment made by the plan.

**Additional Terms**

- No adult Participant hereunder may assign any rights that it may have to recover medical expenses from any third party or other person or entity to any minor Dependent of said adult Participant without the prior express written consent of the plan. The plan's right to recover shall apply to decedents', minors', and incompetent or disabled persons' settlements or recoveries.
- No Participant shall make any settlement, which specifically reduces or excludes, or attempts to reduce or exclude, the benefits provided by the plan.
- The plan's right of recovery shall be a prior lien against any proceeds recovered by the Participant. This right of recovery shall not be defeated nor reduced by the application of any so-called "Made-Whole Doctrine", "Rimes Doctrine", or any other such doctrine purporting to defeat the plan's recovery rights by allocating the proceeds exclusively to non-medical expense damages.
- No Participant hereunder shall incur any expenses on behalf of the plan in pursuit of the plan's rights hereunder, specifically; no court costs, attorneys' fees or other representatives' fees may be deducted from the plan's recovery without the prior express written consent of the plan. This right shall not be defeated by any so-called "Fund Doctrine", "Common Fund Doctrine", or "Attorney's Fund Doctrine".
- The plan shall recover the full amount of benefits provided hereunder without regard to any claim of fault on the part of any Participant, whether under comparative negligence or otherwise.
- In the event that a Participant shall fail or refuse to honor its obligations hereunder, then the plan shall be entitled to recover any costs incurred in enforcing the terms hereof


**CIGNA HealthCare**

including, but not limited to, attorney's fees, litigation, court costs, and other expenses. The plan shall also be entitled to offset the reimbursement obligation against any entitlement to future medical benefits hereunder until the Participant has fully complied with his reimbursement obligations hereunder, regardless of how those future medical benefits are incurred.

- Any reference to state law in any other provision of this plan shall not be applicable to this provision, if the plan is governed by ERISA. By acceptance of benefits under the plan, the Participant agrees that a breach hereof would cause irreparable and substantial harm and that no adequate remedy at law would exist. Further, the Plan shall be entitled to invoke such equitable remedies as may be necessary to enforce the terms of the plan, including, but not limited to, specific performance, restitution, the imposition of an equitable lien and/or constructive trust, as well as injunctive relief.

GM6000 CCP7                                                CCL1V24

## Payment of Benefits

### To Whom Payable

All Medical Benefits are payable to you. However, at the option of CG, all or any part of them may be paid directly to the person or institution on whose charge claim is based.

Medical Benefits are not assignable unless agreed to by CG. CG may, at its option, make payment to you for the cost of any Covered Expenses received by you or your Dependent from a Non-Participating Provider even if benefits have been assigned. When benefits are paid to you or your Dependent, you or your Dependent is responsible for reimbursing the Provider. If any person to whom benefits are payable is a minor or, in the opinion of CG, is not able to give a valid receipt for any payment due him, such payment will be made to his legal guardian. If no request for payment has been made by his legal guardian, CG may, at its option, make payment to the person or institution appearing to have assumed his custody and support.

If you die while any of these benefits remain unpaid, CG may choose to make direct payment to any of your following living relatives: spouse, mother, father, child or children, brothers or sisters; or to the executors or administrators of your estate.

Payment as described above will release CG from all liability to the extent of any payment made.

### Time of Payment

Benefits will be paid by CG when it receives due proof of loss.

### Recovery of Overpayment

When an overpayment has been made by CG, CG will have the right at any time to: (a) recover that overpayment from the person to whom or on whose behalf it was made; or (b) offset the amount of that overpayment from a future claim payment.

### Calculation of Covered Expenses

CG, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:

- the methodologies in the most recent edition of the Current Procedural terminology.
- the methodologies as reported by generally recognized professionals or publications.

GM6000 TRM366

## Termination of Insurance

### Employees

Your insurance will cease on the earliest date below:

- the date you cease to be in a Class of Eligible Employees or cease to qualify for the insurance.
- the last day for which you have made any required contribution for the insurance.
- the date the policy is canceled.
- the last day of the calendar month in which your Active Service ends except as described below.

Any continuation of insurance must be based on a plan which precludes individual selection.

### Temporary Layoff or Leave of Absence

If your Active Service ends due to temporary layoff or leave of absence, your insurance will be continued until the date your Employer cancels your insurance. However, your insurance will not be continued for more than 60 days past the date your Active Service ends.

### Injury or Sickness

If your Active Service ends due to an Injury or Sickness, your insurance will be continued while you remain totally and continuously disabled as a result of the Injury or Sickness. However, your insurance will not continue past the date your Employer cancels the insurance.

GM6000 TRM23V3

# GOVERNMENT EMPLOYEE'S HEALTH ASSOCIATION, INC.

# Government Employees Health Association, Inc. Benefit Plan

http://www.geha.com



# 2008

**When others are responsible for injuries**

If GEHA pays benefits for an illness or injury for which you or your dependent are later compensated or reimbursed from another source, you must refund GEHA from any recovery you or your dependent obtain. All GEHA benefit payments in these circumstances are conditional, and remain subject to our contractual benefit limitations, exclusions, and maximums. By accepting these conditional benefits, you agree to the following:

- The covered person or his/her legal representative must contact GEHA's Subrogation Unit at (800) 821-4742, Ext. 5503 or 5735 as soon after the incident as possible and provide all requested information, including prompt disclosure of the terms of all settlements, judgments, or reimbursements. The covered person must sign any releases GEHA requires to obtain information about his/her claim from other sources.

- Include all benefits paid by GEHA in any claim for compensation you or your dependent assert against any tortfeasor, insurer, or other party for the injury or illness, and assign all proceeds recovered from any party, including your own and/or other insurance, to GEHA for up to the amount of the benefits paid.

- When benefits are payable under the plan in relation to the illness or injury, GEHA may, at its option:

  Subrogate, that is, take over the covered person's right to receive payments from other parties. The covered person or his/her legal representative will transfer to GEHA any

  rights he or she may have to take legal action arising from the illness or injury to recover any sums paid on behalf of the covered person; or

  Enforce its right to seek reimbursement, that is recover from the covered person, or his/her legal representative, any benefits paid from any payment the covered person is entitled to receive from other parties.

  You must cooperate in doing what is reasonably necessary to assist us, and you must not take any action that may prejudice our rights to recover reimbursement.

- Reimburse GEHA on a first priority basis, in full up to the amount of benefits paid, out of any settlements, judgments, and/or recoveries that you obtain from any source, no matter how characterized, i.e., as "pain and suffering." GEHA enforces this right of reimbursement by asserting a lien against any and all recoveries received, including first party Medpay, Personal Injury Protection, No-Fault coverage, Third-Party, and Uninsured and Underinsured coverage. GEHA's lien consists of the total benefits paid to diagnose or treat the illness or injury. GEHA's lien applies first, regardless of the "make whole" and "common fund" doctrines. No reduction of GEHA's lien can occur without our written consent, including reduction for attorney fees and costs.

- Sign a Reimbursement Agreement if asked by GEHA to do so. However, a Reimbursement Agreement is not necessary to enforce our lien. We may delay processing of your claims until we receive a signed Reimbursement Agreement or Assignment of the proceeds of a claim.

GEHA's lien extends to all related expenses incurred prior to the settlement or judgment date, even if those expenses were not submitted to GEHA for payment at the time you reimbursed GEHA. The lien remains the member's obligation until it is satisfied in full. Failure to refund GEHA or cooperate with our reimbursement efforts may result in an overpayment that can be collected from you or any dependent.

*Section 9*

# GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY

## CLAIMS & LEGAL ACTION - Continued

### ■ How Will Benefits Be Affected By Medicare?

If you are an active Employee and you or your spouse becomes eligible for Medicare due to age or disability, you and your covered Dependents will continue to be eligible for the benefits provided under this medical Plan. Benefits will not be reduced by any Medicare benefit received. Instead, this Plan will coordinate benefits with Medicare.

This medical Plan will be considered the Member's primary coverage and Medicare will be considered the Member's secondary coverage. This means that the benefits under this medical Plan will be payable first, and then Medicare will determine the remaining expenses it will pay.

<u>If A Member Becomes Eligible for Medicare Due to End-Stage Renal Disease (ESRD)</u>

Under Medicare law, a Member must complete a waiting period, typically three months, before becoming eligible for Medicare solely because of ESRD. During this waiting period, this Plan will pay benefits and Medicare will not pay any benefits.

After the waiting period, for the first 30 months of eligibility for Medicare Part A benefits solely due to ESRD, this Plan will pay its benefits first (primary payer) and Medicare will pay its benefits second (secondary payer). After that, if the Member is still eligible for Medicare due to ESRD, Medicare will be the primary payer and this Plan will be the secondary payer.

In certain circumstances, such as a kidney transplant, the 30-month time frame that this Plan will be the primary payer may be less as defined by the Medicare guidelines for determining primary payer.

If the Member becomes eligible for Medicare due to ESRD after Medicare became the primary payer under any other provision of Medicare law or this Plan, Medicare will be the primary payer and this Plan will be the secondary payer.

Treatment must be rendered in a Medicare-approved facility in order to be covered under this Plan.

A Member is eligible for Medicare when:
- the Member is covered under Medicare; or
- the Member is not covered under Medicare due to:
  - the Member's refusal of Medicare coverage;
  - the Member's voluntary termination of Medicare coverage; or
  - the Member's failure to apply for Medicare coverage.

### ■ Provision for Subrogation and Right of Recovery

An Other Party may be liable or legally responsible to pay expenses, compensation and/or damages in relation to an Illness incurred by a Member (i.e. a Covered Person). A Covered Person is defined to also include the Member's legal representative.

An Other Party is defined to include, but is not limited to, any of the following:
- the party or parties who caused the Illness;
- the insurer or other indemnifier or guarantor or indemnifier of the party or parties who caused the Illness;
- the Covered Person's own insurer (for example, in the case of uninsured, underinsured, medical payments or no-fault coverage);
- a Workers' Compensation insurer;
- any other person, entity, policy or plan that is liable or legally responsible in relation to the Illness.

Benefits may also be payable under the Plan in relation to the Illness. When this happens, Great-West may, at its option:
- subrogate, that is, take over the Covered Person's right to receive payments from the Other Party. The Covered Person will transfer to Great-West any rights he or she may have to take legal action arising from the Illness to recover any sums paid under the Plan on behalf of the Covered Person;
- recover from the Covered Person any benefits paid under the Plan from any payment the Covered Person is entitled to receive from the Other Party.

## CLAIMS & LEGAL ACTION - Continued

The Covered Person must cooperate fully with Great-West in asserting its subrogation and recovery rights. The Covered Person will, upon request from Great-West, provide all information and sign and return all documents necessary to exercise Great-West's rights under this provision.

Great-West will have a first lien upon any recovery, whether by settlement, judgment, mediation or arbitration, that the Covered Person receives or is entitled to receive from any of the sources listed above. This lien will not exceed:

- the amount of benefits paid by Great-West for the Illness, plus the amount of all future benefits which may become payable under the Plan which result from the Illness. Great-West will have the right to offset or recover such future benefits from the amount received from the Other Party; or
- the amount recovered from the Other Party.

If the Covered Person:

- makes any recovery from any of the sources described above; and
- fails to reimburse Great-West for any benefits which arise from the Illness;

then:

- the Covered Person will be personally liable to Great-West for the amount of the benefits paid under this Plan; and
- Great-West may reduce future benefits payable under this Plan for any Illness by the payment that the Covered Person has received from the Other Party.

**Great-West's first lien rights will not be reduced due to the Covered Person's own negligence; or due to the Covered Person not being made whole; or due to attorney's fees and costs.**

For clarification, this provision for subrogation and right of recovery applies to any funds recovered from the Other Party by or on behalf of:

- an Employee's minor covered Dependent;
- the estate of any Covered Person; or
- on behalf of any incapacitated person.

■ **Other Information a Member Needs to Know**

<u>Incontestability</u>

After this Plan has been in force for 2 years, its validity can only be contested due to non-payment of premiums. During the first 2 years a Member is covered under this Plan, only a written statement signed by the Member can be used to contest the validity of the Member's coverage. After the Member's coverage has been in force for 2 years during the Member's lifetime, no statement by the Member can be used to contest the validity of the Member's coverage.

<u>Proof of Claim</u>

Send written claim to Great-West as soon as reasonably possible. A Member must submit a written claim no later than 15 months from the date the claim is incurred, unless legally incapable of doing so.

# GROUP HEALTH INCORPORATED

# SUBROGATION

## Cases Involving a Third Party

This Plan will pay covered benefits if you should become injured directly or indirectly by another party. If you should recover damages from an insurance company or from the other party (for example, in a lawsuit), then you must reimburse the Plan for the payments it has made in connection with your injury. If you are injured by another party, you are required as a condition of receiving benefits from the Plan to sign a form acknowledging the Plan's right to recover under the terms of the Plan. The Plan's subrogation right is established by the Plan and not by the form. In the event you receive benefits in such a case the Plan's subrogation interest in your recovery is governed by the terms of the Plan whether or not you signed the form.

Under the terms of the Plan, the acceptance of benefits by an Employee or beneficiary who has been injured by another party or someone acting on his or her behalf constitutes an agreement by the injured party to reimburse the Plan for benefits paid up to the full amount of the recovery due to the injury. The Plan has a right to first reimbursement out of any recovery. By accepting benefits from the Plan, the injured party agrees that any amount recovered by the injured person by judgment, settlement or compromise, and regardless of how the proceeds are characterized, will be applied first to reimburse the Plan even if the Employee is not made whole and without any reduction for attorney's fees or costs. Amounts recovered by the injured person in excess of benefits paid by the Plan are the separate property of the injured person. In addition, amounts received from a source other than the Plan are the separate property of the injured person if the amounts are received from a policy of insurance for which the injured person or a member of the injured persons family has paid premiums.

By accepting benefits from the Plan, the injured party agrees to notify the Plan promptly if any effort is made to recover from a third party including filing a suit to recover amounts in connection with the injury. Furthermore, in the event the injured party or someone acting on his or her behalf receives payment from any source for claims related to the injury, the injured party agrees to notify the Plan promptly. By accepting benefits from the Plan the injured party agrees that neither the injured party nor anyone acting on behalf of the injured party will settle any claim relating to the accident without the written consent of the Plan.

In the event an injured party accepts benefits from the Plan and monies are recovered from claims arising from the accident, the amounts recovered are assets of the Plan by virtue of the Plan's subrogation interest. Such Plan assets may not be distributed without a release from the Plan of its subrogation interest.

In the event monies are recovered and the Plan is not reimbursed to the extent of its subrogation interest in accordance with Plan provisions, the Plan may bring suit against the injured party, insurers and any recipients of the Plan assets improperly distributed without the consent of the Plan. The Plan may recover benefits paid on behalf of the injured party by treating such benefits as an advance and deducting from amounts due to third parties who have provided medical services despite any certification of coverage, which the Plan may have provided to such providers.

# Cases Involving Work Related Claims

In general, the Plan does not cover expenses for an illness or injury that arises out of the course of employment. However, an exception exists if you have a work related injury or illness for which a claim has been filed with a worker's compensation insurance carrier or with a federal or state court or agency. In the event that the claim has been initially denied, then the Plan, upon request, may pay benefits arising from the work related injury or illness.

By accepting these benefits from the Plan, you agree to actively pursue your work related claim and also agree that the Plan has the power to institute, compromise or settle such a claim in your name to the extent of benefits paid. By accepting these benefits, you also agree that any amounts recovered by award, judgment, settlement or otherwise, and regardless of how the proceeds are characterized, and assets of the Plan and will be applied first to reimburse the Plan, in full and without any reduction for attorney's fees or costs, for benefits paid due to the work related claim. The Plan must be reimbursed first, even if you are not made whole. Once benefits are paid under this provision, you may not settle your work related claim without the written consent of the Plan.

As a condition of receiving benefits from the Plan, you are required to sign a form acknowledging the Plan's right to reimbursement under the Plan. The Plan's right to reimbursement is established by the Plan and not by the form. The Plan's interest in your recovery is governed by the terms of the Plan whether or not you have signed the form. Therefore, the Plan has the rights described in the section even if you have not notified the Plan.

If monies are recovered and the Plan is not reimbursed to the extent of its subrogation interest in accordance with Plan provisions, the Plan may bring suit against you, any insurers and any recipients of the Plan assets improperly distributed without the consent of the Plan. The Plan can recover benefits paid and without treating such benefits as an advance and deducting such amounts from benefits, which become due to you and your family until the Plan's interest is recovered. Such benefits may be deducted from amounts due to third parties who have provided medical services despite any certification of coverage, which the Plan may have provided to such providers.

# THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

This is a specimen copy of master group policy provisions which apply to this plan of insurance. The originals of these provisions are part of a master group policy delivered in the State of Rhode Island to the Citizens Savings Bank and Citizens Trust Company (Trustee) as Policyholder.

*All Options*

**ATTACHED TO AND MADE A PART OF GROUP INSURANCE POLICY NO. G-00723191-JC**

issued by

**The Guardian** Life Insurance Company of America

(herein called the Insurance Company)

to

**Trustees of the General Services Industry Insurance Trust Fund**
**with respect to**
**MACHINE PHASE SYSTEMS LIMITED**

(herein called the Policyholder)

As of February 1, 2005, this plan is amended, as explained below, with respect to any of this plan's provisions.

As used in this rider:

"Covered Person" means an employee or dependent, including the legal representative of a minor or incompetent, insured by this plan.

"Reasonable pro-rata Expenses" are those costs, such as lawyers fees and court costs, incurred to effect a third party payment, expressed as a percentage of such payment.

"Third Party" means anyone other than The Guardian, the employer or the covered person.

We will not pay any benefits under this plan, to or on behalf of a covered person, who has received payment in whole or in part from a third party, or its insurer for past or future medical or dental charges or loss of earnings, resulting from the negligence, intentional act, or no-fault tort liability of a third party.

If a covered person makes a claim to us for medical, dental or loss of earnings benefits under this plan prior to receiving payment from a third party or its insurer, the covered person must agree, in writing, to repay us from any amount of money they receive from the third party, or its insurer.

The repayment will be equal to the amount of benefits paid by us. However, the covered person may deduct the reasonable pro-rata expenses, incurred in effecting the third party payment, from the repayment to us.

The repayment agreement will be binding upon the covered person whether: (a) the payment received from the third party, or its insurer, is the result of a legal judgement, an arbitration award, a compromise settlement, or any other arrangement; or (b) the third party, or its insurer, has admitted liability for the payment; or (c) the medical or dental charges or loss of earnings are itemized in the third party payment.

This is a specimen copy of master group policy provisions which apply to this plan of insurance. The originals of these provisions are part of a master group policy delivered in the State of Rhode Island to the Citizens Savings Bank and Citizens Trust Company (Trustee) as Policyholder.

*All Options*

**ATTACHED TO AND MADE A PART OF GROUP INSURANCE POLICY NO. G-00393228-L5**

issued by

**The Guardian** Life Insurance Company of America

(herein called the Insurance Company)

to

**Trustees of the Texas Finance, Insurance and Real Estate Industry Insurance Trust Fund
with respect to
AMERICAN BANK OF TEXAS, N.A.**

(herein called the Policyholder)

As of April 1, 2004, this plan is amended, as explained below, with respect to any of this plan's provisions.

As used in this rider:

"Covered Person" means an employee or dependent, including the legal representative of a minor or incompetent, insured by this plan.

"Reasonable pro-rata Expenses" are those costs, such as lawyers fees and court costs, incurred to effect a third party payment, expressed as a percentage of such payment.

"Third Party" means anyone other than The Guardian, the employer or the covered person.

We will not pay any benefits under this plan, to or on behalf of a covered person, who has received payment in whole or in part from a third party, or its insurer for past or future medical or dental charges or loss of earnings, resulting from the negligence, intentional act, or no-fault tort liability of a third party.

If a covered person makes a claim to us for medical, dental or loss of earnings benefits under this plan prior to receiving payment from a third party or its insurer, the covered person must agree, in writing, to repay us from any amount of money they receive from the third party, or its insurer.

The repayment will be equal to the amount of benefits paid by us. However, the covered person may deduct the reasonable pro-rata expenses, incurred in effecting the third party payment, from the repayment to us.

The repayment agreement will be binding upon the covered person whether: (a) the payment received from the third party, or its insurer, is the result of a legal judgement, an arbitration award, a compromise settlement, or any other arrangement; or (b) the third party, or its insurer, has admitted liability for the payment; or (c) the medical or dental charges or loss of earnings are itemized in the third party payment.

# HARVARD PILGRIM HEALTH CARE, INC.

07/01/2002

# HMSA's
# Preferred Provider Plan
# Guide to Benefits

# Chapter 9: Coordination of Benefits and Third Party Liability

| | |
|---|---|
| **Medicare Part B Only** | If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient lab, diagnostic and x-ray services. |
| **Facilities or Providers Not Eligible or Entitled to Medicare Payment** | When services are rendered at a facility or by a provider that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is allowed by law to be the primary payer, we will limit payment to an amount that supplements the benefits that would have been payable by Medicare had the facility or provider been eligible or entitled to receive such payments, regardless of whether or not Medicare benefits are paid. |

## Third Party Liability Rules

| | |
|---|---|
| **Third Party Liability** | Third party liability is when you are injured or become ill and:<br>■ the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or<br>■ you have or may have a right to recover damages or receive payment without regard to fault. |
| **Exclusion from Coverage** | In such situations, we are not liable to pay any benefits under this coverage. Any payment made by us to you relating to this injury or illness will only be in accord with the following rules and conditions. |
| **Conditions for Interest Free Loan** | We may advance benefits in connection with the injury or illness, in the form of an interest-free loan to you, only after you have complied with the following:<br>■ You must notify us of any actual or potential legal action (including any claim, demand or legal proceeding) which you anticipate bringing or having brought against any third party or other source of recovery in connection with the illness or injury, not later than 30 calendar days subsequent to submitting or filing a claim, demand, or legal action against the third party or other source of recovery.<br>■ You must promptly execute and deliver to us all liens, assignments or other documents which we determine are necessary to secure our rights of reimbursement (and you hereby authorize and direct any person making any payment on account of any such injury or illness to pay to us so much of such payment as necessary to discharge your obligations); and<br>■ You must cooperate in protecting our interest under these rules.<br><br>The interest free loan is made without waiver of our rights of reimbursement and other rules described below. |
| **Our Rights of Reimbursement** | You must repay the interest free loan from any recovery received from or on behalf of the third party, including, but not limited to, proceeds from any:<br>■ motor vehicle insurance including your underinsured or uninsured motorist coverage;<br>■ property and casualty insurance;<br>■ medical malpractice coverage;<br>■ settlement, judgment, or award;<br>■ worker's compensation insurance or other employer liability program; or<br>■ other insurance.<br><br>We shall have a first lien on such proceeds, up to the amount of the total benefits we have paid related to such injury or illness. You must repay the interest free loan even if the proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):<br>■ do not specifically include medical expenses,<br>■ are stated to be for general damages only,<br>■ are for less than the actual loss or alleged loss suffered by you due to the injury or illness,<br>■ are obtained on your behalf by your estate, legal representative or parent,<br>■ are without any admission of liability, fault, or causation by the third party or payor. |

2406.46.1.688.05/28/08

## Chapter 9: Coordination of Benefits and Third Party Liability

We will have the same rights of lien and reimbursement described above even if you do not sign any documents, to the extent of any payments made by us on your behalf for any charges related to the illness or injury.

The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have for reimbursement of these payments.

Our lien may be filed with any third party responsible for such illness or injury, their agent or insurance company, you legal representative or the court.

Once you have (1) complied with the requirements above, (2) received a recovery relating to the injury or illness, and (3) paid our lien as described above (or any lesser amount we agree is satisfactory if your proceeds are less than our lien), then we will pay future benefits related to the injury or illness, to the extent that medical treatment subsequent to these events would otherwise be a covered benefit payable under the Plan, but only to the extent that future eligible charges exceed the amount of any *net recovery* obtained by or on behalf of you (including by your estate, legal representative, or parent). *Net recovery* means the total proceeds recovered minus only attorneys' fees, costs and liens directly related to or arising from the injury or illness and actually paid from the recovery.

If you have complied with the above rules and have made reasonable efforts to obtain recovery for your illness or injury, but have received a final dismissal or denial of your legal action without recovering any proceeds for the illness or injury, then we will forgive any loan made under these rules, and will provide benefits for the illness or injury to the extent that they would otherwise be a covered benefit payable under the Plan.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under the Plan.

# HAWAII MEDICAL
# SERVICE ASSOCIATION

07/01/2002

# HMSA's
# Preferred Provider Plan
# Guide to Benefits

# Chapter 9: Coordination of Benefits and Third Party Liability

**Medicare Part B Only**

If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient lab, diagnostic and x-ray services.

**Facilities or Providers Not Eligible or Entitled to Medicare Payment**

When services are rendered at a facility or by a provider that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is allowed by law to be the primary payer, we will limit payment to an amount that supplements the benefits that would have been payable by Medicare had the facility or provider been eligible or entitled to receive such payments, regardless of whether or not Medicare benefits are paid.

---

## Third Party Liability Rules

**Third Party Liability**

Third party liability is when you are injured or become ill and:
- the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or
- you have or may have a right to recover damages or receive payment without regard to fault.

**Exclusion from Coverage**

In such situations, we are not liable to pay any benefits under this coverage. Any payment made by us to you relating to this injury or illness will only be in accord with the following rules and conditions.

**Conditions for Interest Free Loan**

We may advance benefits in connection with the injury or illness, in the form of an interest-free loan to you, only after you have complied with the following:
- You must notify us of any actual or potential legal action (including any claim, demand or legal proceeding) which you anticipate bringing or having brought against any third party or other source of recovery in connection with the illness or injury, not later than 30 calendar days subsequent to submitting or filing a claim, demand, or legal action against the third party or other source of recovery.
- You must promptly execute and deliver to us all liens, assignments or other documents which we determine are necessary to secure our rights of reimbursement (and you hereby authorize and direct any person making any payment on account of any such injury or illness to pay to us so much of such payment as necessary to discharge your obligations); and
- You must cooperate in protecting our interest under these rules.

The interest free loan is made without waiver of our rights of reimbursement and other rules described below.

**Our Rights of Reimbursement**

You must repay the interest free loan from any recovery received from or on behalf of the third party, including, but not limited to, proceeds from any:
- motor vehicle insurance including your underinsured or uninsured motorist coverage;
- property and casualty insurance;
- medical malpractice coverage;
- settlement, judgment, or award;
- worker's compensation insurance or other employer liability program; or
- other insurance.

We shall have a first lien on such proceeds, up to the amount of the total benefits we have paid related to such injury or illness. You must repay the interest free loan even if the proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):
- do not specifically include medical expenses,
- are stated to be for general damages only,
- are for less than the actual loss or alleged loss suffered by you due to the injury or illness,
- are obtained on your behalf by your estate, legal representative or parent,
- are without any admission of liability, fault, or causation by the third party or payor.

2406.46.1.688.05/28/08

## Chapter 9: Coordination of Benefits and Third Party Liability

We will have the same rights of lien and reimbursement described above even if you do not sign any documents, to the extent of any payments made by us on your behalf for any charges related to the illness or injury.

The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have for reimbursement of these payments.

Our lien may be filed with any third party responsible for such illness or injury, their agent or insurance company, you legal representative or the court.

Once you have (1) complied with the requirements above, (2) received a recovery relating to the injury or illness, and (3) paid our lien as described above (or any lesser amount we agree is satisfactory if your proceeds are less than our lien), then we will pay future benefits related to the injury or illness, to the extent that medical treatment subsequent to these events would otherwise be a covered benefit payable under the Plan, but only to the extent that future eligible charges exceed the amount of any *net recovery* obtained by or on behalf of you (including by your estate, legal representative, or parent). *Net recovery* means the total proceeds recovered minus only attorneys' fees, costs and liens directly related to or arising from the injury or illness and actually paid from the recovery.

If you have complied with the above rules and have made reasonable efforts to obtain recovery for your illness or injury, but have received a final dismissal or denial of your legal action without recovering any proceeds for the illness or injury, then we will forgive any loan made under these rules, and will provide benefits for the illness or injury to the extent that they would otherwise be a covered benefit payable under the Plan.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under the Plan.

HMSA's
# Preferred Provider Plan

## Guide to Benefits

January 2007







**HMSA**
Blue Cross
Blue Shield
of Hawaii

Working for a Healthier Hawaii

# Chapter 9: Coordination of Benefits and Third Party Liability



**This Chapter Covers**

- What Coordination of Benefits Means ...........................................................59
- General Coordination Rules .........................................................................60
- Dependent Children Coordination Rules..........................................................60
- Motor Vehicle Insurance Rules....................................................................60
- Medicare Coordination Rules.......................................................................61
- Third Party Liability Rules .......................................................................62

## What Coordination of Benefits Means

**Coverage that Provides Same or Similar Coverage**

You may have other insurance coverage that provides benefits which are the same or similar to this plan. If so, the benefits payable under this plan, when combined with benefits paid under your other coverage, will not exceed the lesser of:
- 100 percent of eligible charge, or
- the amount payable by your other coverage plus any deductible and copayment you would owe if the other coverage were your only coverage.

Any deductible and/or Other Brand Name Cost Share you owe under this plan will first be subtracted from the benefit payment. You remain responsible for the deductible and/or Other Brand Name Cost Share owed under this plan, if any.

The method we use to calculate our eligible charge may be different from the methods of other plans. For a description of how we determine our eligible charge, see *Chapter 2: Payment Information.*

**What You Should Do**

When you receive services, you need to let us know if you have other coverage. Other coverage includes:
- group insurance.
- other group benefit plans.
- nongroup insurance.
- Medicare or other governmental benefits.
- the medical benefits coverage in your automobile insurance (whether issued on a fault or no fault basis).

You should also let us know if your other coverage ends or changes.

You will receive a letter from us if we need additional information. If you do not give us information we need to coordinate your benefits, your claims may be delayed or denied.

To help us coordinate your benefits, you should:
- inform your provider by giving him or her information about the other coverage at the time services are rendered, and
- indicate that you have other coverage when you fill out a claim form by completing the appropriate boxes on the form.

**What We Will Do**

Once we have the information about your other coverage, we will coordinate benefits for you. There are certain rules we follow to help us determine which plan pays first when there is other insurance or coverage that provides the same or similar benefits as this plan.

# Chapter 9: Coordination of Benefits and Third Party Liability

| | |
|---|---|
| **Exhaustion of Medicare Benefits** | If you are entitled to Medicare benefits, we will begin paying benefits after all Medicare benefits (including all lifetime reserve days) are exhausted. |
| | If your inpatient hospital stay is extraordinarily long and costly and some or all of the stay is not covered by Medicare because your Medicare inpatient hospital benefits (including lifetime reserve days) are exhausted, we will pay the lesser of: |
| | ▪ the eligible charge for the entire confinement less Medicare inpatient hospital payments and Medicare Part B payments for inpatient lab, diagnostic and x-ray services on those days; or |
| | ▪ total hospital charges for inpatient days for which Medicare rules permit the hospital to bill you less Medicare Part B payments for inpatient lab, diagnostic and x-ray services on those days. |
| **Medicare Part B Only** | If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient lab, diagnostic and x-ray services. |
| **Facilities or Providers Not Eligible or Entitled to Medicare Payment** | When services are rendered at a facility or by a provider that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is allowed by law to be the primary payer, we will limit payment to an amount that supplements the benefits that would have been payable by Medicare had the facility or provider been eligible or entitled to receive such payments, regardless of whether or not Medicare benefits are paid. |

## Third Party Liability Rules

| | |
|---|---|
| **What Third Party Liability Means** | Third party liability is when you are injured or become ill and: |
| | ▪ the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or |
| | ▪ you have or may have a right to recover damages or receive payment without regard to fault. |
| | In such situations, any payment made by us on your behalf in connection with such injury or illness will only be in accord with the following rules. |
| **If You Have Coverage Under Worker's Compensation Or Motor Vehicle Insurance** | If you have or may have coverage under worker's compensation or motor vehicle insurance for the illness or injury, please note the following: |
| | ▪ **Worker's Compensation Insurance**. If you have or may have coverage under worker's compensation insurance, such coverage will apply instead of the coverage under this Guide to Benefits. Medical expenses arising from injuries or illness covered under worker's compensation insurance are excluded from coverage under this Guide to Benefits. |
| | ▪ **Motor Vehicle Insurance**. If you are or may be entitled to medical benefits from your automobile coverage, you must exhaust those benefits first, before receiving benefits from us. Please refer to the section in this Chapter entitled "Motor Vehicle Insurance Rules" for a detailed explanation of the rules applicable to your automobile coverage. |
| **What You Need To Do** | Your cooperation is necessary for us to determine our liability for coverage and to protect our rights to recover our payments. We will provide benefits in connection with the injury or illness in accordance with the terms of this Guide to Benefits only if you cooperate with us by doing the following: |
| | ▪ **Give Us Timely Notice**. You must give us timely notice in writing of each of the following: (1) your knowledge of any potential claim against any third party or other source of recovery in connection with the injury or illness; (2) any written claim or demand (including legal proceeding) against any third party or against other source of recovery in connection with the injury or illness; and (3) any recovery of damages (including any settlement, judgment, award, insurance proceeds, or other payment) against any third party or other source of recovery in connection with the injury or illness. To give timely notice, your notice must be no later than 30 calendar days after the occurrence of each of the events stated above; |

5080.538.1.688.02/01/07

## Chapter 9: Coordination of Benefits and Third Party Liability

- **Sign Requested Documents.** You must promptly sign and deliver to us all liens, assignments, and other documents we deem necessary to secure our rights to recover payments, and you hereby authorize and direct any person or entity making or receiving any payment on account of such injury or illness to pay to us so much of such payment as necessary to discharge your reimbursement obligations described above;
- **Provide Us Information.** You must promptly provide us any and all information reasonably related to our investigation of our liability for coverage and our determination of our rights to recover payments. We may ask you to complete an Injury/Illness report form, and provide us medical records and other relevant information.
- **Do Not Release Claims Without Our Consent.** You must not release, extinguish, or otherwise impair our rights to recover our payments, without our express written consent; and
- **Cooperate With Us.** You must cooperate in protecting our rights under these rules. This includes giving notice of our lien as part of any written claim or demand made against any third party or other source of recovery in connection with the illness or injury.

Any written notice required by these Rules must be sent to:

HMSA
Attn: 8 CA/Other Party Liability
P.O. Box 860
Honolulu, Hawaii 96808-0860

If you do not cooperate with us as described above, your claims may be delayed or denied, and we shall be entitled to reimbursement of payments made on your behalf to the extent that your failure to cooperate has resulted in erroneous payments of benefits or has prejudiced our rights to recover payments.

**Payment of Benefits Subject To Our Right To Recover Our Payments**

If you have complied with the rules above, we will pay benefits in connection with the injury or illness to the extent that the medical treatment would otherwise be a covered benefit payable under this Guide to Benefits. However, we shall have a right to be reimbursed for any benefits we provide, from any recovery received from or on behalf of any third party or other source of recovery in connection with the injury or illness, including, but not limited to, proceeds from any:

- settlement, judgment, or award;
- motor vehicle insurance including liability insurance or your underinsured or uninsured motorist coverage;
- workplace liability insurance;
- property and casualty insurance;
- medical malpractice coverage; or
- other insurance.

We shall have a first lien on such recovery proceeds, up to the amount of total benefits we pay or have paid related to the injury or illness. You must reimburse us for any benefits paid, even if the recovery proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):

- do not specifically include medical expenses;
- are stated to be for general damages only;
- are for less than the actual loss or alleged loss suffered by you due to the injury or illness;
- are obtained on your behalf by any person or entity, including your estate, legal representative, parent, or attorney;
- are without any admission of liability, fault, or causation by the third party or payor.

## Chapter 9: Coordination of Benefits and Third Party Liability

Our lien will attach to and follow such recovery proceeds even if you distribute or allow the proceeds to be distributed to another person or entity. Our lien may be filed with the court, any third party or other source of recovery money, or any entity or person receiving payment regarding the illness or injury.

If we are entitled to reimbursement of payments made on your behalf under these rules, and we do not promptly receive full reimbursement pursuant to our request, we shall have a right of set-off from any future payments payable on your behalf under this Guide to Benefits.

To the extent that we are not reimbursed for the total benefits we pay or have paid related to your illness or injury, we have a right of subrogation (substituting us to your rights of recovery) for all causes of action and all rights of recovery you have against any third party or other source of recovery in connection with the illness or injury.

Our rights of reimbursement, lien, and subrogation described above, are in addition to all other rights of equitable subrogation, constructive trust, equitable lien and/or statutory lien we may have for reimbursement of these payments, all of which rights are preserved and may be pursued at our option against you or any other appropriate person or entity.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under this Guide to Benefits.

Nothing in these Third Party Liability Rules shall limit our ability to coordinate benefits as described in this Chapter.

5080.538.1.688.02/01/07

# HMSA's EUTF Retiree Drug Plan



## Evidence of Coverage
### January 2007



**HMSA**

Blue Cross
Blue Shield
of Hawaii

An independent Licensee of the Blue Cross and Blue Shield Association

*Working for a Healthier Hawaii*

## Section 9 - Legal Notices

Notice about governing law .................................................................................. 57
Notice about non-discrimination ............................................................................ 57
Member non-liability ........................................................................................ 57
When others are responsible for injuries .................................................................. 57

## Notice about governing law

Many different laws apply to this Evidence of Coverage. Some parts may apply to your situation because they are required by law. This can affect your rights and responsibilities even if the laws are not included or explained in this document. The law that applies to this document is Title XVIII of the Social Security Act and the regulations created under the Social Security Act by the Centers for Medicare & Medicaid Services (CMS). Specifically, laws on the Medicare prescription drug program can be found at sections 1860D-1 through 1860D-42 of the Social Security Act (42 U.S.C. §§ 1395w-101 through 1395w-152) and in Part 423 of Title 42 of the Code of Federal Regulations. In addition, other Federal laws may apply and, under certain situations, the laws of the State of Hawaii may apply.

## Notice about non-discrimination

When we make decisions about the provision of health care services, we do not discriminate based on a person's race, disability, religion, sex, sexual orientation, health, ethnicity, creed, age, or national origin. All organizations that provide Medicare Prescription Drug Plans, like us, must obey Federal laws against discrimination, including Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Americans with Disabilities Act, all other laws that apply to organizations that get Federal funding, and any other laws and rules that apply for any other reason.

## Member non-liability

In the event HMSA makes fails to reimburse a contracting provider's charge for covered services, you will not be liable for sums owed by HMSA.

## When others are responsible for injuries

We do not pay medical expenses which are covered by workers' compensation insurance or automobile insurance coverage required by Hawaii law. When others may be responsible for payment of your medical expenses (due to tort liability, insurance or otherwise), our third-party liability rules apply and you should request a copy of these rules from HMSA. You must give us prompt written notice of your injuries, claims and demands for recovery and recoveries received, and must promptly fill out and return to us all papers we require to determine coverage and to

secure our reimbursement rights for any amounts we pay. Medicare and HMSA have liens and rights of reimbursement to the full extent of any expenses paid.

DR 445 January 2007

# HEALTH NET, INC.

## SECTION 18 – SUBROGATION

1.  We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party and resulting from the exercise of any rights of recovery which You may have against a third party and resulting from the exercise of any rights of recovery which You may have against any person or organization. Only proceeds identified as intended to compensate for Covered Services are subject to this provision. You shall execute and deliver such instruments and take such other actions as We may require to implement the provisions of this Section. Without Our consent, no action You may take shall prejudice the rights given to Us by this provision.

2.  Notwithstanding this Section or the COB Section of this EOC, with respect to group and individual policies of no- fault and/or no- fault insurance containing medical payments provisions. You shall execute and deliver such instruments and take such other action as We may require to implement the provisions of this Section. Without Our consent, no actions You may take shall prejudice the rights given to Us by this provision.

**When the POS Plan is the secondary plan, benefits are paid as follows:**

- The POS Plan doesn't pay any benefits if the primary plan paid the same or more than the amount the POS Plan would normally pay.
- If the primary plan paid less than the amount the POS Plan would have paid, then the POS Plan pays the difference, up to the amount that it would normally pay.
- The amount paid by the primary plan includes the total benefits for which you are eligible under the primary plan, whether or not you have claimed them.

**Here are the rules that determine which plan is primary and which is secondary:**

When both plans cover the expenses and only one has a COB provision, the plan without the COB is the primary plan.

If both plans have COB provisions, the primary plan is:

- The plan covering the person as an active employee, rather than as a dependent or a retiree.
- The plan of the parent whose birthday comes first during the calendar year if a child is covered under both parents' plans.

If the parents are separated or divorced and the court has established one parent as financially responsible for the child's health care, the plan of the parent with that responsibility is primary.

If there is no court order, the plans pay the child(ren)'s expenses in the following order:

1. The plan of the natural parent who has custody.
2. The plan of a step-parent married to the parent with custody.
3. The plan of the natural parent without custody.

If none of these situations apply, the plan that has covered the person longer is primary.

If you cover your dependents under the POS Plan, CIGNA periodically requests information about your spouse's employment in order to determine when COB applies to a claim for benefits. You must respond to this request before benefits can be issued for your dependent's claims. If you fail to respond, your claim will be denied after 90 days.

**Right Of Reimbursement (Subrogation)**

Benefits are payable under this Plan subject to the Plan's right of subrogation and reimbursement. This means that if benefits are provided under the Plan to you or any covered dependent, the Plan has the right to pursue all of your or your covered dependent's rights of recovery against any person or entity for the injury or illness and has the right to be reimbursed from any recovery due you or any covered dependent, whether by settlement, judgment or otherwise, to the extent of the benefits provided by the Plan.

The Plan's right to reimbursement is not reduced because of a partial recovery, or because the proceeds are allocated exclusively to non-medical expense damages.

**Medicare**

This Federal program is available to individuals at age 65 and also to recipients of Social Security Disability benefits after two years. The effect of Medicare on your POS Plan benefits depends on whether you are covered by the POS Plan as an employee or former employee. The POS Plan remains the primary plan if you are an active employee age 65 or older. Medicare is the primary plan for retirees of a Participating Company at least age 65, and disabled participants eligible for benefits from the Long-Term Disability Plan for Salaried Employees. See the section in this SPD, "Am I Eligible If I Retire or Become Disabled?"

If you are no longer an active employee and you become eligible for Medicare, you are no longer eligible to be covered by this POS Plan. Instead you will be covered by the Indemnity Plan. In some geographic areas you may also have an HMO alternative available. Prior to your 65th birthday you will be notified by the Benefits Center about the need to change plans.

## SECTION 18 - SUBROGATION

1.  We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party and resulting from the exercise of any rights of recovery which You may have against a third party and resulting from the exercise of any rights of recovery which You may have against any person or organization. You shall execute and deliver such instruments and take such other actions as We may require to implement the provisions of this Section. Without Our consent, no action You may take shall prejudice the rights given to Us by this provision.

2.  Notwithstanding this Section or the COB Section of this EOC, with respect to group and individual policies of automobile no- fault and/or no- fault insurance containing medical payments provisions, Our liability under this EOC shall be reduced by all amounts paid or payable, or which in the absence of Us would by payable by such insurance policies whether or not required by Connecticut State Law for automobiles owned and registered within the State of Connecticut. You shall execute and deliver such instruments and take such other action as We may require to implement the provisions of this Section. Without Our consent, no actions You may take shall prejudice the rights given to Us by this provision.

Form # HN- H- HMO 2005
Filed 4/15/04
Revised 09/13/04

18- 1

C6A,CS1,CS2,CA4,CA1
CA_0016- 001

## SECTION 14 - SUBROGATION

A.  If a Member is enrolled in Health Net through a Group and the Member suffers an injury or illness for which another party may be responsible, such as being injured in an accident, and Health Net pays benefits as a result of that injury or illness, Health Net will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits Health Net has paid. This means that Health Net has the right independently of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits Health Net has paid. The Member agrees to reimburse Health Net for costs Health Net incurs for services provided for the injury for which the Member recovers damages, but not more than the money collected.

B.  With respect to group and individual policies of mandatory automobile fault and/or mandatory no- fault insurance containing medical payments provisions, the liability of this Certificate of Coverage shall be reduced by all amounts paid or payable, or which in the absence of Health Net would be payable by such insurance policies required by New York Law for automobiles owned and registered within the State of New York. The Member shall execute and deliver such instruments and take such other action as Health Net may require to implement the provisions of this Certificate of Coverage. The Member shall do nothing to prejudice the rights given Health Net by this provision without its consent.

Form # HNI- NY- PPO- COC
12/5/01
lg grp

EC- 49

Rev. 12/5/02
CA_0011- 001

15.11   Facility of Payment. Any payment made under another plan may include an amount which should have been paid under this plan. If so, we may pay that amount to the organization which made the payment. That amount will then be treated as though it were a benefit paid under this plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

15.12   Right of Recovery. If the amount of the payments made by us is more than it should have paid under this coordination of benefits provision, we may recover the excess from one or more of: (a) the persons it has paid or for whom it has paid; (b) insurance companies; or (c) other organizations. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

   a.   A secondary plan which provides benefits in the form of services may recover the reasonable cash value of providing the services from the primary plan to the extent that benefits for the services are covered by the primary plan and have not already been paid or provided by the primary plan.

   b.   Nothing in this provision shall be interpreted to require a plan to reimburse a covered person in cash for the value of services provided by the plan which provides benefits in the form of services.

## Article 16 – Medicare

16.1   In certain situations, this Agreement is secondary to Medicare. This means that when a Member is enrolled in Medicare and this Agreement at the same time, Medicare pays benefits for covered services first and we pay second, in accordance with federal law.

16.2   We will also pay as if we were secondary when a Member is eligible for Medicare Part A or B but has chosen not to enroll in Medicare. This means we will not provide benefits for any part of an otherwise covered service to the extent the covered service would have been paid for under Medicare had the Member enrolled in Medicare.

## Article 17 – Subrogation

17.1   In the event any medical or Hospital service or benefit is provided for, or any payment is made, or credit extended to a Member under this Agreement, we shall be subrogated and shall succeed to the Member's rights of recovery against any person or any organization including the right at our discretion to bring suit against any and all liable third parties. A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit. The Member shall take such action, furnish such information and assistance and execute such assignments or other instruments as we may require to facilitate enforcement of its subrogation rights and shall take no action prejudicing our rights and interests under this Agreement.

17.2   In some cases, the Subscriber or covered Dependents may have a legal right to recover costs for health care from a third party who may be responsible for the illness or injury. The following rules apply:

   a.   If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party. If the Subscriber or a covered Dependent continues to receive medical treatment for the illness or injury after obtaining the settlement or recovery, we will not provide benefits for that continuing treatment unless the Subscriber or covered Dependent can prove that the total cost of treatment including the cost of obtaining the settlement or recovery is more than the amount the Subscriber or covered Dependent has recovered or expects to recover.

   b.   The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us, up to the amount of benefits already provided.

   c.   We may require Subscriber or Enrolled Dependent to sign and deliver all legal papers necessary to secure our rights and the rights of the Subscriber or Enrolled Dependent. If requested, the Subscriber or covered Dependent must sign an agreement to hold the proceeds of any recovery in trust for us before any payment for benefits is provided.

d.    We will pay our share of the expenses of obtaining a recovery, such as attorney fees and court costs, out of any part of that recovery which is reimbursed to us.

e.    In the event our interests are not protected by judgment or settlement entered into by the insured and a liable third party, we retain the right to deduct the amount of the overpayment/wrongful payment from future benefits that would have been otherwise payable, until said overpayment/wrongful payment is recovered.

17.3    Most motor vehicle liability policies are required by law to provide liability insurance, primary medical payments insurance, and uninsured motorist insurance, and many motor vehicle policies also provide underinsurance coverage.

a.    We will not pay benefits for health care costs to the extent that the Member is able to, or is entitled to, recover from motor vehicle insurance.

b.    If we pay benefits before motor vehicle insurance payments are made, reimbursement must be made out of any subsequent motor vehicle insurance payments made to the Member and, when applicable, We may recover benefits already paid directly from the motor vehicle insurer or out of any settlement or judgment which the Member obtains by exercising his/her rights against a third party. Our rights to recovery in Oregon are explained in ORS 742.534, ORS 742.536, and ORS 742.538.

c.    Before we will pay benefits: (1) the Member must give us information about any motor vehicle insurance payments which may be available to the Member; and (2) if we ask, the Member must sign an agreement to hold the proceeds of any recovery in trust for us.

## Article 18 - Independent Agents

18.1    The relationship between Subscriber Group and a Subscriber is that of plan sponsor and participant and is defined by the Group's health and welfare plan. We have no involvement in that relationship. The relationship between Subscriber Group and us is that of purchaser and seller and is entirely governed by the provisions of this Agreement. In addition, Subscriber Group acts as the agent of those Participants who are Subscribers with respect to all terms and provisions of this Agreement. Because the Subscriber pays the premium to us indirectly through his or her agent, the Subscriber Group, the relationship between a Subscriber and us is also that of purchaser and seller and is entirely governed by the provisions of this Agreement.

18.2    The relationship between us and Participating Providers is that of independent contractors. Participating Providers are independent professionals who operate their own offices and business, make their own medical decisions, and provide services to entities and patients other than us and our Members. Participating Providers agree to methods and rates of payment from us, concurrent and retrospective review by us of Medical Services provided to Members, and our medical management procedures.

18.3    The fact that Members and Participating Providers each have contractual relationships with us does not prevent a Member from obtaining nor a Participating Provider from providing services that are not covered by us. We have no direct control over the examination, diagnosis or treatment of a Member. We do perform medical management, including but not limited to case review for purposes of determining coverage, consultation with Providers regarding Prior Authorization, and concurrent and retrospective review of Medical Services provided to Members. The purpose of our medical management procedures is to encourage the lowest cost method of treating a Member which, based upon the Medical Director's sole judgment of the prevailing standards of medical treatment, meets the needs of the Member. These procedures are not intended to ration care or limit care to methods not appropriate to treat a Member's condition. These procedures are not intended to create a Physician/patient relationship or to replace the relationship between a Member and his or her Physician. A Member is always entitled to obtain, at his or her own expense, services not covered under the terms of this Agreement.

## Article 17 – Subrogation

17.1   In the event any medical or Hospital service or benefit is provided for, or any payment is made, or credit extended to a Member under this Agreement, we shall be subrogated and shall succeed to the Member's rights of recovery against any person or any organization including the right at our discretion to bring suit against any and all liable third parties. A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit. The Member shall take such action, furnish such information and assistance and execute such assignments or other instruments as we may require to facilitate enforcement of its subrogation rights and shall take no action prejudicing our rights and interests under this Agreement.

17.2   In some cases, the Subscriber or covered Dependents may have a legal right to recover costs for health care from a third party who may be responsible for the illness or injury. The following rules apply:

   a.   If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party. If the Subscriber or a covered Dependent continues to receive medical treatment for the illness or injury after obtaining the settlement or recovery, we will not provide benefits for that continuing treatment unless the Subscriber or covered Dependent can prove that the total cost of treatment including the cost of obtaining the settlement or recovery is more than the amount the Subscriber or covered Dependent has recovered or expects to recover.

   b.   The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us, up to the amount of benefits already provided.

   c.   We may require Subscriber or Enrolled Dependent to sign and deliver all legal papers necessary to secure our rights and the rights of the Subscriber or Enrolled Dependent. If requested, the Subscriber or covered Dependent must sign an agreement to hold the proceeds of any recovery in trust for us before any payment for benefits is provided.

   d.   We will pay our share of the expenses of obtaining a recovery, such as attorney fees and court costs, out of any part of that recovery which is reimbursed to us.

   e.   In the event our interests are not protected by judgment or settlement entered into by the insured and a liable third party, we retain the right to deduct the amount of the overpayment/wrongful payment from future benefits that would have been otherwise payable, until said overpayment/wrongful payment is recovered.

17.3   Most motor vehicle liability policies are required by law to provide liability insurance, primary medical payments insurance, and uninsured motorist insurance, and many motor vehicle policies also provide underinsurance coverage.

   a.   We will not pay benefits for health care costs to the extent that the Member is able to, or is entitled to, recover from motor vehicle insurance.

   b.   If we pay benefits before motor vehicle insurance payments are made, reimbursement must be made out of any subsequent motor vehicle insurance payments made to the Member and, when applicable, we may recover benefits already paid directly from the motor vehicle insurer or out of any settlement or judgment which the Member obtains by exercising his/her rights against a third party. Our rights to recovery in Oregon are explained in ORS 742.534, ORS 742.536, and ORS 742.538.

   c.   Before we will pay benefits: (1) the Member must give us information about any motor vehicle insurance payments which may be available to the Member; and (2) if we ask, the Member must sign an agreement to hold the proceeds of any recovery in trust for us.