# APPENDIX A

# PART 5

# REGENCE BLUESHIELD

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY

We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits

If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

  - the third party or third party's insurer admits liability;
  - the health care expenses are itemized or expressly excluded in the recovery; or
  - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

  - the filing of a lawsuit;
  - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You.  By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

### Motor Vehicle Coverage

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident.  In that case, this right of reimbursement and subrogation provision still applies.

### Workers' Compensation

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

    - filing a claim;
    - having the claim accepted or rejected;
    - appealing any decision;
    - settling or otherwise resolving the claim; or
    - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

### Fees and Expenses

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery.  However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us.  We have discretion whether to grant such requests.

### Future Medical Expenses

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3    FIRST AND THIRD PARTY PAYMENTS.

5.3.1    COMPANY'S RIGHT TO RECOVER PAYMENTS. The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract. If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below. As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover. The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

5.3.2    COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE. If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable. In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3    UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

# ASURIS NORTHWEST HEALTH

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY

We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits

If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

  - the third party or third party's insurer admits liability;
  - the health care expenses are itemized or expressly excluded in the recovery; or
  - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

  - the filing of a lawsuit;
  - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You.  By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

### Motor Vehicle Coverage

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident.  In that case, this right of reimbursement and subrogation provision still applies.

### Workers' Compensation

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

    - filing a claim;
    - having the claim accepted or rejected;
    - appealing any decision;
    - settling or otherwise resolving the claim; or
    - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

### Fees and Expenses

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery.  However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us.  We have discretion whether to grant such requests.

### Future Medical Expenses

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3        FIRST AND THIRD PARTY PAYMENTS.

5.3.1    COMPANY'S RIGHT TO RECOVER PAYMENTS.  The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract.  If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below.  As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover.  The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement.  Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

5.3.2    COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE.  If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages.  The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable.  In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3   UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

# REGENCE LIFE and HEALTH INSURANCE COMPANY

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY

We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits

If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

    - the third party or third party's insurer admits liability;
    - the health care expenses are itemized or expressly excluded in the recovery; or
    - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

    - the filing of a lawsuit;
    - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You. By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

## Motor Vehicle Coverage

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident. In that case, this right of reimbursement and subrogation provision still applies.

## Workers' Compensation

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

  - filing a claim;
  - having the claim accepted or rejected;
  - appealing any decision;
  - settling or otherwise resolving the claim; or
  - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

## Fees and Expenses

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery. However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us. We have discretion whether to grant such requests.

## Future Medical Expenses

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3      FIRST AND THIRD PARTY PAYMENTS.

    5.3.1      COMPANY'S RIGHT TO RECOVER PAYMENTS.  The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract.  If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below.  As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover.  The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

    5.3.2      COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE.  If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages.  The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable.  In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3   UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

# TRUSTMARK LIFE INSURANCE COMPANY and TRUSTMARK INSURANCE COMPANY

## TRUSTMARK LIFE INSURANCE COMPANY

### [RIGHT OF REIMBURSEMENT

If a Covered Person incurs Covered Charges or would otherwise be entitled to benefits for Sickness or Injury that occurred due to the negligence of a third party, or for which another party or insurer may be responsible:

- we have the right to reimbursement for all benefits we paid from any and all damages collected from the third party for those same expenses whether by action at law, settlement, or compromise, by the covered person, covered person's parents, if the covered person is a minor, or covered person's legal representative as a result of that sickness or injury; and
- we are assigned the right to recover from the third party, or his or her insurer, to the extent of the benefits we paid for that sickness or injury.

We shall have the right to first reimbursement out of all funds the covered person, the covered person's parents, if the covered person is a minor, or the covered person's legal representative, is or was able to obtain for the same expenses we have paid as a result of that sickness or injury.

The Covered Person must also acknowledge and agree that all damages payable to the extent of any Covered Charges or benefits paid by Us for the Sickness or Injury shall be considered held in constructive trust for the benefit of Us and that We shall have an equitable lien on such funds.  You are required to furnish any information or assistance or provide any documents that we may reasonably require in order to obtain our rights under this provision. This provision applies whether or not the third party admits liability.]

### [SUBROGATION RIGHTS

We are assigned the right to recover from a negligent third party, or his or her insurer, to the extent of the benefits We paid for that sickness or injury.  You are required to furnish any information or assistance, or provide any documents We may reasonably require in order to exercise Our rights under this provision. This provision applies whether or not the third party admits liability.]
TCILCI40502

# UNITEDHEALTH GROUP INCORPORATED

If you are enrolled in a Medicare+Choice (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Plan), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Plan as if you had followed all rules of the Medicare+Choice plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

## Subrogation and Reimbursement

Subrogation is the substitution of one person or entity in the place of another with reference to a lawful claim, demand or right. If you receive a Benefit payment from the Plan for an Injury caused by a third party, and you later receive any payment for that same condition or Injury from another person, organization or insurance company, we have the right to recover any payments made by the Plan to you. This process of recovering earlier payments is called subrogation. In case of subrogation, you may be asked to sign and deliver information or documents necessary for us to protect our right to recover Benefit payments made. You agree to provide us all assistance necessary as a condition of participation in the Plan, including cooperation and information submitted to as supplied by a workers' compensation, liability insurance carrier, and any medical benefits, no-fault insurance, or school insurance coverage that are paid or payable.

We shall be subrogated to and shall succeed to all rights of recovery, under any legal theory of any type, for the reasonable value of services and Benefits we provided to you from any or all of the following:

[To continue reading, go to right column on this page]

Third parties, including any person alleged to have caused you to suffer injuries or damages.

- Your employer.

- Any person or entity obligated to provide benefits or payments to you, including benefits or payments for underinsured or uninsured motorist protection (these third parties and persons or entities are collectively referred to as "Third Parties").

You agree as follows:

- To assign to us all rights of recovery against Third Parties, to the extent of the reasonable value of services and Benefits we provided, plus reasonable costs of collection.

- To cooperate with us in protecting our legal rights to subrogation and reimbursement.

- That our rights will be considered as the first priority claim against Third Parties, to be paid before any other of your claims are paid.

- That you will do nothing to prejudice our rights under this provision, either before or after the need for services or benefits under the Plan.

- That we may, at our option, take necessary and appropriate action to preserve our rights under these subrogation provisions, including filing suit in your name.

- That regardless of whether or not you have been fully compensated, we may collect from the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, the reasonable value of services provided under the Plan.

[To continue reading, go to left column on next page]

     (Section 9: General Legal Provisions)

- To hold in trust for our benefit under these subrogation provisions any proceeds of settlement or judgment.

- That we shall be entitled to recover reasonable attorney fees from you incurred in collecting proceeds held by you.

- That you will not accept any settlement that does not fully compensate or reimburse us without our written approval

- To execute and deliver such documents (including a written confirmation of assignment, and consent to release medical records), and provide such help (including responding to requests for information about any accident or injuries and making court appearances) as we may reasonably request from you.

- We will not pay fees, costs or expenses you incur with any claim or lawsuit, without our prior written consent.

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if either of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.

- All or some of the payment we made exceeded the Benefits under the Plan.

The refund equals the amount we paid in excess of the amount we should have paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits that are payable under the Plan. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Limitation of Action

You cannot bring any legal action against us or the Claims Administrator to recover reimbursement until 90 days after you have properly submitted a request for reimbursement as described in (Section 5: How to File a Claim). If you want to bring a legal action against us or the Claims Administrator you must do so within three years from the expiration of the time period in which a request for reimbursement must be submitted, or you lose any rights to bring such an action against us or the Claims Administrator.

You cannot bring any legal action against us or the Claims Administrator for any other reason unless you first complete all the steps in the complaint process described in (Section 6: Questions, Complaints, Appeals). After completing that process, if you want to bring a legal action against us or the Claims Administrator you must do so within three years of the date you are notified of our final decision on your complaint, or you lose any rights to bring such an action against us or the Claims Administrator.

[To continue reading, go to right column on this page]

[To continue reading, go to left column on next page]

(Section 9: General Legal Provisions)

**Section 6.5  Coordination Disputes.**  If you believe that we have not paid a claim properly, you should attempt to resolve the problem by contacting us. If you are still not satisfied, you may follow the procedure for complaint resolution set forth in this Summary Plan Description.

**Section 6.6  Subrogation and Reimbursement.**  Subrogation is the substitution of one person or entity in the place of another with reference to a lawful claim, demand or right. The Plan Sponsor shall be subrogated to and shall succeed to all rights of recovery, under any legal theory of any type, for the reasonable value of services and benefits provided by the Plan Sponsor to any Covered Person from: (i) third parties, including any person alleged to have caused the Covered Person to suffer injuries or damages; (ii) the employer of the Covered Person' or (iii) any person or entity obligated to provide benefits or payments to Covered Persons, including for underinsured or uninsured motorist protection (these third parties and persons or entities are collectively referred to as "Third Parties"). The Covered Person agrees to assign to the Plan Sponsor all rights of recovery against Third Parties, to the extent of the reasonable value of services and benefits provided by the Plan Sponsor, plus reasonable costs of collection.

The Covered Person shall cooperate with the Plan Sponsor in protecting the Plan Sponsor's legal rights to subrogation and reimbursement, and acknowledges that the Plan Sponsor's rights shall be considered as the first priority claim against Third Parties, to be paid before any other claims by the Covered Person are paid. The Covered Person shall do nothing to prejudice the Plan Sponsor's rights under this provision, either before or after the need for services or benefits under the Plan. The Plan Sponsor may, at its option, take necessary and appropriate action to preserve its rights under these subrogation provisions, including filing suit in the name of the Covered Person. For the reasonable value of services provided under the Plan, the Plan Sponsor may collect, at its option, amounts from the proceeds of any settlement (whether before or after any determination of liability) or judgment that may be recovered by the Covered Person or his or her legal representative, regardless of whether or not the Covered Person has been fully compensated. Any proceeds of settlement or judgment shall be held in trust by the Covered Person for the benefit of the Plan Sponsor under these subrogation provisions and the Plan Sponsor shall be entitled to recover reasonable attorney fees from the Covered Person incurred in collecting proceeds held by the Covered Person. The Covered Person shall not accept any settlement that does not fully compensate or reimburse the Plan Sponsor without the written approval of the Plan Sponsor. The Covered Person agrees to execute and deliver such documents (including a written confirmation of assignment, and consents to release medical records), and provide such help (including responding to requests for information about any accident or injuries and making court appearances) as may be reasonably requested by the Plan Sponsor.

# VISTA HEALTHPLAN, INC.

### Member Contract Provision

**Subrogation and Right of Recovery.** In the event VISTA provides medical services or benefits for a suffered injury, disease or illness by virtue of the negligent act or omission of a third party, VISTA shall be entitled to reimbursement for the services or benefits provided. VISTA shall not be entitled to reimbursement in excess of the Member's monetary recovery from the third party.

If a third party is alleged to be legally responsible for bodily injury or illness to you, the reasonable value of, delivery of health services or payment for services by the Plan will be subrogated on a fee-for-service basis. The right of subrogation provided to the Health Plan under this paragraph will be determined in accordance with Florida Statutes or the courts of Florida.

The Plan may, at its option, take such action as may be necessary and appropriate to preserve its rights to recover such compensation or damages, including the right to bring suit in the name of the Member. You agree to cooperate fully with the Plan in protecting its legal rights under this section, including cooperating in obtaining information about the injury or illness and its cause

## Member Contract Provision

**Subrogation and Right of Recovery.** In the event VISTA provides benefits to your child who suffers injury, disease or illness by virtue of the negligent act or omission of a third party, VISTA shall be entitled to reimbursement from your child for the services or benefits provided. VISTA shall not be entitled to reimbursement in excess of the member's monetary recovery from the third party.

**Member Contract Provision**

**Subrogation and Right of Recovery.** Immediately upon paying or providing any benefit hereunder, VISTA shall be subrogated to all rights of recovery a covered person has against any third party, to the full extent of benefits provided by VISTA . In addition, if a covered person receives any payment from any third party as a result of an injury, VISTA has the right to recover from, and be reimbursed by, the covered person for all amounts paid hereunder and will pay as a result of that injury, up to the amount the covered person has received from all third parties.

As used throughout this provision, the term "third party" means any party possibly responsible for making any payment to the covered person for any injuries or any insurance coverage, including but not limited to, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, workers compensation coverage or no-fault automobile insurance coverage. As used throughout this provision, the term "covered person" means the injured person or persons or any of their agent, representatives, assignees, guardians, heirs or beneficiaries.

The covered person shall do nothing to prejudice VISTA 's subrogation and reimbursement rights and shall, when requested, cooperate with VISTA 's efforts to recover its benefits paid. It is the duty of the covered person to notify VISTA within 45 days of the date when any notice is given to any other party, including an attorney, of the intention to pursue or investigate a claim to recover damages due to injuries sustained by the covered person.

The covered person acknowledges that VISTA 's subrogation and reimbursement rights are a first priority claim against all potential third parties and are to be paid to VISTA before any other claim for the covered person's damages. VISTA shall be entitled to full reimbursement first from any third party payments, even if the remainder is insufficient to make the covered person whole or compensate the covered person in part or in whole for the damages sustained. VISTA is limited to the actual amount of damages recovered by the claimant minus its pro rata share of costs and attorney's fees incurred by the claimant in recovering such damages. In determining VISTA 's pro rata share of the costs and attorney's fees VISTA shall have deducted from its recovery a percentage amount equal to the percentage of the judgment or settlement which is for costs and attorney's fees.

This entire subrogation and reimbursement provision will apply regardless of whether liability for payment is admitted by the third party and regardless of whether the settlement or judgment received by the covered person identifies the medical benefits the plan provided.

In the event any claim is made that any part of this subrogation and reimbursement clause is ambiguous or questions arise concerning the meaning or intent of any of its terms, the covered person and this plan agree that VISTA shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.