# APPENDIX B

# **PROCESS FOR IDENTIFICATION OF CLAIMANT THROUGH MATCHING WITH DOCKET SHEETS**

1. Received the 22,685 names from docket sheets supplied by counsel for the Plaintiffs.
2. Imported Vioxx paid claim data for twenty clients, which represented approximately 48% of the Plaintiffs' total membership, into client specific SQL Server 2005 database tables.
    a. Verify that multiple Microsoft Excel spreadsheets for the same client are in the same format.
    b. Format Microsoft Excel spreadsheets for import.
    c. Create SQL Server Integration Services package for each client using Business Intelligence Development Studio
    d. Import Microsoft Excel spreadsheet into SQL Server 2005.
    e. Import Microsoft Access database file into SQL Server 2005.
3. Import litigation cases filed information
    f. Format Microsoft Excel spreadsheets for import.
    g. Import Microsoft Excel spreadsheet into SQL Server 2005
    h. Import Microsoft Access database file into SQL Server 2005.
4. Consolidate patient information into common SQL Server 2005 database table.
    i. Develop SQL Server 2005 database query to extract unique patient information for each client
    j. Develop SQL Server 2005 database query to transform client specific data formats into common format
    k. Develop SQL Server 2005 database query to load client specific data into single common table.
    l. Create SQL Server 2005 database index to improve comparison query performance.
5. Attempt to determine the plaintiff's last name from the litigation information
    m. Count the number of characters that appear prior to the first comma in the case for cases that contain a comma.
    n. Create a substring of the characters appearing prior to the comma and store in a separate database field as last name
    o. Count the number of characters that appear prior to the second space in the case for cases that do not contain a comma.
    p. Create a substring of the characters appearing prior to the second space and store in a separate database field as last name
6. Compare information
    q. Exactly match the last name of consolidated patient information with the derived last name of the plaintiff information.
    r. Exactly match the last name of the consolidated patient information with the derived last name of the plaintiff information and the first name of the patient information appears in the plaintiff information.