UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § CIVIL ACTION |
| | § |
| v. | § NO. 08-1633 |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § SECTION L, MAG. 3 |
| | § |
| | § JUDGE FALLON |
| | § |
| | § MAGISTRATE JUDGE KNOWLES |
| | § |
| | § In Relation to:  MDL Docket No. 1657 |
| | § |
| | § In Re:  VIOXX |
| | § |
| | § PRODUCTS LIABILITY LITIGATION |

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs' Temporary Restraining order is hereby set for oral hearing at the next monthly status conference on **Friday, June 27, 2008 at 9:00 a.m.**

SUSMAN GODFREY L.L.P.

 Lexie G. White/s
Lexie G. White
Louisiana State Bar No.  29478
William Christopher Carmody
State Bar No. 03823650
Neal S. Manne
State Bar No. 12937980
Joseph S. Grinstein
State Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

1

OF COUNSEL:

Richard W. Cohen
Peter D. St. Phillip, Jr.
Gerald Lawrence
LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.
The Gateway, One N. Lexington Ave.
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Mark D. Fischer
Mark M. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES PLLC
325 West Main, Suite 1700
Louisville, KY 40202
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Temporary Restraining Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of June, 2008.

                                                /s/ Lexie G. White
                                                Lexie G. White
                                                Louisiana State Bar No. 29478
                                                Attorney for Plaintiffs
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002
                                                Telephone: (713) 651-9366
                                                Facsimile: (713) 654-6666
                                                lwhite@susmangodfrey.com