UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Jennifer Jensen v. Merck & Co., Inc.,* **No. 05-CV-05150**

### AFFIDAVIT OF JENNIFER JENSEN

/s/ Thomas P. Cartmell
Thomas P. Cartmell         MO #45366
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816)531-2372
Attorney for Plaintiff James Haynes

Dated: June 10, 2008

STATE OF Missouri

COUNTY OF Greene

## AFFIDAVIT OF JENNIFER JENSEN

Before me, the undersigned, a Notary Public, personally appeared Jennifer Jensen, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

(1) I am Ms. Jennifer Jensen;

(2) I am a Plaintiff in the case of Jensen v. Merck, et al., Civil Action Number 2:05cv05150;

(2) Records have been collected and/or requested from all pharmacies that dispensed drugs to, or for, me as set out in the index referred to in paragraph (5);

(3) Records have been collected and/or requested from all of my health care providers requested in the Amended and Supplemental Plaintiff Profile Form ("ASPPF") for the period from January 1, 1995 to the present, more fully set out in the index referred to in paragraph (5);

(4) All records referenced in Paragraphs 2 and 3 above, have been produced pursuant to Pretrial Order 28;

(5) An index identifying the sources of records referenced in Paragraphs 2 and 3 above, which have been produced pursuant to Pretrial Order 28, is attached hereto at "Exhibit A."

Respectfully Submitted this the 4th day of June, 2008.

_____
AFFIANT

SWORN to and SUBSCRIBED before me this 4th day of June, 2008.

_____
NOTARY PUBLIC
My Commission Expires: April 16, 2009

* NOTARY SEAL *
Mary Shelley Cain, Notary Public
Greene County, State of Missouri
My Commission Expires 4/16/2009
Commission Number 05405157

Exhibit A

Jensen, Jennifer v. Monsanto JJ.8087
2:05cv05150

- Walgreens bates range 1-29
- Dr. Donald Myers Cardiovascular Specialists 30-40
- Dr. Robert Ellis Oncology Hematology of the Ozarks 41-55
- Cox Medical Center 729 pages
    - file 1: 56-131;
    - file 2: 132-281;
    - file 3: 282-417;
    - file 4: 418-561;
    - file 5: 562-700;
    - file 6: 701-785
- Cox Health Internal Medicine for Women 000786-000850
- W-2's 000786-000788 [duplicate numbers]
- Earnings statement 12/19/2002 bates range 851