UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Section L |
| This Document Relates To: Pamela ) | |
| Hanson v. Merck, et al. ) | Judge Fallon |
| (E.D. La. Index No. 2:05cv2350 ) | |
| ) | Mag. Judge Knowles |

_____

## MOTION TO WITHDRAW AS COUNSEL PURSUANT TO PTO 36

Pursuant to Local Rule 83.2.11 and PTO 36, John R. Climaco and Dawn M. Chmielewski

of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA, and Anthony Gallucci of Kelley &

Ferraro LLP, counsel for Plaintiff, Pamela Hansom, move this Honorable Court for an order

allowing them to withdraw as counsel of record for Plaintiff, Pamela Hanson.   Counsel and

Plaintiff have a fundamental disagreement as to what action should be taken in this case.

Furthermore, Counsel has communicated with Plaintiff and explained to the Plaintiff the reasons

for seeking to withdraw from the representation of Plaintiff (see attached declaration, Exhibit A).

Respectfully submitted,

*Dawn M Chmielewski*

John R. Climaco (Ohio #0011456)
Dawn M. Chmielewski (Ohio #0077723)
55 Public Square, Suite 1950
Cleveland, Ohio 44113
216/621-8484
216/771-1632 (Fax)