## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a true copy of the foregoing Motion was filed electronically with the Clerk for the United States District Court, Eastern District of Louisiana. Service upon liaison counsel Russ Herman and Phillip Whittmann has been made by U.S. Mail and upon all parties is made in accordance with PTO 8(B) by electronically uploading to LexisNexis File and Serve.

*Dawn M. Chmielewski*
Dawn M. Chmielewski