## AFFIDAVIT

STATE OF OHIO          )
                       )     SS:
COUNTY OF CUYAHOGA  )

Now comes Dawn M. Chmielewski, who after being duly sworn, deposes and declares as

follows:

1)      My name is Dawn M. Chmielewski of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co. LPA and I am one of the attorneys representing Pamela Hanson in the matter of *Hanson v. Merck & Co., Inc. et al.*, U.S.D.C. Eastern District of Louisiana, Case No. 2:05cv2350.

2)      My firm communicated with Plaintiff Pamela Hanson on January 7, 2008 via letter sent by certified mail.  The letter explicitly explained to Ms. Hanson the reason we were seeking to withdraw from representation of Ms. Hanson.

3)      The letter further contained Pretrial Orders 28, 31, 31(a) and 31(b).

4)      On January 18, 2008, the United States Postal Service returned the certified mail card **signed by Pamela Hanson**, which indicated that she had indeed received our communication.


FURTHER AFFIANT SAYETH NAUGHT.

Dawn M. Chmielewski

Sworn to before me and subscribed in my presence this __10th__ day of June, 2008.

Notary Public

JOSEPHINE M. MANIACI
Notary Public, State of Ohio
My Commission Expires June 15, 2008