UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates To: Eugene ) <br> Howard v. Merck, et al. ) <br> (E.D. La. Index No. 2:05cv2346 ) <br> ) | MDL Docket No. 1657 <br><br> Section L <br><br> Judge Fallon <br><br> Mag. Judge Knowles |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

On February 8, 2008, John R. Climaco of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA and Anthony Gallucci of Kelley & Ferraro LLP, filed a motion with this Court to withdraw as counsel of record for Plaintiff Eugene Howard. Since that time, Counsel has been in contact with Plaintiff Eugene Howard and Plaintiff has expressed his desire to dismiss his case against Merck and Co., Inc. On June 4, 2008, Plaintiff and Defendant filed a Stipulation of Dismissal with Prejudice. For this reason, Counsel for Plaintiff Eugene Howard gives notice that counsel is withdrawing its Motion to Withdraw as Counsel of Record.

Respectfully submitted,

John R. Climaco (Ohio #0011456)
Dawn M. Chmielewski (Ohio #0077723)
55 Public Square, Suite 1950
Cleveland, Ohio 44113
216/621-8484
216/771-1632 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a true copy of the foregoing Motion was filed electronically with the Clerk for the United States District Court, Eastern District of Louisiana. Service upon liaison counsel Russ Herman and Phillip Whittmann has been made by U.S. Mail and upon all parties is made in accordance with PTO 8(B) by electronically uploading to LexisNexis File and Serve.

Dawn M. Chmielewski