UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| This Document Relates To: Eugene | ) | |
| Howard v. Merck, et al. | ) | Judge Fallon |
| (E.D. La. Index No. 2:05cv2346 | ) | |
| | ) | Mag. Judge Knowles |

_____

## **ORDER**

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw the Motion to Withdraw As Counsel and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that John R. Climaco and Dawn M. Chmielewski of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA, and Anthony Gallucci of Kelley & Ferraro LLP's Motion to Withdraw as Counsel for Eugene Howard is withdrawn.

.

IT IS SO ORDERED.


_____          _____
Date                                          Judge Eldon E. Fallon
                                                  United States District Court Judge