UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN RABALAIS | CIVIL ACTION NO. 05-6686 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L<br>MAG: 3 |

*****************************************************************************

### SECOND DECLARATION OF COUNSEL IN ACCORDANCE WITH PRETRIAL ORDER #36 II-A

On June 2, 2008, undersigned counsel for plaintiff, Melvin Rabalais filed a motion to withdraw on the grounds that there was a disagreement between counsel and client as to the proper future handling of this matter. In connection with that motion to withdraw counsel filed a declaration confirming that he had provided notice of withdrawal to the client and copies of pleadings to the client, as well as a statement that the client, Melvin Rabalais, had neither consented to nor opposed the motion to withdraw.

Since that time, undersigned counsel has spoken with Mr. Rabalais and Mr. Rabalais has consented to the withdrawal of counsel from further handling of his case. Mr. Rabalais has indicated that he will hire another lawyer to represent him.

S/David E. Kavanagh
David E. Kavanagh - Bar No. 2019
Kavanagh & Rendeiro
810 Union St., 2nd Floor
New Orleans, LA 70112
Telephone: (504)529-5100

## Certificate of Service

      I hereby certify that the above and foregoing Motion to Withdraw has been elctronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana b y using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, and the Motion to Withdraw was electronically uploaded to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8B, on this 10th day of June, 2008.

                                                  S/David E. Kavanagh