UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | CIVIL ACTION NO. 05-4421 |
| PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| This document relates to: | SECTION Mag. 3 |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Mary Taylor and Paul  Taylor | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Murray Law Firm, Leger & Shaw and Guerriero & Guerriero, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs, Mary Taylor and Paul Taylor, in the above-captioned multidistrict litigation.  In support of this motion, the undersigned states as follows:

1. Plaintiffs have passed away and counsel's attempts to communicate with plaintiff's surviving son, Paul Marc Taylor, have been futile.

2. Written notice of the filing of this motion was sent this day via certified mail to Paul Marc Taylor's last known mailing address, 984 Cypress Street, Farmerville, LA 71241.

3. PTO 36 will be complied within all other respects, including providing a copy of said Order to Plaintiff.

1

4.	Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

For these reasons, Murray Law Firm, Leger & Shaw and Guerriero & Guerriero urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 10th day of June, 2008.

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70112-4000
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181
dplymale@dugan-lawfirm.com

Walter J. Leger, Jr.
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, LA 70130

Jeffrey D. Guerriero
GUERRIERI & GUERRIERO
2200 Forsythe Avenue
P.O. Box 4092
Monroe, LA 71211-4092

Counsel for Plaintiffs Mary and Paul Taylor

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of June, 2008.

/s/ Douglas R. Plymale
Douglas R. Plymale