IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| This document relates to: | Magistrate Judge Knowles |
| *Pearl King, et al., v. Merck & Co., Inc.*<br>Civil Action No: 3:06CV1877<br>Northern District of Ohio | **PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW** |
| | Trial Counsel: |
| | Chad M. Tuschman  (0074534)<br>Williams DeClark Tuschman Co., L.P.A.<br>500 Toledo Legal Building<br>416 North Erie Street<br>Toledo, OH  43604-6301<br>(419) 241-7700<br>(419) 241-7778  (Facsimile)<br>CTuschman@wdtlaw.org |
| | Attorney for Plaintiffs |

*****

Now comes the Plaintiffs' counsel and hereby seeks to withdraw from representation of the Plaintiffs, Pearl and Raymond King.  Plaintiffs' counsel has determined through review of the medical records and treatment of Pearl King that she does not qualify for the settlement and, as such, Plaintiffs' counsel wishes to withdraw from representation of Plaintiffs from the proposed settlement In Re: Vioxx Products Liability Litigation, pursuant to Pre-Trial Order No. 36.

Pursuant to Pre-Trial Order No. 36, Plaintiffs' counsel has communicated with Pearl King.  Counsel has explained to Ms. King the reasons for seeking withdrawal from representation.  Therefore, Plaintiffs respectfully requests this Honorable Court allow Plaintiffs'

WILLIAMS DECLARK
TUSCHMAN CO., L.P.A.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH  43604-6301
(419) 241-7700
(419) 241-7778 FAX

counsel and the law firm of Williams DeClark Tuschman Co., L.P.A. to withdraw from representing Pearl King in the Vioxx litigation as she does not qualify for the settlement.

Respectfully submitted,

WILLIAMS DECLARK TUSCHMAN CO., L.P.A.

By  /s/ Chad M. Tuschman
Chad M. Tuschman
Attorney for Plaintiffs

### CERTIFICATION

This is to certify that a copy of the foregoing document was mailed by Ordinary U.S. Mail this _9th_ day of June, 2008 to:

C. Craig Woods, Esquire
Philomena Dane, Esquire
Aneca E. Lasley, Esquire
Jessica D. Goldman, Esquire
Squire, Sanders & Dempsey
130 Huntington Center
41 South High Street
Columbus, OH  43215-6197

ATTORNEYS FOR DEFENDANT

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

PLAINTIFFS' LIAISON COUNSEL

WILLIAMS DECLARK TUSCHMAN CO., L.P.A.

By  /s/ Chad M. Tuschman
Chad M. Tuschman
Attorney for Plaintiffs

WILLIAMS DECLARK
TUSCHMAN CO., L.P.A.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH  43604-6301
(419) 241-7700
(419) 241-7778 FAX