IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| This document relates to: | Magistrate Judge Knowles |
| Pearl King, et al., v. Merck & Co., Inc.<br>Civil Action No: ~~3:06CV1877~~ 06-8390<br>Northern District of Ohio | **ORDER**<br><br>Trial Counsel:<br><br>Chad M. Tuschman  (0074534)<br>Williams DeClark Tuschman Co., L.P.A.<br>500 Toledo Legal Building<br>416 North Erie Street<br>Toledo, OH  43604-6301<br>(419) 241-7700<br>(419) 241-7778  (Facsimile)<br>CTuschman@wdtlaw.org<br><br>Attorney for Plaintiffs |

*****

This matter having come before the Court on Plaintiffs' counsel's, Motion to Withdraw, as attorney for Plaintiffs.

The Court finding said Motion well-taken, hereby grants same and allows Chad M. Tuschman and the law firm of Williams DeClark Tuschman Co., L.P.A. to withdraw as attorney of record for the Plaintiffs.

**IT IS SO ORDERED.**

_____          _____
Date                                                                     Judge