IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

## MOTION TO WITHDRAW AS ATTORNEY

The Firm of Moriarty Leyendecker Erben PC, attorneys for Plaintiff Peter Appenzeller, hereby files this Motion to Withdraw as Attorneys and a Declaration (attached hereto as Exhibit A) pursuant to Local Rule 83.2.11 and in accordance with Pretrial Order 36. In support of this motion, the undersigned states as follows:

1. Moriarty Leyendecker Erben PC is seeking to withdraw as counsel of record herein and has previously filed a motion to withdraw on February 6, 2008 regarding same.

2. Counsel and Plaintiff have a fundamental disagreement as to what action should be taken in the case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3. Counsel has communicated with and explained to Plaintiff in writing and by meeting of their intent to withdraw.

4. Plaintiff has consented to the withdrawal.

1

WHEREFORE, Moriarty Leyendecker Erben PC respectfully requests that the court enter an order withdrawing this firm as counsel of record herein. A proposed order granting this relief is provided herewith.

Respectfully submitted this 10th day of June 2008.

                                                *s/ Robert D. Erben*
                                                Robert D. Erben
                                                MORIARTY LEYENDECKER ERBEN PC
                                                1123 Spruce Street, Suite 200
                                                Boulder, CO 80302
                                                (303) 495-2658 Tel
                                                (713) 528-1390 Fax
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on the 10th of June 2007 that a true and correct copy of the above and foregoing MOTION TO WITHDRAW AS ATTORNEYS was filed electronically with the Court via CM/ECF PACER and served via LexisNexis to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |
| Susan Giamportone, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>2530 Meridian Parkway, Suite 400<br>Durham, NC 27713 | |
| Laura Burkholder<br>Brown Greer PLC<br>P.O. Box 85031<br>Richmond, VA 23285-5031 | *Claims Administrator* |

/s/ Christina J. Kim
Christina J. Kim, Paralegal
MORIARTY LEYENDECKER ERBEN PC

3