# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

## DECLARATION

The Firm of Moriarty Leyendecker Erben PC, attorneys for Plaintiff Peter Appenzeller, hereby files this Declaration in accordance with Section II.A of Pretrial Order 36 and states as follows:

1.      Counsel and Plaintiff have a fundamental disagreement as to what action should be taken in the case.

2.      Counsel has communicated with and explained to Plaintiff in writing and by meeting of their intent to withdraw.

3.      Plaintiff has consented to the withdrawal.

Respectfully submitted this 10th day of June 2008.

Robert D. Erben
MORIARTY LEYENDECKER ERBEN PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel
(713) 528-1390 Fax
*Attorney for Plaintiff*