# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Erben | Robert | D. |

| **Name of Law Firm** | Moriarty Leyendecker Erben PC |
|---|---|

| **Current Address** | Street: 1123 Spruce Street, Suite 200 | | | | |
|---|---|---|---|---|---|
| | City: Boulder | State: CO | Zip: 80302 | Country: USA | |

| **Telephone Number** | 303-495-2658 | **Facsimile** | 713-528-1390 | **Email** | robert@moriarty.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Appenzeller | Peter | |

| **Plaintiff Address** | Street: 400 W. South Boulder Road, Unit 3 | | | |
|---|---|---|---|---|
| | City: Louisville | State: CO | Zip: 80027 | Country: USA |

| **Telephone Number** | 720-309-1939 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Peter Appenzeller v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 06-cv-08317-EEF-DEK |
| **Court Where Case is Pending** | U.S. District Court of Colorado, Case No.: 06-cv-01529<br>U.S. District Court of LAED, Case No.: 06-cv-08317-EEF-DEK |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Appenzeller | Korrie | |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | 303-665-8278 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Daughter) |
|---|---|

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  06 / 09 /2008.  (*Record Docket No.* _____)
       Month  Day   Year

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  6 / 10 / 08
               (Month/Day/Year)

_____
Counsel

#343319                                                              2