IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br><br> Vioxx Products Liability Litigation | MDL Docket No.: 1657 <br><br> Section L <br><br> Judge Fallon <br><br> Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

**[PROPOSED] ORDER RE: MOTION TO WITHDRAW AS ATTORNEYS**

This Court, having considered the Motion to Withdraw as Attorneys, hereby ORDERS that:

The Motion to Withdraw as Attorneys filed by Moriarty Leyendecker Erben PC, attorneys for Plaintiff Peter Appenzeller, is GRANTED.

IT IS SO ORDERED.


DATED this _____ day of _____, 2008.


_____
United States District Judge