# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Tuschman | First: Chad | Middle: M |
|---|---|---|---|
| Name of Law Firm | Williams DeClark Tuschman, Co., L.P.A. | | |
| Current Address | Street: 416 North Erie Street, 500 Toledo Legal Building | | |
| | City: Toledo | State: OH | Zip: 43604 / Country: USA |
| Telephone Number | 419-241-7700 | Facsimile: 419-241-7778 | Email: CTuschman@wdtlaw.org |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: King | First: Pearl | Middle: |
|---|---|---|---|
| Plaintiff Address | Street: 305 Utah | | |
| | City: Toledo | State: OH | Zip: 43605 / Country: USA |
| Telephone Number | 419-698-2088 | Facsimile: | Email: |
| Case Caption | Pearl King, et al., v. Merck & Co., Inc. | | |
| Case Number | 2:06-cv-08390 | | |
| Court Where Case is Pending | United States District Court for the Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|
| Address | Street: | | |
| | City: | State: | Zip: / Country: |
| Telephone Number | | Facsimile: | Email: |
| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: ____) | | |

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  6 / 9 / 2008 .
   Month  Day  Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 6 / 12 / 08
(Month/Day/Year)

_____
Counsel

#344082

2