MINUTE ENTRY
FALLON, J.
JUNE 11, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
*AvMed, Inc., et al. v. U.S. Bancorp, Inc., et al.*, **Case No. 08-1633**

     A telephone conference was held on this date in the Chambers of Judge Eldon E. Fallon. Lexi White, Bill Carmody and Joe Grinstein participated on behalf of Plaintiffs; Jim Irwin and Monique Garsaud participated on behalf of the Defendants; John Biesner and Doug Marvin participated on behalf of Merck; Leonard Davis and Arnold Levin also participated on behalf of the Plaintiffs' Steering Committee. The Court addressed the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Rec. Doc. No. 14640).

     For reasons stated during the conference, IT IS ORDERED that the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED IN PART with respect to Plaintiffs' request for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b).[1]

     IT IS FURTHER ORDERED that the Plaintiffs' Motion for a Temporary Restraining

---

[1] The hearing was transcribed by Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.

JS10(00:35)

-2-

Order and Preliminary Injunction with respect to Plaintiffs' request for a preliminary injunction is hereby SET FOR HEARING on Friday, June 27, 2008, at 9:00 a.m.  The Defendants shall file their response to the Plaintiffs' motion by June 20, 2008.

　　　IT IS FURTHER ORDERED that a telephone status conference shall be held on June 19, 2008, at 2:00 p.m., to discuss whether an evidentiary hearing is necessary and other issues, including whether the hearing date for the motion will need to be continued.  The Court will circulate a dial-in number in advance of the call.



-2-