UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES |

*******************************************

**THIS DOCUMENT RELATES TO:** *Delbert Rakes and Sharon Rakes v. Merck & Co., Inc.,* **Case No. 2:06-CV-06-782**

### ORDER

Upon due consideration of plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Gregory Bubalo of Bubalo, Hiestand & Rotman are withdrawn as counsel of record for plaintiffs, Delbert Rakes and Sharon Rakes.

IT IS SO ORDERED.

DATED:_____   _____
                                          JUDGE ELDON E. FALLON
                                          UNITED STATES DISTRICT COURT JUDGE