UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Lana Yaggie and Lloyd Yaggie v. Merck & Co., Inc.,* **Case No. 2:06 –CV-0751**

Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt; Ann Oldfather of the Oldfather Law Firm; and Gregory Bubalo of Bubalo, Hiestand & Rotman, pursuant to Local Rule 83.2.11, hereby file this Renewed Motion to Withdraw, in compliance with PTO 36, and move the Court for an order allowing them to withdraw as counsel of record for the Plaintiffs, Lana Yaggie and Lloyd Yaggie, in the above-captioned multidistrict litigation. Counsel state that there has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege, and that there has been a fundamental disagreement as to the action that should be taken in this case. Counsel avows that reasonable grounds exist for the Court to grant this motion. A declaration of counsel as required by PTO 36 is attached hereto as Exhibit 1.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: June 12, 2008.

Respectfully submitted,

s/ Gregory J. Bubalo
Gregory J. Bubalo
Bubalo, Hiestand & Rotman
401 S. Fourth Street, Suite 800
Louisville, KY   40202
502.753.1600
gbubalo@bhtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Renewed Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of June, 2008.

s/ Gregory J. Bubalo
Gregory J. Bubalo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Lana Yaggie and Lloyd Yaggie v. Merck & Co., Inc.*, Case No. 2:06 –CV-0751

### DECLARATION OF COUNSEL REGARDING PTO 36

I, Leslie M. Cronen, as counsel for the claimants listed above, do hereby state under oath as follows:

16. In accordance with the requirements of the Vioxx Master Settlement Agreement, undersigned counsel filed Motions to Withdraw as counsel in the above-referenced matter on or about April 18, 2004.

17. At or prior to the time of filing the original Motion to Withdraw, counsel communicated with Plaintiffs regarding the motion and explained the reasons for withdrawal from representation.

18. On or about May 6, 2008, Pretrial Order 36 was received by Plaintiff's counsel.

19. On June 6, 2008, in accordance with the requirements of PTO 36, a certified letter was sent to Plaintiffs advising them of their rights/responsibilities as outlined in PTO 36.

20. A Renewed Motion to Withdraw was filed on or about June 12, 2008.

**Pursuant to 28 USC §1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

*/s/ Leslie M. Cronen*
_____
**Leslie M. Cronen, Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *Lana Yaggie and Lloyd Yaggie v. Merck & Co., Inc.,* **Case No. 2:06 –CV-0751**

## ORDER

Upon due consideration of plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Gregory Bubalo of Bubalo, Hiestand & Rotman are withdrawn as counsel of record for plaintiffs, Lana Yaggie and Lloyd Yaggie.

IT IS SO ORDERED.

DATED:_____     _____
                                     JUDGE ELDON E. FALLON
                                     UNITED STATES DISTRICT COURT JUDGE