UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Virginia Burr, et al. v. Merck & Co. Inc.*, Docket No. 06-2321 | * | |
| | * | |
| | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are withdrawn as counsel of record for plaintiff, Virginia Burr.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                                **ELDON E. FALLON**
                                                                                **UNITED STATES DISTRICT JUDGE**