UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Janet Sue Morgan, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 05-0957, only* | * | |
| *Regarding Willimina Wheaton OBO Rosie* | * | **KNOWLES** |
| *L. Wheaton* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of records, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, L.L.C. are withdrawn as counsel of record for plaintiff, Willimina Wheaton.

**IT IS SO ORDERED.**

DATED: _____         _____
                                                                        **ELDON E. FALLON**
                                                                        **UNITED STATES DISTRICT JUDGE**