# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: CHMIELEWSKI | First: DAWN | Middle: MARIE |
| **Name of Law Firm** | CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO. LPA | | |
| **Current Address** | Street: 55 PUBLIC SQUARE, SUITE 1950 | | |
| | City: CLEVELAND | State: OH / Zip: 44113 | Country: USA |
| **Telephone Number** | 216-621-8484 | **Facsimile** 216-771-1632 | **Email** DXCHMI@CLIMACOLAW.COM |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: HANSON | First: PAMELA | Middle: J |
| **Plaintiff Address** | Street: 14881 STATE ROUTE 691 | | |
| | City: NELSONVILLE | State: OH / Zip: 45764-9531 | Country: USA |
| **Telephone Number** | 740-753-0257 | **Facsimile** N/A | **Email** N/A |
| **Case Caption** | PAMELA HANSON V. MERCK & CO., INC. | | |
| **Case Number** | 2:05CV2350 | | |
| **Court Where Case is Pending** | U.S.D.C. EASTERN DISTRICT OF LOUISIANA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |
| **Address** | Street | | |
| | City | State / Zip | Country |
| **Telephone Number** | | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) | | |

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __6__ / __10__ / __2008__ .
   <sub>Month      Day       Year</sub>

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 / 16 / 08 (Month/Day/Year) | D. Chmielewski Counsel |
|---|---|---|

#344082

2