## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Bill Black, et al vs. Merck & Co., Inc.,* | * | |
| *Docket No. 2:05cv4452, only* | * | |
| *Regarding Robert Brewer* | * | **KNOWLES** |
| | * | |
| ****************************************** | | |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Robert L. Salim, Ronald E. Corkern, Jr. and Kenneth T. Fibich

are hereby withdrawn as Counsel of Record for Robert Brewer.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.


_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**