UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Melvin Cormier, et al vs. Merck & Co., Inc.,* | * | |
| *Docket No. 2:05cv4991, only* | * | |
| *Regarding Michael Jagneaux* | * | KNOWLES |
| | * | |

*****************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Robert L. Salim, Ronald E. Corkern, Jr. and Kenneth T. Fibich are hereby withdrawn as Counsel of Record for Michael Jagneaux.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE