## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Gerald Quebedeaux, et al vs. Merck & Co., Inc.*** | * | |
| ***Inc., Docket No. 2:06cv1426, only*** | * | |
| ***Regarding Gerald Quebedeaux*** | * | **KNOWLES** |
| | * | |

*****************************************

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Robert L. Salim, is hereby withdrawn as Counsel of Record for

Gerald Quebedeaux.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2008.


_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**