UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK** | * | **CASE NO. 08-3627** |
| **BENEFIT FUND, by its Trustees,** *et al.,* | * | |
| on behalf of themselves and all others | * | **RELATED CASE:** |
| similarly situated, | * | **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| Plaintiffs, | * | |
| | * | **SECTION L** |
| v. | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et. al.,* | * | |
| | * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Set Preliminary Injunction Schedule, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that the Court will proceed with a hearing on Plaintiffs' Motion for Preliminary Injunction on July 17, 2008, commencing at 9:30 a.m.; and it is

FURTHER ORDERED, that the following pre-hearing dates and deadlines shall apply:

June 27 -   Plaintiffs' Motion for Preliminary Injunction and Identification of Witnesses
July 2 -    Defendants' Identification of Witnesses

{N0102209}

   July 3-10 -  Depositions
   July 11 -  Defendants' Opposition to Motion for Preliminary Injunction
         Identification of Hearing Exhibits by all Parties
   July 17 -  Preliminary Injunction Hearing (evidentiary hearing)

Dated this _____ day of June, 2008.

            _____
            The Honorable Eldon E. Fallon
            Judge
            United States District Court for the Eastern District of Louisiana