UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Estella Amaya v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 0571 | § | DANIEL E. KNOWLES III |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff Estella Amaya, and all associated counsel as identified in the attorney by line below, hereby move the Court for an order allowing them to withdraw as counsel of record for Plaintiff in the above-captioned multidistrict litigation. Counsel has communicated with the Plaintiff her desire to withdraw as counsel of record for plaintiff; Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and Plaintiff consents to the withdrawal. Counsel for Plaintiff also disclaims any financial interest in Plaintiff's claim. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address: 3401 South Alameda #309, Corpus Christi, Texas 78411.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

Dated this 17th day of June, 2008.

**SANFORD PINEDO LLP**

By: s/SHELLY A. SANFORD_____
    Shelly A. Sanford
    Federal Bar No. 19105
    Texas Bar No. 00784904
    2016 Bissonnet St.
    Houston, Texas  77005
    Tel: (713) 524-6677
    Fax: (713) 524-6611
    ssanford@sanfordpinedo.com


    Huerta Law Firm, LLP
    924 Leopard St
    Corpus Christi, Texas 78401
    Tel: (361) 884-1632
    Fax: (361) 884-7013

    **ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of June 2008.


                              s/SHELLY A. SANFORD_____
                              Shelly A. Sanford