UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Estella Amaya v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 0571 | § | DANIEL E. KNOWLES III |

## DECLARATION OF SHELLY A. SANFORD

Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff Estella Amaya, states the following:

1. Counsel has communicated with the Plaintiff her desire to withdraw as counsel of record for plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff consents to the withdrawal.

Dated this 22nd day of May, 2008.   By: _____
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**