UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| This document relates to: | : | |
| *Wilmer Rankin Barnes, et al. v. Merck & Co. Inc.*, | : | |
| Docket No. 05CV1986 | : | |
| ……………………………………………………. | : | |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the undersigned, Earl P. Underwood, Jr., Elizabeth Citrin, Andrew T. Citrin, and Thomas Knight, Counsel of record for the plaintiffs, Wilmer Rankin Barnes and Dorothy Barnes, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned state as follows:

1.  Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action…with which the lawyer has a fundamental disagreement."

2.  Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3.  Counsel has communicated to the Plaintiffs in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought

Plaintiffs' consent to withdraw but has been unable to obtain it. In addition, Counsel will send to Plaintiffs a copy of the present motion and proposed order via certified mail.

4. Written Notice of the filing of this Motion was sent via certified mail to Plaintiffs' last known mailing address. Plaintiffs' last known address is Post Office Box 38, Satsuma AL 36572.

5. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

6. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this charge in party/counsel status as soon as the Order is entered.

WHEREFORE, the premises considered, the attorneys pray the Honorable Court will enter an Order permitting their withdrawal as counsel of record for Plaintiffs, Wilmer Rankin Barnes and Dorothy Barnes.

Respectfully Submitted this 17th day of June 2008.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969
Telephone: 251-990-5558
Email: epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the

Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 17th day of June, 2008.

                                                              /s/ Earl P. Underwood, Jr.
                                                              Earl P. Underwood, Jr.