# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Salim | First Robert | Middle Lyle |
|---|---|---|---|

| Name of Law Firm | Robert L. Salim, Attorney at Law |
|---|---|

| Current Address | Street 1762 Texas Street | | | |
|---|---|---|---|---|
| | City Natchitoches | State LA | Zip 71457 | Country U.S.A. |

| Telephone Number | (318) 238-1834 | Facsimile | (318) 354-1227 | Email | nise@cp-tel.net; robertsalim@cp-tel.net |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Doucet, Jr. | First Albert | Middle |
|---|---|---|---|

| Plaintiff Address | Street 495 Veterans Memorial Drive | | | |
|---|---|---|---|---|
| | City Gueydan | State LA | Zip 70542 | Country U.S.A. |

| Telephone Number | 337-536-5292 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Bill Black, et al. vs. Merck & Co., Inc. |
|---|---|

| Case Number | 2:05cv4452 |
|---|---|

| Court Where Case is Pending | USDC EDLA (MDL 1657) |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☑ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

## D.  COMPLIANCE WITH PTO NO. 36

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  06 / 16 / 2008 . (**Record Docket No.** _____14683_____)
    <span style="font-size:smaller">Month  Day  Year</span>

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 6 / 17 / 08<br>(Month/Day/Year) | _Robert L. Salim_<br>Counsel |
|---|---|---|

#343319