# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Salim | First: Robert | Middle: Lyle |
| **Name of Law Firm** | Robert L. Salim, Attorney at Law | | |
| **Current Address** | Street: 1762 Texas Street | | |
| | City: Natchitoches | State: LA — Zip: 71457 | Country: U.S.A. |
| **Telephone Number** | (318) 238-1834 | **Facsimile** (318) 354-1227 | **Email** nise@cp-tel.net; robertsalim@cp-tel.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Reitzell | First: Jessie | Middle: |
| **Plaintiff Address** | Street: 502 South 21st Street | | |
| | City: Monroe | State: LA — Zip: 71201 | Country: U.S.A. |
| **Telephone Number** | 318-322-2289 | **Facsimile** | **Email** |
| **Case Caption** | Melvin Cormier, et al. vs. Merck & Co., Inc. | | |
| **Case Number** | 2:05cv4991 | | |
| **Court Where Case is Pending** | USDC EDLA (MDL 1657) | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[✓] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State: — Zip: | Country: |
| **Telephone Number** | | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | [ ] Friend  [ ] Relative (specify relationship: _____) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06 / 16 / 2008. (*Record Docket No.* 14701)

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 6/17/08 (Month/Day/Year) _____ Counsel

#343319

2