## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *See Revised Appendix A* | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the ____ day of _____, 2008, at _____ o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiffs' cases dismissed for non-compliance with Pretrial Order 31.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the ___ day of _____, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the ___ day of _____, 2008.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

928624v.1