# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Acevedo, Rogelio | 2:05-cv-04742-EEF-DEK |
| Adame, Rosalio | 2:07-cv-00398-EEF-DEK |
| Adelfio, Jacklyn P | 2:05-cv-02774-EEF-DEK |
| Alejandro, William Torres | 2:05-cv-06234-EEF-DEK |
| Allen, Martha Frances | 2:06-cv-06923-EEF-DEK |
| Almarante, Miguel | 2:06-cv-06997-EEF-DEK |
| Alvarado, Jose Javier | 2:05-cv-01003-EEF-DEK |
| Anderson, David | 2:06-cv-01970-EEF-DEK |
| Anderson, Essie | 2:06-cv-01660-EEF-DEK |
| Anderson, Fitchue | 2:06-cv-01660-EEF-DEK |
| Anderson, Keith | 2:06-cv-01970-EEF-DEK |
| Andrews, Betty | 2:05-cv-04991-EEF-DEK |
| Anthony, Thomas D | 2:06-cv-04181-EEF-DEK |
| Antivola, Sharon J | 2:07-cv-00667-EEF-DEK |
| Apice, Joseph | 2:06-cv-06439-EEF-DEK |
| Arnold, Charles | 2:05-cv-05342-EEF-DEK |
| Arnold, Rosa | 2:05-cv-05342-EEF-DEK |
| Arrant, Jack | 2:05-cv-01127-EEF-DEK |
| Arroyo, Maria Silva | 2:05-cv-06234-EEF-DEK |
| Ault, John | 2:07-cv-04082-EEF-DEK |
| Axelson, Brian | 2:05-cv-01991-EEF-DEK |
| Baez, Maria | 2:05-cv-06234-EEF-DEK |
| Baham, Ervin | 2:05-cv-06902-EEF-DEK |
| Baiamonte, Gloria | 2:06-cv-01556-EEF-DEK |
| Baisden, Freddie K | 2:05-cv-03183-EEF-DEK |
| Balkin, Mark | 2:05-cv-04416-EEF-DEK |
| Ball, Ronald | 2:07-cv-06688-EEF-DEK |
| Banda, Sulema L | 2:06-cv-00802-EEF-DEK |
| Bangs, Frances | 2:06-cv-08825-EEF-DEK |
| Banks, Sheryl | 2:07-cv-03019-EEF-DEK |
| Barry, Barbara | 2:07-cv-03019-EEF-DEK |
| Basham, Norman R | 2:07-cv-09545-EEF-DEK |
| Baskin, Evelyn | 2:05-cv-00494-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Batiste, Lorena L | 2:05-cv-04416-EEF-DEK |
| Baugher, Anna | 2:06-cv-10077-EEF-DEK |
| Becnel, Emily | 2:05-cv-04553-EEF-DEK |
| Bernabe, Renee M | 2:05-cv-04865-EEF-DEK |
| Berrera, Maria | 2:06-cv-11339-EEF-DEK |
| Berrios Medina, Nydia | 2:05-cv-04536-EEF-DEK |
| Berry, Lillie Mae | 2:05-cv-04553-EEF-DEK |
| Bibbs, Carl A | 2:05-cv-06534-EEF-DEK |
| Bisbal, Annette | 2:07-cv-06681-EEF-DEK |
| Blackwell, Elizabeth | 2:06-cv-06963-EEF-DEK |
| Block, Kelly A | 2:06-cv-02713-EEF-DEK |
| Blodgett, Paticia | 2:06-cv-09693-EEF-DEK |
| Boreaux, Ruth | 2:07-cv-03019-EEF-DEK |
| Boulangger, Eugenia Damaris | 2:05-cv-00735-EEF-DEK |
| Box, Shelby | 2:05-cv-03151-EEF-DEK |
| Boyd, Brian | 2:05-cv-05822-EEF-DEK |
| Brace, Clarence L | 2:07-cv-04159-EEF-DEK |
| Bradley, Lesia | 2:07-cv-06675-EEF-DEK |
| Brady, Robert | 2:06-cv-09701-EEF-DEK |
| Brandon, Michael | 2:06-cv-06465-EEF-DEK |
| Brasuell, Barbara | 2:05-cv-04416-EEF-DEK |
| Bravo, Milda | 2:05-cv-06234-EEF-DEK |
| Brooks, Ethel | 2:05-cv-03245-EEF-DEK |
| Brooks, Gloria | 2:06-cv-01554-EEF-DEK |
| Brooks, Terry | 2:07-cv-05251-EEF-DEK |
| Broussard, Bart | 2:05-cv-02158-EEF-DEK |
| Broussard, Norma | 2:06-cv-01043-EEF-DEK |
| Brown, Clarise | 2:05-cv-00515-EEF-DEK |
| Brown, Flint | 2:05-cv-04743-EEF-DEK |
| Bruckner, Markus | 2:06-cv-08389-EEF-DEK |
| Brusilovsky, Irene | 2:07-cv-00374-EEF-DEK |
| Bryant, Gary | 2:05-cv-01992-EEF-DEK |
| Bucio, Celia | 2:07-cv-00374-EEF-DEK |
| Bulger, Darlene | 2:07-cv-06297-EEF-DEK |
| Burgess, Rolana | 2:06-cv-06964-EEF-DEK |
| Burgos, Laura | 2:07-cv-00667-EEF-DEK |
| Burke, Mary | 2:05-cv-01170-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Byrd, Anne S | 2:06-cv-10778-EEF-DEK |
| Byrd, Sonja | 2:06-cv-01971-EEF-DEK |
| Cadet, Venicia | 2:05-cv-01746-EEF-DEK |
| Callahan, Kevin J | 2:05-cv-06587-EEF-DEK |
| Canales, Violeto | 2:06-cv-00802-EEF-DEK |
| Carbajal, Zoila | 2:06-cv-11339-EEF-DEK |
| Carmona, Gilberto Cruz | 2:05-cv-06234-EEF-DEK |
| Carrizal, Armando | 2:07-cv-00374-EEF-DEK |
| Carter, Alfreda | 2:05-cv-01689-EEF-DEK |
| Carvallo, David G | 2:05-cv-00989-EEF-DEK |
| Casal, Venus Y | 2:07-cv-00667-EEF-DEK |
| Cavalier, Barbara | 2:06-cv-02869-EEF-DEK |
| Cazares, Jose | 2:07-cv-00374-EEF-DEK |
| Ceballos, Maria | 2:05-cv-01992-EEF-DEK |
| Ceballos, Raquel | 2:07-cv-00734-EEF-DEK |
| Celestine, Eula | 2:05-cv-05204-EEF-DEK |
| Cervantes, Teresa M | 2:07-cv-00667-EEF-DEK |
| Channette, Anita | 2:05-cv-06042-EEF-DEK |
| Chaplin, Floyd D | 2:05-cv-03820-EEF-DEK |
| Christian, Joe | 2:06-cv-06652-EEF-DEK |
| Christie, Pearly | 2:08-cv-00877-EEF-DEK |
| Clark, Alan | 2:06-cv-11441-EEF-DEK |
| Coalson, Mary | 2:05-cv-05822-EEF-DEK |
| Cole, Ansanta P | 2:05-cv-04553-EEF-DEK |
| Coleman, Lori Ann Viltz | 2:05-cv-06042-EEF-DEK |
| Collier, Andrea | 2:06-cv-02101-EEF-DEK |
| Collins, Sarah | 2:07-cv-06674-EEF-DEK |
| Colom, Gewndolyn | 2:06-cv-09373-EEF-DEK |
| Colon, Hector M | 2:05-cv-06234-EEF-DEK |
| Comas, Laurae Suarez | 2:05-cv-06234-EEF-DEK |
| Conerly, Mary F | 2:05-cv-04553-EEF-DEK |
| Cook, Debra | 2:05-cv-01992-EEF-DEK |
| Cordero, Rosa | 2:07-cv-00667-EEF-DEK |
| Cornelius, Gertie | 2:07-cv-03019-EEF-DEK |
| Correa, Rafael | 2:05-cv-06234-EEF-DEK |
| Costas, Ana | 2:07-cv-00374-EEF-DEK |

## APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Counsil, Richard | 2:05-cv-06243-EEF-DEK |
| Cramer, Charles | 2:05-cv-05328-EEF-DEK |
| Creasie, Kathy M | 2:05-cv-04454-EEF-DEK |
| Crisp, Calvin | 2:05-cv-02351-EEF-DEK |
| Cruz, Maria A | 2:05-cv-06234-EEF-DEK |
| Cushman, Margo | 2:05-cv-05822-EEF-DEK |
| Dandridge, Dorothy | 2:05-cv-04553-EEF-DEK |
| Dardzinski, Aaron | 2:05-cv-03569-EEF-DEK |
| Dauzat, Russell | 2:05-cv-05986-EEF-DEK |
| Davis Todd, Teresa G | 2:06-cv-06601-EEF-DEK |
| Davis, Diane J | 2:06-cv-06942-EEF-DEK |
| Davis, Edward | 2:06-cv-06446-EEF-DEK |
| Davis, Harrol Eugene | 2:06-cv-00692-EEF-DEK |
| Davis, Jonathan | 2:05-cv-04424-EEF-DEK |
| Delgado, Maria Burgos | 2:07-cv-00667-EEF-DEK |
| Delgado, Martin | 2:05-cv-01003-EEF-DEK |
| Dempsey, Paul D | 2:06-cv-06601-EEF-DEK |
| Denney, Sandra R | 2:05-cv-01526-EEF-DEK |
| Derouen, Betty N | 2:06-cv-10302-EEF-DEK |
| Dineen, Gavin | 2:05-cv-02289-EEF-DEK |
| Dotson, Shawn | 2:06-cv-01971-EEF-DEK |
| Dowell Druffel, Robin | 2:06-cv-01970-EEF-DEK |
| Drenis, Nicholaos | 2:05-cv-03874-EEF-DEK |
| Dryer, Betty Jean | 2:06-cv-00797-EEF-DEK |
| Dubose, Jeffery | 2:05-cv-00494-EEF-DEK |
| Dutlon, Betty | 2:05-cv-02368-EEF-DEK |
| Eddie, Delores | 2:05-cv-06042-EEF-DEK |
| Edicta, Olivera | 2:05-cv-06234-EEF-DEK |
| Edwards, Kim | 2:07-cv-04157-EEF-DEK |
| Edwards, Richard Carlos | 2:06-cv-01718-EEF-DEK |
| Ellison, Mary | 2:06-cv-06928-EEF-DEK |
| Encinas, Olivia L | 2:06-cv-10089-EEF-DEK |
| Erickson, France (Fran) | 2:05-cv-01166-EEF-DEK |
| Erving, Shirlene | 2:05-cv-01992-EEF-DEK |
| Evans, Edward | 2:05-cv-04832-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Faber, Mary | 2:05-cv-05822-EEF-DEK |
| Fabian, Andrew J | 2:06-cv-00442-EEF-DEK |
| Faison, Bernice | 2:07-cv-06673-EEF-DEK |
| Farlandskiy, Yakob | 2:07-cv-00374-EEF-DEK |
| Fernandez, Jose | 2:05-cv-05757-EEF-DEK |
| Ferrell, Janis | 2:05-cv-05991-EEF-DEK |
| Figueroa, Bethzaida Henson | 2:05-cv-06234-EEF-DEK |
| Findlay, Loretta | 2:05-cv-01081-EEF-DEK |
| Flores Meling, Diana | 2:06-cv-06942-EEF-DEK |
| Flores, Victoriano | 2:06-cv-07042-EEF-DEK |
| Flourney, Frances | 2:06-cv-03140-EEF-DEK |
| Fontenot, Landry | 2:07-cv-06876-EEF-DEK |
| Foster, William | 2:06-cv-06942-EEF-DEK |
| Francis, Marjorie | 2:06-cv-00414-EEF-DEK |
| Franco, Carlos | 2:05-cv-06234-EEF-DEK |
| Franks, Barbara | 2:05-cv-06042-EEF-DEK |
| Frans, Jesse J Sr | 2:05-cv-04454-EEF-DEK |
| Frederick, Cleaver R | 2:05-cv-02797-EEF-DEK |
| Freemon, Edward | 2:06-cv-01481-EEF-DEK |
| Fusilier, Paul | 2:05-cv-06042-EEF-DEK |
| Garcia, Aurelio | 2:06-cv-11339-EEF-DEK |
| Garcia, Hector | 2:07-cv-00374-EEF-DEK |
| George, Truett | 2:05-cv-06701-EEF-DEK |
| Geyen, Robert S | 2:05-cv-01770-EEF-DEK |
| Gibson, James R | 2:06-cv-06633-EEF-DEK |
| Gill, Clinton | 2:07-cv-03019-EEF-DEK |
| Gilley, Patricia M | 2:06-cv-06927-EEF-DEK |
| Gilliom, Annie | 2:05-cv-00494-EEF-DEK |
| Gillis, Donna F | 2:06-cv-05989-EEF-DEK |
| Gilroy, Dorothy | 2:05-cv-03483-EEF-DEK |
| Glass, ODell S | 2:06-cv-01607-EEF-DEK |
| Goins, B | 2:05-cv-05925-EEF-DEK |
| Gomez, Erminia | 2:06-cv-00802-EEF-DEK |
| Gomez, Maria | 2:05-cv-06234-EEF-DEK |

**APPENDIX A**

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Gonzalez, David Pizarro | 2:05-cv-06234-EEF-DEK |
| Gonzalez, Juan R | 2:07-cv-02120-EEF-DEK |
| Gonzalez, Jubenal | 2:05-cv-05822-EEF-DEK |
| Gonzalez, Maria | 2:06-cv-01480-EEF-DEK |
| Gonzalez, Maria G | 2:07-cv-02108-EEF-DEK |
| Gonzalez, Melinda F | 2:05-cv-06234-EEF-DEK |
| Goodyear, Harry Jr | 2:06-cv-10328-EEF-DEK |
| Gorda, Ron | 2:06-cv-03288-EEF-DEK |
| Graham, Annie | 2:05-cv-01992-EEF-DEK |
| Grajeda, Manuel P | 2:06-cv-10090-EEF-DEK |
| Graver, Jerry M | 2:05-cv-00722-EEF-DEK |
| Gravitt, Philo | 2:07-cv-00713-EEF-DEK |
| Green, Jacob | 2:06-cv-05503-EEF-DEK |
| Green, Nancy | 2:06-cv-10160-EEF-DEK |
| Gregg, George Luther | 2:05-cv-05677-EEF-DEK |
| Groce, Robert Sr | 2:06-cv-00917-EEF-DEK |
| Grooms, Judy M | 2:05-cv-04454-EEF-DEK |
| Gross, Maggie Mae | 2:05-cv-00494-EEF-DEK |
| Gurule, Joe E | 2:06-cv-05997-EEF-DEK |
| Gutierrez, Maria | 2:07-cv-00374-EEF-DEK |
| Haefner, Jeanne | 2:06-cv-03879-EEF-DEK |
| Hale, Charles | 2:07-cv-01052-EEF-DEK |
| Hall, Mary L | 2:05-cv-03501-EEF-DEK |
| Hall, Shirley | 2:06-cv-05983-EEF-DEK |
| Hammond, Gerald | 2:06-cv-11118-EEF-DEK |
| Hanson, L Kim | 2:07-cv-00739-EEF-DEK |
| Hardwick, Michael E | 2:05-cv-03626-EEF-DEK |
| Harper, Pauline Marie | 2:05-cv-05381-EEF-DEK |
| Harrell, H Raymond | 2:05-cv-01020-EEF-DEK |
| Harried, Carlee | 2:05-cv-04553-EEF-DEK |
| Hartin, Kenneth | 2:06-cv-10674-EEF-DEK |
| Hatala, Joseph V | 2:05-cv-03827-EEF-DEK |
| Hauser, Iris | 2:06-cv-00323-EEF-DEK |
| Hawk, Dennis | 2:05-cv-04925-EEF-DEK |
| Hawkins, Charles | 2:05-cv-05835-EEF-DEK |
| Hebert, Lois Mary | 2:05-cv-05033-EEF-DEK |
| Henderson, Mary | 2:05-cv-01447-EEF-DEK |
| Henrichs, Mark | 2:06-cv-04063-EEF-DEK |

**APPENDIX A**

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Henry, Fred | 2:06-cv-00548-EEF-DEK |
| Henry, Lucille | 2:05-cv-05884-EEF-DEK |
| Hernandez, Her | 2:05-cv-06234-EEF-DEK |
| Hernandez, Pedro | 2:07-cv-02113-EEF-DEK |
| Hernandez, Zoe Rodriguez | 2:05-cv-06234-EEF-DEK |
| Hesse, Gerard | 2:08-cv-00309-EEF-DEK |
| Hidalgo, Juanita | 2:05-cv-06234-EEF-DEK |
| High, Armon | 2:06-cv-01971-EEF-DEK |
| Hightower, Verl | 2:05-cv-01992-EEF-DEK |
| Hoff, Marla | 2:05-cv-04438-EEF-DEK |
| Hoffman, Amy Long | 2:08-cv-01463-EEF-DEK |
| Holguin, Jerry | 2:06-cv-05997-EEF-DEK |
| Horton, Raymond C | 2:05-cv-04253-EEF-DEK |
| Hough, Max Timothy | 2:08-cv-00859-EEF-DEK |
| House, Paul E | 2:05-cv-00523-EEF-DEK |
| Howard, Christine | 2:06-cv-10368-EEF-DEK |
| Howard, Kathy | 2:06-cv-00332-EEF-DEK |
| Hubbs, Adelene M | 2:05-cv-01990-EEF-DEK |
| Humphrey, Virginia | 2:05-cv-04230-EEF-DEK |
| Hunsicker, John | 2:05-cv-04416-EEF-DEK |
| Hunt, George | 2:05-cv-03202-EEF-DEK |
| Hutchinson, Ella | 2:06-cv-01549-EEF-DEK |
| Jackson, E Leon Jr | 2:05-cv-04425-EEF-DEK |
| Jackson, Elvin | 2:05-cv-04708-EEF-DEK |
| Jackson, Milton Sr | 2:06-cv-09363-EEF-DEK |
| Jackson, Vernon | 2:08-cv-00879-EEF-DEK |
| Jacques, Oralia | 2:06-cv-01546-EEF-DEK |
| James, Rachel | 2:06-cv-03465-EEF-DEK |
| Jarvis, Kathleen | 2:05-cv-05925-EEF-DEK |
| Jeanjacques, David | 2:05-cv-02776-EEF-DEK |
| Jenkins, Wesley Gene | 2:05-cv-05677-EEF-DEK |
| Jensen, Lambert | 2:05-cv-01167-EEF-DEK |
| Jesus, Luis Roldan De | 2:05-cv-06234-EEF-DEK |
| Johnson, Brenda | 2:06-cv-01660-EEF-DEK |

APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Johnson, Sharon | 2:05-cv-00493-EEF-DEK |
| Johnson, Willa | 2:07-cv-00723-EEF-DEK |
| Joiner, Bobby Lee | 2:06-cv-05502-EEF-DEK |
| Jones, Delores | 2:06-cv-10320-EEF-DEK |
| Jones, Janice | 2:06-cv-03366-EEF-DEK |
| Jones, Lue Ella | 2:05-cv-00494-EEF-DEK |
| Jones, Virginia | 2:06-cv-01557-EEF-DEK |
| Jordan, Joseph | 2:07-cv-06672-EEF-DEK |
| Joseph, Gilbert Sr | 2:05-cv-04553-EEF-DEK |
| Juneau, Robbie | 2:06-cv-00245-EEF-DEK |
| Jusino, Vanessa | 2:05-cv-06234-EEF-DEK |
| Kahl, Paul | 2:05-cv-00494-EEF-DEK |
| Kargodorian, Varoujan M | 2:05-cv-03791-EEF-DEK |
| Kasony, Mary | 2:05-cv-03526-EEF-DEK |
| Keating, Kathleen | 2:05-cv-03390-EEF-DEK |
| Keaton, Earl David | 2:05-cv-04676-EEF-DEK |
| Keebler, Robert | 2:07-cv-03019-EEF-DEK |
| Keenan, Kathleen | 2:06-cv-00683-EEF-DEK |
| Keenan, Kathy | 2:05-cv-04416-EEF-DEK |
| Kelm, Ron | 2:06-cv-01977-EEF-DEK |
| Kerr, Kenneth K Sr | 2:06-cv-11113-EEF-DEK |
| Kibodaux, Maggie | 2:05-cv-00578-EEF-DEK |
| Kiehl, Dorothy | 2:06-cv-06654-EEF-DEK |
| Kimerer, Sammi | 2:06-cv-11341-EEF-DEK |
| King, Rosemary | 2:05-cv-04553-EEF-DEK |
| Kirby, Barbara | 2:07-cv-01473-EEF-DEK |
| Knight, Nicklett | 2:06-cv-09824-EEF-DEK |
| Kniss, Connie | 2:06-cv-02267-EEF-DEK |
| Korach, Linda | 2:06-cv-00414-EEF-DEK |
| Kouth, Thomas C | 2:06-cv-05560-EEF-DEK |
| Krupa, Stephen | 2:06-cv-09774-EEF-DEK |
| LaGrove, Albert | 2:07-cv-06327-EEF-DEK |
| Lagunas, Silvestre | 2:07-cv-00374-EEF-DEK |
| Lampon, Mildred | 2:05-cv-05925-EEF-DEK |
| Lassen, Mable | 2:06-cv-11131-EEF-DEK |
| Leboeuf, Jane | 2:05-cv-06009-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Legareta, Irma | 2:05-cv-06234-EEF-DEK |
| Lejune, Betty | 2:07-cv-03019-EEF-DEK |
| Lenoir, Michael | 2:06-cv-02101-EEF-DEK |
| Leonard, Michael R | 2:05-cv-00539-EEF-DEK |
| Levine, Gloria | 2:05-cv-04909-EEF-DEK |
| Lewis, Charles Edward | 2:05-cv-00857-EEF-DEK |
| Lewis, Debra | 2:05-cv-06621-EEF-DEK |
| Lewis, Hester | 2:05-cv-06272-EEF-DEK |
| Lewis, Michael D | 2:05-cv-06225-EEF-DEK |
| Lewis, Timothy | 2:05-cv-02957-EEF-DEK |
| Loehr, Richard Jr | 2:06-cv-01970-EEF-DEK |
| Lofton, Daniel Jr | 2:05-cv-04252-EEF-DEK |
| Looney, Ola | 2:05-cv-06835-EEF-DEK |
| Lopez, Carmen | 2:07-cv-00667-EEF-DEK |
| Lopez, Roberto | 2:07-cv-00667-EEF-DEK |
| Lordeus, Marie Rose | 2:05-cv-01747-EEF-DEK |
| Lough, William David | 2:05-cv-03820-EEF-DEK |
| Love, Patrica | 2:05-cv-06503-EEF-DEK |
| Lovins, Patty | 2:05-cv-04130-EEF-DEK |
| Lovins, Ron | 2:06-cv-06452-EEF-DEK |
| Lowe, Junior Ray | 2:05-cv-05835-EEF-DEK |
| Lugo Rodriguez, Bedalin | 2:05-cv-06234-EEF-DEK |
| Lugo Rodriguez, Francisco | 2:05-cv-06234-EEF-DEK |
| Lyons, Michael | 2:05-cv-04436-EEF-DEK |
| Mahon, Denzil | 2:05-cv-02938-EEF-DEK |
| Maitland, Vilma D | 2:07-cv-06677-EEF-DEK |
| Malave, Maria Addarich | 2:05-cv-06234-EEF-DEK |
| Maldonado, Galo | 2:07-cv-00374-EEF-DEK |
| Manero, Armando P | 2:06-cv-10886-EEF-DEK |
| Mangum, Ersell | 2:06-cv-10678-EEF-DEK |
| Manning, J William | 2:05-cv-06526-EEF-DEK |
| March, Edward | 2:05-cv-03199-EEF-DEK |
| Marks, Henrietta | 2:07-cv-00961-EEF-DEK |
| Marshall, Mary | 2:05-cv-05925-EEF-DEK |
| Marshall, Odell | 2:06-cv-06964-EEF-DEK |
| Martin, Glen | 2:05-cv-02892-EEF-DEK |
| Martin, Janice M | 2:05-cv-05863-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Martin, Kathleen A | 2:06-cv-00784-EEF-DEK |
| Martin, Shirley | 2:08-cv-01776-EEF-DEK |
| Mason, Rose | 2:05-cv-04446-EEF-DEK |
| Mauricio, Jose | 2:06-cv-11339-EEF-DEK |
| Maxwell, Alphonso Jr | 2:06-cv-01524-EEF-DEK |
| Mayers, Herbert | 2:05-cv-05822-EEF-DEK |
| McCane, Lois | 2:07-cv-03489-EEF-DEK |
| McCord, Joanne | 2:06-cv-03234-EEF-DEK |
| McCormick, Glenn | 2:05-cv-06230-EEF-DEK |
| McElroy, Louise | 2:06-cv-01507-EEF-DEK |
| McGuire, Henry | 2:06-cv-06440-EEF-DEK |
| McKenna, Laruel Lee | 2:05-cv-03221-EEF-DEK |
| McNinn, William | 2:05-cv-05293-EEF-DEK |
| McPherson, Santonio Sr | 2:05-cv-04553-EEF-DEK |
| McQueen, Latoya | 2:06-cv-01971-EEF-DEK |
| Medice, Veronica Smith | 2:05-cv-03307-EEF-DEK |
| Medro, Lorraine | 2:06-cv-03383-EEF-DEK |
| Meglio, Luca | 2:06-cv-03145-EEF-DEK |
| Meglio, Sylvia | 2:05-cv-04143-EEF-DEK |
| Melancon, Bernadine Fontenot | 2:05-cv-06727-EEF-DEK |
| Menard, Norman | 2:05-cv-04424-EEF-DEK |
| Mendoza, Alicia | 2:07-cv-00667-EEF-DEK |
| Mendoza, Javier | 2:07-cv-00374-EEF-DEK |
| Mendoza, Yesenia | 2:07-cv-00667-EEF-DEK |
| Mesrobian, Richard | 2:06-cv-11313-EEF-DEK |
| Meyers, Herbert Sr | 2:05-cv-03307-EEF-DEK |
| Miller, Cynthia | 2:05-cv-04740-EEF-DEK |
| Miller, Donna S | 2:06-cv-06601-EEF-DEK |
| Mister, Cleotis | 2:05-cv-00494-EEF-DEK |
| Mitchell, Annie | 2:05-cv-06533-EEF-DEK |
| Mitchell, Joyce Cooks | 2:05-cv-05204-EEF-DEK |
| Mitchell, Leamon L Sr | 2:05-cv-05794-EEF-DEK |
| Mitchell, Roberta | 2:05-cv-04416-EEF-DEK |
| Mitchell, Vernon | 2:05-cv-06042-EEF-DEK |
| Mize, Carol Ann | 2:06-cv-01971-EEF-DEK |
| Mojica, Miriam Baez | 2:05-cv-06234-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Molina, Laura Bercedoni | 2:05-cv-04589-EEF-DEK |
| Moore, Dorothy | 2:06-cv-09371-EEF-DEK |
| Moore, James Jr | 2:05-cv-03513-EEF-DEK |
| Moore, Rebecca | 2:06-cv-04296-EEF-DEK |
| Morales, Leonardo | 2:05-cv-06234-EEF-DEK |
| Morales, Leonardo Arreaga | 2:05-cv-06234-EEF-DEK |
| Morales, Leonardo Arriaga | 2:05-cv-06234-EEF-DEK |
| Mundo, Paul Jr | 2:05-cv-03461-EEF-DEK |
| Munoz, Yolanda | 2:06-cv-09422-EEF-DEK |
| Murphy, Don | 2:05-cv-03227-EEF-DEK |
| Murphy, Marsha | 2:06-cv-01460-EEF-DEK |
| Myers, Dan | 2:08-cv-01412-EEF-DEK |
| Narvera, Jose Ortiz | 2:05-cv-06234-EEF-DEK |
| Negrete, Adriana | 2:07-cv-02136-EEF-DEK |
| Nguyen, Duong | 2:07-cv-00719-EEF-DEK |
| Nicar, Gloria Martinez | 2:06-cv-01562-EEF-DEK |
| Nimmo, Vonda | 2:05-cv-00991-EEF-DEK |
| Nix, John D | 2:06-cv-10131-EEF-DEK |
| Noble, Dianne | 2:05-cv-05788-EEF-DEK |
| Nold, Deborah Jean | 2:05-cv-06525-EEF-DEK |
| Nunley, Jacquelyn | 2:06-cv-01970-EEF-DEK |
| Nwokorie, Jane | 2:05-cv-05925-EEF-DEK |
| Oakes, Patricia J | 2:07-cv-01999-EEF-DEK |
| Ochoa, John | 2:06-cv-01048-EEF-DEK |
| Omerza, Leroy | 2:05-cv-03449-EEF-DEK |
| Oquendo, Hilda | 2:05-cv-06234-EEF-DEK |
| Ortiz, Glenda | 2:05-cv-06234-EEF-DEK |
| Otero, Margarita | 2:05-cv-06234-EEF-DEK |
| Otero, Rosa | 2:05-cv-06234-EEF-DEK |
| Packer, Jacquelyn | 2:06-cv-01512-EEF-DEK |
| Padilla, Aura | 2:05-cv-06234-EEF-DEK |
| Padova, Karen | 2:06-cv-01509-EEF-DEK |
| Pagan, Carmen | 2:05-cv-00515-EEF-DEK |
| Painton, Billie | 2:05-cv-00533-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Pangburn, James | 2:06-cv-11132-EEF-DEK |
| Pascarella, Rose | 2:05-cv-02394-EEF-DEK |
| Patingo, Freddie | 2:06-cv-11066-EEF-DEK |
| Patterson, James | 2:05-cv-05304-EEF-DEK |
| Pena, Ludivina | 2:07-cv-02126-EEF-DEK |
| Perez, Jose | 2:06-cv-11339-EEF-DEK |
| Perez, Maria | 2:06-cv-11339-EEF-DEK |
| Perez, Timoteo | 2:07-cv-00374-EEF-DEK |
| Petry, Marilyn Sue | 2:06-cv-04040-EEF-DEK |
| Pichon, Venessa | 2:05-cv-04553-EEF-DEK |
| Pierson, Bobbie M | 2:05-cv-01020-EEF-DEK |
| Pitone, Joseph Michael | 2:05-cv-05153-EEF-DEK |
| Pixton, Victoria | 2:06-cv-10320-EEF-DEK |
| Poindexter, Jimmy H | 2:06-cv-10198-EEF-DEK |
| Pratt, Van A | 2:05-cv-04149-EEF-DEK |
| Price, Jerry | 2:05-cv-06533-EEF-DEK |
| Price, Mary | 2:05-cv-04801-EEF-DEK |
| Price, Miriam | 2:05-cv-04422-EEF-DEK |
| Primus, Brenda Diana | 2:06-cv-01559-EEF-DEK |
| Pritt, Laura | 2:06-cv-06601-EEF-DEK |
| Przymusik, Marylou | 2:06-cv-06946-EEF-DEK |
| Qualls, Hattie | 2:05-cv-00494-EEF-DEK |
| Ralph, Billy | 2:06-cv-01970-EEF-DEK |
| Ralston, Barbara | 2:06-cv-00319-EEF-DEK |
| Ramirez, Esther Z | 2:06-cv-00802-EEF-DEK |
| Ramirez, Florencio | 2:07-cv-00667-EEF-DEK |
| Ramon, Emilio | 2:05-cv-06234-EEF-DEK |
| Ramos, Ana | 2:05-cv-06234-EEF-DEK |
| Randolph, Lola | 2:06-cv-00917-EEF-DEK |
| Ray, Vera | 2:05-cv-00494-EEF-DEK |
| Raymond, Freddie | 2:05-cv-06042-EEF-DEK |
| Reese, Wilmer Wayne | 2:05-cv-01732-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Reid, Jerry | 2:05-cv-03228-EEF-DEK |
| Reineck, Julia M | 2:05-cv-01094-EEF-DEK |
| Reinhardt, Joan | 2:06-cv-01510-EEF-DEK |
| Reise, Allan | 2:06-cv-08330-EEF-DEK |
| Reskin, Charles M | 2:06-cv-00689-EEF-DEK |
| Rester, Melissa A | 2:05-cv-02771-EEF-DEK |
| Reyes, Jose | 2:06-cv-00414-EEF-DEK |
| Reyes, Moises | 2:07-cv-00374-EEF-DEK |
| Rich, Sam | 2:05-cv-03551-EEF-DEK |
| Richardson, Julia | 2:06-cv-04028-EEF-DEK |
| Rico, Maria | 2:07-cv-00374-EEF-DEK |
| Rigo, Carmen | 2:05-cv-06234-EEF-DEK |
| Riley, Darlene | 2:06-cv-05986-EEF-DEK |
| Rinne, Nicholas Judson | 2:06-cv-01023-EEF-DEK |
| Riquelme, Eladia | 2:05-cv-06219-EEF-DEK |
| Risk, Ronald | 2:06-cv-04366-EEF-DEK |
| Rivas, Alonzo | 2:07-cv-02128-EEF-DEK |
| Rivera, Carmen Cruz | 2:05-cv-06234-EEF-DEK |
| Rivera, Daisy | 2:05-cv-06234-EEF-DEK |
| Rivera, Evelyn | 2:05-cv-06234-EEF-DEK |
| Rivera, Jose | 2:05-cv-06234-EEF-DEK |
| Rivera, Maria De Lourdes Rivera | 2:05-cv-06234-EEF-DEK |
| Rivera, Sulina Moreno | 2:05-cv-06234-EEF-DEK |
| Robinson, Daniel | 2:06-cv-00414-EEF-DEK |
| Robinson, Olivia | 2:07-cv-00914-EEF-DEK |
| Robinson, Si | 2:07-cv-03019-EEF-DEK |
| Rodriguez, Jose | 2:07-cv-06683-EEF-DEK |
| Rodriguez, Martha | 2:05-cv-06234-EEF-DEK |
| Rodriguez, Monserrat | 2:05-cv-06234-EEF-DEK |
| Rogers, Alice | 2:05-cv-04324-EEF-DEK |
| Rogers, Harry E | 2:05-cv-01020-EEF-DEK |
| Rogers, Jimmie | 2:05-cv-04326-EEF-DEK |
| Romo, Olivia Rodriguez | 2:06-cv-11339-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Rosario, Maria Aponte | 2:05-cv-06234-EEF-DEK |
| Rose, John D | 2:05-cv-03535-EEF-DEK |
| Royse, Helene M | 2:05-cv-02315-EEF-DEK |
| Sadler, David | 2:06-cv-01970-EEF-DEK |
| Salgado, Ana Maria | 2:07-cv-00667-EEF-DEK |
| Salinas, Anita | 2:07-cv-02127-EEF-DEK |
| Salvant, Sidney | 2:05-cv-04553-EEF-DEK |
| Sanchez, Angel Fontanez | 2:05-cv-06234-EEF-DEK |
| Sanchez, Jose Rodriguez | 2:05-cv-06234-EEF-DEK |
| Sandoval, Fred | 2:08-cv-01033-EEF-DEK |
| Santiago, Luis | 2:05-cv-01003-EEF-DEK |
| Santiago, Maria E | 2:05-cv-06234-EEF-DEK |
| Santiago, Maria L | 2:05-cv-06234-EEF-DEK |
| Santiago, Mario | 2:05-cv-06234-EEF-DEK |
| Santiago, Rafael | 2:05-cv-06234-EEF-DEK |
| Savio, Vicki D | 2:06-cv-04216-EEF-DEK |
| Schaelling, Kaylynn | 2:05-cv-04743-EEF-DEK |
| Scheirer, Donald | 2:06-cv-03914-EEF-DEK |
| Schindler, Alice Rooney | 2:06-cv-03066-EEF-DEK |
| Schleicher, Linda | 2:05-cv-06025-EEF-DEK |
| Schmerber, Frank | 2:06-cv-11339-EEF-DEK |
| Schuckman, Drew | 2:06-cv-01529-EEF-DEK |
| Schulten, Kathleen | 2:05-cv-02266-EEF-DEK |
| Schunior, Emil | 2:06-cv-10885-EEF-DEK |
| Scissom, Mark Anthony | 2:05-cv-06418-EEF-DEK |
| Scott, Donald | 2:07-cv-02933-EEF-DEK |
| Seegmiller, Robert | 2:06-cv-05882-EEF-DEK |
| Segura, Reibindicacion | 2:06-cv-11339-EEF-DEK |
| Sepulveda, Foreino Rodirguez | 2:05-cv-06234-EEF-DEK |
| Severio, Dallas | 2:07-cv-03019-EEF-DEK |
| Shaffner, Bernell | 2:06-cv-08378-EEF-DEK |
| Shaheed, Dawud | 2:07-cv-09405-EEF-DEK |
| Shelton, Cindy | 2:06-cv-01970-EEF-DEK |
| Shikholeslami, Fattaneh | 2:07-cv-00667-EEF-DEK |
| Shortnancy, Bryan | 2:06-cv-01728-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Siera, Awilda | 2:05-cv-06234-EEF-DEK |
| Sierra, Juan Rodriguez | 2:05-cv-06234-EEF-DEK |
| Simoneaux, Sylvia Lorraine | 2:07-cv-03019-EEF-DEK |
| Simpson, George | 2:05-cv-04431-EEF-DEK |
| Singleton, Jesse | 2:06-cv-05584-EEF-DEK |
| Smart, Hilda | 2:07-cv-00961-EEF-DEK |
| Smith, Bobby | 2:06-cv-00102-EEF-DEK |
| Smith, Ernest | 2:08-cv-00861-EEF-DEK |
| Smith, Martha K | 2:05-cv-04435-EEF-DEK |
| Snipes, Sidney | 2:06-cv-10679-EEF-DEK |
| Snow, Alice | 2:05-cv-00494-EEF-DEK |
| Soler, Jose Rafael | 2:05-cv-06234-EEF-DEK |
| Sonnier, Eddie | 2:07-cv-06877-EEF-DEK |
| Sorensen, Laverne | 2:05-cv-05822-EEF-DEK |
| Soria, Alejandro | 2:07-cv-00374-EEF-DEK |
| Soto, Rosa Otero | 2:05-cv-06234-EEF-DEK |
| Spivey, Herman D | 2:05-cv-01980-EEF-DEK |
| Stalter, Shirley | 2:05-cv-03536-EEF-DEK |
| Stanaland, Billy W | 2:05-cv-03398-EEF-DEK |
| Stanley, Marie | 2:05-cv-02922-EEF-DEK |
| Stein, Gene | 2:05-cv-04623-EEF-DEK |
| Stein, Les | 2:05-cv-01781-EEF-DEK |
| Stelly, John | 2:06-cv-06682-EEF-DEK |
| Stevenson, Rodney Sr | 2:05-cv-03537-EEF-DEK |
| Stewart, Johnny | 2:05-cv-00494-EEF-DEK |
| Stone, Otis | 2:06-cv-01970-EEF-DEK |
| Stone, Thomas | 2:06-cv-03140-EEF-DEK |
| Stout, Clyde | 2:06-cv-00094-EEF-DEK |
| Strait, Glenn | 2:06-cv-03334-EEF-DEK |
| Suarez, Bertha | 2:07-cv-00667-EEF-DEK |
| Suwak, Nick | 2:06-cv-03113-EEF-DEK |
| Swan, Margie L | 2:07-cv-03019-EEF-DEK |
| Talley, Bobby | 2:06-cv-01971-EEF-DEK |
| Tate, Maxine | 2:07-cv-03019-EEF-DEK |
| Taylor, Antionette | 2:05-cv-04710-EEF-DEK |
| Taylor, Joyce | 2:06-cv-01550-EEF-DEK |

# APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Taylor, Marvin Howard | 2:05-cv-02510-EEF-DEK |
| Teller, Ina M | 2:07-cv-00949-EEF-DEK |
| Tellez, Agustin | 2:06-cv-11339-EEF-DEK |
| Teter, William | 2:05-cv-04450-EEF-DEK |
| Theodore, Irene | 2:05-cv-01257-EEF-DEK |
| Thomas, Ressie M | 2:05-cv-04669-EEF-DEK |
| Thomas, William | 2:05-cv-05822-EEF-DEK |
| Thompson, Mary A | 2:06-cv-05987-EEF-DEK |
| Thornhill, Jerry | 2:06-cv-02101-EEF-DEK |
| Tiller, Linda | 2:06-cv-00438-EEF-DEK |
| Tillie, Beatrice | 2:05-cv-05925-EEF-DEK |
| Tock, Richard | 2:05-cv-03556-EEF-DEK |
| Toms, Harry | 2:07-cv-06150-EEF-DEK |
| Torres, Carmen Rodriguez | 2:05-cv-06234-EEF-DEK |
| Torres, Estella | 2:05-cv-05426-EEF-DEK |
| Torres, Maria Torres | 2:05-cv-06234-EEF-DEK |
| Trevino, Enrique | 2:06-cv-11339-EEF-DEK |
| Trinidad, Emerhild | 2:05-cv-06234-EEF-DEK |
| Triplett, Freddie | 2:05-cv-00494-EEF-DEK |
| Turks, Jessie Lee Sr | 2:05-cv-00473-EEF-DEK |
| Turner, Alvin T Sr | 2:05-cv-05204-EEF-DEK |
| Turner, Charles | 2:06-cv-04063-EEF-DEK |
| Underwood, Mary | 2:05-cv-04553-EEF-DEK |
| Van Jelgerhuis, Kimberly | 2:05-cv-00458-EEF-DEK |
| Varsho, Margaret | 2:05-cv-03545-EEF-DEK |
| Vazquez, Irma | 2:05-cv-06234-EEF-DEK |
| Vazquez, Maria | 2:05-cv-06234-EEF-DEK |
| Veal, Ruby | 2:05-cv-04553-EEF-DEK |
| Veatch, Christopher Paul | 2:06-cv-00414-EEF-DEK |
| Vega Sanchez, Gloria | 2:05-cv-04533-EEF-DEK |
| Vertucci, James | 2:06-cv-09359-EEF-DEK |
| Vezina, Virginia | 2:06-cv-09743-EEF-DEK |
| Villareal, Juanita | 2:05-cv-04728-EEF-DEK |
| Virgil, Eone | 2:05-cv-00494-EEF-DEK |

## APPENDIX A

| PLAINTIFF'S NAME | MDL CASE NUMBER |
|---|---|
| Virginia, Russell | 2:05-cv-04416-EEF-DEK |
| Vissichelli, George | 2:06-cv-00671-EEF-DEK |
| Vrabel, Judith T | 2:06-cv-00476-EEF-DEK |
| Walker, Robert | 2:07-cv-02942-EEF-DEK |
| Walker, Vivian | 2:06-cv-06951-EEF-DEK |
| Warren, Jane | 2:06-cv-05573-EEF-DEK |
| Wasson, Dennis | 2:05-cv-03530-EEF-DEK |
| Wegert, Darlene | 2:05-cv-05822-EEF-DEK |
| Weigel, Patricia T | 2:05-cv-00379-EEF-DEK |
| Whatley, Johanne | 2:06-cv-06440-EEF-DEK |
| Wheat, Ralph | 2:05-cv-06533-EEF-DEK |
| White, Cephus | 2:05-cv-06042-EEF-DEK |
| Williams, Carrie B | 2:07-cv-01254-EEF-DEK |
| Williams, Faye | 2:05-cv-03666-EEF-DEK |
| Williams, Mary Jane | 2:05-cv-03416-EEF-DEK |
| Williams, Quan | 2:08-cv-00159-EEF-DEK |
| Williams, Roy | 2:07-cv-04083-EEF-DEK |
| Williams, Verna J | 2:06-cv-10211-EEF-DEK |
| Wilson Richardson, Geraldine A | 2:06-cv-07115-EEF-DEK |
| Wireman, Charles R | 2:05-cv-02943-EEF-DEK |
| Witzke, Margaret E | 2:05-cv-02295-EEF-DEK |
| Wright, Ethel Herbert | 2:05-cv-06038-EEF-DEK |
| Wright, Ramona | 2:07-cv-00947-EEF-DEK |
| Wright, Sharon | 2:05-cv-04553-EEF-DEK |
| Wustruck, Jim | 2:07-cv-00721-EEF-DEK |
| Wymer, Debra | 2:05-cv-05835-EEF-DEK |
| Ybarra, Maria Gloria | 2:07-cv-00937-EEF-DEK |
| Ybarra, Petra | 2:07-cv-00932-EEF-DEK |
| York, Deloris | 2:06-cv-03381-EEF-DEK |
| Young, Laurie | 2:05-cv-04553-EEF-DEK |
| Zafiratos, James | 2:05-cv-06341-EEF-DEK |
| Zamora, Juan Carlos | 2:05-cv-01003-EEF-DEK |
| Zayas, Jose Quintana | 2:05-cv-06234-EEF-DEK |
| Zeis, Joe | 2:05-cv-05822-EEF-DEK |
| Zingale, Vincent S Sr | 2:06-cv-09792-EEF-DEK |
| Zuniga, Jose | 2:07-cv-02124-EEF-DEK |