# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | RANIER | DREW | |

**Name of Law Firm**  RANIER, GAYLE & ELLIOT, LLC

**Current Address**
Street: PO BOX 56708
City: HOUSTON  State: TX  Zip: 77256  Country: USA

| **Telephone Number** | 713·403·7800 | **Facsimile** | 713·960·6096 | **Email** | drew@vioxxgroup.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | JACKSON (DCSD) | GLORIA | Y. |

**Plaintiff Address**
Street: 3829 MYRTLE
City: KANSAS CITY  State: MO  Zip: 64128  Country: USA

| **Telephone Number** | NONE | **Facsimile** | NONE | **Email** | UKNOWN |
|---|---|---|---|---|---|

**Case Caption**  GLORIA JACKSON VS. MERCK & CO, INC.

**Case Number**  2:05-CV-05124

**Court Where Case is Pending**  EDLA

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | Last | First | Middle |
|---|---|---|---|
| **Name** | JACKSON | PATRICK | |

**Address**
Street: 311 NE 94TH ST. APT 257
City: KANSAS CITY  State: MO  Zip: 64155  Country: USA

| **Telephone Number** | 816·468·7517 | **Cell** ~~Facsimile~~ | 816-309-2633 | **Email** | UKNOWN |
|---|---|---|---|---|---|

**Relationship to Plaintiff**  ☐ Friend  ☑ Relative (specify relationship: SON )

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  06 / 09 / 08 .  (*Record Docket No.* 14639            )
Month  Day  Year

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 / 9 /08 | | Counsel |
|---|---|---|---|
| | (Month/Day/Year) | | |