# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

*LexisNexis File & Serve — 19720835 — E-SERVICE — May 7 2008 9:21AM*

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | RANIER | DREW | |

| Name of Law Firm | RANIER, GAYLE & ELLIOT, LLC |
|---|---|

**Current Address**
- Street: PO BOX 56708
- City: HOUSTON
- State: TX
- Zip: 77256
- Country: USA

| Telephone Number | 713.403.7800 | Facsimile | 713.960.6096 | Email | drew@vioxxgroup.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | ODOM | JOYCE | A. |

**Plaintiff Address**
- Street: 4997 TULANE ROAD
- City: MEMPHIS
- State: TN
- Zip: 38109
- Country: USA

| Telephone Number | 901.789.3879 | Facsimile | UNKNOWN | Email | UNKNOWN |
|---|---|---|---|---|---|

| Case Caption | JOYCE ODOM VS. MERCK & CO |
|---|---|
| Case Number | 2:05-CV-06790 |
| Court Where Case is Pending | E.D.LA. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| Name | JOHNSTON | MARGARET | A. |

**Address**
- Street: 5851 MANASSASS RUN ROAD
- City: MILFORD
- State: OH
- Zip: 45150
- Country: USA

| Telephone Number | UNKNOWN | Facsimile | UNKNOWN | Email | UNKNOWN |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☑ Relative (specify relationship: DAUGHTER ) |
|---|---|

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06/09/08 (Month/Day/Year). (*Record Docket No.* 14631)

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6/9/08 (Month/Day/Year) | [signature] Counsel |

#343319

2