# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | RANIER | DREW | |

| | |
|---|---|
| **Name of Law Firm** | RANIER, GAYLE & ELLIOT, LLC |

| **Current Address** | Street: PO BOX 56708 | | | |
|---|---|---|---|---|
| | City: HOUSTON | State: TX | Zip: 77256 | Country: USA |

| **Telephone Number** | 713.403.7800 | **Facsimile** | 713.960.6096 | **Email** | drew@vioxxgroup.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | KNOWLES | MYRTLE | L. |

| **Plaintiff Address** | Street: AUTUMN CARE OF RAEFORD #307 1206 N. FULTON ST. | | | |
|---|---|---|---|---|
| | City: RAEFORD | State: NC | Zip: 28376 | Country: USA |

| **Telephone Number** | 910.904.0657 | **Facsimile** | NONE | **Email** | NONE |
|---|---|---|---|---|---|

| **Case Caption** | MYRTLE KNOWLES VS. MERCK & CO. INC. |
|---|---|
| **Case Number** | 2:07-CV-05695 |
| **Court Where Case is Pending** | E.D. LA |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | BURK | PEGGY | |

| **Address** | Street: AUTUMN CARE OF RAEFORD 1206 N. FULTON ST. | | | |
|---|---|---|---|---|
| | City: RAEFORD | State: NC | Zip: 28376 | Country: USA |

| **Telephone Number** | 910.875.4280 | **Facsimile** | UNKNOWN | **Email** | UNKNOWN |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend ☐ Relative (specify relationship: _____)   BUSINESS OFFICE PERSONNEL AT RETIREMENT FACILITY |
|---|---|

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06/09/08 (Month/Day/Year). (*Record Docket No.* 14636)

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 6/9/08 (Month/Day/Year)   _____ Counsel

#343319

2