UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 08-1633 |
| | § | |
| US Bancorp; BrownGreer, PLC; and John Does | § | SECTION L, MAG. 3 |
| | § | |
| | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |
| | § | |
| | § | In Relation to: MDL Docket No. 1657 |
| | § | |
| | § | In Re: VIOXX |
| | § | |
| | § | PRODUCTS LIABILITY LITIGATION |

## AFFIDAVIT OF LEXIE WHITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO SEVER

Lexie G. White, after first being duly sworn upon her oath, makes this affidavit and states the following:

1. My name is Lexie G. White. I am an attorney employed by the law firm of Susman Godfrey, L.L.P., counsel for Sky Technologies, LLC ("Sky").

2. I am over the age of twenty-one (21) years, and I am competent to testify to the matters stated herein. I have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements is true and correct to the best of my knowledge. I make this Affidavit in Support of Plaintiff's Response to Defendants' Motion to Sever.

3. Exhibit 1 is a true and correct copy of Plaintiffs' First Amended Complaint.

4. Exhibit 2 is a true and correct copy of Plaintiffs Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction.

5. Exhibit 3 is a true and correct copy of the Affidavit of Bruce E. Ogle, submitted in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Further, affiant saith not.

_____
Lexie G. White

SUBSCRIBED and SWORN TO BEFORE ME, a Notary Public, by Lexie G. White, on this 18th day of June, 2008, to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

LISA MARTIN
Notary Public, State of Texas
Commission Expires 07-24-2010

2