# APPENDIX A

# PART 4

# HIGHMARK, INC.

Providers have agreed to accept Claims Administrator's payment as payment in full for covered services performed for Members, except where certain maximums, Copayments, Co-Insurance or Deductibles are specified in the Benefits Booklet.

7.11 **Reimbursement for Benefits.** Claims Administrator will arrange to reimburse Network Providers, Participating Providers, non-Participating Providers and Members in accordance with Claims Administrator's payment methodologies. Claims Administrator will be responsible for the preparation and filing of all statements to Network Providers as required by the Internal Revenue Service

7.12 **Subrogation.** Unless otherwise directed by Plan Sponsor, Claims Administrator is hereby delegated full authority to pursue Subrogation and related third party recovery rights as agent for Plan Sponsor for this purpose only. To that end, Claims Administrator may engage the services of a Subrogation management firm to assist with the identification and management of Subrogation cases. Fees charged by the Subrogation management firm shall be negotiated by Claims Administrator and shall be deducted from any recovery. In those cases where the Subrogation recovery efforts of the Member's attorney should be compensated, Plan Sponsor delegates to Claims Administrator full authority to act on behalf of the Plan Sponsor to negotiate reasonable attorneys' fees. Claims Administrator shall coordinate with Plan Sponsor prior to the compromise or abandonment of a Subrogation lien. To the extent that Claims Administrator administers Subrogation under this Agreement, Plan Sponsor acknowledges that subrogation is not performed on prescription drug claims.

7.13 **Identification Cards.** Based on the information provided by Plan Sponsor and subject to standard Claims Administrator and Blue Cross Blue Shield Association ("BCBSA") identification card issuance guidelines, Claims Administrator shall arrange for the issuance of identification cards to each Member who enrolls in the Plan. Cards issued to Members are for identification only. Possession of an identification card confers no right to services or other Benefits under the Plan. To be entitled to such services or Benefits, the holder of the card must, in fact, be a Member.

7.14 **Standard Reports.** Claims Administrator will furnish standard reports to designated plan representatives identified in Appendix A to the Business Associate Addendum ("Designated Plan Representatives") in a mutually acceptable medium and format. Upon request, Claims Administrator may deliver the same to the Plan Sponsor if such reports do not contain PHI.

7.15 **Form 5500.** Claims Administrator shall provide information requested by Plan Sponsor as may be required for the Plan's annual Form 5500 filing with the U.S. Department of Labor.

7.16 **Other Data/Information.** Claims Administrator may provide such other data and information as the parties may agree. However, Claims Administrator reserves the right to charge additional fees for such data and information.

# HIP HEALTH PLAN
# OF NEW YORK

**Private Room Difference.** Regardless of whether This Plan is primary or secondary, This Plan will not pay or provide benefits for the difference between the cost of a private hospital room and the cost of a semi-private hospital room unless a private room is Medically Necessary and Appropriate for a benefit covered under this Group Certificate.

**Right to Receive and Release Necessary Information.** HIPIC has the right to release or to receive information that it needs to carry out the purposes of this Section. HIPIC does not need to inform the Member or to obtain anyone's consent to do this, except as may be required by under applicable state and/or federal laws. HIPIC will not be legally responsible to 'the Member or anyone else for releasing or obtaining this information. Members must furnish to HIPIC any information that HIPIC requests for carrying out the purpose of this Section. If such requested information is not provided, HIPIC reserves the right to deny payments for the services in question.

**Right to Recover Overpayments.** In some cases, HIPIC may have made payment or provided benefits even though the Member had coverage under another plan. Under these circumstances, the Member agrees to refund to HIPIC the amount by which HIPIC should have reduced the payment or benefit. HIPIC also has the right to recover any overpayments from the Other Plan or any Providers and the Member agrees to sign all documents necessary to help recover any overpayments.

**Subrogation and Right of Recovery.** In the event that a Member suffers an injury or illness for which another party may be responsible, such as someone injuring you in an accident, and HIP pays benefits as a result of that injury or illness, HIPIC will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits HIPIC has paid. This means that HIPIC has the right independent of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits HIPIC has paid.

**Duty to Cooperate with Us - Possible Penalties for Failure to Cooperate.** Under certain circumstances, HIPIC is also entitled to be reimbursed for the benefits HIPIC has paid from a settlement or a judgment a Member receives from the party responsible for their illness or injury. This and other penalties which apply under certain circumstances are noted below. Those circumstances are.

1. The settlement or judgment a Member receives from the party responsible for their illness or injury specifically identifies or allocates monetary sums directly attributable to expenses for which HIPIC has paid benefits.

2. A Member fails to cooperate with HIPIC in proceeding against the party responsible for their illness or injury to recover the benefits HIPIC has paid. HIPIC will pay all expenses associated with a legal action instituted on HIPIC's initiative.

The penalty for failing to cooperate as indicated above is that a Member will be responsible to repay to HIPIC the cost of the benefits and services HIPIC has paid.

**Medicare Eligibility.** This Plan is not intended to duplicate any coverage for which Members are, or could be eligible for, such as Medicare. Members agree to complete and submit to HIPIC any documentation reasonably necessary for HIPIC to receive or assure reimbursement under Medicare.

**Right to Receive and Release Necessary Information.** HIPIC has the right to release or to receive information that it needs to carry out the purposes of this Section. HIPIC does not need to inform the Member or to obtain anyone's consent to do this, except as may be required by under applicable state and/or federal laws. HIPIC will not be legally responsible to the Member or anyone else for releasing or obtaining this information. Members must furnish to HIPIC any information that HIPIC requests for carrying out the purpose of this Section. If such requested information is not provided, HIPIC reserves the right to deny payments for the services in question.

**Right to Recover Overpayments.** In some cases, HIPIC may have made payment or provided benefits even though the Member had coverage under another plan. Under these circumstances, the Member agrees to refund to HIPIC the amount by which HIPIC should have reduced the payment or benefit. HIPIC also has the right to recover any overpayments from the Other Plan or any Providers and the Member agrees to sign all documents necessary to help recover any overpayments.

**Subrogation and Right of Recovery.** In the event that a Member suffers an injury or illness for which another party may be responsible, such as someone injuring you in an accident, and HIP pays benefits as a result of that injury or illness, HIPIC will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits HIPIC has paid. This means that HIPIC has the right independent of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits HIPIC has paid.

**Duty to Cooperate with Us - Possible Penalties for Failure to Cooperate.** Under certain circumstances, HIPIC is also entitled to be reimbursed for the benefits HIPIC has paid from a settlement or a judgment a Member receives from the party responsible for their illness or injury. This and other penalties which apply under certain circumstances are noted below. Those circumstances are:

1. The settlement or judgment a Member receives from the party responsible for their illness or injury specifically identifies or allocates monetary sums directly attributable to expenses for which HIPIC has paid benefits; or,

2. A Member fails to cooperate with HIPIC in proceeding against the party responsible for their illness or injury to recover the benefits HIPIC has paid. HIPIC will pay all expenses associated with a legal action instituted on HIPIC's initiative.

The penalty for failing to cooperate as indicated above is that a Member will be responsible to repay to HIPIC the cost of the benefits and services HIPIC has paid.

**Medicare Eligibility.** This Plan is not intended to duplicate any coverage for which Members are, or could be eligible for, such as Medicare. Members agree to complete and submit to HIPIC any documentation reasonably necessary for HIPIC to receive or assure reimbursement under Medicare.

- If a Member's employer has 20 or more employees, any active employee or spouse of an employee who becomes or remains a member of the Group after becoming eligible for Medicare due to reaching the age sixty-five (65), will receive the benefits under this Group Policy as primary unless such Member elects Medicare as his or her primary coverage.

# HUMANA, INC.

HCFPEC00

 **HUMANA.**

# CERTIFICATE OF COVERAGE

**GROUP PLAN NUMBER:** N1829          **PLAN:** 075          **OPTION:** 782

**GROUP PLAN SPONSOR:**

UNIVERSITY OF CINCINNATI

We, Humana Health Plan of Ohio, Inc., will provide the services described under the provisions of the Group Plan to you and your dependents, if any, on a direct-service basis. This means that we arrange or contract with physicians, hospitals, and other providers of medical care and employ administrative personnel to directly provide, organize, and arrange for such service.

The physicians, hospitals, and providers of medical care are not our agents or employees, nor are we their agents or employees.

For information on your coverage and how to obtain services, contact:

Humana Health Plan of Ohio, Inc.
655 Eden Park Dr.
Suite 100
Cincinnati, Ohio 45202
1-800-852-7731

### HUMANA HEALTH PLAN OF OHIO, INC.

President

**NOTICE: IF YOU OR YOUR FAMILY MEMBERS ARE COVERED BY MORE THAN ONE HEALTH CARE PLAN, YOU MAY NOT BE ABLE TO COLLECT BENEFITS FROM BOTH PLANS. EACH PLAN MAY REQUIRE YOU TO FOLLOW ITS RULES OR USE SPECIFIC DOCTORS AND HOSPITALS, AND IT MAY BE IMPOSSIBLE TO COMPLY WITH BOTH PLANS AT THE SAME TIME. READ ALL OF THE RULES VERY CAREFULLY, INCLUDING THE COORDINATION OF BENEFITS SECTION, AND COMPARE THEM WITH THE RULES OF ANY OTHER PLAN THAT COVERS YOU OR YOUR FAMILY.**

HP4-FP 05/01

H330BD00

## PROVISIONS FOR SUBROGATION AND RIGHT OF REIMBURSEMENT

### RIGHTS OF RECOVERY

Our intention is to preserve and assert our rights to recover for sums paid or benefits provided where circumstances warrant the assertion of our rights, to the fullest extent allowed by the applicable laws of the jurisdiction involved. Each provision below shall be considered severable, and if any provision is determined to be unenforceable or void, the remaining provisions shall remain unaffected.

### SUBROGATION

This provision applies when another party (person or organization) is, or may be, considered responsible for causing injury or for payment of benefits due to a member's injury or sickness for which benefits under the Group Plan have been provided or paid. To the extent of such benefits, we are subrogated to all rights and claims for recovery the member has against any party (including a health care carrier) responsible for the injury for payment to the member on accounts of the injury.

### RIGHT OF REIMBURSEMENT

If payment (by settlement, judgement or any other manner) is made by, or on behalf of, a responsible party to the member, expenses arising from the member's injury or sickness are not covered by us.

However, if we receive a claim for which benefits would be payable in the absence of a responsible party as described above, we will pay those benefits subject to the following conditions:

1. We will automatically have a lien to the extent of benefits advanced upon any recovery, by settlement, judgement or otherwise that you receive from the responsible party, or any person or organization making payment on behalf of the responsible party, including amount of benefits provided or paid by us for the treatment of the condition for which the third party is responsible.

2. You agree to notify us, in writing, within 60 days of your claim against the responsible party and to take such action, furnish such information, cooperate generally, and execute any documents as we may require to facilitate enforcement of our rights.

Exclusively at our option and choice, and without any waiver of any other rights of the Group Plan, in the event of prejudice, non-cooperation or breach of this Group Plan, we may withhold, deduct or retract payments to or on behalf of the member.

HP4-330  08/01

H331CA00

## PROVISIONS FOR SUBROGATION AND RIGHT OF REIMBURSEMENT (CONTINUED)

### DUPLICATION OF BENEFITS/OTHER INSURANCE

This provision is intended to prevent overpayment or duplication of benefits under this Group Plan when other health care coverage provides the same benefits. It applies when a person is covered by us and has, or is entitled to, benefits as a result of their injuries from any other coverage including, but not limited to, first party uninsured or underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners or otherwise), workers compensation settlement or awards, other group coverage (including student plans), direct recoveries from liable parties, premises medical pay or any other insurer providing coverage that would apply to pay your medical expenses, except other group health carriers in which case coverage will be determined under Coordination of Benefits.

Where there is such coverage, we will not duplicate other coverage available to the member and shall be considered secondary, except where specifically prohibited. Where double coverage exists, we shall have the right to be repaid from whomever has received the overpayment to the extent of the duplicate coverage.

This provision applies whether or not the member has made a claim under other applicable coverage. When applicable, the member is required to provide us with authorization to obtain information about the other coverage available, and to cooperate in the recovery of overpayments from the other coverage, including executing any assignment of rights necessary to obtain payment directly from the other coverage available.

### COOPERATION REQUIRED

The member shall cooperate by providing information and executing any documents to preserve our right and shall have the affirmative obligation of notifying us that claims are being made against responsible parties to recover for injuries for which we have paid. If the member enters into litigation or settlement negotiations regarding the obligations of the other party, the member must not prejudice, in any way, our rights to recover an amount equal to any benefits we have provided or paid for the injury or sickness. Failure of the member to provide us such notice or cooperation, or any action by the member resulting in prejudice to our rights will be a material breach of this Group Plan and will result in the member being personally responsible to make repayment. In such an event, we may deduct from any pending or subsequent claim made under the Group Plan any amounts the member owes us until such time as cooperation is provided and the prejudice ceases.

# JOHNS HOPKINS HEALTH CARE LLC

# OTHER INFORMATION ABOUT YOUR EHP BENEFITS

The Coordination of Benefits rules usually do not apply in cases where parents are divorced or legally separated. The plan of the parent with a court order setting responsibility for health care expenses will usually be the only plan that covers a child. Coordination of Benefits rules only apply when a child is actually covered under the separate plans of both parents.

If you have enrolled your spouse/same-sex domestic partner in the Medical Plan and your spouse/same-sex domestic partner loses coverage under his or her other plan, the Medical Plan becomes primary for both of you and any covered dependent children.

Please note that the Medical Plan is the Secondary Plan to any other plan covering a qualified beneficiary who has elected COBRA.

The Medical Plan is the Primary Plan if you are covered under the Medical Plan as an active employee and you are also covered by Medicare. Similarly, the Medical Plan is the Primary Plan for your covered spouse if your spouse is covered by Medicare and if you are an active employee. The Medical Plan is Secondary to Medicare if your same-sex domestic partner is covered by Medicare.

If you have retiree coverage under the Medical Plan and are eligible for Medicare, then the Medical Plan is your Secondary Plan. Remember, if you are eligible for Medicare but do not enroll for Medicare, the Medical Plan will pay secondary benefits as though you had enrolled for Medicare.

When the Medical Plan is the Secondary Plan, it will deem the Primary Plan to have made all benefit payments that would have been made had you complied with all the rules of the Primary Plan. For example, if you fail to submit a claim on time to the Primary Plan or if you do not get the required pre-certification for treatment, the Medical Plan will make its Secondary Plan payment based on the payment the Primary Plan would have made if you submitted the claim on time or if you obtained the required pre-certification.

## When The Medical Plan May Recover Payment

### Reimbursement

The Medical Plan's reimbursement provisions apply when you or your dependents receive, or in the future may receive, any amounts by settlement, verdict or otherwise, including from an insurance carrier, for an injury, illness or other condition. We call these amounts a "Recovery". For purposes of these reimbursement rules and the subrogation rules below, your dependents include your same-sex domestic partner and his or her dependent children. If you or your dependents have received a Recovery, the Plan will subtract the amount of the Recovery from the benefits it would otherwise pay for treatment of the injury, illness or other condition. If there is a possible future Recovery, the Plan may delay paying benefits until the Recovery is received, and then subtract the amount of the Recovery.

# OTHER INFORMATION ABOUT YOUR EHP BENEFITS

If the Plan has already paid benefits to or on behalf of you or your dependents for treatment of an injury, illness or other condition, you or your dependents (or the legal representatives, estate or heirs of you or your dependents) must promptly reimburse the Plan from any Recovery received for the amount of benefits paid by the Plan.  Reimbursement must be made regardless of whether you or your dependents are fully compensated ("made whole") by the Recovery.

In order to secure the Plan's reimbursement rights, by participating in the Plan you and your dependents, to the full extent of the Plan's claim for reimbursement, (1) grant the Plan a first priority lien against the proceeds of any Recovery received; (2) assign to the Plan any benefits you or your dependents may have under any insurance policy or other coverage and (3) agree to hold in trust for the Plan the proceeds of any Recovery received.

You and your dependents are obligated to cooperate with the Plan and its agents in order to protect the Plan's reimbursement rights.  Cooperation means providing the Plan or its agents with any relevant information requested, signing and delivering any documents as the Plan or its agents reasonably request, obtaining the written consent of the Plan or its agents before releasing any party from liability, taking actions as the Plan or its agents reasonably request to assist the Plan in making a full recovery, and taking no action that may prejudice the Plan's rights.

The Plan is only responsible for those legal costs to which it agrees in writing, and will not otherwise bear the legal costs of you and your dependents.  If you take any action to prevent the Plan from enforcing its reimbursement rights, you will also be liable to reimburse the Plan for any legal expenses that the Plan or its agents incur in enforcing the Plan's reimbursement rights.

## Subrogation

The Medical Plan's subrogation provisions apply when another party (including an insurance carrier) is or may be liable for your or your dependents' injury, illness or other condition, and the Medical Plan has already paid benefits for treatment of the injury, illness or other condition.

The Plan is subrogated to all of your and your dependents' rights against any party (including an insurance carrier) that is or may be liable for your and your dependents' injury, illness or other condition or for paying for treatment of the injury, illness or other condition.  The Plan is subrogated to the extent of the amount of the benefits it pays to or on behalf of you or your dependents.  The Plan may assert its subrogation right independently of you and your dependents.

You and your dependents are obligated to cooperate with the Plan and its agents in order to protect the Plan's subrogation rights.  Cooperation means providing the Plan or its agents with any relevant information requested, signing and delivering any documents as the Plan or its agents reasonably request, obtaining the written consent of the Plan or its agents before releasing any party from liability, taking actions as the Plan or its agents reasonably request to assist the Plan in making a full recovery, and taking no action that may prejudice the Plan's rights.

44

# OTHER INFORMATION ABOUT YOUR EHP BENEFITS

If you or your dependents enter into litigation or settlement negotiations regarding the obligations of other parties, you and your dependents must not prejudice the Plan's subrogation rights in any way.

The Plan's legal costs in subrogation matters will be borne by the Plan. However, if you take any action to prevent the Plan from enforcing its subrogation rights, you will be liable to reimburse the Plan for any legal expenses that the Plan or its agents incur in enforcing the Plan's subrogation rights. You and your dependents' legal costs will be borne by you and your dependents.

## When Medical Coverage Ends

Your coverage under the Medical Plan will end on the earliest of the following dates:

- The end of the month in which you end your employment or are no longer an eligible employee because of a decrease in the number of hours worked;
- The date the Medical Plan is discontinued;
- The date when you report for active duty as a member of the armed forces of any country, unless you qualify to continue Medical Plan coverage under the Johns Hopkins University Military Leave Policy;
- The date on which you stop making the required contributions for coverage;

Coverage for a dependent will end on the earliest of the following dates:

- The date your coverage ends;
- The end of the month in which he/she no longer qualifies as an eligible dependent under the Plan as explained earlier in this SPD under **Who is Eligible**;
- The effective date of your election to drop dependent coverage;
- The date the Medical Plan is discontinued;
- The date on which you stop making contributions for your dependents; or
- The date on which your dependent enters military service.

For certain of the above events, you or your dependents may be able to continue coverage by self-payment under COBRA, as explained below. If you take an unpaid leave of absence from your employment (including a leave covered by the Family and Medical Leave Act (FMLA)), you must continue making your required contributions for Medical Plan coverage to remain in effect. If you do not make your required contributions, your Medical Plan coverage will end. If your leave is covered under FMLA, you may be allowed to resume coverage upon your return from leave.

## COBRA Continuation Coverage

45

# KPS HEALTH PLANS

## KPS's Right of Reimbursement and Subrogation

The benefits of this Plan will be available to you for injury or illness caused by another party, subject to the exclusions and limitations of this Plan. If KPS provides Plan benefits for the treatment of the injury or illness, KPS will be subrogated to any rights that you may have to recover compensation or damages related to the injury or illness. You and your representative(s) must cooperate fully with KPS in protecting, preserving, and recovering the amounts KPS has paid, or will pay, on your behalf under this Group Plan. If you obtain a settlement or award that includes the recovery of medical expenses paid by KPS as Plan benefits for your injury or illness, you agree to reimburse KPS for the full amount of benefits paid after you have been fully compensated for your loss, subject to the following additional agreements:

(a) You and/or your attorney or representative agree to provide KPS, in writing, the details of the injury or illness, the names and addresses of the party or parties believed to be responsible, and any insurer who may offer coverage, and any other information reasonably necessary to protect KPS's subrogation rights.

(b) You agree to inform the responsible third party(ies) and any insurer(s) and attorneys of the amount of the lien asserted by KPS for payments made on your behalf.

(c) You agree to submit the bills relating to your injuries or illness to any insurer who may offer coverage for them, including, but not limited to, medical payments coverage, personal injury protection (PIP), or other plans or contracts providing for a benefit or recovery.

(d) You agree to make a claim against, or otherwise pursue recovery from, all responsible parties and their insurers for all payments advanced to you or your medical care Providers by KPS, or to assign to KPS all of your rights to a recovery, authorize KPS to bring suit in your name, and to fully cooperate in the presentation of the claim(s).

(e) You agree to include in any claim or lawsuit on your behalf, against any other party or insurer, a claim for repayment of the Plan benefits paid, or to be paid, by KPS on your behalf.

(f) You agree to give KPS reasonable notice in advance of any settlement, mediation, arbitration, or trial relating to the injury or illness.

(g) You agree not to enter into any agreement with any responsible party(ies) or insurer(s), or do anything else that would in any way release KPS's lien or prejudice our subrogation or reimbursement rights, without first obtaining express prior written consent from KPS.

(h) You agree, if requested, to hold in trust and to execute a trust agreement in the full amount of the Plan benefits provided to you from any recovery until such time as a final determination or settlement has been reached regarding the amount that fully compensates you for your loss to protect the rights of KPS as described in this section.

When you have cooperated as set out above, and you are represented by an attorney, KPS agrees to reduce the amount of its subrogated interest in Plan benefits in consideration of your attorney's fees and costs, based on the services provided and recovery obtained. In no case will KPS pay a larger share of fees and costs, as a percentage of its recovery, than you pay as a percentage of your recovery.

### Collection and Reimbursement by Enrollee

If you obtain a settlement or award that includes payment for the medical expenses covered by KPS as Plan benefits, you agree to reimburse KPS for these benefits, unless the amount you recover fails to fully compensate you. KPS may recover its benefit payments from you only after you have been fully compensated. Whether or not you have been fully compensated will be determined objectively, based on the facts of your recovery.

### Underinsured or Uninsured Motorist Coverage

In addition to the agreements set out above, when you recover benefits under any automobile uninsured or underinsured motorist (UIM) coverage, KPS shall be entitled to reimbursement from your recovery for any amount that exceeds full compensation for your loss. By providing Plan benefits, KPS is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. When you have cooperated as set out above, and you are represented by an attorney, KPS agrees to reduce the amount of its reimbursement or subrogation interest in consideration of your attorney's fees and costs, based on the services provided and recovery obtained. In no case will KPS pay a larger share of fees and costs, as a percentage of its recovery, than you pay as a percentage of your recovery.

### Cooperation

You and your representative(s) must deal in good faith with KPS and follow all of the conditions set forth in this section. In turn, KPS agrees to cooperate with you and your representative(s) in your effort to recover reimbursement and will advance payments on your behalf for injuries or medical conditions caused, or asserted by you to be caused, by any third party, subject to the limitations and exclusions of this Plan. Failure to cooperate may result in a delay or denial of otherwise eligible claims until the requested action or information is provided to KPS.

### Recovery of Claims Payments

#### Ineligible Persons

If KPS knowingly or unknowingly makes any payment on behalf of an individual who, for any reason, was not eligible to receive the services and benefits provided herein, KPS will be entitled to full reimbursement from such ineligible individual or from a Subscriber who applied for the ineligible benefits on behalf of such individual.

If KPS knowingly or unknowingly receives Premium payment on behalf of an individual who, for any reason, was not eligible to receive the services and benefits provided herein, KPS reserves the right to refund any Premium payment(s) in excess of claims paid for the time the individual was ineligible and shall have the right to recover the cost of any benefit furnished while such individual was improperly enrolled in this Group Plan.

NOTE: This section does not apply to services and benefits for which you or your Provider received prior authorization from KPS Health Plans.

#### Incorrect Claim Payment

KPS is entitled to full reimbursement from the payee for any incorrect claim payment. The term "incorrect claim payment" includes but is not limited to the following:

- ➢ Payment to the wrong Provider.
- ➢ Payment of an incorrect amount.
- ➢ Payment for a service that is not a Covered Benefit or Service.
- ➢ Duplicate payment for the same service.
- ➢ Payment on behalf of the wrong Enrollee.
- ➢ Incorrectly billed procedure or diagnosis.

# MEDICAL MUTUAL
# OF OHIO

**Right of Recovery**

If the Plan pays more for Covered Services than this provision requires, Medical Mutual has the right to recover on behalf of the Plan, the excess from anyone to or for whom the payment was made. You agree to do whatever is necessary to secure the Plan's right to recover the excess payment.

## Right of Subrogation and Reimbursement

**Subrogation**

The Plan reserves the right of subrogation. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, the Plan assumes your legal rights to recover the value of those benefits or expenses from any person, entity, organization or insurer, including your own insurer and any under insured or uninsured coverage, that may be legally obligated to pay you for the value of those benefits or expenses. The amount of the Plan's subrogation rights shall equal the total amount paid by the Plan for the benefits or expenses for Covered Services. The Plan's right of subrogation shall have priority over yours or anyone else's rights until the Plan recovers the total amount the Plan paid for Covered Services. The Plan's right of subrogation for the total amount the Plan paid for Covered Services is absolute and applies whether or not you receive, or are entitled to receive, a full or partial recovery or whether or not you are "made whole" by reason of any recovery from any other person or entity. This provision is intended to and does reject and supersede the "make-whole" rule, which rule might otherwise require that you be "made whole" before the Plan may be entitled to assert its right of subrogation.

**Reimbursement**

The Plan also reserves the right of reimbursement. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, you must repay the Plan any amounts recovered by suit, claim, settlement or otherwise, from any third party or his insurer and any under insured or uninsured coverage, as well as from any other person, entity, organization or insurer, including your own insurer, from which you receive payments (even if such payments are not designated as payments of medical expenses). The amount of the Plan's reimbursement rights shall equal the total amount paid by the Plan for the benefits or expenses for Covered Services. The Plan's right of reimbursement shall have priority over yours or anyone else's rights until the Plan recovers the total amount the Plan paid for Covered Services. The Plan's right of reimbursement for the total amount the Plan paid for Covered Services is absolute and applies whether or not you receive, or are entitled to receive, a full or partial recovery or whether or not you are "made whole" by reason of any recovery from any other person or entity. This provision is intended to and does reject and supersede the "make whole" rule, which rule might otherwise require that you be "made whole" before the Plan may be entitled to assert its right of reimbursement.

**Your Duties**

- You must provide the Plan or its designee any information requested by the Plan or its designee within five (5) days of the request.
- You must notify the Plan or its designee promptly of how, when and where an accident or incident resulting in personal injury to you occurred and all information regarding the parties involved.
- You must cooperate with the Plan or its designee in the investigation, settlement and protection of the Plan's rights.
- You must send the Plan or its designee copies of any police report, notices or other papers received in connection with the accident or incident resulting in personal injury to you.
- You must not settle or compromise any claims unless the Plan or its designee is notified in writing at least thirty (30) days before such settlement or compromise and the Plan or its designee agrees to it in writing.

**Discretionary Authority**

Medical Mutual shall have discretionary authority to interpret and construct the terms and conditions of the Subrogation and Reimbursement provisions and make determination or construction which is not arbitrary and capricious. Medical Mutual's determination will be final and conclusive.

# NORIDIAN MUTUAL INSURANCE COMPANY

7.4 **RIGHTS OF SUBROGATION, REIMBURSEMENT AND ASSIGNMENT**

If the Claims Administrator on behalf of the Group pays benefits for Covered Services to or for a Member for any injury or condition caused or contributed to by the act or omission of any third party, the Claims Administrator on behalf of the Group shall have certain rights of assignment, subrogation and/or reimbursement as set forth below. The Claims Administrator has full discretionary authority to determine whether to exercise any or all of said rights.

**A Member must notify the Claims Administrator of the circumstances of the injury or condition, cooperate with the Claims Administrator in doing whatever is necessary to enable the Claims Administrator to assert these rights, and do nothing to prejudice them. The rights stated herein apply automatically in any applicable situation. The Claims Administrator has no obligation to notify a Member of the Claims Administrator's intent to exercise one or more of these rights and the Claims Administrator's failure to provide such a notice shall not constitute a waiver of these rights.**

If a Member does not comply with these provisions or otherwise prejudices the rights of the Claims Administrator on behalf of the Group to assignment, subrogation or reimbursement, the Claims Administrator shall have full discretion to withhold payment of any future benefits to or for the Member and to off set the benefits already paid to or for the Member against the payment of any future benefits to or for the Member regardless of whether or not said future benefits are related to the injury or condition. The Claims Administrator shall have full discretion to interpret these provisions and to determine their application in each and every situation. Any decisions by the Claims Administrator regarding the application of the above provisions shall be final, conclusive and binding upon all parties.

A. <u>Right of Assignment and/or Subrogation</u>: If a Member fails to bring a claim against a third party (including any person, firm or corporation which may be liable for or on behalf of the third party), the Claims Administrator on behalf of the Group has the right to bring said claim as the assignee and/or subrogee of the Member and to recover any benefits paid under this Benefit Plan.

B. <u>Right of Reimbursement</u>: If a Member makes any recovery from a third party (including any person, firm or corporation which may be liable for or on behalf of the third party), whether by judgment, settlement or otherwise, the Member must notify the Claims Administrator of said recovery and must reimburse the Claims Administrator on behalf of the Group to the full extent of any benefits paid by the Claims Administrator, not to exceed the amount of the recovery. This right of reimbursement shall apply to any such recovery to the extent of any benefits paid under this Benefit Plan even if the Member has not received full compensation for the injury or condition. Any recovery the Member may obtain is conclusively presumed to be for the reimbursement of benefits paid by the Claims Administrator on behalf of the Group until the Claims Administrator has been fully reimbursed.

The Member agrees to not transfer any right to any recovery to a third party or otherwise attempt to avoid the rights of the Claims Administrator on behalf of the Group under this Benefit Plan. The Member agrees that any recovery shall be held in trust for the Claims Administrator on behalf of the Group until the Claims Administrator on behalf of the Group has been fully reimbursed and/or that the Claims Administrator on behalf of the Group shall have a lien on any recovery to the full extent of any benefits paid under this Benefit Plan. The Member agrees that to enforce its rights under this section, the Claims Administrator on behalf of the Group may pursue any and all remedies, legal or equitable, available under state or federal law, including subrogation, breach of contract, constructive trust, equitable lien, injunction, restitution and any other remedies.

7.4     **RIGHTS OF SUBROGATION, REIMBURSEMENT AND ASSIGNMENT**

If BCBSND pays benefits for Covered Services to or for a Member for any injury or condition caused or contributed to by the act or omission of any third party, BCBSND shall have certain rights of assignment, subrogation and/or reimbursement as set forth below. BCBSND has full discretionary authority to determine whether to exercise any or all of said rights.

**A Member must notify BCBSND of the circumstances of the injury or condition, cooperate with BCBSND in doing whatever is necessary to enable BCBSND to assert these rights, and do nothing to prejudice them. The rights stated herein apply automatically in any applicable situation. BCBSND has no obligation to notify a Member of BCBSND's intent to exercise one or more of these rights and BCBSND's failure to provide such a notice shall not constitute a waiver of these rights.**

If a Member does not comply with these provisions or otherwise prejudices the rights of BCBSND to assignment, subrogation or reimbursement, BCBSND shall have full discretion to withhold payment of any future benefits to or for the Member and to off set the benefits already paid to or for the Member against the payment of any future benefits to or for the Member regardless of whether or not said future benefits are related to the injury or condition.

A.  Right of Assignment and/or Subrogation: If a Member fails to bring a claim against a third party (including any person, firm or corporation which may be liable for or on behalf of the third party), BCBSND has the right to bring said claim as the assignee and/or subrogee of the Member and to recover any benefits paid under this Benefit Plan.

B.  Right of Reimbursement: If a Member makes any recovery from a third party (including any person, firm or corporation which may be liable for or on behalf of the third party), whether by judgment, settlement or otherwise, the Member must notify BCBSND of said recovery and must reimburse BCBSND to the full extent of any benefits paid by BCBSND, not to exceed the amount of the recovery. This right of reimbursement shall apply to any such recovery to the extent of any benefits paid under this Benefit Plan even if the Member has not received full compensation for the injury or condition. Any recovery the Member may obtain is conclusively presumed to be for the reimbursement of benefits paid by BCBSND until BCBSND has been fully reimbursed.

The Member agrees to not transfer any right to any recovery to a third party or otherwise attempt to avoid BCBSND's rights under this Benefit Plan. The Member agrees that any recovery shall be held in trust for BCBSND until BCBSND has been fully reimbursed and/or that BCBSND shall have a lien on any recovery to the full extent of any benefits paid under this Benefit Plan. The Member agrees that to enforce its rights under this section, BCBSND may pursue any and all remedies, legal or equitable, available under state or federal law, Including subrogation, breach of contract, constructive trust, equitable lien, injunction, restitution and any other remedies.

# PREMERA BLUE CROSS

## WHAT'S NOT COVERED? (continued)

### Services And Supplies Furnished By Providers That Are Not Part Of Our Provider Network

Services and supplies furnished by providers that are not part of our provider network. However, this exclusion doesn't apply to certain covered services, supplies and providers (please see "Other Providers" under "How Does Selecting A Provider Affect My Benefits?") and "Benefit Level Exceptions For Non-Emergent Care."

### Sexual Dysfunction

Diagnosis and treatment of sexual dysfunctions, regardless of origin or cause; surgical, medical or psychological treatment of impotence or frigidity, including penile or other implants; and, any direct or indirect complications and aftereffects thereof.

### Skilled Nursing Facility Coverage Exceptions

- Custodial care
- Care that is primarily for senile deterioration, mental deficiency or retardation or the treatment of chemical dependency

### Transplant Coverage Exceptions

Organ, bone marrow and stem cell transplants, including any direct or indirect complications and after effects thereof, except as specifically stated

- Services or supplies that are payable by any government or charitable grant. This includes services performed on potential or actual living donors and recipients, and on cadavers
- Donor costs for a solid organ transplant, or bone marrow or stem cell reinfusion not specified as covered
- Donor costs for which benefits are available under other group or individual coverage
- Non-human or mechanical organs, unless we determine they are not "experimental/investigational services" (please see the "Definitions" section in this booklet)

### Vision Exams

Routine vision exams to test visual acuity and/or to prescribe any type of vision hardware

### Vision Hardware

- Vision hardware (and their fittings) used to improve visual sharpness, including eyeglasses and contact lenses, including related supplies
- Non-prescription eyeglasses or contact lenses, or other special purpose vision aids (such as magnifying attachments), sunglasses or light-sensitive lenses, even if prescribed

### Vision Therapy

Vision therapy, eye exercise, or any sort of training to correct muscular imbalance of the eye (orthoptics), and pleoptics. Also not covered are treatment or surgeries to improve the refractive character of the cornea, including the treatment of complications.

# WHAT IF I HAVE OTHER COVERAGE?

## COORDINATING BENEFITS WITH OTHER HEALTH CARE PLANS

You also may be covered under one or more other group or individual plans, such as one sponsored by your spouse's employer. Because all of the benefits of this plan are subject to coordination of benefits, this plan includes a "coordination of benefits" feature to handle such situations. We'll coordinate the benefits of this plan with those of your other plans to make certain that, in each calendar year, the total payments from all medical plans are not more than the total allowable medical expenses." In order to process your claim in these instances, Premera Blue Cross requires that you send us a copy of the EOB from your primary insurance carrier along with your claim.

### Definitions Applicable To Coordination Of Benefits

To understand coordination of benefits, it's important to know the meanings of the following terms:

- **Allowable Medical Expense** means the usual, customary and reasonable charge for any medically necessary health care service or supply provided by a licensed medical professional when the service or supply is covered at least in part under any of the medical plans involved. When a plan provides benefits in the form of services or supplies rather than cash payments, the reasonable cash value of each service rendered or supply provided shall be considered an allowable expense.
- **Claim Determination Period** means a calendar year.
- **Medical Plan** means all of the following health care coverages, even if they do not have their own coordination provisions:
  - Group, individual or blanket disability insurance policies and health care service contractor and health maintenance organization group or individual agreements issued by insurers, health care service contractors, and health maintenance

organizations

- Labor-management trusteed plans, labor organization plans, employer organization plans or employee benefit organization plans
- Government programs that provide benefits for their own civilian employees or their dependents
- Group coverage required or provided by any law, including Medicare. This doesn't include workers' compensation
- Group student coverage that's sponsored by a school or other educational institution and includes medical benefits for illness or disease

Each contract or other arrangement for coverage described above is a separate plan.

### Effect On Benefits

An important part of coordinating benefits is determining the order in which the plans provide benefits. One plan is responsible for providing benefits first. This is called the "primary" plan. The primary plan provides its full benefits as if there were no other plans involved. The other plans then become "secondary." This means they reduce their payment amounts so that the total benefits from all medical plans are not more than the allowable medical expenses. Coordination of benefits always considers amounts that **would** be payable under the other plan, whether or not a claim has actually been filed.

Here is the order in which the plans should provide benefits:

**First:** A plan that doesn't provide for coordination of benefits.

**Next:** A plan that covers you as other than a dependent.

**Next:** A plan that covers you as a dependent. For dependent children, the following rules apply:

When the Parents **Are not** Separated or Divorced: The plan of the parent whose birthday falls earlier in the year will be primary, if that's in accord with the coordination of benefits provisions of both plans. Otherwise, the rule set forth in the plan that doesn't have this provision shall determine the order of benefits.

When the Parents **Are** Separated or Divorced: If a court decree makes one parent responsible for paying the child's health care costs, that parent's plan will be primary. Otherwise, the plan of the parent with custody will be primary, followed by the plan of the spouse of the parent with custody,

followed by the plan of the parent who doesn't have custody.

If the rules above do not apply, the plan that has covered you for the longest time will be primary, except that benefits of a plan that covers you as a laid-off or retired employee, or as the dependent of such an employee, shall be determined after the benefits of any plan that covers you as other than a laid-off or retired employee, or as the dependent of such an employee. However, this applies only when other plans involved have this provision regarding laid-off or retired employees.

If none of the rules above determine the order of benefits, the plan that's covered the employee or subscriber for the longest time will be primary.

Any amount by which a secondary plan's benefits have been reduced in accord with this section shall be used by the secondary plan to pay your allowable medical expenses not otherwise paid, and such reduced amount shall be charged against the applicable plan's benefit limit. However, you must have incurred these expenses during the claim determination period. As each claim is submitted, the secondary plan determines its obligation to pay for allowable medical expenses based on all claims that were submitted up to that time during the claim determination period.

### Right Of Recovery/Facility Of Payment

We have the right to recover any payments we make that are greater than those required by the coordination of benefits provisions from one or more of the following: the persons we paid or for whom we have paid, providers of service, insurance companies, service plans or other organizations. If a payment that should have been made under this plan was made by another plan, we also have the right to pay directly to another plan any amount that should have been paid by us. Our payment will be considered a benefit under this plan and will meet our obligations to the extent of that payment.

### Coordinating Benefits With Medicare

If you're also covered under Medicare, federal law may require this plan to be primary over Medicare.

When this plan isn't primary, we'll coordinate benefits with Medicare.

### THIRD-PARTY LIABILITY (SUBROGATION)

If we make claims payment on your behalf for injury or illness for which another party is liable, or for

## WHAT IF I HAVE OTHER COVERAGE? (continued)

which uninsured/underinsured motorist (UIM) or personal injury protection (PIP) insurance exists, we may be entitled to be repaid for those payments out of any recovery from that liable party.  The liable party is also known as the "third party" because it's a party other than you or us.  "Subrogation" means that we may collect directly from that third party to the extent we've paid on your behalf for illness or injury caused by the third party.  Because we've paid for your illness or injuries, we may be entitled to recover for those expenses.

To the fullest extent permitted by law, we're entitled to the proceeds of any settlement or judgment that results in a recovery from a third party, up to the amount of benefits paid by us for the condition.  In recovering benefits provided, we may at our election either hire our own attorney or be represented by your attorney.  If we choose to be represented by your attorney, we'll pay, on a contingent basis, a reasonable portion of the attorney fees which are necessary for asserting our right of recovery in the case.  This portion usually won't be more than 20% of the amount we seek to recover.  We won't pay for any legal costs incurred by you or on your behalf, and you won't be required to pay any portion of the costs incurred by us or on our behalf.

Before accepting any settlement on your claim against a third party, you must notify us in writing of any terms or conditions offered in a settlement, and you must notify the third party of our interest in the settlement established by this provision.  You also must cooperate with us in recovering amounts paid by us on your behalf.  If you retain an attorney or other agent to represent you in the matter, you must require your attorney or agent to reimburse us directly from the settlement or recovery.

To the maximum extent permitted by law, we're "subrogated" to your rights against any third party who is responsible for the condition, meaning that we have the right to sue any such third party in your name, and have a security interest in, and lien upon, any recovery to the extent of the amount of benefits paid by us and for our expenses in obtaining a recovery.  We also may assert our right to recover benefits directly from the third party.

## UNINSURED AND UNDERINSURED MOTORIST COVERAGE

We have the right to be reimbursed for benefits provided, but only to the extent that benefits are also paid for such services and supplies under the terms of a motor vehicle uninsured motorist and/or

underinsured motorist (UIM) policy or similar type of insurance or contract.

The amount of reimbursement that we're entitled to receive under this provision is the amount in excess of the amount you receive from all insurance sources that fully compensate you for damages arising from the injury for which such benefits have been paid.

# WHO IS ELIGIBLE FOR COVERAGE?

This section of your booklet describes who is eligible for coverage.

## SUBSCRIBER ELIGIBILITY

You are eligible to be covered by this plan if you are an employee and on the payroll of Weyerhaeuser Company or a participating company as described below:

- A non-union hourly production employee employed on a full-time basis.
- A member of a union that has agreed to provide this plan under their labor contract and who meets the benefits eligibility requirements as defined by the labor contract.

Temporary employees are not eligible for coverage under the plan regardless of the number of hours worked.

## DEPENDENT ELIGIBILITY

As an employee enrolling in this plan, you may also provide coverage to certain dependents provided the rules described in the chart below are satisfied.

# PRIORITY HEALTH

HMO Certificate of Coverage

**E.  Release.**

We may release to and obtain from any other insurer, plan or party, any information that we consider necessary for coordination of benefits or recovery of overpayments.  You must cooperate to provide all requested information.

**F.  Recovery of Overpayments; Conditional Benefit Payments.**

A payment made by another plan may include an amount that should have been paid under this Certificate.  If it does, we may reimburse that amount directly to the other plan.  The amount will then be treated as though it were a benefit we had paid, and we will not have to pay that amount again. The term "payment made" includes the reasonable cash value of the benefits provided in the form of services.

If the amount of the payments we made is more than we should have paid under the COB provision, or if we have provided services which should have been paid by a Primary Payer, we may recover the excess or the reasonable cash value of the services, as applicable, from one or more of: (i) the persons we paid or for whom we are providing services) and a right of reimbursement (which organizations. We can recover those amounts as we choose.  If you incur medical expenses for which another party is or may be responsible, we may provide Coverage subject to our right to reimbursement.  If we ask, you (or your legal guardian) must sign any agreements or other documents and cooperate with us to make sure that we can recover the overpayments or obtain the reimbursement described in this paragraph.  Reimbursement will be made to the extent of, but not exceeding, the total amount of recovery payable to or on your behalf (or on behalf of your guardian or estate) from: (i) any policy or contract from any insurance company or carrier (including your insurer); and (ii) any third party, plan or fund as a result of a judgment or settlement.

**G.  Subrogation and Reimbursement.**

When you receive payment for Covered Services, you assign (or transfer) to us all of your rights of recovery from any third party, including Group.  These rights of recovery include a right to subrogation (which means that we can stand in your or your estate's shoes and sue a third party directly for an Illness or Injury for which we have paid a provider) and a right of reimbursement (which means that we have a right to be reimbursed out of any recoveries you or your estate receives in the future or may have received in the past from third parties relating to your Illness or Injury for which we are providing services).  These rights include recoveries from tort-feasors, underinsured/uninsured motorist coverage, worker's compensation, other substitute coverage, any other group or non-group policy of insurance providing health and/or accident coverage (including, but not limited to, any insurance policy having to do with payment of medical benefits that result from an automobile accident, and any riders or attachments to that policy), or any other right of recovery, whether based in tort, contract, or any other body of law. This assignment is to the fullest extent permitted by law. Our rights of recovery shall not be limited to recoveries from third parties designated for medical expenses, but shall extend to any and all recovered amounts.  In the case of both subrogation and reimbursement, we will be permitted to pursue a recovery amount equal to the total amount paid by us, or the cost of services provided by us, as applicable, plus reasonable collection costs, because of an Illness or Injury for which you (or your estate or guardian) have or had a cause of action.  You are required , when requested, to acknowledge our rights of recovery in writing.  Our right of recovery, however, is not dependent upon this acknowledgement.  You must tell us immediately, in writing, about any situation that might let us invoke our rights under this section.

You must cooperate with us to help protect our rights under this section.  You agree that these rights will be considered the first priority claim with a first priority lien of 100% of the proceeds of any full or partial recovery against anyone else.  Our claim will be paid before any other claims are paid, whether or not you have recovered your total amount of damages. We must be reimbursed in full before any amounts (including attorney's fees incurred by you or your guardian or estate) are deducted from the policy proceeds, judgment or settlement.

Neither you, nor anyone acting for you, will do anything to harm our rights under this section.  If you settle a claim or action against a third party, you will be considered to have been made whole by the settlement.  We expressly reject the application of any "make whole", common fund or other claim or defense to Priority Health's subrogation and reimbursement rights.  We will then have the right to immediately collect the present value of our right to reimbursement, as described above.  Our claim will be the first priority claim from the settlement fund.  If you receive any proceeds of settlement or judgment, and if we have a right of reimbursement in those proceeds, you must hold those proceeds in trust for us.  Transfer of such funds to a third party does not defeat our right of reimbursement if the funds were or are intended for your benefit. We can recover from you expenses we incur because you failed to cooperate in enforcing our rights under this section.

For purposes of this subsection 13.G, the term "you" includes you and any person claiming through or on behalf of you, including relatives, heirs, assigns and successors.

**Release.**

The Plan Administrator or its designee may release to and obtain from any other insurer, plan or party, any information that it considers necessary for coordination of benefits or recovery of overpayments. You must cooperate to provide all such information.

**Conditional Benefit Payments and Recovery of Overpayments.**

A payment made by another plan may include an amount that should have been paid under this plan. If it does, this plan may pay that amount directly to the other plan. The amount will then be treated as though it were a benefit this plan had paid, and this plan will not have to pay that amount again. The term "payment made" includes the reasonable cash value of the benefits provided in the form of services.

If the amount of the payments made by this plan is more than should have been paid under the COB provision, or if services should have been paid by a primary plan, this plan may recover the excess or the reasonable cash value of the services, as applicable, from one or more of: (a) the person or provider paid; (b) insurance companies; or (c) other organizations. We can recover these amounts as we choose. If you incur medical expenses for which another party is or may be responsible, we may provide coverage subject to our rights to reimbursement. You (or your legal guardian) must sign any agreements or other documents and cooperate with us to make sure we can recover any overpayments or obtain the reimbursement described in this section.

**Subrogation and Right of Reimbursement.**

If you incur medical expenses for which another party is or may be responsible, we may provide coverage subject to our right to reimbursement. You (or your legal guardian) must sign any agreements or other documents and cooperate with us to make sure that we can recover the overpayments or obtain the reimbursement described in this section. Reimbursement will be made to the extent of, but not exceeding, the total amount of any recovery, whether full or partial, payable to or on your behalf (or on behalf of your guardian or estate) from (a) any policy or contract from any insurance company or carrier (including your insurer); and (b) any third party, plan or fund as a result of a judgement or settlement.

The plan will be reimbursed in full before any amounts, including attorney's fees, are deducted from the policy, proceeds, settlement or judgment. Reimbursement will be made regardless of how the proceeds are characterized in the settlement or judgment and whether or not any portion is specifically allocated to medical expenses.

When you receive payment for covered services under the plan, you assign to the plan, or transfer to the plan, all your rights of recovery from any third party, including the Company. These include recoveries, whether full or partial, from tort-feasors, underinsured/uninsured motorist coverage, other substitute coverage, any other group or non-group policy of insurance providing health and/or accident coverage (including, but not limited to, any insurance policy having to do with payment of medical benefits that result from an automobile accident, and any riders or attachments to that policy), or any other right of recovery, whether based in tort, contract, or any other body of law. This assignment, or transfer, is to the fullest extent permitted by law, and the plan shall have a lien on the proceeds of any such recovered amount for the amount of reimbursement. That amount will equal the total amount paid under this plan because of an illness or injury for which you (or your estate or guardian) have or may have a cause of action. You also may be required to assign your rights to the extent of the reasonable value of the services and benefits the plan has provided, plus reasonable collection costs. You must tell us immediately, in writing, about any situation that might let the plan invoke its rights under this section.

You must cooperate with us to help protect the plan's rights under this section. You agree that those rights will be considered the first priority claim against anyone else. The plan's claim will be paid before any other claims are paid, whether or not you have recovered your total amount of damages. The plan must be reimbursed in full before any amounts (including attorney's fees incurred by you or your guardian or estate) are deducted from the policy proceeds, judgment or settlement.

Neither you, nor anyone acting for you, will do anything to harm the plan's rights under this section. If you settle a claim or action against a third party, you will be considered to have been made whole by the settlement. The plan will then have the right to immediately collect the present value of its subrogation rights or right of recovery. This plan's claim will be the first priority claim from the settlement fund. If you (or your attorney, or any other third party) receive any proceeds of settlement or judgment for your medical expenses, and if the plan has a right of subrogation or recovery in those proceeds, you must hold such proceeds in constructive trust for the plan. The plan can recover its expenses from you if it incurs those fees because you failed to cooperate in enforcing the plan's rights under this section. Failure to comply with these requirements by you or your estate or guardian may, at the Plan Administrator's discretion, result in a loss of benefits under this plan.

For purposes of this subsection, the term "you" includes you and any person claiming through or on behalf of you, including relatives, heirs, assigns and successors.

# REGENCE BLUECROSS BLUESHIELD OF OREGON

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY

We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits

If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

  - the third party or third party's insurer admits liability;
  - the health care expenses are itemized or expressly excluded in the recovery; or
  - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

  - the filing of a lawsuit;
  - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You. By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

## Motor Vehicle Coverage

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident. In that case, this right of reimbursement and subrogation provision still applies.

## Workers' Compensation

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

  - filing a claim;
  - having the claim accepted or rejected;
  - appealing any decision;
  - settling or otherwise resolving the claim; or
  - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

## Fees and Expenses

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery. However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us. We have discretion whether to grant such requests.

## Future Medical Expenses

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3      FIRST AND THIRD PARTY PAYMENTS.

5.3.1      COMPANY'S RIGHT TO RECOVER PAYMENTS.  The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract.  If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below.  As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover.  The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement.  Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

5.3.2      COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE.  If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages.  The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable.  In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3    UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

# REGENCE BLUECROSS BLUESHIELD OF UTAH

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY
We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits
If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

  - the third party or third party's insurer admits liability;
  - the health care expenses are itemized or expressly excluded in the recovery; or
  - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

  - the filing of a lawsuit;
  - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You. By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

## Motor Vehicle Coverage

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident. In that case, this right of reimbursement and subrogation provision still applies.

## Workers' Compensation

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

    - filing a claim;
    - having the claim accepted or rejected;
    - appealing any decision;
    - settling or otherwise resolving the claim; or
    - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

## Fees and Expenses

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery. However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us. We have discretion whether to grant such requests.

## Future Medical Expenses

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3   FIRST AND THIRD PARTY PAYMENTS.

5.3.1   COMPANY'S RIGHT TO RECOVER PAYMENTS.  The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract.  If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below.  As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover.  The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement.  Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

5.3.2   COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE.  If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages.  The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable.  In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3    UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

# REGENCE BLUESHIELD OF IDAHO

Innova/Engage line of products (i.e., most up to date products):

### RIGHT OF REIMBURSEMENT AND SUBROGATION RECOVERY

We will not provide coverage under the Contract for any medical (or dental and vision, if applicable) or Prescription Medication expenses You incur for treatment of an Injury or Illness if the costs associated with the Injury or Illness may be recoverable from any of the following:

- a third party;
- worker's compensation; or
- any other source, including automobile medical, personal injury protection ("PIP"), automobile no-fault, homeowner's coverage, commercial premises medical coverage or similar contract or insurance, when the contract or insurance is either issued to, or makes benefits available to You, whether or not You make a claim under such coverage.

### Advancement of Benefits

If You have a potential right of recovery for Illnesses or Injuries from a third party who may have legal responsibility or from any other source, We may advance benefits pending the resolution of a claim to the right of recovery if all the following conditions apply:

- By accepting or claiming benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement, uninsured motorist payment or any other recovery related to the Injury or Illness for which We have provided benefits.
- In addition to Our right of reimbursement, We may choose, at Our discretion, instead to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative.
- Our rights apply without regard to the source of payment for medical expenses, whether from the proceeds of any settlement, arbitration award or judgment or other characterization of the recovery by the Member and/or any third party or the recovery source. We are entitled to reimbursement from the first dollars received from any recovery. This applies regardless of whether:

  - the third party or third party's insurer admits liability;
  - the health care expenses are itemized or expressly excluded in the recovery; or
  - the recovery includes any amount (in whole or in part) for services, supplies or accommodations covered under the Contract.

- We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise. Our right to reimbursement or subrogation, however, will not exceed the amount of recovery.
- We may require You to sign and deliver all legal papers and take any other actions requested to secure Our rights (including an assignment of rights to pursue Your claim if You fail to pursue Your claim of recovery from the third party or other source). If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of any benefits.
- You must agree that nothing will be done to prejudice Our rights and that You will cooperate fully with Us, including signing any documents within the required time and providing prompt notice of any settlement or other recovery. You must notify Us of any facts that may impact Our right to reimbursement or subrogation, including, but not necessarily limited to, the following:

  - the filing of a lawsuit;
  - the making of a claim against any third party;

- scheduling of settlement negotiations (including, but not necessarily limited to, a minimum of 21 days advance notice of the date, time, location and participants to be involved in any settlement conferences or mediations); or
- intent of a third party to make payment of any kind to Your benefit or on Your behalf and that in any manner relates to the Injury or Illness that gives rise to Our right of reimbursement or subrogation (notification is required a minimum of five business days before the settlement).

- You and/or Your agent or attorney must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit or on Your behalf that in any manner relates to the Injury or Illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released.
- In the event You and/or Your agent or attorney fail to comply with any of these, We may recover any such benefits advanced for any Illness or Injury through legal action.
- Any benefits We have provided or advanced are provided solely to assist You.  By paying such benefits, We are not acting as a volunteer and are not waiving any right to reimbursement or subrogation.

**Motor Vehicle Coverage**

If You are involved in a motor vehicle accident, You may have rights both under motor vehicle insurance coverage and against a third party who may be responsible for the accident.  In that case, this right of reimbursement and subrogation provision still applies.

**Workers' Compensation**

Here are some rules which apply in situations where a workers' compensation claim has been filed:

- You must notify Us in writing within five days of any of the following:

  - filing a claim;
  - having the claim accepted or rejected;
  - appealing any decision;
  - settling or otherwise resolving the claim; or
  - any other change in status of Your claim.

- If the entity providing workers' compensation coverage denies Your claim and You have filed an appeal, We may advance benefits for Covered Services if You agree to hold any recovery obtained in a segregated account for Us.

**Fees and Expenses**

We are not liable for any expenses or fees incurred by You in connection with obtaining a recovery.  However, You may request that We pay a proportional share of attorney's fees and costs at the time of any settlement or recovery to otherwise reduce the required reimbursement amount to less than the full amount of benefits paid by Us.  We have discretion whether to grant such requests.

**Future Medical Expenses**

We may, at Our discretion, exclude benefits for otherwise Covered Services, as follows:

- When You have received a recovery from another source relating to an Illness or Injury for which We have previously paid benefits.
- Until the total amount excluded under this provision equals the third-party recovery.

The amount of any exclusion under this provision, however, will not exceed the amount of benefits previously paid in connection with the Illness or Injury for which the recovery has been made.

Washington (RBS) product (circa February 2007 – may have been updated since)

SECTION 5.3     FIRST AND THIRD PARTY PAYMENTS.

5.3.1     COMPANY'S RIGHT TO RECOVER PAYMENTS. The Benefits of this Contract, as determined by the Company, will be available to a Member who is injured by another party, subject to the exclusions and limitations of this Contract.  If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury; and (b) have a security interest in any damage recoveries to the extent of all payments made by the Company, subject to the limitations specified in the Paragraph below.  As a condition of receiving the Benefits of the Contract for the injury, the Member or Member's representative shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement guaranteeing the Company's rights as described in this Section; (b) give the Company, in writing, the name and address of the party who caused the injury, the facts of the accident, and any other information reasonably necessary to protect the Company's subrogation rights; (c) if the injury was caused by another party, submit the bills relating to the accident to the other party's liability insurer when the Member knows that the other party has liability insurance and knows the identity and address of such insurer; and (d) submit the bills relating to the accident to any underinsured or uninsured motorist insurer from which the Member is entitled to recover.  The Member or the Member's representative shall cooperate fully with the Company in recovering the amount the Company has paid, including providing prior written notice of any intended settlement. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.

5.3.2     COLLECTION BY MEMBER OR MEMBER'S REPRESENTATIVE. If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages.  The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable.  In cases where such excess occurs, the Company shall have the right to enforce its subrogation rights against: (a) the other party's reachable assets, including all present and future property and property rights of the other party, including but not limited to the other party's liability insurance coverage, and excluding only that portion of property and property rights

that is by law exempt from execution, attachment, or garnishment; and (b) any amounts available under the terms of any contract or insurance offering automobile medical, personal injury protection ("PIP"), automobile no-fault, automobile uninsured or underinsured motorist, homeowner, commercial premises coverage, or similar contract or insurance, when such contract or insurance is issued to or makes Benefits available to the Member.

5.3.3   UNINSURED OR UNDERINSURED MOTORIST COVERAGE. Where the Member is entitled to be compensated by Benefits available under the terms of any automobile uninsured or underinsured motorist coverage, when such contract or insurance is issued to or provides Benefits to the Member, the Company shall be entitled to recover Benefits provided under this Contract, provided that, where the Member receives a judgment or a settlement under an uninsured or underinsured motorist coverage provision, and such judgment or settlement does not result in the Member being fully compensated for nonmedical damages, the Company shall have no right to reimbursement. By providing Benefits, the Company is carrying out its obligation under this Contract, and is not acting as a volunteer, and is not waiving any rights to reimbursement or subrogation. The Member shall reimburse the Company for any amounts paid by the Company subject to this provision. Where the Member has cooperated in providing the required information and is represented by an attorney, the Company shall reduce its subrogated interest by a reasonable amount based on the services provided.