# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

*LexisNexis File & Serve 19720835 E-SERVICE*
*May 7 2008*

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | RANIER | DREW | |

**Name of Law Firm:** RANIER, GAYLE & ELLIOT, LLC

**Current Address:**
- Street: PO BOX 56708
- City: HOUSTON
- State: TX
- Zip: 77256
- Country: USA

**Telephone Number:** 713.403.7800  **Facsimile:** 713.960.6096  **Email:** drew@vioxxgroup.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | LAMBERT | PATRICE | D. |

**Plaintiff Address:**
- Street: 729 MERCEDES PLACE
- City: TERRYTOWN
- State: LA
- Zip: 70056
- Country: USA

**Telephone Number:** 504.394.3370  **Facsimile:** UNKNOWN  **Email:** UNKNOWN

**Case Caption:** PATRICE LAMBERT, TRUSTEE FOR THE HEIRS AND NEXT OF KIN OF EUGENE LAMBERT DECEASED VS. MERCK & CO. INC.

**Case Number:** 2:06-CV-2679

**Court Where Case is Pending:** E.D.L.A

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☑ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

**Address:**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:**   **Facsimile:**   **Email:**

**Relationship to Plaintiff:** ☐ Friend ☐ Relative (specify relationship: _____)

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06 / 09 / 08. (*Record Docket No.* 14634 )

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 / 7 / 08 (Month/Day/Year) | _[signature]_ Counsel |
|---|---|---|

#343319

2