# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § CIVIL ACTION |
| | § |
| v. | § NO. 08-1633 |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § SECTION L, MAG. 3 |
| | § |
| | § JUDGE FALLON |
| | § |
| | § MAGISTRATE JUDGE KNOWLES |
| | § |
| | § In Relation to:  MDL Docket No. 1657 |
| | § |
| | § In Re:  VIOXX |
| | § |
| | § PRODUCTS LIABILITY LITIGATION |

## SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

In response to the Court's request, at the telephonic hearing held at 2:00PM on June 11, 2008, for additional information regarding the health plans represented in this action, Plaintiffs' respectfully submit the affidavits and exhibits appended hereto.

DATED this 18th day of June, 2008

                          SUSMAN GODFREY L.L.P.

                          */s/Lexie White*
                          Lexie G. White
                          Louisiana State Bar No. 29478
                          Neal S. Manne
                          Texas State Bar No. 12937980
                          William Christopher Carmody
                          Texas State Bar No. 03823650
                          Joseph S. Grinstein
                          Texas State Bar No. 24002188
                          SUSMAN GODFREY L.L.P.
                          1000 Louisiana Street, Suite 5100
                          Houston, Texas 77002
                          Telephone: (713) 651-9366
                          Facsimile: (713) 654-6666

OF COUNSEL:

Richard W. Cohen
Peter D. St. Phillip, Jr.
Gerald Lawrence
LOWEY DANNENBERG COHEN & HART, P.C.
1 North Broadway, 5th Floor
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Mark D. Fischer
Mark M. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES PLLC
1 Eden Parkway
LaGrange, KY 40031
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

Attorneys for Plaintiffs

## **CERTIFICATION OF SERVICE**

I hereby certify that the above and foregoing SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th Day of June, 2008.

/s/Lexie White
Lexie G. White
Louisiana State Bar No. 29478
Attorney for Plaintiffs
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lwhite@susmangodfrey.com

3