# APPENDIX
# PART 4

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § CIVIL ACTION |
| | § |
| v. | § NO. 08-1633 |
| | § |
| US Bancorp; BrownGreer, PLC; and John | § SECTION L, MAG. 3 |
| Does | § |
| | § JUDGE FALLON |
| | § |
| | § MAGISTRATE JUDGE KNOWLES |
| | § |
| | § In Relation to: MDL Docket No. 1657 |
| | § |
| | § In Re: VIOXX |
| | § |
| | § PRODUCTS LIABILITY LITIGATION |

## AFFIDAVIT OF ANTONIO J. SAGUIBO, JR.

Comes the affiant, Antonio J. Saguibo, Jr., and under penalty of perjury do state the following:

1.  My name is Antonio J. Saguibo, Jr., and I am Vice President of Account Management and Sales at Hawaii Medical Service Association and have personal knowledge of the events described herein.

2.  Hawaii Medical Service Association is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.  During the year 2007, Hawaii Medical Service Association provided health benefits to approximately 699,806[1] plan members, who participate in more than 15,800 plans.

4.  The vast majority of these plans are self-funded plans, and/or are governed by the Employee Retirement Security Act of 1974 (ERISA).

---

[1] AIS's Directory of Health Plans: 2008

5.    Each of these 15,800 plans have their own set of plan documents.

6.    Because there are so many sets of plan documents, many of which are identical except for the name of the plan, I attach here as Exhibit A exemplar plan language that Hawaii Medical Service Association employs relating to the plan's rights of subrogation and/or reimbursement.

7.    Hawaii Medical Service Association in its capacity as administrator for its self-funded and insured plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

8.    Further the Affiant Sayeth Naught.

Dated.    6/17/09

Antonio J. Saguibo, Jr.
Vice President, Account Management & Sales

# EXHIBIT A

# HAWAII MEDICAL
# SERVICE ASSOCIATION

07/01/2002

# HMSA's
# Preferred Provider Plan
# Guide to Benefits

## Chapter 9: Coordination of Benefits and Third Party Liability

**Medicare Part B Only**

If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient lab, diagnostic and x-ray services.

**Facilities or Providers Not Eligible or Entitled to Medicare Payment**

When services are rendered at a facility or by a provider that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is allowed by law to be the primary payer, we will limit payment to an amount that supplements the benefits that would have been payable by Medicare had the facility or provider been eligible or entitled to receive such payments, regardless of whether or not Medicare benefits are paid.

### Third Party Liability Rules

**Third Party Liability**

Third party liability is when you are injured or become ill and:
- the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or
- you have or may have a right to recover damages or receive payment without regard to fault.

**Exclusion from Coverage**

In such situations, we are not liable to pay any benefits under this coverage. Any payment made by us to you relating to this injury or illness will only be in accord with the following rules and conditions.

**Conditions for Interest Free Loan**

We may advance benefits in connection with the injury or illness, in the form of an interest-free loan to you, only after you have complied with the following:
- You must notify us of any actual or potential legal action (including any claim, demand or legal proceeding) which you anticipate bringing or having brought against any third party or other source of recovery in connection with the illness or injury, not later than 30 calendar days subsequent to submitting or filing a claim, demand, or legal action against the third party or other source of recovery.
- You must promptly execute and deliver to us all liens, assignments or other documents which we determine are necessary to secure our rights of reimbursement (and you hereby authorize and direct any person making any payment on account of any such injury or illness to pay to us so much of such payment as necessary to discharge your obligations); and
- You must cooperate in protecting our interest under these rules.

The interest free loan is made without waiver of our rights of reimbursement and other rules described below.

**Our Rights of Reimbursement**

You must repay the interest free loan from any recovery received from or on behalf of the third party, including, but not limited to, proceeds from any:
- motor vehicle insurance including your underinsured or uninsured motorist coverage;
- property and casualty insurance;
- medical malpractice coverage;
- settlement, judgment, or award;
- worker's compensation insurance or other employer liability program; or
- other insurance.

We shall have a first lien on such proceeds, up to the amount of the total benefits we have paid related to such injury or illness. You must repay the interest free loan even if the proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):
- do not specifically include medical expenses,
- are stated to be for general damages only,
- are for less than the actual loss or alleged loss suffered by you due to the injury or illness,
- are obtained on your behalf by your estate, legal representative or parent,
- are without any admission of liability, fault, or causation by the third party or payor.

## Chapter 9: Coordination of Benefits and Third Party Liability

We will have the same rights of lien and reimbursement described above even if you do not sign any documents, to the extent of any payments made by us on your behalf for any charges related to the illness or injury.

The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have for reimbursement of these payments.

Our lien may be filed with any third party responsible for such illness or injury, their agent or insurance company, you legal representative or the court.

Once you have (1) complied with the requirements above, (2) received a recovery relating to the injury or illness, and (3) paid our lien as described above (or any lesser amount we agree is satisfactory if your proceeds are less than our lien), then we will pay future benefits related to the injury or illness, to the extent that medical treatment subsequent to these events would otherwise be a covered benefit payable under the Plan, but only to the extent that future eligible charges exceed the amount of any *net recovery* obtained by or on behalf of you (including by your estate, legal representative, or parent). *Net recovery* means the total proceeds recovered minus only attorneys' fees, costs and liens directly related to or arising from the injury or illness and actually paid from the recovery.

If you have complied with the above rules and have made reasonable efforts to obtain recovery for your illness or injury, but have received a final dismissal or denial of your legal action without recovering any proceeds for the illness or injury, then we will forgive any loan made under these rules, and will provide benefits for the illness or injury to the extent that they would otherwise be a covered benefit payable under the Plan.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under the Plan.

HMSA's
# Preferred
# Provider
# Plan

## Guide to Benefits

January 2007







Working for a Healthier Hawaii

## Chapter 9: Coordination of Benefits and Third Party Liability



**This Chapter Covers**

- What Coordination of Benefits Means ...................................................................... 59
- General Coordination Rules ..................................................................................... 60
- Dependent Children Coordination Rules ................................................................ 60
- Motor Vehicle Insurance Rules ............................................................................... 60
- Medicare Coordination Rules .................................................................................. 61
- Third Party Liability Rules ...................................................................................... 62

### What Coordination of Benefits Means

**Coverage that Provides Same or Similar Coverage**

You may have other insurance coverage that provides benefits which are the same or similar to this plan. If so, the benefits payable under this plan, when combined with benefits paid under your other coverage, will not exceed the lesser of:
- 100 percent of eligible charge, or
- the amount payable by your other coverage plus any deductible and copayment you would owe if the other coverage were your only coverage.

Any deductible and/or Other Brand Name Cost Share you owe under this plan will first be subtracted from the benefit payment. You remain responsible for the deductible and/or Other Brand Name Cost Share owed under this plan, if any.

The method we use to calculate our eligible charge may be different from the methods of other plans. For a description of how we determine our eligible charge, see *Chapter 2: Payment Information.*

**What You Should Do**

When you receive services, you need to let us know if you have other coverage. Other coverage includes:
- group insurance.
- other group benefit plans.
- nongroup insurance.
- Medicare or other governmental benefits.
- the medical benefits coverage in your automobile insurance (whether issued on a fault or no fault basis).

You should also let us know if your other coverage ends or changes.

You will receive a letter from us if we need additional information. If you do not give us information we need to coordinate your benefits, your claims may be delayed or denied.

To help us coordinate your benefits, you should:
- inform your provider by giving him or her information about the other coverage at the time services are rendered, and
- indicate that you have other coverage when you fill out a claim form by completing the appropriate boxes on the form.

**What We Will Do**

Once we have the information about your other coverage, we will coordinate benefits for you. There are certain rules we follow to help us determine which plan pays first when there is other insurance or coverage that provides the same or similar benefits as this plan.

# Chapter 9: Coordination of Benefits and Third Party Liability

**Exhaustion of Medicare Benefits**

If you are entitled to Medicare benefits, we will begin paying benefits after all Medicare benefits (including all lifetime reserve days) are exhausted.

If your inpatient hospital stay is extraordinarily long and costly and some or all of the stay is not covered by Medicare because your Medicare inpatient hospital benefits (including lifetime reserve days) are exhausted, we will pay the lesser of:

- the eligible charge for the entire confinement less Medicare inpatient hospital payments and Medicare Part B payments for inpatient lab, diagnostic and x-ray services on those days; or
- total hospital charges for inpatient days for which Medicare rules permit the hospital to bill you less Medicare Part B payments for inpatient lab, diagnostic and x-ray services on those days.

**Medicare Part B Only**

If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient lab, diagnostic and x-ray services.

**Facilities or Providers Not Eligible or Entitled to Medicare Payment**

When services are rendered at a facility or by a provider that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is allowed by law to be the primary payer, we will limit payment to an amount that supplements the benefits that would have been payable by Medicare had the facility or provider been eligible or entitled to receive such payments, regardless of whether or not Medicare benefits are paid.

## Third Party Liability Rules

**What Third Party Liability Means**

Third party liability is when you are injured or become ill and:

- the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or
- you have or may have a right to recover damages or receive payment without regard to fault.

In such situations, any payment made by us on your behalf in connection with such injury or illness will only be in accord with the following rules.

**If You Have Coverage Under Worker's Compensation Or Motor Vehicle Insurance**

If you have or may have coverage under worker's compensation or motor vehicle insurance for the illness or injury, please note the following:

- **Worker's Compensation Insurance.** If you have or may have coverage under worker's compensation insurance, such coverage will apply instead of the coverage under this Guide to Benefits. Medical expenses arising from injuries or illness covered under worker's compensation insurance are excluded from coverage under this Guide to Benefits.
- **Motor Vehicle Insurance.** If you are or may be entitled to medical benefits from your automobile coverage, you must exhaust those benefits first, before receiving benefits from us. Please refer to the section in this Chapter entitled "Motor Vehicle Insurance Rules" for a detailed explanation of the rules applicable to your automobile coverage.

**What You Need To Do**

Your cooperation is necessary for us to determine our liability for coverage and to protect our rights to recover our payments. We will provide benefits in connection with the injury or illness in accordance with the terms of this Guide to Benefits only if you cooperate with us by doing the following:

- **Give Us Timely Notice.** You must give us timely notice in writing of each of the following: (1) your knowledge of any potential claim against any third party or other source of recovery in connection with the injury or illness; (2) any written claim or demand (including legal proceeding) against any third party or against other source of recovery in connection with the injury or illness; and (3) any recovery of damages (including any settlement, judgment, award, insurance proceeds, or other payment) against any third party or other source of recovery in connection with the injury or illness. To give timely notice, your notice must be no later than 30 calendar days after the occurrence of each of the events stated above;

5080.538.1.688.02/01/07

## Chapter 9: Coordination of Benefits and Third Party Liability

- **Sign Requested Documents.** You must promptly sign and deliver to us all liens, assignments, and other documents we deem necessary to secure our rights to recover payments, and you hereby authorize and direct any person or entity making or receiving any payment on account of such injury or illness to pay to us so much of such payment as necessary to discharge your reimbursement obligations described above;
- **Provide Us Information.** You must promptly provide us any and all information reasonably related to our investigation of our liability for coverage and our determination of our rights to recover payments. We may ask you to complete an Injury/Illness report form, and provide us medical records and other relevant information.
- **Do Not Release Claims Without Our Consent.** You must not release, extinguish, or otherwise impair our rights to recover our payments, without our express written consent; and
- **Cooperate With Us.** You must cooperate in protecting our rights under these rules. This includes giving notice of our lien as part of any written claim or demand made against any third party or other source of recovery in connection with the illness or injury.

Any written notice required by these Rules must be sent to:

HMSA
Attn: 8 CA/Other Party Liability
P.O. Box 860
Honolulu, Hawaii 96808-0860

If you do not cooperate with us as described above, your claims may be delayed or denied, and we shall be entitled to reimbursement of payments made on your behalf to the extent that your failure to cooperate has resulted in erroneous payments of benefits or has prejudiced our rights to recover payments.

**Payment of Benefits Subject To Our Right To Recover Our Payments**

If you have complied with the rules above, we will pay benefits in connection with the injury or illness to the extent that the medical treatment would otherwise be a covered benefit payable under this Guide to Benefits. However, we shall have a right to be reimbursed for any benefits we provide, from any recovery received from or on behalf of any third party or other source of recovery in connection with the injury or illness, including, but not limited to, proceeds from any:

- settlement, judgment, or award;
- motor vehicle insurance including liability insurance or your underinsured or uninsured motorist coverage;
- workplace liability insurance;
- property and casualty insurance;
- medical malpractice coverage; or
- other insurance.

We shall have a first lien on such recovery proceeds, up to the amount of total benefits we pay or have paid related to the injury or illness. You must reimburse us for any benefits paid, even if the recovery proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):

- do not specifically include medical expenses;
- are stated to be for general damages only;
- are for less than the actual loss or alleged loss suffered by you due to the injury or illness;
- are obtained on your behalf by any person or entity, including your estate, legal representative, parent, or attorney;
- are without any admission of liability, fault, or causation by the third party or payor.

# Chapter 9: Coordination of Benefits and Third Party Liability

Our lien will attach to and follow such recovery proceeds even if you distribute or allow the proceeds to be distributed to another person or entity. Our lien may be filed with the court, any third party or other source of recovery money, or any entity or person receiving payment regarding the illness or injury.

If we are entitled to reimbursement of payments made on your behalf under these rules, and we do not promptly receive full reimbursement pursuant to our request, we shall have a right of set-off from any future payments payable on your behalf under this Guide to Benefits.

To the extent that we are not reimbursed for the total benefits we pay or have paid related to your illness or injury, we have a right of subrogation (substituting us to your rights of recovery) for all causes of action and all rights of recovery you have against any third party or other source of recovery in connection with the illness or injury.

Our rights of reimbursement, lien, and subrogation described above, are in addition to all other rights of equitable subrogation, constructive trust, equitable lien and/or statutory lien we may have for reimbursement of these payments, all of which rights are preserved and may be pursued at our option against you or any other appropriate person or entity.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under this Guide to Benefits.

Nothing in these Third Party Liability Rules shall limit our ability to coordinate benefits as described in this Chapter.

5080.538.1.688.02/01/07

# HMSA's EUTF Retiree Drug Plan



## Evidence of Coverage
January 2007



**HMSA**

Blue Cross
Blue Shield
of Hawaii

An Independent Licensee of the Blue Cross and Blue Shield Association

*Working for a Healthier Hawaii*

## Section 9 - Legal Notices

Notice about governing law ........................................................................... 57
Notice about non-discrimination ................................................................... 57
Member non-liability .................................................................................... 57
When others are responsible for injuries ....................................................... 57

## Notice about governing law

Many different laws apply to this Evidence of Coverage. Some parts may apply to your situation because they are required by law. This can affect your rights and responsibilities even if the laws are not included or explained in this document. The law that applies to this document is Title XVIII of the Social Security Act and the regulations created under the Social Security Act by the Centers for Medicare & Medicaid Services (CMS). Specifically, laws on the Medicare prescription drug program can be found at sections 1860D-1 through 1860D-42 of the Social Security Act (42 U.S.C. §§ 1395w-101 through 1395w-152) and in Part 423 of Title 42 of the Code of Federal Regulations. In addition, other Federal laws may apply and, under certain situations, the laws of the State of Hawaii may apply.

## Notice about non-discrimination

When we make decisions about the provision of health care services, we do not discriminate based on a person's race, disability, religion, sex, sexual orientation, health, ethnicity, creed, age, or national origin. All organizations that provide Medicare Prescription Drug Plans, like us, must obey Federal laws against discrimination, including Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Americans with Disabilities Act, all other laws that apply to organizations that get Federal funding, and any other laws and rules that apply for any other reason.

## Member non-liability

In the event HMSA makes fails to reimburse a contracting provider's charge for covered services, you will not be liable for sums owed by HMSA.

## When others are responsible for injuries

We do not pay medical expenses which are covered by workers' compensation insurance or automobile insurance coverage required by Hawaii law. When others may be responsible for payment of your medical expenses (due to tort liability, insurance or otherwise), our third-party liability rules apply and you should request a copy of these rules from HMSA. You must give us prompt written notice of your injuries, claims and demands for recovery and recoveries received, and must promptly fill out and return to us all papers we require to determine coverage and to

secure our reimbursement rights for any amounts we pay. Medicare and HMSA have liens and rights of reimbursement to the full extent of any expenses paid.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § **CIVIL ACTION** |
| | § |
| **v.** | § **NO. 08-1633** |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § **SECTION L, MAG. 3** |
| | § |
| | § **JUDGE FALLON** |
| | § |
| | § **MAGISTRATE JUDGE KNOWLES** |
| | § |
| | § **In Relation to:  MDL Docket No. 1657** |
| | § |
| | § **In Re:  VIOXX** |
| | § |
| | § **PRODUCTS LIABILITY LITIGATION** |

### <u>AFFIDAVIT OF ELLIOT K. GORDON</u>

Comes the affiant, Elliot K. Gordon and under penalty of perjury do state the following:

1.     My name is Elliot K. Gordon, and I am Vice President and Deputy General Counsel at Health Net Inc., and have personal knowledge of the events described herein.

2.     Health Net Inc. is the parent company for several regulated health benefit plans which provide medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals.

3.     During the year 2007, Health Net Inc.'s regulated health benefit plans provided health benefits to an excess of 3,000,000 plan members, who participate in approximately 6,283 plans.

4.     Many of these plans are governed by the Employee Retirement Security Act of 1974 (ERISA).

5.     Each of these 6,283 plans have their own plan documents.

6.     Because there are so many sets of plan documents, many of which are identical in many of their terms, I attach here as Exhibit A exemplar plan language that Health Net Inc.'s regulated health benefit plans employ relating to the plan's rights of subrogation and/or reimbursement.

7.     Health Net Inc.'s regulated health benefit plans, in their capacity as administrators for their insured plans referenced in Paragraph 3, exercise authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

8.     Further the Affiant Sayeth Naught.

Dated.  _June 17, 2008_

Elliot K. Gordon
Vice President and Deputy General Counsel
Health Net, Inc.

# EXHIBIT A

# HEALTH NET, INC.

## SECTION 18 - SUBROGATION

1.       We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party and resulting from the exercise of any rights of recovery which You may have against a third party and resulting from the exercise of any rights of recovery which You may have against any person or organization. Only proceeds identified as intended to compensate for Covered Services are subject to this provision. You shall execute and deliver such instruments and take such other actions as We may require to implement the provisions of this Section. Without Our consent, no action You may take shall prejudice the rights given to Us by this provision.

2.       Notwithstanding this Section or the COB Section of this EOC, with respect to group and individual policies of no- fault and/or no- fault insurance containing medical payments provisions. You shall execute and deliver such instruments and take such other action as We may require to implement the provisions of this Section. Without Our consent, no actions You may take shall prejudice the rights given to Us by this provision.

Form # HN- H- HNY- HMO- 2005
Filed 9/27/04
Revised 11/24/04

18- 1

N2A,NH5
CA_0019- 001

| Point Of Service (POS) Health Plan for Salaried Employees | 28 |
| --- | --- |

**When the POS Plan is the secondary plan, benefits are paid as follows:**

- The POS Plan doesn't pay any benefits if the primary plan paid the same or more than the amount the POS Plan would normally pay.
- If the primary plan paid less than the amount the POS Plan would have paid, then the POS Plan pays the difference, up to the amount that it would normally pay.
- The amount paid by the primary plan includes the total benefits for which you are eligible under the primary plan, whether or not you have claimed them.

**Here are the rules that determine which plan is primary and which is secondary:**

When both plans cover the expenses and only one has a COB provision, the plan without the COB is the primary plan.

If both plans have COB provisions, the primary plan is:

- The plan covering the person as an active employee, rather than as a dependent or a retiree.
- The plan of the parent whose birthday comes first during the calendar year if a child is covered under both parents' plans.

If the parents are separated or divorced and the court has established one parent as financially responsible for the child's health care, the plan of the parent with that responsibility is primary.

If there is no court order, the plans pay the child(ren)'s expenses in the following order:

1. The plan of the natural parent who has custody.
2. The plan of a step-parent married to the parent with custody.
3. The plan of the natural parent without custody.

If none of these situations apply, the plan that has covered the person longer is primary.

If you cover your dependents under the POS Plan, CIGNA periodically requests information about your spouse's employment in order to determine when COB applies to a claim for benefits. You must respond to this request before benefits can be issued for your dependent's claims. If you fail to respond, your claim will be denied after 90 days.

**Right Of Reimbursement (Subrogation)**

Benefits are payable under this Plan subject to the Plan's right of subrogation and reimbursement. This means that if benefits are provided under the Plan to you or any covered dependent, the Plan has the right to pursue all of your or your covered dependent's rights of recovery against any person or entity for the injury or illness and has the right to be reimbursed from any recovery due you or any covered person, whether by settlement, judgment or otherwise, to the extent of the benefits provided by the Plan.

The Plan's right to reimbursement is not reduced because of a partial recovery, or because the proceeds are allocated exclusively to non-medical expense damages.

**Medicare**

This Federal program is available to individuals at age 65 and also to recipients of Social Security Disability benefits after two years. The effect of Medicare on your POS Plan benefits depends on whether you are covered by the POS Plan as an employee or former employee. The POS Plan remains the primary plan if you are an active employee age 65 or older. Medicare is the primary plan for retirees of a Participating Company at least age 66, and disabled participants eligible for benefits from the Long-Term Disability Plan for Salaried Employees. See the section in this SPD, "Am I Eligible If I Retire or Become Disabled?"

If you are no longer an active employee and you become eligible for Medicare, you are no longer eligible to be covered by this POS Plan. Instead you will be covered by the Indemnity Plan. In some geographic areas you may also have an HMO alternative available. Prior to your 65th birthday you will be notified by the Benefits Center about the need to change plans.

## SECTION 18 - SUBROGATION

1.  We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party and resulting from the exercise of any rights of recovery which You may have against a third party and resulting from the exercise of any rights of recovery which You may have against any person or organization. You shall execute and deliver such instruments and take such other actions as We may require to implement the provisions of this Section. Without Our consent, no action You may take shall prejudice the rights given to Us by this provision.

2.  Notwithstanding this Section or the COB Section of this EOC, with respect to group and individual policies of automobile no- fault and/or no- fault insurance containing medical payments provisions, Our liability under this EOC shall be reduced by all amounts paid or payable, or which in the absence of Us would by payable by such insurance policies whether or not required by Connecticut State Law for automobiles owned and registered within the State of Connecticut. You shall execute and deliver such instruments and take such other action as We may require to implement the provisions of this Section. Without Our consent, no actions You may take shall prejudice the rights given to Us by this provision.

Form # HN- H- HMO 2005
Filed 4/15/04
Revised 09/13/04

18- 1

C6A,CS1,CS2,CA4,CA1
CA_0016- 001

## SECTION 14 - SUBROGATION

A.   If a Member is enrolled in Health Net through a Group and the Member suffers an injury or illness for which another party may be responsible, such as being injured in an accident, and Health Net pays benefits as a result of that injury or illness, Health Net will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits Health Net has paid. This means that Health Net has the right independently of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits Health Net has paid. The Member agrees to reimburse Health Net for costs Health Net incurs for services provided for the injury for which the Member recovers damages, but not more than the money collected.

B.   With respect to group and individual policies of mandatory automobile fault and/or mandatory no- fault insurance containing medical payments provisions, the liability of this Certificate of Coverage shall be reduced by all amounts paid or payable, or which in the absence of Health Net would be payable by such insurance policies required by New York Law for automobiles owned and registered within the State of New York. The Member shall execute and deliver such instruments and take such other action as Health Net may require to implement the provisions of this Certificate of Coverage. The Member shall do nothing to prejudice the rights given Health Net by this provision without its consent.

Form # HNI- NY- PPO- COC                                           EC- 49                                           Rev. 12/5/02
12/5/01                                                                                        CA_0011- 001
lg grp

15.11 Facility of Payment. Any payment made under another plan may include an amount which should have been paid under this plan. If so, we may pay that amount to the organization which made the payment. That amount will then be treated as though it were a benefit paid under this plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

15.12 Right of Recovery. If the amount of the payments made by us is more than it should have paid under this coordination of benefits provision, we may recover the excess from one or more of: (a) the persons it has paid or for whom it has paid; (b) insurance companies; or (c) other organizations. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

    a.    A secondary plan which provides benefits in the form of services may recover the reasonable cash value of providing the services from the primary plan to the extent that benefits for the services are covered by the primary plan and have not already been paid or provided by the primary plan.

    b.    Nothing in this provision shall be interpreted to require a plan to reimburse a covered person in cash for the value of services provided by the plan which provides benefits in the form of services.

## Article 16 – Medicare

16.1 In certain situations, this Agreement is secondary to Medicare. This means that when a Member is enrolled in Medicare and this Agreement at the same time, Medicare pays benefits for covered services first and we pay second, in accordance with federal law.

16.2 We will also pay as if we were secondary when a Member is eligible for Medicare Part A or B but has chosen not to enroll in Medicare. This means we will not provide benefits for any part of an otherwise covered service to the extent the covered service would have been paid for under Medicare had the Member enrolled in Medicare.

## Article 17 – Subrogation

17.1 In the event any medical or Hospital service or benefit is provided for, or any payment is made, or credit extended to a Member under this Agreement, we shall be subrogated and shall succeed to the Member's rights of recovery against any person or any organization including the right at our discretion to bring suit against any and all liable third parties. A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit. The Member shall take such action, furnish such information and assistance and execute such assignments or other instruments as we may require to facilitate enforcement of its subrogation rights and shall take no action prejudicing our rights and interests under this Agreement.

17.2 In some cases, the Subscriber or covered Dependents may have a legal right to recover costs for health care from a third party who may be responsible for the illness or injury. The following rules apply:

    a.    If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party. If the Subscriber or a covered Dependent continues to receive medical treatment for the illness or injury after obtaining the settlement or recovery, we will not provide benefits for that continuing treatment unless the Subscriber or covered Dependent can prove that the total cost of treatment including the cost of obtaining the settlement or recovery is more than the amount the Subscriber or covered Dependent has recovered or expects to recover.

    b.    The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us, up to the amount of benefits already provided.

    c.    We may require Subscriber or Enrolled Dependent to sign and deliver all legal papers necessary to secure our rights and the rights of the Subscriber or Enrolled Dependent. If requested, the Subscriber or covered Dependent must sign an agreement to hold the proceeds of any recovery in trust for us before any payment for benefits is provided.

d. We will pay our share of the expenses of obtaining a recovery, such as attorney fees and court costs, out of any part of that recovery which is reimbursed to us.

e. In the event our interests are not protected by judgment or settlement entered into by the insured and a liable third party, we retain the right to deduct the amount of the overpayment/wrongful payment from future benefits that would have been otherwise payable, until said overpayment/wrongful payment is recovered.

17.3 Most motor vehicle liability policies are required by law to provide liability insurance, primary medical payments insurance, and uninsured motorist insurance, and many motor vehicle policies also provide underinsurance coverage.

a. We will not pay benefits for health care costs to the extent that the Member is able to, or is entitled to, recover from motor vehicle insurance.

b. If we pay benefits before motor vehicle insurance payments are made, reimbursement must be made out of any subsequent motor vehicle insurance payments made to the Member and, when applicable, We may recover benefits already paid directly from the motor vehicle insurer or out of any settlement or judgment which the Member obtains by exercising his/her rights against a third party. Our rights to recovery in Oregon are explained in ORS 742.534, ORS 742.536, and ORS 742.538.

c. Before we will pay benefits: (1) the Member must give us information about any motor vehicle insurance payments which may be available to the Member; and (2) if we ask, the Member must sign an agreement to hold the proceeds of any recovery in trust for us.

## Article 18 - Independent Agents

18.1 The relationship between Subscriber Group and a Subscriber is that of plan sponsor and participant and is defined by the Group's health and welfare plan. We have no involvement in that relationship. The relationship between Subscriber Group and us is that of purchaser and seller and is entirely governed by the provisions of this Agreement. In addition, Subscriber Group acts as the agent of those Participants who are Subscribers with respect to all terms and provisions of this Agreement. Because the Subscriber pays the premium to us indirectly through his or her agent, the Subscriber Group, the relationship between a Subscriber and us is also that of purchaser and seller and is entirely governed by the provisions of this Agreement.

18.2 The relationship between us and Participating Providers is that of independent contractors. Participating Providers are independent professionals who operate their own offices and business, make their own medical decisions, and provide services to entities and patients other than us and our Members. Participating Providers agree to methods and rates of payment from us, concurrent and retrospective review by us of Medical Services provided to Members, and our medical management procedures.

18.3 The fact that Members and Participating Providers each have contractual relationships with us does not prevent a Member from obtaining nor a Participating Provider from providing services that are not covered by us. We have no direct control over the examination, diagnosis or treatment of a Member. We do perform medical management, including but not limited to case review for purposes of determining coverage, consultation with Providers regarding Prior Authorization, and concurrent and retrospective review of Medical Services provided to Members. The purpose of our medical management procedures is to encourage the lowest cost method of treating a Member which, based upon the Medical Director's sole judgment of the prevailing standards of medical treatment, meets the needs of the Member. These procedures are not intended to ration care or limit care to methods not appropriate to treat a Member's condition. These procedures are not intended to create a Physician/patient relationship or to replace the relationship between a Member and his or her Physician. A Member is always entitled to obtain, at his or her own expense, services not covered under the terms of this Agreement.

## Article 17 – Subrogation

17.1    In the event any medical or Hospital service or benefit is provided for, or any payment is made, or credit extended to a Member under this Agreement, we shall be subrogated and shall succeed to the Member's rights of recovery against any person or any organization including the right at our discretion to bring suit against any and all liable third parties. A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit. The Member shall take such action, furnish such information and assistance and execute such assignments or other instruments as we may require to facilitate enforcement of its subrogation rights and shall take no action prejudicing our rights and interests under this Agreement.

17.2    In some cases, the Subscriber or covered Dependents may have a legal right to recover costs for health care from a third party who may be responsible for the illness or injury. The following rules apply:

    a.    If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party. If the Subscriber or a covered Dependent continues to receive medical treatment for the illness or injury after obtaining the settlement or recovery, we will not provide benefits for that continuing treatment unless the Subscriber or covered Dependent can prove that the total cost of treatment including the cost of obtaining the settlement or recovery is more than the amount the Subscriber or covered Dependent has recovered or expects to recover.

    b.    The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us, up to the amount of benefits already provided.

    c.    We may require Subscriber or Enrolled Dependent to sign and deliver all legal papers necessary to secure our rights and the rights of the Subscriber or Enrolled Dependent. If requested, the Subscriber or covered Dependent must sign an agreement to hold the proceeds of any recovery in trust for us before any payment for benefits is provided.

    d.    We will pay our share of the expenses of obtaining a recovery, such as attorney fees and court costs, out of any part of that recovery which is reimbursed to us.

    e.    In the event our interests are not protected by judgment or settlement entered into by the insured and a liable third party, we retain the right to deduct the amount of the overpayment/wrongful payment from future benefits that would have been otherwise payable, until said overpayment/wrongful payment is recovered.

17.3    Most motor vehicle liability policies are required by law to provide liability insurance, primary medical payments insurance, and uninsured motorist insurance, and many motor vehicle policies also provide underinsurance coverage.

    a.    We will not pay benefits for health care costs to the extent that the Member is able to, or is entitled to, recover from motor vehicle insurance.

    b.    If we pay benefits before motor vehicle insurance payments are made, reimbursement must be made out of any subsequent motor vehicle insurance payments made to the Member and, when applicable, we may recover benefits already paid directly from the motor vehicle insurer or out of any settlement or judgment which the Member obtains by exercising his/her rights against a third party. Our rights to recovery in Oregon are explained in ORS 742.534, ORS 742.536, and ORS 742.538.

    c.    Before we will pay benefits: (1) the Member must give us information about any motor vehicle insurance payments which may be available to the Member; and (2) if we ask, the Member must sign an agreement to hold the proceeds of any recovery in trust for us.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | **CIVIL ACTION** |
| | § | |
| **v.** | § | **NO. 08-1633** |
| | § | |
| US Bancorp; BrownGreer, PLC; and John Does | § | **SECTION L, MAG. 3** |
| | § | |
| | § | **JUDGE FALLON** |
| | § | |
| | § | **MAGISTRATE JUDGE KNOWLES** |
| | § | |
| | § | **In Relation to: MDL Docket No. 1657** |
| | § | |
| | § | **In Re: VIOXX** |
| | § | |
| | § | **PRODUCTS LIABILITY LITIGATION** |

### <u>AFFIDAVIT OF Edward Papst</u>

Comes the affiant, Edward Papst, and under penalty of perjury do state the following:

1.      My name is Edward Papst, and I am associate counsel at Highmark, Inc. and have personal knowledge of the events described herein.

2.      Highmark, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.      During the year 2007, Highmark, Inc. provided health benefits to approximately 4,661,287[1] plan members, who participate in at least 20,000 group health plans.

4.      A significant number of these plans are self-funded plans, and/or are governed by the Employee Retirement Security Act of 1974 (ERISA).

5.      Highmark understands that each of these plans may have their own set of plan documents.

---

[1] AIS's Directory of Health Plans: 2008

6.   Because there are so many sets of plan documents, many of which are identical except for the name of the plan, I attach here as Exhibit A exemplar plan language that Highmark, Inc. employs relating to the plan's rights of subrogation and/or reimbursement.

7.   Highmark, Inc. in its capacity as administrator for its self-funded and insured plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

8.   Further the Affiant Sayeth Naught.

Dated.   _June 18, 2008

_____
Edward Papst
Associate Counsel

# EXHIBIT A

# HIGHMARK, INC.

Providers have agreed to accept Claims Administrator's payment as payment in full for covered services performed for Members, except where certain maximums, Copayments, Co-Insurance or Deductibles are specified in the Benefits Booklet.

7.11    Reimbursement for Benefits. Claims Administrator will arrange to reimburse Network Providers, Participating Providers, non-Participating Providers and Members in accordance with Claims Administrator's payment methodologies. Claims Administrator will be responsible for the preparation and filing of all statements to Network Providers as required by the Internal Revenue Service

7.12    Subrogation. Unless otherwise directed by Plan Sponsor, Claims Administrator is hereby delegated full authority to pursue Subrogation and related third party recovery rights as agent for Plan Sponsor for this purpose only. To that end, Claims Administrator may engage the services of a Subrogation management firm to assist with the identification and management of Subrogation cases. Fees charged by the Subrogation management firm shall be negotiated by Claims Administrator and shall be deducted from any recovery.  In those cases where the Subrogation recovery efforts of the Member's attorney should be compensated, Plan Sponsor delegates to Claims Administrator full authority to act on behalf of the Plan Sponsor to negotiate reasonable attorneys' fees. Claims Administrator shall coordinate with Plan Sponsor prior to the compromise of abandonment of a Subrogation lien. To the extent that Claims Administrator administers Subrogation under this Agreement, Plan Sponsor acknowledges that subrogation is not performed on prescription drug claims.

7.13    Identification Cards. Based on the information provided by Plan Sponsor and subject to standard Claims Administrator and Blue Cross Blue Shield Association ("BCBSA") identification card issuance guidelines, Claims Administrator shall arrange for the issuance of identification cards to each Member who enrolls in the Plan. Cards issued to Members are for identification only.  Possession of an identification card confers no right to services or other Benefits under the Plan.  To be entitled to such services or Benefits, the holder of the card must, in fact, be a Member.

7.14    Standard Reports. Claims Administrator will furnish standard reports to designated plan representatives identified in Appendix A to the Business Associate Addendum ("Designated Plan Representatives") in a mutually acceptable medium and format.  Upon request, Claims Administrator may deliver the same to the Plan Sponsor if such reports do not contain PHI.

7.15    Form 5500.  Claims Administrator shall provide information requested by Plan Sponsor as may be required for the Plan's annual Form 5500 filing with the U.S. Department of Labor.

7.16    Other Data/Information.  Claims Administrator may provide such other data and information as the parties may agree.  However, Claims Administrator reserves the right to charge additional fees for such data and information.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § **CIVIL ACTION** |
| | § |
| v. | § **NO. 08-1633** |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § **SECTION L, MAG. 3** |
| | § |
| | § **JUDGE FALLON** |
| | § |
| | § **MAGISTRATE JUDGE KNOWLES** |
| | § |
| | § **In Relation to:  MDL Docket No. 1657** |
| | § |
| | § **In Re:  VIOXX** |
| | § |
| | § **PRODUCTS LIABILITY LITIGATION** |

## AFFIDAVIT OF J. Fred Earley

Comes the affiant, J. Fred Earley, and under penalty of perjury do state the following:

1.     My name is J. Fred Earley, and I am Senior Vice President of External Operations at Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield and have personal knowledge of the events described herein.

2.     Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield is a health services corporation which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.     During the year 2007, Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield provided health benefits to approximately 188,890 plan members, who participate in approximately 4,878 plans.

4.     The vast majority of these plans are self-funded plans, and/or are governed by the Employee Retirement Security Act of 1974 (ERISA).

5.     Each of these 4,878 plans is responsible for its own set of plan documents. Highmark West Virginia Inc. d/b/a Mountain State Blue Cross Blue Shield does provide nearly all plans with a certificate of healthcare benefits.

6.     Because there are so many sets of plan documents and certificates, many of which are identical except for the name of the plan, I attach here as Exhibit A exemplar language that Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield employs relating to rights of subrogation and/or reimbursement.

7.     Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield in its capacity as insurer for its insured groups and administrator for certain self-funded plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

8.     Further the Affiant Sayeth Naught.

Dated. *June 16, 2008*

J. Fred Earley
Senior Vice President, External Operations

# EXHIBIT A

# EXHIBIT A

# VII. Coordination of Benefits, Right of Recovery, and Right of Reimbursement/Subrogation

## A. COORDINATION OF BENEFITS

All benefits provided by this Certificate are subject to this coordination of benefits provision. The purpose is not to deny you benefits but to ensure that duplicate payments are not made when you are covered by this Certificate and any Other Contract.

**1. Definitions:** In addition to the definitions of the Contract and this Certificate, the following definitions apply to this Section VII, A.:

- **Other Contract** is defined as any arrangement providing health care benefits or services through:
  - o   Group, franchise, or blanket insurance coverage.
  - o   Blue Cross plans, Blue Shield plans, health maintenance organizations, preferred provider organizations, group practices, individual practices or any other prepayment coverages.
  - o   Coverage under labor-management trustee plans, union welfare plans, single or multi-employer organization plans or employee benefit organization plans.

Other Contracts do not include individual health care benefits policies or contracts that are not issued through or by a group.

- **Eligible Dependent** means a person who qualifies as a dependent under an Other Contract.

**2. Effect on Benefits**

When we are primary, we will pay for Covered Services without regard to your coverage under any Other Contract. When we are secondary, the benefits we normally pay for Covered Services may be reduced by the Other Contract's payment and any applicable Fees, Coinsurance and Deductible. Coordinated Benefits will never be less than those normally provided under this Contract.

**3. Order of Benefit Determination**

We are secondary when:
- We cover you as an Eligible Dependent and the Other Contract covers you as other than a Dependent.
- We cover a child as the Eligible Dependent of an Eligible Employee whose birthday falls later in the year and the Other Contract covers the child as the Dependent of a parent whose birthday falls earlier in the year, except for a Dependent child whose parents are legally separated or divorced, or have the same birthday. If both parents have the same birthday, we are secondary if the Other Contract has provided coverage longer for the parent who is not the Eligible Employee.
- The other contract does not contain a coordination of benefits provision or specifically takes the position as primary.

In the case of legal separation or divorce:
- If the parent with custody has not remarried, the coverage of the parent with custody is primary.
- If the parent with custody has remarried, the coverage of the parent with custody is primary. The stepparent's coverage is secondary and the coverage of the parent without custody pays last.
- Regardless of which parent has custody, whenever a court decree specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent is primary.
- If the parents have joint custody and a court decree does not specify which parent is financially responsible for the child's health care expenses, then we determine the order of benefits as if the parents are married.

When these rules do not apply and the Other Contract has covered you longer, that Other Contract is primary. Even if we have covered you longer than an Other Contract, we are secondary if we cover you as retired or laid off and the Other Contract covers you as other than retired or laid off.

We are also secondary when the Other Contract does not have a coordination of benefits provision, or does not have a coordination of benefits provision with the same order of benefit determination as this one, unless the Other Contract has an order of benefit determination based on gender, which we acknowledge. These rules do not apply if the Other

Contract provides only hospital indemnity benefits of not more than $100 per day for an Inpatient hospital stay or is school accident coverage for students who sustain accidental injury.

In addition to the coordination rules outlined above, other governmental parties may occasionally pay as primary. In those situations, our payments as secondary will comply with the applicable Federal or State law (e.g. Medicare).

You will be asked to complete questionnaires from time to time asking about other health care coverage. To avoid possible claims denials:
- Complete and return the questionnaire quickly.
- Notify us promptly with changes to the Other Contract.

### 4. Provision Enforcement

We will coordinate benefits to the extent that we are informed by you or some other party of your coverage under any Other Contract. We are not required to determine if and to what extent you are covered under any Other Contract.

In order to apply and enforce this provision or any provision of similar purpose of any Other Contract:
- A covered person claiming benefits must furnish us with any information we need.

### 5. Facility of Payment

If payment is made under any Other Contract where we should have made payment under this provision, then we have the right to pay whoever paid under the Other Contract. We will determine the necessary amount under this provision. Amounts so paid are benefits under this Contract. We are then discharged from liability for such amounts paid for Covered Services.

### 6. Medicare

Health benefits for a Covered Person who has Medicare will be modified as follows:

The amount payable under this Plan for expenses Incurred for which benefits are payable under both this Plan and Medicare will be reduced by the amount payable for those expenses under Medicare. This provision will not apply to a person while Medicare is assuming the role of secondary payer to this Plan for that Covered Person.

## B. RIGHT OF RECOVERY

If we pay more for services than any provision under this Contract requires, we have the right to recover the excess from anyone to or for whom the payment was made. Such right includes recovery through deductions and offsets from any pending and subsequent claims for payments under this policy which includes recovery of any payments made during a period in which premiums were delinquent or the individual was otherwise ineligible. You agree to do whatever is necessary to secure our right to recover the excess payment.

## C. RIGHT OF REIMBURSEMENT AND SUBROGATION

To the extent we pay any medical or other expenses for a Covered Person, we shall have the right to be reimbursed for those expenses from any recovery that the Covered Person may obtain from any Responsible Party. This is known as our Right of Reimbursement.

If the Covered Person fails or refuses to make or pursue a claim against any Responsible Party, then we shall have the right to make and/or pursue such claim against any Responsible Party. This right exists to the extent that we have paid any medical or other expenses for that Covered Person under this Plan. This is known as our Right of Subrogation.

Under our Right of Subrogation, we may, at our discretion:
(1) Assert a claim on behalf of the Covered Person against any Responsible Party; or
(2) Intervene in any lawsuit or claim that the Covered Person has filed or made against any Responsible Party.

Our Right of Reimbursement, as well as our Right of Subrogation, is hereinafter referred to as "Right of Reimbursement."

Our Right of Reimbursement shall constitute a lien against the proceeds of any:

(1) Settlement or comprise between a Covered Person and any Responsible Party; or

(2) Judgment or award obtained by a Covered Person against a Responsible Party.

The types of proceeds described in (1) and (2) immediately above are herein after referred to as Subrogated Recovery. Our Right of Reimbursement shall exist notwithstanding any allocation or apportionment of any Subrogated Recovery that purports to limit or eliminate our Right of Reimbursement. Any Subrogated Recovery that excludes or limits or attempts to exclude or limit the cost of medical services or care shall not preclude us from enforcing our Right of Reimbursement. Our Right of Reimbursement shall not be eliminated or limited in any way because the Subrogated Recovery fails to fully compensate or "make whole" the Covered Person on his or her total claim against any Responsible Party.

The Covered Person must notify our Subrogation Department, in writing, of the existence of any Responsible Party. If a Covered Person retains legal counsel to recover from any Responsible Party, the Covered Person must immediately notify legal counsel of our Right of Reimbursement. In addition, the Covered Person must immediately notify our Subrogation Department, in writing, that legal counsel has been retained.

A Covered Person and/or his or her legal counsel may be required to execute and deliver to us written confirmation of our Right of Reimbursement. In addition, a Covered Person may be required to execute and deliver to us other documents that may be necessary to secure and protect our Right of Reimbursement. Our failure to request such written confirmation or other documents shall not be considered to be a waiver by us of our Right of Reimbursement.  Failure to provide such written confirmation or other documents upon request, or failure to cooperate with us in the protection of our Right of Reimbursement, may result in:

(1) Cancellation of benefits; and/or

(2) Denial of the claim upon which our Right of Reimbursement is based.

Any such cancellation or denial shall not affect our Right of Reimbursement to the extent of any medical expenses actually paid by us.

A Covered Person and/or his or her legal counsel shall promptly pay us all amounts recovered as a result of any Subrogated Recovery; to the extent we have paid any medical or other expenses for that Covered Person. We have no duty or obligation to pay any legal fees or expenses incurred by such Covered Person in obtaining a Subrogated Recovery.

Should we be required to take any action to enforce our Right of Reimbursement, including, but not limited to, the filing of a civil action, we shall be entitled to recover all costs associated with such enforcement efforts. These costs include, but are not limited to, all attorney's fees and expenses incurred by us.

If necessary, we shall have the right to seek appropriate equitable relief to redress any violation of this provision by a Covered Person. Recoveries under this provision will be applied to your claim history, less any charges or fees incurred in obtaining the recoveries.

## D. WORK RELATED INJURY AND ILLNESS

This plan does not provide benefits for a work-related injury or illness when covered under a Worker's Compensation Program.  It is your responsibility to inform the Provider of the work-related nature of the injury or illness and where appropriate, to seek benefits under any applicable Worker's Compensation Program. You must notify MSBCBS Customer Service.  Their phone number is located on the back of your ID card.