# APPENDIX
# PART 7



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | **CIVIL ACTION** |
| | § | |
| v. | § | **NO. 08-1633** |
| | § | |
| US Bancorp; BrownGreer, PLC; and John Does | § | **SECTION L, MAG. 3** |
| | § | |
| | § | **JUDGE FALLON** |
| | § | |
| | § | **MAGISTRATE JUDGE KNOWLES** |
| | § | |
| | § | **In Relation to: MDL Docket No. 1657** |
| | § | |
| | § | **In Re: VIOXX** |
| | § | |
| | § | **PRODUCTS LIABILITY LITIGATION** |

### AFFIDAVIT OF Cathy Aguirre

Comes the affiant, Cathy Aguirre, and under penalty of perjury do state the following:

1.    My name is Cathy Aguirre, and I am Vice President of Account Management at Vista Healthplan, Inc. and have personal knowledge of the events described herein.

2.    Vista Healthplan, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals..

3.    As of June 1, 2008, Vista Healthplan, Inc. insures approximately 5,000 employer groups, representing 147,281 members, along with 31,143 individual members and 110,260 Medicare and Medicaid individuals, all having their own plan documents.

4.    Many of these plans are governed by the Employee Retirement Security Act of 1974 (ERISA).

5.      Because there are so many sets of plan documents, many of which are identical except for the name of the plan, I attach here as Exhibit A exemplar plan language that Vista Healthplan, Inc. employs relating to the plan's rights of subrogation and/or reimbursement.

6.      Vista Healthplan, Inc. in its capacity as administrator for its insured plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

Further the Affiant Sayeth Naught.

Dated.   6/1/08

Cathy Aguirre
Vice President of Account Management

# EXHIBIT A

# VISTA HEALTHPLAN, INC.

### Member Contract Provision

**Subrogation and Right of Recovery.** In the event VISTA provides medical services or benefits for a suffered injury, disease or illness by virtue of the negligent act or omission of a third party, VISTA shall be entitled to reimbursement for the services or benefits provided. VISTA shall not be entitled to reimbursement in excess of the Member's monetary recovery from the third party.

If a third party is alleged to be legally responsible for bodily injury or illness to you, the reasonable value of, delivery of health services or payment for services by the Plan will be subrogated on a fee-for-service basis. The right of subrogation provided to the Health Plan under this paragraph will be determined in accordance with Florida Statutes or the courts of Florida.

The Plan may, at its option, take such action as may be necessary and appropriate to preserve its rights to recover such compensation or damages, including the right to bring suit in the name of the Member. You agree to cooperate fully with the Plan in protecting its legal rights under this section, including cooperating in obtaining information about the injury or illness and its cause

**Member Contract Provision**

**Subrogation and Right of Recovery.** In the event VISTA provides benefits to your child who suffers injury, disease or illness by virtue of the negligent act or omission of a third party, VISTA shall be entitled to reimbursement from your child for the services or benefits provided. VISTA shall not be entitled to reimbursement in excess of the member's monetary recovery from the third party.

**Member Contract Provision**

**Subrogation and Right of Recovery.** Immediately upon paying or providing any benefit hereunder, VISTA shall be subrogated to all rights of recovery a covered person has against any third party, to the full extent of benefits provided by VISTA . In addition, if a covered person receives any payment from any third party as a result of an injury, VISTA has the right to recover from, and be reimbursed by, the covered person for all amounts paid hereunder and will pay as a result of that injury, up to the amount the covered person has received from all third parties.

As used throughout this provision, the term "third party" means any party possibly responsible for making any payment to the covered person for any injuries or any insurance coverage, including but not limited to, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, workers compensation coverage or no-fault automobile insurance coverage. As used throughout this provision, the term "covered person" means the injured person or persons or any of their agent, representatives, assignees, guardians, heirs or beneficiaries.

The covered person shall do nothing to prejudice VISTA 's subrogation and reimbursement rights and shall, when requested, cooperate with VISTA 's efforts to recover its benefits paid. It is the duty of the covered person to notify VISTA within 45 days of the date when any notice is given to any other party, including an attorney, of the intention to pursue or investigate a claim to recover damages due to injuries sustained by the covered person.

The covered person acknowledges that VISTA 's subrogation and reimbursement rights are a first priority claim against all potential third parties and are to be paid to VISTA before any other claim for the covered person's damages. VISTA shall be entitled to full reimbursement first from any third party payments, even if the remainder is insufficient to make the covered person whole or compensate the covered person in part or in whole for the damages sustained. VISTA is limited to the actual amount of damages recovered by the claimant minus its pro rata share of costs and attorney's fees incurred by the claimant in recovering such damages. In determining VISTA 's pro rata share of the costs and attorney's fees VISTA shall have deducted from its recovery a percentage amount equal to the percentage of the judgment or settlement which is for costs and attorney's fees.

This entire subrogation and reimbursement provision will apply regardless of whether liability for payment is admitted by the third party and regardless of whether the settlement or judgment received by the covered person identifies the medical benefits the plan provided.

In the event any claim is made that any part of this subrogation and reimbursement clause is ambiguous or questions arise concerning the meaning or intent of any of its terms, the covered person and this plan agree that VISTA shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § **CIVIL ACTION** |
| | § |
| **v.** | § **NO. 08-1633** |
| | § |
| US Bancorp; BrownGreer, PLC; and John Does | § **SECTION L, MAG. 3** |
| | § |
| | § **JUDGE FALLON** |
| | § |
| | § **MAGISTRATE JUDGE KNOWLES** |
| | § |
| | § **In Relation to:  MDL Docket No. 1657** |
| | § |
| | § **In Re:  VIOXX** |
| | § |
| | § **PRODUCTS LIABILITY LITIGATION** |

## AFFIDAVIT OF David W. Koenig

Comes the affiant, David W. Koenig, and under penalty of perjury do state the following:

1.     My name is David W. Koenig, and I am Group Leader of Claims Administration at Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark Health Plan of Iowa, Inc. and have personal knowledge of the events described herein.

2.     Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark Health Plan of Iowa, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including self-funded plans.

3.     During the year 2007, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark Health Plan of Iowa, Inc. provided health benefits to approximately

2,062,450[1] plan members, who participated in approximately 2,712 different plan designs, which vary by plan type, name, premium rate, and type of coverage included.

    4.      The vast many of these plans are self-funded plans, and/or are governed by the Employee Retirement Security Act of 1974 (ERISA).

    5.      Each of these approximately 2,712 different plan designs has its own set of plan documents.

    6.      Because there are so many sets of plan documents, many of which are identical except for the name of the plan, the premium rates, and types of coverage included, I attach here as Exhibits A and B exemplar plan language that Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark Health Plan of Iowa, Inc. employs relating to the plan's rights of subrogation and/or reimbursement in Iowa and South Dakota.    Exhibit A is representative of language used in Iowa.   Exhibit B is representative of language used in South Dakota.

    7.      Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark Health Plan of Iowa, Inc. in its capacity as administrator for its self-funded and insured plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

    8.    Further the Affiant Sayeth Naught.

---

Dated _June 17, 2008_

_David W. Koenig_ (signature)
David W. Koenig
Group Leader, Claims Administration

The foregoing instrument was acknowledged before me this 17th day of _June_, 2008 by _David W. Koenig_, and :

____X____ who is personally known to me, or

_____ who produced the following identification: _____

_Diana J. Pardock_ (signature)
Notary Public

_Diana J. Pardock_
Printed Notary Name

_3/11/11_
My Commission Expires

[SEAL]   **DIANA J. PARDOCK**
Commission Number 751673
My Commission Expires
March 11, 2011

# EXHIBIT A

Any action brought because of a claim under this plan will be litigated in the state or federal courts located in the state of Iowa and in no other.

## Legal Action

You shall not start any legal action against us unless you have exhausted the applicable appeal process and the external review process described in the *Appeals* section.

You shall not bring any legal or equitable action against us because of a claim under this group health plan, or because of the alleged breach of this plan, more than two years after the end of the calendar year in which the services or supplies were provided.

## Medicaid Enrollment

### Assignment of Rights

This group health plan will provide payment of benefits for covered services to you, your beneficiary, or any other person who has been legally assigned the right to receive such benefits under requirements established pursuant to Title XIX of the Social Security Act (Medicaid).

### Enrollment Without Regard to Medicaid

Your receipt or eligibility for medical assistance under Title XIX of the Social Security Act (Medicaid) will not affect your enrollment as a participant or beneficiary of this group health plan, nor will it affect our determination of any benefits paid to you.

### Acquisition by States of Rights of Third Parties

If payment has been made by Medicaid and Wellmark has a legal obligation to provide benefits for those services, Wellmark will make payment of those benefits in accordance with any state law under which a state acquires the right to such payments.

## Subrogation

### Right of Subrogation

If you or your legal representative have a claim to recover money from a third party and this claim relates to an illness or injury for which Wellmark provides benefits, Wellmark will be subrogated to you and your legal representative's rights to recover from the third party as a condition to your receipt of benefits.

### Right of Reimbursement

If you are injured as a result of the act of a third party and you or your legal representative files a claim under this group health plan, as a condition of receipt of benefits, you or your legal representative must reimburse Wellmark for all benefits paid for the injury from money received from the third party or its insurer, to the extent of the amount paid by Wellmark on the claim.

Once you receive benefits under this group health plan arising from an illness or injury, Wellmark will assume any legal rights you have to collect compensation, damages, or any other payment related to the illness or injury from any of the following:

- The responsible person or that person's insurer.
- Uninsured motorist coverage.
- Underinsured motorist coverage.
- Other insurance coverage, including but not limited to homeowner's, motor vehicle, or medical payments insurance.

You agree to recognize Wellmark's rights to subrogation and reimbursement. These rights provide Wellmark with a priority over any money paid by a third party to you relative to the amount paid by Wellmark, including priority over any claim for non-medical charges, or other costs and expenses. Wellmark will assume all rights of recovery, to the extent of payment, regardless of whether payment is made before or after settlement of a third party claim, and regardless of whether you have

received full or complete compensation for an illness or injury.

## Procedures for Subrogation and Reimbursement

You or your legal representative must do whatever Wellmark requests with respect to the exercise of Wellmark's subrogation and reimbursement rights, and you agree to do nothing to prejudice those rights. In addition, at the time of making a claim for benefits, you or your legal representative must inform Wellmark in writing if you were injured by a third party. You or your legal representative must provide the following information, by registered mail, within seven (7) days of such injury to Wellmark as a condition to receipt of benefits:

- The name, address, and telephone number of the third party that in any way caused the injury, and of the attorney representing the third party;

- The name, address and telephone number of the third party's insurer and any insurer of you;

- The name, address and telephone number of your attorney with respect to the third party's act;

- Prior to the meeting, the date, time and location of any meeting between the third party or his attorney and you, or your attorney;

- All terms of any settlement offer made by the third party or his insurer or your insurer;

- All information discovered by you or your attorney concerning the insurance coverage of the third party;

- The amount and location of any money that is recovered by you from the third party or his insurer or your insurer, and the date that the money was received;

- Prior to settlement, all information related to any oral or written settlement agreement between you and the third party or his insurer or your insurer;

- All information regarding any legal action that has been brought on your

behalf against the third party or his insurer; and

- All other information requested by Wellmark.

AND500010073

Send this information to:

Wellmark Blue Cross and Blue Shield of Iowa
636 Grand Avenue, Station 151
Des Moines, IA 50309-2565

You also agree to all of the following:

- You will immediately let us know about any potential claims or rights of recovery related to the illness or injury.

- You will furnish any information and assistance that we determine we will need to enforce our rights under this group health plan.

- You will do nothing to prejudice our rights and interests including, but not limited to, signing any release or waiver (or otherwise releasing) our rights, without obtaining our written permission.

- You will not compromise, settle, surrender, or release any claim or right of recovery described above, without obtaining our written permission.

- If payment is received from the other party or parties, you must reimburse us to the extent of benefit payments made under this group health plan.

- In the event you or your attorney receive any funds in compensation for your illness or injury, you or your attorney will hold those funds (up to and including the amount of benefits paid by Wellmark in connection with the illness or injury) in trust for the benefit of Wellmark as trustee(s) for Wellmark until the extent of our right to reimbursement or subrogation has been resolved.

In the event Wellmark deems it necessary to institute legal action against you if you fail to repay Wellmark as required in this group health plan, you shall be liable for the amount of such payments made by

General Provisions

Wellmark as well as all of Wellmark's costs of collection, including reasonable attorney fees and costs.

You and your covered family member(s) must notify us if you have the potential right to receive payment from someone else. You must cooperate with us to ensure that our rights to subrogation are protected.

Wellmark's right of subrogation and reimbursement under this group health plan applies to all rights of recovery, and not only to your right to compensation for medical expenses. A settlement or judgment structured in any manner not to include medical expenses, or an action brought by you or on your behalf which fails to state a claim for recovery of medical expenses, shall not defeat our rights of subrogation and reimbursement if there is any recovery on your claim.

We reserve the right to offset any amounts owed to us against any future claim settlement amounts.

## Workers' Compensation

If you have received benefits under this benefits plan for an injury or condition that is the subject or basis of a workers' compensation claim (whether litigated or not), we are entitled to reimbursement to the extent of benefits paid under this plan from your employer, your employer's workers' compensation carrier, or you in the event that your claim is accepted or adjudged to be covered under workers' compensation.

Furthermore, we are entitled to reimbursement from you to the full extent of benefits paid out of any proceeds you receive from any workers' compensation claim, regardless of whether you have been made whole or fully compensated for your losses, regardless of whether the proceeds represent a compromise or disputed settlement, and regardless of any characterization of the settlement proceeds by the parties to the settlement. We will not be liable for any attorney's fees or other expenses incurred in obtaining any proceeds for any workers' compensation claim.

We utilize industry standard methods to identify claims that may be work-related. This may result in initial payment of some claims that are work-related. We reserve the right to seek reimbursement of any such claim or to waive reimbursement of any claim, at our discretion.

MERCK-AB0010074

## Payment in Error

If for any reason we make payment in error, we may recover the amount we paid.

## Premium

Your employer or group sponsor must pay us in advance of the due date assigned for your coverage. For example, payment must be made prior to the beginning of each calendar month, each quarter, or each year, depending on your specific due date.

If you misrepresent any information to Wellmark relating to this coverage, Wellmark may, in addition to exercising any other available remedies, retroactively adjust the monthly premiums for this coverage as if the information in question had been correctly represented in the application for coverage.

## Notice

If a specific address has not been provided elsewhere in this coverage manual, you may send any notice to Wellmark's home office:

> Wellmark Blue Cross and Blue Shield of Iowa
> 636 Grand Avenue
> Des Moines, IA 50309-2565

Any notice from Wellmark to you is acceptable when sent to your address as it appears on Wellmark's records or the address of the group through which you are enrolled.

# EXHIBIT B

## Subrogation

### Right of Subrogation

{ XE "subrogation" }If you or your legal representative have a claim to recover money from a third party and this claim relates to an illness or injury for which [this group health plan ][Wellmark] provides benefits, [we][Wellmark], [on behalf of your employer or group sponsor,] will be subrogated to you and your legal representative's rights to recover from the third party as a condition to your receipt of benefits.

### Right of Reimbursement

{ XE "reimbursement of benefits" }If you are injured as a result of the act of a third party and you or your legal representative files a claim under this group health plan, as a condition of receipt of benefits, you or your legal representative must reimburse [us] [Wellmark] for all benefits paid for the injury from money received from the third party or its insurer, to the extent of the amount paid by [this group health plan] [Wellmark] on the claim.

Once you receive benefits under this group health plan arising from an illness or injury, [Wellmark][we] will assume any legal rights you have to collect compensation, damages, or any other payment related to the illness or injury from any of the following:
☐ The responsible person or that person's insurer.
☐ Uninsured motorist coverage.
☐ Underinsured motorist coverage.
☐ Other insurance coverage, including but not limited to homeowner's, motor vehicle, or medical payments insurance.

You agree to recognize [our][Wellmark's] rights [under this group health plan ]to subrogation and reimbursement. These rights provide [us][Wellmark] with a priority over any money paid by a third party to you relative to the amount paid by [this group health plan][Wellmark], including priority over any claim for non-medical charges, or other costs and expenses. [Wellmark][We] will assume all rights of recovery, to the extent of payment [made under this group health plan], regardless of whether payment is made before or after settlement of a third party claim, and regardless of whether you have received full or complete compensation for an illness or injury.

### Procedures for Subrogation and Reimbursement

You or your legal representative must do whatever [we][Wellmark] request[s] with respect to the exercise of [our][Wellmark's] subrogation and reimbursement rights, and you agree to do nothing to prejudice those rights. In addition, at the time of making a claim for benefits, you or your legal representative must inform [us][Wellmark]in writing if you were injured by a third party. You or your legal representative must provide the following information, by registered mail, within seven (7) days of such injury to [us][Wellmark] as a condition to receipt of benefits:
☐ The name, address, and telephone number of the third party that in any way caused the injury, and of the attorney representing the third party;
☐ The name, address and telephone number of the third party's insurer and any insurer of you;

☐ The name, address and telephone number of your attorney with respect to the third party's act;

☐ Prior to the meeting, the date, time and location of any meeting between the third party or his attorney and you, or your attorney;

☐ All terms of any settlement offer made by the third party or his insurer or your insurer;

☐ All information discovered by you or your attorney concerning the insurance coverage of the third party;

☐ The amount and location of any money that is recovered by you from the third party or his insurer or your insurer, and the date that the money was received;

☐ Prior to settlement, all information related to any oral or written settlement agreement between you and the third party or his insurer or your insurer;

☐ All information regarding any legal action that has been brought on your behalf against the third party or his insurer; and

☐ All other information requested by [us][Wellmark].

Send this information to:

[Wellmark Blue Cross and Blue Shield of South Dakota

1601 West Madison, P.O. Box 5023

Sioux Falls, SD 57117-5023]

You also agree to all of the following:

☐ You will immediately let us know about any potential claims or rights of recovery related to the illness or injury.

☐ You will furnish any information and assistance that we determine we will need to enforce our rights under this group health plan.

☐ You will do nothing to prejudice our rights and interests including, but not limited to, signing any release or waiver (or otherwise releasing) our rights, without obtaining our written permission.

☐ You will not compromise, settle, surrender, or release any claim or right of recovery described above, without obtaining our written permission.

☐ If payment is received from the other party or parties, you must reimburse us to the extent of benefit payments made under this group health plan.

☐ In the event you or your attorney receive any funds in compensation for your illness or injury, you and your attorney will hold those funds (up to and including the amount of benefits paid [by [Wellmark]][under this group health plan] in connection with the illness or injury) in trust for the benefit of [this group health plan ][Wellmark] as trustee(s) for [us][Wellmark] until the extent of our right to reimbursement or subrogation has been resolved.

**Self Funded groups only**

☐ The amount of our subrogation interest shall be paid first from any funds recovered on your behalf from any source, without regard to whether you have been made whole or fully compensated for your losses, and the "make whole" rule is specifically rejected and inapplicable under this group health plan.

☐ We will not be liable for payment of any share of attorneys' fees or other expenses incurred in obtaining any recovery, except as expressly agreed in writing, and the "common fund" rule is specifically rejected and inapplicable under this group health plan.

It is further agreed that in the event that you fail to take the necessary legal action to recover from the responsible party, [we][Wellmark] shall have the option to do so and may proceed in its name or your name against the responsible party and shall be entitled to the recovery of the amount of benefits paid under this group health plan and shall be entitled to recover its expenses, including reasonable attorney fees and costs, incurred for such recovery.

Variables: "we," "us," "our" are used for self-funded groups.

In the event [we][Wellmark] deem[s] it necessary to institute legal action against you if you fail to repay [us][Wellmark] as required in this group health plan, you shall be liable for the amount of such payments made by [us][Wellmark] as well as all of [our ][Wellmark's] costs of collection, including reasonable attorney fees and costs.

**Optional for Self Funded groups only**

You hereby authorize the deduction of any excess benefit received or benefits that should not have been paid, from any present or future compensation payments.

You and your covered family member(s) must notify us if you have the potential right to receive payment from someone else. You must cooperate with us to ensure that our rights to subrogation are protected.

[Our][Wellmark's] right of subrogation and reimbursement under this group health plan applies to all rights of recovery, and not only to your right to compensation for medical expenses. A settlement or judgment structured in any manner not to include medical expenses, or an action brought by you or on your behalf which fails to state a claim for recovery of medical expenses, shall not defeat our rights of subrogation and reimbursement if there is any recovery on your claim.

We reserve the right to offset any amounts owed to us against any future claim payments.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | CIVIL ACTION |
| | § | NO. 08-1633 |
| v. | § | |
| | § | SECTION L, MAG. 3 |
| US Bancorp; BrownGreer, PLC; and John Does | § | |
| | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |
| | § | |
| | § | In Relation to: MDL Docket No. 1657 |
| | § | |
| | § | In Re: VIOXX |
| | § | |
| | § | PRODUCTS LIABILITY LITIGATION |

## AFFIDAVIT OF CHAD SAALFRANK

Comes the affiant, Chad Saalfrank, and under penalty of perjury do state the following:

1.    My name is Chad Saalfrank, and I am a Data Mining Consultant at WellPoint, Inc. and I have reviewed records and other documents kept in WellPoint, Inc.'s ordinary course of business related to the subject matter of the statements made herein. Based on my personal knowledge and my review of the aforementioned records and documents, the statements made herein are true and accurate to the best of my knowledge.

2.    WellPoint, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.    As of December 31, 2007, WellPoint, Inc. provided health benefits to approximately 34.8 million plan members[1] who participated in individual and group plans.

4.    As of December 31, 2007, the majority of WellPoint's members participated in

---

[1] See 10-k filing on www.sec.gov under ticker symbol WLP.

health plans that were self-funded and/or governed by the Employee Retirement Security Act of 1974 (ERISA).

     5.     WellPoint administered approximately 380,000 employer-sponsored health plans[2] in 2007.

     6.     Further the Affiant Sayeth Naught.

Dated. 6/16/08

_____

Chad Saalfrank
Data Mining Consultant

Subscribed and sworn to before me

This 16 day of June, 2008.

_____

Notary Public, State of Indiana

My Commission Expires: 1-4-2013

---

[2] Where a single Plan Sponsor offered its employees the choice of two different plans (e.g. a PPO and HMO product), both plans are counted in this number.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | **CIVIL ACTION** |
| | § | |
| **v.** | § | **NO. 08-1633** |
| | § | |
| US Bancorp; BrownGreer, PLC; and John | § | **SECTION L, MAG. 3** |
| Does | § | |
| | § | **JUDGE FALLON** |
| | § | |
| | § | **MAGISTRATE JUDGE KNOWLES** |
| | § | |
| | § | **In Relation to: MDL Docket No. 1657** |
| | § | |
| | § | **In Re: VIOXX** |
| | § | |
| | § | **PRODUCTS LIABILITY LITIGATION** |

**AFFIDAVIT OF AMANDA RICKARDS**

Comes the affiant, Amanda Rickards, and under penalty of perjury do state the following:

1.     My name is Amanda Rickards, and I am a Legal Specialist at WellPoint, Inc. My duties include, among other things, gathering health plan documents and assisting with enterprise-wide recovery cases. I have reviewed records and other documents kept in WellPoint, Inc.'s ordinary course of business related to the subject matter of the statements made herein. Based on my personal knowledge and my review of the aforementioned records and documents, the statements made herein are true and accurate to the best of my knowledge.

2.     WellPoint, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.     Each group health plan WellPoint administers has its own set of plan documents.

4.     Attached as Exhibit A are certified copies of three sample plan documents containing subrogation/reimbursement language in effect during the relevant period.

5.  Wellpoint, Inc., in its capacity as administrator for its self-funded and insured plans, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical and pharmacy expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

6.  Further the Affiant Sayeth Naught.

Dated. _June 16, 2008_

_Amanda S. Rickards_
Amanda Rickards
Legal Specialist

Subscribed and sworn to before me this _16th_ day of June, 2008.

_Kelly Levenhagen_

My Commission Expires: _12/7/2008_



## CERTIFICATION OF DOCUMENTS

I, Michael Coe am employed by WellPoint, Inc. as a Contract Compliance Advisor

Senior in the Contracts and Compliance Department. I hereby certify that the attached

documents are true and correct copies of documents maintained by WellPoint, Inc. in the

ordinary course of business. Specifically, the attached documents are true and correct

copies of a sample PPO Contract in effect in January 1, 2002.

Dated *June 16, 2008*

_____
Michael Coe

Subscribed and sworn to before me

This ____ day of June, 2008.

*See attached*
_____
Notary Public, State of California

My Commission Expires:_____

# ACKNOWLEDGMENT

State of California
County of _____ Los Angeles _____ )

On __June 16, 2008_____ before me, __HOLLIS MILLS, Notary Public_____
(insert name and title of the officer)

personally appeared __Michael Coe_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Hollis Mills_____ (Seal)

HOLLIS MILLS
Commission # 1626410
Notary Public - California
Ventura County
My Comm. Expires Dec 3, 2009

*SAMPLE* **Blue Cross PPO Plan**

*January 1, 2002*

*These are sample EOCs only.  They do not reflect the benefits or provisions of any particular group or member.*

To navigate in this document:

- Click on this text to go to the Table of Contents.  Click on any title in the Table of Contents, and you will be taken to that section.

Begin Cover PB



*PRUDENT BUYER P6 WITH RX4*

*January 1, 2002*

## MedCall

Your *plan* includes MedCall, a 24-hour nurse assessment service to help you make decisions about your medical care.  When you call MedCall toll free at **800-700-9186**, be prepared to provide your name, the patient's name (if you're not calling for yourself), the *subscriber's* social security number, and the patient's phone number.

The nurse will ask you some questions to help determine your health care needs.  Based on the information you provide, the advice may be:

- Home self-care.  A follow-up phone call may be made to determine how well home self-care is working.

- Schedule a routine appointment within the next two weeks, or an appointment at the earliest time available (within 64 hours), with your *physician*.  If you do not have a *physician,* the nurse will help you select one by providing a list of *physicians* who are *participating providers* in your geographical area.

- Call your *physician* for further discussion and assessment.

- To go to an emergency room in a *participating provider hospital.*

- Instructions to immediately call 911.

In addition to providing a nurse to help you make decisions about your health care, MedCall gives you free unlimited access to its Audio Health Library featuring recorded information on more than 100 health care topics.  To access the Audio Health Library, call toll free 800-700-9186 and follow the instructions given.

We have made arrangements with an independent company to make MedCall available to you as a special service.  It may be discontinued without notice.

**Note:  MedCall is an optional service.  Remember, the best place to go for medical care is your *physician.***

# COMBINED EVIDENCE OF COVERAGE
# AND DISCLOSURE FORM

**Blue Cross of California**
**21555 Oxnard Street**
**Woodland Hills, California 91367**

**This Combined Evidence of Coverage and Disclosure (Evidence of Coverage) Form is a summary of the important terms of your health plan. The health plan contract must be consulted to determine the exact terms and conditions of coverage. Your employer will provide you with a copy of the health plan contract upon request.**

# TABLE OF CONTENTS

TYPES OF PROVIDERS ........................................................................1

SUMMARY OF BENEFITS ...................................................................4

MEDICAL BENEFITS ...........................................................................5

PRESCRIPTION DRUG BENEFITS ...................................................11

YOUR MEDICAL BENEFITS ............................................................13

HOW COVERED EXPENSE IS DETERMINED.......................................13

DEDUCTIBLES, CO-PAYMENTS, OUT-OF-POCKET AMOUNTS
AND MEDICAL BENEFIT MAXIMUMS ...................................................14

CONDITIONS OF COVERAGE...............................................................17

MEDICAL CARE THAT IS COVERED ....................................................18

MEDICAL CARE THAT IS NOT COVERED ...........................................32

PRE-EXISTING CONDITION EXCLUSION ..........................................37

REIMBURSEMENT FOR ACTS OF THIRD PARTIES..........................38

YOUR PRESCRIPTION DRUG BENEFITS...........................................38

PRESCRIPTION DRUG COVERED EXPENSE ....................................38

PRESCRIPTION DRUG CO-PAYMENTS................................................39

HOW TO USE YOUR PRESCRIPTION DRUG BENEFITS...................39

PRESCRIPTION DRUG UTILIZATION REVIEW.....................................41

PREFERRED DRUG PROGRAM ............................................................41

PRESCRIPTION DRUG CONDITIONS OF SERVICE...........................42

PRESCRIPTION DRUG SERVICES AND SUPPLIES THAT ARE
COVERED ...............................................................................................43

PRESCRIPTION DRUG SERVICES AND SUPPLIES THAT ARE
NOT COVERED .......................................................................................43

COORDINATION OF BENEFITS...........................................................45

BENEFITS FOR MEDICARE ELIGIBLE MEMBERS ............................48

MEDICAL MANAGEMENT PROGRAMS ..............................................49

UTILIZATION REVIEW PROGRAM........................................................49

AUTHORIZATION PROGRAM.................................................................53

THE MEDICAL NECESSITY REVIEW PROCESS .................................56

[form]

PERSONAL CASE MANAGEMENT.........................................................58

DISAGREEMENTS WITH MEDICAL MANAGEMENT DECISIONS ......60

QUALITY ASSURANCE......................................................................60

**HOW COVERAGE BEGINS AND ENDS** ...............................................61

HOW COVERAGE BEGINS...............................................................61

HOW COVERAGE ENDS ..................................................................65

**CONTINUATION OF COVERAGE**.......................................................66

**POST-COBRA CONTINUATION FOR QUALIFYING MEMBERS** ........72

**EXTENSION OF BENEFITS** ..............................................................74

**HIPAA COVERAGE AND CONVERSION** ............................................75

**GENERAL PROVISIONS**...................................................................76

**BINDING ARBITRATION** ..................................................................81

**DEFINITIONS**..................................................................................82

**GRIEVANCE PROCEDURES** ............................................................93

**FOR YOUR INFORMATION** ..............................................................97

[form]

## TYPES OF PROVIDERS

PLEASE READ THE FOLLOWING INFORMATION SO YOU WILL KNOW FROM WHOM OR WHAT GROUP OF PROVIDERS HEALTH CARE MAY BE OBTAINED. IF YOU HAVE SPECIAL HEALTH CARE NEEDS, YOU SHOULD CAREFULLY READ THOSE SECTIONS THAT APPLY TO THOSE NEEDS.   THE MEANINGS OF WORDS AND PHRASES IN ITALICS ARE DESCRIBED IN THE SECTION OF THIS BOOKLET ENTITLED DEFINITIONS.

**Participating Providers.**  We have established a network of various types of "Participating Providers".    These providers are called "participating" because they have agreed to participate in our preferred provider organization program (PPO), which we call the Prudent Buyer Plan.  They have agreed to provide our members with health care at a special low cost.  The amount of benefits payable under this *plan* will be different for *non-participating providers* than for *participating providers*. See the definition of "Participating Providers" in the DEFINITIONS section for a complete list of the types of providers which may be *participating providers*.

**We publish a directory of Participating Providers.  You can get a directory from your plan administrator (usually your employer).**

**Non-Participating Providers.**  *Non-participating providers* are providers which have not agreed to participate in our Prudent Buyer Plan network. They have not agreed to the *negotiated rates* and other provisions of a Prudent Buyer Plan contract.

**Contracting and Non-Contracting Hospitals.**  Another type of provider is the "contracting hospital".  This is different from a *hospital* which is a *participating provider*.  As a health care service plan, we have traditionally contracted with most hospitals to obtain certain advantages for patients covered by us.  While only some *hospitals* are *participating providers*, all eligible California hospitals are invited to be *contracting hospitals* and most--over **90%**--accept.   **For those which do not (called *non-contracting hospitals*), there is a significant benefit penalty in your plan.**

**Physicians.**  "Physician" means more than an M.D.   Certain other practitioners are included in this term as it is used throughout the *plan*. This doesn't mean they can provide every service that a medical doctor could; it just means that we'll cover expense you incur from them when they're practicing within their specialty the same as we would if the care were provided by a medical doctor.  As with the other terms, be sure to read the definition of "Physician" to determine which providers' services

are covered.   Only providers listed in the definition are covered as *physicians*.

**Other Health Care Providers.**   "Other Health Care Providers" are neither *physicians* nor *hospitals*.  They are mostly free-standing facilities or service organizations, such as ambulance companies.  See the definition of "Other Health Care Providers" in the DEFINITIONS section for a complete list of those providers.  *Other health care providers* are not part of our Prudent Buyer Plan provider network.

**Reproductive Health Care Services.**   Some *hospitals* and other providers do not provide one or more of the following services that may be covered under your *plan* contract and that you or your family member might need:   family planning;  contraceptive services,  including emergency contraception; sterilization, including tubal ligation at the time of labor and delivery; infertility treatments; or abortion.  You should obtain more information before you enroll.  Call your prospective *physician* or clinic, or call us at the customer service telephone number listed on your ID card to ensure that you can obtain the health care services that you need.

**Member Rights.**  We have a commitment to treat you in a manner that respects your rights.  You have the right to:

- Obtain all *medically necessary* care covered under the *plan;*

- Be treated with consideration, courtesy, and respect for personal privacy and dignity;

- Discuss *medically necessary* treatment options for your conditions, regardless of cost or benefit coverage;

- Be involved in decision-making regarding your treatment;

- Confidential treatment of your illness and health records;

- Receive information about the *plan, participating providers* and your rights and responsibilities;

- Voice complaints about the *participating providers* or the care provided; and

- Appeal decisions made by the Health Plan.

**Member Responsibilities.**   To assist providers in meeting these obligations, it is your responsibility to:

- Treat all providers and their staff with courtesy and respect;

2

- Comply with the prescribed medical treatment and instructions for care that you have agreed on with your provider;

- Provide complete health status information for accurate diagnosis and appropriate treatment;

- Keep scheduled appointments for care, and give adequate advance notice of delay or cancellation; and

- Read and understand all materials concerning your health benefits.

**Participating and Non-Participating Pharmacies.**   "Participating Pharmacies" agree to charge only the *prescription drug negotiated rate* to fill the *prescription*.  You pay only your co-payment amount.

"Non-Participating Pharmacies" have not agreed to the *prescription drug negotiated rate*.  The amount that will be covered as *prescription drug covered expense* is significantly lower than what these providers customarily charge.

**Centers of Expertise Transplant Facilities.**  We have established a Centers of Expertise (COE) network of transplant facilities to provide services for specified organ transplants (heart, liver, lung, heart-lung, kidney-pancreas, or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures). **These procedures are covered only at a COE.**  These "COE" agree to accept the *COE negotiated rate* as payment in full for covered services. A *participating provider* in the Prudent Buyer Plan network is not necessarily a *Centers of Expertise* transplant facility.

## SUMMARY OF BENEFITS

THE BENEFITS OF THIS PLAN ARE PROVIDED ONLY FOR THOSE SERVICES THAT WE DETERMINE TO BE MEDICALLY NECESSARY. THE FACT THAT A PHYSICIAN PRESCRIBES OR ORDERS A SERVICE DOES NOT, IN ITSELF, MEAN THAT THE SERVICE IS MEDICALLY NECESSARY OR THAT THE SERVICE IS A COVERED EXPENSE. CONSULT THIS BOOKLET OR TELEPHONE US AT THE NUMBER SHOWN ON YOUR IDENTIFICATION CARD IF YOU HAVE ANY QUESTIONS REGARDING WHETHER SERVICES ARE COVERED.

THIS PLAN CONTAINS MANY IMPORTANT TERMS (SUCH AS "MEDICALLY NECESSARY" AND "COVERED EXPENSE") THAT ARE DEFINED IN THE DEFINITIONS SECTION.   WHEN READING THROUGH THIS BOOKLET, CONSULT THE DEFINITIONS SECTION TO BE SURE THAT YOU UNDERSTAND THE MEANINGS OF THESE ITALICIZED WORDS.

For your convenience, this summary provides a brief outline of your benefits. You need to refer to the entire Combined Evidence of Coverage and Disclosure (Evidence of Coverage) Form for more complete information, and you must consult your employer's health plan contract with us to determine the exact terms and conditions of your coverage.

**Second Opinions.** If you have a question about your condition or about a plan of treatment which your *physician* has recommended, you may receive a second medical opinion from another *physician*. This second opinion visit will be provided according to the benefits, limitations, and exclusions of this *plan*. If you wish to receive a second medical opinion, remember that greater benefits are provided when you choose a *participating provider*. You may also ask your *physician* to refer you to a *participating provider* to receive a second opinion.

**All benefits are subject to coordination with benefits under certain other plans.**

| |
|---|
| The benefits of this *plan* are subject to the REIMBURSEMENT FOR ACTS OF THIRD PARTIES section. |

## MEDICAL BENEFITS

**DEDUCTIBLES**

**Calendar Year Deductibles**

- Member Deductible ..................................................................$250
- Family Deductible.................................... **three Member Deductibles**

**Additional Deductibles**

- Emergency Room Deductible .....................................................$100
- Inpatient Deductible.................................................................$500
- Ambulatory Surgical Center Deductible .......................................$500
- Non-Certification Deductible ......................................................$500

**Exceptions:** In certain circumstances, one or more of these deductibles may not apply, as described below:

– The Calendar Year Deductible will not apply to the following services provided by a *participating provider*: (a) *physician's* services for routine examinations and immunizations under the Well Baby and Well Child Care benefit; (b) Hepatitis B and Varicella Zoster immunizations for dependent children ages 7 through 18, and (c) preventive care. **Preventive Care services provided by a *nonparticipating provider* are not covered.**

– The Calendar Year Deductible will not apply to office visits to a *physician* who is a *participating provider*, if those visits are for treatment for other than *mental or nervous disorders* or substance abuse.

   **Note:** This exception only applies to the charge for the visit itself. It does not apply to any other charges made during that visit, such as for testing procedures, surgery, etc.

– The Calendar Year Deductible will not apply to diabetes education program services provided by a *physician* who is a *participating provider*.

– The Calendar Year Deductible will not apply to transplant travel expenses authorized by us. See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for information on how to obtain prior authorization.

- The Emergency Room Deductible will not apply if you are admitted as a *hospital* inpatient immediately following emergency room treatment.

- The Inpatient Deductible will not apply to *emergency* admissions, nor to the services provided by a *participating provider*.

- The Ambulatory Surgical Center Deductible will not apply to *emergency services,* nor to the services of a *participating provider*.

- The Non-Certification Deductible will not apply to *emergency* admissions or services, nor to the services provided by a *participating provider*. See MEDICAL MANAGEMENT PROGRAMS.

## CO-PAYMENTS

**Co-Payments.*** After you have met your Calendar Year Deductible, and any other applicable deductible, you will be responsible for the following percentages of *covered expense* you incur:

- *Participating Providers* ................................................................ **10%**

- *Other Health Care Providers* ........................................................ **20%**

- *Non-Participating Providers* ........................................................ **30%**

**Note:**  In addition to the Co-Payment shown above, you will be required to pay any amount in excess of *covered expense* for the services of an *other health care provider* or *non-participating provider*.

   ***Exceptions:**

   - Your Co-Payment for a routine examination provided by a *participating provider* under the Well Baby and Well Child Care benefit will be **$25**.  This Co-Payment will not apply toward the satisfaction of any deductible, nor will it apply toward satisfaction of the Out-of-Pocket Amount.  There will be no Co-Payment for immunizations provided by a *participating provider* under the Well Baby and Well Child Care benefit, nor for Hepatitis B and Varicella Zoster immunizations provided by a *participating provider* for dependent children ages 7 through 18.

   - Your Co-Payment for *non-participating providers* will be the same as for *participating providers* for the following services.  You may be responsible for charges which exceed *covered expense*.

      a.  *Emergency services* provided by other than a *hospital;*

6

b.  The first 48 hours of *emergency services* provided by a hospital (the *participating provider* Co-Payment will continue to apply to a *non-participating provider* beyond the first 48 hours if you, in our judgment, cannot be safely moved);

c.  An *authorized referral* from a *physician* who is a *participating provider* to a *non-participating provider* (see MEDICAL MANAGEMENT PROGRAMS:  AUTHORIZATION PROGRAM);

d.  Charges by a type of *physician* not represented in the Prudent Buyer Plan network (for example, an audiologist); or

e.  Cancer Clinical Trials.

−  Your Co-Payment for office visits to a *physician* who is a *participating provider,* for treatment for other than *mental or nervous disorders* or substance abuse, will be **$10**.  This Co-Payment will not apply toward the satisfaction of any deductible, nor will it apply toward satisfaction of the Out-of-Pocket Amount.

**Note:** This exception applies only to the charge for the visit itself. It does not apply to any other charges made during that visit, such as testing procedures, surgery, etc.

−  Your Co-Payment for services provided by a *participating provider* under the Preventive Care benefit will be **$25**.  This Co-Payment will not apply toward satisfaction of any deductible, nor will it apply toward satisfaction of the Out-Of-Pocket Amount.

−  Your Co-Payment for diabetes education program services provided by a *physician* who is a *participating provider* will be **$10**.  This Co-Payment will not apply toward the satisfaction of any deductible, nor will it apply toward satisfaction of the Out-of-Pocket Amount.

−  Your Co-Payment for specified organ transplants (heart, liver, lung, heart-lung, kidney-pancreas, or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures) authorized by us and performed at a designated *COE* will be the same as for *participating providers*.  **Services for specified organ transplants are not covered when performed at other than a designated *COE*.**  See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM.

−  No Co-Payment will be required for the transplant travel expenses authorized by us.  See MEDICAL MANAGEMENT PROGRAMS:  AUTHORIZATION PROGRAM.

**Out-of-Pocket Amount\*.**  After each *member* has made the following total out-of-pocket payments for *covered expense* incurred during a *calendar year,* each *member* will no longer be required to pay a Co-Payment for the remainder of that *year,* but will remain responsible for costs in excess of *covered expense.*

- *Participating providers* and
  *other health care providers* .................................... **$1,000**/*member*

- *Non-participating providers* .................................... **$2,000**/*member*

**\*Exceptions:**

- Any Co-Payments you make for the treatment of *mental or nervous disorders* or substance abuse will not be applied toward the satisfaction of your Out-of-Pocket Amount.  In addition, you will be required to continue to pay your Co-Payment for such treatment even after you have reached that amount.

- Any Co-Payments you make for routine examinations under the Well Baby and Well Child Care benefit, when such care is provided by a *participating provider,* will not be applied toward the satisfaction of your Out-of-Pocket Amount.  In addition, you will be required to continue to pay your Co-Payment for such care even after you have reached that amount.

  Any Co-Payments you make for services of a *participating provider* under the Preventive Care benefit will not be applied toward the satisfaction of your Out-Of-Pocket Amount.  In addition, you are required to continue to pay your Co-Payment for such care even after you have reached that amount.

- Your Co-Payment for office visits to a *physician* who is a *participating provider* will not be applied toward the satisfaction of your Out-of-Pocket Amount.  In addition, you will be required to continue to pay your Co-Payment for such visits even after you have reached that amount.

- Your Co-Payment for diabetes education program services provided by a *physician* who is a *participating provider* will not be applied toward the satisfaction of your Out-of-Pocket Amount.  In addition, you will be required to continue to pay your Co-Payment for such services even after you have reached that amount.

- Expense which is applied toward any deductible, which is incurred for non-covered services or supplies, or which is in excess of the amount of *covered expense,* will not be applied toward your Out-of-Pocket Amount, and is always your responsibility.

8

> **Non-Contracting Hospital Penalty.** *Covered expense* is **reduced by 25%** for services and supplies provided by a *non-contracting hospital.* This penalty will be deducted from *covered expense* prior to calculating your Co-Payment amount, and any benefit payment by us will be based on such reduced *covered expense.* You are responsible for paying this extra expense. This reduction will be waived only for *emergency services.* To avoid this penalty, be sure to choose a *contracting hospital.*

## MEDICAL BENEFIT MAXIMUMS

We will pay, for the following services and supplies, up to the maximum amounts, or for the maximum number of days or visits shown below:

### Skilled Nursing Facility

- For covered *skilled nursing facility* care ............................... **100 days** per *calendar year*

### Home Health Care

- For covered home health services ...................................... **100 visits** per *calendar year*

### Home Infusion Therapy

- For all covered services and supplies received during any one day ..................................................... **$600\***

    \**Non-participating providers* only

### Prosthetic Devices

- For covered services and supplies (except breast prostheses following a mastectomy or *prosthetic devices* following a laryngectomy) ........................... **$1,000** per *calendar year*

### Durable Medical Equipment

- For covered charges for rental or purchase .............................. **$1,000** per *calendar year*

### Mental or Nervous Disorders

- For covered *physician's* services ................................................... **$40** per visit

- For covered *facility-based care* ................................................... **$500** per day

9

**Substance Abuse**

- For covered *physician's* services ......................................................**$40**
  per visit, for up to 50
  visits per *calendar year*

- For covered *facility-based care* ......................................................**$500**
  per day, for up to 30
  days per *calendar year*

  The 30 day limit will not apply to inpatient *hospital* services for detoxification during the acute phase of alcoholism or drug dependence.

**Well Baby and Well Child Care (Dependent Children Under Age 7)**

- For *physician's* services for each routine examination .................. **$20***

- For each immunization.................................................................... **$12***

  ***Non-participating providers* only

**Hepatitis B and Varicella Zoster Immunizations (Dependent Children Ages 7 Through 18)**

- For each immunization (*non-participating providers* only) ..............**$12**

**Preventive Care (Members Age 7 and Over)**

- For all covered services and supplies when provided by a *participating provider*\*.............................................**$250**
  per *calendar year*

  **\*Note:**  Services are covered only when provided by a *participating provider*.

**Physical Therapy, Physical Medicine and Occupational Therapy**

- For covered outpatient services ......................................................**24**
  visits per *calendar year*

- For each covered visit when provided by a *non-participating provider*......................................................**$25**
  per visit

**Acupuncture**

- For all covered services ..................................................................**$25**
  per visit, for up to 12 visits
  per *calendar year*

**Transplant Travel Expense**

- For the Recipient and One Companion per Transplant Episode (limited to 6 trips per episode)

    – For transportation to the *COE* ...............................................**$250**
    per trip for each person
    for round trip coach airfare

    – For hotel accommodations ...................................................**$100**
    per day, for up to 21 days per trip,
    limited to one room,
    double occupancy

    – For expenses such as meals................................................**$25**
    per day for each person,
    for up to 21 days per trip

- For the Donor per Transplant Episode (limited to one trip per episode)

    – For transportation to the *COE* ...............................................**$250**
    for round trip coach airfare

    – For hotel accommodations ...................................................**$100**
    per day, for up to 7 days

    – For expenses such as meals................................................**$25**
    per day, up to 7 days

**Lifetime Maximum**

- For all medical benefits .....................................................**$2,000,000**
    during your lifetime

## PRESCRIPTION DRUG BENEFITS

**PRESCRIPTION DRUG CO-PAYMENTS.**   The following co-payments apply for each *prescription*:

**Participating Pharmacies**

- *Generic Drugs* ................................................................................**$5**

- *Brand Name Drugs* .......................................................................**$10**

**Non-Participating Pharmacies\***

- *Generic Drugs* .................................................................**$5**
  plus **50%** of *prescription drug covered expense*

- *Brand Name Drugs* ...........................................................**$10**
  plus **50%** of *prescription drug covered expense*

**Mail Service Prescriptions**

- *Generic Drugs* .................................................................**$5**

- *Brand Name Drugs* ...........................................................**$10**

**\*Important Note About Prescription Drug Covered Expense and Your Co-Payment:**   *Prescription drug covered expense* for *non-participating pharmacies* is significantly lower than what providers customarily charge, so you will almost always have a higher out-of-pocket expense when you use a *non-participating pharmacy*.

**YOU WILL BE REQUIRED TO PAY YOUR CO-PAYMENT AMOUNT TO THE PARTICIPATING PHARMACY AT THE TIME YOUR PRESCRIPTION IS FILLED.**

## YOUR MEDICAL BENEFITS

### HOW COVERED EXPENSE IS DETERMINED

We will pay for *covered expense* you incur under this *plan*. A charge is incurred when the service or supply giving rise to the charge is rendered or received. *Covered expense* for medical benefits is based on a maximum charge for each covered service or supply that will be accepted by us for each different type of provider. It is not necessarily the amount a provider bills for the service.

**Participating Providers and COE.** The maximum *covered expense* for services provided by a *participating provider* or *COE* will be the lesser of the billed charge or the *negotiated rate*. *Participating providers* and *COE* have agreed not to charge you more than the *negotiated rate* for covered services. When you choose a *participating provider,* you will not be responsible for any amount in excess of the *negotiated rate*. If you receive an authorized, specified organ transplant at a *COE*, you will not be responsible for any amount in excess of the *COE negotiated rate* for the covered services of a *COE*.

If you go to a *hospital* which is a *participating provider*, you should not assume all providers in that *hospital* are also *participating providers*. To receive the greater benefits afforded when covered services are provided by a *participating provider,* you should request that all your provider services be performed by *participating providers* whenever you enter a *hospital*.

If you are planning to have outpatient surgery, you should first find out if the facility where the surgery is to be performed is an *ambulatory surgical center*. An *ambulatory surgical center* is licensed as a separate facility even though it may be located on the same grounds as a *hospital* (although this is not always the case). If the center is licensed separately, you should find out if the facility is a *participating provider* before undergoing the surgery.

**Non-Participating Providers and Other Health Care Providers.** The maximum *covered expense* for services provided by a *non-participating* or *other health care provider* will always be the lesser of the billed charge or (1) for a *physician*, the *customary and reasonable charge* or (2) for other than a *physician*, the *reasonable charge*. You will be responsible for any billed charge which exceeds the *customary and reasonable charge* or the *reasonable charge*.

The maximum *covered expense* for *non-participating providers* for services and supplies provided in connection with Cancer Clinical Trials will be the lesser of the billed charge or the amount that ordinarily applies when services are provided by a *participating provider*.

13

**Exception:** If Medicare is the primary payor, *covered expense* does not include any charge:

1. By a *hospital,* in excess of the approved amount as determined by Medicare; or

2. By a *physician* or *other health care provider,* in excess of the lesser of the maximum *covered expense* stated above, or:

   a. For providers who accept Medicare assignment, the approved amount as determined by Medicare; or

   b. For providers who do not accept Medicare assignment, the limiting charge as determined by Medicare.

**You will always be responsible for expense incurred which is not covered under this *plan.***

**WARNING!   Reduction of *Covered Expense* for *Non-Contracting Hospitals.*** A small percentage of *hospitals* which are *non-participating providers* are also *non-contracting hospitals.* Except for *emergency* care, *covered expense* **is reduced by 25%** for all services and supplies provided by a *non-contracting hospital.* You will be responsible for paying this amount. You are strongly encouraged to avoid this additional expense by seeking care from a *contracting hospital.* **You can call the customer service number on your identification card to locate a *contracting hospital.***

### DEDUCTIBLES, CO-PAYMENTS, OUT-OF-POCKET AMOUNTS AND MEDICAL BENEFIT MAXIMUMS

After we subtract any applicable deductible and your Co-Payment, we will pay benefits up to the amount of *covered expense,* not to exceed the applicable Medical Benefit Maximum. The Deductible amounts, Co-Payments, Out-Of-Pocket Amounts and Medical Benefit Maximums are set forth in the SUMMARY OF BENEFITS.

### DEDUCTIBLES

Each deductible under this *plan* is separate and distinct from the other. Only charges that are considered *covered expense* will apply toward satisfaction of any deductible.

**Calendar Year Deductible.** Each *year,* you will be responsible for satisfying the *member's* Calendar Year Deductible before we begin to pay benefits.

**Family Deductible.** The first three *members* of an enrolled family who satisfy their Calendar Year Deductibles will satisfy the Family Deductible.

Once the Family Deductible is satisfied, no further Calendar Year Deductible expense will be required for any enrolled member of that family. However, we will not credit any expense previously applied to the Calendar Year Deductible of any other member of the family.

**Prior Plan Calendar Year Deductibles.** If you were covered under the *prior plan* any amount paid during the same *calendar year* toward your calendar year deductible under the *prior plan,* will be applied toward your Calendar Year Deductible under this *plan;* provided that, such payments were for charges that would be *covered expense* under this *plan.*

### Additional Deductibles

1. Each time you visit an emergency room for treatment you will be responsible for paying the Emergency Room Deductible. But this deductible will not apply if you are admitted as a *hospital* inpatient from the emergency room immediately following emergency room treatment.

2. Each time you are admitted to a *hospital* or *residential treatment center* which is a *non-participating provider,* you are responsible for paying the Inpatient Deductible. This deductible will not apply to an *emergency* admission.

3. Each time you have outpatient surgery at an *ambulatory surgical center* which is a *non-participating provider,* you are responsible for paying the Ambulatory Surgical Center Deductible. This deductible will not apply to *emergency* surgery.

4. Each time you are admitted to a *hospital* or *residential treatment center* or have outpatient surgery at an *ambulatory surgical center* without properly obtaining certification, you are responsible for paying the Non-Certification Deductible. This deductible will not apply to an *emergency* admission or procedure, nor to services provided at a *participating provider.* Certification is explained in MEDICAL MANAGEMENT PROGRAMS: UTILIZATION REVIEW PROGRAM.

### CO-PAYMENTS

After you have satisfied any applicable deductible, we will subtract your Co-Payment from the amount of *covered expense* remaining.

If your Co-Payment is a percentage, we will apply the applicable percentage to the amount of *covered expense* remaining after any deductible has been met. This will determine the dollar amount of your Co-Payment.

15

**OUT-OF-POCKET AMOUNTS**

**Satisfaction of the Out-of-Pocket Amount.** If, after you have met your Calendar Year Deductible, you pay Co-Payments equal to your Out-of-Pocket Amount per *member* during a *calendar year*, you will no longer be required to make Co-Payments for any *covered expense* you incur during the remainder of that *year*, other than for *covered expense* incurred for treatment of *mental or nervous disorders* or substance abuse, routine examinations provided by a *participating provider* under the Well Baby and Well Child Care benefit, office visits to a *physician* who is a *participating provider*, services provided by a *participating provider* under Preventive Care benefit, and diabetic education program services provided by a *physician* who is a *participating provider*.

**Participating Providers, COEs and Other Health Care Providers.** Only *covered expense* for the services of a *participating provider*, *COE* or *other health care provider* will be applied to the *participating provider* and *other health care provider* Out-of-Pocket Amount.

After this Out-of-Pocket Amount per *member* has been satisfied during a *calendar year*, you will no longer be required to make any Co-Payment for the covered services provided by a *participating provider*, *COE* or *other health care provider* for the remainder of that *year*.

**Non-Participating Providers.** Only *covered expense* for the services of a *non-participating provider* will be applied to the *non-participating provider* Out-of-Pocket Amount.  After this Out-of-Pocket Amount per *member* has been satisfied during a *calendar year*, you will no longer be required to make any Co-Payment for the covered services provided by a *non-participating provider* for the remainder of that *year*.

**Charges Which Do Not Apply Toward the Out-of-Pocket Amount.** The following charges will not be applied toward satisfaction of an Out-of-Pocket Amount:

- Charges which are not considered *covered expense*;

- Any expense applied to a deductible;

- Charges for services for the treatment of *mental or nervous disorders* or substance abuse;

- Charges for routine examinations provided by a *participating provider* under the Well Baby and Well Child Care benefit;

- Charges for preventive care provided by a *participating provider*;

- Charges for office visits to a *physician* who is a *participating provider*; and

- Charges for diabetic education program services provided by a *physician* who is a *participating provider*.

In addition, you will continue to be required to pay your Co-Payment for the treatment of *mental or nervous disorders* or substance abuse, routine examinations provided by a *participating provider* under the Well Baby and Well Child Care benefit, office visits to a *physician* who is a *participating provider*, preventive care services provided by a *participating provider*, and diabetic education program services provided by a *physician* who is a *participating provider* even after the Out-of-Pocket Amount is reached.

**MEDICAL BENEFIT MAXIMUMS**

We do not make benefit payments for any *member* in excess of any of the Medical Benefit Maximums. Your Lifetime Maximum under this *plan* will be reduced by any benefits we paid to you or on your behalf under any other health plan provided by Blue Cross, or any of its affiliates, which is sponsored by the *group*.

**Prior Plan Maximum Benefits.** If you were covered under the *prior plan,* any benefits paid to you under the *prior plan* will reduce any maximum amounts you are eligible for under this *plan* which apply to the same benefit.

## CONDITIONS OF COVERAGE

The following conditions of coverage must be met for expense incurred for services or supplies to be considered as *covered expense.*

1. You must incur this expense while you are covered under this *plan.* Expense is incurred on the date you receive the service or supply for which the charge is made.

2. The expense must be for a medical service or supply furnished to you as a result of illness or injury or pregnancy, unless a specific exception is made.

3. The expense must be for a medical service or supply included in MEDICAL CARE THAT IS COVERED. Additional limits on *covered expense* are included under specific benefits and in the SUMMARY OF BENEFITS.

4. The expense must not be for a medical service or supply listed in MEDICAL CARE THAT IS NOT COVERED. If the service or supply is partially excluded, then only that portion which is not excluded will be considered *covered expense.*

5. The expense must not exceed any of the maximum benefits or limitations of this *plan.*

17

6. Any services received must be those which are regularly provided and billed by the provider. In addition, those services must be consistent with the illness, injury, degree of disability and your medical needs. Benefits are provided only for the number of days required to treat your illness or injury.

7. All services and supplies must be ordered by a *physician*.

### MEDICAL CARE THAT IS COVERED

Subject to the Medical Benefit Maximums in the SUMMARY OF BENEFITS, the requirements set forth under CONDITIONS OF COVERAGE and the exclusions or limitations listed under MEDICAL CARE THAT IS NOT COVERED, we will provide benefits for the following services and supplies:

**Hospital**

1. Inpatient services and supplies, provided by a *hospital*. *Covered expense* will not include charges in excess of the *hospital's* prevailing two-bed room rate unless there is a negotiated per diem rate between us and the *hospital*, or unless your *physician* orders, and we authorize, a private room as *medically necessary*.

2. Services in *special care units*.

3. Outpatient services and supplies provided by a *hospital*, including outpatient surgery.

**Skilled Nursing Facility.** Inpatient services and supplies provided by a *skilled nursing facility*, for up to 100 days per *calendar year*. The amount by which your room charge exceeds the prevailing two-bed room rate of the *skilled nursing facility* is not considered *covered expense*. For the purpose of care provided for the treatment of *severe mental disorders* or substance abuse, the term "skilled nursing facility" includes *residential treatment center*.

*Skilled nursing facility* services and supplies are subject to prior authorization to determine medical necessity. Please refer to MEDICAL MANAGEMENT PROGRAMS for information on how to obtain the proper reviews.

Note: *Facility-based care* for the treatment of substance abuse is limited to 30 days per *calendar year*. Any days you spend as an inpatient in a *residential treatment center* will be counted against both this 30 day limit and the 100 day limit applicable to benefits for services provided by a *skilled nursing facility*.

**Home Health Care.** The following services provided by a *home health agency:*

1. Services of a registered nurse or licensed vocational nurse under the supervision of a registered nurse or a *physician*.

2. Services of a licensed therapist for physical therapy, occupational therapy, speech therapy, or respiratory therapy.

3. Services of a medical social service worker.

4. Services of a health aide who is employed by (or who contracts with) a *home health agency*. Services must be ordered and supervised by a registered nurse employed by the *home health agency* as professional coordinator. These services are covered only if you are also receiving the services listed in 1 or 2 above.

5. *Medically necessary* supplies provided by the *home health agency*.

In no event will benefits exceed 100 visits during a *calendar year*. A visit of four hours or less by a home health aide shall be considered as one home health visit.

Home health care services are subject to prior authorization to determine medical necessity. Please refer to MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for information on how to obtain the proper reviews.

Home health care services are not covered if received while you are receiving benefits under the "Hospice Care" provision of this section.

**Hospice Care.** The services and supplies listed below are covered when provided by a *hospice* for the palliative treatment of pain and other symptoms associated with a terminal disease. You must be suffering from a terminal illness for which the prognosis of life expectancy is one year or less, as certified by your *physician* and submitted to us. Covered services are available on a 24-hour basis for the management of your condition.

1. Interdisciplinary team care with the development and maintenance of an appropriate plan of care.

2. Short-term inpatient *hospital* care when required in periods of crisis or as respite care. Coverage of inpatient respite care is provided on an occasional basis and is limited to a maximum of five consecutive days per admission.

3. Skilled nursing services provided by or under the supervision of a registered nurse.   Certified home health aide services and homemaker services provided under the supervision of a registered nurse.

4. Social services and counseling services provided by a qualified social worker.

5. Dietary and nutritional guidance.   Nutritional support such as intravenous feeding or hyperalimentation.

6. Physical therapy, occupational therapy, speech therapy, and respiratory therapy provided by a licensed therapist.

7. Volunteer services provided by trained *hospice* volunteers under the direction of a *hospice* staff member.

8. Pharmaceuticals, medical equipment, and supplies necessary for the management of your condition.   Oxygen and related respiratory therapy supplies.

9. Bereavement services, including assessment of the needs of the bereaved family and development of a care plan to meet those needs, both prior to and following the *subscriber's* or the *family member's* death.   Bereavement services are available to surviving members of the immediate family for a period of one year after the death.   Your immediate family means your spouse, children, step-children, parents, and siblings.

10. Palliative care (care which controls pain and relieves symptoms, but does not cure) which is appropriate for the illness.

Your *physician* must consent to your care by the *hospice* and must be consulted in the development of your treatment plan.   The *hospice* must submit a written treatment plan to us every 30 days.

**Home Infusion Therapy.**   The following services and supplies when provided by a *home infusion therapy provider* in your home for the intravenous administration of your total daily nutritional intake or fluid requirements, medication related to illness or injury, chemotherapy, antibiotic therapy, aerosol therapy, tocolytic therapy, special therapy, intravenous hydration, or pain management:

1. Medication, ancillary medical supplies and supply delivery, (not to exceed a 14-day supply); however, medication which is delivered but not administered is not covered;

2. Pharmacy compounding and dispensing services (including pharmacy support) for intravenous solutions and medications;

3.  *Hospital* and home clinical visits related to the administration of infusion therapy, including skilled nursing services including those provided for:  (a) patient or alternative caregiver training; and (b) visits to monitor the therapy;

4.  Rental and purchase charges for durable medical equipment (as shown below); maintenance and repair charges for such equipment;

5.  Laboratory services to monitor the patient's response to therapy regimen.

Our maximum payment will not exceed **$600** for the services or supplies received during any one day when provided by a *home infusion therapy provider* which is not a *participating provider.*

*Home infusion therapy provider* services are subject to prior authorization to determine medical necessity.  See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for details.

**Ambulatory Surgical Center.**  Services and supplies provided by an *ambulatory surgical center* in connection with outpatient surgery.

**Professional Services**

1.  Services of a *physician.*

2.  Services of an anesthetist (M.D. or C.R.N.A.).

**Reconstructive Surgery.**  Reconstructive surgery performed to correct deformities caused by congenital or developmental abnormalities, illness, or injury for the purpose of improving bodily function or symptomatology or creating a normal appearance.

**Ambulance.**  The following ambulance services:

1.  Base charge, mileage and non-reusable supplies of a licensed ambulance company for ground service to transport you to and from a *hospital.*

2.  Emergency services or transportation services that are provided to you by a licensed ambulance company as a result of a "911" emergency response system* request for assistance if you believe you have an *emergency* medical condition requiring such assistance.

3.  Base charge, mileage and non-reusable supplies of a licensed air ambulance company to transport you from the area where you are first disabled to the nearest *hospital* where appropriate treatment is provided if, and only if, such services are *medically necessary* and ground ambulance service is inadequate.

4. Monitoring, electrocardiograms (EKGs; ECGs), cardiac defibrillation, cardiopulmonary resuscitation (CPR) and administration of oxygen and intravenous (IV) solutions in connection with ambulance service. An appropriately licensed person must render the services.

\* If you have an *emergency* medical condition that requires an emergency response, please call the "911" emergency response system if you are in an area where the system is established and operating.

**Diagnostic Services.**   Outpatient diagnostic imaging and laboratory services.

**Radiation Therapy**

**Chemotherapy**

**Hemodialysis Treatment**

**Prosthetic Devices**

1. Breast prostheses following a mastectomy.

2. *Prosthetic devices* to restore a method of speaking when required as a result of a covered *medically necessary* laryngectomy.

3. We will pay for other *medically necessary prosthetic devices,* limited to a maximum payment of **$1,000** during a *calendar year,* including:

   a. Surgical implants;

   b. Artificial limbs or eyes; and

   c. The first pair of contact lenses or eye glasses when required as a result of a covered *medically necessary* eye surgery.

**Durable Medical Equipment.**  Rental or purchase of dialysis equipment; dialysis supplies.  Therapeutic shoes and inserts for the prevention and treatment of diabetes-related foot complications.  Rental or purchase of other medical equipment and supplies which are:

1. Of no further use when medical needs end;

2. For the exclusive use of the patient;

3. Not primarily for comfort or hygiene;

4. Not for environmental control or for exercise; and

5. Manufactured specifically for medical use.