# APPENDIX
# PART 8

We will determine whether the item satisfies the conditions above. Our payment for rental or purchase will not exceed **$1,000** per *calendar year*, not including durable medical equipment provided by a *home infusion therapy provider*.

**Blood.** Blood transfusions, including blood processing and the cost of unreplaced blood and blood products. Charges for the collection, processing and storage of self-donated blood are covered, but only when specifically collected for a planned and covered surgical procedure.

## Dental Care

1. **Admissions for Dental Care.** Listed inpatient *hospital* services for up to three days during a *hospital stay*, when such *stay* is required for dental treatment and has been ordered by a *physician* (M.D.) and a dentist (D.D.S.). We will make the final determination as to whether the dental treatment could have been safely rendered in another setting due to the nature of the procedure or your medical condition. *Hospital stays* for the purpose of administering general anesthesia are not considered necessary and are not covered except as specified in #2, below.

2. **General Anesthesia.** General anesthesia and associated facility charges when your clinical status or underlying medical condition requires that dental procedures be rendered in a *hospital* or a*mbulatory surgical center.* This applies only if (a) the *member* is less than seven years old, (b) the *member* is developmentally disabled, or (c) the *member's* health is compromised and general anesthesia is *medically necessary.* Charges for the dental procedure itself, including professional fees of a dentist, are not covered.

3. **Dental Injury.** Services of a *physician* (M.D.) or dentist (D.D.S.) treating an *accidental injury* to natural teeth which occurs while you are covered under the *agreement.* Services must be received during the six months following the date of injury. Damage to natural teeth due to chewing or biting is not *accidental injury.*

## Pregnancy and Maternity Care

1. All medical benefits when provided for pregnancy or maternity care, including diagnosis of genetic disorders in cases of high-risk pregnancy. Inpatient *hospital* benefits in connection with childbirth will be provided for at least 48 hours following a normal delivery or 96 hours following a cesarean section, unless the mother and her *physician* decide on an earlier discharge.

2. Medical *hospital* benefits for routine nursery care of a newborn *child,* if the *child's* natural mother is a *subscriber* or enrolled *spouse.*

23

**Organ and Tissue Transplants.** Services provided in connection with a non-investigative organ or tissue transplant, if you are:

1. The organ or tissue recipient; or

2. The organ or tissue donor.

If you are the recipient, an organ or tissue donor who is not an enrolled *member* is also eligible for services as described. Benefits are reduced by any amounts paid or payable by that donor's own coverage.

*Covered expense* does not include charges for services received without first obtaining our prior authorization, or which are provided at a facility other than a transplant center approved by us. See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for details.

You must obtain our prior authorization for all services related to specified organ transplants (heart, liver, lung, heart-lung, kidney-pancreas, or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures) including, but not limited to preoperative tests and postoperative care. Specified organ transplants must be performed at a *Center of Expertise (COE)*. **Charges for services provided for or in connection with a specified organ transplant performed at a facility other than a *COE* will not be considered *covered expense.*** See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for details.

**Transplant Travel Expense.** The following travel expenses in connection with an authorized, specified organ transplant (heart, liver, lung, heart-lung, kidney-pancreas, or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures) performed at a *COE*, provided the expenses are authorized by us (See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM for details.):

1. For the recipient and a companion, per transplant episode, up to six trips per episode:

   a. Round trip coach airfare to the *COE*, not to exceed **$250** per person per trip.

   b. Hotel accommodations, not to exceed **$100** per day for up to 21 days per trip, limited to one room, double occupancy.

   c. Other expenses, such as meals, not to exceed **$25** per day for each person, for up to 21 days per trip.

2. For the donor, per transplant episode, limited to one trip:

   a. Round trip coach airfare to the *COE*, not to exceed **$250**.

24

b.   Hotel accommodations, not to exceed **$100** per day for up to 7 days.

c.   Other expenses, such as meals, not to exceed **$25** per day, for up to 7 days.

**Mental or Nervous Disorders.**  Covered services shown below for the treatment of *mental or nervous disorders*, provided such services offer a reasonable expectation of improvement, and are the lowest level of care consistent with safe medical practice.

1.   Inpatient *hospital* services as stated in the "Hospital" provision of this section and services from a *residential treatment center*, limited to our maximum payment of **$500** per day.

2.   Visits to a *day treatment center,* limited to our maximum payment of **$500** per day.

3.   *Physician* visits during a covered inpatient *stay* or for outpatient psychotherapy or psychological testing for the treatment of *mental or nervous disorders. Physician* visits for rehabilitative care (such as physical therapy, occupational therapy, or speech therapy) for the treatment of *mental or nervous disorders.*  All *physician* visits are limited to our maximum payment of **$40** for each visit.

Covered services for the treatment of *severe mental disorders* will not be subject to any limitations applicable to *mental or nervous disorders* shown in the SUMMARY OF BENEFITS or under these "Mental or Nervous Disorders " provision.  Such services will be subject to all other terms, conditions, limitations and exclusions, including applicable Medical Benefit Maximums.   Please refer to the DEFINITIONS section for a description of "severe mental disorders".

**Substance Abuse.**  Covered services shown below for the treatment of substance abuse, provided such services offer a reasonable expectation of improvement, and are the lowest level of care consistent with safe medical practice.

1.   Inpatient *hospital* services as stated in the "Hospital" provision of this section and services from a *residential treatment center*, limited to our maximum payment of **$500** per day.

2.   Visits to a *day treatment center,* limited to our maximum payment of **$500** per day.

3. *Physician* visits during a covered inpatient *stay* or for outpatient treatment of substance abuse. *Physician* visits for rehabilitative care (such as physical therapy, occupational therapy, or speech therapy). All *physician* visits are limited to our maximum payment of **$40** for each visit, and a combined total of 50 visits per *calendar year*.

The combined maximum for inpatient *hospital* and *residential treatment center* services and visits to a *day treatment center* will be 30 days during a *calendar year*. This 30 day limit will not apply to inpatient *hospital* services for detoxification during the acute phase of alcoholism or drug dependence.

If we apply *covered expense* toward the *Calendar Year* Deductible, and do not provide payment, that visit is not included in the visit maximum (50 visits) for that *year*. However, if we pay any portion of your *covered expense* for a visit, we do include the visit in the visit maximum.

Treatment for substance abuse does not include smoking cessation programs, nor treatment for nicotine dependency or tobacco use.

**Well Baby and Well Child Care.** The following services for a dependent *child* under 7 years of age:

1. A *physician's* services for routine physical examinations. For *participating providers*, you must pay a **$25** co-payment for each examination. For *non-participating providers* only, we will pay a maximum of **$20** for each examination.

2. Immunizations given as standard medical practice for children. For *non-participating providers* only, we will pay a maximum of **$12** for each immunization.

3. Radiology and laboratory services in connection with routine physical examinations.

**Screening For Blood Lead Levels.** Services and supplies provided in connection with screening for blood lead levels if your dependent *child* is at risk for lead poisoning, as determined by your *physician,* when the screening is prescribed by your *physician*.

**Hepatitis B and Varicella Zoster Immunizations.** Hepatitis B and Varicella Zoster (chickenpox) immunizations for dependent children ages 7 through 18. For *non-participating providers* only, we will pay a maximum of **$12** for each immunization.

**Preventive Care (Members Age 7 and Over).** We will pay up to **$250** during a *calendar year* for the following services when provided for *members* age 7 and over by a *participating provider*:

1. A *physician's* services for routine physical examinations.

2. Immunizations given as standard medical practice.

3. Radiology and laboratory services and tests ordered by the examining *physician* in connection with a routine physical examination.

**Preventive Care services are covered only if provided by a** **participating provider.** Hepatitis B and Varicella Zoster Immunizations, Prostate Cancer Screenings, Cervical Cancer Screenings and Breast Cancer screenings are not provided under these preventive care benefits but are provided under other benefits specifically stated under this section.

**Hearing Aid Services.** The following hearing aid services are covered when provided by or purchased as a result of a written recommendation from a otolaryngologist or a state-certified audiologist.

1. Audiological evaluations to measure the extent of hearing loss and determine the most appropriate make and model of hearing aid. These evaluations will be covered under *plan* benefits for office visits to *physicians*.

2. Hearing aids (monaural or binaural) including ear mold(s), the hearing aid instrument, batteries, cords and other ancillary equipment.

3. Visits for fitting, counseling, adjustments and repairs for a one year period after receiving the covered hearing aid.

These items and services are covered under your *plan's* benefits for durable medical equipment (see "Durable Medical Equipment").

No benefits will be provided for the following:

1. Charges for a hearing aid which exceeds specifications prescribed for the correction of hearing loss.

2. Surgically implanted hearing devices (i.e., cochlear implants, audient bone conduction devices). *Medically necessary* surgically implanted hearing devices may be covered under your *plan's* benefits for prosthetic devices (see "Prosthetic Devices").

**Prostate Cancer Screening.** Services and supplies provided in connection with routine tests to detect prostate cancer.

27

**Cervical Cancer Screening.**   Services and supplies provided in connection with a routine test to detect cervical cancer, including pap smears and any cervical cancer screening test approved by the federal Food and Drug Administration upon referral by your *physician*.

**Breast Cancer.**   Services and supplies provided in connection with the screening for, diagnosis of, and treatment for breast cancer, including:

1.  Routine and diagnostic mammogram examinations.

2.  Mastectomy and lymph node dissection; complications from a mastectomy including lymphedema.

3.  Reconstructive surgery performed to restore and achieve symmetry following a *medically necessary* mastectomy.

4.  Breast prostheses following a mastectomy (see "Prosthetic Devices").

**Other Cancer Screening Tests.**   Services and supplies provided in connection with all generally medically accepted cancer screening tests. This coverage is provided according to the terms and conditions of this *plan* that apply to all other medical conditions.

**Cancer Clinical Trials.**   Coverage is provided for services and supplies for routine patient care costs, as defined below, in connection with phase I, phase II, phase III and phase IV cancer clinical trials, if all the following conditions are met:

1.  The treatment provided in a clinical trial must either:

    a.  Involve a *drug* that is exempt under federal regulations from a new drug application, or

    b.  Be approved by (i) one of the National Institutes of Health, (ii) the federal Food and Drug Administration in the form of an investigational new drug application, (iii) the United States Department of Defense, or (iv) the United States Veteran's Administration.

2.  You must be diagnosed with cancer to be eligible for participation in these clinical trials.

3.  Participation in such clinical trials must be recommended by your *physician* after determining participation has a meaningful potential to benefit the *member*.

4.  For the purpose of this provision, a clinical trial must have a therapeutic intent.  Clinical trials to just test toxicity are not included in this coverage.

Routine patient care costs means the costs associated with the provision of services, including drugs, items, devices and services which would otherwise be covered under the *plan*, including health care services which are:

1. Typically provided absent a clinical trial.

2. Required solely for the provision of the investigational drug, item, device or service.

3. Clinically appropriate monitoring of the investigational item or service.

4. Prevention of complications arising from the provision of the investigational drug, item, device, or service.

5. Reasonable and necessary care arising from the provision of the investigational drug, item, device, or service, including the diagnosis or treatment of the complications.

Routine patient care costs does not include the costs associated with any of the following:

1. *Drugs* or devices not approved by the federal Food and Drug Administration that are associated with the clinical trial.

2. Services other than health care services, such as travel, housing, companion expenses and other nonclinical expenses that you may require as a result of the treatment provided for the purposes of the clinical trial.

3. Any item or service provided solely to satisfy data collection and analysis needs not used in the clinical management of the patient.

4. Health care services that, except for the fact they are provided in a clinical trial, are otherwise specifically excluded from the *plan*.

5. Health care services customarily provided by the research sponsors free of charge to *members* enrolled in the trial.

**Physical Therapy, Physical Medicine and Occupational Therapy.** The following services provided by a *physician* under a treatment plan which offers a reasonable expectation of significant improvement:

1. Physical therapy and physical medicine provided on an outpatient basis for the treatment of illness or injury including the therapeutic use of heat, cold, exercise, electricity, ultra violet radiation, manipulation of the spine, or massage for the purpose of improving circulation, strengthening muscles, or encouraging the return of motion. (This includes many types of care which are customarily provided by chiropractors, physical therapists and osteopaths.)

29

2.  Occupational therapy provided on an outpatient basis when the ability to perform daily life tasks has been lost or reduced by illness or injury including programs which are designed to rehabilitate mentally, physically or emotionally handicapped persons. Occupational therapy programs are designed to maximize or improve a patient's upper extremity function, perceptual motor skills and ability to function in daily living activities.

Benefits are not payable for care provided to relieve general soreness or for conditions that may be expected to improve without treatment. For the purposes of this benefit, the term "visit" shall include any visit by a *physician* in that *physician's* office, or in any other outpatient setting, during which one or more of the services covered under this limited benefit are rendered, even if other services are provided during the same visit.

For the services of a *non-participating provider* only, our maximum payment is limited to **$25** for each visit.

Up to a combined maximum of 24 visits in a *year* for all covered services are payable. But, if we determine that an additional period of physical therapy, physical medicine or occupational therapy is both *medically necessary* and likely to result in a significant improvement to your condition by measurably reducing your physical impairment during that period of additional care, we will authorize a specific number of additional visits.

Such additional visits are not payable if prior authorization is not obtained, and remain limited to **$25** for each authorized additional visit to a *non-participating provider*. (See MEDICAL MANAGEMENT PROGRAMS: AUTHORIZATION PROGRAM.)

**Contraceptives.** Services and supplies provided in connection with the following methods of contraception:

- Injectable drugs and implants for birth control, administered in a *physician's* office, if *medically necessary*.

- Intrauterine contraceptive devices (IUDs) and diaphragms, dispensed by a *physician* if *medically necessary*.

- Professional services of a *physician* in connection with the prescribing, fitting, and insertion of intrauterine contraceptive devices or diaphragms.

If your *physician* determines that none of these contraceptive methods are appropriate for you based on your medical or personal history, coverage will be provided for another prescription contraceptive method

that is approved by the Food and Drug Administration (FDA) and prescribed by your *physician*.

**Outpatient Speech Therapy.**  Outpatient speech therapy following injury or organic disease.

**Acupuncture.**  The services of a *physician* for acupuncture treatment to treat a disease, illness or injury, including a patient history visit, physical examination, treatment planning and treatment evaluation, electroacupuncture, cupping and moxibustion.  We will pay for up to 12 visits during a *calendar year,* and for up to a maximum of **$25** for all covered services rendered during each visit.

**Diabetes.**  Services and supplies provided for the treatment of diabetes, including:

1.  The following equipment and supplies:

    a.  Blood glucose monitors, including monitors designed to assist the visually impaired, and blood glucose testing strips.

    b.  Insulin pumps.

    c.  Pen delivery systems for insulin administration (non-disposable).

    d.  Podiatric devices, such as therapeutic shoes and shoe inserts, to treat diabetes-related complications.

    e.  Visual aids (but not eyeglasses) to help the visually impaired to properly dose insulin.

    These covered equipment and supplies are covered under your *plan's* benefits for durable medical equipment (see "Durable Medical Equipment").

2.  Diabetes education program which:

    a.  Is designed to teach a *member* who is a patient and covered members of the patient's family about the disease process and the daily management of diabetic therapy;

    b.  Includes self-management training, education, and medical nutrition therapy to enable the *member* to properly use the equipment, supplies, and medications necessary to manage the disease; and

    c.  Is supervised by a *physician*.

    Diabetes education services are covered under *plan* benefits for office visits to *physicians*.

3. The following items are covered under your *prescription drug* benefits:

   a. Insulin, glucagon, and other *prescription drugs* for the treatment of diabetes.

   b. Insulin syringes, disposable pen delivery systems for insulin administration.

   c. Testing strips, lancets, and alcohol swabs.

   These items must be obtained either from a retail *pharmacy* or through the mail service program (see YOUR PRESCRIPTION DRUG BENEFITS).

**Jaw Joint Disorders.** We will pay for splint therapy or surgical treatment for disorders or conditions of the joints linking the jawbones and the skull (the temporomandibular joints), including the complex of muscles, nerves and other tissues related to those joints.

**Special Food Products.** Special food products and formulas that are part of a diet prescribed by a *physician* for the treatment of phenylketonuria (PKU). Most formulas used in the treatment of PKU are obtained from a *pharmacy* and are covered under your *plan's prescription drug* benefits (see YOUR PRESCRIPTION DRUG BENEFITS). Special food products that are not available from a *pharmacy* are covered as medical supplies under your *plan's* medical benefits.

**Prescription Drug for Abortion.** Mifepristone is covered when provided under the Food and Drug Administration (FDA) approved treatment regimen.

## MEDICAL CARE THAT IS **NOT** COVERED

No payment will be made under this *plan* for expenses incurred for or in connection with any of the items below. (The titles given to these exclusions and limitations are for ease of reference only; they are not meant to be an integral part of the exclusions and limitations and do not modify their meaning.)

**Not Medically Necessary.** Services or supplies that are not *medically necessary,* as defined.

**Experimental or Investigative.** Any *experimental* or *investigative* procedure or medication.

**Outside the United States.** Services or supplies furnished and billed by a provider outside the United States, unless such services or supplies are furnished in connection with *urgent care* or an *emergency.*

**Crime or Nuclear Energy.** Conditions that result from: (1) your commission of or attempt to commit a felony; or (2) any release of nuclear energy, whether or not the result of war, when government funds are available for treatment of illness or injury arising from such release of nuclear energy.

**Not Covered.** Services received before your *effective date* or after your coverage ends, except as specifically stated under EXTENSION OF BENEFITS.

**Excess Amounts.** Any amounts in excess of *covered expense* or the Lifetime Maximum.

**Work-Related.** Work-related conditions if benefits are recovered or can be recovered, either by adjudication, settlement or otherwise, under any workers' compensation, employer's liability law or occupational disease law, even if you do not claim those benefits.

If there is a dispute or substantial uncertainty as to whether benefits may be recovered for those conditions pursuant to workers' compensation, benefits will be provided subject to our right of recovery and reimbursement under California Labor Code Section 4903, and as described in REIMBURSEMENT FOR ACTS OF THIRD PARTIES.

**Government Treatment.** Any services provided by a local, state or federal government agency, except when payment under this *plan* is expressly required by federal or state law.

**Services of Relatives.** Professional services received from a person who lives in your home or who is related to you by blood or marriage, except as specifically stated in the "Home Infusion Therapy" provision of MEDICAL CARE THAT IS COVERED.

**Voluntary Payment.** Services for which you have no legal obligation to pay, or for which no charge would be made in the absence of insurance coverage or other health plan coverage, except services received at a non-governmental charitable research *hospital*. Such a *hospital* must meet the following guidelines:

1. It must be internationally known as being devoted mainly to medical research;

2. At least **10%** of its yearly budget must be spent on research not directly related to patient care;

3. At least one-third of its gross income must come from donations or grants other than gifts or payments for patient care;

4. It must accept patients who are unable to pay; and

33

5. Two-thirds of its patients must have conditions directly related to the *hospital's* research.

**Not Specifically Listed.** Services not specifically listed in this *plan* as covered services.

**Private Contracts.** Services or supplies provided pursuant to a private contract between the *member* and a provider, for which reimbursement under the Medicare program is prohibited, as specified in Section 1802 (42 U.S.C. 1395a) of Title XVIII of the Social Security Act.

**Inpatient Diagnostic Tests.** Inpatient room and board charges in connection with a *hospital stay* primarily for diagnostic tests which could have been performed safely on an outpatient basis.

**Mental or Nervous Disorders.** Academic or educational testing, counseling, and remediation. *Mental or nervous disorders* or substance abuse, including rehabilitative care in relation to these conditions, except as specifically stated in the "Mental or Nervous Disorders" or "Substance Abuse" provisions of MEDICAL CARE THAT IS COVERED.

**Nicotine Use.** Smoking cessation programs or treatment of nicotine or tobacco use. Smoking cessation *drugs*.

**Orthodontia.** Braces and other orthodontic appliances or services.

**Dental Services or Supplies.** Dental plates, bridges, crowns, caps or other dental prostheses, dental services, extraction of teeth, or treatment to the teeth or gums, or treatment to or for any disorders for the jaw joint, except as specifically stated in the "Dental Care" or "Jaw Joint Disorders" provisions of MEDICAL CARE THAT IS COVERED. Cosmetic dental surgery or other dental services for beautification.

**Hearing Aids or Tests.** Hearing aids, except as specifically stated in the "Hearing Aid Services" provision of MEDICAL CARE THAT IS COVERED. Routine hearing tests, except as specifically provided under "Preventive Care (Members Age 7 and Over)" and "Hearing Aid Services" provisions of MEDICAL CARE THAT IS COVERED.

**Optometric Services or Supplies.** Optometric services, eye exercises including orthoptics. Routine eye exams and routine eye refractions, except as specifically provided under "Preventive Care (Members Age 7 and Over)" provision of MEDICAL CARE THAT IS COVERED. Eyeglasses or contact lenses, except as specifically stated in the "Prosthetic Devices" provision of MEDICAL CARE THAT IS COVERED.

**Outpatient Occupational Therapy.** Outpatient occupational therapy, except by a *home health agency, hospice* or *home infusion therapy provider* as specifically stated in the "Home Health Care", "Hospice

34

Care", "Home Infusion Therapy", or "Physical Therapy, Physical Medicine And Occupational Therapy" provisions of MEDICAL CARE THAT IS COVERED.

**Outpatient Speech Therapy.**   Outpatient speech therapy except as stated in the "Outpatient Speech Therapy" provision of MEDICAL CARE THAT IS COVERED.

**Cosmetic Surgery.**  Cosmetic surgery or other services performed solely for beautification or to alter or reshape normal (including aged) structures or tissues of the body to improve appearance.  This exclusion does not apply to reconstructive surgery (that is, surgery performed to correct deformities caused by congenital or developmental abnormalities, illness, or injury for the purpose of improving bodily function or symptomatology or to create a normal appearance), including surgery performed to restore symmetry following mastectomy.   Cosmetic surgery does not become reconstructive surgery because of psychological or psychiatric reasons.

**Obesity.**  Services primarily for weight reduction or treatment of obesity. This exclusion will not apply to treatment of morbid obesity, as determined by us, if we authorize the treatment in advance as *medically necessary* and appropriate.

**Sex Transformation.**   Procedures   or   treatments   to   change characteristics of the body to those of the opposite sex.

**Sterilization Reversal.**  Reversal of sterilization.

**Infertility Treatment.**  Any services or supplies furnished in connection with the diagnosis and treatment of *infertility,* including, but not limited to, diagnostic tests, medication, surgery, artificial insemination, in vitro fertilization, sterilization reversal, and gamete intrafallopian transfer.

**Orthopedic Supplies.**  Orthopedic shoes (other than shoes joined to braces) or non-custom molded and cast shoe inserts, except for therapeutic shoes and inserts for the prevention and treatment of diabetes-related foot complications as specifically stated in the "Durable Medical Equipment" provision of MEDICAL CARE THAT IS COVERED.

**Air Conditioners.**  Air purifiers, air conditioners, or humidifiers.

**Custodial Care or Rest Cures.**  Inpatient room and board charges in connection with a *hospital stay* primarily for environmental change or physical therapy.  *Custodial care* or rest cures, except as specifically provided under the "Hospice Care" or "Home Infusion Therapy" provisions of MEDICAL CARE THAT IS COVERED.  Services provided by a rest home, a home for the aged, a nursing home or any similar facility. Services provided by a *skilled nursing facility,* except as specifically

stated in the "Skilled Nursing Facility" provision of MEDICAL CARE THAT IS
COVERED.

**Chronic Pain.** Treatment of chronic pain, except as specifically provided
under the "Hospice Care" or "Home Infusion Therapy" provisions of
MEDICAL CARE THAT IS COVERED.

**Exercise Equipment.** Exercise equipment, or any charges for activities,
instrumentalities, or facilities normally intended or used for developing or
maintaining physical fitness, including, but not limited to, charges from a
physical fitness instructor, health club or gym, even if ordered by a
*physician.*

**Personal Items.** Any supplies for comfort, hygiene or beautification.

**Education or Counseling.**   Educational  services,  or  nutritional
counseling, except as specifically provided or arranged by us, or as
stated under the "Diabetes" or "Home Infusion Therapy" provisions of
MEDICAL CARE THAT IS COVERED. Food or dietary supplements, except as
specifically stated under the "Special Food Products" provision of
MEDICAL CARE THAT IS COVERED.

**Telephone and Facsimile Machine Consultations.**   Consultations
provided by telephone or facsimile machine.

**Routine Exams or Tests.** Routine physical exams or tests which do not
directly treat an actual illness, injury or condition, including those required
by employment or government authority, except as specifically stated in
the "Well Baby and Well Child Care", "Preventive Care (Members Age 7
and Over)", "Cervical Cancer Screening", " Breast Cancer ", "Prostate
Cancer Screening", "Screening For Blood Lead Levels", "Hepatitis B and
Varicella Zoster Immunizations" provisions of MEDICAL CARE THAT IS
COVERED.

**Acupuncture.** Acupuncture treatment except as specifically stated in the
"Acupuncture" provision of MEDICAL CARE THAT IS COVERED.  Acupressure,
or massage to control pain, treat illness or promote health by applying
pressure to one or more specific areas of the body based on
dermatomes or acupuncture points.

**Eye Surgery for Refractive Defects.** Any eye surgery solely or primarily
for the purpose of correcting refractive defects of the eye such as
nearsightedness (myopia) and/or astigmatism.   Contact lenses and
eyeglasses required as a result of this surgery.

**Physical Therapy or Physical Medicine.** Services of a *physician* for
physical therapy or physical medicine, except when provided during a
covered inpatient confinement, or as specifically stated in the "Home

36

Health Care", "Hospice Care", "Home Infusion Therapy" or "Physical Therapy, Physical Medicine and Occupational Therapy" provisions of MEDICAL CARE THAT IS COVERED.

**Outpatient Prescription Drugs and Medications.**   Outpatient prescription drugs or medications and insulin, except as specifically stated in the "Home Infusion Therapy" and "Prescription Drug for Abortion" provisions of MEDICAL CARE THAT IS COVERED or under YOUR PRESCRIPTION DRUG BENEFITS section of this booklet.  Non-prescription, over-the-counter patent or proprietary drugs or medicines.  Cosmetics, health or beauty aids.

**Contraceptive Devices.**   Contraceptive devices prescribed for birth control except as specifically stated in the "Contraceptives" provision in MEDICAL CARE THAT IS COVERED.

**Diabetic Supplies.**  Prescription and non-prescription diabetic supplies, except as specifically stated in "YOUR PRESCRIPTION DRUG BENEFITS" section of this booklet.

**Private Duty Nursing.**  Inpatient or outpatient services of a private duty nurse.

**Lifestyle Programs.**  Programs to alter one's lifestyle which may include but are not limited to diet, exercise, imagery or nutrition.  This exclusion will not apply to cardiac rehabilitation programs approved by us.

**Clinical Trials.**  Services and supplies in connection with clinical trials, except as specifically stated in the "Cancer Clinical Trials" provision under the section MEDICAL CARE THAT IS COVERED.

## PRE-EXISTING CONDITION EXCLUSION

No payment will be made for services or supplies for the treatment of a *pre-existing condition* during a period of six months following either (a) your *effective date* or (b) the first day of any waiting period required by the *group*, whichever is earlier.  However, this limitation does not apply to a *child* born to or newly adopted by an enrolled *subscriber* or *spouse*, or to conditions of pregnancy.  Also, if you were covered under *creditable coverage*, the time spent under the *creditable coverage* will be used to satisfy, or partially satisfy, the six-month period.

## REIMBURSEMENT FOR ACTS OF THIRD PARTIES

Under some circumstances, a *member* may need services under this *plan* for which a third party may be liable or legally responsible by reason of negligence, an intentional act or breach of any legal obligation. In that event, we will provide the benefits of this *plan* subject to the following:

1.   We will automatically have a lien, to the extent of benefits provided, upon any recovery, whether by settlement, judgment or otherwise, that you receive from the third party, the third party's insurer, or the third party's guarantor. The lien will be in the amount of benefits we paid under this *plan* for the treatment of the illness, disease, injury or condition for which the third party is liable, but, not more than the amount allowed by California Civil Code Section 3040.

2.   You must advise us in writing, within 60 days of filing a claim against the third party and take necessary action, furnish such information and assistance, and execute such papers as we may require to facilitate enforcement of our rights. You must not take action which may prejudice our rights or interests under your *plan*. Failure to give us such notice or to cooperate with us, or actions that prejudice our rights or interests will be a material breach of this *plan* and will result in your being personally responsible for reimbursing us.

3.   We will be entitled to collect on our lien even if the amount you or anyone recovered for you (or your estate, parent or legal guardian) from or for the account of such third party as compensation for the injury, illness or condition is less than the actual loss you suffered.

## YOUR PRESCRIPTION DRUG BENEFITS

### PRESCRIPTION DRUG COVERED EXPENSE

*Prescription drug covered expense* is the maximum charge for each covered service or supply that will be accepted by us for each different type of *pharmacy*. It is not necessarily the amount a *pharmacy* bills for the service.

You may avoid higher out-of-pocket expenses by choosing a *participating pharmacy*, or by utilizing the mail service program whenever possible. In addition, you may also reduce your costs by asking your *physician*, and your pharmacist, for the more cost-effective *generic* form of *prescription drugs*.

*Prescription drug covered expense* will always be the lesser of the billed charge or the amount shown below. Expense is incurred on the date you receive the *drug* for which the charge is made.

| Type of Provider | Maximum Prescription Drug Covered Expense is.. |
|---|---|
| **Participating Pharmacies and Mail Service Program**..................................... | **Prescription Drug Negotiated Rate** |
| **Non-Participating Pharmacies** ................................ | **Drug Limited Fee Schedule Amount** |

When you choose a *participating pharmacy*, we will subtract any expense which is not covered under your *prescription drug* benefits. The remainder is the amount of *prescription drug covered expense* for that claim. You will not be responsible for any amount in excess of the *prescription drug negotiated rate* for the covered services of a *participating pharmacy*.

When we receive a claim for *drugs* supplied by a *non-participating pharmacy*, we first subtract any expense which is not covered under your *prescription drug* benefits, and then any expense exceeding the *drug limited fee schedule*. The remainder is the amount of *prescription drug covered expense* for that claim.

**You will always be responsible for expense incurred which is not covered under this *plan*.**

### PRESCRIPTION DRUG CO-PAYMENTS

After we determine *prescription drug covered expense,* we will subtract your Prescription Drug Co-Payment for each *prescription*.

If your Prescription Drug Co-Payment includes a percentage of *prescription drug covered expense,* then we will apply that percentage to such expense. This will determine the dollar amount of your Prescription Drug Co-Payment.

The Prescription Drug Co-Payments are set forth in the SUMMARY OF BENEFITS.

### HOW TO USE YOUR PRESCRIPTION DRUG BENEFITS

**When You Go to a Participating Pharmacy.** To identify you as a *member* covered for *prescription drug* benefits, you will be issued an identification card. You must present this card to *participating pharmacies* when you have a *prescription* filled. Provided you have properly identified yourself as a *member*, a *participating pharmacy* will only charge your Co-Payment.

39

Many *participating pharmacies* display an "Rx" decal with our logo in their window. For information on how to locate a *participating pharmacy* in your area, call 1-800-700-2541.

**When You Go to a Non-Participating Pharmacy.** If you purchase a *prescription drug* from a *non-participating pharmacy*, you will have to pay the full cost of the *drug* and submit a claim to us, at the address below:

**Blue Cross of California Prescription Drug Program**
**P.O. Box 4165**
**Woodland Hills, CA 91365-4165**

*Non-participating pharmacies* do not have our prescription drug claim forms. You must take a claim form with you to a *non-participating pharmacy*. The pharmacist must complete the *pharmacy's* portion of the form and sign it.

Claim forms and customer service are available by calling 1-800-700-2541. Mail your claim with the appropriate portion completed by the pharmacist to us within 90 days of the date of purchase. If it is not reasonably possible to submit the claim within that time frame, an extension of up to 12 months will be allowed.

**When You are Out of State.** If you need to purchase a *prescription drug* out of the state of California, you may locate a *participating pharmacy* by calling 1-800-700-2541. If you cannot locate a *participating pharmacy*, you must pay for the *drug* and submit a claim to us. (See "When You Go to a Non-Participating Pharmacy" above.)

**When You Order Your Prescription Through the Mail.** You can order your *prescription* through the mail service *prescription drug* program. Not all medications are available through the mail service pharmacy.

The *prescription* must state the drug name, dosage, directions for use, quantity, the *physician's* name and phone number, the patient's name and address, and be signed by a *physician*. You must submit it with the appropriate payment for the amount of the purchase, and a properly completed order form. You need only pay the cost of your Co-Payment.

Your first mail service *prescription* must also include a completed Patient Profile questionnaire. The Patient Profile questionnaire can be obtained by calling the toll-free number below. You need only enclose the *prescription* or refill notice, and the appropriate payment for any subsequent mail service prescriptions, or call the toll-free number. Co-payments can be paid by check, money order or credit card.

Order forms can be obtained by contacting:

**Blue Cross of California Prescription Drug Program - Mail Service**
**P.O. Box 961025**
**Fort Worth, TX 76161-9863**
**1-866-274-6825**

### PRESCRIPTION DRUG UTILIZATION REVIEW

Your *prescription drug* benefits include utilization review of *prescription drug* usage for your health and safety. Certain *drugs* may require prior authorization (e.g., Viagra, Enbrel, Celebrex, Vioxx, Growth Hormone and Lotronex). If there are patterns of over-utilization or misuse of *drugs*, our medical consultant will notify your personal *physician* and your pharmacist. We reserve the right to limit benefits to prevent over-utilization of *drugs*.

### PREFERRED DRUG PROGRAM

We use a list of *preferred drugs*, which is sometimes called a formulary, to help your doctor make prescribing decisions. The presence of a *drug* on the *plan's preferred drug* list does not guarantee that you will be prescribed that *drug* by your *physician*. This list of outpatient *prescription drugs* is developed by our Pharmacy and Therapeutics Committee, which is composed of independent *physicians* and pharmacists. The committee reviews the current medical literature to ensure that safe, appropriate, and *medically necessary* medications are included in the list of *preferred drugs*. The committee updates this list quarterly to ensure that it includes *drugs* that are cost-effective, therapeutic choices.

*Drugs* that are not part of our list of *preferred drugs* are available from a *pharmacy* when the prescribing doctor writes "do not substitute" or "dispense as written" on the prescription. Some *drugs* may require prior authorization. Non-preferred *drugs* are not available through the mail service program. If you have a question regarding whether a particular *drug* is on our *preferred drug* list or requires prior authorization please call us at 1-800-700-2541.

If we deny a request for prior authorization of a *drug* that is not part of our *preferred drug* list, you or your prescribing *physician* may appeal our decision by calling us at 1-800-700-2541. If you are not satisfied with the resolution based on your inquiry, you may file a grievance with us by following the procedures described in the section entitled GRIEVANCE PROCEDURES.

## PRESCRIPTION DRUG CONDITIONS OF SERVICE

To be covered, the *drug* or medication must satisfy all of the following requirements:

1. It must be prescribed by a licensed prescriber and be dispensed within one year of being prescribed, subject to federal and state laws.

2. It must be approved for general use by the State of California Department of Health or the Food and Drug Administration (FDA).

3. It must be for the direct care and treatment of your illness, injury or condition. Dietary supplements, health aids or drugs for cosmetic purposes are not included. However formulas prescribed by a *physician* for the treatment of phenylketonuria are covered.

4. It must be dispensed from a licensed retail *pharmacy*, or through your mail service program.

5. It must not be used while you are an inpatient in any facility. Also, it must not be dispensed in or administered by an outpatient facility.

6. For a retail *pharmacy*, the *prescription* must not exceed a 30-day supply.

   *Prescription drugs* federally-classified as Schedule II which are FDA-approved for the treatment of attention deficit disorder and that require a triplicate prescription form must not exceed a 60-day supply. If the *physician* prescribes a 60-day supply for *drugs* classified as Schedule II for the treatment of attention deficit disorders, the *member* has to pay double the amount of copayment for retail *pharmacies*. If the *drugs* are obtained through the mail service program, the copayment will remain the same as for any other *prescription drug*.

7. Certain *drugs* have specific quantity supply limits based on our analysis of prescription dispensing trends and the Food and Drug Administration dosing recommendations.

8. For the mail service program, the *prescription* must not exceed a 60-day supply.

9. The *drug* will be covered under YOUR PRESCRIPTION DRUG BENEFITS only if it is not covered under another benefit of your *plan*.

10. *Drugs* for the treatment of impotence and/or sexual dysfunction are limited to six tablets/units for a 30-day period and are available at retail *pharmacies* only. Documented evidence of contributing medical condition must be submitted to us for review.

42

## PRESCRIPTION DRUG SERVICES AND
## SUPPLIES THAT ARE COVERED

1.  Outpatient *drugs* and medications which the law restricts to sale by *prescription*. Formulas prescribed by a *physician* for the treatment of phenylketonuria. These formulas are subject to the copayment for *brand name drugs*.

2.  Insulin.

3.  Syringes when dispensed for use with insulin and other self-injectable *drugs* or medications.

4.  *Prescription* oral contraceptives; contraceptive diaphragms. Contraceptive diaphragms are limited to one per *year* and are subject to the copayment for *brand name drugs*.

5.  Injectable *drugs* which are self-administered by the subcutaneous route (under the skin) by the patient or *family member*. *Drugs* with Food and Drug Administration (FDA) labeling for self-administration.

6.  All compound *prescription drugs* which contain at least one covered *prescription* ingredient.

7.  Diabetic supplies (i.e. test strips and lancets).

8.  *Prescription drugs* for treatment of impotence and/or sexual dysfunction are limited to organic (non-psychological) causes.

## PRESCRIPTION DRUG SERVICES AND
## SUPPLIES THAT ARE **NOT** COVERED

In addition to the exclusions and limitations listed under YOUR MEDICAL BENEFITS: MEDICAL CARE THAT IS NOT COVERED, *prescription drug* benefits are not provided for or in connection with the following:

1.  Immunizing agents, biological sera, blood, blood products or blood plasma.

2.  Hypodermic syringes and/or needles except when dispensed for use with insulin and other self-injectable *drugs* or medications.

3.  *Drugs* and medications used to induce spontaneous and non-spontaneous abortions.

4.  *Drugs* and medications dispensed or administered in an outpatient setting; including, but not limited to, outpatient *hospital* facilities and *physicians'* offices.

5.  Professional charges in connection with administering, injecting or dispensing of *drugs*.

6.  *Drugs* and medications which may be obtained without a *physician's* written prescription, except insulin or niacin for cholesterol lowering.

7.  *Drugs* and medications dispensed by or while you are confined in a *hospital*, *skilled nursing facility*, rest home, sanitorium, convalescent hospital, or similar facility.

8.  Durable medical equipment, devices, appliances and supplies, even if prescribed by a *physician*, except *prescription* contraceptive diaphragms as specified under PRESCRIPTION DRUG SERVICES AND SUPPLIES THAT ARE COVERED.

9.  Services or supplies for which you are not charged.

10. Oxygen.

11. Cosmetics and health or beauty aids.

12. *Drugs* labeled "Caution, Limited by Federal Law to Investigational Use" or experimental drugs. *Drugs* or medications prescribed for experimental indications.

13. Any expense incurred for a *drug* or medication in excess of:  (a) the *drug limited fee schedule* for *drugs* dispensed by *non-participating pharmacies;* or (b) the *prescription drug negotiated rate*, for *drugs* dispensed by *participating pharmacies* or through the mail service program.

14. *Drugs* which have not been approved for general use by the State of California Department of Health or the Food and Drug Administration.

15. Smoking cessation *drugs*.

16. *Drugs* used primarily for cosmetic purposes (e.g., Retin-A for wrinkles).

17. *Drugs* used primarily for the purpose of treating *infertility* (including but not limited to Clomid, Pergonal, and Metrodin).

18. Anorexiants and drugs used for weight loss except when used to treat morbid obesity (e.g., diet pills and appetite suppressants).

19. *Drugs* obtained outside of the United States.

20. Allergy desensitization products or allergy serum.

21. Infusion *drugs*, except *drugs* that are self-administered subcutaneously.

22. Select classes of drugs where non-preferred medications, which have therapeutic alternatives, have shown no benefit regarding efficacy or side effect over *preferred drugs*.  However, this will not

44

apply if the prescriber denotes "dispense as written" or "do not substitute".

23. Herbal, nutritional and dietary supplements except formulas prescribed by a *physician* for the treatment of phenylketonuria.

24. *Prescription drugs* with a non-prescription (over-the-counter) chemical and dose equivalent except insulin.

## COORDINATION OF BENEFITS

If you are covered by more than one group health plan, your benefits under This Plan will be coordinated with the benefits of those Other Plans. These coordination provisions apply separately to each *member,* per *calendar year,* and are largely determined by California law. Any coverage you have for medical or dental benefits, will be coordinated as shown below.

### DEFINITIONS

The meanings of key terms used in this section are shown below. Whenever any of the key terms shown below appear in these provisions, the first letter of each word will be capitalized. When you see these capitalized words, you should refer to this "Definitions" provision.

**Allowable Expense** is any necessary, reasonable and customary item of expense which is at least partially covered by at least one Other Plan. For the purposes of determining our payment, the total value of Allowable Expense as provided under This Plan and all Other Plans will not exceed the greater of: (1) the amount which we would determine to be eligible expense, if you were covered under This Plan only; or (2) the amount any Other Plan would determine to be eligible expenses in the absence of other coverage.

**Other Plan** is any of the following:

1. Group, blanket or franchise insurance coverage;

2. Group service plan contract, group practice, group individual practice and other group prepayment coverages;

3. Group coverage under labor-management trusteed plans, union benefit organization plans, employer organization plans, employee benefit organization plans or self-insured employee benefit plans.

The term "Other Plan" refers separately to each agreement, policy, contract, or other arrangement for services and benefits, and only to that portion of such agreement, policy, contract, or arrangement which reserves the right to take the services or benefits of other plans into consideration in determining benefits.

45

**Principal Plan** is the plan which will have its benefits determined first.

**This Plan** is that portion of this *plan* which provides benefits subject to this provision.

## EFFECT ON BENEFITS

1. If This Plan is the Principal Plan, then its benefits will be determined first without taking into account the benefits or services of any Other Plan.

2. If This Plan is not the Principal Plan, then its benefits may be reduced so that the benefits and services of all the plans do not exceed Allowable Expense.

3. The benefits of This Plan will never be greater than the sum of the benefits that would have been paid if you were covered under This Plan only.

## ORDER OF BENEFITS DETERMINATION

The following rules determine the order in which benefits are payable:

1. A plan which has no Coordination of Benefits provision pays before a plan which has a Coordination of Benefits provision.

2. A plan which covers you as a *subscriber* pays before a plan which covers you as a dependent. But, if you are a Medicare beneficiary and also a dependent of an employee with current employment status under another plan, this rule might change. If, according to Medicare's rules, Medicare pays after that plan which covers you as a dependent then, the plan which covers you as a dependent pays before a plan which covers you as a *subscriber*.

   **For example:** You are covered as a retired *subscriber* under this plan and a Medicare beneficiary (Medicare would pay first, this plan would pay second). You are also covered as a dependent of an active employee under another plan provided by an employer group of 20 or more employees (then, according to Medicare's rules, Medicare would pay second). In this situation, the plan which covers you as a dependent of an active employee will pay first and the plan which covers you as a retired *subscriber* will pay last, after Medicare.

3. For a dependent *child* covered under plans of two parents, the plan of the parent whose birthday falls earlier in the *calendar year* pays before the plan of the parent whose birthday falls later in the *calendar year*. But if one plan does not have a birthday rule provision, the provisions of that plan determine the order of benefits.

**Exception to rule 3:** For a dependent *child* of parents who are divorced or separated, the following rules will be used in place of Rule 3:

a. If the parent with custody of that *child* for whom a claim has been made has not remarried, then the plan of the parent with custody that covers that *child* as a dependent pays first.

b. If the parent with custody of that *child* for whom a claim has been made has remarried, then the order in which benefits are paid will be as follows:

    i. The plan which covers that *child* as a dependent of the parent with custody.

    ii. The plan which covers that *child* as a dependent of the stepparent (married to the parent with custody).

    iii. The plan which covers that *child* as a dependent of the parent without custody.

    iv. The plan which covers that *child* as a dependent of the stepparent (married to the parent without custody).

c. Regardless of a and b above, if there is a court decree which establishes a parent's financial responsibility for that *child's* health care coverage, a plan which covers that *child* as a dependent of that parent pays first.

4. The plan covering you as a laid-off or retired employee or as a dependent of a laid-off or retired employee pays after a plan covering you as other than a laid-off or retired employee or the dependent of such a person.   But, if either plan does not have a provision regarding laid-off or retired employees, provision 6 applies.

5. The plan covering you under a continuation of coverage provision in accordance with state or federal law pays after a plan covering you as an employee, a dependent or otherwise, but not under a continuation of coverage provision in accordance with state or federal law.  If the order of benefit determination provisions of the Other Plan do not agree under these circumstances with the order of benefit determination provisions of This Plan, this rule will not apply.

6. When the above rules do not establish the order of payment, the plan on which you have been enrolled the longest pays first unless two of the plans have the same effective date.   In this case, Allowable Expense is split equally between the two plans.

**OUR RIGHTS UNDER THIS PROVISION**

**Responsibility For Timely Notice.**   We are not responsible for coordination of benefits unless timely information has been provided by the requesting party regarding the application of this provision.

**Reasonable Cash Value.**  If any Other Plan provides benefits in the form of services rather than cash payment, the reasonable cash value of services provided will be considered Allowable Expense. The reasonable cash value of such service will be considered a benefit paid, and our liability reduced accordingly.

**Facility of Payment.**  If payments which should have been made under This Plan have been made under any Other Plan, we have the right to pay that Other Plan any amount we determine to be warranted to satisfy the intent of this provision. Any such amount will be considered a benefit paid under This Plan, and such payment will fully satisfy our liability under this provision.

**Right of Recovery.**   If payments made under This Plan exceed the maximum payment necessary to satisfy the intent of this provision, we have the right to recover that excess amount from any persons or organizations to or for whom those payments were made, or from any insurance company or service plan.

## BENEFITS FOR MEDICARE ELIGIBLE MEMBERS

*Members* eligible for Medicare receive the full benefits of this *plan*, except for those *members* listed below:

1.   *Members* who are receiving treatment for end-stage renal disease following the first 30 months such *members* are entitled to end-stage renal disease benefits under Medicare; and

2.   *Members* who are entitled to Medicare benefits as disabled persons; unless the *members* have a current employment status, as determined by Medicare rules, through a *group* of 100 or more employees (according to OBRA legislation).

In cases where exceptions 1 or 2 apply, we will determine our payment and then subtract the amount of benefits available from Medicare. We will pay the amount that remains after subtracting Medicare's payment. Please note, we will not pay any benefit when Medicare's payment is equal to or more than the amount which we would have paid in the absence of Medicare.

**For example:**  Say exception 1 or 2 applies to you, and you are billed for **$100** of *covered expense*.  And say in the absence of Medicare, we would have paid **$80**.  If Medicare pays **$50**, we would subtract that

amount from the **$80** and pay **$30**.  However, if in this same example, Medicare's payment is **$80** or more, we will not pay a benefit.   Any combined benefit from Medicare and this *plan* will equal, but not exceed, what we would have paid if you were not eligible for Medicare.

## MEDICAL MANAGEMENT PROGRAMS

Benefits are provided only for *medically necessary* and appropriate services.  Medical management programs including Utilization Review, Authorization and Case Management are designed to work together with you and your provider to ensure you receive appropriate medical care and avoid unexpected out of pocket expense.  The utilization review program applies to inpatient *hospital* and *residential treatment center* admissions, outpatient surgery at an *ambulatory surgical center*, and *facility-based care* for the treatment of *mental or nervous disorders, severe mental disorders,* and substance abuse.   The authorization program applies to certain specialized services or treatments.   The personal case management program helps you coordinate and manage long-term intensive medical care.

**No benefits are payable, however, unless your coverage is in force at the time services are rendered, and the payment of benefits is subject to all the terms and requirements of this *plan*.**

---
**Important:**  Medical management requirements described in this section do not apply when coverage under this *plan* is secondary to another plan providing benefits for you or your *family members*.

---

### UTILIZATION REVIEW PROGRAM

The utilization review program evaluates the medical necessity and appropriateness of care and the setting in which care is provided.  You and your *physician* are advised if we have determined that services can be safely provided in an outpatient setting, or if an inpatient *stay* is recommended.  Services that are *medically necessary* and appropriate are certified by us and monitored so that you know when it is no longer *medically necessary* and appropriate to continue those services.

**It is your responsibility to see that your *physician* starts the utilization review process before scheduling you for any service subject to the utilization review program. If you receive any such service, and do not follow the procedures set forth in this section, your benefits will be reduced as shown in the "Effect on Benefits" portion of UTILIZATION REVIEW PROGRAM.**

**UTILIZATION REVIEW REQUIREMENTS**

Utilization reviews are conducted for the following services:

- All inpatient *hospital stays* and *residential treatment center* admissions;

- Outpatient surgery at an *ambulatory surgical center*; and

- *Facility-based care* for the treatment of *mental or nervous disorders, severe mental disorders,* and substance abuse.

**Exceptions:** Utilization review is not required for inpatient *hospital stays* for the following services:

- Maternity care of 48 hours or less following a normal delivery or 96 hours or less following a cesarean section; and

- Mastectomy and lymph node dissection.

There are three stages of utilization review:

1. **Pre-service review** determines the medical necessity and appropriateness of scheduled, non-emergency inpatient *hospital* and *residential treatment center* admissions, *ambulatory surgical center* services, and *facility-based care* for the treatment of *mental or nervous disorders, severe mental disorders,* and substance abuse.

2. **Concurrent review** determines whether services are *medically necessary* and appropriate when pre-service review is not required or we are notified while service is ongoing, for example, an emergency admission to the hospital.

3. **Retrospective review** is performed to review services that have already been provided. This applies in cases when pre-authorization, pre-service or concurrent review was not completed, or in order to evaluate and audit medical documentation subsequent to services being provided. Retrospective review may also be performed for services that continued longer than originally certified.

**EFFECT ON BENEFITS**

In order for the full benefits of this *plan* to be payable, the following criteria must be met:

1. The appropriate utilization reviews must be performed in accordance with this *plan.* When pre-service review is not performed as required for an inpatient *hospital* or *residential treatment center* admission, an outpatient surgical procedure at an *ambulatory surgical center,* or for *facility-based care* for the treatment of *mental or nervous disorders,*

50

*severe mental disorders*, and substance abuse, the benefits to which you would have been otherwise entitled will be subject to the Non-Certification Deductible shown in the SUMMARY OF BENEFITS.

2.  The services must be *medically necessary* and appropriate. Inpatient *hospital* benefits will be provided only when an inpatient *stay* is *medically necessary* and appropriate. *Facility-based care* for the treatment of *mental or nervous disorders, severe mental disorders*, and substance abuse will be provided only when the type and level of care requested is *medically necessary* and appropriate for your condition. If you proceed with any services that have been determined to be not *medically necessary* and appropriate at any stage of the utilization review process, benefits will not be provided for those services.

3.  Services that are not reviewed prior to or during service delivery will be reviewed retrospectively when the bill is submitted for benefit payment. If that review results in the determination that part or all of the services were not *medically necessary* and appropriate, benefits will not be paid for those services. Remaining benefits will be subject to previously noted reductions that apply when the required reviews are not obtained.

## HOW TO OBTAIN UTILIZATION REVIEWS

**Remember, it is always your responsibility to confirm that the review has been performed.**

**Pre-service Reviews.** Penalties will result for failure to obtain pre-service review, before receiving scheduled services, as follows:

1.  For all scheduled services that are subject to utilization review, you or your *physician* must initiate the pre-service review at least three working days prior to when you are scheduled to receive services.

2.  You must tell your *physician* that this *plan* requires pre-service review. *Physicians* who are *participating providers* will initiate the review on your behalf. A *non-participating provider* may initiate the review for you, or you may call us directly. The toll-free number for Pre-authorization and pre-service review is printed on your identification card.

3.  If you do not receive the certified service within 60 days of the certification, or if the nature of the service changes, a new pre-service review must be obtained.

4. We will certify services that are *medically necessary* and appropriate. For inpatient *hospital* and *residential treatment center* stays, we will, if appropriate, certify a specific length of *stay* for approved services. For *facility-based care* for the treatment of *mental or nervous disorders, severe mental disorders*, and substance abuse we will, if appropriate, certify the type and level of services, as well as their duration. You, your *physician* and the provider of the service will receive a written confirmation showing this information.

**Concurrent Reviews**

1. If pre-service review was not performed, you, your *physician* or the provider of the service must contact us for concurrent review. For an *emergency* admission or procedure, we must be notified within one working day of the admission or procedure, unless extraordinary circumstances* prevent such notification within that time period.

2. When participating providers have been informed of your need for utilization review, they will initiate the review on your behalf. You may ask a *non-participating provider* to call the toll free number printed on your identification card or you may call directly.

3. When we determine that the service is *medically necessary* and appropriate, we will, depending upon the type of treatment or procedure, certify the service for a period of time that is medically appropriate. We will also determine the medically appropriate setting.

4. If we determine that the service is not *medically necessary* and appropriate, your *physician* will be notified by telephone no later than 24 hours following our decision. You and your *physician* will receive written notice no later than one business day following our decision.

**\*Extraordinary Circumstances.** In determining "extraordinary circumstances", we may take into account whether or not your condition was severe enough to prevent you from notifying us, or whether or not a member of your family was available to notify us for you. You may have to prove that such "extraordinary circumstances" were present at the time of the *emergency*.

**Retrospective Reviews**

1. Retrospective review is performed when we are not notified of the service you received, and are therefore unable to perform the appropriate review prior to your discharge from the *hospital* or completion of outpatient treatment. It is also performed when pre-service or concurrent review has been done, but services continue longer than originally certified.

52

It may also be performed for the evaluation and audit of medical documentation after services have been provided, whether or not pre-service or concurrent review was performed.

2.  Such services which have been retroactively determined to not be *medically necessary* and appropriate will be retrospectively denied certification.

## AUTHORIZATION PROGRAM

The authorization program provides prior authorization for medical care or service by a *non-participating provider,* and for certain "special services".

**It is your responsibility to obtain authorization before you receive any service subject to the authorization program.  The toll-free number to call for authorization is shown on your plan identification card.**

**If you receive any such service, and do not follow the procedures set forth in this section, your benefits will be reduced as shown in the "Effect on Benefits" portion of** AUTHORIZATION PROGRAM.

### SERVICES REQUIRING AUTHORIZATION

**Authorized Referrals.**  In order for the maximum benefits of this *plan* to be payable, advance authorization is required for services received from *non-participating providers.*   When the appropriate authorization is obtained, these services are called *authorized referral* services.

> **NOTE:**  *Authorized referrals* are not required for the services of *physicians* of a type not available within the Prudent Buyer Plan network. A *physician's* written referral is required, however, in order for the services of some *physicians* to be covered under this *plan.*  Refer to the definition of "Physician" in the DEFINITIONS section.

### Special Services

1.  Organ and tissue transplants.

2.  Travel expense benefits.

3.  Visits for physical therapy, physical medicine and occupational therapy beyond those described under the "Physical Therapy, Physical Medicine and Occupational Therapy" provision of YOUR MEDICAL BENEFITS: MEDICAL CARE THAT IS COVERED.

4.  Home infusion therapy.

53

5.  Home health care.

6.  Admissions to a *skilled nursing facility*.

**EFFECT ON BENEFITS**

**For Services Requiring Authorized Referral**

1.  The Co-Payment for *participating providers* will apply for *medically necessary* and appropriate *authorized referral* services received from a *non-participating provider*.

2.  The Co-Payment for *non-participating providers* will apply for referral services received from *non-participating providers* that have not been authorized in advance.

**For Special Services.**   Benefits for special services subject to prior authorization will be provided as stated in this *plan* for the specific service only when authorization has been obtained as required.   No benefits are payable for unauthorized special services.

**WHEN AUTHORIZATION WILL BE PROVIDED**

**Authorized Referrals.**   Referrals to *non-participating providers* will be authorized only when all of the following criteria are met:

1.  There is no *participating provider* who practices the appropriate specialty or provides the required services or has the necessary facilities within a 50-mile radius of your residence;

2.  You are referred to the *non-participating provider* by a *physician* who is a *participating provider;* and

3.  The services are authorized as *medically necessary* before services are received.

**Special Services**

1.  **Organ and Tissue Transplants.**  Authorizations for organ and tissue transplants will be provided as follows:

    a.  For kidney, bone, skin or cornea transplants, only if both of the following criteria are met:

        i.   The services are *medically necessary* and appropriate; and

        ii.  The *physicians* on the surgical team and the facility in which the transplant is to take place are approved for the transplant requested.

b.  For transplantation of liver, heart, heart-lung, lung, kidney-pancreas or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures, only if all of the following criteria are met:

   i.  The services are *medically necessary* and appropriate;

   ii.  The providers of related preoperative and postoperative services are approved; and

   iii.  The transplant will be performed at a *Center of Excellence (COE)*.

2.  **Transplant Travel Expense Benefits.** Authorizations for transplant travel expense benefits will be provided for the recipient or donor only if all of the following criteria are met:

   a.  It is for transplantation of liver, heart, heart-lung, lung, kidney-pancreas or bone marrow, including autologous bone marrow transplant, peripheral stem cell replacement and similar procedures, authorized by us;

   b.  The organ transplant must be performed at a specific *COE;* and

   c.  The specific *COE* is 250 miles or more from the recipient or donor's home.

3.  **Physical Therapy, Physical Medicine and Occupational Therapy.** The number of visits for physical therapy, physical medicine and occupational therapy which are payable without prior authorization is stated in the "Physical Therapy, Physical Medicine or Occupational Therapy" provision of YOUR MEDICAL BENEFITS: MEDICAL CARE THAT IS COVERED. A specific number of additional visits will be authorized when:

   a.  Additional visits are *medically necessary* and appropriate and likely to result in a significant improvement in your condition.

   b.  You or your *physician* requests approval for the additional benefits prior to those services being rendered.

4.  **Home Infusion Therapy.** Authorizations for services by a *home infusion therapy provider* will be provided only if the following criteria are met:

   a.  The services are *medically necessary* and appropriate; and

   b.  The attending *physician* has submitted both a prescription and a plan of treatment prior to services being rendered.

5. **Home Health Care.** Authorizations for home health care services will be provided only if the following criteria are met:

   a. The services are *medically necessary* and appropriate and can be safely provided in the *member's* home, as certified by the attending *physician*.

   b. The attending *physician* manages and directs the *member's* medical care at home.

   c. The attending *physician* must establish a definitive treatment plan which must be consistent with the *member's* medical needs and must list the services to be provided by the *home health agency*.

6. **Skilled Nursing Facility.** We will authorize inpatient services provided in a *skilled nursing facility* if:

   a. You require daily skilled nursing or rehabilitation, as certified by the attending *physician*;

   b. You were an inpatient in a *hospital* for at least three consecutive days, and are to be admitted to the *skilled nursing facility* within 30 days of your discharge from the *hospital*; and

   c. You will be treated for the same condition for which you were treated in the *hospital*.

Note: Admissions to a *residential treatment center* will not be subject to the authorization program. They are instead subject to the utilization review program (see UTILIZATION REVIEW PROGRAM).

## HOW TO OBTAIN AN AUTHORIZATION

**For Authorized Referrals.** You or your *physician* must call the toll-free telephone number printed on your identification card prior to scheduling an admission to, or receiving the services of, a *non-participating provider*.

**For Special Services Authorizations.** You or your *physician* must call the toll-free telephone number printed on your identification card before the services are rendered.

### THE MEDICAL NECESSITY REVIEW PROCESS

We work with you and your health care providers to cover *medically necessary* and appropriate care and services. While the types of services requiring review and the timing of the reviews may vary, we are committed to ensuring that reviews are performed in a timely and professional manner. The following information explains our review process.

1. A decision on the medical necessity of a pre-service request will be made no later than 2 business days from receipt of the information necessary to make the decision.

2. A decision on the medical necessity of a concurrent request will be made no later than one business day from receipt of the information necessary to make the decision.

3. A decision on the medical necessity of a retrospective review will be made and communicated in writing no later than 30 days from receipt of the information necessary to make the decision.

4. If we do not have the information we need, we will make every attempt to obtain that information from you or your *physician*. If we are unsuccessful, and a delay is anticipated, we will notify you and your *physician* of the delay and what we need to make a decision. We will also inform you of when a decision can be expected following receipt of the needed information.

5. All pre-authorization, pre-service, concurrent and retrospective reviews for medical necessity are screened by clinically experienced, licensed personnel (called "Review Coordinators") using pre-established criteria and WellPoint Medical Policy. These criteria and policies are developed and approved by practicing providers not employed by us, and are evaluated at least annually and updated as standards of practice or technology changes. Requests satisfying these criteria are certified as *medically necessary*. Review Coordinators are able to approve most requests.

6. A written confirmation including the specific service certified as *medically necessary* will be sent to you and your provider no later than 2 business days from the decision.

7. If the request fails to satisfy these criteria or medical policy, the request is referred to a Peer Clinical Reviewer. Peer Clinical Reviewers are health professionals clinically competent to evaluate the specific clinical aspects of the request and render an opinion specific to the medical condition, procedure and/or treatment under review. Peer Clinical reviewers are licensed in California with the same license category as the requesting provider. When the Peer Clinical reviewer is unable to certify the service, the requesting *physician* is contacted telephonically for a discussion of the case. In many cases, services can be certified after this discussion. If the Peer Clinical Reviewer is still unable to certify the service, your provider will be given the option of having the request reviewed by a different Peer Clinical Reviewer.

8.  Only the Peer Clinical Reviewer may determine that the proposed services are not *medically necessary* and appropriate.  Your *physician* will be notified telephonically within 24 hours of a decision not to certify and will be informed at that time of how to request reconsideration.  Written notice will be sent to you and the requesting provider within one business day of the decision.  This written notice will include:

- an explanation of the reason for the decision,

- reference of the criteria used in the decision to modify or not certify the request,

- the name and phone number of the Peer Clinical Reviewer making the decision to modify or not certify the request,

- how to request reconsideration if you or your provider disagree with the decision.

9.  Reviewers may be plan employees or an independent third party we chose at our sole and absolute discretion.

10. You or your *physician* may request copies of specific criteria and/or medical policy by writing to the address shown on your plan identification card.  We disclose our medical necessity review procedures to health care providers through provider manuals and newsletters.

**A determination of medical necessity does not guarantee payment or coverage.**  The determination that services are *medically necessary* is based on the clinical information provided.  Payment is based on the terms of your coverage at the time of service. These terms include certain exclusions, limitations, and other conditions. Payment of benefits could be limited for a number of reasons, including:

- The information submitted with the claim differs from that given by phone;

- The service is excluded from coverage; or

- You are not eligible for coverage when the service is actually provided.

### PERSONAL CASE MANAGEMENT

The personal case management program enables us to authorize you to obtain medically appropriate care in a more economical, cost-effective and coordinated manner during prolonged periods of intensive medical care.  We have the right, through a case manager, to recommend an alternative plan of treatment which may include services not covered

under this *plan*. It is not your right to receive personal case management, nor do we have an obligation to provide it; we provide these services at our sole and absolute discretion.

**HOW PERSONAL CASE MANAGEMENT WORKS**

You may be identified for possible personal case management through the *plan's* utilization review procedures, by the attending *physician, hospital* staff, or our claims reports. You or your family may also call us.

Benefits for personal case management will be considered only when all of the following criteria are met:

1. You require extensive long-term treatment;

2. We anticipate that such treatment utilizing services or supplies covered under this *plan* will result in considerable cost;

3. Our cost-benefit analysis determines that the benefits payable under this *plan* for the alternative plan of treatment can be provided at a lower overall cost than the benefits you would otherwise receive under this *plan* while maintaining the same standards of care; and

4. You (or your legal guardian) and your *physician* agree, in a letter of agreement, with our recommended substitution of benefits and with the specific terms and conditions under which alternative benefits are to be provided.

**Alternative Treatment Plan.** If we determine that your needs could be met more efficiently, an alternative treatment plan may be recommended. This may include providing benefits not otherwise covered under this *plan*. A case manager will review the medical records and discuss your treatment with the attending *physician,* you, and your family.

**We make treatment recommendations only; any decision regarding treatment belong to you and your *physician*. The *group* will, in no way, compromise your freedom to make such decisions.**

**EFFECT ON BENEFITS**

1. Any alternative benefits are accumulated toward the Lifetime Maximum.

2. Benefits are provided for an alternative treatment plan on a case-by-case basis only. We have absolute discretion in deciding whether or not to authorize services in lieu of benefits for any *member,* which alternatives may be offered and the terms of the offer.

3. Our authorization of services in lieu of benefits in a particular case in no way commits us to do so in another case or for another *member.*

4.  The personal case management program does not prevent us from strictly applying the expressed benefits, exclusions and limitations of this *plan* at any other time or for any other *member*.

**Note:**  We reserve the right to use the services of one or more third parties in the performance of the services outlined in the letter of agreement.  No other assignment of any rights or delegation of any duties by either party is valid without the prior written consent of the other party.

## DISAGREEMENTS WITH MEDICAL MANAGEMENT DECISIONS

1.  If you or your *physician* disagree with a decision, or question how it was reached, you or your *physician* may request reconsideration. Requests for reconsideration (either by telephone or in writing) must be directed to the reviewer making the determination.  The address and the telephone number of the reviewer are included on your written notice of determination.   Written requests must include medical information that supports the medical necessity of the services.

2.  If you, your representative, or your *physician* acting on your behalf find the reconsidered decision still unsatisfactory, a request for an appeal of a reconsidered decision may be submitted in writing to us.

3.  If the appeal decision is still unsatisfactory, your remedy is binding arbitration.  (See BINDING ARBITRATION.)

## QUALITY ASSURANCE

Medical management programs are monitored, evaluated, and improved on an ongoing basis to ensure consistency of application of screening criteria and medical policy, consistency and reliability of decisions by reviewers, and compliance with policy and procedure including but not limited to timeframes for decision making, notification and written confirmation. Our Board of Directors is responsible for medical necessity review processes through it's oversight committees including the Resource Management Committee, Quality Management Committee, and Physician Relation's Committee.  Oversight includes approval of policies and procedures, review and approval of self-audit tools, procedures, and results.   Monthly process audits measure the performance of reviewers and Peer Clinical Reviewers against approved written policies, procedures, and timeframes. Quarterly reports of audit results and, when needed, corrective action plans are reviewed and approved through the committee structure.

60

# HOW COVERAGE BEGINS AND ENDS

## HOW COVERAGE BEGINS

**ELIGIBLE STATUS**

1.  **Subscribers.** Permanent *full-time employees* are eligible to enroll as *subscribers.* A *full-time employee* is one who works at least 30 hours a week in the conduct of the business of the *group.*

2.  **Family Members.** The following are eligible to enroll as *family members:* (a) The *subscriber's spouse;* and (b) An unmarried *child.*

**Definition of Family Member**

1.  **Spouse** is the *subscriber's* spouse under a legally valid marriage between persons of the opposite sex. Spouse does not include any person who is: (a) covered as a *subscriber;* or (b) in active service in the armed forces.

2.  **Child** is the *subscriber's* or *spouse's* unmarried natural child, stepchild, or legally adopted child, subject to the following:

    a.  The child depends on the *subscriber* or *spouse* for financial support or the *subscriber* or *spouse* is legally required to provide group health coverage for the child pursuant to an administrative or court order. A child is considered financially dependent if he or she qualifies as a dependent for federal income tax purposes.

    b.  The unmarried child is under 19 years of age, or if age 19 or over, that child is eligible until his or her 25th birthday, provided he or she is enrolled as a full-time student (for 12 or more credits) in a properly accredited two year community college, four year college or university, or an accredited post-high school trade or technical school. An overage dependent who enters or returns to an eligible status will become eligible for coverage on the first day of the month following the date an enrollment application is filed on their behalf.

    c.  A child who is in the process of being adopted is considered a legally adopted child if we receive legal evidence of both: (i) the intent to adopt; and (ii) that the *subscriber* or *spouse* have either: (a) the right to control the health care of the child; or (b) assumed a legal obligation for full or partial financial responsibility for the child in anticipation of the child's adoption.

    Legal evidence to control the health care of the child means a written document, including, but not limited to, a health facility

61

minor release report, a medical authorization form, or relinquishment form, signed by the child's birth parent, or other appropriate authority, or in the absence of a written document, other evidence of the *subscriber's* or the *spouse's* right to control the health care of the child.

d.  The term "child" does not include: (i) any child for whom the *subscriber* or *spouse* is the legal guardian, but who is not the *subscriber's* or *spouse's* natural child, stepchild or adopted child; (ii) any person who is covered as a *subscriber*; or (iii) any person who is in active service in the armed forces.

e.  If both parents are covered as *subscribers*, their children may be covered as the *family members* of either, but not of both.

## ELIGIBILITY DATE

1.  For *subscribers,* you become eligible for coverage on the first day of the month coinciding with or following the date you complete three month(s) of continuous, active full-time employment.  (This is your "waiting" period.)

2.  For *family members,* you become eligible for coverage on the later of: (a) the date the *subscriber* becomes eligible for coverage; or, (b) the date you meet the *family member* definition.

### Exceptions to the Waiting Period

1.  If, after you have completed the waiting period, you cease to be eligible due to termination of employment, and you return to an eligible status within six months after the date your employment terminated, you will become eligible on the first day of the month following the date you return.

2.  If you were covered under the *prior plan,* the time you spent under the *prior plan* will be used to satisfy, or partially satisfy, your waiting period under this *plan*.

## ENROLLMENT

To enroll as a *subscriber,* or to enroll *family members,* the *subscriber* must properly file an application.  An application is considered properly filed, only if it is personally signed, dated, and given to the *group* within 31 days from your eligibility date.  We must receive this application from the *group* within 90 days.  If any of these steps are not followed, your coverage may be denied.

## EFFECTIVE DATE

Your effective date of coverage is subject to the timely payment of subscription charges on your behalf.  The date you become covered is determined as follows:

1. **Timely Enrollment:**  If you enroll for coverage before, on, or within 31 days after your eligibility date, then your coverage will begin as follows:  (a) for *subscribers,* on your eligibility date; and (b) for *family members,* on the later of (i) the date the *subscriber's* coverage begins, or (ii) the first day of the month after the *family member* becomes eligible. If you become eligible before the *agreement* takes effect, coverage begins on the effective date of the *agreement,* provided the enrollment application is on time and in order.

2. **Late Enrollment.**  If you fail to enroll within 31 days after your eligibility date, you must wait until the *group's* next Open Enrollment Period to enroll.

3. **Disenrollment:**  If you voluntarily choose to disenroll from coverage under this *plan,* you will be eligible to reapply for coverage as set forth in the "Enrollment" provision above, during the *group's* next Open Enrollment period (see OPEN ENROLLMENT PERIOD).

For late enrollees and disenrollees:  You may enroll earlier than the *group's* next Open Enrollment Period if you meet any of the conditions listed under SPECIAL ENROLLMENT PERIODS.

**Important Note for Newborn and Newly-Adopted Children.** If the *subscriber* (or *spouse,* if the *spouse* is enrolled) is already covered:(1) any *child* born to the *subscriber* or *spouse* will be covered from the moment of birth; and (2) any *child* being adopted by the *subscriber* or *spouse* will be covered from the date on which either: (a) the adoptive *child's* birth parent, or other appropriate legal authority, signs a written document granting the *subscriber* or *spouse* the right to control the health care of the *child* (in the absence of a written document, other evidence of the *subscriber's* or *spouse's* right to control the health care of the *child* may be used); or (b) the *subscriber* or *spouse* assumed a legal obligation for full or partial financial responsibility for the *child* in anticipation of the *child's* adoption.  The written document referred to above includes, but is not limited to, a health facility minor release report, a medical authorization form, or relinquishment form.

In both cases, coverage will be in effect for 31 days.  For coverage to continue beyond this 31-day period, the *subscriber* must enroll the *child* within the 31-day period by submitting a membership change form to the *group*.  We must then receive the form from the *group* within 90 days.

**Special Enrollment Periods**

You may enroll without waiting for the *group's* next open enrollment period if you are otherwise eligible under any one of the circumstances set forth below:

1.  You have met all of the following requirements:

    a.  You were covered under another health plan as an individual or dependent, including coverage under a COBRA continuation.

    b.  You certified in writing at the time you became eligible for coverage under this *plan* that you were declining coverage under this *plan* or disenrolling because you were covered under another health plan and you were given written notice that if you choose to enroll later, you may be required to wait until the *group's* next open enrollment period to do so.

    c.  You have lost coverage under the other health plan wherein you were covered as an individual or dependent, or your coverage under a COBRA continuation was exhausted.

    d.  You properly file an application with the *group* within 31 days from the date on which you lose coverage.

2.  A court has ordered coverage be provided for a *spouse* or dependent *child* under your employee health plan and application is filed within 31 days from the date the court order is issued.

3.  We do not have a written statement from the *group* stating that prior to declining coverage or disenrolling, you received and signed acknowledgment of a written notice specifying that if you do not enroll for coverage within 31 days after your eligibility date, or if you disenroll, and later file an enrollment application, your coverage may not begin until the first day of the month following the end of the *group's* next open enrollment period.

4.  You have a change in family status through either marriage or the birth or adoption of a *child*. You may also enroll a new *spouse* or *child* at that time. You must enroll within 31 days of the marriage, birth, or adoption. Coverage will become effective as follows:

    a.  If you are enrolling following marriage, the first day of the month following the date you filed the enrollment application.

    b.  If you are enrolling following the birth or adoption of a *child*, as of the date of birth or adoption.

    Your *spouse* (if you are already married), who is eligible but not enrolled, may also enroll at the time of the birth or adoption of a *child*.

64

Application must be made within 31 days of the birth or date of adoption; coverage will be effective as of the date of the birth or adoption.

**OPEN ENROLLMENT PERIOD**

The *group* has an open enrollment period once each *year*, during the month of January. During that time, an individual who meets the eligibility requirements as a *subscriber* under this *plan* may enroll. A *subscriber* may also enroll any eligible *family members* at that time. Persons eligible to enroll as *family members* may enroll only under the *subscriber's plan*.

For anyone so enrolling, coverage under this *plan* will begin on the first day of the month following the end of the Open Enrollment Period. Coverage under the former plan ends when coverage under this *plan* begins.

**HOW COVERAGE ENDS**

Your coverage ends without notice from us as provided below:

1. If the *agreement* terminates, your coverage ends at the same time. This *agreement* may be canceled or changed without notice to you.

2. If the *group* no longer provides coverage for the class of *members* to which you belong, your coverage ends on the effective date of that change. If this *agreement* is amended to delete coverage for *family members*, a *family member's* coverage ends on the effective date of that change.

3. Coverage for *family members* ends when *subscriber's* coverage ends.

4. Coverage ends at the end of the period for which subscription charges have been paid to us on your behalf when the required subscription charges for the next period are not paid.

5. If you voluntarily cancel coverage at any time, coverage ends on the subscription charge due date coinciding with or following the date of voluntary cancellation, as provided by written notice to us.

6. If you no longer meet the requirements set forth in the "Eligible Status" provision of HOW COVERAGE BEGINS, your coverage ends as of the subscription charge due date coinciding with or following the date you cease to meet such requirements.

**Exceptions to item 6:**

a.  **Leave of Absence.** If you are a *subscriber* and the *group* pays subscription charges to us on your behalf, your coverage may continue for up to six months during a temporary leave of absence approved by the *group*.

b.  **Handicapped Children:** If a *child* reaches the age limits shown in the "Eligible Status" provision of this section, the *child* will continue to qualify as a *family member* if he or she is (i) covered under this *plan*, (ii) still financially dependent on the *subscriber* or *spouse*, and (iii) incapable of self-sustaining employment due to a physical handicap or mental retardation. A *physician* must certify this disability in writing. We must receive the certification, at no expense to us, within 31 days of the date the *child* otherwise becomes ineligible. When a period of two years has passed, we may request proof of continuing dependency and disability, but not more often than once each year. This exception will last until the *child* is no longer handicapped or dependent on the *subscriber* or *spouse* for financial support. A *child* is considered financially dependent if he or she qualifies as a dependent for federal income tax purposes.

You may be entitled to continued benefits under terms which are specified elsewhere under CONTINUATION OF COVERAGE, EXTENSION OF BENEFITS and HIPAA COVERAGE AND CONVERSION.

**Unfair Termination of Coverage.** Your coverage may not be terminated because of your health status or requirements for health care services. If you believe that your coverage has been terminated for either of these reasons, you may request a review of the matter by the Director of the Department of Managed Health Care.

## CONTINUATION OF COVERAGE

Most employers who employ 20 or more people on a typical business day are subject to The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). If the employer who provides coverage under the *agreement* is subject to the federal law which governs this provision (Title X of P. L. 99-272), you may be entitled to continuation of coverage. Check with your employer for details.

## DEFINITIONS

The meanings of key terms used in this section are shown below. Whenever any of the key terms shown below appear in these provisions, the first letter of each word will appear in capital letters. When you see these capitalized words, you should refer to this "Definitions" provision.

**Initial Enrollment Period** is the period of time following the original Qualifying Event, as indicated in the "Terms of COBRA Continuation" provisions below.

**Qualified Beneficiary** means:   (a) a person enrolled for this COBRA continuation coverage who, on the day before the Qualifying Event, was covered under this *agreement* as either a *subscriber* or *family member;* and (b) a *child* who is born to or placed for adoption with the *subscriber* during the COBRA continuation period.   Qualified Beneficiary does not include any person who was not enrolled during the Initial Enrollment Period, including any *family members* acquired during the COBRA continuation period, with the exception of newborns and adoptees as specified above.  It does not include domestic partners if they are eligible under HOW COVERAGE BEGINS AND ENDS.

**Qualifying Event** means any one of the following circumstances which would otherwise result in the termination of your coverage under the *agreement.*   The events will be referred to throughout this section by number.

1.   **For Subscribers and Family Members:**

   a.   The *subscriber's* termination of employment, for any reason other than gross misconduct; or

   b.   A reduction in the *subscriber's* work hours.

2.   **For Retired Employees and their Family Members.**   Cancellation or a substantial reduction of retiree benefits under the *plan* due to the *group's* filing for Chapter 11 bankruptcy, provided that:

   a.   The *agreement* expressly includes coverage for retirees; and

   b.   Such cancellation or reduction of benefits occurs within one year before or after the *group's* filing for bankruptcy.

3.   **For Family Members:**

   a.   The death of the *subscriber;*

   b.   The *spouse's* divorce or legal separation from the *subscriber;*

   c.   The end of a *child's* status as a dependent *child,* as defined by the *agreement;* or

   d.   The *subscriber's* entitlement to Medicare.

**ELIGIBILITY FOR COBRA CONTINUATION**

A *subscriber* or *family member* may choose to continue coverage under the *agreement* if your coverage would otherwise end due to a Qualifying Event.

**TERMS OF COBRA CONTINUATION**

**Notice.** The *group* or its administrator (we are not the administrator) will notify either the *subscriber* or *family member* of the right to continue coverage under COBRA, as provided below:

1.  For Qualifying Events 1, or 2, the *group* or its administrator will notify the *subscriber* of the right to continue coverage.

2.  For Qualifying Events 3(a) or 3(d) above, a *family member* will be notified of the COBRA continuation right.

3.  You must inform the *group* within 60 days of Qualifying Events 3(b) or 3(c) above if you wish to continue coverage. The *group* in turn will promptly give you official notice of the COBRA continuation right.

If you choose to continue coverage you must notify the *group* within 60 days of the date you receive notice of your COBRA continuation right. The COBRA continuation coverage may be chosen for all *members* within a family, or only for selected *members*.

If you fail to elect the COBRA continuation during the Initial Enrollment Period, you may not elect the COBRA continuation at a later date.

Notice of continued coverage, along with the initial subscription charge, must be delivered to us by the *group* within 45 days after you elect COBRA continuation coverage.

**Additional Family Members.** A *spouse* or *child* acquired during the COBRA continuation period is eligible to be enrolled as a *family member*. The standard enrollment provisions of the *agreement* apply to enrollees during the COBRA continuation period.

**Cost of Coverage.** The *group* may require that you pay the entire cost of your COBRA continuation coverage. This cost, called the "subscription charge", must be remitted to the *group* each month during the COBRA continuation period. We must receive payment of the subscription charge each month from the *group* in order to maintain the coverage in force.

Besides applying to the *subscriber*, the *subscriber's* rate also applies to:

1.  A *spouse* whose COBRA continuation began due to divorce, separation or death of the *subscriber;*

2. A *child* if neither the *subscriber* nor the *spouse* has enrolled for this COBRA continuation coverage (if more than one *child* is so enrolled, the subscription charge will be the two-party or three-party rate depending on the number of *children* enrolled); and

3. A *child* whose COBRA continuation began due to the person no longer meeting the dependent *child* definition.

**Subsequent Qualifying Events.**   Once covered under the COBRA continuation, it's possible for a second Qualifying Event to occur.  If that happens, a *member,* who is a Qualified Beneficiary, may be entitled to an extended COBRA continuation period.  This period will in no event continue beyond 36 months from the date of the first qualifying event.

For example, a *child* may have been originally eligible for this COBRA continuation due to termination of the *subscriber's* employment, and enrolled for this COBRA continuation as a Qualified Beneficiary.  If, during the COBRA continuation period, the *child* reaches the upper age limit of the *plan,* the *child* is eligible for an extended continuation period which would end no later than 36 months from the date of the original Qualifying Event (the termination of employment).

**When COBRA Continuation Coverage Begins.**   When COBRA continuation coverage is elected during the Initial Enrollment Period and the subscription charge is paid, coverage is reinstated back to the date of the original Qualifying Event, so that no break in coverage occurs.

For *family members* properly enrolled during the COBRA continuation, coverage begins according to the enrollment provisions of the *agreement.*

**When the COBRA Continuation Ends.**  This COBRA continuation will end on the earliest of:

1. The end of 18 months from the Qualifying Event, if the Qualifying Event was termination of employment or reduction in work hours;*

2. The end of 36 months from the Qualifying Event, if the Qualifying Event was the death of the *subscriber,* divorce or legal separation, or the end of dependent *child* status;*

3. The end of 36 months from the date the *subscriber* became entitled to Medicare, if the Qualifying Event was the *subscriber's* entitlement to Medicare.  If entitlement to Medicare does not result in coverage terminating and Qualifying Event 1 occurs within 18 months after Medicare entitlement, coverage for Qualified Beneficiaries other than the *subscriber* will end 36 months from the date the *subscriber* became entitled to Medicare;

69

4. The date the *agreement* terminates;

5. The end of the period for which subscription charges are last paid;

6. The date, following the election of COBRA, the *member* first becomes covered under any other group health plan, unless the other group health plan contains an exclusion or limitation relating to a pre-existing condition of the *member*, in which case this COBRA continuation will end at the end of the period for which the pre-existing condition exclusion or limitation applied; or

7. The date, following the election of COBRA, the *member* first becomes entitled to Medicare. However, entitlement to Medicare will not preclude a person from continuing coverage which the person became eligible for due to Qualifying Event 2.

*For a *member* whose COBRA continuation coverage began under a *prior plan,* this term will be dated from the time of the Qualifying Event under that *prior plan.*

Subject to the *agreement* remaining in effect, a retired *subscriber* whose COBRA continuation coverage began due to Qualifying Event 2 may be covered for the remainder of his or her life; that person's covered *family members* may continue coverage for 36 months after the *subscriber's* death. But coverage could terminate prior to such time for either the *subscriber* or *family member* in accordance with items 4, 5 or 6 above.

If your COBRA continuation under this *plan* ends in accordance with items 1, 2 or 3, you may be eligible for medical conversion coverage. If your COBRA continuation under this *plan* ends in accordance with items 1, 2, 3, or 4 you may be eligible for HIPAA coverage. The *group* will provide notice of these options within 180 days prior to your COBRA termination date. Please see HIPAA COVERAGE AND CONVERSION in this booklet for more information.

## EXTENSION OF CONTINUATION DURING TOTAL DISABILITY

If at the time of termination of employment or reduction in hours, or at any time during the first 60 days of the COBRA continuation, a Qualified Beneficiary is determined to be disabled for Social Security purposes, all covered *members* may be entitled to up to 29 months of continuation coverage after the original Qualifying Event.

**Eligibility for Extension.** To continue coverage for up to 29 months from the date of the original Qualifying Event, the disabled *member* must:

1. Satisfy the legal requirements for being totally and permanently disabled under the Social Security Act; and

2.  Be determined and certified to be so disabled by the Social Security Administration.

**Notice.**  The *member* must furnish the *group* with proof of the Social Security Administration's determination of disability during the first 18 months of the COBRA continuation period and no later than 60 days after the date of the Social Security Administration's determination of such disability.

**Cost of Coverage.**  For the 19th through 29th months that the total disability continues, the *group* must remit the cost for the extended continuation coverage to us.  This cost (called the "subscription charge") shall be subject to the following conditions:

1.  If the disabled *member* continues coverage during this extension, this charge shall be **150%** of the applicable rate for the length of time the disabled *member* remains covered, depending upon the number of covered dependents.  If the disabled *member* does not continue coverage during this extension, this charge shall remain at **102%** of the applicable rate.

2.  The cost for extended continuation coverage must be remitted to us by the *group* each month during the period of extended continuation coverage.  We must receive timely payment of the subscription charge each month from the *group* in order to maintain the extended continuation coverage in force.

3.  The *group* may require that you pay the entire cost of the extended continuation coverage.

If a second Qualifying Event occurs during this extended continuation, the total COBRA continuation may continue for up to 36 months from the date of the first Qualifying Event.  The subscription charge shall then be **150%** of the applicable rate for the 19th through 36th months if the disabled *member* remains covered.  The charge will be **102%** of the applicable rate for any periods of time the disabled *member* is not covered following the 18th month.

**When The Extension Ends.**  This extension will end at the earlier of:

1.  The end of the month following a period of 30 days after the Social Security Administration's final determination that you are no longer totally disabled;

2.  The end of 29 months from the Qualifying Event;

3.  The date the *agreement* terminates;

4.  The end of the period for which subscription charges are last paid;

5.  The date, following the election of COBRA, the *member* first becomes covered under any other group health plan, unless the other group health plan contains an exclusion or limitation relating to a pre-existing condition of the *member*, in which case this COBRA extension will end at the end of the period for which the pre-existing condition exclusion or limitation applied; or

6.  The date, following the election of COBRA, the *member* first becomes entitled to Medicare.  However, entitlement to Medicare will not preclude a person from continuing coverage which the person became eligible for due to Qualifying Event 2.

You must inform the *group* within 30 days of a final determination by the Social Security Administration that you are no longer totally disabled.

## POST-COBRA CONTINUATION FOR QUALIFYING MEMBERS

Subject to payment of subscription charges as stated in the *agreement,* coverage under this *plan* may be continued for the *subscriber,* the *subscriber's spouse,* and the *subscriber's* former *spouse* (if any) under Section 1373.621 of the Health and Safety Code and Section 2800.2 of the Labor Code, in accordance with the following provisions.   This continuation may be elected following the CONTINUATION OF COVERAGE shown above (the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), or Title X of P.L. 99-272).

For the purposes of this section, "former *spouse*" means:   (a) an individual who is divorced from the *subscriber;* or (b) an individual who was married to the *subscriber* at the time of the *subscriber's* death.

**Requirements.**   The *subscriber* and *spouse* may continue coverage under this *plan* if:

1.  The *subscriber,* or the *subscriber* on behalf of himself or herself and the *spouse,* was entitled to, and had elected to continue coverage under, COBRA, as described in the preceding section;

2.  The *subscriber* or *spouse* has not elected to continue coverage under any other available continuation;

3.  The *subscriber* has worked for the employer for at least the prior five years; and

4.  The *subscriber* is at least 60 years old on the date employment with the employer ended.

The former *spouse* may continue coverage under this *plan* in accordance with this section if he or she was covered as a qualified beneficiary under COBRA, as described in the preceding section.

**Notice and Election.**  The employer will notify the *subscriber* or *spouse* and the former *spouse* of the right to continue coverage within 180 days prior to the date continuation of coverage under COBRA is scheduled to end.

For the *subscriber* and *spouse*, this continuation may be chosen for both, for the *subscriber* only, or for the *spouse* only.  The former *spouse* may elect this continuation for himself or herself only.

To elect this continuation, you must notify the employer in writing within 30 days prior to the date continuation coverage under COBRA is scheduled to end.  If you fail to elect this continuation when first eligible, you may not elect this continuation at a later date.  Notice of continued coverage, along with the initial subscription charge, must be delivered to us by the *group* within 45 days after you elect this continuation.

**Cost of Coverage.**  This continuation is subject to payment of subscription charges to the employer at the time the *group* subscription charge is due.  The *group* may require that you pay the entire cost of your continuation coverage.  The *group* is responsible to us for the timely payment of subscription charges due for the continuation of your coverage under this *agreement*.  The rate for continuation coverage under this section shall be 213% of the applicable *group* rate.  For the purpose of determining subscription charges payable, the *spouse* or former spouse continuing coverage alone will be considered to be a *subscriber*.

**When Continuation Ends.**  This continuation will end on the earliest of:

1.  The end of the period for which subscription charges are last paid;

2.  The date the *agreement* terminates;

3.  The date, following the election of post-COBRA, the *subscriber, spouse,* or former *spouse* first becomes covered under any group health plan not maintained by the employer;

4.  The date, following the election of post-COBRA, the *subscriber, spouse,* or former *spouse* first becomes entitled to Medicare;

5.  The date the *subscriber, spouse,* or former *spouse* reaches age 65; or

6.  For the *spouse* or former *spouse,* five years from the date the *spouse's* or former *spouse's* COBRA continuation coverage ended.

If your continuation under this *plan* ends in accordance with item 6, you are eligible for medical conversion coverage. If your continuation under this *plan* ends in accordance with items 2 or 6, you may be eligible for HIPAA coverage. Please see HIPAA COVERAGE AND CONVERSION in this booklet for more information.

## EXTENSION OF BENEFITS

If you are a *totally disabled subscriber* or a *totally disabled family member* and under the treatment of a *physician* on the date of discontinuance of the *agreement*, your benefits may be continued for treatment of the totally disabling condition. This extension of benefits is not available if you become covered under another group health plan that provides coverage without limitation for your disabling condition. Extension of benefits is subject to the following conditions:

1. If you are confined as an inpatient in a *hospital* or *skilled nursing facility*, you are considered totally disabled as long as the inpatient *stay* is *medically necessary*, and no written certification of the total disability is required. If you are discharged from the *hospital* or *skilled nursing facility*, you may continue your total disability benefits by submitting written certification by your *physician* of the total disability within 90 days of the date of your discharge. Thereafter, we must receive proof of your continuing total disability at least once every 90 days while benefits are extended.

2. If you are not confined as an inpatient but wish to apply for total disability benefits, you must do so by submitting written certification by your *physician* of the total disability. We must receive this certification within 90 days of the date coverage ends under this *plan*. At least once every 90 days while benefits are extended, we must receive proof that your total disability is continuing.

3. Your extension of benefits will end when any one of the following circumstances occurs:

   a. You are no longer totally disabled.

   b. The maximum benefits available to you under this *plan* are paid.

   c. You become covered under another group health plan that provides benefits without limitation for your disabling condition.

   d. A period of up to 12 months has passed since your extension began.

## HIPAA COVERAGE AND CONVERSION

If your coverage for medical benefits under this *plan* ends, you may be eligible to enroll for coverage with any carrier or health plan that offers individual medical coverage. HIPAA coverage and conversion coverage are available upon request if you meet the requirements stated below. Both HIPAA coverage and conversion are available for medical benefits only. Please note that the benefits and cost of these plans will differ from your employer's *plan*.

**HIPAA Coverage**

The Health Insurance Portability and Accountability Act (HIPAA) is a federal law that provides an option for individual coverage when coverage under the employer's group *plan* ends. To be eligible for HIPAA coverage, you must meet all of the following requirements:

1. You must have a minimum of 18 months of continuous health coverage, most recently under an employer-sponsored health plan, and have had coverage within the last 63 days.

2. Your most recent coverage was not terminated due to nonpayment of subscription charges or fraud.

3. If continuation of coverage under the employer *plan* was available under COBRA, CalCOBRA, or a similar state program including Post-COBRA, such coverage must have been elected and exhausted.

4. You must not be eligible for Medicare, Medi-Cal, or any group medical coverage and cannot have other medical coverage.

You must apply for HIPAA coverage within 63 days of the date your coverage under the employer's *plan* ends. Any carrier or health plan that offers individual medical coverage must make HIPAA coverage available to qualified persons without regard to health status. If you decide to enroll in HIPAA coverage, you will no longer qualify for conversion coverage.

**Conversion Coverage**

To apply for a conversion plan, you must submit an application to us within 31 days of the date your coverage under the employer's *plan* ends. Under certain circumstances you are not eligible for a conversion plan. They are:

1. You are not eligible if your coverage under this *plan* ends because the *agreement* between the *group* and us terminates and is replaced by another group plan within 60 days.

75

2.  You are not eligible if your coverage under this *plan* ends because subscription charges are not paid when due because you (or the *subscriber* who enrolled you as a dependent) did not contribute your part, if any.

3.  You are not eligible for a conversion plan if you are eligible for health coverage under another group plan when your coverage ends.

4.  You are not eligible for a conversion plan if you are eligible for Medicare coverage when your coverage under this *plan* ends, whether or not you have actually enrolled in Medicare.

5.  You are not eligible for a conversion plan if you are covered under an individual health plan.

6.  You are not eligible for a conversion plan if you were not covered for medical benefits under the *plan* for three consecutive months immediately prior to the termination of your coverage.

If you decide to enroll in a conversion plan, you will no longer qualify for HIPAA coverage.

---

**Important:**  The intention of conversion coverage is not to replace the coverage you have under this *plan,* but to make available to you a specified amount of coverage for medical benefits until you can find a replacement.  The conversion plan provides lesser benefits than this *plan* and the provisions and rates differ.

---

When coverage under your employer's group *plan* ends, you will receive more information about how to apply for HIPAA coverage or conversion, including a postcard for requesting an application and a telephone number to call if you have any questions.

## GENERAL PROVISIONS

**Providing of Care.**  We are not responsible for providing any type of *hospital,* medical or similar care, nor are we responsible for the quality of any such care received.

**Independent Contractors.**  Our relationship with providers is that of an independent contractor.  *Physicians,* and other health care professionals, *hospitals, skilled nursing facilities* and other community agencies are not our agents nor are we, or any of our employees, an employee or agent of any *hospital,* medical group or medical care provider of any type.

**Non-Regulation of Providers.**  The benefits of this *plan* do not regulate the amounts charged by providers of medical care, except to the extent that rates for covered services are regulated with *participating providers.*

76

**Out-of-California Providers.**   The Blue Cross and Blue Shield Association, of which we are a member, has a program (called the "BlueCard Program") which allows our *members* to have the reciprocal use of participating providers contracted under other states' Blue Cross and/or Blue Shield Plans.  If you are outside of California and require medical care or treatment, you may use a local Blue Cross and/or Blue Shield provider.  If you use one of these providers, your out-of-pocket expenses may be lower than those incurred when using a provider which does not participate in the BlueCard Program.   The rules for the BlueCard Program, including those described below, are set by The Blue Cross and Blue Shield Association.  In order for you to receive access to the available discounts, we must abide by those rules.

When you obtain services outside California, your coinsurance and other subscriber liability for covered services is calculated on the lower of the actual billed charges for your covered services or the negotiated price that is passed along to Blue Cross of California by the local Blue Cross and/or Blue Shield Plan.  The negotiated price can simply reflect the final actual discount on a claim.  Often the negotiated price will consist of an estimated final price to reflect contractual adjustments that will occur at a later date.   The estimated price may be based on the expected adjustment for the particular provider involved or for all or a specified group of the local Plan's providers.  Also in a small number of states, your coinsurance and other subscriber liability for covered services will be calculated using a discount off billed charges that is an average discount reflecting the local Plan's anticipated savings for all or a specified group of its providers.   Estimated or average prices may be prospectively adjusted to correct for overestimation or underestimation of past prices.

Finally, local Blue Cross and/or Blue Shield Plans in a small number of states are required by statute to use a basis for calculating subscriber liability for covered items that does not reflect the entire savings realized or expected to be realized on the claim.   When you receive covered health care services in one of these states, your liability for covered services will be calculated using the state's statutory methods.

### Terms of Coverage

1.   In order for you to be entitled to benefits under the *agreement*, both the *agreement* and your coverage under the *agreement* must be in effect on the date the expense giving rise to a claim for benefits is incurred.

2.   The benefits to which you may be entitled will depend on the terms of coverage in effect on the date the expense giving rise to a claim for benefits is incurred.  An expense is incurred on the date you receive the service or supply for which the charge is made.

3.  The *agreement* is subject to amendment, modification or termination according to the provisions of the *agreement* without your consent or concurrence.

**Protection of Coverage.**  We do not have the right to cancel your coverage under this *plan* while:  (1) this *plan* is in effect; (2) you are eligible; and (3) your subscription charges are paid according to the terms of the *agreement*.

**Free Choice of Provider.**  This *plan* in no way interferes with your right as a *member* entitled to *hospital* benefits to select a *hospital*.  You may choose any *physician* who holds a valid *physician* and surgeon's certificate and who is a member of, or acceptable to, the attending staff and board of directors of the *hospital* where services are received.  You may also choose any other health care professional or facility which provides care covered under this *plan,* and is properly licensed according to appropriate state and local laws.  However, your choice may affect the benefits payable according to this *plan*.

**Continuity of Care.**  If we terminate our contractual relationship with a *participating provider* and you are undergoing a course of treatment from that provider at the time the contract is terminated, you may be able to continue to receive services from that provider (but only if such provider agrees to continue to comply with the same contractual requirements that applied prior to termination).  To qualify, you must have an acute or a serious chronic condition, a high risk pregnancy, or a pregnancy in the second or third trimester.  You may request this continuity of care by calling us at the customer service telephone number listed on your ID card.  If approved, services may be received for a limited period of time, but no longer than 90 days, unless you cannot be safely transferred to a *participating provider*.  Coverage is provided according to the terms and conditions of this *plan* applicable to *participating providers*.

**Provider Reimbursement.**  *Physicians* and other professional providers are paid on a fee-for-service basis, according to an agreed schedule.  A participating *physician* may, after notice from us, be subject to a reduced negotiated rate in the event the participating *physician* fails to make routine referrals to *participating providers*, except as otherwise allowed (such as for *emergency services*).  *Hospitals* and other health care facilities may be paid either a fixed fee or on a discounted fee-for-service basis.

**Availability of Care.**  If there is an epidemic or public disaster and you cannot obtain care for covered services, we refund the unearned part of the subscription charge paid for you.  A written request for that refund and satisfactory proof of the need for care must be sent to us within 31 days.  This payment fulfills our obligation under this *plan*.

**Medical Necessity.** The benefits of this *plan* are provided only for services which we determine to be *medically necessary*. The services must be ordered by the attending *physician* for the direct care and treatment of a covered condition. They must be standard medical practice where received for the condition being treated and must be legal in the United States. The process used to authorize or deny health care services under this *plan* is available to you upon request.

**Expense in Excess of Benefits.** We are not liable for any expense you incur in excess of the benefits of this *plan*.

**Benefits Not Transferable.** Only the *member* is entitled to receive benefits under this *plan*. The right to benefits cannot be transferred.

**Notice of Claim.** You or the provider of service must send properly and fully completed claim forms to us within 90 days of the date you receive the service or supply for which a claim is made. Services received and charges for the services must be itemized, and clearly and accurately described. If it is not reasonably possible to submit the claim within that time frame, an extension of up to 12 months will be allowed. We are not liable for the benefits of the *agreement* if you do not file claims within the required time period. Claim forms must be used; canceled checks or receipts are not acceptable.

**Payment to Providers.** We will pay the benefits of this *plan* directly to *contracting hospitals*, *participating providers*, *COE* and medical transportation providers. Also, we will pay *non-contracting hospitals* and other providers of service directly when you assign benefits in writing. If you are a MediCal beneficiary and you assign benefits in writing to the State Department of Health Services, we will pay the benefits of this *plan* to the State Department of Health Services. These payments will fulfill our obligation to you for those covered services.

**Right of Recovery.** When the amount we paid exceeds our liability under this *plan*, we have the right to recover the excess amount. This amount may be recovered from you, the person to whom payment was made or any other plan.

**Plan Administrator - COBRA and ERISA.** In no event will we be plan administrator for the purposes of compliance with the Consolidated Omnibus Budget Reconciliation Act (COBRA) or the Employee Retirement Income Security Act (ERISA). The term "plan administrator" refers either to the *group* or to a person or entity other than us, engaged by the *group* to perform or assist in performing administrative tasks in connection with the *group's* health plan. The *group* is responsible for satisfaction of notice, disclosure and other obligations of administrators under ERISA. In providing notices and otherwise performing under the CONTINUATION OF COVERAGE section of this booklet, the *group* is fulfilling

79

statutory obligations imposed on it by federal law and, where applicable, acting as your agent.

**Workers' Compensation Insurance.**  The *agreement* does not affect any requirement for coverage by workers' compensation insurance.  It also does not replace that insurance.

**Prepayment Fees.** Your employer is responsible for paying subscription charges to us for all coverage provided to you and your *family members.* Your employer may require that you contribute all or part of the costs of these subscription charges.  Please consult your employer for details.

**Liability of Subscriber to Pay Providers.**  In accordance with California law, you will not be required to pay any *participating provider* or *other health care provider* any amounts we owe to that provider (not including co-payments or deductibles), even in the unlikely event that we fail to pay that provider.  You may be liable, however, to pay *non-participating providers* any amounts not paid to them by us.

**Renewal Provisions.**  Your employer's health plan *agreement* with us is subject to renewal at certain intervals.  We may change the subscription charges or other terms of the *plan* from time to time.

**Public Policy Participation.**  We have established a Public Policy Committee (that we call our Consumer Relations Committee) to advise our Board of Directors.  This Committee advises the Board about how to assure the comfort, dignity, and convenience of the people we cover. The Committee consists of members covered by our health plan, participating providers and a member of our Board of Directors.  The Committee may review our financial information and information about the nature, volume, and resolution of the complaints we receive.  The Consumer Relations Committee reports directly to our Board.

**Confidentiality and Release of Medical Information.**  We will use reasonable efforts, and take the same care to preserve the confidentiality of the *member's* medical information.  We may use data collected in the course of providing services hereunder for statistical evaluation and research.  If such data is ever released to a third party, it shall be released only in aggregate statistical form without identifying the *member.* Medical information may be released only with the written consent of the *member* or as required by law.  It must be signed, dated and must specify the nature of the information and to which persons and organizations it may be disclosed.  *Members* may access their own medical records.

We may release your medical information to professional peer review organizations and to the *group* for purposes of reporting claims experience or conducting an audit of our operations, provided the

information disclosed is reasonably necessary for the *group* to conduct the review or audit.

A statement describing our policies and procedures for preserving the confidentiality of medical records is available and will be furnished to you upon request.

**Medical Policy and Technology Assessment.**  Blue Cross reviews and evaluates new technology according to its technology evaluation criteria developed by its medical directors.  Technology assessment criteria is used to determine the investigational status or medical necessity of new technology.  Guidance and external validation of Blue Cross' medical policy is provided by the Medical Policy and Technology Assessment Committee (MPTAC) which consists of approximately 20 physicians from various medical specialties including Blue Cross' medical directors, physicians in academic medicine and physicians in private practice. Conclusions made are incorporated into medical policy used to establish decision protocols for particular diseases or treatments and applied to *medical necessity* criteria used to determine whether a procedure, service, supply or equipment is covered.

## BINDING ARBITRATION

Any dispute or claim, of whatever nature, arising out of, in connection with, or in relation to this *agreement* or breach thereof, or in relation to care or delivery of care, including any claim based on contract, tort, or statute, must be resolved by arbitration if the amount sought exceeds the jurisdictional limit of the small claims court.

The *member* and Blue Cross agree to give up the right to participate in class arbitrations against each other.  Even if applicable law permits class arbitrations, the *member* waives any right to pursue, on a class basis, any such controversy or claim against Blue Cross and Blue Cross waives any right to pursue on a class basis any such controversy or claim against the *member*.

Any dispute regarding a claim for damages within the jurisdictional limits of the small claims court will be resolved in such court.

The arbitration is begun by the *member* making written demand on Blue Cross.  The arbitration will be conducted by the American Arbitration Association according to its commercial rules of arbitration.  The arbitration shall be held in the State of California.

Blue Cross and the *member* will each be responsible for paying their own shares of the fees and expenses of the arbitration; however we may pay the *member's* share of these fees in cases of extreme hardship, as

81

determined by the American Arbitration Association.   An application to claim extreme hardship under this section may be obtained from the American Arbitration Association.

The *member* and Blue Cross agree to be bound by the arbitration provision and acknowledge that they are each giving up their right to a trial by court or jury.

The arbitration findings will be final and binding except to the extent that California or Federal law provides for the judicial review of arbitration proceedings.

## DEFINITIONS

The meanings of key terms used in this booklet are shown below. Whenever any of the key terms shown below appear, it will appear in italicized letters.   When any of the terms below are italicized in this booklet, you should refer to this section.

**Accidental injury** is physical harm or disability which is the result of a specific unexpected incident caused by an outside force.   The physical harm or disability must have occurred at an identifiable time and place. Accidental injury does not include illness or infection, except infection of a cut or wound.

**Agreement** is the Group Benefit Agreement issued by us to the *group*.

**Ambulatory surgical center** is a freestanding outpatient surgical facility. It must be licensed as an outpatient clinic according to state and local laws and must meet all requirements of an outpatient clinic providing surgical services.   It must also meet accreditation standards of the Joint Commission on Accreditation of Health Care Organizations or the Accreditation Association of Ambulatory Health Care.

**Authorized referral** occurs when you, because of your medical needs, are referred to a *non-participating provider,* but only when:

1.  There is no *participating provider* who practices in the appropriate specialty, which provides the required services, or which has the necessary facilities within a 50-mile radius of your residence;

2.  You are referred in writing to the *non-participating provider* by the *physician* who is a *participating provider,* and

3.  We have authorized the referral before services are rendered.

**Average wholesale price** is a term accepted in the pharmaceutical industry as a benchmark for pricing by pharmaceutical manufacturers.