# APPENDIX
# PART 9

**Blue Cross of California (Blue Cross)** is a health care service plan, regulated by the California Department of Managed Health Care.

**Brand name prescription drug (brand name drug)** is a *prescription drug* that has been patented and is only produced by one manufacturer.

**Centers of Expertise (COE)** are health care providers which have a Centers of Expertise Agreement in effect with us at the time services are rendered. COE agree to accept the *COE negotiated rate* as payment in full for covered services. A participating provider in the Prudent Buyer Plan network is not necessarily a COE. A provider's participation in the Prudent Buyer Plan network or other agreement with us is not a substitute for a Centers of Expertise Agreement.

**Centers of Expertise negotiated rate (COE negotiated rate)** is the fee *COE* agree to accept as payment for covered services. It is usually lower than their normal charge. COE negotiated rates are determined by Centers of Expertise Agreements.

**Child** meets the *plan's* eligibility requirements for children as outlined under HOW COVERAGE BEGINS AND ENDS.

**Contracting hospital** is a *hospital* which has a Standard Hospital Contract in effect with us to provide care to *members*. A contracting hospital is not necessarily a *participating provider*. A list of contracting hospitals will be sent on request.

**Covered expense** is the expense you incur for a covered service or supply, but not more than the maximum amounts described in YOUR MEDICAL BENEFITS: HOW COVERED EXPENSE IS DETERMINED. Expense is incurred on the date you receive the service or supply.

**Creditable coverage** is any individual or group plan that provides medical, hospital and surgical coverage, including continuation or conversion coverage, coverage under a publicly sponsored program such as Medicare or Medicaid, CHAMPUS, the Federal Employees Health Benefits Program, programs of the Indian Health Service or of a tribal organization, a state health benefits risk pool, or coverage through the Peace Corps. Creditable coverage does not include accident only, credit, coverage for on-site medical clinics, disability income, coverage only for a specified disease or condition, hospital indemnity or other fixed indemnity insurance, Medicare supplement, long-term care insurance, dental, vision, workers' compensation insurance, automobile insurance, no-fault insurance, or any medical coverage designed to supplement other private or governmental plans.

You are considered to have been covered under a creditable coverage if you:  (1) were covered under a creditable coverage on the date that coverage terminated; (2) were in an eligible status under this *plan* within 63 days of termination of the creditable coverage; and (3) properly enrolled for coverage within 31 days of the eligibility date.

You are also considered to have been covered under a creditable coverage if your employment ended, the availability of medical coverage offered through employment or sponsored by an employer terminated, or an employer's contribution toward medical coverage terminated, provided that you:  (1) were covered under a creditable coverage on the date that coverage terminated; (2) were in an eligible status under this *plan* within 180 days of termination of the creditable coverage; and (3) properly enrolled for coverage within 31 days of the eligibility date.

**Custodial care** is care provided primarily to meet your personal needs. This includes help in walking, bathing or dressing.  It also includes preparing food or special diets, feeding, administration of medicine which is usually self-administered or any other care which does not require continuing services of medical personnel.

**Customary and reasonable charge**, as determined annually by us, is a charge which falls within the common range of fees billed by a majority of *physicians* for a procedure in a given geographic region.  If it exceeds that range, the expense must be justified based on the complexity or severity of treatment for a specific case.

**Day treatment center** is an outpatient psychiatric facility which is licensed according to state and local laws to provide outpatient programs and treatment of *mental or nervous disorders, severe mental disorders,* or substance abuse under the supervision of *physicians.*

**Drug (prescription drug)** means a prescribed drug approved by the State of California Department of Health or the Food and Drug Administration for general use by the public.  For the purposes of this *plan,* insulin will be considered a prescription drug.

**Drug limited fee schedule** represents the maximum amounts we will allow as *prescription drug covered expense* for *prescriptions* filled at *non-participating pharmacies.* These amounts are the lesser of billed charges or the *average wholesale price.*

**Effective date** is the date your coverage begins under this *plan.*

**Emergency** is a sudden, serious, and unexpected acute illness, injury, or condition (including without limitation sudden and unexpected severe pain) which the *member* reasonably perceives, could permanently endanger health if medical treatment is not received immediately. Final determination as to whether services were rendered in connection with an emergency will rest solely with us.

**Emergency services** are services provided in connection with the initial treatment of a medical or psychiatric *emergency*.

**Experimental** procedures are those that are mainly limited to laboratory and/or animal research.

**Facility-based care** is care provided in a *hospital, psychiatric health facility, residential treatment center* or *day treatment center* for the treatment of *mental or nervous disorders, severe mental disorders*, or substance abuse.

**Family member** meets the *plan's* eligibility requirements for family members as outlined under HOW COVERAGE BEGINS AND ENDS.

**Full-time employee** meets the *plan's* eligibility requirements for full-time employees as outlined under HOW COVERAGE BEGINS AND ENDS.

**Generic prescription drug (generic drug)** is a pharmaceutical equivalent of one or more *brand name drugs* and must be approved by the Food and Drug Administration as meeting the same standards of safety, purity, strength, and effectiveness as the *brand name drug*.

**Group** refers to the business entity to which we have issued this *agreement*. The name of the group is PRUDENT BUYER P6 WITH RX4.

**Home health agencies** are home health care providers which are licensed according to state and local laws to provide skilled nursing and other services on a visiting basis in your home, and recognized as home health providers under Medicare and/or accredited by a recognized accrediting agency such as the Joint Commission on the Accreditation of Healthcare Organizations.

**Home infusion therapy provider** is a provider licensed according to state and local laws as a pharmacy, and must be either certified as a home health care provider by Medicare, or accredited as a home pharmacy by the Joint Commission on Accreditation of Health Care Organizations.

**Hospice** is an agency or organization providing a specialized form of interdisciplinary health care that provides palliative care (pain control and symptom relief) and alleviates the physical, emotional, social, and spiritual discomforts of a terminally ill person, as well as providing

85

supportive care to the primary caregiver and the patient's family.   A hospice must be: currently licensed as a hospice pursuant to Health and Safety Code section 1747 or a licensed *home health agency* with federal Medicare certification pursuant to Health and Safety Code sections 1726 and 1747.1.   A list of hospices meeting these criteria is available upon request.

**Hospital** is a facility which provides diagnosis, treatment and care of persons who need acute inpatient hospital care under the supervision of *physicians*.   It must be licensed as a general acute care hospital according to state and local laws.   It must also be registered as a general hospital by the American Hospital Association and meet accreditation standards of the Joint Commission on Accreditation of Health Care Organizations.

For the limited purpose of inpatient care for the acute phase of a *mental or nervous disorder, severe mental disorder,* or substance abuse, "hospital" also includes *psychiatric health facilities.*

**Infertility** is:  (1) the presence of a condition recognized by a *physician* as a cause of infertility; or (2) the inability to conceive a pregnancy or to carry a pregnancy to a live birth after a year or more of regular sexual relations without contraception.

**Investigative** procedures or medications are those that have progressed to limited use on humans, but which are not widely accepted as proven and effective within the organized medical community.

**Medically necessary** procedures, supplies equipment or services are those we determine to be:

1.   Appropriate and necessary for the diagnosis or treatment of the medical condition;

2.   Provided for the diagnosis or direct care and treatment of the medical condition;

3.   Within standards of good medical practice within the organized medical community;

4.   Not primarily for your convenience, or for the convenience of your *physician* or another provider; and

5.   The most appropriate procedure, supply, equipment or service which can safely be provided.   The most appropriate procedure, supply, equipment or service must satisfy the following requirements:

a.  There must be valid scientific evidence demonstrating that the expected health benefits from the procedure, supply, equipment or service are clinically significant and produce a greater likelihood of benefit, without a disproportionately greater risk of harm or complications, for you with the particular medical condition being treated than other possible alternatives; and

b.  Generally accepted forms of treatment that are less invasive have been tried and found to be ineffective or are otherwise unsuitable; and

c.  For *hospital stays*, acute care as an inpatient is necessary due to the kind of services you are receiving or the severity of your condition, and safe and adequate care cannot be received by you as an outpatient or in a less intensified medical setting.

**Member** is the *subscriber* or *family member*.

**Mental or nervous disorders,** for the purposes of this *plan*, are conditions that affect thinking and the ability to figure things out, perception, mood and behavior.  A mental or nervous disorder is recognized primarily by symptoms or signs that appear as distortions of normal thinking, distortions of the way things are perceived (*e.g.*, seeing or hearing things that are not there), moodiness, sudden and/or extreme changes in mood, depression, and/or unusual behavior such as depressed behavior or highly agitated or manic behavior.

Any condition meeting this definition is a mental or nervous disorder no matter what the cause of the condition may be; but medical conditions that are caused by your behavior that may be associated with these mental conditions (*e.g.*, self-inflicted injuries) and treatment for *severe mental disorders* are not subject to *plan* limitations that apply to mental or nervous disorders.

**Negotiated rate** is the amount *participating providers* agree to accept as payment in full for covered services.  It is usually lower than their normal charge.   Negotiated rates are determined by Prudent Buyer Plan Participating Provider Agreements.

**Non-contracting hospital** is a *hospital* which does not have a Standard Hospital Contract in effect with us at the time services are rendered.

**Non-participating pharmacy** is a *pharmacy* which does not have a Participating Pharmacy Agreement in effect with us at the time services are rendered.  In most cases, you will be responsible for a larger portion of your pharmaceutical bill when you go to a non-participating pharmacy.

87

**Non-participating provider** is one of the following providers which does NOT have a Prudent Buyer Plan Participating Provider Agreement in effect with us at the time services are rendered:

1.   A *hospital;*
2.   A *physician;*
3.   An *ambulatory surgical center;*
4.   A *home health agency;*
5.   A facility which provides diagnostic imaging services;
6.   A durable medical equipment outlet;
7.   A *skilled nursing facility;*
8.   A clinical laboratory; or
9.   A *home infusion therapy provider.*

They are not *participating providers.* Remember that only a portion of the amount which a *non-participating provider* charges for services may be treated as *covered expense* under this *plan.* See YOUR MEDICAL BENEFITS: HOW COVERED EXPENSE IS DETERMINED.

**Other health care provider** is one of the following providers:

1.   A certified registered nurse anesthetist;
2.   A blood bank;
3.   A licensed ambulance company; or
4.   A *hospice.*

The provider must be licensed according to state and local laws to provide covered medical services.

**Participating pharmacy** is a *pharmacy* which has a Participating Pharmacy Agreement in effect with us at the time services are rendered. Call your local *pharmacy* to determine whether it is a participating pharmacy or call the toll-free customer service telephone number. Many participating pharmacies display a "Rx" decal with our logo in their window so that you can easily identify them.

**Participating provider** is one of the following providers which has a Prudent Buyer Plan Participating Provider Agreement in effect with us at the time services are rendered:

1.   A *hospital;*
2.   A *physician;*
3.   An *ambulatory surgical center;*
4.   A *home health agency;*
5.   A facility which provides diagnostic imaging services;
6.   A durable medical equipment outlet;

7.  A *skilled nursing facility*;

8   A clinical laboratory; or

9   A *home infusion therapy provider*.

*Participating providers* agree to accept the *negotiated rate* as payment for covered services.  A directory of *participating providers* is available upon request.

**Pharmacy** means a licensed retail pharmacy.

**Physician** means:

1.  A doctor of medicine (M.D.) or doctor of osteopathy (D.O.) who is licensed to practice medicine or osteopathy where the care is provided; or

2.  One of the following providers, but only when the provider is licensed to practice where the care is provided, is rendering a service within the scope of that license, is providing a service for which benefits are specified in this booklet, and when benefits would be payable if the services were provided by a physician as defined above:

    a.  A dentist (D.D.S.)

    b.  An optometrist (O.D.)

    c.  A dispensing optician

    d.  A podiatrist or chiropodist (D.P.M., D.S.P. or D.S.C.)

    e.  A licensed clinical psychologist

    f.  A chiropractor (D.C.)

    g.  An acupuncturist (A.C.)

    h.  A clinical social worker (L.C.S.W.)

    i.  A marriage and family therapist (M.F.T.)

    j.  A physical therapist (P.T. or R.P.T.)*

    k.  A speech pathologist*

    l.  An audiologist*

    m.  An occupational therapist (O.T.R.)*

    n.  A respiratory care practitioner (R.C.P.)*

    o.  A *psychiatric mental health nurse* (R.N.)*

    p.  A nurse midwife**

    q.  A registered dietitian (R.D.)* for the provision of diabetic medical nutrition therapy only

**\*Note:**  The providers indicated by asterisks (*) are covered only by referral of a physician as defined in 1 above.

**If there is no nurse midwife who is a *participating provider* in your area, you may call the Customer Service telephone number on your ID card for a referral to an OB/GYN.

**Plan** is the set of benefits described in this booklet and in the amendments to this booklet, if any. This plan is subject to the terms and conditions of the *agreement* we have issued to the *group*. If changes are made to the plan, an amendment or revised booklet will be issued to the *group* for distribution to each *subscriber* affected by the change. (The word "plan" here does not mean the same as "plan" as used in ERISA.)

**Pre-existing condition** means an illness, injury or condition which existed during the six-month period immediately prior to either (a) your *effective date* or (b) the first day of any waiting period required by the *group*, whichever is earlier. A condition is considered to have existed when you: (1) sought or received medical advice for that condition; (2) received medical care or treatment for that condition; or (3) received medical supplies, drugs or medicines for that condition.

**Preferred drug** is a *drug* listed on the *preferred drug program*.

**Preferred drug program** is a list which we have developed of outpatient *prescription drugs* which may be cost-effective, therapeutic choices. Any *participating pharmacy* can assist you in purchasing *drugs* listed on the *preferred drug program*.

**Prescription** means a written order or refill notice issued by a licensed prescriber.

**Prescription drug covered expense** is the expense you incur for a covered *prescription drug,* but not more than the maximum amounts described in items 1 and 2 below. Expense is incurred on the date you receive the service or supply.

Prescription drug covered expense does not include any expense in excess of: (1) the *drug limited fee schedule* for *drugs* dispensed by *non-participating pharmacies;* or (2) the *prescription drug negotiated rate,* for *drugs* dispensed by *participating pharmacies* or by the mail service program.

**Prescription drug negotiated rate** is the rate that we have negotiated with *participating pharmacies* under a Participating Pharmacy Agreement for *prescription drug covered expense. Participating pharmacies* have agreed to charge *members* no more than the prescription drug negotiated rate. It is also the rate which Blue Cross of California Prescription Drug Program - Mail Service accepts as payment in full for mail service *prescription drugs.*

**Prior plan** is a plan sponsored by the *group* which was replaced by this *plan* within 60 days. You are considered covered under the prior plan if you: (1) were covered under the prior plan on the date that plan terminated; (2) properly enrolled for coverage within 31 days of this *plan's* Effective Date; and (3) had coverage terminate solely due to the prior plan's termination.

**Prosthetic devices** are appliances which replace all or part of a function of a permanently inoperative, absent or malfunctioning body part. The term "prosthetic devices" includes orthotic devices, rigid or semi-supportive devices which restrict or eliminate motion of a weak or diseased part of the body.

**Psychiatric health facility** is an acute 24-hour facility as defined in California Health and Safety Code 1250.2. It must be:

1. Licensed by the California Department of Health Services;

2. Qualified to provide short-term inpatient treatment according to state law;

3. Accredited by the Joint Commission on Accreditation of Health Care Organizations; and

4. Staffed by an organized medical or professional staff which includes a *physician* as medical director.

Benefits provided for treatment in a psychiatric health facility which does not have a Standard Hospital Contract in effect with us will be subject to the *non-contracting hospital* penalty in effect at the time of service.

**Psychiatric mental health nurse** is a registered nurse (R.N.) who has a master's degree in psychiatric mental health nursing, and is registered as a psychiatric mental health nurse with the state board of registered nurses.

**Reasonable charge** is a charge we consider not to be excessive based on the circumstances of the care provided, including: (1) level of skill; experience involved; (2) the prevailing or common cost of similar services or supplies; and (3) any other factors which determine value.

**Residential treatment center** is an inpatient treatment facility where the *member* resides in a modified community environment and follows a comprehensive medical treatment regimen for treatment and rehabilitation as the result of a *mental or nervous disorder, severe mental disorder,* or substance abuse. The facility must be licensed to provide psychiatric treatment of *mental or nervous disorders, severe mental disorders,* or rehabilitative treatment of substance abuse according to state and local laws.

**Severe mental disorders** include the following psychiatric diagnoses specified in California Health and Safety Code section 1374.72: schizophrenia, schizoaffective disorder, bipolar disorder, major depression, panic disorder, obsessive-compulsive disorder, pervasive developmental disorder or autism, anorexia, and bulimia.

"Severe mental disorders" also includes serious emotional disturbances of a child as indicated by the presence of one or more mental disorders as identified in the Diagnostic and Statistical Manual (DSM) of Mental Disorders, other than primary substance abuse or developmental disorder, resulting in behavior inappropriate to the *child's* age according to expected developmental norms.   The child must also meet one or more of the following criteria:

1.  As a result of the mental disorder, the child has substantial impairment in at least two of the following areas:  self-care, school functioning, family relationships, or ability to function in the community and is at risk of being removed from the home or has already been removed from the home or the mental disorder has been present for more than six months or is likely to continue for more than one year without treatment.

2.  The child is psychotic, suicidal, or potentially violent.

3.  The child meets special education eligibility requirements under California law (Government Code Section 7570).

Benefits for severe mental disorders will be provided according to the *plan's* benefits for medical conditions, and will not be subject to *plan* provisions for *mental or nervous disorders*.

**Skilled nursing facility** is an institution that provides continuous skilled nursing services.  It must be licensed according to state and local laws and be recognized as a skilled nursing facility under Medicare.  For the purpose of care provided for the treatment of *mental or nervous disorders, severe mental disorders,* or substance abuse, the term "skilled nursing facility" includes *residential treatment center.*

**Special care units** are special areas of a *hospital* which have highly skilled personnel and special equipment for acute conditions that require constant treatment and observation.

**Spouse** meets the *plan's* eligibility requirements for spouses as outlined under HOW COVERAGE BEGINS AND ENDS.

**Stay** is inpatient confinement which begins when you are admitted to a facility and ends when you are discharged from that facility.

**Subscriber** is the person who, by meeting the *plan's* eligibility requirements for subscribers, is allowed to choose membership under this *plan* for himself or herself and his or her eligible *family members*. Such requirements are outlined in HOW COVERAGE BEGINS AND ENDS.

**Totally disabled family member** is a *family member* who is unable to perform all activities usual for persons of that age.

**Totally disabled subscriber** is a *subscriber* who, because of illness or injury, is unable to work for income in any job for which he/she is qualified or for which he/she becomes qualified by training or experience, and who is in fact unemployed.

**Urgent care** is the services received for a sudden, serious, or unexpected illness, injury or condition, other than one which is life threatening, which requires immediate care for the relief of severe pain or diagnosis and treatment of such condition.

**We (us, our)** refers to Blue Cross of California.

**Year** or **calendar year** is a 12 month period starting January 1 at 12:01 a.m. Pacific Standard Time.

**You (your)** refers to the *subscriber* and *family members* who are enrolled for benefits under this *plan*.

## GRIEVANCE PROCEDURES

If you have a question about your eligibility, your benefits under this *plan*, or concerning a claim, please call the telephone number listed on your identification card, or you may write to us (please address your correspondence to Blue Cross of California, 21555 Oxnard Street, Woodland Hills, CA 91367 marked to the attention of the Customer Service Department listed on your identification card). Our customer service staff will answer your questions or assist you in resolving your issue.

If you are not satisfied with the resolution based on your initial inquiry, you may request a copy of the Plan Grievance Form to complete and return to us, or ask the customer service representative to complete the form for you over the telephone. Your issue will then become part of our formal grievance process and will be resolved accordingly.

All grievances received by us will be acknowledged in writing, together with a description of how we propose to resolve the grievance. After we have reviewed your grievance, we will send you a written statement on its resolution within 30 days. If your case involves an imminent threat to your health, including, but not limited to, the potential loss of life, limb, or

93

major bodily function, review of your grievance will be expedited and resolved within three days.

If you are dissatisfied with the resolution of your grievance, or if your grievance has not been resolved after at least 30 days, you may submit your grievance to the California Department of Managed Health Care for review prior to binding arbitration (see DEPARTMENT OF MANAGED HEALTH CARE). If your case involves an imminent threat to your health, as described above, you are not required to complete our grievance process or to wait at least 30 days, but may immediately submit your grievance to the Department of Managed Health Care for review.

If at the conclusion of review of your grievance by the Department of Managed Health Care you continue to be dissatisfied with its resolution, or prior to and instead of review of your case by the Department of Managed Health Care, your remedy is binding arbitration (see BINDING ARBITRATION).

**Questions about your prescription drug coverage.** If you have outpatient *prescription drug* coverage and you have questions or concerns, you may call the Pharmacy Customer Service number listed on your ID card. If you are dissatisfied with the resolution of your inquiry and want to file a grievance, you may write to us at the address listed above and follow the formal grievance process.

### Review of Denials of Experimental or Investigative Treatment

If coverage for a proposed treatment is denied because we determine that the treatment is *experimental* or *investigative*, you may ask that the denial be reviewed by an external independent medical review organization contracting with the Department of Managed Health Care. To request this review, please call us at the telephone number listed on your identification card or write to us at Blue Cross of California, 21555 Oxnard Street, Woodland Hills, CA 91367. To qualify for this review, all of the following conditions must be met:

- You have a life-threatening or seriously debilitating condition, described as follows:

  - A life-threatening condition is a condition or disease where the likelihood of death is high unless the course of the disease is interrupted or a condition or disease with a potentially fatal outcome where the end point of clinical intervention is the patient's survival.

  - A seriously debilitating condition is a disease or condition that causes major, irreversible morbidity.

94

- The proposed treatment must be recommended by either (a) a *participating provider* or (b) a board certified or board eligible *physician* qualified to treat you who certifies in writing that the proposed treatment is more likely to be beneficial than standard treatment.   This certification must include a statement of the evidence relied upon.

- If this review is requested either by you or by a qualified *non-participating provider* (as described above), the requestor must supply two items of acceptable medical and scientific evidence.  This evidence consists of the following sources:

    a) Peer-reviewed scientific studies published in medical journals with nationally recognized standards;

    b) Medical literature meeting the criteria of the National Institute of Health's National Library of Medicine for indexing in Index Medicus, Excerpta Medicus, Medline, and MEDLARS database Health Services Technology Assessment Research;

    c) Medical journals recognized by the Secretary of Health and Human Services, under Section 1861(t)(2) of the Social Security Act;

    d) The American Hospital Formulary Service-Drug Information, the American Medical Association Drug Evaluation, the American Dental Association Accepted Dental Therapeutics, and the United States Pharmacopoeia-Drug Information;

    e) Findings, studies or research conducted by or under the auspices of federal governmental agencies and nationally recognized federal research institutes; and

    f) Peer reviewed abstracts accepted for presentation at major medical association meetings.

Within five days of receiving your request for review we will send the reviewing panel all relevant medical records and documents in our possession, as well as any additional information submitted by you or your *physician*.  Information we receive subsequently will be sent to the review panel within five business days.  The external independent review organization will complete its review and render its opinion within 30 days of its receipt of request for review (or within seven days in the case of an expedited review).  This timeframe may be extended by up to three days for any delay in receiving necessary records.

**Please note:**  If you have a terminal illness (an incurable or irreversible condition that has a high probability of causing death within one year or less) and proposed treatment is denied because the treatment is

determined to be *experimental*, you may also meet with our review committee to discuss your case as part of the grievance process (see GRIEVANCE PROCEDURES).

**Independent Medical Review of Grievances Involving a Disputed Health Care Service**

You may request an independent medical review ("IMR") of disputed health care services from the Department of Managed Health Care ("DMHC") if you believe that we have improperly denied, modified, or delayed health care services.  A "disputed health care service" is any health care service eligible for coverage and payment under your *plan* that has been denied, modified, or delayed by us, in whole or in part because the service is not *medically necessary*.

The IMR process is in addition to any other procedures or remedies that may be available to you.  You pay no application or processing fees of any kind for IMR.  You have the right to provide information in support of the request for IMR.  We must provide you with an IMR application form with any grievance disposition letter that denies, modifies, or delays health care services.  A decision not to participate in the IMR process may cause you to forfeit any statutory right to pursue legal action against us regarding the disputed health care service.

<u>Eligibility</u>:  The DMHC will review your application for IMR to confirm that:

1.   (a)  Your provider has recommended a health care service as *medically necessary*,

     (b)  You have received *urgent care* or *emergency services* that a provider determined was *medically necessary*, or

     (c)  You have been seen by a *participating provider* for the diagnosis or treatment of the medical condition for which you seek independent review;

2.   The disputed health care service has been denied, modified, or delayed by us, based in whole or in part on a decision that the health care service is not *medically necessary*; and

3.   You have filed a grievance with us and the disputed decision is upheld or the grievance remains unresolved after 30 days.  If your grievance requires expedited review you may bring it immediately to the DMHC's attention.  The DMHC may waive the requirement that you follow our grievance process in extraordinary and compelling cases.

If your case is eligible for IMR, the dispute will be submitted to a medical specialist who will make an independent determination of whether or not the care is *medically necessary*.   You will receive a copy of the assessment made in your case.   If the IMR determines the service is *medically necessary*, we will provide benefits for the health care service.

For non-urgent cases, the IMR organization designated by the DMHC must provide its determination within 30 days of receipt of your application and supporting documents.   For urgent cases involving an imminent and serious threat to your health, including, but not limited to, serious pain, the potential loss of life, limb, or major bodily function, or the immediate and serious deterioration of your health, the IMR organization must provide its determination within 3 business days.

For more information regarding the IMR process, or to request an application form, please call us at the customer service telephone number listed on your ID card.

**Department of Managed Health Care**

The California Department of Managed Health Care is responsible for regulating health care service plans.   The department has a toll-free telephone number **(1-888-HMO-2219)** to receive complaints regarding health plans.   The hearing and speech impaired may call the department's direct toll-free number **(1-877-688-9891)** or the California Relay Service's toll-free telephone numbers **(1-800-735-2929 (TTY) or 1-888-877-5378 (TTY))** to contact the department. The department's Internet website **(http://www.hmohelp.ca.gov)** has complaint forms and instructions on-line.  **If you have a grievance against your health plan, you should first telephone your plan at the telephone number listed on your identification card and use the plan's grievance process before contacting the department.**  If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance.   The plan's grievance process and the department's complaint review process are in addition to any other dispute resolution procedures that may be available to you, and your failure to use these processes does not preclude your use of any other remedy provided by law.

## FOR YOUR INFORMATION

**ORGAN DONATION**

Each year, organ transplantation saves thousands of lives. The success rate for transplantation is rising but there are far more potential recipients than donors. More donations are urgently needed.

Organ donation is a singular opportunity to give the gift of life. Anyone age 18 or older and of sound mind can become a donor when he or she dies. Minors can become donors with parental or guardian consent.

Organ and tissue donations may be used for transplants and medical research. Today it is possible to transplant more than 25 different organs and tissues. Your decision to become a donor could someday save or prolong the life of someone you know, perhaps even a close friend or family member.

If you decide to become a donor, please discuss it with your family. Let your physician know your intentions as well. Obtain a donor card from the Department of Motor Vehicles. Be sure to sign the donor card and keep it with your driver's license or identification card.

While organ donation is a deeply personal decision, please consider making this profoundly meaningful and important gift.

**BLUE CROSS WEB SITE**

Information specific to your benefits and claims history are available by calling the 800 number on your identification card or on the Blue Cross of California web site at **www.bluecrossca.com**. To access benefit information, claims payment status, benefit maximum status, participating providers or to order an ID card, simply log on to the web site, select "Member", then "Groups of 51 or More" then "Member Services". If you do not have a Personal Identification Number (PIN) from Blue Cross, you can request one at this page and it will be sent to you within seven (7) business days.

## CERTIFICATION OF DOCUMENTS

I, Troy Wright, am employed by WellPoint, Inc. as a Contract Administrator Lead in the

Contracts and Compliance Department. I hereby certify that the attached documents are

true and correct copies of documents maintained by WellPoint, Inc. in the ordinary

course of business. Specifically, the attached documents are true and correct copies of a

sample Ohio group PPO Certificate in effect on January 1, 2003.

Dated ___JUNE 16, 2008___

_(signature)_

Troy Wright


Subscribed and sworn to before me

This 16ᵗʰ day of June, 2008.

_(signature)_

Notary Public, State of Indiana

My Commission Expires: 5-11-2016


EXHIBIT
A





*You've made a good decision in choosing Blue Access[SM]*

*Blue Access PPO - Sample Certificate*

01/01/2003 ANPOBASM

For more information, visit our web site at anthem.com

P-1270.1 (3/01)
P-1270.1 Rev. 8/02

Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
An independent licensee of the Blue Cross and Blue Shield Association.
® Registered marks Blue Cross and Blue Shield Association

# Table
# of
# Contents

**1   Health Plan Handbook**                                    3

**2   Health Certificate**                                    M-1

Underwritten by Community Insurance Company

# Your
# Health Plan
# Handbook

P-.1270.1 Rev. 8/02

# 1  Welcome to Anthem

*Welcome to Anthem Blue Cross and Blue Shield (Anthem). Thank you for choosing us for your benefit needs.*

The Blue Cross and Blue Shield brands represent the largest and most experienced health coverage organizations in the nation. More than 82 million members — that's more than one out of every four Americans — enjoy the benefits of coverage from Blue Cross and Blue Shield Plans.[1]

You've made a good decision in choosing us. Please take the time to read through these materials carefully. Your *Health Plan Handbook*, which is the front portion of this booklet, is an overview of your benefits plan. In the back is your *Health Certificate* or *Benefit Booklet*, that contains specific information about the benefits and services covered by your plan.

Anthem Blue Cross and Blue Shield understands your 9-to-5 life is busy enough. With work, meetings, kids, appointments, errands, who has time to think about updating an address or checking on a claim? Now you can do all of these things at your convenience at ***www.anthem.com***:

- view your benefits
- check on claim status
- change your address
- order a new ID card
- update coordination of benefits information
- find a doctor or hospital
- see if your medication is on the Anthem formulary
- refill a prescription through the mail service pharmacy
- save money with Special Offers through Anthem Advantage
- visit ***myhealth@Anthem*** for health information and fun quizzes, polls and calculators

If you have questions about the information in this booklet, or anything else regarding your plan, please call the Member Services number on the back of your ID card.

We look forward to working with you.

Your Anthem Team

# Health Care Coverage from Coast to Coast

Your Anthem Blue Cross and Blue Shield health care benefits stay with you across virtually the entire country. That's because, as an Anthem PPO member, you're covered through the BlueCard® PPO program, which gives you access to participating Blue Cross and Blue Shield providers throughout the U.S.

With no claim forms or billing hassles, BlueCard PPO is easy to use. You'll pay only out-of-pocket expenses, such as deductibles and copayments, based on contract benefits.

To find a BlueCard PPO doctor or hospital near you, simply call (800) 810-BLUE (2583).

For precertification or prior authorization, call the Anthem Member Services number on the back of your ID card before you receive care.

As always, in case of an emergency, seek immediate care with the nearest health care provider, even if they are not a BlueCard PPO provider. Then call Anthem Member Services as soon as possible.

## Understanding your ID card

Be sure to carry your ID card with you at all times. You must show your ID card every time you visit a doctor's office, hospital, urgent care, pharmacy or any other provider.

**Member information**
Your name and identification number.

**Primary care physician information**
Shows if you are required to have a primary care physician (PCP). If your plan does not require a PCP, "PCP not required" will appear.

**Begin date**
The date your coverage begins.

**Mailing address**
Address to send claims.

**Phone numbers**
Phone numbers to answer questions about your benefits.

**Copayments**
A partial list of your copayments. See your Health Certificate for a complete list.

## Quick reference to your family's health

Name: _____

Physician: _____

Phone number: _____


Name: _____

Physician: _____

Phone number: _____


Name: _____

Physician: _____

Phone number: _____


Police: _____

Fire: _____

Poison center: _____

# 2 Things to Remember

*This is a short list of reminders about your Anthem Blue Cross and Blue Shield (Anthem) coverage. These are important dates and facts you should have at a glance for times when you need information fast.*

- Although you are not required, Anthem encourages you to work through a primary care physician or a family doctor to coordinate most of your care.

- Use network doctors, hospitals and providers for all care to receive the highest level of coverage.

- Learn the difference between emergency and urgent care.

- For emergency and urgent care, you may use the closest provider or hospital.

- Have your prescriptions filled at network pharmacies or through Anthem's mail service pharmacy. Visit **www.anthem.com** for more information.

- Know your benefit coverage.

- Check your *Health Certificate* or *Benefit Booklet* or contact Member Services to see if services need to be preauthorized. (All services must be medically necessary, as defined in the *Health Certificate* or *Benefit Booklet*.)

- Understand your doctor's instructions and ask questions.

- Carry your ID card at all times and call Anthem with specific questions.

*Remember you have the right to be treated with respect, dignity and privacy. (There is a complete list of your **Rights and Responsibilities** in your **Health Certificate** or **Benefit Booklet**.)*

## Important things to remember:

*A birthday* – Check your *Health Certificate* or *Benefit Booklet* to see if your dependent children are covered beyond age 19.

*Vacation or business trip* – Be sure to take your Anthem ID card with you.

*The day you move* – Notify Anthem of your change in address.

*A change in marital status* – Notify your Human Resources department within 31 days of the event in order to have coverage begin or end on the event date.

*The birth or adoption of a child* – Notify your Human Resources department within 31 days of the event to add the child as a dependent.

Day limits may vary. Refer to your *Health Certificate* or *Benefit Booklet* for additional information.

## Questions?

Your Health Certificate or Benefit Booklet will answer most of your questions regarding Anthem benefits and services specific to your plan. If you still are unsure, please visit **www.anthem.com** or call Anthem Member Services at the number shown on the back of your ID card.

# 3  Important Items to Review

## Network vs. non-network providers

An important thing to know about your coverage is that you pay less out-of-pocket – and Anthem covers more – if you receive care from Anthem network providers. Keep in mind, each time you need medical care, you can choose either a network or non-network provider.

*Please refer to the **Network Services and Non-Network Services** sections in the **How to Obtain Covered Services** portion of your **Health Certificate** or **Benefit Booklet** for more information.*

## Preventive care

Anthem also offers coverage for preventive care aimed at keeping you and everyone covered under your *Health Certificate* or *Benefit Booklet* healthy. Preventive care benefits include:

- *well-baby and well-child care*

- *certain routine or periodic exams*

- *immunizations*

- *many health screenings*

- *routine eye and annual diabetic eye exams*

- *routine hearing exams*

## Emergency vs. urgent care

It is important to know the difference between emergency and urgent care situations. When a situation arises, you won't have time to check your *Health Certificate* or *Benefit Booklet*. Take the time to learn now.

You have access to non-emergency medical care after hours through your doctor.

*There is a portion of your **Health Certificate** or **Benefit Booklet** called **Emergency Care and Urgent Care**. It includes an easy-to-understand description of the two kinds of care. It also explains what steps you need to follow in each situation.*

## Obtaining care while traveling

With Anthem, you can rest assured that your benefits travel with you – whether you need emergency care or urgent care.

*Please see the **Obtaining Emergency or Urgent Care** section in your **Health Certificate** or **Benefit Booklet** for instructions on how to obtain care while traveling. Also refer to the **Precertification** section under the **Health Care Management** portion of your **Health Certificate** or **Benefit Booklet**. It includes important information regarding member responsibility for prior authorization of certain services.*

## Mental Health/ Substance Abuse

Your plan also includes coverage for mental health and substance abuse, administered by Magellan Behavioral Health. Your certificate includes detailed information on mental health and substance abuse benefits. You may also call Magellan's 24-hour Help Line at (800) 788-4003.

## 4  Health Promotion and Disease Management Programs

*Anthem believes the best way to help promote good health is to prevent illness whenever possible.*

### An Ounce of Prevention

Anthem Blue Cross and Blue Shield is committed to helping you and your family stay well.

Blue Access covers preventive care, such as:

- immunizations
- well visits
- health screenings

Anthem hopes you will take advantage of your preventive care benefits. After all, you have a better chance at good health when problems are caught and treated early.

### Helping You Manage Serious Conditions

Anthem's Disease Management programs offer extra information to members who:

- are at high risk for pregnancy complications.
- have suffered a heart attack or had surgery related to coronary artery disease.
- have diabetes.

### High-risk maternity care

Early and regular prenatal care is vital to a healthy pregnancy and delivery. Our High-Risk Maternity Care Program shares information with expectant members who are at risk for early or complicated delivery. These members receive an educational packet, including information about:

- nutrition
- smoking cessation
- fetal growth and development
- screenings for HIV

They also receive additional support from case managers who are trained in obstetrics.

### Coronary artery disease

People who have suffered a heart attack or had surgery related to coronary artery disease often recover to enjoy full and active lives, with their doctor's guidance. We send these members educational materials and reminders about:

- cholesterol screenings
- weight control and exercise
- regular checkups

### Diabetes care

With proper care, a member with diabetes may reduce the risk of developing associated conditions. We help by sending those members educational materials about national diabetes care guidelines, such as:

- monitoring blood sugar and lipid levels
- eating well and exercising
- taking medications as recommended
- getting regular screenings

We also send their doctors guidelines from the American Diabetes Association.

### For More Information

To learn more about health or a particular condition, visit the self care centers at **myhealth@anthem**, part of **www.anthem.com**. Find health related information, take polls, quizzes and health risk assessments, customize the site to your interests and register for weekly e-mail newsletters.

### Getting Started

You will automatically receive educational information from Anthem if you are identified for a program through claims data or your physician sends us a referral. You can also self-enroll by visiting **www.anthem.com** or by calling (800) 480-WELL (9355).

# 5  Using Your Pharmacy Benefit

*Anthem Blue Cross and Blue Shield's prescription benefit includes medications available on the Anthem Formulary. Anthem's Formulary may offer potential savings when your physician prescribes formulary medications.*

## Questions and Answers

### What is a formulary?

A formulary is a list of FDA-approved brand-name and generic medications that have been reviewed and recommended by a committee of practicing physicians and clinical pharmacists for their quality and effectiveness and approved by your health plan. Anthem has a "tiered" formulary for most products, which means your copay is generally lower for generic and higher for brand medications on the formulary. Anthem's formulary includes brand-name and all generic medications unless there is a clinical reason for omission.

### Brand-name

A brand-name drug is usually available from only one manufacturer and may have patent protection.

### Generic

A generic drug has the same active ingredients as its brand-name counterpart, but is normally only available after the patent protection expires on a brand-name drug. Although it may look different, a generic drug works the same as its brand-name counterpart. You can save money by using generic medications whenever possible.

### How do I get a copy of the formulary?

A copy of the formulary should have been included in your enrollment information. The most current version is available on **www.anthem.com** or a copy can be requested by calling the Member Services number on your ID card or (877) 4-MULARY (468-5279). Speech and hearing impaired (TDD/TTY users) should call 1 (800) 221-6915 Monday-Friday, 8:30 a.m. - 5 p.m. Eastern time.

### What if my medication is not on the formulary?

Most Anthem products have an "open" formulary. An open formulary allows members and their physicians to choose from a wide variety of prescription medications. If a non-formulary medication is selected, the member will be responsible for the corresponding non-formulary copayment.

### What if I don't agree?

As part of Anthem's appeals process, a member may request use of a non-formulary drug if there is clinical necessity. Certain criteria must be met, including clinical proof that a formulary alternative is not appropriate. Contact the Member Services number on your ID card for questions or to initiate an appeal.

### What are my copayments?

If copays are selected by your group for its prescription plan, your retail copay will be listed on your ID card. (A retail copay is what you pay at a local pharmacy.) Your ID card will list the retail copay for Formulary generic and brand-name drugs, as well as the higher copay for non-Formulary drugs. Your Schedule of Benefits in your *Health Certificate* or *Benefit Booklet* also lists your prescription copayments.

*Please call the Member Services number on the back of your ID card if you have additional questions about your prescription program.*

## 6   Generic/Brand Prescription Program

*You want effective, high-quality medications. With Anthem Prescription benefits, that's exactly what you'll get. You'll also have access to more savings by being an Anthem Member.*

## Questions and Answers

### What is the first way I can save with Anthem prescription benefits?

You'll receive lower pricing for prescriptions with Anthem network pharmacies. These prices automatically apply to Anthem members whenever you show your Anthem member ID card.

### What is the second way I can save on prescriptions?

You can also save when you request generic medications, if applicable, rather than brand-name medications from your doctor or pharmacist.

### What are generic medications?

A generic medication is a product that contains the same active ingredients as its brand-name counterpart, in the same dosage form and strength.

### Do generic medications have the same quality as the brand-name medication?

Before any generic medication can be sold in the United States, the U.S. Food and Drug Administration (FDA) requires the medication to meet specifications for identity, strength, quality, purity and potency.

### Are generic medications as effective as the brand-name medications?

Yes. Use generics with confidence. Although generics can differ in shape, size and color, the generic medication must be absorbed and utilized by your body in the same way as the brand-name medication.

### How can I request a generic medication?

Your physician and pharmacist are the best sources of information about generic medications. Simply ask your physician or pharmacist if your prescription can be filled with an equivalent generic medication.

### Why are generic medications less expensive?

Normally, a generic drug can be introduced to the market only after the expiration of the patent on its counterpart brand-name drug. Manufacturers of generics generally price their products below the cost of the counterpart brand-name medications.

### What are my copayments?

If copays are selected by your group for its prescription plan, your retail copay will be listed on your ID card. (A retail copay is what you pay at a local pharmacy.) Your ID card will list the retail copay for generic and brand-name drugs. Your Schedule of Benefits in your *Health Certificate* or *Benefit Booklet* also lists your prescription copayments.

*Please call the Member Services number on the back of your ID card if you have additional questions about your prescription program.*

Mail Service Pharmacy Program

## 7 Mail Service Pharmacy Program

### Your Anthem Rx Direct mail service pharmacy benefit

If you use maintenance medication or supplement for prenatal care or for treatment of a condition such as asthma, diabetes, high blood pressure or arthritis, you'll appreciate the convenience and savings of the Anthem Rx Direct mail service pharmacy.

### Make fewer trips to the pharmacy

Ordering maintenance medications through Anthem Rx Direct eliminates monthly trips to the pharmacy because your doctor can write your prescriptions for your plan's maximum allowable days' supply. (See your *Health Certificate* or *Benefit Booklet*.) Your prescriptions can then be ordered through Anthem Rx Direct mail service and delivered directly to your home, office or anywhere in the United States.

Once your prescriptions are entered into the mail service system, you can use the Anthem Rx Direct 24-hour automated phone line to order refills and check order status.

### Save on copayments

Anthem Rx Direct mail service provides more days' supply with fewer copayments. You'll typically save at least one copayment on each prescription filled by the Anthem Rx Direct mail service pharmacy.

At Anthem Rx Direct, your prescription orders are filled by registered pharmacists who dispense federally approved, generic equivalent medications for brand-name medications unless you or your physician or the law requires otherwise. This helps save you money while providing quality, effective drug therapy.

### Anthem Rx Direct customer care: (800) 962-8192

For additional information about your prescription benefits, you may call an Anthem Rx Direct customer care professional at **(800) 962-8192** Monday through Friday, 8:30 a.m. to 11 p.m., or on Saturday from 9 a.m. to 7 p.m. Eastern time. You may also visit **www.anthem.com**.

### How to use your mail service pharmacy benefit

**Placing orders:**

- Contact your physician for a new prescription written for your maximum allowable days' supply.

- Complete the order form on the next page.

- Send the original prescription, the completed order form and appropriate copayment to:

Anthem Prescription Management, LLC
P.O. Box 746000
Cincinnati, Ohio 45274-6000

**Getting started in mail service:**

- Have any existing labeled prescription container(s) and your credit card (MasterCard, Visa or Discover Card) close by for reference.

- Call this special toll-free number, **(888) 613-6091**, Monday through Friday, 8:30 a.m. to 5 p.m. Eastern time.

- A customer care professional will provide all necessary information and guide you through the process, quickly and easily.

**Getting refills of prescriptions:**

- Have your prescription label(s) ready.

- Call **(800) 962-8192** for personal service or to use the 24-hour automated phone line (press 3). You may also visit **www.anthem.com**.

1. When asked, enter the seven-digit number from your prescription label.

2. Enter a credit card number you have previously used with Anthem Rx Direct.

3. Wait to confirm the refill, then repeat step (1) if you need additional refills.

**Answers to your prescription benefit questions:**

- Have your policy ID ready.

- Call **(800) 962-8192** and press 2 for order status.

- You can **press 0** at anytime for a customer care professional.

*Please allow 14 days to receive all mail service orders.*

For speech and hearing impaired assistance (TDD/TTY users), call (800) 221-6915.

# Anthem Rx Direct

**Prescription Order Form**
Anthem Prescription Management, LLC
P.O. Box 746000
Cincinnati, Ohio 45274-6000

Fold in thirds and mail in envelope.

**Customer Service**
*1 (800) 962-8192*
*TDD, 1 (800) 221-5915*
Mon.-Fri., 9 a.m. - 11 p.m. EST
Sat., 9 a.m. - 5 p.m. EST

## Ship to:

| Policyholder's name | Policyholder ID no. | Phone no. (day) | Phone no. (evening) |
|---|---|---|---|
| Street | e-Mail (optional) | | Apt. no. |
| City | | State | ZIP code |

## Payment information (Make check or money order payable to Anthem Rx. Payment must be included with order.)

| ☐ VISA   ☐ MasterCard ☐ Discover Card | Credit card no. ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ | Exp. date Mo. ☐☐ Yr. ☐☐ |
|---|---|---|
| Total amount due $ | Please sign for credit card order. | Do you want childproof caps used? ☐ yes ☐ no |

## Please use this order form for refills

| Refill numbers | Patient name | Medication names |
|---|---|---|
| Refill numbers | Patient name | Medication names |

Anthem Rx pharmacist will dispense federally approved, cost-saving generic equivalent drugs for brand-name drugs unless your physician directs otherwise.

| TO REORDER PLACE REFILL LABEL HERE. | TO REORDER PLACE REFILL LABEL HERE. |
|---|---|
| TO REORDER PLACE REFILL LABEL HERE. | TO REORDER PLACE REFILL LABEL HERE. |

## New prescription orders

| Name of patient for whom the prescription is enclosed | Date of birth | Sex | Relationship |
|---|---|---|---|
| Have you taken this medication before? ☐ yes ☐ no | | ☐ Male ☐ Female | ☐ Self ☐ Spouse ☐ Child |
| Doctor(s) name(s) | Doctors(s) phone number(s) | Drug allergies/health conditions | |
| Doctor(s) name(s) | Doctors(s) phone number(s) | Drug allergies/health conditions | |
| Name of patient for whom the prescription is enclosed | Date of birth | Sex | Relationship |
| Have you taken this medication before? ☐ yes ☐ no | | ☐ Male ☐ Female | ☐ Self ☐ Spouse ☐ Child |
| Doctor(s) name(s) | Doctors(s) phone number(s) | Drug allergies/health conditions | |
| Doctor(s) name(s) | Doctors(s) phone number(s) | Drug allergies/health conditions | |

*Having difficulty filling out this form? Call our special Anthem Rx Helpline, (800) 962-8192, to have a customer care professional guide you through the process. TDD users, please call 1 (800) 221-5915. For more information, visit our web site at anthem.com.*

An employer may elect to insure or self-fund its group health plan. If your employer elects to insure its group health plan, Blue Access is a preferred provider organization (PPO) product. If your employer elects to self-fund its group health plan, Anthem provides access to the Blue Access network and administrative claims payment services only and assumes no financial risk for claims. Please consult your employer for plan funding details.

[1] Blue Cross and Blue Shield Association, press release, 06/04/02

Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
An independent licensee of the Blue Cross and Blue Shield Association.
® Registered marks Blue Cross and Blue Shield Association.



*Decide to be healthy.*[SM]

*Underwritten by Community Insurance Company*

# Your Health Certificate

# Health Certificate of Coverage

**(herein called the "Certificate")**

## Blue Access

Community Insurance Company

1351 Wm Howard Taft

Cincinnati, OH  45206

CIC-PPO (rev 01/2003)

# 1 CERTIFICATE

You have chosen to enroll in Community Insurance Company's product line, Blue Access, to provide you and your family with health care benefits. It is offered through Community Insurance Company dba Anthem Blue Cross and Blue Shield.

Welcome to Anthem Blue Cross and Blue Shield! This Certificate has been prepared to help explain your coverage. Please refer to this Certificate whenever you require medical services. It describes how to access medical care, what health services are covered by Us, and what portion of the health care costs you will be required to pay.

The coverage described in this Certificate is subject in every respect to the provisions of the Group Contract issued to the Group. The Group Contract and this Certificate and any amendments or riders attached to the same, shall constitute the Group Contract under which Covered Services are provided by Us.

This Certificate should be read in its entirety. Since many of the provisions of this Certificate are interrelated, you should read the entire Certificate to get a full understanding of your coverage.

Many words used in the Certificate have special meanings. These words appear in capitals and are defined for you. Refer to these definitions in the Definitions section for the best understanding of what is being stated. The Certificate also contains Exclusions.

This Certificate supersedes and replaces any Certificate previously issued to you under the provisions of the Group Contract.

Read your Certificate Carefully. The Certificate sets forth many of the rights and obligations between you and the Plan. Payment of benefits is subject to the provisions, limitations, and Exclusions of your Certificate. It is therefore important that you read your Certificate.

*Kent R. Fallon*

**Notice:** If you or your family members are covered by more than one plan, you may not be able to collect benefits from both plans. Each plan may require you to follow its rules or use specific providers and it may be impossible to comply with both plans at the same time. Read all of the rules very carefully, including the Coordination of Benefits section, and compare them with the rules of any other plan that covers you or your family.

# Contents

| | | |
|---|---|---|
| 1 | **CERTIFICATE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-4** |
| 2 | **MEMBER RIGHTS AND RESPONSIBILITIES** . . . . . . . . . . . . . . . . . . . . . . . | **M-7** |
| 3 | **SCHEDULE OF BENEFITS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-8** |
| 4 | **DEFINITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-14** |
| 5 | **ELIGIBILITY AND ENROLLMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-23** |
| | Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-23 |
| | Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-24 |
| | Effective Date of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-26 |
| | When Your Coverage Starts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-26 |
| | Statements and Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-27 |
| | Out of Service Area Dependent Child Coverage . . . . . . . . . . . . . . . . . . . . . | M-27 |
| 6 | **TERMINATION, CONTINUATION AND CONVERSION** . . . . . . . . . . . . . . . . . . | **M-27** |
| | Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-27 |
| | Removal of Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-28 |
| | Reinstatement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-28 |
| | Certification of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-28 |
| | Continuation of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-28 |
| | Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-31 |
| 7 | **HOW TO OBTAIN COVERED SERVICES** . . . . . . . . . . . . . . . . . . . . . . . . . | **M-32** |
| | Network Services and Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-32 |
| | Non-Network Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-32 |
| | Coronary Services Centers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-32 |
| | Services not available within the Service Area . . . . . . . . . . . . . . . . . . . . . . | M-33 |
| | Relationship of Parties (Plan - Network Providers) . . . . . . . . . . . . . . . . . . . | M-33 |
| | Not Liable for Provider Acts or Omissions . . . . . . . . . . . . . . . . . . . . . . . . | M-33 |
| | Identification Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-33 |
| 8 | **HEALTH CARE MANAGEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-34** |
| | Medical Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-34 |
| | Precertification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-34 |
| | Case Management (Includes Discharge Planning) . . . . . . . . . . . . . . . . . . . . | M-37 |
| 9 | **COVERED SERVICES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **M-38** |
| | Preventive Care Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-38 |
| | Physician Office Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-39 |
| | Inpatient Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-40 |
| | Outpatient Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-41 |
| | Emergency Care and Urgent Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-41 |
| | Ambulance Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-42 |
| | Mental Health/Substance Abuse Services . . . . . . . . . . . . . . . . . . . . . . . . . | M-43 |
| | Diagnostic Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-43 |
| | Surgical Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-43 |
| | Therapy Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | M-44 |
| | Physical Medicine and Rehabilitation Services . . . . . . . . . . . . . . . . . . . . . . | M-45 |

Home Care Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-45
Hospice Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-45
Human Organ and Tissue Transplant Services . . . . . . . . . . . . . . . . . . . . . M-46
Medical Supplies, Equipment, and Appliances . . . . . . . . . . . . . . . . . . . . . M-47
Accident Related Dental Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-48
Maternity Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-48
Prescription Drugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-49

**10   EXCLUSIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **M-53**

**11   CLAIMS PAYMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **M-55**
How to Obtain Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-55
How Benefits Are Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-55
Payment of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-56
Assignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-56
Notice of Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-56
Claim Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-56
Member's Cooperation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-56
Confidentiality Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-57
Plan Information Practices Notice . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-58
Explanation of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-58

**12   GENERAL PROVISIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **M-59**
Entire Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-59
Form or Content of Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-59
Disagreement with Recommended Treatment . . . . . . . . . . . . . . . . . . . . . . M-59
Circumstances Beyond the Control of the Plan . . . . . . . . . . . . . . . . . . . . . M-59
Coordination of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-60
Medicare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-62
Worker's Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-62
Other Government Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-62
Subrogation and Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-62
Right of Recovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Relationship of Parties (Group-Member-Plan) . . . . . . . . . . . . . . . . . . . . . M-64
Interpretation of Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Modifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Conformity with State Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Clerical Error . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Policies and Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-64
Waiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-65
Plan's Sole Discretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-65
Community Insurance Company Note . . . . . . . . . . . . . . . . . . . . . . . . . . M-65

**13   COMPLAINT AND APPEALS PROCEDURES** . . . . . . . . . . . . . . . . **M-65**
The Complaint Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-66
Appeal Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . M-66

**Health Certificate**

## 2  MEMBER RIGHTS AND RESPONSIBILITIES

**As a Member, You Have the Right to:**

- Receive information regarding rules and regulations of your health care benefits;

- Be treated respectfully and with consideration;

- Receive all the benefits to which you are entitled under your Certificate and Schedule of Benefits;

- Obtain from a Provider complete information regarding your diagnosis, treatment and prognosis in terms you can reasonably understand;

- Receive quality health care through Providers in a timely manner and in a medically appropriate setting;

- Have a candid discussion of appropriate or Medically Necessary treatment options for your condition, regardless of cost or benefit coverage;

- Participate with your Physician in decision making about your health care treatment;

- Refuse treatment and be informed by your Physician of the medical consequences;

- Receive wellness information to help you maintain a healthy lifestyle;

- Express to Us concerns and complaints about the care and services provided by Physicians and other Providers and to have Us investigate and take appropriate action;

- File a complaint with Us, to appeal that decision as outlined in the Complaint Procedure section of this Certificate and to appeal a decision to the Department of Insurance without fear of reprisal; and

- Confidentiality and privacy.

**As a Member, You Have the Responsibility to:**

- Use Providers who will provide or coordinate your total health care needs, and to maintain an ongoing patient-physician relationships;

- Provide complete and honest information about your health care status;

- Follow the treatment plan recommended by the Providers responsible for your care;

- Understand how to access care in routine, emergency and urgent situations, and to know your health care benefits as they relate to out-of-area coverage, Copayments, etc.;

- Notify the Provider or Us about concerns you have regarding the services or medical care you receive;

- Be considerate of the rights of other Members, Providers and Our staff;

- Read and understand your Certificate and Schedule of Benefits; and

- Provide accurate and complete information to Us about other health care coverage and/or insurance benefits you may carry.

## 3  SCHEDULE OF BENEFITS

The Schedule of Benefits is a summary of the Deductibles, Copayments and other limits when you receive Covered Services from a Provider. Please refer to the Covered Services section of this Certificate for a more complete explanation of the specific services covered by the Plan. All Covered Services are subject to the conditions, Exclusions, limitations, terms and provisions of this Certificate including any attachments or riders. **This Schedule of Benefits lists the Member's responsibility for Covered Services.** Benefits for Covered Services are based on the Maximum Allowable Amount. When you utilize a Non-Network Provider you are responsible for any balance due between the Non-Network Provider's charge and the Maximum Allowable Amount in addition to any Copayments, Deductibles, and non-covered charges.

| | | |
|---|---|---|
| **BENEFIT PERIOD** | Calendar Year | |
| **Dependent Age Limit** | To the end of the calendar year in which the child attains age 19; or to the end of the calendar year during which the child attains age 24 if the child qualifies as a Federal tax exemption. | |
| **Pre-Existing Period** | 12 Months after your Enrollment Date, except, 18 Months for Late Enrollees | |

| Deductible | Network | Non-Network |
|---|---|---|
| Per Person | $250 | $500 |
| Per Family | $500 | $1,000 |

**Note:**  Any amounts applied to the Deductible for expenses incurred during the last three months of the Benefit Period will also be applied to meet the next Benefit Period's Deductible, but not the Out-of-Pocket.

| Out-of-Pocket Limit | Network | Non-Network |
|---|---|---|
| Per Person | $1,500 | $3,000 |
| Per Family | $3,000 | $6,000 |

Note:    The Out-of-Pocket Limit includes all Deductibles and/or Copayments you incur in a Benefit Period. However, Prescription Drug and Human Organ and Tissue Transplant Copayments do not apply toward the Out-of-Pocket Limit. Once the Member and/or family Out-of-Pocket Limit is satisfied, no additional Copayments will be required for the Member and/or family for the remainder of the Benefit Period except for Prescription Drug and Human Organ and Tissue Transplant Copayments.

Network and Non-Network Deductibles, Copayments, and Out-of-Pocket Limits **are separate and do not accumulate toward each other**. The Deductible(s) apply only to Covered Services with a percentage Copayment.Prescription Drugs, and Human Organ and Tissue Transplants, are subject to separate Deductibles and Copayments.

| | | |
|---|---|---|
| **Lifetime Maximum for All Covered Services except Human Organ and Tissue Transplants** | $5,000,000  Network and Non-Network Combined | |

| **Lifetime Maximum for Human Organ and Tissue Transplants** | $1,000,000 Network and Non-Network Combined | |
|---|---|---|

| **Covered Services** | **Copayments/Maximums** | |
|---|---|---|
| | **Network** | **Non-Network** |
| **Preventive Care** | $15 Copayment per visit | 30% Copayment |
| **Physician Office Services** | $15 Copayment per visit | 30% Copayment |
| **Inpatient Services**<br>Maximum days for Physical Medicine and Rehabilitation | 10% Copayment<br>60 days Network and Non-Network combined | 30% Copayment |
| **Outpatient Services**<br>  Emergency Care & Urgent Care<br>  Therapy Services | 10% Copayment<br>See Emergency Care Urgent Care Services<br>See Therapy Services | 30% Copayment |
| **Emergency Care**<br><br>(in Emergency Room - Copayment is waived if admitted) | $75 Copayment per visit | $75 Copayment per visit |
| **Urgent Care** | $35 Copayment per visit | 30% Copayment |
| **Ambulance Services** | Covered In Full | Covered In Full |

SCHEDULE OF BENEFITS

**Mental Health & Substance Abuse Services**

| | | |
|---|---|---|
| Inpatient Mental Health Services | 10% Copayment | 50% Copayment |
| Inpatient Substance Abuse Services | 10% Copayment | 30% Copayment |
| Outpatient Mental Health & Substance Abuse Services | $15 Copayment per visit | 30% Copayment |

**MAXIMUMS**

| | |
|---|---|
| Lifetime Maximum | Inpatient and Outpatient Substance Abuse rehabilitation programs 2 per lifetime |

Benefit Period Maximums for:

| | | |
|---|---|---|
| Inpatient Mental Health Services | 30 days Network and Non-Network Combined also includes Network Substance Abuse | |
| Inpatient Substance Abuse Services | 30 days includes Mental Health Services | $550 combined maximum for Inpatient and Outpatient services |
| Outpatient Substance Abuse Services | 50 visits includes Mental Health | $550 combined maximum for Inpatient and Outpatient services |
| Outpatient Mental Health Services | 50 visits includes Substance Abuse | 10 visits per Benefit Period |

**Therapy Services** (when performed as Physician Office Services or Outpatient Services)

*Physical Medicine Therapies*

| | | |
|---|---|---|
| Physician Office Services | $15 Copayment per visit | 30% Copayment |
| Outpatient Services | $15 Copayment per visit | 30% Copayment |

Maximum Visits per Benefit Period for:

| | |
|---|---|
| Physical & Occupational Therapy | 60 visits, combined Network and Non-Network |
| Speech Therapy | 20 visits, combined Network and Non-Network |
| Spinal Manipulations | 12 visits, combined Network and Non-Network |

*Other Therapies* (when performed as Physician Office Services or Outpatient Services)   Copayment based on setting where Covered Services are received

**Health Certificate**

| **Home Care Services** | 10% Copayment | 30% Copayment |
| Maximum Visits per Benefit Period | Unlimited | 30 visits per Benefit Period |

| **Hospice Services** | Covered In Full | Covered In Full |

**Human Organ and Tissue Transplant Services**

**For cornea and kidney transplants, the transplant and tissue services benefits or requirements described below do not apply. These services are paid as Inpatient Services, Outpatient Services or Physician Office Services depending where the service is performed.**

| **Benefit Period** | Total of 365 continuous days beginning 1 day immediately prior to a Covered Transplant Procedure or first myeloblation therapy (high dose chemotherapy and/or irradiation). |

**Transplant Maximum**
Lifetime Maximum per Member for all Transplant Services, under this Plan or any successive Human Organ and Tissue Transplant Benefit between the Member and the Company | $1,000,000 Network and Non-Network Transplant Provider services combined

**Note:** **Transportation/Lodging/Meals, Procurement, and Hospital Confinement are included in and accrue toward this lifetime maximum for all Transplant Services.**

**Transplants at a Non-Network Facility do not count towards the Deductible or the Out-of-Pocket Maximum.**
**The total dollar amount the Plan will pay is $1,000,000 per Member for all Transplant Services including the Covered Transplant Procedure, under this Certificate or any preceding or succeeding Human Organ and Tissue Transplant Certificate or Human Organ and Tissue Transplant contract between the Group and the Plan.**

**Non-Network Transplant Facility**
Transplant Services provided through a Non-Network Transplant Facility, with respect to the type of Covered Transplant Procedure performed:

- If the Covered Transplant Procedure is performed in a Non-Network Transplant Facility, We will pay the lesser of 50% Copayment of billed charges, or 50% Copayment of the amount shown below for the actual Covered Transplant Procedure. This amount will accrue to the $1,000,000 Lifetime Maximum. These amounts may be eligible for Covered Transplant Procedure expenses during the 30 day period beginning one day prior to the Covered Transplant Procedure for solid organ transplants, and one day prior to myeloblative therapy for bone marrow/stem cell transplants. After the 30th day, remaining transplant services other than the Covered Transplant Procedure expenses, may be eligible at 50% Copayment of billed charges for the remainder of the 365 day Benefit Period, $1,000,000 not to exceed the Lifetime Maximum.

The Maximums below include organ acquisition for a solid organ transplant; and mobilization, harvesting and storage of marrow/cells, regardless of when it occurs, for a bone marrow/stem cell transplant.

| Transplant Services | Network Transplant Facility | Non-Network Transplant Facility |
|---|---|---|
| With respect to the type of Covered Transplant Procedure performed: | Covered In Full | The lesser of 50% Copayment of billed charges or 50% Copayment of the amount shown in the schedule below. |

| Adult Procedures (Includes organ /tissue acquisition) | Charge Maximum |
|---|---|
| Adult Heart | $68,800 |
| Adult Lung | $97,000 |
| Adult Heart/Lung | $133,600 |
| Adult Liver | $97,600 |
| Adult Pancreas | $75,200 |
| Kidney/Pancreas | $75,200 |
| Adult Autologous Bone Marrow including High Dose Chemotherapy | $56,000 |
| Adult Related allogeneic Bone Marrow including High Dose Chemotherapy | $80,000 |
| Adult Unrelated allogeneic Bone Marrow including High Dose Chemotherapy | $88,000 |

| **Pediatric Procedures** (Includes Organ/Tissue Acquisition) | **Charge Maximum** | |
|---|---|---|
| Pediatric Autologous Bone Marrow including High Dose Chemotherapy | $66,400 | |
| Pediatric Related Allogeneic Bone Marrow including High Dose Chemotherapy | $93,600 | |
| Pediatric Unrelated Allogeneic Bone Marrow including High Dose Chemotherapy | $115,200 | |
| Pediatric Liver | $106,400 | |
| Pediatric Heart | $104,000 | |

| | **Network Transplant Facility** | **Non-Network Transplant Facility** |
|---|---|---|
| **Transportation Lodging and Meals** | Covered In Full | 50% Copayment |

Reasonable and necessary travel expenses related to a transplant at a Non-Network Transplant Facility are covered at the Non-Network Transplant Facility Copayment level.

| | **Network Transplant Facility** | **Non-Network Transplant Facility** |
|---|---|---|
| **Medical Supplies, Durable Medical Equipment and Appliances** | 20% Copayment | 40% Copayment |

Note:   Physician office Copayments are applied rather than the Network Copayment listed above if medical supplies, Durable Medical Equipment or appliances are obtained in a Network Physician's office.

| | | |
|---|---|---|
| **Maternity Services** | 10% Copayment | 30% Copayment |

**Prescription Drugs**
Days Supply
(Days Supply may be less than the amount shown, due to Prior Authorization, Quantity Limits and Utilization Guidelines):

| | |
|---|---|
| Retail Pharmacy | 30 day supply |
| Mail Service | 90 day supply |

Network Retail Pharmacy:
| | |
|---|---|
| Generic Formulary Drugs | $10 Copayment per Prescription Order |
| Brand Name Formulary Drugs | $20 Copayment per Prescription Order |
| Generic or Brand Name non-Formulary Drugs | $30 Copayment per Prescription Order |

Mail Service Program:
| | |
|---|---|
| Generic Formulary Drugs | $20 Copayment per Prescription Order |
| Brand Name Formulary Drugs | $40 Copayment per Prescription Order |
| Generic or Brand Name non-Formulary Drugs | $60 Copayment per Prescription Order |

| | |
|---|---|
| Non Network Pharmacy | 50% Copayment |

Note:   Certain Diabetic and Asthmatic supplies are covered in full.

# 4  DEFINITIONS

**Actively At Work** - Present and capable of carrying out the normal assigned job duties of the Group. Subscribers who are absent from work due to a health related disability, maternity leave or regularly scheduled vacation will be considered Actively At Work.

**Authorized Service** - A Covered Service rendered by any Provider other than a Network Provider which has been authorized in advance by Us to be paid at the Network level.

**Benefit Period** - The period of time that We pay benefits for Covered Services. The Benefit Period is listed in the Schedule of Benefits. If your coverage ends earlier, the Benefit Period ends at the same time.

**Benefit Period Maximum** - The maximum We will pay for specific Covered Services during a Benefit Period.

**Brand Name Drugs** - The initial version of a medication developed by a pharmaceutical manufacturer, or a version marketed under a pharmaceutical manufacturer's own registered trade name or trademark. The original manufacturer is granted an exclusive patent to manufacture and market a new drug for a certain number of years. After the patent expires, if FDA requirements are met, any manufacturer can produce the drug and sell under its own brand name, or under the drug's chemical (Generic) name.

**Certificate** - This summary of the terms of your benefits. It is attached to and is a part of the Group Contract and it is subject to the terms of the Group Contract.

**Copayment** - A specific dollar amount or percentage of Maximum Allowable Amounts for Covered Services indicated in the Schedule of Benefits for which you are responsible.

**Covered Services** - Services, supplies or treatment as described in this Certificate which are performed, prescribed, directed or authorized by a Provider. To be a Covered Service the service, supply or treatment must be:

- Medically Necessary or otherwise specifically

included as a benefit under this Certificate;

- Within the scope of the license of the Provider performing the service;

- Rendered while coverage under this Certificate is in force;

- Not Experimental/Investigative or otherwise excluded or limited by this Certificate, or by any amendment or rider thereto;

- Authorized in advance by Us if such Prior Authorization is required in this Certificate.

A charge for a Covered Service is incurred on the date the service, supply or treatment was provided to you.

**Covered Transplant Procedure** - Any of the Medically Necessary non-Experimental/Investigative human organ and tissue transplants as described in this Certificate.

**Creditable Coverage** - Prior coverage from a Group plan, Medicare, Medicaid, Indian Health Service, state risk pool, public health plan, individual insurance policy or Peace Corps service. Prior coverage does not count as Creditable Coverage if there was a break in coverage of 63 days or more prior to applying for this coverage.

**Custodial Service or Care** - Care primarily for the purpose of assisting you in the activities of daily living or in meeting personal rather than medical needs, and which is not specific treatment for an illness or injury. It is care which cannot be expected to substantially improve a medical condition and has minimal therapeutic value. Such care includes, but is not limited to:

- Assistance with walking, bathing, or dressing;

- Transfer or positioning in bed;

- Normally self-administered medicine;

- Meal preparation;

- Feeding by utensil, tube, or gastrostomy;

- Oral hygiene;

- Ordinary skin and nail care;

- Catheter care;

- Suctioning;

- Using the toilet;

- Enemas; and

- Preparation of special diets and supervision over medical equipment or exercises or over self-administration of oral medications not requiring constant attention of trained medical personnel.

**Deductible** - The dollar amount of Covered Services listed in the Schedule of Benefits for which you are responsible before We start to pay for Covered Services each Benefit Period.

**Dependent** - A person of the Subscriber's family who is eligible for coverage under the Certificate as described in the **Eligibility and Enrollment** section.

**Diagnostic Service** - A test or procedure performed when you have specific symptoms to detect or to monitor your disease or condition or a test performed as a Medically Necessary preventive care screening for an asymptomatic patient. It must be ordered by a Provider. Covered Diagnostic Services are limited to those services specifically listed in the **Covered Services** section.

**Effective Date** - The date when your coverage begins under this Certificate. You must be Actively At Work on your Effective Date. Your Effective Date will be the date you become Actively At Work. A Dependent's coverage begins on the Effective Date of the sponsoring Subscriber.

**Eligible Person** - A person who satisfies the Group's eligibility requirements and is entitled to apply to be a Subscriber.

**Emergency** - An accidental traumatic bodily injury or other medical condition that manifests itself by acute symptoms of such severity, including severe pain, that the absence of immediate medical attention could reasonably be expected by a prudent lay person who possesses an average knowledge of health and medicine to:

- Place an individual's health in serious jeopardy;

- Result in serious impairment to the individual's bodily functions; or

- Result in serious dysfunction of a bodily organ or part of the individual.

**Emergency Care** - Covered Services that are furnished by a Provider within the scope of the Provider's license and as otherwise authorized by law that are needed to evaluate or Stabilize an individual in an Emergency.

**Enrollment Date** - The first day of coverage or, if there is a waiting period, the first day of the waiting period (typically the date employment begins).

**Experimental/Investigative** - Any drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or used in or directly related to the diagnosis, evaluation, or treatment of a disease, injury, illness, or other health condition which We determine in Our sole discretion to be Experimental/Investigative. We will deem any drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply to be Experimental/Investigative if We determine that one or more of the following criteria apply when the service is rendered with respect to the use for which benefits are sought. The drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply:

- Cannot be legally marketed in the United States without the final approval of the Food and Drug Administration (FDA), or other licensing or regulatory agency, and such final approval has not been granted;

- Has been determined by the FDA to be contraindicated for the specific use; or

- Is provided as part of a clinical research protocol or clinical trial or is provided in any other manner that is intended to evaluate the safety, toxicity, or efficacy of the drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply; or

- Is subject to review and approval of an Institutional Review Board (IRB) or other body serving a similar function; or

- Is provided pursuant to informed consent documents that describe the drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply as Experimental/Investigative, or otherwise indicate that the safety, toxicity, or efficacy of the drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply is under evaluation.

Any service not deemed Experimental/Investigative based on the criteria above may still be deemed Experimental/Investigative by Us. In determining whether a Service is Experimental/Investigative, We will consider the information described below and assess whether:

- The scientific evidence is conclusory concerning the effect of the service on health outcomes;

- The evidence demonstrates the service improves net health outcomes of the total population for whom the service might be proposed by producing beneficial effects that outweigh any harmful effects;

- The evidence demonstrates the service has been shown to be as beneficial for the total population for whom the service might be proposed as any established alternatives; and

- The evidence demonstrates the service has been shown to improve the net health outcomes of the total population for whom the service might be proposed under the usual conditions of medical practice outside clinical investigatory settings.

The information considered or evaluated by Us to determine whether a drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply is Experimental/Investigative under the above criteria may include one or more items from the following list which is not all inclusive:

- Published authoritative, peer-reviewed medical or scientific literature, or the absence thereof; or

- Evaluations of national medical associations, consensus panels, and other technology evaluation bodies; or

- Documents issued by and/or filed with the FDA or other federal, state or local agency with the authority to approve, regulate, or investigate the use of the drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply; or

- Documents of an IRB or other similar body performing substantially the same function; or

- Consent document(s) and/or the written protocol(s) used by the treating Physicians, other medical professionals, or facilities or by other treating Physicians, other medical professionals or facilities studying substantially the same drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply; or

- Medical records; or

- The opinions of consulting Providers and other experts in the field.

We have the sole authority and discretion to identify and weigh all information and determine all questions pertaining to whether a drug, biologic, device, diagnostic, product, equipment, procedure, treatment, service, or supply is Experimental/Investigative.

**Family Coverage** - Coverage for the Subscriber and eligible Dependents.

**Federally Eligible Individual** - an individual who:

- must have at least 18 months of Creditable Coverage without a significant break in coverage. A significant break in coverage is 63 days without any Creditable Coverage;

- must have been under a group health plan as the most recent coverage;

- cannot be eligible for Medicare/Medicaid;

- cannot be covered under any other health insurance; and,

- has both elected and exhausted any continuation coverage available under Consolidated Omnibus Budget Reconciliation Act (COBRA) or under any similar state program for continuation.

**Formulary** - The list of pharmaceutical products, developed in consultation with Physicians and pharmacists, approved for their quality and cost effectiveness.

**Generic Drugs** - Drugs which have been determined by the FDA to be bioequivalent to Brand Name Drugs and are not manufactured or marketed under a registered trade name or trademark. A drug whose active ingredients duplicate those of a Brand Name Drug and is its bioequivalent. Generic Drugs must meet the same FDA specifications for safety, purity, and potency and must be dispensed in the same dosage form (tablet, capsule, cream) as the counterpart Brand Name Drug.

**Group** - The employer or other entity that has entered into a Group Contract with the Plan.

**Group Contract (or Contract)** - The contract between the Plan and the Group. It includes this Certificate, your Schedule of Benefits, your application, any supplemental application or change form, your Identification Card, and any endorsements or riders.

**Identification Card** - A card issued by the Plan that bears the Member's name, identifies the membership by number, and may contain information about your coverage. It is important to carry this card with you.

**Inpatient** - A Member who receives care as a registered bed patient in a Hospital or other Provider where a room and board charge is made. It does not mean a Member who is placed under observation for fewer than 24 hours.

**Late Enrollee** - An individual whose enrollment under the Plan is a Late Enrollment.

**Late Enrollment** - Enrollment other than on:

- The earliest date on which coverage can become effective under this Certificate; or

- The date of an event that qualifies for Special Enrollment.

**Lifetime Maximum** - The maximum dollar amount We will pay for Covered Services during your lifetime.

**Mail Service** - A Prescription Drug program which offers you a convenient means of obtaining maintenance medications by mail if you take Prescription Drugs on a regular basis. Covered Prescription Drugs are ordered directly from the licensed Pharmacy Mail Service which has entered into a reimbursement agreement with the Subcontractor and/or the Plan, and sent directly to the Member's home.

**Maximum Allowable Amount** - The amount that We determine is the maximum amount payable for Covered Services you receive, up to but not to exceed charges actually billed. Our determination considers:

- Amounts charged by other Providers for the same or similar service;

- Any unusual medical circumstances requiring additional time, skill or experience;

- Other factors We determine are relevant, including but not limited to, a resource based relative value scale; and

- The amount accepted by a Network Provider as payment in full under the participation agreement for this product.

For a Network Provider, the Maximum Allowable Amount is equal to the amount that constitutes payment in full under the Network Provider's participation agreement for this product. If a Network Provider accepts as full payment an amount less than the negotiated rate under the participation agreement, the lesser amount will be the Maximum Allowable Amount.

For a Non-Network Provider who is a Physician or other non-facility Provider, even if the Provider has a participation agreement with Us for another product, the Maximum Allowable

Amount is the lesser of the actual charge or the standard rate under the participation agreement used with Network Providers for this Product.

For a Non-Network Provider which is a facility, the Maximum Allowable Amount is equal to an amount negotiated with that Non-Network Provider facility for Covered Services under this product or any other product. In the absence of a negotiated amount, We shall have discretionary authority to establish as We deem appropriate, the Maximum Allowable Amount for a Non-Network Provider facility. The Maximum Allowable Amount is the lesser of the Non-Network Provider facility's charge, or an amount as determined by Us after consideration of industry cost, reimbursement, utilization data and other factors We deem appropriate. It is your obligation to pay any Copayments and Deductibles, and any amounts which exceed the Maximum Allowable Amount.

The Maximum Allowable Amount is reduced by any penalties for which a Provider is responsible as a result of its agreement with Us.

**Medically Necessary or Medical Necessity** - An intervention that is or will be provided for the diagnosis, evaluation and treatment of a condition, illness, disease or injury and that is determined by Us to be:

- Medically appropriate for and consistent with the symptoms and proper diagnosis or treatment of the Member's condition, illness, disease or injury;

- Obtained from a Provider;

- Provided in accordance with applicable medical and/or professional standards;

- Known to be effective, as proven by scientific evidence, in materially improving health outcomes;

- The most appropriate supply, setting or level of service that can safely be provided to the Member and which cannot be omitted consistent with recognized professional standards of care (which, in the case of hospitalization, also means that safe and

adequate care could not be obtained in a less comprehensive setting);

- Cost-effective compared to alternative interventions, including no intervention ("cost effective" does not mean lowest cost);

- Not Experimental/Investigative;

- Not primarily for the convenience of the Member, the Member's family or the Provider;

- Not otherwise subject to an exclusion under this Certificate.

The fact that a Provider may prescribe, order, recommend, or approve care, treatment, services or supplies does not, of itself, make such care, treatment, services or supplies Medically Necessary.

**Medicare** - The program of health care for the aged and disabled established by Title XVIII of the Social Security Act, as amended.

**Member** - A Subscriber or Dependent who has satisfied the eligibility conditions; applied for coverage; been approved by the Plan; and for whom Premium payment has been made. Members are sometimes called you and your.

**Mental Health Conditions (including Substance Abuse)** - A condition identified as a mental disorder in the most current version of the International Classification of Diseases, in the chapter titled "Mental Disorders".

- Mental Health is a condition which manifests symptoms which are primarily mental or nervous, regardless of any underlying physical causes.

- Substance Abuse is a condition brought about when an individual uses alcohol or other drug(s) in such a manner that his or her health is impaired and/or ability to control actions is lost.

In determining whether or not a particular condition is a Mental Health Condition, the Plan may refer to the most current edition of the Diagnostic and Statistical Manual of Mental Conditions of the American Psychiatric