# APPENDIX
# PART 10

Association, or the International Classification of Diseases (ICD) Manual.

**Network Provider** - A Provider who has entered into a contractual agreement or is otherwise engaged by Us, or with another organization which has an agreement with Us, to provide Covered Services and certain administrative functions for the network associated with this Certificate.

**Network Transplant Facility** - A Provider who has entered into a contractual agreement or is otherwise engaged by Us, or with another organization which has an agreement with Us, to provide Covered Services and certain administrative functions to you for the network associated with this Certificate. A Hospital may be a Network Transplant Facility with respect to:

- Certain Covered Transplant Procedures; or

- All Covered Transplant Procedures.

**New FDA Approved Drug Product or Technology** - The first release of the brand name product or technology upon the initial FDA New Drug Approval. Other applicable FDA approval for its biochemical composition and initial availability in the marketplace for the indicated treatment and use.

New FDA Approved Drug Product or Technology does not include:

- New formulations: a new dosage form or new formulation of an active ingredient already on the market;

- Already marketed drug product but new manufacturer; a product that duplicates another firm's already marketed drug product (same active ingredient, formulation, or combination);

- Already marketed drug product, but new use: a new use for a drug product already marketed by the same or a different firm; or

- Newly introduced generic medication (generic medications contain the same active ingredient as their counterpart brand-named medications).

**Non-Network Provider** - A Provider who has not entered into a contractual agreement with Us for the Network associated with this Certificate. Providers who have not contracted or affiliated with Our designated Subcontractor(s) for the services they perform under this Certificate are also considered Non-Network Providers.

**Non-Network Transplant Facility** - Any Hospital which has not contracted with the transplant network engaged by Us to provide Covered Transplant Procedures. A Hospital may be a Non-Network Transplant Facility with respect to:

- Certain Covered Transplant Procedures; or

- All Covered Transplant Procedures.

**Out-of-Pocket Limit** - A specified dollar amount of expense incurred for Covered Services in a Benefit Period as listed in the Schedule of Benefits. Such expense does not include charges in excess of the Maximum Allowable Amount or any Deductible and/or Copayment for Prescription Drugs. When the Out-of-Pocket Limit is reached, no additional Copayments are required for that Member and/or family unless otherwise specified in this Certificate.

**Outpatient** - A Member who receives services or supplies while not an Inpatient.

**Payment Maximum** - The maximum amount of payment for Covered Services for the time period or other limit specified in the Certificate or the Schedule of Benefits.  Payment means the amount actually paid by us for services received from a Provider.

**Pharmacy and Therapeutics (P&T) Committee** - A committee of Physicians and pharmacists who review literature and studies which address the safety, efficacy, approved indications, adverse effects, contraindications, medical outcome, and pharmacoeconomics. The committee will develop, review and/or approve guidelines related to how and when certain drugs and/or therapeutic categories will be approved for coverage.

**Plan (We, Us, Our)** - Community Insurance Company which provides or arranges for

Members to receive the Covered Services which are described in this Certificate.

**Pre-Existing Condition** - A condition (mental or physical) which was present and for which medical advice, diagnosis, care or treatment was recommended or received within 6 Months of the period ending on your Enrollment Date. Pregnancy is not considered a Pre-Existing Condition. Genetic information may not be used as a condition in the absence of a diagnosis.

**Premium** - The periodic charges which the Subscriber or the Group must pay the Plan to maintain coverage.

**Prescription Legend Drug** - A medicinal substance, dispensed for Outpatient use, which under the Federal Food, Drug & Cosmetic Act is required to bear on its original packing label, "Caution: Federal law prohibits dispensing without a prescription." Compounded medications which contain at least one such medicinal substance are considered to be Prescription Legend Drugs. Insulin is considered a Prescription Legend Drug under this Certificate.

**Prescription Order** - A written request by a Provider, as permitted by law, for a drug or medication and each authorized refill for same.

**Prior Authorization** -The process applied to certain drugs and/or therapeutic categories to define and/or limit the conditions under which these drugs will be covered. The drugs and criteria for coverage are defined by the Pharmacy and Therapeutics Committee.

**Provider** - A duly licensed person or facility that provides services within the scope of an applicable license and is a person or facility that the Plan approves. This includes any Provider rendering services which are required by applicable state law to be covered when rendered by such Provider. Providers include, but are not limited to, the following persons and facilities:

- **Alcoholism Treatment Facility** - A facility that mainly provides detoxification and/or rehabilitation treatment for alcoholism.

- **Ambulatory Surgical Facility** - A facility Provider, with an organized staff of Physicians, which:

  o Has permanent facilities and equipment for the primary purpose of performing surgical procedures on an Outpatient basis;

  o Provides treatment by or under the supervision of Physicians and nursing services whenever the patient is in the facility;

  o Does not provide Inpatient accommodations; and

  o Is not, other than incidentally, used as an office or clinic for the private practice of a Physician or other professional Provider.

- **Certified Nurse Midwife**

- **Certified Registered Nurse Anesthetist (C.R.N.A.)**

- **Dialysis Facility** - A facility Provider which mainly provides dialysis treatment, maintenance or training to patients as an Outpatient or home care basis.

- **Drug Abuse Treatment Facility -** A facility which provides detoxification and/or rehabilitation treatment for drug abuse.

- **Home Health Care Agency** - A facility which:

  o Provides skilled nursing and other services on a visiting basis in the Subscriber's home; and

  o Is responsible for supervising the delivery of such services under a plan prescribed and approved in writing by the attending Physician.

- **Home Infusion Facility** - A facility which provides a combination of:

  o Skilled nursing services

  o Prescription Drugs

  o Medical supplies and appliances

in the home as Home Infusion Therapy for Total Parenteral Nutrition (TPN), Antibiotic therapy, Intravenous (IV) Chemotherapy, Enteral Nutrition Therapy, or IV pain management.

- **Hospice** - A facility Provider which provides medical, social, psychological, and spiritual care as palliative treatment for terminally ill patients in the home and/or as an Inpatient using an interdisciplinary team of professionals.

- **Hospital** - An institution which maintains an establishment for the medical or surgical care of bed patients for a continuous period longer than twenty-four hours and which:

  - Is open to the general public twenty-four hours each day for emergency care; and

  - Has a minimum of ten patient beds; and

  - Has an average of two thousand patient days per annum; and

  - Has on duty a registered nurse twenty-four hours each day; and

  - Is not primarily providing psychiatric, rehabilitative, drug or alcoholism treatment.

- **Laboratory (Clinical)**

- **Licensed Practical Nurse (L.P.N.)**

- **Occupational Therapist**

- **Outpatient Psychiatric Facility** - A facility which mainly provides diagnostic and therapeutic services for the treatment of Mental Health Disorders on an Outpatient basis.

- **Pharmacy** - An establishment licensed to dispense Prescription Drugs and other medications through a duly licensed pharmacist upon a Physician's order. A Pharmacy may be a Network Provider or a Non-Network Provider.

- **Physical Therapist**

- **Physician** - one of these professionals licensed under applicable State laws:

  - Doctor of Medicine (M.D.)

  - Doctor of Osteopathy (D.O.)

  - Podiatrist or Surgical Chiropodist (D.P.M. or D.S.C.)

  - Dental Surgeon (D.D.S.)

  - Chiropractor (D.C.)

  - Doctor of Optometry (O.D.)

- **Psychiatric Hospital** - A facility which, for compensation of its patients, is primarily engaged in providing diagnostic and therapeutic services for the Inpatient treatment of Mental Health Disorders. Such services are provided, by or under the supervision of, an organized staff of Physicians. Continuous nursing services are provided under the supervision of a Registered Nurse.

- **Psychologist** - A licensed clinical Psychologist. In states where there is no licensure law, the Psychologist must be certified by the appropriate professional body.

- **Rehabilitation Hospital** - A facility that is primarily engaged in providing rehabilitation services on an Inpatient basis. Rehabilitation care services consist of the combined use of medical, social, educational, and vocational services to enable patients disabled by disease or injury to achieve some reasonable level of functional ability. Services are provided by or under the supervision of an organized staff of Physicians. Continuous nursing services are provided under the supervision of a Registered Nurse.

- **Respiratory Therapist**

- **Registered Nurse**

- **Skilled Nursing Facility** - A facility that mainly provides Inpatient skilled nursing and related services to patients requiring convalescent and rehabilitative care. Such

care is given by or under the supervision of Physicians. A Skilled Nursing Facility is not, other than incidentally, a place that provides:

- Custodial, ambulatory, or part-time care; or
- Treatment for Mental Health Disorders, Substance Abuse, or pulmonary tuberculosis.

The facility or program must be licensed, certified, or otherwise authorized pursuant to the laws of the State of Ohio as a skilled nursing home and approved by Us to provide the skilled nursing services covered by this Certificate.

- **Social Worker (licensed)**
- **Speech Therapist**
- **Supplier of Durable Medical Equipment, Prosthetic Appliances and/or Medical Supplies**
- **Urgent Care Center** - A licensed health care facility that is organizationally separate from a Hospital and whose primary purpose is the offering and provision of immediate, short-term medical care, without appointment, for Urgent Care.

**Recovery** - A Recovery is money you receive from another, their insurer or from any "Uninsured Motorist," "Underinsured Motorist," "Medical-Payments," "No-Fault," or "Personal Injury Protection" or other insurance coverage provision as a result of injury or illness caused by another. Regardless of how you or your representative or any agreements characterize the money you receive, it shall be subject to the Subrogation and Reimbursement provisions of this Certificate.

**Service Area** - The geographical area within which Our Covered Services are available, as approved by state regulatory agencies.

**Single Coverage** - Coverage for the Subscriber only.

**Skilled Care** - Care which must be performed or supervised by a skilled licensed professional in the observation and/or assessment of treatment of an illness or injury. It is available 24 hours per day and usually involves a treatment plan.

**Stabilize** - The provision of medical treatment to you in an emergency as may be necessary to assure, within reasonable medical probability that material deterioration of your condition is not likely to result from or during any of the following:

- Your discharge from an emergency department or other care setting where Emergency Care is provided to you;
- Your transfer from an emergency department or other care setting to another facility; or
- Your transfer from a Hospital emergency department or other Hospital care setting to the Hospital's Inpatient setting.

**Subcontractor** - The Plan may subcontract particular services to organizations or entities that have specialized expertise in certain areas. This may include but is not limited to prescription drugs and mental health/behavioral health and substance abuse services. Such subcontracted organizations or entities may make benefit determinations and/or perform administrative, claims paying, or customer service duties on Our behalf.

**Subscriber** - An employee or member of the Group who is eligible to receive benefits under the Group Contract.

**Therapy Services** - Services and supplies used to promote recovery from an illness or injury. Covered Therapy Services are limited to those services specifically listed in the Covered Services section.

## 5  ELIGIBILITY AND ENROLLMENT

Coverage provided under this Certificate is made available to you because of your employment with or membership with or retirement from the Group.

In order for you to participate in the Group's benefit plan, certain requirements must be satisfied. These requirements may include probationary or waiting periods, and Actively At Work standards. The specific time periods and other standards for participation in the Group's benefit plan are determined by the Group, or state and/or federal law, and approved by Us. Eligibility requirements are described in general terms below.

### Eligibility

Unless We and the Group agree otherwise and notify you accordingly, the following eligibility rules apply:

### Subscriber

To be eligible to enroll as a Subscriber, an individual must:

- Be an employee of the Group who is entitled to participate in the benefit plan arranged by the Group, who has satisfied any probationary or waiting period established by the Group who is Actively At Work, and meets the eligibility criteria stated in the Group Contract.

- An employee of the Group who is entitled to coverage under a trust agreement or employment contract.

### Dependents

To be eligible for coverage to enroll as a Dependent, you must be listed on the enrollment form completed by the Subscriber, meet all Dependent eligibility criteria established by the Group and be:

- The Subscriber's legal spouse.

- The Subscriber's or the Subscriber's spouse's unmarried children, including stepchildren, newborn and legally adopted children. The event date for an adopted child is the earlier of the date of adoption or date of placement for adoption. Placement for adoption means the assumption and retention of legal obligation for total and partial support for a child in anticipation of adoption of such child (included are natural children, adopted children and children who the Group has determined are covered under a "Qualified Medical Child Support Order" as defined by ERISA or any applicable state law).

- Unmarried children of the Subscriber or the Subscriber's spouse if the Dependent child is allowed as a federal tax exemption, up to the Dependent age limit shown in the Schedule of Benefits.

- Unmarried children for whom the Subscriber or the Subscriber's spouse is a legal guardian. The Subscriber must submit an application within 31 days of the date legal guardianship is approved by the court.

All enrolled eligible, unmarried children will continue to be covered until the age limit listed in the Schedule of Benefits.

Eligibility will be continued past the age limit only for those already enrolled unmarried Dependents who cannot work to support themselves due to mental retardation or physical handicap. These Dependents must be allowed as a federal tax exemption by the Subscriber or Subscriber's spouse. The Dependent's disability must start before the end of the period they would become ineligible for coverage. The Plan must certify the Dependent's eligibility. The Plan must be informed of the Dependent's eligibility for continuation of coverage within 31 days after the Dependent would normally become ineligible. The Plan may require continued proof of such disability annually after the two year period

following this child's attainment of the limiting age.

The Plan may require the Subscriber to submit proof of continued eligibility for any enrolled child. Your failure to provide this information could result in termination of a child's coverage.

To obtain coverage for children, We may require that the Subscriber provide Us with a copy of any legal documents awarding guardianship of such child(ren) to the Subscriber. Temporary custody is not sufficient to establish eligibility under this Certificate.

Any foster child who is eligible for benefits provided by any governmental program or law will not be eligible for coverage under the Plan unless required by the laws of this state.

Coverage Effective Dates and enrollment requirements are described in the Group Contract.

# Enrollment

Persons who are eligible to enroll as Members must enroll at the time agreed upon by the Plan. Otherwise, they may be subject to the terms of a Late Enrollment or Special Enrollment as set forth in the Group Contract, whichever is applicable.

## Initial Enrollment

An Eligible Person can enroll for Single or Family Coverage by submitting an application to the Plan. That application must be received by the date established by the Group Contract or the Plan's underwriting rules for initial application for enrollment. If We do not receive the initial application by this date, the Eligible Person can only enroll for coverage under Late Enrollment period or during a Special Enrollment period, which ever is applicable.

If a Dependent of the Eligible Person qualifies as a Dependent under the Plan at the time of the Eligible Person's initial application for enrollment, but does not enroll, that person can only enroll for coverage under Late Enrollment period or during a Special Enrollment period, whichever is applicable.

It is important for you to know which family members are eligible to apply for benefits under Family Coverage. See the section on Eligible Dependents.

## Newborn and Adopted Child Coverage

Newborn children of the Subscriber or the Subscriber's spouse will be covered for illness or injury for an initial period of 31 days from the date of birth. Coverage for newborns will continue beyond the 31 days only if the Subscriber submits through the Group, or the Plan, a request to add the child under the Subscriber's Certificate. The request must be submitted within 31 days after the birth of the child. Failure to notify the Plan during this 31 day period will result in no coverage for the newborn beyond the first 31 days, except as permitted for a Late Enrollee.

A child will be considered adopted from the earlier of: (1) the moment of placement in your home; or (2) the date of an entry of an order granting custody of the child to you. The child will continue to be considered adopted unless the child is removed from your home prior to issuance of a legal decree of adoption.

## Adding a Child due to Legal Guardianship

If a Subscriber or the Subscriber's spouse is awarded legal guardianship for a child, an application must be submitted within 31 days of the date legal guardianship is awarded by the court or the child will be treated as a Late Enrollee. Coverage will be effective on the date the court approves legal guardianship if We receive an application within 31 days of that qualifying event.

## Qualified Medical Child Support Order

If you are required by a Qualified Medical Child Support Order, as defined by ERISA, to enroll your child under this Certificate, We will permit your child to enroll without regard to any eligibility requirements or limits and shall provide the benefits of this Certificate in accordance with the

applicable requirements of such order. Any claims payable under this Certificate will be paid to the child or the child's custodial parent or legal guardian, for any expenses paid by the child, custodial parent, or legal guardian. We will make information available to the child, custodial parent, or legal guardian on how to obtain benefits and submit claims to Us directly.

## Special Enrollment

A Special Enrollment period may occur if an Eligible Person or Dependent with other health coverage declined coverage under this Plan and then loses their other coverage, or if an Eligible Person or Subscriber gains a Dependent through marriage, birth, adoption or placement for adoption. If an Eligible Person or Dependent enrolls during a Special Enrollment period even if it is at the same time as an open enrollment period that person will not be treated as a Late Enrollee.

### Special Enrollment for Loss of Other Coverage

The Special Enrollment period for loss of other coverage is available to Eligible Persons and their Dependents who meet certain requirements:

- The Eligible Person and/or their Dependent must otherwise be eligible for coverage;

- When coverage under this Plan was declined, the Eligible Person or their Dependent must have been covered under another group plan or must have had other health insurance coverage, and enrollment must have been declined in writing on Our enrollment form application.

The rights under this Special Enrollment period may apply with respect to:

- An Eligible Person;

- A Dependent of an Eligible Person; or

- Both.

An Eligible Person who has not previously enrolled may enroll during the Special Enrollment period if they have lost their other coverage. A Dependent of a Subscriber may enroll during the Special Enrollment period if the Dependent lost their other coverage and the Subscriber is currently enrolled in this Plan. In addition, both the Eligible Person and a Dependent can enroll together if either the Eligible Person or the Dependent loses other coverage.

If the other coverage is COBRA continuation coverage, then Special Enrollment can only be requested after the COBRA continuation coverage has exhausted. If the other coverage is not COBRA continuation coverage, then Special Enrollment for the Eligible Person or Dependent can only be requested after one of the following has occurred:

- Eligibility for the other coverage was lost; or

- Employer contributions for the other coverage has ended.

Special Enrollment is not available if the other coverage is lost due to failure to pay premium or for fraud or misrepresentation.

Request for Special Enrollment must be made within 31 days of the loss of other coverage. Coverage under Special Enrollment will be effective no later than the first day of the month after the Eligible Person requests enrollment for himself or herself, or a Subscriber requests enrollment on behalf of a Dependent.

### Special Enrollment for New Dependents

A Special Enrollment period also occurs if an Eligible Person or a Subscriber acquires a new Dependent by marriage, birth, or adoption or placement for adoption. The request to enroll must be made within 31 days following the qualifying event.

- An Eligible Person who has previously declined to enroll is permitted to enroll themselves and their Dependents when they marry or acquire a new child as result of birth, adoption or placement for adoption.

- A Subscriber may enroll their spouse separately at the time of marriage or a child separately at the time of birth, adoption or placement for adoption.

Special Enrollment period coverage with respect to marriage, birth, adoption, or placement for adoption will be effective on the date of marriage, birth, adoption, or placement for adoption if We receive an application within 31 days of that qualifying event.

If We receive an application to add a Subscriber's Dependent or an Eligible Person and Dependent more than 31 days after the qualifying event, that person is only eligible for coverage as a Late Enrollee. Application forms are available from the Plan.

## Late Enrollment

An Eligible Person or Dependent who did not request enrollment for coverage during the initial enrollment period, or Special Enrollment period, or as a newly eligible Dependent who failed to qualify during the Special Enrollment period and did not enroll within 31 days of the date during which the individual was first entitled to enroll is considered a Late Enrollee and may only apply for coverage as a Late Enrollee during the Group's next annual enrollment.

## Notice of Changes

The Subscriber is responsible to notify the Group of any changes which will affect his or her eligibility or that of Dependents for services or benefits under this Certificate. The Plan must be notified of any changes as soon as possible but no later than within 31 days of the event. This includes changes in address, marriage, divorce, death, change of Dependent disability or dependency status, enrollment or disenrollment in another health plan or Medicare. Failure to notify Us of persons no longer eligible for services will not obligate Us to provide such services. Acceptance of payments from the Group for persons no longer eligible for services will not obligate Us to provide such services.

Family Coverage should be changed to Single Coverage when only the Subscriber is eligible. When notice is provided within 31 days of the event, the Effective Date of coverage is the event date causing the change to Single Coverage. The Plan must be notified when a Member becomes eligible for Medicare.

All notifications by the Group must be in writing and on approved forms. Such notifications must include all information reasonably required to effect the necessary changes.

If the Plan determines that the Member is not eligible for coverage, the Plan may cancel that Member's coverage immediately. The termination date shall be retroactive to the date the person was no longer eligible. The Plan has the right to bill the Subscriber for the cost of any services provided to such person during the period such person was not eligible under the Subscriber's coverage.

## Nondiscrimination

No person who is eligible to enroll will be refused enrollment based on health status, health care needs, genetic information, previous medical information, disability or age.

# Effective Date of Coverage

For information on your specific Effective Date of Coverage under this Certificate, you should see your Human Resources or benefits department or contact Us.

# When Your Coverage Starts

Coverage starts on the Effective Date for all Members.

## Continuous Coverage

If you were previously covered by a plan with the Group and Us, immediately prior to enrolling in this Plan, with no break in coverage, you will receive credit for any accrued Deductible and

Out-of-Pocket amounts. However, any maximums used under that plan will be carried over and charged against the maximums under this Certificate.

## Statements and Forms

Members or applicants for membership shall complete and submit to the Plan applications, medical review questionnaires, or other forms or statements the Plan may reasonably request. Members represent to the best of their knowledge and belief that all information contained in such applications, questionnaires, forms, or statements submitted to the Plan is true, correct, and complete, and all rights to benefits under this Certificate are subject to the condition that all such information is true, correct and complete. Any misrepresentation by the member may result in termination of coverage as provided in the

Termination of Coverage provision.

### Delivery of Documents

We will provide an Identification Card and a Certificate for each Subscriber.

## Out of Service Area Dependent Child Coverage

Benefits for Covered Services will be provided for enrolled Dependent children who reside outside of the Service Area due to such children attending an out of Service Area educational institution or residing with the Subscriber's former spouse. Payment of benefits for these additional Covered Services is limited to the Maximum Allowable Amount. You may be responsible for any amount in excess of the Maximum Allowable Amount.

## 6  TERMINATION, CONTINUATION AND CONVERSION

### Termination

**This Certificate of coverage is issued under a Group Contract which is guaranteed renewable at the option of the Group Contract holder. Termination of the Group Contract automatically terminates all your coverage as of the date of termination. It is the responsibility of the Group to notify you of the termination of the coverage. However, the coverage will be terminated, regardless of whether the notice is given.**

Except as otherwise provided, your coverage will terminate as follows:

- If you cease to meet eligibility requirements as outlined in this Certificate, your coverage will terminate. The Group and/or you shall notify Us immediately if you cease to meet the eligibility requirements. The Group and/or you shall be responsible for payment for any services incurred by you after you cease to meet eligibility requirements.

- If you engage in fraudulent conduct or furnish Us fraudulent or misleading material information relating to claims or application for coverage, then We may terminate your coverage. Termination is effective on the date you engaged in fraudulent conduct or furnished fraudulent or misleading material information, whichever is applicable. You shall be responsible to pay Us for the cost of previously received services based on the Maximum Allowable Amount for such services, less any Copayments made or Premium paid for such services. We will also terminate your Dependent's coverage, effective on the date your coverage was terminated. We will notify the Group in the event We terminate your and your Dependent's coverage.

- If you stop being a Subscriber, or do not pay the required contribution, coverage terminates for all Members at the end of the period for which payment was made.

- A Dependent's coverage terminates on the date that person no longer meets the definition of Dependent.

- If coverage is through an association, coverage terminates the date membership in the association ends.

## Removal of Members

Upon written request through the Group, a Subscriber may disenroll any Member from this health benefit plan. If so requested, no benefits will be provided for Covered Services rendered after the Member's termination date.

## Reinstatement

If coverage under this Certificate lapses because the Premium has not been paid within the time allowed, you will not be reinstated automatically. Re-application may be necessary, unless termination resulted from inadvertent clerical error. Your coverage shall not be adversely affected due to the Group's clerical error. However, the Group is liable to Us if We incur financial loss as a result of the Group's clerical error.

## Certification of Coverage

If your coverage under this Plan is terminated, you and your covered Dependents will receive a certification that shows your period of coverage under this health benefit plan. You may need to furnish the certification if you become eligible under another group health plan. You may also need the certification to buy, for yourself or your family, an individual policy that does not exclude coverage for medical conditions that were present before your enrollment. You and your Dependents may request a certification within 24 months of losing coverage under this health benefit plan.

## Continuation of Coverage

### State Continuation Provisions

If the Subscriber's coverage stops due to an involuntary termination of employment, the Subscriber may be eligible to continue group coverage. The Subscriber is eligible for continuation of group benefits when at the time of termination the Subscriber meets all of the following criteria:

- Continuously covered by the Group Contract or a similar contract for the three month period immediately prior to termination of employment;

- Eligible for unemployment compensation;

- Not eligible for nor covered by Medicare; and

- Not eligible for any other group medical coverage.

If the Subscriber is eligible for continuation of group benefits, coverage for the Subscriber and his/her eligible Dependents may continue for up to six months following termination of employment. This continuation of coverage applies only to health coverage and is contingent upon the Subscriber's payment of the required premium.

Contact your personnel office for information on continuation of group coverage before your last day of work.

### Federal Continuation of Coverage (COBRA)

If you are covered under a Group which is subject to the requirements of the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985 as amended, the Plan provides that each of the qualified beneficiaries listed below has the right to choose continuation coverage if his or her coverage under the Certificate would otherwise end. The election period lasts for 60 days and begins to run on the later of either the date that the qualified beneficiary would lose coverage due to the qualifying event or the date you are sent notice of your right to continuation coverage.

Unless the election specifies otherwise, an election by a Subscriber or a covered spouse is also considered an election on behalf of any other qualified beneficiary who would also lose coverage due to that qualifying event.

- If COBRA applies to the Group, any Subscriber whose coverage under this Certificate has been terminated due to:

  - Termination of employment (unless because of gross misconduct);
  - Reduction in the number of hours worked; or
  - The elimination of coverage, in whole or substantially in part, within one year before or after the commencement of bankruptcy by or against the Group from whose employment the Subscriber had retired at any time; is entitled to continue his or her existing Group benefits at 102 percent of the then applicable Group rate.

Under State law, any Subscriber whose coverage has been terminated under this Certificate due to termination of employment for gross misconduct or who otherwise loses Group membership will be entitled to continue Group benefits at the Group rate for a maximum period of 6 months from the date the Subscriber's coverage would have otherwise terminated under this Certificate, as provided in the section called State Continuation Provisions.

- Federal Continuation of Coverage is available to covered spouses and children who lose coverage due to:

  - The death of the Subscriber;
  - Divorce from the Subscriber;
  - The Subscriber's eligibility for Medicare coverage; or
  - The Member's loss of dependency status.

Federal Continuation of Coverage is also available to children born to, or placed for adoption with, the Subscriber during a period of Federal Continuation of Coverage.

- Federal Continuation of Coverage will terminate on the earlier of:

  - 18 months from the date the Member's coverage otherwise would have terminated under this Certificate because of the Subscriber's termination of employment or reduction in hours worked.
  - 36 months from the date a Member's coverage otherwise would have terminated under this Certificate because of the Subscriber's death, divorce, coverage under Social Security, or the Member child ceasing to be a Dependent child.
  - Death, for a retired Subscriber continuing benefits due to the Group's bankruptcy, and 36 additional months for a Member who is a surviving spouse; the date the Member is entitled to Medicare or is covered by other group coverage. If the other group coverage excludes or limits benefits for a Pre-Existing Condition, this provision does not apply, unless such Exclusion or limitation would not apply as a result of (or would be satisfied by) the provisions of the Health Insurance Portability and Accountability Act of 1996.
  - 29 months from the date of the qualifying event if the Member is disabled under Title II or XVI of the Social Security Act at the time coverage under this Certificate ended, or becomes disabled at any time during the first 60 days of Federal Continuation of Coverage. One hundred and fifty percent of the applicable Premium may be charged for the last 11 months thereof.
  - The date through which the Member has timely paid the applicable Premium.
  - The date the Group Contract is terminated. If the Group has other group health coverage, the Member may be eligible to continue benefits under the other health coverage.

- In order to obtain COBRA coverage under this Certificate, the Group must:

  - Notify all Members of their right to continued group coverage as required by federal law.
  - Notify Us as soon as possible of a qualifying event and of the selection by a Member of continued group coverage and of the Effective Date of COBRA coverage.
  - Collect and forward Premiums on a timely basis.
  - In order to obtain this coverage for COBRA continues enrolled with the Group prior to beginning coverage under this Certificate, the Group must provide all information requested by the Plan regarding COBRA continues at the same time the Group application is made. In order to obtain this coverage for COBRA continues acquired as a result of an acquisition or merger, the Group must provide this information to the Plan prior to the effective date of the acquisition or merger.

- In order to obtain COBRA coverage under this Certificate, the Member must:

  - Notify and provide documentation to the Group within 60 days of:
    - A separation or divorce from the spouse;
    - The birth or adoption of a child;
    - A change in a Member child's dependency status; or
    - A Social Security disability determination.
  - Request in writing to continue the Group coverage within 60 days after notice of that right has been given by the Group; and
  - Pay the first applicable Premium to the Group within 45 days of the election date, and pay the remaining Premiums within 30 days of the due date.

- A Member whose coverage hereunder terminates at the end of the maximum coverage period will be eligible for Conversion coverage as set forth below in the section on Conversion.

## Continuation of Coverage due to Military Service

In the event you are no longer Actively At Work due to military service in the Armed Forces of the United States, you may elect to continue health coverage for yourself and your Dependents (if any) under this Certificate in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1984, as amended and state law.

"Military service" means performance of duty on a voluntary or involuntary basis, and includes active duty, active duty for training, initial active duty for training, inactive duty training, and full-time National Guard duty.

You may elect to continue to cover yourself and your eligible Dependents (if any) under this Certificate by notifying your employer in advance and payment of any required contribution for health coverage. This may include the amount the employer normally pays on your behalf. If your military service is for a period of time less than 31 days, you may not be required to pay more than the active Member contribution, if any, for continuation of health coverage.

If continuation is elected under this provision, the maximum period of health coverage under this Certificate shall be the lesser of:

1. The 18 month period beginning on the first date of your absence from work. The eighteen month continuation of coverage can be extended to a thirty-six month period if any of the following occurs during the eighteen month period:

   · the death of the Reservist;
   · the divorce or separation of a Reservist from the Reservist's spouse; or
   · the cessation of dependency of a child pursuant to the terms of the Contract, ; or

2. The day after the date on which you fail to apply for or return to a position of employment.

Regardless whether you continue your health coverage, if you return to your position of employment your health coverage and that of your eligible Dependents (if any) will be reinstated under this Certificate. No exclusions or waiting period may be imposed on you or your eligible Dependents in connection with this reinstatement unless a Sickness or Injury is determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, the performance of military service.

### Family and Medical Leave Act

If the Group is subject to the requirements of the Family and Medical Leave Act of 1993 (FMLA) as amended, any Subscriber entitled to FMLA leave may continue his/her coverage, and any Dependents' coverage, under this Certificate as if continuously employed during the entire FMLA leave period. Certain limitations stated below may apply. No new conditions or waiting periods will apply to the coverage upon your return to work.

You may be entitled to FMLA leave for the following reasons:

- birth of a child, and to care for such child;

- placement of a child with you for adoption or foster care;

- to care for your seriously ill spouse, child, or parent;

- a serious health condition that makes you unable to perform your job functions.

The Group is responsible for determination of your eligibility, rights, or length of leave period for FMLA, and shall notify the Plan for purposes of continuing your coverage under this Certificate.

## Conversion

An option to purchase a conversion coverage is available to:

- a Subscriber when group coverage ends due to termination of the Subscriber's employment in the Group. The conversion policy may cover the Subscriber and Dependents;

- a surviving spouse when coverage ends due to death of the Subscriber. The conversion coverage may cover the spouse and children who are Dependents;

- a Subscriber's spouse whose coverage ends due to divorce, dissolution or annulment of marriage;

- a child who ceases to be a Dependent due to attainment of the maximum age limit; or

- a Dependent whose coverage terminated because the Subscriber moved outside of the Service Area, if that Dependent still lives in the Service Area.

You are not eligible for conversion coverage if:

- you are eligible for benefits under Medicare or under state, federal or other insurance which duplicates Medicare benefits; or

- you are eligible for group insurance.

The Plan will send you notice of your conversion option. Following that notice you must apply in writing to the Plan for conversion. That application must be submitted no later than:

- either thirty days after you receive notice that your coverage under this Certificate is cancelled; or,

- sixty days after your coverage stops under this Certificate if you did not get written notice of the conversion privilege from Us.

Conversion coverage will be different from the coverage provided under this Certificate. Federally Eligible Individuals have the option to convert to a basic or standard plan. You must pay for conversion coverage from the date you stop being a Subscriber under this Certificate. If you pay from that date, your coverage under the conversion contract will start on the date the coverage under this Certificate stops.

## 7  HOW TO OBTAIN COVERED SERVICES

Network Providers are the key to providing and coordinating your health care services. Benefits are provided when you obtain Covered Services from Providers; however, the broadest benefits are provided for services obtained from Network Providers. **Services you obtain from any Provider other than a Network Provider which are not an Authorized Service or Emergency Care are considered a Non-Network Service.** Contact your Network Provider or Us to be sure that Prior Authorization and/or Precertification has been obtained.

### Network Services and Benefits

If your care is rendered by a Network Provider benefits will be provided at the Network level. No benefits will be provided for care that is not a Covered Service even if performed by a Network Provider. All medical care must be under the direction of Physicians. We have final authority to determine the Medical Necessity of the service.

- **Network Providers** - include Physicians, other professional Providers, Hospitals, and other facility Providers who contract with Us to perform services for you.

  For services rendered by Network Providers:

  - The highest benefit payment is available through Network Providers or for services performed as Emergency Care from any Providers.
  - You will not be required to file any claims for services you obtain directly from Network Providers. Network Providers will seek compensation for Covered Services rendered from Us and not from you except for approved Copayments and/or Deductibles. Network Providers have agreed to accept the Maximum Allowable Amount as payment in full. You may be billed by your Network Provider(s) for any non-Covered Services you receive

    or where you have not acted in accordance with this Certificate.
  - Network Providers are responsible for services which the Plan determines are not Medically Necessary.
  - Health Care Management is the responsibility of the Network Provider.

If there is no Network Provider who is qualified to perform the treatment you require, contact Us and We may approve a Non-Network Provider for that service as an Authorized Service.

### Non-Network Services

Services which are not obtained from a Network Provider or not an Authorized Service will be considered a Non-Network Service. The only exception is Emergency Care.

Non-Network Providers include all Providers who are eligible to provide Covered Services under the Certificate but who do not contract with the Plan.

For services rendered by a Non-Network Provider, you are responsible for:

- The difference between the actual charge and the Maximum Allowable Amount as defined in this Certificate in addition to any Deductibles and/or Copayments.
- Services that are not Medically Necessary.
- Obtaining any Precertification which is required.
- Filing claims.
- Higher cost sharing amounts.

### Coronary Services Centers

You are encouraged to use the Coronary Services Centers when you require certain non-emergency cardiac care. Hospitals that are selected to participate as a Coronary Services Center have

undergone a rigorous evaluation process. Contact Us as soon as your Physician suggests that your cardiac condition may require treatment. Precertification is required for non-Emergency Inpatient admissions for cardiac care. We encourage you to obtain services from a Coronary Services Center.

If at any time you experience life-threatening cardiac symptoms, such as chest pains or shortness of breath, do not hesitate to seek care immediately at the nearest Hospital. Please refer to the Emergency Care section in this Certificate for further information.

The Plan will provide assistance with reasonable and necessary travel expenses as determined by Us when you obtain prior approval and are required to travel more than 75 miles from your residence to reach the nearest Coronary Services Center.

Our assistance with travel expenses includes transportation to and from the nearest Coronary Services Center, lodging and meals. The Member must submit itemized receipts for transportation, meals, and lodging expenses in a form satisfactory to Us when claims are filed. Contact Us for detailed information.

## Services not available within the Service Area

If a Member requires treatment which is not available from a Network Provider within the Service Area, the Plan will cover that treatment from a Non-Network Provider subject to the same Copayments that apply for Network Providers. The Plan will provide assistance with reasonable and necessary travel expenses as determined by Us when you obtain prior approval and are required to travel more than 75 miles miles from your residence as a result of services not being available within the Service Area.

Our assistance with travel expenses includes transportation to and from the nearest Network Provider facility, lodging and meals. The Member must submit itemized receipts for transportation, meals, and lodging expenses in a form satisfactory to Us when claims are filed. Contact Us for

detailed information.

You will not be required to pay more for medical services than if the services had been received from a Network Provider within the Service Area.

## Relationship of Parties (Plan - Network Providers)

The relationship between the Plan and Network Providers is an independent contractor relationship. Network Providers are not agents or employees of the Plan, nor is the Plan, or any employee of the Plan, an employee or agent of Network Providers.

The Plan shall not be responsible for any claim or demand on account of damages arising out of, or in any manner connected with, any injuries suffered by a Member while receiving care from any Network Provider or in any Network Provider's facilities.

Your Network Provider's agreement for providing Covered Services may include financial incentives or risk sharing relationships related to provision of services or referrals to other Providers, including Network and Non-Network Providers and disease management programs. If you have questions regarding such incentives or risk sharing relationships, please contact Us or your Provider.

## Not Liable for Provider Acts or Omissions

The Plan is not responsible for the actual care you receive from any person. This Certificate does not give anyone any claim, right, or cause of action against the Plan based on what a Provider does or does not do.

## Identification Card

Whenever you receive care from a Network Provider or other Provider, you must show your Identification Card. Possession of an

Identification Card confers no rights to services and other benefits under this Certificate. To be entitled to such services or benefits you must be a Member on whose behalf all applicable Premiums under this Certificate have been paid. If you receive services or other benefits to which you are not then entitled under the provisions of this Certificate you will be responsible for the actual cost of such services or benefits.

## 8   HEALTH CARE MANAGEMENT

Health Care Management is included in your health care benefits to encourage you to seek quality medical care on the most cost-effective and appropriate basis.

Health Care Management is a process designed to promote the delivery of cost-effective medical care to all Members by reviewing the use of appropriate procedures, setting (place of service), and resources through Case Management and through Precertification review requirements which may be conducted either prospectively (Prospective review), concurrently (Concurrent review), or retrospectively (Retrospective review).

If you have any questions regarding Health Care Management or to determine which services require Precertification, call the Precertification telephone number on the back of your Identification Card or refer to Our website, www.anthem.com.

Members are entitled to receive upon request and free of charge reasonable access to and copies of documents, records, and other information relevant to the Member's Precertification request.

Your right to benefits for Covered Services provided under this Certificate is subject to certain policies, guidelines and limitations, including, but not limited to, Our Medical Policy and Health Care Management features listed in this section.

A description of each Health Care Management feature, its purpose, requirements and effects on benefits is provided in this section.

## Medical Policy

The purpose of Medical Policy is to assist in the interpretation of Medical Necessity. However, the Certificate and Group Contract take precedence over Medical Policy. Medical technology is constantly changing and We reserve the right to review and update Medical Policy periodically.

## Precertification

**NOTICE: Precertification or prior authorization does NOT guarantee coverage for or the payment of the service or procedure reviewed. It is a confirmation of medical necessity only.**

**Precertification** is a Health Care Management feature which requires that an approval be obtained from Us before incurring expenses for certain Covered Services. Our procedures and timeframes for making decisions for Precertification requests differ depending on when the request is received and the type of service that is the subject of the Precertification request.

**Urgent Review** means a review for medical care or treatment that in the opinion of the treating Provider or any Physician with knowledge of the Member's medical condition, could in the absence of such care or treatment, seriously jeopardize the life or health of the Member or the ability of the Member to regain maximum function, or, in the opinion of a Physician with knowledge of the Member's medical condition, would subject the Member to severe pain that cannot be adequately managed without such care or treatment. The Plan, applying the prudent layperson standard, may determine that an Urgent Review should be conducted. Concurrent reviews of continued Hospital stays will always be considered urgent.

When care is evaluated, both Medical Necessity and appropriate length of stay will be determined. Medical Necessity includes a review

of both the services and the setting. The care will be covered according to your benefits for the number of days approved unless our Concurrent review determines that the number of days should be revised. If a request is denied, the Provider may request a reconsideration. Our Physician reviewer will be available by telephone for the reconsideration within one business day of the request. An expedited reconsideration may be requested when the Member's health requires an earlier decision.

Most Providers know which services require Precertification and will obtain any required Precertification. Your Network Providers have been provided detailed information regarding Health Care Management procedures and are responsible for assuring that the requirements of Health Care Management are met. Generally, the ordering Provider, facility or attending Physician will call to request a Precertification review ("requesting provider"). We will work directly with the requesting provider for the Precertification request. However, you may designate an authorized representative to act on your behalf for a specific Precertification request. The authorized representative can be anyone who is 18 years or older. For Urgent Reviews as defined above, the requesting Provider will be presumed to be acting as your authorized representative. For more information on Our process for designating an authorized representative, call the **Precertification telephone number** on the back of your Identification Card.

**You are responsible for obtaining Precertification for certain services you obtain:**

- **from a Non-Network Provider; or**

- **from a Network Provider through the local Blue Cross and Blue Shield Plan if you are traveling or you live outside of the Service Area.**

**When it is your responsibility to obtain Precertification, you should either:**

- **verify that the Non-Network or Blue Card Provider obtains the required Precertification; or**

- **obtain the required Precertification yourself.**

**If you or your Non-Network or Blue Card Provider do not obtain the required Precertification, a Retrospective review will be done to determine if your care was Medically Necessary. You are responsible for all charges for services We determine are not Medically Necessary.**

For Emergency admissions and Maternity stays of 48 hours for vaginal delivery or 96 hours in the case of C-section delivery, Precertification is not required; however, you must notify Us of your admission within 24 hours or as soon as possible within a reasonable period of time.

### Precertification Procedures

**Prospective review** means a review of a request for Precertification that is conducted prior to a Member's Hospital admission or course of treatment. For Prospective reviews, a decision will be made and telephone notice of the decision will be provided to the requesting provider, as soon as possible, taking into account the medical circumstances, but not later than two business days from the time the request is received by Us. For Urgent reviews, telephone notice will be provided to the requesting provider as soon as possible taking into account the medical urgency of the situation, but not later than one calendar day from the time the request is received by Us.

If additional information is needed to certify benefits for services, We will notify the requesting provider by telephone and send written notification to you or your authorized representative and the requesting provider of the specific information necessary to complete the review as soon as possible, but not later than two business days after receipt of the request. For Urgent Reviews, We will notify the requesting provider by telephone of the specific information necessary to complete the review within 24 hours after receipt of the request by Us.

The requested information must be provided to Us within 45 calendar days. Note: If the 45th day falls on a weekend or holiday, the time frame

for submission is extended to the next business day. For Urgent Reviews, the requested information must be provided within 48 hours after Our request for specific information.

A decision will be made and telephone notice of the decision will be provided to the requesting provider as soon as possible, but not later than two business days (one calendar day for Urgent Reviews) after Our receipt of the requested information.

If a response to Our request for specific information is not received or is not complete, a decision will be made based upon the information in Our possession and telephone notice of the decision will be provided to the requesting provider not later than two business days (one calendar day for Urgent Reviews) after the expiration of the period to submit the requested information.

Written notice of Prospective review decisions will be provided to you or your authorized representative and the Provider(s) within one business day of the date the decision is rendered.

## Concurrent Review

**Concurrent review** means a review of a request for Precertification that is conducted during a Member's Inpatient Hospital stay or course of treatment. As a result of Concurrent review, additional benefits may be approved for care which exceeds the benefit(s) originally authorized by Our Health Care Management staff.

If a request for Concurrent review is received within 24 hours prior to the expiration of the end of the approved care, and it qualifies for Urgent Review, a decision will be made and telephone notice of the decision will be provided to the requesting provider as soon as possible, taking into account the medical urgency of the situation, but not later than 24 hours from the time the request is received by Us. If the request is not received within 24 hours prior to the end of the approved care, the decision will be made and telephone notice of the decision will be provided to the requesting provider within one calendar day from the time the request is received by Us.

For Concurrent reviews that do not qualify

for Urgent Review, the decision will be made and telephone notice will be provided to the requesting provider within one business day from the time the request is received by Us.

If additional information is needed to certify benefits for services for a Concurrent review that does not qualify for Urgent review, We will notify the requesting provider by telephone and will send written notice to you or your authorized representative and the requesting provider of the specific information necessary to complete the review within one business day after receipt of the request. You or your authorized representative and the requesting provider have 45 calendar days from the date of Our request to provide the information to Us. Note: If the 45th day falls on a weekend or holiday, the time frame for submission is extended to the next business day. A decision will be made and telephone notice of the decision will be provided to the requesting provider within one business day from the time the requested information is received by Us. If a response to Our request for specific information is not received or is not complete, a decision will be made based upon the information in Our possession and telephone notice of the decision will be provided to the requesting provider not later than one business day after expiration of the period to submit the requested information.

Written notice of Concurrent review decisions will be sent to you or your authorized representative and the Provider(s) within one business day of the date the decision is rendered.

We will not reduce or terminate **a previously approved** on-going course of treatment until you or your authorized representative receive telephone notice of Our decision and have an opportunity to appeal the decision and receive notice of the appeal decision.

## Retrospective Review

**Retrospective review** means a review of a request for Precertification that is conducted after health care services have been provided to a Member. If Precertification is required and approval is not obtained prior to the service being rendered, We will conduct a Retrospective review.

Retrospective review may be completed before a claim is submitted (pre-claim) or after a claim is submitted (post-claim). It does not include a post-claim review that is limited to an evaluation of reimbursement levels, veracity of documentation, accuracy of coding, or adjudication of payment.

For Retrospective review, a decision will be made within 15 calendar days from the time the request is received by Us (pre-claim) or within 30 calendar days from the time the claim is received by Us (post-claim). Written notice of Retrospective review decisions will be provided to you or your authorized representative and the Provider(s) within five business days of the date the decision is rendered, but not later than 15 calendar days from the time the request is received by Us (pre-claim) or 30 calendar days from the time the claim is received by Us (post-claim).

If additional information is needed to certify benefits for services, We will notify you or your authorized representative and the requesting provider in writing of the specific information necessary to complete the review within 15 calendar days after receipt of the request (pre-claim) or 30 calendar days after receipt of the claim (post-claim).

For pre-claim Retrospective reviews, you or your authorized representative and the requesting provider have 45 calendar days from the date of Our request to provide the information to Us. Note: If the 45th day falls on a weekend or holiday, the time frame for submission is extended to the next business day.

For post-claim Retrospective reviews, you or your authorized representative and the requesting Provider have a reasonable amount of time taking into account the circumstances, but not less than forty-five calendar days from the date of Our request to provide the additional information to Us.

For pre-claim Retrospective review, a decision will be made within 15 calendar days from the time the requested information is received by Us.

If a response to Our request for specific information is not received or is not complete, a decision will be made based upon the information in Our possession not later than 15 calendar days after expiration of the period to submit the requested information. Written notice of the decision will be provided to you or your authorized representative and the Provider(s) within five business days of the date the decision is rendered, but not later than 15 calendar days of receiving the requested information or 15 calendar days of the expiration of the time period for submitting the information, whichever occurs first.

For post-claim Retrospective review, a decision will be made within 15 calendar days from the time the requested information is received by Us. If additional information is requested and received, written notice of the decision will be provided to you or your authorized representative and the Provider(s) within five business days of the date the decision is rendered, but not later than 15 calendar days of receiving the requested information.

## Case Management (Includes Discharge Planning)

Case Management is a Health Care Management feature designed to assure the most appropriate and cost effective care setting. This feature allows Us to customize your benefits by approving otherwise non-Covered Services or arranging an earlier discharge from an Inpatient setting for a patient whose care could be safely rendered in an alternate care setting. That alternate care setting or customized service will be covered only when arranged and approved in advance by Our Health Care Management staff. In managing your care, We have the right to authorize substitution of Outpatient Services or services in your home to the extent that benefits are still available for Inpatient Services.

# 9  COVERED SERVICES

This section describes the Covered Services available under your health care benefits when provided and billed by Providers. **Care must be received from a Network Provider to be covered at the Network level, except for Emergency Care and Urgent Care. Services which are not received from a Network Provider will be considered a Non-Network Service, unless otherwise specified in this Certificate.** The amount payable for Covered Services varies depending on whether you receive your care from a Network Provider or a Non-Network Provider.

If you use a Non-Network Provider, you are responsible for the difference between the Non-Network Provider's charge and the Maximum Allowable Amount, in addition to any applicable Copayment or Deductible. We cannot prohibit Non-Network Providers from billing you for the difference in the Non-Network Provider's charge and the Maximum Allowable Amount.

All Covered Services and benefits are subject to the conditions, Exclusions, limitations, terms and provisions of this Certificate, including any attachments, riders and endorsements. Covered Services must be Medically Necessary and not Experimental/Investigative. The fact that a Provider may prescribe, order, recommend or approve a service, treatment or supply does not make it Medically Necessary or a Covered Service and does not guarantee payment. To receive maximum benefits for Covered Services, you must follow the terms of the Certificate, including use of Network Providers, and obtain any required Prior Authorization. Contact your Network Provider to be sure that Prior Authorization/Precertification has been obtained. We base Our decisions about Prior Authorization, Precertification, Medical Necessity, Experimental/Investigative services and new technology on Our Medical Policy. We may also consider published peer-review medical literature, opinions of experts and the recommendations of nationally recognized public and private organizations which review the medical effectiveness of health care services and technology.

Benefits for Covered Services may be payable subject to an approved treatment plan created under the terms of this Certificate. Benefits for Covered Services are based on the Maximum Allowable Amount for such service. Our payment for Covered Services will be limited by any applicable Copayment, Deductible, Benefit Period maximum, or Lifetime Maximum in this Certificate.

## Preventive Care Services

Preventive Care Services mean care which is rendered by a Provider to prevent future health problems for a Member who does not exhibit any current symptoms. See your **Schedule of Benefits** for any limitations.

Preventive Care Services include:

### Routine Exams and Immunizations

- Routine or periodic exams (e.g., pelvic exams). Having the right exams at the right times may help you avoid serious illness. Check with your Provider for specific health guidelines based on your age and family history.

  o Family history, current health problems and lifestyle all affect your risk for disease. Talk to your Provider to determine if you are at high risk for specific diseases and then together determine your appropriate exam schedule.

  o Physical exams and immunizations required for enrollment in any insurance program, as a condition of employment, for licensing, or for other purposes, are not covered.

  o Immunizations (including those required for school). Immunizations protect you from certain diseases and help prevent epidemics. While

immunization risks to your health are low, the risks from disease are high.

o Both children and adults need immunizations to help keep them healthy. Check with your Provider about the immunization schedules recommended for children and adults.

- Routine hearing exams.

- Routine eye exams.

- Annual medical diabetes eye exams.

### Routine/Preventive Diagnostic Services

- One routine screening mammogram is covered per calendar year regardless of age.

- Routine cytologic screening (pap test).

- One routine prostate specific antigen (PSA) test is covered per calendar year regardless of age.

- One colorectal cancer examination and related laboratory tests is covered per calendar year regardless of age. Exams and tests will be covered more often as recommended by the current American Cancer Society guidelines.

- Other routine Diagnostic Services as determined appropriate for your age or sex when performed on an asymptomatic patient.

### Diabetes Self Management Training

Diabetes self-management training is covered for an individual with insulin dependent diabetes, non-insulin dependent diabetes, or elevated blood glucose levels induced by pregnancy or another medical condition when:

- Medically Necessary;

- Ordered in writing by a Physician or a podiatrist; and

- Provided by a Health Care Professional who is licensed, registered, or certified under state law.

Coverage for diabetes self-management training is limited to:

- One (1) visit after receiving an initial diagnosis of diabetes;

- One (1) visit after receiving a diagnosis by a Physician or a podiatrist that represents a significant change in your symptoms or condition and makes changes in your self-management Medically Necessary; and

- One (1) visit for reeducation or refresher training per Benefit Period.

For the purposes of this provision:

A "Health Care Professional" means the Physician or podiatrist ordering the training or a Provider who has obtained certification in diabetes education by the American Diabetes Association.

A "visit" means a 2 to 3 hour maximum diabetes education session provided by a Health Care Professional in an Outpatient facility or in a Physician's or podiatrist's office.

### Physician Office Services

Office Services include care in a Physician's office that is not related to Maternity and Mental Health/Substance Abuse Services, except as specified. Refer to the sections entitled **Maternity Services** and **Mental Health/Substance Abuse Services** for services covered by the Plan. **For Emergency Accident or Emergency Medical Care, refer to the Emergency Care and Urgent Care section.**

**Office visits** for medical care and consultations to examine, diagnose, and treat an illness or injury performed in the Physician's office. Office visits include injections such as allergy injections. When an allergy injection or allergy serum is the only charge from a Physician's office, if a Copayment is stated in dollars it is

waived. Any Copayment stated as a percentage will still apply.

**Diagnostic Services** when required to diagnose or monitor a symptom, disease or condition.

**Surgery** and Surgical services including anesthesia and supplies. The surgical fee includes normal post-operative care.

**Therapy Services** for Physical Medicine Therapies and Other Therapies when rendered in the office of a Physician or other professional Provider.

## Inpatient Services

Inpatient Services do not include care related to Maternity and Mental Health Conditions, except as specified. Refer to the sections for **Maternity Services and Mental Health/Substance Abuse Services** for services covered by the Plan. Inpatient Services include:

- Charges from a Hospital, Skilled Nursing Facility (SNF) or other Provider for Room, Board and General Nursing Services;

- Ancillary Services; and

- Professional services from a Physician while an Inpatient.

### Room, Board, and General Nursing Services

- A room with two or more beds.

- A private room. The private room allowance is the Provider's average semi-private room rate unless it is Medically Necessary that you occupy a private room for isolation and no isolation facilities are available.

- A room in a special care unit approved by Us. The unit must have facilities, equipment and supportive services for intensive care of critically ill patients.

### Ancillary Services

- Operating, delivery and treatment rooms and equipment;

- Prescribed drugs;

- Anesthesia, anesthesia supplies and services given by an employee of the Hospital or other Facility Provider;

- Medical and surgical dressings, supplies, casts and splints;

- Diagnostic Services;

- Therapy Services.

### Professional Services

- **Medical care visits** limited to one visit per day by any one Physician.

- **Intensive medical care** for constant attendance and treatment when your condition requires it for a prolonged time.

- **Concurrent care** for a medical condition by a Physician who is not your surgeon while you are in the Hospital for surgery. Care by two or more Physicians during one Hospital stay when the nature or severity of your condition requires the skills of separate Physicians.

- **Consultation** which is a personal bedside examination by another Physician when requested by your Physician. Staff consultations required by Hospital rules are excluded.

- **Surgery and the administration of anesthesia.**

- **Newborn examinations** by a Physician other than the Physician who performed the obstetrical delivery.

## Copayment Waiver

When a Member is transferred from one Hospital or other facility Provider to another Hospital or other facility Provider on the same day, any Copayment stated in dollars per admission in the Schedule of Benefits is waived for the second admission. Copayments stated as a percentage are not waived.

# Outpatient Services

Outpatient Services include both facility and professional charges for Surgical Services, Diagnostic Services and Therapy Services when rendered as an Outpatient at a Hospital or other Provider. Outpatient Services do not include care that is related to Maternity or Mental Health/Substance Abuse Services, except as otherwise specified. Refer to the sections for **Maternity Services and Mental Health/Substance Abuse Services** for services covered by the Plan.

For Emergency Accident Care and Emergency Medical Care refer to the Emergency Care and Urgent Care section.

# Emergency Care and Urgent Care

It is important to know the difference between an Emergency and Urgent Care situation.

## Emergency Care

Medically Necessary Emergency Care services which We determine to meet the definition of an Emergency will always be covered, whether the care is rendered by a Network Provider or Non-Network Provider. Emergency Care rendered by a Non-Network Provider will be covered at the Network level. The Member is not required to pay more than would have been required for services from a Network Provider. Emergency Care is available 24 hours a day, seven days a week. Follow-up care is not considered Emergency Care.

Whenever you are admitted as an Inpatient directly from a Hospital emergency room the

emergency room Copayment will be waived. For Inpatient admissions following Emergency Care, you should contact Us within 24 hours of admission or as soon as reasonably possible in order to obtain authorization for a specific length of stay. When We are contacted for authorization, you will be notified of the number of days considered Medically Necessary for your diagnosis. Thus, you may avoid having to pay charges for any excessive Inpatient days which we do not consider Medically Necessary.

Care and treatment once you are Stabilized is not Emergency Care. Continuation of care from a Non-Network Provider beyond that needed to evaluate or Stabilize your condition in an Emergency will be covered as Non-Network unless We authorize the continuation of care and it is Medically Necessary.

## Urgent Care

Often an urgent rather than an Emergency medical problem exists. Urgent Care services can be obtained from a Network or Non-Network Provider. If you experience an accidental injury or a medical problem, the Plan will determine whether your injury or condition is an Urgent Care or Emergency Care situation for coverage purposes, based on your diagnosis and symptoms.

An Urgent Care medical problem is an unexpected episode of illness or an injury requiring treatment which cannot reasonably be postponed for regularly scheduled care. It is not considered an Emergency. Urgent Care medical problems include, but are not limited to, earache, sore throat, and fever (not above 104 degrees). Treatment of an Urgent Care medical problem is not life threatening and does not require use of an emergency room at a Hospital. If you call your Physician prior to receiving care for an urgent medical problem and your Physician authorizes you to go to an emergency room, your care will be paid at the level specified in the Schedule of Benefits for emergency room care.

See your Schedule of Benefits for benefit limitations.

## Obtaining Emergency or Urgent Care

If you need Emergency or Urgent Care even while you are away from home, you are covered. Here are the step-by-step instructions you need to follow to help ensure you receive coverage.

- Know the difference between Emergency and Urgent Care.

- If you are experiencing an Emergency, call 9-1-1 or go to the nearest Hospital. If you are experiencing an Urgent Care medical problem, go to an Urgent Care Center. If there is not one nearby, then go to the Hospital.

- Call your Physician or Us within 24 hours.

- Ask if the Hospital or Urgent Care Center contracts with the local Blue Cross and Blue Shield Plan.

- If the Hospital or Urgent Care Center contracts with the local Blue Cross and Blue Shield Plan, show your Identification Card to the Hospital or Physician. If it does not contract with the local Blue Cross and Blue Shield Plan, you will need to pay the bill and file a claim form.

- If the Hospital or Urgent Care Center contracts with the local Blue Cross and Blue Shield Plan, the Hospital or Urgent Care Center will verify your membership and get your benefit information from a nationwide electronic data system.

- After you are treated, your claim is sent to Us. You only have to pay the Hospital or Urgent Care Center any Copayments or Deductibles as stated in your Plan.

- You may receive an Explanation of Benefits form depending on what services you received.

### Travel outside the country

- Go to the nearest health care facility.
- Call your Physician or Us within 24 hours.

- Once your care is completed, you will need to pay the bill. (You may want to use a credit card. The credit card company will automatically transfer the foreign currency into American dollars for you.) **Keep all your receipts!**

- When you return home, call Us at the number on the back of your ID card or stop by your Group's personnel office and ask for a claim form.

- Fill out the claim form and submit it with your receipts to Our address on the form. (The amount submitted needs to be in American dollars.)

- You will be reimbursed based on the benefits of your Plan.

## Ambulance Services

Transportation by a vehicle designed, equipped and used only to transport the sick and injured:

- From your home, scene of accident or medical emergency to a Hospital;

- Between Hospitals;

- Between Hospital and Skilled Nursing Facility;

- From a Hospital or Skilled Nursing Facility to your home.

Ambulance services are a Covered Service only when Medically Necessary, except:

- When ordered by an employer, school, fire, or public safety official and the Member is not in a position to refuse; or

- When a Member is required by Us to move from a Non-Network Provider to a Network Provider.

Trips must be to the closest local facility that can give Covered Services appropriate for your condition. If none, you are covered for trips to the closest such facility outside your local area.

## Mental Health/Substance Abuse Services

Inpatient Services, Outpatient Services, and Physician Office Services for the treatment of Mental Health Conditions, are covered for the diagnosis, crisis intervention and short term treatment of Mental Health Disorders or for detoxification and/or rehabilitation of Substance Abuse. Benefits are limited as specified in the Schedule of Benefits.

You are encouraged to contact the Mental Health Subcontractor to assure the use of appropriate procedures, setting and Medical Necessity. When you obtain prior approval from the Mental Health Subcontractor and receive services from the Provider designated by that approval, benefits will be considered a Network service. If you do not obtain prior approval from the Plan's Mental Health Subcontractor or you receive services from a Provider other than the Provider designated by that approval, Covered Services will be considered a Non-Network service

### Inpatient Services

Inpatient Services to treat Mental Health Disorders or Substance Abuse, including:

- Individual psychotherapy
- Group psychotherapy
- Psychological testing
- Family counseling with family members to assist in your diagnosis and treatment
- Convulsive therapy includes electroshock treatment or convulsive drug therapy

**Partial Hospitalization Services** - The services covered for Inpatient Services are also covered for partial hospitalization. Partial hospitalization may be substituted for Inpatient benefits at two days for each available Inpatient day.

**Outpatient Services** - The services covered for Inpatient Services are also covered for Outpatient (except room, board, and general nursing services).

## Diagnostic Services

Coverage for Diagnostic Services when provided as part of Preventive Care Services, Physician Office Services, Inpatient Services, Outpatient Services, Home Care Services, and Hospice Services is limited to the following:

- X-ray and other radiology services;
- Laboratory and pathology services;
- Cardiographic, encephalographic, and radioisotope tests;
- Ultrasound services;
- Allergy tests; and
- Hearing tests (unless related to an examination for prescribing or fitting of a hearing aid).

See the Schedule of Benefits for benefit limitations.

## Surgical Services

Coverage for Surgical Services when provided as part of Physician Office Services, Inpatient Services, or Outpatient Services is limited to the following:

- Performance of generally accepted operative and other invasive procedures;
- The correction of fractures and dislocations;
- Anesthesia and surgical assistance when Medically Necessary;
- Usual and related pre-operative and post-operative care; and
- Other procedures as approved by Us.

The surgical fee includes normal post-operative care.

**Note:** A Member who is receiving benefits for a covered mastectomy or for follow-up care in connection with a covered mastectomy, on or after the date the Women's Health & Cancer Rights Act became effective for this Plan, and who elects breast reconstruction will also receive coverage for:

- Reconstruction of the breast on which the mastectomy has been performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and physical complications of all stages of the mastectomy, including lymphedemas.

**Sterilization.** Regardless of Medical Necessity, you are covered for sterilization.

## Therapy Services

Coverage for Therapy Services when provided as part of Physician Office Services, Inpatient Services, Outpatient Services, or Home Care Services is limited to the following:

- **Physical Medicine Therapies** - The expectation must exist that the therapy will result in a practical improvement in the level of functioning within a reasonable period of time.

  - **Physical therapy** including treatment by physical means, hydrotherapy, heat, or similar modalities, physical agents, bio-mechanical and neuro-physiological principles and devices. Such therapy is given to relieve pain, restore function, and to prevent disability following illness, injury, or loss of a body part.

  - **Speech therapy** for the correction of a speech impairment resulting from illness, injury, or surgery. Speech therapy does not include language training for educational, psychological or developmental speech delays.

  - **Occupational therapy** for the treatment of a physically disabled person by means of constructive activities designed and adapted to promote the restoration of the person's ability to satisfactorily accomplish the ordinary tasks of daily living. It also includes tasks required by the person's particular occupational role. Occupational therapy does not include diversional, recreational, and vocational therapies (such as hobbies, arts and crafts).

  - **Spinal manipulation services** to correct by manual or mechanical means structural imbalance or subluxation to remove nerve interference from or related to distortion, misalignment or subluxation of or in the vertebral column. Manipulations whether performed and billed as the only procedure or manipulations performed in conjunction with an exam and billed as an office visit will be counted toward any maximum for spinal manipulation services as specified in the Schedule of Benefits.

- **Other Therapy Services**

  - **Cardiac rehabilitation** to restore an individual's functional status after a cardiac event. Home programs, on-going conditioning and maintenance are not covered.

  - **Chemotherapy** for the treatment of disease by chemical or biological antineoplastic agents.

  - **Dialysis treatments** of an acute or chronic kidney ailment which may include the supportive use of an artificial kidney machine.

  - **Radiation therapy** for the treatment of disease by X-ray, radium, or radioactive isotopes.

o **Inhalation therapy** for the treatment of a condition by the administration of medicines, water vapors, gases, or anesthetics by inhalation.

See your Schedule of Benefits for benefit limitations.

## Physical Medicine and Rehabilitation Services

Coverage for Inpatient Services for a structured therapeutic program of an intensity that requires a multidisciplinary coordinated team approach to upgrade the patient's ability to function as independently as possible; including skilled rehabilitative nursing care, physical therapy, occupational therapy, speech therapy and services of a Social Worker or Psychologist. The goal is to obtain practical improvement in a reasonable length of time in the appropriate setting.

Physical Medicine and Rehabilitation involves several types of therapy, not just physical therapy, and a coordinated team approach. The variety and intensity of treatments required is the major differentiation from an admission primarily for physical therapy.

## Home Care Services

Services performed by a Home Health Care Agency or other Provider in your residence. The services must be provided on a part-time visiting basis according to a course of treatment. Covered Services may include the following:

- Intermittent Skilled Nursing Services (by an R.N. or L.P.N.)

- Medical/Social Services

- Diagnostic Services

- Nutritional Guidance

- Home Health Aide Services

- Therapy Services (visit limits specified in the Schedule of Benefits for Home Care Services apply when Therapy Services are rendered in the home);

- Medical/Surgical Supplies

- Durable Medical Equipment

- Prescription Drugs (only if provided and billed by a Home Health Care Agency)

**Home infusion therapy** is covered and includes a combination of nursing, durable medical equipment and pharmaceutical services which are delivered and/or administered intravenously in the home. Home infusion therapy includes services and supplies for Total Parenteral Nutrition (TPN), Enteral nutrition therapy, Antibiotic therapy, pain management, and chemotherapy.

## Hospice Services

Hospice care may be provided in the home or Hospice facility for medical, social and psychological services used as palliative treatment for patients with a terminal illness. Hospice Services include routine home care, continuous home care, Inpatient Hospice and Inpatient respite. To be eligible for Hospice benefits, the patient must have a life expectancy of six months or less, as certified by the attending Physician.

Covered Services include the following:

- Skilled Nursing Services (by an R.N. or L.P.N.)

- Diagnostic Services

- Physical, speech and inhalation therapies

- Medical supplies, equipment and appliances

- Counseling services (except bereavement counseling)

- Inpatient confinement at a Hospice

- Prescription Drugs obtained from the Hospice

# Human Organ and Tissue Transplant Services

For cornea and kidney transplants, the transplant or tissue benefits or requirements described below do not apply. These services are paid as Inpatient Services, Outpatient Services, or Physician Office Services depending on where the service is performed.

Covered Transplant Procedure means any of the following Medically Necessary Human Organ and Tissue Transplants:

**Adult Procedures**

- Bone marrow or stem cell;

    o Autologous Bone Marrow including High Dose Chemotherapy

    o Related allogeneic Bone Marrow including High Dose Chemotherapy

    o Unrelated allogeneic Bone Marrow including High Dose Chemotherapy

- Heart

- Heart/lung;

- Lung;

- Liver;

- Pancreas and Kidney when performed simultaneously or Pancreas transplant after a Kidney transplant

- (Kidney transplant alone is considered the same as other medical Covered Services and is not part of these transplant benefits)

**Pediatric Procedures**

- Bone marrow or stem cell;

    o Autologous Bone Marrow including High Dose Chemotherapy

    o Related allogeneic Bone Marrow including High Dose Chemotherapy

    o Unrelated allogeneic Bone Marrow including High Dose Chemotherapy

- Heart;

- Liver;

As additional diagnoses cease to be Experimental/Investigative, We may amend the above Covered Transplant Procedure list to include such procedures.

When a Human Organ or Tissue Transplant is considered to be Experimental/Investigative, the transplant and all Covered Services performed in relation to the transplant are excluded under the Plan. If a covered Human Organ or Tissue Transplant is done in conjunction with an Experimental/Investigative transplant, We will determine the portion of the charges which relate to the covered Human Organ or Tissue Transplant and allow only those charges.

**Prior Approval**

In order to receive transplant benefits, you or your Provider must call Our Transplant Department, for a pre-determination of coverage, as soon as the Member becomes aware a transplant is needed. If benefits are approved through pre-determination, you or your Provider must call Our Transplant Department for Precertification prior to the transplant.

**Benefit Period**

Transplant coverage starts one day prior to the organ transplant surgery or one day prior to myeloblation therapy (high dose chemotherapy and/or irradiation). Any services performed more than one day prior to the transplant are eligible for coverage under the medical benefit with the exception of services in conjunction with BMT/Stem Cell harvesting.

The transplant benefit period ends the earlier of the following:

- 364 days from the date of the transplant surgery or first myeloblation therapy;

- The day before a re-transplant, if within one year. (Upon re-transplant a new transplant benefit period starts.)

**Transportation, Lodging and Meals**

Reasonable and necessary transportation expenses, as determined by the Plan to and from the site of the Covered Transplant Procedure, including meals and lodging while at the site of the Covered Transplant are covered for the Member and a companion if the facility is more than 75 miles from the Member's residence. If the Member is a minor, then reasonable and necessary expenses for transportation, lodging and meals may be allowed for two companions. The Member shall submit itemized receipts in a form satisfactory to the Plan when claims for transportation, meals, and lodging are filed. Contact Anthem BCBS's Transplants Department for detailed information.

**Procurement**

Procurement is included in the Covered Transplant Procedure. Cord Blood is payable if the transplant is approved. Harvesting and storage of cord blood bone marrow or stem cells for a possible future transplant is not eligible under this transplant benefit.

**Transplant Related Expenses**

Transplant Related Expenses mean Medically Necessary items that are required as a result of a Covered Transplant and would not be incurred if the person were not having a Covered Transplant. Services related to the diagnosis causing the need for a Covered Transplant which would have been performed whether or not the patient received a Covered Transplant are not considered a Transplant Related Expense. Transplant Related Expenses during a transplant benefit period include only the following:

- Acquisition costs (live or cadaver). Acquisition costs include Medically Necessary services in connection with the preparation, harvesting and storage of bone marrow, stem cell or solid organ for a Covered Transplant. For a living donor, acquisition costs also include the Medically Necessary Inpatient services for the recovery

of the donor post surgery and any complications that arise as a direct result of the actual acquisition procedure for a period of six weeks from the date of the acquisition or as otherwise determined within the limits determined by the Plan.

- Transportation for the patient and one companion to and from the site of the Covered Transplant Procedure and lodging and meals for the patient and a companion while at the site of the Covered Transplant within limits determined by the Plan. If the patient is a minor, then expenses for transportation, lodging and meals may be allowed for two companions.

- Hospital charges and professional fees for the covered transplant procedure.

- Inpatient Services, Outpatient Services, or Home Care Services for treatment of complications of bone marrow or stem cell transplant, or for complications and/or rejection of the transplanted organ.

- Physician fees for medical care following Hospital discharge, which are identified as post transplant.

The Plan may, at its sole discretion, cover services and supplies not specifically covered by the Certificate.

# Medical Supplies, Equipment, and Appliances

The supplies, equipment and appliances described below are covered under this benefit. If the supplies, equipment and appliances include comfort, luxury, or convenience items which are not Medically Necessary, the amount of benefits is the Maximum Allowable Amount for the eligible standard item. Any expense that exceeds the Maximum Allowable Amount for the standard item is your responsibility. However, certain supplies and equipment for management of diseases which We have approved are covered under the Prescription Drug Benefit in this Certificate, if any.

COVERED SERVICES

## Medical and Surgical Supplies

Syringes, needles, oxygen, surgical dressings, splints and other similar items which serve only a medical purpose. Covered Services do not include items usually stocked in the home for general use like Band-Aids, thermometers, and petroleum jelly.

## Durable Medical Equipment

The rental (or, at Our option, the purchase) of durable medical equipment prescribed by a Physician or other Provider. Rental costs must not be more than the purchase price. This equipment must serve only a medical purpose and be able to withstand repeated use. Repair of medical equipment is covered.

Non-covered items include but are not limited to air conditioners, humidifiers, dehumidifiers, special lighting or other environmental modifiers, surgical supports, and corsets or other articles of clothing.

## Prosthetic Appliances

Purchase, fitting, needed adjustment, repairs, and replacements of prosthetic devices and supplies that:

- replace all or part of a missing body part and its adjoining tissues; or

- replace all or part of the function of a permanently useless or malfunctioning body part.

Benefits for prosthetic appliances include:

- the first lens(es) following cataract surgery.

- breast prostheses and two surgical brassieres each Benefit Period following a mastectomy.

- the first wig following cancer treatment.

Non-covered items include but are not limited to dental prosthesis, eyeglasses or contact lenses or their fitting except as provided above.

## Orthotic Devices

A rigid or semi-rigid supportive device which limits or stops motion of a weak or diseased body part.

Non-covered items include but are not limited to orthopedic shoes.

## Accident Related Dental Services

Outpatient Services, Physician Office Services, Emergency Care services, and Urgent Care services for dental work and oral surgery are covered if they are for the initial repair of an injury to the jaw, sound natural teeth, mouth or face. Injury as a result of chewing or biting is not considered an accidental injury.

The only other dental expenses that are Covered Services are facility charges for Outpatient Services. Benefits are payable only if the patient's medical condition or the dental procedure requires a Hospital setting to ensure the safety of the patient.

## Maternity Services

Maternity Services include Inpatient Services, Outpatient Services and Physician Office Services for normal pregnancy, complications of pregnancy, miscarriage, therapeutic abortion, and ordinary routine nursery care for a well newborn.

If Maternity Services are not covered for any reason, Hospital charges for ordinary routine nursery care for a well newborn are also not covered.

Coverage for the Inpatient postpartum stay for the mother and the newborn child in a Hospital will be, at a minimum, 48 hours for a vaginal delivery and 96 hours for a caesarean section. It will be for the length of stay recommended by the American Academy of Pediatrics and the American College of Obstetricians and Gynecologists in their Guidelines for Perinatal Care.

Coverage for a length of stay shorter than the minimum period mentioned above may be

permitted if the attending Physician or the nurse midwife in applicable cases, determines further Inpatient postpartum care is not necessary for the mother or newborn child, provided the following are met:

- In the opinion of your attending Physician, the newborn child meets the criteria for medical stability in the Guidelines for Perinatal Care prepared by the American Academy of Pediatrics and the American College of Obstetricians and Gynecologists that determine the appropriate length of stay based upon evaluation of:

  1. the antepartum, intrapartum, and postpartum course of the mother and infant;

  2. the gestational stage, birth weight, and clinical condition of the infant;

  3. the demonstrated ability of the mother to care for the infant after discharge; and

  4. the availability of postdischarge follow-up to verify the condition of the infant after discharge.

- **At-home post delivery follow-up care visits** are covered for you at your residence by a Physician or Nurse when performed no later than seventy-two (72) hours following you and your newborn child's discharge from the Hospital. Coverage for this visit includes, but is not limited to:

  1. parent education;

  2. physical assessments;

  3. assessment of the home support system;

  4. assistance and training in breast or bottle feeding; and

  5. performance of any maternal or neonatal tests routinely performed during the usual course of Inpatient care for the mother or newborn child, including the collection of an adequate sample for the hereditary and metabolic newborn screening.

At the mother's discretion, this visit may occur at the Physician's office.

- The mother concurs.

**Elective Abortion**-Regardless of Medical Necessity, benefits are provided for Covered Services for elective abortion by any means.

## Prescription Drugs

### Anthem Prescription Management

The pharmacy benefits available to you under this Certificate are managed by Our affiliate, Anthem Prescription Management (APM). APM is a Pharmacy benefits management company with which We contract to manage your Pharmacy benefits. APM has a nationwide network of retail pharmacies, a Mail Service Pharmacy, and provides clinical services that include Formulary management.

The management and other services APM provides include, among others, making recommendations to, and updating, the Formulary and managing a Network of retail Pharmacies and operating a Mail Service Pharmacy. APM, in consultation with Us, also provides services to promote and enforce the appropriate use of Pharmacy benefits, such as review for possible excessive use; proper dosage; drug interactions or drug/pregnancy concerns.

You may review a copy of the current Formulary on Our website at: www.AnthemPrescription.com. You may also request a copy of the Formulary by calling Us at the number on the back of your Identification Card. The Formulary is subject to periodic review and amendment. Inclusion of a drug or related item on the Formulary is not a guarantee of coverage. Refer to the Prescription Drug benefit sections in this Certificate for information on coverage, limitations and exclusions.

Prescription Drugs, unless otherwise stated below, must be Medically Necessary and not Experimental/Investigative, in order to be Covered Services. For certain Prescription Drugs, the prescribing Physician may be asked to provide additional information before APM and/or the

Plan can determine Medical Necessity. The Plan may, in its sole discretion, establish quantity limits for specific Prescription Drugs. Covered Services will be limited based on Medical Necessity, quantity limits established by the Plan, or utilization guidelines.

Prior Authorization may be required for certain Prescription Drugs (or the prescribed quantity of a particular drug). Prior Authorization helps promote appropriate utilization and enforcement of guidelines for Prescription Drug benefit coverage. At the time you fill a prescription, the Network pharmacist is informed of the Prior Authorization requirement through the Pharmacy's computer system and the pharmacist is instructed to contact Us or APM. We, or APM, uses pre-approved criteria, developed by Our Pharmacy and Therapeutics Committee and reviewed and adopted by Us. We, or APM, communicates the results of the decision to the pharmacist. We, or APM, may contact your prescribing Physician if additional information is required to determine whether Prior Authorization should be granted.

If Prior Authorization is denied, you have the right to appeal through the appeals process outlined in the Complaint and Appeals Procedures section of this Certificate.

For a list of the current drugs requiring Prior Authorization, please contact Us at the number on the back of your ID card or consult APM's website at: www.anthemprescription.com. The Formulary is subject to periodic review and amendment. Inclusion of a drug or related item on the Formulary is not a guarantee of coverage. Refer to the Prescription Drug benefit sections in this Certificate for information on coverage, limitations and exclusions.

Please ask your Provider or Network pharmacist to check with Us or with APM to verify Formulary Drugs, any quantity limits, or appropriate brand or Generic Drugs recognized under the Plan.

## Covered Prescription Drug Benefits

Covered Services include only:

- Prescription Legend Drugs.
- Injectable insulin and syringes used for administration of insulin.
- Certain supplies and equipment obtained by Mail Service or from a Network Pharmacy such as those for diabetes and asthma are covered without any Copayment. Contact Us to determine approved covered supplies.
  If certain supplies, equipment or appliances are not obtained by Mail Service or from a Network Pharmacy then they are covered as Medical Supplies, Durable Medical Equipment and Appliances instead of under Prescription Drug Benefits.
- Oral contraceptive drugs are covered when obtained through an eligible Pharmacy.
- Human growth hormones (whether natural or synthetic), require Prior Authorization.
- Injectibles.

Therapeutic Substitution of Drugs is a program approved by Us and managed by APM. This is a voluntary program designed to inform Members and Physicians about Formulary or generic alternatives to non-Formulary and Formulary Brand drugs. We, or APM, may contact you and your prescribing Physician to make you aware of Formulary or Generic Drug substitution options. Therapeutic substitution may also be initiated at the time the prescription is dispensed. Only you and your Physician can determine whether the therapeutic substitute is appropriate for you. For a list of therapeutic drug substitutes that have been identified, contact Us by calling the telephone number on the back of your ID card. You may also review the list of therapeutic drug substitutes on APM's website at: www.AnthemPrescription.com. The therapeutic drug substitutes list is subject to periodic review and amendment.

## Not Covered under Prescription Drug Benefits

- Over the counter drugs, or Prescription Legend Drugs with over the counter equivalents.

- Off label use, except as otherwise prohibited by law.

- Drugs in quantities exceeding the quantity prescribed, or for any refill dispensed later than one year after the date of the original Prescription Order.

- Charges for the administration of any drug.

- Drugs consumed at the time and place where dispensed or where the Prescription Order is issued, including but not limited to samples provided by a Physician.

- Any drug which is primarily for weight loss, except drugs for the treatment of morbid obesity.

- Drugs not requiring a prescription by federal law (including drugs requiring a prescription by state law, but not by federal law) except for injectable insulin.

- Drugs in quantities which exceed the limits established by the Plan.

- Any new FDA Approved Drug Product or Technology (including but not limited to medications, medical supplies, or devices) available in the marketplace for dispensing by the appropriate source for the product or technology, including but not limited to Pharmacies, for the first six months after the product or technology received FDA New Drug Approval or other applicable FDA approval. The Plan may in its sole discretion, waive this exclusion in whole or in part for a specific New FDA Approved Drug Product or Technology.

- Contraceptive devices (except over the counter devices and products), oral immunizations, and biologicals, although they are federal legend drugs, are payable as Medical Supplies based on where the services is performed or the item is obtained.

- Related to male or female sexual or erectile dysfunctions or inadequacies, regardless of origin or cause. This includes Prescription Drugs and all other procedures and equipment developed for or used in the treatment of impotency.

- Fertility drugs.

**Copayment** - Each Prescription Order may be subject to a Copayment. If the Prescription Order includes more than one covered drug, a separate Copayment will apply to each covered drug. Your Prescription Drug Copayment will be the lesser of your scheduled Copayment amount or the retail price charged for your prescription by APM or the Pharmacy that fills your prescription. Please see the Schedule of Benefits for the applicable Copayment. If you receive Covered Services from a Non-Network Pharmacy, a Copayment amount will also apply.

**Days Supply** - The number of days supply of a drug which you may receive is limited. The days supply limit applicable to Prescription Drug coverage is shown in the Schedule of Benefits.

**Formulary** - The Plan follows a drug Formulary in determining payment and Covered Services. You will be responsible for an additional Copayment amount depending on whether a Formulary or non-Formulary Drug is obtained. Please see the Schedule of Benefits.

## Payment of Benefits

The amount of benefits paid is based upon whether you receive Covered Services from a Network Pharmacy, a Non-Network Pharmacy, or a Mail Service Program. It is also based upon whether you obtain a Generic or Brand Name Prescription Legend Drug and whether Formulary Prescription Legend Drugs were dispensed. Please see the Schedule of Benefits for the applicable amounts, and for applicable limitations on number of days supply.

**Note:** If you obtain a Brand Name Drug, the Brand Name Drug Copayment will always apply, even in the following situations:

- No Generic Drug equivalent is available;

- The Prescription Order specifies "Dispense as Written;" or

- You choose the Brand Name Drug instead of the Generic Equivalent.

If you choose a Brand Name Drug, or your Provider prescribes a Brand Name Drug and a Generic Formulary Drug is available, you pay the Brand Formulary Drug Copayment. If you choose a Non-Formulary Drug, or your Provider prescribes a Non-Formulary Drug and a Generic Formulary Drug or Brand Formulary Drug is available, you pay the Non-Formulary Drug Copayment. Where no Generic Drug is available, you are only responsible for the applicable Formulary or Non-Formulary Drug Copayment.

The amounts for which you are responsible are shown in the Schedule of Benefits. No payment will be made by Us for any Covered Service unless the negotiated rate exceeds any applicable Deductible and/or Copayment for which you are responsible.

Your Copayment(s) and/or Deductible(s) will not be reduced by any discounts, rebates or other funds received by APM and/or the Plan from drug manufacturers or similar vendors.

For Covered Services provided by a Network Pharmacy or through Mail Service, you are responsible for all Deductibles and/or Copayment amounts.

For Covered Services provided by a Non-Network Pharmacy, after you have paid all applicable Deductibles and/or Copayments, We will pay the amount shown in the Schedule of Benefits of the Prescription Charge. You are responsible for the remaining portion of the Prescription Charge.

## How to Obtain Prescription Drug Benefits

How you obtain your benefits depends upon whether you go to a Network or a Non-Network Pharmacy.

**Network Pharmacy** - Present your written Prescription Order from your Physician, and your Identification Card to the pharmacist at a Network Pharmacy. The Pharmacy will file your claim for you. You will be charged at the point of purchase for applicable Copayment amounts. If you do not present your Identification Card, you will have to pay the full cost of the prescription. If you do pay the full charge, ask your pharmacist for an itemized receipt and submit it to Us with a written request for refund.

**Non-Network Pharmacy** - You are responsible for payment of the entire amount charged by the Non-Network Pharmacy. You must submit a Prescription Drug claim form to Us for reimbursement consideration. These forms are available from Us or from the Group. You must complete the top section of the form and ask the pharmacist to complete the bottom section. If for any reason the bottom section of this form cannot be completed by the pharmacist, you must attach an itemized receipt to the claim form and submit to Us. The itemized receipt must show:

- Name and address of the Pharmacy

- Patient's name

- Prescription number

- Date the prescription was filled

- Name of the drug

- Cost of the prescription

- Quantity of each covered drug or refill dispensed

You are responsible for the amount shown in the Schedule of Benefits of the reasonable Prescription Charge, after applicable Copayment amounts are paid.

**Mail Service** - Complete the Order and Patient Profile Form. You will need to complete the patient profile information only once. You may mail the written prescription from your Physician, or have your Physician fax the prescription to the Mail Service. Your Physician may also phone in the prescription to the Mail Service Pharmacy. You will need to submit the applicable Copayment amounts to the Mail Service when you request a prescription or refill.

## 10  EXCLUSIONS

This section indicates items which are excluded and are not considered Covered Services. This information is provided as an aid to identify certain common items which may be misconstrued as Covered Services.

We do not provide benefits for services, supplies or charges:

1. Which We determine are not Medically Necessary.

2. Received from an individual or entity that is not a Provider, as defined in this Certificate;

3. Which are Experimental/Investigative or related to such, whether incurred prior to, in connection with, or subsequent to the Experimental/Investigative service or supply, as determined by Us;

4. For any condition, disease, defect, ailment, or injury arising out of and in the course of employment if benefits are available under any Worker's Compensation Act or other similar law. This exclusion applies if you receive the benefits in whole or in part. This exclusion also applies whether or not you claim the benefits or compensation. It also applies whether or not you recover from any third party;

5. To the extent that they are available as benefits through any governmental unit (except Medicaid), unless otherwise required by law or regulation. The payment of benefits under this Certificate will be coordinated with such governmental units to the extent required under existing State or Federal laws;

6. For a condition resulting from direct participation in a riot, civil disobedience, nuclear explosion, or nuclear accident;

7. For illness or injury that occurs as a result of any act of war, declared or undeclared;

8. For court ordered testing or care, unless Medically Necessary and authorized by Us.

9. For which you have no legal obligation to pay in the absence of this or like coverage;

10. Received from a dental or medical department maintained by or on behalf of an employer, mutual benefit association, labor union, trust or similar person or group;

11. Prescribed, ordered or referred by or received from a member of your immediate family, (parent, child, spouse, sister, brother, or self);

12. For completion of claim forms or charges for medical records or reports unless otherwise required by law;

13. For missed or canceled appointments;

14. For mileage costs or other travel expenses, except as authorized by Us;.

15. For which benefits are payable under Medicare Part A and/or Medicare Part B or would have been payable if a Member had applied for Part A and/or Part B, except, as specified elsewhere in this Certificate or as otherwise prohibited by federal law, as addressed in the section titled **Medicare** in General Provisions;

16. In excess of the Maximum Allowable Amount unless otherwise specified in this Certificate.

17. For any Pre-Existing Condition during the waiting period indicated in the Schedule of Benefits;

18. Incurred prior to your Effective Date;

19. Incurred after the termination date of this coverage except as specified elsewhere in this Certificate;

20. For any procedures, services, equipment or supplies provided in connection with cosmetic services. Cosmetic services are primarily intended to preserve, change or improve your appearance or are furnished for psychiatric or psychological reasons. No

benefits are available for surgery or treatments to change the texture or appearance of your skin or to change the size, shape or appearance of facial or body features (such as your nose, eyes, ears, cheeks, chin, chest or breasts), except benefits are provided for a reconstructive service performed to correct a physical functional impairment of any area caused by disease, trauma, congenital anomalies, or previous therapeutic process. Reconstructive services are payable only if the original procedure would have been a Covered Service under this Plan. Other reconstructive services are not covered except as otherwise required by law.

21. For services which are performed to maintain or preserve the present level of function or prevent regression of function for an illness, injury or condition which is resolved or stable;

22. For Custodial Care, domiciliary or convalescent care, whether or not recommended or performed by a professional.

23. For foot care only to improve comfort or appearance including, but not limited to care for flat feet, subluxations, corns, bunions (except capsular and bone surgery), calluses, and toenails;

24. For any treatment for teeth, gums or tooth related service except as otherwise specified in this Certificate;

25. Related to weight loss or treatment of obesity, except for surgical treatment of morbid obesity;

26. For sex transformation surgery and related services, or the reversal thereof;

27. For marital counseling or personal growth.

28. For eyeglasses or contact lenses. This exclusion does not apply for initial prosthetic lenses or sclera shells following intra-ocular surgery, or for soft contact lenses due to a medical condition;

29. For hearing aids or examinations for prescribing or fitting them;

30. For services or supplies primarily for educational, vocational, or training purposes, except as otherwise specified herein;

31. For reversal of sterilization;

32. For artificial insemination; fertilization (such as invitro or GIFT) or procedures and testing related to fertilization; infertility drugs and related services following the diagnosis of infertility.

33. For or related to developmental delays, learning disabilities, autistic disease, hyperkinetic syndromes, or mental retardation (except for Prescription Drugs for treatment of these conditions if Prescription Drugs are an eligible benefit);

34. For personal hygiene and convenience items;

35. For care received in an emergency room which is not Emergency Care.

36. Related to radial keratotomy or keratomileusis or excimer laser photo refractive keratectomy;

37. Related to artificial and/or mechanical hearts or ventricular and/or atrial assist devices related to a heart condition or for subsequent services and supplies for a heart condition as long as any of the above remain in place. This exclusion includes services for implantation, removal and complications. This exclusion does not apply for left ventricular assist devices(LVAD) when used as a bridge to a heart transplant;

38. For (services or supplies related to) alternative or complementary medicine. Services in this category include, but are not limited to, acupuncture, holistic medicine, homeopathy, hypnosis, aroma therapy, massage therapy, reike therapy, herbal, vitamin or dietary products or therapies, naturopathy, thermograph, orthomolecular therapy, contact reflex analysis, bioenergial synchronization technique (BEST) and iridology-study of the iris.

**Health Certificate**

39. At a health spa or similar facility.

40. For self-help training and other forms of non-medical self care, except as otherwise provided herein;

41. For research studies or screening examinations, except as specified elsewhere in this Certificate.

42. For stand-by charges of a Physician;

43. Physical exams and immunizations required for enrollment in any insurance program, as a condition of employment, for licensing, or for other purposes;

44. For Private Duty Nursing Services except when provided through the Home Care Services benefit.

45. Related to male or female sexual or erectile dysfunctions or inadequacies, regardless of origin or cause. This exclusion includes prescription drugs, and all other procedures and equipment developed for or used in the treatment of impotency.

## 11  CLAIMS PAYMENT

### How to Obtain Benefits

When your care is rendered by a Network Provider you are not required to file a claim. Since no claim filing is required, provisions below regarding "Claim Forms" and "Notice of Claim" do not apply.

If a service is received from a Non-Network Provider, you are responsible for making sure a claim is filed in order to receive benefits. Many Hospitals, Physicians, and other Providers, who are Non-Network Providers, will submit your claim for you. If you submit the claim yourself, you should use a claim form.

### How Benefits Are Paid

This health care Plan shares the cost of your medical expenses with you up to the amount of the Maximum Allowable Amount.

Network Providers will seek compensation from Us for Covered Services. When using a Network Provider you are only responsible for Copayments, Deductibles, and non-covered charges. Network Providers have agreed to accept the Maximum Allowable Amount as payment in full. If you receive Covered Services from a Non-Network Provider, you are responsible for the difference between the actual charge billed and the Maximum Allowable Amount plus any Deductible, Copayments, and non-covered charges. Copayments are your share of the cost for particular health services, and are generally due at the time you receive the medical service. For Covered Services subject to a Copayment, you pay a portion of the bill and the Plan pays its share of the balance. Refer to the Schedule of Benefits to see what Copayment is required for each Covered Service.

If you receive Covered Services in a Network Facility from a Non Network Provider who is employed by or otherwise affiliated with that Network Facility, benefits will be paid at the Network level. Payment will not exceed the Maximum Allowable Amount that would constitute payment in full under a Network Provider's participation agreement for this product. You may be liable for the difference between the billed charge and our Maximum Allowable Amount.

The amount you pay may differ by the type of service you receive or by Provider. Refer to the Schedule of Benefits to see what amount you are required to pay for each service. Claims for Covered Services do not need to be sent to Us in the same order that expenses were incurred.

We will deny that portion of any charge which exceeds the Maximum Allowable Amount.

## Payment of Benefits

You authorize Us to make payments directly to Providers giving Covered Services for which We provide benefits under this Certificate. We also reserve the right to make payments directly to you. Payments may also be made to, and notice regarding the receipt and/or adjudication of claims, an Alternate Recipient, or that person's custodial parent or designated representative. Any payments made by Us will discharge Our obligation to pay for Covered Services. You cannot assign your right to receive payment to anyone else, except as required by a "Qualified Medical Child Support Order" as defined by ERISA.

Once a Provider gives a Covered Service, We will not honor a request for Us to withhold payment of the claims submitted.

## Assignment

This Certificate is not assignable by the Group without the written consent of the Plan. The coverage and any benefits under this Certificate are not assignable by any Member without the written consent of the Plan, except as described in this Certificate.

## Notice of Claim

We are not liable under the Certificate, unless We receive written notice that Covered Services have been given to you. The notice must be given to Us within 90 days of receiving the Covered Services, and must have the data We need to determine benefits. If the notice submitted does not include sufficient data We need to process the claim, then the necessary data must be submitted to Us within the time frames specified in this provision or no benefits will be payable except as otherwise required by law. If We have not received the information We need to process a claim, We will ask for the additional information necessary to complete the claim. Generally, you will receive a copy of that request for additional information, for your information. In those cases, We cannot complete the processing of the claim until the additional information requested has been received. We generally will make Our request for additional information within 30 days of Our initial receipt of the claim and will complete Our processing of the claim within 15 days after Our receipt of all requested information. An expense is considered incurred on the date the service or supply was given.

Failure to give Us notice within 90 days will not reduce any benefit if you show that the notice was given as soon as reasonably possible. No notice can be submitted later than one year after the usual 90 day filing period ends.

**Note:** Under Ohio law, you have the right to obtain an itemized copy of your billed charges from the Hospital or Facility which provided services.

## Claim Forms

Claim forms will usually be available from most Providers. If forms are not available, send a written request for claim forms to Us or contact customer service and ask for claim forms to be sent to you. The form will be sent to you within 15 days. If you do not receive the forms, written notice of services rendered may be submitted to Us without the claim form. The same information that would be given on the claim form must be included in the written notice of claim. This includes:

- Name of patient
- Patient's relationship with the Subscriber
- Identification number
- Date, type and place of service
- Your signature and the Physician's signature

## Member's Cooperation

Each Member shall complete and submit to the Plan such consents, releases, assignments and other documents as may be requested by the Plan in order to obtain or assure reimbursement under Medicare, Worker's Compensation or any other

governmental program. Any Member who fails to cooperate (including a Member who fails to enroll under Part B of the Medicare program where Medicare is the responsible payor) will be responsible for any charge for services.

## Confidentiality Policy

This Policy sets forth guidelines regarding a Member's right to access and amend information in Our possession. The Policy specifically addresses when a release, signed by a Member, is required before information may be disclosed by Us to parties such as a Member's Provider, spouse or other family members. The Policy includes the following key points:

- On the enrollment application, Subscribers sign a consent form to allow the release of any information or records concerning claims, conditions, or treatments of you, your spouse, and/or your Dependents enrolled under the Plan for routine uses. Routine uses of Member information include but are not limited to: payment of claims, health care operations, plan administration, quality improvement, utilization review, coordination of benefits, subrogation, audits, health promotion, disease management and prevention programs and other uses stated specifically in the enrollment application. By signing the application form, you also agreed and consented to the recording and/or monitoring of any telephone conversation between you and Us.

- Members have the right to approve the release of information for non-routine uses of data. In certain circumstances, We may obtain a specific release form before information is disclosed.

- For members unable to give consent, We will obtain a copy of the guardianship papers or power of attorney before releasing confidential information to the Member's representative.

- Members have the right to access their medical records and to request that We

restrict others access to their confidential information.

- We take reasonable precautions to protect Member information and maintain privacy in all settings. Our contracts with practitioners and providers explicitly state expectations about the confidentiality of Member information and records.

- We may provide certain information, upon request, to employers or their representatives without specific consent. In certain circumstances, We may request that you sign a specific release form before information is disclosed. If information is released, We advise the employer that it must be kept confidential to the extent necessary or as otherwise provided by law, and that it should not be used for unlawful purposes.

Also note that any person or entity having information about an illness or injury for which benefits are claimed may give Us or anyone acting on Our behalf any information about the illness or injury. We may provide any person or entity any information about an illness or injury upon its request, if it is providing similar benefits. Benefits will not be provided where sufficient information cannot be obtained to properly process a claim. You waive any and all privileges with respect to such information.

Our Customer Service Area may release information to you or your spouse concerning a claim for benefits, or your coverage under this Certificate. If you do NOT want the Plan to release such information to anyone but yourself, you must notify Us in writing. Your spouse or any dependent child over age 18 must also notify Us in writing if they do not wish such information regarding their claims or coverage released to you by Customer Service. However, Our Explanation of Benefit forms will contain information on all claims for benefits under your coverage, and will be sent to the person in whose name the coverage is held (except as prohibited by law).

## Plan Information Practices Notice

The purpose of this information practices notice is to provide a notice to Members regarding the Plan's standards for the collection, use, and disclosure of information gathered in connection with the Plan's business activities.

- The Plan may collect personal information about a Member from persons or entities other than the Member.

- The Plan may disclose Member information to persons or entities outside of the Plan without Member authorization in certain circumstances.

- A Member has a right of access and correction with respect to all personal information collected by the Plan.

- The Plan takes reasonable precautions to protect Member information in its possession, including the use of restricted computer access.

A Member may request a more detailed notice regarding the types of personal information that may be collected by the Plan and the types of disclosures and the circumstances under which such disclosures may be made without prior authorization by submitting a written request to customer services.

## Explanation of Benefits

After you receive medical care, you will generally receive an Explanation of Benefits (EOB). The EOB is a summary of the coverage you receive. The EOB is not a bill, but a statement from Us to help you understand the coverage you are receiving. The EOB shows:

- Total amounts charged for services/supplies received

- The amount of the charges satisfied by your coverage

- The amount for which you are responsible (if any)

- General information about your appeals rights and for ERISA plans, information regarding the right to bring action after the Appeals Process.

## Limitation of Actions

No lawsuit or legal action of any kind related to a benefit decision may be filed by you in a court of law or in any other forum unless it is commenced no earlier than 60 days after We receive the claim or other request for benefits and within 3 years after expiration of the time within which notice of claim is required by the Certificate. You must exhaust the Plan's appeal procedures before filing a lawsuit or other legal action of any kind against the Plan.

## BlueCard Program

When you obtain health care services through the BlueCard Program outside the geographic area We serve, the amount you pay for Covered Services is calculated on the **lower** of:

- The billed charges for your Covered Services, or

- The negotiated price that the on-site Blue Cross and/or Blue Shield Plan ("Host Blue") passes onto Us.

Often this "negotiated price" will consist of a simple discount which reflects the actual price paid by the Host Blue. But sometimes it is an estimated price that factors into the actual price expected settlements, withholds, any other contingent payment arrangements and non-claims transactions with your health care Provider or with a specified group of Providers. The negotiated price may also be billed charges reduced to reflect an **average** expected savings with your health care Provider or with a specified group of Providers. The price that reflects average savings may result in greater variation (more or less) from the actual price paid than will the estimated price. The negotiated price will also be adjusted in the future to correct for over-or

underestimation of past prices. However, the amount you pay is considered a final price.

Statutes in a small number of states may require the Host Blue to use a basis for calculating Member liability for Covered Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or to add a surcharge. Should any state statutes mandate Member liability calculation methods that differ form the usual BlueCard method noted above in paragraph one of this section or require a surcharge, We would then calculate your liability for any Covered Services in accordance with the applicable state statute in effect at the time you received your care.

## 12 GENERAL PROVISIONS

### Entire Contract

This Certificate, the Group Contract, the Group application, any Riders, Endorsements or Attachments, and the individual applications of the Subscriber and Dependents, if any, constitute the entire Contract between the Plan and the Group and as of the Effective Date, supersede all other agreements between the parties. Any and all statements made to the Plan by the Group and any and all statements made to the Group by the Plan are representations and not warranties, and no such statement, unless it is contained in a written application for coverage under this Certificate, shall be used in defense to a claim under this Certificate.

### Form or Content of Certificate

No agent or employee of the Plan is authorized to change the form or content of this Certificate. Such changes can be made only through an endorsement authorized and signed by an officer of the Plan.

### Disagreement with Recommended Treatment

Each Member enrolls in the Plan with the understanding that the Provider is responsible for determining the treatment appropriate for their care. You may, for personal reasons, refuse to accept procedures or treatment by Providers. Providers may regard such refusal to accept their recommendations as incompatible with continuance of the Physician-patient relationship and as obstructing the provision of proper medical care. Providers shall use their best efforts to render all Medically Necessary and appropriate health care services in a manner compatible with your wishes, insofar as this can be done consistently with the Provider's judgment as to the requirements of proper medical practice.

If you refuse to follow a recommended treatment or procedure, and the Provider believes that no professionally acceptable alternative exists, you will be so advised. In such case, neither the Plan, nor any Provider shall have any further responsibility to provide care for the condition under treatment or any complications thereof.

### Circumstances Beyond the Control of the Plan

In the event of circumstances not within the control of the Plan, including but not limited to, a major disaster, epidemic, the complete or partial destruction of facilities, riot, civil, insurrection, disability of a significant part of a Network Provider's personnel or similar causes, or the rendering of health care services provided under this Certificate is delayed or rendered impractical, the Plan shall make a good-faith effort to arrange for an alternative method of providing coverage. In such event, the Plan and Network Providers shall render health care services provided under this Certificate insofar as practical, and according to their best judgment; but the Plan and Network Providers shall incur no liability or obligation for

GENERAL PROVISIONS

delay, or failure to provide or arrange for services if such failure or delay is caused by such an event.

## Coordination of Benefits

All benefits provided under this Certificate are subject to Coordination of Benefits except, Prescription Drug Benefits.

Coordination of Benefits (COB) is the procedure used when a Member has health care benefits under more than one health care coverage. This Plan follows rules established by law to decide which plan pays first and how much the other plan must pay. The objective is to make sure the combined payments of all plans are no more than your actual bills.

When you or your family members are covered by another plan in addition to this one, this Plan will follow Coordination of Benefit rules to determine which plan is primary and which is secondary. You must submit all bills first to the primary plan. The primary plan must pay its full benefits as if you had no other coverage. If the primary plan denies the claim or does not pay the full bill, you may then submit the balance to the secondary plan.

This Plan pays for health care only when you follow its rules and procedures. If its rules conflict with those of another plan, it may be impossible to receive benefits from both plans and you will be forced to choose which plan to use.

### Plans That Do Not Coordinate

This Plan will pay benefits without regard to benefits paid by the following kinds of coverage.

- Medicaid
- Group hospital indemnity plans which pay less than $100 per day
- School accident coverage
- Some supplemental sickness and accident policies

### How This Plan Pays When Primary

- When this Plan is primary, it will pay the full benefit allowed by this Certificate as if you had no other coverage.

### How This Plan Pays When Secondary

- When this Plan is secondary, its payments will be based on the balance left after the primary plan has paid. It will pay no more than that balance. In no event will this coverage pay more than it would have paid if it had been primary.
- This Plan will pay only for health care expenses that are Covered Services in this Certificate.
- This Plan will pay only if you have followed all of our procedural requirements, including care obtained from or arranged by your Primary Care Physician, if appl;icable, etc.
- This Plan will pay no more than the "allowable expenses" for the health care involved. If this Plan's allowable expense is lower than the primary plan's, then the primary plan's allowable expense will be used unless a Provider has agreed to accept this Plan's allowable expense as payment in full. The allowable expense may be less than the actual bill.

### Which Plan Is Primary

To decide which plan is primary, consider both the coordination provisions of the other plan and which member of your family is the patient. The primary plan will be determined by the first of the following which applies:

1. Non-coordinating Plan

   If you have another group coverage which does not coordinate benefits, that plan will always be primary.

2. Insured / Employee

The plan which covers the patient as the insured is primary to the plan which covers the person as a dependent; except, if that person is also a Medicare beneficiary and as a result of Medicare regulations, Medicare is:

a. secondary to the plan covering the person as a dependent; and

b. primary to the plan covering the person as other than a dependent (e.g. a retiree).

3. Children (Parents Divorced or Separated)

If the court decree makes one parent responsible for health care expenses, that parent's plan is primary.

If the court decree gives joint custody and does not mention health care, this Plan follows the birthday rule.

If neither of these rules apply, the order will be determined in following order:

a. The plan of the parent with custody;

b. The plan of the spouse of the parent with custody;

c. The plan of the parent not having custody; and

d. The plan of the spouse of the parent not having custody.

4. Children and the Birthday Rule

When your children's health care expenses are involved, the "birthday rule" is followed. The plan of the parent with the first birthday in a calendar year is always primary for the children. If your birthday is in January and your spouse's birthday is in March, your plan will be primary for all of your children. If the parents' birthdays are the same, then whichever parent's plan has been in effect longer is primary.

However, if your spouse's plan has some other coordination rule (for example, a "gender rule" which says the father's coverage is always primary), then the rules of that plan will be followed.

5. Active Employment vs Layoff or Retirement

The plan which covers the person as an active employee (or that employee's dependent) is primary to another plan which covers that person as a laid off employee or a retiree (or that person's dependent). If both plans do not include this same rule, then it will be ignored. This rule does not supersede rule 2, insured vs. dependent.

6. State or Federal Continuation Coverage

When the person's coverage is provided under a right of continuation under federal law (i.e. COBRA) or state law, any other plan covering that person will be primary to the plan covering the person under such continuation provision unless that other plan does not include this same rule.

7. Length of Time Covered by the Plan

The plan which has covered the person for the longer period of time is primary to another plan.

8. Other Situations

For all other situations not described above, the order of benefits will be determined in accordance with the Ohio Insurance Department rule on Coordination of Benefits.

**Right to Receive and Release Needed Information**-Certain facts are needed to apply COB rules. We have the right to decide which facts are needed. We may get needed facts from or give them to any other organization or person. We need not tell you, or get your consent to do this. Each person claiming benefits under this Plan must provide any facts needed to pay the claim.

**Facility of Payment**-A payment made under another plan may include an amount which should have been paid under this Plan. If it does, we may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under this Plan and we will not have to pay that amount again. The term "payment made" includes providing benefits in the form of

services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

**Right of Recovery**-If the amount of the payments made by this Plan is more than should have been paid under this COB provision, we may recover the excess from one or more of:

- The persons it has paid or for whom it has paid;

- Another plan; or,

- The provider of service.
  The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

**Coordination Disputes**-If you believe that we have not paid a claim properly, you should first attempt to resolve the problem by contacting us. Follow the steps described in the Complaint Procedure section of the Certificate.

If you are still not satisfied, you may call the Ohio Department of Insurance for instructions on filing a consumer complaint. Call (614) 644-2673 or 1 (800) 686-1526.

## Medicare

Any benefits covered under both this Certificate and Medicare will be paid pursuant to Medicare Secondary Payor legislation, regulations, and Health Care Financing Administration guidelines, subject to federal court decisions. Federal law controls whenever there is a conflict among state law, Certificate provisions, and federal law.

Except when federal law requires the Plan to be the primary payor, the benefits under this Certificate for Members age 65 and older, or Members otherwise eligible for Medicare, do not duplicate any benefit for which Members are entitled under Medicare, including Part B. Where Medicare is the responsible payor, all sums payable by Medicare for services provided to Members shall be reimbursed by or on behalf of the Member to the Plan, to the extent the Plan has made payment for such services.

## Worker's Compensation

The benefits under this Certificate are not designed to duplicate any benefit for which Members are eligible under the Worker's Compensation Law. All sums paid or payable by Worker's Compensation for services provided to Members shall be reimbursed by, or on behalf of, the Member to the Plan to the extent the Plan has made or makes payment for such services. It is understood that coverage hereunder is not in lieu of, and shall not affect, any requirements for coverage under Worker's Compensation.

## Other Government Programs

Except insofar as applicable law would require the Plan to be the primary payor, the benefits under the Plan shall not duplicate any benefits to which Members are entitled or for which they are eligible under any other governmental program. To the extent the Plan has duplicated such benefits, all sums payable under such programs for services to Members shall be paid by or on behalf of the Member to the Plan.

## Subrogation and Reimbursement

These provisions apply when We pay benefits as a result of injuries or illness you sustained and you have a right to a Recovery or have received a Recovery.

### Subrogation

We have the right to recover payments we make on your behalf from any party responsible for compensating you for your injuries. The following apply:

- We have first priority for the full amount of benefits we have paid from any Recovery regardless of whether you are fully compensated, and regardless of whether the payments you receive make you whole for your losses and injuries.

- You and your legal representative must do whatever is necessary to enable Us to exercise Our rights and do nothing to prejudice them.

- We have the right to take whatever legal action We see fit against any party or entity to recover the benefits paid under this Certificate.

- To the extent that the total assets from which a Recovery is available are insufficient to satisfy in full Our subrogation claim and any claim still held by you, Our subrogation claim shall be first satisfied before any part of a Recovery is applied to your claim, your attorney fees, other expenses or costs.

- We are not responsible for any attorney fees, other expenses or costs you incur without Our prior written consent. We further agree that the "common fund" doctrine does not apply to any funds recovered by any attorney you hire regardless of whether funds recovered are used to repay benefits paid by Us.

## Reimbursement

If you obtain a Recovery and We have not been repaid for the benefits We paid on your behalf, We shall have a right to be repaid from the Recovery in the amount of the benefits paid on your behalf and the following apply:

- You must reimburse Us to the extent of benefits We paid on your behalf from any Recovery.

- Notwithstanding any allocation made in a settlement agreement or court order, We shall have a right of Recovery, in first priority, against any Recovery.

- You and your legal representative must hold in trust for Us the proceeds of the gross Recovery (i.e., the total amount of your Recovery before attorney fees, other expenses or costs) to be paid to Us immediately upon your receipt of the Recovery. You must reimburse Us, in first

priority and without any set-off or reduction for attorney fees, other expenses or costs. The "common fund" doctrine does not apply to any funds recovered by any attorney you hire regardless of whether funds recovered are used to repay benefits paid by Us.

- If you fail to repay Us, We shall be entitled to deduct any of the unsatisfied portion of the amount of benefits We have paid or the amount of your Recovery whichever is less, from any future benefit under the Plan if:

  o The amount We paid on your behalf is not repaid or otherwise recovered by Us; or

  o You fail to cooperate.

- In the event that you fail to disclose to Us the amount of your settlement, We shall be entitled to deduct the amount of Our lien from any future benefit under the Plan.

- We shall also be entitled to recover any of the unsatisfied portion of the amount We have paid or the amount of your settlement, whichever is less, directly from the providers to whom We have made payments. In such a circumstance, it may then be your obligation to pay the provider the full billed amount, and We would not have any obligation to pay the provider.

- We are entitled to reimbursement from any Recovery, in first priority, even if the Recovery does not fully satisfy the judgment, settlement or underlying claim for damages or fully compensate or make you whole.

## Your Duties

- You must notify Us promptly of how, when and where an accident or incident resulting in personal injury or illness to you occurred and all information regarding the parties involved.

- You must cooperate with Us in the investigation, settlement and protection of Our rights.

- You must not do anything to prejudice Our rights.

- You must send Us copies of all police reports, notices or other papers received in connection with the accident or incident resulting in personal injury or illness to you.

- You must promptly notify Us if you retain an attorney or if a lawsuit is filed on your behalf.

## Right of Recovery

Whenever payment has been made in error, We will have the right to recover such payment from you or, if applicable, the Provider.  In the event we recover a payment made in error from the Provider, except in cases of fraud, We will only recover such payment from the Provider during the 24 months after the date We made the payment on a claim submitted by the Provider. We reserve the right to deduct or offset any amounts paid in error from any pending or future claim.

## Relationship of Parties (Group-Member-Plan)

Neither the Group nor any Member is the agent or representative of the Plan.

The Group is fiduciary agent of the Member. The Plan's notice to the Group will constitute effective notice to the Member. It is the Group's duty to notify the Plan of eligibility data in a timely manner. The Plan is not responsible for payment of Covered Services of Members if the Group fails to provide the Plan with timely notification of Member enrollments or terminations.

## Interpretation of Certificate

The laws of the State which issued the Certificate of Authority to the Plan, shall be applied to the interpretations of this Certificate. Where applicable, the interpretation of this Certificate

shall be guided by the pre-paid nature of the Plan's operations as opposed to a fee-for-service indemnity basis.

## Modifications

By this Certificate, the Group makes the Plan coverage available to eligible Members. However, this Certificate shall be subject to amendment, modification, and termination in accordance with any of its provisions, the Group Contract, or by mutual agreement between the Plan and the Group without the consent or concurrence of any Member. Any amendments are subject to approval by the Department of Insurance prior to use. By electing medical and hospital coverage under the Plan or accepting the Plan benefits, all Members legally capable of contracting and the legal representatives of all Members incapable of contracting agree to all terms, conditions, and provisions hereof.

## Conformity with State Law

Any provision of this Plan which is in conflict with the laws of the state in which it is issued is hereby amended to conform with the minimum requirements of such laws.

## Clerical Error

Clerical error, whether of the Group or the Plan, in keeping any record pertaining to this coverage will not invalidate coverage otherwise validly in force or continue coverage otherwise validly terminated.

## Policies and Procedures

The Plan may adopt reasonable policies, procedures, rules and interpretations to promote the orderly and efficient administration of this Certificate with which a Member shall comply.

## Waiver

No agent or other person, except an authorized officer of the Plan, has authority to waive any conditions or restrictions of this Certificate, to extend the time for making a payment to the Plan, or to bind the Plan by making any promise or representation or by giving or receiving any information.

## Plan's Sole Discretion

The Plan may, at its sole discretion, cover services and supplies not specifically covered by the Certificate. This applies if the Plan determines such services and supplies are in lieu of more expensive services and supplies which would otherwise be required for the care and treatment of a Member.

### Reservation of Discretionary Authority

The following provision only applies where the interpretation of this Certificate is governed by the Employee Retirement Income Security Act (ERISA), 29 U.S.C. 1001 et seq.

The Plan, or anyone acting on Our behalf, shall determine the administration of benefits and eligibility for participation in such a manner that has a rational relationship to the terms set forth herein. However, We, or anyone acting on Our behalf, has complete discretion to determine the administration of Your benefits. Our determination shall be final and conclusive and may include, without limitation, determination of whether the services, care, treatment, or supplies are Medically Necessary, Experimental-Investigative, whether surgery is cosmetic, and whether charges are consistent with our Maximum Allowable Amount. However, a Member may utilize all applicable Member Complaint and Appeals procedures.

The Plan, or anyone acting on Our behalf, shall have all the powers necessary or appropriate to enable it to carry out its duties in connection with the operation and administration of the Certificate. This includes, without limitation, the power to construe the Group Contract, to determine all questions arising under the Certificate, to resolve Complaints and Appeals and to make, establish and amend the rules, regulations and procedures with regard to the interpretation and administration of the provisions of this Certificate. However, these powers shall be exercised in such a manner that has reasonable relationship to the provisions of the Group Contract, the Certificate, Provider agreements, and applicable state or federal laws. A specific limitation or exclusion will override more general benefit language.

## Community Insurance Company Note

The Group, on behalf of itself and its participants, hereby expressly acknowledges its understanding that this Certificate is part of a contract solely between the Group and Community Insurance Company (Anthem), and that Anthem is an independent corporation licensed to use the Blue Cross and Blue Shield names and marks in the State of Ohio. The Blue Cross and Blue Shield marks are registered by the Blue Cross and Blue Shield Association with the U.S. Patent and Trade mark Office in Washington, D.C. and in other countries. Further, Anthem is not contracting as the agent of the Blue Cross and Blue Shield Association or any other Blue Cross and/or Blue Shield plan or licensee. This paragraph shall not create any additional obligations whatsoever on the part of Anthem other than those obligations created under other provisions of this agreement.

## 13   COMPLAINT AND APPEALS PROCEDURES

Our customer service representatives are trained to answer your questions about your health benefit plan. Please call during business hours, Monday through Friday, with questions regarding:

- Your coverage and benefit levels, including Copayment amounts,
- Specific claims or services you have received,
- Doctors or Hospitals in the Network,
- Referral processes or authorizations,
- Provider directories.

Complaint and Appeal procedures have been established to provide fair, reasonable, and timely solutions to complaints that you may have concerning the Plan. The Plan invites you to share any concerns that you may have over benefit determinations, coverage and eligibility issues, or the quality of care rendered by medical Providers in Our Networks.

## The Complaint Procedure

If you have a complaint, problem, or claim concerning benefits or services, please contact Us. Please refer to your Identification Card for Our address and telephone number.

A complaint is an expression of dissatisfaction that can often be resolved by an explanation from Us of Our procedures and your benefit document. You may submit your complaint by letter or by telephone call. If your complaint involves issues of Covered Services, you may be asked to sign a release of information form so We can request records for Our review.

You will be notified of the resolution of your complaint if a claim or request for benefits is denied in whole or in part. We will explain why benefits were denied and describe your rights under the Appeal Procedure.

## Appeal Procedures

As a member of this Plan you have the right to appeal decisions to deny or limit your health care benefits. The explanation of why We denied your claim or request for benefits will describe the steps you should follow to initiate your appeal.

An appeal is a request from you for Us to change a previous determination or to address a

concern you have regarding confidentiality or privacy.

### Internal Appeals

An initial determination by Us can be appealed for internal review at two subsequent levels known as "Level 1" and "Level 2" appeals. The Plan will advise you of your rights to appeal to the next level if a denial occurs after an initial determination or Level 1 appeal.

You have the right to designate a representative (e.g. your physician) to file appeals with Us on your behalf and to represent you in any level of the appeals process. If a representative is seeking an appeal on your behalf, We must obtain a signed Designation of Representation (DOR) form from you. The appeal process will not begin until Anthem has received the properly completed DOR form except that if a physician requests expedited review of a Level 1 appeal on your behalf, the physician will be deemed to be your designee for the limited purpose of filing for expedited review of the Level 1 appeal without receipt of a signed form. We will forward a Designation of Representation form to you for completion in all other situations.

Anthem will accept oral or written comments, documents or other information relating to an appeal from the member or the member's provider by telephone, facsimile or other reasonable means. Members are entitled to receive, upon request and free of charge, reasonable access to, and copies of, documents, records, and other information relevant to the Member's appeal.

To obtain information on Our appeal procedures or to file an oral appeal please call the toll free customer service number listed on the back of your Plan Identification Card or the number provided for appeals on any written notice of an adverse decision that you receive from us.

We will also accept appeals filed in writing. If you wish to file your appeal in writing, you must mail it to: Anthem Blue Cross and Blue Shield, PO Box 380, Mason, Ohio 45040-0380, or to the address provided for filing an appeal on any

written notice of an adverse decision that you receive from Us.

Upon Our receipt of your written or oral appeal at the appeals address or telephone number provided above or provided on any notice of an adverse decision, We will send you an acknowledgment within 5 business days notifying you that you will receive a written response to the appeal once an investigation into the matter is complete. Our acknowledgment may be oral for those appeals We receive orally.

## Level 1 Appeals

Level 1 appeals are reviewed by persons who did not make the initial determination and who are not the subordinates of the initial reviewer. If a clinical issue is involved, We will use a clinical peer for this review. A clinical peer is a physician or provider who has the same license as the provider who will perform or has performed the service. The clinical peer will review your medical records and determine if the service is covered by your benefit document. If the clinical peer determines that the service is covered by your benefit document We must pay for the service; if the clinical peer determines that the service is not covered We may deny the services.

If you are appealing an adverse precertification decision other than a retrospective post-claim review decision (i.e., an adverse prospective, concurrent or retrospective pre-claim review decision) or the denial of any prior approval required by the Plan, We will provide you with a written response indicating Our decision within a reasonable period of time appropriate to the medical circumstances but not later than 20 business days of the date we receive your Level 1 appeal request. If more information is needed to make a decision on your Appeal, Anthem will send a written request for the information after receipt of the Appeal. No extensions of time for additional information may be taken on these Appeals without the permission of the member. Therefore, Anthem will make a decision based upon the available information if the additional information requested is not received.

If you are appealing any other type of adverse decision (including retrospective post-claim review decisions) and sufficient information is available to decide the Appeal, We will provide you with a written response indicating Our decision within a reasonable period of time appropriate to the medical circumstances but not later than 30 business days from receipt of the Appeal request. If more information is needed to make a decision on your Appeal, Anthem shall send a written request for the information after receipt of the Appeal. If the additional information requested is not received within 30 business days of the Appeal request, Anthem shall conduct its review based upon the available information, which review shall be completed within a reasonable period of time appropriate to the medical circumstances but not later than 40 business days from the Appeal request.

## Level 2 Appeals

If Our Level 1 appeal decision is satisfactory to you, the matter is concluded. If Our decision is not satisfactory, you or your designated representative may initiate a Level 2 appeal by contacting the Plan either in writing or by phone at the above address and telephone numbers. An acknowledgment will be sent to you within 5 business days upon Our receipt of your Level 2 appeal request. At Level 2, the appeal is reviewed by a panel of the Plan's staff members. We will set a date and time during normal business hours for Our appeal panel members to meet to discuss your Level 2 appeal. You or your representative do not have to be present when the panel meets; however you or your representative may appear in person or by telephone conference to communicate with the Appeal panel if desired. You or your representative may submit oral or written comments, documents or other information relating to the appeal for consideration by the appeal panel whether or not You choose to appear in person or by telephone.

Level 2 appeals concerning adverse precertification decisions other than retrospective post-claim review decisions (i.e., adverse prospective, concurrent or retrospective pre claim review decisions) or the denial of any prior

approval required by the Plan will be resolved by the panel no later than 30 calendar days from the date your Level 2 appeal request was received by Us. All other Level 2 appeals will be resolved by the panel no later than 45 business days from the date your Level 2 appeal request was received by Us.

After the appeal panel makes a decision you will be notified within 5 business days in writing by Us of Our decision concerning your Level 2 appeal.

## Expedited Reviews

Expedited Review of a Level 1 appeal, or Level 2 appeal may be initiated orally, in writing, or by other reasonable means available to you or your Provider. Expedited Review is available only if the medical care for which coverage is being denied has not yet been rendered. We will complete expedited review of a Level 1 appeal as soon as possible given the medical exigencies but no later than within seventy-two hours (72 hours) of Our receipt of sufficient information and will communicate Our decision by telephone to your attending physician or the ordering provider. We will also provide written notice of Our determination to you, your attending physician or ordering provider, and the facility rendering the service. We will complete expedited review of a Level 2 appeal as expeditiously as the medical condition requires and Panel administration permits. Our decision will be communicated by telephone to your attending physician or the ordering provider. We will also provide written notice of Our determination to you, your attending physician or ordering provider, and to the facility rendering the service.

You may request an expedited review if a provider with knowledge of your medical condition certifies that the absence of immediate medical attention will do any of the following:

- Place the health of the patient or unborn child in serious jeopardy,
- Cause serious impairment to bodily functions,
- Cause serious dysfunction of any body organ or part,
- Subject you to severe pain that cannot be adequately managed.

We, by applying a prudent lay person standard, may also determine that an appeal may be expedited.

## External Appeals

If We continue to deny benefits for the service, you may request a review from another source. You may appeal issues for any of the reasons listed below:

- They are not Covered Services.
- They are not Medically Necessary.
- They are Experimental/Investigative.
- Issues regarding your eligibility, or
- Any other issue you have with your benefits

## Denial Because Services are Not Covered

If we deny benefits for the service because it is not a Covered Service or We deny eligibility for coverage or for any other non-clinical issue, you may ask the Department of Insurance to review your claim. You can write the Ohio Department of Insurance at 2100 Stella Court, Columbus, Ohio 43215 or call the Department at 1-800-686-1526.

If your issue involves a coverage question, the Department will review your benefit document and the type of benefit requested. If the Department determines that the requested benefits are not covered by your benefit document, We do not have to provide benefits for the service. If the Department determines the benefit is covered or that making the determination requires the resolution of a medical issue, We may either provide benefits for the service or provide you with the opportunity for a review by an independent review organization (described below).

## Denial Because Services are Not Medically Necessary or are Experimental/Investigative

If We deny benefits for a service because it is not Medically Necessary according to your health plan coverage and the service and related expenses will cost you more than $500 or the service has not been incurred yet and non-receipt of the service would jeopardize your life or health, you may request Us to obtain an external review from an independent review organization (IRO). Regardless of the cost of the service at issue, you may also request external review if we deny benefits for any service or supply because it is Experimental/Investigative. The IRO is not affiliated with us. We pay the cost for the IRO review.

You must request this review from Us within 60 days of receiving notice of the result of the internal review of your appeal. Your request must be in writing except that if your physician determines that a therapy would be significantly less effective if not promptly initiated, the review may be requested orally or by electronic means. When an oral or electronic request for external review is made, written confirmation of the request must be submitted to Anthem no later than 5 business days after the oral or electronic request is made.

The IRO will review your medical records and other relevant information to determine if the service for which benefits are requested is Medically Necessary or not Experimental/Investigative. If the IRO determines that the service is Medically Necessary or not Experimental/Investigative We must provide benefits for the service according to the terms of your benefit document. If the IRO determines that the service is not Medically Necessary, We do not have to provide benefits for the service.

To qualify for this review you must meet all of the following criteria.

- You request an external review from Us not later than 60 days after receipt of notice from Us of the result of Our internal review or notice from the Ohio Department of Insurance that the determination requires resolution of a medical issue.

- You have exhausted all levels of our internal review process.

- The drug, device, procedure, or other therapy would be covered if it were not considered to be Experimental or Investigational.

## Instructions For Requesting An External Review by an IRO

You (the Member) or your designated representative, may request an external review.

Your request for an external review must be submitted within 60 days after receiving notice from Us of the denial of Our internal review or after receiving notice from the Ohio Department of Insurance that the determination requires resolution of a medical issue. We will pay for the external review.

External review will be performed by an independent review organization (IRO). The IRO must provide Us with a response within 30 days of your request for an external review. The IRO's decision must include:

- A description of the patient's condition,

- The principal reasons for the decision,

- An explanation of the clinical rational for the decision.

If the IRO determines that the service should be covered by Us, We must pay for the service according to the terms of your benefit document. If the IRO determines that the service should not be covered by Us, We do not have to pay for the service.

## Appeal Filing Time Limit

We expect that you will use good faith to file a Level 1 appeal or a Level 2 appeal on a timely basis. However, We will not review a Level 1 appeal if it is received by Us after the end of the calendar year plus 12 months have passed since the incident leading to your appeal. Unless there

are extenuating circumstances, Level 2 appeals must be requested within 60 calendar days of your or your designated representative's receipt of the Level 1 appeal decision.

## Appeals by Members of ERISA Plans

If you are covered under a Group plan which is subject to the requirements of the Employee Retirement Income Security Act of 1974 (ERISA), you must file a Level 1 appeal prior to bringing a civil action under 29 U.S.C. 1132 §502(a). Level 2 appeals are a voluntary level of review and need not be exhausted prior to filing suit. Any statutes of limitations or other defenses based upon timeliness will be tolled while a Level 2 Appeal is pending. You will be notified of your right to file a voluntary Level 2 appeal if Our response to your Level 1 appeal is adverse. Upon your request, We will also provide you with detailed information concerning the Level 2 appeal, including how appeal panelists are selected.

Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company.
An independent licensee of the Blue Cross and Blue Shield Association.
® Registered marks Blue Cross and Blue Shield Association.

Group Name:                              Blue Access PPO - Sample Certificate
Group Identification Number:             ANPOBASM
Subgroup Identification Number:

Mail to subscriber.

# CERTIFICATE OF LEGAL CUSTODIAN OF DOCUMENTS

Cindy Hess, Benefits Analyst of the Wisconsin Compli Department, having been sworn on oath certifies that:

I am a Benefits Analyst for the Wisconsin Compli Department for Blue Cross Blue Shield of Wisconsin and Compcare Health Insurance Corporation and make this certificate being fully authorized to do so.

The attached document is a true and correct copy of a PPO Contract which was effective January 1, 2002.

Dated: _6/13/08_

_Cindy Hess_
Cindy Hess

State of Wisconsin
County of Milwaukee

Subscribed and sworn to before me this _13_ day of _June_, 2008

_Kelly Levenhagen_
Notary Public

My commission expires _12/7/2008_

KELLY
LEVENHAGEN
NOTARY PUBLIC
STATE OF WISCONSIN