# APPENDIX
# PART 11

BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN*
MILWAUKEE, WISCONSIN 53203

COMPREHENSIVE HEALTH CARE CO-PAY PREFERRED PROVIDER PLAN GROUP CONTRACT

BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN

ISSUES THIS CONTRACT TO

**SAMPLE PPO CONTRACT**

(herein referred to as the "Group")

Contract Effective Date: January 1, 2002

BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN agrees to provide the benefits described in the Contract to persons who become Members under this Contract.

This Contract becomes effective on the Contract Effective Date and is issued in consideration of the Group's Application and the payment of premiums as provided in the Contract.

This Contract is guaranteed renewable to the Group except as otherwise provided for under TERMINATION OF COVERAGE.

This Contract limits covered expenses to the Charge, as defined herein, for services. This amount may be less than the billed charge.

This benefit design contains restrictive out of network benefits.

BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN

PRESIDENT

SECRETARY

FP/C2-98  (11/99)
*An independent licensee of the Blue Cross and Blue Shield Association

BI 3/02

## ASSIGNMENT OF GROUP NUMBERS AND BENEFITS

SUBSCRIBERS assigned a Group Number listed below, and their eligible dependents, shall receive benefits as described in the Contracts listed below.

**Automating Peripherals, Inc.**

MASTER GROUP NUMBER: 68041

| SECTION NUMBERS | GROUP IDENTIFICATION | BENEFIT CONTRACTS ASSIGNED |
|---|---|---|
| 0000 | EMPLOYEES | PART 1 |

FP/C2-98  (11/99)

PART 1

COMPREHENSIVE HEALTH CARE CO-PAY PREFERRED PROVIDER PLAN GROUP CONTRACT

# TABLE OF CONTENTS

**SECTION**                                                                  **PAGE**

SCHEDULE OF BENEFITS ............................................................................................ 2

GENERAL DEFINITIONS ............................................................................................ 6

ELIGIBILITY ............................................................................................................ 15

MANAGED CARE PROGRAM ..................................................................................... 20

MEDICAL INSURANCE COVERAGE............................................................................ 22

PRE-EXISTING CONDITION LIMITATION PROVISION ............................................... 34

GENERAL EXCLUSIONS............................................................................................ 35

COORDINATION OF THE CONTRACT'S BENEFITS WITH OTHER BENEFITS ......................... 39

TERMINATION OF COVERAGE ................................................................................. 43

PREMIUMS AND RENEWAL ...................................................................................... 48

GENERAL PROVISIONS............................................................................................. 49

## SCHEDULE OF BENEFITS
## MEDICAL INSURANCE COVERAGE

**BENEFITS PROVIDED**

The benefits We provide are subject to the terms and conditions of the Contract. The Member's share of the cost for Covered Services is described below. For additional details about Covered Services, please refer to the Medical Insurance Coverage section of this Contract.

**DEDUCTIBLE**

$250.00 per Calendar Year per Member.

$750.00 is the maximum aggregate Deductible amount required under one Family Coverage in a Calendar Year.

If 2 or more Members under the same Family Coverage incur expenses for Covered Services as a result of injuries received in the same accident, only one Deductible is required for all Covered Services related to that accident.

The Deductible applies to all Covered Services, unless the Contract states otherwise.

**COINSURANCE**

1. For Covered Services performed by a Preferred Provider, and for Special Services:

   After the Member satisfies the Deductible each Calendar Year, the Member pays 10% Coinsurance for Covered Services. The most Coinsurance a Member pays for Covered Services performed by a Preferred Provider in a Calendar Year is $500.00 per Member and $1,000.00 per Family Coverage.

   Thereafter, We pay 100% for Covered Services incurred in that Calendar Year, up to the maximum benefit.

2. For all other Covered Services performed by a Non-Preferred Provider:

   After the Member satisfies the Deductible each Calendar Year, the Member pays 30% Coinsurance for Covered Services. The most Coinsurance a Member pays for Covered Services performed by a Non-Preferred Provider in a Calendar Year is $1,500.00 per Member and $3,000.00 per Family Coverage.

   Thereafter, We pay 100% for Covered Services incurred in that Calendar Year, up to the maximum benefit.

The Preferred Provider and Non-Preferred Provider Coinsurance maximums are separate and cannot be combined.

The Coinsurance applies to all Covered Services, unless the Contract states otherwise.

**SPECIAL SERVICES**

The Covered Services listed below are paid at the Preferred Provider level of benefits regardless of whether the Covered Services are rendered by a Preferred Provider or a Non-Preferred Provider.

1. Anesthesia.
2. Dental services.
3. Diagnostic Services provided and billed for by an independent laboratory.
4. Ambulance services.

SB/C2-98 (10/01)

5. Oral Surgery.
6. Skilled Nursing Facility services.

## COPAYMENT

In addition to the Deductibles and Coinsurance listed above, the following Copayments apply:

1. $50.00 for each Emergency room visit at a Preferred Provider (waived if admitted).
2. $75.00 for each Emergency room visit at a Non-Preferred Provider (waived if admitted).
3. $50.00 for each ambulance service.
4. $50.00 for each oral surgery.

## LIFETIME MAXIMUM BENEFITS

$2,000,000.00 per Member's lifetime.

## MAXIMUM BENEFITS

### A. Surgery

Organ procurement benefits are limited to $10,000.00 per organ for each covered transplant under the Contract.

Non-Primary Procedures will be paid at 50%.

### B. Kidney Disease Treatment

Expenses for kidney disease treatment, including transplants, are covered up to $30,000 per Member per Calendar Year. This benefit includes dialysis, transplantation, donor-related costs, and transplant related services.

### C. Therapy Services

Cardiac rehabilitation is limited to Phase II only, for 3 one-hour sessions per week, for up to 12 consecutive weeks.

Services provided up to a maximum of 40 combined visits per Member per Calendar Year for physical, occupational, and speech therapy.

### D. Mental Illness or Alcoholism or Other Drug Abuse Problems

1. Inpatient Services

   Inpatient services are limited to the lesser of:

   a. 30 days per Member per Calendar Year; or
   b. 90% of $7,000.00 per Member per Calendar Year.

   Thereafter, 1 additional day of Inpatient care for the treatment of nervous and mental conditions is available per Member, per Calendar Year, paid at one hundred percent (100%). This additional benefit does not include services rendered for the treatment of alcoholism or other drug abuse problems.

2. Transitional Services

   Transitional Services are limited to 90% of $3,000.00 per Member per Calendar Year.

   Thereafter, 1 additional visit of Transitional care for the treatment of nervous and mental conditions is available per Member, per Calendar Year, paid at one hundred percent (100%). This additional benefit does not include services rendered for the treatment of alcoholism or other drug abuse problems.

3.  Outpatient Services

Outpatient Services are limited to 90% of $2,000.00 per Member per Calendar Year.

Thereafter, 1 additional visit of Outpatient care for the treatment of nervous and mental conditions is available per Member, per Calendar Year, paid at one hundred percent (100%). This additional benefit does not include services rendered for the treatment of alcoholism or other drug abuse problems.

Note: The amount You pay in Coinsurance for services related to the treatment of mental illness or alcoholism or other drug abuse problems is not applied toward the coinsurance maximum described above. In addition, after You meet the coinsurance maximum, services related to the treatment of mental illness or alcoholism or other drug abuse remain subject to the Coinsurance stated above.

The above Covered Services are not subject to the Contract Deductible, Coinsurance or any above Copayments and will be paid according to the above reimbursement levels.

**E.  Skilled Nursing Facility Services**

30 days per Member per admission.

**F.  Prosthetics**

$50,000 per lifetime per Member.

**G.  Home Health Care**

40 Home Care Visits per Member per Calendar Year.

If the attending Physician indicates that the Member is Terminally Ill, another 40 Home Care Visits are available each Calendar Year.

The Deductible and Coinsurance do not apply to these benefits.

**H.  Temporomandibular Disorder Treatment**

Benefits for diagnostic procedures and non-surgical treatment are limited to $1,250.00 per Member per Calendar Year.

**I.  Childhood Immunizations**

Benefits are available to Dependents for appropriate and necessary immunizations given from the ages of 0 to 6 years.

Benefits are paid at 100% not subject to the Deductible, Coinsurance or any applicable Copayment if services are rendered by a Preferred Provider.

**PRESCRIPTION DRUG BENEFIT**

The following benefit is not subject to the policy Deductible and Coinsurance. Benefits are paid as explained in the Copayment and Benefit Level sections below.

**COPAYMENT**

**Generic Prescription Drugs**

$10.00 per Prescription Order or refill.

**Brand Name Prescription Drugs**

$15.00 per Prescription Order or refill.

A 34 day supply per Prescription Order or refill is the maximum allowed.

**Maintenance Drug Copayment** (Only available from a Preferred Pharmacy)
Three copayments per 90 day supply. A 90 day supply is the maximum allowed.

**BENEFIT LEVEL**

After the Member satisfies the Copayment for each Prescription Order or refill, We pay:

1. 100% of the remaining Prescription Charges for Prescription Drugs dispensed by a Preferred Pharmacy; or

2. 75% of the remaining Prescription Charges for Prescription Drugs dispensed by a Non-Preferred Pharmacy. The Member will be responsible for 25% of the remaining Prescription Charge after the Copayment when a Non-Preferred Pharmacy is utilized.

Except as otherwise directed on the Prescription Order by the Prescriber, if a brand name drug is dispensed when a generic drug is available, in addition to the generic drug Copayment the Member will be required to pay the difference between the billed amount for the generic drug and the brand name drug at the time of purchase.

If there is no generic drug available and a brand name drug is dispensed, the Member is responsible for payment of the brand name drug Copayment only.

## GENERAL DEFINITIONS

When used and capitalized in this Contract, these terms have the following definitions:

**ACTIVELY AT WORK/ACTIVE WORK** means the eligible Group member is regularly performing the duties of his or her principal occupation for his or her regularly scheduled number of hours at the usual place of business.

**AMBULATORY SURGICAL FACILITY (SURGICENTER)** means a facility with an organized staff of Physicians, which:

1. Has permanent facilities and equipment for the primary purpose of performing surgical procedures on an outpatient basis;
2. Provides treatment by or under the supervision of Physicians and nursing services whenever the patient is in the facility;
3. Does not provide Inpatient accommodations; and
4. Is not, other than incidentally, a facility used as an office or clinic for the private practice of a Physician or Other Provider.

**CALENDAR YEAR** means January 1 through December 31 of each year.

**CERTIFICATE** means a document that summarizes Contract benefits. It is given to a Subscriber as proof of his or her coverage.

**CHARGE** means the negotiated rate We have established by agreement with the Provider, if any, or, if there is no negotiated rate:

1. the Usual, Customary, and Reasonable Amount (UCR Rate) for Medical Services, or
2. the Allowed Amount for Hospital Service or services of a Skilled Nursing Facility or other institutional Provider.

Where the negotiated rate is based on capitation, the Charge is always the UCR Rate or the Allowed Amount which would have otherwise been applied to that Covered Service.

No agreement as to the rate, fee, or cost between a Member and a person, firm, or corporation providing or rendering services or items shall increase Our liability to an amount more than the UCR Rate or Allowed Amount.

1. "Usual, Customary and Reasonable Amount (UCR Rate)" means the amount We allow for a Medical Service rendered by a Provider other than a Hospital, Skilled Nursing Facility, or other institutional provider. We determine the UCR Rate for a given service or item. The UCR Rate is not more than:
   a. The Usual Amount, which is the fee charged by the Provider for the service or item to the majority of his or her patients; and
   b. The Customary Amount, which is the fee that falls within a range of Usual Amounts or most Providers in the smallest geographic area that will generate a statistically credible claims distribution for the same or similar service; and
   c. The Reasonable Amount, which is the Usual and Customary Amount taking into consideration the complexity of treatment required for the particular case.

   If We receive too few claims for a service or item to enable Us to establish a UCR rate, We will pay a fee for the service or item based on information from providers of similar services or items, and any other information available

2. "Allowed Amount" means the amount We will allow for Covered Services provided to a Member by a Hospital, Skilled Nursing Facility, or other institutional Provider.

**CLINICAL PSYCHOLOGIST** means a licensed person or practitioner who treats patients with emotional and mental problems. When there is no licensure law, the psychologist must be certified by the appropriate professional body.

**COINSURANCE** means a portion of the Charge for Covered Services for which the member is responsible. Coinsurance is based on the lesser of the negotiated rate We have established with the provider, or the UCR Rate or the Allowed Amount for the Covered Service, as applicable. Where a Provider is paid on a capitated basis, Coinsurance is based on the UCR rate or the Allowed Amount for the Covered Service, whichever is applicable. The Member's Coinsurance will not be reduced by refunds, rebates, or any other form of negotiated post-payment adjustments.

**COMPLAINT** means any dissatisfaction expressed to Us by the Member or on behalf of the Member with Us or Our contracted Providers.

**COMPLICATIONS OF PREGNANCY** means an Illness or Injury superimposed upon an otherwise normal pregnancy. The Illness or Injury must have the potential to affect the course or outcome of the pregnancy, or the health of the mother or fetus. Examples of Complications Of Pregnancy are preeclampsia, toxemia, gestational diabetes, hyperemesis gravidarium, ectopic pregnancy, miscarriage, and gynecological Surgery performed in the 6 week postpartum period (other than elective sterilization) if the Surgery is in connection with or results from the pregnancy. The following are not considered Complications of Pregnancy: false labor, occasional spotting, prescribed rest during the pregnancy, morning sickness, Cesarean section, breech presentation, and similar conditions associated with difficult pregnancy, labor or delivery.

**CONFINEMENT** means that period of time in which a Member is a registered Inpatient. Confinement starts with admission to a Hospital or Facility Other Provider, and ends with discharge.

**CONTRACT** means this document and any amendment to it.

**CONTRACT EFFECTIVE DATE** means the date on which coverage under this Contract begins for the Group. It is shown on the Contract's face page.

**CONTRACT TERMINATION DATE** means the date on which this Contract terminates.

**COPAYMENT** means the amount or percentage of a Covered Service that is not payable by Us and that must be paid by the Member directly to the Provider. A copayment will not apply towards satisfying the Deductible, Coinsurance or Maximum Benefit amount.

**COVERED SERVICE** means a Hospital or Medical Service, supply, piece of equipment or prescription drug set forth in this Contract for which We provide benefits. A charge for a Covered Service is considered to have been incurred on the date the service or supply was provided to a Member. Covered Service does not include any service or supply if the provision of that service or supply is not documented in provider records.

**CREDITABLE COVERAGE** means benefits or coverage provided under any of the following:

1. A group health plan;
2. Health insurance;
3. Medicare or Medicaid;
4. CHAMPUS;
5. A medical care program of the Indian Health Services or of a tribal organization;
6. A state health benefits risk pool;
7. A Federal Employee Health Plan;
8. A public health plan; or
9. A Peace Corps health benefit plan,

all as defined under Wisconsin Statute 632.745(4).

**CUSTODIAL CARE** means that type of care which is designed essentially to assist a person to meet activities of daily living. It does not entail or require the continuing attention of trained medical personnel such as registered nurses and licensed practical nurses. Custodial Care includes those services which constitute personal care such as help in walking and getting in and out of bed; assistance in bathing, dressing, feeding, and using the toilet; preparation of special diets; and supervision of medication which usually can be self-administered. Care may still be custodial even though such care involves the use of technical medical skills if such skills can be easily taught to a lay person.

**DEDUCTIBLE** means a specified amount of Covered Services, usually expressed in dollars. A Member must incur the Deductible before We assume any liability for all or part of the remaining Covered Services.

**DENTIST** means a licensed Doctor of Dental Surgery or equivalent, as recognized by the American Dental Association. Dentist includes any other professional practitioner authorized by law to practice dentistry at the time and place dental services are performed.

**DEPENDENT** means a Member other than the Subscriber as specified in DEPENDENT ELIGIBILITY.

**DIAGNOSTIC SERVICE** means a test or procedure which is directed toward determining a definite condition or disease. A Diagnostic Service must be ordered by a Physician or Other Provider. Diagnostic Services are covered to the extent specified. They include:

1. X-ray and other radiology services;
2. Laboratory and pathology services;
3. Cardiographic, encephalographic, and radioisotope tests.

**EFFECTIVE DATE** means the date on which a person's coverage under this Contract begins.

**ENROLLMENT DATE** means:

1. For Members who apply at initial eligibility, the earlier of:
   a. the Effective Date; or
   b. The first day of the Subscriber's Probationary Period, if any.
2. For all other Members, the Member's Effective Date.

**EXPEDITED GRIEVANCE** means a grievance where the standard resolution process may include any of the following:

1. Serious jeopardy to the life or health of the enrollee or the ability of the enrollee to regain maximum function.
2. A situation where, in the opinion of a physician with knowledge of the enrollee's medical condition, the enrollee would be subjected to severe pain that cannot be adequately managed without the care or treatment that is the subject of the grievance.
3. It is determined to be an expedited grievance by a physician with knowledge of the enrollee's medical condition.

**EXPERIMENTAL/INVESTIGATIONAL** means devices, drugs, biologic products, procedures, programs of diagnosis or treatment, or facilities for which Our medical director or his or her designee concludes there is a lack of scientific evidence permitting conclusions:

1. As to effect on health outcome;
2. That the net health outcome is beneficial;
3. That the beneficial outcome is better than that achieved under established alternatives; or
4. That the effect is attainable under the usual conditions of medical practice.

Our medical director or his or her designee determines whether a device, drug, biologic product, procedure, program of diagnosis or treatment, or facility is Experimental/Investigational. The factors considered may include:

1. Current medical literature;
2. Recommendations of the Blue Cross and Blue Shield Association;
3. Consensus statements and/or position papers by nationally recognized, authoritative, professional organizations;
4. Recommendations of Our medical consultants; or
5. Where applicable, final approval by the appropriate government regulatory body.

A request for an advance determination may be submitted in writing to the provider/customer service departments of the regional service center responsible for servicing the Group. A decision will be made within 5 working days of receiving the request. If prior written approval for a treatment, service or supply is provided, benefits will be paid if the Member's coverage is in force and if the approval has not expired at the time such treatment, service or supply is provided.

**FAMILY COVERAGE** means coverage for the Subscriber and one or more of his or her Dependents.

**GRIEVANCE** means a written complaint filed with Us by or on behalf of the Member. The complaint may involve dissatisfaction with our administration or claim practices, provision of services, denial of prescription drugs or devices, denial or limitation for experimental/investigational treatment, or disenrollment proceedings initiated by Us.

**GROUP** means the common employer or organization with which Subscribers are affiliated.

**GROUP APPLICATION** means the application for insurance completed and signed by the Group.

**HEALTH BENEFIT PLAN** means any hospital or medical expense-incurred policy or certificate, hospital or medical service plan contract, or health maintenance organization subscriber contract. Health Benefit Plan does not include accident-only, specified disease, individual hospital indemnity, credit, dental-only, vision-only, Medicare Supplement, long-term care, or disability income insurance, coverage issued as a supplement to liability insurance, workers' compensation or similar insurance, or automobile medical-payment insurance.

**HOME CARE** means Medically Necessary care and treatment under a plan of care that the attending Physician has:

1. Established;
2. Approved in writing; and
3. Reviewed at least every 2 months. He or she may decide that a longer time between reviews is sufficient.

**HOME CARE SERVICES** means the services described as such in COVERED SERVICES. The services must be provided or coordinated by a state-licensed or Medicare-certified home health agency or rehabilitation agency.

**HOME CARE VISIT** means any one visit by a person who:

1. Provides services under a Home Care plan;
2. Evaluates the need for Home Care; or
3. Develops a Home Care plan.

Each 4 hours in a row or less in any one 24-hour period is one Home Care Visit.

**HOSPICE CARE** means care, including palliative and supportive care, which is coordinated by a hospice team and rendered to a Terminally Ill Member and the Member's family in the Member's home or a Hospice Facility. Palliative care is care which relieves the symptoms of disease flare-up, but which does not result in an improvement of the patient's stationary condition.

**HOSPICE FACILITY** means a Hospital, Skilled Nursing Facility, or Facility Other Provider that provides Inpatient Hospice Care to a Member whose care needs cannot be met at the Member's home.

**HOSPITAL** means a facility for the care and treatment of an Illness or Injury, which:

1. Is licensed and/or accredited as a Hospital in the jurisdiction in which it is located;
2. Is under the supervision of a staff of one or more Physicians;
3. Provides 24 hour nursing care by or under the supervision of registered graduate nurses (R.N.); and
4. Is equipped for diagnosis and treatment, and major Surgery, for which a charge is made that the Member is legally obligated to pay.

A facility which provides for care and treatment of mentally ill or mentally retarded persons is not required to have major Surgery facilities on its premises if it otherwise satisfies this definition of "Hospital".

Except where provided for elsewhere in this Contract, "Hospital" does not include an institution that is principally for: transitional care or subacute care, rest, nursing, long-term, extended, or Custodial Care; convalescence, care of the aged; alcoholics; drug addicts; or rehabilitation.

**HOSPITAL SERVICE** means room accommodations (including bed and room, nursery care, meals and dietary service, and nursing service) and all services, equipment, medications, and supplies that are furnished, provided by and used in the Hospital to which the Member is admitted as a registered patient. Hospital Service does not include radio, television, telephone, or parking.

**ILLNESS** means a bodily disorder, bodily injury, disease, mental disorder, or pregnancy. It includes illnesses which exist at the same time, or which occur one after the other but are due to the same or related causes.

**INDEPENDENT LABORATORY** means a Facility Other Provider primarily engaged in providing pathology laboratory services. The laboratory:

1. Must be duly licensed by the jurisdiction in which it is located;
2. Must be Medicare-approved;
3. Must not be operated by or associated with a Physician or clinic; and
4. Must have a staff of appropriately licensed employees.

**INJURY** means bodily damage that results directly and independently of all other causes from an accident.

**INPATIENT** means a Member who is treated as a registered bed patient in a Hospital, Skilled Nursing Facility, or Facility Other Provider. A full day's room and board charge is made.

**LATE ENROLLEE** means an eligible Subscriber or Dependent who requests enrollment under this Contract at a time other than within the specific time frames listed under the Application & Effective Date provision of the Eligibility section.

**LIFETIME MAXIMUM BENEFIT** means the total amount of benefits We will pay for any one Member while covered by this Contract.

**MEDICAL SERVICES** means those professional services of Physicians and the professional and para-medical personnel who are contractually associated with or employed by the Physician (including medical, surgical, diagnostic, and therapeutic service), which are generally and customarily provided and which are performed, prescribed, or directed by a Physician.

GD/C2-98 (10/01)

**MEDICALLY NECESSARY (OR MEDICAL NECESSITY)** means that the services or supplies provided by a Hospital, Physician, Other Provider, or Pharmacy are required to diagnose or treat a Member's Illness or Injury. We determine whether a service or supply is Medically Necessary based on the findings of a utilization review process and generally accepted medical practice. The service or supply must be:

1. Consistent with and appropriate for the treatment or diagnosis of the Member's symptoms, Illness or Injury;

2. Of proven value or usefulness, likely to yield additional information, and not redundant when performed with other procedures;

3. The most appropriate and cost-effective level of service or supply which can safely be provided to the Member. When applied to the care of an Inpatient, it further means that the Member's medical symptoms or condition require that the services cannot be safely provided to him or her as an Outpatient; and

4. Not primarily for the convenience of the Member, his or her family or the Provider.

The fact that a Physician or Other Provider has prescribed, ordered, recommended or approved a treatment, service or supply does not in itself make it eligible for payment.

**MEDICARE** means the hospital and medical insurance program established as Title I, Part I of Public Law 89-97 by the 89th Congress of the United States of America and popularly known as the Health Insurance for the Aged Act, and as later amended.

**MEMBER** means the Subscriber. If dependent coverage is available and in-force, Member includes the Subscriber's Dependents.

**MENTAL ILLNESS** means an emotional or mental disorder characterized by an abnormal functioning of the mind or emotions as reflected by behavioral disturbance as defined in DSM-III R.

**NON-PRIMARY PROCEDURE** means a separate Surgery procedure performed by a Physician on the same patient during the same operative session or on the same day.

**NURSE PRACTITIONER** means an individual licensed as a registered nurse, who:

1. Is certified as primary care nurse practitioner or clinical nurse specialist by the American Nurses' Association or by the National Board of Pediatric Nurse Practitioners and Associates; or;

2. Holds a master's degree in nursing from an accredited school of nursing; or

3. Before July 1, 1990, has successfully completed a formal one (1) year academic program that prepares registered nurses to perform an expanded role in the delivery of classroom instruction and a component of supervised clinical practice, and award a degree, diploma or certificate to individuals who successfully complete the program; or

4. Has successfully completed a formal education program that is intended to prepare registered nurses to perform an expanded role in the delivery of primary care but that does not satisfy the requirements set forth in the paragraph above, and has performed such an expanded role for a total of twelve (12) months during the eighteen (18) month period ending July 1, 1978.

**ORTHOGNATHIC SURGERY** means a Surgery designed to reposition the maxilla (upper jaw bone) and/or mandible (lower jaw bone). Its purpose is to achieve harmony in function and appearance between the jaws.

**OSTEOTOMY** means a type of Orthognathic Surgery which involves a surgical incision into the maxilla (upper jaw bone) and/or mandible (lower jaw bone). An Osteotomy may be classified as a Sagittal Split, a Segmental Osteotomy, a Subcondylar Osteotomy, and/or a Vertical Osteotomy.

**OTHER PROVIDER** means a person or facility other than a Physician or Hospital who or which is licensed, where required, to render services which are specified as Covered Services under this Contract. Other Providers include:

1. **FACILITY OTHER PROVIDER** - a facility primarily engaged in providing specialty services. Facility Other Provider includes:
   a. Ambulatory Surgical Facility
   b. Freestanding Dialysis Facility
   c. Independent Laboratory

   A Facility Other Provider not listed above requires Our prior written approval. We consider the facility's services, affiliations, ownership, and accreditation, and the Provider's furnishing care in the facility.

2. **PROFESSIONAL OTHER PROVIDER** - a person or practitioner listed below. He or she must practice within the limits of law which apply to his or her profession.
   a. Occupational Therapist
   b. Pharmacist
   c. Physical Therapist
   d. Physician's Assistant - when services are supervised and billed for by an employer M.D.
   e. Speech Language Pathologist
   f. Certified Operating Room Technician - when services are supervised and billed for by an employer M.D. for surgical assistance only
   g. Operating Room Technician - when services are supervised and billed for by an employer M.D. for surgical assistance only
   h. Registered Nurse (RN) - when services are supervised and billed for by an employer M.D.
   i. Licensed Practical Nurse (LPN) - when services are supervised and billed for by an employer M.D.
   j. Cardiac Rehabilitation Specialist
   k. Clinical Psychologist
   l. Certified Registered Nurse Anesthetist
   m. Nurse Practitioner

**OUTPATIENT** means a Member who receives services or supplies from a Hospital's Outpatient Department. A room and board charge is not made.

**PERIOD OF DISABILITY** means the total duration of all successive Confinements that are separated from each other by less than 90 days.

**PHARMACY (PHARMACIST)** means a person, firm, or corporation authorized by state law to dispense Prescription Drugs.

> **PREFERRED PHARMACY** means a Pharmacy that has entered into an agreement with Us to provide to Members the Prescription Drug benefits described in this Contract.

> **NON-PREFERRED PHARMACY** means a Pharmacy that has not entered an agreement with Us.

**PHARMACY AND THERAPEUTICS COMMITTEE** means an advisory committee consisting of pharmacists, Physicians, nurses, and administrators. The Blue Cross and Blue Shield (or its designee) Pharmacy and Therapeutics Committee evaluates drug issues and makes recommendations regarding the use of certain Prescription Drugs.

**PHYSICIAN** means an individual licensed and legally entitled to practice medicine and/or Surgery, and practicing within the scope of his or her license. This includes the following:

1. M.D. -Doctor of Medicine.

2.  D.O. -Doctor of Osteopathy.

3.  D.D.S. -Doctor of Dental Surgery.

4.  D.D.M. -Doctor of Dental Medicine.

5.  D.S.C. -Doctor of Surgical Chiropody.

6.  D.P.M. -Doctor of Podiatric Medicine.

7.  O.D. -Doctor of Optometry.

8.  D.C. -Doctor of Chiropractic.

**PRE-ADMISSION TESTING** means tests and studies required in connection with a Member's Inpatient admission to a Hospital for Surgery. Pre-Admission Testing does not include tests and studies done to establish a diagnosis.

**PREFERRED PRODUCT LIST** means a list of Prescription Drugs which are approved for use by Us. This list is subject to periodic review and modification.

**PRESCRIBER** means a Physician or other person duly authorized by the laws of the state in which he or she practices to prescribe Prescription Drugs for his or her patients in the course of his or her professional practice.

**PRESCRIPTION CHARGES** means the usual and customary charges for Prescription Drugs. A Prescription Charge is usual and customary if it is not more than the regular charge made by the dispensing Pharmacy for the drug.

**PRESCRIPTION DRUG** means

1.  A Prescription Legend Drug, the original label of which, under the Federal Food, Drug, and Cosmetic Act is required to bear the legend: "Caution: Federal law prohibits dispensing without prescription." This includes any Prescription Legend Drug that is approved by the Food and Drug Administration for the treatment of HIV infection or HIV-related illness, and that is in or has completed a phase three (3) clinical investigation, if the drug is prescribed and administered in accordance with the treatment protocol approved for such drug.

2.  A medication compounded by a licensed Pharmacist and pre-approved by the Pharmacy and Therapeutics Committee, which contains a Prescription Legend Drug in a therapeutic quantity;

3.  Injectable insulin; and

4.  Injectable drugs to the extent that they have been specifically approved by the Blue Cross (or its designee) Pharmacy and Therapeutics Committee for self-administration. Other injectable medications may be a Covered Service under this Contract if not specifically identified as covered under this Prescription Drug section. For the purposes of this section, Prescription Drug also includes syringes and diabetic supplies other than diabetic equipment.

**PRESCRIPTION ORDER** means a written order for Prescription Drugs. The order is issued by a Prescriber.

**PROBATIONARY PERIOD** means the continuous length of time an employee must be employed with the Group before he or she is eligible for coverage under this Contract. The Probationary Period is shown in the Group Application.

**PROVIDER** means a Hospital, Physician, or Other Provider, licensed where required and performing within the scope of the license.

**PREFERRED PROVIDER** means a Provider that We have selected to participate in Our preferred provider program. The Provider has signed a Preferred Hospital Agreement or Preferred Physician Agreement with Us.

**NON-PREFERRED PROVIDER** means a Provider that does not meet the definition of a Preferred Provider.

We will provide to the Group a list of Preferred Providers for distribution to Subscribers. We will update the list from time to time.

Our use of the terms "Preferred" and "Non-Preferred" is not a statement as to a Provider's ability.

**PSYCHOLOGIST** means a Provider licensed to treat patients with Mental Illness. The Psychologist must be licensed in the state where the Psychologist rendered services to the Member or be a Psychologist certified by the American Board of Professional Psychology.

**SKILLED NURSING FACILITY** means a facility which is primarily engaged in providing 24-hour skilled nursing and related services on an Inpatient basis to patients requiring convalescent and rehabilitative care. Skilled Nursing Facility also means a facility which provides transitional or subacute care (short term highly skilled rehabilitative care or short-term medical care less intense than that commonly provided in a Hospital.) Care is rendered by or under the supervision of Physicians. A Skilled Nursing Facility is not, other than incidentally, a place that provides:

1. Minimal care, Custodial Care, ambulatory care, or part-time care services; or
2. Medical Care or treatment of Mental Illness, alcoholism, drug abuse or pulmonary tuberculosis.

**SMALL EMPLOYER** means:

1. An employer that employed an average of at least 2 but not more than 50 employees on business days during the immediately preceding Calendar Year and employs at least 2 employees on the first day of the Contract Effective Date; or
2. The most current definition of Small Employer required by applicable law.

**SUBSCRIBER** means a member of the Group who:

1. Meets the Group's eligibility requirements for fringe benefits;
2. Meets the Contract's eligibility requirements;
3. Has submitted a completed application to Us for coverage under the Contract; and
4. Has caused premium payment to be made on his or her behalf.

**SURGERY** means:

1. The performance of generally accepted operative and cutting procedures. This includes related surgical supplies, specialized instrumentations, endoscopic examinations and other invasive procedures;
2. The correction of fractures and dislocations;
3. Injections of medication into joints and bursae for nerve blocks or as an alternative to Surgery; and injections of sclerosing agents, and dyes used for radio-opacity;
4. Usual and related pre-operative and post-operative care;
5. Other procedures as We approve.

**TERMINALLY ILL** means a Member has an incurable diagnosis and a medical prognosis of limited life expectancy, usually 6 months or less.

**THERAPY SERVICE (THERAPEUTIC SERVICE)** means services or supplies used to promote a Member's recovery from an Illness or Injury. Therapy Services are covered to the extent specified in the Schedule of Benefits. They may include radiation therapy, chemotherapy, dialysis treatments, physical, respiration, occupational, or speech therapy, and cardiac rehabilitation.

**TOTALLY DISABLED (OR TOTAL DISABILITY)** means a condition resulting from Illness or Injury in which, as certified by a Physician:

1. The Subscriber is unable to perform any occupation or business for which he or she is reasonably suited by education, training or experience, and is not, in fact, engaged in any occupation or business for wage or profit; and
2. The Dependent is unable to perform his or her normal activities of daily living.

**WE, US, AND OUR** means BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN.

GD/C2-98 (10/01)

# ELIGIBILITY

## PARTICIPATION REQUIREMENTS:

See the Group Agreement and Application for Insurance for the participation and contribution requirements applicable to the Group.

## SUBSCRIBER ELIGIBILITY

Unless stated otherwise in the Group Agreement and Application for Insurance, the classes of people eligible for coverage under this Contract are as follows:

A regular employee (other than a substitute or temporary employee), a partner, or sole proprietor. In each case, the person must actively perform the duties of his or her principal occupation for a minimum of thirty (30) hours per week, and satisfy any applicable Probationary Period. He or she must be eligible for all the fringe benefits applicable to the class of employees to which he or she belongs.

## DEPENDENT ELIGIBILITY

A Dependent means and includes:

1. The legal spouse of the Subscriber.
2. The unmarried children of the Subscriber or the insured spouse who are unable to provide their own support. This includes legally adopted children, and children for whom the Subscriber or insured spouse is the legal guardian. A Dependent child ceases to be an eligible Dependent:
   a. At the end of the calendar month he or she marries. A child who marries ceases to be eligible and cannot regain Dependent eligibility at a later date;
   b. At the end of the Calendar Year he or she reaches age 19. However, coverage will not end if he or she is a full-time student at that time. The school must be an accredited academic, professional, or trade school. We accept the school's definition of full-time. No child is an eligible dependent after the earlier of:
      1) The end of the month in which he or she ceases to be a student; or
      2) The end of the Calendar Year he or she reaches age 26.

      Reaching the limiting age does not end the coverage of a Dependent child who is both:
      1) Incapable of self-sustaining employment due to mental retardation or physical handicap; and
      2) Chiefly dependent on the Subscriber or Subscriber's spouse for support and maintenance. The incapacity and dependency must begin while the child is insured under this Contract. The Subscriber must provide Us proof of the incapacity and dependency within 31 days of the child's reaching the limiting age. Then the Subscriber must provide proof as often as We require. This will not be more often than once a year after the 2 year period following the child's reaching the limiting age. The Subscriber must provide the proof at no cost to Us.
3. The children of a Dependent child until the Dependent child reaches age 18.

EP/C2-98

**APPLICATION & EFFECTIVE DATE**

1.  Subscribers

    Eligible Subscribers may apply for coverage at the times listed below.

    a.  Within 31 days of initial eligibility.

        Coverage for a Subscriber who applies within 31 days of initial eligibility is effective the first of month following:

        1)  the date he or she completes any Probationary Period; and

        2)  the date We receive the completed application.

    b.  Within 31 days of termination or exhaustion of other coverage.

        Coverage for a Subscriber who applies within 31 days of termination or exhaustion of other coverage is effective the first of the month following Our receipt of the completed application.

    c.  Within 31 days of marriage, birth of a child, or placement for adoption.

        Coverage for a Subscriber who applies within 31 days of marriage, birth of a child, or placement for adoption is effective on the date of the marriage, or birth, or placement for adoption.

    d.  At any other time other than those listed above.

        1)  Coverage for a Subscriber who applies at any other time other than those listed above will be effective on the first of the month following Our receipt of a completed application.

        2)  A Subscriber who applies for coverage at any other time other than those listed above is a Late Enrollee and is subject to the Pre-Existing Condition Limitation applicable to Late Enrollees, as set forth in the Pre-Existing Condition Limitation Provision section.

2.  Dependents

    Eligible Dependents may apply for coverage at the times listed below.

    a.  Within 31 days of the Subscriber's initial eligibility.

        Coverage for a Dependent who applies within 31 days of the Subscriber's initial eligibility is effective the first of month following:

        1)  the date the Subscriber completes any Probationary Period; and

        2)  the date We receive the completed application.

    b.  Within 31 days of termination or exhaustion of other coverage.

        Coverage for a Dependent who applies within 31 days of termination or exhaustion of other coverage is effective on the first of the month following Our receipt of the completed application.

    c.  Within 31 days of the Subscriber's marriage.

        Coverage for a Dependent who applies within 31 days of the Subscriber's marriage is effective on the date of the marriage.

    d.  Following the birth of a Dependent.

        1)  Dependents

            Coverage for a Dependent who applies within 31 days of the birth of a Dependent is effective on the date of birth.

   2) Newborn Dependents

If Family Coverage is already in force, coverage for a newborn Dependent is effective on the date of birth. If additional premium is required for the newborn Dependent, coverage begins on the date of birth if:

- the Subscriber notifies Us of the birth and pays the additional premium within sixty (60) days of the birth, or
- within one year of the birth, all past due premium plus interest at the rate of 5 1/2% per year is paid.

e. Following Adoption or Placement for Adoption of a Dependent.

   1) Dependents

Coverage for a Dependent who applies within 31 days of an adoption or placement for adoption of a Dependent is effective on the date of the adoption or placement for adoption.

   2) Adopted Dependents

If Family Coverage is already in force and the adopted Dependent applies within sixty (60) days of the adoption or placement for adoption, coverage is effective on the date the Dependent is adopted by or placed for adoption with the Subscriber.

If additional premium is required for the adopted Dependent, coverage begins on the date of the adoption or placement for adoption if the adopted Dependent applies for coverage and pays any additional premium within sixty (60) days of the adoption or placement for adoption.

f. Following the issuance of a court order requiring Family Coverage.

Coverage for a Dependent who applies after the issuance of a court order requiring Family Coverage is effective on the first of the month following:

   1) the presentation of a valid court order requiring Dependent coverage to Us; and

   2) the date We receive the completed application.

g. At any other time other than those listed above.

   1) Coverage for a Dependent who applies at any other time other than those listed above will be effective on the first of the month following Our receipt of a completed application.

   2) A Dependent who applies for coverage at any other time other than those listed above is a Late Enrollee and is subject to the Pre-Existing Condition Limitation applicable to Late Enrollees, as set forth in the Pre-Existing Condition Limitation Provision section.

The Group should not remit premium for the Subscriber until the Effective Date. The Subscriber is not covered by this Contract until his Effective Date. We issue the Subscriber's Identification Card as evidence of his or her Effective Date, or include the Subscriber and/or Dependents on a monthly premium statement.

Unless the Contract states otherwise, the Subscriber must be actively at work on his Effective Date; if not, the Effective Date is the day he returns to active work. A day of vacation is considered active work for purposes of the Effective Date if the Subscriber is capable of active work on that date.

If a Subscriber applies for Family Coverage with his own application, the Dependent's Effective Date is the same as the Subscriber's Effective Date. However, a Dependent's Effective Date cannot precede the Subscriber's Effective Date unless:

1. the Subscriber is Totally Disabled on the Contract Date; and

2. the Subscriber was validly covered by the Group's prior benefit plan on the date it terminated.

In that case, the Dependent's Effective Date is the date the Subscriber's coverage would have been effective in the absence of Total Disability.

EP/C2-98

## ELIGIBILITY FOR DISABLED SUBSCRIBERS

This section applies to any Subscriber if this Contract replaces a group health insurance policy issued to the Group by another insurance carrier. The Subscriber must have been validly covered under the Group's prior benefit plan on the date it ended. Each Subscriber to whom this section applies is eligible for temporary coverage for the non-disabling conditions.

If on the Contract Effective Date, a Subscriber is Totally Disabled, that Subscriber is not eligible for this Contract's benefits for the disabling condition(s) until the earliest of:

1. 12 months after the Contract Effective Date;
2. The end of a normal benefit period under the prior benefit plan, or when the maximum benefit amount payable under the prior benefit plan has been paid; or
3. The date the Subscriber ceases to be Totally Disabled.

## COURT-ORDERED COVERAGE

If a court orders a Member to provide coverage for health care expenses for a child of the Member and the Member is eligible for Family Coverage under this Contract, We shall:

1. Provide Family Coverage under the Contract for the Member's child, if eligible for coverage, without regard to any enrollment period restrictions that may apply under the Contract;
2. Provide Family Coverage under the Contract for the Member's child, if eligible for coverage upon application by the Member, the child's other parent, or the Department of Health and Social Services or the county designee under s. 59.07 (97); and
3. After the child is covered under the Contract, and as long as the Member is eligible for Family Coverage under the Contract, continue to provide coverage for the child unless We receive satisfactory written evidence that the court order is no longer in effect or that the child has coverage under another group policy or individual policy that provides comparable health coverage.

If We provide coverage under a Contract for a child of a Member who is not the custodial parent of the child, We shall do all of the following:

1. Provide to the custodial parent of the child information related to the child's enrollment;
2. Permit the custodial parent of the child, a health care provider that provides services to the child or the Department of Health and Social Services to submit claims for Covered Services without the approval of the parent who is the Member; and
3. Pay claims directly to the health care Provider, the custodial parent of the child or the Department of Health and Social Services as appropriate.

## INDIVIDUAL REINSTATEMENTS

If a Member's coverage ends because the Subscriber's employment terminates, the coverage may be reinstated when the Subscriber returns to Active Work.

If the Subscriber returns to Active Work within 90 days of his or her termination date, coverage is effective on the date of return. Any waiting periods apply only to the extent they applied immediately before termination. We will not reinstate more maximum benefits than what the Member would have received had the Member been continuously insured. The Subscriber must pay the applicable premium.

If the Subscriber returns to Active Work more than 90 days after his or her termination date, We consider him or her to be a new eligible Group member. The APPLICATION and EFFECTIVE DATE provisions apply.

If the Member had converted his or her coverage, the conversion policy terminates on the date We reinstate the Member's coverage under this Contract.

EP/C2-98

**HEALTH MAINTENANCE ORGANIZATIONS**

This provision applies if the Group offers to its employees the option of coverage through either this Contract or a health maintenance organization (HMO).

An eligible Group member who is covered under the HMO may elect instead coverage under this Contract. If he or she makes the election during an open enrollment period agreed to by the Group and Us, his or her Effective Date will be the anniversary of the Contract Effective Date that next follows the open enrollment. However, if he or she makes the election at any other time, he or she will be considered a Late Enrollee.

A Member's coverage under this Contract ends on the last day of the month in which he or she becomes covered by the HMO. In that instance, the continued benefit described in paragraph 2 of BENEFITS AFTER TERMINATION OF COVERAGE applies only if the Member is confined in a facility which is not affiliated with the HMO.

**MANAGED CARE PROGRAM**

The Member must comply with the terms of this section in order to receive this Contract's full benefits. This Section does not apply to any Member for whom Medicare is the primary payor. Other Contract limitations, exclusions and conditions are not affected by this section, and still apply.

The benefit limitations described in this section apply whether Covered Services are rendered by a Preferred Provider or a Non-Preferred Provider.

## ADMISSION AUTHORIZATION

### A. Non-Emergency Admission

A Member is entitled to full Contract benefits for Covered Services for non-emergency Inpatient Hospital care only if We determine that the hospitalization is Medically Necessary, and authorize the care. The Member must notify the Managed Care Program of an anticipated hospitalization at least 48 hours in advance. If Medically Necessary, We will authorize a length of stay during which the Member is entitled to Covered Services. If We determine that all or part of the hospitalization is not Medically Necessary, We will send a notice of benefit denial to the Member, Physician, and Hospital. The notice states the period during which We will not provide benefits.

If the Member does not notify the Managed Care Program at least 48 hours before the hospitalization, We reduce the Charges for Covered Services by $1,000.00. We then calculate benefits for the reduced charges according to Contract provisions.

The $1,000.00 amount will not apply towards the Deductible, Coinsurance or any applicable Copayment.

### B. Emergency Admission

The Member, or someone on the Member's behalf, must notify the Managed Care Program within 48 hours of an emergency admission so that We can evaluate the Medical Necessity of the hospitalization. If Medically Necessary, We will authorize a length of stay during which the Member is entitled to Covered Services. If We determine that all or part of the hospitalization is not Medically Necessary, We will send a notice of benefit denial to the Member, Physician, and Hospital. The notice states the period during which We will not provide benefits.

If the Member, or someone on the Member's behalf, does not notify the Managed Care Program within 48 hours of the admission, We reduce the Charges for Covered Services by $250.00. We then calculate benefits for the reduced charges according to Contract provisions.

The $250.00 amount will not apply towards the Deductible, Coinsurance or any applicable Copayment.

If it is not possible to notify the Managed Care Program within 48 hours of the admission, but We are notified as soon as possible, the penalty for failure to notify Us does not apply.

## CONTINUED STAY AUTHORIZATION

We will contact the Hospital on or before the Member's expected discharge date. If the Member, someone on the Member's behalf, or the Physician believes it is necessary to extend the inpatient stay beyond the number of days We previously authorized, We will reevaluate the hospitalization. We will authorize an extension if one is Medically Necessary. We repeat this process until hospitalization is no longer Medically Necessary.

If We determine that all or part of the hospitalization is not Medically Necessary, We will send a notice of benefit denial to the Member, Physician, and Hospital. The notice states the period during which We will not provide benefits.

MC/C2-98

**ALTERNATIVE BENEFITS**

We will consider alternative treatment plans proposed by or on behalf of a Member. We may elect to offer alternative benefits for services which are not specified as Covered Services under this Contract.

We will identify potential cases, evaluate proposed alternative treatment plans, and otherwise coordinate the delivery of alternative benefits when We determine that alternative treatment is Medically Necessary, cost-effective, and feasible. These benefits will not be more than the lifetime maximum or the total amount of benefits under this Contract. We offer these benefits only in accordance with a plan of alternative treatment with which the Member (or the Member's legal guardian) and the attending Physician agree.

We make alternative benefits available on a case-by-case basis to individual Members. Under no circumstances does a Member acquire a vested interest in continued receipt of a particular benefit or level of benefits. Our offer or confirmation of alternative benefits in one instance does not obligate Us to provide to that or any other Member the same or similar benefits in another instance where the alternative treatment is not Medically Necessary, cost-effective, and feasible. In addition, Our action is not a waiver of Our right to enforce this Contract in strict accordance with its terms and conditions.

MC/C2-98

## MEDICAL INSURANCE COVERAGE

### INSURANCE PROVIDED

If a Member, while insured under this Contract, incurs charges for Covered Services that are more than the Deductible as a result of an Illness or Injury, We will pay benefits. Our payment is subject to the terms and conditions of this Contract, including any Deductible, Coinsurance, Maximum Benefit, and Lifetime Maximum Benefit Amount shown in the Schedule of Benefits. We will pay the rate of benefit shown in the Schedule of Benefits.

### COVERED SERVICES

The following services, supplies, and equipment are Covered Services.

**A. Hospital Services**

1. Bed, board, and general nursing service in:
   a. A room with 2 or more beds. Private rooms are covered to the extent of the Hospital's average semi-private room rate; or
   b. A coronary or intensive care unit.
2. Other Covered Services provided to an Inpatient or Outpatient by an employee of the Hospital. This includes use of operating, delivery, and treatment rooms and equipment; dressings, supplies, casts, and splints.
3. Pre-Admission Testing performed within 7 days before Hospital admission. Pre-Admission Testing is not a Covered Service if the tests are repeated when the Member is admitted to the Hospital. We pay Pre-Admission Testing services as an Outpatient claim if:
   a. The Inpatient admission is unexpectedly cancelled; and
   b. The Pre-Admission Testing services are properly identified as such.

**B. Physician Services**

Physician services provided in the Physician's office or clinic, the Member's home, Hospital, Facility Other Provider, or Skilled Nursing Facility.

If a Member's Physician recommends a specific treatment or makes a diagnosis, the Member may obtain a second opinion from another Physician.  The second opinion is usually for a consultation only.  Generally, tests that the Member has already taken will not be repeated unless the Physician determines they are necessary.

Inpatient Physician care includes consultations provided by another Physician at the request of the attending Physician. It does not include staff consultations required by hospital rules. Covered Services include one Inpatient visit by a Physician other than the delivery Physician for an apparently healthy newborn.

Covered Services include preventive care. Preventive care is care provided in the absence of a complaint and includes examinations and related services:

1. To screen for specific disease(s) when there is no evidence of the disease(s); or
2. For primary or secondary preventive (routine) care, including immunizations, well-baby care, and monitoring.
3. For administrative purposes, including those performed for occupation or employment, sports, the purchase of insurance, or admission to school.

CS/C2-98 (10/01)

Preventive care services, other than those for routine mammograms and childhood immunizations, are covered only if rendered by a Preferred Provider.

Childhood immunizations are covered according to the Schedule of Benefits and Covered Services section.

## C. Surgery

Surgery services by a Hospital, Ambulatory Surgical Facility, Physician, or Other Provider. Covered Services include pre- and post-operative services. Later surgical procedures (i.e. suture, cast removal) which are normally considered part of the Charge for the initial surgical procedure, are considered for payment as a separate service only when performed by a Physician other than the operating surgeon.

Surgery services include Outpatient electroshock therapy.

When We determine assistance is Medically Necessary, Covered Services include the services of a Physician or Professional Other Provider who actively assists the operating surgeon perform a covered Surgery.

Benefits for Non-Primary Procedures are limited as shown in the Schedule of Benefits.

1. Reconstructive Surgery

   Surgery to restore normal bodily function, or to correct deformity resulting from disease, trauma, or a previous therapeutic process that is a Covered Service under this Contract. The disease, trauma, or therapeutic process must have occurred after the Member's Effective Date and while he or she was continuously covered under this Contract.

   Breast reconstruction benefits include:

   a. reconstruction of the breast on which the mastectomy was performed;

   b. surgery and reconstruction of the other breast to produce a symmetrical appearance; and

   c. prostheses and treatment of physical complications at all stages of the mastectomy, including lymphedemas.

   Reconstructive Oral Surgery includes only those Oral Surgeries specified as Covered Services elsewhere in this Contract.

2. Congenital Defect Surgery

   Surgery which provides functional repair or restoration of any defective body part when repair is necessary to achieve normal body functioning. The defect must have existed at birth.

3. Organ Transplants

   Surgical Covered Services include the following Medically Necessary transplants:

   a. Kidney;

   b. Cornea;

   c. Non-Experimental/Investigational bone marrow, including hematopoietic stem cell support;

   d. Heart;

   e. Lung;

   f. Heart/lung;

   g. Liver; and

   h. Pancreas.

   Transplant services must be rendered by a Preferred Provider, except for kidney transplants.

   The Physician must certify and We must determine that the transplant is Medically Necessary. The organ must be from a human donor. The Member is eligible for benefits whether a donor or recipient. If the Member is a recipient, the donor is also eligible for Contract benefits. Donor benefits are limited to benefits not available to the donor from any other source.

Covered Services do not include the purchase price of an organ that is sold rather than donated to a Member.

Except for kidney transplants, pre-authorization of benefits is required for any transplant procedure. A request for pre-authorization may be submitted in writing to the customer service department of the regional service center responsible for servicing the Group.

There is a three hundred sixty-five (365) day waiting period for organ transplant Covered Services. This waiting period does not apply to kidney transplants. During this period:

a.  The Member must be continuously enrolled under the Contract; and

b.  The organ transplant procedure must be a Covered Service.

Time served under this Group's previous plan for a covered transplant will be credited toward the three hundred sixty-five (365) day waiting period. We will only credit time for those transplants which were a covered benefit under the Group's previous plan.

Benefits related to the procurement of transplant organs are limited to $10,000.00 per organ. This includes tissue typing, donor searches, and surgical removal procedures, storage, and transportation of the procured organs.

4.  Oral Surgeries

The following Oral Surgeries are Covered Services:

a.  Surgical exposure or removal of impacted teeth and related necessary x-rays.

b.  Excision of tumors and cysts of the jaws, cheeks, lips, tongue, roof and floor of the mouth, when the conditions require a pathological examination.

c.  Surgical procedures required to correct Injuries to the jaws, cheeks, lips, tongue, roof and floor of the mouth. The Member must incur the Injuries while covered under this Contract.

d.  Apicoectomy - Excision of apex of tooth root.

e.  Excision of exostoses of the jaws and hard palate.

f.  Treatment of fractures of facial bones.

g.  External incision and drainage of cellulitis.

h.  Incision of accessory sinuses, salivary glands or ducts.

i.  Reduction of dislocations of, and excision of, the temporomandibular joints.

j.  Gingivectomy - Excision of loose gum tissue to eliminate infection.

k.  Alveolectomy - The leveling of structures supporting teeth for the purpose of fitting dentures.

l.  Frenectomy - Incision of any midline fold of tissue between the jaws and lips and between the lower jaw and tongue.

m.  Removal of retained (residual) root.

n.  Gingival curettage under general anesthesia.

o.  Apical curettage.

**D.  Kidney Disease Treatment**

Kidney disease treatment includes dialysis, transplantation, donor related costs, and transplant related services.

**E.  Anesthesia**

Anesthesia; anesthesia services and supplies. A Physician (other than the surgeon or assistant at surgery) or a registered nurse anesthetist must render the anesthesia. The attending Physician must order the anesthesia for a covered Surgery or procedure. We do not cover the services of a registered nurse anesthetist for nerve blocks used for analgesia.

**F.  Diagnostic Services**

Diagnostic Services by a Hospital, Physician, or Other Provider. Dental x-rays are not a Covered Service unless this Contract states otherwise.

**G.  Therapy Services**

Therapy Services by a Hospital, Physician, or Other Provider, limited to the following:

1.  Radiation Therapy.
2.  Chemotherapy.
3.  Dialysis Treatment.
4.  Physical Therapy.
5.  Respiration Therapy.
6.  Occupational Therapy.
7.  Speech Therapy.
8.  Outpatient cardiac rehabilitation, limited to Phase II only. It must begin within 3 months of Hospital Confinement for myocardial infarction, coronary artery bypass graft, or coronary angioplasty. Benefits are limited to the maximum benefit shown in the Schedule of Benefits.

**H.  Outpatient Emergency Care**

Outpatient emergency care by a Hospital or Physician to treat:

1.  Traumatic bodily Injuries that result from an accident.
2.  A medical condition which shows itself by acute symptoms of sufficient severity, including severe pain, to lead a prudent layperson who possesses an average knowledge of health and medicine to reasonably conclude that a lack of immediate medical attention will likely result in:
    a.  serious jeopardy to the person's health, or, for a pregnant woman, serious jeopardy to the health of the woman or her unborn child;
    b.  serious impairment to the person's bodily functions; or
    c.  serious dysfunction of one or more of the person's body organs or parts.

**I.  Maternity Services**

1.  Covered Services rendered by a Hospital or Physician to any Member for normal pregnancy, Complications of Pregnancy, and interruptions of pregnancy. This includes therapeutic abortion.
2.  Maternity services include Covered Services provided by a Hospital or Physician for elective abortion.

Under federal law, We may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In addition, as provided by federal law, We will not require that a provider obtain authorization from Us before prescribing a length of stay which is not in excess of 48 hours for a vaginal delivery or 96 hours following a cesarean section.

**J.  Blood**

Blood and blood plasma except when replaceable by a Blood Donor Club; administration of blood; a blood processing fee charged the Hospital by a blood bank or blood center.

### K. Prescription Drugs

#### INSURANCE PROVIDED

If the Member, while insured under this Contract, incurs Prescription Charges that are more than the Copayment, We will pay benefits for those Prescription Charges. Our payment is subject to the terms and conditions of this Contract. We will pay the rate of benefit shown in the Schedule of Benefits.

<u>Diabetic Supplies</u>

Medical Supplies for the treatment of diabetes including insulin, test strips, lancets, insulin syringes and test solutions are covered benefits. The Member must pay one Copayment (Generic or Brand Name, as applicable) per supply item or insulin product.

Equipment for the treatment of diabetes including glucometers, insulin infusion pumps and dedicated insulin infusion pump supplies or related supplies is covered under the **Equipment** section of this Contract, not under this Prescription Drug Section.

#### AVAILABILITY OF PRESCRIPTION DRUG BENEFITS

Prescription Drug benefits are available to a Member under the following conditions:

1. The Prescription Drug is provided according to a Prescription Order, by a Pharmacy or Pharmacist acting within the scope of licensure.
2. The Member presents to the Pharmacy his or her Identification Card, and the proof of claim forms We furnish.
3. The Member, or the Subscriber on the Member's behalf, incurs a liability equal to the Copayment, for each Prescription Drug or refill.
4. The Member submits to Us proof of payment, in the form We require, within 90 days after the Prescription Order is filled, if Prescription Drugs are dispensed by a Pharmacy which is:
   a. A Preferred Pharmacy located outside Wisconsin; or
   b. A Non-Preferred Pharmacy.

   Pursuant to Wis. Stat. §631.81, We will still process the claim if:
   a. It was not reasonably possible for the Member to give Us proof of loss within 90 days; and
   b. The Member gives Us proof as soon as he or she is reasonably able, but not more than 15 months after the prescription order was filled.

   Claims which We receive more than 15 months after the Prescription Order was filled will not be processed or paid.
5. Benefits are not available for Prescription Drugs in excess of a thirty-four (34) day supply. A thirty-four (34) day supply is determined by the individual drug's dosing guidelines. Blue Cross or its designee retains the right to establish dosing guidelines.

#### MAINTENANCE DRUG BENEFIT

Specific Prescription Drugs may be obtained in a 90 day quantity from a Preferred Pharmacy. The Pharmacist will advise the Member if the Prescription Drug is available under this benefit. The Member must pay the applicable Maintenance Drug Copayment shown in the Schedule of Benefits.

#### PRE-AUTHORIZATION

When certain Prescription Drugs are obtained at a Preferred Pharmacy, pre-authorization is required.

Prior authorization is required for covered Prescription Drugs when:

1. The Prescription Charges, less any applicable copayment, for any single prescription item is more than $250; or

2.  The Prescription Drug is an injectable drug that has been specifically approved by the Blue Cross & Blue Shield (or its designee) Pharmacy and Therapeutics Committee for self-administration.

The Member or the Pharmacy may contact Blue Cross' Pharmacy Center to obtain prior authorization. The telephone number and location of Blue Cross' Pharmacy Center is listed on the front page of the Preferred Pharmacy listing. The Preferred Pharmacy listing is included with the Member's handbook.

The Preferred Pharmacy will be authorized to dispense the medication. Covered Prescription Drugs distributed from Blue Cross' Pharmacy Center may be obtained in one of the following ways:

1.  the Member may pick up the prescription at Blue Cross' Pharmacy Center,

2.  the medication may be mailed or dispatched to the Physician's office so that the appropriate consultation may take place, or

3.  the medication may be mailed to the Member.

This provision does not apply to covered Prescription Drugs used in the treatment of HIV infection.

## PAYMENT

When Prescription Drugs are dispensed by a Pharmacy that has an agreement with Us, We pay the benefits directly to the Pharmacy. If the Pharmacy requests that the Member pay the full cost of the prescription, the Member should confirm that the Pharmacy is currently a Preferred Pharmacy for Blue Cross' prescription drug program. If so, the Member should ask the Pharmacy to submit the claim directly to Blue Cross. When Prescription Charges are not processed through the Preferred Pharmacy, Blue Cross shall reimburse the Member the negotiated price of the Prescription Drugs, less any applicable Copayment.

When Prescription Drugs are dispensed by any other Pharmacy, the Member pays the actual charge for the Prescription Drug. We will then reimburse the Member the Prescription Charges (which may be less than the actual charge) for the Prescription Drug, less the Copayment and Coinsurance as specified in the Schedule of Benefits.

## PRESCRIPTION DRUG EXCLUSIONS

1.  Any portion of a charge which is more than the Prescription Charge.

2.  Prescription Drugs that are not Medically Necessary.

3.  Prescription Drugs that are Experimental/Investigational. This exclusion does not apply to any prescription legend drug that is:

    a.  Approved by the Food and Drug Administration for the treatment of HIV infection or HIV-related illness;

    b.  In or has completed a phase 3 clinical investigation; and

    c.  Prescribed and administered in accordance with the treatment protocol approved for the drug.

4.  Prescription Drugs prescribed by a Prescriber or dispensed by a Pharmacist who is a member of the Member's immediate family. Immediate family means the Subscriber's or Member's spouse, children, parents, grandparents, brothers and sisters and their spouses.

5.  Prescription Drugs required in connection with or as a result of an organ or bone marrow transplant other than:

    a.  kidney;

    b.  cornea;

    c.  non-Experimental/Investigational bone marrow, including hematopoietic stem cell support;

    d.  heart;

    e.  lung;

    f.  heart/lung;

CS/C2-98 (10/01)

    g.  liver; and

    h.  pancreas.

6.  Prescription Drugs dispensed to a Member while he or she is a registered patient in a hospital, nursing home, or other institution.

7.  Prescription Drugs dispensed to a Member for purposes other than his or her own use.

8.  Prescription Drugs which are more than a 34 day supply.

9.  Refills which are:

    a.  More than the number specified by the Prescriber; or

    b.  Dispensed more than one year from the original Prescription Order date.

10.  Artificial appliances, hypodermic needles, syringes or similar therapeutic devices or supplies. This exclusion does not apply to syringes, lancets, and test strips used in the treatment of diabetes.

11.  Administering or injecting Prescription Drugs.

12.  Prescription Drugs dispensed for any Illness or Injury:

    a.  Which occurs in the course of employment; and

    b.  For which the Member is eligible for compensation, in whole or in part, under any Worker's Compensation Act or Employer Liability Law.

    This exclusion applies whether or not the Member:

    a.  Claims the benefits or compensation; or

    b.  Recovers losses from a third party.

13.  Prescription Charges resulting from an Illness contracted or Injury sustained as a result of:

    a.  War, whether declared or undeclared; or

    b.  Service in the armed forces of any country or state.

14.  Prescription Drugs to the extent benefits are provided by or obtained from any governmental unit. This exclusion does not apply to Prescription Drugs dispensed by a hospital operated by:

    a.  The United States Veteran's Administration, when the Prescription Drugs are provided to a Member who is not a registered patient, for a non-service related disability; or

    b.  The Armed Forces of the United States, when the Member is not a registered patient, and is either retired from or a dependent of a person on active duty with the Armed Forces.

15.  Prescription Drugs to the extent Medicare is the Member's primary payor, which it is, except where Medicare is secondary by law. Where Medicare is primary payor, no benefits are available for Prescription Drugs for which the Member would have been entitled to Medicare benefits had he or she enrolled in Medicare or complied with Medicare requirements.

16.  Free care, care which was obtained free of charge from any source, or care for which a Member would have no legal obligation to pay if he or she did not have this or any similar coverage.

17.  Federal, state or local tax on goods or services.

18.  Any claim or demand for injury or damage which either arises out of or is connected to the manufacturing, compounding, dispensing, or use of any Prescription Drug.

19.  Any contraceptive drug, even if the drug is a Prescription Drug.

20.  Prescription Drugs which are dispensed and administered only for cosmetic or beautifying purposes, but not to restore normal body function.

21.  Injectable drugs which have not been specifically approved by the Blue Cross (or its designee) Pharmacy and Therapeutics Committee for self-administration.

22.  Drugs, Services, supplies, or equipment for infusion therapy.

23.  Infertility drugs.

24. Smoking cessation patches.
25. Weight loss programs or drugs; obesity drugs; liquid diet supplements.

**L. Equipment**

Rental/purchase of equipment.

1. Oxygen and rental of equipment for its administration; rental of equipment to treat respiratory paralysis.
2. Rental of radioactive substances.
3. The purchase or rental, at Our option, of durable medical equipment. Durable medical equipment is equipment which:
   a. Can withstand repeated use;
   b. Is primarily and customarily used to serve a medical purpose;
   c. Generally is not useful to a person who is not ill or injured; and
   d. Is appropriate for use in the home.

The equipment must be Medically Necessary and prescribed by a Physician or Other Provider acting within the scope of his or her respective license. When We determine whether to purchase or to rent the equipment, We consider the type of equipment requested, and the condition and length of time for which it will be used.

Durable medical equipment includes only those items approved as covered items under Medicare Part B. Covered Services include repair or replacement of durable medical equipment only where a change in medical condition requires repair or replacement to accommodate the new circumstances.

Covered Services do not include rental fees which are more than the total cost of purchase of the piece of equipment.

Claims for durable medical equipment must be accompanied by the Physician's or Other Provider's written certification of Medical Necessity. However, this certification does not in itself entitle the Member to benefits.

Durable medical equipment does not include:

   a. Items and self-help devices not chiefly medical in nature;
   b. Items for comfort and convenience;
   c. Physician's equipment;
   d. Disposable supplies unless provided in connection with direct Physician care or covered Home Care; or
   e. Exercise and hygienic equipment.

**M. Prosthetics**

Prosthetic devices and supplies which replace all or part of:

1. An absent body organ (including contiguous tissue); or
2. The function of a permanently inoperative or malfunctioning bodily organ.

The initial purchase of standard model prosthetic devices and supplies is a Covered Service, up to a maximum benefit of $50,000 per Member's lifetime. The Contract does not cover prosthetic devices or supplies to replace existing devices, or dental appliances. Benefits payable will be applied to the Lifetime Maximum Benefit and this maximum will be reduced by the benefits paid.

Covered Services include cleaning and repair of a prosthetic device (excluding dental appliances), unless damage results from the Member's negligence or abuse of the prosthesis.

CS/C2-98 (10/01)

**N. Orthotics**

Orthotic devices, including orthopedic braces and appliances.

**O. Dental Services**

Dental services rendered by a Dentist for:

1. Treatment of, and replacement of, natural teeth if the dental services are the result of accidental Injury. Services must commence within 90 days of the accident.

2. Extraction of 7 or more natural teeth at one time.

3. Hospital or ambulatory surgery center Charges and anesthetics provided for dental care for a Member if the Member meets any of the following conditions:

   a. The Member is under the age of 5;

   b. The Member has a chronic disability that is attributable to a mental and/or physical impairment which results in substantial functional limitation in an area of the Member's major life activity, and the disability is likely to continue indefinitely; or

   c. The Member has a medical condition that requires hospitalization or general anesthesia for dental care.

However, no Contract benefits are payable for Dental Services to the extent that benefits are provided to the Member under a group dental insurance policy We have issued.

**P. Ambulance Service**

Professional Ambulance Service when the Member's condition does not permit the use of other methods of transportation. Service must be used locally to or from a Hospital, Skilled Nursing Facility or sanitarium, from the Member's home, or from the scene of an accident or medical emergency. The ambulance must be staffed by any 2:

1. Ambulance attendants;

2. Emergency medical technicians - advanced;

3. Emergency medical technicians - intermediate;

4. Registered nurses;

5. Physicians' assistants;

6. Physicians; or

7. Any combination of the above.

**Q. Mental Illness or Alcoholism or Other Drug Abuse Problems**

Benefits for Mental Illness or alcoholism or other drug abuse problems are only available for Covered Services rendered by a Hospital, Physician, Clinical Psychologist, a Psychologist certified by the American Board of Professional Psychology, or any other Provider to the extent described in this section. A Clinical Psychologist must be listed in the National Register of Health Service Providers in Psychology in order to receive direct reimbursement; otherwise, the Clinical Psychologist must be under the direct supervision of an M.D. and services must be billed by an M.D.

1. Inpatient Services

   Services for the treatment of Mental Illness or alcoholism or other drug abuse problems that are provided to a bed patient in a Hospital or any facility for which state law mandates benefits be paid. This includes psychotherapy, psychological testing, convulsive therapy, detoxification, and rehabilitation care.

2. The following Medically Necessary Transitional Services:

   a. A certified Adult Mental Health Day Treatment Program defined in HSS 61.75 Wi. Adm. Code.

    b.  A certified Child/Adolescent Mental Health Day Treatment Program as defined in HSS 61.81 Wi. Adm. Code.

    c.  A certified AODA Day Treatment Program as defined in HSS 61.61 Wi. Adm. Code.

    d.  A certified Community Support Program as defined in HSS 63.03 Wi. Adm. Code.

    e.  A certified Residential AODA Treatment Program as defined in HSS 61.60 Wi. Adm. Code.

    f.  Intensive Outpatient Program for AODA as outlined in criteria established by the American Society of Addiction Medicine.

3. **Outpatient Services**

Nonresidential services for the treatment of Mental Illness or alcoholism or other drug abuse problems provided to a Member or, if to enhance the Member's treatment, to his or her spouse, children, parents, grandparents, brothers and sisters and their spouses. Services include partial hospitalization services, prescribed drugs, convulsive therapy, psychotherapy, and psychological testing. Services must be provided by any of the following:

    a.  A program in an outpatient treatment facility. The program and the facility must be approved, established and maintained according to the state law mandating benefits.

    b.  A licensed Physician who has completed a residency in psychiatry, in an outpatient treatment facility or the Physician's office.

    c.  A licensed Psychologist who is listed in the National Register of Health Service Providers in Psychology or a Psychologist certified by the American Board of Professional Psychology.

## R. Skilled Nursing Facility

Benefits are available for care in a Skilled Nursing Facility, subject to the following:

1. The Member must require care by skilled, licensed professionals.

2. Transfer to a Skilled Nursing Facility must take place within 24 hours of release from a Hospital.

3. Confinement in a Skilled Nursing Facility must be for the continued medical care for the same medical or surgical condition for which the Member was treated at the Hospital.

4. The attending Physician must certify when the Member is admitted to the Skilled Nursing Facility, and later recertify on a weekly basis, that Skilled Nursing Facility care is Medically Necessary.

Payment for the first 30 days per admission will be no less than the daily rate set for the Skilled Nursing Facility by the Wisconsin Department of Health and Social Services.

## S. Diabetic Equipment, Education, and Supplies

Benefits are provided for medical supplies, services, and equipment used in the treatment of diabetes, including diabetes self-management education programs. These benefits must be Medically Necessary and prescribed by a Physician.

Equipment for the treatment of diabetes includes glucometers, insulin infusion pumps and dedicated insulin infusion pump supplies or related supplies. Insulin infusion pump coverage is limited to the purchase of one pump per Member per Calendar Year, provided he or she has used it for 30 days before purchasing it. Diabetic equipment is covered under and subject to the Equipment section of this Contract.

Medical supplies include insulin, test strips, lancets, insulin syringes and test solutions.

Benefits for medical supplies are provided according to the coverage for Prescription Drugs.

**T. Home Health Care**

Home Care Services are:

1. Home nursing care.

2. Home health aide services which are Medically Necessary as part of the Home Care plan. These services consist solely of caring for the Member.

3. Physical or occupational therapy, or speech-language pathology or respiratory care.

4. Medical supplies, drugs and medications prescribed by a Physician, and laboratory services by or on behalf of a Hospital, if necessary under the Home Care plan. These supplies and services are covered to the extent they would have been covered had the Member been hospitalized.

5. Nutrition counseling provided by a registered or certified dietician where the services are Medically Necessary as part of the Home Care plan.

6. Evaluation of the need, and development of a plan, for Home Care when approved or requested by the attending Physician.

Benefits are available for Home Care Services only if the attending Physician certifies and it is true that:

1. Hospitalization or confinement in a Skilled Nursing Facility would be required if Home Care were not provided;

2. Medically Necessary care and treatment are not available from the Member's immediate family (his or her spouse, children, parents, grandparents, brothers and sisters and their spouses) or other persons residing with the Member without causing undue hardship;

3. Home Care Services are provided or coordinated by a state-licensed or Medicare-certified home health agency or rehabilitation agency.

If the Member was hospitalized before the start of Home Care, the Home Care plan must be approved at the start by the Physician who was the primary provider of services during the hospitalization.

The maximum weekly allowance for Home Care coverage will not exceed the weekly Charges for care in a Skilled Nursing Facility.

Home Care benefits do not include:

1. Food, housing, homemaker services, home-delivered meals.

2. Any services not specifically listed above as a Home Care Service.

3. Services or supplies not included in the Home Care plan established for the Member.

4. Services provided by members of the Member's immediate family or any other person residing with him or her.

5. Services or supplies not Medically Necessary.

**U. Nurse Practitioner**

Papanicolaou tests (pap smears), pelvic examinations and associated Diagnostic Services by a licensed Nurse Practitioner if benefits are available for the services when provided by a Physician. The Nurse Practitioner must be acting within the scope of his or her license.

**V. Mammography Examination Benefit**

Mammogram means X-ray examination of a breast using equipment dedicated specifically for mammography, including the X-ray tube, filter, compression device, screens, films and cassettes, with an average radiation exposure delivery of less than one rad mid-breast with two views for each breast.

Although not required, the mammogram may be performed at the direction of a Physician or Nurse Practitioner.

CS/C2-98 (10/01)

The following benefits are available for a female Member, regardless of whether the woman shows symptoms of breast cancer:

1. Two mammograms between the ages of 45 and 49, provided a mammogram was not performed within two years before each examination.

2. An annual mammogram for a female Member age 50 or older.

Any additional mammograms must be Medically Necessary.

## W. Lead Poisoning Screening

Benefits will be paid for blood lead tests for Dependent children under age six (6) years of age pursuant to rules promulgated by the Department of Health and Family Services.

## X. Childhood Immunizations

Benefits are paid according to the Schedule of Benefits for appropriate and necessary immunizations. "Appropriate and necessary immunizations" means the administration of vaccine that meets the standards approved by the U.S. public health services for such biological products against at least all of the following:

1. Diphtheria.
2. Pertussis.
3. Tetanus.
4. Polio.
5. Measles.
6. Mumps.
7. Rubella.
8. Hemophilus influenza B.
9. Hepatitis B.
10. Varicella.

## Y. Temporomandibular Disorder Treatment

Diagnostic procedures and Medically Necessary surgical or nonsurgical treatment for the correction of temporomandibular disorders if the following conditions are met:

1. The condition is caused by congenital, developmental, or acquired deformity, disease or injury;

2. The procedure or device is reasonable and appropriate for the diagnosis or treatment of the condition, under the accepted standards of the profession of the health care provider rendering the service; and

3. The purpose of the procedure is to control or eliminate infection, pain, disease, or dysfunction.

We cover prescribed intraoral splint therapy devices.

Benefits for diagnostic procedures and non-surgical treatment are limited to the maximum benefit shown in the Schedule of Benefits.

## PRE-EXISTING CONDITION LIMITATION PROVISION

Pre-Existing Condition is a disease or condition (whether physical or mental), as distinguished from the cause of the disease or condition, except for pregnancy, for which medical advice, diagnosis, care or treatment was recommended or received during the 6 months immediately preceding the Member's Enrollment Date.

No benefits will be paid for a Pre-Existing Condition for a period of 12 months, beginning on the Member's Enrollment Date.

For Late Enrollees, no benefits will be paid for a Pre-Existing Condition for a period of 18 months beginning on the Late Enrollee's Enrollment Date.

### PRE-EXISTING CONDITION CREDIT

The Pre-Existing Condition limitation period above will be credited for the time a Member was covered under Creditable Coverage, provided the Creditable Coverage was continuous to a date not more than 63 days prior to the Member's Effective Date. Any lapse in coverage which occurred during the Probationary Period will not be used to determine whether Creditable Coverage was continuous prior to the Member's Effective Date. After such period, benefits will be paid for such Pre-Existing Condition on the same basis as any other condition.

### PRE-EXISTING CONDITION LIMITATION WAIVER

The Pre-Existing Condition Limitation will not apply to any of the following:

1.  Dependent children Members who are adopted by or placed for adoption with a Subscriber after the Subscriber's Effective Date, if the Subscriber pays any additional premium owed and applies for coverage within 60 days of the adoption or placement for adoption.

2.  Dependents who are born after the Subscriber's Effective Date, if the Subscriber pays any additional premium owed and applies for coverage within one year of the child's birth.

3.  Dependent children Members who were covered under Creditable Coverage on the last day of the 30 day period beginning with the day of their birth, adoption, or placement for adoption. This waiver does not apply after the end of the first continuous period during which the individual was not covered under any Creditable Coverage for at least 63 days. Any waiting period or affiliation period for coverage under a group health benefit plan or group health plan will not be taken into account in determining the amount of time coverage lapsed before the Dependent child Member was enrolled in a group health benefit plan or group health plan.

## GENERAL EXCLUSIONS

No benefits are available for:

1. Services, supplies, or equipment which:
   a. Are not specifically described as Covered Services; or
   b. Are furnished in connection with or as a result of a non-Covered Service, even though the services, supplies, or equipment would otherwise be Covered Services.
2. Services, supplies, or equipment furnished:
   a. Before the Member's Effective Date;
   b. During a Confinement that began before the Member's Effective Date; or
   c. After the date the Member's coverage ends.
3. Any portion of a charge which is more than Our allowed Charge, as defined herein.
4. Services, supplies or equipment that are not Medically Necessary.
5. Services, supplies or equipment that are Experimental/Investigational.
6. Services, supplies or equipment prescribed by or performed by a/an:
   a. Masseur or masseuse (massage therapist);
   b. Midwife, except Nurse Practitioner;
   c. Physical therapist technician;
   d. Hearing aid dealer or fitter;
   e. Social worker;
   f. Audiologist;
   g. Registered nurse;
   h. Provider who is a member of the Member's immediate family. Immediate family means the Subscriber's or Member's spouse, children, parents, grandparents, brothers and sisters and their spouses; or
   i. Private duty nurse (his or her board is also not a Covered Service);
   unless the Contract specifically includes that provider as a Covered Service. Then, benefits are available only to the extent and subject to any limitations set forth in the Contract.
7. Services, supplies, or equipment:
   a. For organ or bone marrow transplants other than:
      1) Kidney;
      2) Cornea;
      3) Non-experimental/investigational bone marrow, including hematopoietic stem cell support;
      4) Heart;
      5) Lung;
      6) Heart/lung;
      7) Liver; and
      8) Pancreas.
   b. Required in connection with or as a result of non-covered organ or bone marrow transplants.

EX/C2-98 (10/01)

8. Services, supplies, or equipment for:
   a. In-vitro fertilization, artificial insemination, and all other insemination and/or fertilization services intended to induce ovulation and/or to promote spermatogenesis and/or to achieve conception;
   b. Transsexual surgery or any treatment leading to or connected with transsexual surgery;
   c. Treatment of sexual dysfunction which is not related to organic disease;
   d. Reversals of sterilizations.
9. Alcoholism, drug addiction, or Mental Illness except as specified in the Contract.
10. Dentistry, dental or oral Surgery processes, or treatment for Temporomandibular disorder except as specified in the Contract. This also excludes orthodontics, periodontics, Orthognathic Surgery and Osteotomies.
11. The following items:
    a. Prescription drugs, appliances, or prosthetic devices, except as specified in the Contract;
    b. Prescription drugs, or a deductible applied to prescription drugs, if benefits are provided to the Member under one of Our group prescription drug policies.
    c. Contraceptive drugs, even if a prescription is required.
12. External or internal mechanical hearing aids, whether removable or surgically implanted, or examinations for the prescription or fitting of hearing aids.
13. Eyeglasses or contact lenses, or examinations for the prescription or fitting of eyeglasses or contact lenses. Benefits are available for the first pair of eyeglasses or contact lenses:
    a. For aphakia;
    b. For keratoconus;
    c. Following cataract surgery.
14. Personal hygiene or convenience items. This includes:
    a. Air conditioners;
    b. Humidifiers; and
    c. Physical fitness equipment.
15. Surgeries, procedures, or treatments and their related Hospital and professional services intended primarily to improve appearance, but not intended to restore normal bodily function or to correct deformity resulting from disease, trauma, or a previous therapeutic process that is a Covered Service. This exclusion does not apply to breast reconstruction of the affected tissue following mastectomy. This exclusion does apply to breast reduction Surgery.
16. Inpatient Hospital admissions primarily for:
    a. Physical therapy; or
    b. X-ray or radiation therapy.
17. Services, supplies, or equipment:
    a. For Custodial Care;
    b. For care in custodial institutions or residential treatment facilities;
    c. For rest cures;
    d. Associated with travel for health.
18. Weight loss programs, including any related Hospital, Professional, or Diagnostic Services, and prescription drugs; liquid diet supplements. This exclusion does not include gastrointestinal surgery for morbid obesity (defined as a Body Mass Index of 40 or greater).

19. Any Illness or Injury:
    a. Which occurs in the course of employment; and
    b. For which the Member is eligible for compensation, in whole or in part, under any Worker's Compensation Act or Employer Liability Law.
    This exclusion applies whether or not the Member:
    a. Claims the benefits or compensation; or
    b. Recovers losses from a third party.
20. Charges resulting from an Illness contracted or Injury sustained as a result of:
    a. War, whether declared or undeclared; or
    b. Service in the armed forces of any country or state.
21. Services, supplies or equipment to the extent benefits are provided by or could have been obtained from any governmental unit. This exclusion does not apply to Covered Services provided to a Member by a Hospital operated by:
    a. The United States Veteran's Administration, when the Covered Services are for a non-service related disability; or
    b. The Armed Forces of the United States, when the Member is either retired from or a dependent of a person on active duty with the Armed Forces.
22. Services, supplies or equipment to the extent Medicare is the Member's primary payor, which it is, except where Medicare is secondary by law. Where Medicare is primary payor, no benefits are available for services, supplies, or equipment for which the Member would have been entitled to Medicare benefits had he or she enrolled in Medicare or complied with Medicare requirements.
23. Free care, care which was or could have been obtained free of charge from any source, or care for which a Member would have no legal obligation to pay if he or she did not have this or any similar coverage.
24. Services, supplies or equipment received from a dental or medical department maintained by or on behalf of a/an:
    a. Employer;
    b. Mutual benefit association;
    c. Labor union;
    d. Trust;
    e. Academic institution; or
    f. Similar person or group.
25. The following charges:
    a. Telephone consultation charges;
    b. Charges for failure to keep a scheduled visit;
    c. Charges for completion of a claim form or return to school/work form;
    d. Additional Charges beyond the Charges for basic and primary services for services requested after normal provider service hours or on Holidays;
    e. Charges which are not documented in provider records; or
    f. Federal, state or local tax on goods or services.
26. Subacute or transitional care unless provided or rendered in a Skilled Nursing Facility.

27. Any services, supplies or equipment which are required to be provided by a public school district or state or local educational agency pursuant to the requirements of the federal Individuals with Disabilities Education Act, 20 U.S.C. § 1401 et. seq.,as amended, or any state or local law(s) and regulation(s) which implement such act. This exclusion applies whether or not the service is actually provided by the public school district or educational agency.

28. Treatment, services and supplies in connection with any Illness or Injury caused by a Member's commission of or attempt to commit a felony.

29. Tooth implantation and related services.

EX/C2-98 (10/01)

## COORDINATION OF THE CONTRACT'S BENEFITS
## WITH OTHER BENEFITS

### APPLICABILITY

This Coordination of Benefits ("COB") provision applies to This Plan when a Member has health care coverage under more than one Plan, except to the extent this provision is superseded by the Medicare secondary payor rules. "Plan" and "This Plan" are defined below.

If this COB provision applies, the order of benefit determination rules are looked at first. The rules determine whether the benefits of This Plan are determined before or after those of another Plan. The benefits of This Plan:

1. Are not reduced when, under the order of benefit determination rules, This Plan determines its benefits before another Plan; but

2. May be reduced when, under the order of benefit determination rules, another Plan determines its benefits first. This reduction is described in EFFECT ON THE BENEFITS OF THIS PLAN.

### DEFINITIONS

When used in this Section only, these terms have the following meanings.

**ALLOWABLE EXPENSE** means a necessary, reasonable, and customary item of expense for health care, when the item of expense is covered at least in part by one or more Plans covering the person for whom the claim is made.

The difference between the cost of a private hospital room and the cost of a semi-private hospital room is not considered an Allowable Expense unless the patient's stay in a private hospital room is Medically Necessary either in terms of generally accepted medical practice or as specifically defined in the Plan.

When a Plan provides benefits in the form of services, the reasonable cash value of each service rendered is considered both an Allowable Expense and a benefit paid.

**CLAIM DETERMINATION PERIOD** means a calendar year. However, it does not include any part of a year during which a person has no coverage under This Plan or any part of a year before the date this COB provision or a similar provision takes effect.

**PLAN** means any of the following which provides benefits or services for, or because of, medical or dental care or treatment:

1. Group insurance or group-type coverage, whether insured or uninsured, that includes continuous 24-hour coverage. This includes prepayment, group practice or individual practice coverage. It also includes coverage other than school accident-type coverage.

2. Coverage under a governmental plan or coverage that is required or provided by law. This does not include a state plan under Medicaid (Title XIX, Grants to States for Medical Assistance Programs, of the United States Social Security Act as amended from time to time). It also does not include any plan whose benefits, by law, are excess to those of any private insurance program or other non-governmental program.

3. "No-fault" and group or group-type "fault" automobile insurance policies or contracts.

Each contract or other arrangement for coverage under 1. or 2. is a separate Plan. If an arrangement has two parts and COB rules apply only to one of the two, each of the parts is a separate Plan.

COB/C2-98

**PRIMARY PLAN/SECONDARY PLAN.** The order of benefit determination rules state whether This Plan is a Primary Plan or Secondary Plan as to another Plan covering the person.

When This Plan is a Secondary Plan, its benefits are determined after those of the other Plan and may be reduced because of the other Plan's benefits.

When This Plan is a Primary Plan, its benefits are determined before those of the other Plan and without considering the other Plan's benefits.

When there are more than two Plans covering the person, This Plan may be a Primary Plan as to one or more other Plans and may be a Secondary Plan as to a different Plan or Plans.

**THIS PLAN** means the part of the Contract that provides benefits for health care expenses.

## ORDER OF BENEFIT DETERMINATION RULES

When there is a basis for a claim under This Plan and another Plan, This Plan is a Secondary Plan which has its benefits determined after those of the other Plan, unless:

1.  The other Plan has rules coordinating its benefits with those of This Plan; and
2.  Both those rules and This Plan's rules require that This Plan's benefits be determined before those of the other Plan.

This plan determines its order of benefits using the first of the following rules which applies:

1.  NON-DEPENDENT/DEPENDENT. The benefits of the Plan which covers the person as an employee, member or subscriber (that is, other than as a dependent) are determined before those of the Plan which covers the person as a dependent.
2.  DEPENDENT CHILD/PARENTS NOT SEPARATED OR DIVORCED. Except as stated in rule 3, when This Plan and another Plan cover the same child as a dependent of different persons (called "parents"):
    a.  The benefits of the Plan of the parent whose birthday falls earlier in the calendar year are determined before those of the Plan of the parent whose birthday falls later in that calendar year; but
    b.  If both parents have the same birthday, the benefits of the Plan which covered the parent longer are determined before those of the Plan which covered the other parent for a shorter period of time.

    However, if the other Plan does not have the rule described in a. but instead has a rule based upon the gender of the parent, and if, as a result, the Plans do not agree on the order of benefits, the rule in the other Plan shall determine the order of benefits.
3.  DEPENDENT CHILD/SEPARATED OR DIVORCED PARENTS. If two or more Plans cover a person as a dependent child of divorced or separated parents, benefits for the child are determined in this order:
    a.  First, the Plan of the parent with custody of the child;
    b.  Then, the Plan of the spouse of the parent with custody of the child; and
    c.  Finally, the Plan of the parent not having custody of the child.

    Also, if the specific terms of a court decree state that the parents have joint custody of the child and do not specify that one parent has responsibility for the child's health care expenses or if the court decree states that both parents shall be responsible for the health care needs of the child but gives physical custody of the child to one parent, and the entities obligated to pay or provide the benefits of the respective parents' Plans have actual knowledge of those terms, benefits for the dependent child shall be determined according to rule 2.

However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and the entity obligated to pay or provide the benefits of the Plan of that parent has actual knowledge of those terms, the benefits of that Plan are determined first. This paragraph does not apply with respect to any Claim Determination Period or plan year during which any benefits are actually paid or provided before the entity has that actual knowledge.

4. ACTIVE/INACTIVE EMPLOYEE. The benefits of a Plan which covers a person as an employee who is neither laid off nor retired or as that employee's dependent are determined before those of a Plan which covers that person as a former employee or as that employee's dependent. If the other Plan does not have this rule and if, as a result, the Plans do not agree on the order of benefits, this rule is ignored.

5. CONTINUATION COVERAGE. The benefits of a Plan which covers a person as an employee, member, or subscriber, or as a dependent of such a person, are determined before those of a Plan which covers that person as a person on state or federal continuation. If the other Plan does not have this rule and if, as a result, the Plans do not agree on the order of benefits, this rule is ignored.

6. LONGER/SHORTER LENGTH OF COVERAGE. If none of the above rules determines the order of benefits, the benefits of the Plan which covered an employee, member or subscriber longer are determined before those of the Plan which covered that person for the shorter time.

## EFFECT ON THE BENEFITS OF THIS PLAN

This Section applies when, in accordance with the Order of Benefit Determination Rules, This Plan is a Secondary Plan as to one or more other Plans. In that event the benefits of This Plan may be reduced under this section. Such other Plan or Plans are referred to below as "the other Plans".

The benefits of This Plan will be reduced when the Allowable Expenses in a Claim Determination Period are less than the sum of:

1. The benefits that would be payable for the Allowable Expenses under This Plan in the absence of this COB provision; and

2. The benefits that would be payable for the Allowable Expenses under the other Plans, in the absence of provisions with a purpose like that of this COB provision, whether or not claim is made.

In that case, the benefits of This Plan will be reduced so that they and the benefits payable under the other Plans do not total more than those Allowable Expenses.

When the benefits of This Plan are reduced as described above, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of This Plan.

## RIGHT TO RECEIVE AND RELEASE NEEDED INFORMATION

Certain facts are needed to apply these COB rules. We have the right to decide which facts We need. We may get needed facts from, or give them to, any other organization or person. We need not tell or get the consent of any person to do this. Each person claiming benefits under This Plan must give Us any facts We need to pay the claim.

## FACILITY OF PAYMENT

A payment made under another Plan may include an amount which should have been paid under This Plan. If it does, We may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under This Plan. We will not have to pay that amount again. The term "payment made" means reasonable cash value of the benefits provided in the form of services.

COB/C2-98

**RIGHT OF RECOVERY**

If the amount of the payments We made is more than We should have paid under this COB provision, We may recover the excess from one or more of:

1.  The persons We have paid or for whom We have paid;
2.  Insurance companies; or
3.  Other organizations.

The "amount of payments made" includes the reasonable cash value of any benefits provided in the form of services.

COB/C2-98

## TERMINATION OF COVERAGE

### A. TERMINATION OF GROUP COVERAGE

This Contract is guaranteed renewable and will not be cancelled by Us except for the following reasons:

1. Failure to pay premium when due.
2. Fraud or intentional misrepresentation of a fact material to coverage under this Contract by the Group.
3. Failure to meet the minimum contribution or participation requirements.
4. The date We decline to renew the Contract. We will do this only if We:
   a. Discontinue offering this product in the applicable market, in which case We will provide written notice to the Group at least 90 days before discontinuation and will offer coverage under any other product required by law, or
   b. Decline to renew all group health coverage in the applicable market, in which case We will give the Group and the Insurance Commissioner at least 180 days advance notice of the termination.

### B. TERMINATION OF INDIVIDUAL COVERAGE

Except as specified in the Contract, a Member's coverage ends on the earliest of the following dates:

1. The date the Contract between the Group and Us terminates. It is the Group's responsibility to notify all Subscribers of the termination of coverage.
2. The last day of the month in which the Member no longer meets the eligibility requirements.
3. The last day of the month in which the last premium contribution is made by or on behalf of the Subscriber.

The Group must notify Us of the termination of a Member's coverage on or before the termination date. Except as stated below, no benefits are available to a Member for Covered Services rendered after the date coverage ends.

### C. BENEFITS AFTER TERMINATION OF COVERAGE

1. Any benefits available under this Section are subject to the terms and conditions of the Contract.
2. If a Member's coverage ends during a Confinement, and he or she is not eligible for similar coverage under another health plan, benefits continue to be available for that Confinement. Benefits are no longer available after the earliest of:
   a. The end of a period of 30 days in a row after the coverage termination date;
   b. The date the Confinement ends; or
   c. The payment of the maximum Contract benefit.
3. If the Contract terminates while a Member is Totally Disabled and not eligible for regular coverage under the succeeding carrier's policy, benefits continue to be available to that Member for the disabling condition(s). Benefits are no longer available after the earliest of:
   a. The date the Member ceases to be Totally Disabled;
   b. The end of a period of 12 months in a row after the Contract Termination Date;

TC/C2-98

    c.   The date the Member becomes eligible for coverage for the condition or conditions causing Total Disability under similar coverage provided by a succeeding insurer or employee health benefit plan; or

    d.   The payment of the maximum Contract benefit.

4.   If a Member needs care after his or her rights to benefits have ended, the expenses incurred are the responsibility of the Subscriber or the person legally responsible for the Member's care.

5.   The Group is liable for the cost of all Contract benefits which are provided for services rendered to a terminated Member because of the Group's failure to notify Us of the Member's termination on or before the termination date.

## D.  CONTINUATION AND/OR CONVERSION PRIVILEGE

The provision entitled CONTINUATION OF COVERAGE UNDER WISCONSIN LAW contains the continuation and conversion requirements of Wisconsin Statute 632.897. The provision entitled CONTINUATION OF COVERAGE UNDER COBRA contains the continuation and conversion requirements of the federal Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985. Groups fully insured through the Contract may be subject to both statutes. If so, they must comply with the minimum requirements of both statutes. The intent of this Contract is to comply with the minimal legislative requirements of both state law and COBRA. If either or both laws are amended, thus affecting a provision of this Contract, We deem that provision amended and administer the Contract accordingly. It is the Group's responsibility to determine which provision applies to the Group.

## E.  CONTINUATION OF COVERAGE UNDER WISCONSIN LAW

1.   The following persons who have been continuously covered under this Contract for at least 3 months may elect to continue coverage under this Contract. Or, they may elect to convert to individual coverage as provided in CONVERSION PRIVILEGE.

    a.   The former spouse of a Subscriber who otherwise would terminate coverage because of divorce or annulment.

    b.   A Subscriber who would otherwise terminate eligibility for coverage under this Contract. This does not include a Subscriber who terminates eligibility for coverage due to discharge for misconduct shown in connection with his or her employment.

    c.   The spouse and/or dependents of a Subscriber if the Subscriber dies while covered by this Contract and the spouse and/or dependents were also covered by this Contract.

2.   If premium for coverage continues to be paid, coverage under this Contract continues for:

    a.   The terminated Member entitled to continuation or conversion; and

    b.   The terminated Member's spouse and dependents who were also covered by this Contract;

until the terminated Member is notified of his or her right to elect continuation or conversion.

3.   If the Group is notified to terminate a Member's coverage for any of the reasons set forth in paragraph 1 above, the Group will send to the Member's home address, as shown on the Group's records, or deliver personally written notification of:

    a.   The right to continue coverage under this Contract, or convert to individual coverage; and

    b.   The payment amounts needed for either continued or converted coverage. This includes the manner, place and time in which payment must be made.

TC/C2-98

The Group will give notice not more than 5 days after receiving notice to terminate coverage. The premium for continued coverage under this Contract will not be more than the rate in effect for a Group member, including the Group's contribution. We determine the conversion premium according to:

    a. Our table of premium rates that apply to the age and class of risks of each person to be covered under that policy; and

    b. The type and amount of coverage provided.

4. The terminated Member must elect continuation coverage within 30 days after receiving notice under paragraph 3 above. He or she must pay the amount required in that same period. If the terminated Member is a minor, his or her parent or guardian may act on his or her behalf. A terminated Subscriber may continue coverage for his or her spouse or dependents who were also covered by this Contract. Continued coverage continues until the earliest of the following occurs:

    a. The terminated Member establishes residence outside this state. The terminated Member, and his or her spouse and dependents who were also covered by the Contract, may then convert to individual coverage.

    b. The terminated Member fails to make timely payment of a required premium amount.

    c. The terminated Member is eligible for continued coverage under paragraph 1-a and the Subscriber through whom he or she originally obtained coverage is no longer eligible for coverage under this Contract. If the Subscriber becomes eligible for coverage by a replacement group policy providing coverage to the same group, the terminated Member has the right to continued coverage under the replacement group policy. If the Subscriber does not become so eligible, the terminated Member may then convert to individual coverage.

    d. The terminated Member becomes eligible for similar coverage under another group policy.

    e. The end of a period of 18 months of continued coverage. The terminated Member, and his or her spouse and dependents who were also covered by the Contract may then convert to individual coverage.

5. The terminated Member pays premium for continued coverage to the Group. The Group collects the premium, and We bill the Group for the premium. We charge to the Group the claims experience of individuals whose coverage is continued.

## F. CONTINUATION OF COVERAGE UNDER COBRA

1. Upon the occurrence of an event set forth in paragraph 2 below, the following persons who have been covered under this Contract may elect to continue coverage under this Contract. Or, they may elect to convert to individual coverage as provided in CONVERSION PRIVILEGE.

    a. The spouse of a Subscriber, upon the occurrence of event 2-a, 2-b, 2-c, or 2-d;

    b. The Dependent child of a Subscriber, upon the occurrence of event 2-a, 2-b, 2-c, or 2-d;

    c. The Subscriber, upon the occurrence of event 2-b;

    d. The retired Subscriber and any of his Dependents who are Members, upon the occurrence of event 2-f;

    e. Widows or widowers of retired Subscribers who died before the occurrence of event 2-f, upon the occurrence of that event.

TC/C2-98

2. If one of the following events occurs and results in the loss of coverage under this Contract for a person described in paragraph 1, he or she may continue or convert coverage.

   a. Death of the Subscriber;

   b. Termination of the Subscriber's employment or reduction in hours under this Contract. This does not include a Subscriber who terminates eligibility for coverage due to discharge for gross misconduct shown in connection with his or her employment;

   c. Eligibility of the Subscriber for Medicare;

   d. Divorce or legal separation of the Subscriber;

   e. End of the eligibility of a child of the Subscriber as a Dependent under this Contract; or

   f. The Group's filing of a Chapter 11 bankruptcy petition.

   The Subscriber or the Member whose coverage is terminated due to the occurrence of an event listed in d or e above must provide the Group notice of that event within 60 days of its occurrence.

3. If the Group is notified to terminate a Member's coverage for any of the reasons set forth in paragraph 2 above, the Group will send to the Member's home address, as shown on the Group's records, or deliver personally written notification of:

   a. The right to continue coverage under this Contract, or convert to individual coverage; and

   b. The payment amounts needed for either continued or converted coverage. This includes the manner, place and time in which payment must be made.

   The Group will give notice not more than 14 days after receiving notice to terminate coverage. Except as provided for in paragraph 6-f, the premium for continued coverage under this Contract will not be more than 102% of the rate in effect for a Group member, including the Group's contribution.

   We determine the conversion premium according to:

   a. Our table of premium rates that apply to the age and class of risks of each person to be covered under that policy; and

   b. The type and amount of coverage provided.

4. The terminated Member must elect continued coverage and pay the premium within the election period. This is a period of 60 days from the later of:

   a. The date of the event set forth in paragraph 2 that led to termination; or

   b. The date the terminated Member receives notice under paragraph 3 above.

   He or she also has 45 days from the date he or she elects continued coverage in which to pay to the Group the premium required for the continued coverage provided during the period immediately preceding the election date.

   If the terminated Member is a minor, his or her parent or guardian may act on his or her behalf. A terminated Subscriber may continue coverage for his or her spouse or dependents who were also covered by this Contract. A terminated Subscriber may change coverage status from single to Family Coverage upon birth or adoption of a new child during the period of continued coverage and pay any additional premium.

5. We treat a terminated Member who continues coverage under this Contract in the same manner as a similarly situated Member whose Contract coverage has not terminated.

6. Coverage of the terminated Member continues until the earliest of the following occurs:

   a. The Group ceases to provide this Contract to any employees.

   b. The terminated Member fails to pay a required premium amount by the end of the grace period.

   c. The terminated Member becomes covered as an employee or otherwise under any other group medical expense benefit plan which contains no pre-existing condition limitations or exclusions.

TC/C2-98

d. The terminated Member becomes covered as an employee or otherwise under any other group medical expense plan which contains a pre-existing condition limitation or exclusion which the Member has satisfied pursuant to the federal Health Insurance Portability and Accountability Act of 1996, as first enacted or later amended.

e. The terminated Member becomes entitled to Medicare benefits.

f. The end of a period of 18 months after the occurrence of event 2-b, or 36 months after the occurrence of event 2-a, 2-c, 2-d, or 2-e. However:

    1) If the Social Security Administration determines that a Subscriber or Dependent who is eligible for continued coverage because of event 2-b is disabled within 60 days of the event, then the Subscriber's coverage, and that of his/her covered Dependents, continues until the earlier of the end of the disability or the end of a period of 29 months after the occurrence of event 2-b. The Subscriber or Dependent must notify the Group of the Social Security Administration's determination within 60 days of the determination, and before the end of the eighteenth month of continuation. The premium for the nineteenth through twenty-ninth month of continued coverage will not be more than 150% of the rate in effect for a Group member, including the Group's contribution.

    2) If a retired Subscriber dies after the Group files a Chapter 11 bankruptcy petition, continued coverage for his or her surviving spouse and children who are Members expires at the end of a period of 36 months after the Subscriber's death.

    3) In all other cases, if a terminated Member, other than a Member described in paragraph 1-e, experiences more than one of the events set forth in paragraph 2, the maximum period of continuation is 36 months from the date of the first event.

7. The terminated Member pays premium for continued coverage to the Group. The Group collects the premium, and We bill the Group for the premium. We charge to the Group the claims experience of individuals whose coverage is continued.

8. After the period of continued coverage expires as described in paragraph 6-f, the terminated Member may convert to individual coverage. He or she will be offered the conversion option in the 180 day period that ends on the date the continuation of coverage ends.

## G. CONVERSION PRIVILEGE

1. A terminated Member eligible under paragraph 1 of CONTINUATION OF COVERAGE UNDER WISCONSIN LAW or under paragraphs 1 and 2 of CONTINUATION OF COVERAGE UNDER COBRA, and his or her spouse and dependents if the spouse and dependents were also covered by the Contract, are entitled to have Us issue to them, without evidence of insurability, individual coverage. The coverage is reasonably similar to the coverage provided by this Contract. Any probationary or waiting periods under the individual coverage are considered as met to the extent such periods were met under this Contract.

2. The first premiums for conversion coverage must be paid to Us within 30 days after receiving notice of termination of coverage. We then issue the individual conversion policy with an effective date of the day following the termination of this Contract's coverage.

3. If the terminated Member is eligible for Medicare Parts A and B, he or she is not eligible for conversion coverage. The Medicare benefits and Our conversion coverage result in overinsurance.

TC/C2-98

## PREMIUMS AND RENEWAL

### CONTRACT TERM

This Contract is issued for a term of one month. All terms of coverage begin and end at 12:01 A.M. Central Standard Time. The Group may renew its coverage under this Contract for further terms by paying the appropriate premium before the end of the grace period. This Contract is guaranteed renewable to the Group except as otherwise provided for under TERMINATION OF COVERAGE.

### PREMIUM

We have the right to change the premium rate at which any renewal premium will be computed. We may do this on any premium due date. If We increase the premium rate by more than 25% of the then current premium rate, We will give the Group 60 days advance notice. We may establish new premium rates at any earlier date with the Group's agreement.

Unless the Group contributes the entire premium for the Subscriber, the Group collects the Subscriber's contribution to premium through payroll withholding or otherwise. The Group then makes premium payment to Us.

The Group must pay the initial premium on or before the Contract Effective Date. Premium for all Members covered on the Contract Effective Date is part of the initial premium payment. Premium for all subsequently covered Members is due on the premium due date coinciding with or next following their Effective Date. Should a Member's coverage change, any resultant premium adjustment is effective on the premium due date coinciding with or next following the date of the change. The premium due date is shown on the premium statement.

### GRACE PERIOD

The Group has a grace period of 31 days in which to pay the premium. This grace period begins with the first day of the renewal term. The Group's coverage will terminate on the last day of the grace period if:

1. The Group has not given Us prior notice of termination; and
2. The Group fails to pay the premium before the end of the grace period.

If the Group sends a written request for termination, this Contract will terminate on the later of:

1. The day We receive the request; or
2. The requested termination date.

The Group is responsible for payment of the premium, including any proportional premium, for the period the Group's coverage under this Contract is in effect during the grace period.

### PREMIUM TAXES

The Group is liable to Us for any taxes assessed against Us with respect to premiums collected under this Contract.

PP/C2-98

## GENERAL PROVISIONS

### CERTIFICATES

We provide the Group with Certificates for delivery to each Subscriber. The Certificates summarize this Contract's benefits and claim payment provisions. In the event of a conflict between this Contract and the Certificate, this Contract will control.

### REIMBURSEMENT

If We pay benefits on behalf of a Subscriber or his or her Dependents in excess of the benefits required by this Contract, the Subscriber must reimburse Us the excess benefits. The reimbursement is due and payable as soon as We notify the Subscriber and demand reimbursement. We may also recover benefits paid from any person or provider to whom the payments were made. We may reduce benefits or an allowance for benefits as a set-off toward reimbursement. Even though We continue to provide or pay benefits, We may still enforce this provision. This provision is in addition to, not instead of, any other remedy We have at law or in equity.

We have contracted with certain Providers who have agreed to provide Our Members with medical services. These Providers are not employees, agents, or representatives of Us nor do We have an ownership interest in any medical facility at this time. The health care Provider is solely responsible for all decisions regarding care and treatment, regardless or whether such care and treatment is a covered benefit under the Contract. If the provider is under contract with Us, the provider may receive financial incentives to provide covered health care services in the most cost-efficient manner consistent with sound medical practice and without compromising the patient's health.

### NOTICE OF CLAIM

The Member must present his or her identification card to the Provider when he or she applies for benefits. He or she must tell Us in writing within 30 days after receiving care.

### PROOF OF LOSS

Either the Member or the Provider of service may submit a claim. In either case, We must receive proof of loss within 90 days after the earlier of:

1. The Member's admission to the Hospital or Facility Other Provider; or
2. The date the Member receives medical services or supplies.

Pursuant to Wis. Stat. s. 631.81, We will still process the claim if:

1. It was not reasonably possible for the Member to give Us proof of loss within 90 days; and
2. The Member gives Us proof as soon as he or she is reasonably able, but not more than 15 months after he or she receives care.

Claims which We receive more than 15 months after the Member receives care will not be processed or paid.

GP/C2-98 (11/01)

**PAYMENT OF CLAIMS AND GRIEVANCE PROCESS**

This Contract's benefits may not be assigned. Contract benefits are payable directly to the Subscriber. However, at Our option, We may choose to make payment directly to the Provider of services. If the Member signs a claim form indicating that the Provider is to be paid directly, We accept that signature as authorization to exercise Our option. We may also pay the Provider directly if the Provider has a written agreement with Us.

We will send the Subscriber written notice regarding the claim within 30 days of receiving the claim, unless special circumstances require more time. This notice explains the reason(s) for payment or nonpayment of a claim. If a claim is denied because of incomplete information, the notice indicates what additional information is needed. The Subscriber may contact Our Customer Service department for more details of Our decision.

If the Subscriber still disagrees with Our claim payment or denial, he or she may file a Grievance. The Grievance must:

1. Be in writing; and
2. Provide pertinent information such as identification number, patient's name, date and place of service, and reason for requesting the review.

The Grievance should be sent to the following address:

Blue Cross and Blue Shield United of Wisconsin

Attn: Appeal Department

401 W. Michigan Street   C10

Milwaukee, WI 53203

It will be helpful if the Member identifies the Grievance as a Grievance appeal. We will acknowledge the Grievance within five (5) business days of receiving it.

The Member may appear in person before the Grievance committee to:

1. Present written or oral information; and
2. Question the persons responsible for making the decision that resulted in the Grievance.

We will notify the Subscriber of the time and place of the Committee meeting at least 7 days before the meeting.

We will review the Grievance. We will provide a written decision, including reasons, within 30 days of receiving the Grievance. If special circumstances require a longer review period, We will provide Our written decision within 60 days of receiving the Grievance. If We need the extra days, We will notify the Subscriber of the reason why, and when a decision may be expected.

If the Grievance involves a situation that qualifies as an Expedited Grievance, as defined in the Definitions section, the Subscriber may file the Expedited Grievance via a telephone call to Us. The Subscriber must provide the pertinent information listed above. We will resolve the Expedited Grievance within 72 hours of receiving it.

The Member can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint. The Member can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance

Complaints Department

P. O. Box 7873

Madison, WI  53707-7873

or call 1-800-236-8517 outside of Madison or 266-0103 in Madison, and request a complaint form.

**PHYSICIAN PAYMENT DISAGREEMENTS**

We have no responsibility with regard to a dispute between a Physician and a Member as to fees for service if a prior agreement exists.

There is a prior agreement if the Member, or the Subscriber or other responsible party on behalf of the Member, either:

1.  Knew of the fee to be charged; or
2.  Made an oral, written or implied agreement to pay a specific fee for the service.

If there is no prior agreement, and a dispute arises between a Member and a Preferred Provider because the charge for a Covered Service is more than what We paid as the Charge, the Member may refer the dispute to Us. We will:

1.  Provide a defense to legal action brought against the Member;
2.  Pay the cost of the defense and taxable court costs; and
3.  Satisfy any judgment or settlement reached.

The Member, or the Subscriber or other responsible party on behalf of the Member, must actively cooperate and participate with Us in defense of the suit. This includes:

1.  Immediately furnishing Us with copies of all legal process;
2.  Providing requested information; and
3.  Assisting in securing and giving evidence. This means attending conferences, hearings and trials. It also means helping obtain the attendance of other witnesses at legal proceedings related to the suit.

We have the right to settle a dispute or suit at any stage of proceedings. We may continue a suit through ultimate appeal.

This provision only applies to a Physician who has a contract with Us to render or provide services or supplies covered under this Contract.

**ALLOWABLE CHARGES VERIFICATION**

A Member may contact Our Customer Service area prior to having a procedure performed to determine if the provider's estimated charge is within our allowable Charge. The Member must provide Us with the following information:

1.  Date of service;
2.  Place of service;
3.  Valid 5 digit C.P.T. or A.D.A. code; and
4.  Provider's estimated charge.

**RELEASE OF INFORMATION**

A Member must do all things reasonably necessary to help Us determine benefits payable. This includes authorizing the release of medical or dental information, including names of all Providers from whom the Member received treatment. We have no liability for any charge made by a Provider for the copying or furnishing of the information.

GP/C2-98 (11/01)

**TRANSFER OF BENEFITS**

Only the Subscriber and his or her Dependents, as shown on Our records, are entitled to Contract benefits. Their rights are forfeited if the Subscriber or any Dependent:

1. Transfers his or her rights; or
2. Aids any person in fraudulently obtaining Contract benefits.

The Subscriber and his or her Dependents must reimburse Us for any benefits We have paid in this context.

**DETERMINATION OF BENEFITS**

1. If benefit levels change under this Contract, a Member is entitled to the level of benefits in effect on the date services or supplies were rendered.
2. A Member may request an advance determination as to whether a treatment, service, or supply is a Covered Service. Submit the request in writing to the Customer Service department of the regional service center responsible for servicing the Group. Where We give prior written approval, We pay benefits if, at the time the treatment, service, or supply is provided:
   a. The Member's coverage is in force; and
   b. Our approval has not expired.
3. The Group gives Us the discretionary authority to determine whether any treatment, service, or supply is a Covered Service. We do this based on the provisions of the Contract. Benefits will only be paid if We decide in Our discretion that the Member is entitled to them. Furthermore, We have the right to determine the parameters used to identify claims that will be investigated. Our decisions shall not be overturned unless determined to be arbitrary and capricious.

**SUBROGATION**

Members who receive Covered Services under and according to the terms of this Contract, on behalf of themselves and anyone to whom their rights may pass, agree that in return for those services:

1. They hereby transfer and assign to Us, contemporaneous with and to the extent of the value of Covered Services received or to be received, all rights to damages, reimbursement, or payment from any person, organization or insurer. Those assigned rights include, but are not limited to, rights against:
   a. Any automobile liability insurance;
   b. Any underinsured or uninsured motorist insurance;
   c. Where permitted by state law, any automobile medical payments or no-fault/personal injury protection insurance;
   d. Any homeowner liability insurance;
   e. Any applicable umbrella insurance;
   f. Medical malpractice insurance or patient compensation fund insurance; and
   g. Anyone liable for paying losses or damages.
2. They will not include in their claim for damages, reimbursement or payment from any person, organization or insurer, that portion of their claim which has been transferred and assigned to Us; and

3. They will cooperate with Us in any effort to recover from any person, organization or insurer the value of the Covered Services received by the Member, such cooperation to include, but not be limited to, providing Us with reasonable prior notice of and opportunity to participate in any such claim or settlement of such claim. They also agree to do nothing at any time to compromise Our claim or at any time, to hinder or otherwise prejudice Our right of recovery against any person, organization or insurer. If the Member does anything to prejudice our right of recovery, such act shall constitute a breach of this Contract, and We shall have an automatic right to recover the value of the Covered Services from the Member. The Member further agrees to not enter into any settlement arrangement with any person, organization or insurer without Our prior written consent. In the event a Member enters into such a settlement arrangement, such act shall be deemed to have prejudiced Our rights and shall be a breach of this Contract.

We shall have no right to recover from the Member if the Member has not been made whole in the complete and final resolution of a claim. The complete and final resolution of a claim includes the total of any and all sums received or to be received, regardless of the source. It is understood and agreed that whether one has been made whole is a determination which takes into consideration the comparative negligence, if any, of the Member. Should a dispute exist as to whether the Member has been made whole, such dispute shall be resolved by a judicial and jury determination. Said determination shall be conducted as any other civil jury trial. The rules of evidence shall govern the determination and the finder of fact shall determine the dollar amount which makes the Member whole.

## WORKERS COMPENSATION

This Contract is separate from workers compensation insurance. It does not satisfy any legal requirement for that insurance.

Each Member who receives Covered Services for any Illness or Injury for which the Member is or would have been eligible for an award, settlement or compromise, in whole or in part, under any Worker's Compensation or Employer Liability Law, consents to the direct reimbursement of Us out of the proceeds available or which would have been available under such law to the extent of the value of the Covered Services received.

## VALUE OF COVERED SERVICES

For purposes of subrogation, reimbursement or reimbursement under any Worker's Compensation or Employer Liability Law, the value of Covered Services shall be the amount We paid for the Covered Service. Where a Provider is paid on a capitated basis, the value shall be based upon the UCR Rate or the Allowed Amount which would have otherwise applied to that Covered Service at the time the claim was adjudicated.

## LEGAL ACTION

No legal action may be started against Us until the earlier of:

1. 60 days after the Subscriber files notice of claim and completes the claim appeal process; or
2. The date We deny the claim and the Subscriber completes the claim appeal process.

No legal action may be started against Us later than 3 years from the time written proof of loss was required to be filed. The Subscriber must file written proof of loss within 12 months of the date of service. This means any legal action must be started within 48 months of the first date of services on which the action is based.

GP/C2-98 (11/01)

**INCONTESTABILITY**

1.  After coverage has been in effect for 2 years, We will not use a statement made by a Subscriber with respect to the Subscriber's or a Dependent's insurability to:
    a.  Void the Subscriber's contract; or
    b.  Deny a claim for benefits for services rendered or a disability commencing after the 2 years.

    This provision does not apply to fraudulent misstatements.
2.  We will not reduce or deny a claim for benefits for services rendered or a disability commencing after twelve (12) months from the Effective Date or after eighteen (18) months if a Late Enrollee, on the ground that a condition existed before the Effective Date.

**REPRESENTATIONS**

We deem any statement made by the Group or a Subscriber to be a representation, not a warranty. We will not use a Group's or Subscriber's statement against the Group or Subscriber respectively unless the statement is in a written application signed by the Group or Subscriber. We must give to the Group, or Subscriber or his or her beneficiary a copy of the application.

**PREMIUM REFUND**

Our liability to refund unused premium, no matter the cause, is limited to the lesser of:

1.  A period starting with the latest renewal date or rate change; or
2.  A maximum of 3 months.

The Group forfeits the return of any remaining unused premium. This forfeiture will not be construed as extending a Member's coverage beyond the date provided for in TERMINATION OF COVERAGE.

**CLERICAL ERROR**

Clerical error on Our part or the Group's part will not:

1.  Invalidate coverage otherwise in force; or
2.  Continue coverage otherwise terminated.

Upon finding an error, We adjust premiums. We will not refund more premium than that required by PREMIUM REFUND above.

**ENTIRE CONTRACT**

This Contract, its amendments, and the Group Application make up the entire contract of insurance between the Group and Us. No change to this Contract is effective unless it is:

1.  Signed by one of Our executive officers; and
2.  Made a formal amendment to the Contract. No agent has the authority to change this Contract or waive its provisions.

**APPLICABLE LAW**

To the extent this Contract is subject to state law, it is construed under, enforced according to, and governed by the laws of the state in which it is delivered. If any Contract provision conflicts with that state's statutes, We deem that provision changed to comply with the statutes. The rest of the Contract remains in full force and effect.

GP/C2-98 (11/01)

**NOTICE**

Any notice required by this Contract must be in writing. Notice to the Group or Us will be sent to the addresses shown in the Group Application. Notice to a Member will be sent in care of the Group, or to the address appearing on Our records. The Group, the Member, or We may, by written notice, give a new address for giving notice.

**AUDIT**

We may inspect the pertinent books, records and accounts of the Group to determine:

1. The number of Subscribers and Dependents eligible for benefits under this Contract; and
2. The Group's compliance with any other terms of this Contract.

If We plan an inspection, We will give the Group reasonable advance written notice of Our intent. We will schedule the inspection at a reasonable time mutually agreed upon by the Group and Us. We will conduct the inspection quickly and efficiently with the least interruption to regular business operation.

**MISCELLANEOUS PROVISIONS**

This Contract represents the full and clear understanding of the Group and Us. There are no other conditions, promises, representations or inducements in addition to, or at variance with, the terms of this Contract.

**SUBSCRIBER COINSURANCE CALCULATION**

The calculation of Subscriber or Member liability for Covered Services for claims incurred outside the geographic area We serve and processed through the BlueCard Program typically will be at the lower of the Provider's billed charges or the negotiated rate We pay the Out-of-Area Blue Cross and/or Blue Shield Plan.

The negotiated rate paid by Us to the Out-of-Area Plan for health care services provided through the BlueCard Program may represent either 1) the actual price paid on the claim, or 2) an estimated price that reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions with all of the Out-of-Area Plan's Providers or one or more particular Providers, or 3) a discount from billed charges representing the Out-of-Area Plan's expected average savings for all of its Providers or for a specific group of Providers.

Plans using the estimated price or average savings factor methods may prospectively adjust the estimated or average price to correct for over- or underestimation of past prices. These adjustments will not change the amount of the Member's or Subscriber's liability for services the Member or Subscriber received before the adjustments were made.

In addition, statutes require Blue Cross and/or Blue Shield Plans in a small number of states to use a basis for calculating Subscriber or Member liability for Covered Services that does not reflect the entire savings realized or expected to be realized on a particular claim. When persons covered under your benefit plan receive Covered Services in these states, their liability for Covered Services will be calculated using these states' statutory methods.

Subscriber or Member liability for claims incurred for Covered Services rendered by Providers in our service area are not affected by the BlueCard program, and will continue to be calculated in accordance with the terms and conditions for Subscriber or Member liability set forth in the Coinsurance section of this Contract.

GP/C2-98 (11/01)



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | **CIVIL ACTION** |
| | § | |
| **v.** | § | **NO. 08-1633** |
| | § | |
| US Bancorp; BrownGreer, PLC; and John | § | **SECTION L, MAG. 3** |
| Does | § | |
| | § | **JUDGE FALLON** |
| | § | |
| | § | **MAGISTRATE JUDGE KNOWLES** |
| | § | |
| | § | **In Relation to:  MDL Docket No. 1657** |
| | § | |
| | § | **In Re:  VIOXX** |
| | § | |
| | § | **PRODUCTS LIABILITY LITIGATION** |

## <u>AFFIDAVIT OF Jonathan Neipris</u>

Comes the affiant, Jonathan Neipris, and under penalty of perjury states the following:

1.      My name is Jonathan Neipris and I am Senior Counsel at BCBSD, Inc., d/b/a, Blue Cross Blue Shield of Delaware, and have reviewed and/or have access to records kept in the normal course of BCBSD, Inc.'s business, related to the statements made herein, or have personal knowledge of the events described herein.

2.      BCBSD, Inc. is a health benefit plan which provides medical and/or pharmacy benefits to employer sponsored group plans, governmental sponsored group plans, and individuals, including fully self-funded plans.

3.      During the year 2007, BCBSD, Inc. provided health benefits to approximately 435,230 plan members, who participated in over 3,200 plans.

4.      The majority of these plans participants were covered under self-funded plans, man of which  are governed by the Employee Retirement Security Act of 1974 (ERISA).

5.      Each of these approximately 3,200 plans have their own set of plan documents.

6.      Because there are so many sets of plan documents, many of which are identical except for the name of the plan, I attach here as Exhibit A exemplar plan language that BCBSD, Inc. employs relating to the plan's rights of subrogation and/or reimbursement.

7.      BCBSD, Inc., in its capacity as insurer or as administrator for its self-funded plans referenced in Paragraph 3, exercises authority and control over decisions regarding the recovery of plan assets in connection with plan payments for medical expenses arising out of the alleged injuries to plan members from Vioxx ingestion.

8.      Further the Affiant Sayeth Naught.

Dated. _____ 6/18/08

Jonathan Neipris
Senior Counsel

# EXHIBIT A

# BCBSD, INC. d/b/a
# BLUE CROSS BLUE SHIELD
# OF DELAWARE

## BLUE CROSS & BLUE SHIELD OF DELAWARE

Subrogation

If the Insured has a right of recovery against any third party based upon a legal claim (whether or not he or she asserts that claim), and if the legal action or claim involves medical expenses that BCBSD paid, BCBSD is subrogated to all the Insured's rights of recovery against that third party. A third party includes, but is not limited to, another person, legal entity (such as a corporation or self-insured plan), or insurer (providing uninsured or underinsured automobile coverage, other automobile coverage, workers compensation, malpractice, or other liability coverage). The Insured is required to cooperate with BCBSD. This includes, but is not limited to, the completion and delivery of any pertinent documents requested. The Insured may not settle or otherwise compromise his or her claim for such medical expenses without written consent of BCBSD. Refusal to honor this section will be grounds for BCBSD to terminate the Insured's coverage under this Contract.

Some examples of BCBSD's rights include:

Constructive trust. Accepting benefits from BCBSD makes Insured and his agents a constructive trustee of any funds recovered from any third party. This constructive trust will continue until BCBSD receives payment. Failure to pay funds to BCBSD will be considered a breach of the Insured's duty to the health care plan.  No settlement can be made without BCBSD's written permission.

Subrogation lien. Accepting benefits from BCBSD will result in an automatic lien by BCBSD against any recovery from any third party. This means BCBSD has the right to first dollar recovery of those funds, whether or not those funds make the Insured whole. First dollar means that BCBSD has first priority to recover from any and all payments made by the third party. Recovery means any judgment, settlement or other obligation to pay money. BCBSD is entitled to recovery from any party possessing the funds.

Recovery from a third party. BCBSD is entitled to be paid from any recovery, no matter how the recovery is categorized.  Some examples include recovery for lost wages only or pain and suffering only. The Insured will be responsible for any attorney's fee and costs of litigation.

Some examples of the Insured's responsibilities include:

Notifying BCBSD.  If the Insured is involved in an accident or incident that results in both BCBSD paying a claim and the Insured's having a claim against any third party, he must notify BCBSD in writing within 30 days.

Cooperating with BCBSD. The Insured is required to cooperate with BCBSD and assist in the recovery from the third party.

Insured:

### 1.  Subrogation

If the Insured has a right of recovery against any person or organization based upon a legal claim (whether or not he or she asserts that claim), and if the legal action or claim involves medical expenses that BCBSD paid, BCBSD is subrogated to all the Insured's rights of recovery against that person or organization.  This means that BCBSD is entitled to reimbursement from that

person or organization.  The Insured is required to cooperate with BCBSD.  This includes, but is not limited to, the completion and delivery of any pertinent documents requested.  The Insured may not settle or otherwise compromise his or her claim for such medical expenses without written consent of BCBSD.  Refusal to honor this section will be grounds for BCBSD to terminate the Insured's coverage under this Contract.