UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®     MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     SECTION L

---

This document relates to:     Judge Fallon
Magistrate Judge Knowles

Richard F. Core and Marilyn R. Core
v. Merck & Co., et al.,

Civil Action No: 2:05-cv-02583-EEF-DEK

"And only regarding RICHARD F. CORE"

---

## ORDER

Upon due consideration of plaintiff Marilyn R. Core's motion for substitution as executor of the estate of plaintiff Richard F. Core, deceased, and for good cause shown, it is hereby,

ORDERED, that the motion of plaintiff Marilyn R. Core to be substituted for plaintiff Richard F. Core in her capacity as executor of the estate of Richard F. Core, deceased, be, and the same hereby is GRANTED, and it is further

ORDERED, that the Clerk shall amend the caption of the within individual action as to the plaintiffs, which shall read "Marilyn R. Core, Individually and as Executor of the Estate of Richard F. Core."

IT IS SO ORDERED.

New Orleans, Louisiana, this 12th day of June, 2008.

_Eldon E. Fallon_
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE