UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | MAGISTRATE JUDGE KNOWLES |
| Neal, Mary v. Merck & Co Inc., Docket Number 2:06-cv-10395 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Mary Neal against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 12th day of _____June_____, 2008.

_____
DISTRICT JUDGE

60271327_1.DOC