UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-CV-11049

DANNY TAULBEE,
    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., et al.,

    Defendants.  /

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE

THIS CAUSE having come before the Court on Plaintiff's Motion to Substitute, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Motion to Substitute is hereby GRANTED to permit the substitution of KATHY TAULBEE to prosecute the claim of DANNY TAULBEE, deceased.

New Orleans, Louisiana, this 12th day of June, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE