| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: DAVID G. CARVALLO |
| Civil Action No: 2:05-cv-00989-EEF-DEK | |

### MOTION TO WITHDRAW BASED ON GROUNDS OTHER THAN THE GROUND THAT THE PLAINTIFF CANNOT BE FOUND TO FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

COMES NOW the undersigned and files this Motion to Withdraw as counsel of record for Plaintiff, DAVID G. CARVALLO, and state as follows:

1. The undersigned counsel has irreconcilable differences with his client, DAVID G. CARVALLO, and is requesting this Court enter an Order allowing him to withdraw as counsel of record in this matter. The irreconcilable differences stem from a fundamental disagreement as to what, if any, action should be taken in this matter.

2. Attached as Exhibit "A" to this motion is a declaration signed by counsel stating (1) Counsel has communicated with the plaintiff; (2) Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and (3) If the plaintiff consents to withdrawal, the fact that the plaintiff has consented.

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a true and correct copy of the foregoing was filed by electronic service on this 18 day of June 2008 and a copy mailed to: David G. Carvallo, 9754 SW 1st Terrace, Miami, FL 33174; and All Counsel of Record.

PANTER, PANTER & SAMPEDRO, P.A.

By: /S/ _____
Brett A. Panter, Fla. Bar No. 436348
Attorneys for David G. Carvallo
6950 North Kendall Drive, First Floor
Miami, FL 33156
Phone: (305) 662-6178
Fax: (305) 662-9472
E-Mail: bpanter@panterlaw.com

| | |
|---|---|
| **THIS RELATES TO:**<br><br>Civil Action No: 2:05-cv-00989-EEF-DEK | Plaintiff: <u>DAVID G. CARVALLO</u> |

## ORDER

THIS CAUSE came before the Court upon Counsel for Plaintiff, David G. Carvallo's Motion to Withdraw

UPON CONSIDERATION of the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Withdraw is GRANTED. The Plaintiff, David G. Carvallo, within 45 days of the signing of this Order, shall either retain a new attorney and have the attorney file a written appearance, or file a written notification with the Clerk of the Court advising the Court that he wishes to represent himself (copy should also be sent to the opposing attorney.)

The firm of Panter, Panter & Sampedro, P.A. is hereby allowed to withdraw as attorney of record for Plaintiff, David G Carvallo, and Movant shall have no further involvement or responsibility in this action following the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2007.

_____
DISTRICT COURT JUDGE

cc:     All counsel of record

3

LAW OFFICES

**PANTER, PANTER & SAMPEDRO, P.A.**
ATTORNEYS AT LAW

BRETT ALAN PANTER*
MITCHELL J. PANTER*
DAVID SAMPEDRO
CHRISTIAN CARRAZANA

*BOARD CERTIFIED CIVIL TRIAL LAWYER

TERRY MOFFA, CCRN
NURSE REVIEWER

E-MAIL ADDRESS:
BRETT PANTER - BPANTER@PANTERLAW.COM
MITCHELL PANTER - MPANTER@PANTERLAW.COM
DAVID SAMPEDRO - DSAMPEDRO@PANTERLAW.COM
CHRISTIAN CARRAZANA - CCARRAZANA@PANTERLAW.COM
TERRY MOFFA-NURSE REVIEWER - NRSTERRY@AOL.COM

PANTER BUILDING • 6950 NORTH KENDALL DRIVE • MIAMI, FLORIDA 33156 • TELEPHONE: (305) 662-6178 • TOLL FREE: (800) 593-6178 • FAX NO: (305) 662-9472
(800) PANTER LAW
WEB SITE: WWW.PANTERLAW.COM

May 27, 2008

**_Via Regular and Via Certified Mail_**
**_& Return Receipt Requested_**
**_7008 0150 0001 6548 4832_**
Mr. David George Carvallo
3755 NE 167th Street
Apt. 31
North Miami Beach, Florida 33160

   **RE:**  **Carvallo, David vs. Merck**
      **D/A**       :
      **Our File No.**  : 04-0384

Dear Mr. Carvallo:

  It has recently come to our attention that there are additional procedural requirements necessary for us to file with the court, including this letter to formally withdrawal as counsel from your case.

  Accordingly, in compliance with Pretrial Order Number 36 of the United States District Court Eastern District of Louisiana, please accept this letter as further confirmation of our meeting of January 12, 2007 in which we advised you in person and in writing that we were withdrawing as counsel for you based upon our reevaluation of the Vioxx cases which revealed that your case, in our opinion, did not fit into the parameters of the cases which were elected to be successful.

  Pursuant to Pretrial Order Number 36, I am providing to you the following:

1.  A copy of Pretrial Order Number 36;
2.  A statement indicating that you shall have thirty (30) days from the date of this letter to (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the court indicating that plaintiff no longer wishes to pursue his claim; (d) secure new counsel; or (e) contact Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj-law.com) to apprise the Curator of the plaintiff's intention to proceed with his claim pro se, that is, without representation by a lawyer;

3. An explanation of the importance to a plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the plaintiff provide the name, address, and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

Accordingly, you have thirty (30) days from the date of this letter to comply with the above. When we last spoke you advised us that it was your intent on obtaining another attorney to pursue this case on your behalf. We are not aware as to whether or not you have. If you have not already done so, it is very important that you do so immediately as there are serious time constraints with your type of case and severe statute of limitations which we previously discussed in detail. It is of great importance that you retain a lawyer who is familiar with the law and the procedures in Federal Court to represent you if you wish to continue to pursue this matter.

Finally, please provide me with the name, address and telephone number of a relative or friend who can be contacted in the event that you cannot be located. Again, I want to reiterate that there are very severe limitations and requirements to comply so please review the enclosed information with great care.

If you engage in a counsel, you should provide a copy of this Order to the newly engaged counsel and the new counsel shall file a Notice of Appearance within five (5) days of the engagement.

If you have any other questions or concerns, please do not hesitate to contact me.

Very truly yours

DAVID SAMPEDRO

DS/lnm
Enclosure

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

**PRETRIAL ORDER NO. 36**

Rules and Procedures Relating to Motions to Withdraw
From Representation of a Client

The Court has received from various counsel motions to withdraw from representation of a client. In order to ensure the uniform and orderly consideration of these motions, it is hereby **ORDERED** as follows:[1]

I.  **MOTIONS TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL**

    A.  Counsel seeking to withdraw from the representation of a plaintiff who cannot be found or who fails to respond to communications from Counsel shall file a motion so stating.

    B.  Plaintiffs' Counsel shall attach to the Motion a Certification (attached hereto as Exhibit A) signed by Counsel stating that Counsel:

        1.  Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.

---

[1] All motions to withdraw must also comply with Local Rule 83.2.11. All counsel should be aware that the Lexis/Nexis File & Serve system does *not* file a motion with the Court. Rather, counsel must file their motion to withdraw using the Court's CM/ECF system and then use the Lexis/Nexis File & Serve service to serve their motion on the parties to this litigation.

2.  Sent a letter to the plaintiff by certified mail to the plaintiff's last known address that included the following:

   a.  The Motion to Withdraw;

   b.  A copy of this Order;

   c.  A statement that plaintiff shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the plaintiff is proceeding with his or her lawsuit pro se (that is, without representation of counsel);

   d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e.  An explanation that, unless plaintiff contacts current counsel, engages new counsel or contacts the Curator and proceeds pro se, the Motion to Withdraw will be considered by the Court and that, if the Court considers the steps taken to reach the plaintiff have been reasonable and without success, the Motion may be granted.

C.  The Court will not consider any Motion to Withdraw pursuant to this Section I for a period of at least sixty (60) days after the filing of the Motion to allow counsel additional time to communicate with the plaintiff.

D.  If the plaintiff has not been located or fails to respond to any communication from Counsel within sixty (60) days of filing the Motion, Plaintiff's Counsel shall file with the Clerk of Court a signed Certification (attached hereto as Exhibit B) that evidences that:

   1.  Plaintiff's counsel has complied with all of the foregoing requirements of this Order;

   2.  Plaintiff's Counsel has been unable to locate or communicate with the plaintiff;

   3.  No Notice of Appearance for plaintiff has been filed by any other Counsel; and

   4.  The Curator has not been contacted by the plaintiff.

    5. Thereupon, the Court will consider the Motion to Withdraw, provided it meets the requirements of this Order, and, if it considers the steps taken to contact the plaintiff to be reasonable and unavailing, the Court will grant the Motion and plaintiffs' counsel shall be deemed to be released from further responsibility to the Court as counsel for plaintiff in this proceeding.

**E.** If a plaintiff engages new counsel, plaintiff shall provide a copy of this Order to his newly engaged counsel and the new Counsel shall file a Notice of Appearance within five (5) days of the engagement

## II. MOTIONS TO WITHDRAW BASED ON GROUNDS OTHER THAN THE GROUND THAT THE PLAINTIFF CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

**A.** Counsel seeking to withdraw from the representation of a plaintiff for reasons other than the inability to locate or communicate with the plaintiff shall file a motion stating the reasons for the withdrawal, e.g., that Counsel and the plaintiff have a fundamental disagreement as to what action should be taken in the case and attach to the motion a declaration signed by Counsel stating:

    1. Counsel has communicated with the plaintiff;

    2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

    3. If the plaintiff consents to withdrawal, the fact that the plaintiff has consented.

**B.** Within five (5) days of filing such a Motion to Withdraw, if Counsel is unable to represent that the plaintiff consents to the withdrawal of representation by the Counsel, Plaintiffs' Counsel shall send a letter to the plaintiff by certified mail that will include the following:

    1. A copy of this Order;

    2. A statement that plaintiff shall have thirty (30) days from the date of the certified letter to (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that plaintiff no longer wishes to pursue his claim; (d) secure new counsel; or (e) contact the Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the plaintiff's intention to proceed with his claim pro se, that is, without representation by a lawyer;

   3. An explanation of the importance to a plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

   4. A request that the plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

**C.** Plaintiff's Counsel seeking to withdraw shall file with the Clerk of Court, within ten (10) days of the date of filing the Motion to Withdraw, a Certification (attached hereto as Exhibit C) that both evidences that Plaintiff's Counsel has complied with all of the foregoing requirements of this Order and provides the plaintiff's last known address and last known telephone number as well as the address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located (if the plaintiff complies with the request to provide an alternative contact)

**D.** Forty-five (45) days after the filing of a Motion to Withdraw pursuant to this Section II, the Court will consider the Motion to Withdraw if the Motion meets the requirements of this Order and, if it considers the reasons for withdrawal to be to be released from further responsibility to the Court as counsel for plaintiff in this civil action

**E.** If a plaintiff engages new counsel, plaintiff shall provide a copy of this Order to his newly engaged counsel and the new Counsel shall file a Notice of Appearance within five (5) days of the engagement.

New Orleans, Louisiana, this 6th day of May, 2008.

              */s/ Eldon E. Fallon*
              **ELDON E. FALLON**
              **UNITED STATES DISTRICT JUDGE**