| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>JUDGE ELDON E. FALLON |
| THIS RELATES TO:<br><br>Civil Action No: 2:05-cv-00989-EEF-DEK | Plaintiff: DAVID G. CARVALLO |

## ORDER

THIS CAUSE came before the Court upon Counsel for Plaintiff, David G. Carvallo's Motion to Withdraw.

UPON CONSIDERATION of the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Withdraw is GRANTED. The Plaintiff, David G. Carvallo, within 45 days of the signing of this Order, shall either retain a new attorney and have the attorney file a written appearance, or file a written notification with the Clerk of the Court advising the Court that he wishes to represent himself (copy should also be sent to the opposing attorney.)

The firm of Panter, Panter & Sampedro, P.A. is hereby allowed to withdraw as attorney of record for Plaintiff, David G. Carvallo, and Movant shall have no further involvement or responsibility in this action following the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2008.

_____
DISTRICT COURT JUDGE

cc:   All counsel of record