UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Margaret A. Allahand, et al. v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-9344,* | * | KNOWLES |
| (only as to plaintiff Thomas J. | * | |
| Marunyak, Individually and as | * | |
| Representative of the Estate of Anna | * | |
| C. Marunyak (Deceased)) | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Thomas J. Marunyak, Individually and as Representative of the Estate of Anna C. Marunyak (Deceased) in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of June, 2008.

_____
DISTRICT JUDGE

924831v.1