UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Alauddin Ahmed and Nazibun Ahmed,* | * | |
| *et al. v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-3639,* | * | KNOWLES |
| (only as to plaintiffs Lyle Wilks and | * | |
| Marlene Wilks, h/w) | * | |
| | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Lyle Wilks and Marlene Wilks in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of June, 2008.

_____
DISTRICT JUDGE

924835v.1