IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: CLAUDE PIERRE § § § | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

Civil Action No: 05-6020

* * * * * * * * * * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITH PREJUDICE according to the terms set forth above, without costs as to any party as against the other. Plaintiff's counsel shall make the necessary changes to party status directly on LexisNexis® File & Serve.

IT IS SO ORDERED.

Entered this 13th day of _____June_____, 2008.

_____
Hon. Eldon Fallon, U.S.D.J.