# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | RANIER | DREW | |

| | | |
|---|---|---|
| **Name of Law Firm** | RANIER, GAYLE & ELLIOT, LLC | |

| | | | | | |
|---|---|---|---|---|---|
| **Current Address** | Street PO BOX 56708 | | | | |
| | City HOUSTON | State TX | Zip 77256 | Country USA | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Telephone Number** | 713.403.7800 | **Facsimile** | 713.960.6096 | **Email** | drew@vioxxgroup.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | ODOM | JOYCE | A. |

| | | | | | |
|---|---|---|---|---|---|
| **Plaintiff Address** | Street 4997 TULANE ROAD | | | | |
| | City MEMPHIS | State TN | Zip 38109 | Country USA | |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | 901.789.3879 | **Facsimile** | UNKNOWN | **Email** | UNKNOWN |

| | |
|---|---|
| **Case Caption** | JOYCE ODOM VS. MERCK & Co |
| **Case Number** | 2:05-CV-06790 |
| **Court Where Case is Pending** | E.D.L.A. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | Last | First | Middle |
|---|---|---|---|
| **Name** | JOHNSTON | MARGARET | A. |

| | | | | | |
|---|---|---|---|---|---|
| **Address** | Street 5851 MANASSASS RUN ROAD | | | | |
| | City MILFORD | State OH | Zip 45150 | Country USA | |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | UNKNOWN | **Facsimile** | UNKNOWN | **Email** | UNKNOWN |

| | |
|---|---|
| **Relationship to Plaintiff** | ☐ Friend ☑ Relative (specify relationship: DAUGHTER ) |

#343319

1

Case 2:05-md-01657-EEF-DEK  Document 14322-4  Filed 05/06/2008  Page 2 of 2

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on _06_/_09_/_08_ . (*Record Docket No.* 14631                )
  Month   Day   Year

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | _6_/_9_/_08_ (Month/Day/Year) | [signature] Counsel |
|---|---|---|

#343319                                    2