UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br><br> *Conrad Szczepkowski* <br> **Docket Number: 06-6076** | **MDL NO. 1657** <br><br> **SECTION L** <br><br> **JUDGE FALLON** <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, Conrad Szczepkowski, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| MILLER, CURTIS & WEISBROD, LLP <br><br> By: /s/ Alexandra V. Boone <br> Les Weisbrod <br> Texas Bar No. 21104900 <br> Alexandra V. Boone <br> Texas Bar No. 00795259 <br> 11551 Forest Central Drive, Suite 300 <br> Dallas, Texas 75243 <br> Telephone: (214) 987-0005 <br> Fax: (214) 987-2545 <br><br> *Counsel for Plaintiff* Conrad Szczepkowski <br><br> Dated: 6/18/08 | STONE PIGMAN WALTHER WITTMAN, L.L.C. <br><br> By: /s/ Dorothy H. Wimberly <br> Phillip A. Wittmann, 13625 <br> Dorothy H. Wimberly, 18509 <br> Stone Pigman Walther Wittmann, L.L.C. <br> 546 Carondelet St. <br> New Orleans, LA 70130 <br> Phone: 504-581-3200 <br><br> *Counsel for Defendant Merck & Co., Inc.* <br><br> Dated: 6/19/08 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _19_ day of June_____, 2008.

 

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel