UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| *This document relates to:* | |
| *Conrad Szczepkowski* <br> **Docket Number: 06-6076** | MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

IT IS ORDERED, that all claims of the Plaintiffs listed above against Defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each

party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE