# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | * |
| | *   MAGISTRATE JUDGE |
| *Wilma Adair, et al. v. Merck & Co. Inc.*, Docket No. 06-10159, only Regarding Helen Middleton | *   KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Helen Middleton against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 13th day of June, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE