## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Ronald Williams, et al. v. Merck & Co., Inc., et al.; Docket No. 2:05-cv-5176* | * | MAGISTRATE JUDGE KNOWLES |
| *(Only regarding Merle Herbert and Irene Herbert, h/w)* | * | |

*************************************

## ORDER OF DISMISSAL WITH*OUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal as to All Defendants,

IT IS ORDERED that the claims of plaintiffs Merle Herbert and Irene Herbert against defendants Merck & Co., Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, M.D., David W. Anstice, and Edward M. Scolnick, M.D. in the above-captioned cases be and they hereby are dismissed without prejudice, with each party to bear his or her own costs, and subject to the terms and conditions set forth in the stipulation..

NEW ORLEANS, LOUISIANA, this 13th day of         June        , 2008.

_____
DISTRICT JUDGE

925921v.1