UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Attached Exhibit "A"* | * | |
| | * | KNOWLES |
| | * | |

******************************************

## NOTICE OF APPEAREANCE

**COMES NOW** the undersigned counsel and files this Notice of Appearance on behalf of the attached Plaintiffs listed on Exhibit "A".

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**P. LEIGH O'DELL (ODE006)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for the Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
  **METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 - FAX

1

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice of Appearance as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 20th day of June, 2008.

/s/ Benjamin L. Locklar
**OF COUNSEL**

# **EXHIBIT "A"**

| Matter ID | Client Name | Case No. |
|---|---|---|
| 200400242564 | Adams, Wendell | 06-5542 |
| 200400265337 | Akroush, Samir | 05-2817 |
| 200400245164 | Alaniz, Wendy | 05-2804 |
| 200500006941 | Allen, James Edwin | 05-2802 |
| 200400276830 | Anderson, Allen K. | 05-2765 |
| 200400254509 | Anderson, Brenda | 06-10156 |
| 200400285364 | Anderson, Hugh Gene | 05-2397 |
| 200400272469 | Anderson, Thelma | 05-2994 |
| 200400276313 | Andrews, Joan | 05-2785 |
| 200400248322 | Archuleta, Jose Dani | 05-2186 |
| 200400258664 | Arnold, Lene P. | 05-2627 |
| 200500022583 | Arrington, Felix | 06-9328 |
| 200400270699 | Asan, Shirley | 05-0325 |
| 200400276920 | Ashcraft, Samuel W. | 05-4514 |
| 200400270736 | Austill, Ida | 05-4105 |
| 200400272007 | Bailey, Ellen P. | 06-5605 |
| 200500032768 | Bailey, Phyllis Ann | 05-5541 |
| 200400261943 | Baker, Jim Duane | 07-2652 |
| 200400248396 | Baker, Mildred | 06-10153 |
| 200500004168 | Baldwin, Brenda L. | 05-4514 |
| 200400256878 | Barefoot, Clyda A. | 05-3663 |
| 200500022909 | Barrell, Patricia | 06-10175 |
| 200400284353 | Barton, Connie | 05-4150 |
| 200400280744 | Bell, Terry Lee | 06-0207 |
| 200400276079 | Belvedresi, Rosalie | 06-3559 |
| 200500020366 | Berberena, Angelina | 05-2704 |
| 200400274613 | Berckman, Irene G. | 06-8367 |
| 200400252024 | Bishop, Rena | 05-4519 |
| 200500006831 | Boone, Yvonne Johnson | 05-4514 |
| 200400280255 | Bost, Glen | 06-5496 |
| 200500032976 | Bourgeois, Dorothy | 06-10159 |
| 200400269708 | Bowens, John | 06-0207 |
| 200400241573 | Bradley, Debra Ann | 05-4150 |
| 200500017235 | Bradshaw, Warren Ralph | 05-4514 |
| 200500032381 | Briggs, Gerald | 06-10175 |
| 200400258700 | Brooks, Dorothy | 06-2640 |
| 200400246364 | Brooks, Scott | 05-2626 |
| 200400233000 | Brookstone, Jennifer | 06-10156 |
| 200400282749 | Brown, Joseph | 05-4514 |
| 200400239670 | Brown, Nellie | 05-4150 |
| 200400279201 | Brown, Virginia Rae | 06-4144 |
| 200400260960 | Buchanan, Joe C. | 05-4150 |
| 200400248951 | Bucher, Don | 05-4150 |
| 200500031392 | Buckner, Larry | 05-2553 |
| 200400266317 | Bullock, Jean | 05-5207 |
| 200400259648 | Burgans, Kenneth | 05-2520 |
| 200500031042 | Burr, Brenda | 06-10155 |
| 200600052241 | Burr, Virginia R. | 06-2321 |
| 200500031754 | Callahan, James R. | 05-3672 |
| 200400246077 | Campbell, Lorn | 05-4844 |
| 200400250040 | Carlos, Billy J. | 05-4150 |

| | | |
|---|---|---|
| 200400248434 | Carlson, Mike | 05-4150 |
| 200400241379 | Carroll, Rosemary | 05-4514 |
| 200400273136 | Carson, Helen | 06-10156 |
| 200500018562 | Carter, Brenda | 06-6023 |
| 200400276081 | Catron, Jerelene | 05-4463 |
| 200500023370 | Centrella, Kathryn | 05-2975 |
| 200500023062 | Chanay, Sheila | 06-4143 |
| 200500003068 | Charnot, David R. | 07-0597 |
| 200600049019 | Chastain, Tom | 06-10175 |
| 200500006865 | Chowning, Lydia A. | 05-2927 |
| 200500025117 | Christ, Michael A. | 05-4045 |
| 200400263071 | Christensen, Christ | 05-2534 |
| 200400255917 | Clay, Fairy | 05-4150 |
| 200400267472 | Clifford, Hazel | 05-2009 |
| 200400254759 | Cloyd, Deborah | 05-4514 |
| 200400271673 | Coble, Alberta K. | 05-2531 |
| 200400252094 | Coffman-Pike, Donna D. | 05-4150 |
| 200500009418 | Cole, Tammy | 06-5559 |
| 200400200547 | Coleman, Stephen | 05-6681 |
| 200400256869 | Collins, Bobby G. | 05-2533 |
| 200400242886 | Collins, Bobnel | 06-10156 |
| 200500016359 | Columbus, Helen | 06-0207 |
| 100200062579 | Cook, William E. | 02-2710 |
| 200400249039 | Cooke, Mary | 05-6475 |
| 200400260908 | Corpening, Gerald | 05-4150 |
| 200400280263 | Corse, Robert | 05-2521 |
| 200400248023 | Crager, Wanda | 05-2703 |
| 200500034517 | Crooms, Willie | 06-10156 |
| 200500009120 | Crudup, Dasie Lee | 05-3785 |
| 200400274127 | Culpepper, Joyce | 05-4805 |
| 200400239706 | Cummings, Sherry | 05-4150 |
| 200400276239 | Curry, Terry | 05-4508 |
| 200500006645 | Dabney, Patricia | 05-4514 |
| 200400268513 | Daniels, Debbie | 05-4514 |
| 200500020260 | Davenport, Darren M. | 06-10159 |
| 200400254190 | Davenport, Violet | 05-2699 |
| 200500025581 | Davis, Harold Doyle | 05-6683 |
| 200400250611 | Davis, Sara Turner | 05-0957 |
| 200400280348 | Day, Elizabeth Zane | 06-10154 |
| 200400251839 | Dehr, Laura | 05-2523 |
| 200400260022 | Denton, Betty Whitehead | 06-11436 |
| 200500020510 | Deplazes, Philip | 06-10153 |
| 200400244216 | Dietrich, Terry | 05-2519 |
| 200500011592 | Dillinger-White, Delores | 05-4515 |
| 200400254802 | Dirk, Phyllis | 05-3425 |
| 200500019402 | Dockery, Wayne Arthur | 05-2995 |
| 200400262591 | Dodson, Mary Christine | 05-2701 |
| 200500014460 | Dooley, Katherine B. | 05-3788 |
| 200600049011 | Downen, Barbara | 05-4318 |
| 200500019689 | Driskill, Shelly | 05-4751 |
| 200400258142 | Dudley, Ernie | 05-2735 |
| 200500025697 | Duffy, Gwendolyn A. | 05-3984 |

| | | |
|---|---|---|
| 200400270642 | Duke, Joyce | 06-10157 |
| 200400245223 | Duncan, Rose | 05-4150 |
| 200400243697 | Dunn, Kris A. | 06-10159 |
| 200400271879 | Duren, Steve | 05-4499 |
| 100300087040 | Ealy, Paula | 05-0496 |
| 200500000156 | Eberwein, Ernie B. | 05-2784 |
| 200400276047 | Eklund, Sharon | 05-2522 |
| 200400275521 | Everett, Wilfred R. | 05-4150 |
| 200500015551 | Faircloth, Mary | 05-5134 |
| 200400256995 | Faison, Lillian | 05-2606 |
| 200400257911 | Falen, Hildegarde | 05-2798 |
| 200400244146 | Fanning, Sherry | 06-10156 |
| 200400251736 | Faries, Orville Wayne | 06-10156 |
| 200500000782 | Faulcon, Linwood | 05-3661 |
| 200400244167 | Fellhauer, Pamela | 05-4147 |
| 200500018814 | Filipiak, Debra J. | 05-4150 |
| 200500010488 | Fisher, Susan Carol | 05-2932 |
| 200500029896 | Fitzgerald, Jerry | 06-0207 |
| 200400284541 | Fleming, Judy | 07-6431 |
| 200400245512 | Floyd, Jeaulanda | 05-4150 |
| 200500023059 | Ford, Patricia A. | 05-5456 |
| 200400258548 | Forrest, Ronald | 05-4887 |
| 200600048661 | Fowler, Cleo | 06-3636 |
| 200500033916 | Fox, Charles A. | 05-4150 |
| 200400271965 | Frazier, Larry A. | 06-10159 |
| 200400254569 | Freeman, Herbert | 05-2997 |
| 200400247350 | Freeman, Rita | 06-10156 |
| 200400237893 | Funcke, Nancy | 06-10156 |
| 200400271347 | Gallego, Joe | 06-10175 |
| 200500016343 | Gant, Rosena | 06-0207 |
| 200400257057 | Garmon, Donald | 05-2605 |
| 200400266466 | Garry, Robert Lee | 06-10155 |
| 200400284465 | Gavin, Donald | 06-5834 |
| 200500035380 | Geasley, Pat | 05-4508 |
| 200400264878 | George, Kenneth | 05-4150 |
| 200500012092 | Gerwitz, Susan | 05-4519 |
| 200400284880 | Gibbs, Joseph R. | 05-1940 |
| 200400261809 | Gibson, David | 05-4327 |
| 200400272751 | Gilbreath, Sammy L. | 05-0960 |
| 200500028655 | Glasgow, Robert A., Sr. | 05-4514 |
| 200400243797 | Gordon-Crowder, Irellia | 06-10156 |
| 200400258088 | Gould, Jimmy | 05-4816 |
| 200500025115 | Gradding, Jennifer | 06-10157 |
| 200500032074 | Gravely, David | 05-4514 |
| 200500011343 | Gray, Charles | 05-3340 |
| 200400258574 | Gray, Doris | 05-4514 |
| 200400264057 | Gray, John G. | 05-6708 |
| 200500024101 | Gray, Lisa | 05-4814 |
| 200400274045 | Gray, Louis J. | 06-2793 |
| 200400247123 | Gregory, Delores | 05-2604 |
| 200400251778 | Habachy, Samir H. | 05-1539 |
| 200500016911 | Hale, David W. | 05-3999 |

| | | |
|---|---|---|
| 200400256123 | Hale, Maxine | 06-10155 |
| 200500011599 | Hall, Carol J. | 05-4519 |
| 200400255101 | Ham, Nina | 06-10160 |
| 200400264797 | Hamelman, John Lee | 05-2611 |
| 200400270868 | Hand, Karen | 05-2979 |
| 200400266501 | Hanners, Tina | 06-10154 |
| 200400276596 | Hanrahan, Don | 05-1198 |
| 200400284061 | Hargrove, Jimmy | 05-4514 |
| 200400244816 | Harris, Marie | 05-2715 |
| 200400265416 | Hasty, James Clay | 05-2103 |
| 200400272815 | Hatfield, Angela | 07-0658 |
| 200400261148 | Hayes, Joe | 06-4647 |
| 200400267496 | Hayes, Linda | 06-08361 |
| 100200068601 | Hayes, Robert L. | 06-10160 |
| 200500013104 | Hays, Sena | 05-6180 |
| 200500015687 | Hearne, Brett L. | 05-3675 |
| 200500021181 | Heaton, Roger L. | 05-2702 |
| 200400269899 | Heusted, Steven | 06-9787 |
| 200400277253 | Hill, Roy | 05-2717 |
| 200400248332 | Hilz, Walter N. | 06-3336 |
| 200500020521 | Himmerick, Lois | 05-2996 |
| 200400272560 | Hinnant, Naomi | 05-2736 |
| 200400241127 | Hix, Joe Wayne, Jr. | 05-3235 |
| 200500010677 | Hollaway, Linda | 05-4150 |
| 200400275071 | Holloway, Wiley | 05-4514 |
| 200400276791 | Holman, Frederick | 05-4508 |
| 200400262480 | Holt, S. Jane | 05-4967 |
| 200400244404 | Hoover, Bill | 06-3069 |
| 200400271973 | Hopper, D.J. | 05-2719 |
| 200400246185 | Horton, Gary | 06-10160 |
| 200400259360 | Hoskins, Helen | 05-4150 |
| 200400254773 | Hudson, Freddie | 06-10175 |
| 200400248298 | Humes, David | 05-2607 |
| 200400241255 | Hurckman, Loraine | 05-4150 |
| 200400284549 | Iglesias, Rafael | 06-0207 |
| 200400278289 | Isaacson, Jonay Irene | 05-1544 |
| 200400248795 | Jaber, Nabil | 05-2718 |
| 200500012973 | Jackson, Edith G. | 05-4514 |
| 200500010728 | James, Diana D. | 05-2242 |
| 200400262958 | Janick, David P. | 05-2801 |
| 200400248334 | Jarman, Betty | 05-4150 |
| 200400264708 | Jeffers, Patricia Ann | 05-2721 |
| 200500032623 | Jellison, Geneva | 05-4150 |
| 200400243760 | Jenkins, Robert E. | 05-4150 |
| 200400278383 | Jenkins, Ruthie | 05-4508 |
| 200400248433 | Johnson, David | 06-10158 |
| 200500016460 | Johnson, Harold Steele | 06-0207 |
| 200400260241 | Johnson, Lynda | 05-4514 |
| 100300087047 | Jones, James E. | 05-0496 |
| 200500001513 | Jones, Stephanie | 05-1812 |
| 200400255318 | Jones, Teresa E. | 05-4514 |
| 200600049031 | Jordan, Terry | 06-10175 |

| | | |
|---|---|---|
| 200500033679 | Kahric, Kada | 06-3871 |
| 200500032245 | Keele, Nichole Elaine | 05-5542 |
| 200400254615 | Kehoe, Andrew J. | 06-3332 |
| 200400254428 | Kelsey, Jack | 06-10160 |
| 200400263615 | Kennedy, Alvin J., II | 05-4150 |
| 200500043342 | Kiech, Blaine | 05-2601 |
| 200400284469 | Kiesow, Gary | 05-2609 |
| 200400240653 | Killian, Elvie S. | 05-2610 |
| 200500020578 | Kimani, Chamis | 05-3347 |
| 200400284718 | Kimbrel, Annie | 05-3373 |
| 200400272293 | King, Patricia | 06-5838 |
| 200400249253 | King, Yolanda | 05-2559 |
| 200500022870 | Kirkland, Dawn | 05-2881 |
| 200500032622 | Kjonaas, Joan | 06-5654 |
| 200400259399 | Knight, James | 06-10154 |
| 200400241330 | Kurelic, Nola | 05-2101 |
| 200400259748 | Lafayette, Rex | 06-9758 |
| 200400244641 | LaFountain, Garfield R. | 05-2427 |
| 200400281130 | Lampkins, George E., Sr. | 06-2792 |
| 200400266394 | Lane, Janice | 05-0078 |
| 200400279719 | Langley, Jerry Russell | 05-3348 |
| 200400272031 | Laws, Iva | 06-10174 |
| 200400242305 | Lawson, Goldie | 05-4150 |
| 200400285586 | Lee, Robert | 06-10174 |
| 200500028697 | Lendvay, Joseph C., Jr. | 06-4421 |
| 200400260227 | Leverett, Rosemary Minter | 06-9329 |
| 200600045959 | Lewis, Selma | 06-10174 |
| 200500020504 | Little, Jean | 06-9715 |
| 100300087037 | Logan, Joe | 05-0496 |
| 200400240220 | Look, Howard W. | 05-4965 |
| 200500028065 | Lucas, Roberta | 05-3671 |
| 200500043145 | Luck, James, Sr. | 05-6494 |
| 200400268079 | Lueb, Raymond T. | 05-4171 |
| 200500017143 | Lynch, Julia | 05-2720 |
| 200400258360 | Mancill, Jimmy Byron | 05-2800 |
| 200500016602 | Mann, Diane | 05-3861 |
| 200500025253 | Marley, Brenda | 06-0207 |
| 200400284674 | Martin, Charles | 05-4514 |
| 200500032549 | Martin, Lora | 06-10160 |
| 200500037685 | Martin, Randy C. | 06-4304 |
| 200400254505 | Matthews, Andrew | 06-10155 |
| 200600051689 | McCluskey, William David | 07-3323 |
| 200500036034 | McCoy, Gerald L. | 05-4432 |
| 200400275510 | McDonald, Annie J. | 06-3896 |
| 200400264202 | McGinnis, Delores | 06-10160 |
| 200400257558 | McIntyre, John | 06-10155 |
| 200400263482 | McKenzie, Thurman C. | 06-4609 |
| 200400241554 | McKinnon, Raymona B. | 06-5709 |
| 200500019414 | McPherson, Robert | 05-4750 |
| 200400247950 | McVay, Theodore | 05-4519 |
| 200400248119 | McWhirt, William Gayle | 06-10155 |
| 200400258043 | Meeker, Norma | 05-5023 |

| | | |
|---|---|---|
| 200400244288 | Melton, Dorothy Jean | 06-10160 |
| 200400278874 | Merritt, Michael S. | 05-4508 |
| 200700055646 | Mesec, Joseph A. | 05-2078 |
| 200400277210 | Messick, Betty | 06-2649 |
| 200400241700 | Metzner, Adeline | 06-2615 |
| 200400260295 | Miceli, Charles J. | 06-10600 |
| 200400254191 | Mizzell, Clara | 05-2763 |
| 200400263501 | Moore, John | 06-3413 |
| 200400284493 | Moreau, Stephen M. | 05-4866 |
| 200400264768 | Moreka, Margaret | 06-0207 |
| 100300087048 | Morgan, Janet Sue | 05-0496 |
| 200500022367 | Morton, Neal T. | 05-3114 |
| 200500016319 | Mosley, Janet | 05-3673 |
| 200400269491 | Moyer, Elizabeth | 05-2803 |
| 200400280244 | Neighbors, Annette | 07-0039 |
| 200400248421 | Nelon, Flint | 06-0207 |
| 200500009421 | Newton, Robert Michael | 05-2998 |
| 200400255359 | Norris, Erwin | 06-10155 |
| 100200077583 | Norwood, Annie | 05-0496 |
| 200500019956 | Norwood, Roy | 05-4462 |
| 200400257043 | Novak, Valerie | 06-9367 |
| 200400256884 | Nunnally, Brenda | 05-0962 |
| 200400264519 | Nye, Diane Margaret | 05-2761 |
| 100200068348 | Otts, Linda Sue | 05-0434 |
| 200400243911 | Paddack, Gwenn | 05-4150 |
| 200500019716 | Pagel, Eleanor | 06-10153 |
| 200500038434 | Painter, Donna | 06-2904 |
| 200400280903 | Parrish, James F. | 05-4150 |
| 200400252767 | Parrish, Martha | 05-4150 |
| 100300087046 | Payton, Eddie William | 05-0496 |
| 200400249150 | Pearson, Paul H. | 05-2602 |
| 200400256922 | Pendergraft, James A., Sr. | 05-4150 |
| 200500010784 | Peters, Donna J. | 05-2705 |
| 200400260496 | Phillips, Larry | 05-4150 |
| 200400255421 | Phillips, Mildred L. | 05-2008 |
| 200400242682 | Phillips, Richard J. | 05-2764 |
| 200400269464 | Phillips-Tuck, Sandra | 05-4514 |
| 200400249444 | Pitts, Mary | 05-2601 |
| 200400277952 | Pleasant, David | 05-4508 |
| 200400260333 | Pointer, Alice | 05-1232 |
| 200500007257 | Price, Terry | 05-4618 |
| 200400254645 | Pritchett, Amanda | 06-4295 |
| 200400245285 | Puckett, Linda | 05-4514 |
| 200400276640 | Ramsey, Mattie L. | 05-4508 |
| 200400254021 | Ray, Donald Allen | 05-2985 |
| 200500024375 | Reese, Ambrose | 06-8355 |
| 200400247978 | Richardson, Ann E. | 05-2623 |
| 200500029447 | Richmond, Donna B. | 06-10155 |
| 200400245146 | Riddle, Phyllis | 05-2984 |
| 200400261699 | Ridenhour, Gaynelle G. | 05-2625 |
| 200400255944 | Riester, Genevive | 05-2759 |
| 200500023398 | Rivera, Manuel, M.D. | 05-4455 |

| | | |
|---|---|---|
| 200500001844 | Roberson, Deborah | 05-3998 |
| 200400254824 | Roberts, Cynthia | 05-4150 |
| 200400265294 | Robinson, Helen | 05-4150 |
| 200400267330 | Roden, Kenneth | 05-1984 |
| 200500025124 | Rohr, Todd C. | 05-5369 |
| 200600049245 | Roy, Mary Sue | 06-4419 |
| 200500014508 | Russaw, Rosie | 06-11435 |
| 200400269733 | Sanders, Belve | 05-2983 |
| 200400278287 | Sanders, Joyce R. | 06-3225 |
| 200400256934 | Sanford, Jessica | 06-0229 |
| 200400243805 | Sarver, James | 06-10155 |
| 200500009923 | Sauers, George M. | 05-3969 |
| 200600047049 | Schreiner, Carolyn | 06-4420 |
| 200400245331 | Scott, David, Jr. | 05-4848 |
| 200500035582 | Seals, Eugene | 07-907 |
| 200400278315 | Sharp, Gregory L. | 05-2762 |
| 200400266303 | Shinberg, Vivian G. | 05-4920 |
| 200500007035 | Shoemaker, John | 05-4514 |
| 200500030193 | Shortnacy, Bryan | 05-6625 |
| 200400284348 | Shoultz, Judith K. | 06-10158 |
| 200400252804 | Simpson, William | 06-10174 |
| 200500000463 | Sistrunk, Joe | 05-1724 |
| 200400253452 | Skopec, Susan Darlene | 05-4150 |
| 200400250877 | Slater, Judy | 06-6598 |
| 200400275067 | Slusser, Joseph R. | 07-0345 |
| 200400244547 | Smith, Gerald | 06-10158 |
| 200400256477 | Smith, Mary Ann | 05-4150 |
| 200400280672 | Smith, Patsy Sears | 05-2999 |
| 200500019695 | Spain, John E. | 05-4150 |
| 200400277333 | Speed, Allen | 06-2650 |
| 100200074650 | Starling, Lamont | 05-0496 |
| 200500013275 | Staton, Lily Ann | 06-0207 |
| 200400261672 | Stevens, Ernestine T. | 05-1231 |
| 200500016384 | Stevens, Johnny | 06-4418 |
| 200500019529 | Stiner, Poppy | 06-2254 |
| 200500038290 | Stinson, Donald E. | 05-5494 |
| 200500000369 | Stone, Barbara P. | 06-8332 |
| 200400276164 | Strouth, Stella | 06-0207 |
| 200400257355 | Sullivant, Tresa | 06-10157 |
| 200400280385 | Sutton, Roger D., Sr. | 05-4150 |
| 200600049316 | Tackett, Patricia | 07-0027 |
| 200400274713 | Taussig, Sally G. | 06-3111 |
| 200500030968 | Taylor, Lloyd | 05-4518 |
| 200400259770 | Thibodeau, Edward | 05-6076 |
| 100100046377 | Thielan, Donna M. | 05-4150 |
| 200400264931 | Thomerson, Robert L. | 06-0207 |
| 200400264278 | Thompson, Delores | 06-10157 |
| 200500009402 | Thompson, Edward A. | 05-4150 |
| 200400285612 | Thomsen, William E. | 06-10174 |
| 200400259122 | Tita, Robert Paul | 06-10154 |
| 200400271905 | Toler, James | 05-4150 |
| 200400252222 | Tolle, Gordon E. | 05-4150 |

| | | |
|---|---|---|
| 100200086594 | Tucker, Barbara | 05-0496 |
| 200500009411 | Tucker, Susan J. | 05-2982 |
| 200500015688 | Tuggle, Gerald | 06-1465 |
| 200400280247 | Vail, Dorothy | 05-2760 |
| 200400258732 | Vance, Gary | 05-2425 |
| 200500015681 | Vaughn, Ruth A. | 05-5085 |
| 200400246523 | Venable, James | 05-2396 |
| 200400282840 | Vigil, Dimas | 05-4150 |
| 200400231380 | Volner, Becky | 06-2626 |
| 200400244416 | Walker, Morene M. | 05-4150 |
| 200500027720 | Wallace, Owen D. | 06-5149 |
| 200500007611 | Ward, Rovena P. | 05-6181 |
| 200400263424 | Warmouth, William, Sr. | 05-3790 |
| 100300087045 | Warren, Ivan Howard | 05-0957 |
| 200400278513 | Watkins, Carol G. | 07-048 |
| 200400257129 | Watson, Dennis J. | 05-4514 |
| 200400280216 | Waybrant, Carol | 06-2616 |
| 200400272395 | Weimer, David | 06-5256 |
| 200600052367 | Westmoreland, Joyce | 06-10154 |
| 100300088495 | Wheatley, Catherine C. | 05-0566 |
| 100300087042 | Wheaton, Willimina | 05-0957 |
| 200400241936 | Whitaker, Jeff | 06-2255 |
| 200400267328 | White, Ike H. | 05-4514 |
| 200500019325 | White, Robert Lee | 05-2426 |
| 200400273485 | Whitten, James R. | 06-4588 |
| 200500004773 | Widener, Russell A. | 05-3374 |
| 200500027545 | Wilhelm, David S. | 05-6447 |
| 200400259694 | Williams, Annette | 05-4150 |
| 200600055053 | Williams, George L. | 07-1486 |
| 200400257101 | Williams, John H., Jr. | 05-4150 |
| 200400242251 | Williams, Mamie | 06-10153 |
| 200400248255 | Wilson, Joe B. | 05-0959 |
| 200500015775 | Wimmer, Linda | 06-3063 |
| 200500037635 | Wise, Earlene | 06-10174 |
| 200400247182 | Witt, John T. | 05-4150 |
| 200400242279 | Wright-Lane, Joanna | 05-4150 |
| 200300192096 | Yager, Nathalie L. | 05-2608 |
| 200600049030 | Yearber, Wanda | 06-10174 |
| 200400259778 | Yohn, Linda G. | 05-3789 |
| 100100018669 | Younge, Carolyn | 05-0433 |
| 100200075865 | Zellmer, Richard A. | 05-0449 |
| 200400255443 | Zenzerovic, Ratko | 05-3426 |