# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | )  MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | )  SECTION: L |
| | ) |
| | )  JUDGE FALLON |
| | ) |

*THIS DOCUMENT RELATES TO:*
*Sarah Roberts vs. Merck & Co., Inc., No. 2:05cv03543 (previously 1:05CV1350 OHND USDC)*

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interests of the client that he remains as counsel, as Plaintiff is being represented by other counsel. Please see attached correspondence as Exhibit A.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff's counsel, Brian A. Goldstein, Cellino & Barnes P.C., 17 Court Street, Seventh Floor, Bufffalo, New York  14202-3290, Tel:  716-854-2020, Fax:  716-854-6291.

        Respectfully submitted,

        *s/Stuart E. Scott 6-20-08*
        **STUART E. SCOTT (0064834)**
        **NICHOLAS A. DICELLO (0075745)**
        Counsel for Plaintiff

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com

NAD@Spanglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing ***Motion To Withdraw As Counsel*** has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 36 and No. 8, on this 20th day of June, 2008.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH  43215-6197
(614) 365-2700
FAX:  (614) 365-2499
pdane@ssd.com
***Counsel for Defendant***
***Merck & Co., Inc.***

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA  70113
504-581-4892
FAX:  504-561-6024
rherman@hhkc.com
***Plaintiff's Liaison Counsel***

Phillip Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA  70130
504-581-3200
Current phone:  225-490-8900
FAX:  504-581-3361
pwittmann@stonepigman.com
***Defendant's Liaison Counsel***

Sarah E. Roberts
8980 Chandlersville
Chandlersville, OH  43727
(740) 674-6733
***Plaintiff***

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, Seventh Floor
Buffalo, New York  14202-3290
718-854-2020
Fax:  716-854-6291
***Counsel for Plaintiff,***
***Sarah E. Roberts***

> *s/Stuart E. Scott 6-20-08*
> **STUART E. SCOTT (0064834)**
> **NICHOLAS A. DICELLO (0075745)**
> Counsel for Plaintiff