Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Paul B. Becker
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Elizabeth C. Clarke
Olney H. Clowe
Michael J. Cooper
Christopher D. D'Amato
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman

John W. Looney
Michael J. Lovecchio
Brett L. Manske
James E. Maslyn
John C. Murrett, Jr.
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
David O. Teach
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

# Cellino & Barnes, p.c.

ATTORNEYS AT LAW

February 15, 2008

SENT VIA E-MAIL: claimsadmin@browngreer.com
AND U.S. FIRST CLASS MAIL

Scott Monroe, Esq.
Overlap Resolution Director
VIOXX Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

RE: Sara Roberts, et al. vs. Merck & Co., Inc.
Social Security No. 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
VCN 1076709 - Cellino & Barnes, P.C.
VCN 1047208 – Spangenberg, Shibley & Liber, LLP

Dear Mr. Monroe:

Regarding the overlap representation of this client, kindly accept this as formal notification that Cellino & Barnes, P.C., is designated as primary counsel for the claimant.

Thank you for your kind attention to this matter.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:mhp

cc: Stuart E. Scott, Esq. (via fax and mail)
    Sara Roberts

A Professional Corporation

Offices in Buffalo and Rochester, New York
17 Court Street, Seventh Floor • Buffalo, New York 14202-3290 • Tel: (716) 854-2020 • Fax: (716) 854-6291

**EXHIBIT A**

*Over Sixty Years of Trial Practice*

# SPANGENBERG, SHIBLEY & LIBER LLP

### ATTORNEYS AT LAW

PETER H. WEINBERGER
WILLIAM HAWAL
PETER J. BRODHEAD
DENNIS R. LANSDOWNE
STUART E. SCOTT
RHONDA BAKER DEBEVEC
NICHOLAS A. DICELLO
RICHARD H. BLAKE
HALLI J. BROWNFIELD

February 15, 2008

CRAIG SPANGENBERG
(1914-1998)
NORMAN W. SHIBLEY
(1921-1992)

JOHN D. LIBER
OF COUNSEL

VIA CERTIFIED MAIL

Ms. Sarah E. Roberts
8980 Chandlersville
Chandlersville, OH 43727

RE: *Sarah Roberts v. Merck & Co., Inc.*

Dear Ms. Roberts:

It has recently come to our attention that Brian Goldstein with Cellino & Barnes is also representing you against your claim against Merck & Co. As such, we will not be registering you to participate in the settlement process and will be withdrawing as counsel from your case immediately.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Stuart E. Scott

SES/rpb

cc: Brian Goldstein, Esq. VIA FACSIMILE @ 716-854-6291
cc: Julie Newton VIA E-MAIL @ jnewton@browngreer.com
cc: Stephen R. McCann, Esq VIA FACSIMILE @ (740) 454-0111

1900 EAST 9TH STREET • SUITE 2400 • CLEVELAND, OHIO 44114
216 / 696-3232 • FAX 216 / 696-3924
E-MAIL ssl@spanglaw.com • WEB www.spanglaw.com

**EXHIBIT A**