# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

*THIS DOCUMENT RELATES TO:*
*Sarah Roberts vs. Merck & Co., Inc., No. 2:05cv03543 (previously 1:05CV1350 OHND USDC)*

# ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____        _____
Date                                                                    United Stated District Judge