UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to:* | * | JUDGE FALLON |
| | * | |
| *James and Hazel Reece v. Merck & Co. Inc.,* | * | MAGISTRATE JUDGE |
| Docket Number 2:06-cv-10304 | * | KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiffs James Reece and Hazel Reece against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 13th day of ___June___, 2008.

_____
DISTRICT JUDGE

60287859_1.DOC