IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| MDL No. 05-0451 | MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Withdrawal of Motion for an Order to Show Cause as it Relates to *Grant, et al. v. Merck & Co., Inc., et al.*, No. 05-0451,

IT IS ORDERED that the Motion for an Order to Show Cause, R. Doc. 14455, be and it hereby is deemed withdrawn as it Relates to *Grant, et al. v. Merck & Co., Inc., et al.*, No. 05-0451.

NEW ORLEANS, LOUISIANA, this 13th day of June, 2008.

_____
DISTRICT JUDGE

927415v.1