UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Mercer, Larry et al. v. Merck & Co. Inc.,* | * | KNOWLES |
| Docket Number 2:05-cv-05677; and only | * | |
| regarding Deborah Gossnell, George | * | |
| Luther Gregg, Brenda K. Jackson, | * | |
| Wesley Gene Jenkins, and Peggy | * | |
| Owens. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the above mentioned Plaintiffs against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 13th day of _____June_____, 2008.

_____
DISTRICT JUDGE

60289591_1.DOC