UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| *This document relates to:* | |
| *Jimmy Sullivan; Laverne Woosley; and Dianne Ray*<br>Docket Number: 05-cv-04453 | MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

IT IS ORDERED, that all of claims of Plaintiff Dianne Ray only, listed above, against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs. **This does not affect the claims** of Plaintiffs Jimmy Sullivan and Laverne Woosley, as these named Plaintiffs will continue their claims against Defendant Merck & Co., Inc.

NEW ORLEANS, LOUISIANA, this 13th day of June, 2008.

_____
DISTRICT JUDGE