# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| This document relates to: | * | **JUDGE FALLON** |
| *Judy Joseph  v. Merck & Co., Inc.; Docket No. 2:07-cv-758* | * | **MAGISTRATE JUDGE KNOWLES** |

**************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Judy Joseph and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| PHILLIPS & ASSOCIATES | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: */s/ Lowell W. Finson* | By: */s/ Dorothy H. Wimberly* |
| Lowell W. Finson | Phillip A. Wittmann, 13625 |
| 3030 N. Third St. | Dorothy H. Wimberly, 18509 |
| Suite 1100 | 546 Carondelet St. |
| Phoenix, AZ  85012 | New Orleans, LA  70130 |
| Phone:  602-258-8900 | Phone:  504-581-3200 |
| *Counsel for Plaintiff* | *Counsel for Defendant Merck & Co., Inc.* |

932318v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of June, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

932318v.1