# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY : 
LITIGATION :
 :
_____ : MDL 1657
This document relates to: : SECTION L
 :
 : HONORABL ELDON
 : FALLON
AvMed, Inc. :
 :
 : MAGISTRATE
 : KNOWLES
 :
v. :
 :
U.S. Bancorp; BrownGreer, PLC; and John :
Does :
No. 08-1633 :
_____ :

### DECLARATION OF CHERYL PENNINGTON

1. My name is Cheryl Pennington, and my husband, Dennis Pennington, suffered a heart attack resulting in sudden death following use of Vioxx.

2. On March 25, 2002, Dennis Pennington suffered a heart attack. For several months prior to Dennis Pennington's heart attack and death, he regularly used Vioxx.

3. After learning of the Settlement Program established to resolve Vioxx claims of people like me, I promptly confirmed my desire to enter into the Settlement Program, and provided the required information to my counsel. I understand that my claim was properly registered and enrolled into the Program, and that all appropriate

1

documents have been submitted to the Claims Administrator in a timely fashion, by the required deadlines.

4. It was my understanding when I agreed to enter into the Settlement Program that, if my claim was determined to meet certain requirements, I would be eligible for a partial payment of my settlement award. If I was determined to qualify, I understood that the partial payment would be made in August, 2008.

5. Regarding the settlement payments that are scheduled from the Vioxx claim, it would hurt my financial status tremendously and my emotional status even more if the payments are postponed.

    a. I have been struggling with my day to day living with the amount of money I receive on a monthly basis as it is. I have two minor children living at home and they both have medical conditions. I am the sole supporter for both of my children. I have to pay rent, utilities, phone, groceries, insurance, medical payments, clothing, school fees, and all the normal living expenses;

    b. My son, John, has a serious medical condition that requires monthly treatments at the hospital. He has an auto-immune disorder. This is a life threatening illness that cannot be ignored or put off until money is available. He has to have his treatments regardless of my income. This has been a major source of concern for me because his life is at stake if his medical needs are not taken care of.

    c. My son, Jesse, has been diagnosed with medical problems as well. He has high cholesterol and is hypoglycemic. He has to been seen regularly and be followed by a nutritionist. This has been determined to be a genetic problem and is not just a matter of regular diet. He will have to be followed for these conditions for the rest of his life.

    d. Since the death of my husband, I have struggled financially. Dennis was the sole supporter of the family. He was the one with the ability to work and provide for all of our needs. I have had to worry and wonder for the last six years how I was going to provide for my family. Not just for the "wants" in life, but how I was going to provide for our every day needs.

5. I am not aware of the existence of any claims of any private insurer to all or any portion of the settlement proceeds to which I may be entitled. To the best of my knowledge, there are no such claims. In addition, I have no relation to AvMed, Inc.

I declare under penalty of perjury that foregoing is true and correct.

Dated: June 18, 2008

Cheryl Pennington
Dennis Pennington Deceased
621 Earl Road North West
Massillon, Ohio 44647-4245

CHERYL L. PENNINGTON