UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Lynn Jones vs. Merck & Co., Inc.,* | * | |
| *Docket No. 06-6778* | * | |
| | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order No. 36, Edward Blizzard, J. Scott Nabers, Rebecca B. King, and Holly M. Wheeler, Counsel of record for Lynn Jones, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff cannot be found or fails to respond to communications from Counsel. Plaintiff's counsel has made numerous attempts to contact Plaintiff. Plaintiff's counsel hired two different private investigators to locate Plaintiff. Despite numerous attempts to contact Plaintiff over an extended period of time, Plaintiff has not responded.

2. Pursuant to Pretrial Order No. 36, Counsel placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the Plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

3. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 3512 1/2 S. Naomi Ave., Los Angeles, CA 90011.

4. Pretrial Order No. 36 was complied with in all respects in Plaintiff's counsel's communication to Plaintiff regarding the Motion to Withdraw. Plaintiff's counsel will continue to comply with Pretrial Order No. 36.

5. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Edward Blizzard, J. Scott Nabers, Rebecca B. King, and Holly M. Wheeler urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 3rd day of June, 2008.

/s/ Rebecca B. King
EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: (713) 844-3750
Fax: (713) 844-3755
**ATTORNEYS FOR PLAINTIFF
LYNN JONES**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Philip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 23rd day of June, 2008.

*Rebecca B. King*
OF COUNSEL

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph I.B of PTO No. 36) |
|---|
| C. COMPLIANCE WITH PTO NO. 36 |
|  I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.<br>Name of Publication: Sun Community Newspaper<br>Dates of Publication: 6/13/08 through 6/20/08 |
|  I sent a letter to the Plaintiff by certified mail on June 20, 2008 (*date*) to the Plaintiff's last known address that included the following:<br>a. The Motion to Withdraw;<br>b. A copy of PTO No. 36;<br>c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| D. SIGNATURE |
| I certify under penalty of perjury that the foregoing is true and correct. |
| Date Signed  06/20/08  (Month/Day/Year)    /s/ Rebecca B. King  Counsel |

#343313
4/23/08

2