EXHIBIT 2

## SUMMARY OF PLAN MATERIALS SUBMITTED BY PLAINTIFFS

| No. | Plaintiff Name / Plaintiff Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 1a | AvMed, Inc. Florida Plan #1 | • 2 pages<br>• Draft<br>• Dated January 2007<br>• Policyholder is City of Fort Lauderdale | "Member specifically acknowledges The Plan's right of subrogation. When The Plan provides health care benefits for injuries or illnesses for which a third party is or may be responsible, The Plan shall be subrogated to the Member's rights of recovery against any party to the extent of the full cost of all benefits provided by The Plan …." | "Member also specifically acknowledges The Plan's right of reimbursement. The right of reimbursement attaches, to the fullest extent permitted by law, when The Plan has provided health care benefits for injuries or illness for which another party is or may be responsible and the Member and/or the Member's representative has recovered any amounts from the third party or any party making payments on the third party's behalf." | "Member: … further agrees to: Give the plan a first priority lien on any recovery, settlement or judgment or other source of compensation which may be had from a third party to the extent of the full cost of all benefits associated with injuries or illness provided by The Plan for which a third party is or may be responsible …." | n/a |
| 1b | AvMed, Inc. PPB – Florida Plan #2 | • 1 page<br>• Policyholder is City of Dania beach<br>• Dated October 2005 | "Participant may be asked to provide a written assignment to the Plan of Participant's rights to all Claims, demands, and rights to recovery that Participant may have against the third party." | "In the event that the Plan provides medical benefits or payments to a Participant who suffers injury, disease, or illness by virtue of a negligent act or omission by a third party, the Plan is entitled to reimbursement from the Plan in accordance with 768.76, Florida Statutes" | n/a | "Participant shall hold such proceeds in trust for the benefit of the Plan and pay then to the AvMed upon demand if the proceeds have been paid directly to the Participant" |
| 1c | AvMed, Inc. PPB – Florida Plan #3 | • 1 page<br>• Undated<br>• No policyholder listed | "Participant may be asked to provide a written assignment to the Plan of Participant's rights to all claims, demands, and rights to recovery that Participant may have against the third party." | "In the event that the Plan provides medical benefits or payments to a Participant who suffers injury, disease, or illness by virtue of a negligent act or omission by a third party, the Plan is entitled to reimbursement from the Participant" | n/a | "Participant shall hold such proceeds in trust for the benefit of AvMed and pay then to the AvMed upon demand if the proceeds have been paid directly to the Participant" |
| 2a | Aetna, Inc. PPB - Connecticut Plan #1 | • 2 pages<br>• Effective October 19, 2007<br>• Addition of a Subrogation/ Reimbursement Provision<br>• Policyholder: Wawa – a gas station and convenience store that employs 16,000 associates. | "Immediately upon paying or providing any benefit under this plan, the plan shall be subrogated to (stand in the place of) all rights of recovery a Covered Person has against any Responsible Party with respect to any payment made by the Responsible Party to a Covered Person due to a Covered Person's injury, illness, or condition to the full extent of benefits provided or to be provided by the plan." | "If a Covered Person receives any payment from any Responsible Party or Insurance Coverage as a result of an injury, illness, or condition, the plan has the right to recover from, and be reimbursed by, the Covered Person for all amounts this plan has paid and will pay as a result of the injury, illness or condition, from such payment up to and including the full amount the Covered Person receives from any Responsible Party." | "Further, the plan will automatically have a lien to the extent of benefits paid by the plan for the treatment of the illness, injury or condition for which Responsible Party is liable." | "By accepting benefits … from the Plan, the Covered Person agrees that if he/she receives any payment from any Responsible Party … he/she will serve as a constructive trustee over the funds that constitute such payment." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 2b | Aetna, Inc. Plan #2 PPB - Connecticut | • 2 pages • Undated • No policyholder listed | "Immediately upon paying or providing any benefit under this plan, the plan shall be subrogated to (stand in the place of) all rights of recovery a Covered Person has against any Responsible Party with respect to any payment made by the Responsible Party to a Covered Person due to a Covered Person's result of the injury, illness or condition, from such payment up to and including the full amount the Covered Person receives from any Responsible Party." | "If a Covered Person receives any payment from any Responsible Party or Insurance Coverage as a result of an injury, illness, or condition, the plan has the right to recover from, and be reimbursed by, the Covered Person for all amounts this plan has paid and will pay as a result of the injury, illness or condition, from such payment up to and including the full amount the Covered Person receives from any Responsible Party." | "Further, the plan will automatically have a lien to the extent of benefits paid by the plan for the treatment of the illness, injury or condition for which Responsible Party is liable." | "By accepting benefits ... from the Plan, the Covered Person agrees that if he/she receives any payment from any Responsible Party ... he/she will serve as a constructive trustee over the funds that constitute such payment." |
| 3 | Arkansas Blue Cross and Blue Shield, A Mutual Insurance Company PPB – Arkansas | • 1 paragraph excerpt • Undated • No policyholder listed | "If a Covered Person is injured by a third party, the Company is subrogated to the Covered Person may have against any party liable for payment of medical treatment ... to the extent of payment for the services or benefits provided." | "[T]he company also has reimbursement rights should the Covered Person ... recover damages by settlement, verdict or otherwise, for an accident, injury or illness. If a recovery is made the Plan any monetary recovery made by the Covered Person and includes, but is not limited to, uninsured and under-insured motorist coverage, any no-fault insurance, medical payments coverage, direct recoveries from liable parties, or any other source." | n/a | n/a |
| 4 | HMO Partners, Inc. d/b/a Health Advantage PPB – Arkansas | • 1 paragraph excerpt • Undated • No policyholder listed | "If a Member is injured by a third party, Health Advantage is subrogated to all rights the Member may have against any party liable for payment of medical treatment ... to the extent of payment for the services or benefits provided." | "Health Advantage also has reimbursement rights should the Member ... recover damages by settlement, verdict or otherwise, for an accident, injury or illness. If a recovery is made the Member shall promptly reimburse the Plan any monetary recovery made by the Member and includes, but is not limited to, uninsured and under-insured motorist coverage, any no-fault insurance, medical payments coverage, direct recoveries from liable parties, or any other source." | n/a | n/a |
| 5 | USAble Life HQ – Little Rock, AR | • 1 paragraph excerpt • Undated • No policyholder listed | "If a Covered Person is injured by a third party, the Company is subrogated to all rights the Covered Person may have against any party liable for payment of medical treatment ... to the extent of payment for the services or benefits provided." | "[T]he company also has reimbursement rights should the Covered Person ... recover damages by settlement, verdict or otherwise, for an accident, injury or illness. If a recovery is made, the Covered Person shall promptly reimburse the Plan any monetary recovery made by the Covered Person and includes, but is not limited to, uninsured and under-insured motorist coverage, any no-fault insurance, medical payments coverage, direct recoveries from liable parties, or any other source." | n/a | n/a |

| No. | Plaintiff Name / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 6 | BCBSD, Inc. d/b/a Blue Cross Blue Shield of Delaware; PPB – Delaware Inc. – Delaware | • 2 page excerpt • Undated • No policyholder listed | "If the Insured has a right of recovery against any third party based upon a legal claim ..., and if the legal action or claim involves medical expenses that BCBSD paid, BCBSD is subrogated to all the Insured's rights of recovery against that third party." | "BCBSD is entitled to be paid from any recovery, no matter how the recovery is categorized." | "Accepting benefits from BCBSD will result in an automatic lien by BCBSD against any recovery from any third party." | "Accepting benefits from BCBSD makes Insured and his agents a constructive trustee of any funds recovered from any third party." |
| 7 | Blue Cross & Blue Shield of Mississippi; PPB – Mississippi Inc. – Mississippi | • 3 page excerpt • Undated • No policyholder listed | "Payments of any Benefits will allow Company to be subrogated to the rights of the Member for recovery against any person, organization or carrier in accordance with applicable laws." | "In the event a Member receives full or partial proceeds from any other source for Covered Services for an Illness or Injury, Company has a contractual right of reimbursement to the extent Benefits were paid under this Contract for the same Illness or Injury." | "Any subrogation claim shall be a first priority lien on the full or partial proceeds of any recovery, judgment or other payment recovered by or on behalf of the Member to the extent permitted by law." "To the extent allowed by law, the [right to reimbursement] shall be a first priority lien on the full or partial proceeds of any settlement, judgment or other payment recovered by or on behalf of the Member." | "To the extent allowed by law, upon receiving any proceeds subject to this Section, the Member or an authorized representative must hold in trust proceeds in an amount equal to Benefits paid by Company in connection with injuries growing out of any act or omission of another party until such time as the proceeds can be transferred to the Company." |
| 8a | Blue Cross and Blue Shield of Rhode Island; PPB – Rhode Island; Plan #1 | • 1 page excerpt • HMCSC SA • January 2008 • Rhode Island law applies • No policyholder listed | "In the event a third party, including your employer/agent, is or may be responsible for causing Illness or Injury for which we provided any benefit or made any payment to you, we shall succeed to your right of recovery against such responsible party." | "If you receive payment from a third party for an illness or injury for which we have paid benefits, any such recoveries you obtain must be used to reimburse the plan for benefits we paid. ... We may collect, at our option, any and all amounts from the proceeds of any settlement or judgment that may be recovered by you or your legal representative." | "As the subscriber, you acknowledge that our subrogation rights shall be considered as a first priority claim against any party to be paid before any other claims paid for your injuries." | "You agree to keep in a segregated account that portion of any settlement or award that is equal to any benefit we have paid for your injuries." |
| 8b | Blue Cross and Blue Shield of Rhode Island; PPB – Rhode Island; Plan #2 | • 2 page excerpt • HMC2C B3 • January 2008 • No policyholder listed | "In the event a third party, including your employer/agent, is or may be responsible for causing illness or injury for which the plan provided any benefit or made any payment to you, the plan shall succeed to your right of recovery against such responsible party." | "If you receive payment from a third party for an illness or injury for which the plan has paid benefits, any such recoveries you obtain must be used to reimburse the plan for benefits the plan paid. ... The plan may collect, at the plan's option, any and all amounts from the proceeds of any settlement or judgment that may be recovered by you or your legal representative." | "As the subscriber, the plan's subrogation rights shall be considered as a first priority claim against any party to be paid before any other claims paid for your injuries." | "You agree to keep in a segregated account that portion of any settlement or award that is equal to any benefit we have paid for your injuries." |
| 9 | Blue Cross & Blue Shield of Arizona, Inc.; PPB – Arizona | NO EXCERPT PROVIDED | n/a | n/a | n/a | n/a |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 10 | Blue Cross & Blue Shield of Kansas, Inc.<br><br>PPB – Kansas | • 4 page excerpt, 3 page excerpt, and provision, and Rider<br>• Rider is "Addition of Subrogation Provision"<br>• Rider dated March 2002<br>• Excerpts dated January 2008<br>• No policyholder listed | Although the Rider says it adds a subrogation provision, the language appears to be reimbursement language. | "All recoveries You obtain. . . regardless of how it is described or designated, and other than policies of health insurance issued in Your name, must be used to reimburse this Program in full for benefits paid by this Program." | "This Program's right of recovery under this provision attaches to the money You recover of that is paid in respect to Your legal claims . . . ." | n/a |
| 11a | Blue Cross and Blue Shield of Massachusetts, Inc.<br><br>PPB – Massachusetts<br><br>Inc. – Massachusetts<br><br>Plan #1 | • 1 page excerpt<br>• Undated<br>• No policyholder listed | "If you are injured by any act or omission of another person, the benefits under this HMO Blue contract will be subrogated. This means that the Plan may use your right to recover money from the person(s) who caused the injury or from any insurance company or other party." | "If you recover money, the Plan is entitled to recover up to the amount of the benefit payments that it has made. This is true no matter where or by whom the recovered money is held or how it is designated and even if you do not recover the total amount of your claim against the other person(s). This is also true if the payment you receive is described as payment for other than health expenses." | n/a | n/a |
| 11b | Blue Cross and Blue Shield of Massachusetts, Inc.<br><br>PPB – Massachusetts<br><br>Inc. – Massachusetts<br><br>Plan #2 | • 1 page excerpt<br>• Undated<br>• No policyholder listed<br>• Filed with plaintiffs' Supplemental Brief | "If you are injured by any act or omission of another person, the benefits under this PPO contract will be subrogated. This means that Blue Cross and Blue Shield may use your right to recover money from the person(s) who caused the injury or from any insurance company or other party." | "If you recover money, Blue Cross and Blue Shield is entitled to recover up to the amount of the benefit payments that it has made. This is true no matter where or by whom the recovered money is held or how it is designated and even if you do not recover the total amount of your claim against the other person(s). This is also true if the payment you receive is described as payment for other than health expenses." | n/a | n/a |

| No. | Plaintiff Name Plaintiff Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 12a | Blue Cross and Blue Shield of North Carolina<br><br>PPB – North Carolina<br><br>Plan #1 | • 2 page excerpt<br>• Right of Recovery provision<br>• Pg. 40-41<br>• Undated<br>• No policyholder listed | "Immediately upon paying or providing any benefit under the *Plan*, the *Plan* shall be subrogated to all rights of recovery a *member* has against any party potentially responsible for making any payment to a member due to a *member's* injuries, illness or condition, to the full extent of benefits provided or to be provided by the *Plan*." | "[I]f a *member* receives any payment from any potentially responsible party as a result of an injury, illness or condition, the *Plan* has the right to recover from, and be reimbursed by, the *member* for all amounts the *Plan* has paid and will pay as a result of that injury or illness, up to and including the full amount the *member* receives from any third party responsible ... as a result of the *member's* injuries." | "[T]he *Plan* will automatically have a lien, to the extent of benefits advanced, upon any recovery whether by settlement, judgment, or otherwise, that a *member* receives from any third party funds for the benefit of the *Plan*. Failure to hold such funds in trust will be deemed a breach of the *member's* fiduciary duty to the *Plan*." | "The *member* agrees that if the *member* receives any payment from any potentially responsible party as a result of an injury or illness, the *member* will serve as a constructive trustee over the funds for the benefit of the *Plan*. Failure to hold such funds in trust will be deemed a breach of the *member's* fiduciary duty to the *Plan*." |
| 12b | Blue Cross and Blue Shield of North Carolina<br><br>PPB – North Carolina<br><br>Plan #2 | • 2 page excerpt<br>• Right of Recovery provision<br>• Pg. 39-40<br>• Undated<br>• No policyholder listed | "Immediately upon paying or providing any benefit under the *Plan*, the *Plan* shall be subrogated to all rights of recovery a *member* has against any party potentially responsible for making any payment to a member due to a *member's* injuries, illness or condition, to the full extent of benefits provided or to be provided by the *Plan*." | "[I]f a *member* receives any payment from any potentially responsible party as a result of an injury, illness or condition, the *Plan* has the right to recover from, and be reimbursed by, the *member* for all amounts the *Plan* has paid and will pay as a result of that injury or illness, up to and including the full amount the *member* receives from any third party responsible ... as a result of the *member's* injuries." | "[T]he *Plan* will automatically have a lien, to the extent of benefits advanced, upon any payment whether by settlement, judgment, or otherwise, that a *member* receives from any third party funds for the benefit of the *Plan*. Failure to hold such funds in trust will be deemed a breach of the *member's* fiduciary duty to the *Plan*...."<br><br>"The lien can be filed with or enforced against any party who possesses funds or proceeds representing the amount of the benefits paid by the *Plan*...." | "The *member* agrees that if the *member* receives any payment from any potentially responsible party as a result of an injury or illness, the *member* will serve as a constructive trustee over the funds for the benefit of the *Plan*. Failure to hold such funds in trust will be deemed a breach of the *member's* fiduciary duty to the *Plan*." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 12c | Blue Cross and Blue Shield of North Carolina<br><br>PPB – North Carolina<br><br>Plan #3 | • 2 page excerpt<br>• Exhibit A and Exhibit X<br>• Undated<br>• No policyholder listed<br>• Filed with plaintiffs' Supplemental Brief | "BCBSNC is authorized by the Plan Sponsor and the Plan Administrator to pursue claims on behalf of the Group Health Plan in the event that BCBSNC brings or joins any class action or other law suit to recover subsequent to the terms of this Agreement, that relates to claims incurred and paid during the term of this Agreement." "BCBSNC or its contracted representative will provide subrogation assistance to the Plan Administrator." | n/a | n/a | n/a |
| 13 | Blue Cross and Blue Shield of Vermont<br><br>PPB – Vermont | • 1 page excerpt<br>• Undated<br>• No policyholder listed<br>• Filed with plaintiffs' Supplemental Brief | "To the extent that we advance benefits under your Contract, we shall be subrogated to your rights of recovery from any person or organization that caused or contributed to your illness or injuries or paid as a result of your illness or injuries." "We reserve the right to bring a lawsuit in your name or in our name against any responsible party or parties to recover benefits we have advanced or to settle our claim for such benefits with such responsible party or parties." | "If you receive medical treatment for injuries caused by another party, and we advance benefits for any part of that medical treatment, you shall pay us all amounts you recover by suit, settlement or otherwise from any third party ... to the extent of the benefits advanced under your Contract." | "We shall have a lien on your recovery from the person causing your illness or injury for which we have advanced benefits." | n/a |
| 14 | Blue Cross Blue Shield Association<br><br>PPB – Illinois | • 2 page excerpt<br>• 2008<br>• No policyholder listed | "If you do not seek damages for your illness or injury, you must permit us to initiate recovery on your behalf (including the right to bring suit in your name)." | "All recoveries you or your representatives obtain (Whether by lawsuit, settlement, insurance or benefit program claims, or otherwise) ... must be used to reimburse us in full for benefits we paid." | "We may seek a first priority lien on the proceeds of your claim in order to reimburse ourselves to the full amount of benefits we have paid or will pay." | n/a |
| 15 | BlueCross and Blue Shield of Florida, Inc.<br><br>PPB – Florida | • Full plan, 15 pages<br>• Undated<br>• Incomplete form<br>• No policyholder listed | n/a | n/a | n/a | n/a |
| 16a | BlueCross and Blue Shield of Tennessee<br><br>PPB – Tennessee<br>Plan loc. – Tennessee<br><br>Plan #1 | • 1 page sample copy/issue<br>• Undated<br>• No policyholder listed | "The Group has agreed that the Plan shall be subrogated to and/or have the right to recover amounts paid to provide Covered Services to Group Members for illnesses or injuries caused by third parties. ... The Plan may enforce its rights of subrogation. ... against, without limitation, any tort feasors, other responsible third parties or against available insurance coverages ...." | "If a Member settles any claim or action against any third party, that Member shall be deemed to have been made whole by the settlement and the Plan shall be entitled to immediately collect the present value of its rights as the first priority claim." | "The Plan shall have first lien against any payment, judgment or settlement of any kind that a Member receives from or on behalf of such third parties for medical expenses, for the costs of Covered Serves and any costs of recovering such amounts from those third parties." | "Any such proceeds of settlement or judgment shall be held in trust by the Member for the benefit of the Plan." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 16b | BlueCross and Blue Shield of Tennessee<br><br>PPB – Tennessee<br>Plan loc. – Tennessee | • 1 page sample copy/paste<br>• Undated<br>• No policyholder listed | Subrogation clauses for employer claims, not for Plan Members. | | | |
| 16c | BlueCross and Blue Shield of Tennessee<br><br>Plan #2<br><br>PPB – Tennessee<br>Plan loc. – Tennessee<br><br>Plan #3 | • 2 page sample copy/paste<br>• Undated<br>• No policyholder listed | "The Plan assumes and is subrogated to Your legal rights to recover any payments the Plan makes for Covered Services, when Your illness or injury resulted from the action or fault of a third party." "The right of subrogation and the right of reimbursement are based on the Plan language in effect at the time of judgment, payment or settlement." "The Plan's subrogation and priority right of reimbursement attach to any funds held, and do not create personal liability against You." | "You agree to reimburse the Plan 100% first for any benefits provided through the Plan ... from any and all amounts recovered through any settlement, mediation, arbitration, judgment, suit, or otherwise. ...." | "[T]he Plan shall have first lien and right to reimbursement." | "You shall hold any such proceeds of settlement or judgment in trust for the benefit of the Plan." |
| 17a | CareFirst, Inc.<br><br>PPB – Maryland<br>Inc. – Maryland<br>Plan loc. – Maryland<br><br>Plan #1: Fully Insured Account | • 1 page sample copy/paste<br>• Date: 4/05<br>• No policyholder listed | "To the extent that benefits are paid under this Evidence of Coverage, CareFirst shall be subrogated and succeed to any right of recovery of the Member against any person or organization." | "The Member shall pay to CareFirst the amount recovered by suit, settlement, or otherwise from any third party ... to the extent of the benefits paid under this Evidence of Coverage." | n/a | n/a |
| 17b | CareFirst, Inc.<br><br>PPB – Maryland<br>Inc. – Maryland<br>Plan loc. – Maryland<br><br>Plan #2: ASO Account | • 1 page sample copy/paste<br>• Undated<br>• No policyholder listed | "To the extent that benefits are paid under this Evidence of Coverage, CareFirst shall be subrogated and succeed to any right of recovery of the Member against any person or organization." | "The Member shall pay to CareFirst the amount recovered by suit, settlement, or otherwise from any third party ... to the extent of the benefits paid under this Evidence of Coverage." | n/a | n/a |

| No. | Plaintiff Name / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 18 | Connecticut General Life Insurance Company<br><br>PPB – Connecticut<br>Plan Inc. – Connecticut | • 2 page excerpt policy<br>• Eff. Date: June 6, 2008<br>• No policyholder listed | "The plan ... be subrogated to all rights ... a Participant may have against" a third party; "participant shall automatically have a lien upon the proceeds of any recovery by a participant from" third party. | "This plan does not cover" expenses related to third party or expenses where Member has received payment from third party." "The plan is also granted a right of reimbursement from the proceeds of any recovery ...." | "The plan ... shall automatically have a lien upon the proceeds of any recovery by a Participant from [a third party]."; "[P]articipant grants a lien and assigns to the plan an amount equal to the benefits paid under the plan"; "The plan's right of recovery shall be a prior lien against any proceeds recovered by the Participant." | "Participant agrees to hold the proceeds of any recovery n trust for the benefit of the plan to the extent of any payment made by the plan." |
| 19 | Government Employee's Health Association, Inc.<br><br>HQ - Lees Summit, MO | • Excerpt from 2008 plan; faxed on 05/28/08<br>• No policyholder listed | "When benefits are payable under the plan in relation to the Illness or injury, GEHA may, at its option subrogate:" | "You agree to ...reimburse GEHA on a first priority basis, in full up to the amount of benefits paid, out of any settlements... that you obtain from any source, no matter how characterized:" | "GEHA enforces this right of reimbursement by asserting a lien against any and all recoveries received....GEHA's lien consists of the total benefits paid. "GEHA's lien extends to all related expenses incurred prior to the settlement or judgment date paid. ... The lien remains the member's obligation until it is satisfied in full." | n/a |
| 20 | Great-West Life and Annuity Insurance Company<br><br>PPB – Colorado | • Excerpt of plan<br>• Dated July 1, 2007<br>• No policyholder listed | "Benefits may also be payable under the Plan in relation to the Illness. When this happens, Great-West may, at its option: subrogate:" | "Great-West may, at its option ... recover from the Covered Person any benefits paid under the Plan from any payment the covered Person is entitled to receive from the Other Party." "If the Covered Person makes any recovery ... and fails to reimburse Great-West ..., then the Covered Person will be personally liable to Great-West for the amount of benefits paid under this Plan and Great-West may reduce further benefits payable under this plan." | "Great-West will have a first lien upon any recovery, whether by settlement, judgment, mediation or arbitration, that the Covered Person receives or is entitled to receive. ...." | n/a |

| No. | Plaintiff Name / Plaintiff Location / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 21a | Group Health, Inc. HQ – New York, NY Policy loc – NY Plan #1 | • 2 page policy excerpt • Date: 01/2005 • No policyholder listed | "In the event an injured party accepts benefits from the Plan and amounts are recovered from claims arising from the accident, the amounts recovered are assets of the Plan by virtue of the Plan's subrogation interest." | "If you should recover damages from an insurance company or from the other party, then you must reimburse the Plan for the payments it has made in connection with your injury ... The Plan has a right to first reimbursement out of any recovery ... even if the Employee is not made whole and without any reduction for atty fees or costs ..." | Does not use the word lien, but states "[i]n the event an injured party accepts benefits from the Plan and amounts are recovered from claims arising from the accident, the amounts recovered are assets of the Plan by virtue of the Plan's subrogation interest. Such Plan assets may not be distributed without a release from the Plan or its subrogation interest." | n/a |
| 21b | Group Health, Inc. HQ – New York, NY Plan #2 | • 1 page excerpt • Undated • No policyholder listed • Filed with plaintiffs' Supplemental Brief | "GHI is subrogated to all of your rights against any such party ... to the extent of the reasonable value of the benefits provided to you under this Policy." | "In addition, in GHI's sole discretion, if you ... make recovery from any liable party ... you will promptly reimburse GHI for any benefits provided by GHI in connection with the injury, illness or condition from any settlement, verdict or insurance proceeds received to the extent that such settlement, verdict or other amounts received is specifically identified as being for medical expenses paid out." | n/a | n/a |
| 22a | The Guardian Life Insurance Company of America HQ: New York, NY Policy loc: Virginia Plan #1 | • 1 page rider submitted to VA Insurance Commission • Date: Feb. 1, 2005 • Policyholder: Machine Phase Systems Limited – a Virginia-based software and data analysis company | n/a | "We will not pay any benefits under this plan, to or on behalf of a covered person, who has received payment in whole or in part from a third party, or its insurer for past or future medical or dental charges or loss of earnings, resulting from the negligence, intentional act, or no-fault tort liability of a third party ... If a covered person makes a claim to us ... under this plan prior to receiving payment from a third party or its insured, the covered person must agree, in writing, to repay us any amount of money they receive from the third party, or its insurer." | n/a | n/a |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 22b | The Guardian Life Insurance Company of America<br><br>HQ: New York, NY<br>Policy loc: Virginia<br><br>Plan #2 | • 1 page rider submitted to TX Insurance Commission<br>• Date: April 1, 2004<br>• Policyholder: American Bank of Texas, N.A. – provides banking to the Texas Hill Country | | "We will not pay any benefits under this plan, to or on behalf of a covered person, who has received payment in whole or in part from a third party, or its insurer for past or future medical or dental charges or loss of earnings, resulting from the negligence, intentional act, or no-fault tort liability of a third party.  If a covered person makes a claim to us ... under this plan prior to receiving payment from a third party or its insured, the covered person must agree, in writing t, to repay us any amount of money they receive from the third party, or its insurer." | n/a | n/a |
| 23a | Harvard Pilgrim Health Care, Inc.<br><br>PPB – Massachusetts<br><br>Plan #1 | • 4 page excerpt<br>• Benefit Handbook<br>• Dated March 2007<br>• No policyholder listed<br>• Policy location: Massachusetts<br>• Filed with plaintiffs' Supplemental Brief | n/a | "If another person or entity is, or may be, liable to pay for services related to a Member's illness or injury which have been paid for or provided by the Plan, the Plan will be subrogated to and succeed to all rights of the Member to recover against such person or entity 100% of the value of the services paid for or provided by the Plan." | "HPHC will also be entitled to recover from a Member 100% of the value of services provided or paid for by HPHC when a Member has been, or could be, reimbursed for the cost of care by another party." | n/a | n/a |
| 23b | Harvard Pilgrim Health Care, Inc.<br><br>PPB – Massachusetts<br><br>Plan #2 | • 4 page excerpt<br>• Benefit Handbook for Self-Insured Members<br>• Dated April 2007<br>• No policyholder listed<br>• Policy location: Massachusetts<br>• Filed with plaintiffs' Supplemental Brief | | "If another person or entity is, or may be, liable to pay for services related to a Member's illness or injury which have been paid for or provided by the Plan, the Plan will be subrogated to and succeed to all rights of the Member to recover against such person or entity 100% of the value of the services paid for or provided by the Plan." | "The Plan will also be entitled to recover from a Member 100% of the value of services provided or paid for by the Plan when you have been, or could be, reimbursed for the cost of care by another party." | n/a | n/a |

| No. | Plaintiff Name Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 24a | Hawaii Medical Service Association HQ: Honolulu, HI Plan #1 | • 07/01/2002; • HMSA's Preferred Provider Plan Guide to Benefits; • Includes First Page (P. 58) of "Chapter 9: Coordination of Benefits and Third Party Liability" | n/a | "We may advance benefits in connection with the illness or injury in the form of an interest-free loan only after you notify us of any actual or potential litigation, and you promptly execute and deliver to us all liens which are necessary to secure our rights of reimbursement. You must repay the interest free loan even if the proceeds obtain do not specifically include medical expenses, are stated to be for general damages only, are for less than the actual loss suffered…are without any admission of fault. The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have." | "We shall have a first lien on such proceeds, up to the amount of the total benefits we have paid related to such injury or illness…Our lien may be filed with any third party responsible for such illness or injury…" | n/a |
| 24b | Hawaii Medical Service Association HQ: Honolulu, HI Plan #2 | • Includes cut and paste of Chapter 9, Coordination of Benefits and Third Party Liability • 02/01/07; • Missing pages 60-61 | "To the extent that we are not reimbursed for the total benefits we pay or have paid related to your illness or injury, we have a right of subrogation." | "We shall have a right to be reimbursed for benefits we provide, from any recovery received from or on behalf of any third party or other source of recovery in connection with the injury or illness, including… proceeds from any … settlement, judgment, or award." "The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have for reimbursement of these payments." | n/a | n/a |
| 24c | Hawaii Medical Service Association HQ: Honolulu, HI Plan #3 | • Excerpt from HMSA's Retiree Drug Plan • Dated January 2007 | n/a | "When others may be responsible for payment of your medical expenses (due to tort liability, insurance or otherwise), our third-party liability rules apply. … You must give us prompt written notice of your injuries, claims and demands for recovery and recoveries received, and must promptly fill out and return to us all papers we require to determine coverage and to secure our reimbursement rights for any amounts we pay. Medicare and HMSA have … rights of reimbursement to the full extent of any expenses paid." | "We shall have a first lien on such recovery proceeds, up to the amount of total benefits we pay or have paid related to the injury or illness." | n/a |
| 25a | Health Net, Inc. HQ: Woodland Hills, CA Plan #1 | • Filed 9/27/04 • Revised 11/24/04; | "We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party…" | n/a | "Medicare and HMSA have liens … to the full extent of any expenses paid." | n/a |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 25b | Health Net, Inc. HQ: Woodland Hills, CA Plan #2 | • Point of Service (POS) Health Plan for Salaried Employees • Undated | "Benefits are payable under this Plan subject to the Plan's right of subrogation and reimbursement." | "Benefits are payable under this Plan subject to the Plan's right of subrogation and reimbursement." | n/a | n/a |
| 25c | Health Net, Inc. HQ: Woodland Hills, CA Plan #3 | • Filed 4/15/04 • Revised 09/13/04 • Connecticut | "We shall be subrogated, to the extent of Covered Services provided under this EOC and to the extent allowed by law, to the proceeds of any settlement or judgment effected against a third party...." | "A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit." "If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party." | n/a | "The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us...." |
| 25d | Health Net, Inc. HQ: Woodland Hills, CA Plan #4 | • 12/05/01 • Re. 12/5/02 • Location: New York | "Health Net will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits Health Net has paid." | "The Member agrees to reimburse Health Net for costs Health Net incurs for services provided for the injury for which the Member recovers damages, but not more than the money collected." | n/a | n/a |
| 25e | Health Net, Inc. HQ: Woodland Hills, CA Plan #5 | • 7/2006 • Location: Oregon | "[W]e shall be subrogated and shall succeed to the Member's rights of recovery against any person or any organization...." | "A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit." "If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party." | n/a | n/a |
| 25f | Health Net, Inc. HQ: Woodland Hills, CA Plan #6 | • 7/2006 • Location: Oregon | "In the event any medical or Hospital service or benefit is provided for.... we shall be subrogated and shall succeed to the Member's rights of recovery...." | "A Member shall pay over to us all sums recovered by suit, settlement or otherwise in an amount equal to such medical or Hospital service or benefit." "If we have provided any benefits, we shall be entitled to recover the amount paid from the proceeds of any settlement or recovery the Subscriber or a covered Dependent receives from the third party." | n/a | "The Subscriber or Enrolled Dependent must hold the rights of recovery in trust for us...." |
| 26 | Highmark, Inc. PPB – Pennsylvania | • Only includes 1-page excerpt from the plan. • Faxed on 06/09/08. • Undated | "Unless otherwise directed by Plan Sponsor, Claims Administrator is hereby delegated full authority to pursue Subrogation and related third party recovery rights.... To the extent that Claims Administrator administers Subrogation under this Agreement, Plan Sponsor acknowledges that subrogation is not performed on prescription drug claims." | n/a | "Claims Administrator shall coordinate with Plan Sponsor prior to the compromise of abandonment of a Subrogation lien." | n/a |

| No. | Plaintiff Name / Plaintiff Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 27 | Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield<br><br>PPB – West Virginia | • 3 page excerpt<br>• Undated<br>• No policyholder listed<br>• Filed with plaintiffs' Supplemental Brief | "If the Covered Person fails or refuses to make or pursue a claim against any Responsible Party, then we shall have the right to make and/or pursue such claim against any Responsible Party." | "To the extent we pay any medical or other expenses for a Covered Person, we shall have the right to be reimbursed for those expenses from any recovery that the Covered Person may obtain from any Responsible Party." "A Covered Person and/or his legal counsel shall promptly pay us all amounts recovered as a result of any Subrogated Recovery, to the extent we have paid any medical or other expenses for that Covered Person." | "Our Right of Reimbursement shall constitute a lien against the proceeds of any: 1) Settlement or compromised between a Covered Person and any Responsible Party, or 2) Judgment or award obtained by a Covered Person against a Responsible Party." | n/a |
| 28a | HIP Health Plan of New York<br><br>PPB – New York<br><br>Plan #1 | • 06/03<br>• only includes P.30; incomplete plan – provided one page from a 2003 policy | "HIPIC will be subrogated and succeed to the right of recovery against the party responsible for the Member's illness or injury to the extent of the benefits HIPIC has paid. This means that HIPIC has the right independent of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits HIPIC has paid." | "Under certain circumstances, HIPIC is also entitled to be reimbursed for the benefits HIPIC has paid from a settlement or a judgment a Member receives from a third party. "Those circumstances are: (1) The settlement or judgment a Member receives from the party responsible for their illness or injury specifically identifies or allocates monetary sums directly attributable to expense for which HIPIC has paid benefits. (2) A Member fails to cooperate with HIPIC in proceeding against the party responsible for their illness or injury to recover the benefits HIPIC has paid. HIPIC will pay all expenses associated with a legal action instituted on HIPIC's initiative." | n/a | n/a |
| 28b | HIP Health Plan of New York<br><br>PPB – New York<br><br>Plan #2 | • 05/02<br>• only includes P.30; incomplete plan – provided one page from 2002 policy | "HIPIC will be subrogated and succeed to the right or recovery against the party responsible for the Member's illness or injury to the extent of the benefits HIPIC has paid. This means that HIPIC has the right independent of the Member to proceed against the party responsible for the Member's injury or illness to recover the benefits HIPIC has paid." | "Under certain circumstances, HIPIC is also entitled to be reimbursed for the benefits HIPIC has paid from a settlement or a judgment a Member receives from a third party." (1) The settlement or judgment a Member receives from the party responsible for their illness or injury specifically identifies or allocates monetary sums directly attributable to expense for which HIPIC has paid benefits, (2) A Member fails to cooperate with HIPIC in proceeding against the party responsible for their illness or injury to recover the benefits HIPIC has paid." | n/a | n/a |

| No. | Plaintiff Name Plaintiff Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 29 | Humana, Inc. HQ – Louisville, KY Inc. – Delaware | • 2 page policy except and certificate of coverage • Cover letter date: 05/01 • Policy date: 08/01 • Policyholder: University of Cincinnati – a major research institution | "This provision applies when another party is ... responsible. ... for payment of benefits due to a member's injury or sickness for which benefits under the Group Plan have been provided or paid. To the extent of such benefits, we are subrogated to all rights and claims for recovery the member has against any party responsible for the injury for payment to the member on accounts of the injury." | "We will automatically have a lien to the extent of benefits advanced upon recovery" from the third party. "You agree to notify us, in writing, within 60 days of your claim against the responsible party." "Where double coverage exists, we shall have the right to be repaid from whomever has received the overpayment to the extent of the duplicate coverage." | "We will automatically have a lien to the extent of benefits advanced upon any recovery, by settlement, judgment or otherwise that you receive from the responsible party, including amount of benefits provided or paid by us for the treatment of the condition for which the third party is responsible." | n/a |
| 30 | Johns Hopkins Health Care LLC PPB – Virginia | • 3 page policy except • Undated • No policyholder listed | "The Plan is subrogated to all of your and your dependents' rights against any party that is ... liable for your ... injury or for paying for treatment ... The Plan may assert its subrogation right independently of you and your dependents ... You ... are obligated to cooperate with the Plan ... in order to protect the Plan's subrogation rights." If you prevent the plan from enforcing "its subrogation rights, you will be liable to reimburse the Plan for any legal expenses that the Plan ... incur[s]." | "If you ... have received a Recovery, the Plan will subtract the amount of the Recovery from the benefits it would otherwise pay for treatment of the injury...If there is a possible future Recovery, the Plan may delay paying benefits until the Recovery is received, and then subtract the amount of the Recovery ... Reimbursement must be made regardless of whether you ... are fully compensated by the Recovery." "You grant the Plan a first priority lien against ... the Recovery." "You must "agree to hold in trust for the Plan the proceeds of any Recovery." | You "grant the Plan a first priority lien against the proceeds of any Recovery received." | You "agree to hold in trust for the Plan the proceeds of any Recovery received." |
| 31 | KPS Health Plans PPB – Washington | • 2 page policy except • Undated • No policyholder listed | "KPS will be subrogated to any rights that you may have to recover ... related to the injury or illness. You and your representative(s) must cooperate fully with KPS ..." | "If you obtain a settlement or award that includes the recovery of medical expenses paid by KPS as Plan benefits for your injury or illness, you agree to reimburse KPS for the full amount of the benefits paid after you have been fully compensated for your loss." | "You agree to inform the responsible third party(ies) and any insurer(s) and attorneys of the amount of the lien asserted by KPS for payments made on your behalf ... You agree not to enter into any agreement ... that would in any way release KPS's lien or prejudice our subrogation or reimbursement rights, without first obtaining express prior written consent from KPS." | "You agree, if requested, to hold in trust and to execute a trust agreement in the full amount of the Plan benefits provided to you from any recovery until such time as a final determination or settlement has been reached regarding the amount that fully compensates you for your loss to protect the right s of KPS as described in this section." |

| No. | Plaintiff Name / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 32a | Medical Mutual of Ohio<br>PPB – Ohio<br>Policy loc. – Ohio | • 1 page policy excerpt;<br>• Undated;<br>• No policyholder listed | "The Plan reserves the right of subrogation. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, the Plan assumes your legal rights to recover the value of those benefits or expenses from any person ... that may be legally obligated to pay you for the value of those benefits or expenses." | "The Plan also reserves the right of reimbursement. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, you must repay the Plan any amounts recovered by suit, claim, settlement or otherwise, from any third party ... from which you receive payments." | n/a | n/a |
| 32b | Medical Mutual of Ohio<br>PPB – Ohio<br>Policy loc. – Ohio | • 1 page policy excerpt;<br>• Undated;<br>• No policyholder listed;<br>• Filed with plaintiffs' Supplemental Brief | "The Plan reserves the right of subrogation. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, the Plan assumes your legal rights to recover the value of those benefits or rights to recover the value of those benefits or expenses from any person ... that may be legally obligated to pay you for the value of those benefits or expenses." | "The Plan also reserves the right of reimbursement. This means that, to the extent the Plan provides or pays benefits or expenses for Covered Services, you must repay the Plan any amounts recovered by suit, claim, settlement or otherwise, from any third party ... from which you receive payments." | n/a | n/a |
| 32c | Medical Mutual of Ohio | • 1 page policy excerpt;<br>• Undated;<br>• No policyholder listed;<br>• Filed with plaintiffs' Supplemental Brief | "%%Plan%% is subrogated to all your rights or provides for Covered Services for an illness or injury you may be entitled to recover payment from any other person, have to recover from the person who caused the illness or injury ...." | "If you recover damages from any party ... regardless of how you ... characterize the recovery, you must ... reimburse %%Plan%% to the extent of payments made within 14 days of receipt." | "%%Plan%% has a[n] equitable lien on the entire fund of money recovered which can be asserted against any parties who may have possession of a portion or all of the fund." | "If you recover damages from any party ... characterize the how you ... recovery, you must hold in trust for %%Plan%% the whole proceeds of the recovery. ... %%Plan%% has a constructive trust ... on the entire fund of money recovered which can be asserted against any parties who may have possession of a portion or all of the fund." |
| 33a | Noridian Mutual Insurance Company<br>PPB – North Dakota<br>Plan #1 | • 1 page policy excerpt;<br>• Undated;<br>• No policyholder listed, but is a group policy | "If a Member fails to bring a claim against a third party ... the Claims Administrator ... has the right to bring said claims as the assignee and/or subrogee of the Member and to recover any benefits paid under this Benefit Plan." | "If a Member makes any recovery from a third party ... whether by judgment, settlement, or otherwise, the Member must notify the Claims Administrator of said recovery and must reimburse the Claims Administrator on behalf of the Group to the full extent of any benefits paid. ... This right of reimbursement shall apply to any such recovery to the extent of any benefits paid under this Benefit Plan even if the Member has not received full compensation for the injury ...." | "The Member agrees ... that the Claims Administrator on behalf of the Group shall have a lien on any recovery to the full extent of any benefits paid under this Benefit Plan." | "If you recover damages from any recovery shall be held in a trust for the Claims Administrator ... until the Group has been fully reimbursed and/or that the Claims Admin ... shall have a lien on any recovery." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 33b | Nordian Mutual Insurance Company; PPB – North Dakota; Plan #2 | • 1 page policy excerpt<br>• No date listed<br>• No policyholder listed | "If a Member fails to bring a claim against a third party ... BCBSND ... has the right to bring said claim as the assignee and/or subrogee of the Member and to recover any benefits paid under this Benefit Plan." | "If a Member makes any recovery from a third party ... the Member must notify BCBSND to said recovery and must reimburse BCBSND to the full extent of any benefits paid." "This right of reimbursement shall apply to any such recovery to the extent of any benefits paid under this Benefit Plan even if the Member has not received full compensation for the injury." | "The Member agrees ... that BCBSND shall have [a] lien on any recovery to the full for BCBSND until BCBSND has been fully reimbursed ..." | The Member agrees that any recovery shall be held in trust for BCBSND until BCBSND has been fully reimbursed ..." |
| 34 | Premera Blue Cross; PPB – Washington; Plan Inc. – Washington | • 3 page policy excerpt<br>• Date: Jan. 1, 2007<br>• Policyholder: Weyerhaeuser – one of the largest paper & pulp companies in the world, international corporation with over 41,000 employees | "To the maximum extent permitted by law, we're 'subrogated' to your rights against any third party who is responsible for the condition, meaning that we can sue any such third party in your name ...." | "To the fullest extent permitted by law, we're entitled to the proceeds of any settlement or judgment that results in a recovery from a third party, up to the amount of benefits paid by us for the condition." | "[W]e have ... a security interest in, and lien upon, any recovery to the extent of the recovery to the extent of the amount of benefits paid to us and for our expenses in obtaining a recovery." | "If you ... receive any proceeds of settlement ... you must hold such proceeds in constructive trust for the plan." |
| 35a | Priority Health; PPB – Michigan; Plan #1 | • 1 page excerpt entitled "HMO Certificate of Coverage."<br>• Undated<br>• No policyholder listed | "When you receive payment for Covered Services, you assign (or transfer) to us all of your rights of recovery from any third party, including Group. These rights of recovery include a right to subrogation ...." | "When you receive payment for Covered Services, you assign (or transfer) to us all of your rights of recovery from any third party, including Group. These rights of recovery include a right ... of reimbursement (which means that we have a right to be reimbursed out of any recoveries you or your estate receives in the future or may have received in the past from third parties relating to your illness or injury for which we are providing services)." | "You agree that these rights will be considered the first priority claim with a first priority lien of 100% of the proceeds of any full or partial recovery against anyone else." | "If we ... receive any proceeds of settlement or judgment, and if we have a right of reimbursement in those proceeds, you must hold those proceeds in trust for us." |
| 35b | Priority Health; PPB – Michigan; Plan #2 | • 2 page excerpt<br>• Undated<br>• No policyholder listed | "When you receive payment for covered services under the plan, you assign to the plan, or transfer to the plan, all your rights of recovery from any third party, including the Company". | "If you incur medical expenses for which another party is or may be responsible, we may provide coverage subject to our right to reimbursement .... Reimbursement will be made to the extent of, but not exceeding, the total amount of any recovery, whether full or partial, payable to or on your behalf ...." | "[T]he plan shall have a lien on the proceeds of any such recovered amount for the amount of reimbursement." | n/a |

| No. | Plaintiff Name / Plaintiff Location / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 36a | Regence BlueCross BlueShield of Oregon<br><br>PPB – Oregon Inc. – Oregon<br><br>Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• 2 page excerpt from "Innova/Engage" line of products (i.e., most up to date products)<br>• No page numbers<br>• No dates<br>• No policyholder listed | "We may choose, at Our discretion to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative." | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement ... or any other recovery related to the injury or illness for which We have provided benefits." | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits ... You ... must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit...that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released." |
| 36b | Regence BlueCross BlueShield of Oregon<br><br>PPB – Oregon Inc. – Oregon<br><br>Plan #2 | • Excerpt from "Washington (RBSW) product (circa February 2007—may have been updated since)."<br>• No page number<br>• No policyholder listed | "If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (b) be subrogated to the right of the Member or the Member's party who is responsible for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[T]he Member ... shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement ..." |
| 37a | Regence BlueCross BlueShield of Utah<br><br>PPB – Utah Inc. – Utah<br><br>Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• Excerpt from "Innova/Engage" line of products (i.e., most up to date products)<br>• No page numbers<br>• Undated<br>• No policyholder listed | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source. This includes any judgment, settlement, disputed claim settlement ... or any other recovery related to the injury or illness for which We have provided benefits." | n/a | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits ... You ... must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit...that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released." |

| No. | Plaintiff Name Plaintiff Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 37b | Regence BlueCross BlueShield of Utah<br><br>PPB – Utah Inc. – Utah Plan #2 | • Excerpt from "Washington (RBS) product (circa February 2007—may have been updated since)."<br>• No page number | "If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (e) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[T]he Member ... shall: (e) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement...." |
| 38a | Regence BlueShield of Idaho<br><br>PPB – Idaho Inc. – Idaho Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• Excerpt from "InnovaEngage line of products (i.e., most up to date products)"<br>• No page numbers<br>• Undated<br>• No policyholder listed | "We may choose, at Our discretion to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice representative." | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source ... We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise." | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits ... You ... must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit...that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until You Our right is satisfied or released." |
| 38b | Regence BlueShield of Idaho<br><br>PPB – Idaho Inc. – Idaho Plan #2 | • Excerpt from "Washington (RBS) product (circa February 2007—may have been updated since)."<br>• No page number | "If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (e) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment as applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[T]he Member ... shall: (e) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement...." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 39a | Regence BlueShield Inc. – Washington Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• Excerpt from "Innova/Engage line of products (i.e., most up to date products)"<br>• No page numbers<br>• Undated<br>• No policyholder listed | "We may choose, at Our discretion to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative." | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source ... We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise." | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits ... You ... must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit...that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released." |
| 39b | Regence BlueShield Inc. – Washington Plan #2 | • Excerpt from "Washington (RBS) product (circa February 2007—may have been updated since)."<br>• No page number | "If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member's representative to recover compensation for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment or as applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[T]he Member ... shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement...." |
| 40a | Asuris Northwest Health PPB – Idaho Inc. – Idaho Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• Excerpt from "Innova/Engage line of products (i.e., most up to date products)"<br>• No page numbers<br>• Undated<br>• No policyholder listed | "We may choose, at Our discretion to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payer, to You or to Your representative." | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source ... We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise." | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits. ... You ... must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit...that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 40b | Asuris Northwest Health<br>Plan #2) | • Excerpt from "Washington (RBS) product (circa February 2007—may have been updated since)."<br>• No page number | "If the Company provides Benefits for the treatment of an injury, whether or not caused by another party, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment is applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[The Member … shall: (a) agree to hold in trust, any such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement. …" |
| 41a | Regence Life and Health Insurance Company<br>HQ: Portland, OR.<br>Plan #1 | • Same documents provided for all the Regence BlueShield plans<br>• Excerpt from "Innova/Engage line of products (i.e., most up to date products)"<br>• No page numbers<br>• Undated<br>• No policyholder listed | "We may choose, at Our discretion to achieve Our rights through subrogation. We are authorized, but not obligated, to recover any benefits We have paid directly from any party liable to You, upon mailing of a written notice to the potential payor, to You or to Your representative." | "By accepting benefits, You agree that We are entitled to reimbursement of the full amount of benefits that We have paid out of any settlement or recovery from any source … We will not reduce Our reimbursement or subrogation due to Your not being made whole, unless applicable state law requires otherwise." | n/a | "If We ask You to sign a trust agreement or other document to reimburse Us from the proceeds of any recovery, You will be required to do so as a condition to advancement of benefits … You … must agree to keep segregated in its own account any recovery or payment of any kind to Your benefit… that in any manner relates to the injury or illness giving rise to Our right of reimbursement or subrogation, until Our right is satisfied or released." |
| 41b | Regence Life and Health Insurance Company<br>HQ: Portland, OR.<br>Plan #2 | • Excerpt from "Washington (RBS) product (circa February 2007—may have been updated since)."<br>• No page number | "If the Company provides Benefits for the treatment of an injury, it shall: (a) be subrogated to the right of the Member or the Member's representative to recover compensation for the injury." | "If a settlement is made or a judgment is recovered, the Company shall be entitled to be reimbursed to the extent that the Member recovers payment for the same loss from the party who is responsible for the damages. The Company may recover only the excess which the Member has received from the responsible party remaining after the Member is fully compensated for the Member's loss as provided in the settlement or judgment is applicable." | Does not use the term "lien," but states that the company will "have a security interest in any damage recoveries." | "[The Member … shall: (a) agree to hold in trust, any such damage recoveries until such damage recoveries until such time as a final determination or settlement is made regarding the amount that fully compensates the Member for his or her loss and to execute a trust agreement. …" |

| No. | Plaintiff Name / Plaintiff Location / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 42 | Trustmark Life Insurance Company and Trustmark Insurance Company<br><br>HQ: Lake Forest, IL | • 1 page sample copy/paste<br>• Undated<br>• No policyholder listed | "We are assigned the right to recover from a negligent third party ... to the extent of the benefits we paid for that sickness or injury." | "We have the right to reimbursement for all benefits we paid from any and all damages collected from the third party for those same expenses whether by action at law, settlement, or compromise, by the covered person ... as a result of that sickness or injury." | Does not use the word "lien," but states "We shall have the right to first reimbursement ... out of all funds the covered person ... is or was able to obtain for the same expenses we have paid as a result of ... constructive trust funds." | "[A]ll damages payable to the extent of any Covered Charges or benefits paid by Us for the sickness of injury shall be considered held in constructive trust for the benefit of Us and that We shall have an equitable lien on such funds." |
| 43a | UnitedHealth Group Incorporated<br><br>HQ: Minneapolis, MN<br><br>Plan #1 | • 2 page excerpt<br>• Undated<br>• Policyholder: Brookville Schools | "You agree ... to assign to us all rights of recovery against Third Parties, to the extent of the reasonable value of services and Benefits we provided ...." "We shall be subrogated to and shall succeed to all rights or recovery, under any legal theory of any type, for the reasonable value of services and Benefit we provide to you." | "[R]egardless of whether or not you have been fully compensated, we may collect from the proceeds of any full or partial recovery that you ... obtain, whether in the form of a settlement ... or judgment, the reasonable value of services or provided under the Plan." | "You agree ... that our rights will be considered as the first priority claim against Third Parties, to be paid before any other of your claims are paid." | "Any proceeds of settlement or judgment shall be held in trust by the Covered Person for the benefit of the Plan Sponsor under these subrogation provisions ...." |
| 43b | UnitedHealth Group Incorporated<br><br>HQ: Minneapolis, MN<br><br>Plan #2 | • 2002<br>• Only includes 1 page cut-and-paste excerpt<br>• No policyholder listed | "The Plan Sponsor shall be subrogated to a recovery against Third Parties, to the extent of the reasonable value of services and Benefits provided by the Plan Sponsor to any Covered Person ...." | "[T]he Plan Sponsor may collect, at its option, amounts from the proceeds of any settlement ... that may be recovered by the Covered Person ... regardless of whether or not the Covered Person has been fully compensated." | "The Covered Person ... acknowledges that the Plan Sponsor's rights shall be considered as the first priority claim against Third Parties, to be paid before any other claims by the Covered Person are paid." | |
| 44a | Vista Healthplan, Inc.<br><br>PPB – Florida<br>Policy loc. – Sunrise, Florida<br><br>Plan #1 | • 1 page sample except<br>• Undated<br>• No policyholder listed | "If a third party is alleged to be legally responsible for bodily injury or illness to you the reasonable value of, delivery of health services ... will be subrogated on a fee-for-service basis. The right of subrogation ... under this paragraph will be determined in accordance with Florida Statutes or the courts of Florida. "The Plan may ... take such action as may be necessary and appropriate to preserve its rights to recover such compensation or damages, including the right to bring suit in the name of the Member." | "... VISTA shall be entitled to reimbursement for the services or benefits provided." "The Plan may ... take such action as may be necessary and appropriate to preserve its rights to recover such compensation or damages, including the right to bring suit in the name of the Member." | n/a | n/a |

| No. | Plaintiff Name / Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 44b | Vista Healthplan, Inc.<br><br>PPB – Florida<br>Policy loc. – Florida<br><br>Plan #2 | • 1 page sample excerpt<br>• Undated<br>• No policyholder listed | n/a | "In the event VISTA provides benefits to your child who suffers injury, disease or illness by virtue of the … act … of a third party, VISTA shall be entitled to reimbursement from your child for the services or benefits provided." | n/a | n/a |
| 44c | Vista Healthplan, Inc.<br><br>PPB – Florida<br>Policy loc. – Sunrise, Florida<br><br>Plan #3 | • 1 page sample excerpt<br>• Undated<br>• No policyholder listed | "VISTA shall be subrogated to all rights of recovery a covered person has against any third party, to the full extent of benefits provided by VISTA." Subrogation and reimbursement rights are a first priority against all third parties. | "[I]f a covered person receives any payment from any third party as a result of an injury, VISTA has the right to recover from, and be reimbursed by, the covered person for all amounts paid hereunder and will pay as a result of that injury, up to the amount the covered person has received from all third parties." "VISTA is limited to the actual amount of damages recovered by the claimant minus its pro rata share of costs and attorney's fees …." | Does not use word "lien," but says, "VISTA shall be entitled to full reimbursement first from any third party payments, even if the remainder is insufficient to make the covered person whole or compensate the covered person in part or in whole for the damages sustained." | n/a |
| 45 | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa<br><br>PPB – Iowa<br>Inc. – Iowa | • 3 page excerpt<br>• Undated<br>• Except attached to Plaintiffs' Response to Defendants' Motion to Sever<br>• No policyholder listed | "If you or your legal representative have a claim to recover money from a third party and this claim relates to an illness or injury for which Wellmark provides benefits, Wellmark will be subrogated to you and your legal representative's rights to recover from the third party as a condition to your receipt of the benefits." | "If you are injured as a result of the act of a third party and you or your legal representative files a claim under this group health plan, as a condition of receipt of benefits, you or your legal representative must reimburse Wellmark for all benefits paid for the injury from money received from the third party or its insurer, to the extent of the amount paid by Wellmark on the claim." | Does not use term "lien" but says, "These rights provide Wellmark with a priority over any money paid by a third party to you relative to the amount paid by Wellmark …." | "In the event you or your attorney receive any funds in compensation for your illness or injury, you or your attorney will hold those funds (up to an amount paid by Wellmark including the amount of benefits paid by Wellmark in connection with the illness or injury) in trust for the benefit of Wellmark as trustee(s) for Wellmark …." |
| 46 | Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota<br><br>PPB – South Dakota | • 3 page excerpt, marked "Exhibit B"<br>• Undated<br>• Appears to be a draft<br>• Except attached to Plaintiffs' Response to Defendants' Motion to Sever<br>• No policyholder listed | "If you or your legal representative have a claim to recover money from a third party and you or your legal representative files a claim under this group health plan, as a condition of receipt of benefits, you or your legal representative must reimburse [us] [Wellmark], [on behalf of your employer or group sponsor,] [Wellmark] for all benefits paid for the injury from money received from the third party or its insurer, to the extent of the amount paid by [this group health plan] [Wellmark] on the claim." | Does not use term "lien" but says, "These rights provide [us] [Wellmark] with a priority over any money paid by a third party to you relative to the amount paid by [this group health plan] [Wellmark] …." | "In the event you or your attorney receive any funds in compensation for your illness or injury, you and your attorney will hold those funds (up to and including the amount of benefits paid [by [Wellmark]] [under this group health plan] in connection with the illness or injury) in trust for the benefit of [this group health plan] [Wellmark] as trustee(s) for [us] [Wellmark]." |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 47 | Wellmark Health Plan of Iowa, Inc.<br><br>PPB – Iowa | • Same plan as Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa<br>• 3 page excerpt<br>• Undated<br>• Excerpt attached to Plaintiffs' Response to Defendants' Motion to Sever<br>• No policyholder listed | "If you or your legal representative have a claim to recover money from a third party and this claim relates to an illness or injury for which Wellmark provides benefits, Wellmark will be subrogated to you and your legal representative's rights to recover from the third party as a condition to your receipt of the benefits." | "If you are injured as a result of the act of a third party and you or your legal representative files a claim under this group health plan, as a condition of receipt of benefits, you or your legal representative must reimburse Wellmark for all benefits paid for the injury from money received from the third party or its insurer, to the extent of the amount paid by Wellmark on the claim." | Does not use term "lien" but says, "These rights provide Wellmark with a priority over any money paid by a third party to you relative to the amount paid by Wellmark ...." | "In the event you or your attorney receive any funds in compensation for your illness or injury, you or your attorney will hold those funds (up to an including the amount of benefits paid by Wellmark in connection with the illness or injury) in trust for the benefit of Wellmark as trustee(s) for Wellmark until the extent of our right to reimbursement or subrogation has been resolved." |
| 48a | WellPoint, Inc.<br><br>PPB – Indiana<br><br>Plan #1 | • Full plan issued by Blue Cross Blue Shield of California (Wellpoint is a Blue Cross or Blue Cross Blue Shield licensee in 14 states)<br>• Dated January 1, 2002<br>• Certified by Michael Coe<br>• Plan location: California<br>• No policyholder listed<br>• Attached to Plaintiffs' Response to Defendants' Motion to Sever | n/a | "We will automatically have a lien, to the extent of benefits provided, upon any recovery, whether by settlement, judgment or otherwise, that you receive from the third party. .... The lien will be in the amount of benefits we paid under this *plan* for the treatment of the illness, disease, injury or condition for which the third party is liable, but, no more than the amount allowed by California Civil Code Section 3040." | Provides for an automatic lien (see previous column). Also, "We will be entitled to collect on our lien even if the amount you or anyone recovered for you ... from or for the account of such third party as compensation for the injury, illness or condition is less than the actual loss you suffered." | n/a |

| No. | Plaintiff Name Plaintiff Location Plan Location | Plan Form Info | Subrogation Clause | Reimbursement Clause | Lien | Trust |
|---|---|---|---|---|---|---|
| 48b | WellPoint, Inc.<br><br>PPB – Indiana<br><br>Plan #2 | • Full plan issued by Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield<br>• Plan location: Ohio<br>• Effective Jan. 1, 2003<br>• Health Plan Handbook and Health Certificate<br>• Certified by Troy Wright<br>• No policyholder listed<br>• Attached to Plaintiffs' Response to Defendants' Motion to Sever | "We have a right to recover payments we make on your behalf from any party responsible for compensating you for your injuries." "We have the right to take whatever legal action We see fit against any party or entity to recover benefits paid under this Certificate." | "If you obtain a Recovery and We have not been repaid for the benefits We paid on your behalf, We shall have a right to be repaid from the Recovery in the amount of the benefits paid on your behalf. . . ." "You must reimburse Us to the extent of benefits We paid on your behalf from any Recovery." | Does not specify lien, but says, "We shall have a right of Recovery, in first priority, before any Recovery." "In the event that you fail to disclose to Us the amount of your settlement, We shall be entitled to deduct the amount of Our lien from any future benefit under the Plan." | "You and your legal representative must hold in trust for Us the proceeds of the gross recovery (i.e., the total amount of your Recovery before attorney fees, other expenses or costs) to be paid to Us immediately upon your receipt of the Recovery." |
| 48c | WellPoint, Inc.<br><br>PPB – Indiana<br><br>Plan #3 | • Full Plan issued by Blue Cross & Blue Shield United of Wisconsin<br>• Plan location: Wisconsin<br>• Effective Jan. 1, 2002<br>• Certified by Cindy Hess<br>• No policyholder listed<br>• Attached to Plaintiffs' Response to Defendants' Motion to Sever | "Members who receive Covered Services under and according to the terms of this Contract . . . agree that in return for those services: 1) They hereby transfer and assign to Us, contemporaneous with and to the extent of the value of Covered Services received or to be received, all rights to damages, reimbursement, or payment from any person, organization or insurer. These assigned rights include . . . rights against . . . anyone liable for paying losses or damages." | "If we pay benefits on behalf of a Subscriber or his or her Dependents in excess of the benefits required by this Contract, the Subscriber must reimburse Us the excess benefits." | n/a | n/a |