UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | Case No. 08-1633 |
| | * | |
|    AvMed, Inc.; Aetna, Inc.; Arkansas Blue | * | SECTION L |
|    Cross and Blue Shield, A Mutual Insurance | * | |
|    Company; HMO Partners, Inc. d/b/a Health | * | JUDGE ELDON E. FALLON |
|    Advantage; USAble Life; BCBSD, Inc. | * | |
|    d/b/a Blue Cross Blue Shield of Delaware; | * | MAGISTRATE JUDGE |
|    Blue Cross & Blue Shield of Mississippi; | * | KNOWLES |
|    Blue Cross & Blue Shield of Rhode Island; | * | |
|    Blue Cross and Blue Shield of Arizona, Inc.; | * | |
|    Blue Cross and Blue Shield of Kansas, Inc.; | * | |
|    Blue Cross and Blue Shield of | * | |
|    Massachusetts, Inc.; Blue Cross and Blue | * | |
|    Shield of North Carolina; Blue Cross and | * | |
|    Blue Shield of Vermont; Blue Cross Blue | * | |
|    Shield Association; BlueCross and | * | |
|    BlueShield of Florida, Inc.; BlueCross | * | |
|    BlueShield of Tennessee; CareFirst, Inc.; | * | |
|    Connecticut General Life Insurance | * | |
|    Company; Government Employee's Health | * | |
|    Association, Inc.; Great-West Life & | * | |
|    Annuity Insurance Company; Group Health | * | |
|    Incorporated; The Guardian Life Insurance | * | |
|    Company of America; Harvard Pilgrim | * | |
|    Health Care, Inc.; Hawaii Medical Service | * | |
|    Association; Health Net, Inc.; Highmark, | * | |
|    Inc.; Highmark West Virginia Inc. d/b/a | * | |
|    Mountain State Blue Cross and Blue Shield; | * | |
|    HIP Health Plan of New York; Humana, | * | |
|    Inc.; Johns Hopkins HealthCare LLC; KPS | * | |
|    Health Plans; Medical Mutual of Ohio; | * | |
|    Nordia Mutual Insurance Company; | * | |
|    Premera Blue Cross; Priority Health; | * | |
|    Regence BlueCross BlueShield of Oregon; | * | |

| | |
|---|---|
| Regence BlueCross BlueShield of Utah; Regence BlueShield of Idaho; Regence BlueShield; Asuris Northwest Health; Regence Life and Health Insurance Company; Trustmark Life Insurance Company and Trustmark Insurance Company; UnitedHealth Group Incorporated; Vista Healthplan, Inc.; Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa; Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota; and Wellmark Health Plan of Iowa, Inc.; Wellpoint, Inc., | * * * * * * * * * * * * * * |
| Plaintiffs, | * * |
| v. | * * |
| Brown Greer PLC; U.S. Bancorp, Inc.; and John Does, | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **[PROPOSED] ORDER**

Considering the foregoing Motion for Leave to File Brief in Excess of Twenty-five Pages;

IT IS ORDERED by the Court that said Motion be and is hereby granted, and that defendants, US Bank National Association and BROWNGREER, are granted leave to file an Opposition to the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiffs, that exceeds twenty-five pages.

New Orleans, Louisiana this _____ day of June, 2008.

_____
JUDGE ELDON E. FALLON