**MINUTE ENTRY**
**FALLON, J.**
**JUNE 19, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L (3)** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**
*AvMed, Inc., et al. v. U.S. Bancorp, Inc., et al.*, **Case No. 08-1633**

A telephone conference was held on this date in the Chambers of Judge Eldon E. Fallon. Lexi White and Joe Grinstein participated on behalf of Plaintiffs; Jim Irwin and Monique Garsaud participated on behalf of the Defendants; Russ Herman, Leonard Davis and Arnold Levin also participated on behalf of the Plaintiffs' Steering Committee. The Court addressed the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Rec. Doc. No. 14640). The Court previously denied Plaintiffs' request for a temporary restraining order and set the Plaintiffs' request for a preliminary injunction for hearing at the next Monthly Status Conference, scheduled for June 27, 2008, at 9:00 a.m. At today's conference, the parties indicated that they do not need an evidentiary hearing in connection with the Plaintiffs' motion and that the motion can be heard on June 27th, WITH ORAL ARGUMENT.

JS10(00:10)

-1-