# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Locklar | First: Benjamin | Middle: L. |
|---|---|---|---|
| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |
| Current Address | Street: 234 Commerce Street | | |
| | City: Montgomery | State: AL | Zip: 36104 | Country: USA |
| Telephone Number | 334-269-2343 | Facsimile: 334-954-7555 | Email: ben.locklar@beasleyallen.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Hanners | First: Tina | Middle: |
|---|---|---|---|
| Plaintiff Address | Street: 104 Hollow Cove | | |
| | City: Crestview | State: FL | Zip: 32539 | Country: USA |
| Telephone Number | (850) 682-1762 | Facsimile: NONE | Email: NONE |
| Case Caption | Tina Hanners, et al. v. Merck & Co., Inc. (Tina Hanners) | | |
| Case Number | 06-10154 | | |
| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Alexander | First: Hanners | Middle: |
|---|---|---|---|
| Address | Street: 104 Hollow Cove | | |
| | City: Crestview | State: FL | Zip: 32539 | Country: USA |
| Telephone Number | 850-682-1762 | Facsimile: NONE | Email: NONE |
| Relationship to Plaintiff | ☐ Friend  ☒ Relative (specify relationship: Daughter ) | | |

#343319                                            1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06 / 20 / 08 . (*Record Docket No.* 14804 )

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct

| Date Signed | 06 / 23 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar<br>Counsel |

#343319

2