May 7 2008

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Locklar | First: Benjamin | Middle: L. |
|---|---|---|---|
| Name of Law Firm | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

| Current Address | Street: 234 Commerce Street | | | | |
|---|---|---|---|---|---|
| | City: Montgomery | State: AL | Zip: 36104 | Country: USA | |

| Telephone Number | 334-269-2343 | Facsimile | 334-954-7555 | Email | ben.locklar@beasleyallen.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Brookstone | First: Jennifer | Middle: |
|---|---|---|---|

| Plaintiff Address | Street: 5711 West Kentucky Avenue | | | |
|---|---|---|---|---|
| | City: Lakewood | State: CO | Zip: 80226 | Country: USA |

| Telephone Number | (303) 937-9490 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|
| Case Caption | Meredith Gray, et al. v. Merck & Co., Inc. (Jennifer Brookstone) | | | | |
| Case Number | 06-10156 | | | | |
| Court Where Case is Pending | U.S. District Court of the Eastern District of Louisiana MDL - 1657 | | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Brookstone | First: Melissa | Middle: |
|---|---|---|---|

| Address | Street: 7374 West Ohio Avenue #105 | | | |
|---|---|---|---|---|
| | City: Lakewood | State: CO | Zip: 80226 | Country: USA |

| Telephone Number | 303-937-9490 | Facsimile | NONE | Email | NONE |
|---|---|---|---|---|---|
| Relationship to Plaintiff | ☐ Friend  ☒ Relative (specify relationship: Daughter ) | | | | |

#343319                                    1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |||
|---|---|---|
| **D. COMPLIANCE WITH PTO NO. 36** |||
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06 / 20 / 08 (Month/Day/Year). (*Record Docket No.* 14806) ||
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: ||
| | 1. | A copy of PTO No. 36; |
| | 2. | A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se,* (that is, without representation of counsel); |
| | 3. | An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and |
| | 4. | A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |
| **E. SIGNATURE** |||
| I certify under penalty of perjury that the foregoing is true and correct |||
| **Date Signed** | 06 / 23 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar<br>Counsel |

#343319