# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C § 1746 and Paragraph I.B of PTO No 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last Sampedro | First David | Middle |
|---|---|---|---|

| Name of Law Firm | Panter, Panter & Sampedro, P.A. | | |
|---|---|---|---|

| Current Address | Street 6950 N. Kendall Drive | | | |
|---|---|---|---|---|
| | City Miami | State FL | Zip 33156 | Country USA |

| Telephone Number (305) 662-6178 | Facsimile (305) 662-9472 | Email dsampedro@panterlaw.com |
|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Carvallo | First David | Middle George |
|---|---|---|---|

| Plaintiff Address | Street 3755 NE 167 street, apt. 31 | | | |
|---|---|---|---|---|
| | City North Miami Beach | State FL | Zip 33160 | Country USA |

| Telephone Number (305) 358-3992 | Facsimile (305) 740-4051 | Email David_Carvallo@KellyTractor.com |
|---|---|---|

| Case Caption | David G Carvallo    MDL Docket No. 1657 |
|---|---|
| Case Number | Civil Action No: 2:05-cv-00989-EEF-DEK |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana |

## C.  FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☑ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☐ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on ____/____/____ (*Record Docket No.* _____)
Month   Day   Year

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1    A copy of PTO No. 36;

2.    A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.    An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.    A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct

| Date Signed | 6 / 19 / 2008 (Month/Day/Year) | Counsel |
|---|---|---|