UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**MOTION TO WITHDRAW**

COMES NOW Counsel for Author Eugene Berkley ("Plaintiff"), hereby files its Motion to Withdraw from representation pursuant to Pre-trial Order No. 36, hereby shows the Court the following:

Counsel for Plaintiff filed a claim on behalf of Author Eugene Berkley in the case styled as Civil Action No.: 2-06CV-386 in the Eastern District Court in the State of Texas. The Civil Action case was transferred to MDL 1657.

Counsel for Plaintiff here by files its Motion to Withdraw as representative pursuant to Pre-trial Order No. 36.

Counsel has communicated with Plaintiff on May 30, 2008. Counsel is moving to withdraw on the basis that Counsel and Plaintiff have a fundamental disagreement as to what action should be taken in the case. Counsel has attached its declaration as evidenced in **Exhibit "A"**. Plaintiff does not consent to counsel's request to withdraw as representative. Counsel has explained to Plaintiff the reasons for seeking to withdraw from representation of the Plaintiff. Counsel did inform Plaintiff of his right to pursue his claim.

Respectfully submitted this 23rd day of June, 2008.

        **THE COREA FIRM, PLLC**

        /s/ Kenneth P. Trosclair
        Thomas M. Corea
        Texas Bar No. 24037906
        Kenneth P. Trosclair
        Texas Bar No. 24033548
        Jeremy R. Wilson
        State Bar No. 24033548
        The Republic Center
        325 North St. Paul Street, Suite 4150
        Dallas, Texas 75201
        Telephone:   214.953.3900
        Facsimile:    214.953.3901

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I certify that on June 23rd, 2008, I electronically filed the above Motion with the Clerk of the Court using CM/ECF and that the Motion has been forwarded by Lexis/Nexis File & Serve to all counsel of record.

/s/ Kenneth P. Trosclair
Kenneth P. Trosclair, Esq.