**EXHIBIT A**

## **DECLARATION**

I, Kenneth P. Trosclair duly sworn, upon his oath, deposes, and says as follows: I am the representative and attorney for Author Eugene Berkley ("Plaintiff"), and make this Declaration, with first-hand knowledge of the facts revealed herein.

1. Pursuant to Pre-trial Order No. 36, I communicated with Author Eugene Berkley ("Plaintiff") on May 30, 2008.

2. I explained to Plaintiff the reasons for seeking to withdraw from representation of the Plaintiff.

3. Plaintiff does not consent to counsel's request to withdraw as representative.

Date: May 30, 2008

_____
Kenneth P. Trosclair, Esq.


STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this date personally appeared Kenneth P. Trosclair, known to me to be the same, and who stated under oath the following:



CHRISTOPHER JOHN COREA
Notary Public, State of Texas
My Commission Expires
October 31, 2009

_____
Notary Public in and for the State of Texas

My Commission expires: 10-31-2009