UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | CASE NO. 08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * * | JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et. al.* | * * | MAGISTRATE JUDGE |
| Defendants. | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.2.6E of the United States District Court for the Eastern District of Louisiana, the undersigned respectfully moves for the admission of Steven Joseph Phillips of the law firm of Levy, Phillips & Konigsberg, LLP, 800 Third Avenue, 13th Floor, New York, NY 10022, for purposes of appearing as co-counsel on behalf of the 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund ("Plaintiffs"), in the above-styled case.

Steven Joseph Phillips certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the New York State Bar and the United States District Court, Southern District of New York. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

In further support of this motion, it is averred that Rebecca H. Dietz is a member of the bar of this Court. Rebecca H. Dietz is also an associate of the law firm of King, Krebs & Jurgens, P.L.L.C. and has been receiving communications and papers in this action.

**WHEREFORE**, 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund, prays that Steven Joseph Phillips be admitted *pro hac vice* as co-counsel for 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund in the above-captioned case.

Respectfully submitted:

/s/ Rebecca H. Dietz
KING, KREBS & JURGENS, P.L.L.C
HENRY KING (#7393)
ERIC E. JARRELL (#16982) (T.A.)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave., 45th Floor
New Orleans, LA  70170
Telephone: 504-582-3800
Facsimile:  504-582-1233

-and-

LEVY PHILLIPS & KONIGSBERG, LLP
Steven J. Phillips
Diane Paolicelli
800 Third Avenue
13th Floor
New York, NY 10022
Telephone: 212-605-6200
Facsimile:  212-605-6290

- and -

CROWELL & MORING, LLP
Andrew H. Marks
Robert T. Rhoad
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Admission Pro Hac Vice has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

      This 24th day of June, 2008,

                                                                   /s/ Rebecca H. Dietz