CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon,** Clerk of this Court, certify that

_____**STEVEN JOSEPH PHILLIPS**_____, Bar #_____------_____

was duly admitted to practice in this Court on

____**FEBRUARY 13th, 1973**____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York   on   **JUNE 17th, 2008**

J. Michael McMahon   by _[signature]_
Clerk                      Deputy Clerk