**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK** | * | **CASE NO. 08-3627** |
| **BENEFIT FUND, by its Trustees,** *et al.,* | * | |
| **on behalf of themselves and all others** | * | **RELATED CASE:** |
| **similarly situated,** | * | **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| **Plaintiffs,** | * | |
| | * | **SECTION L** |
| **v.** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et. al.* | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants.** | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Steven Joseph Phillips,

counsel for 1199SEIU Greater New York Benefit Fund and The New York State Teamsters

Council Health and Hospital Fund, for permission to appear and participate pro hac vice in the

above-styled case.  Being fully advised, the Court

**ORDERS, ADJUDGES and DECREES** that said motion be, and the same is hereby,

**GRANTED**.

**DONE** and **ORDERED** in chambers at the United States District Courthouse, New

Orleans, this _____ day of _____, 2008.

_____
**J U D G E**