## AFFIDAVIT

**BEFORE ME**, this day personally appeared Steven J. Phillips, who being by me first duly sworn, deposed and said on oath as follows, to-wit:

1. I am an attorney in the law firm of Levy Phillips & Konigsberg, LLP.

2. I was admitted and licensed to practice as an attorney before the United States District Court for the Southern District of New York on February 13, 1973, and I remain a member in good standing of the Bar in that jurisdiction.

3. No disciplinary proceedings or criminal charges have been instituted against me in Louisiana or any other state.

4. I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Eastern District of Louisiana.

Witness my signature, this 18th day of June, 2008.

_____
STEVEN J. PHILLIPS

Sworn to and subscribed
before me this 18th
day of June, 2008.

_____
NOTARY PUBLIC

COLLEEN A. DUBOIS
Notary Public, State of New York
No. 41-4843894
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires March 30, 2011

{00120395.DOC}