# AFFIDAVIT

**BEFORE ME**, this day personally appeared Aryeh S. Portnoy, who being by me first duly sworn, deposed and said on oath as follows, to-wit:

1. I am an attorney in the law firm of Crowell & Moring LLP.

2. I was admitted and licensed to practice as an attorney before the United States District Court for the District of Columbia on June 7, 2004, and I remain a member in good standing of the Bar in that jurisdiction.

3. No disciplinary proceedings or criminal charges have been instituted against me in Louisiana or any other state.

4. I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Eastern District of Louisiana.

Witness my signature, this 24th day of June, 2008.

_____

Sworn to and subscribed
before me this 24th
day of June, 2008.

_____
NOTARY PUBLIC

Barbara M. Backus
Notary Public, District of Columbia
My Commission Expires 7/14/2012

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ARYEH   S.   PORTNOY**

was, on the  7th  day of  June  A.D.  2004  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  23rd  day of  June  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _[signature]_
Deputy Clerk