UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION 1 (3) |
| | § | |
| This Document Relates To: | § | |
| | § | |
| Anthony Ware v. Merck & Co., Inc., | § | JUDGE FALLON |
| (E.D. La. Index No. 2:06-CV-05603) | § | MAG. JUDGE KNOWLES |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL DEFENDANTS**

Plaintiff, Anthony Ware files this Stipulation of Dismissal of all claims against all defendants pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

1. Plaintiff is Anthony Ware.

2. Defendant is Merck & Co., Inc.

3. Plaintiff stipulates to dismiss his suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

1

Respectfully submitted,

_____
Attorney for Plaintiff
Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 223-0000
Facsimile: (713) 223-0440

_____
Attorney for Merck & Co., Inc.
Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Dated: 6/25/08

Dated: 6/24/08

## CERTIFICATE OF SERVICE

I hereby certify that the above Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B in accordance with the procedures established in MDL-1657, on June 25, 2008.

_____
Grant Kaiser

2