# EXHIBIT A

# AVMED, INC.

### XIII. REIMBURSEMENT

In the event that the Plan provides medical benefits or payments to a Participant who suffers injury, disease, or illness by virtue of a negligent act or omission by a third party, the Plan is entitled to reimbursement from the Participant in accordance with 768.76 (4), *Florida Statutes*.

Participant may be asked to provide a written assignment to the Plan of Participant's rights to all Claims, demands, and rights to recovery that Participant may have against the third party. The Plan may take any action it deems necessary to protect its rights to recover the amount of any payments made by the Plan, including the right to bring suit in Participant's name. Participant shall execute and deliver any and all instruments and papers as may be required by the Plan and do whatever else is necessary to secure such recovery rights of the Plan.

Participant shall hold such proceeds in trust for the benefit of the Plan and pay them to the Plan upon demand if the proceeds have been paid directly to the Participant.

Member and the Member's representatives further agree to:

a) Notify The Plan promptly and in writing when notice is given to any third party of the intention to investigate or pursue a claim to recover damages or obtain compensation due to injuries or illness sustained by the Member that may be the legal responsibility of a third party; and

b) Cooperate with The Plan and do whatever is necessary to secure The Plan's rights of subrogation and/or reimbursement under this Contract; and

c) Give The Plan a first priority lien on any recovery, settlement or judgment or other source of compensation which may be had from a third party to the extent of the full cost of all benefits associated with injuries or illness provided by The Plan for which a third party is or may be responsible (regardless of whether specifically set forth in the recovery, settlement, judgment or compensation agreement); and

d) Pay, as the first priority, from any recovery, settlement or judgment or other source of compensation, any and all amounts due The Plan as reimbursement for the full cost of all benefits associated with injuries or illness provided by The Plan for which a third party is or may be responsible (regardless of whether specifically set forth in the recovery, settlement, judgment, or compensation agreement), unless otherwise agreed to by The Plan in writing; and

e) Do nothing to prejudice The Plan's rights as set forth above. This includes, but is not limited to, refraining from making any settlement or recovery, which specifically attempts to reduce or exclude the full cost of all benefits, provided by The Plan.

# BLUE CROSS & BLUE SHIELD MASSACHUSETTS

## BLUE CROSS &BLUE SHIELD MASSACHUSETTS

## The *Plan's* Rights to Recover Benefit Payment

### Subrogation and Reimbursement of Benefit Payments

If you are injured by any act or omission of another person, the benefits under this HMO Blue *contract* will be subrogated. This means that the *Plan* may use your right to recover money from the person(s) who caused the injury or from any insurance company or other party. If you recover money, the *Plan* is entitled to recover up to the amount of the benefit payments that it has made. This is true no matter where or by whom the recovered money is held or how it is designated and even if you do not recover the total amount of your claim against the other person(s). This is also true if the payment you receive is described as payment for other than health care expenses. The amount you must reimburse the *Plan* will not be reduced by any attorney's fees or expenses you incur.

### Member Cooperation

You must give the *Plan* information and help. This means you must complete and sign all necessary documents to help the *Plan* get this money back. This also means that you must give the *Plan* timely notice of all significant steps during negotiation, litigation, or settlement with any third party (such as filing a claim or lawsuit, initiation of settlement discussions, agreement to a settlement in principle, etc.) and before settling any claim arising out of injuries you sustained by an act or omission of another person(s) for which the *Plan* paid benefits. You must not do anything that might limit the *Plan's* right to full reimbursement.

# HAWAII MEDICAL SERVICE ASSOCIATION

## Third Party Liability Rules

**Third Party Liability**

Third party liability is when you are injured or become ill and:
- the illness or injury is caused or alleged to have been caused by someone else and you have or may have a right to recover damages or receive payment in connection with the illness or injury; or
- you have or may have a right to recover damages or receive payment without regard to fault.

**Exclusion from Coverage**

In such situations, we are not liable to pay any benefits under this coverage. Any payment made by us to you relating to this injury or illness will only be in accord with the following rules and conditions.

**Conditions for Interest Free Loan**

We may advance benefits in connection with the injury or illness, in the form of an interest-free loan to you, only after you have complied with the following:
- You must notify us of any actual or potential legal action (including any claim, demand or legal proceeding) which you anticipate bringing or having brought against any third party or other source of recovery in connection with the illness or injury, not later than 30 calendar days subsequent to submitting or filing a claim, demand, or legal action against the third party or other source of recovery.
- You must promptly execute and deliver to us all liens, assignments or other documents which we determine are necessary to secure our rights of reimbursement (and you hereby authorize and direct any person making any payment on account of any such injury or illness to pay to us so much of such payment as necessary to discharge your obligations); and
- You must cooperate in protecting our interest under these rules.

The interest free loan is made without waiver of our rights of reimbursement and other rules described below.

**Our Rights of Reimbursement**

You must repay the interest free loan from any recovery received from or on behalf of the third party, including, but not limited to, proceeds from any:
- motor vehicle insurance including your underinsured or uninsured motorist coverage;
- property and casualty insurance;
- medical malpractice coverage;
- settlement, judgment, or award;
- worker's compensation insurance or other employer liability program; or
- other insurance.

We shall have a first lien on such proceeds, up to the amount of the total benefits we have paid related to such injury or illness. You must repay the interest free loan even if the proceeds obtained (by settlement, judgment, award, insurance proceeds, or other payment):
- do not specifically include medical expenses,
- are stated to be for general damages only,
- are for less than the actual loss or alleged loss suffered by you due to the injury or illness,
- are obtained on your behalf by your estate, legal representative or parent,
- are without any admission of liability, fault, or causation by the third party or payor.

## Chapter 9: Coordination of Benefits and Third Party Liability

We will have the same rights of lien and reimbursement described above even if you do not sign any documents, to the extent of any payments made by us on your behalf for any charges related to the illness or injury.

The rights of reimbursement are in addition to any equitable subrogation rights and/or statutory lien rights we may have for reimbursement of these payments.

Our lien may be filed with any third party responsible for such illness or injury, their agent or insurance company, you legal representative or the court.

Once you have (1) complied with the requirements above, (2) received a recovery relating to the injury or illness, and (3) paid our lien as described above (or any lesser amount we agree is satisfactory if your proceeds are less than our lien), then we will pay future benefits related to the injury or illness, to the extent that medical treatment subsequent to these events would otherwise be a covered benefit payable under the Plan, but only to the extent that future eligible charges exceed the amount of any *net recovery* obtained by or on behalf of you (including by your estate, legal representative, or parent). *Net recovery* means the total proceeds recovered minus only attorneys' fees, costs and liens directly related to or arising from the injury or illness and actually paid from the recovery.

If you have complied with the above rules and have made reasonable efforts to obtain recovery for your illness or injury, but have received a final dismissal or denial of your legal action without recovering any proceeds for the illness or injury, then we will forgive any loan made under these rules, and will provide benefits for the illness or injury to the extent that they would otherwise be a covered benefit payable under the Plan.

For any payment made by us under these rules, you are still responsible for your copayments, deductibles, timeliness in submission of claims, and other obligations under the Plan.