# AFFIDAVIT

**BEFORE ME**, this day personally appeared Todd J. Cochran, who being by me first duly sworn, deposed and said on oath as follows, to-wit:

1. I am an attorney in the law firm of Crowell & Moring LLP.

2. I was admitted and licensed to practice as an attorney before the United States District Court for the District of Columbia on September 10, 2007, and I remain a member in good standing of the Bar in that jurisdiction.

3. No disciplinary proceedings or criminal charges have been instituted against me in Louisiana or any other state.

4. I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Eastern District of Louisiana.

Witness my signature, this 23rd day of June, 2008.

_____

Sworn to and subscribed
before me this 23rd
day of ____June____, 2008.

_____
NOTARY PUBLIC

Danté Williams
Notary Public, District of Columbia
My Commission Expires 2-14-2009

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**TODD  J.  COCHRAN**

was, on the __10th__ day of __September__ A.D. __2007__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __20th__ day of __June__ A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk