IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Hesse v. Merck & Co., Inc.* | * | |
| (2:08-cv-309) | * | |
| | * | |
| *Magee v. Merck & Co., Inc.* | * | |
| (2:05-cv-494) (as to plaintiffs Evelyn Baskin, Jeffery Dubose, Annie Gilliom, Maggie Mae Gross, Lue Ella Jones, Paul Kahl, Cleotis Mister, Hattie Qualls, Vera Ray, Alice Snow, Johnny Stewart, Freddie Triplett, and Virgil Eone only) | * * * * * * | |
| | * | |
| *Williams v. Merck & Co., Inc.* | * | |
| (2:07-cv-4083) | * | |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR WITHDRAWAL OF DEFENDANT MERCK & CO., INC.'S MOTION
FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE
DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31**

Defendant Merck & Co., Inc. previously moved for an order to show cause why certain cases should not be dismissed with prejudice for failure to comply with the Court's Pretrial Order No. 31.  Since Merck filed its motion, it has determined that the plaintiffs in the above-captioned cases have either complied with Pretrial Order No. 31 or been dismissed.  Accordingly, Merck respectfully withdraws its motion as to these plaintiffs.

933206v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

2

933206v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Withdrawal of Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of June, 2008.

／s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel