# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| *Hesse v. Merck & Co., Inc.* (2:08-cv-309) | * | |
| *Magee v. Merck & Co., Inc.* (2:05-cv-494) (as to plaintiffs Evelyn Baskin, Jeffery Dubose, Annie Gilliom, Maggie Mae Gross, Lue Ella Jones, Paul Kahl, Cleotis Mister, Hattie Qualls, Vera Ray, Alice Snow, Johnny Stewart, Freddie Triplett, and Virgil Eone only) | * | |
| *Williams v. Merck & Co., Inc.* (2:07-cv-4083) | * | MAG. JUDGE KNOWLES |

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PTO-31

**IT IS ORDERED** that defendant's motion to show cause why plaintiffs' cases should not be dismissed for failure to comply with Pretrial Order No. 31 is withdrawn and without effect as to the plaintiffs in the above-captioned cases.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

933210v.1