UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

## SPECIAL MASTER'S REPORT

Special Master, Patrick A. Juneau, submits this Report:

The Special Master has been in communication with the Claims Administrator and based on the current projections, it is anticipated that the actual review of claims by the Special Master and Deputy Special Masters will not begin until sometime in September 2008.

The Gate Committees are actively engaged at the present time in their assigned responsibilities.

A training session of the Special Master and Deputy Special Masters has been scheduled with the Claim Administrator for July 29, 2008. This scheduled training session should allow the Special Master and Deputy Special Masters to be in a position to commence their analyzation of the claims as soon as they are received.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaulaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed the foregoing Report with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.

Lafayette, Louisiana, this 26th day of June, 2008.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaulaw.com

2