MINUTE ENTRY
FALLON, J.
JUNE 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Lenny Davis, Arnold Levin, and Michael Weinkowitz participated on behalf of the Plaintiffs' Steering Committee (the "PSC"). Douglas Marvin participated on behalf of Merck. Jeanine Bermel participated on behalf of Express Scripts, Inc. ("ESI"). Lynn Greer also participated on behalf of the Claims Administrator. At the conference, the parties discussed the status of ESI's production of pharmacy records for claimants that are participating in the Vioxx Settlement Program.

     The PSC, after providing its first wave of names and other information to ESI, are in the process of preparing to submit a second set of names to ESI in order to obtain those individuals' pharmacy records. ESI takes the position that it is no longer obligated to provide that information under the terms of a previous agreement between it and the PSC. The Court stated that, under Federal Rules of Civil Procedure, ESI can be forced to provide these records by

JS10(00:20)

-1-

subpoena, and encouraged the parties to seek a consensual resolution to their differences.  If they cannot, the Court stated that the Plaintiffs should issue the appropriate subpoenas and the Court will address the issue.

The conference was transcribed by Ms. Jodi Simcox, Official Court Reporter.  Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.

