UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| Dorothy Aus, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Docket Number: 2:06cv10167 | * | DANIEL E. KNOWLES, III |
| (Dorothy Aus only) | * | |

************************************

### AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Seeger Weiss LLP, pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of Seeger Weiss LLP move the Court for an order granting them leave to withdraw as counsel of record for the above-mentioned plaintiff. In support of this motion, the undersigned states as follows:

1. Plaintiff fails to respond to communications from counsel.

2. Attached please find the Certification signed by Counsel.

3. Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known address, 2150 Poplar Road, Newnan, Georgia, 30265.

4. PTO 36 will be complied with in all respects, including providing a copy of said Order to plaintiff.

For these reasons, Seeger Weiss LLP respectfully asks the Court to grant their motion to withdraw as Counsel of record in this matter.

Dated: June 26, 2008

Respectfully submitted,

By: _____
Christopher A. Seeger
David R. Buchanan
Sindhu S. Daniel
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
Attorneys for Plaintiffs
Telephone: 973-639-9100
Facsimile: 973-639-9393

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of June, 2008.

_____
Sindhu S. Daniel

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Seeger | First: Christopher | Middle: A |
|---|---|---|---|
| Name of Law Firm | Seeger Weiss LLP | | |
| Current Address | Street: 550 Broad Street, Suite 920 | | |
| | City: Newark | State: NJ  Zip: 07102 | Country: USA |
| Telephone Number | 973-639-9100 | Facsimile: 973-639-9393 | Email: sdaniel@seegerweiss.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Aus | First: Dorothy | Middle: |
|---|---|---|---|
| Plaintiff Address | Street: 2150 Poplar Road | | |
| | City: Newnan | State: GA  Zip: 30265 | Country: USA |
| Telephone Number | 770-502-9575 | Facsimile: Unknown | Email: Unknown |
| Case Caption | Dorothy Aus, et al. v. Merck & Co., Inc. (Dorothy Aus only) | | |
| Case Number | 2:06cv10167 | | |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana | | |

#344083

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph I.B of PTO No. 36) |
|---|
| **C. COMPLIANCE WITH PTO NO. 36** |
| ☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:<br><br>a. The Motion to Withdraw;<br>b. A copy of PTO No. 36;<br>c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** |
| I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed**   6 / 26 / 2008 (Month/Day/Year)              _____ Counsel |

#344083                                                2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| Dorothy Aus, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Docket Number: 2:06cv10167 | * | DANIEL E. KNOWLES, III |
| (Dorothy Aus) | * | |

**************************************

## ORDER

Upon due consideration of plaintiff counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Seeger Weiss LLP are withdrawn as counsel of record for plaintiff Karen Giummo.

IT IS SO ORDERED.

DATED: _____          _____
                                                                Judge Eldon E. Fallon
                                                                United States District Court Judge