UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | : : : |
| _____ | : : |
| This Pleadings Relates to: | : : : : |
| 1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627 _____ | : : : : : |

MDL 1657
SECTION L
HONORABLE ELDON FALLON
MAGISTRATE KNOWLES

**THE NPC DEFENDANTS' MOTION TO DISMISS AND STRIKE**
**CLASS ALLEGATIONS IN THE COMPLAINT**

Defendants Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Blizzard, McCarthy & Nabers, LLP; Girardi & Keese; Herman, Herman, Katz & Cotlar, LLP; and Levin, Fishbein, Sedran & Berman (the "NPC Defendants" or "NPC"),[1] hereby move to dismiss and to strike the class allegations of the class action complaint filed by 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund.  For the reasons set forth in the attached Memorandum of Law, NPC Defendants respectfully request that the Court dismiss the class action complaint or strike the class action allegations asserted therein.

---

[1] All of the members of the Negotiating Plaintiffs Council with the exception of Seeger Wiess LLP were named as defendants.  Although inexplicably Seeger Weiss is not a defendant in this case, for convenience only, the defendant members of the Negotiating Plaintiffs' Counsel shall refer to themselves as the NPC Defendants.

1

Respectfully submitted,

By:       /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**ATTORNEYS FOR THE NPC DEFENDANTS - BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.; BLIZZARD, MCCARTHY & NABERS, LLP; GIRARDI & KEESE; HERMAN, HERMAN, KATZ & COTLAR, LLP; and LEVIN, FISHBEIN, SEDRAN & BERMAN**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of June, 2008.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com