UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| ALL CASES | § | MAGISTRATE JUDGE KNOWLES |

CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR
FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35

Plaintiffs, John Horton, Adelbert Alderton, Pedro O'Campo, and Mangal Mookram, file this Motion To Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt, and in support thereof show:

1. Plaintiffs have repeatedly attempted to obtain records from certain of their healthcare providers so that they may comply with the terms of the VIOXX® Settlement Agreement. Unfortunately, Plaintiffs' requests to certain providers have been futile.

2. The records providers refuse to comply with this Court's Pretrial Order No. 35, which addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX® Settlement Agreement.

3. Plaintiffs respectfully ask this Court to order that each provider appear before this Court and show cause why:

   a. they and each of them should not be held in contempt for failing to comply with PTO 35; and

   b. they and each of them should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

1

4. Plaintiffs further move for an order setting an oral and evidentiary hearing on this motion as quickly as this Court's docket permits.

5. The bases for this Motion are more fully set forth in the attached Memorandum in Support hereof.

WHEREFORE, Plaintiffs John Horton, Adelbert Alderton, Pedro O'Campo, and Mangal Mookram, pray that this Motion to Show Cause be granted, that the Court order a corporate representative for each healthcare provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Dated: June 26, 2007                                    Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 | (409) 838-8848 |
| 713-643-6226 (facsimile) | (409) 838-8888 (facsimile) |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Ranier, Gayle & Elliot, LLC | The Watts Law Firm, LLP |
| 1419 Ryan Street | 300 Convent St # 100 |
| Lake Charles, Louisiana 70601 | San Antonio, TX 78205 |
| 337-494-7171 | (210) 527-0500 |
| 337-494-7218 (facsimile) | |

/s/<u>Grant Kaiser</u>
Grant Kaiser
Texas Bar No. 11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on June 26, 2008. In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on each provider.

      /s/Grant Kaiser
      Grant Kaiser
      ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

      I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, regarding this motion and they do not oppose the relief requested.

      /s/Grant Kaiser
      Grant Kaiser
      ATTORNEYS FOR PLAINTIFFS