# EXHIBIT A

## Request Status

| | | | |
|---|---|---|---|
| Request ID | F493-100167 | Status | |
| Requested | 5/1/2008 9:00:05 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Mookram, Mangal | | |
| Gender | M | AKA | |
| Date of Birth | | Social Security # | |
| Case Number | | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Litigation - Pharmaceutical Products |
| Dates of Service | Any and all medical records for the 02/2002 Admission(s) (include any archived records for same period.) |
| Types of Info, Instructions to Provider | All records for time specified |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | F493 - The Vioxx Litigation Consortium | Name | |
| Address | 4669 Southwest Freeway Ste 880 | Phone | |
| City, State ZIP | Houston, TX 77027 | Fax | |
| E-mail | | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | BELLEVUE HOSPITAL CENTER | Doctor | |
| Address | MEDICAL CORRESPONDENCE 462 FIRST AVE. ROOM GE7 | Phone | 212-562-1000 |
| City, State ZIP | NEW YORK, NY 10016 | Fax | 212-562-8585 |

## Notes

Note from MediConnect 6/20/2008 2:48:41 PM MT
DEAR REQUESTOR; Called 212-562-6515 and spoke with CHART ONE representative, she indicated that they have not received the request on this patient. She transferred the call to correspondence. I spoke with Brenda, she indicated that they have received the request but they have rejected our authorization. She stated that the authorization is not HIPPA complaint and they want the patient to fill out one of their facility special authorization. Informed her that we have sent the court order along with the request. She stated that the court order should be of New York State and her supervisor has rejected the authorization. Informed her that we this is a Vioxx Litigation case and we have sent the general court order. She indicated that they will fax their facility special authorization today. She took our fax number and request ID. Please advise how would you like us to proceed. Thank you.

Note from MediConnect 6/20/2008 7:50:21 AM MT
DEAR REQUESTOR; Called 212-562-6515 and spoke with CHART ONE representative, she indicated that they have not received the request on this patient. She transferred the call to correspondence. I spoke with Brenda, she indicated that they have received the request but they have rejected our authorization. She stated that the authorization is not HIPPA complaint and they want the patient to fill out one of their facility special authorization. Informed her that we have sent the court order along with the request. She stated that the court order should be of New York State and her supervisor has rejected the authorization. Informed her that we this is a Vioxx Litigation case and we have sent the general court order. She indicated that they will fax their facility special authorization today. She took our fax number and request ID. Please advise how would you like us to proceed. Thank you.

Note from MediConnect 6/19/2008 11:51:15 AM MT
Callback set for 6/20/2008 7:35:00 AM.
Called at 212-562-3101 and reached an automated voice system which stated that they accept telephone enquiries between 9 a.m. - 12 p.m. Will follow up on next business day morning.

Request - Details  EXHIBIT B



### Request Status
| | | | |
|---|---|---|---|
| Request ID | F494-100478 | Status | |
| Requested | 4/16/2008 4:03:42 PM | Completed | |

### Patient Information
| | |
|---|---|
| Name | Horton, John Wesley |
| Gender | M   AKA |
| Date of Birth | |
| Case Number | Social Security # |

### Record Information
| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Litigation - Pharmaceutical Products |
| Dates of Service | Any and all medical records (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | All records for time specified |

### Services and Options
| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information
| | | | |
|---|---|---|---|
| Organization | F494 - The Vioxx Litigation Consortium | Name | |
| Address | 4669 South West Freeway STE 880 | Phone | |
| City, State ZIP | Houston, TX 77027 | Fax | |
| E-mail | | Send Alerts | Yes |

### Provider Information
| | | | |
|---|---|---|---|
| Provider Name | LAMPTON, LUCIUS DR | Doctor | LAMPTON, LUCIUS DR |
| Address | 111 MAGNOLIA ST. | Phone | 601-783-2374 |
| City, State ZIP | MAGNOLIA, MS 39652 | Fax | 601-783-5126 |

### Notes

**Note from MediConnect 6/25/2008 6:59:37 AM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information. This acts as a temporary holding cell. Thank you

**Note from Requestor - aedwards 6/21/2008 8:17:56 AM MT**
Please keep this request open, we are still working on it. Thanks valerie

**Note from MediConnect 6/20/2008 8:03:53 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

If you wish to have this request remain open please do one of the following:

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 6/6/2008 1:41:34 PM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information. This acts as a temporary holding cell. Thank you

**Note from Requestor - aedwards 6/6/2008 7:13:20 AM MT**
Please leave this request open we are working on it. Thanks valerie

**Note from MediConnect 6/5/2008 8:04:15 PM MT**

Request - Details 

DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.
Note from MediConnect 5/22/2008 11:58:05 AM MT
Dear Requestor: Thank you for your note. This request will remain in Incorrect Info status until we receive further instruction. Thank you.
Note from Requestor - aedwards 5/22/2008 8:38:08 AM MT
Please keep request open, we are contacting the client. Thanks Alesha
Note from MediConnect 5/21/2008 8:05:59 PM MT
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.
Note from MediConnect 5/7/2008 4:47:54 PM MT
Dear Requestor: Thank you for your note. This request will remain in Incorrect Info status until the client has contacted the provider. Thank you.
Note from Requestor - aedwards 5/7/2008 1:05:18 PM MT
Please keep request open. We are contacting the client. Thanks Alesha
Note from MediConnect 5/6/2008 10:07:18 AM MT
"DEAR REQUESTOR: Called 601-783-2374 and spoke with Lisa, she indicated that she is still waiting for the patient response if he wants to release the records or not. She indicated that she tried to contact the patient and he indicated that he will get back to them and let her know. She indicated that still she have not received any response from the patient yet. So, please advise. Thanks
Note from MediConnect 5/2/2008 7:44:53 AM MT
DEAR REQUESTOR: Called 601-783-2374 and spoke with Lisa, she indicated that she is still waiting for the patient response if he wants to release the records or not. She indicated that she tried to contact the patient and he indicated that he will get back to them and let her know. She indicated that still she have not received any response from the patient yet. So, please advise. Thank you.
Note from MediConnect 5/1/2008 3:06:39 PM MT
Callback set for 5/2/2008 7:40:00 AM.
Called 601-783-2374 and spoke with Gene, she indicated that Tracy is not available and advise to give a call back tomorrow in the morning and they will be closed for lunch. Will follow up in 1 business day.
Note from MediConnect 4/30/2008 3:05:42 PM MT
Callback set for 5/1/2008.
Called 601-783-2374 and spoke with an Operator, she said that the medical records clerk has gone for the day. Will follow up in 1 business day.
Note from MediConnect 4/25/2008 8:27:29 AM MT
Callback set for 4/30/2008.
Spoke with Tracy, she said that they did contact the patient and patient inform them that she was not sure if he wants to release these records to us or not. Patient told them to wait for his response. She asked me to call back next week to if they got the response. Will follow up in 3 business days.
Note from MediConnect 4/24/2008 3:20:20 PM MT

John Horton ▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

We are ordering medical records from Dr. Lucious Lampton's office. The office is requiring the client to verbally release the records. I called the client to see if they spoke with the facility. The client's wife explained to me that the doctor's secretary will not release any records unless they drop the claim. In addition, the doctor will no longer care for this patient. Client is very ill, so we usually speak to wife.

Mrs. Horton ▓▓▓
Facility ▓▓▓

Request - Details

# EXHIBIT C



## Request Status

| | | | |
|---|---|---|---|
| Request ID | F494-100272 | Status | |
| Requested | 2/1/2008 4:15:42 PM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Alderton, Adelbert | | |
| Gender | M | AKA | |
| Date of Birth | | Social Security # | |
| Case Number | | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Litigation - Pharmaceutical Products |
| Dates of Service | Any and all medical records for the period 07/01/2002 through 08/31/2003 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | All records for time specified and Cardiology Records Only |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | F494 - The Vioxx Litigation Consortium | Name | |
| Address | 4669 South West Freeway STE 880 | Phone | |
| City, State ZIP | Houston, TX 77027 | Fax | |
| E-mail | | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | KAISER PERMANENTE-WOODLAND HILLS MEDICAL | Doctor | TALLAKSON, |
| Address | 5601 DESOTO AVE | Phone | 888-515-3500 |
| City, State ZIP | WOODLAND HILL, CA 91367 | Fax | |

## Notes

**Note from MediConnect 6/23/2008 8:04:00 AM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information. This acts as a temporary holding cell. Thank you

**Note from Requestor - aedwards 6/17/2008 2:28:24 PM MT**
Please keep this request open, we are working on it. Thanks valerie

**Note from MediConnect 6/16/2008 8:04:34 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 6/2/2008 10:07:49 AM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information. This acts as a temporary holding cell. Thank you

**Note from Requestor - aedwards 6/2/2008 7:30:01 AM MT**
Please reopen request, we are still working on this issue. Thanks Alesha

Note from MediConnect 5/28/2008 8:06:24 PM MT
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

Note from MediConnect 5/14/2008 11:33:10 AM MT
Dear Requestor: Thank you for your note. This request will remain on hold until we receive further instruction. Thank you.

Note from Requestor - aedwards 5/14/2008 9:53:06 AM MT
We are working on this issue. Thanks Alesha

Note from MediConnect 5/13/2008 7:30:00 AM MT
Dear Requestor, Copy service informed we did not provide these court paper's when the request was faxed to them and Kaiser will not sign any affidavit now as they did not process this request as a Subpoena. Please advise. Thanks

Note from MediConnect 5/12/2008 8:07:31 AM MT
Dear Requestor, Copy service informed we did not provide these court paper's when the request was faxed to them and Kaiser will not sign any affidavit now as they did not process this request as a Subpoena. Please advise. Thanks

Note from MediConnect 5/9/2008 3:26:32 PM MT
Callback set for 5/13/2008.
Court order has been attached with this request for the missing affidavit. I faxed the request to copy service to get the missing affidavit. Will note response once received.

Note from MediConnect 5/9/2008 11:20:01 AM MT
CC: please associate the court order on this request and follow up with the provider to try and get the affidavit. Thank you

Note from Requestor - aedwards 4/17/2008 10:00:07 AM MT
Please reopen this request and provide the order from the Federal Judge that the facilities are not permitted to make such a request. Thank you Alesha. If they still refuse, please advise.

Note from MediConnect 3/25/2008 8:06:29 PM MT
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

Note from MediConnect 3/11/2008 10:32:47 AM MT
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information as per if you need us to obtain the affidavit. This acts as a temporary holding cell. Thank you

Note from Requestor - aedwards 3/11/2008 7:44:08 AM MT
Please keep request open. We are working on it. Thank you Alesha

Note from MediConnect 3/10/2008 8:05:22 PM MT

DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

Request - Details

# EXHIBIT D



## Request Status

| | | | |
|---|---|---|---|
| Request ID | F494-100230 | Status | |
| Requested | 2/1/2008 2:38:56 PM | | Completed |

### Patient Information

| | |
|---|---|
| Name | O'Campo, Pedro-Bayani C. |
| Gender | M     AKA |
| Date of Birth | |
| Case Number | Social Security # |

### Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Litigation - Pharmaceutical Products |
| Dates of Service | Any and all medical records for the period 06/01/2002 through 06/30/2003 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | All records for time specified and Cardiology Records Only |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | F494 - The Vioxx Litigation Consortium | Name | |
| Address | 4669 South West Freeway STE 880 | Phone | |
| City, State ZIP | Houston, TX 77027 | Fax | |
| E-mail | | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | SOUTHERN CA PERMANENTE MED GROUP | Doctor | |
| Address | 450 NORTH LAKE AVE | Phone | 626-440-0036 |
| City, State ZIP | PASADENA, CA 91101 | Fax | |

### Notes

**Note from Requestor - aedwards 6/26/2008 8:15:58 AM MT**
I asked you to keep this open on 6/20/08 and it is still in the cancelled section. We need certification please reopen this request. Thanks valerie

**Note from Requestor - aedwards 6/20/2008 7:30:54 AM MT**
Please reopen this request, we are still working on it. Thanks valerie

**Note from MediConnect 6/19/2008 8:03:53 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

If you wish to have this request remain open please do one of the following:

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 6/5/2008 11:28:27 AM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Incorrect Information status until we receive additional information. This acts as a temporary holding cell. Thank you

**Note from Requestor - aedwards 6/5/2008 8:03:17 AM MT**
Please keep this request open we are working on it. Thanks valerie

https://www.mediconnect.net/meca/mecarandr.dll/appreq/mcn/request_details      6/26/2008

Request - Details 

**Note from MediConnect 6/4/2008 8:05:13 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 5/21/2008 7:14:01 AM MT**
Dear Requestor: We have received the records for this request but the facility refuses to complete the affidavit. Please confirm if we can complete this request without the affidavit. Thank you

**Note from MediConnect 5/20/2008 3:37:02 PM MT**
DEAR REQUESTOR: I have emailed our copying service to proceed as per your last note and get the missing affidavit. We received a reply back from WESTSIDE copy service stating that they called PAUL @ 323-783-7938 and was informed that that Kaiser does NOT complete affidavits at all. Not even for an additional fee. They can not complete affidavit unless request has been processed as subpoena. Please advise how to proceed. Thanks.

**Note from MediConnect 5/19/2008 1:25:08 PM MT**
Callback set for 5/21/2008.
Emailed copy service as per requestor's note. Will note response once received.

**Note from MediConnect 5/19/2008 10:50:31 AM MT**
Provider Relations -- CA Kaiser.

**Note from Requestor - aedwards 5/16/2008 9:23:05 AM MT**
Our attorney contacted the facility. Send HIPPA compliant medical authorizations attention Paul (323 783 7938) at CPMG, PO BOX 21990, Los Angeles, CA 90027-0990, attach authorizations and PTO 35. Specifically request he complete declaration of custodian of records and advise him if he has any questions to contact me. He needs a check for $30 payable to SCPMG.

**Note from MediConnect 5/14/2008 11:32:35 AM MT**
Dear Requestor: Thank you for your note. This request will remain on hold until we receive further instruction. Thank you.

**Note from Requestor - aedwards 5/14/2008 9:46:17 AM MT**
We are working on this issue. Thanks Alesha

**Note from MediConnect 5/13/2008 7:29:27 AM MT**
Dear Requestor: As per note on 5-12-08, please advise how you would like us to proceed. Thank you.

**Note from MediConnect 5/12/2008 8:07:31 AM MT**
Dear Requestor, Copy service informed we did not provide these court paper's when the request was faxed to them and Kaiser will not sign any affidavit now as they did not process this request as a Subpoena. Please advise. Thanks

**Note from MediConnect 5/9/2008 3:21:36 PM MT**
Callback set for 5/13/2008.
Court order has been attached with this request for the missing affidavit. faxed the request to copy service to get the missing affidavit. Will note response once received.

**Note from MediConnect 5/9/2008 11:21:42 AM MT**
CC: please associate the court order and go back to the provider to try and get the affidavit right away. thank you

**Note from Requestor - aedwards 4/17/2008 9:59:08 AM MT**
Please reopen this request and provide the order from the Federal Judge that the facilities are not permitted to make such a request. Thank you Alesha. If they still refuse, please advise.

**Note from MediConnect 3/25/2008 8:06:29 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or