UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| ALL CASES | § | MAGISTRATE JUDGE KNOWLES |

## ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion To Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt. The Court finds that the motion should be granted. It is therefore,

ORDERED that Bellevue Hospital Center, 462 First Avenue, New York, NY, Dr. Lucious Lampton, 111 Magnolia St., Magnolia, MS 39652, Kaiser Permanente-Woodland Hills Medical, 5601 Desoto Ave., Woodland Hills, CA 91367, and Southern CA Permanente Medical Group, 450 North Lake Ave., Pasadena, CA 91101, appear in this Court at _____ m. on the ____ day of _____, 2008, to show cause why:

1. they should not be held in contempt for failing to comply with Pretrial Order No. 35; and

2. they should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

Dated this _____ day of _____, 2008

_____
JUDGE PRESIDING