UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK** | * | **CASE NO. 08-3627** |
| **BENEFIT FUND, by its Trustees,** *et al.,* | * | |
| on behalf of themselves and all others | * | **RELATED CASE:** |
| similarly situated, | * | **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| Plaintiffs, | * | |
| | * | **SECTION L** |
| v. | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et. al.* | * | |
| | * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund ("Plaintiffs"), by and through their attorneys, King, Krebs & Jurgens*,* Levy Phillips & Konigsberg, LLP, and Crowell & Moring LLP, hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction granting the relief set forth in detail the attached Proposed Order.  Such relief includes an order requiring the law firm defendants (1) to provide Plaintiffs with limited, but necessary, information regarding the Vioxx claimants who are receiving Vioxx Settlement funds, consistent with the express undertakings set forth in the Vioxx Settlement Agreement, and (2) to preserve the Vioxx Settlement funds received on behalf of Plaintiffs' beneficiaries in a manner consistent with counsel's ethical obligations to safeguard funds

to which the Plaintiffs assert a contractually-imposed and ERISA-protected lien right, and which does not prejudice the plans' claims to those funds.

Plaintiffs, and the Class they seek to represent, are self-insured ERISA health plans whose plan documents confer on them the right to be notified of settlements by their beneficiaries *and* the right to be reimbursed from settlement proceeds for the amounts the plans have paid in medical benefits on behalf of their beneficiaries. Plaintiffs request injunctive relief to ensure they are able to enforce their rights before the Vioxx Settlement funds are disbursed and dissipated.

For the foregoing reasons, as well as those set forth in the accompanying memorandum in support, Plaintiffs respectfully request that the Court grant this motion and grant the requested preliminary injunctive relief.

New Orleans, Louisiana, this 26th day of June 2008.

Respectfully submitted,

s/ Rebecca H. Dietz
KING, KREBS & JURGENS, P.L.L.C
HENRY KING (#7393)
ERIC E. JARRELL (#16982) (T.A.)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170
Telephone: 504-582-3800
Facsimile: 504-582-1233

-and-

LEVY PHILLIPS & KONIGSBERG, LLP
Steven J. Phillips
Diane Paolicelli800 Third Avenue
13th Floor
New York, NY 10022
Telephone: 212-605-6200
Facsimile: 212-605-6290

- and -

CROWELL & MORING, LLP
Andrew H. Marks
Robert T. Rhoad
Aryeh S. Portnoy
Todd J. Cochran

1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Plaintiffs' Motion for a Preliminary Injunction and Proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

  This 26th day of June, 2008,

                /s/ Rebecca H. Dietz