## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.,* on behalf of themselves and all others similarly situated, | * * * * * | CASE NO. 08-3627 RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| Plaintiffs, | * * | |
| v. | * * | SECTION L |
| | * * * | AFFIDAVIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| BROWNGREER, PLC, *et. al.* | * * | JUDGE ELDON E. FALLON |
| Defendants. | * * | MAGISTRATE JUDGE KNOWLES |

**************************************************************

### AFFIDAVIT OF ROBERT ADELMAN

**ROBERT ADELMAN** being duly sworn, deposes and says:

1. I am the Senior Director of Legal Operations for 1199 SEIU Greater New York

   Benefit Fund, and submit this affidavit in support of the Motion for Preliminary

   Injunction, to which this affidavit is annexed.

2. It is my understanding that this action seeks relief only with respect to those

   individuals who have received Vioxx-related medical benefits from a self-funded

   employer benefit plan pursuant to ERISA, and who will be receiving a payment

   from the settlement funds paid by Merck.

3. The purpose of this action, as I understand it, is to provide self-funded ERISA

   plans with information regarding the identity of these individuals and to give

   those employer benefit plans a brief opportunity to evaluate whether any

{00121181.DOC}

reimbursement/subrogation rights exist regarding these ERISA fund beneficiaries, and to take the necessary steps to vindicate those rights, if they so choose.

4. 1199 SEIU Greater New York Benefit Fund is an ERISA self-funded employee benefit plan, with approximately 22,000 members. I have attached as Exhibit "A" a true and correct copy of our most current Summary Plan Description.

5. The Fund has substantial equitable lien and reimbursement/subrogation rights regarding monies recovered by our beneficiaries in third party actions. The Fund's equitable lien and reimbursement/subrogation rights are set forth in Section 1.G of the Summary Plan Description, as well as paragraph 42 of the Complaint in this action.

6. In fact, the 1199 SEIU Greater New York Benefit Fund, has purchased significant sums of Vioxx on behalf of our beneficiaries, and provided more than $400,000 in medical benefits to more than 20 plan participants who took Vioxx and who suffered from heart attacks (and an unknown amount for an unknown number of participants who suffered strokes), which are common injuries that apparently result from the ingestion of Vioxx.

7. In the normal course, our Fund lacks the capacity to conduct investigations to determine if any of our beneficiaries have brought personal injury or wrongful death suits in mass tort cases such as the Vioxx litigation.

8. This is particularly true in cases that are brought in out of state courts and distant forums that are far removed form our New York base. Any investigation is rendered even more impracticable where, as in this case, many thousands of plaintiffs entered into confidential tolling agreements which hid critical

identifying information such as the plaintiff's name, address, date of birth, and social security number.

9. The Fund's SPD obligates both our beneficiaries and those acting on their behalf to notify us of any potential third party claims and of any settlements with third parties. Regrettably, we know from experience that for a variety of reasons, this does not always happen.

10. Our experience with Vioxx is illustrative of this point. So far as we are aware of, we have not been notified or advised by a single beneficiary that they have a pending Vioxx claim or lawsuit or that they are participating in the settlement with Merck.

11. Without the requested information, we have no way of knowing if any beneficiaries of the Fund have brought Vioxx cases. Our ability to investigate and pursue our rights is further complicated by the fact that during the relevant time period we have used several different Pharmacy Benefit Managers (PBM's). We have contacted our prior PBM's in an attempt to gather information regarding potential Vioxx subrogation rights. Unfortunately, we have had mixed results. A few of our prior PBM's have agreed to provide us with the requested information, while others have not yet done so. Once again, our investigation has been somewhat stunted and we are left not knowing the full extent of our potential reimbursement/subrogation rights.

12. We have long believed that pursuing our reimbursement/subrogation rights is critically important because we have a fiduciary responsibility to follow the terms of the plan, which is designed by the settlors to maintain the financial stability of

the Fund, so that we can continue to provide a full range of benefits to our members, while minimizing contributions from contributing employers.

13. If we had the requested information, we would be able to properly investigate and make an informed decision on whether we have reimbursement/subrogation rights, and if so, whether and how to enforce them.

*Robert Adelman*

Robert Adelman

MELISSA A. ADAMSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AD6121431
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 18, 20 __ 09

*Melissa A. Adams — 6/26/08*

The Plan is administered by the Board of Trustees (the "Trustees") of the 1199SEIU Greater New York Benefit Fund (the "Fund"). No individual or entity, other than the Trustees (including any duly authorized designee thereof), has any authority to interpret the provisions of this Plan Document or to make any promises to you about the Plan.

The Trustees reserve the right to amend, modify, discontinue or terminate all or part of this Plan for any reason and at any time when, in their judgment, it is appropriate to do so. These changes may be made by formal amendments to the Plan, resolutions of the Board of Trustees, actions by the Trustees when not in session by telephone or in writing, and/or any other methods allowed for Trustee actions.

If the Plan is amended or terminated, you and other active and retired employees may not receive benefits as described in this Plan Document. This may happen at any time, even after you retire, if the Trustees decide to terminate the Plan or your coverage under the Plan. In no event will any active employee or retiree become entitled to any vested or otherwise nonforfeitable rights under the Plan.

The Trustees (including any duly authorized designee of the Trustees) reserve the complete authority and discretion to construe the terms of the Plan (and any related Plan documents) including, without limitation, the authority to determine the eligibility for, and the amount of, benefits payable under the Plan. These decisions shall be final and binding upon all parties affected by such decisions. This booklet and the Fund staff are your sources of information on the Plan. You cannot rely on information from co-workers, Union or Employer representatives. If you have any questions about the Plan and how its coverage works, the Fund staff will be glad to help you. Since telephone conversations and other oral statements can easily be misunderstood, they cannot be relied upon if they are in conflict with what is stated in this Plan Document.



1

## ¿NECESITA AYUDA CON EL SUMARIO DE DESCRIPCION DEL PLAN?

Este Folleto es un sumario en Ingles de sus derechos y beneficios bajo El Fondo de Beneficios de la 1199SEIU.

Si usted no Entiende este Sumario y Necesita ayuda escriba al Fondo:

> 330 W. 42nd Street
> New York, NY 10036
> o llame: (212) 541-9150

**Las horas de oficina del Fondo son de 9:00 AM a 5:00 PM de Lunes a Viernes.**

2

November 2006

## *Dear 1199SEIU Member:*

The Fund cares about you and your family.

Your Fund provides a wide range of benefits for both full-time and part-time workers while allowing you to choose your doctor, hospital or other health care professional.

This booklet is designed to make it easier for you to find the information you need and to understand your rights and responsibilities under the Plan.

**It is important that you read the entire booklet so that you know:**

- What benefits you are eligible to receive;
- What policies and procedures need to be followed to get your benefits; and
- How to use your benefits wisely.

As you know, health care costs have been rising every year. As costs have risen, your Fund has been looking in new directions and developing programs to provide you with coverage for primary and preventive care.

**By using one of the Fund's participating providers**, you and your family can receive comprehensive care at little or no cost. Many providers are affiliated with institutions where 1199ers work or near where you live. And if you sign up for the Fund's **Member Choice** program, your care for Covered Services is covered in full when you use the providers at your **Member Choice** network hospital.

If you have any questions or concerns about any of your benefits or coverage for a specific medical problem, call the Member Services Department at (212) 541-9150. The Fund staff can answer your questions, refer you to another department, or take the information and get back to you later with an answer.

With your help, your Fund can continue to provide a comprehensive package of health benefits in the years ahead for you and your family and other 1199ers and their families.

*The Board of Trustees*

**3**

**4**

# Table of Contents

Preface ..................................................................................................1

Letter from the Board of Trustees ......................................................3

Foreword...............................................................................................9

**OVERVIEW OF YOUR BENEFITS** ..................................................11

**SECTION I - ELIGIBILITY**

    A.  Who's Eligible................................................................21

    B.  When Your Coverage Begins .......................................24

    C.  Enrolling in the Fund...................................................25

    D.  How to Determine Your Level of Benefits...................27

    E.  Your ID Cards...............................................................29

    F.  Coordinating Your Benefits .........................................30

    G.  When Others Are Responsible for Your Illness or Injury .......33

    H.  When You Are on Workers' Compensation Leave .......35

    I.  When Your Benefits Stop.............................................37

    J.  Continuing Your Coverage ..........................................40

        While Receiving Disability Benefits from Your Employer .......40

        While Participating in Training Programs .......................40

        While Covered by the Job Security Fund........................41

        While on Workers' Compensation Leave........................41

        While Taking Family and Medical Leave (FMLA)............41

        While Taking a Uniformed Services Leave........................42

    K.  Your COBRA Rights....................................................43

**SECTION II - YOUR HEALTH BENEFITS**

    A.  Participating Providers .................................................52

        Member Choice .............................................................53

        Panel Providers .............................................................54

    B.  Using Your Benefits Wisely...........................................56

        1199SEIU CareReview....................................................56

        Ambulatory/Outpatient Surgery Pre-Certification Program.............56

        Managed Care Program for Behavioral Health

        (Mental Health and Alcohol/Substance Abuse) .................57

        Emergency Rooms Are for Emergencies.............................57

Care Management ...................................................................57
Prenatal Care Program............................................................57
Work-Site Screening & Treatment Programs .....................58

C.  Hospital Care .................................................................................59
D.  Emergency Room Care....................................................................62
E.  Managed Care Program for Behavioral Health .............................64
F.  Surgery and Anesthesia....................................................................67
Ambulatory Surgery ..............................................................68
G.  Maternity Care ...............................................................................70
Prenatal Care Program............................................................71
H.  Medical Services .............................................................................72
Doctor Visits .........................................................................72
Lab & X-Ray .........................................................................73
What's Not Covered ..............................................................74
I.  Services Requiring Prior Authorization .......................................75
J.  Vision Care ....................................................................................78
K.  Dental Benefits...............................................................................79
L.  Prescription Drugs ........................................................................83

**SECTION III - DISABILITY BENEFITS** ...........................................89

**SECTION IV - LIFE INSURANCE**

A.  Life Insurance Eligibility ............................................................93
B.  Life Insurance Benefit ...................................................................95
C.  Accidental Death & Dismemberment (AD&D) ........................96
D.  Burial ............................................................................................97

**SECTION V - OTHER BENEFITS**

A.  Camp ............................................................................................100
B.  Scholarship...................................................................................102
C.  Social Services.............................................................................104
D.  Legal Benefit ...............................................................................105

## SECTION VI - RETIREE HEALTH BENEFITS

A.  Retiree Health Benefits..........................................................109

B.  Using Your Benefits Wisely...................................................110

C.  If You Retire at Age 65 or Older and Live in New York City/Nassau ...112

D.  If You Retire at Age 65 or Older and Live Outside
    New York City/Nassau .........................................................114

E.  If You Retire Between Ages 62 Through 64.........................116

F.  If You Retire With a Disability Pension ................................117

G.  Retired Members' Programs ..................................................119

## SECTION VII - GETTING YOUR BENEFITS

A.  Getting Your Health Care Benefits.......................................123
        Filing a Claim Form ........................................................123
        Initial Claim Decision......................................................124

B.  Appeals Procedure..................................................................128
        Appealing Disability Claims.............................................131

C.  When Benefits May Be Withheld or Denied.........................132

D.  What Is Not Covered ............................................................133

E.  Additional Provisions ............................................................134

## SECTION VIII - GENERAL INFORMATION

A.  Your ERISA Rights...............................................................138

B.  Plan Amendment, Modification and Termination .................140

C.  Authority of the Plan Administrator .....................................141

D.  Information on Your Plan .....................................................142

## SECTION IX - DEFINITIONS

**SECTION IX - DEFINITIONS**.........................................................145

## NEED TO KNOW WHAT "FAMILY" MEANS IN THIS BOOKLET?

### *Refer to the Definitions Section*

The Definitions section (pages 145-154) lists the terms used in this booklet and explains how they are defined by the Fund.

Refer to this section if you have any questions about the meaning of specific words or phrases, such as spouse, family, Contributing Employer, etc. For example, "family" as used in this booklet refers only to your spouse or your children who are eligible for benefits from this Fund.

If you have any further questions, please call our Fund's Member Services Department at (212) 541-9150.

## *Your Benefit Fund*

The 1199SEIU Greater New York Benefit Fund is a self-administered, labor-management, Taft-Hartley Trust Fund. Your coverage is provided as a result of a collective bargaining agreement between your employer and your union—1199SEIU United Healthcare Workers East.

**Self-administered** means that the Fund staff is responsible for the day-to-day administration of the Fund, including processing your claims, answering your questions, and performing other administrative operations.

All of the money your employer pays to the Fund on your behalf goes directly to providing your benefits. The Fund does not exist to make profits, like an insurance company. It exists only to provide you, other members, and your family with quality health care benefits.

**Labor-management** means that the Fund is run by an equal number of trustees appointed by **1199SEIU** and by **employers** who make payments to the Fund on behalf of their workers.

**Taft-Hartley** is the name of the federal law that allows these labor-management trust funds to be established.

## *Your Employer Pays for Your Benefits*

Your union contract—the collective bargaining agreement between your employer and 1199SEIU—requires that your employer make payments to the Fund on your behalf for health benefits.

The cost of your benefits is paid through "contributions" to the Fund by your employer. These payments are called contributions because they go into a large pool of money used to pay for all the benefits for all 1199SEIU members and their families covered by the Plan.

Your union dues are paid to 1199SEIU to cover the cost of running the union—*not* to the Fund to cover the cost of providing health benefits.

This Fund is Jointly Administered together with other Funds serving people in 1199SEIU bargaining units. All these funds are housed together and share staff, services, and equipment. This allows your benefits to be administered efficiently.

**9**



# OVERVIEW OF YOUR BENEFITS

### IMPORTANT PHONE NUMBERS

**Member Services Department**
**(212) 541-9150**

For answers to questions about your benefits or to be referred to another Benefit Fund Department.

Call the Following Phone Numbers to Protect Your Benefits:

**1199SEIU CareReview**
To pre-certify hospital stays and certain outpatient and ambulatory surgical procedures.
**(800) 227-9360**

**Managed Care Program for Behavioral Health**
For Mental Health: **(646) 473-7393**
For Alcohol/Substance Abuse: **(646) 473-6900**

You can also visit our website at **www.1199nbf.org** for forms, directories, and other information.

11

## ELIGIBILITY CLASSES

I – Full-time members who work 35 or more hours per week.

II – Part-time members who work on average more than 60%, but less than 100%, of a full-time schedule (approximately 3 to 4 days per week).

III – Part-time members who work more than 20%, but less than 60%, of a full-time schedule (more than 1, but less than 3 days per week).

| Benefit | Coverage | Eligibility Classes | | |
|---|---|---|---|---|
| | | I | II | III |
| **Hospital Care** | • Up to 365 days per year (100% of the Fund's allowance)<br>• Semi-private room and board<br>• Medically necessary services<br>• Inpatient admissions<br>• Outpatient or ambulatory facilities<br>• Up to 30 days for inpatient acute physical rehabilitation | Family | Family | Member only<br><br>*Call 1199SEIU CareReview, (800) 227-9360, before going to the hospital or **within 48 hours** of an emergency admission.* |
| **Emergency Room Care** | • Care needed **for an Emergency and within 72 hours** of an accident or sudden and serious illness<br>• Fund pays negotiated or reasonable rates<br>• Emergencies must meet the definition of emergency listed on pp. 148–149. | Family | Family | Member only |

| Benefit | Coverage | Eligibility Classes | | |
|---|---|---|---|---|
| | | **I** | **II** | **III** |
| **Managed Care Program for Behavioral Health** | **Mental Health:**<br>• Outpatient treatment plans created and approved by Managed Care Program<br>• Up to 30 inpatient days per year<br><br>**Alcohol/Substance Abuse:**<br>• Up to 7 days within a 12-month period for inpatient detoxification, maximum twice per lifetime<br>• Up to 30 days within a 12-month period for inpatient rehabilitation, maximum twice per lifetime<br>• Outpatient treatment through Participating Providers | Family | Family | Member only<br><br>*Call (646) 473-7393 before getting outpatient treatment for mental health.*<br><br>*Call (646) 473-6900 before getting outpatient treatment for alcohol and substance abuse.*<br><br>*Call 1199SEIU CareReview at (800) 227-9360 for pre-certification for inpatient treatment.* |
| **Surgery** | • Inpatient or outpatient (ambulatory surgery)<br>• Benefits based on the Fund's allowance for the surgical procedure<br>• Participating surgeons bill the Fund directly and accept the Fund's payment as payment–in–full | Family | Family | Member only<br><br>*Call 1199SEIU CareReview at (800) 227-9360 before having non-emergency surgery.* |
| **Anesthesia** | • Benefits based on the Fund's Schedule of Allowances<br>• No out-of-pocket costs with Participating Providers | Family | Family | Member only |
| **Maternity Care** | • An allowance which includes all prenatal and postnatal visits and delivery charges<br>• Hospital benefit for the mother and newborn, if the mother is you or your spouse<br>• Disability benefits through your employer for you if you are the mother | Family | Family | Member only<br><br>*Call the Prenatal Program at (646) 473-8962 to register for the Prenatal Care Program during the first three months of your pregnancy.* |

| Benefit | Coverage | Eligibility Classes | | |
|---|---|---|---|---|
| | | I | II | III |
| **Medical Services** | • Treatment in a doctor's office<br>• Well child care up to age 19<br>• Immunizations<br>• X-rays and laboratory tests<br>• Dermatology: up to 20 treatments per year<br>• Chiropractic: up to 12 treatments per year<br>• Podiatry: up to 15 treatments per year for routine care<br>• Allergy: up to 20 treatments per year, including diagnostic testing<br>• Physical, speech and occupational therapy: up to 25 visits per year for each service<br>• Outpatient chemotherapy, radiation therapy and hemodialysis<br>• Participating providers bill the Fund directly and accept the Fund's payment as payment-in-full | Family | Family | Not covered |
| **Medical Services Requiring Prior Authorization** | • Home Health Care<br>• Non-Emergency Ambulance Services<br>• Durable Medical Equipment & Appliances<br>• Rehabilitation Therapy<br>• Medical Appliances and Hearing Aids<br>• Hospice Care<br>• Home Infusion Services and Supplies | Family | Family | Not covered |
| | | *Call the Prior Authorization Department at (646) 473-7446 for prior authorization for all services except emergency ambulance.* | | |
| **Vision Care** | • One eye exam every two years<br>• One pair of glasses every two years<br>• No out-of-pocket cost when using a participating provider for lenses and frames included in the Fund's vision program. | Family | Family | Member only |

14

| Benefit | Coverage | Eligibility Classes | | |
|---|---|---|---|---|
| | | **I** | **II** | **III** |
| **Dental** | **Preferred Panel of DDS Dentists:**<br>• Use a dentist on the preferred panel<br>• Coverage in full for diagnostic, preventive and basic services<br>• Set co-pay for major restorative and orthodontic services for dependent children under age 19<br>• Maximum benefit of $1,200 per eligible person per calendar year<br><br>**Non-Participating Dentists:**<br>• Coverage includes diagnostic, preventive, basic, major restorative and orthodontic services for dependent children under age 19<br>• Maximum benefit of $1,200 per eligible person per calendar year<br>• Claims are paid according to the Fund's Schedule of Allowances and member is responsible for the balance | Family | Not covered | Not covered |
| | *Pre-certification is required for dental services of $300 or more and all orthodontic services.* | | | |
| **Prescription Drugs** | • FDA-approved prescription medications<br>• No co-payments, no deductible when you use generic medications if available; $3 co-pay for preferred brand-name drugs<br>• Preferred drug lists and formularies<br>• No co-pay for diabetic equipment and supplies (blood glucose meter, test strips, lancets, and urine strips)<br>• Use Participating Pharmacies<br>• Maintenance drug access program—*The 90-Day Rx Solution*—for chronic conditions<br>• Prior authorization needed before dispensing certain medications | Family | Not covered | Not covered |
| | *Call (646) 473-7446 for prior authorization of certain medications.* | | | |

**15**

| Benefit | Coverage | Eligibility Classes | | |
|---------|----------|-------|-------|-------|
| | | **I** | **II** | **III** |
| **Disability** | • This benefit is provided by your employer.<br>• Member must submit proof to the Fund that disability benefits have been received to maintain health coverage for up to 26 weeks within a 52-week period.<br>• Follow the same procedure if you are receiving Workers' Compensation. | Member only | Member only | Member only |
| **Life Insurance** | • Eligibility Class I—During your first year of service, benefit is $2,000. After your first year, based on your years of service and annual earnings up to a maximum of $25,000.<br>• Eligibility Class II—During first year of service, benefit is $1,250. Maximum benefit amount is $2,500.<br>• Eligibility Class III—Maximum benefit amount is $1,250. | Member only | Member only | Member only |
| **Accidental Death & Dismemberment** | • For accidental death or injury<br>• Equal to, or one-half of, your life insurance | Member only | Member only | Member only |
| **Burial Plot** | • Free burial plot with permanent care | Member & Spouse | Member & Spouse | Not covered |
| **Camp** | • For children 9-15 years old<br>• Summer Camp Program provided at no cost to you, except application fee | Children only | Not covered | Not covered |

**16**

| Benefit | Coverage | Eligibility Classes | | |
|---------|----------|---|---|---|
| | | **I** | **II** | **III** |
| **Scholarship** | • Provided to eligible children of members<br>• Scholarships provided to attend accredited schools after high school | Children only | Not covered | Not covered |
| **Legal Benefit** | • Legal advice, counsel, and referral | Family | Family | Member only |

**Legend**

**Member** — You, the member

**Spouse** — Your spouse, if eligible

**Children** — Your children, if eligible

**Family** — You, your spouse, and your children, if eligible

See pages 21–23 to determine if you, your spouse, or your children are eligible for benefits.

**18**



# SECTION I – ELIGIBILITY

A.  Who's Eligible
B.  When Your Coverage Begins
C.  Enrolling in the Fund
D.  How to Determine Your Level of Benefits
E.  Your ID Cards
F.  Coordinating Your Benefits
G.  When Others Are Responsible for Your Illness or Injury
H.  When You Are on Workers' Compensation Leave
I.  When Your Benefits Stop
J.  Continuing Your Coverage
    • While Receiving Disability Benefits From Your Employer
    • While Participating in Training Programs
    • While Covered by the Job Security Fund
    • While on Workers' Compensation Leave
    • While Taking Family and Medical Leave (FMLA)
    • While Taking a Uniformed Services Leave
K.  Your COBRA Rights

**19**

## ELIGIBILITY RESOURCE GUIDE

## *Where To Call*

### Member Services Department
### (212) 541-9150
### www.1199nbf.org

#### Call Member Services:

- To check whether you are eligible to receive benefits;

- To find out your benefit level;

- To request any forms;

- To update the information on your enrollment form (address, phone number, dependents, etc.);

- To notify the Fund when you change employers;

- To report any errors on your ID cards;

- To notify the Fund when you're on Workers' Compensation leave, Disability, or FMLA leave; and/or

- To get the answers to any of your questions.

### COBRA Department
### (646) 473-6815

#### Call the COBRA Department:

- To apply for COBRA Continuation Coverage; and/or

- To get more information on COBRA.

## *Important Reminders*

- Enroll in the Fund to be eligible for benefits.

- Check the information on your ID cards and notify the Fund of any incorrect information immediately.

- Fill out all forms completely and attach all the documents required. Otherwise, your claim may be delayed or your benefits denied.

- Notify the Fund of any change of address, phone number, dependents, etc.

- Notify the Fund when you change employers in order for your coverage to continue.

- File a **Recertification Form** every year if your child is eligible to receive benefits after age 19 (see page 22).

- File a **Certification Form** every year if your child is disabled and eligible to receive benefits after age 19 (see page 23).

- To protect your benefits, contact the Fund immediately if you are not working due to a Workers' Compensation leave, Disability or FMLA leave.

- Let the Fund know of any change that will affect your right to COBRA Continuation Coverage.

- Call the Fund if you want to continue your Life Insurance after your coverage ends.

# Section I. A
# WHO'S ELIGIBLE

## YOU

You are eligible to participate in the 1199SEIU Greater New York Benefit Fund if:

• You work for a Contributing Employer who is making contributions to the Fund on your behalf based on your employment for the benefits in this Summary Plan Description;

*and*

• You have completed the waiting period specified in your employer's collective bargaining agreement (in most cases 90 days).

You may also be eligible for benefits if:

• You are eligible to receive COBRA Continuation Coverage and you comply with the Notice Requirements and make the monthly payments required to keep this coverage (see page 43);

*or*

• You are a retiree eligible for specified retiree health benefits (see Section VI, Retiree Health Benefits, page 109).

## SPECIAL ELIGIBILITY RULE FOR LEGAL BENEFITS

If you were a participant in the 1115 Legal Fund prior to January 1, 2005, and are in a bargaining unit of an Employer that only contributes to this Fund for the Legal Benefit, you are eligible for the Legal Benefit only. You are not eligible to receive any other benefits described in this SPD.

Effective August 1, 2006, 1199SEIU members employed by New Jersey contributing employers will no longer be eligible for health benefits described in this SPD.

## YOUR SPOUSE

Your **spouse** may be eligible if:

• You and your spouse are legally married;

*and*

• You are eligible for family coverage, based on your Eligibility Class (see page 27).

If you and your spouse are legally divorced or legally separated, your spouse is not covered by the Fund, unless required by court order.

**21**

## YOUR CHILDREN

Your children are eligible up to their 19th birthday if all the following conditions are met:

- They are your biological children;

  *or*

- They are your legally adopted children (coverage for legally-adopted children starts from placement);

  *and*

- They are dependent on you for their full support and are living permanently with you, or an appropriate court issues a qualified medical child support order which provides otherwise (see box);

- They are not married; and

- You are eligible for family coverage, based on your Eligibility Class (see page 27).

Your stepchildren, foster children and grandchildren **are not** covered by the Fund.

## AFTER YOUR CHILD REACHES AGE 19

Your child's coverage may be continued from your child's 19th birthday up to his or her 23rd birthday if:

- He or she is a full-time matriculated student attending college, not married, not working full time, living at home or school, and totally dependent on you for support;

  *and*

- You file a properly completed Dependent Recertification Form, along with proof that your child is a full-time student, with the Fund when your child turns age 19 and each year after that until your child's 23rd birthday.

Your child is **not** a dependent if he or she:

- Lives outside of the United States;

  *or*

- Is in the military or similar forces of any country or subdivision thereof.

**22**

## CHILDREN WITH DISABILITIES

If your child is disabled, as described below, coverage for your child may continue after age 19 if all of the following additional conditions are met:

- There is no other coverage available from either a government agency or through a special organization; and

- Your child is not married; and

- Your child became disabled before age 19; and

- You file a properly completed Disability Certification Form with the Fund each year after your child reaches age 19.

Your child is disabled if the Trustees determine in their discretion that your child lacks the ability to engage in any substantial gainful activity due to any physical or mental impairment that is verified by a physician and is expected to last for a continuous period of not less than 12 months or to result in death.

## QUALIFIED MEDICAL CHILD SUPPORT ORDER

The Fund will comply with the terms of any Qualified Medical Child Support Order (QMCSO), as the term is defined in the Employee Retirement Income Security Act (ERISA) of 1974, as amended.

A QMCSO may require the Fund to make coverage available to your child even though the child is not, for income tax purposes or Fund purposes, your legal dependent, because of separation or divorce.

In order to be a qualified order, the medical child support order must:

- Be issued by a court or authorized state agency;

- Clearly specify the alternate recipient;

- Reasonably describe the type of coverage to be provided to such alternate recipient;

- Clearly state the period to which such order applies, and

- Indicate the name and last known address of the member who is required to provide the coverage and the name and mailing address of each child covered by the order.

*The Plan Administrator will determine the qualified status of a medical child support order in accordance with the Fund's written procedures. A copy of these procedures is available, without charge, from the Fund office.*

# Section I. B
# WHEN YOUR COVERAGE BEGINS

## IF YOU ARE A NEW EMPLOYEE

You can start receiving benefits from the Fund after:

- You are hired by a Contributing Employer already participating in the Fund;

- You have enrolled in the Fund;

  *and*

- You have completed the waiting period specified in your employer's collective bargaining agreement (in most cases 90 days) and your employer has made 30 consecutive days of contributions to the Fund based on your employment;

  *or*

- On the first day of the month following 30 consecutive days of employer contributions made to the Fund based upon your employment.

## IF YOU ARE A NEWLY-ORGANIZED EMPLOYEE

Your coverage begins after:

- You have enrolled in the Fund;

  *and*

- Your employer starts making contributions on your behalf as specified in your employer's collective bargaining agreement.

## IF YOU CHANGE JOBS OR RETURN TO WORK AFTER A LEAVE

If you stop working for one Contributing Employer and begin working for another Contributing Employer, or return to work for a Contributing Employer after an unpaid leave of absence:

- **Within 45 days**, you will have no break in your coverage;

- **After 45 days but within six months**, your benefits will start 30 days after you have been working for your new contributing employer;

- **After six months**, you must meet the same requirements as a new employee.

*You must let the Fund know that you have changed employers or returned to work from a leave in order for your coverage to begin again.*

## IF YOU HAVE FAMILY COVERAGE

Coverage for your spouse and/or your children starts at the same time your coverage begins if:

- They are eligible to receive benefits; and

- Your benefit level is Eligibility Class I or Eligibility Class II (see pages 27-28).

**24**

## Section I. C
# ENROLLING IN THE FUND

### TO GET YOUR BENEFITS, YOU MUST FIRST ENROLL

You must fill out an **Enrollment Form** and send it to the Fund before you will be eligible for benefits.

To enroll in the Fund:

- Get an **Enrollment Form** from the Fund office, by calling the Member Services Department at (212) 541-9150 or by visiting our website at www.1199nbf.org.

- Completely fill out the form (including the Life Insurance beneficiary section).

The form will ask for information about you and your family, including:

- Your name
- Your address
- Your social security number
- Your birth date
- Your marital status
- The names, birth dates and social security numbers of each member of your family
- The name and address of your designated beneficiary
- Your spouse's employer
- Information on other insurance coverage.

- Sign and date the form.

- Include copies of a birth certificate for you, your spouse and your eligible children to be covered, and a marriage certificate if you are enrolling your spouse.

- Send the form and any related documents to the Fund's Eligibility Department immediately.

The Fund will not be able to process your Enrollment Form if you do not include all the information and documents required. That means you will not be eligible to receive benefits.

### LET THE FUND KNOW OF ANY CHANGES

Your claims will be processed faster—and you will receive your benefits more quickly—if the Fund has up-to-date information on you and your family.

You must notify the Fund when:

- You move;
- You get married;
- You are divorced or legally separated;
- You have a new baby;
- Your child reaches age 19;
- A family member covered by the Fund dies;
- You want to change your beneficiary; and/or
- You change employers.

**25**

Fill out an **Enrollment Change Card** and send it to the Fund's Eligibility Department so that your records can be updated.

Remember to send copies of all the documents needed by the Fund, including:

- Birth certificate(s);

- Adoption papers;

- A marriage certificate if you are adding your spouse;

- Your separation or divorce papers if you are separated or divorced;

- Any other documents required by the Fund.

An English translation certified to be accurate must accompany all foreign documents.

*All information appearing on your Enrollment Form is for Fund use only and will not be released to any third party, except where necessary for the administration and operation of the Fund, or where otherwise required by law.*

**26**

# Section I. D
# HOW TO DETERMINE YOUR LEVEL OF BENEFITS

### THE BENEFITS YOU RECEIVE ARE BASED ON THE NUMBER OF HOURS YOU WORK EACH WEEK

The Fund has three levels of benefits called "Eligibility Classes." Your Eligibility Class is based on the average number of hours you work each week.

Your employer reports the hours for which you are paid each week (including paid sick leave, vacation, holidays and other *paid* leave) to the Fund. To determine your Eligibility Class, the Fund then averages your weekly hours over the 16-week period immediately preceding the date your claim was incurred by you or a covered member of your family.

### Eligibility Class I – Family Coverage

If you work full-time, your benefit level is normally Eligibility Class I. A full-time work schedule is 35 hours per week or more. If you are in Eligibility Class I, you are eligible for family coverage. This means that you, your spouse and your children, if eligible, can receive benefits from the Fund.

If you work part-time, your benefit level is either:

### Eligibility Class II – Family Coverage

If you work part-time, on average more than 60%, but less than 100%, of a full-time schedule **(three or four days per week)** your benefit level is normally Eligibility Class II. This generally means that you work more than 21 hours and *less* than 35 hours per week. It also means that you are eligible for family coverage. This means that you, your spouse and your children, if eligible, can receive benefits from the Fund.

### Eligibility Class III – Member Only Coverage

If you work on average more than 20%, but less than 60%, of a full-time schedule **(one or two days per week)**, your benefit level is normally Eligibility Class III. This generally means that you work more than 7 hours, but *less* than 21 hours per week. If you are in Eligibility Class III, only you (the Member) can receive limited benefits. Your spouse and your children are *not* eligible for coverage from the Fund.

See pages 11–17 for an overview of your benefits.

### ■ NOTE

*Certain part-timers will continue to receive the benefit level they were entitled to as long as they continue to satisfy the eligibility requirements they were subject to before June 1, 2002.*

**IF YOU WORK FOR MORE
THAN ONE CONTRIBUTING
EMPLOYER**

Your hours from all Contributing
Employers are combined to determine
your Eligibility Class.  However, you
can receive no more than the maxi-
mum benefit allowed by the Fund's
Schedule of Allowances.

## MAXIMUM LIFETIME BENEFIT

As a Member Choice participant, the maximum amount of benefits that you and
each member of your Family can receive during your lifetime is $500,000.  This
does not include payments for Life Insurance, Accidental Death and Dismem-
berment Insurance, or Camp or Scholarship benefits.

This lifetime maximum applies to all benefits paid on your behalf, or for a mem-
ber of your family, even if:

- You work for more than one Contributing Employer;

- You stop working for a Contributing Employer and go to work for another
  Contributing Employer at a later date; and

- Both you and your spouse are members and claim each other or a child as
  a dependent.

## MAXIMUM BENEFIT FOR NEWBORN CARE

The Fund pays benefits for medically necessary treatment according to the
Fund's Schedule of Allowances, up to a maximum of $100,000 for all benefits
within the first twelve (12) months after your child is born.  No additional bene-
fits above this amount will be considered to the extent that there are benefits
available from any other sources.

**28**

# Section I. E
# YOUR ID CARDS

If you are eligible for benefits and have enrolled in the Fund, you will receive one or more ID cards:

- **A Health Services ID card; and**

- **A Member Choice ID card**

Call the Fund's Member Services Department at (212) 541-9150 if you have any problems with your ID cards, including:

- You did not receive your card(s);

- Your card is lost or stolen;

- Your name is not spelled correctly; and/or

- Your spouse and/or children's name(s) are not listed correctly.

**If you are no longer eligible for benefits, you may not use any ID card from the Fund, regardless of any expiration date that may appear on the card. If you do, you will be personally responsible for all charges.**

Your ID cards are for use by you and your eligible dependents only. You should not allow anyone else to use your ID cards to obtain Fund benefits. If you do, the Fund will deny payment and you may be personally responsible to the provider for the charges. If the Fund has already paid for these benefits, you will have to reimburse the Fund. The Fund may deny benefits to you and your eligible dependents and/or may initiate civil or criminal actions against you until you repay the Fund.

**If you suspect that someone is using a Health ID card fraudulently, call the Fund's Fraud and Abuse Hotline at (646) 473-6148.**

# Section I. F
# COORDINATING YOUR BENEFITS

When you, your spouse or your children are covered by more than one group health plan, the two plans share the cost of your family's health coverage by "coordinating" benefits.

Here's how it works:

- One plan is determined to be **primary**. It makes the **first** payment on your claim.

- The other plan is secondary. It may pay an additional amount, according to the terms of that plan.

If the Fund is:

- **Primary**, it will pay your claim in accordance with its Schedule of Allowances and the rules set forth in this Summary Plan Document.

- **Secondary**, the total amount paid by both plans shall not be more than the Trustees determine as the maximum allowable cost for the medically necessary care provided or 100% of the actual expenses, whichever is less. In no event will the Fund pay more than its Schedule of Allowances.

## WHEN YOU ARE COVERED AS AN EMPLOYEE BY MORE THAN ONE PLAN

The coverage that has been in place the longest will be your primary insurer. However, if you are enrolled in a Health Maintenance Organization (HMO) or any other paid-in-full plan, you must use the benefits provided by that plan. If the Benefit Fund is the secondary coverage, we will provide only for those benefits that are not provided by the primary plan.

## WHEN YOU ARE COVERED BY MORE THAN ONE EMPLOYER PARTICIPATING IN THE BENEFIT FUND

The total amount paid shall not be more than the Trustees determine as the maximum allowable cost for the medically necessary care provided or 100% of the actual expenses, whichever is less.

## WHEN YOU AND YOUR SPOUSE ARE BOTH COVERED BY THE FUND

If you and your spouse are both covered by the Fund:

- Each of you may claim the other and your children as dependents; and

- The total amount paid shall not be more than the Trustees determine as the maximum allowable cost for the medically necessary care provided or 100% of the actual expenses, whichever is less.

## WHEN YOU AND YOUR SPOUSE ARE COVERED BY DIFFERENT PLANS

When your spouse is covered by another plan, or benefit coverage is

**30**

available through your spouse's employer, the Fund will coordinate payment of your benefits with that Plan.

For your care:

- The Fund is the **primary** payer. It makes the first payment on your claim.

- Your spouse's plan is your secondary payer. It may cover any remaining balance, according to the terms of that plan.

For your spouse's care:

- Your spouse's plan is the **primary** payer.

- The Fund is your spouse's **secondary** payer.

When submitting a claim for your spouse's care, you must include a statement from your spouse's plan showing what action they have taken.

### IF BENEFIT COVERAGE IS AVAILABLE THROUGH YOUR SPOUSE'S EMPLOYER OR IF YOUR SPOUSE IS SELF-EMPLOYED, YOUR SPOUSE MUST:

- Enroll in that employer's benefit plan

  *or*

- Purchase insurance if self-employed, as defined by the Plan Administrator;

- Choose coverage at least for himself or herself; and

- Pay any premiums required by the plan to maintain this insurance.

The Fund will only pay benefits up to the amount the Fund would have paid as a secondary insurer if your spouse had been covered by his or her employer's plan. You and your spouse will have to pay any charges not paid by the 1199SEIU Greater New York Benefit Fund and your spouse's employer's plan.

### WHEN CHILDREN ARE COVERED BY BOTH PARENTS

If you and your spouse both have dependent coverage, benefits for your children are coordinated as follows:

- The **primary** payer is the plan of the **parent whose birthday is earliest in the year**.

- The other parent's plan is the secondary payer.

### ■ EXAMPLE:

*The mother's birthday is March 11th and the father's birthday is July 10th. Since the mother's birthday is earlier than the father's birthday, her plan is the primary payer for her children's benefits.*

In the case of a divorce or separation, these rules will continue to apply except where a court order requires otherwise.

### WHEN COVERED BY AN HMO, PAID-IN-FULL OR PRE-PAID PLAN

If your spouse and/or your children are enrolled in a Health Maintenance Organization (HMO) or any other paid-in-full plan, **they must use the benefits provided by that plan.**

The Fund will provide coverage only for those benefits which are not provided by that plan.

**31**

## WHEN YOU ARE COVERED BY MEDICARE

The Fund is the primary payer for working members and their spouses age 65 and over who may be covered by Medicare. You will be eligible for the same coverage as any other working member or spouse.

However, you or your spouse may want to sign up for Medicare Part A and Part B as well. That way, Medicare will become your secondary payer.

This means that after the Fund pays benefits for your covered expenses, you may submit a claim for any unpaid balances to Medicare to be considered.

If you prefer, you may elect to end your coverage under the Fund and elect to have Medicare as your only insurance. However, if you elect this option, the Fund may not provide any benefits that supplement those provided under Medicare.

## MEDICARE AND END STAGE RENAL DISEASE (ESRD)

In the case of an individual entitled to Medicare benefits on the basis of end stage renal disease (ESRD), the Fund will be the primary payer of benefits only for the period required by law. Thereafter, the Fund will be secondary to Medicare.

To protect your benefits, you must enroll in Medicare Part A and Part B immediately upon becoming entitled to Medicare benefits.

**32**

## Section I. G

# WHEN OTHERS ARE RESPONSIBLE FOR YOUR ILLNESS OR INJURY

If someone else is responsible for your illness or injury, for example, because of an accident, you may be able to recover money from that person, his or her insurance company, an uninsured motorist fund, or no-fault insurance carrier. **Expenses, such as hospital, medical, prescription or other services resulting from such an illness or injury caused by the conduct of a third-party are** *not covered* **by this Plan.**

However, the Plan Administrator recognizes that often the responsibility for injuries or illness is disputed. Therefore, in certain cases, as a service to you and if you follow the required procedures, the Fund may advance benefit payments to you, or on your behalf, before the dispute is resolved.

When another party is responsible for an illness or injury, the Plan Administrator has rights to recover the full amount it has paid or will pay related to any claims which you may have against any person or entity. This means you are assigning your rights in any recovery to the Fund to the extent of the Fund's payments on your behalf. The Fund's right to recover the payments comes before you can recover. Therefore, the Fund has an independent right to bring an action in connec-

tion with such an injury or illness in your name and also has a right to intervene in any such action brought by you. It also means that the Fund has an equitable lien on the proceeds of any verdict or settlement reached in a lawsuit that you bring against someone for causing an illness or injury, when the Fund has paid for costs arising from that person's actions. The Fund has a right to be repaid from those proceeds. You must notify the Fund of any accident or injury for which someone else may be responsible. Further, the Fund must be notified of initiation of any lawsuit arising out of the accident or incident.

You are required to provide the Fund with any and all information and to execute and deliver all necessary documents as the Plan Administrator may require to enforce the Fund's rights. Once the Fund learns that another party may be responsible, you must sign an agreement (or a "lien") affirming the Fund's rights with respect to benefit payments and claims. Benefit payments are not payable until this agreement is signed and received by the Fund.

If you receive payments from or on behalf of the party *responsible for an illness or injury, the Fund* must be repaid from those payments. You must repay the Fund regardless of whether the total amount of the recovery is less than the actual loss and even if the party does not admit responsibility, itemize the payments, or identify

**33**

payments as medical expenses. You cannot reduce the amount of the Fund's payments to pay for attorneys' fees incurred to obtain payments from the responsible party. The Fund's rights provide the Fund with first priority to any and all recovery in connection with the injury or illness. The Fund has these rights without regard to whether you have been "made-whole."

If you fail or refuse to sign a lien or to comply with these terms, the Plan Administrator may suspend your eligibility for benefits and/or recovery from providers' money paid to them, until the Fund is fully repaid. In addition, the Plan Administrator may bring a court action against you to enforce the terms of the Plan.

By accepting the Fund's payments, you are consenting to a constructive trust being placed on the amount owed to the Fund out of any proceeds.

### WHEN MOTOR VEHICLE OR NO-FAULT INSURANCE PROVIDES COVERAGE

This provision is expressly intended to avoid the possibility that this Plan will be primary to coverage that is available under motor vehicle or no-fault insurance.

**This Plan is *secondary* to:**

• Coverage provided under any "no-fault" provision of any motor vehicle insurance statute or similar statute;

*and*

• Coverage provided under motor vehicle insurance which provides

for health insurance protection, even if you (your spouse or your covered children) select coverage under the motor vehicle insurance as secondary.

### ■ NOTE

*All remedies and appeals must be exhausted through your No-Fault Carrier before the Fund will consider any payments on a primary basis.*

In the event that the Fund pays benefits that should have been paid by the no-fault insurer, you are obligated to reimburse the Fund for the amount advanced on your behalf from any monetary recovery from any person or entity responsible for the injury or illness.

### WHEN MOTOR VEHICLE OR NO-FAULT INSURANCE DENIES COVERAGE

Before the Fund will provide benefits, you must exhaust all of your benefits under your no-fault insurance.

If the no-fault insurer denies your claim for benefits, you are required to appeal this denial to your no-fault carrier. You must provide proof to the Fund that you have exhausted the no-fault appeals process before the Fund will consider payment in accordance with its schedule of fees and allowances.

**34**

## Section I. H

# WHEN YOU ARE ON WORKERS' COMPENSATION LEAVE

If you are injured at work or suffer from a work-related illness, you are covered by Workers' Compensation which is provided by your employer. This includes coverage for health care costs, loss of wages, and lump-sum payments for permanent injuries.

*You must file a Workers' Compensation claim with your employer. Otherwise, you will jeopardize your rights to Workers' Compensation and your benefits from the Fund for yourself and your eligible family. Call the Fund at (212) 541-9150 if you need assistance.*

### WHAT WORKERS' COMPENSATION COVERS

You are covered for Workers' Compensation when you have an injury or illness as a result of your job which:

- Prevents you from working for more than 14 days

- Causes a permanent defect, whether or not you lose time from work.

Workers' Compensation Benefits include:

- Weekly disability payments

- Lump-sum payments for permanent injuries

- Medical expenses

- Coverage for drugs and appliances

- Carfare to and from the doctor's office or hospital.

Remember to get receipts for all services and send them to your employer's Workers' Compensation insurer.

### WHAT THE FUND COVERS

In most cases, the Fund will not cover any health care costs due to a work-related illness or injury.

However, the Fund will continue to cover you and your Family for benefits **not related to the job injury or illness** while you are receiving Workers' Compensation benefits, up to a maximum of 26 weeks.

If you cannot go back to work after 26 weeks, your coverage through the Fund will end. However, you may be eligible to receive certain benefits under COBRA continuation coverage (see page 37).

### PROTECT YOUR BENEFITS WHILE ON WORKERS' COMPENSATION

#### File a Claim with Workers' Compensation

1. Report your accident or work-related incident to your employer *immediately*.

2. Get a Workers' Compensation Incident Form from your employer and file a Workers' Compensation claim.

**35**

**3.** Submit proof to the Fund that you are receiving Workers' Compensation benefits. Forms of proof that are acceptable include a copy of a Workers' Compensation check stub or a statement from your insurance carrier showing the period of coverage and amount paid. The Fund determines your eligibility for benefits based on your hours worked, which is reported by your employer. If no hours have been reported for you, your coverage may be suspended because the Fund does not know that you are on Workers' Compensation.

**4.** Continue to send copies of any correspondence you receive in connection with your Workers' Compensation claim to the Fund's Eligibility Department, including a Workers' Compensation Form C8, which indicates that your benefits have been stopped or modified. This will help the Fund in keeping up-to-date on the status of your Workers' Compensation claim.

**5.** If your Workers' Compensation claim is denied or disputed, notify the Fund immediately at (212) 541-9150.

## NEED HELP AND ADVICE ON YOUR WORKERS' COMPENSATION CLAIM? CALL THE FUND

**Within 18 days after your claim is filed**, your employer's insurance company must, by law, either:

• Send you a check

*or*

• Notify you that your claim is being questioned or contested.

Call the Fund if:

• You do not hear from the insurance company within 21 days

• You are called for an examination or hearing

• Your claim is rejected or disputed

• You need help in filing your claim

• You need a referral to a qualified attorney.

## Section I. I
# WHEN YOUR BENEFITS STOP

**If you are no longer employed by a Contributing Employer, if you stop working, or if your employer is not obligated to make payments to the Fund on your behalf:**

- Dental benefits end immediately.

- All other benefits end 30 days after the last day on which your employer is required to make contributions to the Fund* on your behalf, unless your benefits are continued as described on pages 40-42 or in the Retiree Health Benefits section beginning on page 107.

*This may include contributions for severance or other wages paid to you, such as vacation, etc.*

**If your employer continuously fails to make contributions** and is excessively delinquent in making contributions on your behalf, the Trustees have the right to terminate coverage. If this occurs, you will be notified and your employer may be liable in a civil action for the full amount of the benefits you lose, along with court costs.

**If the collective bargaining agreement between your employer and 1199SEIU expires** and if 1199SEIU and your employer reach an impasse in negotiations, your benefits may also be terminated if your employer stops making contributions on your behalf.

## IF YOU ARE ON DISABILITY OR WORKERS' COMPENSATION LEAVE

Unless you return to work immediately, all of your Fund benefits will end:

- On the last day of your Disability benefits, up to a maximum of 26 weeks within a 52-week period;

  *or*

- On the last day of your Workers' Compensation benefits, up to a maximum of 26 weeks within a 52-week period.

If you are unable to return to work after your disability leave or after 26 weeks of Workers' Compensation leave, call the Fund's COBRA Department at (212) 541-9150. See pages 43 through 48 for more information on COBRA continuation coverage.

## WHEN YOU RETURN TO WORK

If you stop working for one Contributing Employer and begin working for another Contributing Employer, or return to work for a Contributing Employer after a leave:

- **Within 45 days**, you will have no break in your coverage

- **After 45 days but within six (6) months**, your benefits will start 30 days after you have been working for your new contributing employer

- **After six (6) months**, you must meet the same requirements as a new employee.

**37**

You must let the Fund know that you have returned to work in order for your coverage to continue.

## YOUR HIPAA RIGHTS

When your Fund coverage ends, a federal law—**the Health Insurance Portability and Accountability Act (HIPAA)**—protects you if your new health plan excludes pre-existing conditions.

When your Fund coverage ends, under HIPAA you and/or your Dependents are entitled by law to, and will be provided with, a Certificate of Creditable Coverage. Certificates of Creditable Coverage indicate the period of time you and/or your Dependents were covered under the Fund (including COBRA coverage), as well as certain additional information required by law. The Certificate of Creditable Coverage may be necessary if you and/or your Dependents become eligible for coverage under another group health plan, or if you buy a health insurance policy within 63 days after your coverage under this Fund ends (including COBRA coverage). The Certificate of Creditable Coverage is necessary because it may reduce any exclusion for pre-existing coverage periods that may apply to you and/or your Dependents under the new group health plan or health insurance policy.

The Certificate of Creditable Coverage will be provided to you shortly after this Fund knows, or has reason to know, that coverage (including COBRA coverage) has ended. The Certificate of Creditable Coverage will also be provided once the Fund Office

receives a written request, provided that the request is received within two (2) years after the later of the date your coverage under the Fund ended or the date your COBRA coverage ended.

Accordingly, the Fund will provide you with Certificates of Creditable Coverage showing when you were covered by the Fund:

- on your request, within 24 months after your Fund coverage ceases;
- when you are entitled to elect COBRA (see page 43);
- when your coverage terminates, even if you are not entitled to COBRA (see page 43), and
- when your COBRA coverage ceases.

You should retain these Certificates of Creditable Coverage as proof of prior coverage for your new health plan. For further information, call the Member Services Department of the Fund at (212) 541-9150.

## PRIVACY OF PROTECTED HEALTH INFORMATION

HIPAA also imposes certain confidentiality and security obligations on the Fund with respect to medical records and other individually identifiable health information used or disclosed by the Fund. HIPAA also gives you rights with respect to your health information, including certain rights to receive copies of the health information that the Fund maintains about you, and knowing how your health information may be used. A complete description of how the Fund uses your

**38**

health information, and your other rights under HIPAA's privacy rules is available in the Fund's "Notice of Privacy Practices," which is distributed to all named participants. Anyone may request an additional copy of this Notice by contacting the Fund office.

# Section I. J
# CONTINUING YOUR COVERAGE

## WHILE RECEIVING DISABILITY BENEFITS FROM YOUR EMPLOYER

You need to contact the Fund within 30 days when you are not working due to a disability, Workers' Compensation, FMLA or Uniformed Services Leave. Call the Fund's Member Services Department at (212) 541-9150 to find out which forms need to be filed with the Fund.

**Here's why:** The Fund determines your eligibility for benefits based on hours reported by your employer. If you have not worked any hours, then your coverage may be put in jeopardy because the Fund does not know that you are on an authorized leave.

## Protect Your Disability and Health Benefits

While you are receiving disability benefits from your employer, you and your family are still eligible for the same Fund coverage you had before your disability. This coverage continues for a maximum of 26 weeks.

It is important that you notify the Fund within 31 days of your illness or injury. Otherwise, you may jeopardize your health benefits.

## Call the Fund When You Return to Work

Remember to let the Fund know when you go back to work after being on disability leave. This way, the Fund can update its records and determine your eligibility for benefits.

## If Your Disability Continues

If your disability continues beyond the maximum 26-week period, your coverage through the Fund will stop immediately. (See COBRA continuation coverage, page 43.)

However, you may be eligible for other benefits provided by governmental agencies. Call the Fund at (212) 541-9150 for more information and advice on how to file a claim for this aid.

### ■ NOTE

*The Fund does not provide disability benefits, including payment for your lost wages.*

## WHILE PARTICIPATING IN TRAINING PROGRAMS

You may continue to be covered by the Fund when you participate in a training program through the 1199SEIU Greater New York Education Fund.

For more information on the various programs offered by the Greater New York Education Fund, call (212) 494-0534 or visit the website at www.1199etjsp.org.

**40**

## WHILE COVERED BY THE JOB SECURITY FUND (JSF)

You may continue to be covered by the Fund when you participate in the Greater New York Job Security Fund, which makes contributions on your behalf.

## WHILE ON WORKERS' COMPENSATION LEAVE

If you are injured at work or suffer from a work-related illness, you are covered by Workers' Compensation, which is provided by your employer. This includes coverage for health care costs and loss of wages.

In most cases, the Fund will not provide any coverage for a work-related illness or injury.

However, the Fund will:

• Continue to cover you and your family for benefits **not related to the job injury or illness** while you are receiving Workers' Compensation benefits, up to a maximum of 26 weeks.

If you can't go back to work after 26 weeks, your coverage through the Fund will end. However, you can continue to receive health benefits under COBRA continuation coverage. (see page 43).

*For more information, see pages 35-36.*

## WHILE TAKING FAMILY AND MEDICAL LEAVE (FMLA)

The Family and Medical Leave Act of 1993 (FMLA) provides that the Fund—upon proper notification from your employer—will extend eligibility for you and your dependents for up to 12 weeks, under certain conditions.

You are entitled to an FMLA extension if you are a member and experience a FMLA "qualifying event":

• For the birth of your child and to care for the baby

• When you adopt a child or become a foster parent

• To care for your spouse, your child or your parent who has a serious health condition (but not your mother-in-law/father-in-law)

• When you have a serious health condition that keeps you from doing your job.

FMLA defines a serious health condition to include an injury, illness, impairment, or physical or mental condition that involves inpatient hospital care or continuing treatment by a health care provider.

If you are eligible for FMLA leave for one of the above qualifying family and medical reasons, you may receive up to twelve (12) work weeks of unpaid leave during a twelve (12) month period. During this leave, you are entitled to receive continued health coverage under the Fund under the same terms and conditions as if you had continued to work.

If you return to work with the required number of hours or more hours in your first full month after your FMLA leave ends, there is no lapse in coverage.

To be eligible for continued benefit coverage during your FMLA leave, your employer must notify the Fund that you have been approved for FMLA leave.

**41**

*Your employer—not the Fund—has the sole responsibility for determining whether you are granted leave under FMLA.*

*FMLA legislation was enacted to provide for temporary leave in situations where an employee intends to return to work when your FMLA leave ends. If you do not return to work, you may owe your employer for the costs that were paid on your behalf over any period of time where coverage was extended solely on the basis of your FMLA leave.*

## WHILE TAKING A UNIFORMED SERVICES LEAVE

Under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), if your coverage under the Fund ends because of your service in the U.S. uniformed services, your medical coverage will be reinstated for you, your spouse and your children when you return to work with your employer without any waiting periods.

If you take a leave of absence under USERRA, health care coverage under the Plan will be continued for up to 31 days of active duty. If active duty continues for more than 31 days, coverage may be continued at your election and expense for up to 24 months (or such other period of time required by law). This continuation right operates similarly to COBRA. See the section in this booklet on pages 43 through 48 for a full explanation of the COBRA coverage provisions.

When you are discharged from service in the U.S. uniformed services (not less than honorably), your full eligibility will be reinstated on the day you return to work with a Contributing Employer, provided that you return to work within ninety (90) days from the date of discharge if the period of military service was more than one hundred eighty (180) days, or within fourteen (14) days from the date of discharge if service was more than thirty (30) days but less than one hundred eighty (180) days, or at the beginning of the first full regularly scheduled working period on the first calendar day following discharge if the period of service was less than thirty-one (31) days.  If you are hospitalized or convalescing from an injury caused by active duty, these time limits are extended for up to two (2) years. Contact the Fund Office if you have any questions regarding coverage during a military leave.

The Fund may apply exclusions and/or waiting periods permitted by law, including for any disabilities that the Veterans Administration (VA) has determined to be service-related.  This includes any injury or illness found by the VA to have been incurred in, or aggravated during, the performance of service in U.S. uniformed service.

42

# Section I. K
# YOUR COBRA RIGHTS

Under the federal law commonly known as COBRA, you, your spouse and your children have the option of extending your **group health care** coverage for a limited period of time in certain instances where group health coverage under the Fund would otherwise end (called a **qualifying event**). A qualified beneficiary is someone who will lose group health coverage under the Fund because of a qualifying event.

Continuation coverage is available on a **self-pay** basis. This means that you, your spouse and your children **pay monthly premiums** directly to the Fund to continue your group health coverage.

This section summarizes your rights and obligations regarding COBRA continuation coverage. You and your spouse should read it carefully. For more information, contact the Fund's COBRA department at (646) 473-6815.

If you elect to continue your coverage, you, your spouse and/or your children will receive the same health coverage that you were receiving right before you lost your coverage. This may include hospital, medical, surgical, dental, vision and prescription coverage. However, note that Life Insurance, Accidental Death and Dismemberment Insurance, Burial, Camp, Scholarship, and Legal Benefits are not covered by COBRA continuation coverage.

In addition, a child born to or placed for adoption with you while you are receiving COBRA continuation coverage will also be covered for benefits by the Fund. The maximum coverage period for such child is measured from the same date as for other qualified beneficiaries with respect to the same qualifying event (and not from the date of the child's birth or adoption).

## WHEN AND HOW LONG YOU'RE COVERED

How long you, your spouse and your children can extend health coverage will depend upon the nature of the qualifying event.

## 18 MONTHS COVERAGE – YOU, YOUR SPOUSE, YOUR ELIGIBLE CHILDREN

You, your spouse and your eligible children may have the right to elect COBRA continuation coverage for a **maximum of 18 months** if coverage is lost as a result of one of the following qualifying events:

- The number of hours you work is reduced, resulting in a change in your Eligibility Class;

  *or*

- Your employment is terminated for reasons other than gross misconduct on your part.

Note that when the qualifying event is the end of employment or reduction of your hours of employment, and you

**43**

became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for your spouse and eligible children can last up to 36 months after the date of Medicare entitlement.

Being on a Family and Medical Leave of Absence (see page 41) is not a qualifying event for COBRA. If you do not return to work, you will be considered to have left your job, which may lead to a qualifying event.

You may be eligible for COBRA continuation coverage if you lose your Fund coverage because your employer has filed a Title 11 bankruptcy proceeding. Please contact the Plan Administrator if this occurs.

## 36 MONTHS COVERAGE – YOUR SPOUSE

Under certain circumstances, your spouse may have the right to elect COBRA continuation coverage for a **maximum of 36 months**. These include a loss of coverage because:

- You die;

   *or*

- You and your spouse become divorced or legally separated;

   *or*

- You become entitled to Medicare.

## 36 MONTHS COVERAGE – YOUR ELIGIBLE CHILDREN

Under certain circumstances, your eligible children may have the right to elect COBRA continuation coverage for a **maximum of 36 months**.

These include loss of coverage because:

- You die;

   *or*

- You and your spouse become divorced or legally separated;

   *or*

- Your child ceases to be an eligible dependent;

   *or*

- You become entitled to Medicare.

## EXTENDED COVERAGE

### Second Qualifying Event Extension

Additional qualifying events can occur while continuation coverage is in effect. If your family experiences another qualifying event while receiving 18 months (or in the case of a disability extension, 29 months) of COBRA continuation coverage, the spouse and children receiving COBRA continuation coverage can get up to 18 additional months of COBRA continuation coverage, for a maximum of 36 months, if notice of the second qualifying event is properly given to the Fund.

This extension may be available to the spouse and any children receiving COBRA continuation coverage if:

- You die;
- You become entitled to Medicare;
- You get divorced or legally separated; or
- Your child stops being eligible as a dependent child;

**44**

but only if the additional qualifying event would have caused a loss of coverage had the initial qualifying event not occurred.

This extension due to a second qualifying event is available only if you notify the Fund of the second qualifying event within 60 days after the later of:

- The date of the second qualifying event

- The date on which the qualified beneficiary would have lost coverage as a result of the second qualifying event if it had occurred while the qualified beneficiary was still covered

    *or*

- The date on which the qualified beneficiary is informed of COBRA's requirements, through the furnishing of this SPD, of both the responsibility to provide and the procedures for providing notice of the second qualifying event.

### Disability Extension

If you, your spouse or a child covered under the Fund is determined by the Social Security Administration to be disabled and you notify the Fund in a timely fashion, you, your spouse and children may be entitled to an additional 11 months of COBRA continuation coverage, **for a total maximum of 29 months**. The disability must have started at some time before the 60th day of the initial 18-month continuation period and must

last at least until the end of the 18-month period of continuation coverage. (Note: If the disabled qualified beneficiary is a child born to or adopted by you during the initial 18-month continuation period, the child must be determined to be disabled during the first 60 days after the child was born or adopted.)

The disability extension is available only if you notify the Fund of the Social Security disability determination *within 60 days* after the later of:

- The date of the Social Security disability determination

- The date of the qualifying event

- The date on which the qualified beneficiary loses (or would lose) coverage as a result of the qualifying event

    *or*

- The date on which the qualified beneficiary is informed, through the furnishing of this SPD, of both the responsibility to provide and the procedures for providing notice of the Social Security's determination *but* before the end of the first 18 months of COBRA continuation coverage.

## YOU MUST NOTIFY THE FUND TO OBTAIN COBRA CONTINUATION COVERAGE

Under the law, **you, your spouse, or your children** are responsible for notifying the Fund if:

- You and your spouse are divorced or legally separated

**45**

• Your child is no longer an eligible dependent.

You must notify the Fund at (212) 541-9150 or at P.O. Box 1036, New York, NY 10108 within 60 days after the latest of (i) the date of the qualifying event; (ii) the date on which the qualified beneficiary loses (or would lose coverage) as a result of the qualifying event; and (iii) the date on which the qualified beneficiary is informed through the furnishing of this SPD, of both the responsibility to provide and the procedures for providing notice of a qualifying event.

**Your employer** is responsible for notifying the Fund **within 30 days** if coverage is lost because:

• Your hours or days are reduced

• Your employment terminates

• You become entitled to Medicare

• You die.

## INFORMING YOU OF YOUR RIGHTS

After the Fund is notified of your qualifying event, you will receive information on your COBRA rights. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

If you decide to elect COBRA coverage, you, your spouse, or your children have to notify the Fund of your decision **within 60 days** of the date (whichever is later) that:

• You would have lost your Fund coverage, including extensions

• You are notified by the Fund of your right to elect COBRA coverage.

In order for your election to be timely and valid, your election form must be:

• Actually received by the Fund office on or before the 60-day period noted above at P.O. Box 1036, New York, NY 10108

  *or*

• Mailed to the Fund office and postmarked on or before the 60-day period noted above.

If you or your spouse or dependent children do not choose COBRA continuation coverage in a timely manner, your group health coverage under the Fund will end as described in Section 1.I, and you will lose your right to elect continuation coverage.

Even if you decide not to receive COBRA coverage when you qualify, your spouse and each of your children, if eligible, have a right to choose this coverage.

In considering whether to elect continuation coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law. First, you may lose the right to avoid having pre-existing condition exclusions applied to you by other group health plans if you have more than a 63-day gap in health coverage, and election of continuation coverage may help you not have such a gap. Second, you may lose the guaranteed right to

**46**

purchase individual health insurance policies that do not impose such pre-existing condition exclusions if you do not get continuation coverage for the maximum time available to you.

With respect to other health plans, you should also take into account that you have special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event. You will also have the same special enrollment right at the end of continuation coverage if you get continuation coverage for the maximum time available to you.

## COST OF COBRA COVERAGE

**Each qualified beneficiary is required to pay the entire cost of COBRA continuation coverage.**

## WHEN COBRA COVERAGE ENDS

Your COBRA continuation coverage may end before the end of the applicable 18-, 29-, or 36-month coverage period when:

- Your employer ceases to be a contributing employer to the Fund, except under circumstances giving rise to a qualifying event for active employees
- The Fund is terminated
- Your premium for your coverage is not paid on time (within any applicable grace period)

- You, your spouse or your children get coverage under another group health plan which does not include a pre-existing condition clause that applies to you, your spouse or your children (as applicable)
- A qualified beneficiary becomes entitled to Medicare
- Coverage had been extended for up to 29 months due to a disability and there has been a final determination that the qualified beneficiary is no longer disabled.

Continuation coverage may also be terminated for any reason the Fund would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

Notice from one individual will satisfy the notice requirement for all related qualified beneficiaries affected by the same qualifying event.

If the Social Security Administration determines that the individual is no longer disabled, this extended period of COBRA coverage will end as of the last day of the month that begins more than 30 days after the SSA has determined that the individual is no longer disabled. The disabled individual or a family member is required to notify the Fund office within 30 days of any such determination.

You do not have to show that you are insurable to elect this continuation coverage. However, you must be eligible for coverage under the Fund to be eligible for COBRA continuation coverage. The Plan Administrator

**47**

reserves the right to end your COBRA continuation coverage retroactively if you are found to be ineligible for coverage.

Once your COBRA coverage has stopped for any reason, it can't be reinstated.

**Claims incurred by you will not be paid unless you have elected COBRA coverage and pay the premiums, as required by the Plan Administrator.**

This description of your COBRA rights is only a general summary of the law. The law itself must be consulted to determine how the law would apply in any particular circumstance.

If you have any questions about COBRA continuation coverage, please call the Fund at (646) 473-6815.

Remember to notify the Fund immediately if:

- You get married;
- You get divorced or legally separated;
- You or your spouse move; or
- Your child is no longer an eligible dependent.

## CONTINUING YOUR LIFE INSURANCE

Life Insurance is not covered by COBRA continuation coverage.

To continue your Life Insurance coverage, you may make payments directly if:

- You have been eligible for this coverage for at least one year; and
- You apply **within 30 days** after your Fund coverage ends.

## UPON YOUR DEATH

Upon your death, your spouse and eligible children will continue to receive benefits:

- While they are in the hospital;

  *or*

- For 30 days immediately following the date of your death.

The benefits they may receive are the same as would have been provided on the day before your death.

**48**



# SECTION II – YOUR HEALTH BENEFITS

A. Participating Providers
   - Member Choice
   - Panel Providers
B. Using Your Benefits Wisely
   - 1199SEIU CareReview
   - Ambulatory/Outpatient Surgery Pre-Certification Program
   - Managed Care Program for Behavioral Health
     (Mental Health and Alcohol/Substance Abuse)
   - Emergency Rooms Are for Emergencies
   - Care Management
   - Prenatal Care Program
   - Work-Site Screening and Treatment Programs
C. Inpatient Hospital Care
D. Emergency Room Care
E. Managed Care Program for Behavioral Health
   (Mental Health and Alcohol/Substance Abuse)
F. Surgery & Anesthesia
   - Ambulatory Surgery
G. Maternity Care
   - Prenatal Care Program
H. Medical Services
   - Doctor Visits
   - Lab & X-Ray
   - What's Not Covered
I. Services Requiring Prior Authorization
J. Vision Care
K. Dental Benefits
L. Prescription Drugs

**49**

# *Where To Call*

### Member Services (212) 541-9150 or (800) 556-2271

Call Member Services if you have any questions about your benefits, the programs or services offered by the Fund, or any procedures that need to be followed. The staff will either give you the information you need or refer you to someone who can provide you with the necessary information.

Also call for:

- A list of participating providers in your area;
- A list of Member Choice network hospitals;
- A copy of the Dental Program booklet;
- A list of participating dentists in your area;
- A list of Participating Pharmacies;
- A list of preferred drugs, also known as a Preferred Drug List (PDL).

### For Inpatient Hospital Stays 1199SEIU CareReview Program (800) 227-9360

Call the 1199SEIU CareReview Program:

- To pre-certify your hospital stay **before** going to the hospital for non-emergency care
- To pre-certify your inpatient acute physical rehabilitation
- To notify the Fund **within two business days** of an emergency admission

- For Prior Authorization of inpatient behavioral health (mental health or alcohol/substance abuse treatment)
- To pre-certify certain outpatient or ambulatory surgical procedures

### For Prior Authorization (646) 473-7446

Call for Prior Authorization if:

- You have questions about the treatment your doctor is recommending
- You require hospice care, home care, or home intravenous (IV) services
- You require certain diagnostic tests or certain outpatient treatments
- You require durable medical equipment, orthotics or prosthetics
- You need to get prior authorization for certain medications.

### For the Prenatal Program (646) 473-8962

Call to register with the Fund's Prenatal Care Program.

### For the Managed Care Program for Behavioral Health (Mental Health or Alcohol/Substance Abuse)

### Mental Health: (646) 473-7393 Alcohol and Substance Abuse: (646) 473-6900

Call to get help with a mental health or alcohol/substance abuse problem.

**You can also visit our website at www.1199nbf.org for forms, directories, and other information.**

## *Reminders*

- You can go to any doctor you choose, but if you use a Non-Participating doctor you can be billed and be responsible for whatever the doctor normally charges above the Fund's Schedule of Allowances.

- Call **1199SEIU CareReview before** your hospital stay for non-emergency care, or **within two business days** of an emergency admission; **otherwise, your benefits will be reduced**.

- Use the emergency room only in the case of a **legitimate medical Emergency**. If it is an Emergency, your emergency room visit must be **within 72 hours of an injury or the onset of a sudden and serious illness**.

- Show your ID card when you go to the emergency room or when you are admitted to the hospital. The Fund will pay the hospital directly.

- Register with the Fund's Prenatal Care Program **during the first three months of your pregnancy**.

- Call the Fund for services and supplies requiring prior authorization.

- If your dental treatment will cost more than $300, you must get approval from the Fund **before** the work is done.

- Show your Health Services ID card to the pharmacist when you have a prescription filled.

### QUALITY CARE ASSESSMENT

Your Fund is concerned about the quality of the care you and your family receive.

If our medical or dental advisor has questions about your claim, the Fund may send it to an independent specialist to review. In some cases, the Fund may require that you be examined by a specialist chosen by the Fund.

There is no cost to you for this consultation.

# Section II. A
# PARTICIPATING PROVIDERS

## GETTING THE CARE YOU NEED

Your Fund contracts with thousands of doctors, hospitals, diagnostic facilities, pharmacies, medical equipment suppliers, and other health care professionals that provide comprehensive health care services. In addition, the Fund has designated certain laboratory facilities as "exclusive" (including your Member Choice hospital-based lab) and certain radiology facilities as "preferred." You must use these providers to avoid out-of-pocket expenses and to help control costs. "Participating Providers" are independent practitioners who accept the Fund's payment as payment in full for most services (see box).

You can choose any doctor, hospital or other health care provider that you want for your family's care through either the Fund's Member Choice program or from the panel of providers. Some services, such as psychiatric care, require that you pay a share of the cost.

### THE FUND PAYS FOR YOUR BENEFITS, YOUR DOCTORS PROVIDE YOUR CARE

You make the decision about which physician or health care provider you and your family use.

The Fund's Participating Providers are independent practitioners that do not provide services as agents or employees of the Fund.  The Fund does not provide medical care. It pays for benefits.

The Fund reviews providers' practice patterns and credentials, but the Fund cannot review the care given and is not responsible for the decisions and actions of individual providers. There is no cost to you for this consultation.

52

# MEMBER CHOICE PROVIDERS

## ACCESS TO COMPREHENSIVE CARE

Member Choice combines the benefits of a patient–doctor relationship with the wide variety of medical specialties and patient services available at many hospitals.

You can choose a network of health providers at a hospital that's conveniently located near your work or your home. You and your family can receive comprehensive care at no cost to you, except for psychiatric care. And, there are no claim forms to file.

With Member Choice, all your doctors and health care providers work together in the same hospital network. Your primary care physician ("PCP") coordinates your health care needs with specialists, diagnostic facilities and other health care services provided in the same Member Choice hospital network.

## HOW TO CHANGE YOUR MEMBER CHOICE PROVIDER

To join Member Choice:

1. Call the Fund's Member Choice Department at (212) 541-9150 or visit our website at www.1199nbf.org for the list of hospitals participating in Member Choice.

2. Pick the Member Choice network hospital that is most convenient for you and your family—you can choose any network, regardless of where you live or work.

3. Choose a primary care physician for yourself and each member of your family from the list of doctors affiliated with that network hospital.

4. Fill out a Member Choice Enrollment Form, listing the network hospital and primary care physician(s) you have chosen.

5. Send your Enrollment Form to the Fund.

You, your spouse and your children will each receive a Member Choice ID card to show that you're a member of the network at that hospital. This card will also show whom you have chosen as your primary care doctor.

You can choose one Member Choice hospital **for your care** (near where you work) and another Member Choice hospital **for your spouse and your children** (near where they live). Or, you can choose the same Member Choice hospital for all your family's care. But, you can choose only one

**53**

Member Choice hospital for each person.

You can change doctors at your Member Choice hospital at any time. If you want to change your doctor, Member Choice network, or drop out of the Member Choice program, you must call the Fund first.

The Fund will send you a new Member Choice ID Card.

### HOW IT WORKS

You should go to see your primary care physician for regular check-ups, vaccinations and other preventive care, and whenever you are sick.

If you have a special medical problem, talk to your primary care physician first. Your physician can determine whether you need to be referred to a specialist.

If a referral is needed, make sure the provider is also participating in your Member Choice network. This way, you can be sure that the specialist you are seeing will accept the Fund's allowances as payment in full.

Be sure to show your Member Choice ID card whenever you require services through the Member Choice program.

# PANEL PROVIDERS

Participating Providers are on the Fund's "panel" of health care professionals, rather than participating in one of the Member Choice networks.

There are thousands of doctors, hospitals and other health care providers participating in the Fund's Panel program. Like the Member Choice networks, these providers:

- Accept the Fund's payment as payment-in-full for most services
- Are conveniently located near where you work or where you live
- Are licensed physicians and, in almost all cases, board-certified or board-eligible in their area of specialty
- Are affiliated with highly regarded institutions throughout the area.

If your panel doctor needs to refer you to a specialist or another health care provider, make sure that provider is also on the Fund's panel of Participating Providers.

This is important because if the specialist is a Non-Participating Provider, you cannot be sure that the specialist will accept the Fund's allowances as payment in full. You will face a high out-of-pocket cost when using Non-Participating Providers.

For the names of panel doctors and other health care providers in your area, call the Fund at (212) 541-9150 or visit our website at www.1199nbf.org.

**54**

### EXCLUSIVE LABORATORY AND PREFERRED RADIOLOGY (X-RAY) FACILITIES

The Fund has designated certain labs as exclusive (including your Member Choice hospital-based lab) and certain radiology facilities as preferred. You must use these providers to avoid out-of-pocket costs. If your doctor wants you to have lab or radiology tests, please contact the Fund or visit our website at **www.1199nbf.org** for the listing and locations of these laboratory and radiology facilities.

### WHEN YOU USE NON-PARTICIPATING PROVIDERS

You can go to any doctor or hospital you choose. But if you use a Non-Participating (or Non-Panel) Provider, you will be billed whatever the provider normally charges. You may have to pay any cost over the Fund's allowance.

**55**

# Section II. B
# USING YOUR BENEFITS WISELY

**In order to avoid out-of-pocket costs, you must comply with the following:**

## 1199SEIU CAREREVIEW PROGRAM (800) 227-9360

Hospital pre-certification guidelines are administered by the 1199SEIU CareReview program. If you or a member of your family needs to go to the hospital, you must contact **1199SEIU CareReview**:

- To pre-certify your hospital stay **before** going to the hospital for non-Emergency care.
- To notify the Fund **within two business days** of an Emergency admission.
- To pre-certify your acute inpatient physical rehabilitation.
- For prior authorization of inpatient mental health or alcohol/substance abuse treatment.
- To pre-certify certain outpatient/ ambulatory surgical procedures. Refer to Section II.F for details.

## EXCLUSIVE LABORATORY AND PREFERRED RADIOLOGY (X-RAY) FACILITIES

If your doctor wants you to have lab or radiology tests, contact the Fund or visit our website at **www.1199nbf.org** for the listing and locations of these laboratory and radiology facilities.

## PROTECT YOUR BENEFITS

### If you don't call 1199SEIU CareReview

Call 1199SEIU CareReview before going to the hospital or within two (2) days of an Emergency admission. If you don't, your hospital benefit will be reduced by $500.

The second time you don't call 1199SEIU CareReview as required, the Fund will only pay 50% of your hospital benefit. You will have to pay the other 50% of the hospital charges, plus the costs you normally have to pay, such as television or telephone charges.

### If you use an emergency room for non-Emergency care

The Fund will only pay its allowance for non-Emergency treatment in accordance with its Schedule of Allowances. The cost of non-Emergency treatment in an emergency room is much higher than non-Emergency treatment in your doctor's office or a clinic.

You will be responsible for the difference between the Fund's payment and the actual cost of your emergency room visit—resulting in a high out-of-pocket cost to you.

### Questions?

If you have any questions, call the Fund's Member Services Department at (212) 541-9150. The staff can help you understand what procedures you need to follow in order to protect your benefits.

### MANAGED CARE PROGRAM FOR BEHAVIORAL HEALTH
**Mental Health and Alcohol/ Substance Abuse**

The Fund has a special program to help you, your spouse or your children get behavioral health care. *All calls and treatment information are kept strictly confidential.*

Call (646) 473-7393 before getting *outpatient* treatment for mental health.

Call (646) 473-6910 before getting *outpatient* treatment for alcohol and substance abuse.

Remember to call **1199SEIU CareReview** before going to the hospital for *inpatient* care.

### EMERGENCY ROOMS ARE FOR EMERGENCIES

A hospital emergency room should be used only in case of a **legitimate medical Emergency**. To be considered an Emergency, your emergency room visit must occur **within 72 hours of an injury or the onset of a sudden and serious illness**.

The Plan Administrator reserves the sole discretion to determine whether a legitimate Emergency existed and benefits will only be provided in the event such a determination has been made.

### CARE MANAGEMENT PROGRAM (CM)

This is a collaborative process that assesses, plans, implements, coordinates, monitors, and evaluates options and services required to meet a member's health needs.

If you require ongoing medical treatment from a catastrophic or severe illness/injury, including after-hospital care, the CM staff may consult with the doctor or hospital during the planning of medically necessary and appropriate care. CM aims to coordinate your care under the terms of our Plan to ensure utilization of covered services by participating providers to minimize out-of-pocket costs. Information related to CM is strictly confidential.

### UTILIZATION REVIEW

Utilization Review is a process for evaluating the medical necessity, appropriateness, and efficiency of health care services provided to a member or eligible dependent. This will ensure that requested services are the most appropriate for the illness or injury and provided at the most cost-effective level of care.

The review process can be:

- Prior Authorization (or prospective) - review before services are provided
- Concurrent - review as services are being provided
- Retrospective - review after services have been rendered.

### THE PRENATAL CARE PROGRAM – HAVING A HEALTHY BABY

Complications can occur during your pregnancy that could lead to premature birth, low birth-weight, birth defects or possibly even death for your baby.

57

With regular prenatal care, complications can be detected early and treated to reduce the risk of harming your baby. Prenatal care includes the visits to your doctor and medical care you receive while you are pregnant.

Call the Fund's Prenatal Program at (646) 473-8962 to register for the Fund's Prenatal Care Program.

## WORK-SITE SCREENING AND TREATMENT PROGRAMS

Wellness programs help to prevent you from developing health problems and teach you ways to keep yourself and your family healthy.

For more information, call the Fund at (212) 541-9150.

## EXCLUSIVE LABORATORY FACILITIES

The Fund has contracted exclusively with certain free-standing labs in addition to your Member Choice hospital-based lab. You must use these providers to avoid out-of-pocket costs. If you require lab work:

- Make sure that your doctor sends your lab samples to an exclusive lab;

- If you need to have your lab work performed outside of your doctor's office, take your referral slip from your doctor to a Patient Care (Drawing) Center from one of the exclusive labs; and

- Contact the Fund or visit our website at www.1199nbf.org for the listing and locations of these facilities.

## PREFERRED RADIOLOGY (X-RAY) FACILITIES

The Fund has entered into an agreement with a preferred network of radiology facilities. By using these facilities, you will avoid out-of-pocket costs. If you need radiological tests, such as an MRI or PET Scan, call (888) 910-1199 for a referral to a preferred radiology facility.

**See Section II.I for *Services Requiring Prior Authorization*. Other benefits may also require prior authorization. Please refer to the sections describing those specific benefits for more information.**

**58**

# Section II. C
# INPATIENT HOSPITAL CARE

### BENEFIT BRIEF

**Inpatient Hospital Care**

- Up to 365 days per year
- Medically necessary services
- Semi-private room and board
- Up to 30 days per year for inpatient physical rehabilitation

Call the 1199SEIU CareReview Program before going to the hospital or within 2 days of an Emergency admission to avoid out-of-pocket costs.

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered if you need to go to the hospital. If you are in Eligibility Class III, only you are covered for this benefit.

### ■ PLEASE NOTE

*Hospital benefits will not be provided for any hospitalization that began prior to the date of your eligibility.*

## WHEN YOU NEED TO GO TO THE HOSPITAL

You are covered for inpatient hospital care for *up to 365 days* during a calendar year in a semi-private room in a hospital if medically necessary to treat your medical condition.

If you need hospital care:

- Call the 1199SEIU CareReview Program at (800) 227-9360; otherwise, your benefits will be reduced. (See page 56, *Protect Your Benefits*.)
- Show your ID card when you get to the hospital.

Even though you are covered for *up to 365 days* per year, most people do not have to stay in the hospital for more than a few days.

The Fund reviews hospital admissions. Based on this review, the Plan Administrator determines the number of days the Fund will pay for a given admission based upon the diagnosis when you are admitted and discharged. Your doctor may consult with the Fund's Medical Advisor or 1199SEIU CareReview if your doctor feels a longer hospital stay is needed.

If you choose a private room, you will have to pay the difference between the charges for a private room and the average charges for a semi-private room.

## CARE COVERED

Inpatient hospital benefits cover reasonable payments for the medically necessary care customarily provided to patients with your medical condition. These may include:

- Room and board, including special diets

**59**

- Use of operating and cystoscopic rooms and equipment

- Lab work that is needed for the diagnosis and treatment of the condition for which you are in the hospital, including pre-admission testing within seven days of the admission

- X-rays that are needed for the diagnosis and treatment of the condition for which you are in the hospital, including pre-admission testing within seven days of admission

- Use of cardiographic equipment

- Basal metabolic examinations

- Use of physiotherapeutic and X-ray therapy equipment

- Oxygen and use of equipment for administering oxygen

- A fee for administration of blood for each hospital stay

- Recovery room charges for care immediately following an operation.

## INPATIENT ACUTE REHABILITATION

You are covered for up to **30 days per calendar year** in a non-governmental hospital for medically necessary, acute rehabilitation.

Your doctor must provide a detailed written treatment plan. This plan must be reviewed and approved by 1199SEIU CareReview **before** the Fund will agree to provide benefits for any rehabilitation care.

## ELECTIVE/SCHEDULED ADMISSIONS

Before you go to the hospital, remember to call the 1199SEIU CareReview Program. Otherwise, your benefits will be reduced.

## NEWBORN CARE

The Fund pays benefits for medically necessary treatment according to the Fund's Schedule of Allowances, up to a maximum of $100,000 for all benefits within the first twelve (12) months after your child is born. No additional benefits above this amount will be considered to the extent that there are benefits available from any other sources.

## WHAT IS NOT COVERED

The Fund will not pay for:

- Custodial care in a hospital or any other institution

- Care or service in a nursing home, skilled nursing facility, rest home, or convalescent home

- Hospitalization covered under federal, state or other laws, except where otherwise required by law

- Rest cures

- Admissions primarily for diagnostic treatment only or for physical therapy, radium therapy or Roentgen therapy

- Blood for transfusions

- Admissions for cosmetic services

- Personal or comfort items

**60**

- Private rooms
- Services related to a claim filed under Workers' Compensation
- Services which in the judgment of the Plan Administrator are not medically necessary
- Services which are not pre–authorized in accordance with the terms of the Plan
- All general exclusions listed on page 133.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

## PAYMENT TO A HOSPITAL

The Fund has negotiated rates with many hospitals in the New York area. These are called "Participating Hospitals." Some Participating Hospitals have agreed to provide a Member Choice option as well.

As a Member Choice participant, when you go to your Member Choice hospital for medically necessary care, the Fund will pay the hospital directly for all services. You will have no out-of-pocket costs.

If you go to a Participating Hospital which is not a part of Member Choice or is not your Member Choice hospital, the Fund will pay the hospital directly for the hospital stay, but you may have out-of-pocket costs for some services.

If you go to a hospital that is not a Participating Hospital, the Fund will pay only what it determines is the Schedule of Allowances at a comparable participating hospital for the services provided. You may be responsible for large out-of-pocket costs for the balance of the hospital bill.

**61**

# Section II. D
# EMERGENCY ROOM CARE

### BENEFIT BRIEF

**Emergency Room Care**

- Care needed for an Emergency within 72 hours of an accident or sudden and serious illness

- Fund pays negotiated rate at Participating Hospital or reasonable charge at Non-Participating Hospital

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered for Emergency Room Care. If you are in Eligibility Class III, only you are covered for this benefit.

The Fund has negotiated Emergency Room rates with many hospitals in the New York area ("Participating ER Providers"). If you go to the emergency room of a Participating ER Provider, you will have no out-of-pocket costs.

## EMERGENCY ROOMS ARE FOR EMERGENCIES

A hospital emergency room should be used only in the case of a **legitimate medical Emergency**. To be considered an Emergency, your emergency room visit must meet the definition of Emergency (see page 148) and must occur **within 72 hours of an injury or the onset of a sudden and serious illness**.

When you go the emergency room:

- Show your ID card. The Fund will pay the hospital directly.

- Call the 1199SEIU CareReview at (800) 227-9360 **within two business days** if you are admitted.

If you go to the emergency room in a hospital with which the Fund does not have an emergency room contract, you may incur out-of-pocket costs. If you have any questions about a bill for emergency room treatment, call the Member Services Department at (212) 541-9150.

## NON-EMERGENCY TREATMENT CAN BE COSTLY TO YOU

If you use the emergency room for **non-Emergency treatment**, the Fund will not pay any more than it would for non-Emergency treatment in a doctor's office or clinic.

The Fund's allowance for non-Emergency treatment is much lower than the cost of an emergency room visit, resulting in a **large out-of-pocket cost** to you.

### CALL YOUR DOCTOR FIRST

If you aren't sure whether you need to go to the emergency room:

- Call the doctor **first**.

- Your doctor may be able to recommend treatment over the phone, have you go to the office, or go to the hospital.

- If your doctor's office is closed, call your doctor's emergency (after hours) number.

- If you do not have a primary care doctor or cannot reach your doctor, call (212) 541-9150 during the Fund's normal working hours for a referral to a Participating Provider.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**63**

# Section II. E

# MANAGED CARE PROGRAM FOR BEHAVIORAL HEALTH: Mental Health and Alcohol/Substance Abuse

## BENEFIT BRIEF

### Mental Health

- Approved outpatient treatment plans
- Up to 30 inpatient days per calendar year

### Alcohol/Substance Abuse

- Up to 7 days within a 12-month period for inpatient detoxification, maximum twice per lifetime
- Up to 30 days within a 12-month period for inpatient rehabilitation, maximum twice per lifetime

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, you, your Spouse and your children are covered for behavioral health visits and mental health, alcohol or substance abuse treatment through the Fund's Managed Care Program. If you are in Eligibility Class III, only you are covered for this benefit.

Benefits are paid according to the Fund's Schedule of Allowances.

## GET THE HELP YOU NEED

The Fund offers a Behavioral Health Managed Care Program to help you and your family receive confidential treatment for alcohol, substance abuse or mental health problems.

If you need help for a mental health issue, call (646) 473-7393.

If you need help for alcohol or substance abuse, call (646) 473-6900.

The Fund's social workers, psychiatric nurses and other trained professionals will discuss:

- Your problems or concerns with you
- A treatment plan to meet your individual needs
- Whether your benefits will be approved on an inpatient or an outpatient basis for alcohol and substance abuse problems.

Many professionals, rehabilitation programs and institutions participate in the Fund's program to provide you with ongoing treatment at no out-of-pocket cost to you.

## MENTAL HEALTH BENEFITS

### • Outpatient Care

You are covered for Outpatient Care when it is through a Treatment Plan established, approved and managed through the Managed Care Program.

**64**

### • Inpatient Care

You are covered for the reasonable cost of diagnosis and treatment for up to 30 days per calendar year in a non-governmental hospital for medically necessary mental health admissions.

The Fund may provide up to an additional 30 days of benefits, which must be pre-authorized **through the Managed Care Program and be medically necessary**.

### Additional Outpatient Visits

If you are in Eligibility Class I or II, you may also be eligible for a combined total of 50 visits per calendar year to psychiatrists, psychologists and psychiatric social workers, through the Fund's Medical Benefits based upon the Fund's Schedule of Allowances. Co-payments may apply.

### YOUR RIGHTS UNDER THE MENTAL HEALTH PARITY ACT

The Fund complies with federal law in that the maximum dollar amount the Fund will pay for the mental health benefits is not less than the maximum dollar amount that the Fund pays for medical and surgical benefits. (See page 28 regarding Maximum Lifetime Benefit.)

## ALCOHOL/SUBSTANCE ABUSE BENEFITS

When medically necessary, you are covered for diagnosis and treatment of:

- • Alcoholism

  *or*

- • Substance abuse.

Alcohol/Substance Abuse benefits (in any combination) are available only **twice during your lifetime**.

Benefits may be provided for inpatient or outpatient treatment:

- • Up to 7 days within a 12-month period for inpatient detoxification, maximum twice per lifetime

- • Up to 30 days within a 12-month period for inpatient rehabilitation services, maximum twice per lifetime

- • Individual or group counseling provided through participating outpatient treatment programs or individual provider.

## IF YOU NEED TO GO TO THE HOSPITAL

If you or a member of your family needs to go to the hospital, you must call (800) 227-9360:

- • **Before** going to the hospital if it's *not* an Emergency

  *or*

- • **Within two business days** of an **Emergency** admission.

65

If you need hospital care, the 1199SEIU CareReview staff will authorize your hospital stay and may refer you to the Fund for additional follow-up. In the case of an Emergency admission, you or a member of your family must call 1199SEIU CareReview **within two business days**.

**If you don't use the Managed Care Program, your hospital benefits will be reduced by $500 the first time and reduced 50% for any subsequent admissions.**

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

# Section II. F
# SURGERY AND ANESTHESIA

## BENEFIT BRIEF

### Surgery and Anesthesia

- Inpatient or outpatient (ambulatory) surgery

- Anesthesia

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered if you have surgery and need anesthesia.

If you are in Eligibility Class III, only you are covered for this benefit.

Benefits are paid according to the Fund's Schedule of Allowances.

## SURGERY

You are covered for surgery when performed:

- By a licensed physician or surgeon; and

- In a licensed hospital or surgical center, or your doctor's office.

If you need to go to the hospital, **call 1199SEIU CareReview at (800) 227–9360, before** your hospital stay. See page 50 for more information.

## Assistant Surgeon

The Fund will pay 20% of its allowance for your surgery for an assistant surgeon if:

- No surgical residents were available;

   *and*

- The assistant surgeon was medically necessary, as determined by the Plan Administrator.

## YOUR BENEFIT IS DETERMINED BY THE TYPE OF SURGERY YOU NEED

The Fund can only pay up to a certain amount for each type of surgical procedure. Your benefit is the Fund's allowance for your type of surgery, or the doctor's charge, whichever is less.

If you need two or more related operations during the same hospital stay, the total Fund allowance for all your procedures will be determined by the Fund's Medical Advisor.

You can find out how much the Fund can pay for your surgery by:

- Writing to the Fund's Prior Authorization Department; or

- Visiting the Plan Administrator's offices during normal working hours to examine a complete listing of the Schedule of Allowances.

Doctors or surgeons that are part of the Fund's Participating Provider programs are affiliated with major medical centers in the greater New York area and they accept the Fund's payment as payment in full.

**67**

If you use a Non-Participating doctor, you could face high out-of-pocket costs. You or your doctor must file a claim with the Fund within 90 days from the date of your treatment.

For the names of participating surgeons in your area, call the Fund's Member Services Department at (212) 541-9150.

## ANESTHESIA

The amount of reimbursement for anesthesia under the Schedule of Allowances varies depending upon:

- The type of surgery
- The length of time anesthesia is given.

Coverage includes:

- Supplies
- Use of anesthesia equipment
- Anesthesiologist charges

Payment for local anesthesia is normally included in the Fund's surgical allowance.

## AMBULATORY SURGERY

You no longer need to stay in the hospital for many surgical procedures that can be safely performed in the outpatient center of a hospital, surgical center or ambulatory care center. When your doctor recommends surgery, ask him or her if your surgery can be performed on an outpatient or ambulatory basis.

The Fund pays for:

- Operating room charges
- Ancillary hospital or ambulatory surgical center charges.

If your doctor recommends the following outpatient or ambulatory surgery, you must call 1199SEIU CareReview at (800) 227-9360 for pre-certification:

- Abdominoplasty/Abdominoplasty in combination with hernia repair;
- Blepharoplasty;
- Bone marrow/Autologous stem cell transplant;
- Nasal reconstructive surgeries;
- Reduction mammoplasty for macromastia in women or gynecomastia in men; and
- Varicose vein surgery (stripping and ligation).

Pre-certification requirements are regularly updated and subject to change. You should contact the Fund or visit **www.1199nbf.org** to check if your procedure requires pre-certification.

**68**

## YOUR RIGHTS UNDER THE WOMEN'S HEALTH AND CANCER ACT OF 1998

The Fund complies with federal law related to mastectomies. If a Member or Dependent has a mastectomy and then chooses to have breast reconstruction, the Fund (in consultation with the patient and doctor) will provide coverage based upon the Fund's Schedule of Allowances for:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance;

- Prostheses; and

- Treatment of physical complications of the mastectomy (including lymphedemas).

## WHAT IS NOT COVERED

The Fund will not pay surgical or anesthesia benefits if your surgery was:

- Covered by Workers' Compensation (see pages 35–36)

- Performed primarily for cosmetic purposes, except when needed to correct gross disfigurement resulting from surgery, an illness or an accident that occurred while you were covered by the Fund

- Related to infertility treatment including, but not limited to, in-vitro fertilization, artificial insemination, and reversal of sterilization

- Not medically necessary in the judgment of the Plan Administrator

- A service for outpatient non-surgical pathology interpretations

- A service of a type usually performed by a Dentist, except certain oral surgical procedures

- An out-of-Hospital anesthesia service

- A service by an assistant to the Surgeon performing the operation unless medically necessary in the opinion of the Plan Administrator

- One of the general exclusions listed on pages 133–134.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**69**

# Section II. G
# MATERNITY CARE

## BENEFIT BRIEF

### Maternity Care

- An allowance which includes all prenatal and postnatal visits and delivery charges at a hospital or hospital-affiliated birthing center.

- Disability benefit through your employer for you, if you are the mother.

- Hospital benefit for the mother and newborn if the mother is you or your spouse.

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, surgical and hospital benefits are available for you or your spouse for maternity care. Your child is not covered if she becomes pregnant to the extent that there are payments for such coverage available from other sources.

If you are in Eligibility Class III, only you are covered for these benefits.

You are covered for health benefits while you are on disability through your employer if you are the mother.

Benefits are paid according to the Fund's Schedule of Allowances.

## FOR YOU AND YOUR SPOUSE

If you or your spouse is the expectant mother, your maternity benefit includes:

- An allowance for all prenatal and postnatal visits and delivery charges

- Anesthesia allowance

- A hospital benefit for the mother and newborn

You are covered for disability benefits through your employer. You are also eligible to continue your health benefits as long as you are receiving disability benefits from your employer. See Section III.B for more information.

## NEWBORN CARE BENEFITS

The Fund pays benefits for medically necessary treatment according to the Fund's Schedule of Allowances, up to a maximum of $100,000 for all benefits within the first twelve (12) months after your child is born. No additional benefits above this amount will be considered to the extent that there are benefits available from other sources.

## YOUR RIGHTS UNDER THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996

The Fund complies with federal law in that:

- A mother and her newborn child are allowed to stay in the hospital for at least 48 hours after delivery (or 96 hours after Caesarean section); and

- A provider is not required to obtain authorization from the Fund for prescribing these minimum lengths of stay.

However, the mother and her provider may still decide that the mother and newborn should be discharged before 48 (or 96) hours.

## THE PRENATAL CARE PROGRAM

### Having a Healthy Baby

With regular prenatal care, complications that occur during your pregnancy can be detected early and treated to reduce the risk of harming your baby. Prenatal Care includes the visits to your doctor and medical care you receive while you are pregnant.

If you are in Eligibility Class III, you are covered for only surgical and hospital benefits. You are not covered for medical benefits such as lab and other diagnostic tests.

### Participating in the Prenatal Care Program

1. **Register with the Fund** within the first three months of the pregnancy.

2. **Ask your doctor** to participate in the program. If you do not have a doctor, the Fund can help you find an obstetrician who participates in this program.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**71**

# Section II. H
# MEDICAL SERVICES

## BENEFIT BRIEF

### Medical Services

- Treatment in a doctor's office, clinic, hospital or your home
- Well child care up to age 19
- Immunizations
- Dermatology: up to 20 treatments per year
- Chiropractic: up to 12 treatments per year
- Podiatry: up to 15 treatments per year for routine care
- Allergy: up to 20 treatments per year, including diagnostic testing
- X-rays and laboratory tests
- Outpatient chemotherapy, radiation therapy and hemodialysis

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Not Covered

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered for medical benefits. If you are in Eligibility Class III, you are not covered for this benefit.

Benefits are paid according to the Fund's Schedule of Allowances.

### ■ NOTE

*Charges for Mental Health Benefits are only provided as described in Section II. E.*

## PARTICIPATING PROVIDERS

Doctors, labs and other health professionals that are part of the **Fund's Participating Provider Programs** *accept the Fund's allowance as payment in full.* For more information, see page 52.

If you use a **Non-Participating** doctor, or a provider not at your Member Choice hospital, you could face high out-of-pocket costs. You may have to pay the difference between the Fund's allowance and your doctor's charges.

## DOCTOR VISITS

You and your family are covered for medical services provided in a doctor's office, clinic, hospital or at home.

A licensed medical provider must provide your care. Specialists must be board-certified or board-eligible in their area of specialty.

## MAKING SURE YOU GET THE CARE YOU NEED

The Fund will pay its allowance for the following services up to the maximums indicated below subject to the Fund's policies and procedures:

- **Dermatology:** up to 20 treatments per calendar year
- **Chiropractic:** up to 12 treatments per calendar year
- **Podiatry:** up to 15 treatments per calendar year for routine care
- **Allergy:** up to 20 treatments per calendar year, including diagnostic testing.

If it is determined by the Plan Administrator that additional treatment is medically necessary and in compliance with the Fund's clinical guidelines and protocols, the Fund may provide benefits for additional treatment. To be covered, these treatments must be approved **in advance** by the Plan Administrator.

## PREVENTIVE CARE

Regular medical check-ups help to keep you and your family healthy.

Benefits are provided for preventive care services, including:

- **Periodic check-ups**

  Through regular exams, your doctor can detect any problems early, when they are more easily treated.

- **Immunizations**

  Immunizations help protect your children against disease and are required for entrance to the public school system.

- **Well child care**

  Your children are covered for regular exams up to age 19.

## X-RAY AND LABORATORY SERVICES

Benefits are provided for X-rays and lab services needed for your medical condition when performed:

- In your doctor's office (for a limited number of routine tests only)

- By an outside laboratory

- By a hospital outpatient department.

In order to avoid out-of-pocket costs, contact the Fund or visit our website at www.1199nbf.org for the listing and locations of participating providers.

## EXCLUSIVE LABORATORY FACILITIES

The Fund has contracted exclusively with certain free-standing labs in addition to your Member Choice hospital-based lab. You must use these providers to avoid out-of-pocket costs. If you require lab work:

- Make sure that your doctor sends your lab samples to an exclusive lab.

- If you need to have your lab work performed outside of your doctor's office, take your referral slip from your doctor to a Patient Care (Drawing) Center from one of the exclusive labs.

- Contact the Fund or visit our website at www.1199nbf.org for the listing and locations of these facilities.

## PREFERRED RADIOLOGY (X-RAY) FACILITIES

The Fund has entered into an agreement with a preferred network of radiology facilities. By using these facilities, you will avoid out-of-pocket costs. If you need radiological tests, such as an MRI or PET Scan, call (888) 910-1199 for a referral to a preferred radiology facility.

**73**

## USE YOUR PRIMARY CARE DOCTOR FOR COMPREHENSIVE CARE

A primary care doctor is an internist, family physician, or pediatrician who coordinates your care or care needed by your spouse or children. There are thousands of primary care physicians in the Fund's Participating Provider Programs. Your primary care doctor gets to know you and your medical history, sees you when you're sick, and provides regular check-ups and immunizations.

This way, he or she is aware of your overall medical condition and can better monitor your health needs. With regular visits, minor problems can be detected before they become serious illnesses.

## WHAT'S NOT COVERED

The Fund does not cover:

- Experimental, unproven or non-FDA–approved treatments, procedures, facilities, equipment, drugs, devices or supplies
- Treatment that is cosmetic in nature
- Treatment that is custodial in nature
- Infertility treatment including, but not limited to, in-vitro fertilization, artificial insemination and reversal of sterilization
- Outpatient non-surgical pathology interpretations
- Venipuncture
- Treatment for illness or injury covered by Workers' Compensation or the Veterans Administration
- Acupuncture when administered by anyone other than a licensed medical physician
- Private physicians when care is given in a governmental or municipal hospital
- Charges in excess of the Fund's Schedule of Allowances
- Employment or return-to-work physicals
- Treatments determined to be medically unnecessary by the Plan Administrator
- All general exclusions listed on pages 133-134.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**74**

# Section II. I
# SERVICES REQUIRING PRIOR AUTHORIZATION

### BENEFIT BRIEF

**Services Requiring Prior Authorization**

- Home Health Care
- Ambulance Services
- Durable Medical Equipment & Appliances
- Hearing Aids
- Physical/Rehabilitation Therapy
- Medical Supplies
- Hospice Care
- Specific Medications
- Home Infusion Services and Supplies
- Certain Diagnostic Tests
- Ambulatory Surgery

Prior authorization required from the Prior Authorization Department, except Emergency ambulance.

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Not Covered

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered for Medical Benefits as described in this section. If you are in Eligibility Class III, you are not covered for this benefit.

Doctors and health professionals that are part of the **Fund's Participating Provider** programs *accept the Fund's allowance as payment in full.*

If you use a **Non-Participating** Provider, you could face high out-of-pocket costs. You have to pay the difference between the Fund's allowance and your provider's charges.

## WHAT IS COVERED

To be covered, services must be:

- Ordered by your physician

  *and*

- Medically necessary to treat your condition in the judgment of the Plan Administrator

  *and*

- Approved *in advance* by the Fund's Prior Authorization Department.

When indicated, your doctor, who is in charge of your care, must submit a treatment plan for the services to be provided. The plan must contain all relevant information including diagnosis, treatment plan, expected outcome, type and extent of service and its frequency and duration. The plan should be updated periodically and submitted to the Fund office.

## PRIOR AUTHORIZATION NEEDED

Call the Prior Authorization Department at (646) 473-7446. The Fund's staff will:

- Review the pertinent clinical information

- Determine if the service or supply will be covered by the Plan as medically necessary for your condition and appropriate for your treatment; and

**75**

- Let you know if there are any Participating Providers who can provide the course of treatment or equipment you need. Participating Providers accept the Fund's payment as payment in full.

If you do not get approval from the Prior Authorization Department **before starting the service or using the supplies**, you **are not** covered for these benefits.

## HOME HEALTH CARE

Home health care services will be covered if they are authorized by the Fund in advance, medically necessary and in compliance with the Fund's protocols. Benefits are payable in accordance with the Fund's Schedule of Allowances up to the maximum benefits available.

This includes coverage for:

- Intermittent Skilled Nursing Care
- Intermittent non-skilled care
- Private Duty Skilled Nursing Care
- Physical, occupational, or speech therapy.

## AMBULANCE SERVICE

Transportation between hospitals, if you need specialized care that the first hospital cannot provide.

### ■ NOTE

*Emergency transportation and services to the closest hospital where you can be treated in the case of an accident or the onset of a sudden and serious illness **do not** require pre-authorization.*

## DURABLE MEDICAL EQUIPMENT

The plan covers rental of durable medical and surgical equipment (braces, hospital beds, wheelchairs).

Equipment may be bought only if:

- It is cheaper than the expected long-term rental cost, or
- A rental is not available.

## HEARING AIDS

A pair of hearing aids is covered once every three years. Call the Fund at (212) 541-9150 for a Hearing Aid Certification Form and for a referral to a Participating Provider.

## PHYSICAL/REHABILITATION THERAPY

Physical, speech and occupational therapy provided by a licensed doctor or therapist, up to 25 visits per year for each service.

If it is determined by the Plan Administrator that additional treatment is medically necessary and in compliance with the Fund's clinical guidelines and protocols, the Fund may provide benefits for additional treatment. To be covered, these treatments must be approved *in advance* by the Plan Administrator.

## MEDICAL SUPPLIES

Services and supplies medically needed to treat your illness and which are approved by the Federal Drug Administration, such as:

- Prosthesis
- Blood and blood processing
- Dressings
- Catheters
- Oxygen

**76**