## HOSPICE CARE

Coverage for up to 210 days of inpatient hospice care per lifetime in a hospice, hospital, or for outpatient home services provided by an accredited hospice organization.

To obtain benefits:

- You must experience an illness for which your prognosis for life expectancy is estimated to be six (6) months or less;
- Palliative care, rather than curative care, is considered most appropriate. Palliative care is pain control and symptom relief services.
- All services must be medically necessary and appropriate for the care of the patient.

You must be formally admitted to the hospice program.

## SPECIFIC MEDICATIONS

You must get prior authorization before benefits can be provided for prescriptions filled with certain medications. The Plan Administrator will periodically publish an updated listing of which drugs require prior authorization.

For a listing of these drugs, contact the Prior Authorization Department of the Fund at (646) 473-7446 or visit our website at 1199nbf.org.

### ■ NOTE

*You may have to pay the entire cost of the prescription if you don't get prior authorization from the Fund.*

## AMBULATORY/OUTPATIENT SURGERY

You must get prior authorization for hospital and surgery. See Section II.B.

## HOME INFUSION SERVICES AND SUPPLIES

If your doctor prescribes home infusion therapy, contact the Fund in advance of the services being delivered. If the intravenous administration of medication is medically appropriate for your condition and the prescription medication is a covered benefit, the Fund will coordinate the services and supplies with your doctor and the home infusion company. Some commonly prescribed home infusion therapies include antibiotics, steroids, hydration and clotting factors.

## CERTAIN DIAGNOSTIC TESTS

The Fund has entered into an agreement with a preferred network of radiology facilities. By using these facilities, you will avoid out-of-pocket costs. If you need radiological tests, such as an MRI or PET Scan, call (888) 910-1199 for a referral to a preferred radiology facility.

Other benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**77**

# Section II. J
# VISION CARE

## BENEFIT BRIEF

### Vision Care

- One eye examination every two years

- One pair of glasses or contact lenses every two years

Eligibility Class I: Family
Eligibility Class II: Family
Eligibility Class III: Member

If you are in Eligibility Class I or Eligibility Class II, you, your spouse and your children are covered for Vision Care. If you are in Eligibility Class III, only you are covered for this benefit.

Benefits are paid according to the Fund's Schedule of Allowances.

## YOUR COVERAGE

The following items are available from a participating optical provider once every two (2) years with no co-payment:

- Comprehensive eye examination (including glaucoma test);

- Large selection of contemporary frames;

- Plastic or glass lenses including single vision, bifocals, safety and oversize

Co-payment required:

- For most contact lenses

- Progressive lenses

- Lens coatings (ultraviolet or scratch resistant).

- For frames or contact lenses that are not included in the program, you will receive a credit equal to the Fund's allowance.

**Participating optometrists and opticians** bill the Fund directly.

If you select frames, lenses or other services that are not included in the Fund's program with your provider, you may incur out-of-pocket costs.

If you use a participating optometrist or optician, and you incur a large out-of-pocket cost, call the Fund **before** you pay for your exam, glasses, or contact lenses.

If you use a **Non-Participating Provider**:

- Obtain an itemized bill from your provider on his or her letterhead.

- Request a medical claim form from the Fund and fill out the "Member" portion.

- Send the claim form with the paid itemized bill to the Fund.

- You will be reimbursed up to the Fund's allowance.

## WHAT'S NOT COVERED

- Non-prescription sunglasses

- Visual training

- All general exclusions listed on page 133.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**78**

# Section II. K
# DENTAL BENEFITS

## BENEFIT BRIEF

### Dental Benefits

- Payments made in accordance with the Fund's Schedule of Allowances
- Coverage includes basic, preventive, major restorative and orthodontic services
- Maximum benefit of $1,200 per calendar year

Eligibility Class I: Family
Eligibility Class II: Not Covered
Eligibility Class III: Not Covered

If you are in Eligibility Class I, you, your spouse and your children are covered for dental care. If you are in Eligibility Class II or Eligibility Class III, you are not covered for this benefit.

Contact the Member Services Department at (212) 541-9150 or (800) 556-2271 (outside the New York City area) to verify your eligibility for this dental benefit. Dental coverage ends with the last day of your employment.

The maximum benefit is figured on a calendar year, *based on the date of treatment*—not the date of the Fund's payment or when you filed your claim.

### ■ NOTES

- *Members who work or live north of Westchester County may be eligible to enroll in an upstate dental provider program.*

- *If you are currently enrolled in the American Dental Centers, you and/or your family members are not eligible to use the preferred panel of DDS dentists or non-participating dentists. Please call Member Services at (212) 541-9150 for additional information or if you want to change your dental plan from the American Dental Centers to the Dental Plan administered by DDS.*

All dental work must be done by:

- A licensed dentist
- A dental specialist who is a board-certified or board-eligible dentist practicing exclusively in the field of periodontics or orthodontics.

Cleaning may be performed by a licensed dental hygienist supervised by a licensed dentist.

## BASIC AND PREVENTIVE CARE

You, your spouse and your children are covered for the following to the maximum indicated above:

- Examinations twice per year
- Prophylaxis (cleaning) twice per year
- Fluoride treatments twice per year
- One complete set of diagnostic X-rays in a three-year period
- X-rays needed to diagnose a specific disease or injury
- Extractions
- Fillings

**79**

- Oral surgery

- Periodontics (treatment of gum diseases); periosealing is limited to two (2) quadrants every six months and is not covered on the same day as a cleaning.

- Endodontics (treatment of the inner part of the tooth).

## MAJOR RESTORATIVE CARE

You, your spouse and your children are covered for the following, up to the maximum indicated below:

- Removable prosthetics (dentures)

- Crown and bridgework, including replacement of any existing denture, bridgework, crown or gold restoration once every five (5) years

- Orthodontics (treatment and appliances to correct teeth irregularities) once in a lifetime for children under age 19. Benefits start when the appliances are inserted and continue for a maximum of **24 consecutive months** for active treatment and a maximum of **8 months** of retention visits during the 12-month period following active treatment.

## ANNUAL MAXIMUM PAYMENTS

Benefits are paid according to the Fund's Schedule of Allowances up to the annual maximum of $1,200 per eligible person per calendar year.

The lifetime maximum for orthodontics is $1,000 for each eligible child under age 19.

## WHEN TREATMENT COSTS MORE THAN $300

All services above $300 and all orthodontic services for eligible Dependent children under the age of 19 must be pre-certified by DDS's dental consultant. This protects you from unnecessary or inappropriate treatment. You should not begin treatment until your dentist receives the necessary prior authorization.

To have your dental treatment pre-certified, you or the dentist must submit the X-ray of treatment area and description of treatment plan.

### You and your dentist will be told:

- What treatment will be covered;

- What the Fund will pay; and

- What payments you will be responsible for.

## IN CASE OF EMERGENCY

If you need Emergency treatment, call DDS at (800) 255-5681 and you will be referred to a participating dentist within 24 hours. If the DDS office is closed, visit the nearest dentist or your regular participating preferred panel dentist. You will be reimbursed up to the limits of the plan.

You must file the following information with the Fund **within 30 days** of the date of your treatment:

- A claim form

  *and*

- The appropriate X-rays.

## NON-EMERGENCY TREATMENT CAN BE COSTLY TO YOU

If you use the emergency room for non-Emergency treatment, the Fund will not pay any more than it would for non-Emergency treatment in your dentist's office.

The Fund's allowance for non-Emergency treatment is much lower than the cost of an emergency room visit, resulting in a large out-of-pocket cost to you.

## GETTING YOUR BENEFITS

### When Using Your Preferred Panel of Dental Providers

DDS is a Preferred Panel of Providers with a network of over 500 participating dentists in the tri-state area that accept full or partial assignment for covered services up to the limits of the plan.

When receiving your dental care from a participating dentist, there is coverage in full with no co-payment for covered diagnostic, preventive or basic services. There are some co-payments for major services as described in this section.

Participating dentists are independent neighborhood dentists in a private or group practice. This means a preferred dental provider may be a single dentist practicing alone or a number of dentists practicing as a group.

You are not required to bring a claim form when you use a participating DDS dentist. Participating dentists will bill DDS directly.

### When Using a Non-Participating Dentist

If you choose to use non-panel dentists, you will be responsible for paying the difference between the Fund's allowance and your dentist's charge.

If you use non-participating dentists, you should obtain a dental claim form from the Fund office, or by calling DDS at (800) 255-5681 prior to seeing a dentist. You or your dentist can send in a completed claim form to DDS for processing.

Remember, it is likely you will have large out-of-pocket expenses.

### Multiple Services or Multiple Dentists

Your care is paid according to the Schedule of Allowances, unless a maximum amount is specified for a particular combination of dental services.

The Fund will make payments as if your treatment were performed by a single dentist if:

- You use more than one dentist during the course of your treatment; or

- More than one dentist provides services for the same procedure.

## DENTAL EVALUATIONS

Before, during or after your dental treatment, the Plan Administrator may require you to have an exam by an independent dental consultant.

This evaluation protects both you and the Fund and is provided at no cost to you. If you do not agree to the exam, your benefits may be reduced or denied.

**81**

## WHAT IS NOT COVERED

Benefits are not provided for:

- Services, supplies or appliances which are not medically necessary in the judgment of the Plan Administrator;

- Services, supplies or appliances incurred in connection with implants, periodontal splinting, precision attachments, other than personalized restorations or specialized techniques;

- Temporary crowns, restorations, dentures or fixed bridgework, night guards or services that are cosmetic in nature;

- Lost or stolen appliances;

- Treatment provided by someone other than a dentist (except for cleanings performed by a licensed dental hygienist under the supervision of a dentist);

- Treatment of temporo-mandibular joint (TMJ) disease;

- Services performed in foreign countries, unless there was an emergency (services must be clearly described, and performed by a licensed dentist);

- The start of orthodontic treatment for children who are 19 years of age or over;

- Any dental procedures which are undertaken primarily for dental care to treat accidental injuries, congenital or developmental malformations;

- Replacement of an existing crown, bridge or denture which can be repaired and made serviceable according to accepted dental standards;

- Services not listed in the above sections;

- All general exclusions listed on pages 133-134.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**82**

# Section II. L
# PRESCRIPTION DRUGS

---

### BENEFIT BRIEF

#### Prescription Drugs

- Coverage of FDA-approved prescription medications for FDA approved indications

- No co-payments and no deductible when you use generic drugs where available

- $3 co-pay for preferred brand-name drugs

- Use Participating Pharmacies

- Mandatory maintenance drug access program

- You must comply with the Fund's Prescription Programs including prior authorization where required

Eligibility Class I: Family
Eligibility Class II: Not Covered
Eligibility Class III: Not Covered

---

If you are in Eligibility Class I, you, your spouse and your children are covered for prescription drugs. If you are in Eligibility Class II or Eligibility Class III, you are not covered for this benefit.

## WHAT IS COVERED

The Fund covers drugs approved by the Food and Drug Administration (FDA) that:

- Have been approved for treating your specific condition;

- Have been prescribed by your doctor; and

- Are filled by a licensed pharmacist.

Prescriptions for FDA-approved drugs which are not approved for treatment of your condition must be submitted to the Fund's office for consideration. Your doctor should provide a detailed explanation for prescribing this medication.

## USING YOUR BENEFITS

To get your prescription:

- Ask your doctor to prescribe only covered medications

- Use Participating Pharmacies for short-term medications

- Show your Health Services ID Card to the pharmacist when you give him or her your prescription.

There is no out-of-pocket cost for generic drugs, and only a $3 co-pay for preferred brand-name drugs, when you comply with the Fund's prescription programs:

- Mandatory generic drug program

- Preferred drug list

- Mandatory maintenance drug access program

- Prior authorization for specified medications

- Limitations on migraine medication and proton pump inhibitors

- Use the Specialty Care Pharmacy for injectables and other drugs that require special handling

**83**

## PRESCRIPTION DRUG PROGRAMS

### Generic Drugs

Generic drugs are the same as brand-name drugs. The only major difference is the cost. By law, generic drugs must contain the same active ingredients in the same quantities and be the same strength as the corresponding brand-name drugs. Most importantly, they must meet the same FDA standards for safety and effectiveness.

When your doctor gives you a prescription:

- If there is a generic equivalent for a brand-name drug, you **must** get the generic drug. Otherwise, you will have to *pay the difference in cost* between the brand-name drug and the generic equivalent.
- If there is no generic equivalent, your prescription will be filled with the brand-name drug.
- In some situations, your doctor may specify the brand-name drug. In this case, your doctor must submit a written explanation to the Prescription Review Department for review, clinically stating why the brand-name drug is needed.

### Preferred Drugs

The Fund and its Pharmacy Benefit Manager have developed a list of preferred drugs known as a **Preferred Drug List (PDL)**.

Drugs were selected based on how well they work and the absence of side effects. All participating providers have been provided with a copy of the PDL. It should be used when prescription medication is required. If your doctor prescribes a brand-name drug that is not included in its preferred drug class listing, you will have to pay the difference in cost between the drug on the list and the prescribed drug. If you would like a copy of the PDL, please call the Fund at (212) 541-9150 or visit our website at **www.1199nbf.org**.

### Prior Authorization for Specified Medications

You must get prior authorization before benefits can be provided for prescriptions filled for certain medications. The Plan Administrator will periodically publish an updated listing of which drugs require prior authorization.

If your doctor prescribes any of those drugs, contact the Prior Authorization Department of the Fund at (212) 541-9150 or visit our website at www.1199nbf.org.

*NOTE: You may have to pay the entire cost of the prescription if you don't get prior authorization from the Fund.*

### Migraine Medication and Proton Pump Inhibitors

You must get prior authorization if your doctor prescribes one of these types of drugs for more than a 90-day period. Prescriptions for these medications must be in compliance with the standards and criteria established by the FDA.

## PRESCRIPTION DRUG PROGRAMS

### Specialty Care

As of April 1, 2005, you must use the Specialty Care Pharmacy Program for injectables and other drugs that require special handling. Call the Fund or visit our website at www.1199nbf.org for a listing of drugs included in this program. Specialty Care drugs are available only through this mail delivery service.

### Biotechnology Drugs

The Fund's payments for pharmacy benefits for medically necessary treatment are limited to $100,000 for biotechnology drugs. No additional benefits for biotechnology drugs above this limit will be considered to the extent that there are payments for such drugs available from other sources.

## PROTECT YOUR CARD

Your Health Services ID card is for your use only. Do not leave your card with your pharmacist. Show it to the pharmacist when ordering your prescription and make sure it is returned to you *before* you leave the store.

**If your card is lost or stolen, immediately report it to the Fund at (212) 541-9150. If you think someone is fraudulently using your card, call the Fund's hotline at (646) 473-6148 or visit our website at www.1199nbf.org.**

## USE A PARTICIPATING PHARMACY

For a listing of Participating Pharmacies, call the Fund's Member Services Department at (212) 541-9150 or visit our website at www.1199nbf.org.

**If you use a Non-Participating Pharmacy**, you will have to:

- Pay for your prescription when it is filled;

- Call the Fund's Member Services Department for a Prescription Claim Form; and

- Complete this form and send it along with an itemized paid receipt for your prescription to the address indicated on the form.

You will only be reimbursed up to the Fund's Schedule of Allowances.

**85**

## FILLING YOUR PRESCRIPTIONS

### For Short-Term Illnesses:

If you need medication for a short period of time, such as an antibiotic, go to your local Participating Pharmacy to have your prescription filled.

### For Chronic Conditions:

### The Fund's Mandatory Maintenance Drug Access Program – *The 90-Day Rx Solution*

Effective April 1, 2005, if you have a chronic condition and are required to take the same medication on a long-term basis, you must fill your prescription through the Fund's mandatory maintenance drug access program, *The 90-Day Rx Solution.*

This program requires that you order medications that you take on an ongoing basis in 90-day supplies. For your convenience, your medication will be delivered directly to you at your choice of address. If you live in New York or New Jersey, you may choose to order and pick up your 90-day supply at a designated participating pharmacy.

If you are **currently taking** a maintenance medication, ask your doctor for a 90-day prescription (with 3 refills) and fill it either by:

- Mailing the prescription to the Fund's mail order pharmacy, where it will normally be delivered within eight days; or
- Taking it to one of the designated pharmacies in New York or New Jersey.

**For new maintenance medications,** ask your doctor for two prescriptions: one for a 30-day supply (with one refill) and another for a 90-day supply (with 3 refills) that can be filled through the maintenance drug access program once you know that the medication works for you.

Call the Fund at (212) 541-9150 or visit our website at www.1199nbf.org for the locations of pharmacies that participate in the maintenance drug access program, for a mail order form, or to determine if the drug that you are taking is a maintenance medication.

### ■ NOTE

*$3 co-payment for brand-name drugs will be waived when you use the Fund's Maintenance Drug Access program.*

## COORDINATING PRESCRIPTION DRUG BENEFITS

If your spouse is covered for prescription medication under another health care plan, that plan is primary. The Fund is the secondary plan for your spouse and may provide coverage for any co-payments or deductibles that your spouse may incur up to the Fund's Schedule of Allowances.

Although your spouse's name will appear on your Health Services ID Card, he or she must use their primary prescription insurer first. Participating Pharmacies will not fill prescriptions for your spouse through the use of this Health Services ID card.

**86**

## WHAT'S NOT COVERED

- Over-the-counter drugs (except for diabetic supplies)

- Vitamins

- Non-prescription items such as bandages or heating pads—even if your physician recommends them

- Prescriptions for drugs not approved by the FDA for the treatment of your condition

- Cost differentials for drugs that are not approved through the Fund's Prescription Drug Program

- Experimental drugs

- Non-sedating antihistamines

- Migraine medication in excess of FDA guidelines for strength, quantity and duration

- Proton pump inhibitors in excess of a 90-day supply for FDA-approved indications by diagnosis

- Biotechnology drugs above the $100,000 limit

- All general exclusions listed on pages 133-134.

Some benefits may require prior authorization. Please refer to the sections describing those specific benefits for more information.

**87**

**88**



# SECTION III – DISABILITY BENEFITS

Disability benefits are provided through your employer.

You must notify the Fund when you apply for disability benefits through your employer and submit proof that benefits have been received.

You will maintain your health coverage for up to 26 weeks.

Follow the same procedure if you are receiving Workers' Compensation. If you need help or advice in filing a Workers' Compensation claim, call the Fund at (212) 541-9150.

**89**

**90**



# SECTION IV – LIFE INSURANCE

A.   Life Insurance Eligibility

B.   Life Insurance Benefit

C.   Accidental Death & Dismemberment (AD&D)

D.   Burial

**LIFE INSURANCE RESOURCE GUIDE**

## *Where To Call*

**Member Services Department
(212) 541-9150**

**Call Member Services:**

- To request a Change of Beneficiary form; or

- To request a claim form for Life Insurance.

**Or visit our website at
www.1199nbf.org**

## *Reminders*

- Complete your Enrollment form and select a beneficiary.

- You may change your beneficiary at any time.

- You or your beneficiary need to file a claim for accidental death and dis–memberment benefits within 31 days of your death or dismemberment.

92

# Section IV. A
# LIFE INSURANCE ELIGIBILITY

## WHO IS COVERED

Once you're enrolled in the Fund and eligible for benefits, you are covered for:

- Life Insurance; and
- Accidental Death & Dismemberment Benefit ("AD&D").

If you are in Eligibility Class I or II, you and your spouse are eligible for the Burial benefit.

If you are in Eligibility Class III, you and your spouse are not eligible for the Burial benefit.

Your children are not covered for these benefits.

## CHOOSING YOUR BENEFICIARY

Your beneficiary is the person(s) you choose to receive your life insurance benefit when you die.

When you fill out your Enrollment Form, list at least one person as your beneficiary.

You may change your beneficiary at any time. To change your beneficiary:

- Call the Fund's Member Services Department and ask for an Enrollment Change form or visit our website at www.1199nbf.org.
- Fill out the form.
- Return it to the Fund.

The change of beneficiary will not be effective until it is received by the Fund office.

## HOW YOUR BENEFICIARY APPLIES FOR BENEFITS

After your death, your beneficiary must, as soon as reasonably possible:

- Notify the Fund's Member Services Department
- Submit a certified original copy of your Death Certificate and a claim form to the Fund.

## IF THERE IS NO BENEFICIARY

If you do not list a beneficiary, your beneficiary dies before your death, or the Fund cannot locate your beneficiary after reasonable efforts, your Life Insurance benefit is paid to the administrator or executor of your estate. If the total amount of your Life Insurance and Accidental Death and Dismemberment benefit is less than $20,000 and no estate exists, your Life Insurance benefit is paid to your survivors in the following order:

- Your spouse
- Your children, shared equally
- Your parents, shared equally
- Your brothers and sisters, shared equally
- If none of the above survive, to your estate after it has been established.

**93**

If the total amount of your Life Insurance and Accidental Death and Dismemberment benefit is $20,000 or more, benefits will be paid to the administrator or executor of your estate.

## IF THERE IS A DISPUTE

If there is a dispute as to who is entitled to receive your Life Insurance benefit, no payment will be made until the dispute is resolved.

The disputed funds will be deposited into a court-monitored account if necessary.

## IF YOU BECOME PERMANENTLY DISABLED

**Before age 60**, you will continue to be covered for Life Insurance if all of the following conditions are met:

- You have been covered by the Fund for at least 12 months;
- You become permanently disabled at the time you stopped working and receive a Disability Award from the Social Security Administration;
- Your medical condition is certified no later than 9 months after the time you stop working; and
- Your condition is recertified by your doctor 3 months before each anniversary of the start of the disability.

**After age 60**, you will be eligible for life insurance for a **maximum of 12 months** from the date your disability began if all of the following conditions are met:

- You have been covered by the Fund for at least 12 months
- You become permanently disabled at the time you stopped working and receive a Disability Award from the Social Security Administration
- Your medical condition is certified no later than 9 months after you stop working.

## ASSIGNMENTS

Proceeds of a Life Insurance benefit may be assigned, by you or your beneficiary, to pay the costs of your funeral and/or burial. If your beneficiary chooses to assign his or her benefit after your death, that assignment shall be considered irrevocable.

**94**

# Section IV. B
# LIFE INSURANCE BENEFIT

### BENEFIT BRIEF

**Life Insurance**

- Based on your Eligibility Class, years of service and earnings

- Death from any cause

Eligibility Class I: Member
Eligibility Class II: Member
Eligibility Class III: Member

*See the section on continuing your Life Insurance on page 48.*

## WHO IS COVERED

Once you are enrolled in the Fund and eligible for benefits, you are covered for:

- Life Insurance
- Accidental Death and Dismemberment Benefit ("AD&D")

If you are in Eligibility Class I, your life insurance is based on your years of service and your annual rate of pay, up to a maximum benefit of $25,000.

| Eligible Members in Class I (Full-Time Employees) | Life Insurance Amount |
| --- | --- |
| Less than 1 year service | $2,000 |
| 1 year or more but less than 4 years service | $4,000 |
| 4 years or more but less than 5 years service | $5,000 |
| 5 years or more but less than 6 years service | $6,000 |
| 6 years or more but less than 7 years service | $7,500 |
| 7 years or more but less than 8 years service | $8,500 |
| 8 years or more but less than 9 years service | $9,500 |
| 9 years or more but less than 10 years service | $10,000 |
| 10 years or more service | An amount equal to 100% of the Employee's annual earnings, taken to the next higher multiple of $100 if not already a multiple thereof, but in no event less than $10,000 nor more than $25,000. |

If you are in **Eligibility Class II**, your maximum life insurance amount is $2,500; however, your life insurance is $1,250 during your first year of employment.

If you are in **Eligibility Class III**, your maximum life insurance amount is $1,250.

Retirees are *not* eligible for this benefit.

**95**

# Section IV. C
# ACCIDENTAL DEATH AND DISMEMBERMENT

### BENEFIT BRIEF

**Accidental Death and Dismemberment ("AD&D")**

- Accidental death or injury

- Equal to, or one-half of, your Life Insurance, depending on the loss suffered

Eligibility Class I: Member
Eligibility Class II: Member
Eligibility Class III: Member

*Retirees are **not** eligible for this benefit.*

Accidental Death and Dismemberment (AD&D) benefits are paid only if your death or injury:

- Is caused directly and exclusively by external and accidental means, independent of all other causes

- Occurs within 90 days from the date of your accident

- Occurs while you are employed and covered by the Fund.

Your **accidental death** benefit is equal to your life insurance amount. It is paid **in addition** to your life insurance. Proof of the cause of death is required.

Your **accidental dismemberment** benefit is:

- **Half your life insurance amount** for loss of one hand, one foot, or the sight in one eye

- **Equal to your life insurance amount** for loss of both hands, both feet, or sight in both eyes

- **Equal to your life insurance amount** for any combined loss of hands, feet and eyesight.

Loss means:

- Dismemberment at or above the wrist for hands;

- Dismemberment at or above the ankle for feet; or

- Total and irrecoverable loss of sight for eyes.

Your AD&D benefit will be no more than an amount equal to your life insurance amount. If you have more than one loss as a result of the same accident, payment will be made only for one of the combinations listed above.

## FILING YOUR CLAIM

You or your beneficiary must complete a claim form and return it to the Fund **within 31 days** of your death or dismemberment.

Your eligibility for this benefit is the same as your eligibility for life insurance (see page 93).

## WHAT IS NOT COVERED

Accidental Death and Dismemberment benefits are not available for losses resulting from:

- Acts of war
- Bodily or mental infirmity
- Disease or illness of any kind
- Medical or surgical treatment (except where necessary solely by injury)
- Bacterial infection (except pyogenic infections resulting solely from injury)
- Intentionally self-inflicted injury
- Suicide or any attempt thereof
- The use of alcohol, or substance abuse
- Injury sustained while engaged in or taking part in aeronautics and/or aviation of any description or resulting from being in an aircraft except while a fare-paying passenger in any aircraft then licensed to carry passengers
- Your commission of or participation in a crime or act that can be prosecuted as a crime.

# Section IV. D
# BURIAL

### BENEFIT BRIEF

#### Burial

- Free burial plot with permanent care

Eligibility Class I: Member and Spouse
Eligibility Class II: Member and Spouse
Eligibility Class III: Not Covered

A free non-sectarian burial plot with permanent care is available for you and your spouse, if you are in Eligibility Class I or Eligibility Class II.  If you are in Eligibility Class III, you are not covered for this benefit. Free plots are located in New York and New Jersey.

To receive information on a burial plot:

- During normal working hours, call the Fund at (646) 473-6730.

**98**



# SECTION V – OTHER BENEFITS

A.   Camp

B.   Scholarship

C.   Social Services

D.   Legal Benefit

## OTHER BENEFITS RESOURCE GUIDE

# *Where To Call*

### Camp and Scholarship Program
### (646) 541-9150

#### Call Camp and Scholarship:

- To request an application for the Summer Camp Program;
- To request an application for the Scholarship Program; or
- For more information on either the Camp or Scholarship program.

### Member Assistance Program
### (646) 473-6900

#### Call Member Assistance:

- To make an appointment to confidentially discuss a personal or family problem; or
- To get help for an alcohol or substance abuse problem.

### Citizenship Program
### (646) 473-8915

Call Citizenship to learn about assistance available in applying for United States citizenship.

### Earned Income Tax Credit Assistance
### (646) 473-6890

Call to see if you are eligible for the Earned Income Tax Credit.

### Legal Benefit
### In New York: (516) 229-6700
### In New Jersey: (732) 726-1777

Call for a referral, advice or counsel.

# *Reminders*

- Applications for the **Summer Camp Program** are available in the fall. They must be returned to the Fund by the last day of February.
- Applications for the **Scholarship Program** are available in the fall. They must be returned to the Fund by the last day of January.
- If your children are receiving a scholarship from the Fund, they must re-apply every year for the next year.

**100**

# Section V. A
# CAMP

---

**BENEFIT BRIEF**

**Camp**

- For children 9 to 15 years old

- Summer Camp Program provided at no cost to you, except application fee

- FICA and FUTA taxes paid by the Fund (you may be responsible for income taxes)

Eligibility Class I: Children
Eligibility Class II: Not Covered
Eligibility Class III: Not Covered

---

Your children may be selected to participate in the Fund's Summer Camp Program if all of the following conditions are met:

- You file an official application form within the time period required by the Fund;

- They are 9 to 15 years old;

- You have been eligible for Eligibility Class I benefits for at least 1 year; and

- They are eligible for benefits as described on pages 22-23.

The camp program is provided at no cost to you, except for a small application fee. The value of the camp benefit is considered as wages by the IRS, for which you may owe income tax. You will receive a W-2 tax form from the Fund at the end of each year. How-

ever, the other taxes that are normally taken out of your paycheck, like FICA and FUTA, will be paid by the Fund. Camps are located in Vermont, New Jersey, Connecticut and upstate New York, including camps for children with special needs.

An effort is made to give each member a chance to send his or her children to camp. Only one child per family may attend each year, except that twins can attend together. If space is available, repeat campers and additional children per family will be considered.

## CRITERIA APPROVED BY TRUSTEES

The number of children who can participate in the camp program is based upon actuarial formulas recommended by the Fund Actuary and adopted by the Camp and Scholarship Committee of the Board of Trustees.

Criteria for selection are approved and announced by the Board of Trustees.

## APPLICATIONS

Applications for the Summer Camp Program are available in the fall. They must be returned to the Fund by the last day of February.

Call the Camp Program at (212) 541-9150 if you have any questions or for more information.

**101**

# Section V. B
# SCHOLARSHIP

### BENEFIT BRIEF

**Scholarship**

- Scholarships provided to attend accredited schools after high school
- Provided to eligible children of members

Eligibility Class I: Children
Eligibility Class II: Not Covered
Eligibility Class III: Not Covered

Your children may be considered for the Fund's Scholarship Program if all of the following conditions are met:

- You have been eligible for Eligibility Class I benefits for at least 1 year;
- They are eligible for benefits as described on pages 22-23;
- They are high school graduates;
- They are attending or plan to attend an accredited institution of higher learning no more than one year after graduating from high school; and
- They are applying for state or federal grants.

Any accredited school is acceptable, including:

- 2-year colleges
- 4-year colleges or universities
- Business schools
- Nursing schools
- Trade schools
- Art and design schools.

Scholarships are not available for postgraduate studies. However, consideration is given for students pursuing medical careers where five years of undergraduate work may be required.

The value of the scholarship benefit is considered as wages by the IRS, for which you may owe income tax. You will receive a W-2 tax form from the Fund at the end of each year. However, the other taxes that are normally taken out of your paycheck, like FICA and FUTA, will be paid by the Fund.

## APPLICATIONS

Applications for the Scholarship Program are available in the fall. They must be returned to the Fund by the last day of January.

## YOUR CHILDREN MUST RE-APPLY EVERY YEAR

If your children are receiving scholarship benefits, they must re-apply every year for the next year. Leaves of absence from school of more than one year will jeopardize a student's eligibility for this benefit.

**102**

## INCENTIVE PROGRAM

To encourage academic excellence, a study incentive program was established for students who perform well in their studies.

Your child's grade point average is used to determine whether he or she will be considered for the additional monetary incentive award.

## CRITERIA APPROVED BY TRUSTEES

The number of scholarship grants and the amount of these grants is based upon actuarial formulas recommended by the Fund Actuary and adopted by the Camp and Scholarship Committee of the Board of Trustees. Criteria are approved and announced by the Board of Trustees.

# Section V. C
# SOCIAL SERVICES

## BENEFIT BRIEF

### Member Assistance Program

- Help and referral for personal and family problems for you, your spouse or your children

### Citizenship Program

- Assistance in applying for United States citizenship

### Earned Income Tax Credit Assistance

- Tax preparation help

Eligibility Class I: Covered
Eligibility Class II: Covered
Eligibility Class III: Covered

The Fund's Member Assistance Program offers assistance with personal and family problems.

If you are having a problem, speak to one of the Fund's social workers or other staff. They can work with you to try to get you the help you need to cope with a broad range of problems, including:

- Getting help for an alcohol or substance abuse problem
- Getting decent housing
- Dealing with pressure from creditors
- Dealing with domestic violence
- and many more.

Call the Member Assistance Program at (646) 473-6900 for an appointment or to reach the Managed Care Program for Behavioral Health.

**All information is kept strictly confidential**. Your confidence and privacy are respected. You don't have to worry about someone else finding out about your problem or concern.

## CITIZENSHIP PROGRAM

A program is available to assist eligible members in applying for United States citizenship. For more information on the Citizenship program, call (646) 473-8915.

## EARNED INCOME TAX CREDIT ASSISTANCE

Tax help and tax preparation is available to help members determine if they are eligible for the Earned Income Tax Credit and to file tax returns for this credit. For more information call (646) 473-6890.

104

# Section V. D
# LEGAL BENEFIT

### BENEFIT BRIEF

### Legal Benefit

- Legal advice, counsel and referrals to participating lawyers for legal problems for you, your spouse or your children.

Eligibility Class I: Covered
Eligibility Class II: Covered
Eligibility Class III: Member Only

Effective January 1, 2005, a legal benefit is available through the Fund. The legal benefit is an "advice, counsel and referral" service available to all Members.

Members in Eligibility Class I or II are eligible for family coverage. Members in Eligibility Class III are eligible for member-only coverage.

The Fund has attorneys on staff with whom you can discuss legal matters. Staff attorneys will answer routine legal questions that do not require referral, as determined by the Plan Administrator. Staff attorneys will not represent you in any legal matter. Instead, they will give you general advice and answer your questions.

For any matters that require more extensive work, the staff attorneys can refer members to participating legal providers. These providers have agreed to accept a negotiated rate.

**Legal benefits are funded by a formula established by the Trustees and *cannot exceed* the annual amount determined by this formula.**

The Legal Benefit is *not* available for the following matters:

- Criminal matters (except that the Legal Benefit is available for general consultations about vehicle and traffic law violations and DWI);
- Matters involving the Union, a Contributing Employer, the Fund or any of the Funds serving Members in 1199SEIU bargaining units;
- Any claims by a Member or dependent against another Member or dependent (except for family law matters);
- Personal business matters;
- Matters involving the purchase, sale or lease of investment or income-producing property (except that a 3-family house used by the Member as his or her principal residence will not be considered an investment or income-producing property);
- Collection of a judgment by a Member or dependent;
- Appeals of final judgments;
- Claims of intentional injury or damage; and
- Matters where insurance is in effect or is required by law.

**Call the Fund's Legal Benefit Department at (516) 229-6700 in New York or (732) 726-1777 in New Jersey for more information on this benefit.**



# SECTION VI – RETIREE HEALTH BENEFITS

A.   Retiree Health Benefits

B.   Using Your Benefits Wisely

C.   If You Retire at Age 65 or Older and Live in New York City or Nassau County With at Least 25 Years of Pension Fund Credited Service

D.   If You Retire at Age 65 or Older and Live Outside New York City or Nassau County With at Least 25 Years of Pension Fund Credited Service

E.   If You Retire Between Ages 62 through 64 With at Least 25 Years of Pension Fund Credited Service

F.   If You Retire With a Disability Pension

G.   Retired Members Programs

**107**

## RETIREE HEALTH BENEFITS RESOURCE GUIDE

# *Where To Call*

### Member Services Department (212) 541-9150

**Call Member Services:**

- For general questions about your retiree health benefits

- If you need a referral to a Participating Provider who will accept Medicare as payment in full

- For more information on continuing your health coverage after you retire

- For a list of Participating Pharmacies.

### Retiree Health Benefits (646) 473-8770

Call for questions about the Fund's Medicare Program.

### 1199SEIU CareReview (800) 227-9360

If you are not covered by Medicare, call to:

- Pre-certify your hospital stay **before** going to the hospital for non-Emergency care

- Call **within two business days** of an Emergency admission.

### Retired Members Division (646) 473-8760

Call for information on retiree programs.

**You can also visit our website at www.1199nbf.org.**

# *Reminders*

- Your benefits as a retired member cannot exceed the coverage you had just before you retired.

- Your benefits must be coordinated with Medicare.

- You must register for Medicare at a local Social Security office at least 90 days before you retire, if you are age 65 or older.

- If you are not covered by Medicare, you must call the 1199SEIU CareReview program before going to the hospital for non-Emergency care or within two business days of an Emergency admission.

- You must comply with the Fund's prescription programs, including the Fund's mandatory maintenance drug access program to fill prescriptions for chronic, long-term illnesses.

**Please refer to Section II of this booklet (Health Benefits) for detailed information on each health benefit and the procedures that need to be followed.**

# Section VI. A
# RETIREE HEALTH BENEFITS

The Fund offers several health benefit packages for 1199SEIU retirees, each with specific rules for eligibility, which are explained in greater detail on the following pages.

Benefits are for retired members only; there is no coverage for spouses or dependents.

The benefits for which you are eligible depend on your age and your Years of Pension Fund Credited Service. These benefits will be different than the benefits you were eligible for as a working member.

To determine what package of retiree health benefits you are eligible for, refer to the appropriate section:

- If you retire at age 65 or older with 25 or more Years of Pension Fund Credited Service (VI.C and VI.D)

- If you retire between ages 62 and 64 with at least 25 years of Pension Fund Credited Service (Section VI.E)

- If you retire with a Disability pension with 25 or more Years of Pension Fund Credited Service (VI.F)

Coverage is available if:

- You retired and began receiving your pension prior to January 1, 1992, or

- You retired from active Covered Employment on or after January 1, 2002.

There is **no** retiree health coverage if you retired between January 1, 1992, and December 31, 2001.

In most cases, retiree benefits start 30 days after you retire and stop if you go back to work.

**Your benefits as a retired member cannot exceed the coverage you had just before you retired**. For example, if you did not have prescription coverage right before you retired, you are not covered for prescription benefits after you retire.

The Board of Trustees reserves the right, within its sole and absolute discretion, to amend, modify or terminate, in whole or in part, any or all of the provisions of this Plan (including any related documents and underlying policies), at any time and for any reason, in such manner as may be duly authorized by the Board of Trustees.

Neither you, nor your beneficiaries or any other person, have or will have a vested or non-forfeitable right to receive benefits under the Plan.

**109**

# Section VI. B
# USING YOUR BENEFITS WISELY

## REGISTER FOR MEDICARE

Your retiree health benefits are coordinated with Medicare Part A (hospital) and Medicare Part B (medical) if:

• You are age 65 or over

*or*

• You are eligible for Medicare as a result of receiving a disability pension through Social Security.

Medicare is the primary insurer for your care. The Fund's benefits supplement the coverage provided by Medicare which you are eligible to receive.

You must register for Medicare at a local Social Security office **at least 90 days before you retire**. A delay in registering may:

• Delay your Medicare coverage

• Result in a financial penalty charged by Medicare

• Result in out-of-pocket costs to you for care, which Medicare does not pay.

**If you live in New York City or Nassau County and are eligible for Medicare, you must also enroll in the Fund's Medicare Program unless you meet the exceptions described in Section VI.C. See Section VI.C for details on this program.**

## IF YOU NEED PRESCRIPTION DRUGS

### For Participants in the Fund Medicare Program:

If you are enrolled in the Fund Medicare Program, you will receive your medication, including mail order prescriptions for chronic or maintenance medications, through that program. See Section VI.C.

### For all other retirees:

### FILLING YOUR PRESCRIPTIONS

### For Short-Term Illnesses

If you need medication for a short period of time, such as an antibiotic, go to your local Participating Pharmacy to have your prescription filled.

### For Chronic Conditions

### The Fund's Mandatory Maintenance Drug Access Program - *The 90-Day Rx Solution*

Effective April 1, 2005, if you have a chronic condition and are required to take the same medication on a long-term basis, you must fill your prescription through the Fund's mandatory maintenance drug access program, *The 90-Day Rx Solution.*

This program requires that you order medications that you take on an ongoing basis in 90-day supplies. For your convenience, your medication will be delivered directly to you at

**110**

your choice of address. If you live in New York or New Jersey, you may choose to order and pick up your 90-day supply at a designated participating pharmacy.

If you are currently taking a maintenance medication, ask your doctor for a 90-day prescription (with 3 refills) and fill it either by:

- Mailing the prescription to the Fund's mail order pharmacy where it will normally be delivered within eight days; or

- Taking it to one of the designated pharmacies in New York or New Jersey.

**For new maintenance medications**, ask your doctor for two prescriptions: one for a 30-day supply (with one refill) and another for a 90-day supply (with 3 refills) that can be filled through the maintenance drug access program once you know that the medication works for you.

Call the Fund at (212) 541-9150 or visit our website at www.1199nbf.org for the locations of pharmacies that participate in the maintenance drug access program, for a mail order form, or to determine if the drug that you are taking is a maintenance medication.

111

## Section VI. C

# IF YOU RETIRE AT AGE 65 OR OLDER AND LIVE IN NEW YORK CITY OR NASSAU COUNTY

You are eligible for a specific package of benefits when you retire at or after age 65 with at least 25 Years of Pension Fund Credited Service. If you live in New York City or Nassau County, you must enroll in the Fund Medicare Program.

*Effective January 1, 2005, if you are eligible for Medicare and live in New York City or Nassau County, you will only be able to receive Retiree Health Benefits from the Fund if you enroll in the Medicare Health Maintenance Organization with which the Fund has negotiated a special package of benefits for Fund retirees ("Fund Medicare Program").*

This Fund Medicare Program will provide you with a basic prescription benefit as well as hospital, medical, dental care, podiatry, chiropractic, vision and hearing benefits. In addition, eligible members will receive an enhanced prescription benefit.

If you are required to enroll in the Fund Medicare Program and choose to "opt out" for any reason, you will no longer be eligible to receive Retiree Health Benefits from the Benefit Fund as described in the following sections of this SPD.

You may request a *waiver* of this requirement by applying to the Fund at (646) 473-8770 only if you meet the following criteria as determined by the Plan Administrator:

- You are currently under treatment for a serious and/or chronic condition, **and**

- Your doctor does not participate in the Fund Medicare Program, **and**

- A change in physician would put your health in serious jeopardy.

Members who receive a waiver will be eligible for the benefits described in Section VI. D.

Your Retiree Health Benefits through the Fund cannot exceed the coverage you had just before you retired. For example, if you did not have prescription benefits just before you retired, you are not covered for prescription benefits after you retire.

### ELIGIBILITY

To receive this package of retiree health benefits from the Fund, you must be covered by the Fund as an active employee right before you retire, or be receiving Disability or full Workers' Compensation benefits from a disabling condition or event that commenced or occurred while you were actively employed by a contributing employer to the Fund.

112

In addition, you must meet all of the following conditions:

- Retire at or after age 65
- Live in New York City or Nassau County
- Have at least 25 Years of Pension Fund Credited Service certified by a Pension Fund that is recognized by the Trustees of the 1199SEIU Greater New York Pension Fund (or if you are not covered by a Pension Fund, 25 years of service recognized by the Trustees)
- Be receiving a pension from the 1199SEIU Greater New York Pension Fund or have your application in process.

## YOUR BENEFITS

## FUND MEDICARE PROGRAM

When you enroll in the Fund Medicare Program, your health benefits, including a basic prescription benefit, will be provided through the Fund Medicare Program Provider.

Your basic health benefits are provided through the Fund Medicare Program, including:

- Hospital
- Medical
- Prescription
- Dental
- Podiatry
- Chiropractic
- Vision
- Hearing.

Remember to use physicians that participate in the Fund Medicare Program to avoid out-of-pocket costs.

For detailed information on these benefits, call the Fund's Retiree Health Benefits office at (646) 473-8770.

Eligible members also receive supplemental benefits, including an enhanced prescription benefit beyond that provided by the Fund's Medicare Program.

## Prescription

When you enroll in the Fund's Medicare HMO, this plan will also provide Medicare Part D prescription coverage. You are also covered for an enhanced prescription benefit, based upon an amount established by the Trustees, beyond the basic benefit provided through the Fund Medicare Program and Medicare Part D. For more information on your enhanced prescription benefit, contact the Retiree Health Benefits Office at (646) 473-8770.

### ■ NOTE

*You may not enroll in any other Medicare Part D plan while you are enrolled in the Fund Medicare Program, or you will lose your supplemental retiree health benefits through the Fund.*

## Section VI. D

# IF YOU RETIRE AT AGE 65 OR OLDER AND LIVE OUTSIDE NEW YORK CITY OR NASSAU COUNTY

You are eligible for a specific package of benefits when you retire at or after age 65 with at least 25 Years of Pension Fund Credited Service.

Your Retiree Health Benefits through the Fund can't exceed the coverage you had just before you retired. For example, if you did not have prescription benefits just before you retired, you are not covered for prescription benefits after you retire.

## ELIGIBILITY

To receive this package of retiree health benefits from the Fund, you must be covered by the Fund as an active employee right before you retire, or be receiving Disability or full Workers' Compensation benefits from a disabling condition or event that commenced or occurred while you were actively employed by a contributing employer to the Fund.

In addition, you must meet all of the following conditions:

- Retire at or after age 65
- Live outside New York City
- Have at least 25 Years of Pension Fund Credited Service under the 1199SEIU Greater New York Pension Fund (or if you are not

covered by a Pension Fund, 25 years of service recognized by the Trustees

- Be receiving a pension from the 1199SEIU Greater New York Pension Fund or have your application in process.

## YOUR BENEFITS

If you are not required to enroll in the Fund Medicare Program, for instance, if you have received a waiver, then you are entitled to receive the following benefits.

### Hospital – Inpatient

Medicare is your primary insurer and must pay for your care first.

The Fund covers reasonable payments for the following inpatient hospital care customarily provided to patients with your medical condition, if medically necessary:

- Your Medicare Part A first-day deductible
- Your Medicare Part A co-insurance and reserve days

### Vision Care

You are covered *once every two years* for:

- An eye exam
- A pair of glasses or contact lenses.

Benefits are paid according to the Fund's Schedule of Allowances. There are no out-of-pocket costs when you use participating optometrists and opticians, unless you order glasses or other services which are not included in the Fund's program.

114

### Prescription Drugs

Up to $1,500 per calendar year (to the extent not provided by governmental prescription programs). The Fund also recommends that you join a Medicare Part D prescription plan. If you do, the Fund will provide a supplemental package of prescription benefits based upon an amount established by the Trustees that may include reimbursement for your monthly premium, deductible, and co-insurance.

To get your prescription:

- Ask your doctor to prescribe only covered medications
- Use Participating Pharmacies for short-term medications
- Show your Health Services ID Card to the pharmacist when you give him or her your prescription.

Other than a $3 copayment for brand-name drugs, there is no out-of-pocket cost for your prescriptions if you comply with the Fund's prescription programs:

- Mandatory generic drug program
- Preferred Drug List
- Mandatory maintenance drug access program
- Prior authorization for specified medications
- Limitations on migraine medication and proton pump inhibitors
- Use the Specialty Care Pharmacy for injectables and other drugs that require special handling.

Please refer to the Prescription Drug provision of Section II for other procedures you need to follow to assure reimbursement for covered prescription drugs.

**115**

## Section VI. E

# IF YOU RETIRE BETWEEN AGES 62 THROUGH 64

You are eligible for a specific package of benefits when you retire after age 62 and before age 65 with at least 25 Years of Pension Fund Credited Service.

When you are eligible for Medicare, you will receive the same benefits given to members who retired at or after age 65 with 25 or more Years of Pension Fund Credited Service as described in Section VI.C or VI.D.

Your Retiree Health Benefits through the Fund cannot exceed the coverage you had just before you retired. For example, if you did not have prescription benefits just before you retired, you are not covered for prescription benefits after you retire.

## YOUR BENEFITS

### Vision Care

You are covered **once every two years** for:

- An eye exam
- A pair of glasses or contact lenses.

Benefits are paid according to the Fund's Schedule of Allowances. There are no out-of-pocket costs when you use participating optometrists and opticians, unless you order glasses or other services which are not included in the Fund's program.

### Prescription Drugs

Up to $1,500 per calendar year (to the extent not provided by governmental prescription programs).

**To get your prescription:**

- Ask your doctor to prescribe only covered medications
- Use Participating Pharmacies for short-term medications
- Show your Health Services ID Card to the pharmacist when you give him or her your prescription.

Other than a $3 copayment for brand-name medications, there is no out-of-pocket cost for your prescriptions if you comply with the Fund's prescription programs:

- Mandatory generic drug program
- Preferred Drug List
- Mandatory maintenance drug access program
- Prior authorization for specified medications
- Limitations on migraine medication and proton pump inhibitors
- Use the Specialty Care Pharmacy for injectables and other drugs that require special handling.

Please refer to the Prescription Drug provision of Section II for other procedures you need to follow to assure reimbursement for covered prescription drugs.

# Section VI. F
# IF YOU RETIRE WITH A DISABILITY PENSION

You are covered for a specific package of benefits when you receive a Disability Pension at any age from the 1199SEIU Greater New York Pension Fund with at least 25 Years of Pension Fund Credited Service.

When you are eligible for Medicare, you will receive the same benefits given to members who retired at or after age 65 with 25 or more Years of Pension Fund Credited Service as described in Section VI.C or VI.D.

Your Retiree Health Benefits through the Fund cannot exceed the coverage you had just before you retired. For example, if you did not have prescription benefits just before you retired, you are not covered for prescription benefits after you retire.

## Vision Care

You are covered **once every two years** for:

- An eye exam
- A pair of glasses or contact lenses.

Benefits are paid according to the Fund's Schedule of Allowance. There are no out-of-pocket costs when you use participating optometrists and opticians, unless you order glasses or other services which are not included in the Fund's program.

## Prescription Drugs

Up to $1,500 per calendar year (to the extent not provided by governmental prescription programs).

### To get your prescription:

- Ask your doctor to prescribe only covered medications
- Use Participating Pharmacies for short-term medications
- Show your Health Services ID Card to the pharmacist when you give him or her your prescription.

Other than a $3 copayment for brand-name medications, there is no out-of-pocket cost for your prescriptions if you comply with the Fund's prescription programs:

- Mandatory generic drug program
- Preferred Drug List
- Mandatory maintenance drug access program
- Prior authorization for specified medications
- Limitations on migraine medication and proton pump inhibitors
- Use the Specialty Care Pharmacy for injectables and other drugs that require special handling.

Please refer to the Prescription Drug provision of Section II for other procedures you need to follow to assure reimbursement for covered prescription drugs.

117

### If you retired and started to receive a pension from the 1199SEIU Greater New York Pension Fund before January 1, 1992:

The Fund provides a Medicare supplement hospital benefit (Part A only). These benefits are subject to the following conditions:

- Medicare Part A is the primary provider of your hospitalization benefits (if you have reached the age at which you would first become eligible for such benefits under Part A of Medicare);

- The Fund provides supplemental coverage for Medicare Hospital Coverage, such as your Medicare Part A first-day deductible and your Medicare Part A coinsurance and reserve days;

- Coverage for your spouse is effective for the spouse to whom you are married at retirement, and does not apply to a spouse you subsequently marry;

- Spouses under age 65 receive hospital benefits, as discussed on page 59;

- Benefits provided to you and your spouse are subject to the Fund's coordination of benefits rules; and

- The coverage provided to your spouse ceases when you die.

If you live in New York City, you must enroll in the Fund's Medicare Program in order to receive these benefits through the Fund when you become Medicare eligible. Please see Section VI.C for details.

#### ■ NOTE

*1115 Gold Card Member:*

- *If you were a member of a bargaining unit formerly represented by 1115 SEIU and you retired before May 31, 2002, and were hired prior to 1985, if you would otherwise not be eligible for Fund retiree benefits, you may be eligible for certain other retiree health benefits. Please contact the Fund for additional information.*

# Section VI. G
# RETIRED MEMBERS PROGRAMS

A sum determined by Resolution of the Board of Trustees is allocated each year for retiree programs, including:

- Social programs
- Recreational programs
- Educational programs
- Cultural programs.

For more information, call (646) 473-8760.

You are eligible to participate in these programs if you are receiving a pension from the 1199SEIU Greater New York Pension Fund, even if you are not eligible to receive the Fund's retiree health coverage.

**119**

**120**



# SECTION VII – GETTING YOUR BENEFITS

A.   Getting Your Health Care Benefits
   • Filing a Claim
   • Initial Claim Decision

B.   You Can Appeal
   • Appealing Disability Claims

C.   When Benefits May Be Suspended, Withheld or Denied

D.   What Is Not Covered

E.   Additional Provisions

**121**

**RESOURCE GUIDE**

## *Where To Call*

### Member Services Department
### (212) 541-9150

**Call Member Services:**

- If you need any claim forms;

- If you have questions about com–
  pleting your claim form;

- If you have any questions about
  what is not covered by the Fund;

- If you have any questions about
  the processing of your claim; or

- If you need information on
  appealing your claim.

**Or visit our website at
www.1199nbf.org.**

# Section VII. A
# GETTING YOUR HEALTH CARE BENEFITS

### PAYMENT INFORMATION FOR PARTICIPATING PROVIDERS

If you are a Participating Provider, any disputes regarding payment for services from the Fund are not "claims" subject to the Department of Labor Claims Regulations (codified at 29 C.F.R. 2560.503-1) and shall be handled under the terms set forth in your participation agreement and provider manual.

## POST-SERVICE CLAIMS

### FILING A CLAIM

A request for payment or reimbursement for benefits is called a Post-Service Care Claim, or a "Claim," which may be submitted to the Fund either in electronic or paper form.

The Fund needs to receive a claim so that:

• Your doctor or health care provider can be paid

   *or*

• You can be reimbursed if you paid your doctor or health care provider.

**If you use a Participating Provider**, your doctor, hospital or health care provider will submit the claim to the Fund.

**If you use a Non–Participating Provider**, you may need to submit a claim form to the Fund. If your provider does not have a claim form, you may obtain one by calling our Member Services Department at (212) 541-9150. You can also obtain a claim form from the "Forms" section of our website at www.1199nbf.org.

For the Fund to pay your claim to a non–participating provider, you must sign an Assignment of Benefits statement. This way, you are giving the Fund your consent to have the payment sent to your doctor, hospital or health care provider. However, the Fund will only pay a claim according to the Schedule of Allowances. You may be responsible for any charges over the Fund's allowance.

### ■ NOTE

*The assignment feature of the Fund is only for payment of your benefits to providers. There is no further liability for any claim by any provider or third party and no such claims may be brought against the Fund.*

**If you paid your provider and want to be reimbursed**, you will need to submit a claim form to the Fund. If your provider does not have a claim form, you may obtain one by calling our Member Services Department at (212) 541-9150. You can also obtain a claim form from the "Forms"

**123**

section of our website at www.1199nbf.org. Submit this form with the bill from your provider and make sure the bill lists the amount you have paid. The Fund will only pay a claim according to the Schedule of Allowances. You may be responsible for any charges over the Fund's allowance.

**It is very important to file your claim with the Fund promptly.**

- Disability claims must be filed with your employer's disability carrier **within 30 days** of the start of your disability.

- All other claims must be filed **no longer than 90 days** after the services were provided.

- Life insurance and AD&D claims must be filed **no longer than one year** after the date of death or loss.

Claims that are late due to extenuating circumstances may be processed, in the sole discretion of the Plan Administrator. In no event, however, will the Fund pay claims filed more than one year after the service or treatment is provided.

You may file any claim yourself, or you may designate another person as your "authorized representative" by notifying the Plan Administrator in writing of that person's designation. In that case, all subsequent notices will be provided to you through your authorized representative.

## INITIAL CLAIM DECISION FOR POST-SERVICE CLAIMS

The Plan Administrator's initial decision on your claim will be provided in writing no later than thirty (30) days after the Plan Administrator receives the claim. If your claim is totally or partially denied, you will be notified of the reasons, and the specific provisions of the Plan on which the decision was based. This 30-day period may be extended by the Plan Administrator for an additional fifteen (15) days due to matters beyond the Plan's control; you will receive prior written notice of the extension. If your claim form is incomplete, you will be notified; you will then have forty-five (45) days to provide any additional information requested of you by the Plan Administrator. In this case, the period for resolving the claim will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information. If you fail to provide the additional information within forty-five (45) days, the initial decision on your claim will be made based on the information available to the Plan Administrator.

If your claim is totally or partially denied, you can appeal by requesting an Administrative Review. See "Administrative Review of Adverse Benefit Decision" on page 128.

## REQUESTS FOR BENEFITS OTHER THAN POST-SERVICE PAYMENT CLAIMS

### INITIAL BENEFIT DECISION

In order to receive certain Fund benefits, you must get prior authorization from the Plan Administrator. You may file any Request for Benefits yourself, or you may designate another person as your "authorized representative" by notifying the Plan Administrator in writing of that person's designation. In that case, all subsequent notices will be provided to you through your authorized representative.

The Plan Administrator will make an initial decision on your Request for Benefits, depending on which category it falls into:

**Pre-Service Care Requests** are requests for those benefits that require Fund approval—"pre-certification" or "prior authorization"—before treatment. These include, for example, requests to pre-certify a hospital stay or an ambulatory/outpatient surgery, (see pages 59 and 68) or to authorize home nursing care or durable medical equipment (see page 76). In the case of requests for hospital stays or ambulatory/outpatient surgery, the Fund will have 1199SEIU CareReview, a contracted Fund Agent, review your request.

**Concurrent Care Requests** are requests to extend previously approved benefits for an ongoing course of treatment, or a specific number of treatments. These include, for example, requests to receive physical/rehabilitation therapy, or visits to an allergist, podiatrist or chiropractor beyond the standard number of visits allowed by the Fund. Where possible, these requests should be filed at least twenty-four (24) hours before the expiration of any course of treatment for which an extension is being sought. These claims may be filed by phone or fax. See pages 75–77.

**Urgent Care Requests**. Certain Pre-Service Care or Concurrent Care Requests involve situations that have to be decided quickly because using the usual timeframes for decision-making could (i) seriously jeopardize the life or health of the patient or, (ii) in the opinion of the treating physician with knowledge of the medical condition, would subject the patient to severe pain that cannot be adequately managed without the care or treatment being requested. These requests for benefits are treated as Urgent Care Requests and include those situations commonly treated as emergencies. These claims may be filed by phone or fax. See pages 59 and 68 for requests involving hospitalization or inpatient/ambulatory surgery; see page 127 for all other requests.

### TIMEFRAMES FOR INITIAL BENEFIT DECISIONS

The Plan Administrator will provide a written decision on your initial Request for Benefits. If your Request is denied, you will receive the reasons why your benefits have been denied (or reduced), and the specific provisions of the Plan on which the decision was based. If an Urgent Care

**125**

Request is denied, this information may be provided orally. A written notification will be furnished to you not later than three (3) days after this oral notification.

• **Pre-Service Care Request**—You or your authorized representative will be notified of the Plan Administrator's (or 1199SEIU CareReview's) approval or denial of your Request for Benefits no later than fifteen (15) days from the date the Fund receives the request. This 15-day period may be extended by the Plan Administrator (or 1199SEIU CareReview) for an additional fifteen (15) days due to matters beyond the Plan Administrator's (or 1199SEIU CareReview's) control; you will receive prior written notice of the extension. If your Request is incomplete, you will be notified within five (5) days after it is filed. You will then have forty-five (45) days to provide any additional information requested of you by the Plan Administrator (or 1199SEIU CareReview). The period for making the benefit decision will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information. Within forty-five (45) days, the initial decision on your Request for Benefits will be made based on the information available to the Plan Administrator (or 1199SEIU CareReview).

**Concurrent Care Request**—You or your authorized representative generally will be notified of the Plan Administrator's denial of your Request for Benefits sufficiently in advance of the reduction or termination of benefits to allow you to appeal and obtain a decision before the benefit is reduced or terminated (assuming that your request was filed before the end of the course of treatment for which the extension is being sought). If the request to extend the course of treatment or the number of treatments involves Urgent Care, the Plan Administrator will notify you of its decision, whether adverse or not, within twenty-four (24) hours after receiving the request, provided that the request is made to the Fund at least twenty-four (24) hours before the expiration of benefits. You will be given time to provide any additional information required to reach a decision. If you fail to provide the additional information on a timely basis, the initial decision on your Request for Benefits will be made based on the information available to the Plan Administrator.

**Urgent Care Request**—You or your authorized representative will be notified of the Plan Administrator's approval or denial of your request, as soon as possible, but in no event later than seventy-two (72) hours after the Plan Administrator has received the request. If your request is incomplete, you will be notified within twenty-four (24) hours. You or your authorized representative will then have 48 hours to provide the necessary information, and the Plan Administrator will notify you of its decision within 48 hours of receiving the additional information (or from the time the information was due). If you fail to provide the additional information on a timely basis, the initial decision on your Request for Benefits will be made based on the information available to the Plan Administrator.

**127**

# Section VII. B
# YOUR RIGHTS ARE PROTECTED – APPEALS PROCEDURE

If your Claim or your Request for Benefits is denied, the Plan provides for two levels of appeals, as described below.

## 1ST STEP – ADMINISTRATIVE REVIEW OF ADVERSE DECISION

If your Claim or Request for Benefits is totally or partially denied, you may request an Administrative Review of such denial within one hundred and eighty (180) days after the receipt of the denial notice. Your request for a review must be in writing unless your request involves Urgent Care, in which case the request may be made orally. In some cases, such as Pre-Service Care Requests, the Plan Administrator will have 1199SEIU CareReview conduct the Administrative Review.

### NOTE

*All claims by you, your spouse, your children, your beneficiaries or third parties against the Fund are subject to the Claims and Appeals Procedure. No lawsuits may be filed in any court until all steps of these procedures have been completed and the benefits requested have been denied in whole or in part.*

## 2ND STEP – HOSPITAL STAYS OR AMBULATORY/OUTPATIENT PROCEDURES

### Non-Urgent Care Situations

If the Administrative Review by the 1199SEIU CareReview results in a denial of your Request for Benefits, you have the right to make an appeal directly to the Fund's Medical Director. Such request must be filed within sixty (60) days after the receipt of the denial notice. Your request for a review must be in writing unless your claim involves urgent care, in which case the request may be made orally. If your appeal is denied by the Fund's Medical Director, you have the right to file suit in Federal Court, under the Employment Retirement Income Security Act ("ERISA").

You may also choose to bring a third, final appeal to the Appeals Committee of the Board of Trustees. Such requests must be filed within sixty (60) days after the receipt of the denial notice. Your request for a review must be in writing unless your claim involves urgent care, in which case the request may be made orally. If your appeal is denied by the Appeals Committee, and you disagree with that decision, you still have the right to pursue your case under ERISA in Federal Court.

128

## Urgent Care Situations

In Urgent Care situations regarding the prior authorization of Hospital Stays or Ambulatory/Outpatient Procedures, the Administrative Review of 1199SEIU CareReview shall be final and binding on all parties. If the Administrative Review by 1199SEIU CareReview results in a denial of your Request for Benefits, you have the right to file suit in Federal Court, under ERISA.

## All Other Claims or Requests for Benefits

If, after the Administrative Review your Claim or Request for Benefits is totally or partially denied, you have the right to make a final appeal directly to the Appeals Committee of the Board of Trustees. Such request must be filed within sixty (60) days after the receipt of the denial notice. Your request for a review must be in writing unless your claim involves urgent care, in which case the request may be made orally.

---

### How to Request an Administrative Review or an Appeal to the Appeals Committee of the Board of Trustees

**Requests for Administrative Review of Urgent Care for hospitalization or ambulatory/inpatient procedures can be directed to CareReview at:**

- Phone (800) 227-9360
- Fax (860) 847-5100

**Requests for Administrative Review of non-urgent hospitalization or ambulatory/inpatient procedures should be sent to:**

1199SEIU CareReview Program
Intracorp/Care Allies
1777 Sentry Park West
Dublin Hall, 4th Floor
Blue Bell, PA 19422

**Requests for other Administrative Reviews and Appeals should be sent to:**

1199SEIU Greater New York Benefit Fund
Claim Appeals
PO Box 646
New York, NY 10108-0646

**Requests involving Urgent Care can be made by:**

- Phone (646) 473-7446
- Fax (646) 473-7447

## WHAT YOU ARE ENTITLED TO

In connection with your right to appeal, you:

- Are entitled to submit written comments, documents, records, or any other matter relevant to your claim;

- Are entitled to receive, at your request and free of charge, reasonable access to, and copies of, all relevant documents, records, and other information that was relied on in deciding your claim for benefits;

- Will be given a review that takes into account all comments, documents, records, and other information submitted by you relating to the claim, regardless of whether such information was submitted or considered in the initial benefit decision;

- Will be provided with the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with your adverse benefit decision, without regard to whether the advice was relied upon in making the benefit decision;

- Are entitled to have your claim reviewed by a health care professional retained by the Plan, if the denial was based on a medical judgment; this individual may not have participated in the initial denial and;

- Are entitled to a review that is conducted by a named fiduciary of the Plan who is not the person who made the benefit decision, and who does not work for that person.

In the case of an Urgent Care Request, you are entitled to a fast review process in which all necessary information, including the Fund's benefit decision on review, shall be sent to you by telephone, facsimile, or other available expeditious methods.

## TIMEFRAMES FOR ADMINISTRATIVE REVIEW AND APPEAL

After each step of the process (i.e., the Administrative Review, and the appeal to the Appeals Committee of the Board of Trustees) the Plan Administrator will provide you with a written decision. If your Claim or your Request for Benefits is totally or partially denied, you will be given the specific reason(s) for the decision and the process, and you will be notified of the decision, according to the following timeframes:

- **Pre-Service Care Requests**— not later than fifteen (15) days after your request for a review is received

- **Post-Service Care Claims**— not later than thirty (30) days after your request for a review is received

- **Urgent Care Request**—each level of review of an Urgent Care Request shall be completed in sufficient time to ensure that the total period for completing both the Administrative Review and the appeal to the Appeals Committee

**130**

of the Board of Trustees does not exceed seventy-two (72) hours after your request for a review is received.

- **Concurrent Care Requests**— an appeal of a Concurrent Care Request will be treated as either an Urgent Care Request, a Pre-Service Request, or a Post-Service Claim, depending on the facts.

The decision of the Appeals Committee shall be final and binding on all parties, subject to your right to file suit in Federal Court, under ERISA.

## APPEALING DISABILITY CLAIMS

To appeal a denial of your request for disability benefits, you must:

- Follow the directions that are on the back of the rejection notice (DB-451). Please provide a copy of the rejection notice for our review. If you do not have this form available, contact the Fund at (212) 541-9150.

  *and*

- **Within 30 days** of receiving the denial notification, send the request for a review in writing to the applicable State agency.

Your claim will be reviewed and you will receive a written notice of the decision from your employer's disability carrier.

**131**

## Section VII. C
# WHEN BENEFITS MAY BE SUSPENDED, WITHHELD OR DENIED

**It is important that you provide the Fund with all the information, documents or other material it needs to process your claim for benefits.**

The Fund may be unable to process your claim if you, your spouse or your children:

- Do not repay the Fund for benefits that you were not entitled to receive

- Do not sign an agreement (or comply with such an agreement) to repay the Fund in the case of legal claim against a third party

- Do not sign the Assignment of Benefits authorization when you want your benefits paid directly to your provider

- Do not allow the disclosure of medical information, medical records or other documents and information when requested by the Fund.

Benefits may be suspended, withheld or denied for the purpose of the recovery of any and all benefits paid:

- That you were not entitled to receive

- That your spouse or dependent children were not entitled to receive

- That were the subject of a legal claim against a third party for which a lien form was not signed and received by the Fund as required in Section I.G.

**132**

# Section VII. D
# WHAT IS NOT COVERED

In addition to the various exclusions and limitations set forth elsewhere in this booklet, the Fund does not cover:

- Charges in excess of the Fund's Schedule of Allowances

- Charges for services provided and supplies or appliances used before you, your spouse or your children became eligible for Fund coverage

- Charges for services covered under any mandatory automobile or no-fault policy

- Charges related to any work-related accidental injuries or diseases that are covered under Workers' Compensation or comparable law

- Charges for care resulting from an act of war

- Charges related to an illness or injury that was deliberately self-inflicted or that resulted from the person participating in an illegal act

- Charges for services or materials that do not meet the Fund's standards of professionally recognized quality

- Charges that would not have been made if no coverage existed or charges that neither you nor any of your dependents are required to pay. For example, the Fund will not pay for services provided by members of you or your Dependent's immediate family.

- Charges made by your provider for broken appointments

- Charges for in-hospital services that can be performed on an ambulatory or outpatient basis

- Charges for procedures, treatments, services, supplies, or drugs for cosmetic purposes, except to remedy a condition that results from an accidental injury

- Charges for experimental or unproven procedures, services, treatments, supplies, devices, drugs, etc. (See definition on page 149).

- Charges for services, treatments and supplies covered under any other insurance coverage or plan, or under a plan or law of any government agency or program, unless there is a legal obligation to pay

- Charges for services that are not FDA-approved for a particular condition

- Charges that are unreasonable, excessive, or that are beyond the provider's normal billing rate or beyond their scope or specialty

**133**

- Charges for services that are not covered by the Fund, even if the service is medically necessary

- Charges for services that are not medically necessary in the judgment of the Plan Administrator (see page 74)

- Charges related to interest, late charges, finance charges, court or other legal costs

- Charges related to programs for smoke cessation, weight reduction, stress management and other similar programs that are not provided by a licensed medical physician or not medically necessary

- Charges for infertility treatment including but not limited to, in vitro fertilization, artificial insemination, and reversal of sterilization

- Charges for claims submitted more than 12 months after the date of service

- Charges related to an illness or injury resulting from the conduct of another person, where payment for those charges is the legal responsibility of another person, firm, corporation, insurance company, payer, uninsured motorist fund, no-fault insurance carrier or other entity

- Charges for services that are custodial in nature

- Charges for services in excess of or not in compliance with the Fund's guidelines, policies, or procedures

- Charges that are not itemized

- Charges for over-the-counter, personal, comfort, or convenience items such as bandages or heating pads (even if your physician recommends them)

- Charges for services which are not pre-authorized in accordance with the terms of the Plan

- Charges for services after your Maximum Lifetime Benefit has been reached, including services for medical conditions arising prior to or at the time the benefit maximum was met.

134

# Section VII. E
## ADDITIONAL PROVISIONS

- Nothing in this booklet shall be construed as creating any right in any third party to receive payment from this Fund.

- Payments shall not be made to a person who is:

    ◦ A minor (under age 18)

    ◦ Unable to care for his or her affairs due to illness, injury, or incapacity.

Instead, the payment shall be made to a duly appointed legal representative or to such person who, in the judgment of the Plan Administrator, is maintaining or has custody of the person entitled to payments.

- No legal action may be brought against the Fund or the Trustees until all remedies under the Fund have been exhausted, including requests for Administrative reviews or appeals.

- Payments made by the Fund which are not consistent with the Plan—as stated in this booklet or as it may be amended—must be returned to the Fund.

- No benefit payable under the Plan shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, or charge.

Any action by way of anticipating, alienating, selling, pledging, encumbering or charging the same shall be void and of no effect. Nor shall any benefit be in any manner subject to the debts, contracts, liabilities, engagements, or torts of the person entitled to such benefit.

Notwithstanding the foregoing, the Fund shall have the power and authority to authorize the distribution of benefits in accordance with the terms of a court order that it determines is a qualified medical child support order, as required by applicable Federal law.

**135**



# SECTION VIII – GENERAL INFORMATION

A.  Your ERISA Rights

B.  Plan Amendment, Modification and Termination

C.  Authority of the Plan Administrator

D.  Information on Your Plan

# Section VIII. A
# YOUR ERISA RIGHTS

You have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

## GETTING INFORMATION

You have the right to:

- Examine, without charge, at the Fund office, all required Fund documents, including collective bargaining agreements, insurance contracts, detailed annual reports (Form 5500 series) and descriptions.

- Obtain copies of all required Fund documents, such as insurance contracts, collective bargaining agreements, copies of the latest annual report and summary plan description, by writing to the Fund Administrator. The Fund Administrator can make a reasonable charge for copies.

- Receive a summary of the Fund's Annual Financial Report. The Fund Administrator is required by law to provide each member with a copy of this Summary Annual Report. Union and Fund periodicals may be used for this purpose.

## CONTINUE GROUP HEALTH COVERAGE

- If you lose health coverage for yourself, your spouse, or dependents under the Plan as a result of a qualifying event, you, your spouse

or your dependents may have to pay for continued coverage. Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

- You will be provided a Certificate of Creditable Coverage, free of charge, from the Plan when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.

Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## FIDUCIARY RESPONSIBILITY

In addition to creating rights for Fund participants, ERISA imposes duties on the people responsible for operating the Fund, called "fiduciaries."

The fiduciaries have a responsibility to operate the Fund prudently and in the interest of all Fund members and eligible dependents.

No one, including your employer or any other person, may fire you or discriminate against you in any way to prevent you from obtaining a benefit from this Fund or from otherwise exercising your rights under ERISA.

**138**

If your claim for benefits is entirely or partially denied:

- You must receive a written explanation of the reason for the denial, obtain copies of documents relating to the decision without charge, and

- You have the right to have the Fund review and reconsider your claim, using the appeal procedure on pages 129-131.

## ENFORCING YOUR RIGHTS

Under ERISA, there are steps you can take to enforce your rights:

- If you request a copy of plan documents or the latest annual report from the Plan and you do not receive them within 30 days, you may file suit in Federal Court.

In this case, the court may require the Plan Administrator to provide the documents and possibly pay you up to $110 a day until you receive the materials, unless the documents were not sent because of reasons beyond the control of the Plan Administrator.

- If you have a claim for benefits which is entirely or partially denied or ignored, you may file suit in a State or Federal Court, after you have completed the Appeals procedure (see pages 128-131), if you believe that the decision against you is arbitrary and capricious.

- If you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in Federal Court.

- If it should happen that the Fund's fiduciaries misuse the Fund's money, or if you are discriminated against for asserting your rights, you may get help from the U.S. Department of Labor, or you may file suit in a Federal Court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order that you be paid these costs and fees. If you lose, the court may require you to pay these costs and fees (for example, if it finds your claim is frivolous).

## QUESTIONS?

If you have any questions about:

- Your Fund, contact the Fund office at (212) 541-9150.

- Your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, contact the nearest area office of the U.S. Department of Labor, Employee Benefits Security Administration, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the Publications Hotline of the Employee Benefits Security Administration at (866) 444-3272.

**139**

# Section VIII. B
# PLAN AMENDMENT, MODIFICATION & TERMINATION

The Plan Administrator reserves the right, within its sole and absolute discretion, to amend, modify or terminate, in whole or in part, any or all of the provisions of this Plan (including any related documents and underlying policies), at any time and for any reason, by action of the Board of Trustees, or any duly authorized designee of the Board of Trustees, in such manner as may be duly authorized by the Board of Trustees.

Neither you, your beneficiaries, or any other person have or will have a vested or nonforfeitable right to receive benefits under the Fund.

**140**

# Section VIII. C

# AUTHORITY OF THE PLAN ADMINISTRATOR

Notwithstanding any other provision in the Plan, and to the full extent permitted by ERISA and the Internal Revenue Code, the Plan Administrator shall have the exclusive right, power and authority, in its sole and absolute discretion:

- To administer, apply, construe, and interpret the Plan and any related Plan documents

- To decide all matters arising in connection with entitlement to benefits, the nature, type, form, amount, and duration of benefits and the operation or administration of the Plan

- To make all factual determinations required to administer, apply, construe, and interpret the Plan (and all related Plan documents).

Without limiting the generality of the statements above, the Plan Administrator shall have the ultimate discretionary authority to:

(i) Determine whether any individual is eligible for any benefits under this Plan;

(ii) Determine the amount of benefits, if any, an individual is entitled to under this Plan;

(iii) Interpret all of the provisions of this Plan (and all related Plan documents);

(iv) Interpret all of the terms used in this Plan;

(v) Formulate, interpret, and apply rules, regulations, and policies necessary to administer the Plan in accordance with its terms;

(vi) Decide questions, including legal or factual questions, relating to the eligibility for, or calculation and payment of, benefits under the Plan;

(vii) Resolve and/or clarify any ambiguities, inconsistencies, and omissions arising under the Plan or other related Plan documents; and

(viii) Process and approve or deny benefit claims and rule on any benefit exclusions.

All determinations made by the Plan Administrator (or any duly authorized designee thereof) and/or the Appeals Committee with respect to any matter arising under the Plan and any other Plan documents shall be final and binding on all parties.

141

## Section VIII. D

# INFORMATION ON YOUR PLAN

### NAME OF THE PLAN

1199SEIU Greater New York Benefit Fund

### TYPE OF PLAN

Taft-Hartley (Union-Employer) Jointly-Trusteed Employee Welfare Benefit Fund

### ADDRESS

Headquarters and Offices:

330 West 42nd Street
New York, NY 10036

### SOURCE OF INCOME

Payments are made to the Fund by your employer and other contributing employers, according to the collective bargaining agreements with 1199SEIU United Healthcare Workers East.

Employers' contribution rates are set forth in the applicable collective bargaining agreements. They are estimated to adequately meet the anticipated cost of claims and administration. Since this is a multi-employer fund, costs are calculated on a pooled basis.

You may get a copy of any collective bargaining agreement by writing to the Fund Administrator, or by examining a copy at the Fund office.

You can find out if a particular employer or employee organization is a sponsor of the Fund by writing to the Fund office. The address of the sponsor will also be given.

### ACCUMULATION OF ASSETS

The Fund's resources are held in checking and savings accounts to pay benefits and expenses. Assets are also invested by Investment Managers appointed by the Trustees to whom the Trustees have delegated this fiduciary duty.

### PLAN YEAR

The Fund's fiscal year is January 1 to December 31.

### PLAN ADMINISTRATOR

The Fund is self-administered and primarily self-funded. The Plan Administrator consists of the Board of Trustees and its duly authorized designees and subordinates, including, but not limited to, the Executive Director, the Appeals Committee and other senior employees.

The Trustees may be contacted at:

c/o Executive Director
1199SEIU Greater New York
Benefit Fund
330 West 42nd  Street
New York, NY 10036

### FOR SERVICE OF LEGAL PROCESS

Legal papers may be served on the Fund Trustees or the Fund's Counsel.

### IDENTIFICATION NUMBER

Employer Identification Number:
13-6125570

Fund's Plan Number
501

**142**

## TRUSTEES

The Board of Trustees is composed of Union and Employer Trustees. Employer Trustees are elected by the Employers. Union Trustees are chosen by the Union. The Trustees of the Fund are:

### Union Trustees

Pearl Granat, Vice President
1199SEIU United Healthcare
Workers East
50 Charles Lindbergh Blvd., Ste. 602
Uniondale, NY  11553

George Gresham
Executive Vice President
1199SEIU United Healthcare
Workers East
310 West 43rd Street, 5th Floor
New York, NY  10036

Jay Sackman, Executive Vice President
Nursing Home Division
1199SEIU United Healthcare
Workers East
310 West 43rd Street, 5th Floor
New York, NY  10036

John Seales, Vice President
1199SEIU United Healthcare
Workers East
50 Charles Lindbergh Blvd., Ste. 602
Uniondale, NY  11553

Neva Shillingford
Assistant Division Director
1199SEIU United Healthcare
Workers East
310 West 43rd Street, 4th Floor
New York, NY  10036

Milly Silva, President
SEIU 1199 New Jersey
9–25 Alling Street, 4th Floor
Newark, NJ 07102

### Employer Trustees

John Chobor, Executive Director
Greater New York Health Care
Facilities Association
360 West 31st Street, 5th Floor
New York, NY 10001

Thomas Haas, Administrator
Palm Garden Nursing Home
615 Avenue C
Brooklyn, NY  11218

William Pascocello
c/o 1199SEIU Greater New York
Benefit Fund
330 West 42nd Street
New York, NY 10036

Robin Rosen
Greater New York Health Care
Facilities Association
360 West 31st Street, Ste. 303
New York, NY 10001

Howard A. Sukoff, President
Geri–Care
250 Moonachie Ave.
Moonachie, NY  07074

143

144

# SECTION IX – DEFINITIONS

# DEFINITIONS

### *Accident*
An unusual, unexpected, fortuitous, unintended event causing injury for which no third party is legally responsible.

### *Accidental Death & Dismemberment*
Plan sponsored by Amalgamated and Life Insurance Company under an agreement with the Trustees providing for payments to a beneficiary designated by the employee under the circumstances described on page 96 and in the Certificate of Coverage (policy).

### *Administrative Review*
The procedure to appeal a claim that the Fund has rejected or denied in part. An administrative review can be requested by you, your dependents (your spouse or your children), or a provider of services which has received an Assignment of Benefits.

### *Ambulatory Care*
Health services that do not require an overnight hospital stay. These services may be performed in the outpatient center of a hospital, surgical center, ambulatory care center or in the operating room at a doctor's office.

### *Annual Rate of Pay*
Fifty-two (52) times the base weekly wage rate under the collective bargaining agreement with your employer which was in effect on January 1st of the last year you actually worked.

### *Assignment*
1. The Fund will pay its allowance to your doctor, dentist, laboratory, etc. directly when you request it to do so by signing the Assignment of Benefits statement on your claim form. The Fund will only pay those benefits allowed under the Plan. The Fund pays the hospital directly for the inpatient and emergency room care charges allowed by the Plan.

2. See Lien/Subrogation Reimbursement Agreement.

### *Average Weekly Earnings*
The weekly average of your Earnings wages reported to the Fund by your employer. Sixteen (16) weeks are averaged to determine your Eligibility Class.

### *Beneficiary*
The person(s) you have named to receive any Life Insurance benefit.

### *Benefit(s)*
Any of the scheduled payment(s) or services provided by the Plan.

### *Children*
Your children who are eligible to receive benefits from the Fund, as described on page 22.

### *Chiropractor*
A person licensed by the appropriate department of the State to practice within the chiropractic profession for which they have been licensed.

### *Claim Form*
One of the Fund forms that must be completed to request any of the Benefits provided by the Plan.

**146**

### *COBRA Continuation Coverage*
Coverage provided to a member or eligible dependents for a temporary period under certain circumstances. The member or eligible dependent must pay for this coverage. *(See page 43 for more detailed information.)*

### *Complicated Pregnancy*
A pregnancy determined by the Plan Administrator to involve adverse risk, including, but not limited to, Caesarean section, ectopic pregnancy, miscarriage, toxemia, diabetes, placental abnormalities, an oversized fetus and/or a breech presentation.

### *Contributing Employer*

1. An employer who has a collective bargaining agreement with 1199SEIU United Healthcare Workers East or one of its affiliates, which provides for regular monthly payments on behalf of the employees covered by the agreement for all benefits in this Summary Plan Description.

2. 1199SEIU United Healthcare Workers East, their affiliates, the Fund or any other employer accepted as a contributor by the Trustees and its affiliated and related Funds that are obligated to make regular monthly payments in an amount specified by the Trustees to the Benefit Fund on behalf of its employees.

3. An employer who has a collective bargaining agreement with 1199SEIU United Healthcare Workers East or one of *its* affiliates, which provides for regular monthly payments on behalf of the employees covered by the agreement to the Fund *for the Legal Benefit only.*

*Effective August 1, 2006, New Jersey employers with collective bargaining agreements with SEIU 1199 New Jersey will no longer be Contributing Employers under this SPD.*

### *Coordination of Benefits*
A method of sharing costs among payers which sets the order of payment by each. (See pages 30-32 for more detailed information.)

### *Cosmetic Surgery*
Cosmetic surgery includes any procedure whose primary purpose is to improve, alter, or enhance appearance. Procedures to correct a cosmetic disfigurement due to disease are not covered unless the disfigurement causes a functional impairment, or unless the surgical correction of the cosmetic disfigurement due to disease is performed in conjunction with a staged reconstructive surgical procedure to improve or restore bodily function.

Cosmetic surgery for psychological or emotional reasons is not covered when no functional impairment is present.

### *Covered Employment*
Employment for which your employer makes contributions to the Fund on your behalf pursuant to a collective bargaining agreement or other agreement accepted by the Board of Trustees.

### *Custodial Care*
Care is considered custodial when it is primarily for the purpose of attending to the participant's daily living activities and could be provided by persons without professional skills or training. Examples of this include, but are not limited to, assistance in walking, getting in and out of bed, bathing, dressing,

**147**

feeding, using the toilet, changes of dressings of non-infected wounds, post-operative or chronic conditions, preparation of special diets, and supervision of medication which can be self-administered by the member.

### Dentist

A person licensed by the appropriate department of the State to practice within the dental profession for which they have been licensed.

### Dependent

Your spouse and your children who are eligible to receive benefits from the Fund as described on pages 21-23.

### Direct Payment

Payments made on a self-pay basis to continue your Life Insurance coverage after your benefits have terminated.

### Disabled

You are temporarily unable to work due to an accident or illness.

### Disability Pension

You have retired from all active employment and have received a disability award from Social Security which entitles you to a Disability Retirement Pension from the 1199SEIU Greater New York Pension Fund.

### Doctor

A person licensed by the appropriate department of the State to practice within the medical profession for which they have been licensed.

### Earnings

Wages reported by a contributing employer as the basis for determining the employer's payments to the Fund.

### Eligible

You have met the criteria adopted by the Trustees of the Fund to determine your enrollment, plan of benefits, and Eligibility Class.

### Eligible Charges

The maximum amount that the Fund recognizes as a reasonable charge for the service rendered, as set forth in the Fund's Schedule of Allowances.

### Eligibility Class

One of the three (3) wage earning levels used by the Fund to determine the level of benefits to which a member and/or eligible dependents are entitled.

### Emergency

Services provided in connection with an "Emergency Condition" including screening and examination services provided to a Member or his/her eligible dependent who requests medical treatment to determine if an Emergency Condition exists. "Emergency Condition" means a medical or behavioral condition, the onset of which is sudden, that manifests itself by symptoms of sufficient severity, including severe pain, that a prudent layperson, possessing an average knowledge of medicine and health, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the person afflicted with such condition in serious jeopardy, or in the case of a behavioral condition, placing the health of such person or others in serious jeopardy; (ii) serious impairment to bodily functions; (iii) serious dysfunction of any bodily organ or part of such person; or (iv) serious disfigurement of such person. Emergency care includes health care procedures, treatments or

**148**

services, including psychiatric stabiliza-tion and medical detoxification from drugs or alcohol that are provided for an Emergency Condition.

### Enrollment Form

The form used to provide the Fund with the personal, employment, and beneficiary information needed to determine your benefits and process your claims.

### ERISA

The Employee Retirement Income Security Act of 1974, as amended from time to time.

### Executive Director

The Executive Director is the person who has been authorized by the Board of Trustees to administer, apply and interpret the Plan on a day-to-day basis.

### Experimental

Experimental means any investigational or unproven treatment, procedure, facil-ity, equipment, drug, device, or supply which does not meet any one or more of the following criteria:

(i)   If a drug, biological product or device or other item requires governmental approval, that item has completed the required clini-cal trials and has received final approval from the appropriate governmental regulatory bodies for commercial distribution for use in treating the condition being reviewed,

(ii)  The treatment is endorsed by an appropriate medical society,

(iii) There must be scientific evidence, including peer-review literature

demonstrating that the technology improves net health outcomes, in terms of efficacy, safety and reliability,

(iv)  The technology must be at least as beneficial as any established alter-natives, or

(v)   The improvement in net health outcome must be attainable under the usual conditions of medical practice.

### Family

Your spouse and your children who are eligible to receive benefits from the Fund, as described on pages 21-23.

### FDA

The Food and Drug Administration, the U.S. Department of Health and Human Services agency responsible for ensuring the safety and effectiveness of all drugs, biologics, vaccines, and medical devices.

### Fiduciary

Each of the Trustees and others responsible for directing the admin-istration of the Fund, and their responsibilities under the law.

### Full Time

The number of hours worked in a normal regular work week as set forth in the applicable union contract. Overtime is not included.

### Fund or Trust Fund

The 1199SEIU Greater New York Benefit Fund whose principal office is at 330 West 42nd Street in New York City.

**149**

### *Health Services ID Card*
The card issued by the Fund to serve as identification to assist you in receiving various benefits.

### *Hospital*
An institution which:

- Primarily provides services to diagnose, treat and care for injured, disabled or sick patients by or under the supervision of a doctor; and

- Provides 24-hour nursing service with the care given or supervised by a registered professional nurse; and

- Maintains clinical records on all patients; and

- Has bylaws in effect with respect to its staff of physicians; and

- Has a hospital utilization review plan in effect; and

- Is licensed by the federal government and by the state in which the hospital is located; and

- Has accreditation under one of the programs of the Joint Commission on Accreditation of Hospitals.

The term "hospital" does not include an institution or part of an institution that is used mainly as:

- A rest or nursing facility

- A facility for the aged, chronically ill, convalescents, or alcohol or drug addicts

- A facility providing custodial, psychiatric, education, or rehabilitative care.

### *Illness*
Sickness, disease or disorder of body or mind of such character as to affect the general soundness and the healthfulness of the system.

### *Level of Benefit*
The Eligibility Classification (Eligibility Class I, Eligibility Class II, or Eligibility Class III) used to determine the specific package of benefits for which you, your covered spouse, and your covered children are entitled.

### *Lien/Subrogation Reimbursement Agreement*
An agreement that gives the Fund the right to recover payment for any amount it has paid or will pay arising out of, or relating to, any and all of the rights, claims, causes of action, and interest which you (your spouse or covered children) may have against any person, firm, corporation, insurance company, payor, uninsured motorist fund, no-fault insurance carrier, or other entity in regard to such injuries, expenses, or losses.

### *Life Insurance*
Provides for payments to beneficiaries designated by the member in the event of the death of the member as described on pages 93–95 and in the Certificate of Coverage.

### *Lifetime Benefit*
The total amount of health benefits the Fund can pay to you or each of your dependents during your or each of your dependents' lifetime. It does not include any payments for disability, Life Insurance, accidental death or dismemberment benefits, camp or scholarship benefits.

**150**

*Medically Necessary*

Means those services or supplies which are determined by the Plan Administrator as medically necessary and rendered at the appropriate level of care to evaluate, diagnose or treat the non-occupational illness, non-occupational injury or pregnancy, which a doctor has diagnosed or reasonably suspects. To be medically necessary, the Plan Administrator must determine in its sole exercise of discretion that the services or supplies:

A. Are consistent with the diagnosis and treatment of the patient's condition, and

B. Are clinically appropriate, in terms of type, frequency and duration and are considered effective for the patient's illness, injury or disease.

C. Are in accordance with the standards of accepted medical practice, and

D. Are not solely for the convenience of the patient, physician, and/or supplier, and

E. Are performed at a level of care not greater than required for the patient's condition, and

F. Will result in a measurable and significant improvement related to the patient's specific medical condition. For example, if the maximum therapeutic benefit has been met, then medical necessity cannot be established, and

G. Will result in a change in diagnosis or proposed treatment plan. For example, if other procedures have already established a diagnosis, ongoing procedures are not considered medically necessary if their only purpose is confirmatory, and

H. Are advanced therapies that have only been rendered after more conservative medical treatments have been attempted without therapeutic improvement, and

I. Are not maintenance or supportive care.

*Medicare*

The program of health insurance legislated by the Federal government and administered by the Social Security Administration of the U.S. Department of Health and Human Services.

*Member*

An employee who is working for a Contributing Employer on whose behalf payments to the Fund are required in the contract specified by the Trustees. An employee who formerly worked for a Contributing Employer and who is covered for certain benefits is a member only with respect to those benefits provided to his class of former members.

*Mental Health Benefits*

Services for illnesses listed in the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, or subsequent Editions, regardless of etiology, and typically treated by psychiatrists, psychologists or other licensed therapists using psychotherapy and/or psychotropic drugs.

**151**

*Newly Organized*
Those employees in a bargaining unit when 1199SEIU United Healthcare Workers East concludes a Union contract which for the first time requires payment to the Greater New York Benefit Fund for employees in that bargaining unit. It does not include employees covered under expired contracts which are subsequently renewed or extended or employees joining a bargaining unit after coverage under the Plan for employees in such a unit has been negotiated.

*Network*
See Participating Provider.

*Non-Panel or Non-Participating*
A duly licensed health care professional or other provider who does not have any fee agreement with the Fund.

*Notice of Rejection*
A written communication sent to you or a provider of service by the Fund which states that the Fund will not make payment in whole or in part for the service for which payment was requested.

*Over-the-Counter*
Any medication that is customarily and legally purchased without a prescription.

*Panel Doctor*
See Participating Provider.

*Participating Pharmacy*
A licensed, registered pharmacy that has signed an agreement with the Fund's Prescription Benefit Manager (PBM).

*Participating Provider*
A duly licensed dentist, dental specialist, physician, board-certified or board-eligible specialist, podiatrist, chiropractor, psychologist, psychiatric social worker, optician, optometrist or medical supplier, who has signed an agreement with the Fund to charge no more than the Fund's Schedule of Allowances.

*Part Time*
An employee who is regularly scheduled to work a number of hours per week which is less than the number of hours stipulated in the applicable Union contract for full-time employees performing the same work.

*Permanently Disabled*
The inability to perform any gainful employment prior to age 65 as certified by the granting of a Social Security award from the Social Security Administration.

*Physician*
A person licensed by the appropriate department of the State to practice within the medical profession for which he or she has been licensed.

*Plan*
The benefits and the rules and regulations pertaining thereto for the various levels of benefits as adopted and interpreted by the Trustees and the official documents, such as the Trust Agreement and this booklet, including its preface, in which they are described.

*Plan Administrator*
As used in this booklet, shall mean the Board of Trustees and any individuals, such as the Executive Director, duly designated by the Trustees to carry out administrative functions.

**152**

### Podiatrist
A person licensed by the appropriate department of the State to practice within the podiatric profession for which they have been licensed.

### Primary Care Physician or "PCP"
The physician having primary responsibility for your medical care. You choose your own Primary Care Physician in accordance with the 1199SEIU Benefit Fund guidelines, subject to the Physician's acceptance. A Primary Care Physician generally practices in the area of family medicine, internal medicine, or pediatrics.

### Prior Authorization
See Prior Certification.

### Prior Certification
A requirement to submit a treatment plan or call the Fund or its agents prior to receiving services or supplies. This review process evaluates the medical necessity and appropriateness of a proposed service or care. This includes, but is not limited to, all non-emergency hospital admissions and surgical procedures, admissions for mental health or substance abuse, admissions for physical rehabilitation, certain home care or outpatient services or treatment, certain prescription drugs, and some dental claims. There may be certain penalties, as described in this booklet, if you fail to obtain prior certification.

### Psychiatric Social Worker
A person licensed by the appropriate department of the State to practice within the psychiatric social work profession for which he or she has been licensed.

### Psychologist
A person licensed by the appropriate department of the State to practice within the psychology profession for which he or she has been licensed.

### Retired Member or Retiree
A person who is currently receiving a pension from the Greater New York Pension Fund.

### Schedule
A list of items covered and/or amounts paid.

### Schedule of Allowances
Any one of the various fee schedules, such as medical/surgical, vision or dental, established by the Trustees that is used to determine the amount allowed or paid by the Plan for the appropriate service, which is subject to change.

### Spouse
The person to whom a member is legally married and who is eligible for benefits from the Fund as described on page 21.

### Surgeon
A person licensed by the appropriate department of the State to practice within the surgical profession for which they have been licensed.

### Totally Disabled
See Permanently Disabled.

### Trust Agreement
The Agreement and Declaration of Trust entered into between the Union and Contributing Employers establishing the Fund.

**153**

### *Trustees*

The Fund Trustees acting pursuant to the Agreement and Declaration of Trust establishing the Fund, and any successor Trustees, duly designated in the manner set forth in the Agreement and Declaration of Trust.

### *Years of Credited Service*

Periods of time for which an employee earns twelve (12) months of credited service towards a pension under the rules described in the Plan and Summary Plan Description of the (including credited service recognized by the Greater New York Pension Fund for purposes of pension eligibility in accordance with the terms of a reciprocity agreement between the Fund and another pension plan) Greater New York Pension Fund or its successors.

### *You*

As used in this booklet, the term "You" or "you" refers to the member, as an individual, or to the member and her/his family, as an entity, depending on the context in which it is used.

**154**

**NOTES**

**NOTES**