UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | CASE NO. 08-3627 RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| Plaintiffs, | * * | |
| v. | * * | SECTION L |
| BROWNGREER, PLC, *et. al.* | * * | JUDGE ELDON E. FALLON |
| Defendants. | * * | MAGISTRATE JUDGE KNOWLES |

**********************************************************************************

## AFFIDAVIT OF KENNETH STILWELL

KENNETH STILWELL hereby states under penalty of perjury:

1.      I am the Administrator of the New York State Teamsters Council Health and

Hospital Fund ["Teamsters Fund" or "Fund"], a union health and welfare fund which provides

medical and other benefits to approximately 42,000 members.  I submit this Affidavit in support

of the application for a preliminary injunction in the captioned action.

2.      The purpose of this action, as I understand it, is to compel individuals who have

enrolled in the Vioxx Personal Injury Settlement and will be receiving a payment from Merck for

their injuries related to Vioxx, to identify themselves to their health insurers/employee benefit

plans, so that those plans, like the Teamsters Fund, may evaluate and pursue their

reimbursement/subrogation claims, as set forth in their benefit plan documents.

3.      The Teamsters Fund is a self-funded employee benefit plan ["Plan"] pursuant to

ERISA.  Attached as Exhibit A is a true and correct copy of our General Eligibility and ERISA

00121092.WPD

Rights Information booklet.

4.      The Teamsters Fund Plan documents provide, among other things, that where a member for whom medical benefits were paid by the Plan expects to receive a tort recovery from a third party for the injury giving rise to the medical payment, the Teamsters Fund is entitled to reimbursement for paid medical benefits from those settlement proceeds.  Exhibit A, page19 - 20.  Plan documents also require beneficiaries involved in tort lawsuits to notify the Fund of any third party lawsuit or claim, the Fund can be reimbursed from any proceeds. Id.

5.      Reimbursement from lawsuits is a source of recovery for the Teamsters Fund; the Fund recovers approximately $100,000 per year from its subrogation/reimbursement efforts. Such recovery helps defray potential increases in insurance costs, which might otherwise require increases in the weekly cost of health benefits for members generally.

6.      In the normal course, the Fund lacks the capacity, on its own, to conduct investigations to determine if any of our members are involved in third party tort actions, like the Vioxx litigation.  Typically we rely on our members or their attorneys (who are often obtained by the member through the Fund's Legal benefit plan) to notify the Fund of any pending tort recovery.

7.      Additionally, our third party administrator who processes our medical claims assists us by providing the Fund with claims diagnosis information for traumatic injuries which are likely to receive tort recoveries.  With that information from our third party administrator to help identify a potential claim, we are in a position to communicate with the member to learn if there is a lawsuit against which we are entitled to  make claims for reimbursement of paid medical expenses.

00121092.WPD

8.     This traditional method for identifying reimbursement and subrogation claims does not work for Vioxx.  The injuries caused by Vioxx − − heart attacks and strokes − − are injuries that are commonly caused by disease or illness; there is no way to look at the diagnosis codes and determine if Vioxx was involved in the injury.

9.     Our records show that our members collectively received over $750,000 of Vioxx prescriptions during the time the drug was on the market.  This substantial Vioxx use suggests that there may well be Fund members who suffered Vioxx related injuries and are participants in the Vioxx Personal Injury Lawsuit.  However, not one member to my knowledge has voluntarily notified the Fund of his or her involvement in the Vioxx action, or of a potential settlement.

10.    In short, it is next to impossible for the Fund to identify whether any of its members have enrolled in the Vioxx Settlement and will receive a payment.

11.    It has been suggested that settling claimants who are the Fund's beneficiaries might be discovered by cross-matching the data for Vioxx use with the data for heart attacks or strokes.  However, our Pharmaceutical Benefits provider is a separate entity from our medical benefits provider and the data bases are entirely separate from each other.  Moreover, we had two different Pharmacy Benefits providers during the years that Vioxx was on the market, which are no longer under contract with the Fund.  Any effort to engage in such a cross-referencing effort of multiple databases would be extremely inefficient, costly and difficult for the Fund.  Simply stated, this is not something the Fund is equipped to undertake on its own.

12.    Nor is it helpful to use the names of plaintiffs who filed publically available complaints.  Again, without social security numbers, it is not possible to conduct a meaningful search of our computerized data to identify Plan members who are settling claimants.  Many

00121092.WPD

plaintiffs have common names; many change their names over time, or remarry, or have

different names than the personal representative of the estate who is claiming a Vioxx settlement.

13. ~~9.~~   If we receive the social security numbers and requested information for

identifying our members who are settling claimants, we would be in a position to properly

investigate our reimbursement claims, and take steps, where appropriate, to recover paid medical

benefits, pursuant to our Plan provisions.

Further Affiant sayeth naught.

Dated: _June 16, 2008_

_____
Kenneth Stilwell

JENNIFER A. MILLER
NOTARY PUBLIC, State of New York,
No. 01MI5035793
Qualified in Onondaga County
My Commission Expires Nov. 7, 2010

00121092.WPD

# NEW YORK STATE TEAMSTERS COUNCIL HEALTH & HOSPITAL FUND

## General Eligibility & ERISA Rights Information

## Your Funds...............Working For You

# TABLE OF CONTENTS

*PARTICIPANT RESPONSIBILITIES* ..............................................*Section 1*

*ELIGIBILITY FOR FUND BENEFITS* .........................................*Section 2*

*COVERAGE FOR BENEFITS*.......................................................*Section 3*

*COBRA CONTINUATION COVERAGE* ......................................*Section 4*

*PROVISIONS WHICH AFFECT ALL FUND BENEFITS* ...............*Section 5*

*CLAIMS AND APPEALS PROCEDURES* .....................................*Section 6*

*HIPAA HEALTH INFORMATION AND DISCLOSURE*................*Section 7*

*GENERAL INFORMATION AND ERISA RIGHTS* ......................*Section 8*

# IMPORTANT NOTES

1. Benefits are determined by the contribution rate paid to the Fund and the Benefit Selection Form signed by your employer and your local union.  Receipt of an incorrect benefit booklet or Summary Plan Description does not entitle you or your dependents to benefits for which you are not eligible.

2. As used herein, the term "we" refers to the Fund and /or any service administrator under contract or subject to an agreement with the Fund.

3. (A) Subject to Section 6, the Trustees shall be the sole judge of the standard of proof required in any case and the application and interpretation of this Fund and decisions of the Trustees shall be final and binding on all parties.
(B) Participants rights with respect to any claims for benefits that have been denied in whole or part shall be covered by the "Claims Procedures and Appeals Procedures" set forth in Section 6 to this Fund.  Except as may otherwise be provided herein, the Fund shall be administered and operated by the Trustees who shall have the exclusive right, power, and authority, in their sole and absolute discretion, to administer, apply and interpret the Fund and any other Fund documents and to decide all matters arising in connection with the operation or administration of the Fund and the investment of Fund assets.  Without limiting the generality of the foregoing, the Trustees shall have the sole and absolute discretionary authority to: (1) take all actions and make all decisions with respect to the eligibility for, and the amount of, benefits payable under the Fund; (2) formulate, interpret and apply rules, regulations and policies necessary to administer the Fund in accordance with its terms; (3) decide questions, including legal or factual questions, relating to the calculation and payment of benefits under the Fund; (4) resolve and/or clarify any ambiguities, inconsistencies and omissions arising under the Fund or other Fund documents; and (5) process, and approve or deny, benefit claims and rule on any benefit exclusions.  All determinations made by the Trustees with respect to any matter arising under the Fund and any other Fund documents shall be final and binding on all affected Fund participants (and their beneficiaries) and other affected parties.

4. The benefits described in this booklet can be provided as long as the parties to the Collective Bargaining Agreements continue to make contributions to the Fund which are sufficient to maintain the benefits.  The Trustees reserve the right to amend any Benefit Plan provisions at any time and to modify or terminate benefits as deemed appropriate.

5. In the event of any conflict between the language of the provisions contained herein and common provisions contained in other benefit booklets issued by the Fund, the language and provisions of this booklet will prevail.

**No employer, shop steward, union representative, or union employee is authorized to interpret the Plan or booklet.  For information, contact the Claims Administrator or the Fund Office.**

# *Section 1*

## *PARTICIPANT RESPONSIBILITIES*

**A. At Enrollment.** You are responsible for accurately completing and returning an enrollment form to the Fund Office. Your failure to do so may delay or preclude your eligibility or the payment of claims.

You are responsible for providing:

1. A certified copy of your birth certificate;

2. A certified copy of your marriage certificate if you are married and a certified copy of your spouse's birth certificate;

3. A certified copy of the birth certificate or adoption agreement for each of your eligible dependent children;

4. A certified copy of your spouse's divorce decree from a prior marriage, showing financial responsibility and insurance responsibility, if you wish to enroll a stepchild residing with you as an eligible dependent;

5. Documentation of legal custody and responsibility for a grandchild who resides with you and for whom you are legally responsible;

6. A certificate of attendance for each eligible child age 19 to 23 attending school, college or other institution of higher education as a full-time student.

**B. Change in status.** You must immediately notify the Fund Office so as to avoid a delay or lapse in eligibility when:

1. You marry or divorce;

2. You have a child, adopt a child, obtain legal custody or wish to cover a stepchild or grandchild residing with you;

3. A child marries, or is no longer primarily dependent on you for support, or otherwise no longer qualifies as a dependent. **"Primarily dependent on you for support"** means that you can claim the child on your most recent income tax return, and prove to the Fund that you provide more than 50% of the financial support for the child; or

4. You change your name, mailing address or telephone number. Your local union office or the Fund Office has the necessary enrollment forms or forms to change your address.

# *Section 2*

## *ELIGIBILITY FOR FUND BENEFITS*

### A.   ALL PARTICIPANTS- (Other than HOURLY CONSTRUCTION; PART TIME UPS; LOCAL 557; MONTHLY AND MUNICIPAL PARTICIPANTS)

Participant eligibility is determined by the Fund on a quarterly basis in accordance with the Fund's eligibility rules and the qualifying schedule detailed later in this Section.  To be eligible for coverage, you must be credited with contributions for a minimum of thirty-six **(36)** days in a Qualifying Quarter and your employer must make the required contributions to the Fund on your behalf for such days.

Coverage will be effective on the first day of the Benefit Quarter which follows and will remain in effect for the three **(3)** months indicated unless terminated as a result of one of the events described on page 8. Subsequent quarters of eligibility will be earned based upon continued satisfaction of the thirty-six **(36)** day contribution minimum in the designated Qualifying Quarters.

**Excess days of work credit do not carry over to the next quarter.**

| <u>Qualifying Quarters</u> | <u>Benefit Quarters</u> |
|---|---|
| September, October, November | January, February, March |
| December, January, February | April, May, June |
| March, April, May | July, August, September |
| June, July, August | October, November, December |

## <u>Important Notes:</u>

1.  When an employee works four **(4)** or more days for one employer during a calendar week and the weekly rate is paid, the employee is credited with five **(5)** days towards the thirty-six **(36)** day eligibility requirement.

2.  If active work ceases due to a strike or a plant closing, previously earned days of contributions will be recognized and credited for the purpose of determining eligibility for continued coverage.

## B. HOURLY CONSTRUCTION PARTICIPANTS

Special eligibility rules apply. The eligibility of employees in the construction industry is based on hours of work for which the signatory employer makes the required contributions to the Fund.

**Contributions paid at an hourly rate lower than that required by the Fund for the period the work was performed will be "prorated" so that credited hours will be equal to the amount contributed divided by the required hourly contribution rate.**

An employee in the construction industry earns eligibility for a Benefit Quarter provided the employer remits required contributions to the Fund for at least one hundred fifty **(150)** hours in a Qualifying Quarter. Hours in excess of the minimum amount required will be "rolled over" to maintain an employee's eligibility for benefits as follows:

| Qualifying Quarters | Benefit Quarters |
|---|---|
| September, October, November | January, February, March |
| December, January, February | April, May, June |
| March, April, May | July, August, September |
| June, July, August | October, November, December |

- **300 Hours** in 2 Qualifying Quarters = Eligibility for **2 Benefit Quarters.**
- **450 Hours** in 3 Qualifying Quarters = Eligibility for **3 Benefit Quarters.**
- **600 Hours** in 4 Qualifying Quarters = Eligibility for **4 Benefit Quarters.**
- **750 Hours** in 5 Qualifying Quarters = Eligibility for **5 Benefit Quarters.**
- **900 Hours** in 6 Qualifying Quarters = Eligibility for **6 Benefit Quarters.**

- **Where appropriate, the use of excess hours to continue eligibility will override standard termination provisions for Hourly Construction Participants.**

## C. PART TIME EMPLOYEES OF UNITED PARCEL SERVICE

Participant eligibility is determined by the Fund on a quarterly basis in accordance with the Fund's eligibility rules and the qualifying schedule that follows.  To be eligible for coverage, you must be credited with contributions for a minimum of one hundred thirty **(130)** hours in a Qualifying Quarter and United Parcel Service must make the required contributions to the Fund on your behalf for such hours. Coverage will be effective on the first day of the Benefit Quarter which follows and will remain in effect for the three **(3)** months indicated, unless terminated earlier as a result of one of the events described on page 8.  Subsequent quarters of eligibility will be earned based upon continued satisfaction of the one hundred thirty **(130)** hour contribution minimum in the designated Qualifying Quarters.  **Excess hours of work credit do not carry over to the next quarter.**

| Qualifying Quarters | Benefit Quarters |
|---|---|
| September, October, November | January, February, March |
| December, January, February | April, May, June |
| March, April, May | July, August, September |
| June, July, August | October, November, December |

## D. PARTICIPANTS OF LOCAL 557

Participant eligibility is determined by the Fund on a quarterly basis in accordance with the Fund's eligibility rules and the qualifying schedule that follows.  To be eligible for coverage, you must be credited with contributions for a minimum of two hundred eighty-eight **(288)** hours in a Qualifying Quarter and your employer must make the required contributions to the Fund on your behalf for such hours.  Coverage will be effective on the first day of the Benefit Quarter which follows and will remain in effect for the three **(3)** months indicated, unless terminated earlier as a result of one of the events described in Section H.  Subsequent quarters of eligibility will be earned based upon continued satisfaction of the two hundred eighty-eight **(288)** hour contribution minimum in the designated Qualifying Quarters. **Excess hours of work credit do not carry over to the next quarter.**

| Qualifying Quarters | Benefit Quarters |
|---|---|
| September, October, November | January, February, March |
| December, January, February | April, May, June |
| March, April, May | July, August, September |
| June, July, August | October, November, December |

5

## E. MONTHLY ELIGIBILITY

Participant eligibility is determined by the Fund on a **monthly basis**. To be eligible for coverage the Employer must make the appropriate monthly contribution amount on the employee's behalf to the Fund prior to each month.

Coverage will be effective on the first day of each month and will remain in effect for each month as long as the Employer is obligated to pay the required monthly contribution amount to the Fund each month.

An eligible employee that terminates employment would lose coverage at the end of the month last employed.

## F. CREDITABLE COVERAGE AND PRE-EXISTING CONDITIONS

Under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) the time under a prior group health plan, including COBRA, may be used to reduce a new health plans' pre-existing condition period. This Plan contains a ninety **(90)** day pre-existing condition provision for new enrollees.

For a new participant and dependent(s) who qualify for benefits (other than an employee of a new employer who is granted immediate coverage) this period of time can be eliminated or reduced by providing the Fund, at the time of enrollment, a Certificate of Group Health Plan Coverage. HIPAA regulations require that a certificate of creditable coverage must be issued by the Plan when an individual loses coverage under the Plan or when the individual becomes entitled to elect COBRA continuation coverage.

For the prior coverage to be counted under the Fund's Plan, there must not be a break in coverage for more than sixty-three **(63)** days from the time the prior plan ceases to the date of the enrollment in the Fund's Plan. If the individual already had ninety **(90)** days or more of continuous health coverage with the prior health plan (without a break of 63 days or more), then they would not have to start over with a new ninety **(90)** day exclusion for any pre-existing conditions. The pre-existing condition exclusion does not apply to pregnancy, regardless of whether the woman had previous coverage. In addition, a pre-existing condition exclusion cannot be applied to a newborn, adopted child under age 18 or a child under 18 placed for adoption as long as the child became covered under the Fund's Plan within 30 days of birth, adoption or placement for adoption, and provided the child does not incur a subsequent 63 day or longer break in coverage.

The Fund will within a reasonable time after you provide a certificate or other information relating to creditable coverage make a determination regarding your creditable coverage and the length of any pre-existing condition exclusion period that applies to you. The Fund will notify you of this determination and whether, if after considering all evidence of creditable coverage, the Fund will still impose a pre-existing condition exclusion period with respect to any pre-existing condition you may have. The notice will tell you the basis of the determination, including the source and substance of any information on which the Fund relied and any appeals procedure that is available to you. The Fund may modify its initial determination if it later determines that you do not have the creditable coverage you claimed. In this circumstance, the Fund must notify you of its reconsideration, and until a final determination is made, the Fund must act in accordance with its initial determination for purposes of approving medical services.

When you or any of your eligible dependents lose coverage through the Fund you will be sent a Certificate of Group Health Plan Coverage. This certificate will show the period of time you and any of your dependents were covered by the Fund, including any period of time you elected COBRA coverage. If you lose the Certificate of Group Health Plan Coverage, one can be requested up to twenty-four **(24)** months from the date your coverage or COBRA coverage ceases. This request must be in writing and must be sent to the Fund.

## G. ELIGIBILITY FOR EMPLOYEES OF NEW EMPLOYERS ENTERING THE FUND

Employees of new employers entering the Fund may attain immediate eligibility for benefits if the following conditions are satisfied and proof as required by the Fund Office is provided:

1. The employee must have worked for the new participating employer for at least thirty-six **(36)** days in the previous benefit quarter prior to the new employer entering the Fund; and

2. The employee must have been covered by an employer sponsored medical plan during the previous benefit quarter prior to the new employer entering the Fund.

The Fund will require the following documentation in making the determination if immediate eligibility is to be granted:

1. The new participating employer must provide payroll reports documenting the days worked during the previous benefit quarter for each employee; and

2. A copy of the most recent premium statement showing the employees who were enrolled, or a statement from the prior benefits administrator showing dates of the enrollment for the employers' employees during the previous benefit quarter for each employee.

Also, all eligible dependents of an eligible employee of a new employer will be granted immediate eligibility. **This will occur if the required enrollment form and documents are received by the Fund Office within ninety (90) days from the date that immediate eligibility is granted. If an employee is granted immediate coverage and terminates employment with the new contributing employer before working thirty-six (36) days in a succeeding eligibility quarter, coverage terminates on the date employment terminates.**

Employees of a new employer who do not meet the above requirements to gain immediate eligibility will become eligible for benefits in accordance with the current eligibility rules established by the Fund. This provision does not apply to construction and part time UPS employees.

## H.  TERMINATION OF ELIGIBILITY FOR FUND BENEFITS

Eligibility for Fund Benefits will cease on the **earliest** of the following dates:

1.  The end of the Benefit Quarter which corresponds to the Qualifying Quarter in which you were last credited with thirty-six **(36)** days of contributions; or the required hours of contributions for Construction Participants or Part Time United Parcel Service Participants; or the required monthly contribution for monthly Employer Participants.  If you take a leave of absence that is protected by the Family and Medical Leave Act of 1993 and you would otherwise lose coverage during or after the leave period as a result of taking such leave, contributions by your employer and eligibility for benefits will continue during the leave periods, provided your employer makes the required contributions to the Fund; or

2.  The end of the Benefit Quarter which corresponds to the Qualifying Quarter or the month in which you receive the maximum Weekly Accident and Sickness Benefits from the Fund and you do not return to work with a participating employer; or

3.  For your dependents, the date your eligibility as an employee terminates or the date each dependent no longer qualifies as an eligible dependent specifically:

    a.  For all dependents in the event of your death, the end of the last Benefit Quarter based on earned eligibility.

    b.  For your husband or wife, the date of the termination of your marriage.

    c.  For your dependent children, the first of the month following the attainment of age nineteen **(19)**, or twenty-three **(23)** if attending an institution of higher education or an accredited trade or technical school; the date the child marries; the date the child is no longer dependent upon you for support; the date a stepchild or grandchild no longer resides with you; and for a child whose eligibility was previously continued due to physical or mental handicap, the date the child is no longer handicapped or is no longer dependent upon you.

## I. DEPENDENT ELIGIBILITY

You as the employee are covered if you meet the current eligibility requirements as established by the Fund and your employer meets all Fund rules and regulations for participation.   The following dependents who meet the Fund's eligibility requirements are also covered:

1.  Your legal husband or wife, unless he or she "opts out" of coverage, or declines coverage due to a buyout or monetary payment not to enroll for coverage through his or her employer in violation of the Fund rules.  **A certified copy of your marriage certificate and your spouse's birth certificate must be provided to the Fund Office at the time of your spouse's enrollment.**

## IMPORTANT – NO "OPT OUT" PROVISION FOR SPOUSE'S COVERAGE

If your husband or wife is eligible to be covered under a separate group medical plan as an employee and such group coverage is available at **no cost or a cost of 2% or less of the spouse's wages**, the spouse may *not* "opt out" of coverage. The Fund Office provides a form to be completed by your spouse's employer to verify the cost and coverage available.

**Should your spouse not follow the Fund rules and "opt out" of the employer's benefit plan, your spouse will not be covered as an eligible dependent under the Plan when this occurs, regardless of the reason.**

**If your husband or wife "opts out" of coverage as described above, and the standard Coordination of Benefits rules would cause your spouse's plan, if elected, to be the primary payer of benefits for your dependent children, such dependent children will not be covered as eligible dependents under this Plan. Refer to the Coordination of Benefits Rules in Section 5 for primary coverage information.**

2.  Your unmarried eligible children, stepchildren, or grandchildren to the first of the month following the attainment of age nineteen **(19)**. Eligible children are your biological children, children named in a Qualified Medical Child Support Order which meets the requirements of ERISA, or grandchildren who you are legally responsible for through an order of the courts. Children of your husband or wife who reside in your household may also be eligible provided you are primarily responsible for their support and there is no divorce decree establishing the natural parent, other than your husband or wife, as being responsible for providing benefits. The term "primarily responsible for support" means that you can claim that child on your most recent income tax return, and provide proof to the Fund that you provide more than 50% of their financial support. **Certified birth certificate, certified divorce decrees, and tax returns as appropriate, must be submitted to the Fund Office at the time of enrollment.**

3.  Your unmarried adopted child(ren), or a child who has been placed with you for adoption to the first of the month following the attainment of age nineteen **(19)**.

4.  Your unmarried eligible children, stepchildren, grandchildren and adopted children to the first of the month following the attainment of age twenty-three **(23)** who are full time students and are primarily responsible upon you for support. "Primarily responsible upon you for support" means that you can claim the child on your most recent income tax return and prove to the Fund that you provide more than **50%** of their financial support. The term "full time student" means the child is attending courses full time (as determined by the institution) in a graduate or undergraduate college or university (other than a U.S. Military academy) offering a two **(2)** or four **(4)** year program leading to a degree, such as associate, bachelor, or post graduate, or attending an accredited trade or professional school as the child's full time occupation which provides a degree or certificate of completion with a minimum course of study of twelve **(12)** consecutive months.

    A certificate of attendance must be submitted to the Fund Office each semester upon the commencement of classes. The Fund may require copies of your federal income tax returns, or proof that you provide more than **50%** of the student's financial support.

Dependent status will end at graduation or withdrawal from school (unless due to disability). Eligibility continues through vacation periods, provided the student is enrolled for the subsequent semester. The Fund reserves the right to determine whether a specific institution satisfies the provisions with respect to status as an accepted college, university, trade or technical school.

5. Your unmarried eligible dependent children, stepchildren, or grandchildren who are unable to work or support themselves. Your dependent must be incapable of working because of mental illness, developmental disability, or mental retardation, (as defined in the New York State Mental Hygiene Law) or physical handicap. This condition must have occurred **before** the first of the month following the attainment of age nineteen **(19)**; or age twenty-three **(23)**, if a student dependent; or was otherwise eligible as a dependent under this program. You may be required to submit periodic medical evidence to support the continuation of coverage.

### Important

**You must notify the Fund Office when you gain a dependent or when your husband or wife no longer qualifies for coverage. If your failure to notify the Fund office results in the payment of claims for an ineligible dependent (hereinafter "mistaken payment"), you are responsible to reimburse the Fund in the full amount. The Fund has the right to take appropriate action against you, including the right to recover the mistaken payment through commencement of a legal action or by such other methods as the Trustees, in their discretion, determine to be appropriate. In such an event, you shall reimburse the Fund for attorneys' fees and paralegal fees, court costs, disbursements and any expenses incurred by the Fund in attempting to collect and in collecting the mistaken payment of benefits. The determination as to these matters will be in the sole discretion of the Trustees.**

**You are responsible for providing the Fund Office with the required certified copies of birth certificates, marriage certificates, divorce decrees, adoption decrees, or any other documentation the Fund may require. This information must be received within ninety (90) days from the date that you or your dependent is eligible for coverage. If the information is not received within this period, benefits for you and or your dependent will not be effective until the first of the month in which the information is finally received.**

## J. SPECIAL ELIGIBILITY PROVISIONS

The eligibility rules of the Fund require that all eligible employees covered for benefits through the Fund must enroll for benefits and also must enroll for benefits based on marital/family status. Thus, married employees must enroll for two-person coverage; married employees with a child or children must enroll for family coverage; a single employee must enroll for individual coverage.

**The following Special Participation Rules apply only to those employees of a Municipal Employer:**

1. Current employees of a new Municipal Employer entering the Fund can "opt out" of the Fund's coverage prior to the effective date of their Municipal Employer's participation with the Fund if they are covered by another health plan. The employee must complete the required forms showing the Fund that they are covered by another health plan. The employee will not be allowed to later enroll in the Fund's Plan unless the other coverage is lost by reasons beyond the control of the employee.

Thereafter, all newly hired full time and part time employees of the Municipal Employer will be required to enroll for benefits and will not be provided the opportunity to "opt out".

2. Municipal employees can elect to take single coverage even if they are married or have children and provide proof of dependent coverage elsewhere.

# *Section 3*

## *COVERAGE FOR BENEFITS*

### A. WHO IS COVERED

Coverage starts on the day the Fund determines you or your spouse have met the eligibility requirements as defined previously.  However, there are special rules for the coverage of eligible dependent children as described below.

1.  An eligible dependent child is covered, except for a newborn child, at the earliest of the following dates:

    a.  The date the eligible dependent child starts living with you in a regular parent-child relationship; or

    b.  A court of law places the dependent with you for adoption by accepting a consent to adopt, and you enter into an agreement to support the dependent; or

    c.  The date a court of law makes you or your spouse legally responsible for the support and maintenance of the dependent in accordance with a Qualified Medical Child Support Order.

2.  Your newborn child is covered at birth for all benefits except dependent life coverage, which begins after thirty **(30)** days.

3.  A child you intend to adopt will be covered from the moment of birth or when placed with you if:

    a.  You take physical custody of the child upon discharge from the hospital or birthing center; and

    b.  Within thirty **(30)** days of the child's birth you file a petition to adopt or file for temporary legal guardianship under New York State Domestic Relations Law or comparable law of the state where you reside.

If one of the child's biological parents has coverage for the child's initial hospital stay, or a notice or revocation of adoption has been filed, or one of the biological parents revokes consent to the adoption, no coverage will be provided by the Fund for the child.

## B. WHEN COVERAGE TERMINATES

Coverage for you and your dependents will cease on the earliest of the following dates **even if the number of days credited to you in the most recent Qualifying Quarter would otherwise continue your coverage:**

1. If your Collective Bargaining Agreement and/or Fund Participation Agreement expires and your employer has not signed an Interim Agreement for continued contributions pending execution of a new Collective Bargaining Agreement, the date your coverage ceases is the date the Participation Agreement expires.

2. If your Collective Bargaining Agreement and/or Fund Participation Agreement expires and if your employer has signed an Interim Agreement for continued contributions pending execution of a new Collective Bargaining Agreement, the date your coverage ceases is the date stated in the Fund's notice to your employer that coverage is terminated in accordance with that Interim Agreement.

3. If the employees of a participating employer vote to decertify a Local Teamster Union as their bargaining agent, then the date that your coverage ceases is the date on which the decertification vote occurred.

4. The date the Fund determines contributions to the Fund will no longer be paid from your employer due to a voluntary decision by the employer or its employees to cease participation in the Fund, even if the number of days credited to you in the most recent Qualifying Quarter would serve to continue your coverage. **In this situation, employees and dependents would have not normally have sustained a qualifying event to trigger COBRA continuation.**

5. Whenever the Fund determines that, for any reason, your employer has failed to remit current and complete contributions on behalf of all covered employees or is in breach of any Fund rules.

# *Section 4*

## *COBRA CONTINUATION COVERAGE*

This section contains important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. This right only applies to medical, prescription drug, dental, and vision coverage and does not apply to life insurance, accidental death and dismemberment, or disability coverage.  This section generally explains COBRA continuation coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it.

### A. RIGHT TO COBRA CONTINUATION COVERAGE

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).  COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage.  It can also become available to other members of your family who are covered under the Plan when they would otherwise lose their group health coverage.  For additional information about your rights and obligations under the Plan and under federal law, you should contact the Fund Office.

COBRA continuation coverage is a continuation of Plan health coverage when coverage would otherwise end because of a life event known as a "qualifying event."  Specific qualifying events are listed later in this section.  After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary."  You, your spouse and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of the qualifying event.  Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

### 1. Qualified Beneficiaries

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because either one of the following qualifying events happens:

   **a.** your hours of employment are reduced; or
   **b.** your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because any of the following qualifying events happens:

   **a.** your spouse dies;
   **b.** your spouse's hours of employment are reduced;
   **c.** your spouse's employment ends for any reason other than his or her gross misconduct;
   **d.** your spouse becomes entitled to Medicare benefits (under Part A, Part B, or both); or
   **e.** you become divorced from your spouse.

13

Your dependent children will become qualified beneficiaries if they lose coverage under the Plan because any of the following qualifying events happens:

- **a.** the parent-employee dies;
- **b.** the parent-employee's hours of employment are reduced;
- **c.** the parent-employee's employment ends for any reason other than his or her gross misconduct;
- **d.** the parent-employee becomes entitled to Medicare benefits (under Part A, Part B, or both);
- **e.** the parents become divorced; or
- **f.** the child stops being eligible for coverage under the plan as a "dependent child".

## 2. Qualifying Events

The Plan will offer COBRA continuation coverage to qualified beneficiaries only after the Fund Office has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, or the employee's becoming entitled to Medicare benefits (under Part A, Part B, or both), the employer must notify the Fund Office of the qualifying event.

For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), **you must notify the Fund Office in writing within sixty (60) days after the qualifying event occurs.** You must provide written notice to: New York State Teamsters Council Health and Hospital Fund, P.O. Box 4928, Syracuse, NY 13221.

Once the Fund Office receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

## B. LENGTH OF COBRA CONTINUATION COVERAGE

COBRA continuation coverage is a temporary continuation of coverage. When the qualifying event is the death of the employee, the employee's becoming entitled to Medicare benefits (under Part A, Part B, or both), your divorce, or a dependent child's losing eligibility as a dependent child, COBRA continuation coverage lasts for up to a total of thirty-six (36) months. When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than eighteen (18) months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until thirty-six (36) months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare eight (8) months before the date on which his employment terminates, COBRA continuation coverage for his spouse and children can last up to thirty-six (36) months after the date of Medicare entitlement, which is equal to twenty-eight (28) months after the date of the qualifying event (thirty-six (36) months minus eight (8) months). Otherwise, when the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage generally lasts for only up to a total of eighteen (18) months. There are two ways in which this eighteen (18) month period of COBRA continuation coverage can be extended.