**1. Disability extension of 18-month period of continuation coverage.**

If you or anyone in your family covered under the Plan is determined by the Social Security Administration to be disabled and you notify the Fund Office in a timely fashion, you and your entire family may be entitled to receive up to an additional eleven **(11)** months of COBRA continuation coverage, for a total maximum of twenty-nine **(29)** months.  The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the eighteen **(18)** month period of continuation coverage.  **You must notify the Fund Office of the disability in writing within sixty (60) days of the Social Security Administration determination and before the expiration of the eighteen (18) month period of continuation coverage.**  This notice must be sent to:

**New York State Teamsters Council Health and Hospital Fund**
**P.O. Box 4928     Syracuse, NY 13221-4928**

**2. Second qualifying event extension of 18-month period of continuation coverage.**

If your family experiences another qualifying event while receiving eighteen **(18)** months of COBRA continuation coverage, the spouse and dependent children in your family can get up to eighteen **(18)** additional months of COBRA continuation coverage, for a maximum of thirty-six **(36)** months, if notice of the second qualifying event is properly given to the Plan.  This extension may be available to the spouse and any dependent children receiving continuation coverage if the employee or former employee dies, becomes entitled to Medicare benefits (under Part A, Part B, or both), or gets divorced, or if the dependent child stops being eligible under the Plan as a dependent child, but only if the event would have caused the spouse or dependent child to lose coverage under the Plan had the first qualifying event not occurred.  **This notice must be provided to the Fund Office in writing within sixty (60) days from the date of the second qualifying event.**

## C.  IF YOU HAVE ANY QUESTIONS

Questions concerning your Plan or your COBRA continuation coverage rights should be addressed to the Fund Office using the contact information shown below.  For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor, Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa.  (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.)

## D.  KEEP THE FUND OFFICE INFORMED OF ADDRESS CHANGES

In order to protect your family's rights, you should keep the Fund Office informed of any changes in the addresses of family members.  You should also keep a copy for your records of any notices you send to the Fund Office.

## E.  CONTACT INFORMATION
New York State Teamsters Council Health and Hospital Fund
P.O. Box 4928  Syracuse, NY 13221-4928
Phone: (315) 455-9790   Toll Free: (877) 698-3863   Fax: (315) 455-1237

# *Section 5*

## *PROVISIONS WHICH AFFECT ALL FUND BENEFITS*

### A. COORDINATION OF BENEFITS

Coordination of Benefits applies if you or your dependent spouse are covered under a separate group benefits plan in addition to this one.  Coordination of Benefits applies to Medical Benefits, Prescription Drug Benefits, Dental Benefits and Vision Benefits.

1. **Other Medical Benefit Programs.**  These programs, whether insured or self-insured, include the following group programs:

    **a.** A Blue Cross or Blue Shield Plan group contract;

    **b.** Group or group remittance insurance contracts;

    **c.** HMO's and other prepayment group practice and individual practice plans;

    **d.** Labor-management, union, employer organization or employee benefits plans;

    **e.** Blanket contracts, except school accident or similar coverage where the organization pays the premium; or

    **f.** A governmental program for hospital, medical, and surgical benefits offered, required, or provided by law, except Medicare and Medicaid. (It does not include a program whose benefits, by law, are in addition to any private or non-governmental health benefits program.)

    It also includes health coverage in group and individual mandatory automobile "no fault" and traditional mandatory automobile "fault" type contracts.

    The Fund will not coordinate benefits in those instances where driving while intoxicated or driving under the influence is involved, unless the individual has exhausted all optional benefits for these situations under any automobile insurance coverage.

2. **Purpose.**  Coordination of Benefits (COB) means that the coverage provided by us is coordinated with coverage available to you under another health benefits program.  The purpose of COB is to avoid both programs paying benefits for the same services.

3. **Payment Rule.**  When you are covered by the Fund and another benefits program, you have primary and secondary coverage.  Primary coverage means the program that is required to pay its benefits first.  Secondary coverage means the program paying second.

In deciding which program is primary, we will use the first of the following rules that applies:

    **a.**  If a program does not have a COB provision like this one, it is primary.

    **b.**  The program in which the patient is covered as an employee or member that is, other than as a dependent, is primary, except that:

        **1.**  if the patient is also a Medicare beneficiary, and

        **2.**  if the rules established by the Social Security Act of 1965, as amended make Medicare primary to the program covering the patient as an employee or member, and

        **3.**  if the rules established by the Social Security Act of 1965, as amended, make Medicare secondary to the program covering the patient as a dependent of a person in current employment status (defined as an employee, employer, or person associated with an employer in a business relationship) with respect to the employer maintaining the program, then

        **4.**  the following rules apply:

            **a.** the program covering the patient as a dependent of a person in current employment status pays first,

            **b.** Medicare pays second,

            **c.** the program covering the retired patient as an employee or member pays third.

    **c.**  If a child is covered as a dependent of two people, (parents/married or joint custodians of the child without a court decree establishing financial responsibly for health care expenses), under different programs the following rules apply:

        **1.** The program of the parent whose birthday (month and day) is earlier in the year is primary;

        **2.** If both parents have the same birthday, the program which covered a parent longer is primary; however,

        **3.** If the parents are divorced or separated, and joint custody has not been decreed, the special rule in **(d)** may apply.

When another program has not adopted the birthday rule, and the two plans do not agree which program is primary, the program under which the child is a dependent of a male is primary.

**d.** For children of divorced or separated parents the following rules apply:

    **1.** If there is a court decree establishing financial responsibility for the health care expenses of the child of divorced or separated parents, the program which covers the child as a dependent of the parent with financial responsibility will be primary, if the program has actual knowledge of the court decree. If the program has no actual knowledge, the following rules apply.

    **2.** If the parents are divorced or separated, the program which covers the child as a dependent of the parent with custody is primary; provided the parent with custody has not remarried.

    **3.** If the parents are divorced and the parent with custody of the child has remarried, the primary program is the first of the following to apply:

        **i.** The program which covers the child as a dependent of a parent with custody,

        **ii.** The program which covers the child as a dependent of the spouse of the parent with custody, or

        **iii.** The program which covers the child as a dependent of the parent without custody.

**e.** When the above rules do not determine priority, the program that covered the patient for the longest time is primary. The other program is secondary. Except that:

    **1.** The program in which the patient is covered as an employee, but not as a laid-off or retired employee or the dependent of such an employee, is primary;

    **2.** The program in which the patient is covered as a laid-off or retired employee or the dependent of such an employee is secondary; and,

    **3.** If both programs do not have a provision like this for laid-off or retired employees, then the above will not apply.

**4. How COB affects payments.**

    **a. When we are primary.** We will pay for services covered as if there is no COB provision.

    **b. When we are secondary.** We base our payments, when we are secondary, on allowable expenses during a claim determination period. Allowable expenses are the necessary, reasonable, and customary items of expense for health care which are covered at least in part by one or more health benefit programs. Items of expense are money payments made or the value of service given to you or on your behalf. A claim determination period means a calendar year. It does not include any part of a year when you were not covered by this program. We will pay for covered services after the payment by the primary program. Benefits may be reduced by us so the total of all benefits available to you from us and the primary program is not more than the allowable expenses.

We count as actually paid by the primary program any items of expense which would have been paid if you had made the proper claim. If the primary program claims it is "excess only" or "always secondary", we will request information from that program so we can process your claim. If the primary program does not respond within thirty **(30)** days, we will assume its benefits are the same as ours. If the primary program sends the information after thirty **(30)** days, we will adjust our payment if necessary. When we are secondary, we will never pay more than the full amount of benefits due under this contract had we been primary.

**5.   Right to receive and release necessary information.** Where permitted by law, we may release to, or obtain from, any person, company or organization information which we believe is necessary to carry out the purposes of this section. Our privacy policy is detailed in Section 7 of this booklet. We will not be legally responsible to anyone for releasing or obtaining information. You must furnish us any information that we request. If you do not furnish the information to us, we reserve the right to deny benefits until you do.

**6.   Payments to other health benefit programs.** We may repay to any other health benefit program the amount that it paid for your covered services if:

   **a**. We determine that we should have paid.

   **b**. Your claim was timely filed with the Fund.

These payments are the same as benefits paid to you and they satisfy our obligation to you.

**7.   Our right to recover payment.** In some cases, we have made payment even though you had coverage under another program. If this happens, you must refund us the amount of our payment. We also have the right to recover payment from the other program. You must sign any document we feel is needed to help recover our payment.

**8.   Obligation to comply with Primary Plan.** In the event you or your covered dependent fails or refuses to comply with the terms and conditions of another plan, or fails to file a claim with another Plan, thereby resulting in that other Plan reducing or denying benefits, we will only provide benefits under the Coordination of Benefits provision based upon the benefits which the other Plan would have provided if you or your covered dependent had fully and properly complied with the terms and conditions of the other Plan, including filing of necessary claim forms and proof of expenses incurred.

## B.   CLAIMS INVOLVING THIRD PARTY LIABILITY  (SUBROGATION)

A "third party" means any individual or entity (including an insurance company), other than you or an eligible dependent, who is liable for expenses relating to any injury or sickness. Benefits covered include medical, dental, prescription drug, vision, and/or Weekly Disability Benefits (DBL) for which a third party may be legally liable. The various benefit programs exclude payment by the Fund for services for which a third party may be legally liable.

19

Notwithstanding this exclusion, we may pay medical, dental, vision or prescription drug expenses and/or Weekly Disability Benefits (DBL) under these conditions in order to protect you from delays and uncertainty involved in determining and collecting third party liability.

1. If we pay any of your medical, dental, vision, or prescription drug expenses or Weekly Disability Benefits (DBL), then we are subrogated to your rights of recovery and have a lien on any and all amounts owed to you by, or from the third party.  This means that we may recover the amount you are owed from the third party (or from you, if the third party pays you).

2. You must sign an agreement to reimburse us in full from any recovery received by you from a third party, including any settlement for pain and suffering, whether by insurance claim, court judgment, settlement, or otherwise. The absence of a signed agreement, however, shall not diminish or waive in any way our right to recover from you or a third party, because our right arises when we pay expenses any/or Weekly Disability Benefits (DBL) for your benefit.

3. You must pursue all reasonable claims against third parties if we have paid your medical expenses, including filing a lawsuit if necessary (unless you assign your claims to us).  If your medical portion of an auto or property insurance does not cover the expense, we will not pay your medical expenses until and unless your claim under such insurance policy has been denied.

4. You must inform us of the filing of any claim or the commencement of any legal action against a third party, and provide any information requested by us and sign any documents that we request to assist in recovering from responsible third parties.  We may also require your attorney to sign documents protecting our rights.

5. You may not settle any claim or lawsuit without our written consent.  You may not take any action that prejudices our rights and interests.

6. The Fund is entitled to reimbursement at **100%** of the benefits paid.  Even though the payment you receive from the third party may be reduced by attorney's fees and expenses, the Fund has no obligation to share in a pro rata portion of those fees and expenses.

7. If you receive payment for an injury or illness and fail to reimburse us for benefits that we have paid to you, or on your behalf, or if you otherwise fail to comply with the above obligations, we reserve the right not to pay your claim, or future claims, for benefits under the Plan, until the withheld payments equal what would have been recovered from the third party.  Alternatively, we have the right to bring a legal action against you for reimbursement.

**The Fund Trustees, in their sole discretion, may require the claimant to assign the claimant's entire claim against the third party to this Plan.  If this Plan recovers from the third party any amount in excess of the payments made to the claimant, plus the expenses incurred in making the recovery, then the excess will be paid to the claimant.**

**The foregoing applies to your covered dependent as well as you if we make payments on behalf of your dependent for which a third party may be liable.**

# *Section 6*

## *CLAIMS AND APPEAL PROCEDURES*

### 1. Definitions

For purposes of dealing with claims submitted to the Fund or its' Claims Administrators, words or phases shall have the following meanings:

**Claim-** A claim is a written or electronic request for a Fund benefit, or written or electronic request for pre-certification for a hospital admission, received by the Fund or its' Claims Administrators.

**Claimant-** Is a Participant, Beneficiary or authorized representative of such individuals who submit a claim.

**Receipt of Claim-** A claim is considered received by the Fund or its Claims Administrators when the request contains enough information to permit determination of eligibility of the person seeking a benefit; adequate information of the activity involved to determine if the service or event is covered by the Fund; sufficient information, or authorization to obtain information, to permit the Fund to make the dollar payment to the appropriate party. A verbal request for coverage will be considered received on the day of the conversation only if a written claim is received by the Fund or its' Claims Administrators within 48 hours of the time of conversation.

**Authorized Representative-** Is a person or organization who demonstrates to the Fund that he, she or it has been authorized to act on behalf of a Participant, Dependent or Beneficiary with respect to a claim or appeal of an adverse benefit determination regarding a claim.

**Adverse Benefit Determination-** Is any denial, reduction, termination of, or failure to make payment of a benefit, or pre-certify any aspect of a hospital admission, in whole or part. A situation where an initial determination of a benefit is re-evaluated and the new decision is a reduction or elimination of a benefit will also be considered an adverse benefit determination.

**Urgent Claim-** Is a claim for medical care or treatment that, if normal pre-service standards are applied, would seriously jeopardize the life or health of a Participant or Dependent or the ability of the Participant or Dependent to regain maximum function. A claim will also be considered an urgent claim if in the opinion of a physician with knowledge of the patient's condition, failure to obtain the care or treatment which is the basis of the claim would subject the patient to severe pain that cannot be adequately managed without such care or treatment.

**Pre-Service Claim-** Is a claim for a benefit under the Fund for which the Fund requires approval before medical care is obtained.

**Post-Service Claim-** Is any claim for benefits for a covered medical service that has already been received or for a covered medical supply or appliance that has already been purchased.

**2. Urgent Claims**

A Participant or Dependent, or their authorized representative, may submit an urgent claim to the Fund Office or its' Claims Administrator at any time, twenty-four hours a day, seven days a week and fifty-two weeks a year.  Appropriate steps will be taken to accept such claims.

Within 24 hours of the initial contact the Fund or its' Claims Administrator will notify the claimant if additional information is required.  The claimant will have 48 hours to provide the needed information.  The Fund or its' Claims Administrator will issue a decision on the claim within 48 hours of receipt of the information, or if the information is not provided by the claimant on a timely basis, at the end of the original 48 hours.

Notification to the claimant will be made by fax or electronic media or, when appropriate, telephone advice followed by written confirmation within three **(3)** days.

**3. Pre-Service Claims**

A Participant, Dependent, or their authorized representative, may submit a pre-service claim to the Fund Office during regular business hours.

Within 15 calendar days after receipt of a claim the Fund or its' Claims Administrator will notify the claimant of its decision on the claim.  If the claimant failed to provide information necessary to process the claim, the Fund or its' Claims Administrator will notify the claimant that additional, specified information is needed and that the 15 calendar day deadline for processing the claim is being extended another 15 calendar days, or until the claimant submits the required information.  The claimant will have 45 days to provide the needed information.  The Fund or its' Claims Administrator will issue a decision on the claim within 15 days of receipt of the information or, if information is not provided by the claimant on a timely basis, at the end of the 45 day deadline.

**4. Post-Service Claims**

A Participant or Dependent, or their authorized representative may submit a pre-service claim to the Fund Office or its' Claims Administrator during regular business hours.

Within 30 calendar days after receipt of a claim, the Fund or its' Claims Administrator will notify the claimant of its decision on the claim.  If the claimant failed to provide information necessary to process the claim the Fund or its' Claims Administrator will notify the claimant that additional, specified information is needed and that the 30 calendar day deadline for processing the claim is being extended another 15 calendar days, or until the claimant submits the required information.  The Fund or its' Claims Administrator will issue a decision on the claim within 15 days of receipt of the information or, if information is not provided by the claimant on a timely basis, at the end of the 45 day deadline.

**5. Extension of Deadlines**

If the Claims Administrator determines that it is necessary to extend the 15 day deadline for a pre-service claim, or 30 day deadline for a post-service claim due to matters beyond the control of the Fund or its' Claims Administrator, then the original deadlines for issuance of a decision on the claim will be extended 15 calendar days.  The Claims Administrator will notify the claimant of this extension.

**6. Failure to Follow Claims Procedures**

A participant who fails to follow the Fund's procedures for filing an urgent or pre-service claim will be notified of the steps which should be taken to validate the claim.  For urgent claims such notice will be issued within 24 hours of the initial contact with the Fund or its' Claims Administrator.  For pre-service claims such notice will be issued within 5 days of the initial contact.

**7. Notice of Claims Decisions**

For each claim submitted the Claims Administrator shall issue a written explanation of benefits form or other notice describing the decision concerning the claim.  If the decision includes an adverse benefit determination then the notice will include:

   a.   The specific reason or reasons for the adverse information;

   b.   Reference to the specific provisions on which the determination is based;

   c.   When appropriate, description or any additional information or material necessary for the proper processing of the claim, and the reason it is needed;

   d.   A copy of the Fund's appeal procedures and time periods that the participant needs to follow in order to appeal the claim, and a statement about the claimant's ability to bring suit;

   e.   When appropriate, a copy of any internal rule, guideline, protocol or criteria which was relied upon in making the determination.  Alternatively, the notice may indicate that such guidelines are available at no cost upon the participant's request;

   f.   For a claim involving a determination of medical necessity, experimental treatment or similar exclusions, the notice will include the scientific or clinical judgment for the determination.  Alternatively, the notice may indicate that the resource used is available at no cost upon the participant's request.

**8. Appeal Rights for Adverse Benefit Determinations**

A Participant, Dependent, or their authorized representative shall have the right to an appeal after receiving an adverse benefit determination.  An appeal must be made within 180 days after the participant receives notification of the benefit determination.

Appeals of determinations involving urgent care may be oral or in writing and be directed to the Claims Administrator. All other appeals must be in writing and include comments, documents and other information that the claimant believes is relevant, regardless of whether such information was submitted or considered in the initial benefit determination and sent to the Board of Trustees.

A participant making an appeal may request, without charge, access to and copies of all documents, records, or other information in the possession of the Fund or its' Claims Administrator which is relevant to the claim.

## 9. Appeal of Urgent Claims

The Fund or its' Claims Administrator will issue a decision on the appeal of an urgent claim within 72 hours of receipt of the appeal.

## 10. Appeal of Pre-Service Claims

The Fund or its' Claims Administrator will issue a decision on the appeal of a pre-service claim within 30 days of receipt of the appeal.

## 11. Appeal of Post-Service Claims

The Fund or its' Claims Administrator will issue a decision on the appeal of a post-service claim within 60 days of receipt of the appeal.

## 12. Action by Trustees

If your claim is denied in whole or in part for any reason, you have the right to appeal the determination of the Fund or its' Claims Administrator to the Board of Trustees.

The Trustees of the Fund, or their designated Committee or agent, shall make decisions on appeals of determinations which did not involve medical judgment. This includes issues of eligibility for benefits, dollar amount of service limitations included in the Fund's rules and regulations, exclusions of specific services or events or compliance with Fund rules and regulations.

## 13. Claims Involving Medical Judgment

The Trustees of the Fund, or their designated Committee or agent, shall make decisions on appeals of determinations which involved medical judgment, only after consultation with a healthcare professional who was not consulted in connection with the original adverse benefit determination.

The healthcare professional utilized in this process must have appropriate training and experience in the field of medicine involved in the original adverse benefit determination. The Fund may make arrangements with the individual healthcare professionals or independent medical review firms to provide such consultation.

The decision of the Fund on an appeal of a claim which involved medical judgment shall identify the medical or vocational experts whose advice was obtained, and whether or not the Fund relied on the advice in making its decision.

## 14. Legal Actions

No legal actions against the Fund may be brought in any jurisdiction to obtain Fund Benefits unless a claimant has followed the appeals procedures contained in this Section 6 and then not until after a decision has been communicated to the claimant within the time period set forth herein.

No legal action may be started against the Fund in any jurisdiction more than two (2) years after the time that a claim was required to be filed with the Claims Administrator, but not including any period between the time an appeal was submitted and the time a decision on that appeal was made.

## 15. Examination

The Claims Administrator or its' designee shall have the right to have a physician of its' choice examine a claimant during the pendency of a claim as often as is reasonable under the circumstances. Failure to appear for such examination shall bar any further payment of Fund benefits.

# *Section 7*

## HIPAA:  HOW HEALTH INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION

### 1.  Uses and Disclosures of Protected Health Information

Under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") the Fund is required to protect the privacy of your individually identifiable health information (referred to here as "protected health information" or "PHI").  HIPAA permits the Fund to make certain types of uses and disclosures of PHI for treatment, payment and health care operations purposes:

**For treatment purposes**, such use and disclosure will take place in providing, coordinating or managing health care and its related services by one or more of your providers, such as when your primary care physician consults with a specialist regarding your condition;

**For payment purposes**, such use and disclosure will take place to obtain premiums or to determine responsibility for coverage and benefits, such as if the Fund confers with insurers to resolve a Coordination of Benefits issue or to obtain or provide reimbursement for providing health care, such when your case is reviewed to ensure that appropriate care was rendered.

**For health care operations purposes**, such use and disclosure will take place in a number of ways, including for quality assessment and improvement, provider review and training, underwriting activities, reviews and compliance activities, planning and development, management and Fund administration. Your information could be used, for example, to assist in the evaluation of the quality of care that you were provided, or in the appeal of denied claims.  In addition, the Fund may contact you to provide information about other health related benefits and services that may be of interest to you; and disclose your PHI to the Board of Trustees, as described in the Plan Document.

The Fund may use and disclose your PHI, **without your authorization**, as follows:

- As required by law;
- For public health activities;
- To report victims of abuse, neglect or domestic violence;
- For health oversight activities;
- For judicial and administrative proceedings;
- For law enforcement purposes and to report a crime;
- To permit authorized organ donations;
- For valid research purposes;
- To avert a serious threat to health or safety; and
- For a specialized government function involving the military and veterans activities, national security, protective services for the President, correctional facilities, law enforcement custodial situations, and government programs providing public benefits.

Anyone requesting a disclosure of your PHI in the absence of your specific authorization will be required to provide reasonable proof to the Fund that the requested disclosure is for one of these permitted purposes under the law.

**Other uses and disclosures will be made only with your written authorization,** and you may revoke your authorization by notifying the Fund as described in Part 2 below, as follows:

♦   You may ask the Fund to restrict uses and disclosures of your PHI to carry out treatment, payment or health care operations, or to restrict uses and disclosures to family members, relatives, friends or other persons identified by you who are involved in your care or payment for your care.   However, the Fund is not required to agree with your request.

Unless you object in writing, the Fund may disclose PHI to one of your family members, to a relative, a close personal friend or to any other person identified by you in writing, if it is directly relevant to the person's involvement with your care or payment related to your care.   In addition, unless you object in writing by sending a letter to the Fund's HIPAA Privacy Officer, the Fund may use or disclose the PHI to notify, identify or locate a member of your family, your personal representative, another person responsible for your care, or certain disaster relief agencies of your location, general condition, or death. If you are incapacitated, there is an emergency or you otherwise do not have the opportunity to object to this use or disclosure, the Fund will do what in its' judgment is in your best interest regarding such disclosure and will disclose only the information that is directly relevant to the person's involvement with your health care.  The Fund does not contemplate that there will be routine situations where persons you have not authorized will present themselves as persons involved in your health care or request your PHI from the Fund.   The Fund will use its reasonable judgment to respond to basic questions about coverage and eligibility and appeals made on your behalf by persons involved in your health care unless specifically directed by you not to provide such information.

The Fund cannot recognize a person as a personal representative if:

♦   The covered individual is an unemancipated minor receiving a health care service that permits the minor to consent to receive and the minor has not designated a personal representative; or

♦   The minor may lawfully obtain the service without parental consent and a lawful consent has been obtained; or

♦   The parent has agreed to confidentiality between the minor and the Fund; or

♦   The Fund has a reasonable belief that the individual has been or may be subject to domestic violence or may otherwise be endangered; or

♦   The Fund determines recognizing the personal representative is not in the individual's best interest.

The term "parent" includes a legal guardian or other person acting in the place of the parent under the laws of the State of New York.

## 2.  Additional Rights Under HIPAA

You have the right to request the following with respect to your PHI:
(i) inspection and copying; (ii) amendment or correction; (iii) an accounting of the disclosures of this PHI by the Fund; and (iv) the right to receive a paper copy of the Fund's Privacy Notice upon request. You must write to the Fund's HIPAA Privacy Officer describing in detail the specific items requested, namely: (i), (ii) and/or (iii), above.

The Fund reserves the right to change the terms of its Privacy Notice and to make the new Privacy Notice provisions effective for all PHI the Fund maintains.  Revisions to the terms of the Privacy Notice will be sent to you by United States mail.

If you believe that your privacy rights have been violated by the Fund, you may complain in writing to the Fund by sending a letter addressed to HIPAA Privacy Officer at the location described in Part 2, or to the Secretary of the Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue SW, Washington, D. C. 20201.  You will not be retaliated against for filing a complaint.

## 3.  Contacting the Fund

For further information regarding HIPAA, you may contact the Fund as follows:

**Kenneth R. Stilwell, Executive Administrator and HIPAA Privacy Officer**
New York State Teamsters Council Health and Hospital Fund
151 Northern Concourse
P.O. Box 4928
Syracuse, New York 13221-4928

# *Section 8*

## *GENERAL INFORMATION AND ERISA RIGHTS*

The following information is provided as specified in Section 102 (b) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"):

1. **Official Name of Plan.**  New York State Teamsters Council Health and Hospital Fund.

2. **Type of Plan and Administration.**  The Plan is a Welfare Plan providing certain health benefits. The Plan is administered and maintained by a joint Board of Trustees, four of whom are appointed by sponsoring labor unions and four of whom are appointed by sponsoring employers. The Trustees employ an Executive Administrator and office staff to keep records and make certain benefit payments. Likewise, the Trustees employ certain administrators to process benefit claims under separate agreements. The Plan is maintained pursuant to Collective Bargaining Agreements and Participation Agreements between participating employers and Local Unions. Copies of such agreements may be obtained upon written request to the Executive Administrator.

3. **Executive Administrator.**  The name of the Executive Administrator, who is located at the Fund Office, is as follows:

   Kenneth R. Stilwell
   **Executive Administrator**
   New York State Teamsters Council Health and Hospital Fund
   151 Northern Concourse
   P.O. Box 4928
   Syracuse, New York 13221-4928

4. **Official Plan Administrator and Named Fiduciary.**  The Board of Trustees, which is the Official Plan Administrator and Named Fiduciary, has been designated as agent for the service of legal process, as well as, the Executive Administrator. Service of process may also be made upon a Trustee.  **The names and addresses of the Trustees are:**

## **LABOR TRUSTEES**

**Gary R. Staring**
Teamsters Local Union 317
P.O.Box 11037
Franklin Square Station
Syracuse, New York 13218-1037

**Ronald G. Lucas**
Teamsters Local Union 264
35 Tyrol Drive
Cheektowaga, New York 14227-2715

**John Bulgaro**
Teamsters Local Union 294
Labor Temple
890 Third Street
Albany, New York  12206-1632

**Fredrick J. Carter**
Teamsters Local Union 687
14 Elm Street
Potsdam, New York 13676

## EMPLOYER TRUSTEES

**Michael S. Scalzo, Sr.**
ABF Freight System, Inc.
7 Depot Hill Road
Enfield, Connecticut 06082

**Thomas K. Wotring, Esq.**
6128 Overlea Road
Bethesda, Maryland 20816

**Daniel W. Schmidt**
New Penn Motor Express
625 South 5th Avenue
Lebanon, Pennsylvania  17042-0630

**Tom J. Ventura**
YRC Worldwide
10990 Roe Avenue
Overland Park, Kansas 66211

5. **Source of Financing.**   Payments are made to the Trust Fund by individual employers under Collective Bargaining Agreement provisions, by some employees through self-payments and from any income earned from investment of contributions.  All moneys are used exclusively for providing benefits to eligible employees or their dependents, and the payment of all expenses incurred with respect to the operation of the Plan.  The Trustees annually review the funding status of the Plan, and employ professional advisors, including investment managers, who are responsible for investment of Plan assets, and also including:

## LEGAL COUNSEL

Morgan, Lewis & Bockius
1800 M Street, NW
Washington, D.C. 20036-5869

Blitman & King, LLP
Franklin Center Suite 300
443 N. Franklin Street
Syracuse, New York 13204

Paravati, Karl, Green and DeBella
12 Steuben Park
Utica, New York 13501-2992

## AUDITOR

D'Arcangelo & Company
200 East Garden Street
P.O. Box 4300
Rome, New York 13442-4300

## INVESTMENT MONITOR

Meketa Investment Group
100 Lowder Brook Drive
Suite 1100
Westwood, MA 02090

## ACTUARY/CONSULTANT

O'Sullivan Associates
110 Marter Avenue, Suite 304
Moorestown, NJ 08057

The Fund Office will provide you, upon written request, with information as to whether an employer is contributing to the Plan on behalf of any of its employees, and if so, the employer's address.

*Hospital, Medical/Surgical and Supplemental Medical Benefits are self-funded and administered by*:

Excellus BlueCross BlueShield of Central New York
344 South Warren Street
Syracuse, New York 13221

*Prescription Drug Benefits are self-funded and administered by*:

MEDCO Health Solutions, Inc.
100 Parsons Pond Drive
Franklin Lakes, NJ 07417

*Vision Benefits are self-funded and administered by*:

Eastern Vision Service Plan, Inc. (VSP)
3333 Quality Drive
Rancho Cordova, CA 95670

*Dental Benefits are self-funded and administered by*:

EBS Benefit Solutions, Inc.
P.O. Box 4863
Syracuse, New York  13221-9987

*Dependent Death Benefits are self-funded and administered by:*

The New York State Teamsters Council Health and Hospital Fund
P.O. Box 4928
Syracuse, New York  13221-4928

*Life Insurance and Accidental Death & Dismemberment Benefits are insured and  provided by:*

HM Life Insurance Company of New York
Administrative Offices
P.O. Box 535050
Pittsburgh, Pennsylvania  15253-5050


*Weekly Disability Benefits are insured and provided by:*

The Hartford Life Insurance Company
P.O. Box 4925
Syracuse, New York  13221

*Legal Benefits are self-funded and administered by:*

Moyer, Russi & Randall, P.C.
2300 West Ridge Road
Rochester, New York 14626

6. **Plan Year.** The Plan Year ends on December 31.

7. **Internal Revenue Service Plan Identification No.** 15-0551885

8. **Plan Number.** 501

9. **Plan Termination and Amendment.** The Trustees intend to continue the Plan as described in this booklet indefinitely.  Nevertheless, they reserve the right to terminate or amend the Plan by resolution adopted in accordance with the Plan's Trust Agreement.

The Plan will terminate if there is no longer an agreement in effect between any employers and Local Unions requiring contributions to the Plan.

The Trustees reserve the right to amend the eligibility rules at the time of termination. In any case, the Trustees shall use any remaining assets of the Plan to provide benefits and pay administration expenses or otherwise carry out the purpose of the Plan in an equitable manner until all assets have been dispersed.

10. **Vesting.** No vested or accrued right to coverage shall be deemed to have arisen because it is part of this benefits program at this time, and there shall not be deemed to be a contractual or other right to receive coverage as a consequence of your status as a present or past employee.

11. **Governing Law.** The Plan is governed by ERISA and New York State law, to the extent not preempted by ERISA.

12. **Your ERISA Rights.**  The following statement of your rights under ERISA is furnished in compliance with ERISA Section 104 (c).

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500) and updated summary plan descriptions. The Plan Administrator may charge a reasonable fee for the copies.

- Receive a summary of the Plan's annual report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for benefits is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents related to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest report from the Plan Administrator and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits, which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that the Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue NW, Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

*Life Insurance and Accidental Death & Dismemberment Benefits are insured and provided by:*

HM Life Insurance Company of New York
Administrative Offices
P.O. Box 535050
Pittsburgh, Pennsylvania 15253-5050

*Weekly Disability Benefits are insured and provided by:*

The Hartford Life Insurance Company
P.O. Box 4925
Syracuse, New York 13221

*Legal Benefits are self-funded and administered by*:

Moyer, Russi & Randall, P.C.
2300 West Ridge Road
Rochester, New York 14626

6. **Plan Year.** The Plan Year ends on December 31.

7. **Internal Revenue Service Plan Identification No.** 15-0551885

8. **Plan Number.** 501

9. **Plan Termination and Amendment.** The Trustees intend to continue the Plan as described in this booklet indefinitely. Nevertheless, they reserve the right to terminate or amend the Plan by resolution adopted in accordance with the Plan's Trust Agreement.

The Plan will terminate if there is no longer an agreement in effect between any employers and Local Unions requiring contributions to the Plan.

The Trustees reserve the right to amend the eligibility rules at the time of termination. In any case, the Trustees shall use any remaining assets of the Plan to provide benefits and pay administration expenses or otherwise carry out the purpose of the Plan in an equitable manner until all assets have been dispersed.

10. **Vesting.** No vested or accrued right to coverage shall be deemed to have arisen because it is part of this benefits program at this time, and there shall not be deemed to be a contractual or other right to receive coverage as a consequence of your status as a present or past employee.

11. **Governing Law.** The Plan is governed by ERISA and New York State law, to the extent not preempted by ERISA.

12. **Your ERISA Rights.** The following statement of your rights under ERISA is furnished in compliance with ERISA Section 104 (c).

32