UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK** | * | **CASE NO. 08-3627** |
| **BENEFIT FUND, by its Trustees,** *et al.,* | * | |
| on behalf of themselves and all others | * | **RELATED CASE:** |
| similarly situated, | * | **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| Plaintiffs, | * | |
| | * | **SECTION L** |
| v. | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et. al.* | * | |
| | * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

*************************************************************************

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that:

1.  The Settlement Administrator shall notify all parties at least 20 days prior to any distribution of Vioxx Settlement funds.

2.  On or before the date of the initial disbursement by the Settlement Administrator to each law firm representing Vioxx claimants, and as a condition precedent thereto, the law firm shall certify to the Settlement Administrator that it has conducted a good faith investigation into the existence and amount of any potential lien on Vioxx Settlement funds designated for any claimant it

represents, including any potential lien on behalf of a self-insured ERISA health benefit plan, and either (a) certify to the Settlement Administrator and Class Counsel that it has determined that no such claimant received Vioxx-related benefits from any self-insured ERISA plan; or (b) submit a list to the Settlement Administrator and Class Counsel, for "attorneys' eyes only," identifying those claimants who may have received Vioxx-related benefits from a self-insured ERISA plan.

3. When submitting a list of claimants pursuant to Paragraph 2(b) above, the law firm shall identify, for each claimant, *only* the claimant's (a) name, (b) social security number, (c) employer, and (d) health benefit plan.

4. Within five (5) business days of receipt of a certification under Paragraph 2(a) above, the Settlement Administrator shall be authorized to disburse to the certifying law firm the Vioxx Settlement proceeds designated for the claimants represented by that firm, in such a manner that each claimant's share of the Vioxx Settlement is segregated into a separate interest-bearing escrow account, and the law firm shall be authorized to proceed with disbursement of the Vioxx Settlement funds in accordance with the Settlement Agreement.

5. Within five (5) business days of receipt of a list of claimants pursuant to Paragraph 2(b) above, the Settlement Administrator shall be authorized to disburse to the certifying law firm the Vioxx Settlement proceeds designated for the claimants represented by that firm, in such a manner that each claimant's share of the Vioxx Settlement is segregated into a separate interest-bearing escrow account, and the law firm shall be authorized to proceed with disbursement of the Vioxx Settlement funds in accordance with the Settlement Agreement only to such claimants not identified on the list, *i.e.*, the claimants whom the firm certifies have not received Vioxx-related benefits from a self-insured ERISA plan.

6. With respect to claimants identified on a list submitted pursuant to Paragraph 2(b) above, the law firm is authorized to disburse Vioxx Settlement funds to any claimant for whom it

provides a written certification to the Settlement Administrator and Class Counsel that (a) the claimant will suffer a substantial hardship unless she receives the Vioxx Settlement funds immediately, such certification to include an explanation of the nature of the hardship, or (b) the Vioxx Settlement proceeds designated for the claimant that shall remain with the Settlement Administrator following the initial distribution of Vioxx Settlement funds is greater than the amount of any potential lien to which any self-funded ERISA plans may be entitled.

7.      Following receipt of any list of claimants pursuant to Paragraph 2(b) above, Class Counsel shall be responsible for notifying each class member of the information corresponding to those claimants who were participants in the class member's health benefit plan.

8.      Following the receipt by Class Counsel of any list of claimants pursuant to Paragraph 2(b) above, class members shall have forty-five (45) days to submit to the law firm representing such claimants, in writing, all demands for reimbursement or restitution related to the plan's payment of Vioxx-related benefits to any claimant appearing on such list. After forty-five (45) days have elapsed, the law firm shall be authorized to proceed with disbursement of all Vioxx Settlement funds to any such claimants for whom no demand has been made.

9.      With respect to any claimant for whom a demand for reimbursement or restitution has been made in accordance with Paragraph 8 above, the law firm shall be authorized to proceed with disbursement of the Vioxx Settlement funds for such claimant that exceed the amount of the demand for reimbursement or restitution.

Dated this _____ day of _____, 2008.

_____
The Honorable Eldon E. Fallon
Judge
United States District Court for the Eastern District of Louisiana