UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIDRA BELL, GEORGIA TUNWAR, SHEILA MILLER, JO ANN HANKS, PAULA MARTIN, MONA TIMPA, ROBERT ROWE, AND SPENCER PRESCOTT,<br>*Plaintiffs,* | * * * * * * * | CIVIL ACTION NO.: 06-7344<br><br>MDL NO.: 1657<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |
| VERSUS | * * | |
| MERCK & CO., INC.<br>*Defendant* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes **RALEIGH NEWMAN** and **J. LEE HOFFOSS, JR.**, who, in accordance with Local Rule 83.2.11 and Pretrial Order No. 36, desire to withdraw as Attorneys of Record for Plaintiff, **DEIDRA BELL**, in the above captioned matter since undersigned counsel has attempted on numerous occasions to contact plaintiff, **DEIDRA BELL**, and have been unsuccessful in their efforts, thus prohibiting them from effectively representing her in the above matter.

In accordance with the Federal Rules of Civil Procedure and the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, the Court is hereby notified that the last known address and telephone number of the plaintiff, **DEIDRA BELL**, is as follows:

DEIDRA BELL
126 Shirley Drive
Lake Charles, LA 70607
(337) 912-9189

In accordance with Uniform Local Rule 83.2.11, undersigned counsel attempted to contact Ms. Bell on June 5, 2008, via certified mail no. 7004 1160 0001 7400 6948, return receipt requested,

advising her of our desire to withdraw. In accordance with Uniform Local Rule 83.2.11 and Pretrial Order No. 36, undersigned counsel certifies that the client has been notified of all deadlines and pending court appearances.

Undersigned counsel is entitled to withdraw *ex parte* and opposing counsel and the client were served with a copy of this motion in accordance with Uniform Local Rule 83.2.11.

WHEREFORE, **RALEIGH NEWMAN** and **J. LEE HOFFOSS, JR.**, PRAY that they be allowed to withdraw as counsel of record for the Plaintiff, **DEIDRA BELL**.

MOVERS FURTHER PRAY for all orders and decrees necessary in the premises, and for full, just and equitable relief.

Respectfully submitted:

_____
**RALEIGH NEWMAN**
Louisiana Bar Roll No.: 7569
**J. LEE HOFFOSS, JR.**
Louisiana Bar Roll No.: 29254
1830 Hodges Street
Lake Charles, Louisiana 70601
Telephone:    (337) 439-5788
Telecopier:    (337) 436-5430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon the following:

**DEIDRA BELL**
126 Shirley Drive
Lake Charles, LA 70607
Via Certified Mail no. 7005 3110 0002 7814 8924
return receipt requested;

**MERCK & CO., INC.**
through their counsel of record,
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910
Via United States Mail, first class, postage prepaid and properly addressed;

**PLAINTIFFS' MDL NEGOTIATING COMMITTEE**
through its Chairman,
Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
Via Email: rherman@hhkc.com and vioxx@hhkc.com;

**BROWN GREER, PLC**
Claims Administrator
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209
Via Email: claimsadmin@browngreer.com

This 27th day of June, 2008, in Lake Charles, Louisiana.

_____
J. LEE HOFFOSS, JR.