UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEIDRA BELL, GEORGIA TUNWAR,  *    CIVIL ACTION NO.: 06-7344
SHEILA MILLER, JO ANN HANKS,   *
PAULA MARTIN, MONA TIMPA,    *    MDL NO.: 1657
ROBERT ROWE, AND SPENCER   *
PRESCOTT,                *    JUDGE FALLON
     *Plaintiffs,*        *
                    *    MAG. JUDGE KNOWLES
VERSUS              *
                    *
MERCK & CO., INC.        *
     *Defendant*      *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW AS COUNSEL OF RECORD:

IT IS ORDERED, ADJUDGED, AND DECREED that Raleigh Newman and J. Lee Hoffoss, Jr., be and they are hereby permitted to withdraw as counsel of record for plaintiff, Deidra Bell, in the above captioned matter.

THUS DONE AND SIGNED, in Chambers, at New Orleans, Louisiana, this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE