IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**MOTION TO APPEAR AS COUNSEL OF RECORD**

NOW COMES DecisionQuest, Inc., through undersigned counsel, who moves this Court for an order enrolling Miles P. Clements and Kyle A. Spaulding of the law firm of Frilot L.L.C., 1100 Poydras St., Suite 3600, New Orleans, LA 70163, as counsel of record for DecisionQuest, Inc. for the purpose of asserting its Motion For Payment Of Consulting Fees And Expenses From The Common Benefit Account.

Respectfully submitted,

BY: /s/ Miles P. Clements
Miles P. Clements (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA 70163
Telephone: (504)599-8000
Facsimile: (504)599-8145
E-mail: mclements@frilot.com

COUNSEL FOR DECISIONQUEST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Miles P. Clements