IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * | MDL 1657 <br><br> SECTION "L" <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER

Considering the Foregoing Motion to Appear as Counsel of Record;

IT IS ORDERED THAT the same be and is hereby granted, enrolling Miles P. Clements and Kyle A. Spaulding as counsel of record for DecisionQuest, Inc.

New Orleans, Louisiana this _____ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE