UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Clara Hatcher, et. al., v. Merck & Co. Inc.*, | * | |
| VCN#1106474 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Locale Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of Kelley & Ferraro, LLP, Counsel of record for <u>one</u> of Clara Hatcher's VIOXX injury cases, respectfully moves the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-captioned matter.  In support of this motion, the undersigned states as follows:

1.   Plaintiff filed separate claims for VIOXX-related injuries under separate representation of counsel.

2.   The undersigned is in receipt of a *Claimant Overlap Resolution* notice from the VIOXX claims administrator regarding the claimant.  Accordingly, the claims administrator has suspended processing the claimant's VIOXX claim.

  3. Counsel and the claimant have communicated multiple times regarding the nature and underlying facts of the claimant's legal claims, and above-stated procedural issues.

  4. Counsel has fully explained to the claimant the reasons for seeking to withdraw from representing the claimant; and, the claimant consents to the undersigned Counsel's withdrawal.

  5. Counsel has sent notice to the claims administrator, and to the "overlap" counsel regarding the facts stated herein.

  5. PTO 36 will be complied with in all other respects, including providing a copy of said Order to the claimant.

  6. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

  For these reasons, Kelley & Ferraro, LLP, asks that the Court grant its Motion to Withdraw as Counsel of record in this matter.

  Respectfully submitted this 27th day of June, 2008.

            **KELLEY & FERRARO, LLP**

            /s/ Ryan J. Cavanaugh
            Anthony Gallucci
            Thomas M. Wilson
            Ryan J. Cavanaugh
            2200 Key Tower
            127 Public Square
            Cleveland, Ohio  44114
            (216) 575-0777
            (216) 575-0799 (Facsimile)
            rcavanaugh@kelley-ferraro.com
            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 27th day of June, 2008.

                                              */s/ Ryan J. Cavanaugh*
                                              Ryan J. Cavanaugh
                                              One of the Attorneys for the Plaintiff