UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANNA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |

****************************************

IRMA GARZA v. VIOXX

## MOTION FOR LEAVE TO FILE DOCUMENTS IN ACCORDANCE WITH PRETRIAL ORDER 28

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FALLON/ MAG. JUDGE KNOWLES:

NOW COMES, Irma Garza, Plaintiff, in the above styled and numbered cause of action and files this her Motion For Leave to File Documents in Accordance with Pretrial Order 28, and in support thereof would show as follows:

1.

### Case History

Irma Garza, Plaintiff, originally filed suit against Merck & Co., Inc. and Marilyn Assistores, M.D., in the 139th District Court, Cameron County, Texas, on or about September 29, 2006. Counsel of record for Plaintiff Irma Garza was Ricardo G. Benavides, of the Law Office of Mark Cantu. Subsequently, the case was removed by the Defendants based upon diversity of citizenship to the United States District Court of Texas. Then the case was transfer again by the Judicial Panel on Multidistrict Litigation.

1

On or about November, 2006, Ricardo G. Benavides left the Law Office of Mark Cantu, and filed a Motion to Withdraw as Counsel. On or about April 4, 2007, Robert Schell of the Law Office of Mark Cantu was substituted as counsel of record for Plaintiff.

## 2.

### Motion for Leave

Because of an error in filing, Mr. Schell was not made aware of the Notice regarding the necessity of enrolling with this Court's electronic filing system, until on or about May 13, 2008, and thus missed important notices and/or orders from this Court regarding deadlines. Since the time of learning of the error, Mr. Schell has made reasonable attempts to contact Irma Garza and bring her in compliance with the various outstanding Orders from the Court, in particular Pretrial Order 28. Pursuant to said Pretrial Order 28, Plaintiff's deadline to file the discovery requirements, as set out in Paragraph II, was May 1, 2008, and Plaintiff's deadline to file her Statement regarding record preservation, as set out in Paragraph I, was March 15, 2008. Plaintiff now moves for leave to file the following:

1) Plaintiff Irma Garza's Objections & Responses to Interrogatories;

2) Plaintiff Irma Garza's Amended and Supplemental Profile Form;

3) Plaintiff Irma Garza's Statement of Service Regarding Notice to Preserve Records in Accordance with Pretrial Order No. One; and

4) MDL 1657 Counsel Contact Information Sheet.

Plaintiff and counsel for Plaintiff certify that this delay was the result of error, and not conscious disregard. The Court should grant this Motion for Leave because Defendants

will not be prejudiced by any delay, as there is a general stay in proceedings in effect now pursuant to Pretrial Order 30.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Irma Garza prays that her Motion for Leave to File Documents in Accordance with Pretrial Order 28 be granted. Plaintiff additionally prays for any other relief to which she may be entitled.

                Respectfully submitted,

                **LAW OFFICE OF MARK A. CANTU**
                THE ATRIUM
                1300 N. 10th St., Suite 400
                McAllen, Texas 78501
                PH:   956-687-8181
                FAX:  956-687-8868

By: _____
            ROBERT SCHELL
            SBN/FED CT ID NO. 24007992/24085

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record via e-trans in accordance with Court Order on this the 27th day of June, 2008.

_____
ROBERT SCHELL

3