UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | | |
|---|---|---|
| In re: VIOXX® | § § § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § § § | SECTION L |
| | § § | JUDGE FALLON |
| | § § | MAG. JUDGE KNOWLES |

*******************************

IRMA GARZA v. VIOXX

ORDER GRANTING IRMA GARZA'S MOTION TO LEAVE TO FILE
VARIOUS DOCUMENTS IN ACCORDANCE WITH PRETRIAL ORDER 28

ON THIS THE ___ DAY OF _____, 2008, Came on to be considered Irma Garza's Motion For Leave to File Documents in Accordance with Pretrial Order 28. The Court having considered the Motion is all things hereby agrees that such Motion should be granted.

The Court hereby Grants Irma Garza's Motion For Leave and hereby files and makes the following documents part of the record for the above entitled MDL action.

1. Plaintiff Irma Garza's Objections & Responses to Interrogatories;

2. Plaintiff Irma Garza's Amended and Supplemental Profile Form;

3. Plaintiff Irma Garza's Statement of Service Regarding Notice to Preserve Records in Accordance with Pretrial Order No. One; and

4. MDL 1657 Counsel Contact Information Sheet.

**SIGNED FOR ENTRY ON THIS THE** _____ **DAY OF** _____, 2008.

_____
JUDGE FALLON/ MAG. JUDGE
KNOWLES
