UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

### CLAIMANT, IRMA GARZA'S STATEMENT OF SERVICE REGARDING NOTICE TO PRESERVE RECORDS IN ACCORDANCE WITH PRETRIAL ORDER NO. 1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FALLON/ MAG. JUDGE KNOWLES:

1. Please take Notice that Claimant, Irma Garza by and through counsel of record, hereby files this her Statement of Service Regarding Notice To Preserve Records In Accordance With Pretrial Order No. 1. The following is a list of all individuals and/or entities to which Notice was sent.

Marilyn Asistores, MD
and Custodian of Records
1615 S. Closner Blvd.
Edinburg, Texas 78539
(956) 316-1354

Monzer H. Yazji, MD
Riad Abujamous
Yazji & Associates
and Custodian of Records
505 S. Closner
Edinburg, Texas 78539
(956) 383-6271

1

Harish Koolwal, Cardiologist
and Custodian of Records
1301 E. Ridge Rd.
McAllen, Texas 78501
(956) 994-1177

HEB Pharmacy
and Custodian of Records
2700 W. Freddy Gonzalez
Edinburg, Texas 78539
(956) 383-4165

Women's Clinic of South Texas
and Custodian of Records
910 S. Closner Blvd.
Edinburg, Texas 78539
(956) 380-3441

Fatih Ozcelebi, MD
and Custodian of Records
1200 E. Savana #19
McAllen, Texas 78501
(956) 661-1333

Vincente Honrubia, MD, ENT
and Custodian of Records
301 North Main, Suite 2
McAllen, Texas 78501
(956) 661-8200

Javier De La Garza, MD
and Custodian of Records
220 N. 10th St.
McAllen, Texas 78501
(956) 630- 2705

Urban County Program
and Custodian of Employment Records
1916 Tesoro Blvd.
Pharr, Texas 78577

A copy of said Notices that were sent are attached hereto as **Exhibit "A"**.

2. **CERTIFICATION.** I, Robert Schell, counsel for the Claimant herein, Irma Garza hereby certify that Notice To Preserve Records was sent to the above listed

2

entities, via certified mail, return receipt requested in Accordance with Pretrial Order No. 1 on this the 24th day of June, 2008.

            Respectfully submitted,

            **LAW OFFICE OF MARK A. CANTU**
            THE ATRIUM
            1300 N. 10th St., Suite 400
            McAllen, Texas 78501
            PH: 956-687-8181
            FAX: 956-687-8868

            By: _/s/ Robert Schell_
            ROBERT SCHELL
            SBN: 24007992
            Federal I.D. No.: 24085

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record via e-trans and/or Regular Mail on this the 26th day of June, 2008.

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Ricardo Garza Benavides
Romero, Gonzalez & Benavides, LLP
612 Nolana
Suite 520
McAllen, TX 78504

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Mark A. Cantu
Law Office of Mark A. Cantu
The Atrium, Suite 400
1300 North 10th Street
McAllen, TX 78501

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Jennifer M. Cross
David Vail & Associates
P.O. Box 5707
Tacoma, WA 98415

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

H. Blair Hahn
Richardson Patrick Westbrook & Brickman, LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Jonathan Wesley Johnson
Johnson & Benjamin
730 Peachtree Street, NE
Suite 750
Atlanta, GA 30308

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Thomas A. Killoren, Jr.
Harrison White Smith & Coggins
P.O. Box 3547
Spartanburg, SC 29304

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Jack G. Leader
Elrod, Jones, Leader & Benson
P.O. Drawer 11091
216 East Black Street
Rock Hill, SC 29731

Eric M. Terry
SimmonsCooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

_____
ROBERT SCHELL



LAW OFFICE OF
# MARK A. CANTU

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3863**</u>
Javier De La Garza, MD
and Custodian of Records
220 N. 10th St.
McAllen, Texas 78501

    Re:   *United States District Court Eastern District of Louisiana*
           *In Re: Vioxx. Products Liability Litigation*
           *MDL Docket No. 1657, Section L.*
           *Judge Fallon, Mag. Judge Knowles*
           (Claimant: Irma Garza, DOB: 08/28/1963)
           **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

    Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

    Should you have any questions, please do not hesitate to contact me.

                                               Respectfully Submitted,

                                               Robert Schell

RS/gmp
Enclosure

LAW OFFICE OF
# MARK A. CANTÚ

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3856**

Urban County Program
and Custodian of Employment Records
1916 Tesoro Blvd.
Pharr, Texas 78577

Re:   United States District Court Eastern District of Louisiana
      In Re: Vioxx Products Liability Litigation
      MDL Docket No. 1657, Section L.
      Judge Fallon, Mag. Judge Knowles
      (Claimant: Irma Garza, DOB: 08/28/1963)
      **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been the employer of Ms. Garza's and thereby may have records relating to her claims seeking lost wages in the past and in the future for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1998 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

LAW OFFICE OF
# MARK A. CANTÚ

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3832**
Fatih Ozcelebi, MD
and Custodian of Records
1200 E. Savana #19
McAllen, Texas 78501

Re: *United States District Court Eastern District of Louisiana*
*In Re: Vioxx. Products Liability Litigation*
*MDL Docket No. 1657, Section L.*
*Judge Fallon, Mag. Judge Knowles*
(Claimant: Irma Garza, DOB: 08/28/1963)
**NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

LAW OFFICE OF
MARK A. CANTÚ

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3825**</u>
Women's Clinic of South Texas
and Custodian of Records
910 S. Closner Blvd.
Edinburg, Texas 78539

Re: *United States District Court Eastern District of Louisiana*
*In Re: Vioxx. Products Liability Litigation*
*MDL Docket No. 1657, Section L.*
*Judge Fallon, Mag. Judge Knowles*
(Claimant: Irma Garza, DOB: 08/28/1963)
**NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

LAW OFFICE OF
# MARK A. CANTU

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3771**</u>
Marilyn Asistores, MD
And Custodian of Records
1615 S. Closner Blvd.
Edinburg, Texas 78539

Re:   United States District Court Eastern District of Louisiana
      In Re: Vioxx. Products Liability Litigation
      MDL Docket No. 1657, Section L.
      Judge Fallon, Mag. Judge Knowles
      (Claimant: Irma Garza, DOB: 08/28/1963)
      **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

*[signature]*

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

**LAW OFFICE OF**
# MARK A. CANTU

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3757**</u>
Harish Koolwal, Cardiologist
and Custodian of Records
1301 E. Ridge Rd.
McAllen, Texas 78501

Re:  United States District Court Eastern District of Louisiana
     In Re: Vioxx. Products Liability Litigation
     MDL Docket No. 1657, Section L.
     Judge Fallon, Mag. Judge Knowles
     (Claimant: Irma Garza, DOB: 08/28/1963)
     **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure
THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

LAW OFFICE OF
# MARK A. CANTÚ

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3801**</u>
Monzer H. Yazji, MD
Riad Abujamous
Yazji & Associates
and Custodian of Records
505 S. Closner
Edinburg, Texas 78539

Re: *United States District Court Eastern District of Louisiana*
*In Re: Vioxx. Products Liability Litigation*
*MDL Docket No. 1657, Section L.*
*Judge Fallon, Mag. Judge Knowles*
(Claimant: Irma Garza, DOB: 08/28/1963)
**NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

LAW OFFICE OF
# MARK A. CANTU

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

**VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3818**
HEB Pharmacy
and Custodian of Records
2700 W. Freddy Gonzalez
Edinburg, Texas 78539

Re:   *United States District Court Eastern District of Louisiana*
      *In Re: Vioxx. Products Liability Litigation*
      *MDL Docket No. 1657, Section L.*
      *Judge Fallon, Mag. Judge Knowles*
      (Claimant: Irma Garza, DOB: 08/28/1963)
      **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

LAW OFFICE OF
**MARK A. CANTÚ**

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

June 24, 2008

<u>*VIA CERTIFIED MAIL, RRR: 7004-1350-0004-3720-3849*</u>
Vincente Honrubia, MD, ENT
and Custodian of Records
301 North Main, Suite 2
McAllen, Texas 78501

Re:   *United States District Court Eastern District of Louisiana*
      *In Re: Vioxx. Products Liability Litigation*
      *MDL Docket No. 1657, Section L.*
      *Judge Fallon, Mag. Judge Knowles*
      (Claimant: Irma Garza, DOB: 08/28/1963)
      **NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by Irma Garza to represent her interests in a claim brought against Merck & Co., Inc., et al., for her usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Ms. Garza's and thereby may have records relating to her claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Irma Garza in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell

RS/gmp
Enclosure

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868