UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANNA

| | | |
|---|---|---|
| In re: VIOXX® | § § § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § § § | SECTION L |
| | § § | JUDGE FALLON |
| | § § | MAG. JUDGE KNOWLES |

*************************************

**THIS DOCUMENT RELATES TO:**

**Plaintiff's Name:** Irma Garza

**TO:** Defendant Merck & Co., Inc.'s
by and through their attorney of record:

Susan Giamportone
Womble, Carlyle, Sandridge & Rice, PLLC.

<u>**PLAINTIFF IRMA GARZA'S OBJECTIONS & RESPONSES TO DEFENDANT MERCK CO. INC.'S FIRST SET OF INTERROGATORIES**</u>

NOW COMES Irma Garza and files this her Objections & Responses To

**DEFENDANT MERCK & Co. Inc.'s FIRST SET OF INTERROGATORIES.**

by and through her attorney of record Robert Schell Law Office of Mark A. Cantu, The

Atrium, 1300 N. 10th Street, Suite 400, McAllen, Texas 78501 in the above-styled and

numbered cause and files this her Objections & Responses to Merck & Co., Inc.'s First

Set of Interrogatories.

1

Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**

THE ATRIUM
1300 N. 10th St., Suite 400
McAllen, Texas 78501
PH:    956-687-8181
FAX:   956-687-8868

By: _____
Robert Schell
SBN: 24007992
Federal I.D. No. 24085

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded via e filing in accordance with the Court Order, on this the 27th day of June, 2008 to the following counsel of record:

_____
ROBERT SCHELL

## PLAINTIFF IRMA GARZA'S RESPONSES TO DEFENDANT MERK'S FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number, and facsimile number of the principal attorney representing you in this action.

**Answer:**

Claimant originally filed the following styled suit: *Cause No. C-2321-06-C; Irma Garza, Individually vs. Marilyn Asistores, MD and Merck & Co., Inc. In the District Court, 139th Judicial District, Cameron County, Texas* on or about September 29, 2006.

The case was then removed to a MDL which is styled as follows:

In re: VIOXX®
PRODUCTS LIABILITY LITIGATION
MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES
JUDGE FALLON
MAG. JUDGE KNOWLES

The attorney of record for the Claimant is Robert Schell, with the Law Office Of Mark A. Cantu, 1300 N. 10th St. Suite 400, Mcallen, Texas 78501. (956) 687-8181, Fax No. (956) 687-8868.

**INTERROGATORY NO. 2:** Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

**Answer:**

3

Marilyn Asistores, MD
And Custodian of Records
1615 S. Closner Blvd.
Edinburg, Texas 78539
(956) 316-1354
Healthcare provider of Irma Garza. Physician who prescribed Vioxx and facility where she obtained the Vioxx samples. The physician my testify regarding her medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which she may have knowledge to render regarding her professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Monzer H. Yazji, MD
Riad Abujamous
Yazji & Associates
And Custodian of Records
505 S. Closner
Edinburg, Texas 78539
(956) 383-6271
Physician who diagnosed injury of liver damage. The physician my testify regarding medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Harish Koolwal, Cardiologist
And Custodian of Records
1301 E. Ridge Rd.
McAllen, Texas 78501
(956) 994-1177
Healthcare provider. The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

HEB Pharmacy
And Custodian of Records
2700 W. Freddy Gonzalez
Edinburg, Texas 78539

4

(956) 383-4165
Pharmacy where the Vioxx prescriptions was filled. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants prescription file and billing record.

HEB Pharmacy
And Custodian of Records
1212 S. Closner
Edinburg, Texas 78539
Healthcare provider. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants prescription file and billing record.

Walgreen's Pharmacy
And Custodian of Records
1520 W. Freddy Gonzalez
Edinburg, Texas 78539
Healthcare provider. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants prescription file and billing record.

Wal Mart Pharmacy
And Custodian of Records
1724 W. University
Edinburg, Texas 78539
Healthcare provider. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants prescription file and billing record.

Edinburg Hospital
And Custodian of Records
1102 W. Trenton
Edinburg, Texas 78539
Healthcare provider. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Doctor's Hospital at Renaissance
And custodian of records
5501 S. McColl Rd.
Edinburg, Texas 78539

Healthcare provider. .. The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

McAllen Medical Center
And Custodian of Records
301 W. Expressway 83
McAllen, Texas 78501
Healthcare provider. .. The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Dr. Maria Elena Falcon
And Custodian of Records
6900 N. 10th Street
McAllen, Texas 78501
Healthcare provider. .. The physician my testify regarding her medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which she may have knowledge to render regarding her professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

John Orfanos, MD
And Custodian of Records
4302 S. Sugar, Suite 210
Edinburg, Texas 78539
Healthcare provider. .. The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Frank W. Schroeder, DO
And Custodian of Records
6900 N. 10th Street, Suite 4
McAllen, Texas 78504
Healthcare provider. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Women's Clinic of South Texas
And Custodian of Records
910 S. Closner Blvd.
Edinburg, Texas 78539
(956) 380-3441
Healthcare provider. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Fatih Ozcelebi, MD
And Custodian of Records
1200 E. Savanna #19
McAllen, Texas 78501
(956) 661-1333
Healthcare provider. . The physician my testify regarding her medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which she may have knowledge to render regarding her professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Vincente Honrubia, MD, ENT
And Custodian of Records
301 North Main, Suite 2
McAllen, Texas 78501
(956) 661-8200
Healthcare provider. Seen for breathing problems and underwent surgery in 2004. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing

7

records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Javier De La Garza, MD
And Custodian of Records
220 N. 10th St.
McAllen, Texas 78501
(956) 630- 2705
Healthcare provider. Seen for gastritis in 1999 and reevaluated in 2003. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Dr. Sumyra Mehkri
And Custodian of Records
502 S. Closner Blvd.
Edinburg, Texas 78539
(956) 292-0100
Healthcare provider. . The physician my testify regarding his medical treatment of claimant, diagnosis, prognosis, opinions, referrals, prescription medication, testing, results, billing records, any documents or notes contained in claimants file and any other information in which he may have knowledge to render regarding his professional experience, education, research and expertise. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants medical and billing file.

Humana Health Insurance
And Custodian of Records
Policy No. N3240026A6879
Policy Holder: Irma Garza
1-800-523-0023
Provided Plaintiff with medical insurance coverage. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants claim and billing file.

8

Blue Cross Blue Shield
And Custodian of Records
Provided Plaintiff with medical insurance coverage. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants claim and billing file.

Aetna Insurance
And Custodian of Records
Provided Plaintiff with medical insurance coverage. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants claim and billing file.

Mutual of Omaha
And Custodian of Records
Provided Plaintiff with medical insurance coverage. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants claim and billing file.

Urban County Program
And Custodian of Records
1916 Tesoro Blvd.
Pharr, Texas 78577
(956) 787-8127
Employer of Irma Garza from 1993 to present. The custodian of records may render testimony regarding the authenticity of any documents produced and/or contained in claimants personnel file, workers compensation claims, medical claims, days of lost employment, pay schedule, raises, bonus, and other knowledge pertaining to her earning capacity.

Emma Segovia
Rt 16, Box 526K
Edinburg, Tx 78539
Mother of Irma Garza. She may testify regarding her knowledge of the pain and suffering underwent by claimant, medical visits, medication history, illness history, and other knowledge she may posses that is unknown at this time.

Angela Garza
602 Baltic
Edinburg, Texas 78539
Sister in law of Irma Garza. She may testify regarding her knowledge of the pain and suffering underwent by claimant, medical visits, medication history, illness history, and other knowledge she may posses that is unknown at this time.

Diana Rios Cerda
Ninfa Ozuna
c/o Urban County Program

9

1916 Tesoro Blvd.
Pharr, Texas 78577
Supervisor of Irma Garza. She may render testimony regarding the authenticity of any documents produced and/or contained in claimants personnel file, workers compensation claims, medical claims, days of lost employment, pay schedule, raises, bonus, and other knowledge pertaining to her earning capacity.

Chris Coronado
Address unknown
Edinburg, Texas 78539
She was employed with Dr. Marilyn Asistores who provided Irma Garza with the samples of Vioxx.

Israel Garza
2701 W. Sprage
Edinburg, Texas 78539
Husband of Claimant Irma Garza. He may testify regarding his knowledge of the pain and suffering underwent by claimant, medical visits, medication history, illness history, and other knowledge he may posses that is unknown at this time.

Kimberly Cassandra Garza
2701 W. Sprage
Edinburg, Texas 78539
Daughter of Irma Garza. She may testify regarding her knowledge of the pain and suffering underwent by claimant, medical visits, medication history, illness history, and other knowledge she may posse that she witnessed that is unknown at this time.

IRMA GARZA HEREBY RESERVES THE RIGHT TO SUPPLEMENT THIS RESPONSE IN ACCORDANCE WITH THE TEXAS RULES OF CIVIL PROCEDURE.

**INTERROGATORY NO. 3:** Provided the factual basis and computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

**Answer:** Objection. Claimant objects to this request as Claimant is unable to respond to this Interrogatory at this time as discovery is within the early stages and all records pertaining to Irma Garza have not yet been received. Further, her medical care is ongoing and an amount of future damages is yet to be calculated as said medical records and an Independent Medical Examination of Plaintiff has yet to be performed. Further, Claimant states the documents that will be utilized in

10

calculating her damages are her medical records, her prescription records, her radiology records, her billing records, her employment and payroll records, her educational records, her IME, expert reports to be rendered, medical opinions, diagnosis and prognosis, deposition testimony pending to be taken by persons of fact and relevant knowledge, Insurance records and her tax returns. Claimant hereby agrees to supplement this response in accordance with the Texas Rules of Civil Procedure.

**INTERROGATORY NO. 4:**   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action. If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

**Answer:**   Claimant states she has medical insurance coverage provided by her employer which has been used to pay for medical expenses to date. Claimant pays a deductible per visit and per prescription medication as well as a standard deduction that is taken from her pay by her employer to cover the medical insurance policy expenses. Claimant states she has had various medical insurance policies provided by her employer. The following is a list of the various providers who may have provided payment of said medical expenses:

Humana Health Insurance
P.O. Box 14603
Lexington, KY 40512-4803
Policy No. N3240026A6879
Policy Holder: Irma Garza
1-800-523-0023

Blue Cross Blue Shield
ID No. ZGP835699592
Group: 021185
Coverage Date: 2-01-08
1-800-521-2227

Aetna Insurance
P.O Box 5055
Sugar Land, Texas 77487-5055
Group: 809348-14-100
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
1-800-362-0869

Mutual of Omaha
Group ID: G000970A
Member ID: 801600208
1-800-889-0375

**INTERROGATORY NO. 5:**     State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990. If so, state the date of any such examination where it was conducted, who conducted the examination, whether there is a report of such physical examination, whether there is report of such physical examination and the life insurance company on whose behalf the examination was conducted. If a report was made, attach a true copy. If any such physical examination resulted in denial of your application, please describe such action.

**Answer:**     **Claimant has not applied for life insurance at this time.**

**INTERROGATORY NO. 6:**     Identify all information, instructions, warnings, or precautions about Vioxx obtained by you from any source. For each item of information, instruction, warning or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

**Answer:**     **Claimant recalls receiving medication information that was provided by HEB Pharmacy at the time she filled her prescriptions for Vioxx. Claimant believes that said Information would have been provided to her on or before March 29, 2001 which is the date of one of the prescriptions she had filled at HEB Pharmacy. Claimant does not recall the exact information that was received. Claimant recalls reading the information provided.**

**INTERROGATORY NO. 7:**     State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of

12

this injuries and damages claimed, the date and place of filing to the action and their attorneys, if any, the name of the court or other forum, the title of the action and case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgment, settlement or award.

**Answer:**

**Claimant states she has filed two Workers Compensation claims in the past.**

**Workers Compensation Claim, Docket No. WS-08-139681-01-BR. Date of Injury: 9-20-07. Injury: Sprain/strain of shoulder. She was denied WC benefits.**

**Workers Compensation Claim, Docket No. unknown. Date of Injury: 4-18-08. Injury: Broken arm. Disposition unknown at this time.**

**INTERROGATORY NO. 8:** Please identify whether you are in possession of any Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the date of the prescription to which the unused Vioxx related, and the current location of the unused Vioxx.

**Answer:**   **I currently have no unused Vioxx in my possession.**

**INTERROGATORY NO. 9:** Please identify all communications, whether oral, written or electronic (including email, communications as part of internet "chat rooms" or e-mail groups), with others not including your counsel, regarding Vioxx or alleged injuries.

**Answer:**   **Claimant has no documents responsive to this request other than those protected by the attorney-client privilege.**

**INTERROGATORY NO. 10:**
Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any

13

emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or your alleged injuries,

**ANSWER:** **Claimant has no documents responsive to this request other than those protected by the attorney-client privilege.**

14

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the foregoing answers are true and correct.

_____   _Irma Garza_____   _5 28 08_
Signature                                  Print Name                             Date


Plaintiff's Counsel:

Name:_____

Address:_____

_____

9