UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

**PRODUCTS LIABILITY LITIGATION**

This document relates to:

*Banks, Sheryl et al. v. Merck & Co., Inc.,*
Docket Number: 2:07-cv-03019; and
Only regarding Gary Allen Guy,
Lloyd Johnson and Helen Johnson

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### CERTIFICATE OF COUNSEL PURSUANT TO PRE-TRIAL ORDER NUMBER 36

**NOW INTO COURT** comes John F. McKay, lead counsel in the above referenced matter. Who would advise the court that as shown by the attached Exhibit A he did place a notice in The Advocate, which is the official journal for the State of Louisiana, the city of Baton Rouge, the Parish of East Baton Rouge and is a newspaper of general circulation on or about June 14, 2008, June 15, 2008 and June 16, 2008. Plaintiff further mailed a letter certified mail to plaintiff's last known address that included all of the requirements of Pre-Trial Order Number 36, Section 1B to A through E.

Baton Rouge, Louisiana this 27 day of June, 2008.

Respectfully Submitted:

John F. McKay (#9361)
Christopher R. Sonnier (#25880)
McKay Law Firm
7465 Exchange Place
Baton Rouge, Louisiana
Telephone: (225) 924-3641
Facsimile: (225) 924-3644

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, this 27 day of June, 2008.

Christopher R. Sonnier