# EXHIBIT A

# CAPITAL CITY PRESS

Publisher of
## THE ADVOCATE

## PROOF OF PUBLICATION

The hereto attached notice was published in THE ADVOCATE, a daily newspaper of general circulation published in Baton Rouge, Louisiana, and the official Journal of the State of Louisiana, the City of Baton Rouge, and the Parish of East Baton Rouge, in the following issues:

**06/14/08, 06/15/08, 06/16/08**

*Linda Primeaux/kc*
Linda Primeaux, Legal Notices Clerk

> ANYONE knowing the whereabouts of GARY ALLEN GUY, LLOYD JOHNSON or HELEN JOHNSON, please contact Christopher R. Sonnier or John F. McKay, Attorney at Law, 7465 Exchange Place, Baton Rouge, LA 70806, Phone Number: (225) 924-3641.
> 3903514- June 14, 15, 16

Sworn and subscribed before me by the person whose signature appears above:

**June 16, 2008**

Pegeen Singley, Notary Public, #66565
My Commission Expires: Indefinite
Baton Rouge, Louisiana

3903514

**MCKAY & WATSON**

**7465 EXCHANGE PLACE**
**BATON ROUGE        LA  70806**



JUN 17 2008