# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| Name | Underwood | Earl | P. |

| Name of Law Firm | Law Offices of Earl P. Underwood, Jr. |
|---|---|

| Current Address | Street: 21 South Section Street | | | |
|---|---|---|---|---|
| | City: Fairhope | State: AL | Zip: 36532 | Country: U.S.A. |

| Telephone Number | 251-990-5558 | Facsimile | 251-990-0626 | Email | epunderwood@alalaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | Barnes | Wilmer | Rankin |

| Plaintiff Address | Street: 5274 Old Hwy 43, P.O. Box 38 | | | |
|---|---|---|---|---|
| | City: Satsuma | State: AL | Zip: 36572 | Country: U.S.A. |

| Telephone Number | 251-675-3211 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Wilmer Rankin Barnes, et al. v. Merck & Co., Inc. |
|---|---|
| Case Number | 2:05-cv-01986 |
| Court Where Case is Pending | United State District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[✓] Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| Name | | | |

| Address | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | [ ] Friend  [ ] Relative (specify relationship: _____) |
|---|---|

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

### D. COMPLIANCE WITH PTO NO. 36

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36, on 06 / 17 / 2008. (*Record Docket No.* 14709)

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

Date Signed: 6 / 27 / 2008 (Month/Day/Year)

_____ Counsel

#343319

2