UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES ZAFIRATOS | * | In Re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 05-4150 |
| | * | |
| MERCK & CO., INC., a foreign Corporation, | * | SECTION L – DIVISION 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |

On this, the 11th day of June, 2008, it is hereby STIPULATED, ORDERED, ADJUDGED AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, with prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees.

This Stipulation is filed on behalf of Plaintiff, James Zafiratos, and Defendant, American Drug Stores, Inc., who have appeared in the above-captioned matter.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal with prejudice on the above referenced case(s).

POWER ROGERS & SMITH, P.C.

Devon C. Bruce
Attorneys for the Plaintiff

DATED this 11th day of June, 2008.

JOHNSON & BELL, LTD.

*Julie M. Kennedy*
Julie M. Kennedy
Attorneys for Defendant, American
Drug Stores, Inc.

DATED this ___ day of June, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on all parties by U.S. mail and e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 27th day of June, 2008.

*/s/ Dawn E. D_____*