**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JAMES ZAFIRATOS** | * | **In Re: VIOXX PRODUCTS** |
| | * | **LIABILITY LITIGATION** |
| **PLAINTIFF,** | * | **MDL Docket No. 1657** |
| | * | |
| **v.** | * | **CASE NO. 05-4150** |
| | * | |
| **MERCK & CO., INC., a foreign** | * | **SECTION L – DIVISION 3** |
| **Corporation,** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **DEFENDANT.** | * | **MAGISTRATE JUDGE** |

**ORDER OF DISMISSAL WITH PREJUDICE**

On the date shown below, the Court considered the Motion for Dismissal, with prejudice, of the claims of the Plaintiff, JAMES ZAFIRATOS.  After considering the motion, the Court concludes it should be **GRANTED**.  The Court, therefore, orders that the claims of JAMES ZAFIRATOS are dismissed, with prejudice, and without costs.

Dated this _____ day of June, 2008

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**