**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | ) | **MDL Docket No. 1657** |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **SECTION L** |
| | ) | |
| **This document relates to:** | ) | **JUDGE FALLON** |
| | ) | **MAGISTRATE JUDGE KNOWLES** |

*THIS DOCUMENT RELATES TO:*
**ANDERSON, et al. vs. Merck & Co., Inc., No 2006-cv-01170-EEF-DEK**
(pertaining to **Delanese Anderson**  only

### [PROPOSED] ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Delanese Anderson**  may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
Daniel E. Knowles, III
United States Magistrate Judge