## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx                                    )   **MDL Docket No. 1657**
PRODUCTS LIABILITY                               )
LITIGATION                                       )   **SECTION L**
                                                 )
**This document relates to:**                    )   **JUDGE FALLON**
                                                 )   **MAGISTRATE JUDGE KNOWLES**

*THIS DOCUMENT RELATES TO:*
**AMIE, *et al. vs. Merck & Co., Inc., No 2:06-CV-02219-EEF-DEK***
(pertaining to **Michael C. Beltrami**  <u>only</u>

### [PROPOSED] ORDER GRANTING
### <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Michael C. Beltrami**  may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
Daniel E. Knowles, III
United States Magistrate Judge