UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3151 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF MARY LEE HILL

**COME NOW** the undersigned Craig L. Lowell and Williams C. Cunningham, and hereby moves this Court for an Order permitting them to withdraw as counsel for Plaintiff **Mary Lee Hill** in the above-styled case. Plaintiff's Present Address is:

Mary Lee Hill
969 Porter Road
Columbus, MS 39701

a.  Counsel seeks to withdraw from representation of this Plaintiff as Plaintiff has failed to respond to communications from counsel. This motion pertains only to Plaintiff **Mary Lee Hill**.

WHEREFORE, premises considered the undersigned Craig L. Lowell, respectfully requests this Honorable Court to enter an Order granting permission for attorneys Craig L. Lowell and William C.

Cunningham's withdrawal as attorneys of record for Plaintiff **Mary Lee Hill**. This will not affect any of the other plaintiffs claims in MDL-05-3151.

Respectfully submitted, this 27th day of June 2008.

ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT
William C. Cunningham
Craig L. Lowell


**COUNSEL FOR PLAINTIFF**
William C. Cunningham
William C. Cunningham, Attorney at Law
P.O. Box 624
Columbus, MS 39703

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion To Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No. __8__ on this the 27th day of June 2008.

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
New Jersey City, NJ 07302-3908

Aretha Delight Davis
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Phillip Whittman
Stone, Pigman, Walther, Whittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Susan Giamportone
Womble Carlyle Sandridge & Rice, LLC
Research Triangle Park
150 Fayetteville Street Mall, Suite 2100
Raleigh, North Carolina 27601

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada - Jackson
P. O. Box 22567
17th Floor, AmSouth Plaza
Jackson, MS 39225-2567

                                              __S/ Craig L. Lowell__
                                              OF COUNSEL

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | Lowell | Craig | L. |

| Name of Law Firm | Wiggins Childs Quinn + Pantazis LLC |
|---|---|

| Current Address | Street | 301 19th Street North | | | |
|---|---|---|---|---|---|
| | City | Birmingham | State: AL | Zip: 35203 | Country: Jefferson |

| Telephone Number | 205-314-0500 | Facsimile | 205-254-1500 | Email | clowell@wcqp.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | Hill | Mary | Lee |

| Plaintiff Address | Street | 969 Porter Road | | | |
|---|---|---|---|---|---|
| | City | Columbus | State: MS | Zip: 39701 | Country: — |

| Telephone Number | — | Facsimile | — | Email | — |
|---|---|---|---|---|---|

| Case Caption | Herbert Trotter et al. v. Merck + Co. Inc. |
|---|---|
| Case Number | CV-05-3151 |
| Court Where Case is Pending | U.S. District Court, Eastern District of Louisiana |

#343313
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph I.B of PTO No. 36) |

### C. COMPLIANCE WITH PTO NO. 36

[X] I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

Name of Publication: __Commercial Dispatch__

Dates of Publication: __07/01, 02, 03,/08__

[X] I sent a letter to the Plaintiff by certified mail on __6/27/08__ (date) to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __06 / 30 / 2008__ (Month/Day/Year) | _[signature]_ Counsel |

#343313
4/23/08

2