UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>) | MDL Docket No. 1657<br><br>SECTION L |
| This document relates to: | )<br>) | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

*THIS DOCUMENT RELATES TO:*
**ALBRIGHT**, *et al. vs. Merck & Co., Inc., No 2:06-cv-02204-EEF-DEK*
(pertaining to **Joyce Butler** only)

**[PROPOSED] ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Joyce Butler** may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
Daniel E. Knowles, III
United States Magistrate Judge