## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to: | ) **MDL Docket No. 1657**<br>)<br>) **SECTION L**<br>)<br>)<br>) **JUDGE FALLON**<br>) **MAGISTRATE JUDGE KNOWLES** |

*THIS DOCUMENT RELATES TO:*
***ADAMS, et al. vs. Merck & Co., Inc., No 2:06-CV-02200-EEF-DEK***
(pertaining to **Anna Cannioto** and JOHN CANNIOTO only

### [PROPOSED] ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed

with this Court by Brian A. Goldstein Esq., and the Court having considered the same

and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel

of Record is granted, all counsel of record are permitted to withdraw, and **Anna**

**Cannioto** and JOHN CANNIOTO may proceed with this action pro se in the absence of

retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
Daniel E. Knowles, III
United States Magistrate Judge