**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | |
| MDL Nos. 05-0293, 05-0451, 05-2002, 05-4516, 05-5578, 05-6932, 06-0060, 06-1434, 06-2195, 06-2196, 06-2198, 06-2199, 06-2201, 06-2203, 06-2208, 06-2211, 06-2212, 06-2213, 06-2214, 06-2216, 06-3162, 06-3375, 06-3683, 06-4032, 06-4472, 06-5498, 05-5586, 06-5905, 06-6463, 06-6997, 06-6999, 06-7150, 06-10159, 06-10185, 06-10625, 06-10773, 06-11333, 07-0344, 07-0395, 07-1252, 07-3480, 08-0162, 08-0587 | MAG. JUDGE KNOWLES |

**ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF *FORUM NON CONVENIENS***

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 17th day of July, 2008, at 9:00 a.m. o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiffs' cases dismissed under the doctrine of *forum non conveniens*.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of July, 2008.

926710v.1

2

IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 15th day of July, 2008.

NEW ORLEANS, LOUISIANA, this 27th day of June, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

926710v.1