## CERTIFICATION OF COUNSEL

Pursuant to Pretrial Order No. 36, undersigned counsel certifies that he:

1.  Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.

2.  Sent a letter to the plaintiff by certified mail to the plaintiff's last known address that included the following:

    a.  The Motion to Withdraw;

    b.  A copy of Pretrial Order No. 36;

    c.  A statement that plaintiff shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the plaintiff is proceeding with his or her lawsuit pro se (that is, without representation of counsel);

    d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

    e.  An explanation that, unless plaintiff contacts current counsel, engages new counsel or contacts the Curator and proceeds pro se, the Motion to Withdraw will be considered by the Court and that, if the Court considers the steps taken to reach the plaintiff have been reasonable and without success, the Motion may be granted.

Grant Kaiser