UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Benito Robles vs. Merck & Co. Inc. | Judge Fallon |
| Civil Action No: 2:07-cv-07304 | Mag. Judge Knowles |

### COUNSEL'S MOTION TO WITHDRAW PURSUANT TO PRETRIAL ORDER NO. 36.II

Pursuant to Pretrial Order No. 36.II and Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER FIRM, LLP, counsel of record (collectively "Counsel") for Plaintiff, Benito Robles, ("Plaintiff") move this Court for an order allowing them to withdraw as counsel for Plaintiff in the above-captioned cause.

Counsel request that they be allowed to withdraw as counsel because Plaintiff insists on pursuing an objective that Counsel consider imprudent and with which Counsel have a fundamental disagreement. *See* MODEL CODE OF ETHICS § 1.16. In support of their motion Counsel attach hereto their Certification in compliance with Pretrial Order No. 36 and Local Rule 83.2.11 as Exhibit A.

Dated: *June 30, 2008*

| | |
|---|---|
| WALTER UMPHREY<br>Texas State Bar No. 20380000<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>490 Park<br>Beaumont, Texas 77701<br>Telephone: 409-835-6000<br>Facsimile: 409-383-8888 | Respectfully submitted,<br>JOHN EDDIE WILLIAMS, JR.<br>Texas State Bar No. 21600300<br>WILLIAMS KHERKHER HART BOUNDAS, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>Telephone: 713-230-2200<br>Facsimile: 713-643-6226 |
| MIKAL WATTS<br>Texas State Bar No. 20981820<br>THE WATTS LAW FIRM, L.L.P.<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>Telephone: 361-887-0500<br>Facsimile: 361-887-0055 | DREW RANIER<br>Louisiana Bar No. 8320<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>Telephone: 337-494-7171<br>Facsimile: 337-494-7218 |
| | /s/ Grant Kaiser<br>GRANT KAISER<br>Texas State Bar No. 11078900<br>THE KAISER FIRM, L.L.P.<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017-5001<br>Telephone: 713-223-0000<br>Facsimile: 713-223-0440 |

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Plaintiff by U.S. Certified Mail, and on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30 day of June, 2008.

Further, Plaintiff has been notified of all deadlines and pending court appearances.

_____
Grant Kaiser