UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Patricia Barrell, et al. v. Merck & Co.,* | * | KNOWLES |
| *Inc., Docket No. 06-10175; Only* | * | |
| *Regarding Dave Davis, Plaintiff* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## UNOPPOSED MOTION TO REINSTATE ACTION

Now into this Court through Undersigned Counsel, comes Plaintiff, Dave Davis, who suggests the following:

1. A Stipulation of Dismissal with Prejudice was filed in this matter on June 13, 2008.

2. On June 16, 2008, this Court entered an Order of dismissal with prejudice in this cause.

3. Plaintiff Davis, through counsel, seeks reinstatement of Plaintiff Davis's claim on the basis that Plaintiff Davis's claim has been enrolled and submitted to the Vioxx® Claim Administrator. The stipulation of dismissal was inadvertently submitted to the Court by the Undersigned Counsel for Plaintiff and by no fault of Plaintiff Davis.

4. Counsel for Merck & Co., Inc., the Honorable Dorothy Wimberly, has informed the Undersigned Counsel for Plaintiff Davis that she has no objection to this cause being reinstated and the Order of Dismissal being set aside.

5.      It is anticipated that this cause will be dismissed with prejudice after completion of the Vioxx® Resolution Program process.

Respectfully submitted:

| | |
|---|---|
| **BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.** | **STONE, PIGMAN, WALTHER, WITTMAN, L.L.C.** |
| By:**/s/ Benjamin L. Locklar** | By: **/s/ Dorothy H. Wimberly** |
| Andy D. Birchfield, Jr. | Phillip A. Wittman |
| Benjamin L. Locklar | Dorothy H. Wimberly |
| Post Office Box 4160 | 546 Carondelet Street |
| Montgomery, Alabama 36103-4160 | New Orleans, Louisiana 70130 |
| (334) 269-2343 | (504) 581-3200 |
| *Counsel for Plaintiff Dave Davis* | *Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Unopposed Motion to Reinstate Action* has been served upon Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established by MDL 1657, on this the 30th day of July, 2008.

/s/ Benjamin L. Locklar
Benjamin L. Locklar, LOC009
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Facsimile: (334) 954-7555
Ben.locklar@beasleyallen.com