UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Patricia Barrell, et al. v. Merck & Co., Inc., Docket No. 06-10175; Only Regarding Dave Davis, Plaintiff* | * * * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER REINSTATING ACTION

Considering the foregoing Unopposed Motion to Reinstate Action:

**IT IS ORDERED,** that the claim of Dave Davis be reinstated and this Court's Order of Dismissal with Prejudice, dated June 16, 2008, be set aside only as to the Plaintiff, Dave Davis, and shall remain in force and effect for the other named Plaintiffs therein. The Court's Order of June 16, 2008 shall have no force or effect with respect to the claim of Plaintiff Davis which was been enrolled with and submitted to the Vioxx® Claim Administrator.

**NEW ORLEANS, LOUISIANA,** this the _____ day of July, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**