**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Elaine Smith, et al. v. Merck & Co., Inc., et al., No. 2:06cv00917-EEF-DEK (previously 4:05-cv-1593-ERW USDC EDMO)* | Plaintiff:   **TERRY MEATTE** |

### NOTICE TO WITHDRAW MOTION

COMES NOW Attorney for Plaintiff, Terry Meatte, and withdraws his Motion to Withdraw as Attorney of Record.

RESPECTFULLY SUBMITTED this 30th day of June, 2008.

                                        BROWN AND CROUPPEN

                                        /s/ Seth Sharrock Webb
                                        Seth Sharrock Webb, MO Bar #505666
                                        Brown & Crouppen, P.C.
                                        720 Olive Street, Ste. 1800
                                        St. Louis, MO 63101
                                        (314) 421-0216
                                        (314) 421-0359 fax
                                        swebb@brownandcrouppen.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and the foregoing Amended Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 30th day of June, 2008.

    /s/ Seth Sharrock Webb
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com