**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Elaine Smith, et al. v. Merck & Co., Inc., et al., No. 2:06cv00917-EEF-DEK (previously 4:05-cv-1593-ERW USDC EDMO)* | Plaintiff:  **TERRY MEATTE** |

**AMENDED NOTICE TO WITHDRAW MOTION**

COMES NOW Attorney for Plaintiff, Terry Meatte, and withdraws his Motion to Withdraw as Attorney of Record.

RESPECTFULLY SUBMITTED this 30th day of June, 2008.

BROWN AND CROUPPEN

/s/ Seth Sharrock Webb
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and the foregoing Amended Notice to Withdraw Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 30th day of June, 2008.

              /s/ Seth Sharrock Webb
              Seth Sharrock Webb, MO Bar #505666
              Brown & Crouppen, P.C.
              720 Olive Street, Ste. 1800
              St. Louis, MO 63101
              (314) 421-0216
              (314) 421-0359 fax
              swebb@brownandcrouppen.com