UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Patricia Sanders v. Merck & Co., Inc.<br>(E.D.La. Index No. 2:05-cv-06198) | Judge Fallon<br><br>Mag. Judge Knowles |

## **ORDER**

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP, Robert D. Rowland of Goldenberg, Miller, Heller & Antognoli, L.L.P. are released from any further responsibility as counsel for Plaintiff(s), Patricia Sanders.

IT IS SO ORDERED.

_____                    _____
Date                                                                Judge Eldon E. Fallon
                                                                            United States District Court Judge