UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court issues this Order to acknowledge receipt of a letter and other documents from Mr. Dearled Knotts into the record. Plaintiffs' Liaison Counsel is directed to contact Mr. Knotts to discuss MDL No. 1657 and his claim.

IT IS ORDERED that the Mr. Knotts' correspondence is hereby SEALED.

IT IS FURTHER ORDERED that Mr. Knotts' attorneys shall respond in writing within ten (10) days of the date of this Order regarding Mr. Knott's case.

New Orleans, Louisiana, this 23rd day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Dearled Knotts
7207 Terra Cotta Road
San Diego, CA 92114

Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012

Russ M. Herman
Plaintiffs' Liaison Counsel
820 O'Keefe Ave.
New Orleans, LA 70113