UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®  
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1657

SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 |
| Glenn L. Dier, et al., v. Merck & Co. | Case No.: 2:05-cv-01088 |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 |
| Rosemary Holobosky, et al., v. Merck & Co. | Case No.: 2:05-cv-01091 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 |
| Kathleen Hoffner, et al., v. Merck & Co. | Case No.: 2:06-cv-02238 |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 |

AND TO ALL CASES

AFFIDAVIT OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed Plaintiff's Motion to Vacate or Modify the MSA, Memorandum of Points and Authorities in Support of Motion and Plaintiff's Affidavit in Support of Motion with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Phillip A. Wittmann, Esq.
2. Russ Herman, Esq.

_____
Diane E. Walter

Sworn to and subscribed before me
on the 30th day of June, 2008.

_____
NOTARY PUBLIC

BRIAN NAYOR
Notary Public - State of New York
No. 01NA6116006
Qualified in Broome County
My Commission Expires 9/20/2008