## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

LEXISNEXIS' FILE & SERVE
19720835
E-SERVICE
May 7 2008
9:21AM

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last RANIER | First DREW | Middle |
| **Name of Law Firm** | RANIER, GAYLE & ELLIOT, LLC | | |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street PO BOX 56708 | | | |
| | City HOUSTON | State TX | Zip 77256 | Country USA |

| | | | | |
|---|---|---|---|---|
| **Telephone Number** | 713.403.7800 | **Facsimile** | 713.960.6096 | **Email** drew@vioxxgroup.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last JACKSON, JR. | First DAVID | Middle A. |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street 13711 CRYSTALFORD COURT | | | |
| | City CENTREVILLE | State VA | Zip 20120 | Country USA |

| | | | | |
|---|---|---|---|---|
| **Telephone Number** | 703.581.9925 | **Facsimile** NONE | **Email** UNKNOWN | |

| | |
|---|---|
| **Case Caption** | DAVID JACKSON, JR. IND. & AS REP. OF THE ESTATE OF DAVID A. JACKSON SR. vs MERCK |
| **Case Number** | 2:06-CV-02822 |
| **Court Where Case is Pending** | EDLA |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last JACKSON | First PAMELA | Middle K. |

| | | | | |
|---|---|---|---|---|
| **Address** | Street 5741 ROBIN COURT | | | |
| | City HALTOM CITY | State TX | Zip 76148 | Country USA |

| | | | | |
|---|---|---|---|---|
| **Telephone Number** | 817.203.3538 | **Facsimile** NONE | **Email** UNKNOWN | |

| | |
|---|---|
| **Relationship to Plaintiff** | ☐ Friend  ☑ Relative (specify relationship: SISTER ) |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on $\underline{6}$ / $\underline{30}$ / $\underline{2008}$ (*Record Docket No.* $\underline{14913}$ )
Month    Day    Year

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | $\underline{6\ 30\ 2008}$ (Month/Day/Year) | _____ Counsel |

#343319                                    2