# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

LexisNexis File & Serve
19720835
E-SERVICE
May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: RANIER | First: DREW | Middle: |
| **Name of Law Firm** | RANIER, GAYLE & ELLIOT, LLC | | |
| **Current Address** | Street: PO BOX 56708 | | |
| | City: HOUSTON | State: TX  Zip: 77256 | Country: USA |
| **Telephone Number** | 713-403-7800 | Facsimile: 713-960-6096 | Email: drew@vioxxgroup.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: GAMBLE | First: JANET | Middle: |
| **Plaintiff Address** | Street: 47110 WARREN AVENUE | | |
| | City: EAST LIVERPOOL | State: OH  Zip: 43920 | Country: USA |
| **Telephone Number** | 330-382-1196 | Facsimile: NONE | Email: UNKNOWN |
| **Case Caption** | MARY BAILS, ET AL VS. MERCK & CO. INC. | | |
| **Case Number** | 2:05-CV-02319 | | |
| **Court Where Case is Pending** | EDLA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[✓] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | [ ] Friend  [ ] Relative (specify relationship: _____) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  6 / 30 / 2008  (Record Docket No. 14916 )
    Month  Day  Year

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;
2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);
3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and
4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6/30/2008 (Month/Day/Year) | _[signature]_ Counsel |

#343319

2