UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INRE: VIOXX | CIVIL ACTION NO. 05-5443 |
| PRODUCTS LIABILITY LITIGATION | MDLNO.1657 |
| This document relates to: | SECTION Mag. 3 |
| Marilyn Ruffino, et al v. Merck, et al, Docket No. 05-5443, only Regarding Marilyn Ruffino and Alma Allen | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Leger & Shaw is hereby withdrawn as Counsel of Record for Marilyn Ruffino and Alma Allen.

**NEW ORLEANS, LOUISIANA** this __ day of July, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE