UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INRE: VIOXX | CIVIL ACTION NO. 05-4439 |
| PRODUCTS LIABILITY LITIGATION | MDLNO.1657 |
| This document relates to: | SECTION Mag. 3 |
| Lois Jordan, et al v. Merck, et al, Docket No. 05-4439, only Regarding Barbara Lamb | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Leger & Shaw, through counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Barbara Lamb, in the above-captioned multidistrict litigation. In support of this motion, the undersigned states as follows:

1. Counsel has attempted to communicate with plaintiff on numerous occasions via telephone and United States Mail but with no success.

2. Written notice of the filing of this motion was sent this day via certified mail to Barbara Lamb's last known mailing address, 600 Johnson Dr, Monroe LA 71202

3. PTO 36 will be complied within all other respects, including providing a copy of said Order to Plaintiff.

4. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

For these reasons, Leger & Shaw urges the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 30th day of June, 2008.

/s/ Walter J. Leger, Jr.
Walter J. Leger, Jr.
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, LA 70130

Counsel for Plaintiff Barbara Lamb

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the *CM/ECF* system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of June, 2008.

/s/Walter J. Leger, Jr.