UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INRE: VIOXX | CIVIL ACTION NO. 05-4421 |
| PRODUCTS LIABILITY LITIGATION | MDLNO.1657 |
| This document relates to: | SECTION Mag. 3 |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Elizabeth Armstrong, Byron Hall, Lois Spillar, Tommy Franklin, Ebert Van Buren, Vivian Baker o/b/o Christine White, Rosie Howard o/b/o Leroy Julian, Mohan Baskaran, Ruthie Gipson, Charlie Watson, Betty Sumler, Roy Saucer, Thomas Dreher, Earl Davis, Glenda Johnson, Deborah Dunn, Veronica Schleuter, Ruth Sullivan | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Leger & Shaw, through counsel undersigned, pursuant to Local Rule 83.2.11, who hereby moves the Court for an order allowing them to withdraw as counsel of record for the following plaintiffs, in the above-captioned multidistrict litigation. In support of this motion, the undersigned states as follows:

1. Counsel has attempted to communicate with plaintiffs on numerous occasions via telephone and United State Mail but with no success.

2. Written notice of the filing of this motion was sent this day via certified mail to

   A) Elizabeth Armstrong's last known mailing address, 4313 Beale Street, Monroe LA 71203 AND 8055 3rd Street Apt B, Monroe LA 71202 separately

   B) Byron Hall's last known mailing address, 231 Pinecrest Rd, West Monroe LA 71291

    C) Lois Spillars' last known mailing address, 5899 Hwy 143, Sterlington LA 71280

    D) Tommy Franklin's last known mailing address, P. O. Box 383, Marion LA 71260

    E) Ebert Van Buren's last known mailing address, 2215 Liberty St, Monroe LA 71201

    F) Vivian Baker on behalf of Christine White last known mailing address, P. O. Box 442, Rayville LA 71269

    G) Rosie Howard on behalf of Leroy Julian last known mailing address, 160 Senator Circle, Apt A, Houma LA 70363 AND 160 Senator Circle, Apt. B, Houma LA 70363

    H) Mohan Baskaran's last known mailing address 2411 Margaret Ann Apt 6-104, New Orleans LA 70114

    I) Ruthie Gipson's last known mailing address, 302 Bell Ave, Monroe LA 71203 AND 2606 B Maddox Street, Monroe LA 71201 separately

    J) Charlie Watson's last known mailing address, 321 Hidden Acres Rd. Arcadia LA 71001

    K) Betty Sumler's last known mailing address, 1615 S. 6th Street, Monroe LA 71202

    L) Roy Saucer's last known mailing address, 2620 New Natchitoches Rd, West Monroe LA 71292

    M) Thomas Dreher's last known mailing address, 224 Finks Hideaway Rd Apt 124, Monroe LA 71203 AND 2023 Capella Dr, Bastrop LA 71220 separately

    N) Earl Davis' last known mailing address, 3805 Lionel St, Monroe LA 71203

    O) Glenda Johnson's last known mailing address, 601 Marx Street, Monroe LA 71202 AND P. O. Box 15051, Monroe LA 71207 separately

    P) Deborah Dunn's last known mailing address, P. O. Box 614, West Monroe LA 71294 AND 809 Natchitoces St, West Monroe, LA 71291

    Q) Veronica Schleuter's last known mailing address, P. O. Box 262, Olla LA 71465

    R) Ruth Sullivan's last known mailing address, 33596 Perkins Road, Denham Springs LA 70706

3. PTO 36 will be complied within all other respects, including providing a copy of said Order to Plaintiff.

4. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

For these reasons, Leger & Shaw urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 30th day of June, 2008.

/s/ Walter J. Leger, Jr.
Walter J. Leger, Jr.
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, LA 70130

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the *CM/ECF* system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of June, 2008.

*/s/* Walter J. Leger, Jr.