## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INRE: VIOXX** | **CIVIL ACTION NO. 05-4421** |
| **PRODUCTS LIABILITY LITIGATION** | **MDLNO.1657** |
| **This document relates to:** | **SECTION Mag. 3** |
| **William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Elizabeth Armstrong, Byron Hall, Lois Spillar, Tommy Franklin, Ebert Van Buren, Vivian Baker o/b/o Christine White, Rosie Howard o/b/o Leroy Julian, Mohan Baskaran, Ruthie Gipson, Charlie Watson, Betty Sumler, Roy Saucer, Thomas Dreher, Earl Davis, Glenda Johnson, Deborah Dunn, Veronica Schleuter, Ruth Sullivan** | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

### <u>ORDER</u>

Considering the Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Leger & Shaw , are hereby withdrawn as Counsel of Record for Elizabeth Armstrong, Byron Hall, Lois Spillar,Tommy Franklin, Ebert Van Buren, Vivian Baker o/b/o Christine White, Rosie Howard o/b/o Leroy Julian, Mohan Baskaran, Ruthie Gipson, Charlie Watson, Betty Sumler, Roy Saucer, Thomas Dreher, Earl Davis, Glenda Johnson, Deborah Dunn, Veronica Schleuter, and Ruth Sullivan.

**NEW ORLEANS, LOUISIANA** this __day of July, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**