# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | First | Middle |
|---|---|---|---|
| | Leger | Walter | J. |

| Name of Law Firm | Leger & Shaw |
|---|---|

| Current Address | Street |
|---|---|
| | 600 Carondelet St. 9th Floor |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | New Orleans | LA | 70130 | USA |

| Telephone Number | 504-588-9043 | Facsimile | 504-588-9980 | Email | wleger@legershaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | First | Middle |
|---|---|---|---|
| | Hall | Byron | |

| Plaintiff Address | Street |
|---|---|
| | 231 Pinecrest Rd. |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | West Monroe | LA | 71291 | USA |

| Telephone Number | 318-396-0416 | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|

| Case Number | 05-4421 |
|---|---|

| Court Where Case is Pending | United States Distrcit Court Eastern District of Louisiana |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a.  The Motion to Withdraw;

b.  A copy of PTO No. 36;

c.  A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 6  30, 08 | | _____ |
| | (Month/Day/Year) | | Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Leger | | Walter | | J. |

| Name of Law Firm | Leger & Shaw |
|---|---|

| **Current Address** | Street |  |  |  |  |
|---|---|---|---|---|---|
| | 600 Carondelet St. 9th Floor | | | | |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | New Orleans | LA | 70130 | USA |

| Telephone Number | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Watson | | Charlie | | |

| **Plaintiff Address** | Street | | | |
|---|---|---|---|---|
| | 321 Hidden Acres Rd. | | | |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | Arcadia | LA | 71001 | USA |

| Telephone Number | 318-263-3636 | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|

| Case Number | 05-4421 |
|---|---|

| Court Where Case is Pending | United States Distrcit Court Eastern District of Louisiana |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a.  The Motion to Withdraw;

b.  A copy of PTO No. 36;

c.  A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6/30/08 | | Counsel |
| --- | --- | --- | --- |
| | (Month/Day/Year) | | |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last Leger | First Walter | Middle J. |
|---|---|---|---|

| Name of Law Firm | Leger & Shaw |
|---|---|

| Current Address | Street 600 Carondelet St. 9th Floor | | | |
|---|---|---|---|---|
| | City New Orleans | State LA | Zip 70130 | Country USA |

| Telephone Number | 504-588-9043 | Facsimile | 504-588-9980 | Email | wleger@legershaw.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Dunn | First Deborah | Middle |
|---|---|---|---|

| Plaintiff Address | Street P. O. Box 614 | | | |
|---|---|---|---|---|
| | City West Monroe | State LA | Zip 71294 | Country USA |

| Telephone Number | | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|

| Case Number | 05-4421 |
|---|---|

| Court Where Case is Pending | United States Distrcit Court Eastern District of Louisiana |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| ☒ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☒ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

a.   The Motion to Withdraw;

b.   A copy of PTO No. 36;

c.   A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | _(Month/Day/Year)_ | _____ Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Leger | First<br>Walter | Middle<br>J. |
|------|------|------|------|
| **Name of Law Firm** | Leger & Shaw | | |

| **Current Address** | Street<br>600 Carondelet St. 9th Floor | | | |
|------|------|------|------|------|
| | City<br>New Orleans | State<br>LA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|------|------|------|------|------|------|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Dunn | First<br>Deborah | Middle |
|------|------|------|------|

| **Plaintiff Address** | Street<br>809 Natchitoches St. | | | |
|------|------|------|------|------|
| | City<br>West Monroe | State<br>LA | Zip<br>71291 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | N/A | **Email** | N/A |
|------|------|------|------|------|------|

| **Case Caption** | William Everett Allen, et al v. Merck, etal |
|------|------|
| **Case Number** | 05-4421 |
| **Court Where Case is Pending** | United States Distrcit Court Eastern District of Louisiana |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6/30/08 | | |
| --- | --- | --- | --- |
| | (Month/Day/Year) | | Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Leger | | First<br>Walter | | Middle<br>J. |
|---|---|---|---|---|---|

| Name of Law Firm | Leger & Shaw |
|---|---|

| Current Address | Street<br>600 Carondelet St. 9th Floor | | | | |
|---|---|---|---|---|---|
| | City<br>New Orleans | | State<br>LA | Zip<br>70130 | Country<br>USA |

| Telephone Number | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Davis | | First<br>Earl | | Middle |
|---|---|---|---|---|---|

| Plaintiff Address | Street<br>3805 Lionel St. | | | | |
|---|---|---|---|---|---|
| | City<br>Monroe | | State<br>LA | Zip<br>71203 | Country<br>USA |

| Telephone Number | 318-343-1112 | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|

| Case Number | 05-4421 |
|---|---|

| Court Where Case is Pending | United States Distrcit Court Eastern District of Louisiana |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒  I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒  I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

  a.   The Motion to Withdraw;

  b.   A copy of PTO No. 36;

  c.   A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

  d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

  e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6  30  08 | |
| --- | --- | --- |
| | (Month/Day/Year) | Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last Leger | First Walter | Middle J. |
|---|---|---|---|

| Name of Law Firm | Leger & Shaw |
|---|---|

| Current Address | Street 600 Carondelet St. 9th Floor | | | |
|---|---|---|---|---|
| | City New Orleans | State LA | Zip 70130 | Country USA |

| Telephone Number | 504-588-9043 | Facsimile | 504-588-9980 | Email | wleger@legershaw.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Van Buren | First Ebert | Middle |
|---|---|---|---|

| Plaintiff Address | Street 2215 Liberty Street | | | |
|---|---|---|---|---|
| | City Monroe | State LA | Zip 71201 | Country USA |

| Telephone Number | 318-323-6162 | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|

| Case Number | 05-4421 |
|---|---|

| Court Where Case is Pending | United States Distrcit Court Eastern District of Louisiana |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒    I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒    I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

     a.    The Motion to Withdraw;

     b.    A copy of PTO No. 36;

     c.    A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

     d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

     e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6 30 08 | | |
|---|---|---|---|
| | (Month/Day/Year) | | Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Leger | First<br>Walter | Middle<br>J. |

| **Name of Law Firm** | Leger & Shaw |
|---|---|

| **Current Address** | Street<br>600 Carondelet St.  9th Floor | | | |
|---|---|---|---|---|
| | City<br>New Orleans | State<br>LA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Armstrong | First<br>Elizabeth | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>8055 3rd Street Apt B | | | |
|---|---|---|---|---|
| | City<br>Monroe | State<br>LA | Zip<br>71202 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| **Case Caption** | William Everett Allen, et al v. Merck, etal |
|---|---|

| **Case Number** | 05-4421 |
|---|---|

| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |
|---|---|

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C.  COMPLIANCE WITH PTO NO. 36** | |
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

| | | |
|---|---|---|
| | a. | The Motion to Withdraw; |
| | b. | A copy of PTO No. 36; |
| | c. | A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); |
| | d. | An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and |
| | e. | An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| | |
|---|---|
| **D.  SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 10 30 08<br>(Month/Day/Year) |
| | Counsel |

#344083

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Leger | First<br>Walter | Middle<br>J. |

| **Name of Law Firm** | Leger & Shaw | | | |
|---|---|---|---|---|

| **Current Address** | Street<br>600 Carondelet St. 9th Floor | | | |
|---|---|---|---|---|
| | City<br>New Orleans | State<br>LA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Armstrong | First<br>Elizabeth | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>4313 Beale St. | | | |
|---|---|---|---|---|
| | City<br>Monroe | State<br>LA | Zip<br>71203 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|
| **Case Caption** | William Everett Allen, et al v. Merck, etal | | | | |
| **Case Number** | 05-4421 | | | | |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana | | | | |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

### C.  COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

a.  The Motion to Withdraw;

b.  A copy of PTO No. 36;

c.  A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 6 30 08 (Month/Day/Year) | Counsel |
|---|---|---|

#344083

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Leger | First Walter | Middle J. |
|---|---|---|---|

| Name of Law Firm | Leger & Shaw | | |
|---|---|---|---|

| Current Address | Street 600 Carondelet St. 9th Floor | | |
|---|---|---|---|
| | City New Orleans | State LA | Zip 70130 | Country USA |

| Telephone Number | 504-588-9043 | Facsimile | 504-588-9980 | Email | wleger@legershaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Johnson | First Glenda | Middle |
|---|---|---|---|

| Plaintiff Address | Street P. O. Box 15051 | | |
|---|---|---|---|
| | City Monroe | State LA | Zip 71207 | Country USA |

| Telephone Number | | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|
| Case Number | 05-4421 |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |

**C.  COMPLIANCE WITH PTO NO. 36**

| | |
|---|---|
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

| | |
|---|---|
| a. | The Motion to Withdraw; |
| b. | A copy of PTO No. 36; |
| c. | A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); |
| d. | An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and |
| e. | An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

**D.  SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| **Date Signed** | 06 30 / 08<br>(Month/Day/Year) | _____<br>Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Leger | Walter | J. |

| **Name of Law Firm** | Leger & Shaw |
|---|---|

| **Current Address** | Street: 600 Carondelet St. 9th Floor | | | |
|---|---|---|---|---|
| | City: New Orleans | State: LA | Zip: 70130 | Country: USA |

| **Telephone Number** | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Johnson | Glenda | |

| **Plaintiff Address** | Street: 601 Marx Street | | | |
|---|---|---|---|---|
| | City: Monroe | State: LA | Zip: 71202 | Country: USA |

| **Telephone Number** | | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| **Case Caption** | William Everett Allen, et al v. Merck, etal |
|---|---|

| **Case Number** | 05-4421 |
|---|---|

| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |
|---|---|

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** <br> **(Paragraph I.B of PTO No. 36)** | |

| | **C. COMPLIANCE WITH PTO NO. 36** |
|---|---|
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

|   |   |
|---|---|
| a. | The Motion to Withdraw; |
| b. | A copy of PTO No. 36; |
| c. | A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); |
| d. | An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and |
| e. | An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| **D. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 0 30, 0 <br> (Month/Day/Year) | Counsel |
|---|---|---|

#344083

2

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Leger | First<br>Walter | Middle<br>J. |

| **Name of Law Firm** | Leger & Shaw |
|---|---|

| **Current Address** | Street<br>600 Carondelet St.  9th Floor | | | |
|---|---|---|---|---|
| | City<br>New Orleans | State<br>LA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | 504-588-9043 | **Facsimile** | 504-588-9980 | **Email** | wleger@legershaw.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Spillars | First<br>Lois | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>5899 Hwy, 143 | | | |
|---|---|---|---|---|
| | City<br>Sterlington | State<br>LA | Zip<br>71280 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| **Case Caption** | William Everett Allen, et al v. Merck, etal |
|---|---|
| **Case Number** | 05-4421 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

### C.  COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

a.    The Motion to Withdraw;

b.    A copy of PTO No. 36;

c.    A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | _06 30 08_ (Month/Day/Year) | _____ Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last Leger | First Walter | Middle J. |
|---|---|---|---|

| Name of Law Firm | Leger & Shaw | | |
|---|---|---|---|

| Current Address | Street 600 Carondelet St. 9th Floor | | |
|---|---|---|---|
| | City New Orleans | State LA | Zip 70130 | Country USA |

| Telephone Number | 504-588-9043 | Facsimile | 504-588-9980 | Email | wleger@legershaw.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Baskaran | First Mohan | Middle |
|---|---|---|---|

| Plaintiff Address | Street 2411 Margaret Ann Dr. Apt 6-104 | | |
|---|---|---|---|
| | City New Orleans | State LA | Zip 70114 | Country USA |

| Telephone Number | | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | William Everett Allen, et al v. Merck, etal |
|---|---|
| Case Number | 05-4421 |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C.  COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| x | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| x | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: |

a.   The Motion to Withdraw;

b.   A copy of PTO No. 36;

c.   A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| **Date Signed** | _/0 / 30 / 0[ ]_ <br> (Month/Day/Year) | _____ <br> Counsel |