UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WEHRMAN | * | |
| Plaintiff | * | Civil Action No. 2:06CV02503 |
| v. | * | MDL No. 1657 |
| MERCK & CO., INC. | * | JUDGE FALLON |
| Defendant | * | |

\* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, Paul D. Bekman, Michael P. Smith and the law firm of Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., Counsel of record for Anthony Wehrman and his estate, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Anthony Wehrman suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action . . . with which the lawyer has a fundamental disagreement."

3. Counsel and the Representatives of the Estate of Anthony Wehrman, Michael Wehrman, Eric Wehrman and Catilin Wehrman, have a fundamental disagreement as to the most prudent and effective way to proceed with the above styled case. Counsel, therefore, move the Court for an Order allowing them to withdraw from the case.

4. Counsel have communicated to the Representatives of the Estate of Anthony Wehrman, Michael Wehrman, Eric Wehrman and Catilin Wehrman, in writing of their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought the consent of the Representatives of the Estate of Anthony Wehrman, Michael Wehrman, Eric Wehrman and Catilin Wehrman, to withdraw but has been unable to obtain it. In addtion Counsel will send to the Representatives of the Estate of Anthony Wehrman a copy of the Present motion and proposed order via certified mail.

5. Written notice of the filing of this Motion was sent via certified mail to the last know address of each of the Representatives of the Estate of Anthony Wehrman. Michael Wehrman's last know address is 410 S. Dean Street, Baltimore, Maryland 21224. Eric Wehrman's last know address is 1036 Plaza Circle, Baltimore, Maryland 21085. Catilin Wehrman's last know address is 1036 Plaza Circle, Baltimore, Maryland 21085.

6. PTO 36 will be complied with in all other respects, including providing a copy of the Order to each of the Representatives of the Estate of Anthony Wehrman.

7. Puruant to Judge Fallon's Order, LexisNexis & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Paul D. Bekman, Michael P. Smith and the law firm of Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., request that the Court grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted the 30th day of June, 2008.

_____
PAUL D. BEKMAN
MICHAEL P. SMITH
SALSBURY, CLEMENTS, BEKMAN,
    MARDER & ADKINS, L.L.C.
300 W. Pratt Street
Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of June, 2008.

SALSBURY, CLEMENTS, BEKMAN,
MARDER & ADKINS, L.L.C.

_____
Michael P. Smith

300 W. Pratt Street
Suite 450
Baltimore, Maryland 21201