## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WEHRMAN | * | |
| Plaintiff | * | Civil Action No. 2:06CV02503 |
| v. | * | MDL No. 1657 |
| MERCK & CO., INC. | * | JUDGE FALLON |
| Defendant | * | |

\* \* \* \* \*

### DECLARATION OF COUNSEL PURSUANT TO PTO 36 II.A.

COMES NOW Michael P. Smith Counsel of record for Anthony Wehrman and his estate, and submits this Declaration of Counsel and shows the Honorable Court as follows:

1. Counsel has communicated with the Representatives of the Estate of Anthony Wehrman, Michael Wehrman, Eric Wehrman and Catilin Wehrman.

2. Counsel has explained to said Representatives of the Estate of Anthony Wehrman the reasons for seeking to withdraw from representation of the Estate; and

3. As of this date, said Representatives of the Estate of Anthony Wehrman have not consented to Counsel withdrawing from representing the Estate of Anthony Wehrman in connection with its Vioxx claim, 2:06CV02503.

MICHAEL P. SMITH
SALSBURY, CLEMENTS, BEKMAN,
  MARDER & ADKINS, L.L.C.
300 W. Pratt Street
Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for the Estate of Anthony Wehrman