UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY WEHRMAN | * | |
| Plaintiff | * | Civil Action No. 2:06CV02503 |
| v. | * | MDL No. 1657 |
| MERCK & CO., INC. | * | JUDGE FALLON |
| Defendant | * | |

\* \* \* \* \*

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Paul D. Bekman, Michael P. Smith and the law firm of Salsbury, Clements, Bekman, Marder & Adkins, L.L.C. are hereby withdrawn as counsel of Record for Anthony Wehrman and the Estate of Anthony Wehrman.

**NEW ORLEANS, LOUISIANA**, this the ____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**