# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Goldstein | First: Brian | Middle: A |
|---|---|---|---|

**Name of Law Firm:** Cellino & Barnes

**Current Address:**
- Street: 17 Court Street
- City: Buffalo
- State: NY
- Zip: 14202
- Country: U.S.

**Telephone Number:** 716-854-2020  **Facsimile:** 716-854-6291  **Email:** Brian.goldstein@cellinoandbarnes.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Name | Last: Coleman | First: Christine | Middle: |
|---|---|---|---|

**Plaintiff Address:**
- Street: 11501 Mayfield Road, Apt. #801
- City: Cleveland
- State: OH
- Zip: 44106
- Country: U.S.

**Telephone Number:** (216) 707-0051  **Facsimile:**   **Email:**

**Case Caption:** ALBRIGHT, et al. vs. Merck & Co., Inc., et al.

**Case Number:** 2:06-cv-02204-EEF-DEK

**Court Where Case is Pending:** E.D.L.A.

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[×] Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|

**Address:**
- Street:
- City:         State:    Zip:    Country:

**Telephone Number:**    **Facsimile:**    **Email:**

**Relationship to Plaintiff:** ☐ Friend ☐ Relative (specify relationship: _____)

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __7__ / __1__ / __2008__. (*Record Docket No.* __2__)
Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   __7__ / __1__ / __08__
(Month/Day/Year)

2