# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last **Goldstein** | First **Brian** | Middle **A** |
|---|---|---|---|

| Name of Law Firm | **Cellino & Barnes** |
|---|---|

| Current Address | Street **17 Court Street** | | | |
|---|---|---|---|---|
| | City **Buffalo** | State **NY** | Zip **14202** | Country **U.S.** |

| Telephone Number | **716-854-2020** | Facsimile | **716-854-6291** | Email | Brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Name | Last Cook | First Betty | Middle |
|---|---|---|---|

| Plaintiff Address | Street 2709 Pennyslvania Avenue, Lot #28 | | | |
|---|---|---|---|---|
| | City Warren | State PA | Zip 16365 | Country U.S. |

| Telephone Number | (814) 723-8181 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | ALBRIGHT, et al. vs. Merck & Co., Inc., et al. |
|---|---|

| Case Number | 2:06-cv-02204-EEF-DEK |
|---|---|

| Court Where Case is Pending | E.D.L.A. |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
✗  Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend ☐ Relative (specify relationship:_____ |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

[×] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __7_ / _1_ / _2008_ . (***Record Docket No.__2_____***)

                                      Month    Day     Year

[×] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**        _7_ / _1_ / _08_
                           (Month/Day/Year)