UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | *   MDL NO. 1657<br>*<br>*   SECTION: L(3)<br>*<br>*   JUDGE FALLON<br>*   MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO**
*AvMed, et al. v. BrownGreer PLC, et al.*, **Case No. 08-1633**

## ORDER

During the Monthly Status Conference, the Plaintiffs to this action and the Plaintiffs' Steering Committee announced that they had reached a consensual resolution to the Plaintiffs' Motion for a Preliminary Injunction, and the Plaintiffs announced that they would withdraw without prejudice their Motion.[1]  Also, the Defendants, BrownGreer and U.S. Bancorp., announced that they would withdraw without prejudice their Motion to Sever.

Accordingly, IT IS ORDERED that the Defendants' Motion to Sever (Rec. Doc. No. 14525) is WITHDRAWN WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for a Preliminary Injunction (Rec. Doc. No. 14640) is hereby WITHDRAWN WITHOUT PREJUDICE.

New Orleans, Louisiana, this 27th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Monthly Status Conference was transcribed by Ms. Jodi Simcox, Official Court reporter.  Counsel may contact Ms. Simcox at (504) 589-7780 to obtain a copy of the transcript.