UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION | )   **MDL Docket No. 1657**<br>)<br>)   **SECTION L**<br>) |
| **This document relates to:** | )   **JUDGE FALLON**<br>)   **MAGISTRATE JUDGE KNOWLES** |

*THIS DOCUMENT RELATES TO:*
**ALLEN, *et al.* vs. Merck & Co., Inc., No 2:06-cv-02212-EEF-DEK**
(pertaining to **James Walden, Jr.** only

[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed

with this Court by Brian A. Goldstein Esq., and the Court having considered the same

and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel

of Record is granted, all counsel of record are permitted to withdraw, and **James**

**Walden, Jr.** may proceed with this action pro se in the absence of retaining substitute

counsel.

NEW ORLEANS, LOUISIANA, this _____ day of ___July___, 2008.


_____
Daniel E. Knowles, III
United States Magistrate Judge