## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Goldstein | Brian | A |

| **Name of Law Firm** | Cellino & Barnes | | |
|---|---|---|---|

| **Current Address** | Street<br>17 Court Street | | | | |
|---|---|---|---|---|---|
| | City<br>Buffalo | State<br>NY | Zip<br>14202 | Country<br>U.S. | |

| **Telephone Number** | 716-854-2020 | **Facsimile** | 716-854-6291 | **Email** | Brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Vines | Beverly | |

| **Plaintiff Address** | Street<br>1307 Michigan Avenue | | | | |
|---|---|---|---|---|---|
| | City<br>Buffalo | State<br>NY | Zip<br>14209 | Country<br>U.S. | |

| **Telephone Number** | (716) 886-0183 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | BANKS, et al. vs. Merck & Co., Inc., et al. |
|---|---|
| **Case Number** | 2:06-cv-02214-EEF-DEK |
| **Court Where Case is Pending** | E.D.L.A. |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

⨯   Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street | | | | |
|---|---|---|---|---|---|
| | City | State | Zip | Country | |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend ☐ Relative (specify relationship:_____ |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D.  COMPLIANCE WITH PTO NO. 36

[×]  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on ___7___ / _1_ / _2008_ . (*Record Docket No.*_2_____)
Month     Day     Year

[×]  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 7 / 1 / 08 | |
|---|---|---|
| | (Month/Day/Year) | |