UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO:  08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | |
| v. | * * | SECTION L |
| BROWNGREER, PLC, *et al* | * * | JUDGE ELDON E. FALLON |
| Defendants. | * * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

## MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFFS' CLASS ACTION COMPLAINT

Defendant, BROWNGREER, PLC, respectfully moves this Court to strike Plaintiffs' class allegations, which seek certification of a class of health benefit plans subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1001 *et seq*. Plaintiffs' class allegations should be stricken for the following reasons, as explained more fully in the attached Memorandum in Support: 1) the proposed class is not ascertainable; 2) plaintiffs are not members of the class they seek to certify and are not typical of the class they seek to represent; and, 3) the proposed class is not cohesive.

For all of these reasons, and for the reasons set forth in the attached Memorandum in Support, the Court should strike plaintiffs' class claims.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s Monique M. Garsaud
JAMES B. IRWIN (Bar No. 7172), T.A.
MONIQUE M. GARSAUD (Bar No. 25393)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
Email: jirwin@irwinllc.com
           mgarsaud@irwinllc.com

*Attorneys for BROWNGREER, PLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Strike Class Allegations in Plaintiffs' Class Action Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of July, 2008.

/s Monique M. Garsaud