UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO:  08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * * | JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al* | * * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

**************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, BROWNGREER, PLC, will bring on for hearing its Motion to Strike Class Allegations in Plaintiffs' Class Action Complaint on Thursday, July 17, 2008 at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana.

        Respectfully submitted,

        IRWIN FRITCHIE URQUHART & MOORE LLC

        /s Monique M. Garsaud
        JAMES B. IRWIN (Bar No. 7172), T.A.
        MONIQUE M. GARSAUD (Bar No. 25393)
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana  70130
        Telephone:  (504) 310-2100
        Facsimile:  (504) 310-2101
        Email: jirwin@irwinllc.com
                mgarsaud@irwinllc.com

        *Attorneys for BROWNGREER, PLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of July, 2008.

                                                                  /s Monique M. Garsaud