UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO: 08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | |
| v. | * * | SECTION L<br><br>JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al* | * * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Strike Class Allegations in Plaintiffs' Class Action Complaint, it is hereby ORDERED that Defendant's Motion is GRANTED and that Plaintiffs' Class Allegations are hereby stricken.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
THE HONORABLE ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA