UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx ) MDL Docket No. 1657
PRODUCTS LIABILITY )
LITIGATION ) SECTION L
 )
This document relates to: ) JUDGE FALLON
 ) MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
**ALBRIGHT, et al. vs. Merck & Co., Inc., No 2:06-cv-02204-EEF-DEK**
(pertaining to **Anna May Daniels (Deceased)** only

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Anna May Daniels (Deceased)** may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this ____ day of __July__, 2008.

_____
Daniel E. Knowles, III
United States Magistrate Judge