UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| Flossie Batt, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:05-cv-5139-EEF-DEK | MAGISTRATE JUDGE KNOWLES |
| "And only regarding Arnett Combs" | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, *Arnett Combs,* listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of _____July_____, 2008

_____
DISTRICT JUDGE