UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION 1 (3) |
| | § | |
| This Document Relates To: | § | |
| | § | |
| Anthony Ware v. Merck & Co., Inc., | § | JUDGE FALLON |
| (E.D. La. Index No. 2:06-CV-05603) | § | MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed above. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Anthony Ware are dismissed with prejudice.

Dated this __3rd__ day of _____July_____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1