UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person.*<br><br>v.<br><br>*Merck & Co., Inc.* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-3155<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Transferred from USDC, Southern District of Texas<br><br>Case No. 05-cv-4265<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, against defendants Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

Whereas action bearing docket number 2:06-cv-3155 was filed on behalf of Plaintiff(s) Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, and a duplicate action bearing docket number ATL-L-8255-05-MT was also filed in the Superior Court of New Jersey, Atlantic County, on behalf of Plaintiffs Robert Williams, Individually, and as Executor of the Estate of Norma Brown Dixon, Deceased, and Dora Dixon, the parties agree that action bearing docket

V1013
Barbara J Bell Stipulation of Dismissal (4).doc

number 2:06-cv-3155 will be dismissed with prejudice with no effect to action bearing docket number ATL-L-8255-05-MT

_____  
Price Ainsworth  
The Law Offices of Price Ainsworth, PC  
48 East Avenue  
Austin, Texas 78701  
(512) 233-1129  

_____  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200  

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: _____6-27-08_____

Dated: _____7/3/08_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of July, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2