# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Robert L. Williams, as administrator of* | * | |
| *the estate of Norma Jean Brown, deceased,* | * | |
| *and as guardian of Dora Rene Dixon, an* | * | |
| *incapacitated person v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-3155* | * | **KNOWLES** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Robert L. Williams, as administrator of the estate of Norma Jean Brown, deceased, and as guardian of Dora Rene Dixon, an incapacitated person, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

934575v.1