FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 30  PM 4:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX ) | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*Sarah Roberts vs. Merck & Co., Inc., E.D. La. 2:06-cv-02204-EEF-DEK*

*(No. 2:05-cv-03543 / previously 1:05-cv-1350 OHND USDC)*

## NOTICE OF APPEARANCE

In response to the Motion to Withdraw as Counsel filed on June 20, 2008 by Stuart E. Scott, Esq., for Spangenberg, Shibley & Liber, LLP, counsel makes his appearance in this action while noting that he already serves as counsel of record for plaintiff Sarah Roberts in Albright, et al., vs. Merck & Co., Inc., et al., **E.D. La. 2:06-cv-02204-EEF-DEK**. The action from which Mr. Scott seeks to withdraw is duplicative of this earlier filed action. As such, the later-filed action should be subject to consolidation, dismissal or abatement.

DATED:      June 25, 2008

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By:  _____
Brian A. Goldstein, Esq.
Attorneys for Plaintiff
17 Court Street, 7th Floor
Buffalo, New York  14202-3290
(716) 854-2020

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No._____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*Sarah Roberts vs. Merck & Co., Inc., E.D. La. 2:06-cv-02204-EEF-DEK*

*(No. 2:05-cv-03543 / previously 1:05-cv-1350 OHND USDC)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 36 and No. 8, on this 25th day of June, 2008.

Philomena Dane, Esq.
Squire, Sanders & Dempsey, LLP
1300 Huntington center
41 South High Street
Columbus, OH 43215-6197
(614) 365-2700
FAX: (614) 365-2499
pdane@ssd.com
**Counsel for Defendant**
**Merck & Co., Inc.**

Phillip Wittman, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
Current phone: 225-490-8900
FAX: 504-581-3361
pwittmann@stonepigman.com
**Defendant's Liaison Counsel**

**SPANGENBERG, SHIBLEY & LIBER, LLP**
Stuart E. Scott, Esq.
1900 East 9th Street, Suite 2400
Cleveland, Ohio 44114
(216) 696-3232

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
rherman@hhke.com
**Plaintiff's Liaison Counsel**

Sarah E. Roberts
8980 Chandlersville
Chandlersville, OH 43727
(740) 674-6733
*Plaintiff*

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein, Esq.
Attorneys for Plaintiff