# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Kenneth DeBolt  v. Merck & Co., Inc.;* | * | **JUDGE KNOWLES** |
| Docket Number: 2:06-cv-10990 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth DeBolt and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

/s/ Steven A. Fabbro_____  
Law Offices of Staven A. Fabbro  
101 Montgomery Street, 27th Floor  
San Francisco, CA  94104  
Phone 415-391-6850  

Counsel for Plaintiff Kenneth DeBolt

*/s/ Dorothy H. Wimberly*_____  
Phillip A. Wittmann, 13625  
Dorothy H. Wimberly, 18509  
Stone Pigman Walther Wittmann, L.L.C.  
546 Carondelet St.  
New Orleans, LA  70130  
Phone: 504-581-3200  

Counsel for Defendant Merck & Inc.

933485v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of July 2008.

>    */s/ Dorothy H. Wimberly*
>    Dorothy H. Wimberly, 18509
>    STONE PIGMAN WALTHER
>    WITTMANN L.L.C.
>    546 Carondelet Street
>    New Orleans, Louisiana  70130
>    Phone:  504-581-3200
>    Fax:     504-581-3361
>    dwimberly@stonepigman.com
>
>    Defendants' Liaison Counsel

933485v.1