## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx                                   )     **MDL Docket No. 1657**
PRODUCTS LIABILITY                              )
LITIGATION                                      )     **SECTION L**
                                                )
**This document relates to:**                   )     **JUDGE FALLON**
                                                )     **MAGISTRATE JUDGE KNOWLES**

*THIS DOCUMENT RELATES TO:*
**BANKS, *et al. vs. Merck & Co., Inc., No 2:06-cv-02214-EEF-DEK***
(pertaining to **Cassandra Griggs** and Emmett Griggs <u>only</u>

### [PROPOSED] ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Cassandra Griggs** and Emmett Griggs may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this __7th_ day of ___July____, 2008.

_____
Hon. Eldon E. Fallon