UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Mary E. Bishop, Clayton Blackmon,* | * | |
| *Kimberly Blackmon, Sanford Levin, and* | * | |
| *Richard Sommer v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| *Docket No. 06-3477* | * | KNOWLES |
| | * | |
| Only regarding Sanford Levin | * | |
| | * | |

*******************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that the claims of plaintiff Sanford Levin in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of    June   , 2008.

_____
DISTRICT JUDGE

924912v.1