UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| *LuLu Taylor v. Merck & Co., Inc.;* | * | **MAGISTRATE** |
| Docket Number: 2:06-cv-11034 | * | **JUDGE KNOWLES** |
| | * | |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lulu Taylor and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

/s/ Steven A. Fabbro
Law Offices of Staven A. Fabbro
101 Montgomery Street, 27th Floor
San Francisco, CA  94104
Phone 415-391-6850

Counsel for Plaintiff Lulu Taylor

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200

Counsel for Defendant Merck & Inc.

934791v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of July 2008.

            */s/ Dorothy H. Wimberly*
            Dorothy H. Wimberly, 18509
            STONE PIGMAN WALTHER
            WITTMANN L.L.C.
            546 Carondelet Street
            New Orleans, Louisiana  70130
            Phone:  504-581-3200
            Fax:     504-581-3361
            dwimberly@stonepigman.com

            Defendants' Liaison Counsel