UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME

Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.

Case No. 2:07-CV-00398EEF-DEK

### PLAINTIFF ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL

NOW COME, Plaintiffs ROSALIO ADAME and BENERANDA ADAME and file this Motion to Substitute Counsel, and in support would show as follows:

### I.
### Background

This action was filed on or about September 29, 2006, in the 103rd Judicial District Court, Cameron County, Texas. Plaintiffs Rosalio Adame and Beneranda Adame filed suit against Merck & Co., Inc., Valley Diagnostic Clinic, P.A. and Luis A. Reynoso, M.D. for physical injuries suffered by Rosalio Adame allegedly caused by the ingestion of Vioxx. Ricardo G. Benavides, then an employee of the Law Office of Mark Cantu, was designated attorney in charge of the case. Subsequently, the case was removed to the United States District Court for the Southern District of Texas, Brownsville Division. A Motion By Defendant Merck & Co., Inc. To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation was filed on or about November 14, 2006. The United States District Court Southern District of Texas Brownsville Division granted Defendant, Merck & Co., Inc.'s Motion

To Stay All Proceedings Pending Transfer Decision by the Judicial Panel Multidistrict Litigation on or about November 22, 2006.

Ricardo G. Benavides left the employment of the Law Office of Mark Cantu on or about November 2006. Because Rosalio and Beneranda Adame had signed a contract of legal representation with the Law Office of Mark Cantu, Mr. Benavides filed a Motion to Withdraw as Counsel of Record in the Southern District of Texas on or about February 22, 2007. This motion was never ruled upon, as the action in that Court was stayed pursuant to the conditional transfer order to the Eastern District of Louisiana Vioxx MDL.

## II.

## Motion to Substitute

Plaintiffs now request that Robert Schell be substituted as attorney of record so that Plaintiffs may continue to prosecute their case represented by counsel. Mr. Schell's Texas State Bar Number is 24007992, his address is Law Office of Mark Cantu, 1300 North 10th Street, Suite 400, McAllen Texas 78501, his telephone number is 956-687-8181 and his fax number is 956-687-8868. Mr. Schell is in good standing with the State Bar of Texas, is licensed to practice with the Southern District of Texas, and agrees to abide by the rules of the Eastern District of Louisiana.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Mr. Robert Schell be substituted as lead counsel for Plaintiffs for all purposes.

Respectfully submitted,

LAW OFFICE OF MARK A. CANTU
THE ATRIUM
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
ROBERT SCHELL
Texas State Bar No. 24007992
Federal Admission No. 24085
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served upon:

MERCK at registration@hugheshubbard.com;
    At dwimberly@stonepigman.com;
    By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com; and

Upon all parties electronically via LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this the __8__ day of __July__, 2008.

Respectfully submitted,

_____
ROBERT SCHELL
LAW OFFICE OF MARK CANTU
1300 North 10th Street, Suite 400
McAllen, Texas 78501

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME

Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.

Case No. 2:07-CV-00398EEF-DEK

## ORDER GRANTING PLAINTIFF ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL

Came on for consideration on this the _____ day of _____, 2008, Plaintiff ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL. The Court having considered the Motion, hereby agrees that in all things such Motion should hereby be granted.

It Is Therefore Ordered, Adjudged and Decreed that Plaintiff ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL is hereby Granted. Robert Schell of the Law Office of Mark Cantu is hereby substituted at Primary Counsel for the Plaintiff ROSALIO ADAME and BENERANDA ADAME.

SIGNED FOR ENTRY ON THIS THE _____ DAY OF _____, 2008.

_____
JUDGE FALLON
MAG. JUDGE KNOWLES