UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME

Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.

Case No. 2:07-CV-00398EEF-DEK

### ORDER GRANTING PLAINTIFF ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL

Came on for consideration on this the _____ day of _____, 2008, Plaintiff ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL. The Court having considered the Motion, hereby agrees that in all things such Motion should hereby be granted.

It Is Therefore Ordered, Adjudged and Decreed that Plaintiff ROSALIO ADAME and BENERANDA ADAME'S MOTION TO SUBSTITUTE COUNSEL is hereby Granted. Robert Schell of the Law Office of Mark Cantu is hereby substituted at Primary Counsel for the Plaintiff ROSALIO ADAME and BENERANDA ADAME.

SIGNED FOR ENTRY ON THIS THE _____ DAY OF _____, 2008.

_____
JUDGE FALLON
MAG. JUDGE KNOWLES