UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME
Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.
Case No. 2:07-CV-00398EEF-DEK

### PLAINTIFFS ROSALIO ADAME AND BENERANDA ADAME'S RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT DISMISSED FOR NON-COMPLIANCE WITH PRE-TRIAL ORDER 31

NOW COMES, Plaintiff ROSALIO ADAME, by and through his attorney, Robert Schell, and in response to the Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed for Non-Compliance with Pretrial Order 31, dated July 15, 2008, would show as follows:

I.

Good cause exists for this case not to be dismissed. Plaintiffs signed a contract of legal representation with the Law Office of Mark Cantu. The lead attorney on this case, Ricardo G. Benavides, left the employ of the Law Office of Mark Cantu on or about November 2006. Due to an error in communication and filing, notice of the conditional order transferring this case to the Eastern District of Louisiana Vioxx MDL was filed away without notice to any of the attorneys who remained at the Law Office of Mark Cantu. Because none of the attorneys at the Law Office of Mark Cantu were aware of the transfer or need for action concerning the various Pretrial Orders entered by this Court until a recent auditing of the firm's active files, Pretrial Order 31 was not complied with according to the Court's original deadline.

Counsel for Plaintiffs have now been made aware of the conditional transfer order dated December 29, 2006, and have complied with the registration requirements of PTO 31. (See Exhibit "A," Registration Affidavit, with Exhibit 1 and Certificate of Service) Counsel for Plaintiffs are making a good faith effort to bring Plaintiffs into full compliance with the various Pretrial Orders entered by this Court in this action. Counsel for Plaintiffs certifies that Plaintiffs' prior failure to comply with Pretrial Order 31 was the result of error and not a result of conscious disregard.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court deny Merck's motion for rule to show cause why these Plaintiffs' case should not be dismissed for failure to register.

Respectfully submitted,

LAW OFFICE OF MARK A. CANTU
THE ATRIUM
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
ROBERT SCHELL
Texas State Bar No. 24007992
Federal Admission No. 24085
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served upon:

MERCK at registration@hugheshubbard.com;
    At dwimberly@stonepigman.com;
    By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com; and

Upon all parties electronically via LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this the ___8th___ day of July, 2008.

Respectfully submitted,

_____
ROBERT SCHELL
LAW OFFICE OF MARK CANTU
1300 North 10th Street, Suite 400
McAllen, Texas 78501