# REGISTRATION AFFIDAVIT: PRIMARY COUNSEL

I hereby certify pursuant to 28 U.S.C. § 1746 as follows:

## A. LAW FIRM INFORMATION

I am an attorney in good standing who is admitted to practice law in the State of Texas

| Name | Last Schell | | First Robert | Middle |
|---|---|---|---|---|
| Name of Law Firm | Law Office Of Mark Cantu | | | |

| Current Address | Street 1300 North 10th Street, Suite 400 | | | | |
|---|---|---|---|---|---|
| | City McAllen | | State TX | Zip 78501- | Country U.S.A. |

| Telephone Number | 956-687-8181 | Facsimile | 956-687-8868 | Email | robert_schell@hotmail.com |
|---|---|---|---|---|---|

## B. LAWSUIT INFORMATION

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply where your clients have cases pending):

☒ Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana

☐ Order entered on 11/9/07 by the Superior Court of New Jersey Law Division:  Atlantic County

☐ Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas

☐ Order entered on 11/9/07 by the Superior Court of the State of California County of Los Angeles in NCCP No. 4247

For any claimant with a case pending in a state court that is not in one of the Coordinated Proceedings, check that you are making this Certification pursuant to the Federal MDL Order.

## C. EXHIBIT 1

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in each claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidavit.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 07/07/2008 (Month/Day/Year) | _(signature)_ |
|---|---|---|
| | | Primary Counsel |

V2009

**Exhibit 1**

The following is a true and correct list of Plaintiffs and/or Tolling Claimants in which I have an interest, and for whom I am the primary counsel:

**Irma Garza**

**Rosalio Adame and Beneranda Adame**

The Law Office Of Mark Cantu additionally has an interest in these claims.  The Law Office of Esteban Gonzalez has an interest in the claim of Rosalio Adame and Beneradna Adame.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the aforementioned document was served upon the following by email pursuant to Court Order 31A on this the 7th day of June 2008.

Claims Administrator
115 S. 15th Street
Suite 400
Richmond, VA 23219-4209
claimsadmin@browngreer.com

Merck & Co., Inc.
registration@hugheshubbard.com

Executive Committee to the Plaintiffs' Steering Committee (PEC)
vioxx@hhkc.com