UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL Docket No. 1657 SECTION L JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| This document relates to: | | |

THIS DOCUMENT RELATES TO:
**BALLANTYNE**, *et al.* *vs. Merck & Co., Inc.*, No 2:06-cv-02195-EEF-DEK
(pertaining to **Rick Ruzycki** and Shannon Ruzycki only

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Rick Ruzycki** and Shannon Ruzycki may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of ___July___, 2008.

_____
Hon. Eldon E. Fallon