## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>**This document relates to:** | )  **MDL Docket No. 1657**<br>)<br>)  **SECTION L**<br>)<br>)  **JUDGE FALLON**<br>)  **MAGISTRATE JUDGE KNOWLES** |

*THIS DOCUMENT RELATES TO:*
**CHASE,** *et al.* **vs. Merck & Co., Inc., No 2006-CV-01177-EEF-DEK**
(pertaining to **Carmen Moreno** only

### [PROPOSED] ORDER GRANTING
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and **Carmen Moreno** may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of __July___, 2008.

_____
Hon. Eldon E. Fallon