## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx
PRODUCTS LIABILITY
LITIGATION

This document relates to:

)
)
)
)
)
)
)

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**
**MAGISTRATE JUDGE KNOWLES**

*THIS DOCUMENT RELATES TO:*
**BANKS,** *et al.* **vs. Merck & Co., Inc., No 2:06-cv-02214-EEF-DEK**
(pertaining to **Joanne Hornbuckle**  only)

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rules 7.4 and 83.2.11, Brian A. Goldstein, Esq. of Cellino &

Barnes, P.C., primary counsel for the above-identified plaintiff(s), moves this Court on behalf of

himself, his firm and any other affiliated plaintiff's counsel (Michael J. Williams, Esq. of Cellino &

Barnes, P.C. and/or James C. MacGillis of Trepanier & MacGillis P.A.) for permission to

withdraw from representation of the above-identified plaintiff.

Primary counsel has sent notification of all deadlines and pending court

appearances to plaintiff's last known address by certified mail and copied opposing counsel on

this correspondence.   (Exhibit A, Affidavit of Counsel).   Primary counsel's Pretrial Order 35

Certification is attached as Exhibit B.   Exhibit B identifies plaintiff's last known address and

telephone number as required by Local Rule 83.2.11.

Primary counsel will advise LexisNexis File & Serve of the changed party/counsel

status promptly upon receiving this Court's order granting withdrawal.

DATED    :    July 8, 2008

Respectfully submitted,
**CELLINO & BARNES, P.C.**

By:    _____

Brian A. Goldstein, Esq.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx | ) **MDL Docket No. 1657** |
| PRODUCTS LIABILITY | ) |
| LITIGATION | ) **SECTION L** |
| | ) |
| **This document relates to:** | ) **JUDGE FALLON** |
| | ) |
| | ) **MAGISTRATE JUDGE KNOWLES** |
| | ) |
| | ) |

*THIS DOCUMENT RELATES TO:*
**BANKS, *et al.* vs. Merck & Co., Inc., No 2:06-cv-02214-EEF-DEK**
(pertaining to **Joanne Hornbuckle**  only)

## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

BRIAN A. GOLDSTEIN, ESQ. being duly sworn, deposes, and says:

1.      I am attorney at Cellino & Barnes, P.C., attorneys for as applicable, plaintiff, plaintiff's estate, and/or any derivative plaintiffs (hereinafter referred to as "plaintiff" as indicated in the caption above.  I am primary counsel for all Vioxx products liability actions brought by Cellino & Barnes, P.C. and, as such, am fully familiar with the facts and circumstances herein.

2.      I am authorized to move this Court to withdraw representation on behalf of myself, all attorneys of the Cellino & Barnes, P.C. law firm, and, where necessary, for the affiliated James C. MacGillis of the law firm of Trepanier & MacGillis P.A. Counsel's motion is intended to relieve all affiliated counsel of the representation duties in this action and to permit plaintiff to proceed pro se.

3.      I personally executed the retainer agreement with plaintiff under which New York law governs for purposes of withdrawing from representation.   New York's Disciplinary Rule 2-110C [1200.15] permits counsel to withdraw when counsel believes in

good faith, in a proceeding before any tribunal, that the tribunal will find good cause for withdrawal. This Court's PTO 36, section II.A., recognizes that a "fundamental disagreement as to what action should be taken in the case" constitutes such grounds for withdrawal. The retainer agreement explicitly reserved counsel's right to withdraw from representation.

4.     A fundamental disagreement as to the further prosecution of this lawsuit exists between plaintiff and counsel, the details of which are necessarily omitted as privileged within the attorney-client relationship. However, counsel attests that he possesses a good faith basis for his legal judgment and opinion, that plaintiff's opinion substantively differs, and that the disagreement cannot be reconciled.

5.     I have fully complied with this Court's process as required by Pretrial Order No. 36 and completed the required certification which is attached as Exhibit B to this motion.

6.     I have further complied with Local Rule 83.2.11 by advising plaintiff at the last known address, by certified mail, that there are no pending court appearance dates, court-imposed deadlines, and that future discovery deadlines are anticipated to be set following the May 22, 2008 status conference.

7.     Based upon the fundamental disagreement between plaintiff and counsel, I respectfully request that this Court grant counsel's motion to withdraw and permit plaintiff's action to proceed pro se.

Brian A. Goldstein, Esq.

Sworn to before me this
____8th_____ day of July 2008

Notary Public/Commissioner of Deeds

MARIA H. PIETRAS
COMMISSIONER OF DEEDS
In and For the City of Buffalo, New York
My Commission Expires 12/31/20___

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __8th___ day of __July__ 2008.

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Plaintiff by certified mail pursuant to PreTrial Order No. 36 on this __8th__ day of __July__ 2008.

By: _____

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020
(716) 854-6291
brian.goldstein@cellinoandbarnes.com