# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Goldstein | First: Brian | Middle: A |
| **Name of Law Firm** | Cellino & Barnes | | |

| **Current Address** | Street: 17 Court Street | | | |
|---|---|---|---|---|
| | City: Buffalo | State: NY | Zip: 14202 | Country: U.S. |

| **Telephone Number** | 716-854-2020 | **Facsimile** | 716-854-6291 | **Email** | Brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Name** | Last: Henderson | First: Stanley | Middle: |

| **Plaintiff Address** | Street: 1446 E. Blake Avenue | | | |
|---|---|---|---|---|
| | City: Columbus | State: OH | Zip: 43211-2243 | Country: U.S. |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | ALLEN, et al. vs. Merck & Co., Inc., et al. |
|---|---|
| **Case Number** | 2:06-cv-02212-EEF-DEK |
| **Court Where Case is Pending** | E.D.L.A. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[x] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship:_____) |
|---|---|

1

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
|:---:|
| *(Paragraph II.C of PTO No. 36)* |
| **D. COMPLIANCE WITH PTO NO. 36** |

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __7__ / __8__ / __2008__ . (***Record Docket No.*** __2__ )
   Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

  1. A copy of PTO No. 36;

  2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

  3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

  4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|:---:|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | __7__ / __8__ / __2008__<br>(Month/Day/Year) | /s/ |

2