UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| C. Gordon Linnett v. Merck & Co., | * | KNOWLES |
| Inc.; Case No. 2:006-cv-03923 | * | |
| | * | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firms of Braunberger, Boud & Draper and The Mulligan Law Firm, Counsel of record for C. Gordon Linnett, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing this motion to withdraw. Plaintiff has consented to Counsels' request to withdraw. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

4. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 3152 W. Spring Drive, West Jordan, UT 84084.

5. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

6. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Braunberger, Boud & Draper and The Mulligan Law Firm urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 9th day of July, 2008.

/s/ *Tad Draper*
Tad D. Draper, Esq.
Troy K. Walker, Esq.
BRAUNBERGER, BOUD & DRAPER, P.C.
765 East 9000 South, Suite A-1
Sandy, UT 84094
(801) 562-3200 (telephone)
(801) 562-5250 (facsimile)

/s/ *Reid Stewart*
Patrick J. Mulligan, Esq.
Eric Roberson, Esq.
Reid Stewart, Esq.
THE MULLIGAN LAW FIRM
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
(214) 219-9779 (telephone)
(214) 520-8789 (facsimile)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liason Counsel, Russ Herman and Phillip Wittmann, and all parties by e-mail and/or by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 28 and in accord with the procedures established in MDL 1657 on this 9th day of July 2008.

/s/ *Reid Stewart*
Reid Stewart

UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| In re: Vioxx® | MDL DOCKET NO. 1657 |
| --- | --- |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| C. GORDON LINNETT, | MAG. JUDGE KNOWLES |
| Plaintiff, vs. | Case Code Number: 1657 |
| MERCK & COMPANY., INC., | Case No.: 2:06-cv-03923 |
| Defendant. | |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Braunberger, Boud & Draper and The Mulligan Law Firm, are hereby withdrawn as Counsel of Record for C. Gordon Linnett.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**