UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> **This document relates to:** <br><br> **C. GORDON LINNETT,** <br><br>      **Plaintiff,** <br> **vs.** <br><br> **MERCK & COMPANY., INC.,** <br><br>      **Defendant.** | **MDL DOCKET NO. 1657** <br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **MAG. JUDGE KNOWLES** <br><br> Case Code Number: 1657 <br><br> Case No.: 2:06-cv-03923 |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Braunberger, Boud & Draper and The Mulligan Law Firm, are hereby withdrawn as Counsel of Record for C. Gordon Linnett.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**