IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>*Edna King et al v Merck & Co., Inc.*<br>*Civil Action No: 2:06cv11301* | Plaintiff: **EUNICE SCALF** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to LR 83.2.11, John J. Driscoll and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Steve Scalf, as personal representative for the estate of Eunice Scalf, deceased, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. Plaintiff has consented to the Motion to Withdraw. The subject claim is not eligible for the proposed Vioxx Resolution Program and there is no trial date.

Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address which is 872 Maple Lane, Apt. GW, Wheeling, IL 60090.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

RESPECTFULLY SUBMITTED this 9th day of July, 2008.

BROWN AND CROUPPEN

  /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
Brown & Crouppen, P.C.

720 Olive Street, Ste. 1800  
St. Louis, MO 63101  
(314) 421-0216  
(314) 421-0359 fax  
jdriscoll@brownandcrouppen.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and the foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 9th day of July, 2008.

            /s/ John J. Driscoll
           JOHN J. DRISCOLL, #6276464
           Brown & Crouppen, P.C.
           720 Olive Street, Ste. 1800
           St. Louis, MO 63101
           (314) 421-0216
           (314) 421-0359 fax
           jdriscoll@brownandcrouppen.com