**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Edna King et al v Merck & Co., Inc.* *Civil Action No: 2:06cv11301* | Plaintiff: **EUNICE SCALF** |

## DECLARATION OF JOHN J. DRISCOLL

I, John Driscoll, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

    /s/ John J. Driscoll
JOHN J. DRISCOLL, #6276464
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com