UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>   Gerard Hessemann (incorrectly named as Gerard Hesse) v. Merck & Co., Inc. et al., California State Docket No. BC 328952 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>**GERARD HESSEMANN'S RESPONSE TO OSC RE:  DISMISSAL FOR NON-COMPLIANCE WITH PRE-TRIAL ORDER NO. 31** |

I, James G. O'Callahan declare as follows:

1. I am an attorney at law admitted to practice before all the courts of the State of California and am a partner in the law firm of Girardi and Keese, attorneys of record for the plaintiff herein.  If called upon, I could competently testify to the following from my personal knowledge.

2. Our office represents Gerard Hessemann (incorrectly named as Gerard Hesse) in California State Court Case Number BC 328952 (*Aaron v. Merck*).  The case was filed on February 15, 2005.

3. This is not a case that has been removed to Federal Court or transferred to the MDL.  It has been erroneously identified as Gerard Hesse v. Merck & Co., Inc. 2:08-cv-00309-EEF-DEK.

4. This case has been registered and enrolled in the Vioxx Settlement Program.

-1-

    5.     A claims package has been submitted to Brown Greer.

    6.     A Plaintiff Fact Sheet has been sent to the defendant.

    7.     The Hessemann case should not be dismissed, and counsel respectfully requests that, whether or not the court has jurisdiction, it take no steps to dismiss this plaintiff's case. In the event that defense counsel believes that plaintiff is not in compliance with any order, plaintiff's counsel asks that defense counsel meet and confer on the subject.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of July, 2007 at Los Angeles, California.

/s/ James G. O'Callahan, Declarant

GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211
FAX (213) 481-1554
THOMAS V. GIRARDI - BAR NO. 36603
JAMES G. O'CALLAHAN, STATE BAR NO. 126975
Plaintiffs Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing GERARD HESSEMANN'S RESPONSE TO OSC RE:  DISMISSAL FOR NON-COMPLIANCE WITH PRE-TRIAL ORDER NO. 31 has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 9th day of July, 2008.


/s/ Colleen Teeman_____