# Appendix 2

# ARTHRITIS AND RHEUMATISM ASSOCIATES, P.C.

BOARD CERTIFIED RHEUMATOLOGISTS

NORMAN S. KOVAL, MD FACP FACR
HERBERT S.B. BARAF, MD FACP FACR
ROBERT L. ROSENBERG, MD FACR
EVAN L. SIEGEL, MD FACR

EMMA DIIORIO, MD FACR
ALAN K. MATSUMOTO, MD FACR
DAVID G. BORENSTEIN, MD FACP FACR
DAVID P. WOLFE, MD FACR

JOSEPH D. CROFT, JR., MD FACP MACR
ROBERT J. LLOYD, MD FACR
PAUL J. DEMARCO, MD FACP FACR

DATE: May 08, 2007

PATIENT: Fokke Fennema

MR#: 001000075154

**CHIEF COMPLAINT:**
First rheumatology consultation office visit note for this 59-year-old Dutch man with an office visit request in regard to polyarthritis and a cerebrovascular accident after receiving Vioxx therapy.

**FAMILY HISTORY:**
Negative for anyone with arthritis or cardiovascular disease.

**SOCIAL HISTORY:**
He is married without children. He worked as a manager of oil and drilling operations in a number of areas around the world. He was working in Venezuela in 1999 for his last job. He stopped smoking 30 years ago. He drinks alcohol on a weekly basis. He did try to exercise previously by playing golf or gardening or walking regularly.

**PAST MEDICAL HISTORY:**
Positive for cancer at the posterior aspect of the tongue. This required neck dissection with lymph gland removal on the left as well as radiation therapy to the neck on both sides. The diagnosis was in 1995. He has also had strokes, that occurred on 09/06/04 and 10/26/04 affecting the right hemisphere of the brain and the left side of his body.

**CURRENT MEDICATIONS:**
Includes omeprazole 20 mg q.d., Coversyl Plus q.d., Asasantin b.i.d. and Arthrotec 75 mg q.d.

**ALLERGIES:**
He has no known drug allergies.

**REVIEW OF SYSTEMS:**
Positive for recent weight gain of two kilograms. He has also had some fatigue and weakness. Skin history is unremarkable. HEENT is unremarkable. Cardiopulmonary is negative for any hypertension, angina, or arrhythmias. He had a history of hyperlipidemia. GI and GU history is otherwise unremarkable. Neurologic history is positive for his stroke with his left-sided sensory change in the fourth and fifth fingers of the left hand. Facial droop as well as change in mentation and emotional control including temper. Articular problems are positive for hand pain associated with early osteoarthritis.

2730 University Boulevard West. Suite 310. Wheaton, Maryland 20902. 301.942.7600. FAX 301.942.3132
14955 Shady Grove Road. Suite 230. Rockville, Maryland 20850. 301.251.5910. FAX 301.251.5913
7550 Van Dusen Road. Suite 110. Laurel, Maryland 20707. 301.942.7600. FAX 301.942.3132
2021 K Street, N.W. Suite 300. Washington, DC 20006. 202.293.1470. FAX 202.293.9416
5530 Wisconsin Avenue. Suite 1150. Chevy Chase, Maryland 20815. 240.497.0230. FAX 240.497.0235
www.washingtonarthritis.com

## HISTORY OF PRESENT ILLNESS:

The patient had a history of musculoskeletal pain affecting the fingers, back and hips. He was seen by an internist and then a rheumatologist who did place him on some form of nonsteroidal therapy. According to his history, he did receive tramadol in May 2000, diclofenac in June 2001, which continued until July 2002 when he was given Naprosyn. Naprosyn was used until February 2003. Vioxx was used at a dose of 25mg from February 2003 until September 2004. At that time, his medicine was switched to Celebrex on October 1st. He was subsequently placed on Arthrotec on 3/14/05. On 09/06/04, he developed an ischemic cerebrovascular accident. He was seen within three hours of the onset of symptoms. The stroke was involving the left arm and left leg. He was treated with a thrombolysis and started to improve. Subsequently on October 26th, he had a second stroke. The CVA affected the right cerebral hemisphere. His mentation in addition to his sensory and motor functions was affected. At that time, he was treated with rehabilitation and eventually improved, but still has difficulties with fine motor skills of the left hand, dizziness, changes in behavior and cognitive dysfunction, short-term memory changes and limited vocabulary. Since that time he has had difficulty completing mental functions easily. Because of these concerns, the patient was sent for evaluation.

## PHYSICAL EXAMINATION:

Weight 187 pounds, blood pressure 114/76, pulse 72, temperature 98.7, and height 5 feet 11 inches. Skin examination is unremarkable for any rashes. HEENT does demonstrate the changes in the left side of his neck associated with his lymph node dissection. Oropharynx demonstrates no changes of his radiation therapy. There are good carotid pulses bilaterally. The carotid arteries have no bruits. Lungs: Clear to auscultation and percussion. Heart: S1, S2 within normal limits without murmurs, rubs or gallops. Abdomen is nontender to palpation. Extremities: No edema, 1+ pulses. Neurologic examination does demonstrate decrease sensory function, left fourth and fifth fingers. Motor strength is slightly decreased in left upper extremity. Reflexes are hyperactive on the left arm, particularly the triceps and biceps, knee and ankle. Babinski's are not tested. He has difficulties with serial 7's with a mistake at 86. Joint examination demonstrates no difficulties with the DIP, PIP, MCP, wrists, and elbows. There is decreased abduction on both shoulders. There is no pain with palpation over the cervical, thoracic or lumbar spine. Hips move without limitation. There is crepitation in the knees, right greater than left. There is no pain with palpation over the ankles. The toes have no pain with compression.

## IMPRESSION:

Mild polyarthritis compatible with osteoarthritis, history of right-sided cerebrovascular accident on two separate occasions, tongue carcinoma status post neck dissection, radiation therapy, and history of hyperlipidemia.

## PLAN:

The patient will continue with Arthrotec as he returns to Holland. It is unclear whether he will have any further improvement with his neurologic condition

David G. Borenstein, M.D., F.A.C.P., F.A.C.R.

DGB/rnd/p62
Not reviewed unless signed