**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** *Robert Ruzicka, et al. v. Merck & Co., Inc., No. 2:06cv1971-EEF-DEK* | Plaintiff: **CHARLES GUTHRIE** |

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1.      Counsel has communicated with plaintiff.

2.      Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3.      Plaintiff has consented to the withdrawal.

_____/s/ Seth Sharrock Webb_____
Seth Sharrock Webb, MO Bar #505666
Attorney for Plaintiff
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com