UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This documents relates to: | * | MAG. JUDGE KNOWLES |
| *Christine Howard v. Merck & Co, Inc.* | * | |
| Docket No. 2:06-cv-10368 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF, CHRISTINE HOWARD'S, RESPONSE TO COURT'S 'ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31'**

On this day came the plaintiff, Christine Howard, by counsel, Michael L. Myers, Esq., of Myers and Perfater, and states the following in response to the Court's order filed June 30, 2008, ordering plaintiffs to show cause why cases should not be dismissed for non-compliance with Pre-trial Order No. 31:

1.  On September 29, 2006, a complaint was filed on the behalf of plaintiff, Christine Howard, in the United States District Court for the Southern District of West Virginia.

2.  On or around November 27, 2006, this action was transferred to the United States District Court for the Eastern District of Louisiana and identified on the docket as Docket No. 2:06-cv-10368 under MDL 1657.

3.  This case has been registered and enrolled with the VIOXX Settlement Program and assigned by Brown Green PLC a VCN of 1112075. *See* screen printout from the VIOXX portal, a copy of which is attached hereto as Exhibit A.

4.  Plaintiff has submitted a "Claims Forms" with Attachment A to Brown Greer PLC.

WHEREFORE, plaintiff respectfully prays her case not be dismissed, for non-compliance with PTO 31, as she has registered with and is considered by Brown Greer PLC as enrolled in the VIOXX settlement program.

                                                                Respectfully submitted,

                                                                <u>CHRISTINE HOWARD,</u>
                                                                By Counsel.

<u>/s/ MICHAEL L. MYERS</u>
Michael L. Myers, Esq.- WV Bar No. 6940; KY Bar No. 90570
**MYERS AND PERFATER**
P.O. Box 2631
Charleston, WV 25329-2631
Telephone: 304-345-2202
Facsimile: 304-344-8784

## CERTIFICATE OF SERVICE

I, Michael L. Myers, counsel for plaintiff, Christine Howard, in the above-styled action, certify that the above and foregoing **"PLAINTIFF, CHRISTINE HOWARD'S, RESPONSE TO COURT'S 'ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31'"** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MLD 1657 on this the **10th** day of **July**, **2008**.

/s/ MICHAEL L. MYERS
Michael L. Myers
WV Bar No. 6940; KY Bar No. 90570
Attorney for Christine Howard
MYERS AND PERFATER
P.O. Box 2631
Charleston, WV 25329-2631
Telephone: 304-345-2202
Facsimile: 304-344-8784
Email: myerhead@yahoo.com