UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| William Coleman et al. v Merck, Case No. 2:05-cv-04476 | * | MAG. JUDGE KNOWLES |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR ROSE MASON

NOW COMES, undersigned counsel, who hereby moves this Honorable Court to issue an order dismissing Daniel Becnel, Jr, Matthew Moreland, Patrick P. Klibert, Becnel Law Firm, LLC, Jeff Bowersox and Bowersox Law Firm PC as counsel of record for ROSE MASON in the above captioned matter.

Mrs. Mason has terminated the above listed attorneys and has hired the Mark Whitehead, P.O. Box 81007 Lafayette, LA 70598 and Eric Imperial of Owen Patterson & Owen, 23822 West Valencia Blvd., Suite 201, Valencia, CA 91355. Their contacts numbers are (337) 740-6006 and (661) 799-3899 respectively.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court dismiss them as attorneys of record in this matter.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr._____
Daniel E. Becnel, Jr., (La.S.B. #2926)
Matthew M. Moreland
Kevin K. Klibert
Becnel Law Firm, L.L. C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)

1

Jeff Bowersox  
Bowersox Law Firm PC  
111 S. W. Columbia  
Suite 1000  
Portland, OR 97201  

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been

A) served upon by U.S. Mail:

   1)  Eric Imperial  
       Owen Patterson & Owen  
       23822 West Valencia Blvd., Suite 201,  
       Valencia, CA 91355;

   2)  Mark Whitehead  
       P.O. Box 81007  
       Lafayette, LA 70598

   3)  Rose Mason  
       237 Pioneer Ave  
       Castlewalk, WA 98611

B) On all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B)

C) Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic filing in accordance with the procedures established in MDL 1657.

On this 10th day of _July_, 2008,

/s/ Daniel E. Becnel, Jr._____  
Daniel E. Becnel, Jr.  
Becnel Law Firm, L.L. C.