UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| William Coleman et al. v Merck, Case No. 2:05-cv-04476 | * | MAG. JUDGE KNOWLES |

### PROPOSED ORDER

Upon due consideration of the foregoing Motion to Withdraw as Counsel of Record and for good cause shown, the court find the Motion to be well taken and that same should be granted.

**IT IS HEREBY ORDERED** that Daniel Becnel, Jr, Matthew Moreland, Patrick P. Klibert, Becnel Law Firm, LLC, Jeff Bowersox and Bowersox Law Firm PC are discharged as the Counsel of Record for Rose Mason.

Dated this _____ day of _____, 2008

_____
UNTIED STATES DISTRICT COURT JUDGE