UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIDRA BELL, GEORGIA TUNWAR, | * | CIVIL ACTION NO.: 06-7344 |
| SHEILA MILLER, JO ANN HANKS, | * | |
| PAULA MARTIN, MONA TIMPA, | * | MDL NO.: 1657 |
| ROBERT ROWE, AND SPENCER | * | |
| PRESCOTT, | * | JUDGE FALLON |
| *Plaintiffs,* | * | |
| | * | MAG. JUDGE KNOWLES |
| VERSUS | * | |
| | * | |
| MERCK & CO., INC. | * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes **RALEIGH NEWMAN** and **J. LEE HOFFOSS, JR.**, who, in accordance with Local Rule 83.2.11 and Pretrial Order No. 36, desire to withdraw as Attorneys of Record for Plaintiff, **GEORGIA TUNWAR**, in the above captioned matter since plaintiff, **GEORGIA TUNWAR**, no longer desires to proceed with her claim in this matter. Pursuant to Pretrial Order No. 36(II)(A), undersigned counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the undersigned's withdrawal from the case.

In accordance with the Federal Rules of Civil Procedure and the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, the Court is hereby notified that the last known address and telephone number of the plaintiff, **GEORGIA TUNWAR**, is as follows:

GEORGIA TUNWAR
3442 Truman
Lake Charles, LA 70601

In accordance with Uniform Local Rule 83.2.11, undersigned counsel contacted **GEORGIA TUNWAR** on June 5, 2008, via certified mail no. 7004 1160 0001 7400 6955, return receipt requested, advising her of our desire to withdraw. In accordance with Uniform Local Rule 83.2.11 and Pretrial Order No. 36, undersigned counsel certifies that the client has been notified of all deadlines and pending court appearances.

Undersigned counsel is entitled to withdraw *ex parte* and opposing counsel and the client were served with a copy of this motion in accordance with Uniform Local Rule 83.2.11.

WHEREFORE, **RALEIGH NEWMAN** and **J. LEE HOFFOSS, JR.**, PRAY that they be allowed to withdraw as counsel of record for the Plaintiff, **GEORGIA TUNWAR**.

MOVERS FURTHER PRAY for all orders and decrees necessary in the premises, and for full, just and equitable relief.

Respectfully submitted:

RALEIGH NEWMAN
Louisiana Bar Roll No.: 7569
**J. LEE HOFFOSS, JR.**
Louisiana Bar Roll No.: 29254
1830 Hodges Street
Lake Charles, Louisiana 70601
Telephone:    (337) 439-5788
Telecopier:   (337) 436-5430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon the following:

**GEORGIA TUNWAR**
3442 Truman
Lake Charles, LA 70601
Via Certified Mail no. 7005 3110 0002 7814 8931
return receipt requested;

**MERCK & CO., INC.**
through their counsel of record,
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910
Via United States Mail, first class, postage prepaid and properly addressed;

**PLAINTIFFS' MDL NEGOTIATING COMMITTEE**
through its Chairman,
Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
Via Email: rherman@hhkc.com and vioxx@hhkc.com;

**BROWN GREER, PLC**
Claims Administrator
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209
Via Email: claimsadmin@browngreer.com

This 9th day of July, 2008, in Lake Charles, Louisiana.

_____
J. LEE HOFFOSS, JR.