UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIDRA BELL, GEORGIA TUNWAR, SHEILA MILLER, JO ANN HANKS, PAULA MARTIN, MONA TIMPA, ROBERT ROWE, AND SPENCER PRESCOTT, *Plaintiffs,* | * * * * * * * | CIVIL ACTION NO.: 06-7344 MDL NO.: 1657 JUDGE FALLON MAG. JUDGE KNOWLES |
| VERSUS | * * | |
| MERCK & CO., INC. *Defendant* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW AS COUNSEL OF RECORD:

IT IS ORDERED, ADJUDGED, AND DECREED that Raleigh Newman and J. Lee Hoffoss, Jr., be and they are hereby permitted to withdraw as counsel of record for plaintiff, Georgia Tunwar, in the above captioned matter.

THUS DONE AND SIGNED, in Chambers, at New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE