## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAG. KNOWLES |

06-0802 (as to Esther Ramirez, Violeto Canales, Suelma Banda, Erminia Gomez only), 05-3513, 05-6587, 05-0493 (as to Sharon Johnson only), 07-2136, 07-2128, 07-2127, 05-3398, 05-3321, 05-3483, 05-2943 (as to Charles R. Wireman only), 06-1970 (as to David Anderson, Keith Anderson only), 05-3530 (as to Dennis Wasson only), 05-2938 (as to Denzil Mahon only), 05-4149 (as to Dwight Pratt only), 05-4832, 05-3199 (as to Edward March only), 05-4708, 05-6038 (as to Ethel Wright only), 06-1480, 05-3183 (as to Freddie K. Baisden only), 05-3501 (as to Garnest Hall only), 06-2289, 05-3202 (as to George Hunt only), 07-0949, 06-11132 (as to George Pangburn only), 06-3879, 07-2124, 07-2120, 05-2266, 05-6025, 06-0917 ( as to Lola Randolph, Robert Groce, Sr. only), 07-2126, 06-11131, 05-3545 (as to Margaret Varsho only), 07-2108, 07-0937, 06-8389, 05-3526, 05-4801, 05-5986, 07-0914, 05-3461 (as to Paul Mundo, Jr.), 07-0932, 07-0947, 05-3556 (as to Richard Tock only), 06-9701 (as to Robert Brady only), 05-3537 ( as to Rodney Stevenson, Sr. only), 05-4742, 05-3551 (as to Sam Richonly), 05-1526, 05-3536 (as to Shirley Stalter only), 06-3140 (as to Thomas Stone only), 06-9792

* * * * * * * * * * * * * * * * * * * * * * * *

935212v.1

## MOTION FOR WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT MERCK & CO., INC.'S MOTION FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31

Defendant Merck & Co., Inc. previously moved for an order to show cause why certain cases should not be dismissed with prejudice for failure to comply with the Court's Pretrial Order No. 31. Since Merck filed its motion, it has determined that the certain *pro se* plaintiffs were mistakenly included in the motion. Merck respectfully moves to withdraw its motion as to these *pro se* plaintiffs. Merck intends to coordinate with the Curator to insure that these *pro se* plaintiffs have additional notice and opportunity to respond.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
Defendants' Liaison Counsel

935212v.1

3

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Motion for Withdrawal of Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2008.

        /s/ Dorothy H. Wimberly
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel

935212v.1