FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -9 PM 12: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has received the attached letter regarding pro se claimants and their ability to access the Vioxx Portal site maintained by BrownGreer, PLC. Counsel should be prepared to address the issues raised by the letter at the upcoming monthly status conference scheduled for Thursday, July 17, 2008, at 9 a.m.

New Orleans, Louisiana, this 8th day of July, 2008.

UNITED STATES DISTRICT JUDGE

CC:    Glen Cokefield
        1218 San Miguel Drive
        Duncanville, TX 75137

        Claims Administrator
        P.O. Box 85031
        Richmond, VA 23285-5031

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1