Glen Cokefield

1218 San Miguel Drive
Duncanville, TX 75137

Phone 214-694-5371

Fax 214-740-8800
Email:gcokefield@lockelord.com

July 1, 2008

**By Electronic Filing and Regular Mail**
The Honorable Eldon E. Fallon
United States District Court for the
Eastern District of Louisiana
500 Poydras Street Room C-456 New Orleans, LA 70130

Re:   **In Re Vioxx Product Liability Litigation, MDL No. 1657**

Dear Judge Fallon:

Please let this letter serve as a pre-motion recitation of reasons to allow pro se claimants access to **Brown Greer PLC** web site (Vioxx Portal), in part discussed below, and perhaps more importantly, to join the dialogue in trying to achieve a solution regarding the same practice that is given to attorneys and law firms representing their clients.

I had the opportunity to have a discussion with members of the **Brown Greer PLC** law firm about the issue of access to their **Vioxx Portal** site for pro se claimants. I was informed that only attorneys and law firms representing their clients can have access to this part of **Brown Greer's** web site, and that the **Vioxx Portal** is a secure website available to authorized users at a Primary Counsel firm. It is not available to unrepresented Claimants or individual Claimants who are represented by a Primary Counsel firm. I was informed that all pro se claimants are required to contact certain members of the law firm by email or telephone for a status updated, but I was not told who to specifically contact.

The problem with this procedure is that attorneys and law firms have the necessary access to the **Submission and Claims Review Process** and can meet the needs of any circumstances surrounding numerous conflicts during the review process.

However, unrepresented Claimants or individual Claimants who are represented by a Primary Counsel firm must submit emails, faxes or voice mail to members of the **Brown Greer** law firm. Those emails, faxes and voice mail messages sometimes go unanswered. It is also worth noting that the success of Claimants during the **Submission and Claims Review Process** can only be achieved fairly, if procedural problems for access to information and status updates are reconsidered.

In short, there should be a practical procedural system presented that would permit a balanced alternative to allow Claimants access to information during the **Submission and Claims Review Process**, without micromanaging the claim process.

Respectfully,

Glen Cokefield

cc. Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031
866-866-1729