ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 18 PM 1:48

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| **Products Liability Litigation** | SECTION L |
| | JUDGE FALLON |
| (This document relates to the following individual case:) | |
| | MAG. JUDGE KNOWLES |
| **Robert Cornell, et. al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck, No: 2:05cv2067** | Transferred from USDC District of Utah, Case # 2:05cv00268 |

## NOTICE OF LIEN

RD Legal Funding, LLC ("RDLF") hereby enters a special appearance in the above captioned litigation through the undersigned counsel.

**TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE** that RD Legal Funding, LLC ("RDLF"), Judgment Creditor of Sherman & Salkow, PC and Arthur Sherman (collectively, the "Sherman firm") hereby asserts that a lien is created by this notice under Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.

1. The lien was created pursuant to a Judgment entered against the Sherman firm in the following action:

   a. Title of Court: United States District Court, Central District of California, Los Angeles Division;

   b. Name of Case: *RD Legal Funding, LLC v. Sherman & Salkow, et. al.*;

   c. Case No.: CV07-4849GW (VBKx)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3127-006/56/G:\Wp\Cases\Q-R\RDLegalFunding\Sherman\Vioxx\Ntc_Lien.doc

    d. Date of Entry of Judgment: August 21, 2007

2. A true and correct copy of the Judgment is attached hereto as Exhibit 1.

3. The name and address of the Judgment Creditor is as follows:

    a. RD Legal Funding, LLC, P.O. Box 809161, Chicago, IL 60680-9161;

4. Counsel for the Judgment Creditor is Irena Leigh Norton, Esq., Shulman Hodges & Bastian, 3750 University Ave., Ste. 670, Riverside, CA 92501.

5. The name and last known addresses of the Judgment Debtors are as follows:

    a. Sherman & Salkow, P.C. c/o Arthur Sherman, Esq., Law Offices of Arthur Sherman, 11620 Wilshire Blvd., Ste. 870, Los Angeles, CA 90025;

    b. Arthur Sherman, Esq. Law Offices of Arthur Sherman, 11620 Wilshire Blvd., Ste. 870, Los Angeles, CA 90025.

6. The amount required to satisfy the Judgment Creditor's liens is **$6,807,071.81** as of June 17, 2008.

7. The lien created by this notice attaches to the Sherman Firm's rights to money or property under any judgment or distribution procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the Sherman firm to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of the Sherman firm, and the Sherman firm may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

    a. The prior approval by order of the court in this action or proceeding has been obtained;

    b. The written consent of RDLF has been obtained or the RDLF has released the lien; or

    c. The judgment lien of RDLF has been satisfied.

**NOTICE: The persons named in paragraph 3 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.**

Dated: June 17, 2008                              Respectfully Submitted,

*/s/ Irena Leigh Norton*
Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF LIEN has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and e-mail, and that the foregoing was sent to the Clerk of the United States District Court for the Eastern District of Louisiana by Federal Express on **June 17, 2008** so that it can be made available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

*/s/ Irena Leigh Norton*
Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC