**EXHIBIT "1"**

1  Leonard M. Shulman – Bar No. 126349
   Manijha Kadir – Bar No. 219974
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:  (949) 340-3400
4  Facsimile:   (949) 340-3000

5  Attorneys for RD Legal Funding, LLC

FILED

2007 NOV 26  AM 10: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9                   **WESTERN DIVISION- LOS ANGELES**

10

11  **RD LEGAL FUNDING, LLC, a New**          Case No. CV 07-4849 GW (VBKx)
    **Jersey Limited Liability Company,**
12                                            **NOTICE OF ENTRY OF**
                                              **JUDGMENT**
13                   **Plaintiff,**

14  vs.

15  **SHERMAN & SALKOW, a**
    **California professional corporation;**
16  **ARTHUR SHERMAN, an**
    **individual.**
17
                     **Defendants.**
18

19          PLEASE TAKE NOTICE that on **August 21, 2007**, Judgment was

20  entered by the above entitled court in favor of Plaintiff, RD Legal Funding,

21  LLC ("RDLF" or "Plaintiff") and against Defendants, Sherman & Salkow, a

22  California professional corporation ("Sherman & Salkow") and Arthur Sherman,

23  an individual ("Sherman") (collectively "Defendants"). A true and correct copy the

24  Judgment is attached hereto as **Exhibit "1"**.

                                 SHULMAN HODGES & BASTIAN LLP
25

26                               By:_____
    Dated: November 2, 2007            Leonard M. Shulman
27                                      Manijha Kadir
28                                      Counsel for Plaintiff, RD Legal Funding, LLC.

                                         1

3172-006\G:\WP\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC

**EXHIBIT "1"**

RightFAX                    8/22/2007 3:41    PAGE 002/014    Fax Server

1  Leonard M. Shulman – Bar No. 126349
2  Manijha Kadir – Bar No. 219974
   **SHULMAN HODGES & BASTIAN LLP**
3  26632 Towne Centre Drive, Suite 300
   Foothill Ranch, California 92610-2808
   Telephone:  (949) 340-3400
4  Facsimile:   (949) 340-3000

5  Attorneys for RD Legal Funding, LLC

   P-SEND/EXIT/JS-6

   FILED
   CLERK, U.S. DISTRICT COURT

   AUG 21 2007

   CENTRAL DISTRICT OF CALIFORNIA
   BY              DEPUTY

   THIS CONSTITUTES NOTICE OF ENTRY
   AS REQUIRED BY FRCP, RULE 77(d).

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION- LOS ANGELES

10

11

12  **RD LEGAL FUNDING, LLC, a New**        Case No. CV 07-4849 GW (VBKx)
    **Jersey Limited Liability Company,**
13                                           [~~PROPOSED~~] JUDGMENT

14                Plaintiff,

                                             ENTERED
15  vs.                                      CLERK, U.S. DISTRICT COURT

16  **SHERMAN & SALKOW, a**                  AUG 22 2007
    **California professional corporation;**
17  **ARTHUR SHERMAN, an**                   CENTRAL DISTRICT OF CALIFORNIA
    **individual.**                          BY              DEPUTY

18                Defendants.

19

20       RD Legal Funding, LLC ("RDLF" or "Plaintiff") and Sherman & Salkow, a

21  California professional corporation ("Sherman & Salkow") and Arthur Sherman,

22  an individual ("Sherman") (collectively "Defendants") having entered into a

23  Stipulated Judgment, which fully executed Stipulated Judgment was filed with this

24  court on July 27, 2007 and a true copy of which is attached hereto as **Exhibit "A"**,

25  and for good cause showing, it is hereby

26       **Ordered, decreed and adjudged** that Judgment is granted in favor of

27  Plaintiff and against Defendants as follows:

28

1

## MONETARY JUDGMENT

1. A non-dischargeable judgment (the "Judgment") is entered in the Complaint in favor of Plaintiff and against Defendants in the sum of $6,192,848.85, plus pre-judgment interest and post-judgment interest;

2. Interest thereon shall be calculated at the note rate of 10% per annum, from July 1, 2007 until the Judgment is paid in full;

3. Plaintiff is entitled to recover reasonable attorneys fees in the amount of $15,000, plus costs of suit in the amount of $500.00.

## INJUNCTION

To Defendants, Sherman & Salkow and Arthur Sherman and their officers, directors, managers, employees, representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or successors in interest:

You are hereby **PERMANENTLY ENJOINED** from any and all of the following acts:

1. Demanding, collecting, receiving or in any other way diverting and using any and all of the legal fees and costs due to you from: a) certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2. Demanding, collecting, receiving or in any other way diverting and using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

2

1  certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

2  PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

3  Fee[4];

4          3.      Transferring, conveying, assigning, pledging, deeding, selling,

5  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

6  disposing of, any of legal fees and costs due to you from a) certain litigation

7  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

8  Civ 2843, in the United States District Court, Southern District of New York; b)

9  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

10  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

11  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

12  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

13  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

14  commonly known as Seventh Amendment to the National Diet Drug Settlement

15  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

16  Court, Eastern District of Pennsylvania.

17          4.      Transferring, conveying, assigning, pledging, deeding, selling,

18  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

19

20

21  [1] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
22  from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case
    No. 00 Civ 2843, in the United States District Court, Southern District of New York.

23  [2] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
    from certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability Litigation,
24  MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of
    Washington at Seattle.

25  [3] Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow
    from certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2.99-cv-
26  200593HB, in the United States District Court, Eastern District of Pennsylvania.

27  [4] Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow
    from certain litigation commonly known as Seventh Amendment to the National Diet Drug
28  Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court,
    Eastern District of Pennsylvania.

3

SHERLMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-000(a) \Wp\Cases\Q- R\RDLegalFees.leg\Sherman\AP\8\StipulatedJudgment 002.doc

1  disposing of, any of the Rezulin Legal Fee, the PPA Legal Fee, Diet Drug Legal

2  Fees, and/or the Seventh Amendment Legal Fee.

3      To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

4  directors, managers, employees, representatives, agents, attorneys, affiliates,

5  privies, parents, subsidiaries and/or successors in interest AND/OR the various

6  administrators and/or trustees and/or parties responsible for the distribution of any

7  and/or all of the legal fees and costs in the following matters: a) certain litigation

8  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

9  Civ 2843, in the United States District Court, Southern District of New York; b)

10  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

11  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

12  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

13  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

14  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

15  commonly known as Seventh Amendment to the National Diet Drug Settlement

16  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

17  Court, Eastern District of Pennsylvania.

18  **YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS**

19  **FOLLOWS:**

20      1.    Any and/or all of the legal fees and costs due to Sherman & Salkow

21  and Arthur Sherman and their officers, directors, managers, employees,

22  representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or

23  successors in interest, from the following litigation, shall be distributed directly to

24  RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

25  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

26  Civ 2843, in the United States District Court, Southern District of New York; b)

27  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

28  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

4

1  Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re</u>

2  <u>Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

3  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

4  commonly known as Seventh Amendment to the National Diet Drug Settlement

5  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

6  Court, Eastern District of Pennsylvania.

7      2.    Any and/or all of the Rezulin Legal Fee, the PPA Legal Fee, Diet

8  Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed</u>

9  <u>directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

10      3.    Upon court approval in each of the respective cases noted above, for

11  distribution of such legal fees and costs, a check shall be issued payable to RD

12  Legal Funding, LLC, assignee, and delivered to:

13          RDLF Financial Services, LLC
        Tax ID No. 20-2806702

14          P.O. Box 809161
        Chicago, IL 60680-9161

15

16      The Court retains jurisdiction over this matter to enforce the terms of the

17  Stipulated Judgment and to enforce this Judgment.

18

19  DATED: August 21st, 2007

20                    HONORABLE GEORGE W. WU

21                    UNITED STATES DISTRICT COURT JUDGE

22  Respectfully submitted by:

23                  SHULMAN HODGES & BASTIAN LLP

24

25  Dated: August 15, 2007        By: _____

                      Leonard M. Shulman

26                        Manijha Kadir

                      Counsel for Plaintiff, RD Legal Funding, LLC.

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

J172-006\G:\Wp\Cases\Q...R\RDLega\Funding\Sherman\Pld\Stipulated Judgment 002.doc

1  Leonard M. Shulman – Bar No. 126349
2  Manijha Kadir – Bar No. 219974
   SHULMAN HODGES & BASTIAN LLP
3  26632 Towne Centre Drive, Suite 300
   Foothill Ranch, California 92610-2808
   Telephone: (949) 340-3400
4  Facsimile:  (949) 340-3000

5  Attorneys for RD Legal Funding, LLC

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10            WESTERN DIVISION- LOS ANGELES

11                                  CV-07   4849 GW (VBK)

12  RD LEGAL FUNDING, LLC, a New  )  Case No.
    Jersey Limited Liability Company, )
13                                   )  STIPULATED JUDGMENT
                                     )
14            Plaintiff,             )
                                     )
15  vs.                             )
                                     )
16  SHERMAN & SALKOW, a            )
    California professional corporation; )
17  ARTHUR SHERMAN, an            )
    individual.                     )
18                                   )
             Defendants.             )
19

20        This Stipulated Judgment for Breach of Contract Damages and for

21  Injunctive Relief is entered into between RD Legal Funding, LLC ("RDLF" or

22  "Plaintiff") and Sherman & Salkow, a California professional corporation

23  ("Sherman & Salkow") and Arthur Sherman, an individual ("Sherman")

24  (collectively "Defendants"), as follows:

25        WHEREAS, on or about July 20, 2007, Plaintiff filed a Complaint for

26  Stipulated Judgment for Breach of Contract Damages and for Injunctive Relief

27  against the Defendants.

28

                              1

Exhibit A Page 6

1   WHEREAS, the Defendants have been served and do not contest the

2   allegations in the Complaint.

3   WHEREAS, Plaintiff and Defendants desire to stipulate to judgment in

4   favor of the Plaintiff and against the Defendants as follows:

## MONETARY JUDGMENT

5

6   1.   A non-dischargeable judgment (the "Judgment") shall be entered in

7   the Complaint in favor of Plaintiff and against Defendants in the sum of

8   $6,192,848.85, plus pre-judgment interest and post-judgment interest;

9   2.   Interest thereon shall be calculated at the note rate of 10% per annum,

10  from July 1, 2007 until the Judgment is paid in full;

11  3.   Plaintiff shall be allowed reasonable attorneys fees in the amount of

12  $15,000, plus costs of suit in the amount of $500.00.

## INJUNCTION

13

14  To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

15  directors, managers, employees, representatives, agents, attorneys, affiliates,

16  privies, parents, subsidiaries and/or successors in interest:

17  You are hereby PERMANENTLY ENJOINED from any and all of the

18  following acts:

19  1.   Demanding, collecting, receiving or in any other way diverting and

20  using any and all of the legal fees and costs due to you from: a) certain litigation

21  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

22  Civ 2843, in the United States District Court, Southern District of New York; b)

23  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

24  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

25  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

26  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

27  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

28  commonly known as Seventh Amendment to the National Diet Drug Settlement

2

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3171-000G\W\pCase\Q-RWDLegalPackag\Chrome\Pld\Stipulated-Judgment.001.doc

Exhibit A Page 7

1  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

2  Court, Eastern District of Pennsylvania.

3      2.   Demanding, collecting, receiving or in any other way diverting and

4  using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

5  certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

6  PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

7  Fee[4];

8      3.   Transferring, conveying, assigning, pledging, deeding, selling,

9  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

10  disposing of, any of legal fees and costs due to you from a) certain litigation

11  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

12  Civ 2843, in the United States District Court, Southern District of New York; b)

13  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

14  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

15  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

16  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

17  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

18  commonly known as Seventh Amendment to the National Diet Drug Settlement

19

20

21

22

---

[1]  Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York.

23

[2]  Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle.

24

[3]  Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania.

25

26

[4]  Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow from certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

Exhibit A Page 8

1   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

2   Court, Eastern District of Pennsylvania.

3       4.   Transferring, conveying, assigning, pledging, deeding, selling,

4   renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

5   disposing of, any of the Rezulin Legal Fee, the PPA Legal Fee, Diet Drug Legal

6   Fees, and/or the Seventh Amendment Legal Fee.

7       To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

8   directors, managers, employees, representatives, agents, attorneys, affiliates,

9   privies, parents, subsidiaries and/or successors in interest AND/OR the various

10  administrators and/or trustees and/or parties responsible for the distribution of any

11  and/or all of the legal fees and costs in the following matters: a) certain litigation

12  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

13  Civ 2843, in the United States District Court, Southern District of New York; b)

14  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

15  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

16  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

17  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

18  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

19  commonly known as Seventh Amendment to the National Diet Drug Settlement

20  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

21  Court, Eastern District of Pennsylvania.

22      YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS

23  FOLLOWS:

24      1.   Any and/or all of the legal fees and costs due to Sherman & Salkow

25  and Arthur Sherman and their officers, directors, managers, employees,

26  representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or

27  successors in interest, from the following litigation, shall be distributed directly to

28  RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

4

SHERMAN HODGES &
BASTIAN LLP
26671 Towne Centre Drive
Suite 200
Foothill Ranch, CA 92610

Exhibit A Page 9

1  entitled <u>In re Rezulin Products Liability Litigation</u>, MDL No. 1348, Case No. 00

2  Civ 2843, in the United States District Court, Southern District of New York; b)

3  certain litigation entitled <u>In re Phenylpropanolamine (PPA) Products Liability</u>

4  <u>Litigation</u>, MDL No. 1407, Case No. 1-MD-1407, in the United States District

5  Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re</u>

6  <u>Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB,  in the United

7  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

8  commonly known as Seventh Amendment to the National Diet Drug Settlement

9  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

10  Court, Eastern District of Pennsylvania.

11      2.    Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet

12  Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed</u>

13  <u>directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

14      3.    Upon court approval in each of the respective cases noted above, for

15  distribution of such legal fees and costs, a check shall be issued payable to RD

16  Legal Funding, LLC, assignee,  and delivered to:

17        RDLF Financial Services, LLC
      Tax ID No. 20-2806702

18        P.O. Box 809161
      Chicago, IL 60680-9161

19

20  SO AGREED:             RD LEGAL FUNDING, LLC

21  Dated: July 20, 2007

22                  By:
                  Roni Dersovitz

23  Dated: July 20, 2007      SHERMAN & SALKOW

24                  By:

25                    Arthur Sherman

26  Dated: July 20, 2007      ARTHUR SHERMAN

27                  By:

28                    Arthur Sherman

SHERMAN HOOGES &
BASTIAN LLP
26632 Towne Center Drive
Suite 300
Foothill Ranch, CA 92610

Exhibit A Page 10

entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2.    Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet Drug Legal Fees, and/or the Seventh Amendment Legal Fee shall be distributed directly to RD Legal Funding, LLC, as assignee of any and all such funds.

3.    Upon court approval in each of the respective cases noted above, for distribution of such legal fees and costs, a check shall be issued payable to RD Legal Funding, LLC, assignee, and delivered to:

RDLF Financial Services, LLC
Tax ID No. 20-2806702
P.O. Box 809161
Chicago, IL 60680-9161

SO AGREED:

RD LEGAL FUNDING, LLC

Dated: July 20, 2007

By: _____
     Roni Dersovitz

Dated: July 20, 2007      SHERMAN & SALKOW

By: _____
     Arthur Sherman

Dated: July 20, 2007      ARTHUR SHERMAN

By: _____
     Arthur Sherman

5

BRULAN HOLDOES a
EASTLIN LLP
24631 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3192-0069GL:W\Case\Q-EN\DLegal\Funding\Sherman\P\4\Stipulate\Assignee.001.doc

Exhibit A Page 11

1   **Approved as to Form and Content:**

2                              SHULMAN HODGES & BASTIAN LLP

3   Dated: 7-24-07

4   Dated: _____        By: _____
                              Leonard M. Shulman
5                             Manijha Kadir
                              Attorneys for Plaintiff, RD Legal Funding,
6                             LLC

7                              **JUDGMENT**

8

9   **IT IS SO ADJUDGED.**

10

11  Dated: July ___ 2007
                              **UNITED STATES DISTRICT COURT JUDGE**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2172-0080 \WylieCases\Q-RDLLegalFunding\ShermanFRoN\CompleteJudgment 001.doc

6                    Exhibit A Page 12

RightFAX            8/22/2007 3:41    PAGE 014/014    Fax Server

### PROOF OF SERVICE

1

2  STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

3  I am employed in the City of Riverside, County of Riverside, State of California.  I am over the age of 18
   years and not a party to the within action.  My business address is 3750 University Avenue, Suite 670,

4  Riverside, CA 92501

5  On August 15, 2007, I served the documents named below on the parties in this Action as follows:

6  DOCUMENT(S)   SERVED:   **[PROPOSED] JUDGMENT**

7  SERVED UPON.          **Defendants Arthur Sherman and Sherman & Salkow**
                         Arthur Sherman, Esq.
8                        Sherman & Salkow
                         11601 Wilshire Blvd., Ste 675
9                        Los Angeles, CA 90025

10 [ x ]  **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the
          United States mail at Riverside, California   I am readily familiar with the practice of Shulman
11        Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice
          being that in the ordinary course of business, mail is deposited in the United States Postal Service
12        the same day as it is placed for collection.  I am aware that on motion of party served, service is
          presumed invalid if postal cancellation date or postage meter date is more than one day after
13        deposit for mailing in affidavit.

14 [ ]   **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission
          and the transmission was reported as completed and without error.  Pursuant to C.R.C. 2009(i), I
15        either caused, or had someone cause, the transmitting machine to properly transmit the attached
          documents to the facsimile numbers shown on the service list.

16
17 [ ]   **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges &
          Bastian LLP for collection and processing of documents for overnight delivery and know that the
18        document(s) described herein will be deposited in a box or other facility regularly maintained by
          Federal Express or Overnite Express for overnight delivery or by Express Mail via the United
          States Postal Service.

19
20 [ x ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at
          whose direction this service was made   I declare under penalty of perjury that the foregoing is
21        true and correct

22 Executed on August 15, 2007, at Riverside, California

23

24                                              Tonia N. Mann-Wooten

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

7777-990\G.\Wp\Case\AQ-RVRDLegal\Funding\Sherman\AP\StipulatedJudgment 002 doc

13

## NOTICE OF ASSIGNMENT AND LIEN

TO:   Michele Rosenberg, CPA
      MDL 1348 Special Master
      Cornick, Garber & Sandler, LLP
      630 Third Avenue
      New York, NY 10017

RE:   United States District Court, Southern District of New York, Master Case No. 00Civ.2843 (LAK)

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of In Re: Rezulin Products Liability Litigation (MDL No. 1348), transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the settlement amount of $73,100,000.00 (Seventy Three Million One Hundred Thousand Dollars and No Cents), equal to $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Pfizer, Inc. and/or MDL 1348 Special Master Michele Rosenberg, CPA of Cornick, Garber & Sandler, LLP being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)     Tax I.D. No. 20-2806702
PO Box 809161
Chicago, IL 60680-9161

Assignee:   RD Legal Funding, LLC

By:                                              Date: October 12, 2006
      Roni Dersovitz, Manager

Assignor:   Sherman & Salkow, a Professional Corporation
            11601 Wilshire Blvd., Suite 675
            Los Angeles, CA 90025-1742

By:                                              Date: October 12, 2006
      Arthur Sherman, Esq.

**D**

Revised: 08/30/2006
Contract Prepared By: bl

## NOTICE OF ASSIGNMENT AND LIEN

TO:    Miller, Alfano, Rasponti, P.C.
       1818 Market Street
       Philadelphia, PA 19103

       Attn:    Gregory P. Miller, Esq.

RE:    In Re: Diet Drug Litigation
       United States District Court for the Eastern District of Pennsylvania Case No.: 2:99-cv-200593HB

          You are hereby notified that on October 12, 2006, Sherman & Salkow, PC, whose address is 11601 Wilshire Blvd.,
Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter
of In Re: Diet Drug Litigation, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and
interest in and to their share of the settlement amount of $2,438,024.16, equal to $1,279,479.50 (One Million Two Hundred
Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents).  You are hereby instructed that you are to issue
a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,279,479.50 (One Million Two Hundred
Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) ("Assigned Proceeds"), delivered to the address
set forth below pursuant to the terms of the Assignment between the parties.  You are further instructed to release the
remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order
and/or your mutual agreement.  You are further instructed that any distribution to Sherman & Salkow, PC of the Assigned
Proceeds shall be in violation of Assignment Law of the State of California and shall result in Miller, Alfano & Rasponti,
P.C, being held liable for damages and attorneys fees for any loss suffered hereunder.

          Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,279,479.50 (One Million
Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) made payable to Sherman &
Salkow, PC and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL  60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

    RDLF Financial Services, LLC (Payment Address Only)      Tax I.D. No. 20-2806702
    PO Box 809161
    Chicago, IL  60680-9161

Assignee:      RD Legal Funding, LLC

               By: _____          Date: October 12, 2006
                     Roni Dersovitz, Manager

Assignor:      Sherman & Salkow, PC
               11601 Wilshire Blvd., Suite 675
               Los Angeles, CA 90025-1742

               By: _____          Date: October 12, 2006
                     Arthur Sherman, Esq.

                                                                                    4

Revised: R-04.04.2006
Contract Prepared By: jr

17:56 OCT 12, 2006  ID: RDLEGAL          FAX NO: 568-9307          #0153  PAGE: 17/19

NOTICE OF ASSIGNMENT AND LIEN

TO:     Lance E. Palmer, Esq.
        Kraft Palmer Davies, PLLC
        720 Third Avenue, Suite 1510
        Seattle, WA 98104-1825

RE:     United States District Court, Western District of Washington at Seattle, Master Docket No. 1-MD-1407

        You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is
11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in connection with the Plaintiff Litigation
Expense Fund in the matter of In Re: Phenylpropanolamine (PPA) Products Liability Litigation - MDL No. 1407,
transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of
the Court Award for Interim payment of Common Benefits Fees and Costs in the amount of $3,042,914.40 (Three Million
Forty Two Thousand Nine Hundred Fourteen Dollars and 40 Cents), equal to $1,385,438.00 (One Million Three Hundred
Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents), together with interest payable thereon.  You are
hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of
$1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents)
("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties.
You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and
provisions of the Settlement, Court Order and/or your mutual agreement.  You are further instructed that any distribution to
Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the
State of California and shall result in Lance E. Palmer, Esq. of Kraft Palmer Davies, PLLC being held liable for damages and
attorneys fees for any loss suffered hereunder.

        Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million
Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman &
Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago,
IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

        RDLF Financial Services, LLC (Payment Address Only)      Tax I.D. No. 20-2806702
        PO Box 809161
        Chicago, IL 60680-9161

Assignee:       RD Legal Funding, LLC

                By:                                           Date: October 12, 2006
                        Rohi Denovich, Manager

Assignor:       Sherman & Salkow, a Professional Corporation
                11601 Wilshire Blvd., Suite 675
                Los Angeles, CA 90025-1742

                By:                                           Date: October 12, 2006
                        Arthur Sherman, Esq.

                                                                                      D

*Revised: 08/10/2006*
*Contract Prepared By: bl*

### NOTICE OF ASSIGNMENT AND LIEN

TO:   Diet Drug Litigation – Seventh Amendment Fund Administrator
      PO Box 30
      Philadelphia, PA 19105-0030

RE:   U.S. District Court, Eastern District of Pennsylvania, MDL Docket No.1203, Civil Action No. 99-20593

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of Seventh Amendment to the National Diet Drug Settlement Agreement, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the anticipated settlement amount of at least $2,142,720.00 (Two Million One Hundred Forty Two Thousand Dollars and No Cents), equal to $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Wyeth and/or Seventh Amendment Settlement Fund Administrator being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)      Tax I.D. No. 20-2806702
PO Box 809161
Chicago, IL 60680-9161

Assignee:    RD Legal Funding, LLC

By:          _____          Date: October 12, 2006
             Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, a Professional Corporation
             11601 Wilshire Blvd., Suite 675
             Los Angeles, CA 90025-1742

By:          _____          Date: October 12, 2006
             Arthur Sherman, Esq.

**D**

*Revised: 08/30/2006*
*Contract Prepared By: bl*

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3   I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of

4   18 years and not a party to the within action. My business address is 26632 Towne Centre Dr. Ste. 300, Foothill Ranch, CA 92610.

5   On November 21, 2007, I served the documents named below on the parties in this Action as follows:

6   DOCUMENT(S)     SERVED:   **NOTICE OF ENTRY OF JUDGMENT**

7   SERVED UPON:          **SEE ATTACHED LIST**

8   [ x ]    **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the

9   United States mail at Foothill Ranch, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing,

10   said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party

11   served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

12   [ ]    **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission

13   and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached

14   documents to the facsimile numbers shown on the service list.

15   [ ]    **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the

16   document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express or Overnite Express for overnight delivery or by Express Mail via the United

17   States Postal Service.

18   [ x ]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is

19   true and correct.

20   Executed on November 21, 2007, at Foothill Ranch, California.

21

22                                          Tonia N. Mann-Wooten

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC

## SERVICE LIST

1

2  Diet Drug Litigation – Seventh Amendment Fund Administrator
   PO Box 30
3  Philadelphia, PA 19105-0030

4  Lance E. Palmer, Esq.
   Kraft Palmer Davies, PLLC
5  720 Third Avenue, Suite 1510
   Seattle, WA  98104-1825

6

7  Gregory P. Miller, Esq.
   Miller Alfano Rasponti PC
   1818 Market Street
8  Philadelphia, PA  19103

9  Michele Rosenberg, CPA
   MDL 1348 Special Master
10 Comick, Garber & Sandler LLP
   630 Third Avenue
11 New York, NY  10017

12 **Defendants Arthur Sherman and Sherman & Salkow**
   Arthur Sherman, Esq.
13 Sherman & Salkow
   11601 Wilshire Blvd., Ste. 675
14 Los Angeles, CA 90025

15 Ron Dersovitz
   RD Legal Funding LLC
16 One Eagle Street, Suite 202
   Englewood, NJ  07631

17

18

19

20

21

22

23

24

25

26

27

28

3

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC