```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT    2008 JUL -9 PM 12:30
EASTERN DISTRICT OF LOUISIANA

                                                                                           LORETTA G. WHYTE
                                                                                                       CLERK

                                                                :    MDL NO. 1657
IN RE: VIOXX                                             :
       PRODUCTS LIABILITY LITIGATION       :    SECTION: L
                                                                           :
                                                                           :    JUDGE FALLON
                                                                           :    MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**RELATED CASE:**    CORNELL, ET AL. V. MERCK &
                               CO., INC.
                               2:05cv2067

## ORDER

The Court has received the attached document concerning a notice of lien against Sherman & Salkow, PC and Arthur Sherman. Counsel should be prepared to address any issues or objections related to the notice of lien at the next monthly status conference scheduled for Thursday, July 17, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 8th day of July, 2008.

                                                                _____
                                                                    UNITED STATES DISTRICT JUDGE

CC:    Sherman & Salkow, PC
         Law Office of Arthur Sherman
         11620 Wilshire Blvd., Ste. 870
         Los Angeles, CA 90025

         Irena Leigh Norton
         Shulman Hodges & Bastian
         3750 University Ave., Ste. 670
         Riverside, CA 92501

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```