**EXHIBIT "1"**

FILED

1  Leonard M. Shulman – Bar No. 126349
   Manijha Kadir – Bar No. 219974
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:  (949) 340-3400
4  Facsimile:  (949) 340-3000

2007 NOV 26  AM 10: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

5  Attorneys for RD Legal Funding, LLC

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9                  **WESTERN DIVISION- LOS ANGELES**

10

11 **RD LEGAL FUNDING, LLC, a New**    Case No. CV 07-4849 GW (VBKx)
   **Jersey Limited Liability Company,**
12                                      **NOTICE OF ENTRY OF**
                                        **JUDGMENT**
13                    **Plaintiff,**

14 vs.

15 **SHERMAN & SALKOW, a**
   **California professional corporation;**
16 **ARTHUR SHERMAN, an**
   **individual.**
17
                      **Defendants.**
18

19        PLEASE TAKE NOTICE that on August 21, 2007, Judgment was

20 entered by the above entitled court in favor of Plaintiff, RD Legal Funding,

21 LLC ("RDLF" or "Plaintiff") and against Defendants, Sherman & Salkow, a

22 California professional corporation ("Sherman & Salkow") and Arthur Sherman,

23 an individual ("Sherman") (collectively "Defendants"). A true and correct copy the

24 Judgment is attached hereto as **Exhibit "1"**.

25                         **SHULMAN HODGES & BASTIAN LLP**

26                         By:_____
27 Dated: November 2, 2007        Leonard M. Shulman
                                    Manijha Kadir
28                                  Counsel for Plaintiff, RD Legal Funding, LLC.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

3172-006\G:\WP\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTC ENTRY JUDGMENT.002.DOC

**EXHIBIT "1"**

1  Leonard M. Shulman – Bar No. 126349
   Manijha Kadir – Bar No. 219974
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:  (949) 340-3400
4  Facsimile:   (949) 340-3000

5  Attorneys for RD Legal Funding, LLC



P-SEND/EXIT/JS-6
FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION- LOS ANGELES

11

12  **RD LEGAL FUNDING, LLC, a New Jersey Limited Liability Company,**

Case No. CV 07-4849 GW (VBKx)

13  [~~PROPOSED~~] JUDGMENT

14  **Plaintiff,**



ENTERED
CLERK, U.S. DISTRICT COURT
AUG 22 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

15  vs.

16  **SHERMAN & SALKOW, a California professional corporation; ARTHUR SHERMAN, an individual.**

18

19  **Defendants.**

20      RD Legal Funding, LLC ("RDLF" or "Plaintiff") and Sherman & Salkow, a

21  California professional corporation ("Sherman & Salkow") and Arthur Sherman,

22  an individual ("Sherman") (collectively "Defendants") having entered into a

23  Stipulated Judgment, which fully executed Stipulated Judgment was filed with this

24  court on July 27, 2007 and a true copy of which is attached hereto as **Exhibit "A"**,

25  and for good cause showing, it is hereby

26      **Ordered, decreed and adjudged** that Judgment is granted in favor of

27  Plaintiff and against Defendants as follows:

28

1

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-000/G:\WpC:secc\Q-X\R.D.LegalFunding\Sherman\P\Stipulated\Judgment 003.doc

## MONETARY JUDGMENT

1.    A non-dischargeable judgment (the "Judgment") is entered in the Complaint in favor of Plaintiff and against Defendants in the sum of $6,192,848.85, plus pre-judgment interest and post-judgment interest;

2.    Interest thereon shall be calculated at the note rate of 10% per annum, from July 1, 2007 until the Judgment is paid in full;

3.    Plaintiff is entitled to recover reasonable attorneys fees in the amount of $15,000, plus costs of suit in the amount of $500.00.

## INJUNCTION

To Defendants, Sherman & Salkow and Arthur Sherman and their officers, directors, managers, employees, representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or successors in interest:

You are hereby **PERMANENTLY ENJOINED** from any and all of the following acts:

1.    Demanding, collecting, receiving or in any other way diverting and using any and all of the legal fees and costs due to you from: a) certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2.    Demanding, collecting, receiving or in any other way diverting and using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

2

1  certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

2  PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

3  Fee[4];

4        3.    Transferring, conveying, assigning, pledging, deeding, selling,

5  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

6  disposing of, any of legal fees and costs due to you from a) certain litigation

7  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

8  Civ 2843, in the United States District Court, Southern District of New York; b)

9  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

10 Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

11 Court, Western District of Washington at Seattle; c) certain litigation entitled In re

12 Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

13 States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

14 commonly known as Seventh Amendment to the National Diet Drug Settlement

15 Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

16 Court, Eastern District of Pennsylvania.

17       4.    Transferring, conveying, assigning, pledging, deeding, selling,

18 renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

19

20

21 [1] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
   from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case
22 No. 00 Civ 2843, in the United States District Court, Southern District of New York.

23 [2] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
   from certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability Litigation,
24 MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of
   Washington at Seattle.

25 [3] Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow
   from certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-
26 200593HB, in the United States District Court, Eastern District of Pennsylvania.

27 [4] Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow
   from certain litigation commonly known as Seventh Amendment to the National Diet Drug
28 Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court,
   Eastern District of Pennsylvania.

SHERMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-0061G \Wyh\Cases\Q~R\RDLegalFunding\Sherman\FldtScpulsredudgment 002.doc

1  disposing of, any of the Rezulin Legal Fee, the PPA  Legal Fee, Diet Drug Legal

2  Fees, and/or the Seventh Amendment Legal Fee.

3       To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

4  directors, managers, employees, representatives, agents, attorneys, affiliates,

5  privies, parents, subsidiaries and/or successors in interest AND/OR the various

6  administrators and/or trustees and/or parties responsible for the distribution of any

7  and/or all of the legal fees and costs in the following matters: a) certain litigation

8  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

9  Civ 2843, in the United States District Court, Southern District of New York; b)

10 certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

11 Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

12 Court, Western District of Washington at Seattle; c) certain litigation entitled In re

13 Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB,  in the United

14 States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

15 commonly known as Seventh Amendment to the National Diet Drug Settlement

16 Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

17 Court, Eastern District of Pennsylvania.

18      **YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS**

19 **FOLLOWS:**

20      1.    Any and/or all of the legal fees and costs due to Sherman & Salkow

21 and Arthur Sherman and their officers, directors, managers, employees,

22 representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or

23 successors in interest, from the following litigation, shall be distributed directly to

24 RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

25 entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

26 Civ 2843, in the United States District Court, Southern District of New York; b)

27 certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

28 Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

4

1  Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re</u>

2  <u>Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

3  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

4  commonly known as Seventh Amendment to the National Diet Drug Settlement

5  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

6  Court, Eastern District of Pennsylvania.

7       2.    Any and/or all of the Rezulin Legal Fee, the PPA Legal Fee, Diet

8  Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed</u>

9  <u>directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

10       3.    Upon court approval in each of the respective cases noted above, for

11  distribution of such legal fees and costs, a check shall be issued payable to RD

12  Legal Funding, LLC, assignee, and delivered to:

13      RDLF Financial Services, LLC
    Tax ID No. 20-2806702

14      P.O. Box 809161
    Chicago, IL 60680-9161

15

16

17      The Court retains jurisdiction over this matter to enforce the terms of the

18  Stipulated Judgment and to enforce this Judgment.

19

20  DATED: August 21st, 2007        _____

                                HONORABLE GEORGE W. WU

21                                  UNITED STATES DISTRICT COURT JUDGE

22  Respectfully submitted by:

23                     SHULMAN HODGES & BASTIAN LLP

24

25  Dated: August 15, 2007      By: _____

                          Leonard M. Shulman

26                          Manijha Kadir

27                          Counsel for Plaintiff, RD Legal Funding, LLC.

28

J172-006\O\Wp\Cases\Qc RDLegalFunding\Sherman\Psb\Stipulatedudgment 002 doc

1  Leonard M. Shulman — Bar No. 126349
2  Manijha Kadir — Bar No. 219974
   SHULMAN HODGES & BASTIAN LLP
3  26632 Towne Centre Drive, Suite 300
   Foothill Ranch, California 92610-2808
4  Telephone:  (949) 340-3400
   Facsimile:  (949) 340-3000
5  Attorneys for RD Legal Funding, LLC
6
7
8            UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10            WESTERN DIVISION- LOS ANGELES
11                                    CV-07  4849 GW (VBKx)
12  RD LEGAL FUNDING, LLC, a New  )  Case No.
    Jersey Limited Liability Company, )
13                                    )  STIPULATED JUDGMENT
14            Plaintiff,              )
15  vs.                              )
16  SHERMAN & SALKOW, a              )
    California professional corporation; )
17  ARTHUR SHERMAN, an              )
    individual.                      )
18                                    )
            Defendants.              )
19
20        This Stipulated Judgment for Breach of Contract Damages and for
21  Injunctive Relief is entered into between RD Legal Funding, LLC ("RDLF" or
22  "Plaintiff") and Sherman & Salkow, a California professional corporation
23  ("Sherman & Salkow") and Arthur Sherman, an individual ("Sherman")
24  (collectively "Defendants"), as follows:
25        WHEREAS, on or about July 20, 2007, Plaintiff filed a Complaint for
26  Stipulated Judgment for Breach of Contract Damages and for Injunctive Relief
27  against the Defendants.
28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

                                    1

3172-0000\WP\Cases\Q-RSf2Legend\Funding\Sherman\P655[stipulated Judgment.DOC].doc

Exhibit A Page 6

1   WHEREAS, the Defendants have been served and do not contest the

2   allegations in the Complaint.

3   WHEREAS, Plaintiff and Defendants desire to stipulate to judgment in

4   favor of the Plaintiff and against the Defendants as follows:

### MONETARY JUDGMENT

6   1.     A non-dischargeable judgment (the "Judgment") shall be entered in

7   the Complaint in favor of Plaintiff and against Defendants in the sum of

8   $6,192,848.85, plus pre-judgment interest and post-judgment interest;

9   2.     Interest thereon shall be calculated at the note rate of 10% per annum,

10  from July 1, 2007 until the Judgment is paid in full;

11  3.     Plaintiff shall be allowed reasonable attorneys fees in the amount of

12  $15,000, plus costs of suit in the amount of $500.00.

### INJUNCTION

14  To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

15  directors, managers, employees, representatives, agents, attorneys, affiliates,

16  privies, parents, subsidiaries and/or successors in interest:

17  You are hereby **PERMANENTLY ENJOINED** from any and all of the

18  following acts:

19  1.     Demanding, collecting, receiving or in any other way diverting and

20  using any and all of the legal fees and costs due to you from: a) certain litigation

21  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

22  Civ 2843, in the United States District Court, Southern District of New York; b)

23  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

24  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

25  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

26  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

27  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

28  commonly known as Seventh Amendment to the National Diet Drug Settlement

2

Exhibit A Page 7

1   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

2   Court, Eastern District of Pennsylvania.

3         2.     Demanding, collecting, receiving or in any other way diverting and

4   using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

5   certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

6   PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

7   Fee[4];

8         3.     Transferring, conveying, assigning, pledging, deeding, selling,

9   renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

10  disposing of, any of legal fees and costs due to you from a) certain litigation

11  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

12  Civ 2843, in the United States District Court, Southern District of New York; b)

13  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

14  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

15  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

16  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

17  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

18  commonly known as Seventh Amendment to the National Diet Drug Settlement

19

20

21

22

---

[1]   Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case
No. 00 Civ 2843, in the United States District Court, Southern District of New York.

23
[2]   Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow
from certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation,
24  MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of
Washington at Seattle.

25
[3]   Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow
from certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-
26  200593HB, in the United States District Court, Eastern District of Pennsylvania.

27
[4]   Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow
from certain litigation commonly known as Seventh Amendment to the National Diet Drug
28  Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court,
Eastern District of Pennsylvania.

HEIDMAN HUDDES &
BASTIAN LLP
24633 Yerras Oaks Drive
Suite 300
Foothill Ranch, CA 92610

3

3172-0000/C:\Wy\Case\AQ-3\XDLeg\Pleadings\Sherman\TRO\Orderto\Judgment.001.doc

Exhibit A Page 8

1  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

2  Court, Eastern District of Pennsylvania.

3      4.    Transferring, conveying, assigning, pledging, deeding, selling,

4  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

5  disposing of, any of the Rezulin Legal Fee, the PPA Legal Fee, Diet Drug Legal

6  Fees, and/or the Seventh Amendment Legal Fee.

7      To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

8  directors, managers, employees, representatives, agents, attorneys, affiliates,

9  privies, parents, subsidiaries and/or successors in interest AND/OR the various

10  administrators and/or trustees and/or parties responsible for the distribution of any

11  and/or all of the legal fees and costs in the following matters: a) certain litigation

12  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

13  Civ 2843, in the United States District Court, Southern District of New York; b)

14  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

15  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

16  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

17  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

18  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

19  commonly known as Seventh Amendment to the National Diet Drug Settlement

20  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

21  Court, Eastern District of Pennsylvania.

22      YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS

23  FOLLOWS:

24      1.    Any and/or all of the legal fees and costs due to Sherman & Salkow

25  and Arthur Sherman and their officers, directors, managers, employees,

26  representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or

27  successors in interest, from the following litigation, shall be distributed directly to

28  RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

4

SHULMAN HODGES &
BASTIAN LLP
26472 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

Exhibit A Page 9

1  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

2  Civ 2843, in the United States District Court, Southern District of New York; b)

3  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

4  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

5  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

6  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB,  in the United

7  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

8  commonly known as Seventh Amendment to the National Diet Drug Settlement

9  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

10  Court, Eastern District of Pennsylvania.

11      2.      Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet

12  Drug Legal Fees, and/or the Seventh Amendment Legal Fee shall be distributed

13  directly to RD Legal Funding, LLC, as assignee of any and all such funds.

14      3.      Upon court approval in each of the respective cases noted above, for

15  distribution of such legal fees and costs, a check shall be issued payable to RD

16  Legal Funding, LLC, assignee,  and delivered to:

17      RDLF Financial Services, LLC
        Tax ID No. 20-2806702
18      P.O. Box 809161
        Chicago, IL 60680-9161
19

20  SO AGREED:

21  Dated: July 20, 2007          RD LEGAL FUNDING, LLC

22                                By: _____
                                     Roni Dersovitz
23  Dated: July 20, 2007          SHERMAN & SALKOW

24                                By: _____
                                     Arthur Sherman
25  Dated: July 20, 2007          ARTHUR SHERMAN

26

27                                By: _____
                                     Arthur Sherman
28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

Exhibit A Page 10

Jul 26 2007 2:18    SHE  R  SALKOW NEWKIRK    911  1  079              p.6

entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2.    Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet Drug Legal Fees, and/or the Seventh Amendment Legal Fee shall be distributed directly to RD Legal Funding, LLC, as assignee of any and all such funds.

3.    Upon court approval in each of the respective cases noted above, for distribution of such legal fees and costs, a check shall be issued payable to RD Legal Funding, LLC, assignee, and delivered to:

RDLF Financial Services, LLC
Tax ID No. 20-2806702
P.O. Box 809161
Chicago, IL 60680-9161

SO AGREED:

|  |  |
|---|---|
| | **RD LEGAL FUNDING, LLC** |
| Dated: July 20, 2007 | |
| | By: _____ |
| | Roni Dersovitz |
| Dated: July 20, 2007 | **SHERMAN & SALKOW** |
| | By: _____ |
| | Arthur Sherman |
| Dated: July 20, 2007 | **ARTHUR SHERMAN** |
| | By: _____ |
| | Arthur Sherman |

5

Exhibit A Page 11

1  <u>Approved as to Form and Content:</u>

2                                              SHULMAN HODGES & BASTIAN LLP

3  Dated: 7-24-07

4                              By:

5                                    Leonard M. Shulman
                                     Manijha Kadir
6                                    Attorneys for Plaintiff, RD Legal Funding,
                                     LLC

7

8                                         <u>JUDGMENT</u>

9  IT IS SO ADJUDGED.

10

11 Dated:  July __ 2007
                                     <u>UNITED STATES DISTRICT COURT JUDGE</u>
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3172-0090\WpkCases\Q-R)RDLegalFunding\ShermanPldsQyaidedJudgment 001.doc

6   Exhibit A Page 12

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the City of Riverside, County of Riverside, State of California. I am over the age of 18 years and not a party to the within action. My business address is 3750 University Avenue, Suite 670, Riverside, CA 92501

On August 15, 2007, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S)    SERVED:    **[PROPOSED] JUDGMENT**

SERVED UPON.     **Defendants Arthur Sherman and Sherman & Salkow**
Arthur Sherman, Esq.
Sherman & Salkow
11601 Wilshire Blvd., Ste 675
Los Angeles, CA 90025

[x]    **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Riverside, California   I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]    **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]    **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express or Overnite Express for overnight delivery or by Express Mail via the United States Postal Service.

[x]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made   I declare under penalty of perjury that the foregoing is true and correct

Executed on August 15, 2007, at Riverside, California

Tonia N. Mann-Wooten

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

7777-000\G Wp\Cases\Q-R\RDLegal Funding\Sherman\P\M\Stipulated Judgment 002.doc

13

NOTICE OF ASSIGNMENT AND LIEN

TO:   Michele Rosenberg, CPA
      MDL 1348 Special Master
      Cornick, Garber & Sandler, LLP
      630 Third Avenue
      New York, NY 10017

RE:   United States District Court, Southern District of New York, Master Case No. 00 Civ. 2843 (LAK)

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of In Re: Rezulin Products Liability Litigation (MDL No. 1348), transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the settlement amount of $73,100,000.00 (Seventy Three Million One Hundred Thousand Dollars and No Cents), equal to $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Pfizer, Inc. and/or MDL 1348 Special Master Michele Rosenberg, CPA of Cornick, Garber & Sandler, LLP being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)     Tax I.D. No. 20-2806702
PO Box 809161
Chicago, IL 60680-9161

Assignee:     RD Legal Funding, LLC

              By: _____              Date: October 12, 2006
                  Roni Dersovitz, Manager

Assignor:     Sherman & Salkow, a Professional Corporation
              11601 Wilshire Blvd., Suite 675
              Los Angeles, CA 90025-1742

              By: _____              Date: October 12, 2006
                  Arthur Sherman, Esq.

                                                                              D

*Revised: 08/30/2006*
*Contract Prepared By: bl*

## NOTICE OF ASSIGNMENT AND LIEN

TO:    Miller, Alfano, Rasponti, P.C.
        1818 Market Street
        Philadelphia, PA 19103

        Attn:   Gregory P. Miller, Esq.

RE:    In Re: Diet Drug Litigation
        United States District Court for the Eastern District of Pennsylvania Case No.: 2:99-cv-200593HB

        You are hereby notified that on October 12, 2006, Sherman & Salkow, PC, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of In Re: Diet Drug Litigation, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the settlement amount of $2,438,024.16, equal to $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents).  You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties.  You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement.  You are further instructed that any distribution to Sherman & Salkow, PC of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Miller, Alfano & Rasponti, P.C, being held liable for damages and attorneys fees for any loss suffered hereunder.

        Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) made payable to Sherman & Salkow, PC and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL  60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

    RDLF Financial Services, LLC (Payment Address Only)    Tax I.D. No. 20-2806702
    PO Box 809161
    Chicago, IL  60680-9161

Assignee:    RD Legal Funding, LLC

        By:                           Date: October 12, 2006
            Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, PC
        11601 Wilshire Blvd., Suite 675
        Los Angeles, CA 90025-1742

        By:                           Date: October 12, 2006
            Arthur Sherman, Esq.

4

Revised: R-04.04.2006
Contract Prepared By: jr

## NOTICE OF ASSIGNMENT AND LIEN

TO:   Lance E. Palmer, Esq.
      Kraft Palmer Davies, PLLC
      720 Third Avenue, Suite 1510
      Seattle, WA 98104-1825

RE:   United States District Court, Western District of Washington at Seattle, Master Docket No. 1-MD-1407

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in connection with the Plaintiff Litigation Expense Fund in the matter of In Re: Phenylpropanolamine (PPA) Products Liability Litigation - MDL No. 1407, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the Court Award for Interim payment of Common Benefits Fees and Costs in the amount of $3,042,914.40 (Three Million Forty Two Thousand Nine Hundred Fourteen Dollars and 40 Cents), equal to $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents), together with interest payable thereon. You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Lance E. Palmer, Esq. of Kraft Palmer Davies, PLLC being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)      Tax I.D. No. 20-2806702
PO Box 809161
Chicago, IL 60680-9161

Assignee:    RD Legal Funding, LLC

             By:                                        Date: October 12, 2006
                   Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, a Professional Corporation
             11601 Wilshire Blvd., Suite 675
             Los Angeles, CA 90025-1742

             By:                                        Date: October 12, 2006
                   Arthur Sherman, Esq.

                                                                                    D

*Revised: 08/30/2006*
*Contract Prepared By: bl*

## NOTICE OF ASSIGNMENT AND LIEN

TO:  Diet Drug Litigation – Seventh Amendment Fund Administrator
     PO Box 30
     Philadelphia, PA 19105-0030

RE:  U.S. District Court, Eastern District of Pennsylvania, MDL Docket No.1203, Civil Action No. 99-20593

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of Seventh Amendment to the National Diet Drug Settlement Agreement, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the anticipated settlement amount of at least $2,142,720.00 (Two Million One Hundred Forty Two Thousand Dollars and No Cents), equal to $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Wyeth and/or Seventh Amendment Settlement Fund Administrator being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)    Tax I.D. No. 20-2806702
PO Box 809161
Chicago, IL 60680-9161

Assignee:    RD Legal Funding, LLC

             By: _____          Date: October 12, 2006
                 Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, a Professional Corporation
             11601 Wilshire Blvd., Suite 675
             Los Angeles, CA 90025-1742

             By: _____          Date: October 12, 2006
                 Arthur Sherman, Esq.

D

Revised: 08/30/2006
Contract Prepared By: bl

1

**PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3  I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of
   18 years and not a party to the within action. My business address is 26632 Towne Centre Dr. Ste. 300,
4  Foothill Ranch, CA 92610.

5  On November 21, 2007, I served the documents named below on the parties in this Action as follows:

6  DOCUMENT(S)   SERVED:   **NOTICE OF ENTRY OF JUDGMENT**

7  SERVED UPON:   **SEE ATTACHED LIST**

8  [ x ]   **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the
         United States mail at Foothill Ranch, California. I am readily familiar with the practice of
9        Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing,
         said practice being that in the ordinary course of business, mail is deposited in the United States
10       Postal Service the same day as it is placed for collection. I am aware that on motion of party
         served, service is presumed invalid if postal cancellation date or postage meter date is more than
11       one day after deposit for mailing in affidavit.

12 [  ]  **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission
         and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I
13       either caused, or had someone cause, the transmitting machine to properly transmit the attached
         documents to the facsimile numbers shown on the service list.

14
   [  ]  **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges &
15       Bastian LLP for collection and processing of documents for overnight delivery and know that the
         document(s) described herein will be deposited in a box or other facility regularly maintained by
16       Federal Express or Overnite Express for overnight delivery or by Express Mail via the United
         States Postal Service.
17
   [ x ]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at
18       whose direction this service was made. I declare under penalty of perjury that the foregoing is
         true and correct.
19
   Executed on November 21, 2007, at Foothill Ranch, California.
20

21

22                                                        Tonia N. Mann-Wooten

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC

1

## <u>SERVICE LIST</u>

2    Diet Drug Litigation – Seventh Amendment Fund Administrator
   PO Box 30
3    Philadelphia, PA 19105-0030

4    Lance E. Palmer, Esq.
   Kraft Palmer Davies, PLLC
5    720 Third Avenue, Suite 1510
   Seattle, WA 98104-1825
6

   Gregory P. Miller, Esq.
7    Miller Alfano Rasponti PC
   1818 Market Street
8    Philadelphia, PA 19103

9    Michele Rosenberg, CPA
   MDL 1348 Special Master
10    Comick, Garber & Sandler LLP
   630 Third Avenue
11    New York, NY 10017

12    **<u>Defendants Arthur Sherman and Sherman & Salkow</u>**
   Arthur Sherman, Esq.
13    Sherman & Salkow
   11601 Wilshire Blvd., Ste. 675
14    Los Angeles, CA 90025

15    Ron Dersovitz
   RD Legal Funding LLC
16    One Eagle Street, Suite 202
   Englewood, NJ 07631

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC