UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | MDL  Docket No. 1657 |
| | (2:06- 01529-EEF-DEK) |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | OPPOSITION TO RULE TO SHOW CAUSE WHY PLAINTIFFS CASE SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO 31 |
| | Filed on Behalf of Plaintiff Drew Schuckman |
| | JUDGE FALLON |
| | MAG JUDGE KNOWLES |

**OPPOSITION TO RULE TO SHOW CAUSE WHY PLAINTIFFS CASE SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO 31**

And Now comes the Plaintiff, Drew Schuckman, by and through his attorney, Michael E Kennedy, who files the within opposition and in support thereof sets forth the following:

1.      Plaintiff Drew Schuckman initiated the within action by the filing of a writ in the Court of Common Pleas of Allegheny County, Pennsylvania on October 4, 2005

2.      After a complaint was filed, the case was removed by the Defendants to the United States District Court for the Western District of Pennsylvania

3.      The case was moved, by transfer order to the instant proceedings

4.      Counsel for Plaintiff had not received, or reviewed Pretrial Order No 31, until receipt of a letter, by certified mail, from liaison counsel for VIOX, dated July 2, 2008

5.      Prior to such mailing, Plaintiffs counsel had not received notice, through mail, ecf notice, email, or any other fashion of the requirements of PTO 31.

6.      Immediately upon receipt of the aforementioned certified mailing, Plaintiffs counsel Complied with the requirements of PTO No 31 by completing the necessary forms and sending them by electronic mail to the claims administrator at claimsadmin@browngreer.com.  Plaintiffs claim has now been properly registered.

7.      Further Plaintiffs counsel contacted the offices of liaison counsel for All Plaintiffs and Vioxx

8.      Plaintiffs counsel represents that dismissal of the within action is too severe a sanction, particularly given the fact that the terms of PTO have now been complied with.

Wherefore Plaintiff Drew Schuckman respectfully requests that this court not dismiss the above numbered case.

> s/ Michael E. Kennedy
> Michael E Kennedy, Esquire
> 1001 Manor Building
> 564 Forbes Avenue
> Pittsburgh PA  15219
>
> 412 561 7500
> mkennedy@sglawpc.com
>
> Attorney for Plaintiff, Drew Schuckman

CERTIFICATE OF SERVICE

I Michael E Kennedy, Attorney for Plaintiff Drew Schuckman (2:06- 01529-EEF-DEK) Do hereby certify that the above and foregoing opposition to rule to show cause has been served on Liaison Counsel, Russ Herman and Phillip Wittman by US Mail and e-mail and on all parties by electronically uploading the same to Lexis Nexis File and Serve Advanced in accordance with PreTrial Order No 8a on this 10th day of July, 2008

> s/Michael E Kennedy
> Michael E Kennedy