# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY
LITIGATION

| | |
|---|---|
| This document relates to: | MDL 1657 |
| AvMed, Inc.; et al. | SECTION L |
| v. | HONORABLE ELDON FALLON |
| U.S. Bancorp; BrownGreer, PLC; and John Does | MAGISTRATE KNOWLES |
| No. 08-1633 | |

### DECLARATION OF JON FEEZEL

1. My name is Jon Feezel. I suffered a heart attack following my use of Vioxx.

2. On February 4, 2004, I suffered a heart attack. For several years prior to my heart attack, I regularly used Vioxx.

3. After learning of the Settlement Program established to resolve Vioxx claims of people like me, I promptly confirmed my desire to enter into the Settlement Program, and provided the required information to my counsel. I understand that my claim was properly registered and enrolled into the Program, and that all appropriate documents have been submitted to the Claims Administrator in a timely fashion, by the required deadlines.

4. It was my understanding when I agreed to enter into the Settlement Program that, if my claim was determined to meet certain requirements, I would be

eligible for a partial payment of my settlement award. If I was determined to qualify, I understood that the partial payment would be made in August.

5. At the time of my injury I did not have insurance. After my heart attack I was unable to return to work and am currently receiving Social Security Disability. I have approximately $280,000 in bills, which have been turned over to various collection agencies. I have had to accept some very high interest loans in order to keep my heat, electricity and telephone service.

6. I am not aware of the existence of any claims of any private insurer to all or any portion of the settlement proceeds to which I may be entitled. To the best of my knowledge, there are no such claims. In addition, I have no relation to AvMed, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2008

Jon Feezel   06-17-08
3108 Creekwood Court
Bedford, TX 76021