# EXHIBIT E

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX PRODUCTS LIABILITY
LITIGATION

| | |
|---|---|
| This document relates to: | MDL 1657 |
| | SECTION L |
| AvMed, Inc.; et al. | HONORABLE ELDON FALLON |
| | MAGISTRATE KNOWLES |
| v. | |
| U.S. Bancorp; BrownGreer, PLC; and John Does | |
| No. 08-1633 | |

## DECLARATION OF JAMES CLOUSE

1.  My name is James Clouse. I suffered a heart attack following my use of Vioxx.

2.  On April 23, 2004, I suffered a heart attack. For several years prior to my heart attack, I regularly used Vioxx.

3.  After learning of the Settlement Program established to resolve Vioxx claims of people like me, I promptly confirmed my desire to enter into the Settlement Program, and provided the required information to my counsel. I understand that my claim was properly registered and enrolled into the Program, and that all appropriate documents have been submitted to the Claims Administrator in a timely fashion, by the required deadlines.

4.  It was my understanding when I agreed to enter into the Settlement Program that, if my claim was determined to meet certain requirements, I would be

eligible for a partial payment of my settlement award. If I was determined to qualify, I understood that the partial payment would be made in August.

5. At the time of my injury I did not have insurance. After my heart attack, I had significant medical bills, which I was unable to pay. Due to my inability to pay, I lost my truck, my house, and the house my parents left me in their will. I am currently on Social Security Disability and living in subsidized housing. I have less than $200 in my checking account.

6. I am not aware of the existence of any claims of any private insurer to all or any portion of the settlement proceeds to which I may be entitled. To the best of my knowledge, there are no such claims. In addition, I have no relation to AvMed, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2008

James Clouse
1002 West 9th
Shawnee, OK 74801