

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**RELATED CASE:**  AIONO, ET AL. V. MERCK & CO., INC.
2:05cv4743

## ORDER

The Court has received the attached document concerning a notice of lien against Sherman & Salkow, PC and Arthur Sherman. Counsel should be prepared to address any issues or objections related to the notice of lien at the next monthly status conference scheduled for Thursday, July 17, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 8th day of July, 2008.

                        UNITED STATES DISTRICT JUDGE

CC:  Sherman & Salkow, PC
Law Office of Arthur Sherman
11620 Wilshire Blvd., Ste. 870
Los Angeles, CA 90025

Irena Leigh Norton
Shulman Hodges & Bastian
3750 University Ave., Ste. 670
Riverside, CA 92501

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

1