UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| N. Nichols et al. v Merck, etc., Case No. 2:06-cv-03737 | * | MAG. JUDGE KNOWLES |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff JOSEPH ENGLAND (VCN # 1088405), through undersigned counsel, to move this Court to dismiss his claim, with prejudice. In support thereof, he states the following.

1.      On March 28, 2008, undersigned counsel filed with this Court "Plaintiff's Counsel's Motion To Withdraw As Counsel For Plaintiff Joseph England". (Rec. Doc No. 13850.)

2.      On May 7, 2008 this Court Issued Pretrial Order No. 36, regarding various new guidelines for Motions To Withdraw from representation of a client. Undersigned counsel's Motion To Withdraw was one of the several such Motions noted in the Order that this Court said that it was not going to grant in its current form.

3.      On May 20, 2008, therefore, via certified mail, Plaintiff mailed another letter to Plaintiff.  In it, undersigned counsel notified Plaintiff that the Motion To Withdraw had not been signed.

4.      Plaintiff contacted undersigned counsel and informed undersigned counsel that he would not complete any of the paperwork he had received and that Plaintiff wished to dismiss his claim.

1

WHEREFORE, Plaintiff Joseph England, through undersigned counsel, respectfully requests that this Honorable Court dismiss his claim without prejudice.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La.S.B. #2926)
Becnel Law Firm, L.L. C.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com
ATTORNEYS FOR PLAINTIFF JOSEPH ENGLAND

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff Joesph England's Motion To Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B) and Plaintiff Joseph England via first class and certified U.S. mail at P.O. Box 4, Bethany OK 73008.

On this 10th day of  July, 2008,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L. C.
La. Sate Bar # 2926
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
 dbecnel@becnellaw.com
ATTORNEYS FOR PLAINTIFF JOSEPH ENGLAND

2