## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| N. Nichols et al. v Merck, etc., Case No. 2:06-cv-03737 | * | MAG. JUDGE KNOWLES |

## **PROPOSED ORDER**

THIS CAUSE, having come before this court's attention on the Plaintiff JOSEPH ENGLAND'S (VCN # 1088405) Motion to Dismiss With Prejudice, and this Court having reviewed the file and being otherwise duly advised in the premises,

IT IS ORDERED AND DECREED that Plaintiff JOSEPH ENGLAND'S Motion to Dismiss With Prejudice be, and the same hereby is, GRANTED. This Order does not affect any other plaintiffs or claims in the complaint N. Nichols et al. v Merck & Co., Inc, Case No. 06-03737.

DONE AND ORDERED in Chambers in New Orleans, Louisiana, on this _____ day of _____ , 2008.

_____
Hon. Eldon Fallon, U.S. District Court Judge