UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| <u>Allison, P. et al. v Merck & Co., Inc.</u>;<br>Case No. 2:05-cv-5822 | * | MAG. JUDGE KNOWLES |

## [PROPOSED] ORDER OF PLAINTIFF WILLIAM THOMAS'S VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that Plaintiff JOMAYNE STEPHENS' Motion For Voluntary Dismissal is GRANTED and his action is hereby dismissed with prejudice. This Order does not affect any other plaintiffs or claims in the complaint <u>Allsion, P. et al. v Merck & Co., Inc</u>, Case No. 05-5822.

DONE AND ORDERED in Chambers in New Orleans, Louisiana, on this _____ day of _____ , 2008.

_____
Hon. Eldon Fallon, U.S. District Court Judge