UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| <u>Allison, P. et al. v Merck & Co., Inc,</u> | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-5822 | | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff JOMAYNE STEPHENS hereby moves this Court, pursuant to Fed R. Civ. Proc. 41(a)(2), to dismiss with prejudice his claim against Defendant, Merck & Co., Inc. in the above captioned matter.

                                                        Respectfully submitted,

                                                        /s/ Daniel E. Becnel, Jr._____
                                                        Daniel E. Becnel, Jr., (La.S.B. #2926)
                                                        Becnel Law Firm, L.L. C.
                                                        106 W. Seventh St.
                                                        P.O. Drawer H
                                                        Reserve, LA 70084
                                                        (985) 536-1186 (phone)
                                                        (985) 536-6445 (fax)
                                                        dbecnel@becnellaw.com
                                                        COUNSEL FOR PLAINTIFF
                                                        WILLIAM  THOMAS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion To Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B) and Plaintiff JoMayne Stephens via first class and certified U.S. mail.

On this 10th day of  July, 2008,

/s/ Daniel E. Becnel, Jr._____
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L. C.
La. Sate Bar # 2926
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com

2