## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| <u>Vern Accord. et al. v Merck & Co., Inc,</u> | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-448 | | |

### MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, BEATRICE CIANNI, through undersigned counsel, hereby moves this Court, pursuant to Fed R. Civ. Proc. 41(a)(2), to dismiss with prejudice her claim against Defendant, Merck & Co., Inc. in the above captioned matter. Undersigned Counsel was contacted by claimant's children and informed that Mrs. Cianni had passed away. After advising the heirs of their rights, the heirs instructed undersigned counsel to dismiss the claim.

        Respectfully submitted,

        /s/ Daniel E. Becnel, Jr.
        Daniel E. Becnel, Jr., (La.S.B. #2926)
        Becnel Law Firm, L.L. C.
        106 W. Seventh St.
        P.O. Drawer H
        Reserve, LA 70084
        (985) 536-1186 (phone)
        (985) 536-6445 (fax)
        dbecnel@becnellaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion To Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B) and Plaintiff heirs via first class and certified U.S. mail.

On this 10th day of  July, 2008,

                                        /s/ Daniel E. Becnel, Jr._____
                                        Daniel E. Becnel, Jr.
                                          Becnel Law Firm, L.L. C.
                                          La. Sate Bar # 2926
                                          106 W. Seventh St.
                                          P.O. Drawer H
                                          Reserve, LA 70084
                                          (985) 536-1186 (phone)
                                          (985) 536-6445 (fax)
                                           dbecnel@becnellaw.com