UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| <u>Vern Accord. et al. v Merck & Co., Inc.,</u>; Case No. 2:05-cv-5822 | * | MAG. JUDGE KNOWLES |

**[PROPOSED] ORDER**

    IT IS HEREBY ORDERED that Plaintiff BEATRICE CIANNI Motion For Voluntary Dismissal is GRANTED and her action is hereby dismissed with prejudice. This Order does not affect any other plaintiffs or claims in the complaint Vern Accord. et al. v Merck & Co., Inc.  Case No. 2:05-cv-5822.

DONE AND ORDERED in Chambers in New Orleans,

Louisiana, on this _____ day of _____ , 2008.

                                                    _____
                                                 Hon. Eldon Fallon, U.S. District Court Judge