# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| ************************************ | | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| <u>Byron Arthur. et al. v Merck & Co., Inc,</u> | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-4445 | | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, TRACEY HARRIS, through undersigned counsel, hereby moves this Court, pursuant to Fed R. Civ. Proc. 41(a)(2), to dismiss with prejudice his claim against Defendant, Merck & Co., Inc. in the above captioned matter.

            Respectfully submitted,

            /s/ Daniel E. Becnel, Jr._____
            Daniel E. Becnel, Jr., (La.S.B. #2926)
            Becnel Law Firm, L.L. C.
            106 W. Seventh St.
            P.O. Drawer H
            Reserve, LA 70084
            (985) 536-1186 (phone)
            (985) 536-6445 (fax)
            dbecnel@becnellaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion To Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B) and Plaintiff via first class and certified U.S. mail.

On this 10th day of  July, 2008,

                                                  /s/ Daniel E. Becnel, Jr._____
                                                  Daniel E. Becnel, Jr.
                                                  Becnel Law Firm, L.L. C.
                                                  La. Sate Bar # 2926
                                                  106 W. Seventh St.
                                                  P.O. Drawer H
                                                  Reserve, LA 70084
                                                  (985) 536-1186 (phone)
                                                  (985) 536-6445 (fax)
                                                  dbecnel@becnellaw.com