## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| <u>Byron Arthur. et al. v Merck & Co., Inc,</u> | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-5445 | | |

## [PROPOSED] ORDER

    IT IS HEREBY ORDERED that Plaintiff's, TRACEY HARRIS, Motion For Voluntary Dismissal is GRANTED and her action is hereby dismissed with prejudice. This Order does not affect any other plaintiffs or claims in the complaint Byron Arthur. et al. v Merck & Co., Inc.  Case No. 2:05-cv-5445.

DONE AND ORDERED in Chambers in New Orleans,

Louisiana, on this _____ day of _____ , 2008.

                                                                                                                       _____

                                                                     Hon. Eldon Fallon, U.S. District Court Judge