UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees<br>330 West 42nd Street - 31st Floor<br>New York, NY  10036 | * * * * * | CASE NO: 08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| and | * * | |
| THE NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, by its Trustees,<br>151 Northern Concourse<br>Syracuse, NY  08648<br>on behalf of themselves and all others similarly situated, | * * * * * * * | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |
| Plaintiffs,<br>v. | * * * | |
| BROWNGREER, PLC; BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.; BLIZZARD, McCARTHY & NABERS, LLP; GIRARDI AND KEESE; HERMAN, HERMAN, KATZ & COTLAR, LLP; LEVIN, FISHBEIN, SEDRAN & BERMAN; JOHN DOE LAW FIRMS 1-100, etc.; and JANE DOE VIOXX CLAIMANTS 1-1000, etc., | * * * * * * * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## BRIEF IN EXCESS OF TWENTY-FIVE PAGES

NOW INTO COURT, through undersigned counsel, comes defendant, BROWNGREER, PLC, who respectfully moves the Court for leave to file an Opposition to Plaintiffs' Motion for Preliminary Injunction that exceeds twenty-five pages.  This expansion of the twenty-five page

limit is necessary to allow defendant to fully apprise the Court of the facts and law surrounding plaintiffs' Motion.

          Respectfully submitted,

          IRWIN FRITCHIE URQUHART & MOORE LLC

          /s Monique M. Garsaud
          JAMES B. IRWIN (Bar No. 7172), T.A.
          MONIQUE M. GARSAUD (Bar No. 25393)
          400 Poydras Street, Suite 2700
          New Orleans, Louisiana  70130
          Telephone:  (504) 310-2100
          Facsimile:  (504) 310-2101
          Email: jirwin@irwinllc.com
                 mgarsaud@irwinllc.com

          *Attorneys for Defendant, BROWNGREER, PLC*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion for Leave to File Brief in Excess of Twenty-Five Pages has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July 2008.

          */s Monique M. Garsaud*