UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees 330 West 42nd Street - 31st Floor New York, NY 10036 | * * * * * | CASE NO: 08-3627 RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| and | * * | |
| THE NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, by its Trustees, 151 Northern Concourse Syracuse, NY 08648 on behalf of themselves and all others similarly situated, | * * * * * * * * | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, v. | * * * | |
| BROWNGREER, PLC; BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.; BLIZZARD, McCARTHY & NABERS, LLP; GIRARDI AND KEESE; HERMAN, HERMAN, KATZ & COTLAR, LLP; LEVIN, FISHBEIN, SEDRAN & BERMAN; JOHN DOE LAW FIRMS 1-100, etc.; and JANE DOE VIOXX CLAIMANTS 1-1000, etc., | * * * * * * * * | |
| Defendants. | * | |

*******************************************************************************

## [PROPOSED] ORDER

Considering the foregoing Motion for Leave to File Brief in Excess of Twenty-five Pages;

IT IS ORDERED by the Court that said Motion be and is hereby granted, and that BROWNGREER, PLC, is granted leave to file an Opposition to Plaintiffs' Motion for Preliminary Injunction that exceeds twenty-five pages.

New Orleans, Louisiana this _____ day of July, 2008.

_____
JUDGE ELDON E. FALLON