MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732
*Attorneys for Plaintiff Leo Conk*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL Docket No. 1657<br>Case No. 2:05cv1167 |
| Leo Conk | |
| Plaintiff | |
| v. | |
| MERCK & COMPANY, INC., a corporation, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of Plaintiff Leo Conk, be dismissed with prejudice, each

party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this __8th__ day of _____July_____, 2008.

District Judge

APPROVED AS TO CONTENT AND FORM:

Phillip Wittmann
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER OF DISMISSAL WITH PREJUDICE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of June, 2008.

           /s/ Stephen F. Edwards
         Stephen F. Edwards
         Bar No. 10780
         Attorney for Plaintiff
         Morgan, Minnock, Rice & James
         Kearns Building, Eighth Floor
         136 South Main Street
         Salt Lake City, UT 84101
         Tel. (801) 531-7888
         Fax (801) 531 9732
         sedwards@mmrj.com