UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

## Opposition to Dismissal

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, and hereby oppose the Motion to Dismiss for failure to Comply with Pre-Trial Order Number 31:

Plaintiffs were all residents of Louisiana and Mississippi at the time of Hurricane Katrina. Additionally, Counsel for Plaintiffs office sustained damage as a result of the storm.

Since that time, Plaintiffs' counsel has not been able to locate the named Plaintiffs.

Documentation concerning the Plaintiffs' whereabouts post Katrina and documentation of their medical diagnosis, complaints and treatment are in the process of being recreated.

Plaintiffs' counsel has enlisted the aid of a private investigator to locate the named Plaintiffs.

Accordingly, at this time, Counsel for the Plaintiffs are only able to supply Defendants with The Registration Affidavit and an incomplete Exhibit 1 which contains the last known address and all information that was electronically stored.  The same is being sent contemporaneously with this opposition to Merck at registration@hugheshubbard.com, to PEC at rherman@hhkc.com and to the Claims Administrator at claimsadmin@browngreer.com.

Accordingly, Plaintiffs respectfully request that their claims not be dismissed and that they be given additional time to fully comply with the requested information in Exhibit 1 as ordered in Pre-Trial Order 31.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin                        .*
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

## **CERTIFICATION OF SERVICE**

I hereby certify that on the 10th day of July, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to:  Phillip Wittmann  Stone Pigman Walther Wittmann, LLC  546 Carondelet St. New Orleans, LA 70130  by operation of the court's electronic filing system.

I further certify that there are no non-CM/ECF participants.

*/s/ Ron A. Austin                        .*
**RON A. AUSTIN (#23630)**