UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

**This Document Relates To: ROSALIO ADAME**
**Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.**
**Case No. 2:07-CV-00398EEF-DEK**

## RICARDO G. BENAVIDES' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ROSALIO ADAME and BENERANDA ADAME

NOW COMES, Ricardo G. Benavides, Attorney or Record for Plaintiffs ROSALIO ADAME and BENERANDA ADAME and files this Motion to Withdraw as Counsel, and in support would show as follows:

### I.

### Background

This action was filed on or about September 29, 2006, in the 103rd Judicial District Court, Cameron County, Texas. Plaintiffs Rosalio Adame and Beneranda Adame filed suit against Merck & Co., Inc., Valley Diagnostic Clinic, P.A. and Luis A. Reynoso, M.D. for physical injuries suffered by Rosalio Adame allegedly caused by the ingestion of Vioxx. Ricardo G. Benavides, then an employee of the Law Office of Mark Cantu, was designated attorney in charge of the case. Subsequently, the case was removed to the United States District Court for the Southern District of Texas, Brownsville Division. A Motion by Defendant Merck & Co., Inc. To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation was filed on or about November 14, 2006. The United States District Court Southern District of Texas Brownsville Division granted Defendant, Merck & Co., Inc.'s Motion

To Stay All Proceedings Pending Transfer Decision by the Judicial Panel Multidistrict Litigation on or about November 22, 2006.

Ricardo G. Benavides left the employment of the Law Office of Mark Cantu on or about October 2006. Because Rosalio and Beneranda Adame had signed a contract of legal representation with the Law Office of Mark Cantu, Mr. Benavides filed a Motion to Withdraw as Counsel of Record in the Southern District of Texas on or about February 22, 2007. In filing said motion, Ricardo G. Benavides communicated with Plaintiffs explaining his separation from employment with the Law Office of Mark Cantu; that Plaintiff's contract for legal services was with Mark Cantu and that their claims would be handled by another attorney with the Law Office of Mark Cantu. Plaintiffs consented to Ricardo G. Benavides' withdrawal. Upon information and belief, this motion was never ruled upon, as the action in that Court was stayed pursuant to the conditional transfer order to the Eastern District of Louisiana Vioxx MDL.

## II.
### Motion to Withdraw

Ricardo G. Benavides now requests that he be allowed to withdraw as attorney of record and permit Robert Schell, an employee with the Law Office of Mark Cantu, to be substituted as attorney of record so that Plaintiffs may continue to prosecute their case represented by counsel. Mr. Schell's Texas State Bar Number is 24007992, his address is Law Office of Mark Cantu, 1300 North 10th Street, Suite 400, McAllen Texas 78501, his telephone number is 956-687-8181 and his fax number is 956-687-8868. Upon information and belief, Mr. Schell is in good standing with the State Bar of Texas, is licensed to practice with the Southern District of Texas, and agrees to abide by the rules of the Eastern District of Louisiana.

Ricardo G. Benavides has attempted to communicate with Plaintiffs by telephone to explain his separation from employment with the Law Office of Mark Cantu; that Plaintiff's contract for legal services was with Mark Cantu and that their claims would be handled by Robert Schell, an attorney with the Law Office of Mark Cantu, but has been unsuccessful in reaching them. Ricardo G. Benavides will continue to attempt to contact Plaintiffs pursuant to the Eastern District Louisiana Rules.

WHEREFORE, PREMISES CONSIDERED, Ricardo G. Benavides prays that the Court grant his Motion to Withdraw and allow Mr. Robert Schell to be substituted as attorney of record for Plaintiffs for all purposes.

Respectfully submitted,

ROMERO, GONZALEZ & BENAVIDES, LLP
THE WATER TOWER CENTRE
612 Nolana Ave.., Suite 520
McAllen, Texas  78504
Tel:  956/686-9151
Fax:  956/686-9152

/s/ Ricardo G. Benavides
RICARDO G. BENAVIDES
Texas State Bar No. 24031735
Federal Admission No. 32205

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document was served on July 10, 2008 upon:

MERCK at registration@hugheshubbard.com;
      At dwimberly@stonepigman.com;
      By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com

Respectfully submitted,

/s/ Ricardo G. Benavides
RICARDO G. BENAVIDES
ROMERO, GONZALEZ & BENAVIDES, LLP
612 Nolana Ave., Suite 520
McAllen, Texas 78504