UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

**This Document Relates To: ROSALIO ADAME**

**Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.**

**Case No. 2:07-CV-00398EEF-DEK**

**ORDER ON RICARDO G. BENAVIDES' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ROSALIO ADAME and BENERANDA ADAME**

After considering Ricardo G. Benavides' Motion to Withdraw as counsel for Rosalio Adame and Beneranda Adame, the court

_____  DENIES the motion.

_____  GRANTS Ricardo G. Benavides' Motion to Withdraw and ORDERS that Robert Schell be substituted as attorney in charge for Rosalio Adame and Beneranda Adame.

_____  FINDS good cause to allow Ricardo G. Benavides to withdraw as counsel for Rosalio Adame and Beneranda Adame and GRANTS Ricardo G. Benavides' Motion to Withdraw.

SIGNED on _____, 2008

_____
**U.S. District Judge**

**APPROVED & ENTRY REQUESTED:**


ROMERO, GONZALEZ & BENAVIDES, LLP
THE WATER TOWER CENTRE
612 Nolana Ave.., Suite 520
McAllen, Texas  78504
Tel:  956/686-9151
Fax:  956/686-9152

　　　　/s/ Ricardo G. Benavides
RICARDO G. BENAVIDES
Texas State Bar No. 24031735
Federal Admission No. 32205