## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

**This Document Relates To: ROSALIO ADAME**

**Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.**

**Case No. 2:07-CV-00398EEF-DEK**


### PLAINTIFFS' ROSALIO ADAME AND BENERANDA ADAME'S RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT DISMISSED FOR NON-COMPLIANCE WITH PRE-TRIAL ORDER 31

NOW COMES, Plaintiffs **ROSALIO ADAME** and **BENERANDA ADAME**, by and through attorney, Ricardo G. Benavides, and in response to the Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed for Non-Compliance with Pretrial Order 31, dated July 15, 2008, would show as follows:


### I.

Good cause exists for this case not to be dismissed. Plaintiffs signed a contract of legal representation with the Law Office of Mark Cantu. Ricardo G. Benavides, then an employee of the Law Office of Mark Cantu, was designated attorney in charge of the case. Subsequently, the case was removed to the United States District Court for the Southern District of Texas, Brownsville Division. A Motion by Defendant Merck & Co., Inc. To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation was filed on or about November 14, 2006. The United States District Court Southern District of Texas Brownsville Division granted Defendant, Merck & Co., Inc.'s Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel Multidistrict Litigation on or about November 22, 2006.

Ricardo G. Benavides left the employment of the Law Office of Mark Cantu on or about October 2006.   Because Rosalio and Beneranda Adame had signed a contract of legal representation with the Law Office of Mark Cantu, Mr. Benavides filed a Motion to Withdraw as Counsel of Record in the Southern District of Texas on or about February 22, 2007.   Upon information and belief, this motion was never ruled upon, as the action in that Court was stayed pursuant to the conditional transfer order to the Eastern District of Louisiana Vioxx MDL.  On or about July 9, 2008 at 4:15 p.m. the Law Office of Mark Cantu contacted Romero, Gonzalez & Benavides LLP where Ricardo G. Benavides is a partner; informed him that his motion to withdraw was never ruled upon; that Robert Schell, an employee of Mark Cantu who was assigned to handle the matter could not electronically file any documents in this matter until Ricardo G. Benavides filed a motion to withdraw/substitute counsel in accordance with the rules of the Eastern District of Louisiana; and that a deadline to respond to the Court's Show Cause Order. In order to assist the Plaintiffs in this matter, Ricardo G. Benavides filed a motion to withdraw on July 10, 2008.

Ricardo G. Benavides was not aware of the December 29, 2006, conditional transfer order having separated from the Law Office of Mark Cantu in October 2006. His last act of representation in this matter, excluding this filing and that of his motion to withdraw, was in February 2007, when he filed a motion to withdraw. Said filing was done without the benefit of the file.

Upon representations of the Law Office of Mark Cantu, information and belief, due to an error in communication and filing, notice of the conditional order transferring this case to the Eastern District of Louisiana Vioxx MDL was filed away without notice to any of the attorneys who remained at the Law Office of Mark Cantu.    Upon representations of the Law Office of Mark Cantu, information and belief, because none of the attorneys at the Law Office of Mark Cantu were aware of the transfer and/or the need for action concerning the various Pretrial Orders entered by this Court until a recent auditing of the firm's active files, Pretrial Order 31 was not complied with according to the Court's original deadline.

Upon representations of the Law Office of Mark Cantu, information and belief, counsel for Plaintiffs have now been made aware of the conditional transfer order dated

December 29, 2006, and have complied with the registration requirements of PTO 31. (See Exhibit "A," Registration Affidavit, with Exhibit 1 and Certificate of Service)  Upon representations of the Law Office of Mark Cantu, information and belief, Upon representations of the Law Office of Mark Cantu, information and belief, counsel for Plaintiffs are making a good faith effort to bring Plaintiffs into full compliance with the various Pretrial Orders entered by this Court in this action.   Upon representations of the Law Office of Mark Cantu, information and belief, it appears that Plaintiffs' prior failure to comply with Pretrial Order 31 was the result of error and not of conscious disregard.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court deny Merck's Motion to Show Cause why these Plaintiffs' case should not be dismissed for failure to register.

Respectfully submitted,

ROMERO, GONZALEZ & BENAVIDES, LLP
THE WATER TOWER CENTRE
612 Nolana Ave.., Suite 520
McAllen, Texas  78504
Tel:  956/686-9151
Fax:  956/686-9152

_____/s/ Ricardo G. Benavides_____
RICARDO G. BENAVIDES
Texas State Bar No. 24031735
Federal Admission No. 32205

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document was served on July 10, 2008 upon:

MERCK at registration@hugheshubbard.com;
        At dwimberly@stonepigman.com;
        By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com

Respectfully submitted,

   /s/  Ricardo G. Benavides
RICARDO G. BENAVIDES
ROMERO, GONZALEZ & BENAVIDES, LLP
612 Nolana Ave., Suite 520
McAllen, Texas 78504