at&t

From: Claimsadmin@browngreer.com
To: cantrelllawfirm@bellsouth.net
Subject: Enrollment Deadline Date Extended to June 30, 2008
Date: Fri, 2 May 2008 21:38:15 +0000

High F

Merck has announced that it has extended the Enrollment Deadline Date to June 30, 2008. As a result, you have until June 30, 2008, to submit all of the Enrollment Documents required to Enroll claimants who meet the eligibility criteria to participate in the Settlement Program (including having an eligible injury and a lawsuit or Tolling Agreement by November 9, 2007). See the Instructions at http://www.browngreer.com/vioxxsettlement/images/pdfs/enr_inst_counsel.pdf for a description of those required Enrollment Documents. This extension of the Enrollment Deadline does not affect either: (1) the deadline for submitting your Certification of Final Enrollment, which passed on May 1, 2008; or (2) the Claims Package Deadline to submit claims materials, which remains July 1, 2008.

**Vioxx Claims Administrator**
**BROWNGREERPLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*



EXHIBIT #: "A"

 

**LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.**
ATTORNEY AND COUNSELOR AT LAW
NOTARY PUBLIC
1550 N. BROAD STREET
NEW ORLEANS, LOUISIANA 70119

*Telephone: (504) 265-0437*                                    *Facsimile: (504) 265-0440*

June 26, 2008

RE: In re Vioxx Litigation
Plaintiffs' Registration and Enrollment

### CERTIFICATE OF SERVICE

I hereby certified that I have on this  27  day of  June  2008, served a copy of the foregoing documents on and through the Claims Administrator at claimsadmin@browngreer.com to Merck and the PEC and counsels for all parties to this proceeding, electronically according to the service of process to which all parties stipulated to.

*[signature]*
PIUS A. OBIOHA

**EXHIBIT #: "B"**

# REGISTRATION AFFIDAVIT: PRIMARY COUNSEL

I hereby certify pursuant to 28 U.S.C. § 1746 as follows:

## A. LAW FIRM INFORMATION

I am an attorney in good standing who is admitted to practice law in the State of Louisiana.

| Name | Last: Obioha | First: Pius | Middle: Akamdi |
|---|---|---|---|
| Name of Law Firm | Law Offices Of Pius A. Obioha & Associates, LLC | | |
| Current Address | Street: 1550 North Broad Street | | |
| | City: New Orleans | State: LA   Zip: 70119- | Country: U.S.A. |
| Telephone Number | 504-265-0437 | Facsimile: 504-265-0440 | Email: Pakamdi@aol.com |

## B. LAWSUIT INFORMATION

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply where your clients have cases pending):

☒ Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana

☐ Order entered on 11/9/07 by the Superior Court of New Jersey Law Division: Atlantic County

☐ Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas

☐ Order entered on 11/9/07 by the Superior Court of the State of California County of Los Angeles in NCCP No. 4247

For any claimant with a case pending in a state court that is not in one of the Coordinated Proceedings, check that you are making this Certification pursuant to the Federal MDL Order.

## C. EXHIBIT 1

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in each claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidavit.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 06/18/2008 (Month/Day/Year) | *Pius Obioha* (signature) |
|---|---|---|
| | | Primary Counsel |

V2009

EXHIBIT #-"B"

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

June 30, 2008

**By Email**

Pius Akamdi Obioha, Esquire
Law Offices of Pius A. Obioha & Associates, LLC
1550 North Broad Street
New Orleans, LA 70119

Re:   **First Response to Registration Materials**

Dear Counsel:

I will be your CA Contact for the duration of the VIOXX Settlement Program. This is my contact information:

| Name | Laura Burkholder |
|---|---|
| Direct Dial Number | (804) 521-7176 |
| Email Address | lburkholder@browngreer.com |

I will answer your questions, receive all your future claims submissions, and provide notices to you on your claims as they move through the Program. Feel free to call my direct dial number shown above, or use our toll free number also shown above and ask to speak to me. You can also reach me by email to my address shown above, which you should use rather than the general claimsadmin@browngreer email box from now on.

After we review the Registration Materials you sent us, we will prepare and send to you electronically a Release, an Authorization for Release of Medical Records, and an Authorization for Release of Employment Records for your client, if the information in the Registration Materials was complete enough to generate those Forms. We will post those Forms on a secure website for your use and will send you instructions on how to access that website, download your forms and print them to use in obtaining signatures. We will also tell you if your client is lacking information and send you a set of Enrollment Instructions detailing the steps you need to follow to enroll your claimant.

V1002v2


EXHIBIT #: "B"

You can go to our general settlement website, www.browngreer.com/vioxxsettlement and download live versions of the Enrollment Form and Stipulation of Dismissal for you to complete as part of the Enrollment process. Do not download the Release, Authorization for Release of Medical Records, or Authorization for Release of Employment Records from the website and attempt to create your own. Wait until you receive them from us, because each of them will have unique bar codes to facilitate handling of them when they are returned to us.

I look forward to working with you. Thank you.

Sincerely,

*[signature]*

Laura Burkholder

EXHIBIT #: "B"



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

May 12, 2008

**VIA ELECTRONIC MAIL (pius@obiohalawoffices.com)**

Pius A. Obioha, Esq.
Pius A. Obioha & Associates, LLC
1550 N. Broad Street
New Orleans, LA 70119

   ***Re:***  ***In re Vioxx® Litigation***

Dear Counsel:

  The plaintiffs listed in the enclosed report have not been registered with the Vioxx Claims Administrator BrownGreer as required by the Court's November 9, 2007 Order. Please be advised that Merck will move to dismiss these plaintiffs' claims for failure to comply with the Order, unless these plaintiffs are registered no later than Tuesday, May 20, 2008.

  Information about registration is available at the BrownGreer website (www.browngreer.com).

  Thank you for your anticipated cooperation.

         Very truly yours,

         *[signature]*

         Charles W. Cohen

Enclosure

**EXHIBIT #: "C"**