UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE KNOWLES |
| MDL No. 05-5586 | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, RAYMOND HART, FRANK ROBERTS, RICHARD L. PHILLIPS, LORRAINE D. WILLIAMS, PETER JIMACK, MIRZA M. BAIG, FOKKE FENNEMA, MILDRED U. GEMERTS, A.J.H.M. HENDRIKS-SAAT, IVO G. KNOTTERNUS, AART KROONEMAN, HUGO PIETERSE, and RENE WESSELS, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Benjamin J. Cooper
BENJAMIN J. COOPER, #502149
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
bjcooper@aaronlevinelaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of July, 2008.

    /s/ Aaron M. Levine
AARON M. LEVINE, DC #7864
    Attorney for Plaintiffs
Aaron M. Levine & Associates
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Tel:    202-833-8040
Fax:    202-833-8046
aaronlevinelaw@aol.com