UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Roger Pierce v. Merck & Co., Inc.; Case No. 2:05-cv-05920 | * | |
| | * | |
| | * | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Pretrial Order 36, The Mulligan Law Firm, Counsel of record for Roger Pierce, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing this motion to withdraw. Plaintiff has consented to Counsels' request to withdraw. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

4. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 1312 South Westmoreland Rd., DeSoto, TX 75115.

5. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

6. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons The Mulligan Law Firm urge the Court to grant this motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 11th day of July, 2008.

/s/ *Reid Stewart*_____
Patrick J. Mulligan, Esq.
Eric Roberson, Esq.
Reid Stewart, Esq.
THE MULLIGAN LAW FIRM
4514 Cole Avenue, Suite 300
Dallas, Texas 75205
(214) 219-9779 (telephone)
(214) 520-8789 (facsimile)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liason Counsel, Russ Herman and Phillip Wittmann, and all parties by e-mail and/or by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 28 and in accord with the procedures established in MDL 1657 on this 11th day of July 2008.

/s/ *Reid Stewart*_____
Reid Stewart

# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx®** <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> **This document relates to:** <br><br> **ROGER PIERCE,** <br><br>        **Plaintiff,** <br> **vs.** <br><br> **MERCK & COMPANY., INC.,** <br><br>        **Defendant.** | **MDL DOCKET NO. 1657** <br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **MAG. JUDGE KNOWLES** <br><br> **Case Code Number: 1657** <br><br> **Case No.: 2:05-cv-05920** |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that The Mulligan Law Firm, are hereby withdrawn as Counsel of Record for Roger Pierce.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**