UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx®** <br> **PRODUCTS LIABILITY LITIGATION** <br> **This document relates to:** <br> **ROGER PIERCE,** <br>     **Plaintiff,** <br> **vs.** <br> **MERCK & COMPANY., INC.,** <br>     **Defendant.** | **MDL DOCKET NO. 1657** <br> **SECTION L** <br> **JUDGE FALLON** <br> **MAG. JUDGE KNOWLES** <br> **Case Code Number: 1657** <br> **Case No.: 2:05-cv-05920** |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that The Mulligan Law Firm, are hereby withdrawn as Counsel of Record for Roger Pierce.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**