# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Locklar | First: Benjamin | Middle: L. |
| **Name of Law Firm** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

| **Current Address** | Street: 234 Commerce Street | | | | |
|---|---|---|---|---|---|
| | City: Montgomery | State: AL | Zip: 36104 | Country: USA | |

| **Telephone Number** | 334-269-2343 | **Facsimile** | 334-954-7555 | **Email** | ben.locklar@beasleyallen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Morrow | First: Opha | Middle: |

| **Plaintiff Address** | Street: ~~1512~~ Emerald Bay Boulevard | | | |
|---|---|---|---|---|
| | City: White Creek | State: TN | Zip: 37189 | Country: USA |

| **Telephone Number** | 615-876-798 | **Facsimile** | NONE | **Email** | NONE |
|---|---|---|---|---|---|

| **Case Caption** | Pat Geasley, et al. v. Merck & Co., ~~Inc.~~ (Opha Morrow) |
|---|---|
| **Case Number** | 05-4508 |
| **Court Where Case is Pending** | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Reaves | First: Towanda | Middle: |

| **Address** | Street: 5133 William Avenue | | | |
|---|---|---|---|---|
| | City: Minneapolis | State: MN | Zip: 55436 | Country: USA |

| **Telephone Number** | 952-934-354 | **Facsimile** | NONE | **Email** | NONE |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Spouse ) |
|---|---|

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  07 / 01 / 08 . (*Record Docket No.* 14990 )
   Month Day Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

**E. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 07 / 09 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar Counsel |
|---|---|---|

#343319                                    2