# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
**(Paragraph II.C of PTO No. 36)**

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Webb | Seth | Sharrock |

| **Name of Law Firm** | Brown & Crouppen, PC |
|---|---|

**Current Address**

Street: 720 Olive, Suite 1800

| City | State | Zip | Country |
|---|---|---|---|
| St. Louis | MO | 63101 | United States |

| **Telephone Number** | 314-421-0216 | **Facsimile** | 314-421-0359 | **Email** | swebb@brownandcrouppen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Guthrie | Charles | |

**Plaintiff Address**

Street: 17 St. Catherine's Drive

| City | State | Zip | Country |
|---|---|---|---|
| St. Peters | MO | 63376 | United States |

| **Telephone Number** | 636-278-4585 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Robert Ruzicka, et al. v. Merck & Co., Inc |
|---|---|
| **Case Number** | 2:06cv1971 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

**Address**

Street:

| City | State | Zip | Country |
|---|---|---|---|
| | | | |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

| |
|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>(Paragraph II.C of PTO No. 36) |
| **D.  COMPLIANCE WITH PTO NO. 36** |

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __7__ / __9__ / __2008__ .
<br>                                                     Month   Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E.  SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

**Date Signed**    __7__ / __14__ / __2008__        ____/s/ Seth S. Webb_____
                       (Month/Day/Year)                               Counsel

#344082