# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
**(Paragraph II.C of PTO No. 36)**

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Webb | First: Seth | Middle: Sharrock |
| **Name of Law Firm** | Brown & Crouppen, PC | | |

**Current Address**
- Street: 720 Olive, Suite 1800
- City: St. Louis | State: MO | Zip: 63101 | Country: United States

| **Telephone Number** | 314-421-0216 | **Facsimile** | 314-421-0359 | **Email** | swebb@brownandcrouppen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Strickland | First: Roy | Middle: |

**Plaintiff Address**
- Street: 338 Wood Street
- City: Commerce | State: GA | Zip: 30529 | Country: United States

| **Telephone Number** | 706-335-0870 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Opal Kaufman, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 2:05cv5835 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

**Address**
- Street:
- City: | State: | Zip: | Country:

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

| D. COMPLIANCE WITH PTO NO. 36 |
|---|

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 9 / 2008 .
<br>Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| E. SIGNATURE |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

**Date Signed**   7 / 14 / 2008
(Month/Day/Year)

 /s/ Seth S. Webb
Counsel

#344082

2