# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
**(Paragraph II.C of PTO No. 36)**

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Driscoll | First: John | Middle: J |

**Name of Law Firm:** Brown & Crouppen, P.C.

**Current Address:**
- Street: 720 Olive, Suite 1800
- City: St. Louis
- State: MO
- Zip: 63101
- Country: United States

**Telephone Number:** 800-536-4357  **Facsimile:** 314-421-0359  **Email:** jdriscoll@brownandcrouppen.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Sprio | First: Charmaine | Middle: |

**Plaintiff Address:**
- Street: 22514 East Abrolat Road
- City: Wright City
- State: MO
- Zip: 63390
- Country: United States

**Telephone Number:** 636-745-0336  **Facsimile:**  **Email:**

**Case Caption:** Shirley Adams, et al. v. Merck & Co., Inc., et al.

**Case Number:** 2:06cv2101

**Court Where Case is Pending:** United States District Court Eastern District of Louisiana

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Allen | First: Chris | Middle: |

**Address:**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:** 636-463-1091  **Facsimile:**  **Email:**

**Relationship to Plaintiff:** ☐ Friend   ☒ Relative (specify relationship: Daughter)

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on   7   /   9   /   2008  .
  Month   Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   7 / 14 / 2008
(Month/Day/Year)

___/s/ John J. Driscoll_____
Counsel

#344082

2