

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL 10  PM 2: 13

LORETTA G. WHYTE
CLERK

Rhett Lunceford (7926)
SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation
5295 South Commerce Drive, Suite 200
Murray, Utah 84107
Telephone: (801) 747-0647
Facsimile: (801) 747-1049

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br>OPPOSITION TO ORDER TO SHOW CAUSE | MDL Docket No. 1657<br>2:07-cv-00739-EEF-DEK<br>SECTION L<br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**OPPOSITION TO ORDER TO SHOW CAUSE**

COMES NOW Plaintiff, L. Kim Hanson, by and through his counsel of record, Rhett G. Lunceford, and the law firm Smart, Schofield, Shorter & Lunceford, with a motion in opposition to the proposed Order to Show Cause and Dismissal regarding Pretrial Order No. 31.

**1.    This case should not be dismissed as Plaintiff has filed the required registration per Pretrial Order No. 31.**

On July 9, 2008, Plaintiff sent in to the Claims Administration of Brown Greer, via email, a Registration Affidavit, as well as the required Exhibit 1 XL spreadsheet and received a confirmation back from the Claims Administrator. *See* attached Exhibit A. By having such

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____

information, Defendants are clearly able to view and have not lost any benefits as the information is in the hands of the administrator and available to Defendants in this matter.

### 2. **Defendants did not bring this motion and indicate they were in duress because the Registration was filed tardy.**

Plaintiff indicates that defense has not raised the issue regarding timeliness of Registration and as Plaintiff is currently registered appropriately with the Administrator in this matter, Plaintiff argues that he has complied with Pretrial Order No. 31, and as such, would ask that this matter not be dismissed.

### CONCLUSION

Plaintiff believes that he has met the necessary burden in this matter to have the case proceed forward so that it may be heard on its merits.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays the Court deny the Order to Show Cause Dismissal.

DATED THIS 9th day of July, 2008.

SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation

_____
RHETT G. LUNCEFORD
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2008, I caused to be served a true and correct copy of the foregoing Opposition to Order to Show Cause via Federal Express, addressed to:

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130-3588

*/s/ Holly J. Gardner*

3