# REGISTRATION AFFIDAVIT: PRIMARY COUNSEL

I hereby certify pursuant to 28 U.S.C. § 1746 as follows:

## A. LAW FIRM INFORMATION

I am an attorney in good standing who is admitted to practice law in the State of Utah

| **Name** | Last: Lunceford | First: Rhett | Middle: G. |
|---|---|---|---|
| **Name of Law Firm** | Smart, Schofield, Shorter & Lunceford | | |
| **Current Address** | Street: 5295 South Suite 200 | | |
| | City: Murray | State: UT  Zip: 84010- | Country: Usa |
| **Telephone Number** | 801-747-0647 | Facsimile: 801-747-1049 | Email: rhett.lunceford@utahlaw-smart.com |

## B. LAWSUIT INFORMATION

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply, where your clients have cases pending):

☒ Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana

☐ Order entered on 11/9/07 by the Superior Court of New Jersey Law Division: Atlantic County

☐ Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas

☐ Order entered on 11/9/07 by the Superior Court of the State of California County of Los Angeles in NCCP No. 4247

For any claimant with a case pending in a state court that is not in one of the Coordinated Proceedings, check that you are making this Certification pursuant to the Federal MDL Order.

## C. EXHIBIT 1

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in each claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidavit.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 7/19/2008 (Month/Day/Year) | [signature] Primary Counsel |
|---|---|---|

V2009

Rhett Lunceford (7926)
SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation
5295 South Commerce Drive, Suite 200
Murray, Utah 84107
Telephone: (801) 747-0647
Facsimile: (801) 747-1049

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>REGISTRATION | MDL Docket No. 1657<br>SECTION L<br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**CERTIFICATE OF SERVICE**
**(REGISTRATION)**

Plaintiff, L. Kim Hanson, by and through his counsel of record, Rhett G. Lunceford, hereby certifies that on the 9th day of July, 2008, he caused to be served true and correct copies of the Registration and Exhibit 1 via email to claimsadmini@browngreer.com.

DATED THIS 9th day of July, 2008.

SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation

RHETT G. LUNCEFORD
Attorney for Plaintiff

## Primary Counsel Information

### Information About The Primary Counsel Submitting The Registration Affidavit

| # | Field | Value |
|---|---|---|
| 1. | Name | Rhett G. Lunceford |
| 2. | Position at Firm | Attorney |
| 3. | Law Firm Name | Smart, Schofield, Shorter & Lunceford |
| 4. | Phone Number | 801-747-0647 |
| 5. | Fax Number | 801-747-1049 |
| 6. | E-mail Address | rhett.lunceford@utahlaw-smart.com |

| # | Field | Mailing Address | Delivery Address |
|---|---|---|---|
| 7. | Address | 5295 South Commerce Dr. Suite 200 | 5295 South Commerce Dr. Suite 200 |
| 8. | City | Murray | Murray |
| 9. | State | Utah | Utah |
| 10. | Zip Code | 84107 | 84107 |

### Information About The Primary Contact At Firm (If Different From The Above)

| # | Field | Value |
|---|---|---|
| 1. | Name | See Above |
| 2. | Position at Firm | |
| 3. | Phone Number | |
| 4. | Fax Number | |
| 5. | E-mail Address | |

### Information About The Secondary Contact At Firm (If Different From The Above)

| # | Field | Value |
|---|---|---|
| 1. | Name | See Above |
| 2. | Position at Firm | |
| 3. | Phone Number | |
| 4. | Fax Number | |
| 5. | E-mail Address | |

# Rhett Lunceford

| | |
|---|---|
| **From:** | Vioxx Claims Administrator [Claimsadmin@browngreer.com] |
| **Sent:** | Wednesday, July 09, 2008 2:02 PM |
| **To:** | Rhett Lunceford |
| **Cc:** | Laura Burkholder |
| **Subject:** | Registration Materials |
| **Attachments:** | Correspondence - Response to Registration Materials - Smart, Schofield, Shorter & Lunceford - 2008-7-9.pdf |



Correspondence -
Response to R...

This confirms that we have received your Registration Materials. Attached is a letter introducing you to your Claims Administrator Contact (CA Contact) who will serve as your contact person here throughout the settlement process. This letter describes the next steps in the Settlement Process. Please get in touch with your CA Contact if you have questions.

Vioxx Claims Administrator
BROWNGREER PLC
115 S. 15th Street, Suite 400
Richmond, Virginia  23219-4209
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

  this email.
>

-----Original Message-----
From: Rhett Lunceford [mailto:RhettLunceford@utahlaw-smart.com]
Sent: Wednesday, July 09, 2008 2:56 PM
To: Vioxx Claims Administrator
Subject: FW: Vioxx

Please find enclosed the Registration and Exhibit 1 for L. Kim Hanson 2:07-cv-00739-EEF-DEK

If there are any problems with the email please contact either myself or my assistant Holly

Sincerely

Rhett G. Lunceford, Esq.
Smart, Schofield, Shorter & Lunceford, P.C.
5295 South Commerce Drive, Suite 200
Murray, Utah 84107