# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| Name | Goldstein | Brian | A |

| Name of Law Firm | Cellino & Barnes |
|---|---|

| Current Address | Street: 17 Court Street |
|---|---|
| | City: Buffalo / State: NY / Zip: 14202 / Country: U.S. |

| Telephone Number | 716-854-2020 | Facsimile | 716-854-6291 | Email | Brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| Name | Ross | John | |

| Plaintiff Address | Street: 5825 Fairhill Street, S.E. |
|---|---|
| | City: Waynesburg / State: OH / Zip: 44688 / Country: U.S. |

| Telephone Number | (330) 488-2890 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | ANDO, et al. vs. Merck & Co., Inc., et al. |
|---|---|
| Case Number | 2:06-cv-10629-EEF-DEK |
| Court Where Case is Pending | E.D.L.A. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| Name | | | |

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship:_____) |
|---|---|

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __7__ / __14__ / __2008__. (*Record Docket No.* __2__)
Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**     __7__ / __14__ / __2008__     [signature]
(Month/Day/Year)

2