UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AvMed, Inc.; et al. | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 08-1633 |
| | § | |
| US Bancorp; BrownGreer, PLC; and John Does | § | SECTION L, MAG. 3 |
| | § | |
| | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |
| | § | |
| | § | In Relation to: MDL Docket No. 1657 |
| | § | |
| | § | In Re: VIOXX |
| | § | |
| | § | PRODUCTS LIABILITY LITIGATION |

**[PROPOSED] ORDER ON PLAINTIFFS' EMERGENCY MOTION
TO REINSTATE PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs have filed an Emergency Motion to Reinstate Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. After considering the issue, the court finds the motion should be GRANTED.

Accordingly, Plaintiffs' previously-filed Motion for Temporary Restraining Order and Preliminary Injunction shall be heard at the next Vioxx MDL status conference on July 17, 2008. All previous briefing on that motion by all parties is hereby deemed refiled.

SO ORDERED.

Dated: _____

_____
Honorable Eldon E. Fallon
United States District Judge