## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

CATHERINE B. MOLONY
DIRECT DIAL: (504) 593-0884
DIRECT FAX: (504) 596-0884
E-MAIL: cmolony@stonepigman.com

OUR FILE NUMBER

66,000

July 1, 2008

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Robert E. Godosky
Godosky & Gentile, PC
61 Broadway
20th Floor
New York, NY 10006

    Re: *In Re: Vioxx Products Liability Litigation*, MDL 05-1657

Dear Counsel:

  Enclosed please find an Order to Show Cause Why Cases Should not Be Dismissed Under the Doctrine of *Forum Non Conveniens* with regard to the above referenced.

            Best regards,

            Catherine B. Molony
            Paralegal

cbm
Enclosure

934170v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | ) MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| | ) JUDGE FALLON |
| THIS DOCUMENT RELATES TO | ) |
| MDL Nos. 05-0293, 05-0451, 05-2002, 05-4516, 05-5578, 05-6932, 06-0060, 06-1434, 06-2195, 06-2196, 06-2198, 06-2199, 06-2201, 06-2203, 06-2208, 06-2211, 06-2212, 06-2213, 06-2214, 06-2216, 06-3162, 06-3375, 06-3683, 06-4032, 06-4472, 06-5498, 05-5586, 06-5905, 06-6463, 06-6997, 06-6999, 06-7150, 06-10159, 06-10185, 06-10625, 06-10773, 06-11333, 07-0344, 07-0395, 07-1252, 07-3480, 08-0162, 08-0587 | ) MAG. JUDGE KNOWLES |

## ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF *FORUM NON CONVENIENS*

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 17th day of July, 2008, at 9:00 a.m. o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiffs' cases dismissed under the doctrine of *forum non conveniens*.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of July, 2008.

926710v.1

IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 15th day of July, 2008.

NEW ORLEANS, LOUISIANA, this 27th day of June, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

? WITTMANN L.L.C.
T STREET
NA 70130-3588





7107 2607 1790 0004 1695

CERTIFIED MAIL

Robert E. Godosky, Esq.
Godosky & Gentile, PC
61 Broadway
20th Floor
New York, NY  10006







10006+2703  C004