

**EXPRESS SCRIPTS**
*Charting the Future of Pharmacy*

Express Scripts
P.O. Box 66773
St. Louis, MO 63166-6773

1-800-945-5979

# RENEWAL

| R E N E W A L | ANCHS<br>Client Code | 122833798<br>Rx Number | 131840729<br>Member Id. |
|---|---|---|---|
| | Name: SKENDER DOCI | | |
| | DR.: DAS, ASHOKE | | |
| | VIOXX | | |
| | 25MG    60 TAB | | |
| | TAKE 1 TABLET DAILY AFTER A MEAL | | |
| | REFILLS: 0    DAYS SUPPLY: 60 | | |

Member Id.: 131840729
Rx No.: 122833798                    Est. Copay:  0.00

Dear Patient: Your prescription has expired or has zero (0) refills. The RENEWAL LABEL at right contains information you will need to renew your prescription. Please give the renewal label to your doctor. Once renewed, mail to Express Scripts. Mail after 11-15-02 . An A-rated Generic will be dispensed if allowed by your Physician

Dear Doctor:
Please place label at right onto SIGNED and DATED prescription blank. Customer will mail the renewed prescription.

Please have your doctor prescribe the maximum days supply allowed.

---

**BRAND NAME:  VIOXX**

ROFECOXIB - ORAL

USES:  This medication is a nonsteroidal anti-inflammatory drug (NSAID) which relieves pain and swelling (inflammation). It is used to treat arthritis, menstrual pain or other acute pain.
    This drug works by blocking the enzyme in your body that makes prostaglandins. Decreasing prostaglandins helps to reduce pain and swelling.

HOW TO USE:  Take this drug by mouth, generally once daily as directed. To decrease the chance of stomach upset, this drug is best taken with food. Dosage is based on your medical condition and response to therapy.
    Take this medication with 6 to 8 ounces (180-240ml) of water. Do not lie down for at least 30 minutes after taking this drug.

SIDE EFFECTS:  Stomach upset or tiredness may occur. If these effects persist or worsen, notify your doctor promptly.
    Unlikely but report promptly: severe headache, change in the amount of urine, mental/mood changes, very stiff neck.
    Very unlikely but report promptly: dark urine, yellowing eyes or skin.
    If you notice any of the following unlikely but very serious side effects, stop taking this drug and consult your doctor or pharmacist immediately: black stools, persistent stomach/abdominal pain, vomit that looks like coffee grounds.
    In the unlikely event you have an allergic reaction to this drug, seek immediate medical attention. Symptoms of an allergic reaction include: rash, itching, swelling, dizziness, trouble breathing.
    If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS:  Tell your doctor your medical history, including: allergies (especially to aspirin/other NSAIDs), liver problems, kidney problems, heart disease, stomach/intestinal ulcers or bleeding, history of smoking, alcoholism, asthma, growths in the nose (e.g., nasal polyps), high blood pressure, serious infections, swelling (edema), blood disorders (anemia), poorly controlled diabetes, dehydration, any allergies - especially aspirin/NSAID allergy (e.g., ibuprofen, celecoxib).
    This medicine may cause stomach bleeding. Daily use of alcohol, especially when combined with this medicine, may increase your risk for stomach bleeding. Check with your doctor or pharmacist for more information.
    Caution is advised when this drug is used in the elderly, as this group may be more sensitive to drug side effects.
    This medication should be used only when clearly needed during

---

Visit **www.express-scripts.com** for prescription drug information.

The information contained in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist or nurse. Copyright by First Data Bank - The Hearst Corporation

| portion with your check or money order made payable to:<br>Express Scripts<br>P.O. Box 66773<br>St. Louis, MO 63166-6773 | $ 0.00<br>Check Amount<br>(fill in) | by credit card?<br>☐ Yes ☐ No<br>Please note: All future orders will be charged to this credit card. | ☐ Discover ☐ VISA<br>Credit Card Number |  |
|---|---|---|---|---|
| Office Use: 131840729 DOCI<br>S022834708 | 1741033<br>ANCHS /AWR |  | Expiration | Phone | Amount Paid |
|  |  |  | Authorizing Signature |  |



**EXPRESS SCRIPTS**
*Charting the Future of Pharmacy*

Express Scripts
P.O. Box 66582
St. Louis, MO 63166-6582

**INVOICE**

DIANA   DOCI
2800 JEROME AVE #2K
BRONX        NY 10468

| Bill Date | Invoice Number | Member Id | All payments due upon receipt. If you have any questions about this invoice, please write us at the address above. Keep this portion for your records. |
|---|---|---|---|
| 10/11/02 | S022834708 | 131840729 | |

| PRESCRIPTION | PATIENT NAME | STRENGTH | FORM | QTY | PATIENT |
|---|---|---|---|---|---|
| 122833777<br>ATENOLOL | SKENDER DOCI | 100MG | TAB | 180 | $ 0.00 |
| 122833780<br>PRILOSEC | SKENDER DOCI | 20MG | CAP | 90 | $ 0.00 |
| 122833784<br>LIPITOR | SKENDER DOCI | 10MG | TAB | 180 | $ 0.00 |
| 122833787<br>HYDROCHLOROTHIAZIDE | SKENDER DOCI | 25MG | TAB | 180 | $ 0.00 |
| 122833793<br>SKELAXIN | SKENDER DOCI | 400MG | TAB | 180 | $ 0.00 |
| 122833798<br>VIOXX | SKENDER DOCI | 25MG | TAB | 60 | $ 0.00 |
| 122833801<br>PAXIL | SKENDER DOCI | 20MG | TAB | 30 | $ 0.00 |
|  |  |  | ORDER TOTAL: | | $ 0.00 |

If you see a charge for this invoice number on a subsequent statement, and the balance is zero, please disregard. There may be a timing delay between the time your statement was generated and the time your account was credited.

**Total Items on Invoice: 7**              **Total Amount Due For This Order: $ 0.00**

CUSTOMER SERVICE DEPARTMENT HOURS
24 Hours a day, 7 days a week, 365 days a year
Just dial: **1-800-945-5979**  and follow the recorded instructions.

**Is pharmacist counseling available?** Express Scripts respects your right to receive counseling. In addition to the enclosed written information regarding your drug therapy, we would like you to be aware that consultation by telephone with a registered pharmacist is available during normal business hours. If you would like to speak to one of our Pharmacists concerning your prescription, please call the toll free number. If you have an emergency either before or after hours we have a pharmacist on call. If this is a medical emergency, please call 911 first.

ESIRR.FR

INVOICE

| Invoice Number | Account Number | Payment Due | Invoice Amount Due |
|---|---|---|---|
| S032042570 | ANCHS /AWR | On Receipt | $ 0.00 |

Please detach the invoice stub and include it with your payment in the envelope provided.

We accept Discover, MasterCard, Visa, and American Express

Make check or money order payable to:
**Express Scripts**

Member ID: 131840729

Client ID: ANCHS /AWR
Order #: 3319056

DIANA    DOCI

Paying with a credit card? Complete the credit card information on the back of the card. Please sign as it appears on card.

Express Scripts    P.O. Box 66582    St. Louis, MO 63166-6582

| INVOICE DATE | INVOICE NUMBER | MEMBER ID |
|---|---|---|
| 07/23/03 | S032042570 | 131840729 |

www.express-scripts.com
Customer Service: 1-800-945-5979

| PRESCRIPTION | PATIENT NAME | STRENGTH | FORM | QTY | AMOUNT |
|---|---|---|---|---|---|
| 131136286 PRILOSEC | SKENDER DOCI | 20MG | CAP | 180 | $ 0.00 |
| 131136288 LIPITOR | SKENDER DOCI | 10MG | TAB | 180 | $ 0.00 |
| 131136289 PAXIL | SKENDER DOCI | 20MG | TAB | 180 | $ 0.00 |
| 131136290 VIOXX | SKENDER DOCI | 25MG | TAB | 180 | $ 0.00 |
| 131136292 SKELAXIN | SKENDER DOCI | 400MG | TAB | 360 | $ 0.00 |
| 131136294 ATENOLOL | SKENDER DOCI | 100MG | TAB | 180 | $ 0.00 |
| 131136295 HYDROCHLOROTHIAZIDE | SKENDER DOCI | 25MG | TAB | 180 | $ 0.00 |
| 131136296 BETAMETHASONE-VAL CR 15GM | SKENDER DOCI | 0.1PC | CRE | 4 | $ 0.00 |
| 131136299 ACTICIN CREAM 60GM | SKENDER DOCI | 5PC | CRE | 2 | $ 0.00 |
| | | | ORDER TOTAL: | | $ 0.00 |

If you see a charge for this invoice number on a subsequent statement, and the balance is $0.00, please disregard. There may be a timing delay between the time your statement was generated and the time your account was credited.

Total Items on Invoice: 9        Total Amount Due For This Order: $ 0.00

In addition to the enclosed written information regarding your drug therapy, telephone consultations with a registered pharmacist are available 24-hours a day. To speak to one of our pharmacists concerning your prescription, please call the toll-free customer service number above. In case of an emergency, contact your physician immediately.

# INVOICE

| Invoice Number | Account Number | Payment Due | Invoice Amount Due |
|---|---|---|---|
| S031679532 | ANCHS /AWR | On Receipt | $ 0.00 |

Please detach the invoice stub and include it with your payment in the envelope provided.

Make check or money order payable to:

**Express Scripts**

Member ID: 131840729

Client ID: ANCHS /AWR
Order #: 3115248

DIANA    DOCI

Credit Card #    We accept Discover, MasterCard, Visa, and American Express

Expiration Date   -

Please note: All future orders will be charged to this credit card.

Cardholder Name _____
Please print name as it appears on card

Authorized Signature

Paying with a credit card? Complete the credit card information, including the cardholder signature as it appears on your card.

Check    Amount
Money Order    Enclosed $

Express Scripts    P.O. Box 66582    St. Louis, MO 63166-6582    Please do not fold or staple this form.

| INVOICE DATE | INVOICE NUMBER | MEMBER ID | | |
|---|---|---|---|---|
| 06/16/03 | S031679532 | 131840729 | www.express-scripts.com | |
| | | | Customer Service: 1-800-945-5979 | |

| PRESCRIPTION | PATIENT NAME | STRENGTH | FORM | QTY | AMOUNT |
|---|---|---|---|---|---|
| 130942740 ATENOLOL | SKENDER DOCI | 100MG | TAB | 60 | $ 0.00 |
| 130942751 ACTICIN CREAM 60GM | SKENDER DOCI | 5PC | CRE | 2 | $ 0.00 |
| 130942758 SKELAXIN | SKENDER DOCI | 400MG | TAB | 120 | $ 0.00 |
| 130942765 VIOXX | SKENDER DOCI | 25MG | TAB | 60 | $ 0.00 |
| 130942771 PAXIL | SKENDER DOCI | 20MG | TAB | 60 | $ 0.00 |
| 130942776 PRILOSEC | SKENDER DOCI | 20MG | CAP | 60 | $ 0.00 |
| 130942779 CLOTRIMAZOLE/BETAMETH 45GM | SKENDER DOCI | | CRE | 1 | $ 0.00 |
| 130942784 LIPITOR | SKENDER DOCI | 10MG | TAB | 60 | $ 0.00 |
| 130942786 HYDROCHLOROTHIAZIDE | SKENDER DOCI | 25MG | TAB | 60 | $ 0.00 |
| | | | ORDER TOTAL: | | $ 0.00 |

If you see a charge for this invoice number on a subsequent statement, and the balance is $0.00, please disregard. There may be a timing delay between the time your statement was generated and the time your account was credited.

Total Items on Invoice: 9     Total Amount Due For This Order: $ 0.00

In addition to the enclosed written information regarding your drug therapy, telephone consultations with a registered pharmacist are available 24-hours a day. To speak to one of our pharmacists concerning your prescription, please call the toll-free customer service number above. In case of a medical emergency, call 911 immediately.