UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ) | MDL Docket No. 1657 |
| ) | |
| **PRODUCT LIABILITY** ) | SECTION L |
| **LITIGATION** ) | |
| ) | JUDGE FALLON |
| ) | |
| This document relates to: ) | MAGISTRATE JUDGE |
| *Ramiro Morales* ) | |
| *VCN 1112314* ) | KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES the law firm of FICHERA & MILLER, Counsel of record for the plaintiff, Ramiro Morales, in accordance with Pretrial Order 36, moves this Court for an order granting leave to Withdraw as Counsel of Record in the above-captioned case/claim. In support of said motion, the undersigned states as follows:

1. Plaintiff has failed to respond to communications from Counsel;

2. Attached is a Certification signed by Counsel indicating that they have complied with Paragraph I.B. of PreTrial Order No. 36.

For these reasons, Fichera & Miller urge the Court to grant their Motion to Withdraw as Counsel of record in this matter.

Respectfully submitted this 14th day of July, 2008.

/s/ Dominic R. Fichera
Dominic R. Fichera
**FICHERA & MILLER**
*Attorney for Plaintiff*

415 N. LaSalle Street, Suite 301
Chicago, IL 60610

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana By using the CM/ECF system which will send a Notice of Electronic Filing in Accord with the Procedures established n MDL 1657 on this the 14th day of July, 2008,

/s/ Dominic R. Fichera
**FICHERA & MILLER**
*Attorney for Plaintiff*

415 N. LaSalle Street, Suite 301
Chicago, IL 60610

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Fichera | First: Dominic | Middle: R |
| **Name of Law Firm** | Fichera & Miller | | |
| **Current Address** | Street: 415 N. LaSalle Street, Suite 301 | | |
| | City: Chicago, | State: IL   Zip: 60654 | Country: USA |
| **Telephone Number** | 312-673-2222 | **Facsimile** 312-673-4545 | **Email** domfichera@aol.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Morales | First: Ramiro | Middle: |
| **Plaintiff Address** | Street: 1916 W. Wolfram, 2nd Floor | | |
| | City: Chicago | State: IL   Zip: 6057 | Country: USA |
| **Telephone Number** | 773-296-4876 | **Facsimile** | **Email** |
| **Case Caption** | Gabriel Gomez, et al. v. Merck Co., Inc. | | |
| **Case Number** | 2:05-cv-1003 | | |
| **Court Where Case is Pending** | United States District Court, Eastern Distric of Louisiana | | |

#343313
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL <br> (Paragraph I.B of PTO No. 36) |
|---|
| **C. COMPLIANCE WITH PTO NO. 36** |

| [X] | I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. <br> Name of Publication: _Chicago Tribune_ <br> Dates of Publication: _July 2, 3, 4, 2008_ |
|---|---|

| [X] | I sent a letter to the Plaintiff by certified mail on _July 9, 2008_ (date) to the Plaintiff's last known address that included the following: |
|---|---|

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

| **D. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |
| Date Signed: 7 / 9 / 08 (Month/Day/Year)    _[signature]_ Counsel |