**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX | | |
|     Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | Case No. 08-1633 |
| | * | |
| AvMed, Inc.; Aetna, Inc.; Arkansas Blue Cross and Blue Shield, A Mutual Insurance Company; HMO Partners, Inc. d/b/a Health Advantage; USAble Life; BCBSD, Inc. d/b/a Blue Cross Blue Shield of Delaware; Blue Cross & Blue Shield of Mississippi; Blue Cross & Blue Shield of Rhode Island; Blue Crosse and Blue Shield of Arizona, Inc.; Blue Cross and Bleu Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; Blue Cross and Blue Shield of Vermont; Blue Cross Blue Shield Association; BlueCross and BlueShield of Florida, Inc.; BlueCross BlueShield of Tennessee; CareFirst, Inc.; Connecticut General Life Insurance Company; Government Employee's Health Association, Inc.; Great-West Life & Annuity Insurance Company; Group Health Incorporated; The Guardian Life Insurance Company of America; Harvard Pilgrim Health Care, Inc.; Hawaii Medical Service Association; Health Net, Inc.; Highmark, Inc.; Highmark West Virginia Inc. d/b/a Mountain State Blue Cross and Blue Shield; HIP Health Plan of New York; Humana, Inc.; Johns Hopkins HealthCare LLC; KPS Health Plans; Medical Mutual of Ohio; Nordia Mutual | * * * * * * * * * * * * * * * * * * * * * * * * * | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

| | |
|---|---|
| Insurance Company; Premera Blue Cross; Priority Health; Regence BlueCross BlueShield of Oregon; Regence BlueCross BlueShield of Utah; Regence BlueShield of Idaho; Regence BlueShield; Asuris Northwest Health; Regence Life and Health Insurance Company; Trustmark Life Insurance Company and Trustmark Insurance Company; UnitedHealth Group Incorporated; Vista Healthplan, Inc.; Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa; Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota; and Wellmark Health Plan of Iowa, Inc., | * * * * * * * * * * * * * * * * |
| Plaintiffs, | * * |
| v. | * * |
| Brown Greer PLC; U.S. Bancorp, Inc.; and John Does, | * * * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER ON DEFENDANTS' EMERGENCY MOTION TO REINSTATE DEFENDANTS' MOTION TO SEVER

Considering the foregoing Emergency Motion to Reinstate Defendants' Motion to Sever;

IT IS HEREBY ORDERED that the Motion is GRANTED and that defendants' previously-filed Motion to Sever shall be heard at the next Vioxx MDL Status Conference, scheduled for July 17, 2008. IT IS FURTHER ORDERED that all previous briefing on Defendants' Motion to Sever filed by all parties be deemed refiled.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
JUDGE ELDON E. FALLON