UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Jeffrey Buenafe*<br>Docket Number: 06-5808 | STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

The undersigned counsel for Plaintiff *Jeffrey Buenafe* hereby stipulates and agrees that Les Weisbrod, Alexandra V. Boone of Miller, Curtis & Weisbrod, LLP and Michelle M. Alden, formerly with Miller, Curtis & Weisbrod, LLP should be allowed to withdraw as counsel and that Howard A. Snyder of The Law Offices of Howard A. Snyder shall be named as counsel for Plaintiff *Jeffrey Buenafe*.

LES WEISBROD, ESQ.
Texas State Bar No. 21104900
ALEXANDRA V. BOONE, ESQ.
Texas State Bar No. 00795259
**MILLER CURTIS & WEISBROD, L.L.P.**
11551 Forest Central Dr., Suite 300
Dallas, TX 75243
Tel: (214) 987-0005
Fax: (214) 739-4732

HOWARD A. SNYDER
**The Law Offices of Howard A. Snyder**
15165 Ventura Blvd, Suite 400
Sherman Oaks, CA 91403
TEL: (818) 461-1790
Fax: (818) 461-1793

DANIEL S. GRUBER
**Gruber & Gruber**
15165 Ventura Blvd., Ste. 400
Sherman Oaks, CA 91403
Tel: (818) 981-0066
Fax: (818) 981-2122

STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF - Page 1
368740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 14 day of July, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

Daniel S. Gruber
GRUBER & GRUBER
15165 Ventura Blvd., Ste. 400
Sherman Oaks, CA 91403
Tel: (818) 981-0066
Fax: (818) 981-2122