UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| *This Document relates to:* | **MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| *Jeffrey Buenafe*<br>**Docket Number: 06-5808** | |

## ORDER

Before this Honorable Court is a motion of Plaintiff, Jeffrey Buenafe, for Substitution of Counsel for Plaintiff.

The motion is hereby GRANTED.

Signed this ___ day of ____, 2008

_____
UNITED STATES DISTRICT JUDGE