IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENTS RELATES TO: | * | |
| *See Appendix A* | * | |
| | * | |
| ************************************ | | MAG. JUDGE KNOWLES |

**PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S
AMENDED MOTION AND INCORPORATED MEMORANDUM FOR AN ORDER TO
SHOW CAUSE WHY PLAINTIFFS CASES SHOULD NOT BE
DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31**

**COME NOW** those plaintiffs represented by The Lamb Firm, LLC, in the above captioned cause and file this their *Opposition to Defendant Merck & Co., Inc.'s Amended Motion and Incorporated Memorandum for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed for Non-Compliance With Pretrial Order No. 31* and would state as follows:

1. Defendants have originally submitted a list containing some Forty-Six plaintiffs who are represented by The Lamb Firm, LLC, on *Appendix A* to their Motion requesting that this Honorable Court enter an Order to show cause why the cases should not be dismissed with prejudice for failure to comply with the Court's Pretrial Order No. 31 ("PTO-31"). Defendant's amended their Motion and added additional claimants to Appendix A bringing the total to Sixty-Five (65).

2. Of the Sixty-Five plaintiffs listed who are represented by The Lamb Firm, LLC ,set forth in Appendix A, Thirty-Four (34) of such cases are active cases that have, in fact ,been registered and assigned VCN numbers, and defendants have been

        advised of such fact on multiple occasions.

3. Out of the 65 claimants listed; an additional nine have already been dismissed by this Honorable Court.

4. On May 12, 2008 defendants sent a letter attaching a list containing each of the original 46 plaintiffs and advised they would be filing a motion with the Court to have an Order to show cause entered if they were not cured by May 20, 2008.

4. On May 13, 2008, plaintiffs responded to the defendants (see Exhibit A to Plaintiff Motion in Opposition) advising them that, *once again*, they were listing the plaintiffs' names incorrectly. In an effort to avoid wasting the Court's time, plaintiffs suggested that defendants not file any motions with the Court until plaintiffs were able to go through the list, one-by-one, to identify the defendants mistakes.

5. On May 20th, 2008, plaintiffs complied with Defendants' imposed deadline to respond, and responded to defendants and attached a spreadsheet (see Exhibit B) setting out each listed plaintiff, identifying the *correct name,* and providing the VCN numbers where applicable and/or an explanation of the status of the case.

6. On May 29, 2008, defendants filed their motion, totally disregarding the fact they had been advised multiple times, that many of the plaintiffs on their list had been properly registered in compliance with PTO 31. Their motion continues to list the plaintiffs' names incorrectly.

7. Over the past several years plaintiffs have repeatedly advised the defendants their database was incorrect with regard to how they entered the plaintiffs' names. In September 2007 plaintiffs took extensive time to create a grid for the defendants

giving them correct names and status of cases in an effort to help them cure their problems. Again in February the defendants sent several grids stating that cases needed to be dismissed; almost all of the entries listed had been addressed in the September 2007 grid. Attorneys and paralegals from the plaintiffs firm spent many hours on the telephone with defendants going through the list one-by-one in an effort to correct defense counsels' database entries; even though they had been advised, no less than 5 times that they had entered the plaintiffs names into their database incorrectly.

8. Following the phone conferences, defendants prepared joint stipulations of dismissal for those plaintiffs that needed to be dismissed, plaintiffs' counsel signed the same and returned to the defendants; defendants filed them and the Court entered Orders of Dismissals on many of the plaintiffs on 4/16/08.

9. For the Court's convenience, Plaintiffs are attaching another grid (see Amended Exhibit C) setting out each plaintiff that is listed in defendants' amended motion and providing the correct information .

**WHEREFORE**, plaintiffs respectfully request the Court to dismiss defendants' motion and memorandum, and to enter an Order dismissing only those plaintiffs that are due to be dismissed, as set forth in Amended Exhibit C.

**FURTHER,** plaintiffs would request the Court enter an Order requiring the defendants to correct their database to reflect the plaintiffs' proper names. The defendants' failure to do so has caused the plaintiffs to have to respond to voluminous amounts of unnecessary correspondence, and waste an extensive amount of time throughout the entire process of this case. Defendants' continued refusal to cure their database, even though they have been advised how to cure it

numerous times, has caused a great hardship on the plaintiffs, and is now taking the Court's time as well in order to rectify the same.

Respectfully submitted,

/s/ Archie C. Lamb, Jr., Esq.
Archie Lamb, Esq.
THE LAMB FIRM, LLC
2900 First Avenue South
Birmingham, AL 35233
(205) 324-4644
(205) 324-4649 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion In Opposition has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 14 day of July, 2008.

/s/ Archie C. Lamb, Jr., Esq.
Archie Lamb, Esq.
THE LAMB FIRM, LLC
2900 First Avenue South
Birmingham, AL 35233
(205) 324-4644
(205) 324-4649 - Facsimile

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

| | A<br>NAMED USED BY DEF. | B<br>CORRECT NAME | C<br>COURT | D<br>EXPLANATION |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Alejandro, William Torres | Torres-Alejandro, William | 2:05cv06234 | Due to be dismissed. |
| 3 | Almarante, Miguel | Almarante, Miguel | 2:05cv06997 | Due to be dismissed. |
| 4 | Arroyo, Maria Silva | Silva-Arroyo, Marta (Martha) | 2:05cv06234 | Derivative claimant of Alejandrina Arroyo-Crespo; **VCN Number 1050759**; provided in 5/20/08 grid. |
| 5 | Baez, Maria | Baez, Maria | 2:05cv06234 | Due to be dismissed. |
| 6 | Bravo, Milda | Bravo-Rivera, Nilda | 2:05cv06234 | **VCN Number 1050781**; provided to John Poulos and again on 5/20/2008. |
| 7 | Carmona, Gilberto Cruz (2) | Cruz-Carmona, Gilberto | 2:05cv06234 | Derivative claimant of Aida Carmona-Martinez, deceased; **VCN Number 1050796**; provided to John Poulos and again on 5/20/2008 grid. |
| 8 | Colon, Hector M. | Colon-Mage, Hector M. | 2:05-cv-06234-EEF-DEK | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, **Court entered Order of Dismissal on 4/16/08.** |
| 9 | Comas, Laurae Suarez | Suarez-Comas, Laura | 2:05cv06234 | Due to be dismissed. |
| 10 | Correa, Rafael | Correa, Rafael | 2:05cv06234 | VCN number 1050820; provided to John Poulos in February; again in 5/20/08 grid. |
| 11 | Cruz, Maria A. | Cruz, Maria A. | 2:05cv06234 | VCN 1050834 |
| 12 | Edicta, Olivera | Olivera, Edicta | 2:05cv-06234 | **Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, Court entered Order of Dismissal on 4/16/08.** |
| 13 | Figueroa, Bethzaida Henson | Henson-Figueroa, Bethzaida | 2:05cv062234 | Derivative of Luz Figueroa-Torres; **VCN Number 1050885**; provided to John Poulos in February; again in 5/20/08 grid. |
| 14 | Franco, Carlos | Franco-Villagone, Carlos Luis | 2:05cv06234 | **Court has already entered Order of Dismissal; dated 4/16/08.** |
| 15 | Gomez, Maria | Gomez, Maria | 2:05cv-06234 | **Derivative of Pedro Gomez-Figueroa VCN NUMBER 1050904** |
| 16 | Gonzalez, David Pizarro | Pizzaro-Gonzalez, Davis | 2:05cv06234 | Derivative claimant of Minerva Gonzalez-Cruz, **VCN Number 1050922**; provided to John Poulos in February; again in 5/20/08 grid. |

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

| | A | B | C | D |
|---|---|---|---|---|
| 17 | Gonzalez, Melinda F. | Gonzalez, Melinda F. | 2:05cv06234 | Derivative claimant of Jorge Rivera-Ramos, **VCN Number 1051122**; provided to John Poulos in February; again in 5/20/08 grid. |
| 18 | Hernandez, Her | Hernandez-Ramos, Sandra | 2:05cv06234 | Explained this was an error and the correct name provided; info given to John Poulos in February, again in 5/20/08 grid. **VCN Number 1050933.** |
| 19 | Hernandez, Zoe Rodriguez | Rodriguez-Hernandez, Zoe | 2:05cv06234 | Derivative claimant of Sandra Hernandez-Ramos; **VCN Number 1050933**; provided to John Poulos in February; again in 5/20/08 grid. |
| 20 | Hidalgo, Juanita | Hidalgo, Juanita | 2:05-cv-06234-EEF-DEK | **VCN NUMBER 1050936** |
| 21 | Jesus, Luis Roldan De | Roldan de Jesus, Luis | 2:05cv06234 | Derivative claimant of Candida DeJesus-Pedraza; **VCN Number 1050850**; provided to John Poulos in February; again in 5/20/08 grid. |
| 22 | Jusino, Vanessa | Jusino, Vanessa | 2:05cv06234 | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, **Court entered Order of Dismissal on 4/16/08.** |
| 23 | Legareta, Irma | legareta, Irma | 2:05cv06234 | **Due to be dismissed.** |
| 24 | Lugo Rodriguez, Bedalin | Rodriguez-Olivera, Bedalin | 2:05cv06234 | Derivative claimant of Monserrate Rodriguez; **VCN Number 1051144**; info provided 5/20/08. |
| 25 | Lugo Rodriguez, Francisco | Lugo-Rodriguez, Francisco | 2:05cv06234 | Derivative claimant of Monserrate Rodriguez; **VCN Number 1051144**; info provided 5/20/08. |
| 26 | Malave, Maria Addarich | Addarich-Malave, Maria | 2:05cv06234 | Derivative claimant of Ann Malave-Ubides; **VCN Number 1050977**, provided to John Poulos in February; again in 5/20/08 grid. |
| 27 | Mojica, Miriam Baez | Baez-Mojica, Myriam | 2:05cv06234 | Derivative claimant of Eduardo Santos-Pacheco; **VCN Number 1051196**; provided to John Poulos in February; again in 5/20/08 grid. |
| 28 | Morales, Leonardo | Arriaga-Morales, Leonardo | 2:05cv06234 | **Due to be dismissed.** |
| 29 | Morales, Leonardo Arreaga | Arriaga-Morales, Leonardo | 2:05cv06234 | **Due to be dismissed.** |

THE LAMB FIRM, LLC

Amended Exhibit C

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

| | A | B | C | D |
|---|---|---|---|---|
| 30 | Morales, Leonardo Arriaga | Arriaga-Morales, Leonardo | 2:05cv06234 | Due to be dismissed. |
| 31 | Narvera, Jose Ortiz | Ortiz-Narvera, Jose | 2:05cv06234 | **VCN 1051051** |
| 32 | Oquendo, Hilda | Oquendo, Hilda | 2:05cv-07234 | **VCN 1051038** |
| 33 | Ortiz, Glenda | Ortiz-Maldonado, Brenda | 2:05cv-06234 | **VCN NUMBER 1051049** |
| 34 | Otero, Margarita | Otero-Comacho, Margarita | 2:05cv06234 | Due to be dismissed. |
| 35 | Otero, Rosa | Otero-Soto, Rosa | 2:05cv06234 | Due to be dismissed. |
| 36 | Padilla, Aura | Padilla-Cordova, Auria | 2:05cv-6234 | **VCN Number 1051060** |
| 37 | Ramon, Emilio | Ramon, Emilio | 2:05cv06234 | Derivative claimant of Ramon Moran-Serrano; **VCN Number 1051029**; provided to John Poulos in February; again 5/20/08 grid. |
| 38 | Ramos, Ana | Ramos-Velez, Ana | 2:05cv06234 | **VCN NUMBER 1051090** |
| 39 | Rigo, Carmen | Rijos-Killian | 2:04cv-062234 | **VCN NUMBER 1051101** |
| 40 | Rivera, Carmen Cruz | Cruz-Rivera, Carmen | 2:05cv06234 | Due to be dismissed. |
| 41 | Rivera, Daisy | Rivera-Rodriguez, Daisey | 2:05cv06234 | **VCN NUMBER 1051126** |
| 42 | Rivera, Evelyn | Rivera-Torres, Evelyn | 2:05cv06234 | Vcn Number 1051131 |
| 43 | Rivera, Jose | Rivera, Jose | 2:05cv06234 | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, Court entered Order of Dismissal on 4/16/08. |
| 44 | Rivera, Maria De Lourds Rivera | | 2:05cv06234 | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, Court entered Order of Dismissal on 4/16/08. |
| 45 | Rivera, Sulina Moreno | Moreno-Sepulveda, Zulina | 2:05CV06234 | Derivative claimant of Juan Rivera-Bula; **VCN Number 1051105**; contained in 5/20/08 grid. |
| 46 | Rodriguez, Martha | Rodriguez, Martha | 2:05cv06234 | Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, Court entered Order of Dismissal on 4/16/08. |
| 47 | Rodriguez, Monserrat | Rodriguez-Oliveras, Monserrate | 2:05cv06234 | **VCN Number 1051144** |
| 48 | Rosario, Maria Aponte | Aponte-Rosario, Maria | 2:05cv06234 | Due to be dismissed. |
| 49 | Sanchez, Angel Fontanez | Fontanez-Sanchez, Angel | 2:05cv06234 | Derivative of Carmen Sanchez-Torres; **VCN Number 1051184**; on 5/20/08 grid. |
| 50 | Sanchez, Jose Rodriguez | | | Due to be dismissed. |

THE LAMB FIRM, LLC

Amended Exhibit C

THE LAMB FIRM, LLC
OPPOSITION TO MTN
TO SHOW CAUSE

| | A | B | C | D |
|---|---|---|---|---|
| 51 | Santiago, Maria E. | Santiago, Maria E. | 2:05cv06234 | **Due to be dismissed.** |
| 52 | Santiago, Maria L. | Santiago, Maria E. | 2:05cv06234 | **Due to be dismissed.** Duplicative of 34 above. |
| 53 | Santiago, Mario | Santiago, Mario | 2:05cv06234 | Derivative claimant of Gloria Rivera-de-Jesus; **VCN Number 1051110**; on 5/20/08 grid. |
| 54 | Santiago, Rafael | Santiago, Rafael | 2:05cv06234 | Derivative claimant of Gloria Rivera-de-Jesus; **VCN Number 1051110**; on 5/20/08 grid. |
| 55 | Sepulveda, Foreino Rodriguez | Rodriguez-Sepulveda, Jovino | 2:05cv06234 | **Due to be dismissed.** |
| 56 | Sierra, Awilda | Sierra-Alicea, Awilda | 2:05cv06234 | **Joint Stipulation of Dismissal was prepared by defendants office; it was signed, filed with the Court, Court entered Order of Dismissal on 4/16/08.** |
| 57 | Sierra, Juan Rodriguez | Rodriguez-Sierra, Juan | 2:05cv06234 | **Due to be dismissed.** |
| 58 | Soler, Jose Rafael (1) | Soler, Jose Rafael | 2:05cv06234 | Derivative claimant of Edna Rosario-Roas; **VCN Number 1051166**; on 5/20/08 grid. |
| 59 | Soler, Jose Rafael (2) | Soler, Jose Rafael | 2:05cv06234 | duplicative of above. |
| 60 | Soto, Rosa Otero | Otero-Soto, Rosa | 2:05cv06234 | **Due to be dismissed.** |
| 61 | Torres, Carmen Rodriguez | Rodriguez-Torres, Carmen | 2:05cv06234 | **Due to be dismissed.** |
| 62 | Torres, Maria Torres | Torres-Torres, Maria | 2:05cv06234 | **Due to be dismissed.** |
| 63 | Trinidad, Emerhild | Trinidad-Fernandez, Hermenegilda | 2:05cv06234 | **VCN Number 1051233**; in 5/20/08 grid. |
| 64 | Vazauez, Irma | Vazquez, Vilma | 2:05cv06234 | **Due to be dismissed;** stipulation was signed 4/2/08. |
| 65 | Vazauez, Maria | Vazquez, Maria | 2:05cv06234 | **Due to be dismissed. Joint Stipulation of Dismissal was prepared and signed and filed with the Court.** |
| 66 | Zayas, Jose Quintana (2) | Quintana-Zayas, Jose | 2:05cv06234 | Derivative claimant of Bernabela Zayas-Zayas; **VCN Number 1051259**; on 5/20/08 grid. |

THE LAMB FIRM, LLC

Amended Exhibit C