UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

Tyler Thompson of Dolt, Thompson, Shepherd, Kinney & Wilt, Ann Oldfather of the Oldfather Law Firm, and Gregory Bubalo of Bubalo, Hiestand & Rotman filed a Motion to Withdraw with this Court on April 24, 2008, and a Renewed Motion to Withdraw was filed in this Court on June 12, 2008.  On or about June 17, 2008, Mr. Leach contacted counsel and informed them that he would like to enroll in the Vioxx Resolution Program.  On June 26, 2008, undersigned counsel enrolled and submitted enrollment documents for the Plaintiff, Fleam Leach.

For the reason stated above, undersigned counsel respectfully requests that the Court remand the Motion to Withdraw previously filed in the above-referenced matter.

Dated: July 14, 2008

                                        Respectfully submitted,

                                        /s/ Gregory J. Bubalo
                                        Gregory J. Bubalo
                                        D. Brian Rattliff
                                        Bubalo, Hiestand & Rotman
                                        401 S. Fourth Street, Suite 800
                                        Louisville, KY   40202
                                        (502) 753-1600
                                        brattliff@bhtriallaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Remand Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of June, 2008.

                                          s/ Gregory J. Bubalo
                                          Gregory J. Bubalo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

## ORDER

Upon due consideration of the motion to remand the previously-filed motion to withdraw and renewed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Withdraw and Renewed Motion to Withdraw is remanded from the docket.

IT IS SO ORDERED.

DATED:_____     _____
                                          JUDGE ELDON E. FALLON
                                          UNITED STATES DISTRICT COURT JUDGE