```
U.S., District Court
500 Poydras St.,
New Orleans, LA
70130
```

**ORIGINAL**

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN 1 6 2008

LORETTA G. WHYTE
Clerk

^ COURT USE ONLY ^

Brian Anderson, Pro Se
    Plaintiff

V.

Merck & Co., Inc.
    Defendant

Attorney address or unrepresented party:
Brian Anderson, #64193
S.C.F., P.O., Box 6000
Sterling, Co
80751

MDL#1657

PLAINTIFF REQUEST, DISCOVERY & INTERROGATORYS, FROM THE DEFENDANT.

___Fee_____
___Process___
_X_Dktd_____
_X_CtRmDep__
___Doc. No.__

## DISCOVERY

(1)    The Plaintiff request all documents within the 2003 <u>VICTOR STUDY</u> that Merck & Co., Inc Scientist conducted. <u>VICTOR</u> showed statistically significant cardiovascular problems, such as heart attacks & arrhythmia, (very fast heart beats), etc.

(2).    The Plaintiff request all documents the Defendant submitted to the <u>FDA</u>. Merck & Co., Inc <u>withheld</u> cardiovascular dangers, vioxx posed to consumers.

(3).    The Plaintiff request the <u>1997 SECRET SCIENTIFIC STUDY</u> that Merck scientist stipulated that vioxx posed a heart risk, (2) years before the Company began selling vioxx.

(4).    The Plaintiff request Merk's <u>MEDICAL MANUAL</u>, that states <u>arrhythmia</u> occurs in 90% of heart attack patients.

(5).    The Plaintiff request the year <u>2000</u>, SECRET RESEARCH REPORTS, that Merck Scientist research revealed that vioxx should be reformulated. And the Scientist found that vioxx causes heart attacks (5) times more than <u>Naproxen</u>. Merck Scientist were consider-

(1)

ing combining vioxx with another chemical to deduce the risk of heart attack, stroke etc.

(6).        The Plaintiff request the year 2000 VIGOR STUDY. Merck deleted data that (3) patients died from utilizing vioxx.

### INTERROGATORYS

(1).        The Plaintiff request a Interrogatory from NANCY SANTANELLO, head of Mercks Epidemiology Dept. regarding, why Merck cancelled a 2000 STUDY that focused on vioxxs effects on the heart.

(2).        The Plaintiff request a Interrogatory from NANCY SANTANELLO Regarding the 2003, VICTOR STUDY.

---

IMMINENT DANGER, Employees Liabilty Assur. Corp., V. Mckinnon Chain Co. D.C.N.Y., 13 F.128 (1926).

Vioxx poses a Imminent Danger to the Plaintiff due to usage.

Failure to comply with discovery is a violation of Fed.RLS.Civ.Pro.33,37(B)(3).

        Conclusive

---

### CERTIFICATE OF SERVICE

I certify that on June-9-08, I deposited in the U.S., Mail this motion to the partys below.

U.S., District Court          William & Connally
500 Poydras St.,              725 Twelfth St., N.W.
New Orleans, LA               Washington, D.C.
   70130                      20005-5901

        Respectfully Submitted   B. Culerson



$015.10
US POSTAGE

Colorado Department of Corrections
Name: Brian Anderson
Register Number: 64192
Unit: 2
Box Number: 6000
City, State, Zip: Sterling, CO 80251

FIRST CLASS

U.S. District Court
500 Poydras Street
New Orleans, Louisiana
70130

TENDERED FOR FILING

JUN 16 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk