UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -8  PM 12: 57

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has received the attached document from Plaintiff Brian Anderson which includes copies of his medical records.

IT IS ORDERED that the submitted medical records are FILED UNDER SEAL.

IT IS FURTHER ORDERED that a copy of the Plaintiff Brian Anderson's medical records shall be sent to the Claims Administrator.

New Orleans, Louisiana, this 3rd day of July, 2008.

UNITED STATES DISTRICT JUDGE

CC:    Brian Anderson
        S.C.F., P.O. Box 6000
        Sterling, CO 80751

        BrownGreer, PLC

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____