UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Shirley Wade-Small-Battle, Individually<br>and As Representative of the<br>Estate of Robert Battle, Deceased<br>v. Merck & Co., Inc.<br>(E.D.La. Index No. 2:05-cv-04092) | Judge Fallon<br><br><br><br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Shirley Wade-Small-Battle, Individually and As Representative of the Estate of Robert Battle, Deceased.

IT IS SO ORDERED.

_____        _____
Date                            Judge Eldon E. Fallon
                                United States District Court Judge