UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Azell Warner, Individually<br>and As Representative of the<br>Estate of Shirlee J. Crosby,<br>Deceased, v. Merck & Co., Inc.<br>(E.D.La. Index No. 2:05-cv-02309 | Judge Fallon<br><br><br><br><br>Mag. Judge Knowles |

**COUNSEL'S MOTION TO WITHDRAW:**
**CLIENT CANNOT BE FOUND OR IS NON-RESPONSIVE**

Pursuant to Pretrial Order No. 36 and Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP, and John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LLP, counsel of record for Plaintiff(s) ("Counsel"), Azell Warner, Individually and As Representative of the Estate of Shirlee J. Crosby, Deceased, move this Court for an order allowing them to withdraw as counsel for Azell Warner, Individually and As Representative of the Estate of Shirlee J. Crosby, Deceased, Plaintiff(s) and this plaintiff only, in the above-captioned cause.

Counsel request that they be allowed to withdraw as counsel because Plaintiff cannot be found or has continually been unresponsive to Counsel. In support of their motion Plaintiffs' Counsel attach hereto their Certification in compliance with Pretrial Order No. 36 and Local Rule 83.2.11 as Exhibit A.

Dated: July 14, 2008

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Telephone: 361-887-0500
Facsimile: 361-887-0055

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218

JOHN R. CLIMACO
State Bar No. 0011456
CLIMACO, LEFCOWITZ, PECA, WILCOX
  & GAROFOLI CO., INC., L.L.P.
1220 Huron Road, Suite 1000
Cleveland, Ohio 44115
Telephone: 216-621-8484
Facsimile: 216-771-1632

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Plaintiff by U.S. Certified Mail, and on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of the Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of July, 2008.

Further, Plaintiff has been notified of all deadlines and pending court appearances.

_____
Grant Kaiser