UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |

This Document Relates To:

| | |
|---|---|
| Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, Deceased vs. Merck & Co. Inc. | Judge Fallon |
| Civil Action No: 2:05-cv-06247 | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Walterine Reed, Individually and As Representative of the Estate of Joseph Reed, LaKeya Reed, Mecha Reed, and Remell Reed.

IT IS SO ORDERED.

_____      _____
Date                                                              Judge Eldon E. Fallon
                                                                          United States District Court Judge