# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAG. KNOWLES** |

06-0802 (as to Esther Ramirez, Violeto Canales, Suelma Banda, Erminia Gomez only), 05-3513, 05-6587, 05-0493 (as to Sharon Johnson only), 07-2136, 07-2128, 07-2127, 05-3398, 05-3321, 05-3483, 05-2943 (as to Charles R. Wireman only), 06-1970 (as to David Anderson, Keith Anderson only), 05-3530 (as to Dennis Wasson only), 05-2938 (as to Denzil Mahon only), 05-4149 (as to Dwight Pratt only), 05-4832, 05-3199 (as to Edward March only), 05-4708, 05-6038 (as to Ethel Wright only), 06-1480, 05-3183 (as to Freddie K. Baisden only), 05-3501 (as to Garnest Hall only), 06-2289, 05-3202 (as to George Hunt only), 07-0949, 06-11132 (as to George Pangburn only), 06-3879, 07-2124, 07-2120, 05-2266, 05-6025, 06-0917 ( as to Lola Randolph, Robert Groce, Sr. only), 07-2126, 06-11131, 05-3545 (as to Margaret Varsho only), 07-2108, 07-0937, 06-8389, 05-3526, 05-4801, 05-5986, 07-0914, 05-3461 (as to Paul Mundo, Jr.), 07-0932, 07-0947, 05-3556 (as to Richard Tock only), 06-9701 (as to Robert Brady only), 05-3537 ( as to Rodney Stevenson, Sr. only), 05-4742, 05-3551 (as to Sam Rich, only), 05-1526, 05-3536 (as to Shirley Stalter only), 06-3140 (as to Thomas Stone only), 06-9792

935238v.1

## ORDER WITHDRAWING SHOW CAUSE
## ORDER AS TO CERTAIN *PRO SE* PLAINTIFFS

**IT IS ORDERED** that defendant's motion to show cause why plaintiffs' cases should not be dismissed for failure to comply with Pretrial Order No. 31 is withdrawn without prejudice and is without effect as to the plaintiffs in the above-captioned cases.

NEW ORLEANS, LOUISIANA, this 11th day of July, 2008.

                                        *[signature]*
                                        ELDON E. FALLON
                                        UNITED STATES DISTRICT JUDGE

926710v.1
935238v.1