UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| ALL CASES ON REVISED | * | |
| APPENDIX A (ATTACHED) | * | |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO CONTINUE HEARING
### DEFENDANT MERCK & CO., INC.'S MOTION FOR AN
### ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE
### DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31

Defendant Merck & Co., Inc. previously moved for an order to show cause why certain cases should not be dismissed with prejudice for failure to comply with the Court's Pretrial Order No. 31.  Merck subsequently filed an amending and superseding motion.  Additionally, Merck has withdrawn or intends to withdraw the motion as to certain plaintiffs who have either complied with Pretrial Order No. 31 or been dismissed.

Notwithstanding the foregoing, hundreds of plaintiffs are still subject to Merck's motion which currently is set for hearing on July 17, 2008 at the monthly status conference.  Many of the plaintiffs subject to the motion are have complied with Pretrial Order No. 31, are still attempting to comply with Pretrial Order No. 31, or are entering into Stipulations of Dismissal With Prejudice.  Further, a number of the plaintiffs subject to the motion have the added issue of duplicative suits and/or counsel.  And plaintiffs who are opposing the motion are continuing to file belated responses and oppositions to the motion.  Additional time is needed, therefore, to

935872v.1

fully review, coordinate, and respond to these submissions and to determine which plaintiffs ultimately fail to comply. Accordingly, Merck respectfully requests that the Court continue the hearing on its motion from the July 17, 2008 status conference until the next monthly status conference thereafter.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

935872v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this15th day of July, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel