UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| ALL CASES ON REVISED | * | |
| APPENDIX A (ATTACHED) | * | |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Ex Parte Motion to Continue Hearing on Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not be Dismissed for Non-Compliance with Pretrial Order No. 31,

IT IS ORDERED, that the motion be and it hereby is continued.  The new hearing date will be selected at the monthly status conference scheduled for July 17, 2008.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2008.

_____
DISTRICT JUDGE

935877v.1