**EXHIBIT 1**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEVEN A. FABBRO, ESQ. SBN 107973<br>Law Offices of Steven A. Fabbro<br>101 Montgomery Street, 27th Fl. San Francisco, CA 94104<br>TELEPHONE NO.: 415/391-6850   FAX NO.: 415/391-6856<br>ATTORNEY FOR (Name): PLAINTIFF MARTHA FERNANDEZ | **CONFORMED COPY**<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>**SEP 26 2006**<br><br>John A. Clarke, Executive Officer/Clerk<br>By_____ Deputy<br>D. Giles |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 600 So. Commonwealth Avenue<br>MAILING ADDRESS: 600 So. Commonwealth Avenue<br>CITY AND ZIP CODE: Los Angeles, CA 90005<br>BRANCH NAME: Central Civil West | |
| CASE NAME: MARTHA FERNANDEZ VS. MERCK CORPORATION | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: BC359288 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000)    ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | JCCP 4247<br>JUDGE: Hon. Peter D. Lichtman<br>DEPT: 322 |

Items 1–5 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800-1812)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☑ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☑ is ☐ is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☑ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive

4. Number of causes of action (specify):
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 9/25/06

STEVEN A. FABBRO, ESQ.
(TYPE OR PRINT NAME)      ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2006]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800-1812;<br>Standards of Judicial Administration, § 19<br>www.courtinfo.ca.gov

American LegalNet, Inc.<br>www.USCourtForms.com

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE

Case Number: **BC359288**

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Gregory Alarcon | 36 | 410 | Hon. William F. Highberger | 32 | 406 |
| Hon. Alice E. Altoon | 28 | 318 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Conrad Aragon | 49 | 509 | Hon. Jane L. Johnson | 56 | 514 |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Morris B. Jones | 48 | 506 |
| Hon. Elihu M. Berle | 42 | 416 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Tricia Ann Bigelow | 23 | 315 | Hon. Jon M. Mayeda | 72 | 731 |
| Hon. Soussan G. Bruguera | 71 | 729 | Hon. Rita Miller | 16 | 306 |
| Hon. Susan Bryant-Deason | 52 | 510 | Hon. David L. Minning | 61 | 632 |
| Hon. James C. Chalfant | 13 | 630 | Hon. Aurelio Munoz | 47 | 507 |
| ✗ Hon. Victoria Chaney* | 324 | CCW | Hon. Mary Ann Murphy | 25 | 317 |
| Hon. Judith C. Chirlin | 89 | 532 | Hon. Joanne O'Donnell | 37 | 413 |
| Hon. Ralph W. Dau | 57 | 517 | Hon. Victor H. Person | 39 | 415 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Mel Red Recana | 45 | 529 |
| Hon. James R. Dunn | 26 | 316 | Hon. Andria K. Richey | 31 | 407 |
| Hon. Lee Edmon | 68 | 617 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. William F. Fahey | 78 | 730 | Hon. James E. Satt | 40 | 414 |
| Hon. Irving S. Feffer | 51 | 511 | Hon. John P. Shook | 53 | 513 |
| Hon. Edward A. Ferns | 69 | 621 | Hon. Ronald M. Sohigian | 41 | 417 |
| Hon. Kenneth R. Freeman | 64 | 601 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Haley J. Fromholz | 20 | 310 | Hon. Mary Thornton House | 17 | 309 |
| Hon. Richard Fruin | 15 | 307 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Terry A. Green | 14 | 300 | Hon. John Shepard Wiley Jr. | 50 | 508 |
| Hon. Elizabeth A. Grimes | 30 | 400 | Hon. David A. Workman | 19 | 311 |
| Hon. Paul Gutman | 34 | 408 | Hon. George Wu | 33 | 409 |
| Hon. Robert L. Hess | 24 | 314 | | 35 | 411 |
| | 3 | 224 | Other | | |

*Class Actions

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

CIV CCH 190 05-06 (Rev. 07/06)                **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MERCK CORPORATION, DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARTHA FERNANDEZ

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 26 2006

John A. Clarke, Executive Officer/Clerk
By_____ Deputy
D. Giles

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Los Angeles
Central Civil West, 600 So. Commonwealth Avenue
Los Angeles, CA 90005

CASE NUMBER: JCCP 4247
*(Número del Caso):* ~~BC359288~~

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven A. Fabbro, Esq., Law Offices of Steven A. Fabbro
101 Montgomery Street, 27th Fl. San Francisco, CA 94104 (415) 391-6850

DATE: SEP 26 2006     ...J. A. Clarke    Clerk, by _____D. GILES_____, Deputy
(Fecha)                                   (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

[SEAL]
SEP 26 2006

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 26 2006

John A. Clarke, Executive Officer/Clerk
By_____ Deputy
     D. Giles

Attorney for Plaintiff: MARTHA FERNANDEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES "CENTRAL CIVIL WEST"

Case No. JCCP 4247    BC359288

Coordination Proceeding
Special Title (Rule 1550(b))

VIOXX CASES

IN RE: MARTHA FERNANDEZ;
                           Plaintiff

PLAINTIFF'S ADOPTION OF MASTER COMPLAINT

    Pursuant to Court's Case Management Order No. 3: General Pre-trial Order, Plaintiff Martha Fernandez, hereby adopts the Master Complaint and any ruling or orders of the Court relating thereto:

    1.    Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below:

- [X] Strict Liability – Failure to Warn
- [X] Negligence
- [X] Breach of Implied Warranty
- [X] Breach of Express Warranty
- [X] Deceit by Concealment
- [X] Negligent Misrepresentation
- [X] Violation of Business & Professions Code §17200
- [X] Violation of Business & Professions Code §17500

1. [ ] Wrongful Death
   [ ] Survivor Action
   [ ] Loss of Consortium

2. Plaintiff is a resident of the Country of Mexico. Plaintiff's injuries as alleged in this litigation occurred in the County of **Los Angeles** in the State of California.

3. Plaintiff [X] is /[ ] is not claiming damages for mental and/or emotional distress.

4. [X] Plaintiff is an individual who ingested Vioxx® and who asserts claim for damages herein by complaining of the following injuries: **Plaintiff Fernandez suffered a heart attack in January 18, 2004 from ingesting Vioxx. Fernandez, who was recovering from back surgery, ingested Vioxx as a pain control agent. Ms. Fernandez commenced use in September 2003 with 50mg once a day until she stopped use in December 2003. Ms. Fernandez purchased her Vioxx in Los Angeles, CA.**

[ ] Plaintiff is the spouse of _____, an individual who ingested Vioxx® and allegedly sustained personal injuries as a result.

[ ] Plaintiff's decedent _____, in an individual who ingested Vioxx® and allegedly sustained fatal injury as a result. The following plaintiffs are heirs of plaintiff's decedent or other persons entitled to bring an action for the wrongful death of plaintiff's decedent and bring causes of action alleged herein pursuant to Code of Civil Procedure §377.60

[ ] Plaintiff a personal representative or successor interest of decedent_____ who ingested Vioxx® and allegedly sustained fatal injury as a result and is authorized to bring a survivor action on behalf of the decedent pursuant to Code of Civil Procedure § 377.31, et seq. Plaintiff has been appointed as the decedent's personal representative or successor in interest by the following court on the following date:

5. Plaintiff alleges that the following defendants are liable to plaintiff for the causes of action specified above: **Merck Corporation, Does 1 to 100**

6. *(If plaintiff alleges a cause of action for deceit by concealment and/or cause of action for negligent misrepresentation, plaintiff must complete this section.)* **Plaintiff**

claims that defendants are liable to plaintiff for deceit by concealment and/or negligent misrepresentation based on the following allegations:

(a) What allegedly false statement(s) did defendants make to you or your doctor (*if doctor, state the name and address of the doctor*)?:

Discovery has not commenced on this issue and plaintiffs will amend this pleading when the true facts are ascertained. Plaintiffs anticipate that discovery will reveal that defendant MERCK represented to plaintiff's prescribing physician that Vioxx did not pose a significant cardiovascular risk when in fact defendant knew that it did. Prescribing physician is Salvador Rivero Boschert located at Puente de Piedro N 150-111 Torre 2, Col. Tonello Guerra Mexico

(b) State the name and job title of the individual(s) who made the above described statements to you or your doctor:

Unknown at this time. Discovery has not commenced

(c) When, and by what means (e.g., writing, oral statement, television, Internet) were the above described statement made to you or your doctor?:

Unknown at this time. Discovery has not commenced.

(d) When, and how did you or your doctor reply on the above-describe statements?:

Unknown at this time. Discovery has not commenced.

(e) If the above-described statements were false by virtue of defendants concealment of facts that were known to the defendants, state the facts that were concealed and that, if known by you or your doctor, would have prevented your alleged injury:

Unknown at this time. Discovery has not commenced.

7. Plaintiff requests the relief checked below:

[X] Past and future general damages according to proof.

[X] Past and future medical and incidental expenses, according to proof.

[X] Past and future loss of earning and/earning capacity, according to proof.

Plaintiff's Notice of Adoption of Master Complaint

Page 3

[X] Punitive and exemplary damages where permitted by law.

[X] Damages for past and future mental and/or emotional distress, according to proof.

[X] Costs of suit incurred herein.

[ ] Injunctive relief (specify):

[X] Other (specify): Such relief that maybe proper

Dated: 5/25/06          LAW OFFICES OF STEVEN A. FABBBRO

By: _____
Attorneys for the Plaintiff

STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:   (415) 391-6850
Facsimile:   (415) 391-6856

Attorney for Plaintiff: MARTHA FERNANDEZ

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| MARTHA FERNANDEZ, | Case No. 07-0344 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. |  |
| MERCK & COMPANY, INC., |  |
| Defendants. |  |

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101 Montgomery Street, 27th Floor, San Francisco, California 94104. On July 11, 2008, I served the following document(s) by the method indicated below:

**PLAINTIFF IN CASE 07-0344'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF FORUM NON CONVENIENS**

1  [ ]  by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed
2       above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and
        was reported complete without error. The transmission report was properly issued by the
3       transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in
        writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

4
   [X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid,
5       in the United States mail at San Francisco, California addressed as set forth below. I am readily
        familiar with the firm's practice of collection and processing of correspondence for mailing.
6       Under that practice, it would be deposited with the U.S. Postal Service on that same day with
        postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the
7       party served, service is presumed invalid if the postal cancellation date or postage meter date is
        more than one day after the date of deposit for mailing in this Declaration.
8
9  [ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery
        of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by
10      the process server or delivery service will be filed shortly.

11 [ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth
        below.
12
13 [ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express
        mail service for guaranteed delivery on the next business day following the date of consignment to
14      the address(es) set forth below.

15 [ ]  by transmitting via email to the parties at the email addresses listed below:

16 **ATTORNEYS FOR MERCK & COMPANY, INC.**
17 Michael K. Brown, Esq.
   Thomas J. Yoo, Esq.
18 REED & SMITH LLP
   355 South Grand Avenue, Suite 2900
19 Los Angeles, CA 90071
   Telephone: 213-457-8000
20 Facsimile:  213-457-8080
21 Email: mkbrown@reedsmith.com
   tyoo@reedsmith.com
22
   Steven J. Boranian, Esq.
23 Rosalie E. Kim, Esq.
24 REED & SMITH LLP
   Two Embarcadero Center, Suite 2000
25 San Francisco, CA 94111-3922
   Telephone: 415-543-8700
26 Facsimile:  415-391-8269
   Email: sboranian@reedsmith.com
27 ekim@reedsmith.com
28



1
2      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 11, 2008, at San Francisco, California.
3
4
5                             MARGARITA SANCHEZ
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE     -3-