| | |
|---|---|
| ODELL HARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant.<br>05-2388 | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>**MOTION TO WITHDRAWAL FROM REPRESENTATION** |

    Turner & Flessas, S.C. by Julie J. Flessas hereby seeks to withdrawal as counsel for Odell Harris on the grounds that upon review, our firm is unable to substantiate a claim for which relief can be sought.

    Dated this 16 day of June, 2008.

TURNER & FLESSAS, S.C.
Attorneys for the Plaintiff

_/s/ Julie J. Flessas_
Julie J. Flessas
State Bar No. 1000613

P.O. Box Address
TURNER & FLESSAS, S.C.
411 E. Wisconsin Ave. Suite 505
Milwaukee, WI 53202
(414) 225-2526