| | |
|---|---|
| ODELL HARRIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>**PROPOSED ORDER ON MOTION TO WITHDRAW FROM REPRESENTATION** |

　　　　The above-entitled matter having come before the Court; and upon a Motion to Withdraw from Representation made by Turner & Flessas, S.C., based upon the Declaration of Counsel of Julie J. Flessas filed on or about July 3, 2008.

　　　　**IT IS HEREBY ORDERED**, that counsel for the Plaintiff is granted leave to withdraw from acting as counsel.

　　　　Dated this ___ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge