| | |
|---|---|
| RUTH ANN HALL,<br><br>               Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>               Defendant.<br><br>05-3230 | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br><br>**MOTION TO WITHDRAWAL FROM REPRESENTATION** |

      Turner & Flessas, S.C. by Julie J. Flessas hereby seeks to withdrawal as counsel for Ruth Ann Hall (Casper) on the grounds that upon review, our firm is unable to substantiate a claim for which relief can be sought.

      Dated this 16 day of June, 2008.

                                                        **TURNER & FLESSAS, S.C.**<br>
                                                        Attorneys for the Plaintiff

                                                        Julie J. Flessas<br>
                                                        State Bar No. 1000613

<u>P.O. Box Address</u><br>
TURNER & FLESSAS, S.C.<br>
411 E. Wisconsin Ave. Suite 505<br>
Milwaukee, WI 53202<br>
(414) 225-2526