| | |
|---|---|
| RUTH ANN HALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>**DECLARATION OF COUNSEL** |

Attorney Julie J. Flessas does declare the following:

1. Counsel has communicated counsel's intent to withdrawal from representation with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. The plaintiff has not yet given consent to withdrawal.

Dated this 16 day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　Julie J. Flessas
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 1000613

P.O. Box Address
TURNER & FLESSAS, S.C.
411 E. Wisconsin Ave. Suite 505
Milwaukee, WI 53202
(414) 225-2526