| | |
|---|---|
| RUTH ANN HALL,<br><br>     Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>     Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br><br>**PROPOSED ORDER ON MOTION TO<br>WITHDRAW FROM REPRESENTATION** |

   The above-entitled matter having come before the Court; and upon a Motion to Withdraw from Representation made by Turner & Flessas, S.C., based upon the Declaration of Counsel of Julie J. Flessas filed on or about July 3, 2008.

   **IT IS HEREBY ORDERED**, that counsel for the Plaintiff is granted leave to withdraw from acting as counsel.

   Dated this ___ day of _____, 2008.

                   BY THE COURT:

                   _____
                   United States District Judge