UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | § <br> § <br> § <br> § | MDL Docket No. 1657 <br><br> SECTION I (3) |
| This Document Relates To: | § <br> § <br> § | |
| Mary J. Bails, Et al v. Merck & Co., Inc., (E.D. La. Index No. 2:05-CV-02319) | § <br> § | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL DEFENDANTS**

Plaintiff, Latreesh Wilson, and this Plaintiff only, files this Stipulation of Dismissal of all claims against all defendants pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

1. Plaintiff is Latreesh Wilson, and this Plaintiff only.

2. Defendant is Merck & Co., Inc.

3. Plaintiff stipulates to dismiss her suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

1

Respectfully submitted,

_____  
Attorney for Plaintiff  
Grant Kaiser (11078900)  
THE KAISER FIRM, L.L.P.  
8441 Gulf Freeway, Suite 600  
Houston, TX 77017  
Telephone: (713) 223-0000  
Facsimile: (713) 223-0440  

_____  
Attorney for Merck & Co., Inc  

Dated: July 15, 2008

Dated: 7/15/08

## CERTIFICATE OF SERVICE

I hereby certify that the above Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B in accordance with the procedures established in MDL-1657, on July 15, 2008.

_____  
Grant Kaiser

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> <br> This Document Relates To: <br> <br> Mary J. Bails, et al v. Merck & Co., Inc., <br> (E.D. La. Index No. 2:05-CV-02319) | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | MDL Docket No. 1657 <br> <br> SECTION l (3) <br> <br> <br> <br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Latreesh Wilson are dismissed with prejudice.

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1