UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION I (3) |
| | § | |
| This Document Relates To: | § | |
| | § | |
| Johnnie Smith v. Merck & Co., Inc., | § | JUDGE FALLON |
| (E.D. La. Index No. 2:05-CV-04067) | § | MAG. JUDGE KNOWLES |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff, Johnnie Smith, files this Stipulation of Dismissal of all claims against all defendants pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

1. Plaintiff is Johnnie Smith.

2. Defendant is Merck & Co., Inc.

3. Plaintiff stipulates to dismiss his suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

1

Respectfully submitted,

_____        _____
Attorney for Plaintiff                              Attorney for Merck & Co., Inc
Grant Kaiser (11078900)
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 223-0000
Facsimile: (713) 223-0440

Dated: July 15, 2008                       Dated: 7/15/08

## CERTIFICATE OF SERVICE

I hereby certify that the above Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B in accordance with the procedures established in MDL-1657, on July 15, 2008.

_____
Grant Kaiser

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No. 1657 SECTION l (3) |
| This Document Relates To: | § § | |
| Johnnie Smith v. Merck & Co., Inc., (E.D. La. Index No. 2:05-CV-04067) | § § | JUDGE FALLON MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Johnnie Smith are dismissed with prejudice.

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1