UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> <br> This Document Relates To: <br> <br> Johnnie Smith v. Merck & Co., Inc., <br> (E.D. La. Index No. 2:05-CV-04067) | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | MDL Docket No. 1657 <br> <br> SECTION I (3) <br> <br> <br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Johnnie Smith are dismissed with prejudice.

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE