# Exhibit 1

935968v.1

# List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:05-cv-04516-EEF-DEK | Romandia, Dina Rebecca | Quinonez, Sergio | Mexico | Mithoff Law Firm |
| 2:05-cv-05578-EEF-DEK | Tzfanya, Eliahu | | Israel | Godosky and Gentile PC |
| 2:06-cv-00060-EEF-DEK | Alkhammach, Khaldoun | | Kuwait | Daniel E. Becnel Jr. Law |
| 2:06-cv-00060-EEF-DEK | Bourgoin, Berthe | | Canada | Daniel E. Becnel Jr. Law |
| 2:06-cv-00060-EEF-DEK | Patino, Marco | | Mexico | Daniel E. Becnel Jr. Law |
| 2:06-cv-02195-EEF-DEK | Ruzycki, Rick | Ruzycki, Rick | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02196-EEF-DEK | Shaw, William N | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02198-EEF-DEK | Blazieko, Judith M | Martin, David | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02199-EEF-DEK | Law, Elaine | Law, Douglas | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02201-EEF-DEK | Paulo, Pamela | Paulo, Kevin | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02203-EEF-DEK | Farmer, Don | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-04032-EEF-DEK | Schimanski, Sheila | | New Zealand | Zimmerman Reed PLLP |
| 2:06-cv-04472-EEF-DEK | Pendergast, James G | Pendergrast, Mona L | Canada | Cory Watson Crowder and Degaris PC |
| 2:06-cv-05498-EEF-DEK | Malzieu, Fabrice | | France | Brandi Law Firm |
| 2:06-cv-05905-EEF-DEK | Spellman, Brian | | Canada | Andrews and Thornton |
| 2:06-cv-06463-EEF-DEK | Silver, Wayne | | Canada | Andrews and Thornton |
| 2:06-cv-06997-EEF-DEK | Gutierrez, Manuel | Gutierrez, Mariluz | Dominican Republic | Lamb Firm LLC |
| 2:06-cv-06997-EEF-DEK | Librada Sanchez, Luz | Martinez, Francisco | Dominican Republic | Lamb Firm LLC |
| 2:06-cv-06997-EEF-DEK | Lovelace, Camelia | | Dominican Republic | Lamb Firm LLC |
| 2:06-cv-06997-EEF-DEK | Lovelace, Legia | Lovelace, Camelia | Dominican Republic | Lamb Firm LLC |
| 2:06-cv-06997- | Otero Camacho, | | Puerto Rico | Lamb Firm LLC |

935968v.1

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | Margarita | | | |
| 2:06-cv-06999-EEF-DEK | Adames De La Rosa, Rogelio | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Batista, Bartoloma | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Cabrera, Felipe | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Capellan, Rita | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | De La Cruz, Margarita | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Espinal Ramirez, Elva | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Francisco De La Rosa, Ana | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Frias, Justina | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Infante Pena, Francisco | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Leguisamon, Filomena | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Paniagua Morillo, Wenceslao | | Dominican Republic | Lamb Firm LLC;Quetglas |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| | | | | Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Pichardo Lopez, Milagros | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Pimentel Fernandez, Ramon | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Pion Baez, Maria | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Ramos Rodriguez, Rafael | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-06999-EEF-DEK | Ravelo De Pineyro, Natalia | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Batista, Bartolome | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Beato, Jose | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Dionicio, Dulce | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Fanith, Mireya | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Gonzalez Patricio, Rhina | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-07150-EEF-DEK | Maria Minyetti, Ana | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-07150-EEF-DEK | Pimentel De Cabrera, Candy | | Dominican Republic | Lamb Firm LLC;Quetglas Law Offices;Wood Law Firm |
| 2:06-cv-10185-EEF-DEK | Doci, Skender Veli | Doci, Diana | Albania | Godosky and Gentile PC |
| 2:06-cv-10625-EEF-DEK | Hudson, John | Hudson, Jean | Canada | Trepanier and MacGillis PA;Barnes Firm PC |
| 2:06-cv-10773-EEF-DEK | Brown, Peter | | Canada | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 2:06-cv-10773-EEF-DEK | Higham, Alan | Cripple, Nancy | Lancaster | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 2:06-cv-11333-EEF-DEK | Adams, Lillian J | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Addison, Bridget G | Addison, John | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Aitken, John | Aitken, Lily | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Anderson, Alexandria | Anderson, William | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Archibald, Agnes | Archibald, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Atkinson, Isabella J | Atkinson, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Barnes, Margaret | Barnes, David | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Barr, Anne M | Barr, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Barr, Jane M | Barr, James | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Barrie, Elizabeth W | Barrie, George | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333- | Bell, Robert W | Bell, Janet K | England | Joseph C. |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | | | | Blanks Law |
| 2:06-cv-11333-EEF-DEK | Blair, Joseph | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Boyd, Marion | Boyd, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Bradbury, Robert A | Bradbury, Diane | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Brennan, Edward J | Brennan, Mary B | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Brennan, James | Brennan, Margaret | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Brown, Norma | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Browne, Joseph C | Browne, Margaret M | Wales | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Brumpton, Frederick | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Bryce, David | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Bryson, William S | Bryson, William | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Buckley, David | Buckley, Doris | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Burch, Joseph K | Burch, Elizabeth | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Burgess, Thomas | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Burns, Kathleen M | Burch, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Byrne, Ellen J | Byrne, Sharon S | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Calder, Robert | Calder, Janette | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cameron, Robert B | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Campbell, Kathleen | Campbell, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Campbell, Neil | Campbell, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cartledge, Anne | Cartledge, Robert | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Chamberlain, Elizabeth | Chamberlain, Victor L | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Chisnall, Edward H | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Clancy, Hugh | Clancy, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Clark, George | Clark, Ann M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Clark, Isabelle A | Clark, John A | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cliffe, Ian P | Cliffe, Sylvia M | Scotland | Joseph C. Blanks Law |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-11333-EEF-DEK | Clive, Jean | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cochrane, Robert | Cochrane, Maria T | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Colclough, James C | Colclough, Joyce M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cole, Andrew H | Cole, Christina M | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Combe, Jeananne H | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Conroy, Alice | Conroy, John | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Costello, Christina | Costello, Charles | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Craven, Sheila | Craven, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cullen, William | Cullen, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cunningham, Catherine | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cunningham, Evelyn E | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cunningham, Steven | Cunningham, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Cunningham, William | Cunningham, Ann | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dallas, Sandra E | Dallas, Paul | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dar, Muhammad A | Dar, Naira S | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dawson, Sandra | Dawson, Anthony Alan | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dempster, Ann | Dempster, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Devenay, Ann M | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Devlin, Margaret | Devlin, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dodds, Christina | Dodds, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Doherty, Catherine | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Donegan, Marie | Donegan, Mr | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Donegan, Marie K | Donegan, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Douglas, Jane H | Douglas, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dowling, John M | Dowling, Eilish A | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Duguid, Charles J | Duguid, Charles J | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333- | Dunsmuir, Linda | Dunsmuir, | Scotland | Joseph C. |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | | Kenneth R | | Blanks Law |
| 2:06-cv-11333-EEF-DEK | Dyer, Kate R | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Elder, John A | Elder, Deborah T | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Evans, Elizabeth | Winning, William | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Finlayson, Helen | Finlayson, Mr. | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Flynn, Thomas | Flynn, Mrs. | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Forbes, John B | Forbes, Johanna K | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Freeland, Elizabeth M | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gara, John | Gara, Margaret | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gillespie, William J | Gillespie, Sheila | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gillett, Denys A | Gillett, Marie | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gilpin, Sheila D | Gilpin, Mr. | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Glaisher, Janet M | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gorrie, Pauline F | Gorrie, Thomas A | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gray, Kenneth | Gray, Isabella | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Gray, Leonard | Gray, Gail | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Greenock, Jean | Greenock, Robert | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Greig, James B | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Griffin, Jean F | Griffin, Shaun P | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Guillot, Bernard J | Guillot, Susan L | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Guthrie, Josephine M | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hall, John T | Hall, Honor M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hamilton, Janette | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Harrower, Janet | Harrower, Mr. | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Haslam, Olive | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hawkins, Frederick | Hawkins, Dorothy | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hawtin, Ian M | Hawtin, Andrea | Great Britain and Northern Ireland | Joseph C. Blanks Law |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-11333-EEF-DEK | Hay, Stanley R | Hay, Mary T C | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hilsdon, Zetta M | Hilsdon, Joseph A | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hodge, Elizabeth | Hodge, Matthew H | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hogg, Donald McDonald | Hogg, Margaret M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Howe, William | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Huckvale, Ronald | Huckvale, Margaret | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hughes, Denise Maria | Hughes, Samuel J | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hughes, Sheila | Hughes, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hunter, Agnes G | McGone, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Hurles, Francis P | Hurles, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Innes, Elizabeth W | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Ionta, Giovanna | Ionta, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jack, Elizabeth | Jack, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jackson, Ann J | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jamieson, John H | Jamieson, Lorna S | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jenkins, Brenda M | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Johnson, Margaret | Johnson, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Johnston, Thomas | Reilly, Isabel | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Johnstone, Duncan T | Johnstone, Sandra M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jones, Brian Charles | Jones, Elizabeth | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jones, Frances | Jones, Frederick J | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jones, Jean | Jones, William | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Jones, William G | Jones, Joan M | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kadziola, Harold | Kadziola, Joan E | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kelly, Jane | Kelly, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kelly, Maureen | Kelly, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333- | Kemp, Valerie | Kemp, David M | England | Joseph C. |

935968v.1

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | | | | Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kerr, James | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kett, Jeanette | Kett, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kilday, Fiona | Kilday, William | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | King, Gladys E | King, Colin | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | King, Thomas | King, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kupczak, John D | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Kyle, Derrick | Kyle, Patricia J D | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Laird, Margaret H | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Latham, Elaine | Latham, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Law, David W | Law, Marion H | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Law, Derek K | Law, Sheila M | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lawson, William | Lawson, Jean | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Leak, Catherine | Leak, William E | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lennon, Agnes S | Lennon, James | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Leonard, Francis | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lettin, Margaret E I | Lettin, Nelson | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lewis, Robert | Lewis, Lorraine F | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Linford, John | Linford, Muriel | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lockhart, Anthony | Lockhart, Patricia B | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Love, Rachel F | Love, Gordon | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Lyttle, George T | Lyttle, Eleanor | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | MacDonald, Christina T | MacDonald, James S | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | MacDonald, Angus | MacDonald, Elizabeth | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Mackay, Catherine M | Mackay, Ronnie A | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Mackay, Mary | Mackay, Donald M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | MacLeod, John | MacLeod, Ann B | Scotland | Joseph C. Blanks Law |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-11333-EEF-DEK | MacMillan, Maureen | MacMillan, Alexander | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Magee, Catherine | Magee, Ronald | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Magee, Robert W | Magee, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Mair, Robert | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Manley, Samuel | Manley, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Marsili, Mary H | Marsili, Eliseo | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Mayne, Lilian Y | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McAdam, John | McAdam, Patricia | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McAllister, Neil | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McBurnie, William | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McCallum, Alexander | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McCarthy, Andy | McCarthy, Bridget | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McCartney, Mary H | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McComb, James | McComb, Gordon | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McCracken, John G | McCracken, Aileen M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McCracken, John R | McCracken, Margaret C | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McDevitt, Anthony | McDevitt, Kathleen | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McDonald, Jean Margaret | McDonald, Thomas S | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McDonald, Richard | McDonald, Mrs | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McDowall, William | McDowall, Margaret | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McGeachy, Marion | McGeachy, Hugh | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McGrael, John F | | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McGrath, Patrick | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McGreal, John F | McGrael, Catherine | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McGuire, William | | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McIlduff, Agnes | McIlduff, William | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333- | McIntosh, | McIntosh, | United Kingdom | Joseph C. |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | Heather | Thomas B | | Blanks Law |
| 2:06-cv-11333-EEF-DEK | McIntosh, Thomas B | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McKean, Catherine | McKean, John | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McLaren, John B | Law, Norma | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McLaughlin, Jean | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McLaughlin, Sarah J | McLaughlin, Gerard | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McMahon, Isabella K | McMahon, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McMahon, Joseph P | McMahon, Kathleen | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McMahon, Kathleen | McMahon, Michael | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McMeel, Patrick A | McMeel, Bertha M | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McMillan, Margaret | McMillan, Robert | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | McNeillie, Isabel | | Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Meechan, Mary | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Miles, Leslie J P | Miles, Ann D | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Millar, Christopher | Millar, Mrs | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Millar, Morag | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Miller, Dudley | Miller, Aileen J | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Miller, Mary | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Milne, Margaret A | Milne, George F | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Moffat, June | Moffat, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Mooney, Robert | Mooney, Mary | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Moore, Eileen | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Moran, Robert | Moran, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Morris, Kathleen | Morris, Alexander | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Morrison, Helen | Morrison, William | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Muir, William | Muir, Sylvianne | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Murdoch, James M | Murdoch, Mary | Scotland | Joseph C. Blanks Law |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-11333-EEF-DEK | Murphy, Daniel | Murphy, Sandra D | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Murphy, David | Murphy, Solange A | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Murray, Robert | Murray, Dianne | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Neill, Alice | Neill, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Nicol, Winton | Nicol, Margaret H | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | OHagan, John | OHagan, Sarah | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Oldman, Irene J | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Paige, Anne | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Paisley, Andrew | Paisley, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Pinterich, Patricia | Pinterich, Vincent E | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Preston, Catherine | Preston, Roy | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Price, David | Price, Margaret E | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Purves, William | Purves, Thomasina A | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Reid, Donald M | Reid, Myra J | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Reilly, John | Reilly, LisaAnne | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Relf, Bridget P | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Rendall, Robert M | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Richardson, Jacqueline E | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Robertson, Andrew | Robertson, Caroline | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Robertson, Catherine | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Robertson, Charles | Robertson, Elizabeth | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Robertson, William | Robertson, Margaret R | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Robin, Miep | Robin, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Rodger, Alexander M | Valante, Frieda | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Rogers, Isobel C | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Roose, Ronald | Roose, Anne | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333- | Clark, Margaret | Rose, Henry M | United Kingdom | Joseph C. |

13

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | W Rose | | | Blanks Law |
| 2:06-cv-11333-EEF-DEK | Ross, Farquhar M | Ross, Alan S | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Samson, Rosemary | Samson, Thomas | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Shearer, James | Shearer, Elizabeth | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Skelly, Aileen M | Skelly, John W | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Skinner, Peter R | Skinner, Pauline L | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Small, Florence S | Small, James G | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Smith, Abram Joseph | Smith, RoseAnne | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Smith, Cynthia | Smith, John D | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Smith, Robert C | Smith, Geraldine | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Paterson, Moira D | Souter, Mary Doig | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Steele, Ellen | Steele, Stephen | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Steven, Isabella | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Stewart, Isabella S | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Stilges, Agnes | Stilges, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Stuart, Patrick | Stuart, Catherine Emma Booth | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Stubbings, Eleanor | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Sturt, Colin Chas | Sturt, Patricia M | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Taylor, Agnes | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Taylor, William | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Taylor, William Trevor | Taylor, Lesley I | United Kingdom | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Thomas, Royston | Thomas, Doris | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Thomson, Adam W | Thomson, Georgina A | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Thomson, Archie J | Thomson, Laura M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Thomson, George R | Thomson, Helen | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Thomson, Olga | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Tibbetts, Beatrice M | | Scotland | Joseph C. Blanks Law |

935968v.1

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:06-cv-11333-EEF-DEK | Timms, Frederick | Timms, Elizabeth | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Tudhope, Steele | Tudhope, Mrs | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Vannvil, Elizabeth | Vannvil, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Walker, Sheena H | Walker, Alan M | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Ward, James | Ward, Nancy | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Warrilow, Elizabeth | Warrilow, Neil D | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Watkins, Henry B | Watkins, Dora | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Watson, Agnes Sheila | Watson, John A | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Watson, John M | Watson, Alice B | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Watson, Lorna | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wauchope, William G | Wauchope, Avril | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Waugh, Mavis J | Waugh, Harry | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Webster, Gordon | Webster, Elaine | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Weegram, Alexander M | Weegram, Edith P | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Williams, Myfanwy | Williams, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wiseman, James | Wiseman, Frances H | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Woods, Michael | Woods, Helena | Wales | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Woolley, Maureen | | England | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wotherspoon, Graham | Wotherspoon, Agnes J | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wotherspoon, Michael | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wright, Duncan | Wright, Julie | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Wyper, Sheila | Wyper, Mr | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Young, Robert | | Scotland | Joseph C. Blanks Law |
| 2:06-cv-11333-EEF-DEK | Youngs, Geraldine A | Youngs, Frederick A | England | Joseph C. Blanks Law |
| 2:06-cv-02208-EEF-DEK | Arguelles, Adolfo | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02208-EEF-DEK | Mitchell, Michael | | Canada | Barnes Firm PC;Trepanier |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| | | | | and MacGillis PA |
| 2:06-cv-02211-EEF-DEK | Galida, Robert | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02211-EEF-DEK | Pavlovic, Dragutin | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02212-EEF-DEK | Ibrahin, Samir | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02212-EEF-DEK | Smith, Matthew | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02213-EEF-DEK | Webster, Joseph Arthur | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02214-EEF-DEK | Nikolova, Maria | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-02216-EEF-DEK | Puglese, Teresa | | Canada | Barnes Firm PC;Trepanier and MacGillis PA |
| 2:06-cv-03162-EEF-DEK | Murray, John | | Canada | Daniel E. Becnel Jr. Law |
| 2:06-cv-03683-EEF-DEK | Boorany, Sol | | Canada | Wagstaff and Cartmell LLP;Bertram Law LLC;Popham Law Firm;Bartimus Frickleton Robertson and Gorny PC;Goza and Honnold LLC;Davis Bethune and Jones LLC;Shrager Spivey and Sachs |
| 2:07-cv-00344-EEF-DEK | Fernandez, Martha | | Mexico | Steven A. Fabbro Law |
| 2:07-cv-00395-EEF-DEK | Blane, Margaret | Blane, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Braid, Michael | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Byrne, Angela | | Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Connolly, Linda | Connolly, Mr | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Crosby, Douglas Victor | Crosby, Mrs | England | Joseph C. Blanks Law |
| 2:07-cv-00395- | Daly, George | | Great Britain and | Joseph C. |

16

935968v.1

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| EEF-DEK | | | Northern Ireland | Blanks Law |
| 2:07-cv-00395-EEF-DEK | Duncan, Margaret A W | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Dunlop, Ann | Dunlop, James | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Evans, Jennifer | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Forrest, Ronald | | England | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Hamilton, David | Hamilton, Ann | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Harris, Amanda Jane | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Hart, Philip | | England | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Hayes, Mary | Hayes, Niall J | Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Hunter, Helen | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | James, Anthony | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Kendrick, Anthony | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Locke, Leon | Locke, Greta | United Kingdom | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | McMeel, Patrick G | McMeel, Bertha | Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Mill, Steven | | United Kingdom | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Rimmer, Derek | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Rutherford, Ross | Berry, Annette | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Searle, Agnes | Searle, Henry | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Stark, Robert | Stark, Fiona | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Taylor, Mark | Taylor, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Tew, Hazel | | England | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Walker, Jacqueline | Walker, Frazer | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Watson, Ian | Watson, Mrs | Scotland | Joseph C. Blanks Law |
| 2:07-cv-00395-EEF-DEK | Wilkins, Vivienne | Wilkins, Mr | England | Joseph C. Blanks Law |
| 2:07-cv-01252-EEF-DEK | Adam, Rona | Adam, Thomas L B | United Kingdom | Newman Fitch Altheim Myers |
| 2:07-cv-01252-EEF-DEK | Grant, William M | Grant, Margaret L | Scotland | Newman Fitch Altheim Myers |
| 2:07-cv-01252-EEF-DEK | Sutherland, Jean | Sutherland, Peter | Scotland | Newman Fitch Altheim Myers |

**List of Foreign Plaintiffs in the captioned cases in Merck's Order to Show Cause**

| Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:07-cv-03480-EEF-DEK | Perruzza, Anna Marie | Perruzza, Concetta M | Canada | Trepanier and MacGillis PA;Barnes Firm PC |
| 2:08-cv-00587-EEF-DEK | Burns, John | | Canada | Gallagher Law Firm |
| 2:05-cv-05586-EEF-DEK | Baig, Mirza M | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Fennema, Fokke | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Gemerts, Mildred U | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Hendriks Saat, AJHM | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Jimack, Peter | | Scotland | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Knotternus, Ivo G | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Krooneman, Aart | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Pieterse, Hugo | | Netherlands | Aaron M. Levine and Associates |
| 2:05-cv-05586-EEF-DEK | Wessels, Rene | | Netherlands | Aaron M. Levine and Associates |

935968v.1