FILED 08 JUL 14 15:24 USDC-LAE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH K. KERR SR. | MDL Docket No. 1657 |
| Plaintiff, | SECTION L |
| vs. | JUDGE FALLON |
| MERCK & CO., INC., | MAG. JUDGE KNOWLES |
| Defendant, | CASE NO. 2:06-CV-11113 EEF-DEK |

### RESPONSE TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR NON- COMPLIANCE WITH PRETRIAL ORDER NO. 31

The plaintiff, Kenneth K. Kerr Sr.'s case should not be dismissed for the reason that the plaintiff Kenneth K. Kerr's has complied with Pretrial Order No. 31. As can be shown as follows:

1. The plaintiff was requested to file a plaintiff's profile form by Hughes Hubbard & Reed on April 25, 2007. A copy of the letter is attached and marked Exhibit "A".

2. The plaintiff send the Plaintiff Profile Form to Hughes Hubbard & Reed on May 15, 2007. A copy of the letter and Plaintiff Profile Form is attached and marked Exhibit "B".

3. The plaintiff was requested to register with the Vioxx Claims Administrator, BrownGreer by Hugh Hubbard & Reed on May 12, 2008. A copy of the letter is attached and marked Exhibit "C".

4. The plaintiff has registered with the Vioxx Claims Administrator, BrownGreer on May 19, 2008. A copy of the letter and registration form is attached hereto and marked Exhibit "D". A copy of the E-Mail dated May 21, 2008 sent to plaintiff's attorney is attached hereto and marked Exhibit "E. A copy the Claimant Spreadsheet is attached hereto and marked Exhibit "F".

William Z. Christoff (0001765)
26 South Erie
Massillon, Ohio 44646
Attorney for Plaintiff, Kenneth K. Kerr Sr.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Phone: (330) 832-5999  
Fax: (330) 832-6208  
ChristoffLaw@sssnet.com.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent by Express U. S. Mail on July 11, 2008 to Stone Pigman Walther Wittmann LLC.

_____  
William Z. Christoff (0001765)  
Attorney for Plaintiff, Kenneth K. Kerr Sr.