# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (330-832-6208)**

William Z. Christoff, Esq.
William Z. Christoff, Attorney at Law
26 South Erie
Massillon, OH 44646

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Kenneth K. Kerr, Sr. v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-11113-EEF-DEK*

Dear Mr. Christoff:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kenneth K. Kerr, Sr. Pretrial Order No. 18C required Mr. Kerr to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Kenneth K. Kerr, Sr. no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



EXHIBIT A

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

LAW OFFICES
## CHRISTOFF AND CHRISTOFF
26 S. ERIE
MASSILLON, OHIO 44646
—
AREA CODE 330
TELEPHONE 832-5999

May 15, 2007

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910

ATTN: John N. Poulos

      RE:    In re Vioxx Products Liability Litigation
               MDL No. 1657
               Kenneth K. Kerr, Sr. v. Merck & Co., Inc.
               Docket No. 2:06-cv-11113-EEF-DEK

Dear Mr. Poulos:

Enclosed please find the following:

1. Kenneth K. Kerr, Sr.'s Plaintiff Profile Form.

2. Kenneth K. Kerr, Sr.'s Authorization for Release of Medical Records Pursuant to 45 C.F.R. 164.508 (HIPAA)

3. Copies of Kenneth K. Kerr, Sr.'s Medical Records from Dr. S. Mark Fratezak, M.D.

Thank you for your kind attention to this matter.

Very truly yours,

William Z. Christoff

WZC/dc
Enclosures

**EXHIBIT** _____ B _____

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO:<br><br>Civil Action No:<br>2:06-cv-11113-EEF-DEK | Plaintiff: KENNETH K. KERR SR.<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: KENNETH K. KERR SR.

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:_____

2. Maiden Or Other Names Used or By Which You Have Been Known:_____

3. Address:_____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _V_ No _____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *Heart attack and continued severe chest pain and irregular heartbeat.*

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? *Doctor Mark S Fratezak m.D.*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _V_   *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _V_ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. *no*
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes _v_ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: *appointment pending*

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Kenneth K. Kerr, Sr.*

B. Maiden or other names used or by which you have been known: *none*

C. Social Security Number: *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*

D. Address: *2635 41 ST N.W. Canton ohio 44709*

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 63 tremont S.E. massillon, ohio 44646 | moved in |
|  | na |

F.  Driver's License Number and State Issuing License: _RS268339_

G.  Date of Place and Birth: _8-23-62    TimKEN MERCEY_

H.  Sex:  Male _X_    Female _____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| LEHMAN. H.Sch | 74-77 |  | NO |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| roricks Drywal | Sunset Strip NCT |  | Crew Leader |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim for either your present or previous employment? Yes _____   No _✓_

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____   No _✓_

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____   No _✓_

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes __✓__  No _____  *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: __11 - 15 - 93__

   b.  Nature of disability: __BROKEN NECK AND BACK__

   c.  Approximate period of disability: __8 - 22 - 96__

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes __✗__  No _____  *If "yes,"* set forth when and the reason. _____

   _____ I AM ON PERMANENT TOTAL DISABILITY FOR _____
   _____ THE OHIO BUREAU OF WORKERS COMPENSATION _____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No __✓__  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

   _____

   _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No __✓__  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): __DIVORCED__

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No _____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _✓_ No ____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _RAYmond. H. KERR, SR._

Current Age (or Age at Death): _47_

Type of Problem: _Congestive heart Failure_

If Applicable, Cause of Death: _SAME_

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _MARK FRATEZAK M.D._

B. On which dates did you begin to take, and stop taking, VIOXX®? ~~_____~~ Began → _7-7-03_ ENDed ~ _10-14-04_

C. Did you take VIOXX® continuously during that period? Yes _✓_ No ____ Don't Recall ____

D. To your understanding, for what condition were you prescribed VIOXX®? _ARthritis_

E. Did you renew your prescription for VIOXX®? Yes ____ No _✓_ Given Samples Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided _mark FRATEZAK ~ 50mg once & twice a day 7-7-03._

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_✓_ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
_ONCE  SOMETIMES  TWICE  A DAY_

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?  Yes _____  No _✓_  Don't Recall _____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it?  Yes ___  No _✓_  Don't Recall _____

    2.  Did you receive any written or oral information about VIOXX® while you took it?  Yes ___  No _✓_  Don't Recall _____

    3.  *If "yes,"*

        a.  When did you receive that information?_____

        b.  From whom did you receive it?_____

        c.  What information did you receive? ___
        _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?  _IBUPROFEN_
_____

# V. MEDICAL BACKGROUND

A.  Height: _____

B.  Current Weight: _____
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ___  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ___  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a.  Date on which smoking/tobacco use ceased: _____

        b.  Amount smoked or used: on average_____ per day for _____ years.

    _✓_  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a.  Amount smoked or used: on average _1 Pack_ per day for _20_ years.

    ___  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer,
wine, whiskey, etc.)?  Yes _✓_ No ____    *If "yes," fill in the appropriate blank* with
the number of drinks that represents your average alcohol consumption during the period
you were taking VIOXX® up to the time that you sustained the injuries alleged in the
complaint:

2 to 3_____  drinks per week,

_____  drinks per month,

_____  drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within
one (1) year before, or any time after, you first experienced your alleged VIOXX®-
related injury?"  Yes ____  No _✓_ Don't Recall _____

*If "yes",* identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of
the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify
for what condition the surgery was performed:  open heart/bypass surgery,
pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck
artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Appendicks | Ruptured | 2 yrs | Un Known | Aultman |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Blood Pressure med. | | FRAYEZAK | Aultman |

3.  To your knowledge, have you had any of the following tests performed:  chest X-
ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal
echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound,
MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head,
bubble/microbubble study, or Holter monitor?
Yes _✓_  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason | |
|---|---|---|---|---|---|
| CT SCAn | 2004 | Dr. GRUBB. | T.M. | MIALdE- | C-5, C-6 |
| MRI.s | SAme AS Above, | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes __✓__ No ___   Doctor FRAtEZARK

B. Decedent's death certificate (if applicable). Yes ___ No ___

C. Report of autopsy of decedent (if applicable). Yes ___ No ___

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| DoctoR clark | Tinken mercy medical Clinic |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| DocToR clark | mercy medical, Clinic | 4-2007 |
| mark FRAtEZACK | 1330 mercy DRive nw. | 8-2005 |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

(Tim) → Aultman Hosp. Impatient
mercy medical → Impatient

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ahltman | Canton, Ohio | 2003 | Broken Leg |
| mercy medical | Canton, ohio | 2004 | Neck Sergery |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address RF15th | Admission Dates | Reason for Admission |
|---|---|---|---|
| Aultman Clinic DRRester |  | follow up for brcken leg. |  |
|  |  |  |  |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Doctor Clark | mercy med. Clinic | 4 - 2007 |
| Doctor MARK Fratezak | 1330 mercy dr. N.W. Canton | 8 - 2005 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| walgreens |  |
| Rite Aid |  |
| medicine Shop |  |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| ENquirer building | 312 Elm St. Suite 2100 Cincinnati, ohio 44502  Date 11-28-97 |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| ~~free Hear~~ ~~Enquirer building 312 Elm St. Suite 2100 Cincinnati, Ohio 44502  Date 11-28-97~~ |  |
| Ohio Burrau of workermen Come 400 3Rd St S.E. | |
| | Canton, ohio 44702-1102 |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Kenneth K. Kerr SR._ _KENNETH K. KERR SR_ _5-15-07_
Signature      Print Name     Date

# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

May 12, 2008

**VIA FACSIMILE (330-832-6208)**

William Z. Christoff, Esq.
Law Offices of Christoff and Christoff
26 S. Erie
Massillon, OH 44646

       **Re:**    **_In re Vioxx® Litigation_**

Dear Counsel:

      The plaintiff listed in the enclosed report has not been registered with the Vioxx Claims Administrator BrownGreer as required by the Court's November 9, 2007 Order. Please be advised that Merck will move to dismiss this plaintiff's claims for failure to comply with the Order, unless this plaintiff is registered no later than Tuesday, May 20, 2008.

      Information about registration is available at the BrownGreer website (www.browngreer.com).

      Thank you for your anticipated cooperation.

      Very truly yours,

      Charles W. Cohen

Enclosure

**EXHIBIT** _C_

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

60230911 1.DOC

LAW OFFICES
## CHRISTOFF AND CHRISTOFF
26 S. ERIE
MASSILLON, OHIO 44646
—
AREA CODE 330
TELEPHONE 832-5999
FAX 832-6208

May 19, 2008

**VIA FACSIMILE (804-521-7299)**
Claims Administrator
P. O. Box 85031
Richmond, Virginia 23285

      **RE: Vioxx Settlement Program**

Attn: BrownGreer PLC

Gentleman:

      Enclosed please find the following:

      1. A Registration Affidavit: Primary Counsel.

      2. An Exhibit 1 Claimant Spreadsheet.

      3. A Plaintiff Profile Form.

      4. A copy of the letter that was faxed to me from Hughes Hubbard.

      My computer would not print a better Registration Affidavit:Primary Counsel and an Exhibit 1 Claimant Spreadsheet.

      **I would appreciate it if you would fax me the Registration Affidavit: Primary Counsel and the Exhibit 1 Claimant Spreadsheet.**

      If you have any questions please feel to contact me

      Thank you for your kindness and attention in this matter,

                         Very truly yours

                         William Z. Christoff

WZC:jc
Enclosures
cc: Hughes Hubbard

**EXHIBIT** __D__

# Registration Affidavit:  Primary Counsel

I hereby certify pursuant to 28 U.S.C. § 1746 as follows:

## A. LAW FIRM INFORMATION

I am an attorney in good standing who is admitted to practice law in the State of Ohio

| Name | Last Christoff | First William | Middle Z. |
|---|---|---|---|

| Name of Law Firm | William Z. Christoff, Attorney at Law |
|---|---|

| | Street   26 South Erie |
|---|---|

| | City  Massillon | State OH | Zip 44646 | Country USA |
|---|---|---|---|---|

| Telephone Number (330)832-5999 | Facsimile (330)832-6208 | Email ChristoffLaw@sssnet.com |
|---|---|---|

## B. LAWSUIT INFORMATI

I make this certification pursuant to the following orders, and any amendments thereto (check all that a re your clients have cases pending)

: Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisia

na Order entered on 11/9/07 by the Superior Court of New Jersey Law Division:  Atlantic Count

y Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Tex

as Order entered on 11/9/07 by the Superior Court of the State of California County of Los Angeles in CP No. 42

47 For any claimant with a case pending in a state court that is not in one of the Coordinated Proceedings, at you are making this Certification pursuant to the Federal MDL Orde

## C. EXHIBIT

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Cl in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in each claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidav

## D. SIGNATU

I certify under penalty of perjury that the foregoing is true and correc

| Date Signed | MAY 19, 2008 / / (Month/Day/Year | ) W Z Ch  Primary Couns |
|---|---|---|

**EXHIBIT "1"- A LIST OF PLAINTIFFS IN WHICH I HAVE AN "INTEREST AND FOR WHOM I AM PRIMARY COUNSEL.**

**1. KENNETH KERR SR**

**2. SOCIAL SECURITY NO. 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**

**3. ADDRESS: 2535 41ST STREET N. W. CANTON, OHIO 44709**

**4. STATE IN WHICH CLAIM OCCURRED: OHIO**

**5. STATE FROM WHICH THE CASE WAS REMOVED OR TRANSFERED: OHIO**

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

May 21, 2008

**_By Email_**

William Z. Christoff
William Z. Christoff, Attorney at Law
26 South Erie
Massillon, OH  44646

Re:   **First Response to Registration Materials**

Dear Counsel:

I will be your CA Contact for the duration of the VIOXX Settlement Program.  This is my contact information:

| Name | Dennis Carter |
|---|---|
| **Direct Dial Number** | **804-521-7286** |
| **Email Address** | **dcarter@browngreer.com** |

I will answer your questions, receive all your future claims submissions, and provide notices to you on your claims as they move through the Program.  Feel free to call my direct dial number shown above, or use our toll free number also shown above and ask to speak to me.  You can also reach me by email to my address shown above, which you should use rather than the general claimsadmin@browngreer email box from now on.

After we review the Registration Materials you sent us, we will prepare and send to you electronically a Release, an Authorization for Release of Medical Records, and an Authorization for Release of Employment Records for your client, if the information in the Registration Materials was complete enough to generate those Forms.  We will post those Forms on a secure website for your use and will send you instructions on how to access that website, download your forms and print them to use in obtaining signatures.  We will also tell you if your client is lacking information and send you a set of Enrollment Instructions detailing the steps you need to follow to enroll your claimant.

V1002v2

**EXHIBIT** _____E_____

You can go to our general settlement website, www.browngreer.com/vioxxsettlement and download live versions of the Enrollment Form and Stipulation of Dismissal for you to complete as part of the Enrollment process. Do not download the Release, Authorization for Release of Medical Records, or Authorization for Release of Employment Records from the website and attempt to create your own. Wait until you receive them from us, because each of them will have unique bar codes to facilitate handling of them when they are returned to us.

I look forward to working with you. Thank you.

Sincerely,

Dennis Carter

2

CARL Z. CHRISTOFF (1928-1971)
WILLIAM Z. CHRISTOFF

LAW OFFICES
### CHRISTOFF AND CHRISTOFF
26 S. ERIE
MASSILLON, OHIO 44646
—
AREA CODE 330
TELEPHONE 832-5999
FAX 832-6208

July 11, 2008

BrownGreer LLC
115 South 15th Street
Suite 400
Richmond, Virginia

      RE: Kenneth K. Kerr Sr.
        Vioxx Claim

Attn: Dennis Carter

Dear Mr. Carter:

      Enclosed please find a completed Claimant's Spreadsheet for the claimant, Kenneth K.
Kerr Sr.

      Please process claimant, Kenneth K. Kerr Sr.'s Vioxx Claim.

      If you need any further information from me please let me know.

      Thank you for your kindness and attention in this matter,

                         Very truly yours,

                         William Z. Christoff

WZC:jc
Enclosures



# BROWNGREER ‖ PLC

115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

Direct Dial: (804) 521-7176
Office: (804) 521-7200
Facsimile: (804) 521-7299
lburkholder@browngreer.com

# FACSIMILE

*THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.* If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you may not disseminate, distribute, or copy this communication. If you have received this communication in error, please notify us immediately by telephone, and then destroy this transmission or return it to us at the above address by mail. Thank you.

**Date:** May 21, 2008                     **Time Sent:** 11:23 AM ET

**To:** William Z. Christoff             **Fax No.:**   330-832-6208

**From:** Laura Burkholder

**Message:** Requested Claimant Spreadsheet. This information will need to be completed in order to generate Enrollment Forms for your client. Please fax back to my attention when completed.

**Number of Pages (Including Coversheet):** 14

If you do not receive all pages, please contact us immediately at (804) 521-7200.

Hard copy will follow by U.S. Mail
Hard copy will follow by Federal Express
Hard copy will follow by UPS
Hard copy will not be sent

# Exhibit 1 to Registration Affidavit ("Claimant Spreadsheet") Instructions

| | General Instructions |
|---|---|
| 1. | This document is your "Claimant Spreadsheet". You must complete all sections in this document to register. There are five sections: "1. Instructions"; "2. Primary Counsel"; "3. Claimants"; "4. Derivative Claimants"; and, "5. Non-Primary Counsel". |
| 2. | This section, entitled "1. Instructions", contains general instructions for using this document and specific instructions for providing data about your Claimants required for Registration. |
| 3. | The section entitled "2. Primary Counsel" is where you provide contact and demographic information about the law firm responsible for this claim in the Settlement Process. |
| 4. | The section entitled "3. Claimants" is where you provide the following information about Vioxx users and other Claimants: demographic information; injury information; lawsuit information; information about Tolling Agreements; information about Counsel's interest in the claim; and, enrollment information. |
| 5. | The section entitled "4. Derivative Claimants" is where you provide information on Derivative Claimants, Non-Vioxx User Plaintiffs, and Tolling Agreement Claimants. |
| 6. | The section entitled "5. Non-Primary Counsel" is where you provide information about additional Counsel with an interest in a claim. |
| 7. | You must answer all questions on all worksheets unless otherwise indicated. |
| 8. | This "Claimant Spreadsheet" contains the following aids to facilitate data entry: |
| | a) Instructions. There are specific instructions on this worksheet for every question in this Claimant Spreadsheet. These instructions are found below. |
| | b) Choice lists. The responses to many questions are limited. For these questions, the allowable responses are available in the choice lists in the "Specific Instructions for Data Entry" section. |
| | c) Formatting requirements. Some data entry cells require data to be entered in a pre-defined format. The required format for these cells is identified in the heading at the top of each column. For instance, Social Security Numbers are required to be entered without dashes and non-numeric characters. |
| 9. | If you have questions or encounter any problems, you may contact the Claims Administrator at claimsadmin@browngreer.com or 1-866-866-1729. |

1

| Specific Instructions for Data Entry | | | |
|---|---|---|---|
| Instructions for entering data on the worksheet entitled "3. Claimants" | | | |
| Number | Question | Answer [Fill in or Circle] | Instructions |
| 1. | Unique ID Assigned by Law Firm | | This field is optional. If you use a unique identifier for your clients, we can track these identifiers to facilitate exchanging data with your firm. If you provide an identifier, we will print this number on Releases and other unique forms that we generate for your use. |
| 2. | Last Name | Kerr, Sr. | Enter the Vioxx user's last name. |
| 3. | First Name | Kenneth | Enter the Vioxx user's first name. |
| 4. | Middle Initial | K. | Enter the Vioxx user's middle initial or middle name. |
| 5. | Social Security Number | 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 | Enter the Vioxx user's Social Security Number.  Enter 9 numbers only.  Do not enter dashes. |
| 6. | Date of Birth | 08/23/62 | Enter the Vioxx user's date of birth. Enter date in this format: MM/DD/YYYY. |
| 7. | Address (Line 1) | 2535 41st St. NW | Enter the first line of the Vioxx user's current or last known street address. |
| 8. | Address (Line 2) | | If applicable, enter the second line of the Vioxx user's current or last known street address. |
| 9. | City | Canton | Enter the Vioxx user's current or last known city of residence. |
| 10. | State | Ohio | Enter the Vioxx user's current or last known state of residence. |
| 11. | Zip Code | 44709 | Enter the Vioxx user's current or last known zip code. |
| 12. | Country | U.S. A. | Enter the Vioxx user's current or last known country of residence. |

| | Specific Instructions for Data Entry | | |
|---|---|---|---|
| | Instructions for entering data on the worksheet entitled "3. Claimants" | | |
| Number | Question | Answer [Fill in or Circle] | Instructions |
| 13. | Injury Claimed | (MI-SCD) <br><br> IS <br><br> Other | Answer to indicate the Vioxx user's Eligible Event. Answer **MI-SCD** for (i) myocardial infarction or heart attack or (ii) SCD (sudden cardiac death). Answer **IS** for ischemic stroke or ischemic cerebrovascular event or accident. Answer **Other** for other injuries. (See Article 17 of the Settlement Agreement for definitions.) |
| 14. | State in which Claimed Injury Occurred | Ohio | Enter the state in which the injury alleged to be the Eligible Event occurred. |
| 15. | Second Injury Claimed, If Applicable | MI-SCD <br><br> IS <br><br> Other | Answer to indicate the Vioxx user's Second Eligible Event, if applicable. Answer **MI-SCD** for (i) myocardial infarction or heart attack or (ii) SCD (sudden cardiac death). Answer IS for ischemic stroke or ischemic cerebrovascular event or accident. Answer **Other** for other injuries. (See Article 17 of the Settlement Agreement for definitions.) |
| 16. | State in which Second Claimed Injury Occurred | | Enter the state in which the injury alleged to be the Second Eligible Event occurred. |
| 17. | Duration of Vioxx Use Prior to Injury | (<= 12 Months) <br><br> > 12 Months | Answer **<= 12 Months** or **> 12 Months** to identify the duration of Vioxx use prior to the Eligible Event. |
| 18. | Does the Vioxx User Claim Death as a Result of Vioxx Use? | Yes <br><br> (No) | Answer **Yes** or **No** to indicate whether the Claimant is alleging that the Vioxx user died as a result of Vioxx use. |
| 19. | Has a Lawsuit Been Filed to Recover for the Vioxx User's Alleged Injury? | (Yes) <br><br> No | Answer **Yes** or **No** to indicate whether a lawsuit was filed to recover for the Vioxx user's alleged injury. If you answer **Yes** to this question, you must respond to Questions 20 - 25. If you answer **No** to this question, you should not respond to these questions. |

3

| | Specific Instructions for Data Entry | | |
|---|---|---|---|
| **Instructions for entering data on the worksheet entitled "3. Claimants"** | | | |
| **Number** | **Question** | **Answer [Fill in or Circle]** | **Instructions** |
| 20. | **Case Caption** | Kenneth Kerr,Sr. v. Merck & Co. Inc. | Enter the Caption for the currently pending lawsuit. |
| 21. | **Docket Number** | 2:06-CV-11113 EEF-DEK | Enter the Docket Number for the currently pending lawsuit. |
| 22. | **Court Where Case is Pending** (e.g. E.D. VA) | E.D. LA. | Enter the Court where the current lawsuit is pending. Enter the Court using Blue Book citation form (e.g. E.D. VA). |
| 23. | **State Where Case is Pending** | Louisiana | Enter the State where the current lawsuit is pending. |
| 24. | **Court From Which the Case was Removed or Transferred** (e.g. E.D. VA) | Stark County Common Pleas Court | Enter the Court from which the current case was removed or transferred. Enter the Court using Blue Book citation form (e.g., E.D. VA). |
| 25. | **State From Which the Case was Removed or Transferred** | Ohio | Enter the state of the Vioxx user's lawsuit from which the case was removed or transferred. If the lawsuit originally was filed in a federal court and then transferred, enter the state where the original federal court is located. |
| 26. | **Did this Vioxx User Enter Into a Tolling Agreement?** | Yes (No) | Answer **Yes** or **No** to indicate whether the Vioxx user entered into a Tolling Agreement. If you answer **Yes** to this question, you must respond to Questions 27 - 29. If you answer **No** to this question, you should not respond to these questions. |

4

| Specific Instructions for Data Entry | | | |
|---|---|---|---|
| Instructions for entering data on the worksheet entitled "3. Claimants" | | | |
| Number | Question | Answer [Fill in or Circle] | Instructions |
| 27. | Effective Date of Tolling Agreement (MM/DD/YYYY) | N/A | If you answered Yes to Question 26, enter the effective date of the Tolling Agreement. |
| 28. | Was the Tolling Agreement Ever Terminated? | Yes (No) | Answer Yes or No to indicate whether the Tolling Agreement was ever terminated. |
| 29. | Date of Termination (MM/DD/YYYY) | N/A | If you answered Yes to Question 28, enter the date of termination of the Tolling Agreement.  If you answered No to Question 28, leave this blank. |
| 30. | Does Primary Counsel Have an Interest in this Claim as of 10/1/07? | (Yes) No | Answer Yes or No to indicate whether Primary Counsel has an interest in this claim as of 10/1/07. |
| 31. | Does Primary Counsel Have an Interest in this Claim as of 11/9/07? | (Yes) No | Answer Yes or No indicate whether Primary Counsel has an interest in this claim as of 11/9/07. |
| 32. | Does Primary Counsel Have an Interest in this Claim as of Enrollment? | (Yes) No | Answer Yes or No to indicate whether Primary Counsel has an interest in this claim as of the date of Enrollment. |
| 33. | Does Primary Counsel Have an Interest in this Claim as of the Date of the Most Recent Registration Affidavit? | (Yes) No | Answer Yes or No to indicate whether Primary Counsel has an interest in this claim as of the date of the most recent Registration Affidavit. |
| 34. | Has Primary Counsel Received Remuneration, or a Promise of Remuneration, in Exchange for Terminating the Interest in this Claim? | Yes (No) | Answer Yes or No to indicate whether Primary Counsel has received remuneration, or a promise of remuneration, in exchange for terminating an interest in this claim. |

5

| Specific Instructions for Data Entry | | | |
|---|---|---|---|
| Instructions for entering data on the worksheet entitled "3. Claimants" | | | |
| Number | Question | Answer [Fill in or Circle] | Instructions |
| 35. | Is this Claim Enrolled in the Program? | Yes<br><br>(No) | Answer Yes or No to indicate whether the Vioxx user is Enrolled in the Settlement Program.  Answer No if you are submitting this spreadsheet for Registration and the Claimant listed has not submitted any Enrollment materials.  If you answer No to this question, you should not respond to that question. |
| 36. | Date of Enrollment (MM/DD/YYYY) | | Enter the date when the Vioxx user was enrolled in the Settlement Program. |
| 37. | Enter Status of Claim / Expectation of Enrollment | Will Enroll or Has Enrolled - No Court Approval of Release Required<br>Will Enroll or Has Enrolled - Court Approval of Release Required<br>Client Decided - Will Not Enroll<br>(Client Likely to Enroll)<br>Client Not Likely to Enroll<br>Client Undecided<br>Client Not Yet Contacted<br>Cannot Locate Client<br>Other | Select the option that best describes the status of the claim and/or expectation of Enrollment.  If the correct status/expectation is not listed, select Other.  If you answered Yes to Question 35, answer between Will Enroll or Has Enrolled - No Court Approval of Release Required or Will Enroll or Has Enrolled - Court Approval of Release Required to indicate whether Court Approval of the Release is required. |
| 38. | Enrollment Status Comments | | This field is optional. If you would like to elaborate on the answer provided in Question 37, enter comments here. |

| Specific Instructions for Data Entry | | | |
| --- | --- | --- | --- |
| Instructions for entering data on the worksheet entitled "3. Claimants" | | | |
| Number | Question | Answer [Fill in or Circle] | Instructions |
| 39. | Are There Additional Claimants Involved in this Claim Other Than/In Addition to the Vioxx User (e.g. Personal Representative or Spouse)? | Yes <br><br> No | Answer **Yes No** to indicate whether there are additional Claimants involved in this claim, other than the Vioxx user or in addition to the Vioxx user.  If you answer **Yes**, you must enter the relevant information on the "Derivative Claimants" worksheet. |
| 40. | Do other Counsel have an Interest in this Claim? | Yes <br><br> No | Answer **Yes** or **No** indicate whether other Counsel have an interest in this claim.  If you answer **Yes**, you must enter the relevant information on the "Non-Primary Counsel" worksheet. |
| 41. | Has information for this Claimant been added or changed since your last data submission? | Yes <br><br> No | Answer **Yes** or **No** to indicate whether any information for this Claimant from any of the three worksheets (Claimants, Derivative Claimants, or Non-Primary Counsel) has been changed or if this Claimant has been added since your last submission. |

| Instructions for entering data on the worksheet entitled "4. Derivative Claimants" | | | |
|---|---|---|---|
| **Number** | **Question** | **Answer [Fill in or Circle]** | **Instructions** |
| **Columns 47-48** | | | - |
| **(a)** | **Last Name** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's last name. |
| **(b)** | **First Name** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's first name. |
| **(c)** | **Middle Initial** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's middle initial or middle name. |
| **(d)** | **Social Security Number** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's Social Security Number. Enter 9 numbers only. Do not enter dashes. |
| **(e)** | **Date of Birth** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's date of birth. Enter date in this format: MM/DD/YYYY. |
| **(f)** | **Address (Line 1)** | N/A | Enter the first line of the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known street address. |
| **(g)** | **Address (Line 2)** | | If applicable, enter the second line of the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known street address. |
| **(h)** | **City** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known city of residence. |
| **(i)** | **State** | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known state of residence. |

| Instructions for entering data on the worksheet entitled "4. Derivative Claimants" | | | |
|---|---|---|---|
| **Number** | **Question** | **Answer**<br>**[Fill in or Circle]** | **Instructions** |
| **Columns 47-48** | | | |
| (j) | Zip Code | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known zip code. |
| (k) | Country | N/A | Enter the Non-Plaintiff's, Tolling Claimant's, or Derivative Claimant's current or last known country of residence. |
| (l) | State this Non-Vioxx User's Relationship to the Vioxx User. | Spouse<br>Domestic Partner<br>Child<br>Sibling<br>Parent<br>Executor<br>Administrator<br>Guardian<br>Heir<br>Beneficiary<br>Attorney-In-Fact<br>Bankruptcy Trustee<br>Other | Answer to indicate the option that best describes the relationship of the Non-Plaintiff, Tolling Claimant, or Derivative Claimant to the Vioxx user.  If the correct relationship is not listed, answer **Other**. |
| (m) | Is this Individual the Personal Representative of the Vioxx User? | Yes<br><br>No<br>N/A | Answer **Yes** or **No** to indicate whether the Non-Plaintiff, Tolling Claimant, or Derivative Claimant is the Personal Representative of the Vioxx user. |
| (n) | Does this Individual Seek Derivative Relief Based on the Vioxx User's Injury? | Yes<br><br>No<br>N/A | Answer **Yes** or **No** to indicate whether the Non-Plaintiff, Tolling Claimant, or Derivative Claimant seeks derivative relief based on the Vioxx user's injury. |

| Instructions for entering data on the worksheet entitled "5. Non-Primary Counsel" | | | |
|---|---|---|---|
| **Number** | **Question** | **Answer**<br>**[Fill in or Circle]** | **Instructions** |
| **Columns 60-61** | | | - |
| | as of 10/1/07? | N/A | 10/1/07. |
| **(m)** | **Does Non-Primary Counsel Have an Interest in this Claim as of 11/9/07?** | Yes<br><br>No | Answer **Yes** or **No** to indicate whether Non-Primary Counsel has an interest in this claim as of 11/9/07. |
| **(n)** | **Does Non-Primary Counsel Have an Interest in this Claim as of Enrollment?** | Yes<br><br>No | Answer **Yes** or **No** to indicate whether Non-Primary Counsel has an interest in this claim as of the date of Enrollment. |
| **(o)** | **Does Non-Primary Counsel Have an Interest in this Claim as of the date of the most recent Registration Affidavit?** | Yes<br><br>No | Answer **Yes** or **No** to indicate whether Non-Primary Counsel has an interest in this claim as of the date of the most recent Registration Affidavit. |
| **(p)** | **Has Non-Primary Counsel Received Remuneration, or a Promise of Remuneration, in Exchange for Terminating the Interest in this Claim?** | Yes<br><br>No | Answer **Yes** or **No** to indicate whether Non-Primary Counsel has received remuneration, or a promise of remuneration, in exchange for terminating the interest in this claim. |

11

| Primary Counsel Information |
| --- |

| Information About The Primary Counsel Submitting The Registration Affidavit |
| --- |

1. Name — William Z. Christoff

2. Position at Firm — Attorney At Law

3. Law Firm Name — Christoff and Christoff

4. Phone Number — (330) 832-5999

5. Fax Number — (330) 832-6208

6. E-mail Address — Christofflaw @sssnet.com

| Mailing Address | Delivery Address |
| --- | --- |

7. Address — 26 South Erie

8. City — Massillon

9. State — Ohio

10. Zip Code — 44646

| Information About The Primary Contact At Firm (If Different From The Above) |
| --- |

1. Name —

2. Position at Firm —

3. Phone Number —

4. Fax Number —

5. E-mail Address —

12

## Information About The Secondary Contact At Firm (If Different From The Above)

1. Name

2. Position at Firm

3. Phone Number

4. Fax Number

5. E-mail Address