UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

VIOXX PRODUCT LIABILITY LITIGATION   )   MDL NO. 1657
                                      )
                                      )   SECTION:  L
                                      )
                                      )   JUDGE FALLON
                                      )   MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
06-2211:  Robert Galida Only
06-2212:  Samir Ibrahin Only
06-2213:  Herbert Leizert and Joseph Webster Only
06-10625: Estate of John Hudson Only
07-3480:  Estate of Concetta Perruzza Only

**PLAINTIFFS' MOTION TO FILE SUR-REPLY AND INCORPORATED MEMORANDUM IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF *FORUM NON CONVENIENS***

On July 10, 2007, plaintiffs timely filed their initial opposition to this Court's Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of *Forum Non Conveniens*. Plaintiffs noted that defendant Merck & Co., Inc. (Merck), in its motion requesting the Order to Show Cause on forum grounds, had failed to identify which plaintiffs they deemed sufficiently foreign to be subject to dismissal. Plaintiffs accordingly responded to the best of their ability and requested the opportunity to further reply in the event that Merck identified previously unidentified targets of its motion. (Opposition, p. 2.)

On July 15, 2007, Merck timely filed its opposition to plaintiffs' reply and identified for the first time those plaintiffs it believed should be dismissed. Of these, Merck identified three plaintiffs who did not respond to the order to show cause while not

1

identifying one plaintiff who had filed an opposition. A party's introduction of new information entitles the opposing party to an opportunity for response. *See, e.g., Doebele v. Sprint/United Mgmt. Co.*, 342 F.3d 1117, 1139 (10th Cir. 2003). This Court has recognized the propriety of relying upon sur-reply data. *See, e.g., Nunez v. Weeks Marine, Inc.*, 2007 WL 496855 at *5 (E.D. La. 2007); *Tradewinds Environmental Restoration, Inc. v. Biomedical Applications of Louisiana, Inc.*, 2007 WL 861156 at *4 n. 4 (E.D. La. 2007). The above-captioned plaintiffs request that this Court similarly exercise its discretion to consider their brief sur-reply memorandum that is contemporaneously filed with this motion.

Finally, Merck's reply makes clear that it does not seek dismissal for those claimants who have enrolled in the settlement process. As each of the plaintiffs identified in the sur-reply are enrollees, the parties do not dispute that their claims should remain pending before this Court. (Reply, p. 3-4.) Plaintiffs' sur-reply accordingly clarifies this status to resolve the dispute between the parties.

## CONCLUSION

Based upon the foregoing, plaintiffs respectfully request that this Court exercise its discretion to grant their motion to file this sur-reply.

DATED: July 16, 2008

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: *(signature)*

Michael J. Williams
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
(716) 854-2020

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' MOTION TO FILE SUR-REPLY AND INCORPORATED MEMORANDUM IN RESPONSE TO THIS COURT'S ORDER TO SHOW CASE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF FORUM NON CONVENIENS and [PROPOSED] ORDER granting same has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __16th__ day of __July__ 2008.

By: _/s/ Michael J. Williams_
Michael J. Williams, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020
(716) 854-6291
michael.williams@cellinoandbarnes.com