UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION   )   MDL NO. 1657
)
)   SECTION: L
)
)   JUDGE FALLON
)   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
06-2211: Robert Galida Only
06-2212: Samir Ibrahin Only
06-2213: Herbert Leizert and Joseph Webster Only
06-10625: Estate of John Hudson Only
07-3480: Estate of Concetta Perruzza Only

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUR-REPLY AND INCORPORATED MEMORANDUM IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE *DOCTRINE OF FORUM NON CONVENIENS*

IT IS SO ORDERED that the above-captioned plaintiffs' Motion to File Sur-Reply and Incorporated Memorandum in Response to this Court's Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the *Doctrine of Forum Non Conveniens* is granted.

NEW ORLEANS, LOUISIANA, this ___ day of July, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE