UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

## **ORDER**

Upon due consideration of the motion to remand the previously-filed motion to withdraw and renewed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Withdraw and Renewed Motion to Withdraw is remanded from the docket.

IT IS SO ORDERED.

DATED:_____    _____
                                                                                                JUDGE ELDON E. FALLON
                                                                                                UNITED STATES DISTRICT COURT JUDGE