## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MONTHLY STATUS CONFERENCE**
**JULY 17, 2008**
**SUGGESTED AGENDA**

I.      Settlement Agreement

II.     Registration of Claims in the Settlement Program

III.    Lien Administrator

IV.    Special Master and Deputy Special Masters

V.     State Court Trial Settings

VI.    Class Actions

VII.   Discovery Directed to Third Parties

VIII.  State/Federal Coordination -- State Liaison Committee

IX.    *Pro Se* Claimants

X.     Merck's Motions

XI.    Issues Relating to Pre-Trial Order No. 9

XII.   Vioxx Suit Statistics

XIII.  PSC MDL Trial Package

936077v.1

XIV.    Third Party Payor Cases

XV.     Motion to Dismiss Foreign Individual Cases

XVI.    Termination of Tolling Agreements

XVII.   Third Party Payors' Motions

XVIII.  Merck's Motion to Dismiss Cases of Non-Registrants

XIX.    1199SEIU Greater New York Benefit Fund

XX.     Next Status Conference

936077v.1