UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                     Section L

This Document Relates To:

Donna Houston, et al                              Judge Fallon
 vs. Merck & Co. Inc., et al

(E.D. La. Index 2:05-cv-1458)                     Mag. Judge Knowles

_____

## ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Donna Houston, Leo Kuehner, Barbara Archaubault, James Kuehner, and Edward Kuehner Individually and As Representatives of the Estate of Lillian Kuehner, Deceased.

IT IS SO ORDERED.

_____          _____
Date                             Judge Eldon E. Fallon
                                 United States District Court Judge