## Declaration of Plaintiff's Counsel

18887

Pursuant to Pretrial Order No. 35.II.A., counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of plaintiff; and

3. Plaintiff consented to the withdrawal.

Respectfully submitted, this 16 day of July, 2008.

_____
Plaintiff's Counsel