# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: RAINER | First: DREW | Middle: |
| **Name of Law Firm** | RAINER GAYLE & ELLIOT LLC | | |
| **Current Address** | Street: PO BOX 56708 | | |
| | City: HOUSTON | State: TX  Zip: 77256 | Country: USA |
| **Telephone Number** 7134037800 | **Facsimile** 7139606096 | **Email** drew@vioxxgroup.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: ARCHAMBAULT | First: BARBARA | Middle: |
| **Plaintiff Address** | Street: 2163 PIERPORT CIRCLE | | |
| | City: ST LOUIS | State: MO  Zip: 63129 | Country: USA |
| **Telephone Number** 3148465660 | **Facsimile** | **Email** | |
| **Case Caption** | DONNA HOUSTON, ET AL VS. MERCK & CO. INC. | | |
| **Case Number** | 2:05-CV-1458 | | |
| **Court Where Case is Pending** | EDLA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: HOUSTON | First: DONNA | Middle: |
| **Address** | Street: 715 THORNTREE LN | | |
| | City: EUREKA | State: MO  Zip: 63025 | Country: USA |
| **Telephone Number** 6369387513 | **Facsimile** | **Email** | |
| **Relationship to Plaintiff** | ☐ Friend  ☑ Relative (specify relationship: SISTER ) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 16 / 2008.  (*Record Docket No.* 15319 )
   Month   Day   Year

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   7 / 16 / 2008
   (Month/Day/Year)

_____ Counsel

#343319

2