# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | RAINER | DREW | |

| | |
|---|---|
| Name of Law Firm | RAINER GAYLE & ELLIOT LLC |

| Current Address | Street: PO BOX 56708 |
|---|---|
| | City: HOUSTON   State: TX   Zip: 77256   Country: USA |

| Telephone Number | 7134037800 | Facsimile | 7139606096 | Email | drew@vioxxgroup.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | ARCHAMBAULT | BARBARA | |

| Plaintiff Address | Street: 2163 PIERPORT CIRCLE |
|---|---|
| | City: ST LOUIS   State: MO   Zip: 63129   Country: USA |

| Telephone Number | 3148465660 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA HOUSTON, ET AL VS. MERCK & CO. INC. |
|---|---|
| Case Number | 2:05-CV-1458 |
| Court Where Case is Pending | EDLA |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| Name | HOUSTON | DONNA | |

| Address | Street: 715 THORNTREE LN |
|---|---|
| | City: EUREKA   State: MO   Zip: 63025   Country: USA |

| Telephone Number | 6369387513 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☑ Relative (specify relationship: SISTER ) |
|---|---|

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 16 / 2008.  (Record Docket No. 15319)
  Month  Day  Year

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   7 / 16 / 2008
(Month/Day/Year)

_____
Counsel

#343319                                                         2