# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: RAINER | First: DREW | Middle: |
| **Name of Law Firm** | RAINER, GAYLE & ELLIOT, LLC | | |

**Current Address**
- Street: PO BOX 56708
- City: HOUSTON
- State: TX
- Zip: 77256
- Country: USA

**Telephone Number:** 713 403 7800  **Facsimile:** 713 960 6096  **Email:** drew@vioxxgroup.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: HOUSTON | First: DONNA | Middle: |

**Plaintiff Address**
- Street: 715 THORNTREE LN.
- City: EUREKA
- State: MO
- Zip: 63025
- Country: USA

**Telephone Number:** 636 938-7573  **Facsimile:**  **Email:**

**Case Caption:** DONNA HOUSTON, ET AL VS. MERCK & CO. INC

**Case Number:** 2:05-CV-1458

**Court Where Case is Pending:** EDLA

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: KUEHNER | First: LEO | Middle: |

**Address**
- Street: 8845 PORTLAND TERRACE
- City: ST. LOUIS
- State: MO
- Zip: 63147
- Country: USA

**Telephone Number:** 314 869-2634  **Facsimile:**  **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☑ Relative (specify relationship: BROTHER)

#343319

1

| |
|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>(Paragraph II.C of PTO No. 36) |

| |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

☑ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __7__ / __16__ / __08__. (*Record Docket No.* __15319__)
<br>                                                            Month   Day   Year

☑ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| |
|---|
| **E. SIGNATURE** |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __7__ / __16__ / __08__<br>(Month/Day/Year) | _[signature]_<br>Counsel |
|---|---|---|

#343319                                                                       2