# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | RAINER | DREW | |

| | |
|---|---|
| **Name of Law Firm** | RAINER GAYLE & ELLIOT, LLC |

**Current Address**
- Street: PO BOX 56708
- City: HOUSTON
- State: TX
- Zip: 77256
- Country: USA

**Telephone Number:** 7134037800   **Facsimile:** 7139606096   **Email:** drew@vioxxgroup.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | KUEHNER | LEO | |

**Plaintiff Address**
- Street: 8845 PORTLAND TERRACE
- City: ST. LOUIS
- State: MO
- Zip: 63147
- Country: USA

**Telephone Number:** 3148692634   **Facsimile:**   **Email:**

**Case Caption:** DONNA HOUSTON, ET AL VS. MERCK & CO., INC

**Case Number:** 2:05-CV-1458

**Court Where Case is Pending:** EDLA

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | HOUSTON | DONNA | |

**Address**
- Street: 715 THORNTREE
- City: EUREKA
- State: MO
- Zip: 63025
- Country: USA

**Telephone Number:** 6369387513   **Facsimile:**   **Email:**

**Relationship to Plaintiff:** ☐ Friend   ☑ Relative (specify relationship: SISTER)

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

### D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 16 / 2008  (*Record Docket No.* 15319 )
Month   Day   Year

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 7 / 16 / 08 (Month/Day/Year) | _____ Counsel |

#343319

2