UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAGISTRATE JUDGE KNOWLES |

## SUPPLEMENT TO JOINT REPORT NO. 37 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") submit this Supplement to Joint Report No. 37, with respect to Section IX, *Pro Se* Claimants, PLC and DLC would like to add the following paragraph:

The Court issued an Order on July 8, 2008 regarding *pro se* claimants and their ability to access the Vioxx site maintained by BrownGreer, PLC. This Order was issued out of a letter directed to the Court by Glen Cokefield. The parties will be prepared to discuss this further at the monthly status conference on July 17, 2008.

- 1 -

933187v.1
935768v.1

- 2 -

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

/s/ Dorothy H. Wimberly
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
Carmelite M. Bertaut (Bar No. 3054)
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, LA 70130-3588
PH:   (504) 581-3200
FAX: (504) 581-3361

**Defendants' Liaison Counsel**

933187v.1
935768v.1

- 3 -

## CERTIFICATE

I hereby certify that the above and foregoing Joint Status Report No. 37 of Plaintiffs' and Defendants' Liaison Counsel has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of July, 2008.

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Plaintiffs' Liaison Counsel
rherman@hhkc.com

933187v.1
935768v.1