IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                          :    MDL DOCKET NO. 1657

    Products Liability Litigation              :
                                                               SECTION : L

This Document Relates to:                     :

    05 - cv - 5382                                         JUDGE FALLON
                                                               MAG. JUDGE KNOWLES

                                                      :


ORDER


    AND NOW, this _____ day of _____, 2008, upon consideration of plaintiff's Motion for extension of time, and _____, it is hereby ORDERED that plaintiff is granted an extension of time of one hundred and twenty (120) days within which to file an expert report pursuant to Pretrial Order No. 28 in this case..


                                                                                                                      UNITED STATES DISTRICT JUDGE

       ___ Fee _____
       ___ Process _____
       _X_ Dktd _____
       ___ CtRmDep _____
       ___ Doc. No. _____