# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
****************************************************************

IN RE:   VIOXX PRODUCTS              MDL No. 1657
         LIABILITY LITIGATION        Section: "L"
                                     New Orleans, Louisiana
                                     Thursday, March 1, 2007


****************************************************************


     TRANSCRIPT OF MONTHLY STATUS CONFERENCE AND MOTION PROCEEDINGS
            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

```
FOR THE PLAINTIFFS
LIAISON COMMITTEE:                   HERMAN, HERMAN, KATZ & COTLAR
                                     BY:  LEONARD A. DAVIS, ESQ.
                                     201 St. Charles Ave., Suite 4310
                                     New Orleans, LA 70170


                                     LEVIN, FISHBEIN, DEDRAN & BERMAN
                                     BY:  ARNOLD LEVIN, ESQ.
                                          FRED S. LONGER, ESQ.
                                     510 Walnut Street, Suite 500
                                     Philadelphia, PA 19106-3697


                                     BEASLEY, ALLEN, CROW, METHVIN,
                                     PORTIS & MILES
                                     BY: ANDY D. BIRCHFIELD, JR., ESQ.
                                     218 Commerce Street
                                     Montgomery, AB 36104


                                     GAINSBURGH, BENJAMIN, DAVIS,
                                     MEUNIER & WARSHAUER
                                     BY:  GERALD E. MEUNIER, ESQ.
                                     2800 Energy Centre
                                     1100 Poydras Street
                                     New Orleans, LA 70163
```

```
 1              Plaintiff Profile Forms, the next issue.
 2              MR. WITTMANN:  Yes, your Honor, we've got, I believe we
 3   have on the line someone from the Mithoff Law Firm in connection
 4   with the case of Dina Romandia.
 5              MR. SOVANY:  Herrick Sovany on behalf of Joe Alexander.
 6              THE COURT:  Would you tell us again.
 7              MR. SOVANY:  This is Herrick Sovany.  Am I speaking loud
 8   enough?
 9              THE COURT:  Yes, but would you spell it for us, please.
10              MR. SOVANY:  First name H-E-R-R-I-C-K, last name
11   S-O-V-A-N-Y.
12              THE COURT:  All right.  Tell us a bit about your problem.
13              MR. SOVANY:  Our problem is we have a foreign plaintiff
14   from Mexico who received Vioxx in Mexico but she had her event in
15   New Jersey.  We have filed the case in New Jersey and Merck sent us
16   a deficiency on our plaintiff profile form.  We redid that and we
17   are waiting for the Merck profile form and so we sent a letter, a
18   timely letter in January requesting that Merck produce the MPF.
19   They are saying that they don't have to produce it because it's a
20   foreign plaintiff and it would be too burdensome, so they are not
21   going to produce the MPF.
22              THE COURT:  Let me ask you.  You say that your client
23   lives or resides in Mexico and she received Vioxx in Mexico?
24              MR. SOVANY:  Correct.
25              THE COURT:  When you say she had the event in New Jersey,
```

```
 1   what do you mean by that?
 2            MR. SOVANY:  She actually had her heart attack in New
 3   Jersey, she was on vacation in New Jersey when she actually had her
 4   stroke.
 5            MR. WITTMANN:  And, your Honor, it's Merck's position that
 6   the foreign cases should be tried in the foreign country where the
 7   plaintiff resides.  And if this is the case, we will be filing a
 8   motion to dismiss on forum non conveniens, and we don't believe that
 9   a Merck profile form is required on those foreign cases.  As you
10   know, foreign class action complaints were dismissed by the court,
11   and insofar as we're concerned, we don't need a plaintiff profile
12   form and we don't propose to provide a Merck profile form.
13            THE COURT:  You have to get that to me in terms of a
14   motion.  Let's contact or get with the Merck lawyer, get in touch
15   with the plaintiff lawyer here, and if you intend to file a motion
16   you have to file a motion, then I'll hear from the plaintiff and
17   I'll deal with it.
18            The issue before me is going to be forum non conveniens,
19   the issue before me is going to be whether or not someone from
20   Mexico who consumes Vioxx or purchases Vioxx in Mexico, comes to
21   this country, probably consumes at least some Vioxx while they're in
22   this country and has a heart attack while they're in this country,
23   whether that distinguishes them from the foreign cases that I have
24   been dealing with or have dealt with on class action focus.  In
25   those cases, Italian and French and English plaintiffs bought Vioxx
```

1   in their respective countries, consumed them in their respective
2   countries, sustained injuries in their respective countries and then
3   filed suit in this country.
4           MR. DAVIS:  Your Honor, we assume that Mr. Mithoff will be
5   briefing this and the PSC will not be briefing this matter.  But
6   just so that we are clear, the PSC believes that if a PPF is filed
7   and a deficiency letter has been sent by Merck, certainly the
8   plaintiff ought to get a Merck profile form in response.
9           THE COURT:  Okay.  All right.  Let's do this.  I'd like to
10  have it, maybe not resolved, but at least filed or something dealt
11  with by next meeting, so let's get with the plaintiff lawyer and get
12  the necessary documents filed.
13          MR. WITTMANN:  I will do that, your Honor.
14          MR. SOVANY:  Thank you, your Honor.
15          THE COURT:  State and federal are the next items --
16          MR. WITTMANN:  Whoa, whoa, before we go there, Judge.
17          THE COURT:  All right.
18          MR. WITTMANN:  We've got the Rule To Show Cause for
19  Dismissal of 11 cases, I've gone over these this morning with
20  Mr. Davis.
21          THE COURT:  I will take those up after this conference.
22          MR. WITTMANN:  After the conference, okay.
23          THE COURT:  I'll take them up after the conference and
24  I'll go through one at a time, and I'd like counsel for the record
25  to indicate who they are, the docket number, when they were served,



**MINUTE ENTRY**
**FALLON, J.**
**MARCH 1, 2007**

Mar 2 2007
1:46PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### THIS DOCUMENT RELATES TO ALL CASES

The monthly pretrial conference was held on this date in the Courtroom of Judge Eldon E. Fallon. The Court first met with members of the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") to discuss agenda items for the pretrial conference. At the pretrial conference, counsel reported to the Court on the topics set forth in Joint Report No. 22 of Plaintiffs' and Defendant's Liaison Counsel. This conference was transcribed by Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript. A summary of the monthly pretrial conference follows.

### I.   STATE COURT TRIAL SETTINGS

The following is the updated current listing provided by Merck of state court cases set for trial through August 31, 2007. The trial of two plaintiffs, Hermans and Humeston, commenced

JS10(01:00)

these depositions are for preservation. Merck also intends to schedule depositions for trial preservation purposes. The parties continue to attempt to work out scheduling issues with this discovery.

## VII. PLAINTIFF PROFILE FORM AND MERCK PROFILE FORM

On December 15, 2006, the Court entered a Minute Entry providing counsel with guidance concerning application of Pre-Trial Order No. 18C. Since the entry of this Order, PLC received communication from the Mithoff Law Firm advising that Merck has alleged that the PPF for claimant Dina Romandia is deficient. Additionally, Merck contends that this is a foreign case and has advised plaintiff's counsel that it is not currently processing MPFs for foreign cases because it is "extremely burdensome for Merck to process and produce [an MPF]" and that "Merck cannot expend resources at this time on such cases as there is simply no legitimate basis to litigate those claims in the United States." Merck contends that Ms. Romandia is a resident of Mexico. Plaintiff contends that Ms. Romandia suffered her injury while in New Jersey and, therefore, that an MPF is required. PSC also believes that an MPF is required. Plaintiff's counsel and counsel for Merck have been communicating regarding the alleged deficiency and whether an MPF is required. Ms. Romandia's counsel participated in today's conference via telephone, and the Court instructed the parties to discuss whether a forum non conveniens motion should be filed in this case.

On January 17, 2007, Merck filed an additional Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C. The motion was heard today following the