UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COORDINATION PROCEEDING** | § | DOCKET NO. 05-4516 |
| | § | |
| SPECIAL TITLE [RULE 1550(b)] | § | MDL NO. 1657 |
| | § | |
| **IN RE VIOXX® CASES** | § | SECTION: L |
| | § | |
| | § | JUDGE FALLON |
| DINA REBECCA ROMANDIA | § | MAG. JUDGE KNOWLES |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

On this day, the Court considered Defendant Merck & Co., Inc.'s Motion to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed under the Doctrine of *Forum Non Conveniens*, Plaintiffs Opposition thereto, and any responsive pleadings, arguments of counsel, and all applicable law and matters of record, and is of the opinion that said motion is not meritorious and in all things DENIED.

SIGNED at NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X Dktd _____
L CtRmDep _____
___ Doc. No _____