# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: BENAVIDES | First: RICARDO | Middle: G. |
| **Name of Law Firm** | ROMERO, GONZALEZ & BENAVIDES, L.L.P. | | |
| **Current Address** | Street: 612 Nolana, Ste. 520 City: McAllen | State: TX   Zip: 78504 | Country: USA |
| **Telephone Number** | 956-686-9151 | Facsimile: 956-686-9152 | Email: rgb@rgblawfirm.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: ADAME | First: ROSALIO | Middle: |
| **Plaintiff Address** | Street: P.O. Box 322 City: Rio Hondo | State: Tx   Zip: 78583 | Country: USA |
| **Telephone Number** | 956-748-2107 | Facsimile: None | Email: None |
| **Case Caption** | In Re: Vioxx – Products Liability Litigation This Doc. Relates to: Rosalio Adame et al, vs. Merck & Co., Inc. | | |
| **Case Number** | MDL DOCKET NO. 1657; 2:07-CV-00398EEF-DEK | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: City: | State:   Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | [ ] Friend   [ ] Relative (specify relationship: _____ ) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 7 / 10 / 08 . (*Record Docket No.* 15246 )
   Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 7 / 17 / 08
(Month/Day/Year)

_____
Counsel

#343319

2