IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO:<br><br>VALERIE ROCKINGHAM, et al.<br>v.<br>MERCK & CO., INC.,<br><br>Civil Action No. 06-7715 | Plaintiff: Geraldine A. Wilson Richardson |

## PLAINTIFF GERALDINE A. WILSON-RICHARDSON'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLAINCE WITH PRETRIAL ORDER NO. 31.

On this day came the Plaintiff, Geraldine A. Wilson-Richardson, by counsel, David P. Matthews, of Matthews & Associates and states the following in response to the Court's order filed June 30, 2008, ordering Plaintiffs to show cause why cases should not be dismissed for non-compliance with Pre-trial Order No. 31:

1. On September 28, 2006, a complaint was filed on the behalf of plaintiff, Geraldine A. Wilson-Richardson, in the United States District Court for the Eastern District of Louisiana and identified on the docket as Docket No. 2:06-cv-07115 under MDL 1657.

2. This case has been registered and enrolled with the VIOXX Settlement Program and assigned by Brown Greer PLC a VCN of 1083510. *See* screen printout of the VIOXX portal, a copy of which is attached hereto as Exhibit A.

3. Plaintiff has submitted a "Claims Forms" to Brown Greer PLC.

- 1 -

- 2 -

WHEREFORE, Plaintiff respectfully prays her case not be dismissed for non-compliance with PTO 31, as she has registered with and is considered by Brown Greer PLC as enrolled in the VIOXX settlement program.

Respectfully submitted,

MATTHEWS & ASSOCIATES

/s/David P. Matthews
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David P. Matthews, counsel for plaintiff, Geraldine A. Wilson-Richardson, in the above-styled action, certify that the above and foregoing **"PLAINTIFF, GERALDINE A. WILSON-RICHARDSON'S, REPSONSE TO COURT'S 'ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLAINCE WITH PRETRIAL ORDER NO. 31'"** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of July, 2008.

/s/ David P. Matthews
David P. Matthews, Esq.
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

Confidential Information

| V4030 | | | Enrollment Status Report for Matthews & Associates (As of 6/25/08) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VCN | Law Firm Unique ID | Claimant Name | Date Submitted for Enrollment | Release | MA | EA | Stipulation |
| 1,592. | 1082974 | 240653 | Wilder, Barbara J. | 2/29/08 | 2/22/08 | 2/22/08 | 2/22/08 | 3/29/08 |
| 1,593. | 1084346 | 248333 | Williams, Corine H. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | |
| 1,594. | 1083822 | 244892 | Williams, Edwina A. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | 3/29/08 |
| 1,595. | 1083739 | 244444 | Williams, Ernest C. | 2/29/08 | 3/19/08 | 3/19/08 | 3/19/08 | 3/29/08 |
| 1,596. | 1084171 | 246509 | Williams, Fannie M. | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | 3/29/08 |
| 1,597. | 1084034 | 245787 | Williams, George I. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | 3/29/08 |
| 1,598. | 1082737 | 239197 | Williams, Imojean A. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,599. | 1083655 | 243964 | Williams, Jane B. | 2/29/08 | 2/22/08 | 2/22/08 | 2/22/08 | |
| 1,600. | 1084106 | 246083 | Williams, Jessie L. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,601. | 1083921 | 245407 | Williams, Lester | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 1,602. | 1084100 | 246071 | Williams, Lillian | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | |
| 1,603. | 1084226 | 246729 | Williams, Patsy A. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,604. | 1082690 | 238963 | Williams, Rosea | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,605. | 1082879 | 239940 | Williams, Shauna | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,606. | 1083750 | 244517 | Williams, Veda J. | 2/29/08 | 3/19/08 | 3/19/08 | 3/19/08 | 3/29/08 |
| 1,607. | 1082803 | 239529 | Willis, Gary M. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,608. | 1083718 | 244331 | Willis, Jesse A. | 2/29/08 | 3/12/08 | 3/12/08 | 3/12/08 | 3/29/08 |
| 1,609. | 1083964 | 245524 | Wilson, Barbara A. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 1,610. | 1084270 | 247001 | Wilson, E.w. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | 3/29/08 |
| 1,611. | 1083872 | 245111 | Wilson, Joseph F. | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | |
| 1,612. | 1084177 | 246520 | Wilson, Willie Ann | 2/29/08 | 2/20/08 | 2/20/08 | 2/20/08 | 3/29/08 |
| 1,613. | 1083510 | 243270 | Wilson-Richardson, Geraldine A. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 1,614. | 1083850 | 245073 | Wiltcher, Barbara J. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 1,615. | 1084306 | 247758 | Wise, June M. | 2/29/08 | 2/25/08 | 2/25/08 | 2/25/08 | 3/29/08 |
| 1,616. | 1084460 | 250279 | Wise, Rosa | 2/29/08 | 2/11/08 | 2/11/08 | | 3/29/08 |
| 1,617. | 1083177 | 241116 | Woods, Dorris | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | 3/29/08 |
| 1,618. | 1083833 | 244951 | Woods, Marilyn M. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,619. | 1084154 | 246263 | Woods, Nyoka G. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 1,620. | 1082722 | 239130 | Woods, Vinita M. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 1,621. | 1083786 | 244650 | Woods-Hewitt, Martha | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 1,622. | 1083178 | 241117 | Wright, Catherine S. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | |
| 1,623. | 1083699 | 244107 | Wright, Richard E. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |

PLAINTIFF'S EXHIBIT

BrownGreer PLC

V4030v1

Page 51 of 60