**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS DOCUMENT RELATES TO:** | |
| **VIVIAN WALKER, Individually and as Representative of the Estate of Arthur Walker Deceased** <br> **v.** <br> **MERCK & CO., INC.,** | **Plaintiff:  Vivian Walker, Individually and as Representative of the Estate of Arthur Walker Deceased** |
| **Civil Action No.  06-7715** | |

**PLAINTIFF VIVIAN WALKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ARTHUR WALKER'S  RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLAINCE WITH PRETRIAL ORDER NO. 31.**

On this day came the Plaintiff, Vivian Walker, Individually and as Representative of the Estate of Arthur Walker Deceased, by counsel, David P. Matthews, of Matthews & Associates and states the following in response to the Court's order filed June 30, 2008, ordering Plaintiffs to show cause why cases should not be dismissed for non-compliance with Pre-trial Order No. 31:

1.      On September 29, 2006, a complaint was filed on the behalf of plaintiff, Vivian Walker, Individually and as Representative of the Estate of Arthur Walker, Deceased, in the United States District Court for the Eastern District of Louisiana and identified on the docket as Docket No. 2:06-cv-06951 under MDL 1657.

2.      This case has been registered and enrolled with the VIOXX Settlement Program and assigned by Brown Greer PLC a VCN of 1084526. *See* screen printout of the VIOXX portal, a copy of which is attached hereto as Exhibit A.

3.      Plaintiff has submitted a "Claims Forms" to Brown Greer PLC.


WHEREFORE, Plaintiff respectfully prays her case not be dismissed for non-compliance with PTO 31, as she has registered with and is considered by Brown Greer PLC as enrolled in the VIOXX settlement program.

Respectfully submitted,


MATTHEWS & ASSOCIATES

*/s/ David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David P. Matthews, counsel for plaintiff, Vivian Walker, Individually and as Representative of the Estate of Arthur Walker, Deceased, in the above-styled action, certify that the above and foregoing **"PLAINTIFF, VIVIAN WALKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ARTHUR WALKER, DECEASED, REPSONSE TO COURT'S 'ORDER TO SHOW CAUSE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLAINCE WITH PRETRIAL ORDER NO. 31'"** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of July, 2008.

_/s/ David P. Matthews_
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
_Counsel for Plaintiff_

*Confidential Information*

| V4030 | | | Enrollment Status Report for Matthews & Associates (As of 6/25/08) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VCN | Law Firm Unique ID | Claimant Name | Date Submitted for Enrollment | Release | MA | EA | Stipulation |
| 1,560. | 1083537 | 243338 | Walden, William P. | 2/29/08 | 2/21/08 | 2/21/08 | 2/21/08 | 3/29/08 |
| 1,561. | 1084526 | 258153 | Walker, Arthur | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 1,562. | 1084010 | 245645 | Walker, Eddie L. | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | |
| 1,563. | 1083950 | 245496 | Walker, Geneva | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | |
| 1,564. | 1084374 | 249310 | Walker, Jimmy R. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 1,565. | 1084421 | 249647 | Walker, Ollie M. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | |
| 1,566. | 1083934 | 245449 | Wallace, Clyde K. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,567. | 1084045 | 245835 | Walters, Doris E. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | |
| 1,568. | 1083553 | 243427 | Walters, Janice M. | 2/29/08 | 3/19/08 | 3/19/08 | 3/19/08 | 3/29/08 |
| 1,569. | 1082650 | 238768 | Ward, John H. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,570. | 1083813 | 244808 | Washington, Dwight F. | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 1,571. | 1083280 | 242321 | Washington, Ora L. | 2/29/08 | 3/7/08 | 3/7/08 | 3/7/08 | 3/29/08 |
| 1,572. | 1083713 | 244282 | Washington, Ronnie L. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | 3/29/08 |
| 1,573. | 1082840 | 239683 | Watkins, Thomas F. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,574. | 1083704 | 244213 | Watson, Dwinder | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,575. | 1084525 | 258151 | Watson, Judith A. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,576. | 1083165 | 241078 | Watz, Ronald W. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,577. | 1082851 | 239781 | Webster, Loretta S. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,578. | 1084050 | 245845 | Weeks, James | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 1,579. | 1082692 | 238979 | Weidner, Chester P. | 2/29/08 | 3/7/08 | 3/7/08 | 3/7/08 | 3/29/08 |
| 1,580. | 1082767 | 239352 | West, Beverly J. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,581. | 1082770 | 239388 | West, Martinele W. | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | 3/29/08 |
| 1,582. | 1083170 | 241086 | Westbrook-Woodruff, Susie M. | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | 3/29/08 |
| 1,583. | 1084337 | 248310 | Westerlund, Janet M. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 1,584. | 1084486 | 252378 | Wexelman, Shirley | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 1,585. | 1084021 | 245715 | Whatley, Leonard | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,586. | 1084449 | 249978 | Wheeler, Robert E. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,587. | 1082620 | 238579 | White, Johnny | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,588. | 1084125 | 246178 | White, Paul A. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 1,589. | 1083532 | 243328 | White, Virginia D. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | |
| 1,590. | 1083172 | 241093 | White, William H. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 1,591. | 1084084 | | ne L. | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | |

**PLAINTIFF'S EXHIBIT**

A