## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

VIOXX PRODUCT LIABILITY LITIGATION )    MDL NO. 1657

)

)    SECTION:  L

)

)    JUDGE FALLON
)    MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
**06-2211:  Robert Galida Only**
**06-2212:  Samir Ibrahin Only**
**06-2213:  Herbert Leizert and Joseph Webster Only**
**06-10625:  Estate of John Hudson Only**
**07-3480:  Estate of Concetta Perruzza Only**

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUR-REPLY AND INCORPORATED MEMORANDUM IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE *DOCTRINE OF FORUM NON CONVENIENS*

**IT IS SO ORDERED** that the above-captioned plaintiffs' Motion to File Sur-

Reply and Incorporated Memorandum in Response to this Court's Order to Show Cause

Why the Foreign Individual Cases Should Not Be Dismissed Under the *Doctrine of*

*Forum Non Conveniens* is granted.

NEW ORLEANS, LOUISIANA, this 16th day of July, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE