UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION  )   MDL NO. 1657
                                    )
                                    )   SECTION: L
                                    )
                                    )   JUDGE FALLON
                                    )   MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
06-2211: Robert Galida Only
06-2212: Samir Ibrahin Only
06-2213: Herbert Leizert and Joseph Webster Only
06-10625: Estate of John Hudson Only
07-3480: Estate of Concetta Perruzza Only

PLAINTIFFS' PROPOSED SUR-REPLY IN RESPONSE TO
THIS COURT'S ORDER TO SHOW CAUSE WHY THE
FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED
UNDER THE DOCTRINE OF *FORUM NON CONVENIENS*

As addressed in plaintiff's motion requesting permission to file this sur-reply, defendant Merck & Co., Inc.'s (Merck's) reply brief identified for the first time those plaintiffs they believe should be dismissed on *forum non conveniens* grounds. (Reply, Exhibit 1.) Merck's reply further indicated that it does not seek dismissal of those plaintiffs presently enrolled in the settlement program. (Reply, Exhibit 3-4.) As each of the plaintiffs seeking permission to respond by means of this sur-reply are enrolled claimants, and the parties agree that dismissal is not warranted, each respectfully requests that this Court discharge the order to show cause as to them individually.

With regard to plaintiff Herman Leizert, who filed an opposition to the order to show cause prior to Merck's reply identifying those plaintiffs it targeted for dismissal, Merck does not seek his dismissal on forum grounds. (Reply, Exhibit 1.) In the event

1

that this Court deems his opposition grounds for inclusion in the order to show cause, plaintiff Mr. Leizert respectfully requests that this Court discharge the order to show cause as applied to his claim as he is a claimant enrolled in the settlement process.

Merck's reply indicated that the Estate of John Hudson was not asserted to be included in the settlement agreement process. (Reply, p. 6 n. 4.) The Hudson estate, as well as the Estate of Concetta Perruzza that was addressed in the same paragraph of plaintiff's original opposition, are both enrolled in the settlement process. As defendant Merck no longer seeks dismissal of plaintiffs enrolled in the settlement process, (Reply, p. 3-4), the plaintiff estates respectfully request that this Court discharge the order to show cause as to these entities. Plaintiffs apologize for any confusion as to their factual status as enrolled claimants.

Merck's reply brief, for the first time, identifies three additional plaintiffs targeted for its *forum non conveniens* dismissal demand. (Reply, Exhibit 1.) Counsel previously requested the opportunity to address Merck's claims as to any additional plaintiffs should notice be provided that they were so targeted. (Opposition, p. 2.) Newly-identified plaintiffs Robert Galida (06-2211), Samir Ibrahin (06-2212) and Joseph Webster (06-2213) are each enrolled in the settlement program. As defendant Merck does not request dismissal for enrolled claimants, (Reply, p. 3-4), these plaintiffs respectfully request that this Court discharge the order to show cause as to each of them.

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

Plaintiffs respectfully request that this Court discharge the order to show cause for each of the above-identified plaintiffs on the basis that the parties agree that enrolled claimants should not be dismissed at this time.

DATED:     July 16, 2008

                                                Respectfully submitted,

                                                **CELLINO & BARNES, P.C.**

By: _____
Michael J. Williams
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
(716) 854-2020

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' PROPOSED SUR-REPLY IN RESPONSE TO THIS COURT'S ORDER TO SHOW CASE WHY THE FOREIGN INDIVIDUAL CASES SHOULD NOT BE DISMISSED UNDER THE DOCTRINE OF *FORUM NON CONVENIENS* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __16th__ day of __July__ 2008.

By: _____
Michael J. Williams, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020
(716) 854-6291
michael.williams@cellinoandbarnes.com

4

**Michael Williams**

**Attachments:** FNC Mot for SurReply.doc; FNC SurReply Proposed Order.doc

7/16/2008