**MINUTE ENTRY**
**FALLON, J.**
**JULY 11, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
|                                         | : | MDL NO. 1657           |
| IN RE: VIOXX                            | : |                        |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3)        |
|                                         | : |                        |
|                                         | : | JUDGE FALLON           |
|                                         | : | MAG. JUDGE KNOWLES     |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**RELATED CASE: 05-3700**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. James Dugan and Stephen Murray participated on behalf of the Plaintiffs.  Dorothy Wimberly, Douglas Marvin (via telephone), and John Beisner (via telephone), participated on behalf of Merck.  Russ Herman, Christopher Seeger (via telephone), Andy Birchfield (via telephone), and Arnold Levin (via telephone) participated on behalf of the Plaintiffs' Steering Committee.  Dawn Barrios participated on behalf of the State Liaison Committee.

At the status conference, the parties discussed the progress of discovery as well as the pending motion to remand.  The Court directed the parties to explore all remaining discovery issues common to the attorney-general cases.  Ms. Barrios will assist in coordinating communication with the state attorney generals.  The parties are directed to contact the Court to set up an additional status conference after reviewing the common discovery issues.

-1-

JS10(00:30)