UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Sheila Schimanski, <br><br>         Plaintiff, <br><br> vs. <br><br> Merck & Co., Inc., <br><br>         Defendant. | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-4032 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Transferred from USDC District of Minnesota Case No. 06-cv-2579 <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims of Plaintiff Sheila Schimanski against Defendant Merck & Co., Inc., be dismissed in their entirety, on the conditions as set forth below,

IT IS ON THIS _____ day of July 2008 hereby ORDERED that:

1. The claims of Plaintiff are DISMISSED on the conditions set forth below.

    (a) With respect to any refiling of any of these lawsuits in the appropriate court in the Plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum.

    (b) Merck agrees to satisfy any final judgment rendered by the appropriate forum in the Plaintiff's home country relating to such suits.

    (c) Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statue of limitations in this country, was pending against it in a court of the United States.

(d) Merck will not act to prevent the Plaintiff from returning to this Court if the appropriate courts in the Plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*Attorneys for Plaintiffs*

_____
Heather A. Foster

Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
(415) 956-1000

Date: July 14, 2008

HUGHES HUBBARD & REED LLP

*Attorneys for Defendant*

_____
Charles W. Cohen, Esq.

101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

Date: July 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of July, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2