UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1657 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

## ORDER

Upon due consideration of the motion to remand the previously-filed motion to withdraw and renewed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Withdraw and Renewed Motion to Withdraw are remanded from the docket.  (Rec. Docs. 14220 & 14657).

IT IS SO ORDERED.

DATED:    July 17th 2008

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE