**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS DOCUMENT RELATES TO:** | |
| **CLARA E. CLARK, et al.**<br>**v.**<br>**MERCK & CO., INC.,** | **Plaintiff:  Diane J. Davis** |
| **Civil Action No.  06-6942** | |

## STIPULATION OF DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Diane J. Davis against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.  Defendant has answered.  Defendant is in agreement to this dismissal as indicated by signature below.

Dated this 15th day of July, 2008.

Respectfully submitted,

MATTHEWS & ASSOCIATES

*/s/David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

STONE, PIGMAN, WALTHER, WITTMANN, L.L.C.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
dwimberly@stonepigman.com
*Counsel For Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of July, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel