UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Raymond Hart, et al.* | * | |
| *v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:05-cv-5586* | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| | * | |
| Mirza Baig, Mildred Gemerts, Saat | * | |
| Hendricks, Peter Jimack, Ivo | * | |
| Knotterus, Aart Krooneman, Huge | * | |
| Pietarse, and Rene Wessels | * | |
| | * | |

**************************************

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a), the undersigned counsel hereby stipulate that the claims of Mirza Baig, Mildred Gemerts, Saat Hendriks, Peter Jimack, Ivo Knotterus, Aart Krooneman, Hugo Pietarse, and Rene Wessels against defendant Merck & Co., Inc., be dismissed in their entirety, each party to bear his or her own costs, and subject to the following conditions:

a. With respect to any refiling of any of these claims in the appropriate court in the plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum;

b. Merck agrees to satisfy any final judgment rendered by the appropriate forum in the plaintiff's home country relating to such suits;

936438v.1

c.  Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statute of limitations in plaintiff's home country, was pending against it in a court of the United States.

d.  Merck will not act to prevent the plaintiff from returning to this Court if the appropriate courts in the plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

e.  The parties agree that this dismissal is without prejudice with respect to any plaintiff refiling his or her suit in his or her home country and that this dismissal is based on grounds of *forum non conveniens* and is not a dismissal on the merits.

Respectfully submitted,

/s/ Aaron M. Levine
Aaron M. Levine
Aaron M. Levine & Associates
1320 Nineteenth Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiffs

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Counsel for Defendants

936438v.1

    c.    Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statute of limitations in plaintiff's home country, was pending against it in a court of the United States.

    d.    Merck will not act to prevent the plaintiff from returning to this Court if the appropriate courts in the plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

    e.    The parties agree that this dismissal is without prejudice with respect to any plaintiff refiling his or her suit in his or her home country and that this dismissal is based on grounds of *forum non conveniens* and is not a dismissal on the merits.

Respectfully submitted,

| | |
|---|---|
| _____ | /s/ Dorothy H. Wimberly |
| Aaron M. Levine | Phillip A. Wittmann |
| Aaron M. Levine & Associates | Dorothy H. Wimberly |
| 1320 Nineteenth Street, N.W. | Stone Pigman Walther Wittmann, L.L.C. |
| Washington, D.C.  20036 | 546 Carondelet Street |
| | New Orleans, LA  70130 |
| Counsel for Plaintiffs | Counsel for Defendants |

936438v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of July, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

936438v.1