UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Raymond Hart, et al.* | * | |
| *v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:05-cv-5586* | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| | * | |
| **Mirza Baig, Mildred Gemerts, Saat** | * | |
| **Hendricks, Peter Jimack, Ivo** | * | |
| **Knotterus, Aart Krooneman, Huge** | * | |
| **Pietarse, and Rene Wessels** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiffs Mirza Baig, Mildred Gemerts, Saat Hendriks, Peter Jimack, Ivo Knotterus, Aart Krooneman, Huge Pietarse, and Rene Wessels in the above-captioned case be and they hereby are dismissed with each party to bear his or her own costs, and subject to the following conditions:

a. With respect to any refiling of any of these claims in the appropriate court in the plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum;

b. Merck agrees to satisfy any final judgment rendered by the appropriate forum in the plaintiff's home country relating to such suits;

936400v.1

      c.      Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statute of limitations in plaintiff's home country, was pending against it in a court of the United States.

      d.      Merck will not act to prevent the plaintiff from returning to this Court if the appropriate courts in the plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

      e.      The parties agree that this dismissal is without prejudice with respect to any plaintiff refiling his or her suit in his or her home country and that this dismissal is based on grounds of *forum non conveniens* and is not a dismissal on the merits.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2008.

_____
DISTRICT JUDGE