UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*,** on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627** **RELATED CASE:** **2:05-MD-1657** **VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC, *et al.*,** | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO
FILE REPLY MEMORANDUM IN EXCESS OF TEN PAGES
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**</u>

Plaintiffs 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund ("Plaintiffs"), by and through their attorneys, King, Krebs & Jurgens*, *P.L.L.C., Levy Phillips & Konigsberg, LLP, and Crowell & Moring LLP, hereby respectfully request leave of this Court to file a reply memorandum in support of their Motion for Preliminary Injunction in excess of ten pages.

Local Rule 7.8.1E limits the length of a reply brief to ten pages. In accordance with Uniform District Court Rules LR7.4 and LR7.8.1E Plaintiffs respectfully seek leave to file a reply in excess of ten pages in order to respond fully to the numerous arguments raised by the NPC Defendants in their Opposition to Plaintiffs' Motion. Moreover, although the NPC Defendants' and BrownGreer's motions to dismiss and/or strike the class allegations in Plaintiffs' initial Complaint respectively were mooted by the filing of Plaintiffs' Amended Complaint, *see* Plaintiffs'

{N0112180}

Response to the NPC Defendants' Motion to Dismiss and to Strike Class Allegations in the Complaint and to the BrownGreer Motion to Strike Class Allegations, Plaintiffs believe it will assist this Court in considering the pending Motion for Preliminary Injunction for Plaintiffs to include in their reply a response to the arguments Defendants advanced therein.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the attached reply memorandum in excess of ten pages.

New Orleans, Louisiana, this 18th day of July 2008.

Respectfully submitted,

s/ Rebecca H. Dietz
KING, KREBS & JURGENS, P.L.L.C
HENRY KING (#7393)
ERIC E. JARRELL (#16982) (T.A.)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave., 45th Floor
New Orleans, LA  70170
Telephone: 504-582-3800
Facsimile:  504-582-1233

-and-

LEVY PHILLIPS & KONIGSBERG, LLP
Steven J. Phillips
Diane Paolicelli
800 Third Avenue
13th Floor
New York, NY 10022
Telephone: 212-605-6200
Facsimile:  212-605-6290

- and -

CROWELL & MORING, LLP
Andrew H. Marks
Robert T. Rhoad
Aryeh S. Portnoy
Todd J. Cochran
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Memorandum in Support of Motion for Leave to File Reply Memorandum in Excess of Ten Pages in Support of Motion for a Preliminary Injunction has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

      This 18th day of July, 2008,

                                           /s/ Rebecca H. Dietz