### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK** | * | **CASE NO. 08-3627** |
| **BENEFIT FUND, by its Trustees,** *et al.,* | * | |
| on behalf of themselves and all others | * | **RELATED CASE:** |
| similarly situated, | * | **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| **Plaintiffs,** | * | |
| | * | **SECTION L** |
| **v.** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et al.,* | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants.** | * | **KNOWLES** |

**********************************************************************

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
### MOTION FOR PRELIMINARY
### <u>INJUNCTION AS TO DEFENDANT BROWNGREER</u>

Plaintiffs 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund ("Plaintiffs"), by and through their attorneys, King, Krebs & Jurgens, P.L.L.C., Levy Phillips & Konigsberg, LLP, and Crowell & Moring LLP, hereby respectfully request leave of this Court to file a reply memorandum in support of their Reply Memorandum In Support of Motion for Preliminary Injunction as to Defendant Browngreer.  Plaintiffs are compelled to file their brief reply, filed contemporaneously herewith, in order to address the erroneous statements of law and fact contained in Defendant Browngreer's opposition memorandum.

New Orleans, Louisiana, this 18th day of July 2008.

Respectfully submitted,

s/ Rebecca H. Dietz_____
KING, KREBS & JURGENS, P.L.L.C
HENRY A. KING(#7393) (T.A.)
ERIC E. JARRELL (#16982)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave, 45th Floor
New Orleans, LA 70170
Telephone:  (504) 582-3800

{N0112190}

Facsimile:  (504) 582-1233


-and-

LEVY PHILLIPS & KONIGSBERG, LLP
Steven J. Phillips
Diane Paolicelli
800 Third Avenue
13th Floor
New York, NY 10022
Telephone: 212-605-6200
Facsimile:  212-605-6290

- and -

CROWELL & MORING, LLP
Andrew H. Marks
Robert T. Rhoad
Aryeh S. Portnoy
Todd J. Cochran
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Support of Motion for a Preliminary Injunction and the Proposed Order have been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 18th day of July, 2008,

    /s/ Rebecca H. Dietz

{N0112190}