UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*,** on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627** **RELATED CASE:** **2:05-MD-1657** **VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et al.*, | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

*****************************************************************************

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Reply Memorandum as to Defendant Browngreer, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs are granted leave of court to file their reply memorandum in support of their Motion for a Preliminary Injunction.

Dated this _____ day of _____, 2008.

_____
The Honorable Eldon E. Fallon
Judge
United States District Court for the Eastern District of Louisiana

{N0112191}