IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ( | MDL Docket No. 1657 |
| | ( | |
| PRODUCTS LIABILITY | ( | SECTION L |
| LITIGATION | ( | |
| | ( | JUDGE FALLON |
| This document relates to: | ( | |
| | ( | |
| Stephanie Eatmon v. Merck & Co., | ( | MAGISTRATE JUDGE |
| Inc., Docket No. 06-03860, only | ( | |
| regarding Stephanie Eatmon | ( | KNOWLES |

## ORDER

Considering the Motion To Withdraw as Counsel of Record:

**IT IS ORDERED**, that Plouff Law Offices, P.C. and Thomas O. Plouff are hereby withdrawn as Counsel of Record for Stephanie Eatmon.

**NEW ORLEANS, LOUISIANA**, this the _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1