UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**RELATED CASES: 08-1633, 08-3627**

## ORDER

IT IS ORDERED that the Court will hear oral argument in these cases on July 24th, 2008, at 2:00 p.m.  The Court will hear argument on the following motions in the order listed below:

AvMed, Inc., et al. v. BrownGreer, PLC, et al. (Case: 08-1633)

- Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Rec. Doc. 14640)

- Defendants' Motion to Sever (Rec. Doc. 14525)

1199 SEIU Greater New York Benefit Fund, by its Trustees, et al. v. BrownGreer, PLC, et al. (Case: 08-3627)

- Plaintiffs' Motion for Preliminary Injunction (Rec. Doc. 14877)

- NPC Motion to Dismiss and Strike Class Allegations (Rec. Doc. 14875)

1

- Defendants' Motion to Strike Class Allegations (Rec. Doc. 15008)

New Orleans, Louisiana, this 21st day of July, 2008.

*Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE