UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND**, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627**<br><br>**RELATED CASE:**<br>**2:05-MD-1657**<br>**VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC**, *et al.*, | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Reply Memorandum in Excess of Ten Pages in Support of Motion for, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs are granted leave of court to file a reply memorandum in excess of ten pages in support of their Motion for a Preliminary Injunction.

Dated this __21st__ day of ____July____, 2008.

_____
The Honorable Eldon E. Fallon
Judge
United States District Court for the Eastern District of Louisiana