UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND**, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | \* \* \* \* \* | **CASE NO. 08-3627**<br><br>**RELATED CASE:**<br>**2:05-MD-1657**<br>**VIOXX MDL LITIGATION** |
| Plaintiffs, | \* \* | **SECTION L** |
| v. | \* \* | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC**, *et al.*, | \* \* | **MAGISTRATE JUDGE** |
| Defendants. | \* | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Reply Memorandum as to Defendant Browngreer, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs are granted leave of court to file their reply memorandum in support of their Motion for a Preliminary Injunction.

Dated this  21st  day of    July   , 2008.

*/s/ Eldon E. Fallon*
The Honorable Eldon E. Fallon
Judge
United States District Court for the Eastern District of Louisiana

{N0112191}