United States District Court
Eastern District of Louisiana

FILED JUL 18 2008

LORETTA G. WHYTE
Clerk

IN RE: Vioxx Products Liability Litigation

Jonathan Lee Riches, Intervenor

MDL NO: 1657 Section 'L'

Motion To Intervene As Plaintiff under Fed. R. Civ. P. rule 24(A)2
Motion for Joinder Party Intervention Rule 20 & 23
Motion for reconsideration / Motion To Amend complaint

Comes Now, the Intervenor, Plaintiff Jonathan Lee Riches, in Pro-se, Moves this Honorable court under Fed. R. Civ. P. rule 24(A)2 - as a matter of right to intervene as Plaintiff in the Vioxx Products Liability Litigation, MDL NO: 1657. I have a interest in this case. My Intervention presents Question of law and fact that are common in this Action. I move this Honorable court for a Motion for reconsideration to Amend this complaint. I intervene to support Plaintiffs claims. I have information, documents, Tangible items, and exhibits related to this case. I can be reached or called at the below Address. Intervenor Jonathan Lee Riches, Prays this honorable court will grant him rule 24(A)2 intervention in this Litigation for relief.

respectfully

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-13-08

TENDERED FOR FILING

JUL 18 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc. No. ___

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

NON-Domestic

United States District Court
Eastern District of Louisiana
Clerk of Court
United States Court House
500 Poydras Street
New Orleans, Louisiana [70130]