UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| **This document relates to:** | JUDGE FALLON |
| **William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Patricia Williams** | MAGISTRATE JUDGE KNOWLES |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Murray Law Firm, Leger & Shaw, and Guerriero & Guerriero, by counsel undersigned, pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, move the Court for an order allowing them leave to withdraw as counsel of record for plaintiff, Patricia Williams, in the above-captioned case.  In support of this motion, the undersigned states as follows:

1.  Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw.  Counsel sought Plaintiff's consent to withdraw but has been unable to obtain it.  In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

2. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 1900 Samuel Drive, Monroe, LA 71202.

3. PTO 36 will be complied with in all other aspects, including providing a copy of said Order to Plaintiff.

4. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Murray Law Firm, Leger & Shaw, Guerriero & Guerriero urge the Court to grant their motion to withdraw as counsel of record in this matter.

Respectfully submitted this the 22nd day of July, 2008.

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70112-4000
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiff Patricia Williams

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 22nd day of July, 2008.

/s/ Douglas R. Plymale