# Attachment 1

|    | Plaintiff's Name | Caption | Docket Number |
|----|------------------|---------|---------------|
| 1  | Adame, Rosalio | Adame, Rosalio v. Merck & Co., Inc. | 2:07-cv-00398-EEF-DEK |
| 2  | Allen, Martha Frances | Allen, Martha F. v. Merck & Co., Inc. | 2:06-cv-06923-EEF-DEK |
| 3  | Anthony, Thomas D | Newnham, Vicki J. v. Merck & Co., Inc. | 2:06-cv-04181-EEF-DEK |
| 4  | Ault, John | Ault, John v. Merck & Co., Inc. | 2:07-cv-04082-EEF-DEK |
| 5  | Bangs, Frances | Bangs, Frances v. Merck & Co, Inc. | 2:06-cv-08825-EEF-DEK |
| 6  | Banks, Sheryl | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 7  | Barry, Barbara | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 8  | Baskin, Evelyn | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK |
| 9  | Boreaux, Ruth | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 10 | Brooks, Terry | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |
| 11 | Broussard, Bart | Broussard, Bart v. Merck & Co., Inc. | 2:05-cv-02158-EEF-DEK |
| 12 | Brown, Clarise | Pagan, Carmen v. Merck & Co., Inc. | 2:05-cv-00515-EEF-DEK |
| 13 | Bulger, Darlene | Bulger, Darlene v. Merck & Co., Inc. | 2:07-cv-06297-EEF-DEK |
| 14 | Celestine, Eula | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 15 | Christian, Joe | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 16 | Clark, Alan | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 17 | Cornelius, Gertie | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 18 | Davis, Diane J | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 19 | Edwards, Kim | Martinez, Lydia v. Merck & Co., Inc. | 2:07-cv-04157-EEF-DEK |
| 20 | Ellison, Mary | Ellison, Mary v. Merck & Co., Inc. | 2:06-cv-06928-EEF-DEK |
| 21 | Flores Meling, Diana | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 22 | Fontenot, Landry | Fontenot, Landry v. Merck & Co., Inc. | 2:07-cv-06876-EEF-DEK |
| 23 | Foster, William | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 24 | Geyen, Robert S | Geyen, Robert S. v. Merck & Co., Inc. | 2:05-cv-01770-EEF-DEK |
| 25 | Gill, Clinton | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 26 | Gorda, Ron | Anderson, Ruth C. v. Merck & Co., Inc. | 2:06-cv-03288-EEF-DEK |
| 27 | Green, Nancy | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| 28 | Gregg, George Luther | Mercer, Larry v. Merck & Co., Inc. | 2:05-cv-05677-EEF-DEK |
| 29 | Hammond, Gerald | Hammond, Gerald v. Merck & Co., Inc. | 2:06-cv-11118-EEF-DEK |
| 30 | Hanson, L Kim | Hanson, L. Kim v. Merck & Co., Inc. | 2:07-cv-00739-EEF-DEK |
| 31 | Harper, Pauline Marie | Harper, Jackie v. Merck & Co., Inc. | 2:05-cv-05381-EEF-DEK |
| 32 | Hough, Max Timothy | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |
| 33 | Howard, Christine | Howard, Christine v. Merck & Co., Inc. | 2:06-cv-10368-EEF-DEK |
| 34 | Jackson, E Leon Jr | Jackson, Pauline v. Merck & Co., Inc. | 2:05-cv-04425-EEF-DEK |
| 35 | James, Rachel | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 36 | Jenkins, Wesley Gene | Mercer, Larry v. Merck & Co., Inc. | 2:05-cv-05677-EEF-DEK |
| 37 | Jensen, Lambert | Blain, Arthur D. v. Merck & Co., Inc. | 2:05-cv-01167-EEF-DEK |
| 38 | Keebler, Robert | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 39 | Kerr, Kenneth K Sr | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 40 | Kibodaux, Maggie | Kibodaux, Maggie v. Merck & Co., Inc. | 2:05-cv-00578-EEF-DEK |
| 41 | Kouth, Thomas C | Kouth, Thomas C. v. Merck & Co., Inc. | 2:06-cv-05560-EEF-DEK |
| 42 | Krupa, Stephen | Krupa, Stephen v. Merck & Co., Inc. | 2:06-cv-09774-EEF-DEK |
| 43 | Lejune, Betty | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |

| | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 44 | Levine, Gloria | Levine, Gloria v. Merck & Co., Inc. | 2:05-cv-04909-EEF-DEK |
| 45 | Looney, Ola | Looney, Ola v. Merck & Co., Inc. | 2:05-cv-06835-EEF-DEK |
| 46 | Lovins, Patty | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 47 | Manero, Armando P | Manero, Armando P. v. Merck & Co., Inc. | 2:06-cv-10886-EEF-DEK |
| 48 | Martin, Shirley | Martin, Shirley v. Merck & Co., Inc. | 2:08-cv-01776-EEF-DEK |
| 49 | Mason, Rose | Coleman, William v. Merck & Co., Inc. | 2:05-cv-04446-EEF-DEK |
| 50 | McCane, Lois | McCane, Lois v. Merck & Co., Inc. | 2:07-cv-03489-EEF-DEK |
| 51 | McCormick, Glenn | McCormick, Glenn v. Merck & Co., Inc. | 2:05-cv-06230-EEF-DEK |
| 52 | Mojica, Miriam Baez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 53 | Moore, Dorothy | Wright, Victor v. Merck & Co., Inc. | 2:06-cv-09371-EEF-DEK |
| 54 | Moore, Rebecca | Moore, Rebecca v. Merck & Co., Inc. | 2:06-cv-04296-EEF-DEK |
| 55 | Munoz, Yolanda | Munoz, Yolanda v. Merck & Co., Inc. | 2:06-cv-09422-EEF-DEK |
| 56 | Packer, Jacquelyn | Gomez, Camille v. Merck & Co., Inc. | 2:06-cv-01512-EEF-DEK |
| 57 | Pagan, Carmen | Pagan, Carmen v. Merck & Co., Inc. | 2:05-cv-00515-EEF-DEK |
| 58 | Patterson, James | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK |
| 59 | Petry, Marilyn Sue | Petry, Marilyn S. v. Merck & Co., Inc. | 2:06-cv-04040-EEF-DEK |
| 60 | Przymusik, Marylou | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK |
| 61 | Robinson, Si | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 62 | Rogers, Alice | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 63 | Rose, John D | Rose, John D. v. Merck & Co., Inc. | 2:05-cv-03535-EEF-DEK |
| 64 | Savio, Vicki D | Savio, Vicki D. v. Merck & Co., Inc. | 2:06-cv-04216-EEF-DEK |
| 65 | Schaelling, Kaylynn | Aiono, Saolotoga v. Merck & Co., Inc. | 2:05-cv-04743-EEF-DEK |
| 66 | Schuckman, Drew | Schuckman, Drew v. Merck & Co., Inc. | 2:06-cv-01529-EEF-DEK |
| 64 | Schunior, Emil | Schunior, Margaret v. Merck & Co., Inc. | 2:06-cv-10885-EEF-DEK |
| 68 | Severio, Dallas | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 69 | Shaheed, Dawud | Shaheed, Constance v. Merck & Co., Inc. | 2:07-cv-09405-EEF-DEK |
| 70 | Shortnancy, Bryan | Shortnancy, Bryan v. Merck & Co., Inc. | 2:06-cv-01728-EEF-DEK |
| 71 | Simoneaux, Sylvia Lorraine | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 72 | Sonnier, Eddie | Sonnier, Eddie v. Merck & Co., Inc. | 2:07-cv-06877-EEF-DEK |
| 73 | Spivey, Herman D | Spivey, Herman D. v. Merck & Co., Inc. | 2:05-cv-01980-EEF-DEK |
| 74 | Stelly, John | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK |
| 75 | Swan, Margie L | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 76 | Tate, Maxine | Banks, Sheryl v. Merck & Co., Inc. | 2:07-cv-03019-EEF-DEK |
| 77 | Taylor, Antionette | Taylor, Antionette v. Merck & Co., Inc. | 2:05-cv-04710-EEF-DEK |
| 78 | Thomas, Ressie M | Thomas, Ressie M. v. Merck & Co., Inc. | 2:05-cv-04669-EEF-DEK |
| 79 | Turner, Charles | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 80 | Van Jelgerhuis, Kimberly | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 78 | Walker, Robert | Walker, Robert v. Merck & Co., Inc. | 2:07-cv-02942-EEF-DEK |
| 82 | Walker, Vivian | Walker, Vivan v. Merck & Co., Inc. | 2:06-cv-06951-EEF-DEK |
| 83 | Warren, Jane | Warren, Jane v. Merck & Co., Inc | 2:06-cv-05573-EEF-DEK |
| 84 | Williams, Carrie B | Williams, Meredith v. Merck & Co., Inc. | 2:07-cv-01254-EEF-DEK |
| 85 | Williams, Roy | Williams, Roy v. Merck & Co. Inc. | 2:07-cv-04083-EEF-DEK |
| 86 | Williams, Verna J | Williams, Verna J. v. Merck & Co., Inc. | 2:06-cv-10211-EEF-DEK |
| 87 | Wilson Richardson, Geraldine A | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 88 | York, Deloris | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |