IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL PLAINTIFFS ON | * | MAG. JUDGE KNOWLES |
| ATTACHMENT 1 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER WITHDRAWING SHOW CAUSE ORDER AS TO CERTAIN PLAINTIFFS

**IT IS ORDERED** that defendant's second motion to show cause why plaintiffs' cases should not be dismissed for failure to comply with Pretrial Order No. 31 is withdrawn without prejudice and is without effect as to the plaintiffs listed in Attachment 1.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

937284v.1