UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc.; et al. | § CIVIL ACTION |
| | § |
| | § NO. 2:08-cv-1633 |
| v. | § |
| | § SECTION L   MAG. 3 |
| BrownGreer PLC; U.S. Bancorp, Inc.; and John Does | § |
| | § In Relation to: Docket No. 1657 |
| | § |
| | § In Re: VIOXX |
| | § |
| | § PRODUCTS LIABILITY LITIGATION |
| | § |
| | § JUDGE FALLON |
| | § |
| | § MAGISTRATE JUDGE KNOWLES |
| | § |

**[PROPOSED] ORDER ON MOTION TO SEAL CONFIDENTIAL MATERIALS SUBMITTED FOR DEPOSIT INTO THE REGISTRY OF THE COURT**

Plaintiffs have filed a Motion to Seal Confidential Materials Submitted for Deposit into the Registry of the Court. After careful consideration, this Court finds the Motion should be GRANTED. Plaintiffs are instructed to promptly deposit their data with the Clerk's office to be maintained in the Court's registry. The Clerk is instructed to place the data so deposited UNDER SEAL, and maintain the sealed data in the Court's registry pending further Order from this Court.

SO ORDERED.

Dated: _____

_____
Honorable Eldon E. Fallon
United States District Judge

863385v1/008911