## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AvMed, Inc.; et al.** | §    **CIVIL ACTION** |
| | § |
| ———————————— | §    **NO.  2:08-cv-1633** |
| | § |
| **v.** | §    **SECTION L    MAG. 3** |
| | § |
| **BrownGreer PLC; U.S. Bancorp, Inc.;** | §    **In Relation to:  Docket No. 1657** |
| **and John Does** | § |
| | §    **In Re:  VIOXX** |
| ———————————— | § |
| | §    **PRODUCTS LIABILITY LITIGATION** |
| | § |
| | §    **JUDGE FALLON** |
| | § |
| | §    **MAGISTRATE JUDGE KNOWLES** |
| | § |

### MEMORANDUM IN SUPPORT OF MOTION TO SEAL CONFIDENTIAL MATERIALS SUBMITTED FOR DEPOSIT INTO THE REGISTRY OF THE COURT

Plaintiffs respectfully seek an Order from this Court sealing one computer disk containing data relating to 4,460,304 plan members for whom the Plaintiffs provided Vioxx prescription benefits.  This data is relevant to and is referenced in Docket Nos. 14640, 14861, 14865, 14739, and 14825 (Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiffs' Reply Memoranda in Support; and Plaintiffs' Supplemental Briefing in Support).  Plaintiffs seek this Order pursuant to this Court's instructions and the Local Civil Rules of the Eastern District of Louisiana.  Plaintiffs request that the data be maintained in the registry of the Court under seal pending further Order from this Court.  Plaintiffs respectfully attach a Proposed Order for this purpose.

DATED this 23rd day of July, 2008

863385v1/008911

SUSMAN GODFREY L.L.P.

*/s/ Lexie G. White*
Lexie G. White
Louisiana State Bar No. 29478
Neal S. Manne
Texas State Bar No. 12937980
William Christopher Carmody
Texas State Bar No. 03823650
Joseph S. Grinstein
Texas State Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

OF COUNSEL:

Richard W. Cohen
Peter D. St. Phillip, Jr.
Gerald Lawrence
LOWEY DANNENBERG COHEN & HART, P.C.
1 North Broadway, 5th Floor
White Plains, NY  10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Mark D. Fischer
Mark M. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES PLLC
1 Eden Parkway
LaGrange, KY 40031
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion to Seal Confidential Materials Submitted for Deposit into the Registry of the Court has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of July, 2008.

/s/ Lexie G. White
Lexie G. White
Louisiana State Bar No. 29478
Attorney for Plaintiffs
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lwhite@susmangodfrey.com

3

863385v1/008911