UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | : : : |
| | : MDL 1657 |
| **This document relates to:** | : SECTION L |
| | : HONORABLE ELDON FALLON |
| | : MAGISTRATE KNOWLES |
| **1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627** | : : : : |

**MOTION FOR LEAVE OF COURT
BY THE NPC DEFENDANTS
TO FILE SURREPLY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

NOW INTO COURT comes the Negotiating Plaintiffs' Counsel ("NPC" or the "NPC Defendants"), who requests leave of court to file the attached Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date:  July 23, 2008        By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**ATTORNEYS FOR THE NPC DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of July, 2008.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:     (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhkc.com

W:\25000-29999\27115\000\PLD\Declaratory Judgment (1199SEIU New York)\Motion for Preliminary Injunction\Opposition\Motion for Leave to File Surreply in Oppo 2008-7-23.wpd\rlv

2