UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| _____ : <br> **This document relates to:** : <br> : <br> : | MDL 1657 <br> SECTION L <br> HONORABLE ELDON FALLON <br> MAGISTRATE KNOWLES |
| **1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627** <br> _____ | : <br> : <br> : <br> : |

**O R D E R**

Considering the Motion for Leave of Court by the NPC Defendants To File Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction;

IT IS ORDERED BY THE COURT that the NPC Defendants are granted leave of court to file the attached Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction.

New Orleans, Louisiana this ____ day of _____, 2008.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1