UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Yolanda Munoz, Individually and as<br>Next Friend of Melissa Munoz and<br>Michelle Munoz (minors),<br><br>vs.<br><br>Merck & Co., Inc., Amerisourcebergen<br>Drug Corporation (Incorrectly named<br>as Amerisource, Inc.; Bergen Brunswig<br>Drug Company d/b/a Amerisource<br>Bergen); and Salvador Mendez, M.D. | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-9442<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Transferred from USDC, Southern District of Texas<br><br>Case No. 06-cv-0254<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Yolanda Munoz, individually and as next friend of Melissa Munoz and Michelle Munoz (minors), against defendant Merck & Co., Inc., Amerisourcebergen Drug Corporation (Incorrectly named in the complaint as Amerisource, Inc.; Bergen Brunswig Drug Company d/b/a Amerisource Bergen); and Salvador Mendez, M.D., be dismissed in their entirety with prejudice, with each party to bear its own costs.

Jack Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street, Suite 1200
Corpus Christi, Texas 78741
(361) 887-6449

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 7/22/08

Dated: 7/22/08

V1013
Yolanda Munoz Stipulation of Dismissal

_Charles A. Green / dhw_

~~Ramona Martinez~~ Charles A. Green
Cowles & Thompson
901 Main Street
Dallas, TX 75202
(214) 672-2000

_Counsel for Amerisourcebergen Drug Corporation_

Dated: ___7/22/08___

_Ken Patterson / dhw_

Ken Patterson
Patterson & Wagner
Northwest Center
7550 I-10 West, Suite 500
San Antonio, Texas 78229
210-979-7555

_Counsel for Salvador Mendez, M.D._

Dated: ___7/23/08___

V1013
Yolanda Munoz Stipulation of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of July, 2008.

_/s/ Dorothy H. Wimberly_
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2