# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND**, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627**<br><br>**RELATED CASE:**<br>**2:05-MD-1657**<br>**VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC**, *et. al.* | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

*************************************************************************

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Todd J. Cochran, counsel for 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

**ORDERS, ADJUDGES and DECREES** that said motion be, and the same is hereby, **GRANTED**.

**DONE** and **ORDERED** in chambers at the United States District Courthouse, New Orleans, this  23rd  day of         July        , 2008.

_____
**J U D G E**