UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| This document relates to: | : MDL 1657 <br> : SECTION L <br> : HONORABLE ELDON FALLON <br> : MAGISTRATE KNOWLES |
| 1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627 | : <br> : <br> : <br> : |

**O R D E R**

Considering the Motion for Leave of Court by the NPC Defendants To File Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction;

IT IS ORDERED BY THE COURT that the NPC Defendants are granted leave of court to file the attached Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction.

New Orleans, Louisiana this 24th day of July, 2008.

Honorable Eldon E. Fallon
U.S. District Judge

1