UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Oliver Skeet, et al.*<br><br>v.<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Mary and Barry Sutton, w/h** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-10162<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Transferred from USDC, District of New Jersey<br><br>Case No. 06-cv-4613<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Mary and Barry Sutton, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

V1013
Barbara J Bell Stipulation of Dismissal (4).doc

_____
Seeger Weiss LLP
Sindhu S. Daniel
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 7/23/08

Dated: 7/24/08

V1013
Barbara J Bell Stipulation of Dismissal (4).doc

HUGHES HUBBARD & REED, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
Attorneys for Defendant Merck & Co., Inc.


_____
Charles W. Cohen, Esq.
Dated: 7/24/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of July, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2