**MINUTE ENTRY**
**FALLON, J.**
**JULY 24, 2008**

## UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                                   **MDL NO. 1657**
        **PRODUCTS LIABILITY LITIGATION**

                                                                   **SECTION:  L**

**BEFORE JUDGE ELDON E. FALLON**
**Case Manager: Gaylyn Lambert**
**Court Reporter:  Karen Ibos**

**Appearances:  Joseph Grinstein, Esq. & Alexandra White, Esq. for 08-1633 plaintiffs**
               **Steven J. Phillips, Esq. & Andrew Marks, Esq. for 08-3627 plaintiffs**
               **James Irwin V, Esq. for BrownGreer PLC**
               **Chris Seeger, Esq. for NPC defendants**

**1) Plaintiffs' Motion for Temporary Restraining Order/Preliminary Injunction (08-1633)**
   **Argument - TAKEN UNDER SUBMISSION.                        (Rec. Doc. 14640)**

**2) Defendants' Motion to Sever (08-1633)   (Rec. Doc. 14525)**
   **Argument - GRANTED with written reasons to follow.**

**3) Plaintiffs' Motion for Preliminary Injunction (08-3627)  (Rec. Doc. 14877)**
   **Argument - TAKEN UNDER SUBMISSION.**

**4) NPC Defendants' Motion to Dismiss and Strike Class Allegations in the Complaint**
   **(08-3627)   (Rec. Doc. 14875)**
   **Argument - GRANTED with written reasons to follow.**

**5. Defendant, BrownGreer, PLC, Motion to Strike Class Allegations in Plaintiffs' Class**
   **Action Complaint (08-3627)   (Rec. Doc. 15008)**
   **Argument - GRANTED with written reasons to follow.**

**JS-10:  2:40**