# Attachment A-1

|    | Plaintiff's Name | Caption | Docket Number |
|----|---|---|---|
| 1  | Becnel, Emily | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 2  | Berry, Lillie Mae | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 3  | Cole, Ansanta P | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 4  | Conerly, Mary F | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 5  | Dandridge, Dorothy | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 6  | Ellison, Mary | Ellison, Mary v. Merck & Co., Inc. | 2:06-cv-06928-EEF-DEK |
| 7  | Goins, B | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 8  | Harried, Carlee | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 9  | Jarvis, Kathleen | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 10 | Joseph, Gilbert Sr | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 11 | King, Rosemary | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 12 | Looney, Ola | Looney, Ola v. Merck & Co., Inc. | 2:05-cv-06835-EEF-DEK |
| 13 | Lough, William David | Lough, William D. v. Merck & Co., Inc. | 2:05-cv-03820-EEF-DEK |
| 14 | Manero, Armando P | Manero, Armando P. v. Merck & Co., Inc. | 2:06-cv-10886-EEF-DEK |
| 15 | Marshall, Mary | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 16 | McPherson, Santonio Sr | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 17 | Nwokorie, Jane | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 18 | Pichon, Venessa | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 19 | Ralston, Barbara | Ralston, Barbara v. Merck & Co., Inc. | 2:06-cv-00319-EEF-DEK |
| 20 | Rivera, Daisy | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 21 | Rogers, Jimmie | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 22 | Salvant, Sidney | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 23 | Schunior, Emil | Schunior, Margaret v. Merck & Co., Inc. | 2:06-cv-10885-EEF-DEK |
| 24 | Tillie, Beatrice | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 25 | Underwood, Mary | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 26 | Veal, Ruby | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| 27 | Wright, Sharon | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |