CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph LB of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last<br>Plouff | | First<br>Thomas | | Middle<br>O |
|---|---|---|---|---|---|
| Name of Law Firm | Plouff Law Offices P.C. | | | | |
| Current Address | Street<br>5601 First Ave. N., Ste. 106 | | | | |
| | City<br>Birmingham | | State<br>AL | Zip<br>35212 | Country<br>USA |
| Telephone Number | 205.939.0000 | Facsimile | 205.933.9475 | Email | tom@alabama-attorney.net |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Eatmon | | First<br>Stephanie | | Middle |
|---|---|---|---|---|---|
| Plaintiff Address | Street<br>613 Dublin Ave., South | | | | |
| | City<br>Birmingham | | State<br>AL | Zip<br>35212 | Country<br>USA |
| Telephone Number | 205.563.4743 | Facsimile | | Email | |
| Case Caption | Stephanie Eatmon v. Merck & Co | | | | |
| Case Number | 2:06-cv-03860-EEF-DEK | | | | |
| Court Where Case is Pending | E.D. Lousiana | | | | |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
[✓] Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| Address | Street | | | | |
| | City | | State | Zip | Country |
| Telephone Number | | Facsimile | | Email | |
| Relationship to Plaintiff | 1  1 Friend   D Relative (specify relationship: ) | | | | |

H3433
19

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[✓] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 21 / 08 . (Record Docket No. 15369 )

[✓] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 7 / 28 / 08 (Month/Day/Year) | _____ Counsel |

#343319

2

Thomas R. Kline, Esquire
KLINE & SPECTER. P.C.
1525 Locust Street, 19th Floor
Philadelphia. PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi. Esquire
ASHCRAFT & GEREL
2000 L Street. N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No.. 8A. and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 28th day of July, 2008.

/s/ Thomas O. Plouff
PLAINTIFF'S COUNSEL

**Russ M. Herman**
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
**Plaintiffs' Liaison Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
 (318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
 275 Battery Street, 30th Floor
 San Francisco, CA 94111
(415) 956-1000 (telephone)
 (415) 956-1008 (telecopier)

**Christopher** A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)