# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| *Oliver Skeet, et al. v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-10162* | * | **KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Mary and Barry Sutton, w/h | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Mary Sutton and Barry Sutton in the above-

captioned case be and they hereby are dismissed with prejudice, with each party to bear his or

her own costs.

NEW ORLEANS, LOUISIANA, this 28th day of         July         , 2008.

_____

DISTRICT JUDGE

937816v.1