## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \***

**THIS DOCUMENT RELATES TO:**

Plaintiffs Name: Mary Ann Terry

Case Name:  Bobbie Thompson et. al v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

### ANSWER OF PLAINTIFF TO
### FIRST SET OF INTERROGATORIES PROPOUNDED
### BY DEFENDANT MERCK & CO., INC.

COMES NOW Plaintiff Mary Ann Terry, by and through his attorneys of record, and for

his answers to Defendant Merck & Co., Inc.'s First Set of Interrogatories, states as follows:

### INTERROGATORIES

**INTERROGATORY NO. 1**

Please identify, for the present civil action, the title of the action, the civil action

number, the name of the court in which this action was filed, the name of the court in which this

action is currently pending, and the full name, address, telephone number, and facsimile number

of the principal attorney representing you in this action.

**ANSWER:**

> **United States District Court, Eastern District of Louisiana**
> **Case # 2:05-cv-04055 EEF-DEK**

**Thomas P. Cartmell**
**4740 Grand Ave., Ste. 300**
**Kansas City, Missouri 64112**
**816-701-1100**
**816-531-2372 (fax)**

## INTERROGATORY NO. 2

Please identify each person having knowledge or information regarding the facts,

circumstances, injuries, damages, or allegations contained in your Complaint.

**ANSWER:**

**Dr. Kistler Capital City Medical Ass. 1505 Southwest Blvd., Jefferson City, MO 65109,**
**Dr. Turnbaugh, 901 Kidwell Dr., Versailles, MO 65084,**
**Dr. David Steinke Capital City Medical Ass. 1505 Southwest Blvd., Jefferson City, MO**
**65109,**
**Frank Donald Terry, husband,**

**Additionally, other family members or health care providers may be determined.**

## INTERROGATORY NO. 3

Provide the factual basis and a computation for each category of damages you claim and

identify all documents upon which you will rely in support of each category of damages.

**ANSWER:**

**Economic Damages: Medical expenses - medical bills to be determined.**

**Non-Economic Damages:  An amount determined by a jury.**

**Punitive Damages:  As allowed by statute.**

**INTERROGATORY NO. 4**

Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action. If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

**ANSWER:**

**Medicare Arkansas & Healthlink**
**Pinnacle Medicare Services, PO Box 1418, Little Rock, AR 72203, Phone: (866)548-0527**
**The account/policy number or designation: 487363756A**

**INTERROGATORY NO. 5**

State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990. If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted. If a report was made, attach a true copy. If any such physical examination resulted in denial of your application, please describe such action.

**ANSWER:**

**None**

**INTERROGATORY NO. 6**

Identify all information, instructions, warnings, or precautions about Vioxx obtained by you from any source. For each item of information, instruction, warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

**ANSWER:**

**Cannot recall any warning given.**

**INTERROGATORY NO. 7**

State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding, the full names and addresses of all parties to the action and their attorneys, if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgment, settlement or award.

**ANSWER:**

**None**

**INTERROGATORY NO. 8**

Please identify whether you are in possession of any unused Vioxx. If so, please identify

the number of tablets or amount of oral suspension in your possession, the date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

**ANSWER:**

**Vioxx bottle with 8 - 50 mg pills currently in possession of my attorney.**

**INTERROGATORY NO. 9**

Please identify all communications, whether oral, written or electronic (including email, communications as part of internet ("chat rooms" or e-mail groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

**ANSWER:**
**None.**

**INTERROGATORY NO. 10**

Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or your alleged injuries.

**ANSWER:**
**None.**

Respectfully submitted,


/s/ Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Christopher L. Schnieders   MO#57725
WAGSTAFF & CARTMELL LLP
 4740 Grand Avenue, Suite 300
 Kansas City, MO  64112
 (816) 701-1100
 Fax (816) 531-2372
 Email:  cschnieders@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

I, Thomas P. Cartmell, hereby certify that on the 30th day of July, 2008, a copy of the foregoing Answers of Plaintiff 's First Set of Interrogatories propounded by Defendant Merck & Co., Inc., has been served on Liaison Counsel, Russ Herman, at Herman, Herman, Katz & Coltar, 820 O'Keefe Avenue, Suite 4310, New Orleans, LA  70170; Susan Giamportone, at Womble, Carlyle, Sandridge & Rice, PLLC, One West Fourth Street, Winston-Salem, NC 27101 and upon all parties by Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedure established.

/s/ Thomas P. Cartmell
Attorney for Plaintiff

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the foregoing answers are true and correct.

| /s/ Mary Ann Terry | Mary Ann Terry | July 30, 2008 |
|---|---|---|
| Signature | Print Name | Date |

Plaintiff's Counsel

Name:        Thomas P. Cartmell
Address:     4740 Grand Avenue, Suite 300
             Kansas City, MO  64112

MAT.interrogatory.8.000001