UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *  *

**THIS DOCUMENT RELATES TO:** *Bobbie Lee Thompson et. al., v. Merck & Co., Inc.,* **No. 05-CV-04055 -  Mary Ann Terry only**

## AFFIDAVIT OF MARY ANN TERRY

/s/ Thomas P. Cartmell_____
Thomas P. Cartmell          MO #45366
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816)531-2372
Attorney for Plaintiff Mary Ann Terry

Dated: July 30, 2008

STATE OF _Missouri_

COUNTY OF _Morgan_

## AFFIDAVIT OF MARY ANN TERRY

Before me, the undersigned, a Notary Public, personally appeared _Mary Ann Terry_, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

(1) I am Mary Ann Terry;

(2) I am a Plaintiff in the case of  Thompson et al v. Merck, et al., Civil Action Number 2:05-cv-04055;

(2) Records have been collected and/or requested from all pharmacies that dispensed drugs to, or for, me as set out in the index referred to in paragraph (5);

(3) Records have been collected and/or requested from all of my health care providers requested in the Amended and Supplemental Plaintiff Profile Form ("ASPPF") for the period from January 1, 1995 to the present, more fully set out in the index referred to in paragraph (5);

(4) All records referenced in Paragraphs 2 and 3 above, have been produced pursuant to Pretrial Order 28;

(5) An index identifying the sources of records referenced in Paragraphs 2 and 3 above, which have been produced pursuant to Pretrial Order 28, is attached hereto at "Exhibit A."

Respectfully Submitted this the _13_ day of _June_, 2008.

_Mary Ann Terry_
**AFFIANT**

SWORN to and SUBSCRIBED before me this 13 day of _June_, 2008.

_Stacey R. Anderson_
NOTARY PUBLIC
My Commission Expires: _02-14-2010_

STACEY R. ANDERSON
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MORGAN COUNTY
COMMISSION # 06639332
MY COMMISSION EXPIRES: 02-14-2010

# Exhibit A

Terry v. Merck
2:05cv04055
File #117-30
Medical and Billing Records

- Clinic Pharmacy 1-5
- Capital City Medical Associates - Medical Records Dr. Kistler 6-27
- Capital City Medical Associates - Billing Dr. Kistler 28-43
- Capital Region -Versailles Clinic – Medical Records Dr. Schekorra  44-61
- Dr. Thomas R. Turnbaugh – Medical Records 62-74
- Dr. Thomas R. Turnbaugh – Billing 75-76