UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Louisa Occhipinto v. Merck & Co., Inc.,* **No. 05-CV-05364**

## AFFIDAVIT OF LOUSIA OCCHIPINTO

/s/ Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816)531-2372
Attorney for Plaintiff Louisa Occhipinto

Dated: July 30, 2008

STATE OF __MO__

COUNTY OF __Clay__

## AFFIDAVIT OF LOUISA OCCHIPINTO

Before me, the undersigned, a Notary Public, personally appeared __Louisa Occhipinto__, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

(1) I am Louisa Occhipinto;

(2) I am a Plaintiff in the case of Occhipinto v. Merck, et al., Civil Action Number 2:05-cv-05364;

(2) Records have been collected and/or requested from all pharmacies that dispensed drugs to, or for, me as set out in the index referred to in paragraph (5);

(3) Records have been collected and/or requested from all of my health care providers requested in the Amended and Supplemental Plaintiff Profile Form ("ASPPF") for the period from January 1, 1995 to the present, more fully set out in the index referred to in paragraph (5);

(4) All records referenced in Paragraphs 2 and 3 above, have been produced pursuant to Pretrial Order 28;

(5) An index identifying the sources of records referenced in Paragraphs 2 and 3 above, which have been produced pursuant to Pretrial Order 28, is attached hereto at "Exhibit A."

Respectfully Submitted this the __17__ day of __June__, 2008.

_____
AFFIANT

SWORN to and SUBSCRIBED before me this __17__ day of __June__, 2008.

_____
NOTARY PUBLIC
My Commission Expires: __10-4-08__

SHERYL ... 
Notary Public - Notary Seal
State of Missouri - County of Clay
My Commission Expires Oct. 4, 2008
Commission # 04409582

# Exhibit A

Occhipinto, Louisa v. Merck
2:05cv-05364
117-192

- Albertson's / Osco Pharmacy 1-20
- Skaggs Community Health Center 21-95
- Spine & Scoliosis Surgery, Inc. 96-172
- St. Luke's Hospital of Kansas City 173-413