UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Smita Sanjanwala v. Merck & Co., Inc.,* **No. 05-CV-001011**

## AFFIDAVIT OF SMITA SANJANWALA

/s/ Thomas P. Cartmell_____
Thomas P. Cartmell          MO #45366
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816)531-2372
Attorney for Plaintiff Smita Sanjanwala

Dated: July 30, 2008

STATE OF *Missouri*

COUNTY OF *Jackson*

# AFFIDAVIT OF SMITA SANJANWALA

Before me, the undersigned, a Notary Public, personally appeared *Smita Sanjanwala* who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

(1) I am Mrs. Smita Sanjanwala;

(2) I am a Plaintiff in the case of Sanjanwala v. Merck, et al., Civil Action Number 2:05cv01011;

(2) Records have been collected and/or requested from all pharmacies that dispensed drugs to, or for, me as set out in the index referred to in paragraph (5);

(3) Records have been collected and/or requested from all of my health care providers requested in the Amended and Supplemental Plaintiff Profile Form ("ASPPF") for the period from January 1, 1995 to the present, more fully set out in the index referred to in paragraph (5);

(4) All records referenced in Paragraphs 2 and 3 above, have been produced pursuant to Pretrial Order 28;

(5) An index identifying the sources of records referenced in Paragraphs 2 and 3 above, which have been produced pursuant to Pretrial Order 28, is attached hereto at "Exhibit A."

Respectfully Submitted this the 5th day of June, 2008.

_Smita Sanjanwala_
**AFFIANT**

SWORN to and SUBSCRIBED before me this 5th day of June, 2008.

_Peggy L. Bradshaw_
NOTARY PUBLIC
My Commission Expires: 8/25/09

PEGGY L. BRADSHAW
My Commission Expires
August 25, 2009
Jackson County
Commission #05523646

# Exhibit A

SANJANWALA v. VIOXX
File No. 117-3

- Dr. Tapan Chaudhuri (NKC, Mo.) Billing records 4 pages 1-4
- Chaudhuri Office Record 15 pages 5-20
- Mayo Records med 74 pages 21-95
- Mayo billing 24 pages  96-102
- Mid America Rheumatology Consultants 10 pages billing 233 medical records 121-363
- Osco Drug 364-369
- Shawnee Mission Medical Center billing 70 pages 370-440
- Shawnee Mission Medical Center medical 1057 pages 441-1578