### Declaration of Plaintiff's Counsel

Pursuant to Pretrial Order No. 36, counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff consented to withdrawal.

Respectfully submitted, this ___30th___ day of ___July___, 2008

_____
Plaintiff's Counsel