UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAGISTRATE JUDGE <br> *  DANIEL E. KNOWLES, III <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Yanca v. Merck & Co., Inc.,* No. 06-0101

**PLAINTIFFS' MOTION TO VACATE OR MODIFY THE PRE-TRIAL ORDER NO. 28, AND TO EXTEND TIME TO SUBMIT EXPERT CERTIFICATE OF CAUSATION**

Plaintiffs in the above-captioned actions, by and through their attorneys, the Law Office of Davis, Bethune & Jones L.L.C, hereby move this Honorable Court, for good cause shown, as and for themselves individually and for all cases, as appropriate, remaining in the instant multi-district litigation in which the plaintiffs have not elected to participate in the Master Settlement Agreement, for the following relief:

An order pursuant to Fed. R. Civ. P. 6, granting plaintiffs an extension of time to comply with the requirements of Pre-Trial Order ("PTO") No. 28 (II)(B)(8) and (C) for submitting an expert statement on specific causation, from the current July 1, 2008, and August 1, 2008, deadlines to and including September 30, 2008, and October 31, 2008, respectively.

WHEREFORE, plaintiffs in the above-captioned actions respectfully move this Court to grant the relief sought in the instant motion.

Respectfully submitted,

DAVIS, BETHUNE & JONES, LLC

By: /s/ Shawn G. Foster
    Grant L. Davis - #34799
    Shawn G. Foster -  #47663
    Thomas C. Jones - #38499
    Scott S. Bethune - #35685
    Timothy L. Brake - #23802
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO  64196
Telephone (816) 421-1600
Facsimile:   (816) 472-5972
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that he above and foregoing Plaintiffs' Motion to Vacate or Modify the Pre-Trial Order No. 28, and to extend the time to submit expert certificate of causation, has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 31st day of July, 2008,

DAVIS, BETHUNE & JONES, LLC

By: /s/ Shawn G. Foster
    Grant L. Davis - #34799
    Shawn G. Foster -  #47663
    Timothy L. Brake - #23802
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO  64196
Telephone (816) 421-1600
Facsimile:   (816) 472-5972
**ATTORNEYS FOR PLAINTIFF**