# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Louisa Occhipinto

Case Name: Occhipinto v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-05364 EEF-DEK

## PLAINTIFFS' MOTION TO VACATE OR MODIFY THE
## PRE-TRIAL ORDER NO. 28, AND TO EXTEND TIME TO SUBMIT
## EXPERT CERTIFICATE OF CAUSATION

Plaintiff in the above-captioned actions, by and through her attorneys, the Law Office of Wagstaff & Cartmell, LLP, hereby moves this Honorable Court, for good cause shown, as and for herself individually and for all cases, as appropriate, remaining in the instant multi-district litigation in which the plaintiff has not elected to participate in the Master Settlement Agreement, for the following relief:

An order pursuant to Fed. R. Civ. P. 6, granting plaintiff an extension of time to comply with the requirements of Pre-Trial Order ("PTO") No. 28 (II)(B)(8) and (C) for submitting an expert statement on specific causation, from the current July 1, 2008, and August 1, 2008, deadlines to and including September 30, 2008, and October 31, 2008, respectively.

WHEREFORE, plaintiff in the above-captioned actions respectfully moves this Court to grant the relief sought in the instant motion.

Respectfully submitted,

/s/ Thomas P. Cartmell
| | |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Brian J. Madden | MO #40637 |
| Thomas J. Preuss | MO #54923 |
| Christopher L. Schnieders | MO#57725 |

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816) 531-2372
Email:  tcartmell@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I hereby certify that the above and foregoing Plaintiffs' Motion to Vacate or Modify the Pre-Trial Order No. 28, and to Extend Time to Submit Expert Certificate of Causation, has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 31st day of July, 2008,

/s/ Thomas P. Cartmell
| | |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Brian J. Madden | MO #40637 |
| Thomas J. Preuss | MO #54923 |
| Christopher L. Schnieders | MO#57725 |

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax (816) 531-2372
Email:  tcartmell@wcllp.com

**ATTORNEYS FOR PLAINTIFF**