UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Louisa Occhipinto

Case Name: Occhipinto v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-05364 EEF-DEK

## ORDER

Upon review and consideration of Plaintiffs' Motion to Vacate or Modify the Pre-Trial Order No. 28, and to Extend Time to Submit Expert Certificate of Causation, the Court makes the following Finds and Order,

IT IS SO ORDERED that Plaintiff's are granted an extension of time to comply with the requirements of Pre-Trial Order ("PTO") No. 28 (II)(B)(8) and (C) for submitting an expert statement on specific causation, from the current July 1, 2008, and August 1, 2008 deadlines to and including September 30, 2008, and October 31, 2008, respectively.

Dated: _____                              _____
                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE