UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | Judge Fallon<br>Magistrate Judge Knowles |
| Marjorie Connolly, et al.,<br>v. Merck & Co., et al., | |
| Civil Action No: 2:06-cv-2708-EEF-DEK | |
| "And only regarding MARJORIE CONNOLLY" | |

## MOTION FOR SUBSTITUTION

Marcus P. Connolly, as executor for the estate of plaintiff Marjorie Connolly, deceased, for purposes of prosecuting this case and distributing any proceeds thereof, is the estate's authorized representative, and moves, pursuant to Fed.R.Civ.Pr. 25(a)(1), in his capacity as executor of the estate of Marjorie Connolly, deceased, to be substituted as a party plaintiff for Marjorie Connolly. In support of the instant motion, Marcus P. Connolly states as follows:

1. Plaintiff Marjorie Connolly died on September 1, 2007.

2. On February 7, 2008, Letters Testamentary with limitations were granted to Marcus P. Connolly by the Surrogate's Court of the State of New York for Broome County on February 7, 2008, appointing him executor of the estate of Marjorie Connolly, deceased. *See copy with Seal of the Certificate of Appointment of Executor annexed hereto as* **Exhibit A**.

3. On May 1, 2008, a Suggestion of Death was filed with this Court.

4. On June 6, 2008, Marcus P. Connolly retained undersigned counsel to continue representation on behalf of the estate.

WHEREFORE, it is respectfully submitted that this Court should grant the motion of Marcus P. Connolly to be substituted as and for plaintiff Marjorie Connolly in his capacity as executor of the estate of Marjorie Connolly, deceased, and direct that the caption of the instant action be amended to reflect the substitution, and such other and further relief as the Court deems just and proper.

Dated:  July 30, 2008.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

Certificate# 1538

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## BROOME COUNTY

File #: 2008-59

## CERTIFICATE OF APPOINTMENT OF EXECUTOR(S)

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Marjorie F Connolly

**Date of Death:** September 01, 2007

**Domicile of Decedent:** County Of Broome

**Fiduciary Appointed:** Marcus P Connolly
**Mailing Address:** 6385 Cloverleaf Circle
East Amherst NY 14051

**Type of Letters Issued:** LETTERS TESTAMENTARY WITH LIMITATIONS

**Letters Issued On:** February 07, 2008

**Limitations:** The Fiduciary is authorized by these Letters to exercise all the powers and authority of an executor subject to the duties and liabilities of an executor, BUT IS PROHIBITED FROM DISTRIBUTING ASSETS OR MONIES of the Estate to pay or satisfy any legacy or distributive share of any beneficiary of the Estate until a construction proceeding interpreting and passing on the validity of the provisions of the Last Will and Testament dated NOVEMBER 28, 2001 and the resulting order of this Court.

and such Letters are unrevoked and in full force as of this date

**Dated:** February 07, 2008

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Broome Surrogate's Court at Binghamton, New York.

WITNESS, Hon. Eugene E Peckham, Judge of the Broome Surrogate's Court.

*Rebecca A. Malmquist*

Rebecca A Malmquist, Chief Clerk
Broome Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Broome County Surrogate's Court*

EXHIBIT A

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Motion for Substitution and Notice of Hearing was served on the following, by US Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2008.

*Marya C. Young*
Marya C. Young    Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442