UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| **This document relates to:** | **Judge Fallon** |
| | **Magistrate Judge Knowles** |
| **Marjorie Connolly, et al.,** | |
| **v. Merck & Co., et al.,** | |

**Civil Action No: 2:06-cv-2708-EEF-DEK**

**"And only regarding MARJORIE CONNOLLY"**

## ORDER

Upon due consideration of the motion of Marcus P. Connolly, as executor of the estate of plaintiff Marjorie Connolly, deceased, to be substituted in her place and stead as a party plaintif herein, and for good cause shown, it is hereby, this ____ day of _____, 2008,

ORDERED, that the motion of Marcus P. Connolly to be substituted for plaintiff Marjorie Connolly in his capacity as executor of the estate of Marjorie Connolly, deceased, be, and the same hereby is GRANTED, and it is further

ORDERED, that the Clerk shall amend the caption of the within individual action as to the plaintiff Marjorie Connolly, which shall read "Marcus P. Connolly, Individually and as Executor of the Estate of Marjorie Connolly."

IT IS SO ORDERED.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE