UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARJORIE CONNOLLY, MARJORIE CURTIS,
KRISTINA DONAHUE, CHARLES HARRIS, JR.,
KRISTINE HIA, SHEILA HICKOK, JOANNE HOCHRUN,
SUZANNE HOLDREDGE, *ET UX.* LARRY HOLDREDGE,
MAURICE HOYT, *ET UX.*, ANGELA HOYT, FRANK
KUNIK, SR., *ET UX.* CAROL KUNIK, AND WILLIAM
PATRICK, *ET UX.* MARY PATRICK,
CHARLES H. DIXSON, MAYRA FIGUEROA,
MARGHARITA GIORDANO, MARY K. MATIAS,
KEVIN PITCHER, and MARIANNE RAFTIS,

**AFFIDAVIT OF SERVICE**

Plaintiffs,

-vs-

Civil Action No.:. 2:06-cv-2708-EEF-DEK

MERCK & CO, INC,

Defendant.

---

Megan Clark, being duly sworn deposes and says:

1. Deponent is not a party to the action herein, is over 18 years of age and resides at 10 Willow Lane, Binghamton, New York 13901.

2. On July 31, 2008 deponent electronically filed the within Motion for Substitution and Attorney's Certificate of Service with the Clerk of the Court, using Lexis Nexis Electronic Filing System, and via facsimile and by enclosing it in a post-paid properly addressed envelope and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, which sent notification to the following:

Vilia B. Hayes, Esq., located at Hughes Hubbard & Reed, LLP, One Battery Park Plaza, New York, New York 10004-1482.

/s/ Megan Clark
MEGAN CLARK

Sworn to before me this 31st day of July, 2008

_____
NOTARY PUBLIC

BRIAN NAYOR
Notary Public - State of New York
No. 01NA6116006
Qualified in Broome County
My Commission Expires 9/20/20__