# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 950 | SUITE 3800 | 5TH FLOOR |
|---|---|---|---|
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 654 MADISON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10065-0065 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

JOSEPH S. GRINSTEIN
DIRECT DIAL (713) 653-7824

DIRECT DIAL FAX (713) 654-3354
E-MAIL JGRINSTEIN@SUSMANGODFREY.COM

August 1, 2008

*VIA ELECTRONIC SERVICE*

Hon. Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

Re: *AvMed, Inc., et al. v. US Bancorp, et al.*, Civil Action No. 08-1633, pending in MDL Docket No. 1657

Dear Judge Fallon:

As you know, we represent the plaintiff health plans in the "AvMed" group of cases filed in the Vioxx MDL. We filed a Motion for Temporary Restraining Order and Preliminary Injunction on June 9, 2008, seeking certain relief to preserve our rights in advance of the initial August distribution to Vioxx claimants. At the argument on the Motion on July 24, 2008, the Court indicated that it would take the matter under advisement and issue a written opinion.

We write to respectfully request that the Court issue an order on the Motion by August 5, 2008. As the Court knows, Merck has indicated it intends to begin funding the settlement program by August 8. We are quite mindful of the very busy docket that is before the Court, and we very much appreciate the time and attention the Court has already given our Motion. We are concerned, however, that a delayed ruling on the Motion — even if in our favor — could have the effect of denying us all relief, in the event that settlement distributions move forward in the meantime and monies are thereafter placed outside the reach of our ERISA remedies. So as to preserve our clients' rights, we respectfully request that the Court at least issue a simple grant or denial of the Motion by August 5 (a more fulsome written opinion could certainly follow later). In the event that the Court opts to deny our Motion, we also respectfully request a grant or denial of our oral motion for a stay pending appeal.

865280v1/07664-008911

Hon. Eldon E. Fallon
August 1, 2008
Page 2

Thank you for your consideration of this request.

Sincerely,

*/s/ Joseph S. Grinstein*

Joseph S. Grinstein

865280v1/07664-008911