UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |

THIS DOCUMENT RELATES TO:   *Murray Bidner, et al. V. Merck & Co., Inc., et al;*
*No. 06-CV-3915 (Morris, Ronald Dale)*

### KLINE & SPECTER, P.C.'S
### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
### PLAINTIFFS, RONALD DALE MORRIS AND JANIE DONNITA MORRIS, h/w,
### PURSUANT TO PTO NO. 36

COMES NOW, Kline & Specter, P.C., and files its Motion to Withdraw as Counsel of Record for Plaintiffs, Ronald Dale Morris and Janie Donnita Morris, h/w, for the following reasons:

### I.   INTRODUCTION

This action arises from the sale of the prescription drug Vioxx® (Rofecoxib) to Ronald Dale Morris, who suffered a heart attack after ingesting this drug.

### II.   ARGUMENT

Kline & Specter, P.C. and the plaintiffs, Ronald Dale Morris and Janie Donnita Morris, h/w, have a fundamental disagreement as to what action should be taken in the case and, therefore, Kline & Specter, P.C., seeks to withdraw as counsel of record. *See* consent signed by Plaintiff, Ronald Dale Morris, attached hereto as Exhibit "A".

### III. CONCLUSION

Due to a fundamental disagreement between the clients and this counsel, Kline & Specter, P.C., respectfully requests that this Court allow Kline & Specter, P.C., to withdraw as counsel of record in this matter. Please also find attached hereto as Exhibit "B", as required by PTO No. 36, the Certification in Support of Motion to Withdraw as Counsel.

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By:     **/s/ Lee B. Balefsky**
Lee B. Balefsky, Esquire (25321)
Thomas R. Kline, Esquire (28895)
Michelle L. Tiger, Esquire (43872)
Attorneys for Plaintiffs
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
Phone: 215-772-1000
Fax: 215-735-0960
Lee.balefsky@klinespecter.com

## **DECLARATION**

I, <u>Lee B. Balefsky</u>, declare the following:

1. Counsel has communicated with the Plaintiffs, Ronald Dale Morris and Janie Donnita Morris, h/w.

2. Counsel has explained to the Plaintiffs the reasons for seeking to withdraw from the representation of the Plaintiffs; and

3. Plaintiff has consented to this withdraw. *See* Exhibit "A".

Date:  8/4/2008    By: **/s/ Lee B. Balefsky**
Paper document bears original signature
Lee B. Balefsky, Esquire (25321)
Thomas R. Kline, Esquire (28895)
Michelle L. Tiger, Esquire (43872)
Attorneys for Plaintiffs
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
Phone: 215-772-1000
Fax: 215-735-0960
Lee.balefsky@klinespecter.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Kline & Specter, P.C.'s Motion to Withdraw as Counsel of Record for Plaintiffs, Ronald Dale Morris and Janie Donnita Morris, h/w, has been electronically filed by using the CM/ECF system and served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with PreTrial Order No. 8, on this 4th day of August, 2008.

By: **/s/ Lee B. Balefsky**
Lee B. Balefsky, Esquire (25321)
Thomas R. Kline, Esquire (28895)
Michelle L. Tiger, Esquire (43872)
Attorneys for Plaintiffs
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
Phone: 215-772-1000
Fax: 215-735-0960
Lee.balefsky@klinespecter.com