I, RONALD DALE MORRIS, give my permission to Kline & Specter, P.C. to voluntarily withdraw as counsel in this case. I plan to obtain new counsel to represent me.

Dated: 6/9/08

*Ronald D. Morris*
Mr. Ronald D. Morris
4538 Hwy. 304 East
Pocahontas, AK 72455