UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          VIOXX                                    :        MDL NO. 1657
                PRODUCTS LIABILITY LITIGATION  :        SECTION: L
                                                         :
                                                         :        JUDGE FALLON
                                                         :        MAG. JUDGE KNOWLES
                                                         :
_____ :

THIS DOCUMENT RELATES TO:          *Murray Bidner, et al. v. Merck & Co., Inc., et al.,*
                                                  *No. 06-CV-3915 (Morris, Ronald Dale)*


## ORDER

The Court today considered Plaintiff's Motion to Withdraw as Counsel of Record and, for

good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that attorneys Thomas R. Kline, Lee B. Balefsky and

Michelle L. Tiger of KLINE & SPECTER, P.C., are no longer counsel of record for these

Plaintiffs.  IT IS FURTHER ORDERED that all future notices to Plaintiffs be sent to the

Plaintiffs.

IT IS SO ORDERED.


_____
Date

_____
Judge Eldon E. Fallon
United States District Court Judge