## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Ralston, Barbara & Alvin J. Ralston* | * | MDL CASE NO. 2:06-CV-00319-EEF-DEK |
| | * | |
| | * | MAG. JUDGE KNOWLES |

### PLAINTIFF'S NOTICE OF CHANGE
### OF COUNSEL'S ADDRESS

COME NOW, Barbara Ralston and Alvin J. Ralston, and advise the Court that

their counsel of record, Thomas E. Vaughn, formerly of Allen, Vaughn, Cobb & Hood,

PA, has left his prior firm and formed a new firm of Vaughn, Bowden & Wooten, PA,.

The address is as follows:

Physicial Address:
Vaughn, Bowden & Wooten, PA
2304 19th Street, Suite 102
Gulfport, MS  39501

Mailing Address:
Vaughn, Bowden & Wooten, PA
P.O. Drawer 240
Gulfport, MS  39502-0240

The new telephone number is 228-863-5656 and the new fax number is 228-864-8962.

Please update your records.

Respectfully submitted, this the 5th day of August, 2008.

BARBARA RALSTON and
ALVIN J. RALSTON, Plaintiffs

By:   VAUGHN, BOWDEN & WOOTEN, PA

BY:   */s/Thomas E. Vaughn*
Thomas E. Vaughn
Miss. Bar No. 6606

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice of Change of Address has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of August, 2008.

/s/Thomas E. Vaughn
Thomas E. Vaughn
Attorney for Plaintiff Barbara Ralson
Vaughn, Bowden & Wooten, PA
P.O. Drawer 240
Gulfport, MS  39502-0240
Telephone:   228-863-5656
Fax Number: 228-864-8962
Attorney's E-Mail:  vaughn@vbwlawfirm.com

2