**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 4, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**RELATED CASE: 08-1633**


The Court is in receipt of a letter from the AvMed Plaintiffs (Rec. Doc. 15448) seeking

judgment on the Plaintiffs' motion for a preliminary injunction.  The parties briefed the matter

extensively and the Court heard oral argument on the motion on July 24, 2008, after which the

Court took the matter under submission.  The Court is currently in the process of writing an

opinion in this matter and will issue the opinion as soon as it is completed.

-1-