UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

*Jackie Jenkins  v. Merck & Co., Inc.*
E.D.La. Docket No. 2:05-cv-04416

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of Betty Cantrell in the above captioned matter,

be and the same is hereby dismissed , without prejudice, each party bearing their respective costs

thereto.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE