UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| Donald Wagner, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3084-EEF-DEK | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| "And only regarding Donald James" | * | |

*******************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Schlichter, Bogard and Denton, LLP, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an Order allowing them to withdraw as counsel of record for plaintiff Donald James in the above-captioned multidistrict litigation. There has been a breakdown in attorney-client relationship, the details of which are within the confines of the attorney- client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last know mailing address, 1700 Lakeview Heights, Pittsfield, IL 62363.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/ counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: August 6, 2008        Respectfully submitted,

_____
Roger C. Denton, 30292
Schlichter, Bogard & Denton, LLP
100 S. Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115 / Fax: 314-621-7151
rdenton@uselaws.com
Counsel for Plaintiffs