# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Denton | First: Roger | Middle: C. |
| **Name of Law Firm** | Schlichter, Bogard & Denton | | |

| | | | | | |
|---|---|---|---|---|---|
| **Current Address** | Street: 100 South Fourth Street, Suite 900 | | | | |
| | City: St. Louis | State: MO | Zip: 63102 | Country: USA | |
| **Telephone Number** | (314) 621-6115 | **Facsimile** | (314) 621-7151 | **Email** | rdenton@uselaws.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: James | First: Donald | Middle: |

| | | | | | |
|---|---|---|---|---|---|
| **Plaintiff Address** | Street: 1700 Lakeview Heights | | | | |
| | City: Pittsfield | State: IL | Zip: 62363 | Country: USA | |
| **Telephone Number** | (217) 285-6356 | **Facsimile** | | **Email** | |
| **Case Caption** | Donald Wagner, et al. v. Merck & Co., Inc. | | | | |
| **Case Number** | 2:06-cv-3084-EEF-DEK (MDL) | | | | |
| **Court Where Case is Pending** | United States Court Southern District of Illinois (06-375-GPM) | | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Staff | First: Vera | Middle: |

| | | | | | |
|---|---|---|---|---|---|
| **Address** | Street: | | | | |
| | City: | State: | Zip: | Country: | |
| **Telephone Number** | (217) 285-6467 | **Facsimile** | | **Email** | |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Mother) | | | | |

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  8 / 6 / 08 .
   <sub>Month   Day   Year</sub>

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   8 / 6 / 08
(Month/Day/Year)

_____
Counsel

#344082

2