There are no Exhibits B - F