IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:   L |
| THIS DOCUMENT RELATES TO | § | JUDGE FALLON |
| This Document Relates to MDL Nos. 06-11333, 07-0395, 08-0162 | § | MAGISTRATE JUDGE KNOWLES |

**Order on Defendants' Motion To Show Cause Why
The Foreign Individual Cases Should Not Be Dismissed Under
The Doctrine of *Forum Non Convenien***

CAME ON THIS DAY to be heard the motion of Defendant, Motion To Show Cause Why The Foreign Individual Cases Should Not Be Dismissed Under The Doctrine of *Forum Non Conveniens*, in the above styled and numbered cause, and the Court, having considered the Motion, Plaintiffs' response, and the argument of the parties, is of the opinion that and it is, therefore

ORDERED, ADJUDGED, and DECREED that the Motion of Defendants to Dismiss Under The Doctrine of *Forum Non Conveniens, is* hereby in all things Denied.

SIGNED this _____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:   L |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| | § | JUDGE FALLON |
| This Document Relates to | § | |
| MDL Nos. 06-11333, 07-0395, 08-0162 | § | MAGISTRATE JUDGE KNOWLES |

**Order on Defendants' Motion To Show Cause Why
The Foreign Individual Cases Should Not Be Dismissed Under
The Doctrine of *Forum Non Convenien***

CAME ON THIS DAY to be heard the motion of Defendant Merck & Co., Inc., Motion To Show Cause Why The Foreign Individual Cases Should Not Be Dismissed Under The Doctrine of *Forum Non Conveniens*, and Motion to Dismiss for *Forum Non Conveniens* in the above styled and numbered causes, and the Court, having considered the Motions, Plaintiffs' response, and the argument of the parties, is of the opinion that and it is, therefore

ORDERED, ADJUDGED, and DECREED that the Motion of Defendants is hereby Granted in part and Denied in part. The claims of the Plaintiffs in the above-numbered actions are dismissed provided that:

(i) All Defendants submit to service of process and jurisdiction in the United Kingdom, and designate a solicitor to accept service with respect to lawsuits relating to Vioxx;

(ii) All Defendants shall agree to satisfy any final judgment rendered by a U.K. forum relating to such claims;

(iii) No Defendant will, in raising any statute of limitations or similar defense in such forum, include the period that a suit, not barred y a statute of limitations in this country, was pending against it in a court of the United States;

(iv)   The parties have a trial by jury in the foreign forum, and that Defendants will join the Plaintiffs in requesting a trial by jury in each action filed in the U.K.;

(v)    The parties may obtain evidence pursuant to the Federal Rules of Civil Procedure and be allowed to present testimony at trial oral. video, and written depositions (including depositions taken in prior cases to which any Defendant was a party);

(vi)   Defendants shall identify, produce and authenticate all documents a Defendant has previously produced, authenticated, listed or offered as an exhibit in a Vioxx case or trial in the U.S.;

(vii)  No Defendant will act to prevent the Plaintiffs from returning to this Court if the U.K. forums decline to accept jurisdiction , provided that an action is filed in those forums within 180 days of the order of dismissal becoming final.

SIGNED this _____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

2