UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Nathaniel Webster, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3594-EEF-DEK | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| "And only regarding Robert Cathcart" | * | |
| | * | |

*******************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Schlichter, Bogard and Denton, LLP, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an Order allowing them to withdraw as counsel of record for plaintiff Robert Cathcart in the above-captioned multidistrict litigation. There has been a breakdown in attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last know mailing address, 6011 Stratton Drive, Pine Bluff, AR 71601.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/ counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: August 6, 2008

Respectfully submitted,

/s/ Roger C. Denton
Roger C. Denton, 30292
Schlichter, Bogard & Denton, LLP
100 S. Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115 / Fax: 314-621-7151
rdenton@uselaws.com
Counsel for Plaintiffs

1

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre- Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this  6  day of August, 2008.

/s/ Roger C. Denton

Roger C. Denton
Schlichter, Bogard & Denton, LLP
100 S. Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115 / Fax: 314-621-7151
rdenton@uselaws.com
Counsel for Plaintiffs