UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Dorothy Aus, et al.*

*v.*

*Merck & Co., Inc.*


**Only with regard to:**

**Connie Blodgett;**

**Robert and Sheila Hubbard;**

**Mason and Deborah Stabler;**

**Alfredea and Edward Weikel-Melton**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-10167

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

Transferred from USDC, District of New Jersey

Case No. 06-cv-4644

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that

all claims of plaintiffs, Connie Blodgett, and Robert and Sheila Hubbard, and Mason and

Deborah Stabler, and Alfredea and Edward Weikel-Melton, against defendant Merck & Co., Inc.,

be dismissed in their entirety with prejudice, with each party to bear its own costs.

V1013
Barbara J Bell Stipulation of Dismissal (4).doc

_Sindhu S. Daniel_

Seeger Weiss LLP
Sindhu S. Daniel
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

_Dorothy H. Wimberly_

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: _August 4, 2008_     Dated: _8/6/08_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of August, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2