# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Denton | First<br>Roger | Middle<br>C. |
| **Name of Law Firm** | Schlichter, Bogard & Denton | | |

| **Current Address** | Street<br>100 South Fourth Street, Suite 900 | | | |
|---|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63102 | Country<br>USA |

| **Telephone Number** | (314) 621-6115 | **Facsimile** | (314) 621-7151 | **Email** | rdenton@uselaws.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>Tucker | First<br>Bill | Middle |

| **Plaintiff Address** | Street<br>11607 County Road 610 | | | |
|---|---|---|---|---|
| | City<br>Arbyrd | State<br>MO | Zip<br>63821-8123 | Country<br>USA |

| **Telephone Number** | (573) 738-9842 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Flossie Batt, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 2:05-cv-5139-EEF-DEK (MDL) |
| **Court Where Case is Pending** | United States Court Eastern District of Missouri (05cv1362) |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last<br>Kinchen | First<br>Inez | Middle |

| **Address** | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | (573) 737-2590 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: <u>None Given</u> ) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__ / __6__ / __08__ .
   Month   Day   Year

☒  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __8__ / __6__ / __08__ (Month/Day/Year) | _____ Counsel |
|---|---|---|