# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Denton | Roger | C. |

| | |
|---|---|
| **Name of Law Firm** | Schlichter, Bogard & Denton |

| | Street | | | |
|---|---|---|---|---|
| **Current Address** | 100 South Fourth Street, Suite 900 | | | |
| | City | State | Zip | Country |
| | St. Louis | MO | 63102 | USA |

| **Telephone Number** | (314) 621-6115 | **Facsimile** | (314) 621-6115 | **Email** | rdenton@uselaws.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Cooper | Vanita | |

| | Street | | | |
|---|---|---|---|---|
| **Plaintiff Address** | 104 E. Edwards Street #A | | | |
| | City | State | Zip | Country |
| | Calhoun | GA | 30701 | USA |

| **Telephone Number** | (706) 383-8510 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Flossie Batt, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 2:05-cv-5353-EEF-DEK (MDL) |
| **Court Where Case is Pending** | United States Court Eastern District of Missouri (05cv136) |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Cooper | Anges | |

| | Street | | | |
|---|---|---|---|---|
| **Address** | | | | |
| | City | State | Zip | Country |
| | | | | |

| **Telephone Number** | (573) 683-7024 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☒ Relative (specify relationship: Mother) |
|---|---|

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

| D. COMPLIANCE WITH PTO NO. 36 |
|---|
| ☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36, on  8 / 6 / 08 . <br>  Month   Day   Year |
| ☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: <br> 1. A copy of PTO No. 36; <br> 2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel); <br> 3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and <br> 4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |

| E. SIGNATURE |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 8 / 6 / 08 <br> (Month/Day/Year) | /s/ _____ <br> Counsel |

#344082

2