

EXHIBIT "D"



# Herman, Herman, Katz & Cotlar
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892   Facsimile: (504) 561-6024
http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

\* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gorel, LLP

June 5, 2008

Honorable Eldon E. Fallon
c/o United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

RE:   **MDL No. 1657 - Section L**
      ***In Re:* Vioxx Products Liability Litigation**

Dear Judge Fallon:

Yesterday we were informed by counsel for ESI that ESI takes the position that no additional request for pharmacy/medical records can be made to ESI. ESI contends that the request that was made on March 27, 2008 constitutes the entire request that the PSC can make of ESI. The PSC always understood that two phases/waves of production would occur and has asked ESI to respond to the second wave of production. ESI refuses.

Attached as Exhibit "A" is a series of e-mails that took place yesterday between undersigned and counsel for ESI. The e-mails are self-explanatory. Also attached is an e-mail, Exhibit "B", from undersigned to counsel for ESI transmitting the initial first phase/wave on March 27, 2008. You will note that this e-mail specifically referenced "...this first wave." The Court will recall that there were technical glitches in the data sent to ESI prior to March 27, 2008 and therefore, a cleanup or revised database was transmitted on March 27, 2008.

Finally, my recollection of the conference call that we had with ESI prior to a hearing involved a discussion regarding both this first wave and the second wave that had not yet occurred. I am not aware if there is a transcript, but I am sure the Court has a recollection of the call. The PSC always understood that there would be two waves/phases because of the delay in getting responses from various plaintiffs' counsel throughout the country and a desire to start the process with ESI so that pharmacy/medical records could begin to be assembled.

June 5, 2008
Page 2

I think it would be beneficial if the Court could convene a conference regarding this issue. Your attention is appreciated.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosures
cc: Jeanine Bermel, Esq.
    Douglas Marvin, Esq.
    Russ M. Herman, Esq.
    Arnold Levin, Esq.
    Michael Weinkowitz, Esq.
    Lynn Greer, Esq.
    Plaintiffs' Steering Committee
    Plaintiffs' Negotiating Committee

**Lenny Davis**

| | |
|---|---|
| **From:** | Bermel, Jeanine [Jeanine.Bermel@huschblackwell.com] |
| **Sent:** | Wednesday, June 04, 2008 4:15 PM |
| **To:** | Lenny Davis; Michael Weinkowitz |
| **Cc:** | Anne Marie Sweeney; Regina Valenti |
| **Subject:** | RE: vioxx/esi |

Len: You estimated a total of 300 claimants initially. On March 12, you estimated between 550 to 575 claimants. This number gradually increased, so that as of March 28, it had reached 598. I confirmed that no further names would be forthcoming. Your memo to plaintiffs' counsel indicates that all information had to be submitted by Feb. 22 in order to meet our agreed upon deadline. I asked the Court for deadlines to bring a closure to this matter. The Court's deadlines have past. At no time during our May conference call did you indicate that further requests would be forthcoming. If we need to address the issue with the Court, I'm happy to do so; I think the record speaks for itself.

In the interim, I am happy to speak to you about the claims data provided to date.

HUSCH
BLACKWELL
SANDERS

Jeanine R. Bermel
Partner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

---

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Wednesday, June 04, 2008 3:58 PM
**To:** Bermel, Jeanine; Michael Weinkowitz
**Cc:** Anne Marie Sweeney; Regina Valenti
**Subject:** RE: vioxx/esi

The two databases were submitted for the first wave. You found errors that we corrected that were due to technical electronic computer glitches. The database was only one wave/phase. Your March email related to only that first phase. If you want we can address this issue with Judge Fallon. Should you like to speak I can be available but will not be in on Friday. We can speak tomorrow or Monday.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Bermel, Jeanine [mailto:Jeanine.Bermel@huschblackwell.com]
**Sent:** Wednesday, June 04, 2008 3:17 PM
**To:** Lenny Davis; Michael Weinkowitz
**Cc:** Anne Marie Sweeney; Regina Valenti
**Subject:** RE: vioxx/esi

I did, Len, and as you will recall, you submitted two databases with names. The second contained additional claimants that were not listed in the first. On March 28, 2008 at 2:43 pm, I confirmed with you by email that no further names would be forthcoming.

When we spoke with the Court on May 14, I expressed concern that this project seemed to have no end. I asked the Court to impose deadlines to bring closure to these requests. The Court set a deadline of May 24 for all claimants whose names were previously submitted to provide additional information to locate PBM prescription drug claims data. If you contemplated submitting additional names at that time, you should have raised the issue.

I am happy to address any issues you may have for the information submitted thus far. I can be available to speak with you on Friday at 11:30 am or in the afternoon around 2:00.

EXHIBIT A

6/5/2008

**HUSCH BLACKWELL SANDERS**

**Jeanine R. Bermel**
Partner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

---

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Wednesday, June 04, 2008 3:02 PM
**To:** Bermel, Jeanine; Michael Weinkowitz
**Cc:** Anne Marie Sweeney; Regina Valenti
**Subject:** RE: vioxx/esi

Please see my email of feb 20 at 1:40pm , specifically #1 below. It specifically calls for a second set of data and 2 phases. Please take another look at the emails

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Bermel, Jeanine [mailto:Jeanine.Bermel@huschblackwell.com]
**Sent:** Wednesday, June 04, 2008 2:56 PM
**To:** Lenny Davis; Michael Weinkowitz
**Cc:** Anne Marie Sweeney; Regina Valenti
**Subject:** RE: vioxx/esi

I respectfully disagree, Len. There is nothing in our exchange to indicate a "second wave," nor did you bring this up with the Court. My answer has not changed. We will not extend our agreement.

**HUSCH BLACKWELL SANDERS**

**Jeanine R. Bermel**
Partner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

---

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Wednesday, June 04, 2008 2:46 PM
**To:** Michael Weinkowitz
**Cc:** Bermel, Jeanine; Anne Marie Sweeney; Regina Valenti
**Subject:** FW: vioxx/esi

Here is the agreement (see emails below). There was always a second wave anticipated. The delay was only a result of the disagreement with esi and the resulting conferences which included several issues. It made no sense for us to send the second wave until we knew what the agreement was and only after Judge Fallon intervened could we advise plaintiffs counsel. Once that was resolved (and it now has been) we should have no problem getting this second wave. After that folks who did not submit data to us are on their own in getting esi data at the rate we agreed upon with esi. I am copying jeanine so there should be no issue. If there is I will need to know so we can get it addressed immediately. Thanks to all for helping to get this finished and the esi data produced.

6/5/2008

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Bermel, Jeanine [mailto:jeanine.bermel@Husch.com]
**Sent:** Wednesday, February 20, 2008 2:36 PM
**To:** Lenny Davis
**Subject:** RE: vioxx/esi

Len: I need to add one thing. I'm not certain this is going into an order for the public record. If it is, I need to make certain that there is nothing that refers to the $30,000 as "reasonable". The fact is that ESI's usual fee of $1,500 is based on an average of 10 hours to respond to individual requests for data, and that ESI believes that fee to be reasonable. We do not want an order that says anything to the contrary.

If you draft a proposed order, I would like to see it before it's filed.

I have another matter that I need to attend to this afternoon that has been on the back burner. I may not send a protective order for your review until tomorrow.

Thanks.

---

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Wednesday, February 20, 2008 1:57 PM
**To:** Bermel, Jeanine
**Cc:** Michael Weinkowitz; Russ Herman
**Subject:** RE: vioxx/esi

In addition to the prior email:

1) Brown Greer, the Claims Administrator, will be requested to forward to ESI a copy of the authorization that has been supplied by the particular claimant making a request for ESI records.
2) You will provide the Protective Order for our review prior to submitting it to the Court. The Court is anxious to get this done I am sure now that an agreement has been reached.
3) You have requested that the PSC appoint a contact person for you to deal with. We will let you know who this contact person will be and provide contact information.
4) You have requested and we have agreed to advise you during the first week of March if there will be more than 500 claimants requesting ESI records.
5) You requested six to eight weeks for the initial turn around referenced in item No. 1 of my prior e-mail after the data is sent to ESI.
6) You have requested that we communicate with Merck to see if a global certification for productions will be acceptable as opposed to an individual certification for each particular claimant. The global certification will accompany the CD or pharmacy records that are produced at that particular time.

I am glad we were able to resolve this without the necessity of additional pleadings being filed and I am sure Judge Fallon will appreciate that the hearing does not have to go forward. I will be notifying him. Thank you for your cooperation.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

6/5/2008

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Lenny Davis
**Sent:** Wednesday, February 20, 2008 1:40 PM
**To:** jeanine.bermel@Husch.com
**Cc:** 'Michael Weinkowitz'
**Subject:** vioxx/esi

Jeanine just want to confirm what we discussed. This will resolve the issues.

1) the spreadsheet you saw that was sent out by the claims administrator will be populated and sent to you so esi can gather and retrieve the records. We will get you a first set of data by 3/15/08. esi will reply within 6 weeks with the production of pharmacy records that are located in the esi system. We will follow that up with a second set of data and a response. I am hopeful that we will only have 2 phases but it may be that there will be some stragglers.

2) we will guarantee that there will be at least 300 requests. This means a minimum payment to esi of $ 30,000. the cost is based on a $75/clasimant request and will cover the search, production and certification that will be provided by esi. There may be additional over the 300 guaranteed requests.

3) additional time will by esi will be charged at $150/hr. esi will attempt to minimize the time spent on matters but at the same time will attempt to assist claimants in locating and producing records requested. If after diligent search esi cannot locate records such will be communicated so the claimant will be made aware.

4) Exhibit 1.3.1 to the Master Settlement Agreement (MSA)(attached to mikes email to you) states:

| |
|---|
| 2. The following applies to any PME Record not covered by paragraph one herein where the initial request for said records to the custodian of the record was made *on or after* November 9, 2007: |
| Each PME Record submitted by an Enrolled Program Claimant shall be produced with a dated and signed certification from the custodian of the records that swears to the following: |
| a. That he or she is the duly authorized custodian of the records of the facility producing the records and has the authority to certify said records. |
| b. That the annexed records are true and correct copies of the complete file for the Enrolled Program Claimant as kept in the ordinary course of business. |

ESI has agreed to provide each Plaintiff for whom records are produced with a separate Certification consistent with the above.

5) we will advise judge fallon that the matter has been resolved and the motion is moot.

6) you will send the proposed order you requested and we previously discussed so we can get it to the court asap.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

Circular 230 Disclosure: In compliance with requirements imposed by the IRS pursuant to IRS Circular 230, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

6/5/2008

This e-mail message from the law firm of Husch & Eppenberger, LLC is
intended only for named recipients. It contains information that may
be confidential, privileged, attorney work product, or otherwise exempt
from disclosure under applicable law. If you have received this
message in error, are not a named recipient, or are not the employee
or agent responsible for delivering this message to a named recipient,
be advised that any review, disclosure, use, dissemination,
distribution, or reproduction of this message or its contents is
strictly prohibited.

Please notify us immediately at 314.480.1500 or at helpdesk@husch.com
that you have received this message in error, and delete the message.
Thank you.

HUSCH & EPPENBERGER, LLC

Visit us on the web at http://www.husch.com

*********************************** Begin Notice from Husch Blackwell Sanders LLP ***********************************
Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including
all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
*********************************** End Notice from Husch Blackwell Sanders LLP ***********************************

*********************************** Begin Notice from Husch Blackwell Sanders LLP ***********************************
Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including
all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
*********************************** End Notice from Husch Blackwell Sanders LLP ***********************************

*********************************** Begin Notice from Husch Blackwell Sanders LLP ***********************************
Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including
all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
*********************************** End Notice from Husch Blackwell Sanders LLP ***********************************

## Lenny Davis

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Thursday, March 27, 2008 5:00 PM |
| **To:** | 'Bermel, Jeanine' |
| **Cc:** | Russ Herman; Marvin, Douglas; Regina Valenti; 'Michael Weinkowitz'; Lillian Flemming |
| **Subject:** | ESI Database |
| **Attachments:** | ESI Database.zip |

Please see the revised info we said we would get to you. We have attempted to clean up the issues you raised for this first wave. We apologize for the delay. We hope the technical glitches in the database have been fixed. We believe all duplicates and missing / incomplete info has been fixed except for one:

> There is still one duplicate on the list – this is the response we rec'd from the attorney:
>
> "Mr. Schiff is listed twice only because he gave us two different ESI numbers, plus an "other number," and we did not have anywhere else to list the second ESI number on the spreadsheet. All three numbers are related to the same individual."

If there are any questions or issues please let us know. thanks


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Regina Valenti
**Sent:** Thursday, March 27, 2008 4:43 PM
**To:** Lenny Davis
**Cc:** 'Anne Marie Sweeney'; Michael Weinkowitz
**Subject:** ESI Database



EXHIBIT B

All duplicates and missing / incomplete info has been fixed except for two clients:

1)   Linda Cooper - missing DOB and SS# - we never rec'd a response from the firm representing

6/5/2008

her to provide the information – she has been removed from the list.

2)      There is still one duplicate on the list – this is the response we rec'd from the attorney:

> "Mr. Schiff is listed twice only because he gave us two different ESI numbers, plus an "other number," and we did not have anywhere else to list the second ESI number on the spreadsheet. All three numbers are related to the same individual."

*Regina L. Valenti*
Paralegal To Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue, New Orleans, LA 70113
Direct Line: (504) 680-0555 / Phone: (504) 581-4892 / Fax: (504) 561-6024

<<http://www.hhkc.com/>>
This Firm and its Partners are also Partners in Herman, Gerel, LLP
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

6/5/2008