# EXHIBIT "E"

HUSCH
BLACKWELL
SANDERS
LLP

Thomas M. Dee
DIRECT 314.480.1909 · FAX 314.480.1505 · tom.dee@huschblackwell.com
190 CARONDELET PLAZA, SUITE 600, ST. LOUIS, MO 63105
www.huschblackwell.com

July 14, 2008

*Via Electronic &*
*First Class Mail*

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113
ldavis@hhkc.com

Re: In re VIOXX® Products Liability Litig., MDL No. 1657

Dear Len:

I am writing in response to your letter of June 30, 2008 and the accompanying subpoena directed to Express Scripts, Inc. (ESI) in the above matter and attachments to that letter and subpoena ("the Subpoena"). As indicated in our formal response served herewith, we need to clarify and confirm a few matters prior to undertaking production of claims data for the newly identified claimants listed in your Subpoena.

Preliminarily, as you may recall, you initially represented that the PSC was seeking claims data for approximately 100,000 claimants. You reduced that estimate significantly in February, 2008 to 300 claimants. Ultimately, you forwarded a list of 598 claimants in March, 2008. We were subsequently led to believe that the list submitted in March, 2008 represented the sum total of the claimants for whom the PSC requested data on the following basis: 1) we wrote to you in March, 2008 to confirm that, in light of the fact that the number of claimants far exceeded your estimate of 300, no further requests would be forthcoming; 2) the PSC instructed all Plaintiffs' counsel to submit the requested information by the end of February in order to provide the information timely to ESI; 3) the PSC requested to receive the information from ESI in June, 2008, assuming the PSC timely provided the requisite information and authorizations to release; and, 4) the PSC did not apprise ESI at any time prior to or during the status conference with the Court on May 14, 2008 that any further requests would be forthcoming, even though the Court clearly imposed a May 24, 2008 deadline for the PSC to submit further information to ESI to obtain claims data.

As you may also recall, once you reduced your original estimate of 100,000 claimants to 300, ESI determined it was faster and more cost effective to search for these claimants manually, as opposed to writing complicated and expensive programming to

search all of the various databases back to 1999. Because the PSC apparently failed to provide an accurate and complete list in March, 2008, containing all 800-plus claimants, the new claims will likewise need to be manually searched. Had the PSC alerted ESI that there were in excess of 800 claimants back in March, programming would have been written to assist in performing the searches. *As such, it is imperative that the PSC confirm that the Subpoena contains a complete and final list of all claimants and that the PSC will make no further request for claims data.*

Additionally, in responding to the original subpoena, it became apparent that the PSC failed to provide sufficient data on many individual claimants to locate responsive data. Many of the first and last names on the list provided were incorrect, mispelled or transposed and many of the member numbers and dates of birth were inaccurate. Further, because the various plans provided different types of information on their members (e.g. some plans used social security numbers as Member IDs while other plans did not), it was often impossible to identify the correct person and associated data with only a claimant's name, social security number and date of birth. To complicate matters further, because the PSC originally sought PBM prescription drug claims data dating back nearly 10 years, some claimants had multiple Member ID numbers, as the plans sometimes used multiple iterations of Member ID numbers over the years. Moreover, much of the data for former members is stored in older databases or in different fields depending on the platform in which the data was originally created.

ESI spent significant time searching the EDW, ODS and NPA data sets for the 598 people identified in the 3/28/2008 PSC database, as a result of which ESI produced data for 340 claimants. For many of those claimants for whom data was eventually found, multiple search queries were required and the data was only located as additional information – such as alternate Member ID numbers, plan sponsor names, claimant addresses during the relevant period (1/1/1999 through 12/31/2004), and copies of documentation actually showing prescriptions filled or adjudicated for various persons by ESI – was eventually received.

Sufficient medical authorizations (and requisite related documentation) have yet to be received for many of the 598 claimants in the 3/28/2008 PSC database. At this point, we are still awaiting such authorizations from 22 claimants for whom data was found before we can release that data. In addition, although in some cases the claimant could not be identified or no data was found during the relevant period, ESI spent time conducting searches on an additional 52 people who never provided sufficient authorizations.

Accordingly, it is simply not possible for ESI to locate, extract and produce data on an additional 220 people from multiple data sets within the two week period stated in

your Subpoena - particularly in the absence of crucial information relating to many of the claimants.[1] While it is ESI's intent to undertake and complete its response to the June 30, 2008 subpoena as soon as possible, for all parties' benefit, we must insist that before any work is undertaken to locate and extract responsive data, the PSC provide for each of the 220 new claimants the following information:

1. The patient's full name, including first name, middle initial or name, last name, and any generation identifier, together with that person's correct date of birth, social security number, address(es) during the relevant period (1/1/1999 through 12/31/2004), and all known Member ID numbers.

2. If the patient is not the subscriber (i.e. if the patient is the spouse or other beneficiary of the subscriber), the subscriber's full name, including first name, middle initial or name, last name, and any generation identifier, together with that person's correct date of birth, social security number, address(es) during the relevant period (1/1/1999 through 12/31/2004), and all known Member ID numbers.

3. Copies of all documents showing all ESI Account numbers, ESI Invoice numbers, Member Group name and/or copies of ESI account statements, invoices or Vioxx fills for the new claimants so that should more detailed, specific information be needed by ESI to complete its search, the information will be readily available at the time the search is being conducted.

4. The appropriate medical authorization signed by the patient, and if the authorization is signed on behalf of the patient by another person, adequate documentation to support the signatory's authority to sign the authorization.

As soon as the information and items identified in paragraphs 1-4 above are received, ESI will begin searching for responsive claims data.

ESI will produce data in response to the Subpoena in the same electronic format as its prior productions of data from those data sets in response to the original subpoena,

[1] There are 215 names of claimants on the list attached to the June 30, 2008 subpoena who were not already identified in the 3/28/2008 PSC database, and an additional 5 names of claimants identified to us in direct inquiries from plaintiffs' counsel about ESI's responses to the prior subpoena issued by the PSC. Rather than insist the PSC issue yet another subpoena to address those 5 claimants, ESI will agree to append the additional claimants to the list attached to the June 30, 2008 subpoena as served, and will respond with respect to all 220 newly identified claimants, provided we reach agreement on the methodology to be undertaken to respond. The 220 newly identified claimants are identified on Exhibit A attached to this letter. ESI objects to any attempt to require ESI to re-create the work already done with respect to the 598 claimants identified in the 3/28/2008 PSC database.





depending on the availability of the data fields. All productions are subject to prior receipt of sufficient authorization before the search is conducted, and will be provided with a Certification in substantially the form of the Certifications provided by ESI in its prior productions in this matter.

I note that the Subpoena seeks claims data for each listed claimant from January 1, 1999 to the present. I assume this was merely a typographical error and that you are actually only interested in claims data through December 31, 2004, as previously represented by the PSC. If our understanding is incorrect, please advise immediately.

Finally, ESI is undertaking this costly and time intensive task with the expectation that ESI will be reimbursed for its costs incurred in responding to the Subpoena. If necessary, ESI will submit its costs to the Court at the conclusion of this matter.

Please confirm agreement by the PSC to proceed in this manner.

Very truly yours,

Thomas M. Dee

Enclosure
cc: Michael W. Weinkowitz, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) ) CASE NO. MDL 1657, EDLA ) )

**EXPRESS SCRIPTS, INC.'S RESPONSE TO PLAINTIFFS' THIRD-PARTY SUBPOENA**

Express Scripts, Inc. ("ESI"), pursuant to Fed. R. Civ. P. 45, provides the following responses and objections to the Subpoena Duces Tecum served by the Plaintiffs' Steering Committee on June 30, 2008:

1. ESI objects to the Subpoena on the grounds that the term "medical records" is vague, ambiguous and over broad. ESI is a provider of prescription benefit management services. It is not a health care provider. Accordingly, it does not create records relating to diagnosis or treatment of an individual's physical or mental health.

2. Under Rule 45, Plaintiffs are obliged "to avoid imposing undue burden or expense on a person subject to the subpoena." ESI may receive limited letters or other materials from an individual's treating physician or other health care provider for limited use and particular use, but those same materials are available from a more convenient source — the treating physician or the pertinent health care provider. Pursuant to Rule 45, Plaintiffs are obliged to seek those documents directly from the originating health care provider, rather than burden ESI to search for and identify documents that, if they exist, do not represent the same or complete file maintained by the individual's physician or health care provider.

3. In addition, to the extent ESI maintains copies of letters or other materials provided by an individual's physician or other health care provider, such documents generally

are not retrievable by the individual's name, and accordingly, are not readily accessible based on the limited information provided by the PSC relating to the claimants for whom the PSC seeks information.

4. ESI advised the PSC of the above in January, 2008, to which the PSC responded that it was not seeking the limited documents that ESI was likely to have in its possession, custody and control. Accordingly, ESI further objects to the request to the extent that it exceeds the scope of ESI's prior agreement regarding the type of documents and/or information requested, as defined in a series of letters to Leonard Davis, the representative on behalf of the PSC.

5. ESI also objects to the Subpoena on the grounds that the term "pharmacy records" is vague, ambiguous and over broad. The entity known as ESI is a provider of prescription benefit management services. It is not a pharmacy, and accordingly, does not maintain copies of prescriptions written by physicians and other health care providers. As a PBM, ESI electronically adjudicates prescription drug claims; it communicates electronically with retail pharmacies regarding a member's eligibility for prescription drug benefits, the structure of those benefits, and other information to process a prescription drug claim. The point of sale – the retail pharmacy – retains a copy of the actual prescription as written by the physician or other health care provider. Accordingly, under Rule 45, the PSC is obliged to seek the original pharmacy record from the pharmacy itself, rather than burden ESI with a request for a record that it does not maintain.

6. Express Scripts Mail Pharmacy Services, Inc., a subsidiary of ESI, maintains copies of prescriptions that are filled through its mail facilities. The time frame for which those prescriptions are available vary by state. The PSC has failed to provide the necessary

information for the claimants listed in the attachment to the PSC's Subpoena to locate the prescriptions in question.

7. ESI further objects on the grounds that it previously reached an agreement with the PSC regarding the type of information to be provided by the PSC in order to identify the information sought, and the deadline for which the PSC would provide such information. The deadline for providing this information has long passed under ESI's agreement with the PSC.

8. Moreover, the Subpoena issued by the PSC fails to identify which of the claimants for whom the PSC seeks information/data received prescription drug benefits through a prescription drug plan that received PBM services through ESI, or otherwise received prescription drugs dispensed by an Express Scripts Mail Pharmacy Services mail pharmacy facility and the location of that facility. For example, at least one of the claimants listed in the attachment to the Subpoena was previously identified by the PSC as having received prescription drugs dispensed by a pharmacy that had no affiliation to ESI or Express Scripts Mail Pharmacy Services.

9. Moreover, ESI objects on the grounds that the Subpoena seeks information from January 1, 1999 to the present, which is outside ESI's and the PSC's agreement relating to the pertinent time frame for which PBM prescription drug claims data would be produced.

10. ESI also objects to the Subpoena on the grounds that it seeks confidential health information of claimants absent the requisite authorizations (and associated documentation), which is to be provided for each individual claimant as recognized by the Court in Pretrial Order No. 35 and the status conference of February 19, 2008.

11. ESI further objects on the grounds that the Subpoena is unduly burdensome in that it seeks information/data relating to 598 claimants who are the subject of the PSC's prior

request, and the agreement between ESI and the PSC relating to the production of PBM prescription drug claims data, as outlined in a series of correspondence.[1]

12. ESI also objects on the grounds that the Subpoena fails to allow a reasonable time for ESI to comply with the Subpoena, particularly in the absence of accurate claimant-identifying information and sufficient authorizations to release the data (and related documentation).

13. To the extent that the Subpoena seeks documents/data generated, created or maintained on a computer system that is no longer in use, such information is no longer readily accessible. Accordingly, ESI objects to the production of such data as unreasonably burdensome

14. The PSC agreed originally to compensate ESI for the production of PBM prescription drug claims data from ESI's "centralized database" at the rate of $75.00 per claimant, to be paid at the outset, and $150 per hour if additional searching was required to locate such data beyond the "centralized database." The agreement between the PSC and ESI is fully documented in a series of correspondence. ESI objects to the Subpoena to the extent that the PSC, in contravention of its prior agreement, has failed to tender the payment promised with the PSC's request to locate data for more than an additional 200 claimants.

15. ESI objects on the grounds that the Subpoena is vague and ambiguous in that it fails to specify the form in which electronically stored information is to be produced.

Subject to, and without waiving the aforementioned objections, ESI is willing to reach an agreement with the PSC concerning production of PBM prescription drug claims data, to the extent such data is readily accessible, in accordance with the terms of the letter forwarded to

[1] There are 215 names of claimants on the list attached to the June 30, 2008 Subpoena who were not previously identified in the 3/28/2008 PSC database, and an additional 5 names of claimants identified to Husch Blackwell in direct inquiries from plaintiffs' counsel about ESI's responses to the prior subpoena issued by the PSC. Rather than insist the PSC issue yet another subpoena to address those 5 claimants, ESI will agree to append the names of these five claimants only to the list attached to the June 30, 2008 Subpoena as served.

Leonard Davis this date or such other mutually agreeable terms, including a sufficient time frame to locate and produce such data.

HUSCH BLACKWELL SANDERS, LLC

By: [signature]
Thomas M. Dee
190 Carondelet Plaza, Suite 600
Clayton, MO 63105-3441
(314) 480-1500 telephone
(314) 480-1505 facsimile

*Attorneys for Defendant Express Scripts, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 14th day of July, 2008, by electronic mail and by first class mail, postage prepaid, addressed to:

Leonard A. Davis, Esq.
LDAVIS@hhkc.com
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael W. Weinkowitz, Esq.
MWeinkowitz@lfsblaw.com
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Douglas R. Marvin, Esq.
dmarvin@wc.com
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | | VIRGINIA | | ACEVEDO | | | | |
| 2 | | ALZENA | | ADAMS | | | | |
| 3 | | SHEIKH | | ALAM | | | ESI Member ID | |
| 4 | | MARTIN | | ALLEN | | | | |
| 5 | | CARLTON | | ARTHUR | | | ESI Member ID | |
| 6 | | HELEN | | ASK | | | ESI Member ID | |
| 7 | | HELEN | | ATKINSON | | | | |
| 8 | | LESLIE | | BAER | | | ESI Member ID | |
| 9 | | ELLEN | | BAILEY | | | ESI Member ID | |
| 10 | | LOUIS | | BALSAMO | | | | |
| 11 | | MICHAEL | | BANDY | | | ESI Member ID | |
| 12 | | EDUVIGIS | | BARISTA | | | ESI Member ID | |
| 13 | | KATHRYN | | BARNES | | | Other Member ID #RX | |
| 14 | | EDWIN | | BAYLESS | | | | |
| 15 | | DON | | BEENE | | | ESI Member ID | |
| 16 | | JOHN | | BENTZ | | | ESI Member ID | |
| 17 | | WILLIAM | | BESTAFKA | | | ESI Member ID | |
| 18 | | MARY | | BLANCHARD | | | ESI Member ID | |
| 19 | | GEORGE | | BOOKAL | | | ESI Member ID | |
| 20 | | SUSAN | | BOURNE | | | ESI Member ID | |
| 21 | | GARY | | BOWLING | | | | |
| 22 | | BONNIE | | BRANNAM | | | | |
| 23 | | FREDERICK | | BROOKS | | | ESI Member ID | |
| 24 | | JOHN | | BROSNAN | | | | |
| 25 | | LINDA | | BUCKMAN | | | ESI Member ID | |
| 26 | | SUZANNE | | BURACH | | | ESI Member ID | |
| 27 | | ALBERTO | | CABALLERO | | | | |
| 28 | | MAY RUTH | | CAPPS | | | | |
| 29 | | EVELYN | | CARLOS | | | ESI Member ID | |
| 30 | | RICKY | | CARPENTER | | | ESI Member ID | |
| 31 | | JOHN | | CHEEK | | | ESI Member ID | |
| 32 | | ROSE | | CHIRDO | | | | |
| 33 | | BETTY | | CLEVENGER | | | | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 34 | | JAMES | | COATS | | | ESI Member ID | |
| 35 | | EDWIN, JR. | | COLON | | | | |
| 36 | | ELEANOR | | CORALLO | | | ESI Member ID | |
| 37 | | DOROTHY | | COVINGTON | | | ESI Member ID | |
| 38 | | JANET | | CURTIS | | | | |
| 39 | | JAMES | | DALOSIS | | | | |
| 40 | | CHRISTINE | | DARDEN | | | ESI Member ID | |
| 41 | | SHIRLEY | | DAVIS | | | | |
| 42 | | ALBERT | | DEFRESCO | | | | |
| 43 | | JOHN | | DEMELFY | | | | |
| 44 | | EILEEN | | DESPORT | | | | |
| 45 | | MARY | | DESTEFANO | | | | |
| 46 | | PATRICK | | DEWEY | | | ESI Member ID | |
| 47 | | MELISSA | | DIGGS | | | ESI Member ID | |
| 48 | | LILIAN | | DION | | | | |
| 49 | | CARL | | DIXON | | | | |
| 50 | | WAYNE | | DUERR | | | | |
| 51 | | RUTH | | DUFFIELD | | | ESI Member ID | |
| 52 | | ROBERT | | DUNN | | | | |
| 53 | | DONNIE | | EDMISTON | | | ESI Member ID | |
| 54 | | EVELYN | | EDWARDS | | | | |
| 55 | | BETTY | | EGGERS | | | ESI Member ID Other Member ID | |
| 56 | | SALLY | | EZELL | | | ESI Member ID | |
| 57 | | PAUL | | FENCHAK | | | ESI Member ID | |
| 58 | | CHRISTINE | | FINLEY | | | ESI Member ID Other Member ID | |
| 59 | | MICHAEL | | FISCHETTI ** | | M | | |
| 60 | | DARLA | | FISHER | | | ESI Member ID | |
| 61 | | JOHNNY | | FISHER | | | | |
| 62 | | JOANN | | FLOWERS-WYLIE | | | | |
| 63 | | JOHN | | FONDREN | | | | |
| 64 | | JAMES | | FORDYCE | | | ESI Member ID | |
| 65 | | ROSS | | FORTIER | | | | |
| 66 | | THOMAS | | FOSORILE | | | | |
| 67 | | GLEN | | FOSTER | | | ESI Member ID | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 68 | | CAROL | | FRANKLIN | | | ESI Member ID Other Member ID | |
| 69 | | ALICE | | FREESE | | | ESI Member ID ; Other Member ID | |
| 70 | | LARRY | | FRINGER | | | ESI Member ID Other Member ID | |
| 71 | | MAUREEN | | FULLER | | | ESI Member ID | |
| 72 | | DOROTHY | | FULTON | | | | |
| 73 | | HOMER | | GAITHER | | | ESI Member ID ; Other Member ID | |
| 74 | | SHARON | | GALLAGHER | | | | |
| 75 | | KATHY | | GANLEY | | | | |
| 76 | | LIONEL | | GARCIA | | | Other Member ID | |
| 77 | | BARRY | | GEARY | | | | |
| 78 | | MARCELLE | | GERMAIN-LOUIS | | | | |
| 79 | | DAVID | | GOAD | | | ESI Member ID | |
| 80 | | BERNIE | | GREENE | | | ESI Member ID | |
| 81 | | [illegible]ARRY | | GRIESBACK | | | ESI Member ID | |
| 82 | | JAMES | | GRIFFY | | | ESI Member ID | |
| 83 | | ETHEL | | HABER | | | | |
| 84 | | JANET | | HAMILTON | | | ESI Member ID Other Member ID | |
| 85 | | DORTHA | | HARRIS | | | | |
| 86 | | TAMMY | | HARVEY | | | ESI Member ID | |
| 87 | | SEAN | | HAYES | | | ESI Member ID | |
| 88 | | WINONA | | HISLE | | | ESI Member ID | |
| 89 | | PHILLIPE | | HUNTER | | | ESI Member ID | |
| 90 | | RICHARD | | HYAMS | | | | |
| 91 | | HANELINE | | JAMES | | | | |
| 92 | | RITA | | JAMES | | | | |
| 93 | | HOMER | | JEAN | | | ESI Member ID | |
| 94 | | HAROLD | | JOHNSON | | | ESI Member ID | |

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 95 | | JEROME | | JOHNSON | | | ESI Member ID | |
| 96 | | WILLIAM | | JOHNSON | | | | |
| 97 | | WILLIAM | | JOHNSON | | | ESI Member ID | |
| 98 | | PETER | | JOHNSTON | | | ESI Member ID | |
| 99 | | MARION | | KEITH | | | | |
| 100 | | WILLIAM | | KELLEY | | | ESI Member ID Other Member ID | |
| 101 | | LEGINA | | KENNEDY | | | ESI Member ID | |
| 102 | | CYNTHIA | | KERN | | | ESI Member ID | |
| 103 | | JON | | KING | | | | |
| 104 | | LEAUDENIA | | KING | | | ESI Member ID | |
| 105 | | MARY | | KING | | | | |
| 106 | | PHYLLIS | | KINGERY-MARTIN | | | ESI Member ID Other Member ID | |
| 107 | | JERRY | | KINSLOW | | | ESI Member ID Other Member ID | |
| 108 | | GEORGE | | KIRBY | | | ESI Member ID | |
| 109 | | EDDIE | | KIRK | | | | |
| 110 | | ROSE | | KIRSCHNER | | | ESI Member ID | |
| 111 | | MIKE | | KRISE | | | ESI Member ID | |
| 112 | | MARION | | LABAD | | | | |
| 113 | | PETER | | LACY | | | ESI Member ID | |
| 114 | | CAROL | | LAES | | | ESI Member ID | |
| 115 | | WANDA | | LAMARCA | | | ESI Member ID Other Member ID | |
| 116 | | JUNE | | LANDIS | | | ESI Member ID Other Member ID | |
| 117 | | JOSEPH | | LEMKE | | | | |
| 118 | | JIM | | LIBBY | | | ESI Member ID | |
| 119 | | JANICE | | LITTLEFIELD | | | ESI Member ID Other Member ID | |
| 120 | | JOAN | | LOFT | | | ESI Member ID | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 121 | | LINDA | | LOSH | | | ESI Member ID | |
| 122 | | PAUL | | MANGEOT | | | ESI Member ID ; Other Member ID #Group | |
| 123 | | FANNIE | | MANIS | | | | |
| 124 | | ANE | | MARINER | | | | |
| 125 | | ALLEN | | MARTIN | | | ESI Member ID | |
| 126 | | AULINE | | MASSARI | | | | |
| 127 | | THERESA | | MATTHEWS | | | | |
| 128 | | VICTOR | | MCCOY | | | | |
| 129 | | OHN | | MCCURRY | | | ESI Member ID | |
| 130 | | LYNN | | MCGRATH | | | ESI Member ID | |
| 131 | | JULIETTE | | MEEHAN | | | | |
| 132 | | ROGER | | MERRILL | | | ESI Member ID | |
| 133 | | RUTH | | MILLER | | | | |
| 134 | | PHILICIA | | MINOR | | | ESI Member ID | |
| 135 | | JESSIE | | MOSLEY | | | | |
| 136 | | PETER | | MURPHY | | | | |
| 137 | | JACOB | | NAHIRNY | | | | |
| 138 | | JANICE | | NELSON | | | ESI Member ID Other Member ID | |
| 139 | | GILMER | | NORMAN | | | ESI Member ID Other Member ID | |
| 140 | | LANA | | NORRIS | | | | |
| 141 | | BEVERLY | | NOSIGLIA | | | ESI Member ID | |
| 142 | | EDNA | | NUNEMAKER | | | | |
| 143 | | BARBARA | | OERUM | | | ESI Member ID | |
| 144 | | KAUFMAN | | OPAL | | | Other Member ID | |
| 145 | | [illegible] | | [illegible] | | | [illegible] | |
| 146 | | LARRY | | OWENS | | | ESI Member ID | |
| 147 | | ANN | | PALADINO | | | | |
| 148 | | PEGGY | | PARRISH | | | ESI Member ID | |
| 149 | | PETER | | PASCARELLI | | | ESI Member ID | |
| 150 | | BETHEL | | PATTON | | | ESI Member ID ; Other Member ID | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 151 | | SUSAN | | PATTON | | | ESI Member ID | |
| 152 | | ELLA | | PAULK | | | ESI Member ID | |
| 153 | | LADONNA | | PENLAND | | | ESI Member ID | |
| | * Please provide the correct DOB. Inaccurate information will impede the ability to locate pertinent data. | | | | | | | |
| 154 | | EDWARD | | PENUEL | | | ESI Member ID | |
| 155 | | CLEO | | PLEMONS | | | | |
| 156 | | NICHOLAS | | PONTILLO | | | ESI Member ID | |
| 157 | | James | | Pudelko | | | ESI Member ID | |
| 158 | | EDUARDO | | QUEZADO | | | ESI Member ID | |
| 159 | | JAMES | | RAMIREZ | | | | |
| 160 | | EUGENE | | RANDIS | | | | |
| 161 | | JOSEPH | | RASOR | | | | |
| 162 | | BETTER | | REAVIS-MONTGOMERY | | | | |
| 163 | | ROBERT | | REVERA | | | | |
| 164 | | LATANZA | | REVIS | | | | |
| 165 | | PROXMIRE | | REX | | | ESI Member ID | |
| 166 | | HENRY | | RICE | | | | |
| 167 | | PAUL | | ROBERTS | | | | |
| 168 | | PAULINE | | ROBERTS | | | | |
| 169 | | JEANNIE (JAMIE) | | ROBINSON | | | ESI Member ID | |
| 170 | | RITA | | ROBINSON | | | | |
| 171 | | JOSEPH | | ROCCO | | | | |
| 172 | | JOHN | | ROGERS | | | ESI Member ID | |
| 173 | | HAROLD | | ROTH | | | ESI Member ID | |
| 174 | | MARY | | ROY | | | ESI Member ID | |
| 175 | | CLAIRE | | SAMUELS | | | | |
| 176 | | IRENE | | SARNO ** | | | | |
| 177 | | TOVA | | SCHEINER | | | | |
| 178 | | JOANN | | SCHWERMER | | | | |
| 179 | | PAUL | | SCOTT | | | | |
| 180 | | VICKI | | SEAY | | | ESI Member ID | |
| 181 | | MARCELLE | | SILMAN | | | ESI Member ID | |
| 182 | | MARGARET | | SLAGLE | | | Other Member ID | |
| 183 | | MARIE | | SMITH ** | | F | | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 184 | | JOHN | | SPAIN | | | ESI Member ID | |
| 185 | | MICHAEL | | SPANIEL | | | | |
| 186 | | JESSIE | | SPOTTEDBEAR | | | | |
| 187 | | WILLIAM | | ST LOUIS | | | | |
| 188 | | EVERETT | | STANTON | | | ESI Member ID Other Member ID # | |
| 189 | | JOHN | | STOUT | | | | |
| 190 | | BERNARD | | STRACHOTA | | | | |
| 191 | | WALTER | | SUMRALL | | | | |
| 192 | | BARBARA | | TEMPLEMAN ** | | F | | |
| 193 | | JAMES | | TOOMBS | | | | |
| 194 | | LINDA | | TOOTLE | | | ESI Member ID | |
| 195 | | DONALD | | TRITES | | | | |
| 196 | | DONALD | | TRUAX | | | ESI Member ID | |
| 197 | | RUFINO | | VELEZ | | | ESI Member ID Other Member ID | |
| 198 | | EMARTEL | | VILCE | | | | |
| 199 | | MARTHA | | VOWELL | | | | |
| 200 | | BETTY | | WATSON | | | ESI Member ID | |
| 201 | | BILLIE | | WEEKS | | | ESI Member ID | |
| 202 | | EDWARD | | WENGERT | | | ESI Member ID Other Member ID | |
| 203 | | WILLIAM | | WEST | | | | |
| 204 | | BOBBIE | | WETZBARGER | | | ESI Member ID Other Member ID | |
| 205 | | BLANCHE | | WHITAKER | | | | |
| 206 | | MILO | | WILBUR | | | | |
| 207 | | DARLEAN | | WILLIAMS | | | | |
| 208 | | JAMES | | WILNO | | | ESI Member ID | |
| 209 | | HAROLD | | WILSON | | | ESI Member ID | |
| 210 | | MARGARET | | WINDLE | | | ESI Member ID | |
| 211 | | PATRICIA | | WISEMAN | | | ESI Member ID | |
| 212 | | LEROY | | WOODS | | | ESI Member ID Other Member ID | |
| 213 | | JANICE | | WRIGHT | | | ESI Member ID | |

** - Add On Name

EXHIBIT A

Vioxx MDL - New Claimant Names on 6/30/2008 PSC Subpoena with Add-Ons

| # | SSN | First Name | MI | Last Name | DOB | Gender | Member #s | Address |
|---|---|---|---|---|---|---|---|---|
| 214 | | LAWRENCE | | WRIGHT | | | ESI Member ID | |
| 215 | | OGER | | WRIGHT | | | ESI Member ID | |
| 216 | | ELIZABETH | | WYATT | | | ESI Member ID | |
| 217 | | ELLA | J | YANCEY ** | | F | | |
| 218 | | JANET | | YOUNGKEN | | | ESI Member ID | |
| 219 | | BARBARA | | ZAISS | | | ESI Member ID | |
| 220 | | THELMA | | ZIMMERMAN | | | | |

** - Add On Name

EXHIBIT A