# EXHIBIT "F"

# Beasley Allen
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
───────── Attorneys at law

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.

RICHARD D. MORRISON
C. GIBSON VANCE
J. P. SAWYER
C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART
CLINTON C. CARTER
BENJAMIN E. BAKER, JR.
DAVID B. BYRNE, III
TED G. MEADOWS

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343
(800) 898-2034
FAX: (334) 954-7555
BEASLEYALLEN.COM

FRANK WOODSON
KENDALL C. DUNSON
SCARLETTE M. TULEY
ROMAN ASHLEY SHAUL
W. ROGER SMITH, III
P. LEIGH O'DELL
D. MICHAEL ANDREWS
BENJAMIN L. LOCKLAR
LARRY A. GOLSTON, JR.
MELISSA A. PRICKETT
ALYCE S. ROBERTSON

RUSSELL T. ABNEY *
NAVAN WARD, JR.
WESLEY CHADWICK COOK
JOHN E. TOMLINSON
WILLIAM H. ROBERTSON, V
H. CLAY BARNETT, III
MARY PAT CROOK
CHRISTOPHER D. BOUTWELL
─────────────
SOME ATTORNEYS ADMITTED IN:
AZ, AR, DC, FL, GA, KY, LA, MN, MS,
MI, NV, OH, OK, PA, SC, TN, TX,
AND WV
* NOT ADMITTED IN ALABAMA

July 18, 2008

**VIA FEDERAL EXPRESS**

Ms. Jeanine R. Bermel
HUSCH BLACKWELL SANDERS LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

Re: ▓▓▓▓▓▓ v. Merck & Co., Inc.
    ▓▓▓▓▓▓ v. Vioxx

Dear Ms. Bermel:

As of today's date, we have identified two cases where the prescription information provided by Express Scripts, Inc. (ESI) is inadequate. Information that has been provided by ESI to Brown, Green was downloaded by us and has been reviewed for accuracy. The following is a synopsis of these two cases:

▓▓▓▓▓▓ suffered a myocardial infarction on or about June 27, 2003. Based upon the enclosed ESI Statement, ▓▓▓▓▓▓ obtained Vioxx 25 mg tablets from or through ESI on the following dates: December 8, 2003; August 4, 2003; May 5, 2003; February 17, 2003; September 9, 2004; April 5, 2004; and February 23, 2004. The information provided by ESI to Brown, Greer lists other medications but not Vioxx. Based upon the ESI Statement, it is imperative that ESI produce all Vioxx prescription data as it relates to ▓▓▓▓▓▓ in order that ▓▓▓▓▓▓ claim may qualify for compensation with the Claim Administrator.

▓▓▓▓▓▓ suffered a myocardial infarction on or about May 22, 2003. Based upon information produced by ESI to Brown, Greer, ▓▓▓▓▓▓ obtained Vioxx 25 mg tablets from or through ESI on August 30, 2001 (180 tablets) and November 30, 2001 (180 tablets). Based upon the attached ESI Statement, ▓▓▓▓▓▓ continued to receive Vioxx from or through ESI until as late as September 11, 2004. Unfortunately, the ESI Statement that we have is not complete, so the full and complete dates are not known. The Statement does reveal that a

Ms. Jeanine R. Bermel
July 18, 2008
Page 2 of 2

prescription for Vioxx (quantity unknown) was filled by ESI for ▮▮▮▮ on April 25, 2003. Based upon the information produced by ESI, to date, ▮▮▮▮ claim will not quality under the terms of the Vioxx Resolution Program. Thus, it is imperative that all Vioxx prescription information be produced relative to ▮▮▮▮

    Please make every effort to produce this information to us within fourteen (14) days of the date of this letter or provide us with a written explanation of why the data cannot be produced. If your response is directed to the plaintiffs' liaison counsel or to Brown, Greer, it is essential that we receive a copy of your response. As noted, if the information that we have identified as being available is produced, both of these cases should qualify for compensation. ESI's failure to provide full and complete information could greatly prejudice our clients.

                With kindest regards,

                BEASLEY, ALLEN, CROW, METHVIN,
                PORTIS & MILES, P.C.

                BENJAMIN L. LOCKLAR

BLL/amf

Enclosures

cc:   Lenny Davis
      Michael Weinkowitz



## Prescription History

Below is the prescription history for the members you selected. Only prescriptions filled **last year** are shown. This information is correct as of Nov 20, 2004.

☐ Do not show drug names.

**LARRY BUCKNER** May 28, 1944

| Date Filled | Drug Name | Pharmacy | Your Cost |
|---|---|---|---|
| Dec 28, 2003 | MAVIK 1MG TABLET | Local | 11.02 |
| Dec 28, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Dec 28, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.74 |
| ✓ Dec 08, 2003 | VIOXX 25MG TABLET | Mail Service | 25.00 |
| Dec 02, 2003 | ZOCOR 10MG TABLET | Mail Service | 50.00 |
| Dec 02, 2003 | PLAVIX 75MG TABLET | Mail Service | 25.00 |
| Nov 29, 2003 | MAVIK 1MG TABLET | Local | 11.02 |
| Nov 29, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Nov 29, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |
| Oct 30, 2003 | MAVIK 1MG TABLET | Local | 11.02 |
| Oct 30, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Oct 30, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |
| Oct 30, 2003 | PROPOXY-N/APAP 100-650 TAB | Local | 2.09 |
| Oct 29, 2003 | CYCLOBENZAPRINE 10MG TABLET | Local | 0.76 |
| Oct 14, 2003 | ZOCOR 10MG TABLET | Mail Service | 50.00 |
| Oct 14, 2003 | PLAVIX 75MG TABLET | Mail Service | 25.00 |
| Oct 01, 2003 | MAVIK 1MG TABLET | Local | 10.76 |
| Oct 01, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Oct 01, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |
| Sep 14, 2003 | AMBIEN 10MG TABLET | Local | 7.54 |
| Aug 30, 2003 | MAVIK 1MG TABLET | Local | 10.76 |
| Aug 30, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Aug 30, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |
| Aug 06, 2003 | TEQUIN 400MG TABLET | Local | 8.39 |
| Aug 06, 2003 | AMBIEN 10MG TABLET | Local | 7.54 |
| Aug 06, 2003 | ZYRTEC 10MG TABLET | Local | 22.37 |
| ✓ Aug 04, 2003 | VIOXX 25MG TABLET | Mail Service | 25.00 |
| Jul 29, 2003 | MAVIK 1MG TABLET | Local | 10.76 |
| Jul 28, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.21 |

https://member.express-scripts.com/esi_member/claim_history/display_claims/1,22173,,0...   11/20/2004

3

| Date | Drug | Service | Amount |
|---|---|---|---|
| Jul 28, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |
| Jul 21, 2003 | ZOCOR 10MG TABLET | Mail Service | 50.00 |
| Jul 21, 2003 | PLAVIX 75MG TABLET | Mail Service | 25.00 |
| Jul 16, 2003 | DIPROLENE AF 0.05% CREAM | Local | 7.31 |
| Jul 09, 2003 | WELLBUTRIN SR 150MG TAB SA | Local | 21.06 |
| Jul 02, 2003 | ZOCOR 10MG TABLET | Local | 28.00 |
| Jul 02, 2003 | MAVIK 1MG TABLET | Local | 10.87 |
| Jul 02, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.26 |
| Jul 02, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.71 |
| Jul 02, 2003 | NITROQUICK 0.4MG TABLET SL | Local | 1.10 |
| Jul 02, 2003 | PLAVIX 75MG TABLET | Local | 22.28 |
| ✓ May 05, 2003 | VIOXX 25MG TABLET | Mail Service | 25.00 |
| May 05, 2003 | LOTREL 5/10MG CAPSULE | Mail Service | 25.00 |
| May 05, 2003 | AVAPRO 300MG TABLET | Mail Service | 25.00 |
| ✓ Feb 17, 2003 | VIOXX 25MG TABLET | Mail Service | 25.00 |

☐ Do not show drug names.

**TOTAL   614.92**



## Prescription History

Below is the prescription history for the members you selected. Only prescriptions filled **in the last 12 months** are shown. This information is correct as of Nov 20, 2004.

☐ Do not show drug names.

| **LARRY BUCKNER** May 28, 1944 | | | |
|---|---|---|---|
| **Date Filled** | **Drug Name** | **Pharmacy** | **Your Cost** |
| Nov 15, 2004 | METHYLPREDNISOLONE 4 MG TAB | Local | 1.82 |
| Nov 15, 2004 | PROPOXY-N/APAP 100-650 TAB | Local | 2.06 |
| Nov 14, 2004 | FLOMAX 0.4 MG CAPSULE SA | Local | 13.43 |
| Oct 31, 2004 | CELEBREX 200 MG CAPSULE | Local | 19.99 |
| Oct 23, 2004 | MAVIK 1 MG TABLET | Local | 15.85 |
| Oct 23, 2004 | TOPROL XL 50 MG TABLET SA | Local | 5.75 |
| Oct 23, 2004 | FUROSEMIDE 40 MG TABLET | Local | 0.92 |
| Oct 20, 2004 | ALPRAZOLAM 0.25 MG TABLET | Local | 1.75 |
| Oct 16, 2004 | FLOMAX 0.4 MG CAPSULE SA | Local | 13.43 |
| Oct 04, 2004 | CELEBREX 200 MG CAPSULE | Local | 19.99 |
| Sep 25, 2004 | MAVIK 1MG TABLET | Local | 15.85 |
| Sep 25, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.75 |
| Sep 25, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Sep 24, 2004 | LEVAQUIN 500MG TABLET | Local | 14.72 |
| Sep 24, 2004 | HYDROCODONE/APAP 10/500 TAB | Local | 2.38 |
| ✓ Sep 09, 2004 | VIOXX 25MG TABLET | Mail Service | 35.00 |
| Sep 09, 2004 | ZOCOR 10MG TABLET | Mail Service | 35.00 |
| Sep 09, 2004 | PLAVIX 75MG TABLET | Mail Service | 35.00 |
| Sep 02, 2004 | CIALIS 20MG TABLET | Local | 27.55 |
| Sep 02, 2004 | CIPRO XR 1000MG TABLET | Local | 9.04 |
| Sep 02, 2004 | FLOMAX 0.4MG CAPSULE SA | Local | 13.43 |
| Aug 25, 2004 | MAVIK 1MG TABLET | Local | 15.85 |
| Aug 25, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.75 |
| Aug 25, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Jul 26, 2004 | MAVIK 1MG TABLET | Local | 15.85 |
| Jul 26, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.60 |
| Jul 26, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Jun 27, 2004 | MAVIK 1MG TABLET | Local | 15.85 |
| Jun 27, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.60 |

| Date | Drug | Service | Cost |
|---|---|---|---|
| Jun 27, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Jun 12, 2004 | ZYRTEC 10MG TABLET | Local | 28.46 |
| Jun 12, 2004 | NITROQUICK 0.4MG TABLET SL | Local | 1.32 |
| May 28, 2004 | MAVIK 1MG TABLET | Local | 14.10 |
| May 28, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.60 |
| May 28, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Apr 28, 2004 | MAVIK 1MG TABLET | Local | 14.10 |
| Apr 28, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.60 |
| Apr 28, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| ✓ Apr 05, 2004 | VIOXX 25MG TABLET | Mail Service | 35.00 |
| Apr 05, 2004 | ZOCOR 10MG TABLET | Mail Service | 35.00 |
| Apr 05, 2004 | PLAVIX 75MG TABLET | Mail Service | 35.00 |
| Mar 29, 2004 | MAVIK 1MG TABLET | Local | 14.10 |
| Mar 29, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.31 |
| Mar 29, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Mar 12, 2004 | VIAGRA 100MG TABLET | Mail Service | 35.00 |
| Mar 12, 2004 | CHOLESTYRAMINE PACKET | Mail Service | 20.00 |
| Feb 26, 2004 | MAVIK 1MG TABLET | Local | 14.10 |
| Feb 26, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.31 |
| Feb 26, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| ✓ Feb 23, 2004 | VIOXX 25MG TABLET | Mail Service | 35.00 |
| Feb 23, 2004 | ZOCOR 10MG TABLET | Mail Service | 35.00 |
| Feb 23, 2004 | PLAVIX 75MG TABLET | Mail Service | 35.00 |
| Jan 29, 2004 | MAVIK 1MG TABLET | Local | 13.78 |
| Jan 29, 2004 | TOPROL XL 50MG TABLET SA | Local | 5.42 |
| Jan 29, 2004 | FUROSEMIDE 40MG TABLET | Local | 0.92 |
| Dec 28, 2003 | MAVIK 1MG TABLET | Local | 11.02 |
| Dec 28, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Dec 28, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.74 |
| ✓ Dec 08, 2003 | VIOXX 25MG TABLET | Mail Service | 25.00 |
| Dec 02, 2003 | ZOCOR 10MG TABLET | Mail Service | 50.00 |
| Dec 02, 2003 | PLAVIX 75MG TABLET | Mail Service | 25.00 |
| Nov 29, 2003 | MAVIK 1MG TABLET | Local | 11.02 |
| Nov 29, 2003 | TOPROL XL 50MG TABLET SA | Local | 4.34 |
| Nov 29, 2003 | FUROSEMIDE 40MG TABLET | Local | 0.73 |

☐ Do not show drug names.

**TOTAL  885.88**

## Express Scripts, Inc. Data
## EDW/ODS DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the originalESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirstName | VCN | LastName | FirstName | MI | drug_brand_nm | streth_ds | disp days sup | disp qty | pjy_nm | prscbr_last_nm | ps_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003838 | ■ | | | HYDROCODONE-ACETAMINOPHEN | 5MG-500MG | 5 | 30 | AURORA PHARMACY | KRISMER | 000044520 | 26-Jun-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003838 | ■ | ● | | ACCUPRIL | 5MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | PANTHER | 003583480 | 28-Sep-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ■ | ■ | | HYDROCODONE W/ACETAMINOPHEN | 10MG-500MG | 3 | 20 | WINN-DIXIE PHARMACY #0044 | PURVIS | 004513415 | 21-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ■ | ■ | | FUROSEMIDE | 40MG | 8 | 8 | WINN-DIXIE PHARMACY #0044 | COX | 007080501 | 08-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ■ | ■ | | AVAPRO | 300MG | 30 | 30 | WINN-DIXIE PHARMACY #0044 | BRADY | 007019171 | 15-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ■ | ■ | | QUESTRAN | 4G | 30 | 60 | WINN-DIXIE PHARMACY #0044 | BRADY | 007042904 | 29-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ■ | ■ | | NORVASC | 5MG | 30 | 30 | WINN-DIXIE PHARMACY #0044 | BRADY | 007057448 | 30-Jan-01 |

6/5/2008

58

7

## Express Scripts, Inc. Data
### EDW/ODS DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | LastName | FirstName | MI | drug_brnd_nm | stgth_ds | disp days sup | disp qty | prov_nm | presc last nm | rx_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CHOLESTYRAMINE | 4G | 90 | 120 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411209 | 10-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411145 | 10-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CLARITIN-D 12 HOUR | 120-5MG | 7 | 14 | WINN-DIXIE PHARMACY #0044 | PADHIAR | 007107615 | 22-May-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411141 | 10-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | NORVASC | 5MG | 30 | 30 | WINN-DIXIE PHARMACY #0044 | BRADY | 007057448 | 02-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411145 | 11-May-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411141 | 11-May-01 |

6/5/2008

**Express Scripts, Inc. Data**
**EDW/ODS DATA**

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | LastName | FirstName | MI | drug_brnd_nm | strgth_ds | disp days sup | disp qty | phy_nm | prescrb last nm | Rx_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | | | NORVASC | 5MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411214 | 12-May-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | | | ASTELIN | 137MCG | 15 | 34 | WINN-DIXIE PHARMACY #0044 | PADHIAR | 007107617 | 22-May-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | | | AMOXIL | 875MG | 7 | 14 | WINN-DIXIE PHARMACY #0044 | PADHIAR | 007107614 | 22-May-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇ | | CHOLESTYRAMINE | 4G | 90 | 120 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411209 | 04-Jan-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇ | | LOTREL | 5-10MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000142781 | 16-Apr-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | | | LOTREL | 5-10MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000142781 | 14-Jan-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇ | | VIAGRA | 50MG | 30 | 10 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000142850 | 14-Jan-02 |

6/5/2008

## Express Scripts, Inc. Data
## EDW/ODS DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | NCN | Lastname | FirstName | MI | drug_brnd_nm | strgth_ds | disp days sup | disp qty | pvcy_nm | prscbr last nm | fill dt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 14-Jan-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 14-Jan-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CHOLESTYRAMINE | 4G | 180 | 8 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 18-Jan-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | FUROSEMIDE | 40MG | 8 | 8 | WINN-DIXIE PHARMACY #0044 | COX | 03-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 16-Apr-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | CELEBREX | 200MG | 30 | 30 | WINN-DIXIE PHARMACY #0044 | BRADY | 02-Jan-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▉ | ▉ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 16-Apr-02 |

6/5/2008

61

Express Scripts, Inc. Data
EDW/ODS DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VON | LastName | FirstName | MI | order brand nm | strgth ds | disp days sup | disp qty | phy_nm | prscrb last nm | px_no | fill dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | WELLBUTRIN SR | 150MG | 30 | 60 | WAL-MART #2615 | BRADY | 006804776 | 18-Apr-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | MYTUSSIN AC | 100-10MG/5 | 3 | 120 | WAL-MART #2615 | BRADY | 004440463 | 15-May-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | AUGMENTIN | 875-125MG | 7 | 14 | WAL-MART #2615 | BRADY | 006810160 | 15-May-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | AUGMENTIN | 875-125MG | 7 | 14 | WAL-MART #2615 | BRADY | 006810722 | 17-May-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | NORVASC | 5MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000412214 | 10-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | WELLBUTRIN SR | 150MG | 30 | 60 | FIRST AMERICA DRUGS | BRADY | 000282212 | 07-Feb-02 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▇▇▇ | ▇▇▇ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411145 | 21-Oct-01 |

6/5/2008

11

**Express Scripts, Inc. Data**
**EDW/ODS DATA**

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | Lastname | FirstName | MI | drug_label_nm | strength | disp days sup | disp qty | phy_nm | prescr_last_nm | px_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ███ | ███ | | NORVASC | 5MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411214 | 30-Jul-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | | | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411141 | 21-Oct-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | | | | NORVASC | 5MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411214 | 21-Oct-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | | | | WELLBUTRIN SR | 150MG | 30 | 60 | WINN-DIXIE PHARMACY #0044 | BRADY | 006006486 | 25-Sep-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ███ | ███ | | CHOLESTYRAMINE | 4G | 90 | 120 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411209 | 01-Aug-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ███ | ███ | | VIAGRA | 50MG | 90 | 15 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411135 | 01-Aug-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ███ | ███ | | CELEBREX | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411141 | 30-Jul-01 |

6/5/2008

63

12

**Express Scripts, Inc. Data**
**EDW/ODS DATA**

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | LastName | FirstName | MI | drug_brd_nm | sgth_ds | disp days sup | disp qty | prv_nm | prscbr last nm | rx_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▮ | ▮ | | AVAPRO | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411145 | 30-Jul-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001408 | ▮ | ▮ | | VIAGRA | 50MG | 90 | 15 | EXPRESS SCRIPTS MAIL ORDER | BRADY | 000411135 | 10-Feb-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1002069 | ▮ | ▮ | Rockey | FOLTX | 1-2.5-25MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WILLIAMS | 001822040 | 28-Nov-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1002069 | ▮ | ▮ | Rockey | ADVICOR | 500MG-20MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | ESCOBAR | 001284076 | 20-Aug-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1002069 | ▮ | ▮ | Rockey | HYDROXYCHLOROQUINE SULFATE | 200MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | JAKES | 001822050 | 28-Nov-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1002069 | | | Rockey | ADVICOR | 500MG-20MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | ESCOBAR | 001284076 | 05-Nov-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1002069 | | | Rockey NE | SPIRONOLACTO | 25MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | ESCOBAR | 000688447 | 09-Jun-04 |

6/5/2008

64

13