# EXHIBIT "G"

 **EXPRESS SCRIPTS®**
*Charting the Future of Pharmacy*

P.O. Box 66582
St. Louis, MO 63166-6582



**STATEMENT**
CALL TOLL FREE
1-800-357-9593

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED.


DATE
11/17/04


ACCOUNT
0016879921


AMOUNT DUE
$0.00

PLEASE INDICATE AMOUNT PAID





PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

STATEMENT OF ACCOUNT HISTORY
PAGE 3 OF 4

| DATE | PATIENT | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 05/21/04 | | to Invoice #4690430 - $88.84 Payment Input Correction Payment Input Correction Applied to Invoice #4690430 - $100 | | ($100.00) | |
| 06/08/04 | | Payment by Check #1428 Payment by Check #1428 Applied to Invoice #5312431 - $200 | | ($200.00) | |
| 06/09/04 | | Invoice #5312431 | $200.00 | | |
| 06/09/04 | MARVIN WISECUP | RX:131872026- VIOXX 25MG - $50 | | | |
| 06/09/04 | MARVIN WISECUP | RX:131872029- LIPITOR 10MG - $50 | | | |
| 06/09/04 | MARVIN WISECUP | RX:131872032- PLAVIX 75MG - $50 | | | |
| 06/09/04 | MARVIN WISECUP | RX:131872063- PREVACID 30MG - $50 | | | |
| 09/10/04 | | Payment by Check #1513 Payment by Check #1513 Applied to Invoice #5970946 - $250 | | ($250.00) | |
| 09/11/04 | | Invoice #5970946 | $250.00 | | |
| 09/11/04 | MARVIN WISECUP | RX:131872026- VIOXX 25MG - $50 | | | |
| 09/11/04 | MARVIN WISECUP | RX:131872029- LIPITOR 10MG - $50 | | | |
| 09/11/04 | MARVIN WISECUP | RX:131872032- PLAVIX 75MG - $50 | | | |
| 09/11/04 | MARVIN WISECUP | RX:131872058- SEREVENT DISKUS 50MCG - $50 | | | |
| 09/11/04 | MARVIN WISECUP | RX:131872063- PREVACID 30MG - $50 | | | |
| 10/25/04 | | Payment by Check #1550 Payment by Check #1550 Applied to Invoice #6302292 - $50 | | ($50.00) | |
| 11/01/04 | | Invoice #6302292 | $50.00 | | |
| 11/01/04 | MARVIN WISECUP | RX:141998382- BEXTRA 20MG - $50 | | | |
| | | Ending Statement Balance | $2,238.84 | ($2,238.84) | $0.00 |

*Continued on Next Page*

| Charges | + | Sales Tax | = | Total Charges | - | Payments | = | Amount Due |
|---|---|---|---|---|---|---|---|---|
| $2,238.84 | | | | $2,238.84 | | ($2,238.84) | | $0.00 |

This report may contain confidential patient-identifiable information. State and Federal laws may prohibit its disclosure and/or regulate use of this information. Unauthorized duplication is prohibited.
Copyright 2000, Express Scripts, Inc. as to original text and format.

FIN-ST002 08/03



**EXPRESS SCRIPTS®**
*Charting the Future of Pharmacy*

P.O. Box 66582
St. Louis, MO 63166-6582



**STATEMENT**
CALL TOLL FREE
1-800-357-9593

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED.

| DATE | ACCOUNT NO. | AMOUNT DUE |
|---|---|---|
| 11/17/04 | 0016379921 | $0.00 |

PLEASE INDICATE AMOUNT PAID

PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

STATEMENT OF ACCOUNT HISTORY
PAGE : 2 OF 4

| DATE | PATIENT | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 09/08/03 | MARVIN WISECUP | RX:123477575- PREVACID 30MG - $50 | | | |
| 09/08/03 | MARVIN WISECUP | RX:130926701- LIPITOR 10MG - $50 | | | |
| 09/08/03 | MARVIN WISECUP | RX:130926737- PLAVIX 75MG - $50 | | | |
| 09/08/03 | MARVIN WISECUP | RX:130926741- ACCUPRIL 5MG - $50 | | | |
| 09/08/03 | MARVIN WISECUP | RX:130926747- TOPROL XL 50MG - $50 | | | |
| 09/08/03 | | Payment by Check 1118 | | ($300.00) | |
| | | Payment by Check 1118 Applied to 262373503093574375 - $300 | | | |
| 12/08/03 | | Invoice #S033420605 | $350.00 | | |
| 12/08/03 | MARVIN WISECUP | RX:131872026- VIOXX 25MG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872029- LIPITOR 10MG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872032- PLAVIX 75MG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872043- TOPROL XL 50MG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872058- SEREVENT DISKUS 50MCG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872063- PREVACID 30MG - $50 | | | |
| 12/08/03 | MARVIN WISECUP | RX:131872066- ACCUPRIL 5MG - $50 | | | |
| 12/08/03 | | Payment by Check 1213 | | ($350.00) | |
| | | Payment by Check 1213 Applied to 262373503124108202 - $350 | | | |
| 03/07/04 | | Payment by Check #1321 | | ($300.00) | |
| | | Payment by Check #1321 Applied to Invoice #4690430 - $300 | | | |
| 03/10/04 | | Invoice #4690430 | $488.84 | | |
| 03/10/04 | MARVIN WISECUP | RX:131872026- VIOXX 25MG - $208.84 | | | |
| 03/10/04 | MARVIN WISECUP | RX:131872029- LIPITOR 10MG - $50 | | | |
| 03/10/04 | MARVIN WISECUP | RX:131872032- PLAVIX 75MG - $50 | | | |
| 03/10/04 | MARVIN WISECUP | RX:131872043- TOPROL XL 50MG - $50 | | | |
| 03/10/04 | MARVIN WISECUP | RX:131872063- PREVACID 30MG - $50 | | | |
| 03/10/04 | MARVIN WISECUP | RX:131872066- ACCUPRIL 5MG - $80 | | | |
| 05/21/04 | | Payment by Check #1404 | | ($88.84) | |
| | | Payment by Check #1404 Applied | | | |

*Continued on Next Page*

| Charges | + | Sales Tax | = | Total Charges | − | Payments | = | Amount Due |
|---|---|---|---|---|---|---|---|---|
| $2,238.84 | | | | $2,238.84 | | ($2,238.84) | | $0.00 |

This report may contain confidential patient-identifiable information. State and Federal laws may prohibit its disclosure and/or regulate use of this information. Unauthorized duplication is prohibited.
Copyright 2000, Express Scripts, Inc. as to original text and format.

FIN-ST002  08/03



**EXPRESS SCRIPTS®**
Charting the Future of Pharmacy

P.O. Box 66582
St. Louis, MO 63166-6582

# STATEMENT
CALL TOLL FREE
1-800-357-9593

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED.

| DATE | 11/17/04 |
|---|---|
| ACCOUNT NO. | 0016379921 |
| AMOUNT DUE | $0.00 |

PLEASE INDICATE AMOUNT PAID



PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

STATEMENT OF ACCOUNT HISTORY
PAGE: 1 OF 4

| DATE | PATIENT | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | Activity 01/01/03 - 11/15/04 | | | |
| 12/18/02 | | Invoice #S023471578 | $100.00 | | |
| 12/18/02 | MARVIN WISECUP | RX:123477573- VIOXX 25MG - $50 | | | |
| 12/18/02 | MARVIN WISECUP | RX:123477575- PREVACID 30MG - $50 | | | |
| 01/07/03 | | Payment by Check 3098 | | ($100.00) | |
| | | Payment by Check 3098 Applied to Invoice #S023471578 - $100 | | | |
| 02/15/03 | | Invoice #S030460223 | $250.00 | | |
| 02/15/03 | MARVIN WISECUP | RX:123477573- VIOXX 25MG - $200 | | | |
| 02/15/03 | MARVIN WISECUP | RX:123477575- PREVACID 30MG - $50 | | | |
| 02/15/03 | | Payment by Check | | ($100.00) | |
| | | Payment by Check Applied to 262373503022454796 - $100 | | | |
| 04/02/03 | | Payment by Check 3189 | | ($150.00) | |
| | | Payment by Check 3189 Applied to 262373503022454796 - $150 | | | |
| 04/25/03 | | Invoice #S031152841 | $50.00 | | |
| 04/25/03 | MARVIN WISECUP | RX:123477573- VIOXX 25MG - $50 | | | |
| 04/25/03 | | Payment by Check 3211 | | ($50.00) | |
| | | Payment by Check 3211 Applied to 262373508042837728 - $50 | | | |
| 06/12/03 | | Invoice #S031633059 | $200.00 | | |
| 06/12/03 | MARVIN WISECUP | RX:130926701- LIPITOR 10MG - $50 | | | |
| 06/12/03 | MARVIN WISECUP | RX:130926737- PLAVIX 75MG - $50 | | | |
| 06/12/03 | MARVIN WISECUP | RX:130926741- ACCUPRIL 5MG - $50 | | | |
| 06/12/03 | MARVIN WISECUP | RX:130926747- TOPROL XL 50MG - $50 | | | |
| 06/12/03 | | Payment by Check 1021 | | ($200.00) | |
| | | Payment by Check 1021 Applied to 262373503063097670 - $200 | | | |
| 09/08/03 | | Invoice #S032518179 | $300.00 | | |
| 09/08/03 | MARVIN WISECUP | RX:123477573- VIOXX 25MG - $50 | | | |

*Continued on Next Page*

| Charges | + | Sales Tax | = | Total Charges | - | Payments | = | Amount Due |
|---|---|---|---|---|---|---|---|---|
| $2,238.84 | | | | $2,238.84 | | ($2,238.84) | | $0.00 |

This report may contain confidential patient-identifiable information. State and Federal laws may prohibit its disclosure and/or regulate use of this information. Unauthorized duplication is prohibited.
Copyright 2000, Express Scripts, Inc. as to original text and format.

FIN-ST002   08/03



Case 2:05-md-01657-EEF-DEK   Document 15481-9   Filed 08/07/08   Page 5 of 7

**Express Scripts, Inc. Data**
**EDW/ODS DATA**

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re:: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | Lastname | FirstName | MI | drug_bnd_nm | stgth_ds | disp days sup | disp qty | phm_nm | prscbr_last_nm | pcy_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▓ | ▓ | C | VIOXX | 25MG | 51 | 102 | MEAD FAMILY MEDICAL CENTER PHA | ELLIS | 000953105 | 30-Nov-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | PRAVACHOL | 80MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001095885 | 07-Jun-04 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | AMI-TEX PSE | 600-120MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001352831 | 16-Jul-04 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | ALLOPURINOL | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001352824 | 08-Sep-04 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | AMI-TEX PSE | 600-120MG | 90 | 180 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001352831 | 08-Sep-04 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | METOPROLOL TARTRATE | 50MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001352826 | 08-Sep-04 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1004681 | ▓ | ▓ | L | ALLOPURINOL | 300MG | 90 | 90 | EXPRESS SCRIPTS MAIL ORDER | WELLINGTON | 001352824 | 16-Jul-04 |

6/5/2008

Express Scripts, Inc. Data
EDW/ODS DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| FirmName | VCN | Lastname | FirstName | MI | drug_brnd_nm | stgnth | disp days sup | disp qty | phy_nm | prscbr last nm | rx_no | fill_dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1001850 | ▉ | ▉ | C | HYDROCHLORO THIAZIDE | 25MG | 90 | 45 | EXPRESS SCRIPTS MAIL ORDER | WALKER | 000419670 | 16-Jun-03 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | ASACOL | 400MG | 33 | 100 | MEAD FAMILY MEDICAL CENTER PHA | SMITH | 000395590 | 17-Sep-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | PREVACID | 30MG | 90 | 180 | MEAD FAMILY MEDICAL CENTER PHA | ELLIS | 000953103 | 30-Nov-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | VIOXX | 25MG | 90 | 180 | MEAD FAMILY MEDICAL CENTER PHA | ELLIS | 000953105 | 30-Aug-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | PREVACID | 30MG | 90 | 180 | MEAD FAMILY MEDICAL CENTER PHA | ELLIS | 000953103 | 30-Aug-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | ZITHROMAX | 250MG | 5 | 6 | MEAD FAMILY MEDICAL CENTER PHA | (SE0000000) | 000973481 | 10-Aug-01 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003311 | ▉ | ▉ | C | SEREVENT DISKUS | 50MCG | 30 | 60 | MEAD FAMILY MEDICAL CENTER PHA | ELLIS | 000953102 | 18-Jul-01 |

6/5/2008