EXHIBIT "H"



# EXPRESS SCRIPTS®
Charting the Future of Pharmacy

P O BOX 66587
ST. LOUIS MO 63166-6587

## STATEMENT
CALL TOLL FREE
1-877-603-8404

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT
OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN
THE ENVELOPE PROVIDED.

| | |
|---|---|
| | 09/12/2008 |
| | 45042895 |
| | $0.00 |
| PLEASE INDICATE AMOUNT PAID | |



PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

| DATE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| 12/08/2003 | Payment On Order 11710568   AUTH NO. 008012 | .00 | 8.00 | |
| 01/14/2004 | Payment On Order 11766277   AUTH NO. 014421 | .00 | 16.00 | |
| 01/16/2004 | Payment On Order 11768593   AUTH NO. 016132 | .00 | 16.00 | |
| 02/05/2004 | Payment On Order 11781859   AUTH NO. 005802 | .00 | 16.00 | |
| 02/12/2004 | Payment On Order 11780519   AUTH NO. 012168 | .00 | 8.00 | |
| 03/11/2004 | Payment On Order 11825424   AUTH NO. 011834 | .00 | 8.00 | |
| 04/07/2004 | Payment On Order 11854909   AUTH NO. 007154 | .00 | 8.00 | |
| 04/16/2004 | Payment On Order 11868969   AUTH NO. 016642 | .00 | 8.00 | |
| 04/20/2004 | Payment On Order 11864693   AUTH NO. 020710 | .00 | 16.00 | |
| 05/10/2004 | Payment On Order 11896135   AUTH NO. 010622 | .00 | 8.00 | |
| 06/09/2004 | Payment On Order 11935545   AUTH NO. 009496 | .00 | 8.00 | |
| 06/14/2004 | Payment On Order 11939500   AUTH NO. 014189 | .00 | 8.00 | |
| 06/18/2004 | Payment On Order 11947018   AUTH NO. 018286 | .00 | 8.00 | |
| 07/13/2004 | Payment On Order 11974725   AUTH NO. 013268 | .00 | 8.00 | |
| 08/16/2004 | Payment On Order 12019074   AUTH NO. 016651 | .00 | 8.00 | |
| 10/07/2004 | Payment On Order 12081470   AUTH NO. 007778 | .00 | 8.00 | |
| 10/20/2004 | Payment On Order 12100718   AUTH NO. 020450 | .00 | 8.00 | |
| 12/22/2004 | Payment On Order 12192791   AUTH NO. 022954 | .00 | 32.00 | |
| 02/02/2005 | Payment On Order 12254759   AUTH NO. 002919 | .00 | 8.00 | |
| 03/19/2005 | Payment On Order 12343438   AUTH NO. 019541 | .00 | 4.81 | |
| 04/11/2005 | Payment On Order 12361701   AUTH NO. 011250 | .00 | 4.81 | |
| 04/29/2005 | Payment On Order 12379420   AUTH NO. 029311 | .00 | 16.00 | |
| 05/06/2005 | Payment On Order 12384492   AUTH NO. 006827 | .00 | 8.00 | |
| 05/11/2005 | Payment On Order 12389685   AUTH NO. 011228 | .00 | 8.00 | |
| 06/01/2005 | Payment On Order 12407235   AUTH NO. 001443 | .00 | 8.00 | |
| 08/14/2000 | Ord 10346019 Rx 40258030   80 ZOCOR 80MG TAB | 8.00 | .00 | |
| 08/18/2000 | Ord 10351898 Rx 40294798   90 VIOXX 25MG   TABLET 8 | 8.00 | .00 | |
| 08/25/2000 | Ord 10358927 Rx 40302880   3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 08/18/2000 | Ord 10350620 Rx 40325270   1 LAC-HYDRIN 12% CREAM | 8.00 | .00 | |
| 08/18/2000 | Ord 10350620 Rx 40325285   2 TRIAMCINOLON 0.5% CR | 3.90 | .00 | |

Continued on Next Page...

FIN-ST002  03/00



**EXPRESS SCRIPTS®**
Charting the Future of Pharmacy

P O BOX 66587
ST. LOUIS MO 63166-6537

# STATEMENT
CALL TOLL FREE
1-877-603-8404

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT
OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN
THE ENVELOPE PROVIDED.

09/12/2005

46042395

$0.00

PLEASE INDICATE
AMOUNT PAID

PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

| DATE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| 09/18/2000 | Ord 10380620 Rx 40325293  1 NASONEX NASAL SP 17G | 8.00 | .00 | |
| 09/18/2000 | Ord 10380620 Rx 40325592  30 BUSPAR 15MG TABLET | 8.00 | .00 | |
| 09/22/2000 | Ord 10380307 Rx 40329639  270 GUAIFENESIN LA TABL | 8.00 | .00 | |
| 11/08/2000 | Ord 10435212 Rx 40302880  3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 11/14/2000 | Ord 10440322 Rx 40378942  90 PLAVIX 75MG TABLET | 8.00 | .00 | |
| 11/14/2000 | Ord 10440322 Rx 40378946  180 BUSPAR 15MG TABLET | 8.00 | .00 | |
| 11/28/2000 | Ord 10455086 Rx 40317082  90 PREVACID 15MG DR CAP | 8.00 | .00 | |
| 11/28/2000 | Ord 10455086 Rx 40294798  90 VIOXX 25MG   TABLET | 8.00 | .00 | |
| 12/15/2000 | Ord 10472128 Rx 40329639  270 GUAIFENESIN LA TABL | 8.00 | .00 | |
| 12/15/2000 | Ord 10469635 Rx 40402987  90 CYCLOBENZAPRINE 10MG | 8.00 | .00 | |
| 12/15/2000 | Ord 10469635 Rx 40426991  60 HYDROCO/APAP 5/500M | 6.36 | .00 | |
| 12/19/2000 | Ord 10477270 Rx 40288030  90 ZOCOR 80MG TAB | 8.00 | .00 | |
| 12/22/2000 | Ord 10480129 Rx 40411451  90 ATENOLOL 25MG TABLE | 8.00 | .00 | |
| 01/03/2001 | Ord 10491337 Rx 40325293  1 NASONEX NASAL SP 17G | 8.00 | .00 | |
| 01/03/2001 | Ord 10491337 Rx 40325270  1 LAC-HYDRIN 12% CREAM | 8.00 | .00 | |
| 01/12/2001 | Ord 10499803 Rx 40426727  60 MUCO-FEN 800MG DM TA | 8.00 | .00 | |
| 01/12/2001 | Ord 10499803 Rx 40426726  3 NASACORT NASAL SP 10 | 8.00 | .00 | |
| 02/07/2001 | Ord 10528936 Rx 40302880  3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 02/07/2001 | Ord 10530031 Rx 40317082  90 PREVACID 15MG DR CAP | 8.00 | .00 | |
| 02/20/2001 | Ord 10545014 Rx 40329639  270 GUAIFENESIN LA TABL | 8.00 | .00 | |
| 02/28/2001 | Ord 10555001 Rx 40294798  90 VIOXX 25MG   TABLET | 8.00 | .00 | |
| 02/28/2001 | Ord 10555001 Rx 40426727  60 MUCO-FEN 800MG DM TA | 8.00 | .00 | |
| 03/02/2001 | Ord 10556932 Rx 40476609  540 WELCHOL 625MG TAB | 8.00 | .00 | |
| 04/06/2001 | Ord 10592267 Rx 40411451  90 ATENOLOL 25MG TABLE | 8.00 | .00 | |
| 04/16/2001 | Ord 10601894 Rx 40512591  180 PREVACID 30MG DR CAP | 8.00 | .00 | |
| 05/02/2001 | Ord 10620043 Rx 40302880  3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 05/02/2001 | Ord 10620043 Rx 40329639  270 GUAIFENESIN 600MG LA | 8.00 | .00 | |
| 05/16/2001 | Ord 10636788 Rx 40426727  60 MUCO-FEN 800MG DM TA | 8.00 | .00 | |
| 05/16/2001 | Ord 10636788 Rx 40426728  3 NASACORT NASAL SP 10 | 8.00 | .00 | |
| 06/12/2001 | Ord 10665002 Rx 40560659  90 ZOCOR 80MG TAB | 8.00 | .00 | |

Continued on Next Page...



**EXPRESS SCRIPTS®**
*Charting the Future of Pharmacy*

# STATEMENT
CALL TOLL FREE
1-877-603-8404

P O BOX 66587
ST. LOUIS MO  63166-6587

IF PAYMENT HAS BEEN MADE, PLEASE ACCEPT
OUR THANKS AND DISREGARD THIS NOTICE.

RETURN THIS STUB WITH YOUR REMITTANCE IN
THE ENVELOPE PROVIDED.

| STATEMENT DATE | 09/12/2005 |
| PAGE PENDING NO. | 45042995 |
| PAYMENT DUE | $0.00 |
| PLEASE INDICATE AMOUNT PAID |  |



PLEASE DETACH THIS STUB HERE AND RETURN WITH YOUR REMITTANCE IN THE ENVELOPE PROVIDED

| DATE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|------|-------------|---------|----------|---------|
| 07/09/2001 | Ord 10689450 Rx 40294798 | 90 VIOXX 25MG   TABLET | 8.00 | .00 | |
| 07/09/2001 | Ord 10689450 Rx 40426727 | 60 MUCO-FEN 800MG DM TA | 8.00 | .00 | |
| 07/24/2001 | Ord 10712236 Rx 40596442 | 360 GUAIFENESIN 600MG LA | 8.00 | .00 | |
| 07/24/2001 | Ord 10712236 Rx 40596446 | 9 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 09/21/2001 | Ord 10778896 Rx 40378942 | 90 PLAVIX 75MG TABLET | 8.00 | .00 | |
| 10/01/2001 | Ord 10787148 Rx 40653410 | 180 MUCO-FEN 800 TABLET | 8.00 | .00 | |
| 10/01/2001 | Ord 10787148 Rx 40653452 | 90 VIOXX 25MG   TABLET | 8.00 | .00 | |
| 10/16/2001 | Ord 10806033 Rx 40596446 | 3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 10/24/2001 | Ord 10813500 Rx 40596442 | 360 GUAIFENESIN 600MG LA | 8.00 | .00 | |
| 11/13/2001 | Ord 10836535 Rx 40512991 | 180 PREVACID 30MG DR CAP | 8.00 | .00 | |
| 11/13/2001 | Ord 10835535 Rx 40560663 | 90 ZOCOR 80MG TAB | 8.00 | .00 | |
| 12/20/2001 | Ord 10880436 Rx 40724549 | 90 CELEBREX 200MG CAPSU | 8.00 | .00 | |
| 12/20/2001 | Ord 10880436 Rx 40724548 | 5 TRAVATAN 0.004% OPTH | 8.00 | .00 | |
| 12/20/2001 | Ord 10880436 Rx 40724565 | 90 NIASPAN  500MG ER TA | 8.00 | .00 | |
| 12/20/2001 | Ord 10880436 Rx 40724568 | 90 ALTACE  2.5MG  CAPSU | 8.00 | .00 | |
| 01/08/2002 | Ord 10899131 Rx 40598448 | 3 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 01/28/2002 | Ord 10926458 Rx 40596442 | 360 GUAIFENESIN 600MG LA | 8.00 | .00 | |
| 03/05/2002 | Ord 10963661 Rx 40788406 | 90 PLAVIX 75MG TABLET | 8.00 | .00 | |
| 03/28/2002 | Ord 10993028 Rx 40811108 | 180 PREVACID 30MG DR CAP | 8.00 | .00 | |
| 04/02/2002 | Ord 10998620 Rx 40596446 | 9 PREMPRO 2.5MG ORIGIN | 8.00 | .00 | |
| 04/23/2002 | Ord 11020571 Rx 40831720 | 1 CLOBETASOL 0.05% OIN | 8.00 | .00 | |
| 04/23/2002 | Ord 11020571 Rx 40831722 | 2 LAC-HYDRIN 12% CREAM | 8.00 | .00 | |
| 04/23/2002 | Ord 11020571 Rx 40831728 | 4 TRAVATAN 0.004% OPTH | 8.00 | .00 | |
| 04/24/2002 | Ord 11023832 Rx 40560663 | 90 ZOCOR 80MG TAB | 8.00 | .00 | |
| 04/24/2002 | Ord 11023832 Rx 40724565 | 90 NIASPAN  500MG ER TA | 8.00 | .00 | |
| 05/08/2002 | Ord 11041145 Rx 40847080 | 400 BUTAL/APAP/CAFF TABL | 8.00 | .00 | |
| 06/06/2002 | Ord 11065463 Rx 40866430 | 30 BUTAL/APAP/CAFF TABL | 8.00 | .00 | |
| 06/06/2002 | Ord 11065469 Rx 40865494 | 90 ALLEGRA 180MG TABLET | 8.00 | .00 | |
| 06/06/2002 | Ord 11065469 Rx 40866436 | 180 MUCO-FEN 800MG DM TA | 8.00 | .00 | |
| 08/27/2002 | Ord 11167623 Rx 40811108 | 180 PREVACID 30MG DR CAP | 8.00 | .00 | |

Continued on Next Page...

# Express Scripts, Inc. Data
## NPA DATA

This spreadsheet contains information provided by Express Scripts, Inc., to the NPC pursuant to Pretrial Order No. 35 and the Qualified Protective Order regarding ESI, entered by the United States District Court for the Eastern District of Louisiana in In re: Vioxx Products Liability Litigation, MDL Docket Number 1657. The Certification accompanying the original submission of data from ESI to the NPC will be submitted along with this document and applies to all data contained herein. The Claims Administrator has provided this Adobe version of the original ESI data to facilitate the submission of Claims. In doing so, the Claims Administrator has removed non-relevant columns from the original spreadsheet such as DEA information or pharmacy address information for ease of viewing the information but has, in no way, altered any of the data. If any questions arise regarding information in columns not appearing on this version, the original Excel versions provided to Counsel, and the original information provided by ESI will control.

| Firm Name | VCN | Last Name | First Name | BG MI | Drug | Strength | # Days | Quantity | Pharmacy Name | RX ENG | Filed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weitz & Luxenberg, P.C. | 1033148██ | ████ | ████ | | COZAAR | 25MG | 30 | 60 | RITE AID # 710 | 00205760 | 20030730 |
| Weitz & Luxenberg, P.C. | 1033148██ | ████ | ████ | | PLAVIX | 75MG | 30 | 30 | RITE AID # 710 | 00205703 | 20030905 |
| Weitz & Luxenberg, P.C. | 1033148██ | ████ | ████ | | COZAAR | 25MG | 30 | 60 | RITE AID # 710 | 00205760 | 20031029 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | LORAZEPAM | 1MG | 2 | 12 | #214 KROGER PHARMACY | 04435674 | 20060213 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | CLOBETASOL PROPIONATE | 0.05% | 15 | 30 | STORE #436 KROGER DRUG | 06647219 | 19990913 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | GUAIFENESIN LA | 600MG | 30 | 60 | STORE #436 KROGER DRUG | 06637990 | 19990617 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | DOXYCYCLINE HYCLATE | 100MG | 30 | 30 | CVS PHARMACY #1531 | 00351629 | 20000729 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | GUAIFENESIN LA | 600MG | 30 | 60 | STORE #436 KROGER DRUG | 06637990 | 19990515 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | ZOLOFT | 50MG | 30 | 30 | STORE #436 KROGER DRUG | 06641426 | 19980702 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | CLARITIN | 10MG | 30 | 30 | STORE #436 KROGER DRUG | 06647220 | 19990913 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | ATENOLOL | 25MG | 10 | 10 | STORE #436 KROGER DRUG | 06651469 | 19991028 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | BUTALBITAL/APAP/CAFFEINE | 325-40-50 | 5 | 30 | #214 KROGER PHARMACY | 04435490 | 20000209 |
| Weitz & Luxenberg, P.C. | | | | J | HYDROCODONE W/ACETAMINOPHEN | 7.5-500MG | 6 | 36 | #214 KROGER PHARMACY | 04435511 | 20000210 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | DURADRIN | 65-325-100 | 4 | 45 | #214 KROGER PHARMACY | 06779486 | 20000211 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | ATENOLOL | 25MG | 10 | 10 | STORE #436 KROGER DRUG | 06651469 | 19991128 |
| Weitz & Luxenberg, P.C. | 1035341██ | ████ | ████ | J | VALTREX | 1000MG | 7 | 21 | #214 KROGER PHARMACY | 06779485 | 20000211 |

7/6/2008