EXHIBIT "I"

**Statement Request**

VAX Member: ▓▓▓▓▓▓▓▓▓▓▓  As of: 11/01/2007

## STATEMENT



**EXPRESS SCRIPTS**
*Charting the Future of Pharmacy*

**STATEMENT OF ACCOUNT HISTORY**

| Date | 11/01/2007 |
|---|---|
| Account No. | 0020269649 |
| Balance | 0.00 |

| Date | Patient Name | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | Account activity 03/01/2003 - 11/01/2007 | | | |
| 03/06/2003 | | Invoice #D030658132 | 3.00 | | |
| 03/06/2003 | FRED KOHLHAPP | RX LISINOPRIL TABE 20MG 00180 #430071119 - $3.00 | | | |
| 03/19/2003 | | Credit Card Payment | | (3.00) | |
| 03/19/2003 | | Credit Card Payment Applied to 032731703031033396 - $3.00 | | | |
| 04/14/2003 | | Invoice #D031048646 | 9.00 | | |
| 04/14/2003 | FRED KOHLHAPP | RX TOPROL XL TABE 100MG 00090 #430721018 - $9.00 | | | |
| 04/15/2003 | | Credit Card Payment | | (9.00) | |
| 04/15/2003 | | Credit Card Payment Applied to 032731703041407374 - $9.00 | | | |
| 04/30/2003 | | Invoice #D031203428 | 9.00 | | |
| 04/30/2003 | FRED KOHLHAPP | RX VIAGRA TABE 100MG 00018 #430971912 - $9.00 | | | |
| 05/01/2003 | | Credit Card Payment | | (9.00) | |
| 05/01/2003 | | Credit Card Payment Applied to 032731703041570321 - $9.00 | | | |
| 06/08/2003 | | Invoice #D031591836 | 3.00 | | |
| 06/08/2003 | FRED KOHLHAPP | RX LISINOPRIL TABE 20MG 00180 #430071119 - $3.00 | | | |
| 06/11/2003 | | Credit Card Payment | | (3.00) | |
| 06/11/2003 | | Credit Card Payment Applied to 032731703061931742 - $3.00 | | | |

| Date | Name | Description | Charge | Payment | |
|---|---|---|---|---|---|
| 07/06/2003 | | Invoice #D031877768 | 12.00 | | |
| 07/06/2003 | FRED KOHLHAPP | RX VIOXX TABE 12.5MG 00090 #431606828 - $9.00 | | | |
| 07/06/2003 | FRED KOHLHAPP | RX HYDROCHLOROTHIAZIDE TABE 25MG 00090 #431606829 - $3.00 | | | |
| 07/08/2003 | | Credit Card Payment | | (12.00) | |
| 07/08/2003 | | Credit Card Payment Applied to 032731703072187786 - $12.00 | | | |
| 07/13/2003 | | Invoice #D031942353 | 9.00 | | |
| 07/13/2003 | FRED KOHLHAPP | RX TOPROL XL TABE 100MG 00090 #430721018 - $9.00 | | | |
| 07/16/2003 | | Credit Card Payment | | (9.00) | |
| 07/16/2003 | | Credit Card Payment Applied to 032731703072257947 - $9.00 | | | |
| 08/13/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (3.00) | |
| 08/13/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #6305748 - $3.00 | | | |
| 08/13/2004 | | Invoice #6305748 | 3.00 | | |
| 08/13/2004 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #441734106 - $3.00 | | | |
| 09/02/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (9.00) | |
| 09/02/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #6546745 - $9.00 | | | |
| 09/02/2004 | | Invoice #6546745 | 9.00 | | |
| 09/02/2004 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #441905123 - $9.00 | | | |
| 09/16/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (3.00) | |
| 09/16/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #6709880 - $3.00 | | | |
| 09/16/2004 | | Invoice #6709880 | 3.00 | | |
| 09/16/2004 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #442017550 - $3.00 | | | |
| 10/13/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (9.00) | |
| 10/13/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #6979073 - $9.00 | | | |
| 10/13/2004 | | Invoice #6979073 | 9.00 | | |
| | FRED | BEXTRA, TABE, 10MG, 00030, #442211861 | | | |

| Date | Name | Description | Charge | Payment | |
|---|---|---|---|---|---|
| 10/13/2004 | KOHLHAPP | - $9.00 | | | |
| 10/27/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (18.00) | |
| 10/27/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #7182884 - $18.00 | | | |
| 10/27/2004 | | Invoice #7182884 | 18.00 | | |
| 10/27/2004 | FRED KOHLHAPP | VIAGRA, TABE, 100MG, 00018, #442361408 - $9.00 | | | |
| 10/27/2004 | FRED KOHLHAPP | ZOCOR, TABE, 20MG, 00090, #442361409 - $9.00 | | | |
| 11/24/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (15.00) | |
| 11/24/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #7540567 - $15.00 | | | |
| 11/24/2004 | | Invoice #7540567 | 15.00 | | |
| 11/24/2004 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #441734106 - $3.00 | | | |
| 11/24/2004 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #441905123 - $9.00 | | | |
| 11/24/2004 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #442017550 - $3.00 | | | |
| 12/18/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (9.00) | |
| 12/18/2004 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #7819042 - $9.00 | | | |
| 12/18/2004 | | Invoice #7819042 | 9.00 | | |
| 12/18/2004 | FRED KOHLHAPP | CELEBREX, CAPE, 200MG, 00090, #442869440 - $9.00 | | | |
| 02/12/2005 | | Invoice #8590777 | 9.00 | | |
| 02/12/2005 | FRED KOHLHAPP | ZOCOR, TABE, 20MG, 00090, #450502514 - $9.00 | | | |
| 03/01/2005 | | Invoice #8807798 | 3.00 | | |
| 03/01/2005 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #441734106 - $3.00 | | | |
| 03/09/2005 | | Invoice #8917814 | 12.00 | | |
| 03/09/2005 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #441905123 - $9.00 | | | |
| 03/09/2005 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #442017550 - $3.00 | | | |
| 04/29/2005 | | Payment by Credit Card #************6517 | | (24.00) | |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 04/29/2005 | | Payment by Credit Card #***********6517 Applied to Invoice #8590777 - $9.00 | | | |
| 04/29/2005 | | Payment by Credit Card #***********6517 Applied to Invoice #8807798 - $3.00 | | | |
| 04/29/2005 | | Payment by Credit Card #***********6517 Applied to Invoice #8917814 - $12.00 | | | |
| 05/16/2005 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (12.00) | |
| 05/16/2005 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #1244556 - $12.00 | | | |
| 05/16/2005 | | Invoice #1244556 | 12.00 | | |
| 05/16/2005 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #441734106 - $3.00 | | | |
| 05/16/2005 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #441905123 - $9.00 | | | |
| 06/15/2005 | | Payment by Credit Card #XXXXXXXXXXXX6517 | | (3.00) | |
| 06/15/2005 | | Payment by Credit Card #XXXXXXXXXXXX6517 Applied to Invoice #1913336 - $3.00 | | | |
| 06/15/2005 | | Invoice #1913336 | 3.00 | | |
| 06/15/2005 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #442017550 - $3.00 | | | |
| 07/25/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (9.00) | |
| 07/25/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #2731406 - $9.00 | | | |
| 07/25/2005 | | Invoice #2731406 | 9.00 | | |
| 07/25/2005 | FRED KOHLHAPP | VIAGRA, TABE, 100MG, 00018, #442361408 - $9.00 | | | |
| 07/28/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (3.00) | |
| 07/28/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #2778722 - $3.00 | | | |
| 07/28/2005 | | Invoice #2778722 | 3.00 | | |
| 07/28/2005 | FRED KOHLHAPP | SALSALATE, TABE, 750MG, 00360, #453439114 - $3.00 | | | |
| 08/02/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (9.00) | |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 08/02/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #2917144 - $9.00 | | | |
| 08/02/2005 | | Invoice #2917144 | 9.00 | | |
| 08/02/2005 | FRED KOHLHAPP | ZOCOR, TABE, 20MG, 00090, #450502514 - $9.00 | | | |
| 08/30/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (3.00) | |
| 08/30/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #3430763 - $3.00 | | | |
| 08/30/2005 | | Invoice #3430763 | 3.00 | | |
| 08/30/2005 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #453931145 - $3.00 | | | |
| 09/04/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (9.00) | |
| 09/04/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #3596782 - $9.00 | | | |
| 09/04/2005 | | Invoice #3596782 | 9.00 | | |
| 09/04/2005 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #454051532 - $9.00 | | | |
| 09/13/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (3.00) | |
| 09/13/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #3798204 - $3.00 | | | |
| 09/13/2005 | | Invoice #3798204 | 3.00 | | |
| 09/13/2005 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #454185782 - $3.00 | | | |
| 10/06/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (9.00) | |
| 10/06/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #4254124 - $9.00 | | | |
| 10/06/2005 | | Invoice #4254124 | 9.00 | | |
| 10/06/2005 | FRED KOHLHAPP | CIALIS, TABE, 20MG, 00015, #454522665 - $9.00 | | | |
| 11/11/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (3.00) | |
| 11/11/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice | | | |

| | | | | |
|---|---|---|---|---|
| | | #5061356 - $3.00 | | |
| 11/11/2005 | | Invoice #5061356 | 3.00 | |
| 11/11/2005 | FRED KOHLHAPP | ELOCON LOTION 60ML, LOTE, 0.1PC, 00001, #455129393 - $3.00 | | |
| 11/26/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (24.00) |
| 11/26/2005 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #5456165 - $24.00 | | |
| 11/26/2005 | | Invoice #5456165 | 24.00 | |
| 11/26/2005 | FRED KOHLHAPP | ZOCOR, TABE, 20MG, 00090, #450502514 - $9.00 | | |
| 11/26/2005 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #453931145 - $3.00 | | |
| 11/26/2005 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #454051532 - $9.00 | | |
| 11/26/2005 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #454185782 - $3.00 | | |
| 01/26/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (9.00) |
| 01/26/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #6802422 - $9.00 | | |
| 01/26/2006 | | Invoice #6802422 | 9.00 | |
| 01/26/2006 | FRED KOHLHAPP | ZETIA, TABE, 10MG, 00090, #460429747 - $9.00 | | |
| 02/19/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (15.00) |
| 02/19/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #7554541 - $15.00 | | |
| 02/19/2006 | | Invoice #7554541 | 15.00 | |
| 02/19/2006 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #453931145 - $3.00 | | |
| 02/19/2006 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #454051532 - $9.00 | | |
| 02/19/2006 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #454185782 - $3.00 | | |
| 03/13/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (22.00) |
| 03/13/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #8131042 - $22.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| 03/13/2006 | | Invoice #8131042 | 22.00 | | |
| 03/13/2006 | FRED KOHLHAPP | CIALIS, TABE, 20MG, 00015, #454522665 - $22.00 | | | |
| 05/24/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 | | (24.00) | |
| 05/24/2006 | | Payment by Check card/Credit card #XXXXXXXXXXXX6517 Applied to Invoice #1114082 - $24.00 | | | |
| 05/24/2006 | | Invoice #1114082 | 24.00 | | |
| 05/24/2006 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #453931145 - $3.00 | | | |
| 05/24/2006 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #454051532 - $9.00 | | | |
| 05/24/2006 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #454185782 - $3.00 | | | |
| 05/24/2006 | FRED KOHLHAPP | ZETIA, TABE, 10MG, 00090, #460429747 - $9.00 | | | |
| 08/24/2006 | | Payment by Check card/Credit card #************6517 | | (12.00) | |
| 08/24/2006 | | Payment by Check card/Credit card #************6517 Applied to Invoice #3732490 - $12.00 | | | |
| 08/24/2006 | | Invoice #3732490 | 12.00 | | |
| 08/24/2006 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #465165957 - $3.00 | | | |
| 08/24/2006 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #465165984 - $9.00 | | | |
| 09/14/2006 | | Payment by Check card/Credit card #************6517 | | (12.00) | |
| 09/14/2006 | | Payment by Check card/Credit card #************6517 Applied to Invoice #4417338 - $12.00 | | | |
| 09/14/2006 | | Invoice #4417338 | 12.00 | | |
| 09/14/2006 | FRED KOHLHAPP | HYDROCHLOROTHIAZIDE, TABE, 25MG, 00090, #465165957 - $3.00 | | | |
| 09/14/2006 | FRED KOHLHAPP | TOPROL XL, TABE, 100MG, 00090, #465165984 - $9.00 | | | |
| 10/16/2006 | | Payment by Check card/Credit card #************6517 | | (3.00) | |
| 10/16/2006 | | Payment by Check card/Credit card #************6517 Applied to Invoice #5268672 - $3.00 | | | |

| Date | Name | Description | Charge | Payment | |
|---|---|---|---|---|---|
| 10/16/2006 | | Invoice #5268672 | 3.00 | | |
| 10/16/2006 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00090, #466360504 - $3.00 | | | |
| 10/29/2006 | | Payment by Check card/Credit card #************6517 | | (3.00) | |
| 10/29/2006 | | Payment by Check card/Credit card #************6517 Applied to Invoice #5688222 - $3.00 | | | |
| 10/29/2006 | | Invoice #5688222 | 3.00 | | |
| 10/29/2006 | FRED KOHLHAPP | LISINOPRIL, TABE, 20MG, 00180, #466675880 - $3.00 | | | |
| 10/30/2006 | | Payment by Check card/Credit card #************6517 | | (22.00) | |
| 10/30/2006 | | Payment by Check card/Credit card #************6517 Applied to Invoice #5688095 - $22.00 | | | |
| 10/30/2006 | | Invoice #5688095 | 22.00 | | |
| 10/30/2006 | FRED KOHLHAPP | CIALIS, TABE, 20MG, 00018, #466675741 - $22.00 | | | |
| 01/02/2007 | | Payment by Check card/Credit card #************6517 | | (3.00) | |
| 01/02/2007 | | Payment by Check card/Credit card #************6517 Applied to Invoice #7554274 - $3.00 | | | |
| 01/02/2007 | | Invoice #7554274 | 3.00 | | |
| [redacted] | | [redacted] | | | |
| 02/05/2007 | | Invoice #8776433 | 9.00 | | |
| [redacted] | | [redacted] | | | |
| 03/06/2007 | | Invoice #9789467 | 9.00 | | |
| [redacted] | | [redacted] $9.00 | | | |
| 05/18/2007 | | Payment by Check card/Credit card #************6517 | | (18.00) | |
| 05/18/2007 | | Payment by Check card/Credit card #************6517 Applied to Invoice #8776433 - $9.00 | | | |
| 05/18/2007 | | Payment by Check card/Credit card #************6517 Applied to Invoice #9789467 - $9.00 | | | |
| | | Payment by Check card/Credit card | | | |

| Date | | Description | | Amount |
|---|---|---|---|---|
| 06/11/2007 | | #***********6517 | | (9.00) |
| 06/11/2007 | | Payment by Check card/Credit card #***********6517 Applied to Invoice #3989628 - $9.00 | | |
| 06/11/2007 | | Invoice #3989628 | 9.00 | |
| 06/24/2007 | | Payment by Check card/Credit card #***********6517 | | (3.00) |
| 06/24/2007 | | Payment by Check card/Credit card #***********6517 Applied to Invoice #4451777 - $3.00 | | |
| 06/24/2007 | | Invoice #4451777 | 3.00 | |
| 06/25/2007 | | Payment by Check card/Credit card #***********6517 | | (3.00) |
| 06/25/2007 | | Payment by Check card/Credit card #***********6517 Applied to Invoice #4462818 - $3.00 | | |
| 06/25/2007 | | Invoice #4462818 | 3.00 | |
| 08/01/2007 | | Payment by Check card/Credit card #***********6517 | | (22.00) |
| 08/01/2007 | | Payment by Check card/Credit card #***********6517 Applied to Invoice #5637517 - $22.00 | | |
| 08/01/2007 | | Invoice #5637517 | 22.00 | |
| 08/09/2007 | | Payment by Check card/Credit card #***********6517 | | (3.00) |
| 08/09/2007 | | Payment by Check card/Credit card #***********6517 Applied to Invoice #5924844 - $3.00 | | |
| 08/09/2007 | | Invoice #5924844 | 3.00 | |
| 09/30/2007 | | Payment by Check card/Credit card #***********6517 | | (3.00) |
| | | Payment by Check card/Credit card | | |

| 09/30/2007 | | #************6517 Applied to Invoice #7599888 - $3.00 | | | |
|---|---|---|---|---|---|
| 09/30/2007 | | Invoice #7599888 | 3.00 | | |
| | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | |
| | | | | | 0.00 |

| Charges | + | Sales Tax | = | Total Charges | - | Payments | = | Balance |
|---|---|---|---|---|---|---|---|---|
| 408.00 | | 0.00 | | 408.00 | | 408.00 | | 0.00 |

| first name Middle | ID | rx clm key | cl id | clm | mbr id | mbr sk cd | mbr lst nm | mbr em | mbr last nm | mbr birth dt | mbr sex cd | alt mbr id | alt mbr id 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13492 | 1000201270 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 1000402091 | | | | | | | | | | 0 | 0 |
| | 13496 | 1000402221 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 1000423017237 | | | | | | | | | | 0 | 0 |
| | 13498 | 1000403151 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 1000205617 | | | | | | | | | | 0 | 0 |
| | 13497 | 1000403151 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 20007118 | | | | | | | | | | 0 | 0 |
| | 13494 | 1000401170 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 99006304 | | | | | | | | | | 0 | 0 |
| | 13493 | 1000312211 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 11017662 | | | | | | | | | | 0 | 0 |
| | 13495 | 1000402091 | QA1 | HEALTHCA RE | 3912695559 | 00 | | | | 26-Mar-32 | M | 3912695590 | 3912695590 |
| | | 02006558 | | | | | | | | | | 0 | 0 |

| pd-as-su | disp-qty | pcv-mbr-no | pcv-nm | prscb-id | prscb-fst-nm | prscb-mi | prscb-last-nm | rx-no | fill-dt | n-stat | adr-line | city | st-cd | zip-5 | zip-4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 30 | 0313382 | OSCO DRUG #9221 | BB3591333 | | | | 000571602 | 23-Jan-02 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 30 | 30 | 0323903 | PHARMACY #1637 | AR461770B | | | | 006633363 | 20-Feb-04 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 60 | 60 | 0323903 | PHARMACY #1637 | AT3147572 | | | | 006632493 | 14-Mar-04 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 90 | 180 | 0323903 | PHARMACY #1637 | AT3147572 | | | | 006631957 | 14-Mar-04 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 60 | 60 | 0323903 | PHARMACY #1637 | AT3147572 | | | | 006632493 | 15-Jan-04 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 90 | 180 | 0323903 | PHARMACY #1637 | AT3147572 | | | | 006631957 | 19-Dec-03 | P | E MAIN | MESA | AZ | 85123 | 0000 |
| 90 | 90 | 0323903 | PHARMACY #1637 | AT3147572 | | | | 006633045 | 06-Feb-04 | P | E MAIN | MESA | AZ | 85123 | 0000 |