UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Donald Wagner, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3084-EEF-DEK | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| "And only regarding Roland Lively" | * | |

*******************************************

## ORDER

Upon due consideration of plaintiff's counsel's Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Roger C. Denton and Schlichter, Bogard & Denton, are withdrawn as counsel of record for plaintiff, Roland Lively.

IT IS SO ORDERED.

DATED: _____          _____
                                Judge Eldon E. Fallon
                                United States District Court Judge

3