UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| Donald Wagner, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3084-EEF-DEK | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| "And only regarding Roland Lively" | * | |

*******************************************

## PLAINTIFF'S COUNSEL'S DECLARATION

In support of the Motion to Withdraw and in compliance with Pretrial Order 36, the law firm of Schlichter, Bogard, and Denton states as follows:

1. Counsel has communicated to the Plaintiff both verbally and in writing his intention and reason to withdraw from the case.

2. Counsel sought Plaintiff's consent to withdraw but has been unable to obtain it. In additional, Counsel will send to the Plaintiff a copy of the Motion to Withdraw, the Declaration and the Proposed Order to the Plaintiff via Federal Express to the last know address of the plaintiff. The Plaintiff's last known address is 137 North Division DuQuoin, IL 62832.

Respectfully submitted this ___8___ day of August, 2008

_____
Roger C. Denton
Schlichter, Bogard, and Denton
100 South Fourth Street, Ste. 900
Saint Louis, MO 63102
*Attorney for Plaintiff*