UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| **Flossie Batt, et al. v. Merck & Co., Inc.** | * | |
| **Civil Action No: 2:05-cv-5139-EEF-DEK** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| **"And only regarding Teresa Hall"** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon due consideration of plaintiff's counsel's Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Roger C. Denton and Schlichter, Bogard & Denton, are withdrawn as counsel of record for plaintiff, Teresa Hall.

IT IS SO ORDERED.

DATED: _____    _____
Judge Eldon E. Fallon
United States District Court Judge

3