UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| **This document relates to:** | SECTION: L |
| | Judge Fallon |
| CHARLES LUKAS, | Docket No.: 2:08 - cv-3575 |
| Plaintiff, | |
| vs. | |
| MERCK & COMPANY, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, Charles Lucas, against defendant, Merck & Co., Inc. be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: August 7, 2008

PEARSON, RANDALL AND SCHUMACHER, P.A.

By: _____
Gale D. Pearson – 244673
Matthew J. Schumacher – 244946
Stephen J. Randall – 221910
100 South Fifth Street, Suite 1025
Minneapolis, MN 55402
(612) 767-7500

and

William Y. Christie
Daniel H. Rider, Jr.
WILLIAM Y. CHRISTIE, P.C.
1350 Main Street, 3rd Floor
Springfield, MA 01103
(413) 736-0029

ND: 4819-3928-2946

Attorneys for Plaintiff

Dated: August __, 2008          STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: _____
    Phillip A. Wittmann, 13265
    Dorothy H. wimberly, 18509
546 Carondelet St.
New Orleans, LA 70130
Telephone: (504) 581-3200
Attorneys for Defendant

Dated: August 8, 2008          HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: _Jan R. McLean Bernier_ (signature)
    Scott A. Smith – Reg. No. 174026
    Amanda M. Cialkowski – Reg. No. 306514
    Jan R. McLean Bernier – Reg. No. 307853
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of August, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2