UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**

*Jenkins v. Merck & Co., Inc.*, No. 05-4416

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the claim of Melvin Brasuell in the above captioned matter, be and the same is hereby dismissed, with prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana, this 11th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

-1-