# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Dorothy Aus, et al. v. Merck & Co.,* | * | |
| *Inc., Docket No. 2:06-cv-10167* | * | MAGISTRATE JUDGE |
| | * | |
| *Only as to plaintiffs Connie Blodgett;* | * | KNOWLES |
| *Robert and Sheila Hubbard; Mason* | * | |
| *and Deborah Stabler; and Alfredea* | * | |
| *and Edward Weikel-Melton* | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Connie Blodgett, Robert and Sheila Hubbard, Mason and Deborah Stabler, and Alfredea and Edward Weikel-Melton in the above-captioned case be and they hereby are dismissed with prejudice, with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of August, 2008.

_____
DISTRICT JUDGE

939871v.1