UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Margie Acey, et al. v. Merck & Co.,* | * | |
| *Inc., Docket No. 2:06-cv-10173* | * | MAGISTRATE JUDGE |
| | * | |
| *Only as to plaintiffs Pamela and* | * | KNOWLES |
| *Samuel Baker* | * | |
| | * | |
| ************************************ | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Pamela and Samuel Baker in the above-captioned case be and they hereby are dismissed with prejudice, with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of August, 2008.

_____
DISTRICT JUDGE

939876v.1