UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

**This document relates to:**

Judge Fallon

*Charles Lukas v. Merck & Co., Inc.,*
*Docket No. 2:08-cv-3575*

Magistrate Judge Knowles

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice as to defendant, Merck & Co., Inc.,

IT IS ORDERED that all claims of plaintiff Charles Lukas in the above-captioned case be and they hereby are dismissed with prejudice, with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of August, 2008.

_____
Eldon E. Fallon – District Judge

ND: 4829-9631-3090