| | |
|---|---|
| DORIS HAYNES and DANNY HAYNES, husband and wife,<br><br>                    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                    Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>CASE NO. 2:06-CV-10327<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

   Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs, Doris Haynes and Danny Haynes, individually, against Defendant Merck & Co., Inc. and all other named Defendants filed by James F. Humphreys & Associates be dismissed in their entirety with prejudice, each party to bear its own costs.

   The Plaintiffs, Doris Haynes and Danny Haynes, had a Vioxx claim filed on their behalf by J. Franklin Long, Esquire of the Law Offices of J. Franklin Long. It is the Plaintiffs intent that the Law Offices of J. Franklin Long continue representation of them in their Vioxx claim. Therefore, the law office of James F. Humphreys & Associates, L.C. is hereby dismissing the above-referenced claim which was filed on Plaintiffs behalf. This dismissal shall have no bearing on the civil action filed by the Law Offices of J. Franklin Long.

_Christopher W. Luzier_ (signature)
Christopher W. Luzier, Esquire
Law Offices of James F Humphreys &
Associates, L.C.
500 Virginia Street, East
Suite 800, United Center
Charleston, WV 25301
(304) 347-5050
Dated: 2/20/08

_Dorothy H. Wimberly_ (signature), 18509
[Attorney for Merck & Co., Inc]
[Firm Name, Address and Telephone]
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans LA 70130
Dated: 8/12/08
504-581-3200

VE102 11/28/07

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of August, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1