| | |
|---|---|
| SHIRLEY BUTCHER,<br><br>                Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>CASE NO. 2:06-CV-10332<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Shirley Butcher, individually, against Defendant Merck & Co., Inc. and all other named Defendants filed by James F. Humphreys & Associates be dismissed in their entirety with prejudice, each party to bear its own costs.

The Plaintiff, Shirley Butcher, had a Vioxx claim filed on her behalf by the Masters Law Firm. It is the Plaintiff's intent that the Masters Law Firm continue representation of her in her Vioxx claim. Therefore, the law office of James F. Humphreys & Associates, L.C. is hereby dismissing the above-referenced claim which was filed on Plaintiff's behalf. This dismissal shall have no bearing on the civil action filed by the Masters Law Firm.

_____
Christopher W. Luzier, Esquire
Law Offices of James F Humphreys &
Associates, L.C.
500 Virginia Street, East
Suite 800, United Center
Charleston, WV 25301
(304) 347-5050
Dated: 2-25-08

_____
[Attorney for Merck & Co., Inc]
[Firm Name, Address and Telephone]
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Dated: 3/3/08

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of August, 2008.

                                                        */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1