UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Shirley Butcher   v. Merck* | * | KNOWLES |
| *Co., Inc.; Docket No. 2:06-cv-10332* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiffs Shirley Butcher, by James F. Humphreys & Associates, their attorney, and the Defendant, Merck & Co., Inc. and all other named Defendants, by its attorney(s), and represented to the Court that Plaintiff is voluntarily dismissing this civil action, with prejudice as it is a duplicative case.

There being no objection by any party to this action, the Court does hereby Order this action dismissed, with prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

940663v.1