

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG  8 2008

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-139)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,721 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee
___ Process
_X_ Dkd
___ CRmDep
___ Doc. No

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 1657

## SCHEDULE CTO-139 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC  1  08-1176 | District of Columbia ex rel. Kenneth Walker v. Merck & Co., Inc. | **08-4148** |
| **MINNESOTA** | | |
| MN  0  08-4586 | Val Peirce, et al. v. Merck & Co., Inc. | **08-4149** |
| **NEW YORK SOUTHERN** | | |
| NYS  1  08-4747 | Lydia Arocho v. Merck & Co., Inc. | **08-4150** |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                    MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-139)

Miriam Bourdette
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291

Russ M. Herman
HERMAN HERMAN KATZ &
   COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Katherine Leong
WILLIAMS & CONNOLLY
725 12th Street, NW
Washington, DC 20005

H. Vincent McKnight, Jr.
ASHCRAFT & GEREL LLP
2000 L Street, NW
Suite 400
Washington, DC 20036

Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Ira C. Podlofsky
PODLOFSKY & ORANGE
98 Cutter Mill Road
Suite 299 North
Great Neck, NY 11021

Matthew J. Schumacher
PEARSON RANDALL & SCHUMACHER PA
Fifth Street Towers, Suite 1025
100 South Fifth Street
Minneapolis, MN 55402

Phillip A. Wittmann
STONE PIGMAN WALTHER &
   WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 7, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-139)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 22, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
April C. Layne
Docket Specialist

Attachments

cc: Transferee Judge:   Judge Eldon E. Fallon
    Transferor Judges: Judge George B. Daniels; Judge Paul L. Friedman; Judge John R. Tunheim
    Transferor Clerks: Nancy Mayer-Whittington; Richard Sletten; J. Michael McMahon

JPML Form 36A