UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| George Hervey v. Merck & Co., | § | |
| Inc., Docket No. 05-0546 | § | KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of The Lanier Law Firm, P.C., Counsel of Record for George Hervey, moves the Court for an order granting leave for Counsel to withdraw as Counsel of Record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff may have suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action...with which the lawyer has a fundamental disagreement."

3. Given Plaintiff's failure, as of this date, to consent to Counsel's withdrawal, it appears that Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

4. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought Plaintiff's

consent to withdraw but, as of this date, has been unable to obtain it. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order via certified mail.

5. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiffs' last known address is 4183 Woodlawn Avenue, Beaumont, Texas 77703.

6. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

7. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, The Lanier Law Firm, P.C. urges the Court to grant it's motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 12th day of August, 2008.

THE LANIER LAW FIRM

BY: *signature*
W. Mark Lanier
TSB# 11934600
Kenneth S. Soh
TSB# 00794670
Patrick N. Haines
TSB# 00784191
Maura Kolb
TSB# 00794113
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically field with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 12th day of August, 2008

*/s/ Marion Hole*

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | KOLB | MAURA | |

| **Name of Law Firm** | The Lanier Law Firm |
|---|---|

| **Current Address** | Street: 6810 FM 1960 West |
|---|---|
| | City: Houston / State: TX / Zip: 77069 / Country: US |

| **Telephone Number** | 713 659-5200 | **Facsimile** | 713 659-2204 | **Email** | mck@lanierlawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Hervey | George | |

| **Plaintiff Address** | Street: 4183 Woodlawn Ave |
|---|---|
| | City: Beaumont / State: TX / Zip: 77703 / Country: US |

| **Telephone Number** | 409 896-2962 | **Facsimile** | NA | **Email** | NA |
|---|---|---|---|---|---|

| **Case Caption** | Myrtle Louise Bell, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 05-0546 |
| **Court Where Case is Pending** | U.S.D.C. — ED of Louisiana; MDL 1657 |

#343313
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) |
|---|
| **C. COMPLIANCE WITH PTO NO. 36** |
| ☒ I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.<br>Name of Publication: **The Beaumont Enterprise**<br>Dates of Publication: **July 4, 5, 6, 2008** |
| ☒ I sent a letter to the Plaintiff by certified mail on **7-11-08** (*date*) to the Plaintiff's last known address that included the following:<br><br>a. The Motion to Withdraw;<br>b. A copy of PTO No. 36;<br>c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** |
| I certify under penalty of perjury that the foregoing is true and correct. |
| Date Signed: **8/12/08** (Month/Day/Year)     *[signature]* Counsel |

#343313
4/23/08

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| George Hervey  v. Merck & Co., | § | |
| Inc., Docket No. 05-0546 | § | KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that The Lanier Law Firm, P.C., are hereby withdrawn as Counsel of Record for George Hervey .

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**