UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Gerald McLaughlin and Cynthia McLaughlin, h/w v. Merck & Co. Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Edward M. Scolnick, M.D., Civ. No. A. No. 06-01404*

MDL Docket No. 1657
SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Gerald McLaughlin and Cynthia McLaughlin, against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick be dismissed in their entirety with prejudice, with each party to bear its own costs.

Lee B. Balefsky
Nineteenth Floor
1525 Locus Street
Philadelphia, PA 19102
(215) 772-1000

*Counsel for Plaintiffs*

Dated: 7-30-08

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 8/8/08

V1013
Debra Beyer Stipulation of Dismissal.DOC

*[signature]*
_____   _____
Fred P. Magaziner                    Mark. A Berman
Dechert LLP                          Hartmann Doherty Rosa & Berman, LLC
Cira Centre                          126 State Street
2929 Arch Street                     Hackensack, NJ 07601
Philadelphia, PA 19104               (201) 441-9435
(215) 994-4000

*Counsel for Defendant Peter S. Kim*   *Counsel for Defendant Louis M. Sherwood*

Dated: _____              Dated: _____


_____   _____
William J. Winning                   William H. Gussman, Jr.
Cozen O'Connor                       Schulte, Roth, & Zabel LLP
1900 Market Street                   919 Third Avenue
Philadelphia, PA 19103               New York, NY 10022
(215) 665-2093                       (212) 756-2000

*Counsel for Defendant David W. Anstice*   *Counsel for Defendant Edward M. Scolnick*

Dated: _____              Dated: _____


V1013
Debra Beyer Stipulation of Dismissal.DOC

| | |
|---|---|
| Fred T. Magaziner<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>*Counsel for Defendant Peter S. Kim*<br><br>Dated: _____ | Mark. A Berman<br>Hartmann Doherty Rosa & Berman, LLC<br>126 State Street<br>Hackensack, NJ 07601<br>(201) 441-9435<br><br>*Counsel for Defendant Louis M. Sherwood*<br><br>Dated: _____ |
| William J. Winning<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2093<br><br>*Counsel for Defendant David W. Anstice*<br><br>Dated: _____ | /s/ William H. Gussman, Jr.<br>William H. Gussman, Jr.<br>Schulte, Roth, & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br><br>*Counsel for Defendant Edward M. Scolnick*<br><br>Dated: 8/5/08 |

V1013
Debra Beyer Stipulation of Dismissal.DOC

---

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

---

Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

---

*[signature: William J. Winning]*

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: __8-5-08__

---

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

V1013
Debra Beyer Stipulation of Dismissal.DOC

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: 8/5/08

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

V1013
Debra Beyer Stipulation of Dismissal.DOC

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of August, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2