UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Gerald McLaughlin and Cynthia* | * | JUDGE FALLON |
| *McLaughlin v. Merck & Co., Inc.,* | * | |
| *Peter S. Kim, PhD, Louis M. Sherwood,* | * | MAGISTRATE JUDGE |
| *PhD, David W. Anstice, PhD, Edward* | * | KNOWLES |
| *M. Scolnick, M.D.* | * | |
| | * | |
| *No. 06-01404* | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Gerald McLaughlin and Cynthia McLaughlin, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

941026v.1