UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Norman and Bonnie Anderson  v.* | * | JUDGE FALLON |
| *Merck & Co., Inc., Peter S. Kim, PhD,* | * | |
| *Louis M. Sherwood, PhD, David W.* | * | MAGISTRATE JUDGE |
| *Anstice, PhD, Edward M. Scolnick,* | * | KNOWLES |
| *M.D.* | * | |
| | * | |
| *No. 06-3107* | * | |
| | * | |
| | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Norman and Bonnie Anderson, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

941028v.1