UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Doris Haynes and Danny Haynes   v. Merck* | * | KNOWLES |
| *Co., Inc.; Docket No. 2:06-cv-10327* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiffs Danny and Doris Haynes, by James F. Humphreys & Associates, their attorney, and the Defendant, Merck & Co., Inc. and all other named Defendants, by its attorney(s), and represented to the Court that Plaintiff is voluntarily dismissing this civil action, with prejudice as it is a duplicative case.

There being no objection by any party to this action, the Court does hereby Order this action dismissed, with prejudice.

NEW ORLEANS, LOUISIANA, this 13th day of August, 2008.

_____
DISTRICT JUDGE

940695v.1