UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Rhonda Hammond v. Merck & Co.,* | * | JUDGE FALLON |
| *Inc., Peter S. Kim, PhD, Louis M.* | * | |
| *Sherwood, PhD, David W. Anstice,* | * | MAGISTRATE JUDGE |
| *PhD, Edward M. Scolnick, M.D.* | * | KNOWLES |
| | * | |
| *No. 06-4195* | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Rhonda Hammond, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2008.

_____
DISTRICT JUDGE

941029v.1