## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                                    *          MDL Docket No. 1657
                                                  *
PRODUCTS LIABILITY                                *          SECTION L
LITIGATION                                        *
                                                  *          JUDGE FALLON
This document relates to:                         *
                                                  *          MAGISTRATE JUDGE
*Shirley Butcher   v. Merck*                      *          KNOWLES
*Co., Inc.; Docket No. 2:06-cv-10332*             *
                                                  *
*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiffs Shirley Butcher, by James F. Humphreys & Associates, their

attorney, and the Defendant, Merck & Co., Inc. and all other named Defendants, by its

attorney(s), and represented to the Court that Plaintiff is voluntarily dismissing this civil action,

with prejudice as it is a duplicative case.

There being no objection by any party to this action, the Court does hereby Order this

action dismissed, with prejudice.


NEW ORLEANS, LOUISIANA, this 13th day of _____August_____, 2008.

_____
                        DISTRICT JUDGE

940663v.1