IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30772

CV 05-1657-L

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2008
Charles R. Fulbruge III
Clerk

AVMED INC; AETNA INC; ARKANSAS BLUE CROSS AND BLUE SHIELD, A Mutual Insurance Company; HMO PARTNERS INC doing business as, Health Advantage; USABLE LIFE; ET AL

Plaintiffs - Appellants

v.

BROWNGREER PLC; US BANCORP INC; UNIDENTIFIED PARTIES

Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING AND DENNIS, Circuit Judges.*

PER CURIAM:

  IT IS ORDERED that appellees' unopposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

\* This case is decided by a quorum. 28 U.S.C. § 46(d)

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 8, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 08-30772    In Re: Vioxx Prod
       USDC No.   2:08-CV-1633
                   2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                      By: _____
                            Kim Folse, Deputy Clerk
                            504-310-7712

cc: w/encl:
    Mr Richard W Cohen
    Mr Mark D Fischer
    Ms Alexandra Giselle White
    Mr James B Irwin

MDT-1