FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 12 PM 1:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-4646 |
| | MDL NO. 1657 |
| ROSEMARY LONDON, | SECTION: L/3 |
| *Plaintiff,* | JUDGE FALLON |
| VS. | MAG. JUDGE KNOWLES |
| MERCK & CO., INC. | |
| *Defendant.* | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, ROSEMARY LONDON, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 8/8/08

_____
ATTORNEY FOR MERCK & CO., INC.

Dated: 8-8-2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Mr. Richard L. Josephson, Baker Botts, L.L.P, 910 Louisiana Street, Houston, Texas 77002, attorney for Merck & Co., Inc., on this 8th day of August, 2008. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal With Prejudice

Having spoken with Rosemary London to review her file for her claim against Merck & Co., Inc., Rosemary London has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-4646.

Dated this 8th day of August 2008.

JOSEPH R. ALEXANDER, JR.