FILED '08 AUG 14 13:32 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES | § § § § § | |
| THIS DOCUMENT RELATES TO: | § § | DOCKET NO. CA 05-4646 |
| | § | MDL NO. 1657 |
| ROSEMARY LONDON, | § § | SECTION: L/3 |
| | § § | |
| *Plaintiff,* | § § | JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| VS. | § § | |
| MERCK & CO., INC. | § § | |
| *Defendant.* | § § § § § § § § § § § | |

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Rosemary London, <u>ONLY</u>, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 13 day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE