UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | ) | |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) ) | MDL Docket No. 1657 |
| | ) | SECTION L |
| *GENE WARMANN,* | ) | |
| | ) | JUDGE FALLON |
| Plaintiff, | ) | |
| | ) | MAGISTRATE |
| vs. | ) | JUDGE KNOWLES |
| | ) | |
| *MERCK & CO., INC. et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO REOPEN CASE

COMES NOW Plaintiff, by and through counsel, and for his Motion to Reopen Case states to the Court as follows:

1. On 8/14/07, plaintiff and defendant filed their stipulation for dismissal of this matter without prejudice along with Motion for same, copies attached hereto.

2. The Court entered Order f Dismissal without prejudice on 8/15/07, a copy attached hereto.

3. The parties further agreed that upon refiling, that Plaintiff would proceed with the case within this MDL in the United States District Court for the Eastern District of Louisiana.

4. That Plaintiff wishes to reopen/refile this matter, and contacted the Clerk of the Court handling Vioxx liability litigation, and was advised to file a Motion to Reopen with proposed Order.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests this Court to enter Order reopening this case.

        Respectfully submitted,

        MARTIN, MALEC & LEOPOLD P.C.

        _____
        James M. Martin – ED #3754
        1007 Olive – 5th Floor
        St. Louis MO 63101
        (314) 231-3323
        (314) 231-6739 facsimile
        E-Mail:  mmllaw@swbell.net

## PROOF OF SERVICE

I hereby certify that the above and foregoing Motion to Reopen has been served on liaison counsel, Philip Wittmann/Dorothy Wimberly by U.S. Mail and E-Mail, and by E-Mail upon all parties by electronically uploading the same to LexisNexus File & Serve, and that the foregoing was electronically filed with the Clerk of the Court for United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 1657.

_____