UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | ) | |
| | ) | |
| PRODUCTS LIABILITY | ) | MDL Docket No. 1657 |
| LITIGATION | ) | |
| | ) | SECTION L |
| *GENE WARMANN,* | ) | |
| | ) | JUDGE FALLON |
| Plaintiff, | ) | |
| | ) | MAGISTRATE |
| vs. | ) | JUDGE KNOWLES |
| | ) | |
| *MERCK & CO., INC. et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon Motion to Reopen Case filed by Plaintiff herein, this Court enters its Order granting same and reopening said matter under MDL Docket No. 1657, and Member Docket #2:05CV-6740.


Date: _____          _____
                              Judge