

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES <br><br> THIS DOCUMENT RELATES TO: <br><br> JIMMY R. SCARBOROUGH, SR., <br> AMANDA L. SCARBOROUGH, <br> JENNIFER R. SCARBOROUGH, and <br> JIMMY R. SCARBOROUGH, JR., <br> Individually and as Representatives of the <br> Estate of BARBARA LEGAIL <br> SCARBOROUGH, Deceased <br><br> *Plaintiffs,* <br><br> VS. <br><br> MERCK & CO., INC. <br><br> *Defendant.* | DOCKET NO. CA 05-3939 <br><br> MDL NO. 1657 <br><br> SECTION: L/3 <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiffs Jimmy R. Scarborough, Sr., Amanda L. Scarborough, Jennifer R. Scarborough and Jimmy R. Scarborough, Jr., Individually and as Representatives of the Estate of Barbara Legail Scarborough, Deceased, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 13th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE