IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 </br> ) Section L </br> ) |
| This Document Relates to: | ) JUDGE FALLON </br> ) MAG. JUDGE KNOWLES |
| *ELAINE BOSSELL, et al. v. Merck & Co., Inc.* </br> **DOCKET NO. 02:05cv4132** </br> **As to Plaintiff Richard Jackson ONLY** | ) </br> ) </br> ) </br> ) </br> ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firms of Robinson, Calcagnie & Robinson, Inc. and Peterson & Associates, P.C., Counsel of record for Richard Jackson, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action . . . with which the lawyer has a fundamental disagreement."

2. A personality conflict has arisen between Counsel and Mr. Jackson, making it unreasonably difficult to represent the client. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3. Should the Court require any additional information, Counsel are prepared to provide the Court with additional details in camera.

For these reasons, Robinson, Calcagnie & Robinson and Peterson & Associates, P.C. urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 14th day of August, 2008.

 /s/ Mark. P. Robinson, Jr.
Mark R. Robinson, Esquire
Alexis Myer, Esquire
**ROBINSON, CALCAGNIE &
ROBINSON, INC.**
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660

and

**PETERSON & ASSOCIATES, P.C.**
David M. Peterson, MO#32229
Nicholas S. Clevenger, MO#57171
D. Todd Mathews, MO#52502
Park Plaza Building
801 W. 47th St., Suite 107
Kansas City, MO 64112
816-531-4440
816-531-0660 FAX
**ATTORNEYS FOR PLAINTIFF**

## PLAINTIFF'S STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2008.

      /s/  Alexis Myer
      Alexis Myer, Esquire