IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 <br> ) Section L <br> ) |
| This Document Relates to: | ) JUDGE FALLON <br> ) MAG. JUDGE KNOWLES |
| *ELAINE BOSSELL, et al. v. Merck & Co., Inc.* <br> **DOCKET NO. 02:05cv4132** <br> **As to Plaintiff Richard Jackson ONLY** | ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MOLLY K. O'BRIEN
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

1. I am an attorney licensed to practice before this Court. I am an associate of the firm Robinson, Calcagnie & Robinson, counsel of record for numerous Plaintiffs in this action. I have personal knowledge of the facts set forth below and I could competently testify to them if called as a witness.

2. My office has communicated with Plaintiff Richard Jackson regarding his Vioxx claim and has explained to Mr. Jackson the reasons for which we are seeking to withdraw from representation

3. Good cause exists for permitting withdrawal of Robinson, Calcagnie & Robinson as counsel for Plaintiff, in that a personality conflict has arisen, making it unreasonably difficult for the firm to continue to represent the client in this action.

4.     Should the Court require specificity regarding the nature of the conflict which is the subject of this motion, I request that the Court permit an in-camera hearing so that I may provide the Court with such additional information as the Court may deem necessary.

5.     A copy of this motion has been mailed via Certified Mail to the Plaintiff, whose last known residence address is 2600 Askew, Kansas City, MO 64127.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 14, 2008                         ___/s/ Molly K. O'Brien_____
                                                                MOLLY K. O'BRIEN