IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 <br> ) Section L |
| _____ ) | |
| This Document Relates to: | ) JUDGE FALLON <br> ) MAG. JUDGE KNOWLES |
| | |
| *ELAINE BOSSELL, et al. v. Merck & Co., Inc*. <br> **DOCKET NO. 02:05cv4132** <br> **As to Plaintiff Richard Jackson ONLY** | ) <br> ) <br> ) <br> ) <br> ) |
| _____ ) | |

### **[PROPOSED] ORDER**

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Robinson, Calcagnie & Robinson, Inc., and Peterson & Associates, P.C., are hereby withdrawn as Counsel of Record for Richard Jackson.

**Dated: _____, 2008**

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**