# EXHIBIT A

**Motions to Withdraw with Both Certification A and Certification B On File:** [*]

1. *Annie Bradford, et al vs. Merck & Co., Inc.*, Docket No. 2:05-cv-02328, Brenda Wilson (filed June 30, 2008) (R.Doc. 14924)

2. *Azell Warner, Individually and As Representative of the Estate of Shirlee J. Crosby, Deceased, vs. Merck & Co., Inc.,* Docket No. 2:05-cv-02309 (filed July 15, 2008) (R.Doc. 15293)

3. *Carl Burns vs. Merck & Co., Inc.*, Docket No. 2:05-cv-03575 (filed July 15, 2008) (R.Doc. 15291)

4. *Geraldine Carr vs. Merck & Co., Inc.*, Docket No. 2:05-cv-04350 (filed June 29, 2008) (R.Doc. 14915)

5. *Jeannette Y. Gaspard, Individually and As Representative of the Estate of Jewell M. Young vs. Merck & Co., Inc.*, Docket No. 2:05-cv-4559 (filed July 15, 2008) (R.Doc. 15303)

6. *Mary Bails, et al vs. Merck & Co., Inc.*, Docket No. 2:05-cv-02319, Tina Tibbs (filed June 30, 2008) (R.Doc. 14925)

7. *Patricia Sanders vs. Merck & Co., Inc.*, Docket No. 2:05-cv-06198 (filed June 30, 2008) (R.Doc. 14926)

8. *Shirley Wade-Small-Battle, Individually and As Representative of the Estate of Robert Battle, Deceased vs. Merck & Co., Inc.,* Docket No. 2:05-cv-04092 (filed July 15, 2008) (R.Doc. 15292)

---

[*] Pursuant to PTO 36, plaintiffs' lawyers were instructed by the Court to attach a Certification A which stated, *inter alia*, that counsel:

  1. Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.
  2. Sent a letter to plaintiff by certified mail to plaintiff's last known address . . . .

PTO 36, §I(B)(1)-(2). Counsel were also instructed to file, in turn, a Certification B if the plaintiff had not been located or failed to respond to any communication from plaintiffs' lawyers within sixty (60) days. PTO 36, §I(B)(1)-(2).

941238v.1

**Motions to Withdraw with Certification A On File:**

1. *AMHOUSE vs. Merck & Co., Inc.*, Docket No. 2:06-cv-02216-EEF-DEK, Barbara J. Eagan (filed July 10, 2008) (R.Doc. 15222)

2. *ANDO vs. Merck & Co., Inc.*, Docket No. 2:06-cv-10629-EEK-DEK, J.B. Ross and Ethyl I. Ross (filed July 14, 2008) (R.Doc. 15278)

3. *Annie Bradford, et al vs. Merck & Co., Inc.*, Docket No. 2:05-cv-02328, Dale Weaver (filed June 30, 2008) (R.Doc. 14923)

4. *Bridgette Bradley vs. Merck & Co., Inc.*, No. 2:05cv4789-EEF-DEK (filed June 4, 2008) (R.Doc. 14594)

5. *Lois H. Johnson vs. Merck & Co., Inc.*, Docket No. 05-3155 (filed June 30, 2008) (R.Doc. 14906)

6. *Timothy Cox, et al vs. Merck & Co., Inc.*, Docket No. 2:06cv10152, Karen Giummo (filed June 26, 2008) (R.Doc. 14874)

7. *Trotter, Herbert F. vs. Merck & Co., Inc.*, Docket No. 05-3151, Mary Lee Hill (filed June 30, 2008) (R.Doc. 14904)

8. *William Everett Allen, et al v. Merck, et al,* Docket No. 05-4421, Patricia Williams (filed July 22, 2008) (R.Doc. 15388)

**Motions to Withdraw Filed on Basis That Plaintiff Could Not Be Found or Failed to Respond to Communications, But Have Not Yet Filed Certification A or Certification B:**

1. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Brenetha Robinson (filed June 16, 2008) (R.Doc. 14687)

2. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Emile Russell (filed June 16, 2008) (R.Doc. 14692)

3. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Johnny Lamb, Jr. (filed June 16, 2008) (R.Doc. 14696)

4. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Betty Linder (filed June 16, 2008) (R.Doc. 14684)

5. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Robert Brewer (filed June 16, 2008) (R.Doc. 14698)

6. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Bethel Anzalone (filed June 30, 2008) (R.Doc. 14927)

941238v.1

- 3 -

7.  *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Charlotte Hollis (filed June 30, 2008) (R.Doc. 14930)

8.  *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Floyd Jones (filed June 30, 2008) (R.Doc. 14932)

9.  *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Johnnie Kellum (filed June 30, 2008) (R.Doc. 14933)

10. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Clenis Monette (filed June 30, 2008) (R.Doc. 14934)

11. *Bill Black, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4452, Rodney Teal (filed June 30, 2008) (R.Doc. 14935)

12. *Melvin Cormier, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4991, Leo Brown (filed June 16, 2008) (R.Doc. 14702)

13. *Melvin Cormier, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4991, Earnestine Drake (filed June 30, 2008) (R.Doc. 14936)

14. *Melvin Cormier, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4991, Mahalia Fletcher (filed June 30, 2008) (R.Doc. 14937)

15. *Melvin Cormier, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4991, Antonio Small (filed June 30, 2008) (R.Doc. 14940)

16. *Melvin Cormier, et al vs. Merck & Co., Inc.*, Docket No. 2:05cv4991, Patricia (Robin) Stelly (filed June 30, 2008) (R.Doc. 14941)

941238v.1