# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * **MDL Docket No. 1657** |
| | * |
| PRODUCTS LIABILITY | * **SECTION L** |
| LITIGATION | * |
| | * **JUDGE FALLON** |
| This document relates to: | * |
| | * **MAGISTRATE JUDGE** |
| *AMHOUSE et al. vs. Merck & Co., Inc.,* Docket No. 2:06-cv-02216-EEF-DEK (Barbara J. Eagan only); *ANDO, et al. vs. Merck & Co., Inc.,* No. 2:06-cv-10629-EEK-DEK (J B. Ross and Ethyl I. Ross only); *Mary Bails, et al v. Merck & Co., Inc.,* Docket No. 2:05-cv-02319 (Tina Tibbs only); *Bill Black, et al vs. Merck & Co., Inc.,* Docket No. 2:05cv4452 (Brenetha Robinson, Emile Russell, Johnny Lamb, Jr., Betty Linder, Robert Brewer, Bethel Anzalone, Charlotte Hollis, Floyd Jones, Johnnie Kellum, Clenis Monette, and Rodney Teal only); *Annie Bradford, et al v. Merck & Co., Inc.,* Docket No. 2:05-cv-02328 (Dale Weaver and Brenda Wilson only); *Bridgette Bradley v. Merck & Co., Inc.,* No. 2:05cv4789-EEF-DEK; *Carl Burns v. Merck & Co., Inc.,* Docket No. 2:05-cv-03575; *Geraldine Carr v. Merck & Co., Inc.,* Docket No. 2:05-cv-04350; *Melvin Cormier, et al vs. Merck & Co., Inc.,* Docket No. 2:05cv4991 (Leo Brown, Earnestine Drake, Mahalia Fletcher, Antonio Small, and Patricia (Robin) Stelly only); *Timothy Cox, et al. v. Merck & Co., Inc.,* Docket No. 2:06cvl0152 (Karen Giummo only); *Jeannette Y. Gaspard, Individually and As Representative of the Estate of Jewell M. Young v. Merck & Co., Inc.,* Docket No. 2:05-cv-4559; *Lois H. Johnson v. Merck & Co., Inc.,* Docket No. 05-3155; *Patricia Sanders v. Merck & Co., Inc.,* Docket No. 2:05-cv-06198; *Shirley Wade-Small-Battle, Individually and As Representative of the Estate of Robert Battle, Deceased v. Merck & Co., Inc.,* Docket No. 2:05-cv-04092; *Trotter, Herbert F. v. Merck & Co., Inc.,* Docket No. 05-3151 (Mary Lee Hill); *Azell Warner, Individually and As Representative of the Estate of Shirlee J. Crosby, Deceased, v. Merck & Co., Inc.,* Docket No. 2:05-cv-02309; *William Everett Allen, et al v. Merck, et al,* Docket No. 05-4421 (Patricia Williams only) | * **KNOWLES** * * * * * * * * * * * * * * * * * * * * * * * * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER TO SHOW CAUSE WHY CASES
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the ____ day of September, 2008, at _____ o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the ____ day of September, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the ____ day of September, 2008.

NEW ORLEANS, LOUISIANA, this ____ day of August, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
941252v.1