# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Jennifer Kiyohara-Hasty v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:05-cv-2069* | * | KNOWLES |
| | * | |
| ************************************ | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff Jennifer Kiyohara-Hasty and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims plaintiff against defendant Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| GLASSER & GLASSER, PLC | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| | |
| By: */s/ Marc Grecco* | By: */s/ Dorothy H. Wimberly* |
| Harold S. Lawlor | Phillip A. Wittmann, 13625 |
| Marc Grecco | Dorothy H. Wimberly, 18509 |
| 580 E. Main St., Suite 600 | 546 Carondelet St. |
| Norfolk, VA  23510 | New Orleans, LA  70130 |
| Phone:  757-625-6787 | Phone:  504-581-3200 |
| *Counsel for Plaintiff* | *Counsel for Defendant Merck & Co., Inc.* |

940625v.1

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of August, 2008.

                  */s/ Dorothy H. Wimberly*
                  Dorothy H. Wimberly, 18509
                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                  546 Carondelet Street
                  New Orleans, Louisiana  70130
                  Phone:  504-581-3200
                  Fax:     504-581-3361
                  dwimberly@stonepigman.com

                  Defendants' Liaison Counsel

940625v.1