**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Joel Spencer v. Merck & Co., Inc.*<br>Civil Action No. 05-0597 | **MDL No. 1657**<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**ORDER OF DISMISSAL**

IT IS ORDERED, that all claims of plaintiff Joel Spencer against defendant Merck & CO., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

775453.1