IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCT LIABILITY LITIGATION<br><br>WALTER DOCHSTEINER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>    Defendants. | MDL Docket No. 1657<br><br>Section L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY stipulated and agreed by and between Plaintiffs and Defendant Elliot Pharmacy, Inc. that Plaintiffs' Petition and all of Plaintiffs' claims and causes of action are hereby dismissed with prejudice to the Plaintiffs. [handwritten: out as to JJL]

Each party to bear his/its own costs.

| | |
|---|---|
| **JEFFREY J. LOWE, PC**<br><br>/s/ Jeffrey J. Lowe<br>_____<br>Jeffrey J. Lowe    #10538<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 678-3400<br>Facsimile: (314) 378-3401<br>Attorneys for Plaintiffs | **BUCKLEY & BUCKLEY, L.L.C.**<br><br>/s/ Martin J. Buckley<br>_____<br>Martin J. Buckley    # 2743<br>Tiffani L. Lightle   # 119043<br>1139 Olive Street, Suite 800<br>St. Louis, MO 63101-1928<br>Telephone: (314) 621-3434<br>Facsimile: (314) 621-3485<br>Attorneys for Defendant<br>Elliot Pharmacy, Inc. |