IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates To: ) | |
|     05-00670-ERW ) | |
| ) | |
| WALTER DOCHSTEINER, et al., ) | |
| ) | MDL Docket No. 1657 |
|     Plaintiffs, ) | |
| ) | Section L |
|     v. ) | |
| ) | JUDGE FALLON |
| MERCK & CO., INC., et al., ) | |
| ) | MAGISTRATE JUDGE KNOWLES |
|     Defendants. ) | |
| ) | |

**ORDER**

_____Upon the stipulation of Plaintiff and Defendant Elliot Pharmacy, Plaintiff's Complaint and cause of action as to Elliot Pharmacy is hereby dismissed without prejudice. Each party shall bear his or its own costs.

So Ordered: _____

Dated: _____