IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No.1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| Estate of Lawrence Reeves | * | MAGISTRATE JUDGE |
| c/o Marianne Reeves | * | |
| VCN Number06-6966 | * | |
| | * | KNOWLES |
| | * | |

*******************************************

DECLARATION OF COUNSEL PURSUANT TO PTO 36 II. A.

COMES NOW Jeffery C. Renz, Counsel of record for the Estate of Lawrence Reeves c/o Marianne Reeves, and submits this Declaration of Counsel and shows the Honorable Court as follows:

1. Counsel has communicated with claimant Estate of Lawrence Reeves c/o Marianne Reeves;

2. Counsel has explained to claimant the reasons for seeking to withdraw from the representation of the claimant; and

3. Claimant has consented to Counsel withdrawing from representing claimant in connection with claimant's Vioxx claim, VCN number 06-6966.

Respectfully submitted,

2088 East Main Street
Snellville, GA 30078
770.982.2252

The Law Offices of Robert R. Pagniello, P.C.

_____
Jeffrey C. Renz
Attorney for Claimant
Ga. Bar No. 601010