IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No.1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| Estate of Wesley Allen | * | MAGISTRATE JUDGE |
| c/o Cynthia Allen, VCN number 06-6516 | * | |
| | * | |
| | * | KNOWLES |
| | * | |

*******************************************

DECLARATION OF COUNSEL PURSUANT TO PTO 36 II. A.

COMES NOW Jeffery C. Renz, Counsel of record for the Estate of Wesley Allen c/o Cynthia

Allen, and submits this Declaration of Counsel and shows the Honorable Court as follows:

1.    Counsel has communicated with claimant Estate of Westley Allen

      c/o Cynthia Allen;

2.    Counsel has explained to claimant the reasons for seeking to

      withdraw from the representation of the claimant; and

3.    Claimant has consented to Counsel withdrawing from representing

      claimant in connection with claimant's Vioxx claim, VCN

      number 06-6516

                                   Respectfully submitted,

2088 East Main Street              The Law Offices of Robert R. Pagniello, P.C.
Snellville, GA 30078
770.982.2252

                                   Jeffrey C. Renz
                                   Attorney for Claimant
                                   Ga. Bar No. 601010