UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ) | MDL Docket No. 1657 |
| ) | |
| **PRODUCT LIABILITY** ) | **SECTION L** |
| **LITIGATION** ) | |
| ) | **JUDGE FALLON** |
| ) | |
| This document relates to: ) | **MAGISTRATE JUDGE** |
| *Carmen Prado* ) | |
| *VCN 1112315* ) | **KNOWLES** |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Fichera & Miller, is hereby withdrawn as Counsel of Record for Carmen Prado.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**