# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Fichera | Dominic | R |

| **Name of Law Firm** | Fichera & Miller |
|---|---|

| **Current Address** | Street | 415 N. LaSalle Street-Suite 301 | | | | |
|---|---|---|---|---|---|---|
| | City | Chicago | State | Zip | Country | |
| | | | IL | 60645 | USA | |

| **Telephone Number** | 312/673-2222 | **Facsimile** | 312/673-4545 | **Email** | domfichera@aol.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Prado | Carmen | |

| **Plaintiff Address** | Street | 5606 N. Central Ave. | | | | |
|---|---|---|---|---|---|---|
| | City | Chicago | State IL | Zip 60646 | Country | USA |

| **Telephone Number** | 773/733-2709 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Gabriel Gomez, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 2:05-cv-1003 |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Lopez | Omar | |

| **Address** | Street | 5606 N. Central Ave. | | | | |
|---|---|---|---|---|---|---|
| | City | Chicago | State IL | Zip 60646 | Country | USA |

| **Telephone Number** | 773/733-1875 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Son ) |
|---|---|

#343319                                    1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__/__19__/__08__. (*Record Docket No.* __1657__)
    (Month/Day/Year)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   __8__/__19__/__08__   _[signature]_
                  (Month/Day/Year)                              Counsel

#343319                                    2