# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: RENZ | First: JEFFERY | Middle: C. |
|---|---|---|---|
| Name of Law Firm | LAW OFFICES OF ROBERT R. PAGNIELLO, P.C. | | |

**Current Address**
- Street: 2088 EAST MAIN STREET
- City: SNELLVILLE
- State: GA
- Zip: 30078
- Country: GWINNETT

**Telephone Number:** 770.982.2252  **Facsimile:** 770.982.2544  **Email:** jrenz@pagniello.net

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: SHAW | First: CLARENCE | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: 1816 IRIS ST.
- City: ADEL
- State: GA
- Zip: 31620
- Country:

**Telephone Number:** 229.549.7322  **Facsimile:**   **Email:**

**Case Caption:** In Re Vioxx

**Case Number:** MDL # 1657, VCN # 06-6507

**Court Where Case is Pending:** U.S. Dist. Ct., Eastern Dist. of LA.

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact

| Name | Last: | First: | Middle: |
|---|---|---|---|

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:**   **Facsimile:**   **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☐ Relative (specify relationship: _____ )

#343319                                    1

Case 2:05-md-01657-EEF-DEK   Document 14322-4   Filed 05/06/2008   Page 2 of 2

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__/__19__/__08__. (Record Docket No. __06-6507__)
  (Month / Day / Year)

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| E. SIGNATURE |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

**Date Signed**   __8__/__19__/__08__
  (Month/Day/Year)

_[signature]_ Counsel

#343319

2