UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court is in receipt of the attached letter regarding a payment request from DecisionQuest, Inc. IT IS ORDERED that the parties shall prepare any response to the letter for consideration at the next monthly status conference, which shall be held on August 20th, 2008, at 9:00 a.m.

The Court notes that several of the exhibits attached to the letter appear to contain confidential and/or privileged information. Accordingly, IT IS FURTHER ORDERED that the exhibits to the letter be entered into the record UNDER SEAL, until such time as the seal may be lifted, if ever.

New Orleans, Louisiana, this 13th day of August, 2008.

UNITED STATES DISTRICT JUDGE