UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | **MDL DOCKET NO. 1657** |
| This document relates to: ) | |
| Louisa Occhipinto v. Merck & Co., Inc. ) | **SECTION L** |
| (E.D. LA Index No. 2:05-cv-05364) ) | |
| ) | **JUDGE FALLON** |
| ) | |
| ) | **MAG. JUDGE KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DECLARATION OF PLAINTIFF'S COUNSEL

In support of the Motion to Withdraw and in compliance with Pretrial Order 36, counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff;

3. Counsel will send to the Plaintiff a copy of the Motion to Withdraw, the Declaration and the Proposed Order to the Plaintiff via certified mail to the last known address of the Plaintiff. The Plaintiff's last known address is 315 S. Gladstone Blvd., Kansas City, MO 64124; and

4. Plaintiff consented to withdrawal.

Respectfully submitted, this 19th day of August, 2008

　　　　　　　　　　　　　　　　　/s/ Thomas P. Cartmell
　　　　　　　　　　　　　　　　Thomas P. Cartmell　　MO #45366
　　　　　　　　　　　　　　　　Brian J. Madden　　　　MO #40637
　　　　　　　　　　　　　　　　Thomas J. Preuss　　　 MO #54923
　　　　　　　　　　　　　　　　WAGSTAFF & CARTMELL LLP
　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　Fax (816) 531-2372

James P. Frickleton    MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram    MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever    MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza    MO #32475
Brad Honnold    MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis    MO #34799
Shawn Foster    MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey    Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**