| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Thompson et. al., v. Merck & Co., Inc.* E.D.La. Docket No. 2:05-cv-04055<br>*Mary Ann Terry only* | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion:

IT IS HEREBY ORDERED that the claim of Mary Ann Terry in the above captioned matters be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this __14th__ day of _____August_____, 2008.

_____
UNITED STATES DISTRICT JUDGE