UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITigation | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| N. Nichols et al. v Merck, etc., Case No. 2:06-cv-03737 | * | MAG. JUDGE KNOWLES |

## ORDER

THIS CAUSE, having come before this court's attention on the Plaintiff JOSEPH ENGLAND'S (VCN # 1088405) Motion to Dismiss With Prejudice, and this Court having reviewed the file and being otherwise duly advised in the premises,

IT IS ORDERED AND DECREED that Plaintiff JOSEPH ENGLAND'S Motion to Dismiss With Prejudice be, and the same hereby is, GRANTED. This Order does not affect any other plaintiffs or claims in the complaint N. Nichols et al. v Merck & Co., Inc, Case No. 06-03737.

DONE AND ORDERED in Chambers in New Orleans, Louisiana, on this 18th day of August, 2008.

_____
Hon. Eldon Fallon, U.S. District Court Judge