UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Warren Hultman, administrator of the estate of Beverly Hultman, deceased v. Merck & Co., Inc., Peter S. Kim, PhD., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Edward M. Scolnick, M.D.,* | * * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| | * | |
| *No. 06-4193* | * | |
| | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Warren Hultman, administrator of the Estate of Beverly Hultman, deceased and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2008.

_____
DISTRICT JUDGE

941023v.1