## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Leonard Bengston and Phyllis* | * | JUDGE FALLON |
| *Bengston v. Merck & Co., Inc., Peter* | * | |
| *S. Kim, PhD, Louis M. Sherwood, PhD,* | * | MAGISTRATE JUDGE |
| *David W. Anstice, PhD, Edward M.* | * | KNOWLES |
| *Scolnick, M.D.* | * | |
| | * | |
| *No. 06-2250* | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Leonard and Phyllis Bengston, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2008.

_____
DISTRICT JUDGE

941027v.1