UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:       VIOXX® | * | MDL. NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:

Plaintiff's Name:   Judith E. Orie, M.D.
Case Name:         Orie, M.D. v. Merck & Co., Inc.
                   (Civil Action No. 04-1886 (W.D.Pa.)
                   Docket No. 2:05-cv-02585-EEF-DEK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Judith E. Orie, M.D. and Defendant Merck & Co., Inc. hereby stipulate, pursuant to Fed.R.Civ.Proc. 41 (a) (1), to a dismissal with prejudice of all claims against Merck & Co., Inc., each party to bear her or its own costs.

Respectfully submitted,

STRAKA & GUSTINE, LLP

By: _____
John A. Straka III, Esquire
Pa. I.D. No. 58715
435 Beaver Road, Second Floor
Sewickley, PA  15143
Phone: 412-741-6000.
*Counsel for Plaintiff*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: _____
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200
*Counsel for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman, and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on the date set forth below.

STRAKA & GUSTINE LLP

By: s/John A. Straka III
John A. Straka III, Esquire
Attorney for Plaintiff
PA ID No. 58715

STRAKA & GUSTINE LLP
435 Beaver Street
Sewickley, PA 15143
Phone: 412-741-6000
Fax:   412-741-6002
Email: john@deedlaw.com

Dated: August 20, 2008