# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | * | MDL. NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: **Judith E. Orie, M.D.**
Case Name: **Orie, M.D. v. Merck & Co., Inc.**
**(Civil Action No. 04-1886 (W.D.Pa.)**
**Docket No. 2:05-cv-02585-EEF-DEK**

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Judith E. Orie, M.D. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear her or its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE