## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | * | **MDL No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| ************************************ | | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| <u>**Vern Accord. et al. v Merck & Co., Inc.,**</u>; | * | **MAG. JUDGE KNOWLES** |
| **Case No. 2:05-cv-5822** | | |

## <u>ORDER</u>

    IT IS HEREBY ORDERED that Plaintiff BEATRICE CIANNI Motion For Voluntary Dismissal is GRANTED and her action is hereby dismissed with prejudice. This Order does not affect any other plaintiffs or claims in the complaint Vern Accord. et al. v Merck & Co., Inc.  Case No. 2:05-cv-5822.

DONE AND ORDERED in Chambers in New Orleans,

Louisiana, on this <u>18th</u> day of <u>   August   </u>, 2008.

_____
Hon. Eldon Fallon, U.S. District Court Judge