UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § § § | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § § | SECTION: L |
| THIS DOCUMENT RELATES TO: | § § | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| Myrtle Bell, et al. v. Merck & Co., Inc.<br>Case No. 05-0546 | § § § | |
| and | § § | |
| Barrington/Stringer, et al. v. Merck &<br>Co., Inc.<br>Case No. 03-3657 | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs in the above-referenced cases file this Notice of Appearance of Counsel and designate Maura Kolb of The Lanier Law Firm, as additional counsel in this cause of action, joining W. Mark Lanier and Ken S. Soh of The Lanier Law Firm, 6810 FM 1960 West, Houston, Texas 77069, telephone 713-659-5200 and facsimile 713-659-2204 as counsel in this cause of action.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

By: _/s/ Maura Kolb_
W. MARK LANIER
State Bar No.: 11934600
KEN S. SOH
State Bar No.: 00794670
MAURA KOLB
State Bar No.: 00794113
P.O. Box 691448
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
Telephone: (713) 659-5200
Telecopier: (713) 659-2204

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel in accordance with the Federal Rules of Civil Procedure on this the 20th day of August, 2008.

_____
MAURA KOLB