UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Toby Traven, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv10168* | * | **KNOWLES** |
| | * | |
| **Only as to plaintiffs George Robert** | * | |
| **Lee, Jr. and Regina A. Lee** | * | |
| | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs George Robert Lee, Jr. and Regina A. Lee in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

941550v.1