UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Sherrill Grove, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10160, only* | * | |
| *Regarding Robert L. Hayes* | * | KNOWLES |
| | * | |

******************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP, are hereby withdrawn as Counsel of Record for Robert Hayes.

**NEW ORLEANS, LOUISIANA,** this the  18th  day of         August        , 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**