## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Donna Allen, et al.. v. Merck & Co., Inc.* | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *No. 05-4435* | * | |
| | * | |
| Regarding Florence M. Bergeron, | * | |
| Emma Davis, Pearl Goodjoint, Joseph | * | |
| Rabin and Alton Solomon | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Florence M. Bergeron, Emma Davis, Pearl Goodjoint, Joseph Rabin and Alton Solomon, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

942052v.1