**EXHIBIT A**

**Motions to Withdraw with Both Certification A and Certification B On File:** [*]

1.      *AUS, et al. v. Merck & Co., Inc.,* Docket No. 2:06-CV-10167 (pertaining to Dorothy Aus only) (filed June 26, 2008)

**Motions to Withdraw with Certification A On File:**

1.      *BELL, et al. v. Merck & Co., Inc.,* Docket No. 06-7344 (pertaining to Deidra Bell only) (filed June 27, 2008)

2.      *GOMEZ, et al. v. Merck & Co., Inc.,* Docket No. 05-1003 (pertaining to Ramiro Morales only) (filed July 14, 2008)

3.      *JORDAN, et al. v. Merck & Co., Inc.,* Docket No. 05-4439 (pertaining to Barbara Lamb only) (filed June 30, 2008)

4.      *RUFFINO, et al. v. Merck & Co., Inc.,* Docket No. 05-5443 (pertaining to Marilyn Ruffino and Alma Allen only) (June 30, 2008)

5.      *SMITH, et al. v. Merck & Co., Inc.,* Docket No. 2:06-CV-00917-EEF-DEK (pertaining to Terry Meatte only) (filed June 3, 2008)

---

[*]
Pursuant to PTO 36, plaintiffs' lawyers were instructed by the Court to attach a Certification A which stated, *inter alia*, that counsel:

1.      Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.

2.      Sent a letter to plaintiff by certified mail to plaintiff's last known address . . . .

PTO 36, §I(B)(1)-(2).  Counsel were also instructed to file, in turn, a Certification B if the plaintiff had not been located or failed to respond to any communication from plaintiffs' lawyers within sixty (60) days.  PTO 36, §I(B)(1)-(2).