FILED 08 AUG 07 11:42 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-2374 |
| | MDL NO. 1657 |
| OSBORNE PERRY WASHINGTON, and MARY MCKELVY, | SECTION: L/3 |
| | JUDGE FALLON |
| *Plaintiffs*, | MAG. JUDGE KNOWLES |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant*. | |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, MARY MCKELVY, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 8/6/08

_____
ATTORNEY FOR MERCK & CO., INC.

Dated: 8/6/08

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Gerry Lowry, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, attorney for Merck & Co., Inc., on this 6th day of August 2008. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

_____
JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal With Prejudice

Having spoken with Mary McKelvy to review her file for her claim against Merck & Co., Inc., Mary McKelvy has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-2374.

Dated this 6th day of August 2008.

_____
JOSEPH R. ALEXANDER, JR.