# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 18 PM 4:57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® § <br> PRODUCTS LIABILITY CASES § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. CA 05-2374 |
| § | MDL NO. 1657 |
| OSBORNE PERRY WASHINGTON, and § <br> MARY MCKELVY, § | SECTION: L/3 |
| § | JUDGE FALLON |
| *Plaintiffs,* § | MAG. JUDGE KNOWLES |
| VS. § | |
| MERCK & CO., INC. § | |
| *Defendant.* § | |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Mary McKelvy be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 13th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE