UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Robert Lee Garry, et al. v. Merck & Co. Inc.*, Docket No. 06-10155, only | * | |
| *Regarding Erwin Norris* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss are hereby withdrawn as Counsel of Record for Erwin Norris.

**NEW ORLEANS, LOUISIANA,** this the 18th day of August, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**