IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 05-1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| James G. Pendergast and Mona L. Pendergast, no. 06-4472; Skender Veli Doci and Diana Doci, no. 06-10185; Eliahu Tzfanya, no. 05-5578; and Dina Rebecca Romandia and Sergio Quinonez, no. 05-4516 | MAG. JUDGE KNOWLES |

**DEFENDANT MERCK & CO., INC.'S MOTION FOR ENTRY OF AN ORDER WITHDRAWING ITS *FORUM NON CONVENIENS* MOTION FOR AN ORDER TO SHOW CAUSE AS IT RELATES TO CERTAIN PLAINTIFFS**

On May 16, 2008, Merck moved for an Order to Show Cause why the foreign individual cases in this MDL proceeding should not be dismissed under the doctrine of *forum non conveniens*. Plaintiffs James G. Pendergast, Mona L. Pendergast, Skender Veli Doci, Diana Doci, Eliahu Tzfanya, Dina Rebecca Romandia and Sergio Quinonez were among the plaintiffs included in that motion. Merck hereby withdraws its motion for an Order to Show Cause (which is directed at cases filed on behalf of foreign plaintiffs) as it relates to these plaintiffs only.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
Defendants' Liaison Counsel

942160v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of August, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel