UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Bobby Myatt, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10158, only* | * | |
| *Regarding Judith Shoultz* | * | **KNOWLES** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Amended Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that the Amended Motion to Withdraw is **GRANTED** and that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Judith K. Shoultz pursuant to Plaintiff's consent.

**NEW ORLEANS, LOUISIANA,** this the 18th day of August, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**