

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-30802

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2008

Charles R. Fulbruge III
Clerk

AVMED INC; AETNA INC; ARKANSAS BLUE CROSS AND BLUE SHIELD, A
Mutual Insurance Company; HMO PARTNERS INC doing business as,
Health Advantage; USABLE LIFE; ET AL

                    Plaintiffs - Appellants

          v.

BROWNGREER PLC; US BANCORP INC; UNIDENTIFIED PARTIES

                    Defendants - Appellees

                 ------------------------
        Appeal from the United States District Court for the
           Eastern District of Louisiana, New Orleans
                 ------------------------


Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

     IT IS FURTHER ORDERED that appellant's motion to stay

settlement distributions pending appeal is DENIED.


     IT IS ORDERED that appellants' motion to expedite the appeal

is GRANTED and that the case can be docketed for oral argument on

the next available oral argument calendar in November, 2008, and

that the clerk shall send notices for briefing accordingly.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

DENNIS, Circuit Judge, concurs in denying the motion to stay settlement distributions pending appeal but dissents from the majority's granting of the motion for expedited appeal.

Essentially for the reasons assigned by the district court in its reasons and order, I respectfully:

(1) Concur in denying the appellants' motion to stay settlement distributions pending appeal. The appellants-ERISA plans admit that they have no plan-beneficiary relationship with or potential claim against approximately 31,000 (two-thirds of the total) of the individual Vioxx claimants in this case. Allowing the appellants to delay the distribution of the entire settlement and thereby withhold long-awaited relief to innocent persons, who have no relationship with and owe no possible debt to the appellant-plans, would constitute a serious miscarriage of justice.

(2) Dissent from granting the appellants' motion to expedite the appeal. The appellants have failed to demonstrate, for purposes of asserting liens under ERISA, that an identifiable fund exists or that funds potentially susceptible to such liens are currently within the possession or legal control of the appellants' plan beneficiaries. *See Sereboff v. Mid Atlantic Medical Services*, 547 U.S.356 (2006); *Great-Western Life & Accident Ins. Co. v. Knudson*, 534 U.S. 204 (2002); *Bombardier Aerospace Employee Welfare Benefits Plan v. Ferer, Poirot & Wansbrough*, 354 F.3d 348 (5th Cir. 2003). Without a substantive right to enforce against the defendants, the appellants clearly are not entitled to any of the extraordinary remedies they seek. Accordingly, I do not believe the appellants have shown good cause for either a stay or an expedited appeal.

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 19, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-30802  In Re: Vioxx Prod
       USDC No.  2:08-CV-1633
                 2:05-MD-1657

Enclosed is an order entered in this case.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By:  _____
                    Kim Folse, Deputy Clerk
                    504-310-7712

Honorable Eldon Fallon
Mr Richard W Cohen
Mr Mark D Fischer
Ms Alexandra Giselle White
Mr James B Irwin
Ms Loretta Whyte, Clerk

P.S. to Counsel: Please comply with the enclosed instructions for
further processing the appeal.

MOT-2