IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL PLAINTIFFS ON | * | MAG. JUDGE KNOWLES |
| ATTACHMENT A | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of *Forum Non Conveniens* (filed May 16, 2008) came on for hearing on July 17, 2008. At the hearing the Court dismissed the claims of certain individual plaintiffs and deferred ruling on the claims of the individual plaintiffs identified on Attachment A.

**IT IS ORDERED** that defendant's Motion for an Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of *Forum Non Conveniens*, as it relates to the plaintiffs on Attachment A, is hereby set for hearing on the 3rd day of September, 2008, at ___9:00___ o'clock.

NEW ORLEANS, LOUISIANA, this 22nd day of ___August___, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

942155v.1