UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Patricia Allison et al. v Merck, | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-05822 | * | |

**Applies to Gordon Gonnuscio**
**************************************************************************

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
## FOR GORDON GONNUSCIO

NOW COMES, undersigned counsel, who hereby moves this Honorable Court to issue an order dismissing Daniel Becnel, Jr, Matthew Moreland, Patrick P. Klibert, Becnel Law Firm, LLC, Jeff Bowersox, Bowersox Law Firm PC, Charles Zimmerman, Ronald S. Goldser and Zimmerman Reed as counsel of record for Gordon Gonnuscio in the above captioned matter.

Mr. Gonnuscio is now deceased and his heirs Leonard Gonnuscio and Michelle Kind have not responded to our correspondence indicating that Mr. Gonnuscio's claim of renal failure due to Vioxx was not eligible for settlement. Letters were sent to Mr. Leonard Gonnuscio at 410 N. Fourth St., Cornelius, OR 97113 and to Mrs. Michelle Kind at 33 S. 18th Court, Cornelius, OR 97113. Said correspondence has not been returned to undersigned counsel.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court dismiss them as attorneys of record in this matter.

1

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La.S.B. #2926)
Matthew M. Moreland
Kevin K. Klibert
Becnel Law Firm, L.L. C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)

Jeff Bowersox
Bowersox Law Firm PC
111 S. W. Columbia
Suite 1000
Portland, OR 97201

Charles Zimmerman
Ronald S. Goldser
Zimmerman Reed
651 Nicolet Mall, Suite 501
Minneapolis, MN 55402

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been

A) served upon by U.S. Mail:

   1) Mr. Leonard Gonnuscio
      410 N. Fourth St.
      Cornelius, OR 97113

   2) Mrs. Michelle Kind
      33 S. 18th Court,
      Cornelius, OR 97113

B) On all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B)

C) Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic filing in accordance with the procedures established in MDL 1657.

On this 22nd day of August, 2008,

                                  /s/ Daniel E. Becnel, Jr.
                                  Daniel E. Becnel, Jr.
                                  Becnel Law Firm, L.L. C.