UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Patricia Allison et al. v Merck, | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-05822 | * | |

**Applies to Gordon Gonnuscio**

## PROPOSED ORDER

Upon due consideration of the foregoing Motion to Withdraw as Counsel of Record and for good cause shown, the court find the Motion to be well taken and that same should be granted.

**IT IS HEREBY ORDERED** that Daniel Becnel, Jr, Matthew Moreland, Patrick P. Klibert, Becnel Law Firm, LLC, Jeff Bowersox, the Bowersox Law Firm PC, Charles Zimmerman, Ronald S. Goldser and the Zimmerman Reed Firm are discharged as the Counsel of Record for Gordon Gonnuscio.

Dated this _____ day of _____, 2008

_____
UNTIED STATES DISTRICT COURT JUDGE