IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL PLAINTIFFS ON | * | MAG. JUDGE KNOWLES |
| ATTACHMENTS 1 and 2 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why

Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance With Pretrial

Order No. 31 (filed May 29, 2008) and amended and superseding motion (filed June 18, 2008)

were originally set for hearing on July 17, 2008.  On Merck's motion, the matters were continued.

Accordingly,

**IT IS ORDERED** that defendant's motion to show cause why plaintiffs cases

should not be dismissed for failure to comply with Pretrial Order No. 31 is hereby rescheduled

and set for hearing on the 3rd day of September, 2008, at _____9:00_____ o'clock.

**IT IS FURTHER ORDERED** that any additional opposition to the motions be

filed and served on Defendants' Liaison Counsel no later than the 28th day of August, 2008, my

4:00 p.m.

NEW ORLEANS, LOUISIANA, this 22nd day of _____August_____, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

942142v.1