# Exhibit 1 -- No Response on File

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 1 | Adelfio, Jacklyn P | Adelfio, Jacklyn P. v. Merck & Co., Inc. | 2:05-cv-02774-EEF-DEK | Glyn J. Godwin |
| 2 | Alvarado, Jose Javier | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK | Fichera and Miller |
| 3 | Anderson, Essie | Caito, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK | Colom Law Firm |
| 4 | Anderson, Fitchue | Caito, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK | Colom Law Firm |
| 5 | Andrews, Betty | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK | Robert L. Salim Law;Ronald E. Corkern Law;Fibich Hampton and Leebron LLP |
| 6 | Antivola, Sharon J | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 7 | Apice, Joseph | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | Branch Law Firm |
| 8 | Arnold, Charles | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK | Cave Law Firm |
| 9 | Arnold, Rosa | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK | Cave Law Firm |
| 10 | Arrant, Jack | Arrant, Jack v. Merck & Co., Inc. | 2:05-cv-01127-EEF-DEK | Pearson and Campbell PC |
| 11 | Axelson, Brian | Axelson, Brian v. Merck & Co., Inc. | 2:05-cv-01991-EEF-DEK | Douglas G. Gray |
| 12 | Baham, Ervin | Baham, Ervin v. Merck & Co., Inc. | 2:05-cv-06902-EEF-DEK | Dennis F. Nalick;Donald J. Gisevius |
| 13 | Baiamonte, Gloria | Baiamonte, Gloria v. Merck & Co., Inc. | 2:06-cv-01556-EEF-DEK | Matt Freeman and Associates |
| 14 | Ball, Ronald | Ball, Ronald v. Merck & Co., Inc. | 2:06-cv-06688-EEF-DEK | Solomon Sherman and Gabay |
| 15 | Basham, Norman R | Basham, Norman R. v. Merck & Co., Inc. | 2:07-cv-09545-EEF-DEK | Andrews Law Group |
| 16 | Bernabe, Renee M | Bernabe, Renee M. v. Merck & Co., Inc. | 2:05-cv-04865-EEF-DEK | Frank A. Natale II |
| 17 | Berrera, Maria | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 18 | Berrios Medina, Nydia | Berrios Medina, Nydia v. Merck & Co., Inc. | 2:05-cv-04536-EEF-DEK | Kim Pardy and Rodriguez PA |
| 19 | Bibbs, Carl A | Meehan, Jana v. Merck & Co., Inc. | 2:05-cv-06534-EEF-DEK | Myers and Perfater |
| 20 | Bisbal, Annette | Bisbal, Annette v. Merck & Co., Inc. | 2:07-cv-06681-EEF-DEK | Fredric S. Masure Law |
| 21 | Blackwell, Elizabeth | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK | Branch Law Firm |
| 22 | Block, Kelly A | Block, Kelly A. v. Merck & Co., Inc. | 2:06-cv-02713-EEF-DEK | McCray Muzilla Smith and Meyers Co LPA |
| 23 | Blodgett, Paticia | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK | Colom Law Firm |
| 24 | Boulangger, Eugenia Damaris | Boulangger, Eugenia D. v. Merck & Co., Inc. | 2:05-cv-00735-EEF-DEK | Bencomo and Associates |
| 25 | Box, Shelby | Trotter, Herbert F. v. Merck & Co., Inc. | 2:05-cv-03151-EEF-DEK | Mitchell and Cunningham PC;Wiggins Childs Quinn and Pantazis LLC |
| 26 | Boyd, Brian | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 27 | Brace, Clarence L | Nguyen, Thu v. Merck & Co., Inc. | 2:07-cv-04159-EEF-DEK | Branch Law Firm |
| 28 | Bradley, Lesia | Bradley, Lesia v. Merck & Co., Inc. | 2:07-cv-06675-EEF-DEK | Fredric S. Masure Law |
| 29 | Brady, Robert | Brady, Robert v. Merck & Co., Inc. | 2:06-cv-09701-EEF-DEK | Cory Watson Crowder and Degaris PC |
| 30 | Brandon, Michael | Brandon, Michael v. Merck & Co., Inc. | 2:06-cv-06465-EEF-DEK | Andrews and Thornton |
| 31 | Brooks, Ethel | Brooks, Willie v. Merck & Co., Inc. | 2:05-cv-03245-EEF-DEK | Beasley Firm LLC |
| 32 | Brooks, Gloria | Brooks, Gloria v. Merck & Co., Inc. | 2:06-cv-01554-EEF-DEK | Matt Freeman and Associates |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 33 | Broussard, Norma | Broussard, Norma v. Merck & Co., Inc. | 2:06-cv-01043-EEF-DEK | Parker Law Firm |
| 34 | Brown, Flint | Aiono, Saolotoga v. Merck & Co., Inc. | 2:05-cv-04743-EEF-DEK | Siegfried and Jenson;Sherman and Salkow;Robins Kaplan Miller and Ciresi LLP |
| 35 | Bryant, Gary | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 36 | Burgess, Rolana | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates |
| 37 | Burgos, Laura | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 38 | Burke, Mary | Burke, Mary v. Merck & Co., Inc. | 2:05-cv-01170-EEF-DEK | Otto and McBride PC |
| 39 | Byrd, Anne S | Byrd, Jerry W. Jr. v. Merck & Co., Inc. | 2:06-cv-10778-EEF-DEK | Williams Kherkher Hart Boundas LLP |
| 40 | Byrd, Sonja | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | Brown and Crouppen PC |
| 41 | Cadet, Venicia | Cadet, Venicia v. Merck & Co., Inc. | 2:05-cv-01746-EEF-DEK | Remer and Georges-Pierre PA |
| 42 | Carbajal, Zoila | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 43 | Carter, Alfreda | Carter, Alfreda v. Merck & Co., Inc. | 2:05-cv-01689-EEF-DEK | Irpino Law Firm |
| 44 | Carvallo, David G | Carvallo, David G. v. Merck & Co., Inc. | 2:05-cv-00989-EEF-DEK | Panter Panter and Sampedro PA |
| 45 | Casal, Venus Y | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 46 | Cavalier, Barbara | Cavalier, Barbara v. Merck & Co., Inc. | 2:06-cv-02869-EEF-DEK | Marvin Gros;Jack Marionneaux;Tonya B. Clark |
| 47 | Cazares, Jose | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 48 | Ceballos, Maria | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 49 | Ceballos, Raquel | Ceballos, Raquel v. Merck & Co., Inc. | 2:07-cv-00734-EEF-DEK | Richard R. Rodriguez |
| 50 | Cervantes, Teresa M | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 51 | Channette, Anita | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 52 | Chaplin, Floyd D | Lough, William D. v. Merck & Co., Inc. | 2:05-cv-03820-EEF-DEK | Frankovitch Anetakis Coltonio and Simon;Masters Law Firm;Powell and Majestro |
| 53 | Christie, Pearly | Christie, Pearly v. Merck & Co., Inc. | 2:08-cv-00877-EEF-DEK | Goodman Meagher and Enoch LLP |
| 54 | Coalson, Mary | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 55 | Coleman, Lori Ann Viltz | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 56 | Collier, Andrea | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK | Brown and Crouppen PC |
| 57 | Collins, Sarah | Collins, Sarah v. Merck & Co., Inc. | 2:07-cv-06674-EEF-DEK | Fredric S. Masure Law |
| 58 | Colom, Gewndolyn | Sansing, Joann G. v. Merck & Co., Inc. | 2:06-cv-09373-EEF-DEK | Colom Law Firm |
| 59 | Cook, Debra | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 60 | Cordero, Rosa | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 61 | Counsil, Richard | Counsil, Richard v. Merck & Co., Inc. | 2:05-cv-06243-EEF-DEK | Slovis Rutherford and Weinstein PLLC |
| 62 | Cramer, Charles | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK | Phebus and Koester |
| 63 | Creasie, Kathy M | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK | Jennifer Ingram Wilkinson;Carroll H. Ingram |
| 64 | Crisp, Calvin | Adams, Marchelle S. v. Merck & Co., Inc. | 2:05-cv-02351-EEF-DEK | Climaco Lefkowitz Peca Wilcox and Garofoli Co LPA;Kaiser Firm LLP;Abraham Watkins Nichols Sorrels Matthews and Friend |
| 65 | Cushman, Margo | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 66 | Dardzinski, Aaron | Dardzinski, Aaron v. Merck & Co., Inc. | 2:05-cv-03569-EEF-DEK | Kelley and Ferraro LLP |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 67 | Davis Todd, Teresa G | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | Masters Law Firm |
| 68 | Davis, Edward | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK | Branch Law Firm |
| 69 | Davis, Harrot Eugene | Davis, Harrol E. v. Merck & Co., Inc. | 2:06-cv-00692-EEF-DEK | Deakle-Couch Law Firm |
| 70 | Davis, Jonathan | Campisi, Alura v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK | Roy F. Amedee Jr. Law;Cunard Law |
| 71 | Delgado, Maria Burgos | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 72 | Delgado, Martin | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK | Fichera and Miller |
| 73 | Dempsey, Paul D | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | Masters Law Firm |
| 74 | Derouen, Betty N | Derouen, Betty N. v. Merck & Co., Inc. | 2:06-cv-10302-EEF-DEK | Paul Houston Lavalle and Associates PC |
| 75 | Dotson, Shawn | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | Brown and Crouppen PC |
| 76 | Dowell Druffel, Robin | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |
| 77 | Drenis, Nicholaos | Drenis, Nicholaos v. Merck & Co., Inc. | 2:05-cv-03874-EEF-DEK | Lawrence P. Biondi Law |
| 78 | Dutton, Betty | Dutton, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK | Capshaw Goss and Bowers LLP |
| 79 | Eddie, Delores | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 80 | Edwards, Richard Carlos | Edwards, Robbie G. v. Merck & Co., Inc. | 2:06-cv-01718-EEF-DEK | Matt Freeman and Associates |
| 81 | Encinas, Olivia L | Encinas, Olivia L. v. Merck & Co., Inc. | 2:06-cv-10089-EEF-DEK | Edward D. Fitzhugh Law |
| 82 | Erickson, France (Fran) | Erickson, R. D. v. Merck & Co., Inc. | 2:05-cv-01166-EEF-DEK | Robinson and Sheen LLC |
| 83 | Erving, Shirlene | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 84 | Faber, Mary | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 85 | Fabian, Andrew J | Fabian, Andrew J. v. Merck & Co., Inc. | 2:06-cv-00442-EEF-DEK | Feceko and Seymour |
| 86 | Faison, Bernice | Faison, Bernice v. Merck & Co., Inc. | 2:07-cv-06673-EEF-DEK | Fredric S. Masure Law |
| 87 | Fernandez, Jose | Fernandez, Jose v. Merck & Co., Inc. | 2:05-cv-05757-EEF-DEK | Mindy L. Coleman;Bing L. Bush |
| 88 | Ferrell, Janis | Ferrell, Janis v. Merck & Co., Inc. | 2:05-cv-05991-EEF-DEK | OQuinn Law Firm |
| 89 | Findlay, Loretta | Findlay, Loretta v. Merck & Co., Inc. | 2:05-cv-01081-EEF-DEK | Joseph B. Maira |
| 90 | Flores, Victoriano | Padilla, Rosa M. A. v. Merck & Co., Inc. | 2:06-cv-07042-EEF-DEK | Abraham Watkins Nichols Sorrels Matthews and Friend |
| 91 | Floumey, Frances | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK | Brown and Crouppen PC |
| 92 | Francis, Marjorie | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK | Kevin A. Rieth;Brian C. Beckwith |
| 93 | Franks, Barbara | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 94 | Frans, Jesse J Sr | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK | Jennifer Ingram Wilkinson;Carroll H. Ingram |
| 95 | Frederick, Cleaver R | Frederick, Cleaver R. v. Merck & Co., Inc. | 2:05-cv-02797-EEF-DEK | Archie C. Tatford Jr. Law |
| 96 | Freemon, Edward | Freemon, Edward v. Merck & Co., Inc. | 2:06-cv-01481-EEF-DEK | Cascino Vaughn Law |
| 97 | Fusilier, Paul | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 98 | Garcia, Aurelio | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 99 | Gibson, James R | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | Branch Law Firm |
| 100 | Gillis, Donna F | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates |
| 101 | Glass, ODell S | Glass, ODell S. v. Merck & Co., Inc. | 2:06-cv-01607-EEF-DEK | Pittman Dutton Kirby and Hellums PC |
| 102 | Gonzalez, Jubenal | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 103 | Graham, Annie | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 104 | Grajeda, Manuel P | Grajeda, Manuel P. v. Merck & Co., Inc. | 2:06-cv-10090-EEF-DEK | Edward D. Fitzhugh Law |
| 105 | Graver, Jerry M | Graver, Jerry M. v. Merck & Co., Inc. | 2:05-cv-00722-EEF-DEK | David W. Oestreicher II |
| 106 | Gravitt, Philo | Gravitt, Philo v. Merck & Co., Inc. | 2:07-cv-00713-EEF-DEK | John D. Loughlin |
| 107 | Green, Jacob | Green, Jacob v. Merck & Co., Inc. | 2:06-cv-05503-EEF-DEK | Spohrer and Dodd PL;Wilner Block |
| 108 | Grooms, Judy M | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK | Jennifer Ingram Wilkinson;Carroll H. Ingram |
| 109 | Gurule, Joe E | Digusma, Baca v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates |
| 110 | Hale, Charles | Hale, Charles v. Merck & Co., Inc. | 2:07-cv-01052-EEF-DEK | Cunningham and Mears |
| 111 | Hall, Shirley | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Miller and Associates |
| 112 | Hardwick, Michael E | Hardwick, Michael E. v. Merck & Co., Inc. | 2:05-cv-03626-EEF-DEK | Feinberg and Silva |
| 113 | Harrell, H Raymond | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK | J. Ransdell Keene Law |
| 114 | Hartin, Kenneth | Hartin, Kenneth v. Merck & Co., Inc. | 2:06-cv-10674-EEF-DEK | E. Ed Bonzie |
| 115 | Hatala, Joseph V | Hatala, Joseph F. v. Merck & Co., Inc. | 2:05-cv-03827-EEF-DEK | Burg Simpson Eldredge Hersh and Jardine PC |
| 116 | Hauser, Iris | Hauser, Iris v. Merck & Co., Inc. | 2:06-cv-00323-EEF-DEK | Michele Hauser |
| 117 | Hawk, Dennis | Hawk, Dennis v. Merck & Co., Inc. | 2:05-cv-04925-EEF-DEK | Wilcox Schlosser and Bendig Co LPA |
| 118 | Hawkins, Charles | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK | Brown and Crouppen PC |
| 119 | Hebert, Lois Mary | Kinchen, Paul E. v. Merck & Co., Inc. | 2:05-cv-05033-EEF-DEK | Charles M. "Tex" Stevenson |
| 120 | Henderson, Mary | Henderson, Mary v. Merck & Co., Inc. | 2:05-cv-01447-EEF-DEK | Beasley Firm LLC |
| 121 | Henry, Lucille | Henry, Lucille v. Merck & Co., Inc. | 2:05-cv-05884-EEF-DEK | Hughes and Coleman;Cory Watson Crowder and Degaris PC |
| 122 | Hernandez, Pedro | Hernandez, Pedro v. Merck & Co., Inc. | 2:07-cv-02113-EEF-DEK | Jack Modesett III Law |
| 123 | High, Armon | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | Brown and Crouppen PC |
| 124 | Hightower, Verl | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK | Jaak Olesk Law |
| 125 | Hoff, Marla | Hoff, Marla v. Merck & Co., Inc. | 2:05-cv-04438-EEF-DEK | Bradford D. Myler and Associates Inc |
| 126 | Hoffman, Amy Long | Hoffman, Amy Long v. Merck & Co. | 2:08-cv-01463-EEF-DEK | Levy Phillips and Konigsberg LLP |
| 127 | Holguin, Jerry | Digusma, Baca v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates |
| 128 | Horton, Raymond C | Horton, Raymond C. v. Merck & Co., Inc. | 2:05-cv-04253-EEF-DEK | Andrews and Thornton |
| 129 | House, Paul E | House, Paul E. v. Merck & Co., Inc. | 2:05-cv-00523-EEF-DEK | Federman and Sherwood;Strong Martin and Associates PLLC |
| 130 | Howard, Kathy | Howard, Kathy v. Merck & Co., Inc. | 2:06-cv-00332-EEF-DEK | Reaud Morgan and Quinn LLP |
| 131 | Hubbs, Adelene M | Hubbs, Adelene M. v. Merck & Co., Inc. | 2:05-cv-01990-EEF-DEK | David W. Oestreicher II |
| 132 | Humphrey, Virginia | Humphrey, Virginia v. Merck & Co., Inc. | 2:05-cv-04230-EEF-DEK | Paul and Janofsky PC |
| 133 | Hutchinson, Ella | Hutchinson, Ella v. Merck & Co., Inc. | 2:06-cv-01549-EEF-DEK | Matt Freeman and Associates |
| 134 | Jackson, Milton Sr | Jackson, Mitchell E. v. Merck & Co., Inc. | 2:06-cv-09363-EEF-DEK | Piper and Associates |
| 135 | Jackson, Vernon | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK | John H. Anderson |
| 136 | Jacques, Oralia | Jacques, Oralia v. Merck & Co., Inc. | 2:06-cv-01546-EEF-DEK | Matt Freeman and Associates |
| 137 | Jeanjacques, David | Jeanjacques, David v. Merck & Co., Inc. | 2:05-cv-02776-EEF-DEK | Glyn J. Godwin |
| 138 | Johnson, Brenda | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK | Colom Law Firm |
| 139 | Johnson, Willa | Johnson, Willa v. Merck & Co., Inc. | 2:07-cv-00723-EEF-DEK | Behlen Bentwood and Luther |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 140 | Joiner, Bobby Lee | Joiner, Bobby L. v. Merck & Co., Inc. | 2:06-cv-05502-EEF-DEK | Cooper and Nelson LLP |
| 141 | Jones, Delores | Jones, Victoria v. Merck & Co., Inc. | 2:06-cv-10320-EEF-DEK | Summers and Rogers |
| 142 | Jones, Virginia | Jones, Virginia v. Merck & Co., Inc. | 2:06-cv-01557-EEF-DEK | Matt Freeman and Associates |
| 143 | Jordan, Joseph | Jordan, Joseph v. Merck & Co., Inc. | 2:07-cv-06672-EEF-DEK | Fredric S. Masure Law |
| 144 | Juneau, Robbie | Juneau, Robbie v. Merck & Co., Inc. | 2:06-cv-00245-EEF-DEK | Hatch and Berkowitz |
| 145 | Keating, Kathleen | Keating, Kathleen v. Merck & Co., Inc. | 2:05-cv-03390-EEF-DEK | Zimmerman Reed PLLP |
| 146 | Keaton, Earl David | Andrew, William v. Merck & Co., Inc. | 2:05-cv-04676-EEF-DEK | Branch Law Firm |
| 147 | Keenan, Kathleen | Keenan, Kathleen v. Merck & Co., Inc. | 2:06-cv-00683-EEF-DEK | Sinclair Law Firm LLC |
| 148 | Kimerer, Sammi | Kimerer, Sammi v. Merck & Co., Inc. | 2:06-cv-11341-EEF-DEK | OConnor Law Firm |
| 149 | Kirby, Barbara | Kirby, Barbara v. Merck & Co., Inc. | 2:07-cv-01473-EEF-DEK | Parks and Associates PC |
| 150 | Knight, Nicklett | Knight, Nicklett v. Merck & Co., Inc. | 2:06-cv-09824-EEF-DEK | Anderson and Jones PLLC |
| 151 | Kniss, Connie | Kniss, Paul v. Merck & Co., Inc. | 2:06-cv-02267-EEF-DEK | Bailey Stock and Harmon PC |
| 152 | Korach, Linda | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK | Kevin A. Rieth;Brian C. Beckwith |
| 153 | LaGrove, Albert | LaGrove, Albert v. Merck & Co., Inc. | 2:07-cv-06327-EEF-DEK | Jack W. Harang Law |
| 154 | Leboeuf, Jane | Lebouf, Jane v. Merck & Co., Inc. | 2:05-cv-06009-EEF-DEK | OQuinn Law Firm |
| 155 | Lenoir, Michael | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK | Brown and Crouppen PC |
| 156 | Leonard, Michael R | Leonard, Michael R. v. Merck & Co., Inc. | 2:05-cv-00539-EEF-DEK | Federman and Sherwood |
| 157 | Lewis, Charles Edward | Lewis, Charles E. v. Merck & Co., Inc. | 2:05-cv-00857-EEF-DEK | Cleo Fields |
| 158 | Lewis, Debra | Lewis, Jacob v. Merck & Co., Inc. | 2:05-cv-06621-EEF-DEK | Allan Berger and Associates PLC |
| 159 | Lewis, Hester | Kennedy, James v. Merck & Co., Inc. | 2:05-cv-06272-EEF-DEK | Allan Berger and Associates PLC |
| 160 | Lewis, Michael D | Lewis, Michael D. v. Merck & Co., Inc. | 2:05-cv-06225-EEF-DEK | Brian K. Balser LPA |
| 161 | Lewis, Timothy | Lewis, Timothy v. Merck & Co., Inc. | 2:05-cv-02957-EEF-DEK | Robert A. Kurtz |
| 162 | Loehr, Richard Jr | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |
| 163 | Lofton, Daniel Jr | Lofton, Daniel v. Merck & Co., Inc. | 2:05-cv-04252-EEF-DEK | Andrews and Thornton |
| 164 | Lopez, Carmen | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-06667-EEF-DEK | Richard L. Garrigues Law |
| 165 | Lopez, Roberto | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-06667-EEF-DEK | Richard L. Garrigues Law |
| 166 | Lordeus, Marie Rose | Lordeus, Marie R. v. Merck & Co., Inc. | 2:05-cv-01747-EEF-DEK | Remer and Georges-Pierre PA |
| 167 | Love, Patrica | Love, Patrica v. Merck & Co., Inc. | 2:05-cv-06503-EEF-DEK | Paul and Janofsky PC |
| 168 | Lovins, Ron | Lovins, Ron v. Merck & Co., Inc. | 2:06-cv-06452-EEF-DEK | Andrews and Thornton |
| 169 | Lowe, Junior Ray | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK | Brown and Crouppen PC |
| 170 | Lyons, Michael | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK | Andry Law Firm LLC |
| 171 | Maitland, Vilma D | Maitland, Vilma D. v. Merck & Co., Inc. | 2:07-cv-06677-EEF-DEK | Fredric S. Masure Law |
| 172 | Mangum, Ersell | Mangum, Ersell v. Merck & Co., Inc. | 2:06-cv-10678-EEF-DEK | Parks and Associates PC |
| 173 | Manning, J William | Manning, J. William v. Merck & Co., Inc. | 2:05-cv-06526-EEF-DEK | White Johnson and Associates |
| 174 | Marks, Henrietta | Smart, Hilda v. Merck & Co., Inc. | 2:07-cv-00961-EEF-DEK | Simien and Simien LLC;Delphin Law Offices |
| 175 | Marshall, Odell | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates |
| 176 | Martin, Glen | Martin, Glen v. Merck & Co., Inc. | 2:05-cv-02892-EEF-DEK | Furtado Jaspovice and Simons |
| 177 | Martin, Janice M | Lovelace, Barbara S. v. Merck & Co., Inc. | 2:05-cv-05863-EEF-DEK | Layon Cronin Kaiser and Nicks PA |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 178 | Martin, Kathleen A | Martin, Kathleen A. v. Merck & Co., Inc. | 2:06-cv-00784-EEF-DEK | Haese LLC |
| 179 | Mauricio, Jose | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 180 | Maxwell, Alphonso Jr | Maxwell, Alphonso v. Merck & Co., Inc. | 2:06-cv-01524-EEF-DEK | Parks and Associates PC |
| 181 | Mayers, Herbert | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 182 | McElroy, Louise | McElroy, Louise v. Merck & Co., Inc. | 2:06-cv-01507-EEF-DEK | Ross Law Firm |
| 183 | McGuire, Henry | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Branch Law Firm |
| 184 | McQueen, Latoya | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | Brown and Crouppen PC |
| 185 | Medice, Veronica Smith | Bennett, Gelinda G. v. Merck & Co., Inc. | 2:05-cv-03307-EEF-DEK | Catherine J. Smith |
| 186 | Meglio, Luca | Sarle, Helen G. v. Merck & Co., Inc. | 2:06-cv-03145-EEF-DEK | Brian S. Riepen Law |
| 187 | Meglio, Sylvia | Meglio, Luca P. v. Merck & Co., Inc. | 2:05-cv-04143-EEF-DEK | Napoli Bern Ripka and Associates LLP |
| 188 | Melancon, Bernadine Fontenot | Melancon, William L. Sr. v. Merck & Co., Inc. | 2:05-cv-06727-EEF-DEK | William Melancon Law |
| 189 | Menard, Norman | Campisi, Alura v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK | Roy F. Amedee Jr. Law;Cunard Law |
| 190 | Mendoza, Alicia | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 191 | Mendoza, Yesenia | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 192 | Mesrobian, Richard | Mesrobian, Richard v. Merck & Co., Inc. | 2:06-cv-11313-EEF-DEK | R. Jack Clapp and Associates Co LPA |
| 193 | Meyers, Herbert Sr | Bennett, Gelinda G. v. Merck & Co., Inc. | 2:05-cv-03307-EEF-DEK | Catherine J. Smith |
| 194 | Miller, Cynthia | Miller, Cynthia v. Merck & Co., Inc. | 2:05-cv-04740-EEF-DEK | Hall and Bates LLP |
| 195 | Miller, Donna S | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | Masters Law Firm |
| 196 | Mitchell, Annie | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK | Brown and Crouppen PC |
| 197 | Mitchell, Joyce Cooks | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK | Smith Stag LLC;Jones Verras and Frieberg LLC |
| 198 | Mitchell, Leamon L Sr | Mitchell, Leamon L. Sr. v. Merck & Co., Inc. | 2:05-cv-05794-EEF-DEK | Cady and Cady |
| 199 | Mitchell, Vernon | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 200 | Mize, Carol Ann | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | Brown and Crouppen PC |
| 201 | Molina, Laura Bercedoni | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | Abraham Watkins Nichols Sorrels Matthews and Friend |
| 202 | Murphy, Don | Murphy, Don v. Merck & Co., Inc. | 2:05-cv-03227-EEF-DEK | G. Eric Nielson and Associates |
| 203 | Murphy, Marsha | Arnold, Freddie W. v. Merck & Co., Inc. | 2:06-cv-01460-EEF-DEK | Pittman Dutton Kirby and Hellums PC |
| 204 | Myers, Dan | Myers, Dan v. Merck & Co., Inc. | 2:08-cv-01412-EEF-DEK | McKay Simpson Lawler Franklin and Foreman PLLC |
| 205 | Nguyen, Duong | Nguyen, Duong v. Merck & Co., Inc. | 2:07-cv-00719-EEF-DEK | Helms and Underwood |
| 206 | Nicar, Gloria Martinez | Nicar, Gloria M. v. Merck & Co., Inc. | 2:06-cv-01562-EEF-DEK | Matt Freeman and Associates |
| 207 | Nimmo, Vonda | Sims, Lizzie M. v. Merck & Co., Inc. | 2:05-cv-00991-EEF-DEK | Locke Law Firm PA |
| 208 | Nix, John D | Nix, John D. v. Merck & Co., Inc. | 2:06-cv-10131-EEF-DEK | Gatlin Law Firm |
| 209 | Noble, Dianne | Nobel, Dianne v. Merck & Co., Inc. | 2:05-cv-05788-EEF-DEK | Ike F. Hawkins Law |
| 210 | Nold, Deborah Jean | Nold, Deborah J. v. Merck & Co., Inc. | 2:05-cv-06525-EEF-DEK | White Johnson and Associates |
| 211 | Nunley, Jacquelyn | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |
| 212 | Oakes, Patricia J | Oakes, Patricia J. v. Merck & Co., Inc. | 2:07-cv-01999-EEF-DEK | Shaheen and Gordon PA |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 213 | Ochoa, John | Ochoa, John v. Merck & Co., Inc. | 2:06-cv-01048-EEF-DEK | Matt Freeman and Associates |
| 214 | Omerza, Leroy | Omerza, Leroy v. Merck & Co., Inc. | 2:05-cv-03449-EEF-DEK | Spangenberg Shibley and Liber LLP |
| 215 | Padova, Karen | Padova, Karen v. Merck & Co., Inc. | 2:06-cv-01509-EEF-DEK | Grey and Grey LLP |
| 216 | Painton, Billie | Painton, Billie v. Merck & Co., Inc. | 2:05-cv-00533-EEF-DEK | Pearson and Campbell PC |
| 217 | Pascarella, Rose | Camardella, Maria v. Merck & Co., Inc. | 2:05-cv-02394-EEF-DEK | Beasley Firm LLC |
| 218 | Patingo, Freddie | Miller, Doris v. Merck & Co., Inc. | 2:06-cv-11066-EEF-DEK | Edward A. Berman PC |
| 219 | Perez, Jose | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 220 | Perez, Maria | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 221 | Pierson, Bobbie M | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK | J. Ransdell Keene Law |
| 222 | Pitone, Joseph Michael | Pitone, Joseph M. v. Merck & Co., Inc. | 2:05-cv-05153-EEF-DEK | Sherman Silverstein Kohl Rose and Podolsky |
| 223 | Pixton, Victoria | Jones, Victoria v. Merck & Co., Inc. | 2:06-cv-10320-EEF-DEK | Summers and Rogers |
| 224 | Poindexter, Jimmy H | Poindexter, Jimmy H. v. Merck & Co., Inc. | 2:06-cv-10198-EEF-DEK | Pigott and Associates |
| 225 | Price, Jerry | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK | Brown and Crouppen PC |
| 226 | Primus, Brenda Diana | Primus, Brenda D. v. Merck & Co., Inc. | 2:06-cv-01559-EEF-DEK | Matt Freeman and Associates |
| 227 | Pritt, Laura | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | Masters Law Firm |
| 228 | Ralph, Billy | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |
| 229 | Ramirez, Florencio | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 230 | Raymond, Freddie | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK | Glenda M. August and Associates |
| 231 | Reese, Wilmer Wayne | Reese, Wilmer W. v. Merck & Co., Inc. | 2:05-cv-01732-EEF-DEK | Frantz Townsend and Foldenauer LLP;Keegan Macaluso and Baker LLP |
| 232 | Reid, Jerry | Reid, Jerry v. Merck & Co., Inc. | 2:05-cv-03228-EEF-DEK | G. Eric Nielson and Associates |
| 233 | Reineck, Julia M | Reineck, Julia M. v. Merck & Co., Inc. | 2:05-cv-01094-EEF-DEK | McCray Muzilla Smith and Meyers Co LPA |
| 234 | Reinhardt, Joan | Reinhardt, Joan v. Merck & Co., Inc. | 2:06-cv-01510-EEF-DEK | Grey and Grey LLP |
| 235 | Reise, Allan | Reise, Allan v. Merck & Co., Inc. | 2:06-cv-08330-EEF-DEK | Robert J. Fenstersheib and Associates PA |
| 236 | Reskin, Charles M | Reskin, Charles M. v. Merck & Co., Inc. | 2:06-cv-00689-EEF-DEK | OConnor Law Firm |
| 237 | Rester, Melissa A | Rester, Melissa A. v. Merck & Co., Inc. | 2:05-cv-02771-EEF-DEK | Glyn J. Godwin |
| 238 | Reyes, Jose | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK | Kevin A. Rieth;Brian C. Beckwith |
| 239 | Rich, Sam | Rich, Sam v. Merck & Co., Inc. | 2:05-cv-03551-EEF-DEK | Spangenberg Shilbey and Liber LLP |
| 240 | Richardson, Julia | Richardson, Patrick v. Merck & Co., Inc. | 2:06-cv-04028-EEF-DEK | Unglesby and Marionneaux |
| 241 | Riley, Darlene | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK | Miller and Associates |
| 242 | Rinne, Nicholas Judson | Rinne, Nicholas J. v. Merck & Co., Inc. | 2:06-cv-01023-EEF-DEK | Vandermay Law Firm |
| 243 | Riquelme, Eladia | Riquelme, Evelyn v. Merck & Co., Inc. | 2:05-cv-06219-EEF-DEK | Campos-Marquetti and Pagan LLC |
| 244 | Rivas, Alonzo | Rivas, Alonzo v. Merck & Co., Inc. | 2:07-cv-02128-EEF-DEK | Jack Modesett III Law |
| 245 | Rodriguez, Jose | Rodriguez, Jose v. Merck & Co., Inc. | 2:07-cv-06683-EEF-DEK | Fredric S. Masure Law |
| 246 | Rogers, Harry E | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK | J. Ransdell Keene Law |
| 247 | Romo, Olivia Rodriguez | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 248 | Royse, Helene M | Royse, Helene M. v. Merck & Co., Inc. | 2:05-cv-02315-EEF-DEK | Shelist and Schwartz LLP |
| 249 | Sadler, David | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 250 | Salinas, Anita | Salinas, Anita v. Merck & Co., Inc. | 2:07-cv-02127-EEF-DEK | Jack Modesett III Law |
| 251 | Sandoval, Fred | Saavedra, Selma v. Merck & Co., Inc. | 2:08-cv-01033-EEF-DEK | Branch Law Firm |
| 252 | Santiago, Luis | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK | Fichera and Miller |
| 253 | Scheirer, Donald | Scheirer, Donald v. Merck & Co., Inc. | 2:06-cv-03914-EEF-DEK | Perlstein Law |
| 254 | Schleicher, Linda | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK | OQuinn Law Firm |
| 255 | Schulten, Kathleen | Schulten, Kathleen v. Merck & Co., Inc. | 2:05-cv-02266-EEF-DEK | John J. Driscoll Law |
| 256 | Scissom, Mark Anthony | Scissom, Susan H. v. Merck & Co., Inc. | 2:05-cv-06418-EEF-DEK | Johnson Mulrooney and Coleman PC |
| 257 | Seegmiller, Robert | Kuhnke, Elaine v. Merck & Co., Inc. | 2:06-cv-05882-EEF-DEK | Hersh and Hersh |
| 258 | Segura, Reibindicacion | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 259 | Shelton, Cindy | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK | Brown and Crouppen PC |
| 260 | Singleton, Jesse | Singleton, Jesse v. Merck & Co., Inc. | 2:06-cv-05584-EEF-DEK | Saffren and Weinberg |
| 261 | Smart, Hilda | Smart, Hilda v. Merck & Co., Inc. | 2:07-cv-00961-EEF-DEK | Simien and Simien LLC;Delphin Law Offices |
| 262 | Smith, Bobby | Smith, Sonia v. Merck & Co., Inc. | 2:06-cv-00102-EEF-DEK | Devereux Murphy LLC |
| 263 | Smith, Ernest | Matos, Richard v. Merck & Co., Inc. | 2:08-cv-00861-EEF-DEK | Branch Law Firm |
| 264 | Smith, Martha K | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | Jones Verras and Frieberg LLC;Smith Stag LLC |
| 265 | Snow, Alice | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK | Gibson Law Firm PLLC;Beasley Allen Crow Methvin Portis and Miles PC;Pro Se |
| 266 | Sorensen, Laverne | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 267 | Soria, Alejandro | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 268 | Stanaland, Billy W | Stanaland, Billy W. v. Merck & Co., Inc. | 2:05-cv-03398-EEF-DEK | Zimmerman Reed PLLP |
| 269 | Stanley, Marie | Stanley, Marie v. Merck & Co., Inc. | 2:05-cv-02922-EEF-DEK | John Kupris |
| 270 | Stein, Gene | Stein, Gene v. Merck & Co., Inc. | 2:05-cv-04623-EEF-DEK | Raques and Min |
| 271 | Stewart, Johnny | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK | Gibson Law Firm PLLC;Beasley Allen Crow Methvin Portis and Miles PC;Pro Se |
| 272 | Stone, Thomas | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK | Brown and Crouppen PC |
| 273 | Stout, Clyde | Stout, Clyde v. Merck & Co., Inc. | 2:06-cv-00094-EEF-DEK | Spigarelli Law Firm |
| 274 | Strait, Glenn | Strait, Glenn v. Merck & Co., Inc. | 2:06-cv-03334-EEF-DEK | Poswall White and Cutler |
| 275 | Suarez, Bertha | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK | Richard L. Garrigues Law |
| 276 | Teller, Ina M | Teller, Ina M. v. Merck & Co., Inc. | 2:07-cv-00949-EEF-DEK | Jack Modesett III Law |
| 277 | Tellez, Agustin | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 278 | Thomas, William | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 279 | Thompson, Mary A | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates |
| 280 | Thornhill, Jerry | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK | Brown and Crouppen PC |
| 281 | Tiller, Linda | Tiller, Linda v. Merck & Co., Inc. | 2:06-cv-00438-EEF-DEK | Parks and Associates PC |
| 282 | Tock, Richard | Tock, Richard v. Merck & Co., Inc. | 2:05-cv-03556-EEF-DEK | Spangenberg Shilbey and Liber LLP |
| 283 | Toms, Harry | Toms, Harry v. Merck & Co., Inc. | 2:07-cv-06150-EEF-DEK | Girardi and Keese |
| 284 | Torres, Estella | Torres, Estella v. Merck & Co., Inc. | 2:05-cv-05426-EEF-DEK | Snapka Turman and Waterhouse LLP |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 285 | Trevino, Enrique | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK | Elizabeth Brukhardt Law |
| 286 | Triplett, Freddie | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK | Gibson Law Firm PLLC;Beasley Allen Crow Methvin Portis and Miles PC;Pro Se |
| 287 | Turks, Jessie Lee Sr | Merrit, Norma v. Merck & Co., Inc. | 2:05-cv-00473-EEF-DEK | Singleton Law Firm |
| 288 | Varsho, Margaret | Varsho, Margaret v. Merck & Co., Inc. | 2:05-cv-03545-EEF-DEK | Spangenberg Shilbey and Liber LLP |
| 289 | Veatch, Christopher Paul | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK | Kevin A. Rieth;Brian C. Beckwith |
| 290 | Vega Sanchez, Gloria | Vega Sanchez, Gloria v. Merck & Co., Inc. | 2:05-cv-04533-EEF-DEK | Kim Pardy and Rodriguez PA |
| 291 | Vertucci, James | Vertucci, James v. Merck & Co., Inc. | 2:06-cv-09359-EEF-DEK | William J. Harte LTD |
| 292 | Vezina, Virginia | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK | Bonsignore and Brewer |
| 293 | Virgil, Eone | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK | Gibson Law Firm PLLC;Beasley Allen Crow Methvin Portis and Miles PC;Pro Se |
| 294 | Vissichelli, George | Vissichelli, George v. Merck & Co., Inc. | 2:06-cv-00671-EEF-DEK | Joyce and Reyes Law Firm PA |
| 295 | Vrabel, Judith T | Vrabel, Judith T. v. Merck & Co., Inc. | 2:06-cv-00476-EEF-DEK | Picadio Sneath Miller and Norton PC;Antonia D. Pyle PC;Fieschko and Associates |
| 296 | Wasson, Dennis | Wasson, Dennis v. Merck & Co., Inc. | 2:05-cv-03530-EEF-DEK | Spangenberg Shilbey and Liber LLP |
| 297 | Wegert, Darlene | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Zimmerman Reed PLLP;Daniel E. Becnel Jr. Law;Savage Bowersox Supperstein LLP |
| 298 | Weigel, Patricia T | Weigel, Patricia T. v. Merck & Co., Inc. | 2:05-cv-00379-EEF-DEK | Avram C. Herman Law |
| 299 | Whatley, Johanne | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Branch Law Firm |
| 300 | Wheat, Ralph | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK | Brown and Crouppen PC |
| 301 | Williams, Faye | Williams, Faye v. Merck & Co., Inc. | 2:05-cv-03666-EEF-DEK | Etta Kay Hearn and Associates |
| 302 | Wireman, Charles R | Wireman, Charles R. v. Merck & Co., Inc. | 2:05-cv-02943-EEF-DEK | Spangenberg Shilbey and Liber LLP |
| 303 | Wright, Ramona | Wright, Ramona v. Merck & Co., Inc. | 2:07-cv-00947-EEF-DEK | Jack Modesett III Law |
| 304 | Wustruck, Jim | Wustruck, Jim v. Merck & Co., Inc. | 2:07-cv-00721-EEF-DEK | Holloway Bethea and Osenbaugh |
| 305 | Zamora, Juan Carlos | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK | Fichera and Miller |