# Exhibit 2 -- Non Registrants With Responses on File[1]

---

[1] Merck is reviewing these responses and believes that most if not all of the plaintiffs on Exhibit 2 will be resolved prior to the September 3 hearing.

# Exhibit 2 -- Non Registrants With Responses on File

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 1 | Alejandro, William Torres | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 2 | Almarante, Miguel | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | Lamb Firm LLC |
| 3 | Arroyo, Maria Silva | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 4 | Baez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 5 | Balkin, Mark | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 6 | Batiste, Lorena L | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 7 | Baugher, Anna | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK | Alvis and Willingham LLP |
| 8 | Brasuell, Barbara | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 9 | Bravo, Milda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 10 | Brusilovsky, Irene | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 11 | Bucio, Celia | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 12 | Carmona, Gilberto Cruz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 13 | Carrizal, Armando | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 14 | Colon, Hector M | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 15 | Comas, Laurae Suarez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 16 | Correa, Rafael | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 17 | Costas, Ana | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 18 | Cruz, Maria A | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 19 | Dryer, Betty Jean | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Carey and Danis LLC;Jeffrey J. Lowe PC;Schaffer and Lamere PC;Walther Glenn Law |
| 20 | Edicta, Olivera | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 21 | Farlandskiy, Yakob | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 22 | Figueroa, Bethzaida Henson | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 23 | Franco, Carlos | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 24 | Garcia, Hector | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 25 | Gomez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 26 | Gonzalez, David Pizarro | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 27 | Gonzalez, Melinda F | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 28 | Goodyear, Harry Jr | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | James B. Feinman and Associates |
| 29 | Gutierrez, Maria | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 30 | Henrichs, Mark | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 31 | Henry, Fred | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 32 | Hernandez, Her | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Lamb Firm LLC |
| 33 | Hernandez, Zoe Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 34 | Hidalgo, Juanita | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 35 | Hunsicker, John | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 36 | Jesus, Luis Roldan De | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 37 | Jones, Janice | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 38 | Jusino, Vanessa | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 39 | Kargodorian, Varoujan M | Kargodorian, Vick v. Merck & Co., Inc. | 2:05-cv-03791-EEF-DEK | Gancedo and Nieves |
| 40 | Keenan, Kathy | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 41 | Kelm, Ron | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 42 | Kiehl, Dorothy | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Jeffrey J. Lowe PC |
| 43 | Lagunas, Silvestre | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 44 | Lampon, Mildred | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK | Pius A. Obioha and Associates LLC |
| 45 | Legareta, Irma | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 46 | Lugo Rodriguez, Bedalin | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 47 | Lugo Rodriguez, Francisco | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 48 | Malave, Maria Addarich | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 49 | Maldonado, Galo | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 50 | Martin, Shirley | Martin, Shirley v. Merck & Co., Inc. | 2:08-cv-01776-EEF-DEK | Freese and Goss PLLC |
| 51 | McNinn, William | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK | Carey and Danis LLC;Jeffrey J. Lowe PC;Schaffer and Lamere PC;Walther Glenn Law |
| 52 | Medro, Lorraine | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Kell Lampin LLC;Schaffer and Lamere PC;Walther Glenn Law |
| 53 | Mendoza, Javier | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 54 | Mitchell, Roberta | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 55 | Morales, Leonardo | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 56 | Morales, Leonardo Arreaga | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 57 | Morales, Leonardo Arriaga | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 58 | Narvera, Jose Ortiz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 59 | Oquendo, Hilda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 60 | Ortiz, Glenda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 61 | Otero, Margarita | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 62 | Otero, Rosa | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 63 | Padilla, Aura | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 64 | Perez, Timoteo | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 65 | Price, Miriam | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK | Domengeaux Wright Roy and Edwards;Herman Herman Katz and Cotlar LLP |
| 66 | Ramon, Emilio | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 67 | Ramos, Ana | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 68 | Reyes, Moises | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 69 | Rico, Maria | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK | Ribbeck Law Chartered |
| 70 | Rigo, Carmen | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 71 | Rivera, Carmen Cruz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 72 | Rivera, Evelyn | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 73 | Rivera, Jose | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 74 | Rivera, Maria De Lourdes Rivera | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 75 | Rivera, Sulina Moreno | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 76 | Rodriguez, Martha | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 77 | Sanchez, Angel Fontanez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 78 | Sanchez, Jose Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 79 | Santiago, Maria E | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 80 | Santiago, Maria L | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 81 | Santiago, Mario | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 82 | Scott, Donald | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK | Carey and Danis LLC |
| 83 | Siera, Awilda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 84 | Simpson, George | Simpson, George v. Merck & Co., Inc. | 2:05-cv-04431-EEF-DEK | Truitt Law Firm |
| 85 | Taylor, Joyce | Taylor, Joyce v. Merck & Co., Inc. | 2:06-cv-01550-EEF-DEK | Matt Freeman and Associates |
| 86 | Teter, William | Allison, Kelly v. Merck & Co., Inc. | 2:05-cv-04450-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 87 | Torres, Carmen Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 88 | Torres, Maria Torres | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 89 | Vazquez, Irma | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 90 | Vazquez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |
| 91 | Virginia, Russell | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Herman Herman Katz and Cotlar LLP;Domengeaux Wright Roy and Edwards |
| 92 | Williams, Mary Jane | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | Jeffrey J. Lowe PC;Carey and Danis LLC;Walther Glenn Law;Schaffer and Lamere PC |

| | Plaintiff's Name | Caption | Docket Number | Plaintiffs' Counsel |
|---|---|---|---|---|
| 93 | Young, Laurie | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | Austin and Associates LLC |
| 94 | Zafiratos, James | Zafiratos, James v. Merck & Co., Inc. | 2:05-cv-06341-EEF-DEK | Power Rogers and Smith PC |
| 95 | Zayas, Jose Quintana | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quetglas Law Offices;Lamb Firm LLC;Sanders Viener Grossman LLP;Wood Law Firm |