UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | CASE NO. 08-3627 RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * * | JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al.*, | * * | MAGISTRATE JUDGE |
| Defendants. | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROPOSED ORDER

During oral argument on Plaintiffs' Motion for Preliminary Injunction, heard by this Court on July 24, 2008, Plaintiffs orally moved for a stay of the proceedings pending appeal in the event of a denial of the Motion for Preliminary Injunction. Upon consideration of Plaintiffs' Request for Stay of the proceedings pending appeal,

IT IS ORDERED that Plaintiffs' oral motion to stay the proceedings pending appeal is hereby DENIED.

Dated this _____ day of _____, 2008.

　　　　　　　　　　　　_____
　　　　　　　　　　　　The Honorable Eldon E. Fallon
　　　　　　　　　　　　Judge
　　　　　　　　　　　　United States District Court for the Eastern District of Louisiana

{N0123867}