

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**RELATED CASES: 08-1633, 08-3627**

### ORDER

IT IS ORDERED that the Court will hear oral argument in these cases on July 24th, 2008, at 2:00 p.m. The Court will hear argument on the following motions in the order listed below:

<u>AvMed, Inc., et al. v. BrownGreer, PLC, et al. (Case: 08-1633)</u>

- Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Rec. Doc. 14640)

- Defendants' Motion to Sever (Rec. Doc. 14525)

<u>1199 SEIU Greater New York Benefit Fund, by its Trustees, et al. v. BrownGreer, PLC, et al. (Case: 08-3627)</u>

- Plaintiffs' Motion for Preliminary Injunction (Rec. Doc. 14877)

- NPC Motion to Dismiss and Strike Class Allegations (Rec. Doc. 14875)

1

- Defendants' Motion to Strike Class Allegations (Rec. Doc. 15008)

New Orleans, Louisiana, this 21st day of July, 2008.

                                                                                                                                   */s/ Eldon E. Fallon*
                                                                                                  UNITED STATES DISTRICT JUDGE