UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND**, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627** **RELATED CASE:** **2:05-MD-1657** **VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC,** *et al.*, | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER**

Upon consideration of the NPC Defendants' and Defendant BrownGreer's Motions To Strike the Class Allegation in the Amended Complaint filed by the Plaintiffs on July 9, 2008, Plaintiffs' opposition thereto, and the arguments of counsel at the hearing held on July 24, 2008, and the Court having concluded that Plaintiffs are not entitled to class certification, it is hereby

ORDERED, that the NPC and BrownGreer Motions to Strike Class Allegations be, and hereby are, GRANTED; and it is further

ORDERED, that the request for class certification set forth in the Amended Complaint is hereby DENIED.

Dated this _____ day of _____, 2008.

> _____
> The Honorable Eldon E. Fallon
> Judge
> United States District Court for the Eastern District of Louisiana

{N0123864}