UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®   MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION   Section L

This Document Relates To:   Judge Fallon
Steven Schenatzki v. Merck & Co., Inc.

Mag. Judge Knowles
2:06-cv-02497

## CERTAIN PLAINTIFFS' NOTICE OF RECORDS DEPOSITION OF RITEAID

TO:   The parties through their liaison counsel.

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, certain plaintiffs, by and through their undersigned attorneys, will take the deposition of the following individual(s) on the date and time and location indicated below, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures – The deposition shall be taken pursuant to the Pre-Trial Order No. 9. The terms of such order are incorporated in this Notice. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed.R.Civ.P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until examination completed.

Deponent: Records Custodian or designee of RiteAid, to produce documents

Subpoena, Attachment "A"
Date: August 27, 2008
Time: 10:00 am
Location:   Information Network Services
5235 N. Front Street,
Harrisburg, Pennsylvania 17110
Primary Examiner: To Be Determined.

1

Pursuant to Fed.R.Civ.P. 45 the deponent is commanded to produce and permit inspection and copying of the documents requested in the Subpoena for deposition and documents served contemporaneously with this notice. Authorizations for the information requested are attached hereto as Attachment B.

Note: This deposition is for records only. The deposition will be canceled if all the documents requested are produced prior to 5:00 p.m. on August 25, 2008.

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Bank of America, Suite 100
300 Convent Street
San Antonio, Texas 78205
Telephone: 210-527-0500
Facsimile: 210-527-0501

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS KHERKHER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Records Deposition under Rule 26** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of August, 2008.

Grant Kaiser

# Issued by the
# UNITED STATES DISTRICT COURT
### Eastern DISTRICT OF Louisiana

IN Re: Vioxx Products Liability Litigation
Steven Schenatzki
V.
Merck & Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 2:06-cv-02497

TO: Custodian of Records, RiteAid
30 Hunter Lane., Camp Hill, PA 17011

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

✓ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule "A."

| PLACE | DATE AND TIME |
|---|---|
| Information Network Services, 5235 N. Front Street, Harrisburg, Pennsylvania 17110 | August 27, 2008, at 10:00 a.m. In the event records are produced prior to 5:00 p.m. on August 25, 2008, custodian of records or his/her representative need not appear. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Grant Kaiser, The Kaiser Firm, L.L.P., 8441 Gulf Freeway, Suite 600, Houston, Texas 77017 (713) 223 0000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions ©, (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# AFFIDAVIT

State of Pennsylvania )
)
County of Dauphin )

Before me the subscriber personally appeared Mary B. Kerns, to me known, being duly sworn according to law, doth depose and say that on August 15, 2008 at 11:45 a.m., I served Rite Aid Corporation at 30 Hunter Lane, Camp Hill, PA a Notice and Subpoena in the matter of the United States Eastern District Court of Louisiana MDL Docket No. 1657, Vioxx Products Liability Litigation Steven Schenatzki v. Merck & Co., Inc., by serving Patrick Coleman, Paralegal, who accepted service on behalf of Rite Aid Corporation and further deponent sayeth not.

Mary B. Kerns
5235 N. Front Street
Harrisburg, PA 17110

Sworn and subscribed before me this

18th day of August, 2008

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Wendy M. Johnston, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Oct. 24, 2009

Member, Pennsylvania Association of Notaries