# Attachment "A"

| LAST NAME | FIRST NAME | FACILITY |
|---|---|---|
| Schenatzki | Steven | Rite Aid |
| Hanzy | Ola Bell | Rite Aid |
| Belanger | Dorothy | Rite Aid/Osco & Brooks Stores |
| Schimkat | Bertha | Rite Aid |
| Giuntini | James | Rite Aid |
| Amaker | Louise | Rite Aid |
| Bundy | Andrew | Rite Aid/Osco |
| Moore | Carrie | Rite Aid – the missing 2003 and 2004 records |
| Amon | Barbara | Rite Aid/Eckerd |
| Hall | Barbara | Rite Aid/Eckerd |