Attachment "B"



Apr 11 2008
9:49AM

# ATTACHMENT D TO ENROLLMENT FORM

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: Steven Schenatzki

Date of Birth: 12/3/1954

Social Security Number: 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

Litigation Case No. _____

I hereby authorize

Rite Aid

_____

_____

_____

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to Provost Umphrey Law Firm L.L.P. [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special  Williams Kherkher Master) for the Program, the Chief Administrator for the Program, members of the Gate  Hart Boundas LLP Committee for the Program, all other persons provided for under the terms of the Agreement to  Rainer, Hayle & Ellint LLC consider claims], and their respective attorneys, agents, servants, employees and independent  The Watts Law Firm L.L.P. auditors, the medical or other documentation required for approval of an award under the  The Kaiser Firm L.L.P. Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

24115

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 8th day of August, 2008

Signature: _Susan Schenatzki_
[PATIENT OR REPRESENTATIVE]

Print Name: Susan C Schenatzki for Steven R. Schenatzki

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

24115

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

State No. ..........................

STATE: The Social Security # is by this state agency in order to [carry out statuto]ry responsibility. Disclosure is [voluntary and the]re will be no penalty for refusal.

THE RECORDS IN THIS SERIES ARE CONFIDENTIAL PER IC 16-37-1-10

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First, Middle, Last) | Steven Ray Schenatzki |
| 2. SEX | Male |
| 3a. TIME OF DEATH | 12:12 PM |
| 3b. DATE OF DEATH | September 12, 2004 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE—Last Birthday (Years) | 49 |
| 6. DATE OF BIRTH | December 5, 1954 |
| 7. BIRTHPLACE | Fargo, ND |
| 8a. WAS DECEDENT A U.S. VETERAN? | No |
| 8b. YEAR LAST SERVED IN U.S. ARMED FORCES | N/A |
| 9a. PLACE OF DEATH | ER/Outpatient |
| 9b. FACILITY NAME | Hendricks Regional Health |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Danville |
| 9d. COUNTY OF DEATH | Hendricks |
| 10. MARITAL STATUS | Married |
| 11. SURVIVING SPOUSE | Susan C. Michaud |
| 12a. DECEDENT'S USUAL OCCUPATION | Lumber Inspector |
| 12b. KIND OF BUSINESS/INDUSTRY | Lumber Company |
| 13a. RESIDENCE—STATE | IN |
| 13b. COUNTY | Hendricks |
| 13c. CITY, TOWN, OR LOCATION | Avon |
| 13d. STREET AND NUMBER | 308D Michigan Parkway |
| 13e. ZIP CODE | 46123 |
| 13f. INSIDE CITY LIMITS | Yes |
| 14. CITIZEN OF WHAT COUNTRY | USA |
| 13g. ON A FARM? | No |
| 15. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 16. RACE | white |
| 17. DECEDENT'S EDUCATION (College) | 5+ |
| 18. FATHER'S NAME | Edward Schenatzki |
| 19. MOTHER'S NAME | Marjorie Freeman |
| 20a. INFORMANT'S NAME | Susan C. Schenatzki |
| 20b. MAILING ADDRESS | 308D Michigan Parkway, Avon, IN 46123 |
| 20c. Relationship | Wife |
| 21a. METHOD OF DISPOSITION | Cremation |
| 21b. DATE AND PLACE OF DISPOSITION | September 14, 2004, Greater Southside Crematory |
| 21c. LOCATION | Greenwood, IN |
| 22a. EMBALMER'S NAME | none |
| 22b. EMBALMER'S LICENSE NO. | n/a |
| 23. WAS DEATH REPORTED TO CORONER? | Yes case # 53-04-288 |
| 24b. LICENSE NUMBER | FDO1002003 |
| 25. NAME, ADDRESS, AND LICENSE NUMBER OF FUNERAL HOME | Conkle Funeral Home  FH83006423, 4925 W. 16th St., Speedway, IN 46224 |

### 26. PART I
a. IMMEDIATE CAUSE: acute myocardial infarction
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions:

| 27. WAS DECEDENT PREGNANT OR 90 DAYS POSTPARTUM? | 28a. WAS AN AUTOPSY PERFORMED? | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| no | no | n/a |

29a. CERTIFIER: ☒ CORONER — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

29b. SIGNATURE AND TITLE OF CERTIFIER: Jason C. Matthews — CORONER
29c. MEDICAL LICENSE NO.
29d. DATE SIGNED: September 14, 2004

30. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Jason C. Matthews, Coroner Hendricks County, 690 E. 56th Street, Brownsburg, IN 46112

31. HEALTH OFFICER'S SIGNATURE: David W. Medley, MD
32. DATE FILED: September 17, 2004

33. MANNER OF DEATH: ☒ Natural

34g. DATE PRONOUNCED DEAD: September 12, 2004

SDH06.004 State Form 10110 (R5/1-99)

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. 32D01-0707-ES191 |

IN THE MATTER OF THE ESTATE
OF STEVEN RAY SCHENATZKI,
DECEASED

## ORDER APPOINTING ADMINISTRATRIX
## FOR SOLE PURPOSE OF COLLECTING
## DAMAGES FOR WRONGFUL DEATH

Comes now the petitioner, Susan Schenatzki, and files verified Petition for letters of administration for the sole purpose of collecting damages for wrongful death.

And the Court being fully advised in the premises, now appoints Susan Schenatzki as administrator of the estate of Steven Ray Schenatzki, deceased, and directs the Clerk to issue letters of administration to Susan Schenatzki upon the estate of Steven Ray Schenatzki, deceased, for the sole purpose of bringing an action against, Merck, and any and all other parties who may be responsible for the wrongful death of the decedent, to recover damages for the wrongful death of the decedent.

SO ORDERED THIS 9 DAY OF July, 2007.

_____
JUDGE, HENDRICKS CIRCUIT COURT

DISTRIBUTE COPIES TO:

Dean J. Arnold
Nunn Law Office
104 Franklin Road
Bloomington, IN 47404

## AUTHORIZATION FOR RELEASE OF INFORMATION
Complies with 45 C.F.R. 164.508(b)

RE: __Ola Bell Hansy__
Name of Person (please print)

DOB: __6 / 1 / 1929__  SS: __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__  DOD: __4 / 28 / 2003__

1. The words "I," "me" or "my," as used in this authorization, refer to me personally or to my personal representative, where appropriate. The word "you" refers to the individual, entity, or agency disclosing personally identifiable information or individually identifiable health information pursuant to this authorization.

2. I hereby authorize all employers, insurers, school administrators and school personnel, rehabilitation personnel, social workers and any other affected person, all Federal and State agencies, Social Security Administration and State Workers' Compensation Offices, Police Departments and other law enforcement agencies, to procure or copy whatever record(s) or other information you may have on the person named above. You are hereby authorized to release any and all wage and employment information, income information, information and records concerning insurance policies and claims, school records, tests of any kind and description, police reports and all related documentation and memoranda, and any other type of information relating to the person named above, and to permit the copies of such records or documents to be made available to, Provost ★ Umphrey, L.L.P., Williams Kherkher Hart Boundas, L.L.P. (formerly Williams ♣ Bailey, L.L.P.), Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708, and/or acting agent <u>MEDICONNECT.NET, INC. or ZEROP MEDICAL, L.L.C.</u>

3. I further authorize any physician, osteopath, podiatrist, dentist, chiropractor, pharmacy, hospital, clinic, emergency center, medical attendant, physician assistants, ambulance service or any other health care provider to disclose to Provost ★ Umphrey, L.L.P., Williams Kherkher Hart Boundas, L.L.P. (formerly Williams ♣ Bailey, L.L.P.), Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708, and/or acting agent the individually identifiable health information pertaining to the person named above, which includes all medical records, x-rays, diagnostic studies, laboratory slides or blocks, documents, reports, clinical abstracts, histories, charts, information or opinions, patient account/billing records, itemized statements, or insurance claim information which they may request relative to the above named person's past, present or future physical condition, treatment, care and/or hospitalizations and to allow them to procure or copy whatever medical records, x-rays, slides or other information you have.

4. This request specifically includes any records pertaining to HIV/AIDS tests, sexually transmitted disease information, results of alcohol substance abuse and/or diagnoses or treatment for psychological disorders.

5. <u>This request covers period(s) of treatment from</u> 1/1/99 <u>through</u> Present

6. You are specifically and expressly released from any liability which would otherwise arise from the release of this information; and I waive all provisions of law relating to the disclosure of confidential medical information on behalf of myself and any persons who may have an interest in the matter. The records may be protected by federal regulations from re-disclosure (42 CFR Part 2).

7. This authorization to release information is made at my request <u>for legal purposes</u>. I have the right to revoke this authorization at any time. The revocation must be in writing and delivered to, **Provost ★ Umphrey, L.L.P., Williams Kherkher Hart Boundas, L.L.P.** (formerly Williams ✦ Bailey, L.L.P.), **Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C.,** and **The Kaiser Firm, L.L.P.,** P.O. Box 56708, Houston, Texas 77256-6708. I understand that the revocation will not apply to information that has already been released in response to this authorization.

8. <u>**This authorization will commence on the date entered below and will not expire until the earlier of, three (3) years from the date of signing, my death, or notice of my written revocation.**</u>

9. I understand that authorizing the disclosure of any information is voluntary and that I may refuse to sign this authorization. I understand that I may inspect or copy the information to be disclosed. I further understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have any questions about disclosure of my individually identifiable health information, I may contact, **Provost ★ Umphrey, L.L.P., Williams Kherkher Hart Boundas, L.L.P.** (formerly Williams ✦ Bailey, L.L.P.), **Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C.,** and **The Kaiser Firm, L.L.P.,** P.O. Box 56708, Houston, Texas 77256-6708.

10. <u>Treatment, payment, enrollment or eligibility for benefits is not contingent upon member signing this authorization.</u>

11. You are specifically and expressly directed to accept a copy of this authorization as though it were an original.

_____          8/8/08
Signature of Client/Personal Representative          Date

Priscilla Grant                                Administrator
If signed by Personal Representative, Printed Name    Relationship to Client

Page 2 of 2

#6078

**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| Reg. Dist. No. | 48 |
| Primary Reg. Dist. No. | 4801 |
| Registrar's No. | 1555 |
| Decedent's Name | Ola B. HANEY |
| Sex | Female |
| Date of Death | April 28, 2003 |
| Social Security Number | 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 |
| Age | 73 |
| Date of Birth | 06/01/1929 |
| Birthplace | Rayville, LA |
| Place of Death | The Toledo Hospital |
| City | Toledo |
| County | Lucas |
| Marital Status | Widowed |
| Occupation | Homemaker |
| Industry | Own home |
| State | Ohio |
| County | Lucas |
| City | Toledo |
| Street | 1337 Avondale Avenue |
| Zip | 43607 |
| Race | Black |
| Education | 10 |
| Father's Name | Willie Sullivan, Sr. |
| Mother's Name | Martha Talbert |
| Informant | Melvin Hubbard |
| Address | 1325 Avondale Avenue Toledo, OH 43607 |
| Place of Disposition | Woodlawn Cemetery |
| Location | Toledo, Ohio |
| Date of Disposition | May 5, 2003 |
| Funeral Director | C. Brian Brown |
| License Number | 8633-A |
| Facility | C. Brown Funeral Home, Inc. 1629 Nebraska Avenue Toledo, OH 43607-3904 |
| Date Filed | MAY 08 2003 |
| Time of Death | 9:28 A.M. |
| Date Pronounced Dead | April 28, 2003 |
| Certifier | Stanley Orlop, D.O. 2409 Cherry Street #302 Toledo, OH 43608 |
| License Number | 7481 |

Part I. Cause of Death:
a. Immediate Cause: Pneumonia

Part II. Other significant conditions: HTN; Dementia, Hx Cva/CVE, Anemia

STATE OF OHIO
COUNTY OF LUCAS
CERTIFIED COPY OF VITAL RECORDS
DATE ISSUED: MAY 12 2003

SOMPONG PONGTANA
REGISTRAR

This is a true reproduction of the death record on file with the Lucas County Regional Health District.

NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE

# PROBATE COURT OF LUCAS COUNTY, OHIO
## JACK R. PUFFENBERGER, JUDGE



ESTATE OF Ola Bell Hanzy , DECEASED

CASE NO. 2008 EST 0472

ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

**FILED**
MAR 2 1 2008
LUCAS CO. PROBATE COURT
JACK R. PUFFENBERGER, JUDGE

Name and Title of Fiduciary Priscilla A. Grant

**Administrator**

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] ☐ testate - ☒ intestate – on April 28, 2003 ,

domiciled in                Toledo ,        Lucas County,   Ohio                .

[Check one of the following] ☐ Bond is dispensed with by the Will - ☒ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and
**Estate opened solely for the purpose of wrongful death litigation.**
Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

March 21, 2008
Date

Jack R. Puffenberger
Judge Jack R. Puffenberger

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]

Jack R. Puffenberger
Probate Judge/Clerk
By J. Joseph
March 21, 2008
Date

ORIGINAL ISSUE
MAR 2 1 2008

FORM 4.5 – ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY



Apr 11 2008
9:49AM

# ATTACHMENT D TO ENROLLMENT FORM

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: Dorothy Belanger

Date of Birth: 12/29/1930

Social Security Number: 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

Litigation Case No. _____

I hereby authorize

Rite Aid

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to Provost Umphrey Law Firm LLP [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special Williams Kherkher Master) for the Program, the Chief Administrator for the Program, members of the Gate Hart Boundas L.L.P. Committee for the Program, all other persons provided for under the terms of the Agreement to Rainer, Coyle + Elliot LLC consider claims], and their respective attorneys, agents, servants, employees and independent The Watts Law Firm LLP auditors, the medical or other documentation required for approval of an award under the The Kaiser Firm LLP Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

20539

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 8th day of August, 2008

Signature: _____
[PATIENT OR REPRESENTATIVE]

Print Name: _____

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

20539

# CERTIFICATION OF VITAL RECORD

# State of New Hampshire
## CERTIFIED ABSTRACT OF A CERTIFICATE OF DEATH

FILE # 2001000860

| | | |
|---|---|---|
| L NAME OF DECEASED | DOROTHY BELANGER | SEX FEMALE |
| E OF DEATH | JANUARY 31, 2001 | AGE 70 YRS |
| E OF BIRTH | DECEMBER 29, 1930 | BIRTHPLACE PASCAGOULA, MISSISSIPPI |
| HER'S NAME | RUBY NORRIS | |
| HER'S NAME | JOHN BLAIR | |
| CE OF DEATH | DERRY, NEW HAMPSHIRE | |
| RITAL STATUS | MARRIED | |
| OUSE | RENE J BELANGER SR. | |
| IAL SECURITY NUMBER | 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 | |
| SIDENCE | LONDONDERRY, NEW HAMPSHIRE | |
| CE OF DISPOSITION | SOUTHERN NH CREMATORY, DERRY, NEW HAMPSHIRE | |
| TE OF DISPOSITION | FEBRUARY 03, 2001 | |
| NER OF DEATH | NATURAL | FILE DATE FEBRUARY 01, 2001 |
| USE OF DEATH | | |
| ACUTE CONGESTIVE HEART FAILURE | | 1 HOUR |
| ACUTE MYOCARDIAL INFARCTION | | 1 HOUR |
| CHRONIC ISCHEMIC HEART DISEASE | | YEARS |

HER SIGNIFICANT CONDITIONS

SCRIBE HOW INJURY OCCURRED

HE OF INJURY

ACE OF INJURY

CATION OF INJURY

ME AND ADDRESS OF CERTIFIER

MARK DURCAN MD, ONE PARKLAND DR., DERRY, NEW HAMPSHIRE 03038

RGINAL NOTES

00543318

I HEREBY CERTIFY THAT THIS IS A TRUE ABSTRACT ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE.

ATTEST: *Marjorie E Surinam* CAL REGISTRAR   *William R. Bolton, Jr.* State Registrar

DATE ISSUED: FEBRUARY 01, 2001   STATE CITY/TOWN OF: DERRY

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

VS-SP1

**The State of New Hampshire**
Rockingham Probate Court
P. O. Box 789
Kingston, NH 03848
603 642-7117

IN RE: Administration of Dorothy Belanger

DOCKET NUMBER: 2007-1233

# CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

On November 20, 2007, Kathleen Anzalone of 14 Shore Road Kingston, NH 03848, was appointed to administer the estate of Dorothy Belanger and accepted this responsibility. This appointment remains in effect as per the records of this court, as of the date stated below.

This document, when signed below under seal, certifies that this appointment did occur as stated above.

Date: November 20, 2007

Julianne French
Deputy Register of Probate

NOT VALID WITHOUT
PROBATE COURT SEAL.

AOC Form PRP080 (Rev 12/29/2004)



## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: **Bertha M. Schimkat**

Date of Birth: **3/21/1929**

Social Security Number: **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**

Litigation Case No. _____

I hereby authorize

**Rite Aid**

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to _Kasowitz Benson Torres Law Firm LLP_ [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special _Williams Kherkher_ Master) for the Program, the Chief Administrator for the Program, members of the Gate _Hart Boundas_ Committee for the Program, all other persons provided for under the terms of the Agreement to _Hariter, Gayle Kelliott LLC_ consider claims], and their respective attorneys, agents, servants, employees and independent _The Wetta Law Firm_ auditors, the medical or other documentation required for approval of an award under the _The Kaiser Firm LLP_ Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

84941

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 6th day of August, 2008

Signature: *Bertha M. Schimkat*
[PATIENT OR REPRESENTATIVE]

Print Name: Bertha M. Schimkat

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

24941