

## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: James G. Giuntini

Date of Birth: 6/30/1946

Social Security Number: 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

Litigation Case No. _____

I hereby authorize

Rite Aid

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to Vinost Umphey Law Firm L.L.P. [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special Williams Kherkher Master) for the Program, the Chief Administrator for the Program, members of the Gate Hoyt-Baundas L.L.P. Committee for the Program, all other persons provided for under the terms of the Agreement to Ranes, Cagle + Ellis L.L.C. consider claims], and their respective attorneys, agents, servants, employees and independent The Watts Law Firm LLP auditors, the medical or other documentation required for approval of an award under the The Kaiser Firm LLP Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

19892

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this _8th_ day of _August_, 2005

Signature: _____
             [PATIENT OR REPRESENTATIVE]

Print Name: _____

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

19892



Apr 11 2008
8:49AM

## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: _Louise F. Amaker_

Date of Birth: _3/19/1932_

Social Security Number: _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_

Litigation Case No. _____

I hereby authorize

_Rite Aid_

_____

_____

_____

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to _Provost Umphrey Law Firm LLP_, _Williams Kherkher_, [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special _Hart Boundas LLP_, Master) for the Program, the Chief Administrator for the Program, members of the Gate _Beirne Doyle + Elliott LLC_, Committee for the Program, all other persons provided for under the terms of the Agreement to _The Whitslaw Firm_, consider claims], and their respective attorneys, agents, servants, employees and independent _The Kaiser Firm LLP_ auditors, the medical or other documentation required for approval of an award under the Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

1970

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 6th day of August, 2008

Signature: _Louise F. Amaker_
[PATIENT OR REPRESENTATIVE]

Print Name: _Louise F. Amaker_

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

1920

## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: Andrew Bixby

Date of Birth: 05-24-1937

Social Security Number: 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

Litigation Case No. _____

I hereby authorize:

Rite Aid

_____

_____

_____

_____

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to Hurst Hunziker Law Firm LLP [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special Williams Kherkher Master) for the Program, the Chief Administrator for the Program, members of the Gate Hare Wynder LLP Committee for the Program, all other persons provided for under the terms of the Agreement to Ranier, Gayle consider claims], and their respective attorneys, agents, servants, employees and independent L-Elliot LLC auditors, the medical or other documentation required for approval of an award under the The Watts Law Firm Program. These records shall be used or disclosed solely in connection with the currently LLP pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated The Kane Firm November ___, 2007, involving the person named above. This authorization shall cease to be LLP effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

19437

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this _23_ day of _May_, 200_8_

Signature: _SH C, RUB ADMIN_
[PATIENT OR REPRESENTATIVE]

Print Name: _IRA H GROLMAN_

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

| You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity. |

#19437

# The Commonwealth of Massachusetts
## STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

**REGISTERED NUMBER:** 000223

| Field | Value |
|---|---|
| Name | Andrew R. Bundy, Jr. |
| Sex | M |
| Date of Death | Jan. 7, 2002 |
| Place of Death (City/Town) | Boston |
| County of Death | Suffolk |
| Hospital or Other Institution | St. Elizabeth Medical Center |
| Social Security Number | 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 |
| US War Veteran | Korea |
| Race | Black |
| Education | 12 |
| Age | 64 |
| Date of Birth | May 24, 1937 |
| Birthplace | Philadelphia, PA |
| Marital Status | Married |
| Spouse | Elaine Gormeney |
| Usual Occupation | Maintenance Man |
| Business/Industry | Window Cleaning |
| Residence | 66 Harvard Ave. Boston Suffolk County MA |
| Zip | 02134 |
| Father's Name | Andrew R. Bundy |
| Mother's Name | Unknown Unknown Unknown |
| Informant's Name | Elaine Bundy |
| Informant Address | 66 Harvard Ave. Boston, MA 02134 |
| Relationship | Wife |
| Method of Disposition | Burial |
| Funeral Director | John F. Reen |
| License # | 5071 |
| Place of Disposition | Massachusetts National Cemetery |
| Location | Bourne, MA |
| Date of Disposition | Jan. 15, 2002 |
| Funeral Home | Lehman-Reen Funeral Home 63 Chestnut Hill Ave. Boston, MA 02135 |

**Cause of Death:**
- Immediate Cause: CARDIAC ARREST — Minutes
- Due to: ASYSTOLE — Minutes
- Due to: CORONARY ARTERY DISEASE — Years

**Autopsy Performed:** No

**Case Referred to M.E.:** Yes
**Manner of Death:** Natural

Date Signed: January 7, 2002
Hour of Death: 8:20 P.M.
Name of Attending Physician: MARK ROHRER MD

Certifier: SUDHA MR/ATAN, VI MD - 736 CAMBRIDGE STREET - BOSTON, MA 02135
License No.: 206424

Date of Record: JAN 14 2002
Received in the City/Town of: BOSTON

---

I hereby certify that by annexed Records of the following cities and towns are in the City Registrar of...

WITNESS my hand and the SEAL of the CITY REGISTRAR

on this ...... Day of JUN 20 2005 A.D.

Judith A. McCarthy, City Registrar

By Chapter 314 of the Acts of 1892, "the certificates or attestations of the Assistant City Registrars shall have the same force and effect as..."

| Annexed | |
|---|---|
| ton | 1637 |
| ston | 1804 |
| ... | 1868 |
| ... | 1870 |
| town | 1874 |

DOCKETED
DATE: 2/22/08
NAME:
ENTRY #:

SUFFOLK Division

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**   Docket No. 08P0333AP

## Public Administration With Sureties

Name of Decedent  ANDREW R. BUNDY, JR.

Domicile at Death  66 HARVARD AVENUE                      BOSTON
                   (street and no.)                       (city or town)

  SUFFOLK                              02134   Date of Death  JANUARY 7, 2002
  (county)                              (zip)

Name and address of Public Administrator/Administratrix

ECEDENT  ERA H. GROLMAN, DONAHUE AND GROLMAN, 321 COLUMBUS AVENUE FLOOR 6, BOSTON MA 02116
LEFT A WIDOW, ELAINE BUNDY, BUT SHE SUBSEQUENTLY DIED, ADDRESS UNKNOWN.
~~Decedent left no known widow/widower or heir in this Commonwealth~~; that said decedent left property in the County
of  SUFFOLK
to be administered,

☐ The petitioner is designated by the Department of Public Welfare as the Public Administrat_____ to be appointed pursuant to M.G.L. ch. 194 specifically to pursue a claim against the estate for $_____, the amount alleged due the Department pursuant to M.G.L. ch. 118E. Further, the petitioner states that more than one year has passed from the date of decedent's death, and neither a petition for administration of the decedent's estate nor for admission to probate of the decedent's will has been filed with the Probate and Family Court.

☑ The petitioner hereby certifies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9905.

Petitioner prays that he/she be appointed administrator/administratrix of said estate — with — ~~without~~ — sureties on his/her bond and certifies under the penalties of perjury that the foregoing statements are true to the best of his/her knowledge and belief.

Date  02.22.2008                   Signature  _____

### DECREE

All persons interested having been notified in accordance with the law and no objections being made thereto, it is decreed that said Public Administrat_OR_ be appointed administrat_OR_ of said estate, first giving bond with _____ sureties for the due performance of said trust.

Date  May 21, 2008

JEREMY A. STAHLIN
Judge of Probate and Family Court
Justice of the Probate and Family Court
By _____
Assistant Register

CJ-P9 (11/01)

## AUTHORIZATION FOR RELEASE OF INFORMATION
Complies with 45 C.F.R. 164.508(b)

RE: Carrie Moore
Name of Person (please print)

DOB: 01 / 07 / 1925   SS: 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   DOD: 7 / 12 / 2004

1. The words "I," "me" or "my," as used in this authorization, refer to me personally or to my personal representative, where appropriate. The word "you" refers to the individual, entity, or agency disclosing personally identifiable information or individually identifiable health information pursuant to this authorization.

2. I hereby authorize all employers, insurers, school administrators and school personnel, rehabilitation personnel, social workers and any other affected person, all Federal and State agencies, Social Security Administration and State Workers' Compensation Offices, Police Departments and other law enforcement agencies, to procure or copy whatever record(s) or other information you may have on the person named above. You are hereby authorized to release any and all wage and employment information, income information, information and records concerning insurance policies and claims, school records, tests of any kind and description, police reports and all related documentation and memoranda, and any other type of information relating to the person named above, and to permit the copies of such records or documents to be made available to, Provost ※ Umphrey, L.L.P., Williams ✤ Bailey, L.L.P., Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708, and/or acting agent <u>ZEROP MEDICAL, L.L.C.</u>

3. I further authorize any physician, osteopath, podiatrist, dentist, chiropractor, pharmacy, hospital, clinic, emergency center, medical attendant, physician assistants, ambulance service or any other health care provider to disclose to Provost ※ Umphrey, L.L.P., Williams ✤ Bailey, L.L.P., Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708, and/or acting agent the individually identifiable health information pertaining to the person named above, which includes all medical records, x-rays, diagnostic studies, laboratory slides or blocks, documents, reports, clinical abstracts, histories, charts, information or opinions, patient account/billing records, itemized statements, or insurance claim information which they may request relative to the above named person's past, present or future physical condition, treatment, care and/or hospitalizations and to allow them to procure or copy whatever medical records, x-rays, slides or other information you have.

3107


4. This request specifically includes any records pertaining to HIV/AIDS tests, sexually transmitted disease information, results of alcohol substance abuse and/or diagnoses or treatment for psychological disorders.

5. **This request covers period(s) of treatment from January 1, 1999 through present.**

6. You are specifically and expressly released from any liability which would otherwise arise from the release of this information; and I waive all provisions of law relating to the disclosure of confidential medical information on behalf of myself and any persons who may have an interest in the matter. The records may be protected by federal regulations from re-disclosure (42 CFR Part 2).

7. This authorization to release information is made at my request for legal purposes. I have the right to revoke this authorization at any time. The revocation must be in writing and delivered to, Provost ※ Umphrey, L.L.P., Williams ✢ Bailey, L.L.P., Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708. I understand that the revocation will not apply to information that has already been released in response to this authorization.

8. **This authorization will commence on the date entered below and will not expire until the earlier of, three (3) years from the date of signing, my death, or notice of my written revocation.**

9. I understand that authorizing the disclosure of any information is voluntary and that I may refuse to sign this authorization. I understand that I may inspect or copy the information to be disclosed. I further understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have any questions about disclosure of my individually identifiable health information, I may contact, Provost ※ Umphrey, L.L.P., Williams ✢ Bailey, L.L.P., Watts Law Firm, L.L.P., Rainier, Gayle & Elliot, L.L.C., and The Kaiser Firm, L.L.P., P.O. Box 56708, Houston, Texas 77256-6708.

10. **Treatment, payment, enrollment or eligibility for benefits is not contingent upon member signing this authorization.**

11. You are specifically and expressly directed to accept a copy of this authorization as though it were an original.

_____*Winifred Lawrence*_____           _____8/8/08_____
Signature of Client/Personal Representative      Date

_____     _____
If signed by Personal Representative, Printed Name    Relationship to Client

# CERTIFICATION OF INGHAM COUNTY VITAL RECORD

**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

CF 1379
STATE FILE NUMBER: 2510911

| Field | Value |
|---|---|
| 1. Decedent's Name | Carrie May Moore |
| 2. Date of Birth | January 7, 1925 |
| 3. Sex | Female |
| 4. Date of Death | July 12, 2004 |
| 5. Name at Birth or Other Name Used | Carrie May Davis |
| 6a. Age - Last Birthday | 79 |
| 7a. Location of Death | Sparrow Health Systems-Sparrow Campus |
| 7b. City, Village, or Township of Death | City of Lansing |
| 7c. County of Death | Ingham |
| 8a. Current Residence - State | Michigan |
| 8b. County | Ingham |
| 8c. Locality | Lansing (city or village inside limits of) |
| 8d. Street and Number | 1403 W. Main Street |
| 8e. Zip Code | 48915 |
| 9. Birthplace | Turrell, Arkansas |
| 10. Social Security Number | 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 |
| 11. Decedent's Education | 4th grade |
| 12. Race | Black |
| 13a. Ancestry | African American |
| 13b. Hispanic Origin | No |
| 14. Was Decedent Ever in the U.S. Armed Forces? | No |
| 15. Usual Occupation | Homemaker |
| 16. Kind of Business or Industry | Own Home |
| 17. Marital Status | Widowed |
| 18. Name of Surviving Spouse | N/A |
| 19. Father's Name | Malachi Davis |
| 20. Mother's Name Before First Married | Henrietta Williams |
| 21a. Informant's Name | Winifred Lawrence |
| 21b. Relationship to Decedent | Daughter |
| 21c. Mailing Address | 6610 Conestoga Drive, Lansing, Michigan 48917 |
| 22. Method of Disposition | Burial |
| 23a. Place of Disposition | Chapel Hill Memorial Gardens |
| 23b. Location | Lansing, Michigan |
| 25. License Number | 5841 |
| 26. Name and Address of Funeral Facility | Riley Funeral Home, 426 W. St. Joseph Street, Lansing, Michigan |
| 27a. Certifier | Certifying Physician |
| 28a. Actual or Presumed Time of Death | 11:00 AM |
| 28b. Pronounced Dead On | 7-12-04 |
| 28c. Time Pronounced Dead | 11:10 AM |
| 29. Medical Examiner Contacted? | No |
| 30. Place of Death | Sparrow Hospital Inpatient |
| 27b. Date Signed | 7-21-04 |
| 27c. License Number | 4301068136 |
| 34. Name and Address of Certifying Physician | Kelly L. Morgen, 1200 E. Michigan Ave., Lansing, Michigan 48933 |
| 35b. Date Filed | AUG 02 2004 |
| 36. Part I. Cause of Death (a) | Cerebral Vascular Accident — 7 Hours |
| 39. Manner of Death | Natural |
| 40a. Was an Autopsy Performed? | No |
| 37. Did Tobacco Use Contribute to Death? | No |
| 38. If Female | Not pregnant within past year |

See reverse side for certification

## AFFIDAVIT OF RELATIONSHIP

NOTE: The following is to be completed by the next of kin of the deceased when no Probate has been filed and there is no Personal Representative/Administrator of the estate.

RE: _Carrie M. Moore_, hereinafter "Patient."
(Patient's name)

BEFORE ME, the undersigned authority, this day personally appeared _Winifred Lawrence_, hereinafter "Affiant," who after being duly sworn deposes and says:

1. That the Affiant is the _daughter_ of the Patient, deceased.
(Relationship)

2. That the Patient died on the _12th_ day of _July_, _2004_ in _Ingham_ County, State of _Michigan_.

3. That Affiant stands next in line of interstate succession for the Patient and is responsible for all legal affairs of the Patient.

FURTHER AFFIANT SAYETH NAUGHT
Signed and delivered this _____ day of _____,

_Winifred Lawrence_
Signature of Affiant

STATE OF _Michigan_
COUNTY OF _Ingham_

The foregoing instrument was acknowledged before me this _20_ day of _June_, _2006_ by _Winifred Lawrence_, who is personally known to me or
(name of person acknowledging)

has produced _Driver License_ as identification and who did/did not
(type of identification)

take an oath.

_Ana L. Valles_
Signature of Notary Public

ANA L. VALLES
Notary Public, Ingham County, MI
My Commission Expires July 31, 2006

_____     _____
Commission Number                                     Stamp of Notary Public

Case 2:05-md-01657-EEF-DEK   Document 14088-3   Filed 04/10/2008   Page 1 of

# ATTACHMENT D TO ENROLLMENT FORM

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: _Barbara Amon_

Date of Birth: _8/15/1933_

Social Security Number: _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_

Litigation Case No. _____

I hereby authorize

_Rite Aid_

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to _Provost Umphrey Law Firm LLP_ [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special _Williams Kherkher_ Master) for the Program, the Chief Administrator for the Program, members of the Gate _Havé Bauman LLP_ Committee for the Program, all other persons provided for under the terms of the Agreement to _Ranier Gayle Elliott_ consider claims], and their respective attorneys, agents, servants, employees and independent _The Watts Law Firm LLP_ auditors, the medical or other documentation required for approval of an award under the _The Kane Law Firm LLP_ Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

7

26075

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 8th day of August, 2008

Signature: *Barbara E. Senor*
[PATIENT OR REPRESENTATIVE]

Print Name: BARBARA E. ANON

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

26075

Case 2:05-md-01657-EEF-DEK   Document 14088-3   Filed 04/10/2008   Page 1 of



## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: Barbara Hall

Date of Birth: 5/14/1938

Social Security Number: 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

Litigation Case No. _____

I hereby authorize

Rite Aid

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to _Provost Umphrey Law Firm LLP_ [Merck & Co., Inc., the Claims Administrator, the Special Master (and any Deputy Special _Williams Kherkher_ Master) for the Program, the Chief Administrator for the Program, members of the Gate _Hart Boundas LLP_ / _Ranier, Gayle + Elliot, LLC_ Committee for the Program, all other persons provided for under the terms of the Agreement to _The Watts Law Firm LLP_ consider claims], and their respective attorneys, agents, servants, employees and independent _The Kaiser Firm LLP_ auditors, the medical or other documentation required for approval of an award under the Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

15056

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 8th day of August, 2008

Signature: _Barbara Hall_
[PATIENT OR REPRESENTATIVE]

Print Name: _____

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8