UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION    ]

This document relates to
Lawrence Rivers, Docket #06-1508

] MDL Docket No. 1657

SECTION L

JUDGE FALLON

]
MAGISTRATE JUDGE KNOWLES

-----------------------------------------------------------

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm Weiner, Carroll & Strauss, counsel of record for Lawrence Rivers, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1. Numerous attempts at contacting the claimant both by phone and in writing have been unsuccessful. Claimant has failed to respond to communications and cannot be found.

2. Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 133-69 245th Street, Rosedale, New York 11422.

3. PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4. Counsel will rely upon the Certification annexed hereto.

For these reasons, Weiner, Carroll & Strauss urge the Court to grant their motion to withdraw as Counsel of Record in this matter.

Respectfully submitted this 20th day of August, 2008.

RICHARD J. WEINER, ESQ.
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey 07645
Attorneys for Plaintiff, Lawrence Rivers

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Weiner | First: Richard | Middle: J. |
| **Name of Law Firm** | Weiner Carroll & Strauss | | |
| **Current Address** | Street: 136 Summit Avenue | | |
| | City: Montvale | State: NJ | Zip: 07645  Country: USA |
| **Telephone Number** | 201 930 0400 | **Facsimile** 201 930 0066 | **Email** rjweiner@optonline.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Rivers | First: Lawrence | Middle: |
| **Plaintiff Address** | Street: 133 69 245th Street | | |
| | City: Rosedale | State: NY | Zip: 11422  Country: USA |
| **Telephone Number** | 347-431-5648 | **Facsimile** | **Email** |
| **Case Caption** | In Re: Lawrence Rivers | | |
| **Case Number** | MDL 1657  Docket #06-1508 | | |
| **Court Where Case is Pending** | U.S. District Court, Eastern District of Louisiana | | |

#343313
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
| --- |
| (Paragraph I.B of PTO No. 36) |

| C. COMPLIANCE WITH PTO NO. 36 |
| --- |

[X] I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

Name of Publication: __New York Daily News__

Dates of Publication: __8/25/08 - 8/26/08 - 8/27/08__

[X] I sent a letter to the Plaintiff by certified mail on __8/20/08__ (d ) to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit p (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded p , the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

| D. SIGNATURE |
| --- |

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __8__ / __20__ / __08__ (Month/Day/Year) | _____ Counsel |
| --- | --- | --- |

#343313
4/23/08

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisisana by using the CM/ECF system which will sent a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 20th day of August, 2008.

WEINER, CARROLL & STRAUSS
136 Summit Avenue
Montvale, New Jersey 07645
Attorneys for Claimant

_____
RICHARD J. WEINER, ESQ.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION     ]

This document relates to
Lawrence Rivers, Docket #06-1508

-----------------------------------------------------------

]  MDL Docket No. 1657

SECTION L

JUDGE FALLON

]
MAGISTRATE JUDGE KNOWLES

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Lawrence Rivers.

NEW ORLEANS, LOUISIANA, this         day of              , 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE