UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION     ]

**This document relates to**
**Lawrence Rivers, Docket #06-1508**

------------------------------------------------

] MDL Docket No. 1657

SECTION L

JUDGE FALLON

]
MAGISTRATE JUDGE KNOWLES

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Lawrence Rivers.

NEW ORLEANS, LOUISIANA, this        day of              , 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE