UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to**<br>**Anthony Mercurio, Docket #06-1512**<br><br>---------------------------------------------------------- | ]  MDL Docket No. 1657<br><br>SECTION L<br>]<br><br>JUDGE FALLON<br><br>]<br>MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Anthony Mercurio.

NEW ORLEANS, LOUISIANA, this           day of                   , 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE