**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX | ] MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ] | SECTION L |
| | JUDGE FALLON |
| **This document relates to** | |
| **Ava Williams, Docket #06-1508** ] | MAGISTRATE JUDGE KNOWLES |

-----------------------------------------------------------

**ORDER**

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Ava Williams.

NEW ORLEANS, LOUISIANA, this        day of           , 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE