UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL Docket No. 1657<br><br>DOCKET NO.  E.D.La. #06-2683<br><br>D.Minn. #06-cv-1363<br><br>**[Proposed] ORDER GRANTING MOTION TO WITHDRAW FROM REPRESENTATION** |

Motion of Plaintiff's Counsel, Gary Wilson, Esq., to Withdraw from Representation of Plaintiff Gregory Wilson is hereby GRANTED.

Dated: August 18th  2008

_____
The Honorable Judge Eldon E. Fallon

80087985.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY WILSON, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | MDL Docket No. 1657 <br><br> DOCKET NO.  E.D.La. #06-2683 <br><br> D.Minn. #06-cv-1363 <br><br> **MOTION TO WITHDRAW FROM REPRESENTATION** |

Pursuant to Pre-Trial Order Number 36, counsel hereby moves this Court for an Order allowing counsel to withdraw from further representation of Plaintiff, Mr. Gregory Wilson. Counsel and plaintiff have a fundamental disagreement as to what action should be taken in the case, as detailed in the attached Declaration of Counsel Gary Wilson. In light of the fundamental disagreement as to what action should be taken in this case, counsel hereby requests an Order from this Court granting this Motion to Withdraw from Representation.

Respectfully Submitted,

Dated: _____  _____
Gary L. Wilson (MN #179012)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

80087985.1