**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAROL DRABELLE and HARRY DRABELLE**<br><br>                     **PLAINTIFFS,**<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>                 **DEFENDANT(S).** | **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION**<br><br>**MDL NO. 1657; Section L**<br><br>**CASE NO. 2:05CV6497** |

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**

Upon Motion and for good cause shown, Counsel Les Weisbrod, William B. Curtis and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Gary M. Paul of Waters & Kraus, L.L.P. (formerly of Paul & Janofsky)'s Amended Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, William B. Curtis, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Gary M. Paul and the firm of Waters & Kraus, L.L.P. (formerly of Paul & Janofsky) are hereby allowed to withdraw as counsel of record for Carol Drabelle and Harry Drabelle and will be removed from this Court's docket.

Signed this ___18th___ day of ___August___ ___, 2008.
.

                                                 **ELDON E. FALLON**
                                               **UNITED STATES DISTRICT JUDGE**