UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| *This document relates to:* | |
| Judy Montiegel and James Montiegel Docket Number: 05-5240 | ORDER ALLOWING WITHDRAWAL OF COUNSEL |

Upon Motion and for good cause shown, Counsel Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.)'s Amended Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Judy Montiegel and James Montiegel and will be removed from this Court's docket.

Signed this __18th__ day of ___August___, 2008.
.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**