UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> *This document relates to:* <br><br> *Dorothy Chapman* <br> **Docket Number: 05-5233** | **MDL NO. 1657** <br><br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, the Amended Motion for Withdrawal of Counsel for Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Jerry McCombs of the law firm of LeForce & McCombs, PC and Jon Ed Brown, previously with the law firm of LeForce & McCombs, PC. is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) and Jerry McCombs of the law firm of LeForce & McCombs, PC and Jon Ed Brown, previously with the law firm of LeForce & McCombs, PC. are hereby allowed to withdraw as counsel of record for Plaintiff Dorothy Chapman and will be removed from this Court's docket.

Signed this __18th__ day of ____August____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**