UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| **PRODUCTS LIABILITY LITIGATION** *This document relates to:* *Douglas Butz and Melissa Butz* **Docket Number: 06-5917** | **SECTION L** **JUDGE FALLON** **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

Upon Motion and for good cause shown, Counsel Les Weisbrod and Alexandra V. Boone of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.)'s Amended Motion for Withdrawal of Counsel is hereby granted.

IT IS THEREFORE ORDERED that Les Weisbrod, Alexandra V. Boone and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) are hereby allowed to withdraw as counsel of record for Plaintiffs Douglas and Melissa Butz and will be removed from this Court's docket.

Signed this   18th   day of   August  , 2008.
.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE