UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx® | MDL NO. 1657 |
|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Laverne Woosley*  Docket Number: 05-cv-04453 | ORDER ALLOWING WITHDRAWAL OF COUNSEL |

Upon Motion and for good cause shown, the Amended Motion for Withdrawal of Counsel as to Attorney William B. Curtis of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) is hereby granted.

IT IS THEREFORE ORDERED that William B. Curtis and the firm of Miller Curtis & Weisbrod, L.L.P. (formerly Morgan & Weisbrod, L.L.P.) is hereby allowed to withdraw as counsel of record for Laverne Woosley and will be removed from this Court's docket.

Signed this  18th  day of  August , 2008.
.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE