**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 20, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

*1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer, PLC, et al.*,
No. 08-1633

At the monthly status conference held on August 20, 2008, counsel for the Greater New York Benefit Fund Plaintiffs requested a clarification of the Court's Order issued August 7, 2008 (Rec. Doc. 15482), which denied the Plaintiffs' request for a preliminary injunction. To the extent that the Greater New York Benefit Fund Plaintiffs also orally moved for an emergency stay of the proceedings pending appeal, that motion was denied, for the reasons set forth in the Court's Order.



1

JS10(00:00)