UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
  PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

**ORDER**

IT IS ORDERED that the Motion to Intervene (Rec. Doc. 15375) IS DENIED.

New Orleans, Louisiana, this 21st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

1