**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 21, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

The Court is in receipt of the medical records of Willie Jean Franks. Baylor Health Care System forwarded the records to this Court after noting discrepancies in the records requests. The Court has forwarded the records to Plaintiffs' Liaison Counsel to be distributed to the appropriate party.

1

JS10(00:00)