UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court previously directed the parties' attention to a letter regarding payment of fees for DecisionQuest, Inc., and ordered the parties to prepare any response to the letter for consideration at the August monthly status conference. *See* Rec. Doc. 15566. The parties have indicated that they would benefit from more time to prepare. Accordingly, IT IS ORDERED that the parties shall prepare any response to the letter for consideration at the next monthly status conference, which shall be held on September 23rd, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 21st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

1