UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *AUS, et al. v. Merck & Co., Inc.,* Docket No. 2:06-CV- | * | **KNOWLES** |
| 10167 (pertaining to Dorothy Aus only) (filed June 26, | * | |
| 2008); *BELL, et al. v. Merck & Co., Inc.,* Docket No. 06- | * | |
| 7344 (pertaining to Deidra Bell only) (filed June 27, | * | |
| 2008); *GOMEZ, et al. v. Merck & Co., Inc.,* Docket No. | * | |
| 05-1003 (pertaining to Ramiro Morales only) (filed July | * | |
| 14, 2008); *JORDAN, et al. v. Merck & Co., Inc.,* Docket | * | |
| No. 05-4439 (pertaining to Barbara Lamb only) (filed | * | |
| June 30, 2008); *RUFFINO, et al. v. Merck & Co., Inc.,* | * | |
| Docket No. 05-5443 (pertaining to Marilyn Ruffino and | * | |
| Alma Allen only) (June 30, 2008); *SMITH, et al. v.* | * | |
| *Merck & Co., Inc.,* Docket No. 2:06-CV-00917-EEF- | * | |
| DEK (pertaining to Terry Meatte only) (filed June 3, | * | |
| 2008) | * | |
| | * | |
| | * | |

**************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 23rd day of September, 2008, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of September, 2008.

1449824v1
942100v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 18th day of September, 2008.

NEW ORLEANS, LOUISIANA, this 22nd day of August, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE