## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Kaye Mangin, et al. v. Merck & Co., Inc., Docket No. 2:06-cv-10177* | * | MAGISTRATE JUDGE KNOWLES |
| **Only as to plaintiffs Judith and Dennis Mulhare and Louis Whatley** | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Judith and Dennis Mulhare and Louis Whatley in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of August, 2008.

_____
DISTRICT JUDGE

941547v.1