UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | § § § § | MDL DOCKET NO. 1657<br><br>SECTION: "L" |
| This document relates to: | § § § | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |
| ADOLFO DE LEON | § § | MDL Case No. 2:07-CV-02121-EEF-DEK |
| v. | § § | |
| MERCK & CO., INC. (JORGE<br>ZAMORA-QUEZADA, M.D.), ET AL. | § § | Southern District of Texas<br>Civil Action No. 7:06-CV-00320 |

## MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, Adolfo De Leon, pursuant to FED.R.CIV.PROC. 41(a)(1), moves this Honorable Court to dismiss with prejudice all of his respective claims against Jorge Zamora-Quezada, M.D., in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

LAW OFFICES OF DOUGLAS A. ALLISON

By:   /s/ Douglas A. Allison
      Douglas A. Allison
      State Bar No.: 01083500
      500 North Water Street, Suite 1200
      Corpus Christi, Texas 78471
      (361) 888-6002 (Telephone)
      (361) 888-6651 (Telecopier)

OF COUNSEL:

Jack Modesett, III
LAW OFFICES OF JACK MODESETT, III
State Bar No.: 1424437
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
(361) 882-3737 (Telephone)
(361) 885-7983 (Telecopier)

ATTORNEYS FOR PLAINTIFF,
ADOLFO DE LEON

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion and Order for Dismissal With Prejudice as to Jorge Zamora-Quezada, M.D., has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the __25th__ day of __August__, 2008.

            /s/ Douglas A. Allison
            Douglas A. Allison