UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | § § § § | MDL DOCKET NO. 1657<br><br>SECTION: "L" |
| This document relates to:<br><br>ADOLFO DE LEON<br><br>v.<br><br>MERCK & CO., INC. (JORGE ZAMORA-QUEZADA, M.D.), ET AL. | § § § § § § § § § | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>MDL Case No. 2:07-CV-02121-EEF-DEK<br><br>Southern District of Texas<br>Civil Action No. 7:06-CV-00320 |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Adolfo De Leon's claims against Defendant, Jorge Zamora-Quezada, M.D., only, in the above captioned matter be and hereby are dismissed, with prejudice, each party to bear its own costs.

DATED: _____.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE