UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION: "L" |
| This document relates to:<br><br>MARIA C. CARDENAS<br><br>v.<br><br>MERCK & CO., INC. (JORGE<br>(ZAMORA-QUEZADA, M.D.), ET AL. | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>MDL Case No. 2:07-CV-00935<br><br><br>Southern District of Texas<br>C.A. No. 2:07-CV-00296 |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Maria C. Cardenas' claims against Defendant, Jorge Zamora-Quezada, M.D., only, in the above captioned matter be and hereby are dismissed, with prejudice, each party to bear its own costs.

**DATED:** _____.


_____
**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**