UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Timothy Cox, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-10152* | * | KNOWLES |
| | * | |
| **Only as to plaintiffs Pamela Brockett,** | * | |
| **Timothy Cox, Rosemary and** | * | |
| **David Datilus, Gloria Gomez,** | * | |
| **Carl Espinosa, and Bob and** | * | |
| **Sherrill Otis** | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Pamela Brockett, Timothy Cox, Rosemary and David Datilus, Gloria Gomez, Carl Espinosa, and Bob and Sherrill Otis in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of August, 2008.

_____
DISTRICT JUDGE

941803v.1