UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Patricia Allison et al. v Merck, | * | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-05822 | * | |

**Applies to William Thomas**
**************************************************************************

### MOTION TO DISMISS WITH PREJUDICE
### FOR WILLIAM THOMAS

Plaintiff, WILLIAM THOMAS, through undersigned counsel, hereby moves this Court, pursuant to Fed R. Civ. Proc. 41(a)(2), to dismiss with prejudice his claim against Defendant, Merck & Co., Inc. in the above captioned matter

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La.S.B. #2926)
Matthew M. Moreland
Kevin K. Klibert
Becnel Law Firm, L.L. C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)

Jeff Bowersox
Bowersox Law Firm PC
111 S. W. Columbia
Suite 1000
Portland, OR 97201

Charles Zimmerman
Ronald S. Goldser
Zimmerman Reed
651 Nicolet Mall, Suite 501
Minneapolis, MN 55402

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been

A) served upon by U.S. Mail:

   1) William Thomas

B) On all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(A & B)

C) Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic filing in accordance with the procedures established in MDL 1657.

On this 25nd day of August, 2008,

/s/ Daniel E. Becnel, Jr._____
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L. C.