UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * * * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| **This Document Relates to:** Cecilia Golliver v. Merck & Co., Inc., Case No. 2:05-cv-6832 | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among all parties, through their respective undersigned counsel, as follows:

1. Plaintiff's claims against Defendant, Ure Agadaga, as Administratrix of the Estate of Chikere Agadaga, M.D., are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

2. Each party is to bear its own costs and attorneys' fees.

DATED, this the 25th of August, 2008.

_____
T. Robert Hill
HILL BOREN PC
1269 North Highland Avenue
Jackson, Tennessee 38301

ATTORNEY FOR PLAINTIFF

_____
Steven B. Crain, Esq.
CRAIN LAW FIRM
104 Lafayette Street
Ripley, Tennessee 38603

ATTORNEY FOR DR. JOHN D. FREEMAN

_____
Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

_____
Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

_____
T. Robert Hill
HILL BOREN PC
1269 North Highland Avenue
Jackson, Tennessee 38301

ATTORNEY FOR PLAINTIFF

_____
Steven B. Crain, Esq.
CRAIN LAW FIRM
104 Lafayette Street
Ripley, Tennessee 38603

ATTORNEY FOR DR. JOHN D. FREEMAN

_____
Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

_____
Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

2

| | |
|---|---|
| T. Robert Hill<br>HILL BOREN PC<br>1269 North Highland Avenue<br>Jackson, Tennessee 38301<br><br>ATTORNEY FOR PLAINTIFF | Steven B. Crain, Esq.<br>CRAIN LAW FIRM<br>104 Lafayette Street<br>Ripley, Tennessee 38603<br><br>ATTORNEY FOR DR. JOHN D. FREEMAN |

*/s/ Lisa M. Martin*
Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

*/s/ Bob Reddy*
Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal with Prejudice as been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

      This the 25th day of August, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18059
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel

Jackson 3184972v.1