UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 * * SECTION L * |
|  | * JUDGE ELDON E. FALLON * |
| **This Document Relates to:** *Cecilia Golliver v. Merck & Co., Inc.,* *Case No. 2:05-cv-6832* | * MAGISTRATE JUDGE * DANIEL E. KNOWLES, III * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff against Defendant, Ure Agadaga, as

Administratrix of the Estate of Chikere Agadaga, M.D., in the above-captioned case be and they

hereby are dismissed with prejudice, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE


Jackson 3185249v.1