UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * | MDL No. 1657 SECTION L |
|  | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** *Cecilia Golliver v. Merck & Co., Inc.,* *Case No. 2:05-cv-6832* | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among all parties, through their respective undersigned counsel, as follows:

1.     Plaintiff's claims against Defendant, John D. Freeman, M.D., are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

2.     Each party is to bear its own costs and attorneys' fees.

DATED, this the 25th of August, 2008.

T. Robert Hill
HILL BOREN PC
1269 North Highland Avenue
Jackson, Tennessee 38301

ATTORNEY FOR PLAINTIFF

Steven B. Crain, Esq.
CRAIN LAW FIRM
104 Lafayette Street
Ripley, Tennessee 38603

ATTORNEY FOR DR. JOHN D. FREEMAN

Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

_____
T. Robert Hill
HILL BOREN PC
1269 North Highland Avenue
Jackson, Tennessee 38301

ATTORNEY FOR PLAINTIFF

Steven B. Crain, Esq.
CRAIN LAW FIRM
104 Lafayette Street
Ripley, Tennessee 38603

ATTORNEY FOR DR. JOHN D. FREEMAN


_____
Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

_____
Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

T. Robert Hill
HILL BOREN PC
1269 North Highland Avenue
Jackson, Tennessee 38301

ATTORNEY FOR PLAINTIFF

Lisa M. Martin, Esq.
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue
Memphis, Tennessee 38187

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

Steven B. Crain, Esq.
CRAIN LAW FIRM
104 Lafayette Street
Ripley, Tennessee 38603

ATTORNEY FOR DR. JOHN D. FREEMAN

Robert V. Redding, Esq.
REDDING, STEEN & STATON, PC
464 North Parkway, Suite A
Jackson, Tennessee 38305

ATTORNEY FOR URE AGADAGA

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal with Prejudice as been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

This the 25th day of August, 2008.

Dorothy H. Wimberly, 18059
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel

Jackson 3184742v.1

3