UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * * * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| **This Document Relates to:** *Cecilia Golliver v. Merck & Co., Inc.,* Case No. 2:05-cv-6832 | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff against Defendant, John D. Freeman, M.D., in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

Jackson 3185086v.1