**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 22, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

At the August monthly status conference, the Court requested that the parties prepare a notice for distribution to all counsel for enrolled claimants regarding the importance of frequently checking the Claims Administrator's Vioxx Portal website, as any notice posted to the site will constitute valid notice to the attorney and will trigger any relevant deadlines for response or appeal.  The parties have provided the following notice for immediate distribution:

\*     \*     \*

<u>Primary Counsel Urged to Check Secure Web-Portal Daily</u>

In the monthly Vioxx MDL status conference held on Wednesday, August 20, 2008, the Claims Administrator provided an update on the progress of its review of claims submitted in the Vioxx Settlement Program and explained to the Court the methodology it is using for delivering crucial Notices relating to claims status and outcome to Primary Counsel on behalf of their clients. As soon as the Claims Administrator makes a determination regarding a claim, it will post a Notice on the secure website created for each Primary Counsel Firm. Firms may log on to www.browngreer.com/vioxxsettlement and then to your secure portal using the password provided previously to your Firm, select the "Claims" option, and then select Option 2, entitled, "Claims Status." This will take you to a page where you can search by Notice type to find, for

JS10(00:00)

example, all claimants who have received Notice of Points Awards. By selecting the specific claimant, you are then able to view the Notice itself, print it, and then send it to your client. If a claimant has not yet received any official Notice, the claims status of that claimant will nonetheless be available and will change on the portal as the claim moves through the process.

Because some Notices contain deadlines for submission of additional information or appeal, the Court encourages Counsel to check your secure web portal daily. The Claims Administrator sends email reminders automatically at the end of each day if new Claims information has been added to your portal, which should be a reminder to review carefully the updates on the portal and to stay abreast of each claimants' status.

*   *   *

Any counsel with questions regarding the Claims Administrator's website are directed to contact the Claims Administrator by calling the toll-free number 1-866-866-1729.