# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: O'Brien | First: Molly | Middle: Kathleen |
| **Name of Law Firm** | Robinson, Calcagnie & Robinson | | |

| **Current Address** | Street: 620 Newport Center Drive, Suite 700 | | | | |
|---|---|---|---|---|---|
| | City: Newport Beach | State: CA | Zip: 92660 | Country: U.S.A. | |

| **Telephone Number** | 949.720.1288 | **Facsimile** | 949.720.1292 | **Email** | mobrien@rcrlaw.net |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Jackson | First: Richard | Middle: L. |

| **Plaintiff Address** | Street: 2600 Askew | | | | |
|---|---|---|---|---|---|
| | City: Kansas City | State: MO | Zip: 64127 | Country: U.S.A. | |

| **Telephone Number** | 816.921.4424 | **Facsimile** | unknown | **Email** | unknown |
|---|---|---|---|---|---|

| **Case Caption** | Elaine Bossell, et al. v. Merck & Co., Inc. |
|---|---|
| **Case Number** | MDL Docket No. 1657, Individual Docket No. 05-4132 |
| **Court Where Case is Pending** | UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: | | | | |
|---|---|---|---|---|---|
| | City: | State: | Zip: | Country: | |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph II.C of PTO No. 36) |
|---|

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__ / __15__ / __2008__.
                                                           Month  Day  Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 8 / 25 / 2008<br>(Month/Day/Year) | /s/ Molly K. O'Brien<br>Counsel |
|---|---|---|

#344082

2