UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 05-4416; 05-0953; 06-4468; 07-7078; | : | MAG. JUDGE KNOWLES |
| 05-0859; 05-4422; 05-4450; and 05-6215 | : | |
| | : | |

### MEMORANDUM IN SUPPORT OF
### CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
### CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
### HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
### PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
### FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on Exhibit "A" attached to the Motion, all of whom are represented by the law firm of Herman, Herman, Katz & Cotlar, LLP, file this Memorandum in Support of Their Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, and in support thereof show:

### I.      INTRODUCTION

Plaintiffs have repeatedly attempted to obtain records from their healthcare providers so that they may comply with the terms of the Vioxx Settlement Agreement.  Unfortunately, plaintiffs' requests to certain providers have been futile.

Counsel for plaintiffs retained Mediconnect Global ("Mediconnect"), what many consider to be the industry leader in retrieving and transmitting medical records worldwide for insurance companies and law firms.  For each request, Mediconnect provides an approved, HIPAA compliant

1

authorization for release of information, and a copy of Pre-Trial Order No. 35 ('PTO 35"). During their telephone discussions with providers, it is assumed that Mediconnect reminds the providers of their obligations under PTO 35. PTO 35 is an Order issued by this Court on April 10, 2008 that specifically deals with the Vioxx Resolution Program and provides for medical providers to accept the Court approved authorizations for release of medical records.

Mediconnect processes a request for records to various healthcare providers where various plaintiffs have been treated. Each of the plaintiffs that are the subject of this motion provided the appropriate medical authorization so that medical records could be obtained.

## II.    ARGUMENT

The Supreme Court has stated the "basic proposition" that:

All orders and judgments of courts must be complied with promptly. If a person to whom a court directs an order believes that an order is incorrect the remedy is to appeal, but absent a stay, he must comply with the order pending appeal.

*Maness v. Meyers*, 419 U.S. 449, 458 (1975).

With respect to refusing discovery, Fed. R. Civ. P. 37(b) provides that failure to comply with a court order "may be treated as contempt." Indeed, when a recalcitrant witness refuses to comply with an order of the court to produce documents, the court "may summarily order his confinement at a suitable place until such time as the witness is willing to give such testimony or provide such information." 28 U.S.C. § 1826. The period of confinement shall not exceed the "life of the court proceeding" *(id.)*, which, when applied to MDL proceedings, may be of little consolation.

In response to numerous reports of providers failing to comply with plaintiffs' requests, this Court entered Pre-Trial Order No. 35. The order was issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. § 1407, Fed. R.

Civ. P. 16 and Fed. R. Civ. P. 26(b), and the Court's inherent authority regarding case specific discovery in this MDl. The order applies to all claims submitted to the Vioxx Resolution Program, including these plaintiffs.

PTO 35 addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the Vioxx Settlement Agreement and ordered that facilities comply quickly, efficiently and inexpensively. The Court acknowledged the unnecessary delays and increased costs and sought to provide a uniform and cost effective process for the collection of records and information relevant to claims enrolled in the Resolution Program.

After this Court entered PTO 35, plaintiffs either made additional requests for medical records, contacted Mediconnect to determine the status of previously requested medical records, advised Mediconnect of PTO 35, and/or sent copies of the order to the providers and again requested production of the records. The providers continue to ignore this Court's Order. Under these circumstances, the Court is authorized to require that the persons failing to comply with the Court's Order be called before it to show cause why it should not be held in contempt. Plaintiffs ask that the Court do so for there is no reason why a person or company's whim should be allowed to trump a valid court order.

## III.   PRAYER

Therefore, plaintiffs respectfully ask the Court to issue an order that a corporate representative for each provider appear before this Court and show cause why the providers should not be held in contempt for failing to comply with PTO 35, and compel the facility to produce the requested records with the required certification. Plaintiffs have exhausted all efforts to obtain these records short of Court action. Plaintiffs have communicated numerous times with Mediconnect

3

Global in an attempt to avoid the filing of this motion, all to no avail.

WHEREFORE, plaintiffs identified on attached Exhibit "A", pray that this Motion to Show Cause be granted, that the court order an appropriate representative for each healthcare provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Respectfully submitted,

Date:   August 26, 2008                   By:      /s/ Leonard A. Davis
                                          **Russ M. Herman (Bar No. 6819)**
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          *Herman, Herman, Katz & Cotlar, L.L.P.*
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Telephone: (504) 581-4892
                                          Facsimile: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion,  via U.S. Mail, postage prepaid and properly addressed, on the 26th day of August, 2008.

1.      Mediconnect Global
        Attn: Gabriel Barrett
        10897 S. Riverfront Pkwy.
        Suite 500
        S. Jordan, Utah 84095

4

2.      Walgreens
        1901 East Voorhees St.
        P.O. Box 4039, MS #735
        Danville, IL 61834

3.      CVS
        3754 Moss St.
        Lafayette, LA 70501

4.      CVS
        3754 Moss St.
        Lafayette, LA 70501

5.      CVS
        2580 Court Dr.
        Gastonia, NC 20854

6.      Rite-Aid
        497 Terry Pkwy.
        Terrytown, LA 70056

7.      Rite-Aid
        29 Shipping Place
        Dundalk, MD 70427

8.      Rite-Aid
        320 Cumberland Street
        Bogalusa, LA 70427

9.      Eckerds
        601 E. King St.
        King Mountain, NC 28086

10.     Eckerds
        98 Victory Highway
        Painted Post, NY 14870

11.     Winn Dixie
        204 Northwest Blvd
        Franklin, LA 70538

12.     Winn Dixie
        57 Gentilly Blvd.
        New Orleans, LA 70122

13.    Winn Dixie
       9082 Moffat Rd.
       Semmes, AL 36575

14.    Medco
       One Millennium Dr.
       Hillingsboro, NJ 08046

15.    Sam's Club
       181 Northshore Blvd.
       Slidell, LA 70460

16.    Caremark NALC
       P.O. Box 94465
       Palatine, IL 60094

17.    Charity Hospital Pharmacy
       1541 Tulane Ave.
       New Orleans, LA 70112

18.    K-Mart Pharmacy
       2701 Belle Chasse Hwy.
       Gretna, LA 70053

19.    Walmart
       167 Northshore Blvd.
       Slidell, LA 70460

20.    Walmart
       8333 West Judge Perez Dr.
       Chalmette, LA 70043

21.    Tel Drugs
       P.O. Box 5400
       Scranton, PA 18505

22.    UTHC Pharmacy
       HWY 271
       Tyler, TX 75702

23.    Mercy Medical Center
       301 St. Paul Place
       Baltimore, MD 21201

6

24.    VA Hospital
       P.O. Box 61011
       New Orleans, LA 70161

25.    VA Hospital
       1500 E. Woodrow Wilson Ave.
       Jackson, MS 39216

26.    Charity Hospital of Louisiana
       1541 Tulane Ave.
       New Orleans, LA 70112

27.    Touro Infirmary
       1401 Foucher St
       New Orleans, LA 70115

28.    Dr. Thomas Melancon
       3600 Belle Chasse Hwy.
       Gretna, LA 70056

29.    Dr. Daniel Stein
       1921 Waldemere St. #701
       Sarasota, FL 34239

30.    Dr. Joseph Laughlin
       8080 Bluebonnet Blvd.
       Suite 1000
       Baton Rouge, LA 70810

31.    Dr. Sylvia Rushing
       200 W. Esplanade Ave.
       Suite 405
       Kenner, LA 70065

32.    Dr. Warren Bourgeois
       3939 Houma Blvd.
       Building # 4, Suite 18
       Metairie, LA 70006

33.    East Jefferson General Hospital
       4200 Houma Blvd.
       Metairie, LA 70006

34.  New York Presbyterian Hospital
     526 East 68th St.
     New York, NY 10021

35.  Heart & Vascular Clinic
     42078 Veterans Ave.
     Hammond, LA 70403

36.  Tulane University Hospital
     1415 Tulane Ave.
     New Orleans, LA 70112

37.  Dr. John Schuhmacher
     4328 Houma Blvd.
     Suite 510
     Metairie, LA 70006

38.  Meadowcrest Hospital
     2500 Belle Chasse Hwy.
     Gretna, LA 70056

39.  St. Tammany Hospital
     1202 South Tyler St.
     Covington, LA 70433

40.  Slidell Memorial Hospital
     1001 Gause Blvd.
     Slidell, LA 70458

41.  Earl K. Long Medical Center
     5825 Airline Hwy.
     Baton Rouge, LA 70805

42.  Lake Providence Medical Clinic
     319 N. Hood St.
     Lake Providence, LA 71254

43.  Dr. Lee Walker
     9600 Lile Ave.
     Suite 220
     Little Rock, AR 72205

44.   Dr. Ronald Koepke
      503 McMillian West
      Monroe, LA 71291

45.   Dr. Karen Oldham
      5002 Crossing Circle
      Mount Juliet, TN 37122

46.   Bayview Medical Center
      4940 Easter Ave.
      Baltimore, MD 21224

47.   LSU Health Science Center
      1501 Kings Hwy.
      Shreveport, LA 71103

48.   Memorial Medical Center
      2700 Napoleon Ave.
      New Orleans, LA 70115

49.   Dr. David Silvers
      4228 Houma Blvd.
      Metairie, LA 70006

50.   Dr. Frank Oser
      1514 Jefferson Hwy.
      New Orleans, LA 70121

51.   Dr. Chimento
      6050 Bullard Ave.
      Suite 100
      New Orleans, LA 70128

52.   University of Texas Health Center
      11937 U.S. Hwy. 271
      Tyler, TX 75708

53.   Dr. John Baptiste Cazale
      4720 S. I. 10 Service Rd. W.
      Suite 301
      Metairie, LA 70001

54.     Oschner Hospital
        1514 Jefferson Hwy.
        New Orleans, LA 70121

55.     Orthopaedic Specialist of New Orleans
        3434 Prytania St.
        Suite 450
        New Orleans, LA 70115

56.     Dr. Steven Dibert
        2555 Court Dr.
        Gastonia, NC 28054

57.     Dr. George Fakhre
        221 N. Hood St.
        Lake Providence, LA 71254

58.     Dr. Goodwin Ogbukiri
        44543 Downman Rd.
        New Orleans, LA 70126

59.     Medical Center of Louisiana
        1541 Tulane Ave.
        New Orleans, LA

60.     Lindy Boggs Hospital
        301 North Jefferson Davis Hwy.
        New Orleans, LA 70119

61.     Dr. Clement Eiswirth
        4224 Houma Blvd.
        Suite 500
        Metairie, LA 70006

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com