UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4416; 05-0953; 06-4468; 07-7078;<br>05-0859; 05-4422; 05-4450; and 05-6215 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**MOTION FOR EXPEDITED HEARING ON
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
FOR THE PRODUCTION OF MEDICAL RECORDS**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Herman, Herman, Katz & Cotlar, LLP, file this Motion for Expedited Hearing in connection with their Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that the receipt of medical records is necessary in order to meet time

1


constraints set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date:  August 26, 2008          By:      /s/ Leonard A. Davis
                                **Russ M. Herman (Bar No. 6819)**
                                Leonard A. Davis (Bar No. 14190)
                                Stephen J. Herman (Bar No. 23129)
                                ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
                                Telephone: (504) 581-4892
                                Facsimile: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 26th day of August, 2008.

1. Mediconnect Global
   Attn: Gabriel Barrett
   10897 S. Riverfront Pkwy.
   Suite 500
   S. Jordan, Utah 84095

2. Walgreens
   1901 East Voorhees St.
   P.O. Box 4039, MS #735
   Danville, IL 61834

3.  CVS
    3754 Moss St.
    Lafayette, LA 70501

4.  CVS
    3754 Moss St.
    Lafayette, LA 70501

5.  CVS
    2580 Court Dr.
    Gastonia, NC 20854

6.  Rite-Aid
    497 Terry Pkwy.
    Terrytown, LA 70056

7.  Rite-Aid
    29 Shipping Place
    Dundalk, MD 70427

8.  Rite-Aid
    320 Cumberland Street
    Bogalusa, LA 70427

9.  Eckerds
    601 E. King St.
    King Mountain, NC 28086

10. Eckerds
    98 Victory Highway
    Painted Post, NY 14870

11. Winn Dixie
    204 Northwest Blvd
    Franklin, LA 70538

12. Winn Dixie
    57 Gentilly Blvd.
    New Orleans, LA 70122

13. Winn Dixie
    9082 Moffat Rd.
    Semmes, AL 36575

14. Medco
    One Millennium Dr.
    Hillingsboro, NJ 08046

15. Sam's Club
    181 Northshore Blvd.
    Slidell, LA 70460

16. Caremark NALC
    P.O. Box 94465
    Palatine, IL 60094

17. Charity Hospital Pharmacy
    1541 Tulane Ave.
    New Orleans, LA 70112

18. K-Mart Pharmacy
    2701 Belle Chasse Hwy.
    Gretna, LA 70053

19. Walmart
    167 Northshore Blvd.
    Slidell, LA 70460

20. Walmart
    8333 West Judge Perez Dr.
    Chalmette, LA 70043

21. Tel Drugs
    P.O. Box 5400
    Scranton, PA 18505

22. UTHC Pharmacy
    HWY 271
    Tyler, TX 75702

23. Mercy Medical Center
    301 St. Paul Place
    Baltimore, MD 21201

24. VA Hospital
    P.O. Box 61011
    New Orleans, LA 70161

25. VA Hospital
    1500 E. Woodrow Wilson Ave.
    Jackson, MS 39216

26. Charity Hospital of Louisiana
    1541 Tulane Ave.
    New Orleans, LA 70112

27. Touro Infirmary
    1401 Foucher St
    New Orleans, LA 70115

28. Dr. Thomas Melancon
    3600 Belle Chasse Hwy.
    Gretna, LA 70056

29. Dr. Daniel Stein
    1921 Waldemere St. #701
    Sarasota, FL 34239

30. Dr. Joseph Laughlin
    8080 Bluebonnet Blvd.
    Suite 1000
    Baton Rouge, LA 70810

31. Dr. Sylvia Rushing
    200 W. Esplanade Ave.
    Suite 405
    Kenner, LA 70065

32. Dr. Warren Bourgeois
    3939 Houma Blvd.
    Building # 4, Suite 18
    Metairie, LA 70006

33. East Jefferson General Hospital
    4200 Houma Blvd.
    Metairie, LA 70006

34. New York Presbyterian Hospital
    526 East 68th St.
    New York, NY 10021

35. Heart & Vascular Clinic
    42078 Veterans Ave.
    Hammond, LA 70403

36. Tulane University Hospital
    1415 Tulane Ave.
    New Orleans, LA 70112

37. Dr. John Schuhmacher
    4328 Houma Blvd.
    Suite 510
    Metairie, LA 70006

38. Meadowcrest Hospital
    2500 Belle Chasse Hwy.
    Gretna, LA 70056

39. St. Tammany Hospital
    1202 South Tyler St.
    Covington, LA 70433

40. Slidell Memorial Hospital
    1001 Gause Blvd.
    Slidell, LA 70458

41. Earl K. Long Medical Center
    5825 Airline Hwy.
    Baton Rouge, LA 70805

42. Lake Providence Medical Clinic
    319 N. Hood St.
    Lake Providence, LA 71254

43. Dr. Lee Walker
    9600 Lile Ave.
    Suite 220
    Little Rock, AR 72205

44. Dr. Ronald Koepke
    503 McMillian West
    Monroe, LA 71291

45. Dr. Karen Oldham
    5002 Crossing Circle
    Mount Juliet, TN 37122

46. Bayview Medical Center
    4940 Easter Ave.
    Baltimore, MD 21224

47. LSU Health Science Center
    1501 Kings Hwy.
    Shreveport, LA 71103

48. Memorial Medical Center
    2700 Napoleon Ave.
    New Orleans, LA 70115

49. Dr. David Silvers
    4228 Houma Blvd.
    Metairie, LA 70006

50. Dr. Frank Oser
    1514 Jefferson Hwy.
    New Orleans, LA 70121

51. Dr. Chimento
    6050 Bullard Ave.
    Suite 100
    New Orleans, LA 70128

52. University of Texas Health Center
    11937 U.S. Hwy. 271
    Tyler, TX 75708

53. Dr. John Baptiste Cazale
    4720 S. I. 10 Service Rd. W.
    Suite 301
    Metairie, LA 70001

54. Oschner Hospital
    1514 Jefferson Hwy.
    New Orleans, LA 70121

55.  Orthopaedic Specialist of New Orleans
     3434 Prytania St.
     Suite 450
     New Orleans, LA 70115

56.  Dr. Steven Dibert
     2555 Court Dr.
     Gastonia, NC 28054

57.  Dr. George Fakhre
     221 N. Hood St.
     Lake Providence, LA 71254

58.  Dr. Goodwin Ogbukiri
     44543 Downman Rd.
     New Orleans, LA 70126

59.  Medical Center of Louisiana
     1541 Tulane Ave.
     New Orleans, LA

60.  Lindy Boggs Hospital
     301 North Jefferson Davis Hwy.
     New Orleans, LA 70119

61.  Dr. Clement Eiswirth
     4224 Houma Blvd.
     Suite 500
     Metairie, LA 70006

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com