**EXHIBIT "A" TO MOTION FOR EXPEDITED HEARING ON CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PTO 35 AND REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS**

**Outstanding Medical Requests**

Mediconnect Global
Attn: Gabriel Barrett
10897 S. Riverfront Pkwy.
Suite 500
S. Jordan, Utah 84095
PH: (801) 545-3719

| *Facility Name & Address* | *Claimant* |
|---|---|
| **Walgreens**<br>1901 East Voorhees St.<br>P.O. Box 4039, MS #735<br>Danville, IL 61834 | Velma Batiste<br>Ethel George<br>Don Hubbard<br>Henrietta Porter<br>Ursula Price<br>Thomas Scanlan |
| **CVS**<br>3754 Moss St.<br>Lafayette, LA 70501 | Eunice Andrus |
| 3754 Moss St.<br>Lafayette, LA 70501 | Frank Breda |
| 2580 Court Dr.<br>Gastonia, NC 20854 | Peggy Pruitt |

**Rite-Aid**
497 Terry Pkwy.                     Bernadette Carrere
Terrytown, LA 70056

29 Shipping Place                   Constance Flowers
Dundalk, MD 70427

320 Cumberland Street
Bogalusa, LA 70427                  Pernell Peters

**Eckerds**
601 E. King St.                     Peggy Pruitt
King Mountain, NC 28086

98 Victory Highway                  Vicky Ralph
Painted Post, NY 14870

**Winn Dixie**
204 Northwest Blvd                  Mary Dantin
Franklin, LA 70538

57 Gentilly Blvd.                   Doinca Keller
New Orleans, LA 70122

9082 Moffat Rd.                     Loretta Phillips
Semmes, AL 36575

**Medco**
One Millennium Dr.                  Pernell Peters
Hillingsboro, NJ 08046

**Sam's Club**
181 Northshore Blvd.                Janie Banks
Slidell, LA 70460

**Caremark NALC**
P.O. Box 94465                      William Robertson
Palatine, IL 60094

**Charity Hospital Pharmacy**
1541 Tulane Ave.                           Pernell Peters
New Orleans, LA 70112

**K-Mart Pharmacy**
2701 Belle Chasse Hwy.                     Mary Stipe
Gretna, LA 70053

**Walmart**
167 Northshore Blvd.                       Velma Batiste
Slidell, LA 70460

8333 West Judge Perez Dr.                  Thomas Scanlan
Chalmette, LA 70043

**Tel Drugs**
P.O. Box 5400                              Dale Woodward
Scranton, PA 18505

**UTHC Pharmacy**
HWY 271                                    Kathy Fletcher
Tyler, TX 75702

**Mercy Medical Center**
301 St. Paul Place                         Constance Flowers
Baltimore, MD 21201

**VA Hospital**
P.O. Box 61011                             Purvis Bridges
New Orleans, LA 70161

1500 E. Woodrow Wilson Ave.                James George
Jackson, MS 39216

**Charity Hospital of Louisiana**
1541 Tulane Ave.                           Willie Cromedy Jr.
New Orleans, LA 70112                      Byron Young

**Touro Infirmary**
1401 Foucher St
New Orleans, LA 70115.

Velma Batiste
Edmund Hughes
William Roberston
Thomas Scanlan

**Dr. Thomas Melancon**
3600 Belle Chasse Hwy.
Gretna, LA 70056

Paul Beamer

**Dr. Daniel Stein**
1921 Waldemere St. #701
Sarasota, FL 34239

Howard Balkin

**Dr. Joseph Laughlin**
8080 Bluebonnet Blvd.
Suite 1000
Baton Rouge, LA 70810

Ben Smith

**Dr. Sylvia Rushing**
200 W. Esplanade Ave.
Suite 405
Kenner, LA 70065

Alison Schenk

**Dr. Warren Bourgeois**
3939 Houma Blvd.
Building # 4, Suite 18
Metairie, LA 70006

Marilyn Brinkman

**East Jefferson General Hospital**
4200 Houma Blvd.
Metairie, LA 70006

William Teter

**New York Presbyterian Hospital**
526 East 68th St.
New York, NY 10021

Lawrence Coleman

**Heart & Vascular Clinic**
42078 Veterans Ave.                    John Henry Turner
Hammond, LA 70403

**Tulane University Hospital**
1415 Tulane Ave.                       Keith Hunter
New Orleans, LA 70112                  Ursula Price
                                       Shirley Wright

**Dr. John Schuhmacher**
4328 Houma Blvd.                       William Teter
Suite 510
Metairie, LA 70006

**Meadowcrest Hospital**
2500 Belle Chasse Hwy.                 Clifford Gasper
Gretna, LA 70056

**St. Tammany Hospital**
1202 South Tyler St.                   Geneva McKay
Covington, LA 70433

**Slidell Memorial Hospital**
1001 Gause Blvd.                       Lilla Pittman
Slidell, LA 70458

**Earl K. Long Medical Center**
5825 Airline Hwy.                      John Hall
Baton Rouge, LA 70805

**Lake Providence Medical Clinic**
319 N. Hood St.                        Loretta Phillips
Lake Providence, LA 71254

**Dr. Lee Walker**
9600 Lile Ave.
Suite 220
Little Rock, AR 72205

Duncan Wade

**Dr. Ronald Koepke**
503 McMillian West
Monroe, LA 71291

Mattie Smith

**Dr. Karen Oldham**
5002 Crossing Circle
Mount Juliet, TN 37122

Brenda Stark

**Bayview Medical Center**
4940 Easter Ave.
Baltimore, MD 21224

Constance Flowers

**LSU Health Science Center**
1501 Kings Hwy.
Shreveport, LA 71103

Loretta Phillips

**Memorial Medical Center**
2700 Napoleon Ave.
New Orleans, LA 70115

Doinca Keller

**Dr. David Silvers**
4228 Houma Blvd.
Metairie, LA 70006

Jo Ann Grisamore

**Dr. Frank Oser**
1514 Jefferson Hwy.
New Orleans, LA 70121

Henrietta Porter

**Dr. Chimento**
6050 Bullard Ave.
Suite 100
New Orleans, LA 70128

Dennis Verdon

**University of Texas Health Center**
11937 U.S. Hwy. 271         Kathy Fletcher
Tyler, TX 75708

**Dr. John Baptiste Cazale**
4720 S. I. 10 Service Rd. W.    Emma Rome
Suite 301
Metairie, LA 70001

**Oschner Hospital**
1514 Jefferson Hwy.         Don Hubbard
New Orleans, LA 70121

**Orthopaedic Specialist of New Orleans**
3434 Prytania St.           Thomas Scanlan
Suite 450
New Orleans, LA 70115

**Dr. Steven Dibert**
2555 Court Dr.              Peggy Pruit
Gastonia, NC 28054

**Dr. George Fakhre**
221 N. Hood St.             Loretta Phillips
Lake Providence, LA 71254

**Dr. Goodwin Ogbukiri**
44543 Downman Rd.           Rebecca Hart-Sherman
New Orleans, LA 70126

**Medical Center of Louisiana**
1541 Tulane Ave.            Rebecca Hart-Sherman
New Orleans, LA

**Lindy Boggs Hospital**
301 North Jefferson Davis Hwy.   Doinca Keller
New Orleans, LA 70119

**Dr. Clement Eiswirth**
4224 Houma Blvd.
Suite 500
Metairie, LA 70006

Jo Ann Grisamore