UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 05-4416; 05-0953; 06-4468; 07-7078; | : | MAG. JUDGE KNOWLES |
| 05-0859; 05-4422; 05-4450; and 05-6215 | : | |
| | : | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING ON
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
FOR THE PRODUCTION OF MEDICAL RECORDS**

**MAY IT PLEASE THE COURT:**

The Plaintiffs identified on Exhibit "A" to the Motion to Show Cause are represented by the

law firm of Herman, Herman, Katz & Cotlar, LLP.   All of these plaintiffs need to obtain medical

records from various providers.  There are certain time frames set forth in the Vioxx Resolution

Program. The delay in obtaining the medical records will prejudice plaintiffs. Mediconnect Global

and the providers have had ample opportunity to provide the requested medical records, yet have

failed to do so.  The Court addressed this matter at the status conference on August 20, 2008, and

the Court is aware that the receipt of medical records is necessary in order to meet time constraints

1

set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date: August 26, 2008

By:    /s/ Leonard A. Davis
     **Russ M. Herman (Bar No. 6819)**
     Leonard A. Davis (Bar No. 14190)
     Stephen J. Herman (Bar No. 23129)
     *Herman, Herman, Katz & Cotlar, L.L.P.*
     820 O'Keefe Avenue
     New Orleans, Louisiana 70113
     Telephone: (504) 581-4892
     Facsimile: (504) 561-6024

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 26th day of August, 2008.

1.     Mediconnect Global
      Attn: Gabriel Barrett
      10897 S. Riverfront Pkwy.
      Suite 500
      S. Jordan, Utah 84095

2.     Walgreens
      1901 East Voorhees St.
      P.O. Box 4039, MS #735
      Danville, IL 61834

3.    CVS
       3754 Moss St.
       Lafayette, LA 70501

4.    CVS
       3754 Moss St.
       Lafayette, LA 70501

5.    CVS
       2580 Court Dr.
       Gastonia, NC 20854

6.    Rite-Aid
       497 Terry Pkwy.
       Terrytown, LA 70056

7.    Rite-Aid
       29 Shipping Place
       Dundalk, MD 70427

8.    Rite-Aid
       320 Cumberland Street
       Bogalusa, LA 70427

9.    Eckerds
       601 E. King St.
       King Mountain, NC 28086

10.   Eckerds
       98 Victory Highway
       Painted Post, NY 14870

11.   Winn Dixie
       204 Northwest Blvd
       Franklin, LA 70538

12.   Winn Dixie
       57 Gentilly Blvd.
       New Orleans, LA 70122

13.   Winn Dixie
       9082 Moffat Rd.
       Semmes, AL 36575

3

14.   Medco
      One Millennium Dr.
      Hillingsboro, NJ 08046

15.   Sam's Club
      181 Northshore Blvd.
      Slidell, LA 70460

16.   Caremark NALC
      P.O. Box 94465
      Palatine, IL 60094

17.   Charity Hospital Pharmacy
      1541 Tulane Ave.
      New Orleans, LA 70112

18.   K-Mart Pharmacy
      2701 Belle Chasse Hwy.
      Gretna, LA 70053

19.   Walmart
      167 Northshore Blvd.
      Slidell, LA 70460

20.   Walmart
      8333 West Judge Perez Dr.
      Chalmette, LA 70043

21.   Tel Drugs
      P.O. Box 5400
      Scranton, PA 18505

22.   UTHC Pharmacy
      HWY 271
      Tyler, TX 75702

23.   Mercy Medical Center
      301 St. Paul Place
      Baltimore, MD 21201

24.   VA Hospital
      P.O. Box 61011
      New Orleans, LA 70161

25.  VA Hospital
     1500 E. Woodrow Wilson Ave.
     Jackson, MS 39216

26.  Charity Hospital of Louisiana
     1541 Tulane Ave.
     New Orleans, LA 70112

27.  Touro Infirmary
     1401 Foucher St
     New Orleans, LA 70115

28.  Dr. Thomas Melancon
     3600 Belle Chasse Hwy.
     Gretna, LA 70056

29.  Dr. Daniel Stein
     1921 Waldemere St. #701
     Sarasota, FL 34239

30.  Dr. Joseph Laughlin
     8080 Bluebonnet Blvd.
     Suite 1000
     Baton Rouge, LA 70810

31.  Dr. Sylvia Rushing
     200 W. Esplanade Ave.
     Suite 405
     Kenner, LA 70065

32.  Dr. Warren Bourgeois
     3939 Houma Blvd.
     Building # 4, Suite 18
     Metairie, LA 70006

33.  East Jefferson General Hospital
     4200 Houma Blvd.
     Metairie, LA 70006

34.  New York Presbyterian Hospital
     526 East 68th St.
     New York, NY 10021

35.     Heart & Vascular Clinic
        42078 Veterans Ave.
        Hammond, LA 70403

36.     Tulane University Hospital
        1415 Tulane Ave.
        New Orleans, LA 70112

37.     Dr. John Schuhmacher
        4328 Houma Blvd.
        Suite 510
        Metairie, LA 70006

38.     Meadowcrest Hospital
        2500 Belle Chasse Hwy.
        Gretna, LA 70056

39.     St. Tammany Hospital
        1202 South Tyler St.
        Covington, LA 70433

40.     Slidell Memorial Hospital
        1001 Gause Blvd.
        Slidell, LA 70458

41.     Earl K. Long Medical Center
        5825 Airline Hwy.
        Baton Rouge, LA 70805

42.     Lake Providence Medical Clinic
        319 N. Hood St.
        Lake Providence, LA 71254

43.     Dr. Lee Walker
        9600 Lile Ave.
        Suite 220
        Little Rock, AR 72205

44.     Dr. Ronald Koepke
        503 McMillian West
        Monroe, LA 71291

45.     Dr. Karen Oldham
        5002 Crossing Circle
        Mount Juliet, TN 37122

46.     Bayview Medical Center
        4940 Easter Ave.
        Baltimore, MD 21224

47.     LSU Health Science Center
        1501 Kings Hwy.
        Shreveport, LA 71103

48.     Memorial Medical Center
        2700 Napoleon Ave.
        New Orleans, LA 70115

49.     Dr. David Silvers
        4228 Houma Blvd.
        Metairie, LA 70006

50.     Dr. Frank Oser
        1514 Jefferson Hwy.
        New Orleans, LA 70121

51.     Dr. Chimento
        6050 Bullard Ave.
        Suite 100
        New Orleans, LA 70128

52.     University of Texas Health Center
        11937 U.S. Hwy. 271
        Tyler, TX 75708

53.     Dr. John Baptiste Cazale
        4720 S. I. 10 Service Rd. W.
        Suite 301
        Metairie, LA 70001

54.     Oschner Hospital
        1514 Jefferson Hwy.
        New Orleans, LA 70121

55.     Orthopaedic Specialist of New Orleans
        3434 Prytania St.
        Suite 450
        New Orleans, LA 70115

56.     Dr. Steven Dibert
        2555 Court Dr.
        Gastonia, NC 28054

57.     Dr. George Fakhre
        221 N. Hood St.
        Lake Providence, LA 71254

58.     Dr. Goodwin Ogbukiri
        44543 Downman Rd.
        New Orleans, LA 70126

59.     Medical Center of Louisiana
        1541 Tulane Ave.
        New Orleans, LA

60.     Lindy Boggs Hospital
        301 North Jefferson Davis Hwy.
        New Orleans, LA 70119

61.     Dr. Clement Eiswirth
        4224 Houma Blvd.
        Suite 500
        Metairie, LA 70006

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

8