UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 05-4416; 05-0953; 06-4468; 07-7078; 05-0859; 05-4422; 05-4450; and 05-6215 | JUDGE FALLON MAG. JUDGE KNOWLES |

## ORDER

Considering the Motion for Expedited Hearing in connection with Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court finds that the motion for expedited hearing should be granted. It is therefore,

ORDERED that the medical care providers listed on Exhibit "A" attached to Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, appear in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana, at ____ o'clock ___.m. on the ___ day of _____, 2008, to show cause why:

1. They and each of them should not be held in contempt for failing to comply with Pre-Trial Order No. 35;

2. They and each of them should not be held in contempt for failure to provide requested medical records; and

3. That each of them should not be ordered to pay the attorney's fees and costs related to plaintiffs' efforts to obtain their own medical records.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge