UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** 05-1089; 05-1088; 05-1090; 05-1091; 06-2708; 05-2583; 05-2297; 06-2238; 05-6221

**ORDER**

IT IS ORDERED that the Motion for the Court's Resignation as Chief Administrator of the Master Settlement Agreement, To Vacate the Master Settlement Agreement, To Modify and Grant an Extension of Time as to Pre-Trial Order Nos. 28 and to Vacate PTO 37 (Rec. Doc. 14938) shall be set for hearing at the next monthly status conference, which shall be held on September 23, 2008, at 9:00 a.m. The parties are directed to file any response to the motion on or before Monday, September 15, 2008. The movant is directed to file any reply on or before Friday, September 19, 2008.

New Orleans, Louisiana, this 21st day of August, 2008.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1