UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Victoria C. Campbell, et al. v. Merck & Co., Inc.* | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *No. 06-6682* | * | |
| | * | |
| Regarding Mary Frances Ducre only | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Mary Frances Ducre, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of       August      , 2008.

_____
DISTRICT JUDGE

942056v.1