UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   ALL CASES**

## ORDER

IT IS ORDERED that the motions hearing for the PSC's Motion to Compel Express Scripts to Comply with the Subpoena Request for Prescription Drug Documents and Data (Rec. Doc. 15481), which was previously scheduled for Wednesday, August 20th, 2008, IS CONTINUED and shall be reset for Tuesday, September 3, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

1