FILED '08 JUL 15 13:43 USDC-LAE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| Ralston, Barbara | * | MDL CASE NO. 2:06-CV-00319-EEF-DEK |
| | * | MAG. JUDGE KNOWLES |

MOTION TO EXTEND TIME
TO COMPLY WITH PRETRIAL ORDER NO. 31
AND RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Barbara Ralston, by and through her counsel of record, Vaughn, Bowden & Wooten, PA, and files this her Response to the Order to Show Cause entered by this Court on June 30, 2008 and Motion to Extend Time in which to comply with the Pretrial Order No. 31 and for cause would show unto the Court as follows:

1. For reasons unknown to the Plaintiff and Plaintiff's counsel, neither Plaintiff nor Plaintiff's counsel have been on the active service list of MDL Docket No. 1657 even though Plaintiff's counsel has been on all pleadings filed on behalf of the Plaintiff in this cause. Accordingly, for whatever reason, Plaintiff and Plaintiff's counsel has failed to receive any notice of Pretrial Order No. 31 or for that matter, any other Order or correspondence of the Court until May, 2008 when the show cause order was faxed to the office of the counsel for the Plaintiff. At that time, counsel for the Plaintiff immediately attempted to coordinate with the Plaintiff in order to comply with Pretrial Order No. 31 at the very earliest point that counsel became aware of same. Plaintiff's

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

counsel has confirmed with the Claims Administrator that the Plaintiff's law firm is not in the claims' system for reasons unknown by the Claims Administrator or Plaintiff's counsel.

2.  In May of this year counsel for the Plaintiff, Barbara Ralston, received a letter from Hughes Hubbard pointing out that Barbara Ralston had failed to comply with the claims administration order, Pretrial Order No. 31. Counsel then set about attempting to comply with that Order only to find that the Plaintiff, Barbara Ralston, was unavailable and could not be located. After weeks of investigation, counsel for the Plaintiff has determined that the Plaintiff Barbara Ralston is currently in Ireland and is expected to return in several weeks.

3.  While counsel for the Plaintiff is attempting to respond to the Pretrial Order No. 31, certain material requires personal response by the Plaintiff including some of her medical records which require a current authorization to be executed and presented. Due to the fact that counsel had difficulty locating Mrs. Ralson and she is currently outside the country and the Plaintiff has been necessarily delayed in responding to the Pretrial Order No. 31.

4.  Plaintiff, Barbara Ralston, would pray that this Court extend the time to respond to Pretrial Order No. 31 for 30 days in order to allow her to comply with Pretrial Order No. 31 in order that justice may be done. The Plaintiff would show that she is truly desirous of pursuing this matter and has not abandoned this claim, but has failed to respond simply due the fact that neither her counsel nor she has received notices of the court orders and would request 30 additional days to respond to same in order that justice may be done.

WHEREFORE, Plaintiff Barbara Ralston would move this Court to allow her 30 additional days to fully respond and comply with Pretrial Order No. 31 for the reasons stated above in order that justice may be done.

Respectfully submitted, this the ___15t___ day of July, 2008.

                              BARABARA RALSTON, Plaintiff

                              VAUGHN, BOWDEN & WOOTEN, PA

BY: _____
          Thomas E. Vaughn
          Miss. Bar No. 6606

VAUGHN, BOWDEN & WOOTEN, PA
2304 19TH Street, Suite 102 (39501)
P.O. Drawer 240
Gulfport, MS 39502-0240
Telephone: 228-863-5656
Facsimile: 228-864-8962

3

## CERTIFICATE OF SERVICE

I, Thomas E. Vaughn, do hereby certify that I have this day mailed, by U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Patrick A. Juneau, Esquire
Juneau Law Firm
The Harding Center
1018 Harding St., Suite 202
P.O. Drawer 51268
Lafayette, LA  70505-1268
paj@juneaulaw.com
**Special Master**

Brian A. Goldstein, Esquire
Barnes Firm, PC
17th Court St., 7th Floor
Buffalo, NY  14202-3290
Brian.goldstein@thebarnesfirm.com
**Attorney for Plaintiffs**

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
rwestenfeld@hhkc.com
**Attorney for Plaintiffs**

Alexandra Giselle White, Esquire
Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002
lwhite@susmangodfrey.com
**Attorney for Plaintiffs**

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
ldavis@hhkc.com
**Attorney for Plaintiffs**

Robert Murray Johnston, Esquire
Law Offices of Robert M. Johnston, LLC
601 Poydras St., Suite 2490
New Orleans, LA 70130
rmj@ahhelaw.com
**Attorney for Plaintiffs**

Orran L. Brown, Esquire
BrownGreer PLC
115 S. 15th St., Suite 400
Richmond, VA 23219
obrown@browngreer.com
**Claims Administrator**

Phillip A. Wittman, Esquire
Leonard A. Davis, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588
pwittmann@stonepigman.com
**Attorney for Defendant**

SO CERTIFIED, this the _____15t_____ day of July, 2008.

_____
THOMAS E. VAUGHN

5