FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 18  PM 3: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-4723 |
| MARION GAFFNEY, wrongful death beneficiary and next of kin of JAY MICHAEL GAFFNEY, deceased, | MDL NO. 1657 <br><br> SECTION: L/3 |
| *Plaintiffs,* | JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant.* | |

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep____
___ Doc. No_____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiffs, MARION GAFFNEY, wrongful death beneficiary and next of kin of JAY MICHAEL GAFFNEY, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 8/15/08

ATTORNEY FOR MERCK & CO., INC.

Dated: 8/12/08

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Mr. Charles C. Harrell, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, attorney for Merck & Co., Inc., on this 15th day of August 2008. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

_____
JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal With Prejudice

Having spoken with Marion Gaffney to review her file for her claim against Merck & Co., Inc., Marion Gaffney has authorized the law offices of Mithoff Law Firm to withdraw from her representation and to likewise voluntarily dismiss her claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-4723.

Dated this 15th day of August 2008.

_____
JOSEPH R. ALEXANDER, JR.