FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 20 PM 4: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES § | |
| § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. CA 05-4643 |
| § | MDL NO. 1657 |
| EDMUND RAINES, § | SECTION: L/3 |
| § | |
| Plaintiff, § | JUDGE FALLON |
| § | MAG. JUDGE KNOWLES |
| VS. § | |
| § | |
| MERCK & CO., INC. § | |
| § | |
| Defendant. § | |

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, EDMUND RAINES, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 8/19/08

_____
ATTORNEY FOR MERCK & CO., INC.

Dated: 8-15-08

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Mr. Charles Harrell, Butler, Snow, O'Mara, Stevens & Cannada PLLC 6075 Poplar Avenue, Suite 500, Memphis, TN 38119, attorney for Merck & Co., Inc., on this 19th day of August 2008. Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having spoken with Edmund Raines to review his file for his claim against Merck & Co., Inc., Edmund Raines has authorized the law offices of Mithoff Law Firm to withdraw from his representation and to likewise voluntarily dismiss his claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-4643.

Dated this 19h day of August 2008.

JOSEPH R. ALEXANDER, JR.