FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 21  PM 12: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-6831 |
| CAROLYN VAUGHAN, individually and on behalf of all wrongful death beneficiaries of LESLIE R. VAUGHAN, deceased, | MDL NO. 1657 |
| | SECTION: L/3 |
| *Plaintiffs,* | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant.* | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No ____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Carolyn Vaughan be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 19th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE