IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 25 PM 12: 31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| Ralston, Barbara | * | MDL CASE NO. 2:06-CV-00319-EEF-DEK |
| | * | MAG. JUDGE KNOWLES |

### ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH PRETRIAL ORDER NO. 31 AND RESPONSE TO SHOW CAUSE ORDER

THIS CAUSE came on for hearing on the Plaintiff's Motion to Extend Time to Comply with Pretrial Order No. 31 and Response to the Show Cause Order in the above referenced cause of action, and the Court, being fully advised in the premises, is of the opinion that the motion is well taken and should be granted. It is, therefore,

ORDERED that Plaintiff Barbara Ralston is hereby granted 30 days in order to allow her to comply with Pretrial Order No. 31

SO ORDERED this the 21st day of August, 2008.

_____
U. S. District Court Judge

Prepared by:
Thomas E. Vaughn
Mississippi Bar No. 6606
VAUGHN, BOWDEN & WOOTEN, PA
Post Office Drawer 240
Gulfport, MS 39502-0240
Telephone: (228) 863-5656
Facsimile: (228) 864-8962
Attorney for Plaintiff Barbara Ralston

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____