

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES § <br><br> THIS DOCUMENT RELATES TO: <br><br> MARION GAFFNEY, wrongful death beneficiary and next of kin of JAY MICHAEL GAFFNEY, deceased, <br><br> *Plaintiffs*, <br><br> VS. <br><br> MERCK & CO., INC. <br><br> *Defendant.* | DOCKET NO. CA 05-4723 <br><br> MDL NO. 1657 <br><br> SECTION: L/3 <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## **ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Marion Gaffney, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 21st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE