FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 25  PM 12: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® § | |
| PRODUCTS LIABILITY CASES § | |
| § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. CA 05-3900 |
| § | |
| § | MDL NO. 1657 |
| JERRY M. FOSTER and wife SUSAN § | |
| FOSTER, Individually § | SECTION: L/3 |
| § | |
| § | JUDGE FALLON |
| *Plaintiffs,* § | MAG. JUDGE KNOWLES |
| § | |
| VS. § | |
| § | |
| MERCK & CO., INC. § | |
| § | |
| *Defendant.* § | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Jerry Foster be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE