UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

Civil Action No. 2:06-CV- 4199

MDL No.   1657

This Document Relates to:
Constance Speece-Jones and
David M. Jones vs. Merck & Co., Inc., et al

## PLAINTIFF'S VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to R. 4:37, the undersigned counsel hereby stipulate that all claims of Plaintiffs, CONSTANCE SPEECE-JONES and DAVID M. JONES, husband and wife, against Defendants Merck & Co., Inc., and all other named Defendants be dismissed in their entirety with prejudice, each party to bear its own costs

_____
Christopher W. Luzier, Esquire
Law Offices of James F Humphreys &
Associates, L.C.
500 Virginia Street, East
Suite 800, United Center
Charleston, WV 25301
(304) 347-5050
Dated: 8-26-08

_____
[Attorney for Merck & Co., Inc.]
[Firm Name, Address and Telephone]
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA  70130
504-581-3200

Dated: 8/26/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of August, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2