# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Constance Speece-Jones and* | * | |
| *David M. Jones v. Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *et al., Docket No. 2:06-cv-4199* | * | **KNOWLES** |
| | * | |
| ************************************* | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Plaintiff's Voluntary Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiffs Constance Speece-Jones and David M. Jones, husband and wife, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.


_____
DISTRICT JUDGE

942689v.1