**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 21, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

*Robert Cornell, et al. v. Merck & Co., Inc.*, No. 05-2067

*Saolotoga Aiono, et al. v. Merck & Co., Inc.*, No. 05-4743


The Court is in receipt of the attached Notices of Release of Liens. Any parties that have an interest in these notices may respond accordingly.

*[signature]*

1

JS10(00:00)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____