# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| **Products Liability Litigation** | SECTION L |
| | JUDGE FALLON |
| **(This document relates to the following individual case:)** | |
| | MAG. JUDGE KNOWLES |
| **Robert Cornell, et. al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck, No: 2:05cv2067** | Transferred from USDC District of Utah, Case # 2:05cv00268 |

## NOTICE OF RELEASE OF LIEN

**TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE** that RD Legal Funding, LLC ("RDLF"), Judgment Creditor of Sherman & Salkow, PC and Arthur Sherman (collectively, the "Sherman firm") hereby releases its Notice of Lien filed herein on or about June 18, 2008, a true and correct copy of which is attached hereto as Exhibit "1". The lien is released solely to facilitate substitution of counsel for the affected Plaintiffs in the Vioxx Products Liability Litigation. This Release of Lien does not reflect that the underlying judgment has been satisfied

Dated: July 28, 2008                                    Respectfully Submitted,

Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC

Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

**EXHIBIT "1"**

File and Conform

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| **Products Liability Litigation** | SECTION L |
| | JUDGE FALLON |
| **(This document relates to the following individual case:)** | |
| | MAG. JUDGE KNOWLES |
| **Robert Cornell, et. al., vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck, No: 2:05cv2067** | Transferred from USDC District of Utah, Case # 2:05cv00268 |

**NOTICE OF LIEN**

RD Legal Funding, LLC ("RDLF") hereby enters a special appearance in the above captioned litigation through the undersigned counsel.

**TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE** that RD Legal Funding, LLC ("RDLF"), Judgment Creditor of Sherman & Salkow, PC and Arthur Sherman (collectively, the "Sherman firm") hereby asserts that a lien is created by this notice under Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.

1.     The lien was created pursuant to a Judgment entered against the Sherman firm in the following action:

      a.   Title of Court:  United States District Court, Central District of California, Los Angeles Division;

      b.   Name of Case:  *RD Legal Funding, LLC v. Sherman & Salkow, et. al.;*

      c.   Case No.: CV07-4849GW (VBKx)

        d.  Date of Entry of Judgment:  August 21, 2007

2.      A true and correct copy of the Judgment is attached hereto as Exhibit 1.

3.      The name and address of the Judgment Creditor is as follows:

        a.  RD Legal Funding, LLC, P.O. Box 809161, Chicago, IL  60680-9161;

4.      Counsel for the Judgment Creditor is Irena Leigh Norton, Esq., Shulman Hodges & Bastian, 3750 University Ave., Ste. 670, Riverside, CA 92501.

5.      The name and last known addresses of the Judgment Debtors are as follows:

        a.  Sherman & Salkow, P.C. c/o Arthur Sherman, Esq., Law Offices of Arthur Sherman, 11620 Wilshire Blvd., Ste. 870, Los Angeles, CA 90025;

        b.  Arthur Sherman, Esq. Law Offices of Arthur Sherman, 11620 Wilshire Blvd., Ste. 870, Los Angeles, CA 90025.

6.      The amount required to satisfy the Judgment Creditor's liens is **$6,807,071.81** as of June 17, 2008.

7.      The lien created by this notice attaches to the Sherman Firm's rights to money or property under any judgment or distribution procured in this action or proceeding.

8.      No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the Sherman firm to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of the Sherman firm, and the Sherman firm may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

        a.    The prior approval by order of the court in this action or proceeding has been obtained;

        b.    The written consent of RDLF has been obtained or the RDLF has released the lien; or

        c.    The judgment lien of RDLF has been satisfied.

NOTICE: The persons named in paragraph 3 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Dated: June 17, 2008                        Respectfully Submitted,

Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC

EXHIBIT "1"

1 | Leonard M. Shulman – Bar No. 126349
  | Manijha Kadir – Bar No. 219974
2 | **SHULMAN HODGES & BASTIAN LLP**
  | 26632 Towne Centre Drive, Suite 300
3 | Foothill Ranch, California 92610-2808
  | Telephone:  (949) 340-3400
4 | Facsimile:  (949) 340-3000

5 | Attorneys for RD Legal Funding, LLC

FILED

2007 NOV 26  AM 10: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION- LOS ANGELES

RD LEGAL FUNDING, LLC, a New Jersey Limited Liability Company,

        Plaintiff,

vs.

SHERMAN & SALKOW, a California professional corporation; ARTHUR SHERMAN, an individual.

        Defendants.

Case No. CV 07-4849 GW (VBKx)

**NOTICE OF ENTRY OF JUDGMENT**

    PLEASE  TAKE  NOTICE that  on  August  21,  2007,  Judgment  was entered by the above entitled court in favor of Plaintiff, RD Legal Funding, LLC ("RDLF" or "Plaintiff") and against Defendants, Sherman & Salkow, a California professional corporation ("Sherman & Salkow") and Arthur Sherman, an individual ("Sherman") (collectively "Defendants"). A true and correct copy the Judgment is attached hereto as **Exhibit "1"**.

SHULMAN HODGES & BASTIAN LLP

By: _____
      Leonard M. Shulman
      Manijha Kadir
      Counsel for Plaintiff, RD Legal Funding, LLC.

Dated: November 2, 2007

1

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

**EXHIBIT "1"**

1 Leonard M. Shulman – Bar No. 126349
Manijha Kadir – Bar No. 219974
2 SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive, Suite 300
3 Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
4 Facsimile: (949) 340-3000

5 Attorneys for RD Legal Funding, LLC

**P-SEND / EXIT / JS-6**

FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8

9

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION- LOS ANGELES

10

11

12 RD LEGAL FUNDING, LLC, a New )       Case No. CV 07-4849 GW (VBKx)
Jersey Limited Liability Company, )
13                                 )       [~~PROPOSED~~] JUDGMENT
                                   )
14                Plaintiff,       )
                                   )
15 vs.                             )
                                   )
16 SHERMAN & SALKOW, a             )
California professional corporation; )
17 ARTHUR SHERMAN, an             )
individual.                        )
18                                 )
                Defendants.        )
19



ENTERED
CLERK, U.S. DISTRICT COURT

AUG 22 2007

CENTRAL DISTRICT OF CALIFORNIA

20          RD Legal Funding, LLC ("RDLF" or "Plaintiff") and Sherman & Salkow, a

21 California professional corporation ("Sherman & Salkow") and Arthur Sherman,

22 an individual ("Sherman") (collectively "Defendants") having entered into a

23 *Stipulated Judgment*, which fully executed Stipulated Judgment was filed with this

24 court on July 27, 2007 and a true copy of which is attached hereto as *Exhibit "A"*,

25 and for good cause showing, it is hereby

26          **Ordered, decreed and adjudged** that Judgment is granted in favor of

27 Plaintiff and against Defendants as follows:

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

3172-000\G:\WP\Cases\Q-R\RDLegalFunding\Sherman\PLAStipulatedJudgment 002.doc

## MONETARY JUDGMENT

1. A non-dischargeable judgment (the "Judgment") is entered in the Complaint in favor of Plaintiff and against Defendants in the sum of $6,192,848.85, plus pre-judgment interest and post-judgment interest;

2. Interest thereon shall be calculated at the note rate of 10% per annum, from July 1, 2007 until the Judgment is paid in full;

3. Plaintiff is entitled to recover reasonable attorneys fees in the amount of $15,000, plus costs of suit in the amount of $500.00.

## INJUNCTION

To Defendants, Sherman & Salkow and Arthur Sherman and their officers, directors, managers, employees, representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or successors in interest:

You are hereby **PERMANENTLY ENJOINED** from any and all of the following acts:

1. Demanding, collecting, receiving or in any other way diverting and using any and all of the legal fees and costs due to you from: a) certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2. Demanding, collecting, receiving or in any other way diverting and using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

2

1  certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

2  PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

3  Fee[4];

4       3.    Transferring, conveying, assigning, pledging, deeding, selling,

5  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

6  disposing of, any of legal fees and costs due to you from a) certain litigation

7  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

8  Civ 2843, in the United States District Court, Southern District of New York; b)

9  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

10  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

11  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

12  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

13  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

14  commonly known as Seventh Amendment to the National Diet Drug Settlement

15  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

16  Court, Eastern District of Pennsylvania.

17       4.    Transferring, conveying, assigning, pledging, deeding, selling,

18  renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

19

20

21

22

[1] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York.

23

24

[2] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle.

25

26

[3] Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Diet Drug Litigation, MDL No 1203, Case No. 2.99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania.

27

28

[4] Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow from certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

J:\72-009\G \Wp\CaseAQ-KRADLegalFee.leg\Sherman\'IdtSmpulvesJudgment 002.doc

1  disposing of, any of the Rezulin Legal Fee, the PPA Legal Fee, Diet Drug Legal

2  Fees, and/or the Seventh Amendment Legal Fee.

3        To Defendants, Sherman & Salkow and Arthur Sherman and their officers,

4  directors, managers, employees, representatives, agents, attorneys, affiliates,

5  privies, parents, subsidiaries and/or successors in interest AND/OR the various

6  administrators and/or trustees and/or parties responsible for the distribution of any

7  and/or all of the legal fees and costs in the following matters: a) certain litigation

8  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

9  Civ 2843, in the United States District Court, Southern District of New York; b)

10  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

11  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

12  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

13  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

14  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

15  commonly known as Seventh Amendment to the National Diet Drug Settlement

16  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

17  Court, Eastern District of Pennsylvania.

18      **YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS**

19  **FOLLOWS:**

20      1.    Any and/or all of the legal fees and costs due to Sherman & Salkow

21  and Arthur Sherman and their officers, directors, managers, employees,

22  representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or

23  successors in interest, from the following litigation, shall be distributed directly to

24  RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

25  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

26  Civ 2843, in the United States District Court, Southern District of New York; b)

27  certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability

28  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

4

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3172-000/d3 \W:\Client\Q-R\RDLegalFunding\Sherman\PM\Stipulated Judgment 002.doc

1  Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re</u>
2  <u>Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB,  in the United
3  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation
4  commonly known as Seventh Amendment to the National Diet Drug Settlement
5  Agreement, MDL No. 1203, Case No. 99-20593, in the United States District
6  Court, Eastern District of Pennsylvania.

7       2.    Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet
8  Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed</u>
9  <u>directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

10       3.    Upon court approval in each of the respective cases noted above, for
11  distribution of such legal fees and costs, a check shall be issued payable to RD
12  Legal Funding, LLC, assignee,  and delivered to:

13      RDLF Financial Services, LLC
    Tax ID No. 20-2806702
14      P.O. Box 809161
    Chicago, IL 60680-9161
15

16
17      The Court retains jurisdiction over this matter to enforce the terms of the
18  Stipulated Judgment and to enforce this Judgment.

19  DATED: August 21st, 2007        _George W. Wu_
20                      HONORABLE GEORGE W. WU
21                      UNITED STATES DISTRICT COURT JUDGE

22  Respectfully submitted by:
               SHULMAN HODGES & BASTIAN LLP
23

24  Dated: August 15, 2007       By: _____
25                      Leonard M. Shulman
26                      Manijha Kadir
27                      Counsel for Plaintiff, RD Legal Funding, LLC.
28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

5

COPY

1  Leonard M. Shulman – Bar No. 126349
   Manijha Kadir – Bar No. 219974
2  SHULMAN HODGES & BASTIAN LLP
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:  (949) 340-3400
4  Facsimile:  (949) 340-3000

5  Attorneys for RD Legal Funding, LLC

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10             WESTERN DIVISION- LOS ANGELES

11                                    CV-07  4849 GW(VBKx

12  RD LEGAL FUNDING, LLC, a New )   Case No.
    Jersey Limited Liability Company, )
13                                     )  STIPULATED JUDGMENT
                                       )
14              Plaintiff,             )
                                       )
15  vs.                                )
                                       )
16  SHERMAN & SALKOW, a               )
    California professional corporation; )
17  ARTHUR SHERMAN, an               )
    individual.                        )
18                                     )
                Defendants.            )
19

20        This Stipulated Judgment for Breach of Contract Damages and for

21  Injunctive Relief is entered into between RD Legal Funding, LLC ("RDLF" or

22  "Plaintiff") and Sherman & Salkow, a California professional corporation

23  ("Sherman & Salkow") and Arthur Sherman, an individual ("Sherman")

24  (collectively "Defendants"), as follows:

25        WHEREAS, on or about July 20, 2007, Plaintiff filed a Complaint for

26  Stipulated Judgment for Breach of Contract Damages and for Injunctive Relief

27  against the Defendants.

28

Exhibit A Page 6

1   WHEREAS, the Defendants have been served and do not contest the
2   allegations in the Complaint.
3   WHEREAS, Plaintiff and Defendants desire to stipulate to judgment in
4   favor of the Plaintiff and against the Defendants as follows:

### MONETARY JUDGMENT

6   1.   A non-dischargeable judgment (the "Judgment") shall be entered in
7   the Complaint in favor of Plaintiff and against Defendants in the sum of
8   $6,192,848.85, plus pre-judgment interest and post-judgment interest;
9   2.   Interest thereon shall be calculated at the note rate of 10% per annum,
10  from July 1, 2007 until the Judgment is paid in full;
11  3.   Plaintiff shall be allowed reasonable attorneys fees in the amount of
12  $15,000, plus costs of suit in the amount of $500.00.

### INJUNCTION

14  To Defendants, Sherman & Salkow and Arthur Sherman and their officers,
15  directors, managers, employees, representatives, agents, attorneys, affiliates,
16  privies, parents, subsidiaries and/or successors in interest:
17  You are hereby **PERMANENTLY ENJOINED** from any and all of the
18  following acts:
19  1.   Demanding, collecting, receiving or in any other way diverting and
20  using any and all of the legal fees and costs due to you from: a) certain litigation
21  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00
22  Civ 2843, in the United States District Court, Southern District of New York; b)
23  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability
24  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District
25  Court, Western District of Washington at Seattle; c) certain litigation entitled In re
26  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United
27  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation
28  commonly known as Seventh Amendment to the National Diet Drug Settlement

2

Exhibit A Page 7

1   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

2   Court, Eastern District of Pennsylvania.

3       2.   Demanding, collecting, receiving or in any other way diverting and

4   using any of the legal fees specifically sold to RD Legal Funding, LLC pursuant to

5   certain assignment and sale agreements, including, the Rezulin Legal Fee[1], the

6   PPA Legal Fee[2], Diet Drug Legal Fees[3], and/or the Seventh Amendment Legal

7   Fee[4];

8       3.   Transferring, conveying, assigning, pledging, deeding, selling,

9   renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise

10  disposing of, any of legal fees and costs due to you from a) certain litigation

11  entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00

12  Civ 2843, in the United States District Court, Southern District of New York; b)

13  certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability

14  Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District

15  Court, Western District of Washington at Seattle; c) certain litigation entitled In re

16  Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

17  States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

18  commonly known as Seventh Amendment to the National Diet Drug Settlement

19

20

21

22

23

24

25

26

27

28

---

[1] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York.

[2] Legal fees in an amount of at least $1,385,438 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle.

[3] Legal fees in amounts of at least $2,888,320.60 due to Sherman and/or Sherman & Salkow from certain litigation entitled In re Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania.

[4] Legal fees in an amount of at least $533,652.25 due to Sherman and/or Sherman & Salkow from certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

3

Exhibit A Page 8

1   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District
2   Court, Eastern District of Pennsylvania.

3      4.    Transferring, conveying, assigning, pledging, deeding, selling,
4   renting, leasing, encumbering, changing ownership, vesting or title to, or otherwise
5   disposing of, any of the Rezulin Legal Fee, the PPA Legal Fee, Diet Drug Legal
6   Fees, and/or the Seventh Amendment Legal Fee.

7      To Defendants, Sherman & Salkow and Arthur Sherman and their officers,
8   directors, managers, employees, representatives, agents, attorneys, affiliates,
9   privies, parents, subsidiaries and/or successors in interest AND/OR the various
10   administrators and/or trustees and/or parties responsible for the distribution of any
11   and/or all of the legal fees and costs in the following matters: a) certain litigation
12   entitled In re Rezulin Products Liability Litigation, MDL No. 1348, Case No. 00
13   Civ 2843, in the United States District Court, Southern District of New York; b)
14   certain litigation entitled In re Phenlylpropanolamine (PPA) Products Liability
15   Litigation, MDL No. 1407, Case No. 1-MD-1407, in the United States District
16   Court, Western District of Washington at Seattle; c) certain litigation entitled In re
17   Diet Drug Litigation, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United
18   States District Court, Eastern District of Pennsylvania; and/or d) certain litigation
19   commonly known as Seventh Amendment to the National Diet Drug Settlement
20   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District
21   Court, Eastern District of Pennsylvania.

22      **YOU ARE HEREBY FURTHER PERMANENTLY DIRECTED AS**
23   **FOLLOWS:**

24      1.    Any and/or all of the legal fees and costs due to Sherman & Salkow
25   and Arthur Sherman and their officers, directors, managers, employees,
26   representatives, agents, attorneys, affiliates, privies, parents, subsidiaries and/or
27   successors in interest, from the following litigation, shall be distributed directly to
28   RD Legal Funding, LLC, as assignee of any and all such funds: a) certain litigation

4

Exhibit A Page 9

1   entitled <u>In re Rezulin Products Liability Litigation</u>, MDL No. 1348, Case No. 00

2   Civ 2843, in the United States District Court, Southern District of New York; b)

3   certain litigation entitled <u>In re Phenylpropanolamine (PPA) Products Liability</u>

4   <u>Litigation</u>, MDL No. 1407, Case No. 1-MD-1407, in the United States District

5   Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re</u>

6   <u>Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United

7   States District Court, Eastern District of Pennsylvania; and/or d) certain litigation

8   commonly known as Seventh Amendment to the National Diet Drug Settlement

9   Agreement, MDL No. 1203, Case No. 99-20593, in the United States District

10  Court, Eastern District of Pennsylvania.

11          2.      Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet

12  Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed</u>

13  <u>directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

14          3.      Upon court approval in each of the respective cases noted above, for

15  distribution of such legal fees and costs, a check shall be issued payable to RD

16  Legal Funding, LLC, assignee, and delivered to:

17          RDLF Financial Services, LLC
            Tax ID No. 20-2806702
18          P.O. Box 809161
            Chicago, IL 60680-9161
19

20  SO AGREED:

                                    RD LEGAL FUNDING, LLC
21  Dated: July 20, 2007

22                                  By:
                                        Roni Dersovitz
23  Dated: July 20, 2007            SHERMAN & SALKOW

24                                  By:
25                                      Arthur Sherman

26  Dated: July 20, 2007            ARTHUR SHERMAN

27                                  By:
28                                      Arthur Sherman

                                            5

J172400NPHWYCrossIQ-EYRDLegalFundngShermanFRNGyslphsJudgment 001 doc

Exhibit A Page 10

entitled <u>In re Rezulin Products Liability Litigation</u>, MDL No. 1348, Case No. 00 Civ 2843, in the United States District Court, Southern District of New York; b) certain litigation entitled <u>In re Phenlylpropanolamine (PPA) Products Liability Litigation</u>, MDL No. 1407, Case No. 1-MD-1407, in the United States District Court, Western District of Washington at Seattle; c) certain litigation entitled <u>In re Diet Drug Litigation</u>, MDL No. 1203, Case No. 2:99-cv-200593HB, in the United States District Court, Eastern District of Pennsylvania; and/or d) certain litigation commonly known as Seventh Amendment to the National Diet Drug Settlement Agreement, MDL No. 1203, Case No. 99-20593, in the United States District Court, Eastern District of Pennsylvania.

2.    Any and/or all of the Rezulin Legal Fee, the PPA  Legal Fee, Diet Drug Legal Fees, and/or the Seventh Amendment Legal Fee <u>shall be distributed directly to RD Legal Funding, LLC</u>, as assignee of any and all such funds.

3.    Upon court approval in each of the respective cases noted above, for distribution of such legal fees and costs, a check shall be issued payable to RD Legal Funding, LLC, assignee,  and delivered to:

RDLF Financial Services, LLC
Tax ID No. 20-2806702
P.O. Box 809161
Chicago, IL 60680-9161

SO AGREED:

Dated: July 20, 2007

Dated: July 20, 2007

Dated: July 20, 2007

RD LEGAL FUNDING, LLC

By: _____
     Roni Dersovitz
SHERMAN & SALKOW

By: _____
     Arthur Sherman
ARTHUR SHERMAN

By: _____
     Arthur Sherman

5

Exhibit A Page 11

1 **Approved as to Form and Content:**

2                                         SHULMAN HODGES & BASTIAN LLP

3

4 Dated: 7-24-07          By: _____

5                         Leonard M. Shulman
                          Manijha Kadir
6                         Attorneys for Plaintiff, RD Legal Funding,
                          LLC
7
                                   **JUDGMENT**
8

9 **IT IS SO ADJUDGED.**

10

11 Dated: July __ 2007

12                         **UNITED STATES DISTRICT COURT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3112-000-0 \W\Cases\Q-R\RDLegalFunding\Sternson\Pldl\StipulatedJudgment 001.doc

6

Exhibit A Page 12

RightFAX          8/22/2007 3:41     PAGE 014/014   Fax Server

1                          **PROOF OF SERVICE**

2   STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

3   I am employed in the City of Riverside, County of Riverside, State of California. I am over the age of 18
    years and not a party to the within action. My business address is 3750 University Avenue, Suite 670,
4   Riverside, CA 92501

5   On August 15, 2007, I served the documents named below on the parties in this Action as follows:

6   DOCUMENT(S)     SERVED:   **[PROPOSED] JUDGMENT**

7   SERVED UPON.              <u>Defendants Arthur Sherman and Sherman & Salkow</u>
                              Arthur Sherman, Esq.
8                             Sherman & Salkow
                              11601 Wilshire Blvd., Ste 675
9                             Los Angeles, CA 90025

10  [x]  **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the
         United States mail at Riverside, California I am readily familiar with the practice of Shulman
11       Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice
         being that in the ordinary course of business, mail is deposited in the United States Postal Service
12       the same day as it is placed for collection. I am aware that on motion of party served, service is
         presumed invalid if postal cancellation date or postage meter date is more than one day after
13       deposit for mailing in affidavit.

14  [ ]  **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission
         and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I
15       either caused, or had someone cause, the transmitting machine to properly transmit the attached
         documents to the facsimile numbers shown on the service list.
16
    [ ]  **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges &
17       Bastian LLP for collection and processing of documents for overnight delivery and know that the
         document(s) described herein will be deposited in a box or other facility regularly maintained by
18       Federal Express or Overnite Express for overnight delivery or by Express Mail via the United
         States Postal Service.
19
    [x]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at
20       whose direction this service was made I declare under penalty of perjury that the foregoing is
         true and correct
21
    Executed on August 15, 2007, at Riverside, California
22
23
24                                                        Tonia N. Mann-Wooten
25
26
27
28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610      7773-000\C:\My\CaseFiles\RVRD\LegalFunding\Sherman\Mtl\Stipulated\Judgment 002.doc

13

17:22 OCT 12, 2006   ID: RDLEGAL          FAX NO: 568-5307                #0151  PAGE: 16/18

## NOTICE OF ASSIGNMENT AND LIEN

TO:   Michele Rosenberg, CPA
      MDL 1348 Special Master
      Cornick, Garber & Sandler, LLP
      630 Third Avenue
      New York, NY 10017

RE:   United States District Court, Southern District of New York, Master Case No. 00Civ.2843 (LAK)

       You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of In Re: Rezulin Products Liability Litigation (MDL No. 1348), transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the settlement amount of $73,100,000.00 (Seventy Three Million One Hundred Thousand Dollars and No Cents), equal to $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Pfizer, Inc. and/or MDL 1348 Special Master Michele Rosenberg, CPA of Cornick, Garber & Sandler, LLP being held liable for damages and attorneys fees for any loss suffered hereunder.

       Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

   RDLF Financial Services, LLC (Payment Address Only)    Tax I.D. No. 20-2806702
   PO Box 809161
   Chicago, IL 60680-9161

Assignee:     RD Legal Funding, LLC

              By: _____            Date: October 12, 2006
                  Roni Dersovitz, Manager

Assignor:     Sherman & Salkow, a Professional Corporation
              11601 Wilshire Blvd., Suite 675
              Los Angeles, CA 90025-1742

              By: _____            Date: October 12, 2006
                  Arthur Sherman, Esq.

                                                                              D

Revised: 08/30/2006
Contract Prepared By: bl

## NOTICE OF ASSIGNMENT AND LIEN

TO:    Miller, Alfano, Rasponti, P.C.
        1818 Market Street
        Philadelphia, PA 19103

        Attn:    Gregory P. Miller, Esq.

RE:    In Re: Diet Drug Litigation
        United States District Court for the Eastern District of Pennsylvania Case No.: 2:99-cv-200593HB

        You are hereby notified that on October 12, 2006, Sherman & Salkow, PC, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of In Re: Diet Drug Litigation, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the settlement amount of $2,438,024.16, equal to $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, PC of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Miller, Alfano & Rasponti, P.C, being held liable for damages and attorneys fees for any loss suffered hereunder.

        Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,279,479.50 (One Million Two Hundred Seventy Nine Thousand Four Hundred Seventy Nine Dollars and 50 Cents) made payable to Sherman & Salkow, PC and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

    RDLF Financial Services, LLC (Payment Address Only)    Tax I.D. No. 20-2806702
    PO Box 809161
    Chicago, IL 60680-9161

Assignee:    RD Legal Funding, LLC

        By: _____        Date: October 12, 2006
            Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, PC
        11601 Wilshire Blvd., Suite 675
        Los Angeles, CA 90025-1742

        By: _____        Date: October 12, 2006
            Arthur Sherman, Esq.

4

NOTICE OF ASSIGNMENT AND LIEN

TO:     Lance E. Palmer, Esq.
        Kraft Palmer Davies, PLLC
        720 Third Avenue, Suite 1510
        Seattle, WA 98104-1825

RE:     United States District Court, Western District of Washington at Seattle, Master Docket No. 1-MD-1407

You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in connection with the Plaintiff Litigation Expense Fund in the matter of In Re: Phenylpropanolamine (PPA) Products Liability Litigation - MDL No. 1407, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the Court Award for Interim payment of Common Benefits Fees and Costs in the amount of $3,042,914.40 (Three Million Forty Two Thousand Nine Hundred Fourteen Dollars and 40 Cents), equal to $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents), together with interest payable thereon. You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Lance E. Palmer, Esq. of Kraft Palmer Davies, PLLC being held liable for damages and attorneys fees for any loss suffered hereunder.

Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $1,385,438.00 (One Million Three Hundred Eighty Five Thousand Four Hundred Thirty Eight Dollars and No Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

RDLF Financial Services, LLC (Payment Address Only)   Tax I.D. No. 20-2806702
.PO Box 809161
Chicago, IL  60680-9161

Assignee:       RD Legal Funding, LLC

                By: _____          Date: October 12, 2006
                     Roni Denoyed, Manager

Assignor:       Sherman & Salkow, a Professional Corporation
                11601 Wilshire Blvd., Suite 675
                Los Angeles, CA 90025-1742

                By: _____          Date: October 12, 2006
                     Arthur Sherman, Esq.

D

*Revised: 08/10/2006*
*Contract Prepared By: bl*

## NOTICE OF ASSIGNMENT AND LIEN

TO:   Diet Drug Litigation – Seventh Amendment Fund Administrator
      PO Box 30
      Philadelphia, PA 19105-0030

RE:   U.S. District Court, Eastern District of Pennsylvania, MDL Docket No.1203, Civil Action No. 99-20593

       You are hereby notified that on October 12, 2006, Sherman & Salkow, a Professional Corporation, whose address is 11601 Wilshire Blvd., Suite 675, Los Angeles, CA 90025-1742 ("Assignor"), in conjunction with that certain Settlement entered into in the matter of Seventh Amendment to the National Diet Drug Settlement Agreement, transferred and assigned to the undersigned ("Assignee"), all of the Assignor's right, title and interest in and to their share of the anticipated settlement amount of at least $2,142,720.00 (Two Million One Hundred Forty Two Thousand Dollars and No Cents), equal to $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents). You are hereby instructed that you are to issue a check payable to RDLF Financial Services, LLC, Assignee, in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) ("Assigned Proceeds"), delivered to the address set forth below pursuant to the terms of the Assignment between the parties. You are further instructed to release the remainder of the Settlement Amount and/or Legal Fees pursuant to terms and provisions of the Settlement, Court Order and/or your mutual agreement. You are further instructed that any distribution to Sherman & Salkow, a Professional Corporation of the Assigned Proceeds shall be in violation of Assignment Law of the State of California and shall result in Wyeth and/or Seventh Amendment Settlement Fund Administrator being held liable for damages and attorneys fees for any loss suffered hereunder.

       Alternatively, this Notice of Lien may be satisfied by issuance of a check in the sum of $533,652.25 (Five Hundred Thirty Three Thousand Six Hundred Fifty Two and 25 Cents) made payable to Sherman & Salkow, a Professional Corporation and forwarded to Assignee at RDLF Financial Services, LLC, PO Box 809161, Chicago, IL 60680-9161.

Payments of the Assigned Proceeds must be delivered as follows:

      RDLF Financial Services, LLC (Payment Address Only)    Tax I.D. No. 20-2806702
      PO Box 809161
      Chicago, IL 60680-9161

Assignee:    RD Legal Funding, LLC

             By: _____                Date: October 12, 2006
                 Roni Dersovitz, Manager

Assignor:    Sherman & Salkow, a Professional Corporation
             11601 Wilshire Blvd., Suite 675
             Los Angeles, CA 90025-1742

             By: _____                Date: October 12, 2006
                 Arthur Sherman, Esq.

                                                                              D

*Revised: 05/30/2006*
*Contract Prepared By: bl*

1                                      **PROOF OF SERVICE**

2   STATE OF CALIFORNIA, COUNTY OF ORANGE

3   I am employed in the City of Foothill Ranch, County of Orange, State of California.  I am over the age of
     18 years and not a party to the within action.  My business address is 26632 Towne Centre Dr. Ste. 300,
4   Foothill Ranch, CA 92610.

5   On November 21, 2007, I served the documents named below on the parties in this Action as follows:

6   DOCUMENT(S)     SERVED:   **NOTICE OF ENTRY OF JUDGMENT**

7   SERVED UPON:                      **SEE ATTACHED LIST**

8   [ x ]   **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the
            United States mail at Foothill Ranch, California.  I am readily familiar with the practice of
9           Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing,
            said practice being that in the ordinary course of business, mail is deposited in the United States
10         Postal Service the same day as it is placed for collection.  I am aware that on motion of party
            served, service is presumed invalid if postal cancellation date or postage meter date is more than
11         one day after deposit for mailing in affidavit.

12   [ ]    **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission
           and the transmission was reported as completed and without error.  Pursuant to C.R.C. 2009(i), I
13         either caused, or had someone cause, the transmitting machine to properly transmit the attached
           documents to the facsimile numbers shown on the service list.
14

15   [ ]    **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges &
           Bastian LLP for collection and processing of documents for overnight delivery and know that the
16         document(s) described herein will be deposited in a box or other facility regularly maintained by
           Federal Express or Overnite Express for overnight delivery or by Express Mail via the United
17         States Postal Service.

18   [ x ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at
           whose direction this service was made.  I declare under penalty of perjury that the foregoing is
           true and correct.
19

20   Executed on November 21, 2007, at Foothill Ranch, California.

21

22                                             Tonia N. Mann-Wooten

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

J172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLD\NTCENTRYJUDGMENT.002.DOC

1

## SERVICE LIST

2  Diet Drug Litigation – Seventh Amendment Fund Administrator
   PO Box 30
3  Philadelphia, PA 19105-0030

4  Lance E. Palmer, Esq.
   Kraft Palmer Davies, PLLC
5  720 Third Avenue, Suite 1510
   Seattle, WA  98104-1825

6

   Gregory P. Miller, Esq.
7  Miller Alfano Rasponti PC
   1818 Market Street
8  Philadelphia, PA  19103

9  Michele Rosenberg, CPA
   MDL 1348 Special Master
10 Comick, Garber & Sandler LLP
   630 Third Avenue
11 New York, NY  10017

12 **Defendants Arthur Sherman and Sherman & Salkow**
   Arthur Sherman, Esq.
13 Sherman & Salkow
   11601 Wilshire Blvd., Ste. 675
14 Los Angeles, CA 90025

15 Ron Dersovitz
   RD Legal Funding LLC
16 One Eagle Street, Suite 202
   Englewood, NJ  07631

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

3172-006\W:\CASES\Q-R\RDLEGALFUNDING\SHERMAN\PLDNTCENTRYJUDGMENT.002.DOC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF LIEN has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and e-mail, and that the foregoing was sent to the Clerk of the United States District Court for the Eastern District of Louisiana by Federal Express on **June 17, 2008** so that it can be made available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC

3127-006/56/G:\Wp\Cases\Q-R\RDLegalFunding\Sherman\Vioxx\Ntc_Lien.doc

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF RELEASE OF LIEN has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and e-mail, and that the foregoing was sent to the Clerk of the United States District Court for the Eastern District of Louisiana by Federal Express on __July 28, 2008__ so that it can be made available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

Leonard M. Shulman
Irena Leigh Norton
Shulman Hodges & Bastian LLP
3750 University Ave., Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: inorton@shbllp.com
Attorneys for RD Legal Funding, LLC