## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 2:06CV 08375 and 2:06CV 06219 | : | MAGISTRATE JUDGE |
| | : | DANIEL E. KNOWLES III |

**CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
FOR THE PRODUCTION OF MEDICAL RECORDS**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Sanford Pinedo, LLP, file this Motion to Show Cause Why Certain Pharmaceutical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, and in support thereof show:

I.

Plaintiffs have repeatedly attempted to obtain records from certain pharmaceutical prescription providers so that they may comply with the terms of the Vioxx Settlement Agreement. Unfortunately, plaintiffs' requests to certain providers have been futile.  All of the requests that are the subject of this motion were made through Court Record Research, Inc. and follow up efforts by Sanford Pinedo, LLP.

II.

Despite repeated requests by Court Record Research, Inc. and follow up requests by Sanford

1

Pinedo, LLP, the record providers refuse to comply with this Court's Pre-Trial Order No. 35, and the requests for pharmacy records.

III.

Plaintiffs request that this Court issue an Order that each of the providers identified on the attached Exhibit "A" appear before this Court and show cause why:

a. They should not be held in contempt for failing to comply with Pre-Trial Order No. 35;

b. They should not be held in contempt for failure to provide requested pharmacy records; and

c. They should not be ordered to pay the attorney's fees and costs related to plaintiffs' efforts to obtain their own medical records.

IV.

Plaintiffs further move for an Order setting a hearing on this motion as quickly as the Court's docket permits.

V.

The basis for this motion is more fully set forth in the memorandum in support attached hereto, which is adopted herein as if copied *in extenso.*

WHEREFORE, plaintiffs identified on attached Exhibit "A" and the law firm of Sanford Pinedo, LLP, pray that this Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records be granted and the Court Order a corporate representative for each pharmaceutical prescription provider to appear before the Court to explain its refusal to honor this Court's Orders, and for such other relief as may be entered.

Respectfully submitted,

Date:   August 27, 2008            By:      /s/ Shelly A. Sanford
                                                       **Shelly A. Sanford**
                                                       **Federal Bar No. 19105**
                                                       **Texas State Bar No. 00784904**
                                                       *2016 Bissonnet St.*
                                                       *Houston, TX 77005*
                                                       Telephone: (713) 524-6677
                                                       Facsimile: (713) 524-6611

### **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 27th day of August, 2008.

1. Rite Aid Corporation
   Attention: Jill L. Larson
   30 Hunter Lane
   Camp Hill, PA. 17011

2. Wegman Pharmacy
   Attention Mary McCabe
   700 First N. St.
   Syracuse, NY 13208

By: /s/ Shelly A. Sanford
**Shelly A. Sanford**
**Federal Bar No. 19105**
**Texas State Bar No. 00784904**
*2016 Bissonnet St.*
*Houston, TX 77005*
Telephone: (713) 524-6677
Facsimile: (713) 524-6611
ssanford@sanfordpinedo.com

5

Attachment "A" Plaintiffs


Lucy Cannavino
DOB 06/06/1927
SS# 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
Lucy Cannavino v. Merck & Co., Inc., et al.
Docket No. 2:06cv 08375
RE: Wegman's Pharmacy, 700 First N. Street, Syracuse, NY 13208

Donna Doherty
DOB 10/07/1956
SS# 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
Donna Doherty v. Merck & Co., Inc., et al.
Docket No. 2:06cv 06219
RE: Rite Aid Corporation, PO Box 3165, Harrisburg, PA 17105