UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 2:06CV 08375 and 2:06CV 06219 | : | MAGISTRATE JUDGE |
| | : | DANIEL E. KNOWLES III |

**MOTION FOR EXPEDITED HEARING ON
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
FOR THE PRODUCTION OF MEDICAL RECORDS**

1

The Plaintiffs identified on the attached Exhibit "A", whom are represented by the law firm of Sanford Pinedo, LLP, file this Motion for Expedited Hearing in connection with their Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that the receipt of medical records is necessary in order to meet time constraints set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date:   August 27, 2008           By:     /s/ Shelly A. Sanford
                                          **Shelly A. Sanford**
                                          **Federal Bar No. 19105**
                                          **Texas State Bar No. 00784904**
                                          *2016 Bissonnet St.*
                                          *Houston, TX 77005*
                                          Telephone: (713) 524-6677
                                          Facsimile: (713) 524-6611

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 27th day of August, 2008.

1.  Rite Aid Corporation
    Attention: Jill L. Larson
    30 Hunter Lane
    Camp Hill, PA. 17011

2.  Wegman Pharmacy
    Attention Mary McCabe
    700 First N. St.
    Syracuse, NY 13208

By:  /s/ Shelly A. Sanford
**Shelly A. Sanford**
**Federal Bar No. 19105**
**Texas State Bar No. 00784904**
*2016 Bissonnet St.*
*Houston, TX 77005*
Telephone: (713) 524-6677
Facsimile: (713) 524-6611
ssanford@sanfordpinedo.com

Attachment "A" Plaintiffs

Lucy Cannavino
DOB 06/06/1927
SS# 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
Lucy Cannavino v. Merck & Co., Inc., et al.
Docket No. 2:06cv 08375
RE: Wegman's Pharmacy, 700 First N. Street, Syracuse, NY 13208

Donna Doherty
DOB 10/07/1956
SS# 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
Donna Doherty v. Merck & Co., Inc., et al.
Docket No. 2:06cv 06219
RE: Rite Aid Corporation, PO Box 3165, Harrisburg, PA 17105