**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 2:06CV 08375 and 2:06CV 06219 | : | MAGISTRATE JUDGE |
| | : | DANIEL E. KNOWLES III |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXPEDITED HEARING ON**
**CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY**
**CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE**
**HELD IN CONTEMPT FOR FAILING TO COMPLY WITH**
**PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE**
**FOR THE PRODUCTION OF MEDICAL RECORDS**

**MAY IT PLEASE THE COURT:**

The Plaintiffs identified on Exhibit "A" to the Motion to Show Cause are represented by the law firm of Sanford Pinedo, LLP. All of these plaintiffs need to obtain medical records from various providers. There are certain time frames set forth in the Vioxx Resolution Program. The delay in obtaining the medical records will prejudice plaintiffs. The Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that the receipt of medical records is necessary in order to meet time constraints set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Dated this 27th day of August, 2008.

By: /s/ Shelly A. Sanford
**Shelly A. Sanford**
**Federal Bar No. 19105**
**Texas State Bar No. 00784904**
*2016 Bissonnet St.*
*Houston, TX 77005*
Telephone: (713) 524-6677
Facsimile: (713) 524-6611
ssanford@sanfordpinedo.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of August, 2008.

      In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 27th day of August, 2008.


1. Rite Aid Corporation
   Attention: Jill L. Larson
   30 Hunter Lane
   Camp Hill, PA. 17011

2. Wegman Pharmacy
   Attention Mary McCabe
   700 First N. St.
   Syracuse, NY 13208


By:   /s/ Shelly A. Sanford
**Shelly A. Sanford**
**Federal Bar No. 19105**
**Texas State Bar No. 00784904**
*2016 Bissonnet St.*
*Houston, TX 77005*
Telephone: (713) 524-6677
Facsimile: (713) 524-6611
ssanford@sanfordpinedo.com