UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | § § § § | MDL DOCKET NO. 1657 <br><br> SECTION: "L" |
| This document relates to: <br><br> ADOLFO DE LEON <br><br> v. <br><br> MERCK & CO., INC. (JORGE ZAMORA-QUEZADA, M.D.), ET AL. | § § § § § § § § | JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE KNOWLES <br><br> MDL Case No. 2:07-CV-02121-EEF-DEK <br><br><br> Southern District of Texas <br> Civil Action No. 7:06-CV-00320 |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Adolfo De Leon's claims against Defendant, Jorge Zamora-Quezada, M.D., only, in the above captioned matter be and hereby are dismissed, with prejudice, each party to bear its own costs.

DATED: August 26th 2008.
New Orleans Louisiana

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

V:\Vioxx - robin\clients\DeLeon, Adolfo\Mtn & Order for Dismissal W-Prejudice.DOC