## UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | § | **MDL No. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | **SECTION L** |
| | § | |
| | § | **JUDGE ELDON FALLON** |
| | § | |
| ***Bettye E. Jackson v. Merck & Co., Inc., et al.*** | § | **MAGISTRATE JUDGE** |
| **Docket Number: 2:06cv 03918** | § | **DANIEL E. KNOWLES III** |

## MOTION FOR EXPEDITED ORDER OF DISMISSAL OF CLAIM OF DONALD E. JACKSON, DECEASED HUSBAND OF PLAINTIFF BETTYE E. JACKSON AND NAMED PARTY, AGAINST MERCK SO AS TO ALLOW BETTYE E. JACKSON'S CLAIM TO PROCEED

This motion comes as Donald E. Jackson, named party and spouse of Bettye E. Jackson, passed away on April 29, 2007 (Exhibit A). Donald E. Jackson did not ingest Vioxx, and his relation to this claim is solely as the spouse of Bettye E. Jackson, who was injured by ingestion of Vioxx. Merck has refused to move forward with Cathy Bettye E. Jackson's claims package until Donald E. Jackson's claim in this case has been dismissed. Accordingly, we petition this Court grant an expedited order of dismissal as to Donald E. Jackson, allowing the claim of Bettye E. Jackson to proceed.

Dated this 27th day of August, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford _____
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas  77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Expedited Order of Dismissal with Prejudice of Claim of Donald E. Jackson, Deceased and Named Party, Against Merck so as to Allow Bettye E. Jackson's Claim to Proceed, was served on August 20, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of August, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford