# CERTIFICATION OF VITAL RECORD

# COUNTY OF DALLAS

**STATE OF TEXAS — CERTIFICATE OF DEATH**

| Field | Entry |
|---|---|
| 1. Legal Name of Deceased | Donald Edward Jackson |
| 2. Date of Death | April 29, 2007 |
| 3. Sex | Male |
| 4. Date of Birth | July 30, 1933 |
| 5. Age | 73 |
| 6. Birthplace | Addington, Oklahoma |
| 7. Social Security Number | 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 |
| 8. Marital Status | Married |
| 9. Surviving Spouse | Bettye A. Sharp |
| 10a. Residence Street Address | 401 Oakview Drive |
| 10c. City or Town | Grand Prairie |
| 10d. County | Dallas |
| 10e. State | Texas |
| 10f. Zip Code | 75050 |
| 10g. Inside City Limits | Yes |
| 11. Father's Name | Loyd Jackson |
| 12. Mother's Name Prior to First Marriage | Minnie Ola Gallager |
| 13. Place of Death | ER/Outpatient |
| 14. County of Death | Dallas |
| 15. City/Town, Zip | Irving 75061 |
| 16. Facility Name | Baylor Medical Center at Irving |
| 17. Informant's Name & Relationship | Bettye Jackson (wife) |
| 18. Mailing Address of Informant | 401 Oakview Drive, Grand Prairie, Texas 75050 |
| 19. Method of Disposition | Burial |
| 20. Funeral Director | Mike Korzehenski #7091 |
| 21. Section | 12 |
| Lot/Space | 468 |
| 22. Place of Disposition | Dallas-Fort Worth National Cemetery, Dallas, Texas |
| 24. Name of Funeral Facility | Donnelly's Colonial Funeral Home |
| 25. Address | 606 West Airport Freeway, Irving, Texas 75062 |
| 28. Certifier | Certifying Physician |
| 29. Date Certified | May 1, 2007 |
| 30. Time of Death | 5:50 p.m. |
| 31. Printed Name of Certifier | Donald Levene, 7777 Forest Lane, Bldg. C804, Dallas, Texas 75230 |
| 32. Title of Certifier | M.D. |
| 34. Was an Autopsy Performed? | No |
| 36. Manner of Death | Natural |
| 42a. Registrar File No. | 01-01826 |
| 42b. Date Received by Local Registrar | May 2, 2007 |

JW007598

STATE OF TEXAS, COUNTY OF DALLAS — CERTIFIED COPY OF VITAL RECORDS

I hereby certify that this Abstract of Birth/Death facts is recorded in this Office, or has been provided to this office by the Texas Department of Health, Bureau of Vital Statistics, from a document in their custody.

ISSUED MAY 03 2007

Do not accept unless prepared on security paper with engraved border displaying the official seal and signatures of the issuing agency. Do not photocopy. Lamination may void certificate.

JOHN F. WARREN
County Clerk/Registrar
Dallas County, Texas