# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Bettye E. Jackson v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 03918 | § | DANIEL E. KNOWLES III |

## ORDER

On August 27, 2008, Bettye E. Jackson filed a Motion for Expedited Order of Dismissal of Claim of Donald E. Jackson, Deceased and Named Party, Against Merck so as to Allow Bettye E. Jackson's Claim to Proceed. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Donald E. Jackson's claim in this cause be dismissed, and that the cause of action proceed on behalf of Bettye E. Jackson and other named parties.

IT IS SO ORDERED.

_____        _____
Date                                                             Judge Eldon E. Fallon
                                                                      United States District Court Judge