UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION: "L"<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |
| This document relates to:<br><br>MARIA C. CARDENAS<br><br>v.<br><br>MERCK & CO., INC. (JORGE<br>(ZAMORA-QUEZADA, M.D.), ET AL. | MDL Case No. 2:07-CV-00935<br><br>Southern District of Texas<br>C.A. No. 2:07-CV-00296 |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff, Maria C. Cardenas' claims against Defendant, Jorge Zamora-Quezada, M.D., only, in the above captioned matter be and hereby are dismissed, with prejudice, each party to bear its own costs.

DATED: August 26th 2008
New Orleans Louisiana

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE