# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | |
| *Cathy Johnson v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 08375 | § | DANIEL E. KNOWLES III |

### MOTION FOR EXPEDITED ORDER OF DISMISSAL OF CLAIM OF NORMAN JOHNSON, DECEASED HUSBAND OF PLAINTIFF CATHY JOHNSON AND NAMED PARTY, AGAINST MERCK SO AS TO ALLOW CATHY JOHNSON'S CLAIM TO PROCEED

This motion comes as Norman Johnson, named party and spouse of Cathy Johnson, passed away on April 30, 2008 (Exhibit A). Norman Johnson did not ingest Vioxx, and his relation to this claim is solely as the spouse of Cathy Johnson, who was injured by ingestion of Vioxx. Merck has refused to move forward with Cathy Johnson's claims package until Norman Johnson's claim in this case has been dismissed. Accordingly, we petition this Court grant an expedited order of dismissal as to Norman Johnson, allowing the claim of Cathy Johnson to proceed.

Dated this 27th day of August, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas  77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Expedited Order of Dismissal with Prejudice of Claim of Norman Johnson, Deceased and Named Party, Against Merck so as to Allow Cathy Johnson's Claim to Proceed, was served on August 27, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of August, 2008.

                                        /s/ Shelly A. Sanford
                                        Shelly A. Sanford