## Certificate of Death Registration
## Henry County Health Department

Death Certificate #: 2008-166
THE RECORDS IN THIS SERIES ARE CONFIDENTIAL PER IC 16-1-19-3

| 1. DECEASED NAME First, Middle, Last, Suffix | | | 2. Gender: | 3a Death Time: | 3b. Date of Death: |
|---|---|---|---|---|---|
| NORMAN T. JOHNSON JR. | | | MALE | 08:00 PM | April 30, 2008 |

| 4. SSN: | 5a. Age: | 5b,o Age Unit: | 7. Birth City: | Birth State: |
|---|---|---|---|---|
| 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 | 61 | YEARS | INDIO, | CALIFORNIA |

| 8a. Vet? | 8b. Last Year Served? | 9a. Hospital Status: | 6. Date of Birth: |
|---|---|---|---|
| NO | N/A | RESIDENCE | April 12, 1947 |

| 9b. Facility Name: | Other Place of Death: | 9c. Death City: | 9d. County: |
|---|---|---|---|
| | 1503 A AVENUE | NEW CASTLE | HENRY |

| 10. Marital Status | 11. Spouse: | 12a. Occupation: | 12b. Industry: |
|---|---|---|---|
| MARRIED | CATHY CARENDER JOHNSON | CONSTRUCTION | CONSTRUCTION |

| 13a. Residence State: | 13b. County: | 13c. City: | 13d. Address: |
|---|---|---|---|
| IN | HENRY | NEW CASTLE | 1503 A AVENUE |

| 13e. Zip: | 13f. City Limits? | 13g. Farm? | 14. Citizenship: | 15. Hispanic: | 16. Race: | 17. Education: |
|---|---|---|---|---|---|---|
| 47362 | YES | NO | USA | NON HISPANIC | WHITE | 12 |

| 18. Father's Name (First, Middle, Last) | 19. Mother Name (First & Middle) | (Maiden) |
|---|---|---|
| NORMAN T. JOHNSON SR. | EFFIE | UNKNOWN |

| 20a. Informant's Full Name: | 20b. Informant's Address: | 20c. Informant's Relationship: |
|---|---|---|
| CATHY JOHNSON | 1503 A AVENUE NEW CASTLE IN 47362 | WIFE |

| 21a. Method of Disposition: | 21b. Disp. Date: | 21c. Place of Disposition & Location: |
|---|---|---|
| BURIAL | 5-5-2008 | SOUTH MOUND CEMETERY, NEW CASTLE, INDIANA |

| 22a. Embalmer's Name: 22b. Embalmer License #: | 23. Reported to Coroner? |
|---|---|
| GARY F. MARCUM FD08600084 | YES |

| 24a. Funeral Director: 24b. Director's License Number: | 25. Funeral Home Name, Address, Lic. #: |
|---|---|
| GARY F. MARCUM FD08600084 | MARCUM COMMUNITY FUNERAL HOME 1402 AUDUBON RD. NEW CASTLE FH 10500017 |

| 26. Part I Immediate Cause (Final disease or condition resulting in death). | Enter the diseases, injuries or complications that caused the death. | Approximate Interval between onset and death: |
|---|---|---|
| | a. PER CORONER'S EVALUATION - MYOCARDIAL INFARCTION | |
| Conditions, if any which gave rise | DUE TO (OR AS A CONSEQUENCE OF) b. | |
| to the immediate cause, stating | DUE TO (OR AS A CONSEQUENCE OF) c. | |
| the underlying cause last. | DUE TO (OR AS A CONSEQUENCE OF) d. | |

| Part II. Other conditions: | 27. Pregnant or 90 Days Postpartum? | 28a. Autopsy Preformed? | 28b. Findings available? |
|---|---|---|---|
| | NO | NO | NO |

| 29a. Certifier Type: | 29b. Certifier: DAVID BARR MD | 29c. Medical License No. 01046273 | 29d. Date Signed: 5-2-2008 |
|---|---|---|---|
| CERTIFYING PHYSICIAN | | | |

30. Name & Address of Person who completed cause:
DAVID BARR MD 2200 FOREST RIDGE PKY SUITE 310

| 31. Health Officer: | 32. Date Filed: |
|---|---|
| JOHN F. MILLER M.D. | 5-2-2008 |

| 33. Manner of Death: | 34a. Date of Injury: | 34b. Time of Injury: | 34c. Injury at Work? | 34d. Description of Injury: |
|---|---|---|---|---|
| NATURAL | | | NO | |
| | 34e. Place of Injury: | | 34f. Location: | |

| 34g. Date Pronounced: | 34h. Motor Veh. Accident: | Issued On: |
|---|---|---|
| | NO | 05/05/2008 |

Not Valid Unless Health Officer Signature is Affixed