UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Cathy Johnson v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 08375 | § | DANIEL E. KNOWLES III |

## ORDER

On August 27, 2008, Cathy Johnson filed a Motion for Expedited Order of Dismissal of the Claim of Norman Johnson, Deceased and Named Party, Against Merck so as to Allow Cathy Johnson's Claim to Proceed.  After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Norman Johnson's claim in this cause be dismissed, and that the cause of action proceed on behalf of Cathy Johnson and other named parties.

IT IS SO ORDERED.

_____   _____
Date                                                               Judge Eldon E. Fallon
                                                                         United States District Court Judge