## Certificate of Death Registration
## Henry County Health Department

Death Certificate #: 2008-166
THE RECORDS IN THIS SERIES ARE CONFIDENTIAL PER IC 16-1-19-3

| 1. DECEASED NAME First, Middle, Last, Suffix: NORMAN T. JOHNSON JR. | 2. Gender: MALE | 3a Death Time: 08:00 PM | 3b. Date of Death: April 30, 2008 |
|---|---|---|---|
| 4. SSN: 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 | 5a. Age: 61 | 5b,o Age Unit: YEARS | 7. Birth City: INDIO , | Birth State: CALIFORNIA |
| 8a. Vet?: NO | 8b. Last Year Served?: N/A | 9a. Hospital Status: RESIDENCE | 6. Date of Birth: April 12, 1947 |
| 9b. Facility Name: | Other Place of Death: 1503 A AVENUE | 9c. Death City: NEW CASTLE | 9d. County: HENRY |
| 10. Marital Status: MARRIED | 11. Spouse: CATHY CARENDER JOHNSON | 12a. Occupation: CONSTRUCTION | 12b. Industry: CONSTRUCTION |
| 13a. Residence State: IN | 13b. County: HENRY | 13c. City: NEW CASTLE | 13d. Address: 1503 A AVENUE |
| 13e. Zip: 47362 | 13f. City Limits?: YES | 13g. Farm?: NO | 14. Citizenship: USA | 15. Hispanic: NON HISPANIC | 16. Race: WHITE | 17. Education: 12 |
| 18. Father's Name (First, Middle, Last): NORMAN T. JOHNSON SR. | | 19. Mother Name (First&Middle): EFFIE | (Maiden): UNKNOWN |
| 20a. Informant's Full Name: CATHY JOHNSON | 20b. Informant's Address: 1503 A AVENUE NEW CASTLE IN 47362 | | 20c. Informant's Relationship: WIFE |
| 21a. Method of Disposition: BURIAL | 21b. Disp. Date: 5-5-2008 | 21c. Place of Disposition & Location: SOUTH MOUND CEMETERY, NEW CASTLE, INDIANA |
| 22a. Embalmer's Name: GARY F. MARCUM   22b.Embalmer License #: FD08600084 | | 23. Reported to Coroner?: YES |
| 24a. Funeral Director: GARY F. MARCUM   24b. Director's License Number: FD08600084 | 25. Funeral Home Name, Address, Lic. #: MARCUM COMMUNITY FUNERAL HOME 1402 AUDUBON RD. NEW CASTLE FH 10500017 |

| 26. Part I Immediate Cause (Final disease or condition resulting in death). | Enter the diseases, injuries or complications that caused the death. | Approximate interval between onset and death: |
|---|---|---|
| | a. PER CORONER'S EVALUATION - MYOCARDIAL INFARCTION | |
| Conditions, if any which gave rise | DUE TO (OR AS A CONSEQUENCE OF) b. | |
| to the immediate cause, stating | DUE TO (OR AS A CONSEQUENCE OF) c. | |
| the underlying cause last. | DUE TO (OR AS A CONSEQUENCE OF) d. | |
| Part II. Other conditions: | 27. Pregnant or 90 Days Postpartum?: NO | 28a. Autopsy Performed?: NO | 28b. Findings available?: NO |

| 29a. Certifier Type: CERTIFYING PHYSICIAN | 29b. Certifier: DAVID BARR MD | 29c. Medical License No. 01046273 | 29d. Date Signed: 5-2-2008 |
|---|---|---|---|

30. Name & Address of Person who completed cause:
DAVID BARR MD 2200 FOREST RIDGE PKY SUITE 310

| 31. Health Officer: JOHN F. MILLER M.D. | 32. Date Filed: 5-2-2008 |
|---|---|

| 33. Manner of Death: NATURAL | 34a. Date of Injury: | 34b. Time of Injury: | 34c. Injury at Work?: NO | 34d. Description of Injury: |
|---|---|---|---|---|
| | 34e. Place of Injury: | | 34f. Location: | |
| 34g. Date Pronounced: | 34h. Motor Veh. Accident: NO | | | Issued On: 05/05/2008 |

Not Valid Unless Health Officer Signature is Affixed