## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITigATION | * | SECTION L |
| *********************************** | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Patricia Allison, et al. v Merck & Co., Inc., | | MAG. JUDGE KNOWLES |
| Case No. 2:05-cv-5822 | | |
| Applies to William Thomas Only | | |

*************************************************************************

## ORDER

IT IS HEREBY ORDERED that Plaintiff WILLIAM THOMAS' Motion For Voluntary Dismissal is GRANTED and his action is hereby dismissed with prejudice. This Order does not affect any other plaintiffs or claims in the complaint Patricia Allsion, et al. v Merck & Co., Inc, Case No. 05-5822.

DONE AND ORDERED in Chambers in New Orleans, Louisiana, on this 26th day of August, 2008.

_____
Hon. Eldon Fallon, U.S. District Court Judge