| | |
|---|---|
| WILLIE MAE SMITH,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO.: 2:05-cv-4775<br><br><br>**MOTION FOR VOLUNTARY DISMISSAL<br>OF DEFENDANT,<br>WILLIAM HICKS, III, M.D.** |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, WILLIAM HICKS, III, M.D.

Plaintiff, Willie Mae Smith, by and through her undersigned counsel, hereby files this motion for voluntary dismissal of defendant, William Hicks, III, M.D., with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:   August 27, 2008

                                        Respectfully submitted,

                                         s/ Tom Dutton
                                        Tom Dutton, Esq.
                                        Pittman, Dutton, Kirby & Hellums P.C.
                                        Park Place Tower
                                        2001 Park Place North, Suite 1100
                                        Birmingham, Alabama 35203
                                        (205) 322-8880 telephone
                                        (205) 328-2711 facsimile

                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of August 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

jeanine.bermel@huschblackwell.com
obrown@browngreer.com, mmeader@browngreer.com
ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com
rwestenfeld@hhkc.com
rmj@ahhelaw.com, gwh@ahhelaw.com
paj@juneaulaw.com, propulsid@bellsouth.net
ssanford@sanfordpinedo.com, jlewis@sanfordpinedo.com, calvear@sanfordpinedo.com
pwillmann@stonepigman.com, cmolony@stonepigman.com, npaskert@stonepigman.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

John Peter Crook McCall, Esquire
Starnes & Atchison
P. O. Box 598512
Birmingham, AL   35259-8512


                                                          s/Tom Dutton
                                                          Of Counsel

| | |
|---|---|
| WILLIE MAE SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO.: 2:05-cv-4775<br><br><br>**(PROPOSED) ORDER OF DISMISSAL** |

## (PROPOSED) ORDER OF DISMISSAL OF DEFENDANT, WILLIAM HICKS, III, M.D.

Based upon the Motion for Dismissal of Defendant, William Hicks, III, M.D., previously filed in this case, the Court hereby orders that all claims made against said defendant are hereby dismissed, with prejudice.

Done this _____ day of _____, 2008.

_____
UNITED STATES DISCTRICT JUDGE