| | |
|---|---|
| WILLIE MAE SMITH,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO.: 2:05-cv-4775<br><br><br>**(PROPOSED) ORDER OF DISMISSAL** |

### **(PROPOSED) ORDER OF DISMISSAL OF DEFENDANT, WILLIAM HICKS, III, M.D.**

Based upon the Motion for Dismissal of Defendant, William Hicks, III, M.D., previously filed in this case, the Court hereby orders that all claims made against said defendant are hereby dismissed, with prejudice.

Done this _____ day of _____, 2008.

_____
UNITED STATES DISCTRICT JUDGE