UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| This document relates to | § | |
| Jose Colunga Pina | § | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of Houssiere, Durant & Houssiere, LLP, counsel of record for Jose Colunga Pina, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1.  Numerous attempts at contacting the claimant both by phone and in writing have been unsuccessful. Counsel has also hired a private investigator in an effort to locate and communicate with Jose Colunga Pina. Claimant has failed to respond to communications and cannot be found.

2.  Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 10001 Fondren Road, Apt. 1202, Houston, TX 77096.

3.  PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4.  Counsel will rely upon the Certification annexed hereto to verify that counsel published notice in a paper of general circulation in the location of Claimant's last known address, The Houston Chronicle, which ran for three consecutive days.

For these reasons, Houssiere, Durant & Houssiere, LLP urge the Court to grant their motion to withdraw as Counsel of Record in this matter.

Respectfully submitted this 27 day of August, 2008.

**HOUSSIERE, DURANT & HOUSSIERE, L.L.P.**

_____
MONICA C. VAUGHAN
State Bar No. 00794784
1990 Post Oak Blvd., Ste. 800
Houston, Texas 77056
(713) 626-3700
(713) 626-3709 - facsimile
Attorneys for Plaintiff, Jose Colunga Pina

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Whitman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the 27 day of August, 2008.

**HOUSSIERE, DURANT & HOUSSIERE, L.L.P.**
1990 Post Oak Blvd., Ste. 800
Houston, Texas 77056
Attorneys for Claimant

_____
MONICA C. VAUGHAN

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: VAUGHAN | First: MONICA | Middle: C. |
| **Name of Law Firm** | HOUSSIERE, DURANT & HOUSSIERE, LLP | | |
| **Current Address** | Street: 1990 POST OAK BLVD., SUITE 800 | | |
| | City: HOUSTON | State: TX  Zip: 77056 | Country: USA |
| **Telephone Number** 713.626.3700 | **Facsimile** 713.626.3709 | **Email** mvaughan@hdhtex.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: PINA | First: JOSE | Middle: COLUNGA |
| **Plaintiff Address** | Street: 10001 FONDREN RD., APT 1202 | | |
| | City: HOUSTON | State: TX  Zip: 77096 | Country: USA |
| **Telephone Number** 713.271.3172 | **Facsimile** | **Email** | |
| **Case Caption** | ALBERT AGUILAR, et al. vs. MERCK & CO., INC. | | |
| **Case Number** | 2006-62924 | | |
| **Court Where Case is Pending** | 157th DISTRICT COURT, HARRIS COUNTY TX | | |

#343313
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph I.B of PTO No. 36) |

| C. COMPLIANCE WITH PTO NO. 36 |
|---|

[X] I placed an advertisement or notice in a newspaper of general circulation, for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

Name of Publication: THE HOUSTON CHRONICLE

Dates of Publication: 8/14/08; 8/15/08; 8/16/08

[X] I sent a letter to the Plaintiff by certified mail on 8/27/08 (date) to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

| D. SIGNATURE |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 8/27/08 (Month/Day/Year) | [signature] Counsel |
|---|---|---|

#343313
4/23/08

2

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on the day personally appeared: GAIL FEAGINS, who after being duly sworn, says that she is the ACCOUNTS RECEIVABLE LEAD at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

```
HOUSSIERE DURANT HOUSSIERE    23114239    41411020
RAN A LEGAL NOTICE
SIZE BEING: 1 X 3 L
           product  date           class    page
           hc       Aug 14 2008    1245.0   W_thual114
           hc       Aug 15 2008    1245.0   F_fri_O 6
           hc       Aug 16 2008    1245.0   G_sat_O 6
```

GAIL FEAGINS
ACCOUNTS RECEIVABLE LEAD

Sworn and subscribed to before me, this the 16th Day of August A.D. 2008

VERONICA M TYRONE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 10, 2012

Notary Public in and for the State of Texas

Looking for Jose Colunga
Pina, contact Atty M
Vaughan, 713-626-3700

Case 2:05-md-01657-EEF-DEK   Document 15735   Filed 08/27/08   Page 7 of 8

Looking for Jose Colunga
Pina, contact Atty M
Vaughan, 713-626-3700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| This document relates to | § | |
| Jose Colunga Pina | § | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Houssiere, Durant & Houssiere, LLP, is hereby withdrawn as Counsel of Record for Jose Colunga Pina.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE