UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION      :    SECTION: L
                                                    :
                                                    :    JUDGE FALLON
                                                    :    MAG. JUDGE KNOWLES
............................................... :

**THIS DOCUMENT RELATES TO:     ALL CASES**

## ORDER

IT IS ORDERED that the following motions, which were previously scheduled for hearing on Wednesday, September 3, 2008, ARE CONTINUED and will be set for hearing on Thursday, September 11, 2008, at 9:00 a.m.:

- Merck's Motion for Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of Forum Non Conveniens (Rec. Doc. 14455) and amended and superseding motions

- Merck's Motion for Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance With Pretrial Order No. 31 (Rec. Doc. 14553) and amended and superseding motions

New Orleans, Louisiana, this 28th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

1