UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE ELDON FALLON |
| *John Street v. Merck & Co., Inc., et al.* Docket Number: 2:06cv 11076 | MAGISTRATE JUDGE DANIEL E. KNOWLES III |

**ORDER**

On June 19, 2008, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. and SANFORD PINEDO, LLP counsel of record for Plaintiff John Street, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. and SANFORD PINEDO LLP withdraw as counsel for Plaintiff John Street.

IT IS SO ORDERED.

_____        _____
Date                                              Judge Eldon E. Fallon
                                                       United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____