UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2008 JUN 25  PM 4: 33*
*LORETTA G. WHYTE*
*CLERK*

| | | |
|---|---|---|
| In re: VIOXX® | § | **MDL No. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | **SECTION L** |
| | § | |
| **This document relates to:** | § | **JUDGE ELDON FALLON** |
| | § | |
| *Jeannette Lasky v. Merck & Co., Inc., et al.* | § | **MAGISTRATE JUDGE** |
| **Docket Number: 2:06cv 2086** | § | **DANIEL E. KNOWLES III** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C., and Sanford Pinedo LLP counsel of record for Plaintiff Jeannette Lasky, and all associated counsel as identified in the attorney by line below, hereby move the Court for an order allowing them to withdraw as counsel of record for Plaintiff in the above-captioned multidistrict litigation. Counsel has communicated with the Plaintiff his desire to withdraw as counsel of record for plaintiff; Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and Plaintiff consents to the withdrawal. Counsel for Plaintiff also disclaims any financial interest in Plaintiff's claim. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address: 12800 Post Oak Road, St. Louis, MO 63131.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Dated this 19th day of June, 2008.

Respectfully submitted,

**Goldenberg Heller Antognoli Rowland**
**Short & Gori, P.C.**

By: _____
Robert D. Rowland #6198915
2227 South State Route 157
Edwardsville, IL 62025
Tel: (618) 656-5150
Fax: (618) 656-6230

Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June 2008.

_____
Robert D. Rowland