


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL 10 PM 12: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | |
| PRODUCTS LIABILITY CASES | § | |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | DOCKET NO. 2:05-CV-1152 |
| | § | |
| LOMA E. RASCO, Individually and as | § | MDL NO: 1657 |
| Representative of the Estate of HARVEY J. | § | |
| RASCO, III, Deceased, and as Next Friend | § | SECTION: L |
| of GAIL N. RASCO, BRANDON A. | § | |
| RASCO and HALEIGH E. RASCO, | § | JUDGE FALLON |
| Minors, | § | MAG. JUDGE KNOWLES |
| | § | |
| | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF NON-REPRESENTATION AND
## ALTERNATIVE MOTION TO WITHDRAW AS ATTORNEYS
## FOR ELIZABETH STARTZ ONLY

COME NOW RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR.,

and HERRICK L. SOVANY, and the law firm of Mithoff Law Firm, attorneys of record in

the above-entitled and numbered cause, and respectfully give notice to the Court that the

attorneys noted above and the Mithoff Law Firm do not represent Elizabeth Startz regarding

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

her derivative claim for damages allegedly arising from Billy Joe Startz use of Vioxx and in the alternative, request the Court to permit them to withdraw as attorneys of record for Plaintiff Elizabeth Startz only, and would show this Honorable Court the following:

## I.

Richard Warren Mithoff, Joseph R. Alexander, Jr., and Herrick L. Sovany, and the law firm of Mithoff Law Firm, represent Billy Joe Startz in the above-entitled and numbered cause for the injuries he sustained as a result of using Vioxx. The attorneys noted above and the Mithoff Law Firm do not represent Elizabeth Startz. Billy Joe Startz and Elizabeth Startz were married at the time the lawsuit was initially filed and her name was inadvertently incorporated into the complaint. Since the discovery of the mistake, Ms. Startz has filed for divorce and has insisted on continuing her derivative claim arising out of the injuries Mr. Startz sustained. Plaintiff Billy Joe Startz has elected to enroll in the Vioxx Settlement Program. Elizabeth Startz has been notified of the present situation, conflicts, and the position the attorneys noted above and the Mithoff Law Firm are taking and her rights under the Vioxx Settlement Program are preserved to date. At no time did Elizabeth Startz retain any of the above named attorneys or the Mithoff Law Firm to represent her regarding her derivative claim. Accordingly, Richard Warren Mithoff, Joseph R. Alexander, Jr., and Herrick L. Sovany, and the law firm of Mithoff Law Firm give this Court such notice of Non-Representation and ask the Court to either take notice of such non-representation or in the alternative, if the Court deems appropriate, permit such attorneys and firm to withdraw as counsel.

## II.

Richard Warren Mithoff, Joseph R. Alexander, Jr., and Herrick L. Sovany, and the law firm of Mithoff Law Firm, seek to withdraw from the above case only with respect to Plaintiff Elizabeth Startz for good cause. A conflict has developed which would prevent further representation of Plaintiff Elizabeth Startz by these attorneys. Plaintiffs' counsel are seeking to withdraw representation of Plaintiff Elizabeth Startz pursuant to the Texas Disciplinary Rules of Professional Conduct, Rules 1.06 (b)(2) & (e), 1.15 (b)(1), (b)(4), and (b)(7), and in accordance with Pretrial Order 36. These attorneys are unable to continue their representation of Elizabeth Startz at this time for reasons that have been fully explained to this Plaintiff.

## III.

This case is not currently set for trial, and the claimant, Billy Joe Startz, has elected to enroll in the Vioxx Settlement Program and has timely done so. Accordingly, there are currently no pending deadlines or settings, other than those established under the Vioxx Settlement Program.                              ## IV.

This motion is not for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and HERRICK L. SOVANY, and the law firm of Mithoff Law Firm, pray that their motion be granted and for such other relief to which they may show themselves justly entitled.

3

Respectfully submitted,


_Joseph R. Alexander, Jr. / HLS_
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No.  2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
HERRICK L. SOVANY
State Bar No.  24037533
S.D. Tex. Bar No.  33292
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF LAST KNOWN ADDRESS

I, Joseph R. Alexander, Jr., Plaintiff's counsel herein, certify that the following is the current last known address and telephone number for Elizabeth Startz:

 Elizabeth Startz
305 S. Walker
Angleton, TX  77515
(979) 849-4502


_Joseph R. Alexander, Jr. / HLS_
Joseph R. Alexander, Jr.


4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel,  Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of July 2008.


_____
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
cliebergot@mithofflaw.com