UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® § | |
| PRODUCTS LIABILITY CASES § | |
| § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. 2:05-CV-1152 |
| § | |
| LOMA E. RASCO, Individually and as § | MDL NO: 1657 |
| Representative of the Estate of HARVEY J. § | |
| RASCO, III, Deceased, and as Next Friend § | SECTION: L |
| of GAIL N. RASCO, BRANDON A. § | |
| RASCO and HALEIGH E. RASCO, § | JUDGE FALLON |
| Minors, § | MAG. JUDGE KNOWLES |
| § | |
| *Plaintiffs,* § | |
| § | |
| VS. § | |
| | |
| MERCK & CO., INC. | |
| | |
| *Defendant.* | |

**DECLARATION**

Comes now HERRICK L. SOVANY, attorney, who declares in support of the motion for leave to withdraw as counsel for ELIZABETH STARTZ, in accordance with Rules LR7.4.1M, LR74.1.W of the Local Rules of the United States District Court for the Eastern District of Louisiana, Pre-Trial Order #36, and §11 (b)(2), of the Federal Rules of Civil Procedure, that

1. Counsel has communicated with Elizabeth Startz;

2. Counsel has explained to Elizabeth Startz the reasons for seeking to withdraw from

such representation; and

3.  To date, Elizabeth Startz has not consented to withdrawal.

Further affiant sayeth not.

Respectfully Submitted,

*[signature]*

HERRICK L. SOVANY
State Bar No. 24037533
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

Dated: __July 9, 2008__

Sworn Before Me the 9th Day of July 2008.

*[signature]*
Craig T. Liebergot

CRAIG T. LIEBERGOT
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 02-06-2012