# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 13  PM 3: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | Section L |
| | : | |
| This document relates to: | : | Judge Fallon |
| | : | |
| *Larry Krieg, et al. v. Merck & Co., Inc.* | : | Magistrate Judge Knowles |
| Docket No.:  05-2356 | : | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Arnold Levin, Esquire, Fred Longer, Esquire, Michael M. Weinkowitz, Esquire and

Levin Fishbein Sedran & Berman, by counsel undersigned, pursuant to Local Rule 83.2.11, move

the court for an Order allowing them to withdraw as counsel of record for Plaintiffs, Larry Krieg

and Nancy Krieg, in the above-captioned Multidistrict Litigation.  There has been a breakdown in

the attorney-client relationship, the details of which are within the confines of the attorney-client

privilege.   Counsel avows that reasonable grounds exist for the Court to grant this Motion.

Counsel has advised Plaintiffs of his intent to withdraw.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last

known mailing address, 609 Gates Avenue, Elk River, MN 55330.

Pursuant to the Court's Order, LexisNexis File & Serve will be notified of this change in

party/counsel status by undersigned counsel's office as soon as the Order is entered.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____

Dated:  August 12, 2008

Respectfully Submitted,

Michael M. Weinkowitz, Esquire
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdrawal as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, Charles Cohen and Steven DiCesare, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on August 8, 2008.

Michael M. Weinkowitz, Esquire
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500
Counsel for Plaintiffs