UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : | MDL Docket No. 1657<br>Section L |
| This document relates to: | : <br> : | Judge Fallon |
| *Larry Krieg, et al. v. Merck & Co., Inc.*<br>Docket No.: 05-2356 | : <br> : <br> : | Magistrate Judge Knowles |

## ORDER

Upon due consideration of Plaintiffs' Counsel's *Motion to Withdrawal as Counsel of Record*, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be GRANTED.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that attorneys Arnold Levin, Esquire, Fred Longer, Esquire, Michael M. Weinkowitz, Esquire and Levin Fishbein Sedran & Berman, are withdrawn as counsel of record for Plaintiffs, Larry Krieg and Nancy Krieg.

IT IS SO ORDERED.

Dated:_____

_____
Judge Eldon E. Fallon
United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc No_____