# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Weinkowitz | First: Michael | Middle: M |
|---|---|---|---|
| Name of Law Firm | Levin Fishbein Sedran & Berman | | |

**Current Address**
- Street: 510 Walnut St, Suite 500, Phil
- City: Philadelphia
- State: PA
- Zip: 19106
- Country: US

**Telephone Number:** 215-592-1500
**Facsimile:** 215-592-4663
**Email:** mweinkowitzATlfsblaw.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Krieg | First: Larry | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: 609 Gates Avenue,
- City: Elk River
- State: MN
- Zip: 55330
- Country: US

**Telephone Number:**  **Facsimile:**  **Email:**

| Case Caption | Krieg, et al. v. Merck & Co., Inc. |
|---|---|
| Case Number | 05-2356 |
| Court Where Case is Pending | USDC, E.D. La. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:**  **Facsimile:**  **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☐ Relative (specify relationship: _____)

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__ / __12__ / __08__ . (*Record Docket No.* _____)
   Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __8__ / __12__ / __08__ (Month/Day/Year) | _/s/_ _____ Counsel |

#343319

2