UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | Section L |
| | : | |
| This document relates to: | : | Judge Fallon |
| | : | |
| *Diana Burkhard, et al. v. Merck & Co., Inc.* | : | Magistrate Judge Knowles |
| Docket No.: 05-2036 | : | |

### ORDER

Upon due consideration of Plaintiffs' Counsel's *Motion to Withdrawal as Counsel of Record*, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be GRANTED.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that attorneys Arnold Levin, Esquire, Fred Longer, Esquire, Michael M. Weinkowitz, Esquire and Levin Fishbein Sedran & Berman, are withdrawn as counsel of record for Plaintiffs, Diana Burkhard and Gary Burkhard.

IT IS SO ORDERED.


Dated:_____                    _____
                                          Judge Eldon E. Fallon
                                          United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____