| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: Joseph Anderson |
| Civil Action No: 2:05-CV-06843 | MOTION TO WITHDRAW |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA  2008 JUL 10 PM 12:48  LORETTA G. WHYTE CLERK*

COMES NOW counsel for Plaintiff, Joseph Anderson for Lea Anderson deceased, and hereby moves the court for an Order allowing withdrawal as counsel of record in the above-referenced matter in accordance with Pretrial Order No. 36.

DATED this 2nd day of July, 2008.

_____
Andrew Hoyal, WSBA #21349

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

**LUVERA, BARNETT BRINDLEY, BENINGER & CUNNINGHAM**
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

**DECLARATION OF SERVICE**

I, Andrew Hoyal, declare as follows:

1.   I am an attorney at Luvera, Barnett, Brindley, Beninger & Cunningham. This declaration is based on personal knowledge and submitted in that capacity.

2.   The attached Motion to Withdrawal and accompanying Declaration of Andrew Hoyal were served in accordance with Pretrial Order #28A.

I swear under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed this 2nd day of July, 2008 in Seattle, Washington.

_____
ANDREW HOYAL

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090