| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: Joseph Anderson |
| Civil Action No: 2:05-CV-06843 | DECLARATION OF ANDREW HOYAL |

ANDREW HOYAL, hereby declares as follows:

1. I am an attorney at Luvera, Barnett, Brindley, Beninger & Cunningham. This declaration is based on personal knowledge and submitted in that capacity.

2. I have communicated with plaintiff regarding this matter.

3. I have explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff. Counsel and plaintiff have a fundamental disagreement as to what action should be taken in the case.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of **July, 2008** in Seattle, Washington.

_____
ANDREW HOYAL

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090