| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: <u>Joseph Anderson</u> |
| Civil Action No: 2:05-CV-06843 | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW |

THIS MATTER having come before the above-entitled Court and before the undersigned Judge upon counsel's Motion to Withdraw, the Court having considered counsel's Motion to Withdraw and the Declaration of Andrew Hoyal;

AND the Court being fully advised, now therefore, IT IS HEREBY ORDERED that Counsel's Motion to Withdraw is **GRANTED**.

DATED this _____ day of _____ _____, 2008.

_____
JUDGE

Presented by:

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM

_/s/ Andrew Hoyal_____
ANDREW HOYAL, WSBA # 21349
Counsel for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

**LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM**
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090