# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Cunningham | First: Joel | Middle: D. |
| **Name of Law Firm** | Luvera Law Firm | | |

| **Current Address** | Street: 701 Fifth Avenue, Suite 6700 | | | |
|---|---|---|---|---|
| | City: Seattle | State: WA | Zip: 98104 | Country: US |

| **Telephone Number** | 206/467-6090 | **Facsimile** | 206/467-6961 | **Email** | joel@luveralawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Anderson | Joseph | |

| **Plaintiff Address** | Street: 2291 Douglas Rd | | | |
|---|---|---|---|---|
| | City: Ferndale | State: WA | Zip: 98248 | Country: US |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Anderson v. Merck |
|---|---|
| **Case Number** | 2:05-CV-06843 |
| **Court Where Case is Pending** | Western Dist. of WA |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[x] Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | [ ] Friend  [ ] Relative (specify relationship: _____ ) |
|---|---|

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 07 / 03 / 08 . (*Record Docket No.* 2:05-cv-06843 )
     Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

   1. A copy of PTO No. 36;

   2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

   3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

   4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   08 / 14 / 08
                  (Month/Day/Year)                              _____
                                                                                Counsel

#343319                                    2