FILED '08 AUG 27 16:41 USDC-LAE



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY CASES § <br> <br> THIS DOCUMENT RELATES TO: <br> <br> LeROYCE WALLACE and husband, <br> MARK WALLACE, <br> <br> *Plaintiffs,* <br> <br> VS. <br> <br> MERCK & CO., INC. <br> <br> *Defendant.* | DOCKET NO. CA 05-4640 <br><br> MDL NO. 1657 <br><br> SECTION: L/3 <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff LeRoyce Wallace be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 26th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE