UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Elaine Bossell, et al.* | * | |
| *v. Merck & Co., Inc,* | * | **MAGISTRATE JUDGE** |
| *No. 2:05-cv-4132* | * | **KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Peggy Ramsey, Edythe Tuggle, | * | |
| and Ethyl Thompson | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Peggy Ramsey, Edythe Tuggle, and Ethyl Thompson against defendant Merck & Co., Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

943393v.1