FILED 08 AUG 29 12:47 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 2:06CV 08375 and 2:06CV 06219 | JUDGE FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES III |

### ORDER

Considering the Motion for Expedited Hearing in connection with Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court finds that the motion for expedited hearing should be granted. It is therefore,

ORDERED that the medical care providers listed on Exhibit "A" attached to Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, appear in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana, at 9:00 o'clock a.m. on the 23rd day of September, 2008, to show cause why:

1. They should not be held in contempt for failing to comply with Pre-Trial Order No. 35;

2. They should not be held in contempt for failure to provide requested medical records; and

3. They should not be ordered to pay the attorney's fees and costs related to plaintiffs' efforts to obtain their own medical records.

New Orleans, Louisiana, this 28th day of August, 2008.

Honorable Eldon E. Fallon
U.S. District Court Judge

Fee____
Process____
X Dktd____
___ CtRmDep____
___ Doc. No____