1. Rite Aid Corporation
   Attention: Jill L. Larson
   30 Hunter Lane
   Camp Hill, PA. 17011

2. Wegman Pharmacy
   Attention Mary McCabe
   700 First N. St.
   Syracuse, NY 13208