UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Mary Sue Boody and Irving R.* | * | |
| *Boody v. Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *No. 2:05-cv-2038* | * | **KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Irving R. Boody, Jr. | * | |
| | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Irving R. Boody, Jr. against defendant Merck & Co., Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

943418v.1