UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                    ] MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION    ]    SECTION L

                                                JUDGE FALLON

**This document relates to**
**Anthony Mercurio, Docket #06-1512**   ]

                                                MAGISTRATE JUDGE KNOWLES

-----------------------------------------------------

## MOTION TO WITHDRAW DOCUMENT

Pursuant to Local Rule 83.2.11, the law firm Weiner, Carroll & Strauss, counsel of record for Anthony Mercurio, moves the Court for an Order withdrawing Document #15660. In support of this motion, the undersigned states as follows:

1. We have been contacted by our client as a result of the ad placed in the newspaper in accordance with Pretrial Order 36 and he has requested that our office continue to represent him in this pending litigation.

Respectfully submitted this 26th day of August, 2008.

_____
RICHARD J. WEINER, ESQ.
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey 07645
Attorneys for Plaintiff, Anthony Mercurio

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Document #15660 has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisisana by using the CM/ECF system which will sent a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 26th day of August, 2008.

                                          WEINER, CARROLL & STRAUSS
                                          136 Summit Avenue
                                          Montvale, New Jersey 07645
                                          Attorneys for Claimant

DATED: August 26, 2008

                                          RICHARD J. WEINER, ESQ.