UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                           ] MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION    ]      SECTION L

                                                            JUDGE FALLON

**This document relates to**
**Anthony Mercurio, Docket #06-1512**   ]
                                                            MAGISTRATE JUDGE KNOWLES

------------------------------------------------

## ORDER

Considering the Motion to Withdraw Document #15660:

IT IS ORDERED that Document #15660 is withdrawn.

NEW ORLEANS, LOUISIANA, this         day of            , 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE