UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 <br> (2:06- 01529-EEF-DEK) |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO. 28 |
| | Filed on Behalf of Plaintiff Drew Schuckman |
| | JUDGE FALLON |
| | MAG JUDGE KNOWLES |

**STATEMENT OF NOTICES SENT PURSUANT TO PRE-TRIAL ORDER NO.28**

  And Now comes the Plaintiff, Drew Schuckman, by and through his attorney, Michael E Kennedy, Esquire, who, pursuant to Pre-Trial Order Number 28, On September 2, 2008 sent Document Preservation Notices by certified mail to the following individuals and entities:

1.   Giant Eagle, Inc
  Pharmacy Services Department
  101 Kappa Drive
  Pittsburgh, PA  15238

2.   George McCollum, MD
  514 Beltzhoover Avenue
  Pittsburgh, PA  15210

3.   Pushpendra Senan. MD
  4520 Penn Ave
  Suite 100
  Pittsburgh, PA  15224

4. UPMC Southside
2000 Mary Street
Pittsburgh PA 15203

5. Greater Pittsburgh Orthopedic Associates
3000 Brownsville Road, 1st floor
Pittsburgh, PA         15227

6. Allegheny General Hospital
320 East North Avenue
Pittsburgh, PA 15212

7. John N. Robinson, MD
8150 Perry Highway, suite 200
Pittsburgh, PA  15237

8. UPMC St Margaret's
PO Box 40290
Pittsburgh, PA  15201

9. Charles J Burke, MD
200 Delafield Road, suite 4010
Pittsburgh, PA  15215

10. Three Rivers Urology, P.C.
3000 Stonewood Drive,   suit 200
Wexford,  PA 15090

11. Metropolitan  Ear, Nose and throat, Associates
490 East North Avenue, Suite 207
Pittsburgh, PA  15212

12. Mercy Hospital
1400 Locust Street
Pittsburgh, PA  15219

13. City of Pittsburgh
Payroll department
4th Floor, City County Building
Pittsburgh, PA  15219

.

Copies of the notices are attached and marked as Exhibit "1"

Respectfully Submitted,

*s/ Michael E. Kennedy*
Michael E Kennedy, Esquire
1001 Manor Building
564 Forbes Avenue
Pittsburgh PA  15219

412 561 7500
mkennedy@sglawpc.com

Attorney for Plaintiff, Drew Schuckman


CERTIFICATE OF SERVICE

I , Michael E Kennedy, Attorney for Plaintiff Drew Schuckman (2:06- 01529-EEF-DEK) Do hereby certify that the above and foregoing document has been served electronically on Wilford Coronoto, Esquire, Hughes, Hubbard & Reed, L.L.P., 101 Hudson Street, Suite 3601, Jersey City New jersey, 07302-3918 and M.Elain Horn, Esquire, Williams & Connolly, LLP, 725 Twelth Street, N.W. Washington, D.C.  20005 by email, and Liaison Counsel, Russ Herman and Phillip Wittman by e-mail and on all parties by electronically uploading the same to Lexis Nexis File and Serve Advanced in accordance with PreTrial Order No 8a on this 5th day of September, 2008

*s/Michael E Kennedy*
Michael E Kennedy

MICHAEL E KENNEDY, ESQUIRE
1001 MANOR BUILDING
564 FORBES AVENUE
PITTSBURGH, PA  15219
412 561 7500
412 561 0161 (facsimile)

September 2, 2008

Via certified mail

Giant Eagle, Inc
Pharmacy Services Department
101 Kappa Drive
Pittsburgh, PA  15238

George McCollum, MD
514 Beltzhoover Avenue
Pittsburgh, PA  15210

Pushpendra Senan. MD
4520 Penn Ave
Suite 100
Pittsburgh, PA  15224

UPMC Southside
2000 Mary Street
Pittsburgh PA  15203

Greater Pittsburgh Orthopedic Associates
3000 Brownsville Road, 1st floor
Pittsburgh, PA  15227

Allegheny General Hospital
320 East North Avenue
Pittsburgh, PA  15212

John N. Robinson, MD
8150 Perry Highway, suite 200
Pittsburgh, PA  15237

UPMC St Margaret's
PO Box 40290
Pittsburgh, PA  15201

**EXHIBIT 1**

Charles J Burke, MD
200 Delafield Road, suite 4010
Pittsburgh, PA  15215

Three Rivers Urology, P.C.
3000 Stonewood Drive, Suite200
Wexford,  PA 15090

Metropolitan Ear, Nose and throat, Associates
490 East North Avenue, Suite 207
Pittsburgh, PA  15212

Mercy Hospital
1400 Locust Street
Pittsburgh, PA  15219

City of Pittsburgh
Payroll department
4th Floor, City County Building
Pittsburgh, PA  15219

RE: Drew Schuckman        DOB: 7/8/48    SS # : 207 36 6863

Dear Records Custodian;

    I represent the above named plaintiff in a lawsuit against Merck & Co. for injuries resulting from the ingestion of the prescription drug Vioxx.  The United States District Court for the Eastern District of Louisiana, which has jurisdiction over these cases, has issued an order requiring all health care providers to maintain medical records (from 1995 to present date) of claimants in the action until those records are collected by the Plaintiff.

    A copy of the court's order is attached for your review.  Pursuant to the order, this is your notification to maintain the records of the above named claimant until the records are obtained by the plaintiff.

    If you have have any questions, please feel free to contact my office.

    Thank you for your assistance in this matter

Sincerely,

*s/Michael E Kennedy*
Michael E Kennedy, Esquire