## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | **JUDGE FALLON** |
| **Bonita A. Garcia-DeLeon, VCN No. 1086454** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |
| | * | **KNOWLES** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, *The Edgar Law Firm,* Counsel of record for Claimant, Bonita A. Garcia-DeLeon, moves the Court for an Order granting leave for Counsel to withdraw as counsel of record in the above-styled case/claim.   In support of this motion, the undersigned states as follows:

1.  Counsel has been unable to locate Claimant, Bonita A. Garcia-DeLeon, despite exhaustive attempts, including letters to Claimant's last known address and placing an advertisement in a newspaper of general circulation serving the community in which claimant last resided.

2.  Rule 1.16(b)(5) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."

3.     Given Claimant's failure, as of this date, to respond to Counsel's repeated requests to her to contact this office, Claimant has failed to fulfill her obligation to stay in contact with Counsel who is providing legal services to her.   Claimant's conduct has severed the attorney-client relationship and Counsel can no longer continue to represent Claimant's interests in the subject matter.  Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

4.     Counsel has communicated to the Claimant in writing their intent to file a motion to withdraw and their reasons for filing the motion.  Counsel sought Claimant's consent, but as of this date, has been unable to obtain it. In addition, Counsel has sent a copy of this Motion and proposed Order via certified mail.

5.     Written notice of the filing of this Motion was sent via certified mail to Claimant's last known mailing address, namely;  c/o Carrie or Eugenia Swinson, 13 Sylvan Street, Bay Shore, NY 11706.

6.     PTO 36 will be complied with in all other respects, including providing a copy of said Order to Claimant.

7.     Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

///

///

///

///

For these reasons, the Edgar Law Firm urges the Court to grant its Motion to Withdraw as Counsel of record in this matter.

Respectfully submitted this 5th day of September 2008.

*EDGAR LAW FIRM*


/s/  Jeremy R. Fietz
Jeremy R. Fietz
Attorney for Claimant


408 College Avenue
Santa Rosa, CA 95401
(707) 545-3200
Jeremy@classattorneys.com