UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| Bonita A. Garcia-DeLeon, VCN No. 1086454 | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | |
| | * | KNOWLES |
| | * | |

*******************************************

## ORDER

*Considering the Motion To Withdraw as Counsel of Record:*

**IT IS ORDERED** that the *Edgar Law Firm* is hereby withdrawn as Counsel of Record for Bonita A. Garcia-DeLeon.

**NEW ORLEANS, LOUISIANA,** this the ____ day of _____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**