UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | *   SECTION L |
| This document relates to: | * |
| | *   JUDGE FALLON |
| Luba Kanavaloff, VCN No. 1086460 | * |
| | *   MAGISTRATE JUDGE |
| | *   KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

*Considering the Motion To Withdraw as Counsel of Record:*

**IT IS ORDERED** that the *Edgar Law Firm* is hereby withdrawn as Counsel of Record for Luba Kanavaloff.

**NEW ORLEANS, LOUISIANA,** this the ____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**