UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx®

PRODUCT LIABILITY LITIGATION

This document relates to:

WANDA STARK and MARLIN STARK,

Plaintiffs,

v.

MERCK & CO., INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1 THROUGH 100,

Defendants.

MDL Docket No. 1657

SECTION L

JUDGE FALLON

DOCKET NO.: 2:06-cv-02631

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, MARLIN STARK, only, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Stuart C. Talley
David E. Smith
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
(916) 448-9800
Attorney for Plaintiff

Dated: 8-29-08

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
(504) 581-3200
Attorney for Merck & Co., Inc

Dated: 9/6/08

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of September, 2008.

*/s/ Dorothy H. Wimberly*

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel