# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Duane Allen Carlson, et al.* | * | |
| *v. Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE** |
| *No. 2:05-cv-6350* | * | **KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Antone Peters | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice of Plaintiff Antone Peters' Claims Against Defendants American Drug Stores, Inc., DBA Sav-On, Joseph Corbo, and William Hergenroeder,

IT IS ORDERED that all claims of plaintiff Antone Peters against defendants American Drug Stores, Inc., DBA Sav-On, Joseph Corbo, and William Hergenroeder be and they hereby are dismissed without prejudice, with each party to bear his or her own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

943601v.1