STEVEN E. GUINN (5341)
HOLLY S. PARKER (10181)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendant University
Medical Center of Southern Nevada ("UMC")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to Case No. 05-6350 | JUDGE FALLON |

DUANE ALLEN CARLSON, a Nevada resident; JAMES F. EWING, JR., a Nevada resident; ROSEANNE SHUTT, a Nevada resident; JULIE C. FLOYD, a Nevada resident; RICHARD DE STEFANO, a Nevada resident; CARLOTTA HARRIS, a Nevada resident; ANTONE PETERS, a Nevada resident; and ARTHUR KRONCKE, a Nevada resident,

Plaintiffs,

vs.

MERCK & COMPANY, INC., a corporation; et al.,

Defendants.
_____/

### STIPULATION TO DISMISS WITHOUT PREJUDICE PLAINTIFF JAMES EWING'S CLAIMS AGAINST DEFENDANT UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("UMC")

Plaintiff James Ewing, and Defendant University Medical Center of Southern Nevada ("UMC"), hereby stipulate, pursuant to Fed. R.Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-entitled lawsuit subject to the following conditions:

1.   Plaintiff agrees that, in the event he re-files a lawsuit against UMC that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court; and

2.   Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place, or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing, to the extent that the applicable statute of limitations, having been deemed tolled while the above-entitled lawsuit was pending in the Eighth Judicial District Court for Clark County, Nevada, has not expired or does not expire prior to the lawsuit ever being filed or prior to being re-filed in the MDL. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-entitled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated this ___ day of _____, 2008.

HARRISON, KEMP & JONES, LLP

_____
Will Kemp
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
Attorneys for Plaintiffs

Dated this 4th day of September, 2008.

LAXALT & NOMURA, LTD.

_____
Steven E. Guinn
Holly S. Parker
9600 Gateway Drive
Reno, Nevada 89521
Attorneys for Defendant University Medical Center of Southern Nevada ("UMC")

Dated this 18th day of August, 2008.

MORRIS PICKERING & PETERSON

_____
Kristina Pickering
Robert McCoy
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Attorneys for Defendant Merck & Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2