UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Duane Allen Carlson, et al.* | * | |
| *v. Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE |
| *No. 2:05-cv-6350* | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| James Ewing | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice of Plaintiff James Ewing' Claims Against Defendant University Medical Center of Southern Nevada ("UMC"),

IT IS ORDERED that all claims of plaintiff James Ewing against defendant University Medical Center of Southern Nevada ("UMC") be and they hereby are dismissed without prejudice, with each party to bear his or her own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

943602v.1