UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCT LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| This document relates to: | ) | MAGISTRATE JUDGE |
| *Paula Debo* | ) | |
| *VCN 1112307* | ) | KNOWLES |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES the law firm of FICHERA & MILLER, Counsel of record for the plaintiff, Paula Debo, in accordance with Pretrial Order 36, moves this Court for an order granting leave to Withdraw as Counsel of Record in the above-captioned case/claim. In support of said motion, the undersigned states as follows:

1. Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2. That counsel and plaintiff have not been able to agree on the manner in which the case should proceed.

3. Counsel has communicated to the plaintiff in writing their intent to file a motion the withdraw and their reasons for filing said motion.

4. Counsel has sought plaintiff's consent to withdraw. To date counsel has not received a response from Plaintiff.

5. Written notice of the filing of this Motion was sent via certified to claimant's last known address. Claimant's last know address is 1745 N. Mobile, Chicago, IL 60139.

6.      Pursuant to Judge Fallon's Order, LexisNexis File and Serve will be notified of this change in party/counsel status as soon as an Order has been entered.

For these reasons, Fichera & Miller urge the Court to grant their Motion to Withdraw as Counsel of Record in this matter.

Respectfully submitted this 8th day of September, 2008.

          /s/ Dominic R. Fichera
Dominic R. Fichera
**FICHERA & MILLER**
415 N. LaSalle Street, Suite 301
Chicago, IL 60610

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana By using the CM/ECF system which will send a Notice of Electronic Filing in Accord with the Procedures established n MDL 1657 on this the 8th day of September, 2008,

/s/ Dominic R. Fichera
**FICHERA & MILLER**
*Attorney for Plaintiff*

415 N. LaSalle Street, Suite 301
Chicago, IL 60654