IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v. MERCK, etc.,
Case No. 2:06-CV-10099

**MOTION TO PERMIT DISCLOSURE OF STATUS OF *PRO SE* CLAIMANT, BRYAN LEE ROBERTS' CLAIM**

COME NOW, the former attorney of Pro Se Claimant BRYAN LEE ROBERTS and respectfully moves this Honorable Court for entry of an order permitting the disclosure of the status of said Pro Se Claimant BRYAN LEE ROBERT's claim and as grounds therefor would show unto this Court as follows:

1. On March 25, 2008, this Court entered an Order permitting the undersigned attorney to withdraw and allowing the Claimant, BRYAN LEE ROBERTS, to continue with his claim *pro se*. A true copy of said order is attached hereto as Exhibit "A."

2. the court also advised it would address the undersigned's charging lien at a later date.

3. The undersigned has submitted all materials and documents to the Vioxx Claims Administrator on behalf of the undersigned's remaining Clients/Claimants and recently, asked the Claims Administrator to advise whether or not BRYAN LEE ROBERTS was in compliance with deadlines

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

and submission of documents so the undersigned could determine whether or not to continue to assert the subject Charging Lien.

4. The Claims Administrator declined to furnish this information and accordingly, the undersigned seeks an Order from this Court to permit the Claims Administrator to advise the undersigned on the pending status of *Pro Se* Claimant BRYAN LEE ROBERTS' claim.

5. The undersigned needs this information to determine whether or not Brian J. Glick, Esquire and Glick Law Firm, P.A. have a viable Charging Lien.

6. The undersigned did provide the entire file of BRYAN LEE ROBERTS to him as evidenced in the undersigned's Notice of Compliance, a copy of which is attached hereto as Exhibit "B" and has had no further contact with BRYAN LEE ROBERTS and cannot obtain a status update from the Claims Administrator without this information from the Vioxx Claims Administrator.

WHEREFORE, the undersigned seeks an Order from this Honorable Court permitting disclosure of the status of *Pro Se* Claimant BRYAN LEE ROBERT's claim for the reasons stated hereinabove.

I HEREBY CERTIFY that the above and foregoing <u>Plaintiff's former counsel, Brian J. Glick and Glick Law Firm, P.A.'s Motion to Permit Disclosure of Status of *Pro Se* Claimant, BRYAN LEE ROBERT's Claim</u> has been provided by U.S. mail, certified/return receipt requested, to Bryan Lee Roberts, 600 N.E. 7th Ave., #17, Ft. Lauderdale, FL 33304-4633, and a true and correct copy of the Notice of Compliance has been provided

-2-

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

by U.S. mail to Ms. Kristi Mullins, Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031, and Robert M. Johnston, Esquire, Johnston, Joefer, et al. (counsel for *Pro Se* Plaintiffs), 601 Poydras St., #2490, New Orleans, LA 70130; and has been served on Liaison Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New Orleans, LA 70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA 70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District fo Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this ____ day of September, 2008, *with the original hereof on file with the Clerk of this Court.*

Brian J. Glick
Florida Bar No. 328359
GLICK LAW FIRM, P.A.
Counsel for Plaintiffs
2255 Glades Rd., #324-A
Boca Raton, FL 33431
Tel. 561/391-0448
FAX    330-3593
lawboca@aol.com