Case 2:05-md-01657-EEF-DEK Document 13811 Filed 03/26/2008 Page 1 of




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
***Ailer, et al. v. Merck & Co., Inc.*, Case No. 06-10099**

## ORDER

On December 19, 2007, the Court received a letter from Plaintiff Brian Lee Roberts which stated that he wished to discharge his attorney, Mr. Brian J. Glick, and proceed *pro se*. The Court entered Mr. Roberts' letter onto the record and ordered Mr. Glick to respond in writing. (Rec. Doc. No. 13177) Mr. Glick responded and stated that he was unaware that Mr. Roberts was dissatisfied with Mr. Glick's representation and stated that he has effectively been discharged from the representation. Mr. Glick further asks that the Court require Mr. Roberts to reimburse the Glick Law Firm, P.A., for all costs and expenses incurred on Mr. Roberts' behalf before turning over the file to Mr. Roberts and for the Court to recognize an attorneys' charging lien on any future payments to Mr. Roberts. Subsequently, Mr. Glick has moved to withdraw from his representation of Mr. Roberts and has filed a notice of an attorney's charging lien on any recovery Mr. Roberts may receive. (Rec. Doc. Nos. 13802 and 13801)

Accordingly, IT IS ORDERED that attorney Brian J. Glick's Motion to Withdraw is GRANTED and attorney Brian J. Glick of The Glick Law Firm, P.A., is hereby WITHDRAWN as counsel for Plaintiff Brian Lee Roberts only and this Order does not affect the representation of any other plaintiffs in the complaint for *Ailer, et al. v. Merck & Co., Inc.*, Case No. 06-10099.

Case 2:05-md-01657-EEF-DEK Document 13811 Filed 03/26/2008 Page 2 of 3

IT IS FURTHER ORDERED that Mr. Glick and The Glick Law Firm shall return to Mr. Roberts his file within ten (10) days of the date of this Order.

The Court has appointed Mr. Robert M. Johnston to serve as Curator to assist *pro se* claimants with enrollment in the Settlement Program and related issues. The Court asks that Mr. Johnston, or a member of his staff, contact Mr. Roberts to discuss the status of his case.

Mr. Glick and The Glick Law Firm have filed a notice of an attorney's charging lien on any recovery Mr. Roberts may received from his Vioxx claim. The Court will address this issue at a later date.

New Orleans, Louisiana, this 25th day of March, 2008.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Bryan Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL 33304-4633

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113

Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

BrownGreer, LLC
Claims Administrator

P.O. Box 85031
Richmond, VA 23285-5031

Robert M. Johnston
Curator
601 Poydras Street, Suite 2490
New Orleans, LA 70130