IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, et al., v. MERCK, etc.,            **NOTICE OF COMPLIANCE**
Case No. 2:06-CV-10099

TO:   ALL PARTIES CERTIFIED HEREINBELOW

PLEASE TAKE NOTICE that Brian J. Glick and Glick Law Firm, P.A., as former counsel for Plaintiff, BRYAN LEE ROBERTS, and pursuant to this Court's Order of March 25, 2008, has provided said Plaintiff's file to him via priority U.S. mail, certified/return receipt requested, the date certified hereinbelow.

I HEREBY CERTIFY that the above and foregoing Plaintiff's former counsel, Brian J. Glick and Glick Law Firm, P.A.'s Notice of Compliance and Plaintiff, Bryan Lee Roberts' file has been provided by U.S. priority mail, certified/return receipt requested, to Bryan Roberts, 600 N.E. 7th Ave., #17, Ft. Lauderdale, FL 33304-4633, and a true and correct copy of the Notice of Compliance has been provided by U.S. mail to Ms. Tanya Murphy, Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031, and Robert M. Johnston, Esquire, Johnston, Joefer, et al. (counsel for Pro Se Plaintiffs), 601 Poydras St., #2490, New Orleans, LA 70130; and has been served on Liaison Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

Orleans, LA 70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA 70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District fo Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 13 day of March, 2008, *with the original hereof on file with the Clerk of this Court.*

/s/ Brian J. Glick
Brian J. Glick
Florida Bar No. 328359
GLICK LAW FIRM, P.A.
Counsel for Plaintiffs
2255 Glades Rd., #324-A
Boca Raton, FL 33431
Tel. 561/391-0448
FAX    330-3593
lawboca@aol.com

F - Live

ces
5-md-01657-EEF-DEK In Re: Vioxx Products Liability Litigation
MAG-3, MASTER, PROTO, VIOXX

# U. S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Glick, Brian on 4/3/2008 at 11:17 AM CDT and filed on 4/3/2008
**Case Name:** In Re: Vioxx Products Liability Litigation
**Case Number:** 2:05-md-1657
**Filer:** Plaintiff
**Document Number:** 13947

**Docket Text:**
NOTICE by Plaintiff *Bryan Roberts*. (Reference: 2:06cv10099)(Glick, Brian)

### 2:05-md-1657 Notice has been electronically mailed to:

Alexandra V. Boone    aboone@mcwlawfirm.com, karonoff@mcwlawfirm.com, kwalker@mcwlawfirm.com, lenglish@mcwlawfirm.com

Leonard A. Davis    ldavis@hhkc.com, eenglish@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

Russ M. Herman    rwestenfeld@hhkc.com

Robert Murray Johnston    rmj@ahhelaw.com, gwh@ahhelaw.com

Patrick A. Juneau    paj@juneaulaw.com, propulsid@bellsouth.net

Bryan C. Reuter    bcr@sfr-lawfirm.com, erc@sfr-lawfirm.com

Phillip A. Wittmann    pwittmann@stonepigman.com, cmolony@stonepigman.com, npaskert@stonepigman.com

### 2:05-md-1657 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

MP dcecfStamp_ID=1091133085 [Date=4/3/2008] [FileNumber=2454910-0]
0a4702f23e7540880e0b52439c3b3c0df520566157b4e3113b9639d0ddc952d20
3d5d48c9ec785d6b8630635397778717e006c6d01272ceea124fe8f2efe]]