IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, et al., v. MERCK, etc.,
Case No. 2:06-CV-10099

**ORDER GRANTING DISCLOSURE OF STATUS OF *PRO SE* CLAIMANT, BRYAN LEE ROBERTS' CLAIM**

THIS CAUSE, having come before the Court's attention on the former attorney of *Pro Se* Claimant BRYAN LEE ROBERTS for an Order permitting the disclosure of the status of said *Pro Se* Claimant BRYAN LEE ROBERT's claim, and the Court having reviewed the Motion and being otherwise duly advised in the presmises, it is,

ORDERED AND ADJUDGED, that the Claims Administrator at Brown, Greer, be and the same is hereby ***directed to disclosed to Brian J. Glick of Glick Law Firm, P.A. the status of the Claim of Bryan Lee Roberts and whether or not Mr. Roberts has complied with the settlement deadlines.***

DONE AND ORDERED in Chambers at New Orleans, Louisiana, on this _____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

-1-

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Aller, et al. v. Merck, etc.
Case No. 2:06-CV-10099


Bryan Lee Roberts
600 N.E. 7th Ave., #17
Ft. Lauderdale, FL 33304-4633

Brian J. Glick, Esquire
Glick Law Firm, P.A.
2255 Glades Rd.., #324-A
Boca Raton, FL 33431

BrownGreer, LLC
Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

Russ M. Herman, Esquire
Herman, Herman, et al.
820 O'Keefe Ave.
New Orleans, LA 70113

Robert M. Johnston, Esquire
Pro Se Curator
Johnston, Joefer, et al.
601 Poydras St., #2490
New Orleans, LA 70130

S:\Users\Brian\Files, Drug Cases\Vioxx (non-steroidal anti-inflammatory)\00 Lawsuit for all clients\Pleadings - MDL\order.4 motion to permit disclosure of status of claim of bryan lee roberts.frm