UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

**CLAIMANTS, ROSALIO ADAME AND BENERANDA ADAME'S STATEMENT OF SERVICE REGARDING NOTICE TO PRESERVE RECORDS IN ACCORDANCE WITH PRETRIAL ORDER NO. 1**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FALLON/ MAG. JUDGE KNOWLES:

1.      Please take Notice that Claimants, Rosalio Adame and Beneranda Adame, by and through counsel of record, hereby files this their Statement of Service Regarding Notice To Preserve Records In Accordance With Pretrial Order No. 1. The following is a list of all individuals and/or entities to which Notice was sent.

Dr. Charles Mild
And custodian of records
2200 Haine Dr.
Harlingen, Texas 78550

Luis A. Reynoso, MD
And custodian of records
2200 Haine Dr.
Harlingen, Texas 78550

Valley Diagnostic Clinic
And custodian of records
2200 Haine Dr.
Harlingen, Texas 78550

Dr. Luis Equia
And custodian of records
2200 Haine Dr.
Harlingen, Texas 78550

MacPherson's Pharmacy
And custodian of records
2325 S77 Sunshine Strip, Ste. A
Harlingen, Texas 78550

Valley Baptist Medical Center
And custodian of records
Harlingen, Texas  78550

A copy of said Notices that were sent are attached hereto as **Exhibit "A"**.

2. **CERTIFICATION.** I, Robert Schell, counsel for the Claimants herein, hereby certify that Notice To Preserve Records was sent to the above listed entities, via certified mail, return receipt requested in Accordance with Pretrial Order No. 1 on this the 8th day of September, 2008.

Respectfully submitted,

ROMERO, GONZALEZ & BENAVIDES, LLP
THE WATER TOWER CENTRE
612 Nolana Ave.., Suite 520
McAllen, Texas  78504
Tel:  956/686-9151
Fax:  956/686-9152

_____/s/ Ricardo G. Benavides_____
RICARDO G. BENAVIDES
Texas State Bar No. 24031735
Federal Admission No. 32205

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document was served upon:

MERCK at registration@hugheshubbard.com;
        At dwimberly@stonepigman.com;
        By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com; and
Claims Administrator at claimsasmin@browngreer.com.

        Respectfully submitted,

        ROMERO, GONZALEZ & BENAVIDES, LLP
        THE WATER TOWER CENTRE
        612 Nolana Ave.., Suite 520
        McAllen, Texas 78504
        Tel: 956/686-9151
        Fax: 956/686-9152

        _____/s/ Ricardo G. Benavides_____
        RICARDO G. BENAVIDES
        Texas State Bar No. 24031735
        Federal Admission No. 32205