LAW OFFICE OF
# MARK A. CANTÚ

Associates

JUAN ROCHA, JR.
Attorney At Law

ROBERT SCHELL
Attorney At Law

September 4, 2008

**VIA CERTIFIED MAIL, RRR: 7002-2410-0005-4222-7808**
Valley Baptist Medical Center
And custodian of records
Harlingen, Texas 78550

Re: United States District Court Eastern District of Louisiana
In Re: Vioxx Products Liability Litigation
MDL Docket No. 1657, Section L.
Judge Fallon, Mag. Judge Knowles
(Claimant: Rosalio Adame DOB: 8/30/1930)
**NOTICE TO PRESERVE RECORDS**

To Whom This May Concern:

Please take **NOTICE** that the undersigned law firm has been retained by **Rosalio Adame** to represent his interests in a claim brought against Merck & Co., Inc., et al., for his usage of Vioxx and injuries resulting from same. Further, it is my understanding that you may have been a medical provider of Mr. Adame and thereby may have records relating to his claims for injury in this MDL Proceeding stated above. Please accept this letter as our Notice to you that you **must preserve all records** dated January 1, 1995 to the present relating to Rosalio Adame in accordance with the Pretrial Order No. 1 entered by the Court. A copy of said Pretrial Order is attached hereto for your review.

Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Robert Schell



THE ATRIUM
RTH 10TH STREET, SUITE 400
(CALLEN, TEXAS 78501
EL (956) 687-8181
FAX (956) 687-8868
.markacantulaw.com