UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER RELEASING SUPERSEDEAS BOND NO. 107971674

Upon application of Defendant Merck & Co., Inc. ("Merck"), and upon review of the Order entered by the United States Court of Appeals for the Fifth Circuit dismissing the appeal in this case, IT IS HEREBY ORDERED that:

(1) Merck's Motion for Release of Supersedeas Bond No. 107971674, in the amount of One Million Nine Hundred Twenty Thousand Dollars ($1,920,000.00) (the "Supersedeas Bond"), is hereby GRANTED;

(2) The Supersedeas Bond is hereby ORDERED released, withdrawn, and returned to counsel for Merck; and

(3) Travelers Casualty and Surety Company of America as Surety is hereby ORDERED released and discharged from any liability on the Supersedeas Bond.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

*Dorothy Wimberly /cw*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

*Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Alexis W. Myer
ROBINSON, CALCAGNIE
& ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Phone: 949-720-1288
Fax:    949-720-1292

Attorneys for Plaintiff Gerald D. Barnett