# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | Lowell | Craig | L. |

| Field | Value |
|---|---|
| Name of Law Firm | Wiggins Childs Quinn + Pantazis LLC |

**Current Address**
- Street: 301 19th Street North
- City: Birmingham
- State: AL
- Zip: 35203
- Country: Jefferson

| Telephone Number | 205-314-0500 | Facsimile | 205-254-1500 | Email | clowell@wcqp.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Johnson | First: Lois | Middle: Helen |
|---|---|---|---|

**Plaintiff Address**
- Street: 2902 Twin Lakes Blvd
- City: Greenwood
- State: MS
- Zip: 38930
- Country: —

| Telephone Number | — | Facsimile | — | Email | — |
|---|---|---|---|---|---|

| Case Caption | Johnson v. Merck + Co., Inc. |
|---|---|
| Case Number | CV-05-3155 |
| Court Where Case is Pending | U.S. District Court, Eastern District of Louisiana |

#343316
4/23/08

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph I.D of PTO No. 36) |
| **C. COMPLIANCE WITH PTO NO. 36** |
| ☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __06__/__30__/__2008__. (Record Docket No. __14906__) <br>           Month  Day  Year |
| ☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw. |
| ☒ I complied with PTO No. 36 in that: <br><br> 1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. <br><br> 2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following: <br><br>   a. The Motion to Withdraw; <br><br>   b. A copy of PTO 36; <br><br>   c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); <br><br>   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and <br><br>   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| ☐ No Notice of Appearance for Plaintiff has been filed by any other Counsel. |
| ☐ The Pro Se Curator has not been contacted by the Plaintiff. |
| **D. SIGNATURE** |
| I certify under penalty of perjury that the foregoing is true and correct. |
| Date Signed __09__/__03__/__2008__      [signature] Counsel <br> (Month/Day/Year) |

#343316
4/23/08

2

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Lowell | First: Craig | Middle: L. |
| **Name of Law Firm** | Wiggins Childs Quinn + Pantazis, LLC | | |
| **Current Address** | Street: 301 19th Street North | | |
| | City: Birmingham | State: AL  Zip: 35203 | Country: Jefferson |
| **Telephone Number** | 205-314-0500  Facsimile: 205-254-1500 | Email: clowell@wcqp.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Johnson | First: Lois | Middle: Helen |
| **Plaintiff Address** | Street: 2902 Twin Lakes Blvd | | |
| | City: Greenwood | State: MS  Zip: 38930 | Country: |
| **Telephone Number** | —  Facsimile: — | Email: — | |
| **Case Caption** | Johnson v. Merck + Co. Inc. | | |
| **Case Number** | cv. 05-3155 | | |
| **Court Where Case is Pending** | U.S. District Court, Eastern District of LA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** |   Facsimile: | Email: | |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 06 / 30 / 2008 (Record Docket No. 14906 )
    Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 03 / 2008 (Month/Day/Year) | _____ Counsel |

#343319

2