UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Paul K. Ashbaugh, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 05-04150, only* | * | |
| *Regarding Paul K. Ashbaugh,* | * | **KNOWLES** |
| | * | |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of

Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C., Counsel of record for Paul K Ashbaugh,

moves the Court for an order granting leave for Counsel to withdraw as Counsel of record in the

above-styled case.   In support of this motion, the undersigned states as follows:

1.      Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2.      Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer

may withdraw from representing a client if: "the client insists upon taking an action . . . with

which the lawyer has a fundamental disagreement."

3.      Counsel and Plaintiff have a fundamental disagreement as to the most prudent and

effective way to proceed with the above-styled case.   Therefore, Counsel moves the Court for an

Order allowing them to withdraw from this case.

4.      Counsel has communicated to the Plaintiff in writing their intent to file a motion

to withdraw and their reasons for filing the motion to withdraw.   Counsel sought Plaintiff's

consent to withdraw but has been unable to obtain it.  In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

5.       Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address.  Plaintiff's last known address is 5522 County Road 516, Huntsville, Arkansas  72740.

6.       PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

7.       Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. urges the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the _____ day of September, 2008.


___/s/ Benjamin L. Locklar_____
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
**BEASLEY ALLEN CROW METHVIN
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36104

*Attorneys for Plaintiff*


2

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and  upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the ____ day of September, 2008.


   /s/ Benjamin L. Locklar
        **OF COUNSEL**

3