UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Paul K. Ashbaugh, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 05-04150, only* | * | |
| *Regarding Paul K. Ashbaugh,* | * | KNOWLES |
| | * | |

ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s motion to withdraw as Counsel of Record for Paul K. Ashbaugh is **GRANTED**.

1. A copy of this Order shall be served upon Plaintiff Paul K. Ashbaugh at his last known address: 5522 County Road 516, Huntsville, Arkansas  72740.  Plaintiff Paul K. Ashbaugh shall comply in all respects with Pretrial Order 36 and other orders of the Court.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE