UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

**This Document Relates To: ROSALIO ADAME**

**Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.**

**Case No. 2:07-CV-00398EEF-DEK**

### ORDER ON RICARDO G. BENAVIDES' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ROSALIO ADAME and BENERANDA ADAME

After considering Ricardo G. Benavides' Motion to Withdraw as counsel for Rosalio Adame and Beneranda Adame, the court

_____   DENIES the motion.

___✓___   GRANTS Ricardo G. Benavides' Motion to Withdraw and ORDERS that Robert Schell be substituted as attorney in charge for Rosalio Adame and Beneranda Adame.

_____   FINDS good cause to allow Ricardo G. Benavides to withdraw as counsel for Rosalio Adame and Beneranda Adame and GRANTS Ricardo G. Benavides' Motion to Withdraw.

SIGNED on ___September  8th___, 2008

_____
**U.S. District Judge**

**APPROVED & ENTRY REQUESTED:**


ROMERO, GONZALEZ & BENAVIDES, LLP
THE WATER TOWER CENTRE
612 Nolana Ave.., Suite 520
McAllen, Texas 78504
Tel: 956/686-9151
Fax: 956/686-9152

/s/ Ricardo G. Benavides
RICARDO G. BENAVIDES
Texas State Bar No. 24031735
Federal Admission No. 32205