UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Lennie Malone, et al.,* | * | |
| *v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-3383* | * | **KNOWLES** |
| | * | |
| **Only as to Lorraine Medro (misspelled** | * | |
| **duplicate of properly enrolled plaintiff** | * | |
| **Lorraine Medero)** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lorraine Medro (misspelled duplicate of properly enrolled plaintiff Lorraine Medero) and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice of the claims this mistakenly included plaintiff against Merck & Co., Inc. and all other defendants in this lawsuit, each party to bear its own costs.  The parties specifically acknowledge that this stipulation of dismissal is without prejudice to and does not affect the actions of properly named plaintiff Lorraine Medero in this case.

Respectfully submitted,

| | |
|---|---|
| JEFFREY J. LOWE, P.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| | |
| By: */s/ Francis J. Flynn* | By: */s/ Dorothy H. Wimberly* |
| Francis J. Flynn | Phillip A. Wittmann, 13625 |
| 8235 Forsyth Blvd., Suite 1100 | Dorothy H. Wimberly, 18509 |
| St. Louis, MO  63104 | 546 Carondelet St. |
| Phone:  314-678-3400 | New Orleans, LA  70130 |

943823v.1

                                                Phone: 504-581-3200

*Counsel for Plaintiff*                          *Counsel for Defendant Merck & Co., Inc.*

943823v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

943823v.1