UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Lennie Malone, et al.,* | * | |
| *v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-3383* | * | **KNOWLES** |
| | * | |
| **Only as to Lorraine Medro (misspelled** | * | |
| **duplicate of properly enrolled plaintiff** | * | |
| **Lorraine Medero)** | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lorraine Medro (misspelled duplicate of properly enrolled plaintiff Lorraine Medero) in the above-captioned case only be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

IT IS FURTHER ORDERED that this dismissal is without prejudice to and has no affect on the actions of properly named plaintiff Lorraine Medero in this case.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

943823v.1