UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Wilma Gaston, et al.* | * | **MAGISTRATE JUDGE** |
| *v. Merck & Co., Inc.,* | * | **KNOWLES** |
| *Docket no. 2:05-cv-5293* | * | |
| | * | |
| **Only as to William McGinn (incorrectly** | * | |
| **named as William McNinn)** | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff William McGinn (incorrectly named as William McNinn) in the above-captioned case only be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

IT IS FURTHER ORDERED that this dismissal is without prejudice to and has no affect on plaintiff's action currently pending in this Court as proceeding no. 2:05-cv-6735.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

943828v.1