UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCT LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| This document relates to: | ) | MAGISTRATE JUDGE |
| *David Christie* | ) | |
| *VCN 1112308* | ) | KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Fichera & Miller, is hereby withdrawn as Counsel of Record for David Christie.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**