# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Brian Lawson, et al.* | * | **MAGISTRATE JUDGE** |
| *v. Merck & Co., Inc.,* | * | **KNOWLES** |
| *Docket no. 2:06-cv-1977* | * | |
| | * | |
| **Only as to Ron Klem (incorrectly** | * | |
| **named as Ron Kelm)** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ron Klem (incorrectly named as Ron Kelm) in the above-captioned case only be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

IT IS FURTHER ORDERED that this dismissal is without prejudice to and has no affect on plaintiff's action currently pending in this Court as proceeding no. 2:05-cv-6347.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

943828v.1