## Attachment I

| Plaintiff's Name | Caption | Docket Number |
|---|---|---|
| Balkin, Mark | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Batiste, Lorena L | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Baugher, Anna | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Boyd, Brian | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Brasuell, Barbara | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Byrd, Sonja | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| Chaplin, Floyd D | Lough, William D. v. Merck & Co., Inc. | 2:05-cv-03820-EEF-DEK |
| Coalson, Mary | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Collier, Andrea | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Crisp, Calvin | Adams, Marchelle S. v. Merck & Co., Inc. | 2:05-cv-02351-EEF-DEK |
| Cushman, Margo | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Dotson, Shawn | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| Dowell Druffel, Robin | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Dryer, Betty Jean | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK |
| Faber, Mary | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Flourney, Frances | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| Gonzalez, Jubenal | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Hawkins, Charles | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK |
| Henrichs, Mark | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Henry, Fred | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| High, Armon | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| Hunsicker, John | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Keenan, Kathy | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Kelm, Ron | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| Kiehl, Dorothy | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Lenoir, Michael | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Loehr, Richard Jr | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Lowe, Junior Ray | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK |
| Mayers, Herbert | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| McNinn, William | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK |
| McQueen, Latoya | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| Medro, Lorraine | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK |
| Mitchell, Annie | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK |
| Mitchell, Roberta | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Mize, Carol Ann | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| Nunley, Jacquelyn | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Padova, Karen | Padova, Karen v. Merck & Co., Inc. | 2:06-cv-01509-EEF-DEK |
| Price, Jerry | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK |
| Price, Miriam | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| Ralph, Billy | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Reinhardt, Joan | Reinhardt, Joan v. Merck & Co., Inc. | 2:06-cv-01510-EEF-DEK |
| Sadler, David | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |

| Plaintiff's Name | Caption | Docket Number |
|---|---|---|
| Scott, Donald | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK |
| Shelton, Cindy | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Simpson, George | Simpson, George v. Merck & Co., Inc. | 2:05-cv-04431-EEF-DEK |
| Snow, Alice | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK |
| Sorensen, Laverne | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Stanaland, Billy W | Stanaland, Billy W. v. Merck & Co., Inc. | 2:05-cv-03398-EEF-DEK |
| Stewart, Johnny | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK |
| Stone, Thomas | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| Teter, William | Allison, Kelly v. Merck & Co., Inc. | 2:05-cv-04450-EEF-DEK |
| Thomas, William | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Thornhill, Jerry | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Torres, Estella | Torres, Estella v. Merck & Co., Inc. | 2:05-cv-05426-EEF-DEK |
| Triplett, Freddie | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK |
| Virgil, Eone | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK |
| Virginia, Russell | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Wegert, Darlene | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Wheat, Ralph | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK |
| Williams, Mary Jane | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK |
| Zafiratos, James | Zafiratos, James v. Merck & Co., Inc. | 2:05-cv-06341-EEF-DEK |