IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL PLAINTIFFS ON ATTACHMENT I | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER WITHDRAWING SHOW CAUSE ORDER AS TO CERTAIN PLAINTIFFS

Considering the Fourth Motion for Withdrawal of Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance With Pretrial Order No. 31,

**IT IS ORDERED** that defendant's motion to show cause why plaintiffs' cases should not be dismissed for failure to comply with Pretrial Order No. 31 be and it hereby is withdrawn without prejudice and is without effect as to the plaintiffs listed in Attachment I.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

942769v.1