UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis-Rosario, et al.* | * | |
| *v. Merck & Co., Inc., No. 2:05-cv-6234* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Only regarding: | * | |
| William Torres-Alejandro (incorrectly | * | |
| referred to as William Torres | * | |
| Alejandro); Maria Baez; | * | |
| Irma Iegareta (incorrectly referred | * | |
| to as Irma Legareta); Leonardo | * | |
| Arriaga-Morales (incorrectly referred | * | |
| to as Leonardo Morales, Leonardo | * | |
| Arreaga Morales, and Leonardo | * | |
| Arriaga Morales -- duplicate claims); | * | |
| Margarita Otero-Comacho (incorrectly | * | |
| referred to as Margarita Otero); Rosa | * | |
| Otero-Soto (incorrectly referred to as | * | |
| Rosa Otero); Maria Aponte-Rosario | * | |
| (incorrectly referred to as Maria Aponte | * | |
| Rosario); Jose Rodriguez Sanchez; Maria | * | |
| E. Santiago (and duplicate claim of | * | |
| plaintiff incorrectly referred to as Maria | * | |
| L. Santiago); Jovino Rodriguez-Sepulveda | * | |
| (incorrectly referred to as Foreino | * | |
| Rodriguez Sepulveda); Juan Rodriguez- | * | |
| Sierra (incorrectly referred to as Juan | * | |
| Rodriguez Sierra); Rosa Otero-Soto | * | |
| (duplicate); Carmen Rodriguez-Torres | * | |
| (incorrectly referred to as Carmen | * | |
| Rodriguez Torres); Maria Torres-Torres | * | |
| (incorrectly referred to as Maria Torres | * | |
| Torres); Vanessa Jusino; Vilma Vazquez | * | |
| (incorrectly referred to as Irma Vazauez); | * | |

942258v.1

| | |
|---|---|
| **Maria Vazquez (incorrectly referred to as Maria Vazauez); Carmen Cruz-Rivera (incorrectly referred to as Carmen Cruz Rivera); Jose Rivera; and Maria De Lourdes Rivera** | *<br>*<br>*<br>*<br>*<br>* |

**************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs listed above against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety, with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| THE LAMB FIRM, L.L.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: */s/ Archie C. Lamb, Jr.*<br>Archie C. Lamb, Jr.<br>2900 First Avenue South<br>Birmingham, AL  35233<br>Phone:  205-324-4644 | By: */s/ Dorothy H. Wimberly*<br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>546 Carondelet St.<br>New Orleans, LA  70130<br>Phone:  504-581-3200 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc.* |

942258v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

942258v.1