# ATTACHMENT A

| | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 1 | Alejandro, William Torres | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 2 | Almarante, Miguel | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 3 | Arroyo, Maria Silva | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 4 | Baez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 5 | Colon, Hector M | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 6 | Edicta, Olivera | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 7 | Gonzalez, David Pizarro | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8 | Gonzalez, Melinda F | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9 | Hernandez, Her | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 10 | Hernandez, Zoe Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11 | Hidalgo, Juanita | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12 | Jesus, Luis Roldan De | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13 | Jusino, Vanessa | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14 | Kargodorian, Varoujan M | Kargodorian, Vick v. Merck & Co., Inc. | 2:05-cv-03791-EEF-DEK |
| 15 | Legareta, Irma | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16 | Lugo Rodriguez, Bedalin | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 17 | Lugo Rodriguez, Francisco | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18 | Morales, Leonardo | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19 | Morales, Leonardo Arreaga | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 20 | Morales, Leonardo Arriaga | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 21 | Narvera, Jose Ortiz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22 | Ortiz, Glenda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23 | Otero, Margarita | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 24 | Otero, Rosa | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 25 | Padilla, Aura | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 26 | Rigo, Carmen | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 27 | Rivera, Carmen Cruz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 28 | Rivera, Jose | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 29 | Rivera, Maria De Lourdes Rivera | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30 | Rodriguez, Martha | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 31 | Sanchez, Jose Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 32 | Santiago, Maria E | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 33 | Santiago, Maria L | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 34 | Siera, Awilda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 35 | Torres, Carmen Rodriguez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 36 | Torres, Maria Torres | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 37 | Vazquez, Irma | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 38 | Vazquez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |