# ATTACHMENT A-1

| Plaintiff's Name | Caption | Docket Number |
|---|---|---|
| Apice, Joseph | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| Blackwell, Elizabeth | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| Brace, Clarence L | Nguyen, Thu v. Merck & Co., Inc. | 2:07-cv-04159-EEF-DEK |
| Bravo, Nilda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Carmona, Gilberto Cruz | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Comas, Laurae Suarez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Correa, Rafael | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Cruz, Maria A | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Davis, Edward | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |
| Ferrell, Janis | Ferrell, Janis v. Merck & Co., Inc. | 2:05-cv-05991-EEF-DEK |
| Franco, Carlos | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Gibson, James R | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| Gomez, Maria | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Jackson, Milton Sr | Jackson, Mitchell E. v. Merck & Co., Inc. | 2:06-cv-09363-EEF-DEK |
| Keaton, Earl David | Andrew, William v. Merck & Co., Inc. | 2:05-cv-04676-EEF-DEK |
| Leboeuf, Jane | Lebouf, Jane v. Merck & Co., Inc. | 2:05-cv-06009-EEF-DEK |
| Malave, Maria Addarich | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| McGuire, Henry | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| Oquendo, Hilda | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Padilla, Aura | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Ramon, Emilio | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Ramos, Ana | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Reise, Allan | Reise, Allan v. Merck & Co., Inc. | 2:06-cv-08330-EEF-DEK |
| Rigo, Carmen | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Rivera, Evelyn | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Rivera, Sulina Moreno | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Sanchez, Angel Fontanez | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Sandoval, Fred | Saavedra, Selma v. Merck & Co., Inc. | 2:08-cv-01033-EEF-DEK |
| Santiago, Mario | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Schleicher, Linda | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK |
| Stein, Gene | Stein, Gene v. Merck & Co., Inc. | 2:05-cv-04623-EEF-DEK |
| Trinidad, Emerhild | Rosario, Gladys A. v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Weigel, Patricia T | Weigel, Patricia T. v. Merck & Co., Inc. | 2:05-cv-00379-EEF-DEK |
| Whatley, Johanne | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |