UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| Calvin and Venetra Dobbs, individually and as | * | |
| Parents of Marquetta Dobbs, a Minor v. Merck & | * | MAGISTRATE JUDGE |
| Co., Inc., Case No. 06-0501 | * | DANIEL E. KNOWLES, III |
| | * | |

**********************************************

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Patrick D. McMurtray, Nathaniel A. Armistad, and McMurtray & Armistad, p. a., by counsel undersigned, pursuant to this Court's Pre Trial Order 36, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs Calvin and Venetra Dobbs, individually and as Parents of Marquetta Dobbs, a Minor, in the above-captioned multidistrict litigation.  The reason for this withdrawal is that counsel and the plaintiffs have a fundamental disagreement as to what action should be taken in this case.  Counsel further adopts and incorporates the language of the Declaration filed contemporaneously with this Motion.

Consistent with Plaintiffs' Counsel's Declaration, a copy of this Motion, the Declaration and the Proposed Order will be sent via certified mail to plaintiffs' last known mailing addresses of 50015 Dobbs Lane, Aberdeen, Mississippi  39730 and 400 108th Street, Amory, Mississippi.

Dated:  September 11th, 2008

Respectfully submitted,

**MCMURTRAY & ARMISTAD, p. a.**

s/Patrick D. McMurtray

Patrick D. McMurtray
McMurtray & Armistad, p. a.
209 Downing Street
Post Office Box 821
Hazlehurst, Mississippi  39083
Tel:  601-894-2323 / Fax:  601-894-4343
pmcmurtray@ma-ms.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of September, 2008.

s/Patrick D. McMurtray

Patrick D. McMurtray
McMurtray & Armistad, p. a.
209 Downing Street
Post Office Box 821
Hazlehurst, Mississippi  39083
Tel:  601-894-2323 / Fax:  601-894-4343
pmcmurtray@ma-ms.com
Counsel for Plaintiffs