UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657  SECTION L |
| This document relates to: Calvin and Venetra Dobbs, individually and as Parents of Marquetta Dobbs, a Minor v. Merck & Co., Inc., Case No. 06-0501 | * * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

*******************************************

# PLAINTIFFS' COUNSEL'S DECLARATION

In support of the Motion to Withdraw, and in compliance with Pretrial Order No. 36, Patrick D. McMurtray, Nathaniel A. Armistad and the law firm of McMurtray & Armistad, p. a. state and declare the following:

1. Counsel has communicated to the Plaintiffs both verbally and in writing to explain the intention and reasons to withdraw from this case.

2. Counsel sought Plaintiffs' consent to withdraw, but has been unable to obtain it.

3. Counsel will send to the Plaintiffs a copy of the Motion to Withdraw, the Declaration and the Proposed Order to the Plaintiffs via certified mail to the last known addresses of the Plaintiffs. Calvin Dobbs' last known address is 50015 Dobbs Lane, Aberdeen, Mississippi 39730 and Venetra Dobbs' last known address is 400 108th Street, Amory, Mississippi.  Counsel will file the appropriate Certification with this Court. Counsel will also advise Plaintiffs of the items set forth in Section II(B) of PTO 36.

Respectfully submitted this 11th day of September, 2008.

                                              s/Patrick D. McMurtray
                                              Patrick D. McMurtray
                                              McMurtray & Armistad, p. a.
                                              209 Downing Street
                                              Post Office Box 821
                                              Hazlehurst, Mississippi  39083
                                              Tel:  601-894-2323 / Fax:  601-894-4343
                                              pmcmurtray@ma-ms.com
                                              Counsel for Plaintiffs