UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1657 |
| | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| Calvin and Venetra Dobbs, individually and as Parents of Marquetta Dobbs, a Minor v. Merck & Co., Inc., Case No. 06-0501 | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

*******************************************

## **ORDER**

Upon due consideration of plaintiffs' counsel's Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Patrick D. McMurtray, Nathaniel A. Armistad, and McMurtray & Armistad, p. a., are hereby allowed to withdraw and are withdrawn as counsel of record for plaintiffs Calvin and Venetra Dobbs, individually and as Parents of Marquetta Dobbs, a Minor.

IT IS SO ORDERED.

DATED: _____     _____
Judge Eldon E. Fallon
United States District Court Judge