UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
　　　　PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:    ALL CASES

## ORDER

IT IS ORDERED that the following motions, which were previously scheduled for hearing at 9:00 a.m. on Thursday, September 11, 2008, shall instead be heard at 10 a.m. on that same date, in order to give out-of-town counsel an opportunity to confer prior to the hearing:

- Merck's Motion for Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of Forum Non Conveniens (Rec. Doc. 14455) and amended and superseding motions

- Merck's Motion for Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance with Pretrial Order No. 31 (Rec. Doc. 14553) and amended and superseding motions.

New Orleans, Louisiana, this 9th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

1