# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | RENZ | JEFFERY | C. |

**Name of Law Firm:** LAW OFFICES OF ROBERT R. PAGNIELLO, P.C.

**Current Address:**
- Street: 2088 EAST MAIN STREET
- City: SNELLVILLE
- State: GA
- Zip: 30078
- Country: GWINNETT

**Telephone Number:** 770.982.2252  **Facsimile:** 770.982.2544  **Email:** jrenz@pagniello.net

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | JOHNSON | JAMES | C. |

**Plaintiff Address:**
- Street: 201 JAMES ST.
- City: FORSYTH
- State: GA
- Zip: 31029
- Country:

**Telephone Number:** 478.994.3159  **Facsimile:**   **Email:**

**Case Caption:** In Re Vioxx

**Case Number:** MDL No. 1657, VCN 06-6275

**Court Where Case is Pending:** U.S. Dist. Ct., Eastern District of LA.

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| Name | | | |

**Address:**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:**   **Facsimile:**   **Email:**

**Relationship to Plaintiff:** ☐ Friend ☐ Relative (specify relationship: _____)

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36, on __8__ / __19__ / __08__ (Month/Day/Year). (Record Docket No. __06-6275__)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __8/19/08__ (Month/Day/Year) | _Jeffry Chen_ Counsel |
|---|---|---|

2