IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No.1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| James Cullen Johnson VCN Number 06-6275 | * | MAGISTRATE JUDGE |
| | * | |
| | * | |
| | * | KNOWLES |
| | * | |

*********************************************

DECLARATION OF COUNSEL PURSUANT TO PTO 36 II. B.

COMES NOW Jeffery C. Renz, Counsel of record for James Cullen Johnson, and submits this Declaration of Counsel and shows the Honorable Court as follows:

1. Counsel has communicated with claimant James Cullen Johnson;

2. Counsel has explained to claimant the reasons for seeking to withdraw from the representation of the claimant; and

3. Counsel for Claimant has complied fully with the requirements of PTO 36 II. B by providing a letter by certified mail to the Claimant instructing him as provided by said Order.

Respectfully submitted,

2088 East Main Street  
Snellville, GA 30078  
770.982.2252

The Law Offices of Robert R. Pagniello, P.C.

_____  
Jeffrey C. Renz  
Attorney for Claimant  
Ga. Bar No. 601010