# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: RENZ | First: JEFFERY | Middle: C. |
| **Name of Law Firm** | LAW OFFICES OF ROBERT R. PAGNIELLO, P.C. | | |
| **Current Address** | Street: 2088 EAST MAIN STREET | | |
| | City: SNELLVILLE | State: GA  Zip: 30078 | Country: GWINNETT |
| **Telephone Number** | 770.982.2252 | Facsimile: 770.982.2544 | Email: jrenz@pagniello.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: JOHNSON | First: JAMES | Middle: C. |
| **Plaintiff Address** | Street: 201 JAMES ST. | | |
| | City: FORSYTH | State: GA  Zip: 31029 | Country: |
| **Telephone Number** | 478.994.3159 | Facsimile: | Email: |
| **Case Caption** | In Re Vioxx | | |
| **Case Number** | MDL No. 1657, VCN 06-6275 | | |
| **Court Where Case is Pending** | U.S. Dist. Ct., Eastern District of LA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36, on **8 / 19 / 08** (Month/Day/Year). (Record Docket No. **06-6275**)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

Date Signed: **8 / 19 / 08** (Month/Day/Year)

_Jeffry Ch___ Counsel

2