IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No.1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: James Cullen Johnson VCN Number 06-6275 | *   MAGISTRATE JUDGE |
| | *   KNOWLES |

*********************************************

DECLARATION OF COUNSEL PURSUANT TO PTO 36 II. B.

COMES NOW Jeffery C. Renz, Counsel of record for James Cullen Johnson, and submits this Declaration of Counsel and shows the Honorable Court as follows:

1. Counsel has communicated with claimant James Cullen Johnson;

2. Counsel has explained to claimant the reasons for seeking to withdraw from the representation of the claimant; and

3. Counsel for Claimant has complied fully with the requirements of PTO 36 II. B by providing a letter by certified mail to the Claimant instructing him as provided by said Order.

Respectfully submitted,

2088 East Main Street
Snellville, GA 30078
770.982.2252

The Law Offices of Robert R. Pagniello, P.C.

_____
Jeffrey C. Renz
Attorney for Claimant
Ga. Bar No. 601010