# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

**Name:** Last: Renz   First: Jeffrey   Middle: C

**Name of Law Firm:** Law Offices of Robert Pagniello, P.C.

**Current Address:**
- Street: 2088 East Main St.
- City: Snellville
- State: GA
- Zip: 30078
- Country: USA

**Telephone Number:** 770-982-2252   **Facsimile:** 770-982-2544   **Email:** jrenz@pagniellolaw.net

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

**Plaintiff Name:** Last: Wilson   First: Tamma   Middle:

**Plaintiff Address:**
- Street: 238 Neal Blvd. SW
- City: Lawrenceville
- State: GA
- Zip: 30045
- Country: USA

**Telephone Number:** 404-547-5915   **Facsimile:**    **Email:**

**Case Caption:** In Re Vioxx

**Case Number:** MDL #1657, VCN # 06-6502

**Court Where Case is Pending:** U.S. Dist. Ct., Eastern Dist. of LA

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

**Name:** Last:    First:    Middle:

**Address:** Street:    City:    State:    Zip:    Country:

**Telephone Number:**    **Facsimile:**    **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☐ Relative (specify relationship: _____)

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__ / __29__ / __68__ . (Record Docket No. __06-6502__ )
    Month   Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __8__ / __29__ / __08__ (Month/Day/Year) | _Jeffy CR_ Counsel |

#343319

2