IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No.1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| Mattie Ussery VCN Number 06-6518 | * | MAGISTRATE JUDGE |
| | * | |
| | * | |
| | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DECLARATION OF COUNSEL PURSUANT TO PTO 36 II. A.

COMES NOW Jeffery C. Renz, Counsel of record for the Mattie Ussery, and submits this Declaration of Counsel and shows the Honorable Court as follows:                1.

1. Counsel has communicated with claimant Mattie Ussery;

2. Counsel has explained to claimant the reasons for seeking to withdraw from the representation of the claimant; and

3. Claimant has consented to Counsel withdrawing from representing claimant in connection with claimant's Vioxx claim, VCN number 06-6518.

Respectfully submitted,

2088 East Main Street
Snellville, GA 30078
770.982.2252

The Law Offices of Robert R. Pagniello, P.C.

_____
Jeffrey C. Renz
Attorney for Claimant
Ga. Bar No. 601010