**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | |
| | JUDGE ELDON E. FALLON |
| *John F. Enriquez v. Merck & Co., Inc.* | |
| Civil Action No. 06-2168 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Kathryn E. Barnett, of Lieff, Cabraser, Heimann & Bernstein, LLP respectfully moves the Court for an order allowing them to withdraw as counsel of record for Plaintiff John F. Enriquez in the above-captioned litigation. Good cause for withdrawal exists, as counsel and client have a fundamental disagreement regarding the course of future representation with respect to this action. Counsel have informed Plaintiff, John Enriquez of their intention to withdraw and have advised him to retain other counsel.

Written notice of the filing of this motion was sent to Plaintiff via certified mail. If the Court grants this motion, the undersigned counsel will notify Lexis Nexis File and Serve of the withdrawal upon entry of the Order.

775262.1

Dated: September 12, 2008 Respectfully submitted,

/s/ Kathryn E. Barnett
Kathryn E. Barnett
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Attorney for Plaintiff

- 2 -

775262.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 12th day of September, 2008.

I certify that counsel will change the counsel status on File & Serve as soon as the Order is entered.

/s/ Kathryn E. Barnett
Kathryn E. Barnett, TN 15361
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
kbarnett@lchb.com

775262.1