UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE ELDON E. FALLON |
| *John F. Enriquez v. Merck & Co., Inc.* Civil Action No. 06-2168 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### DECLARATION OF KATHRYN E. BARNETT

I, Kathryn E. Barnett, declare:

1. I have communicated with John Enriquez regarding our firm withdrawing from his case.

2. I have explained to Mr. Enriquez the reasons our firm is seeking to withdraw; and

3. John Enriquez has consented to our firm withdrawing from his case.

        /s/ Kathryn E. Barnett
        Kathryn E. Barnett

781548.1