UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE ELDON E. FALLON |
| *John F. Enriquez v. Merck & Co., Inc.* Civil Action No. 05-2168 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER

Upon due consideration and for good cause shown, the Court hereby grants Counsels' Motion to Withdraw as Counsel of Record.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Kathryn E. Barnett, and the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP are withdrawn as counsel of record for Plaintiff John F. Enriquez.

IT IS SO ORDERED.

Dated: _____          _____
                                   Judge Eldon E. Fallon
                                   United States District Court Judge