| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| **This document relates to:** | * | **JUDGE FALLON** |
| *Caroline Yanca v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| Docket Number: 06-0101 | * | |
| * * * * * * * * * * * * * * * * | * | |

## MOTION AND ORDER OF DISMISSAL

NOW INTO COURT through undersigned counsel, comes Caroline Yanca, a plaintiff in the above captioned matter, and on suggesting to this Honorable Court that Plaintiff, Caroline Yanca has no claim with regard to Vioxx against Merck and Co., Inc. and it is the desire of Caroline Yanca to dismiss, without prejudice, the claim that she has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs thereto.

Respectfully submitted,

/s/ Shawn G. Foster

Grant L. Davis  MO #34799
Shawn Foster   MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

James P. Frickleton MO #3 1178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200

Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram  MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225 Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever  MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Thomas P. Cartnell  MO #45366
Brian J. Madden  MO #40637
Thomas J. Pruess  MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Kirk Goza  MO #32475
Brad Honnold  MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Wayne S. Spivey  Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor Philadelphia, PA 19103

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittrnann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of September, 2008.

Respectfully submitted,

/s/ Shawn G. Foster

Grant L. Davis  MO #34799
Shawn Foster   MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

James P. Frickleton            MO #3 1178
BARTIMUS FRICKLETON,
ET AL. 11150 Overbrook
Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram             MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas
City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever          MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza                  MO #32475
Brad Honnold               MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Thomas P. Cartnell  MO #45366
Brian J. Madden  MO #40637
Thomas J. Pruess  MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Wayne S. Spivey  Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor Philadelphia, PA 19103

|  |  |  |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * * * | **SECTION L** |
| **This document relates to:** | * * | **JUDGE FALLON** |
| *Caroline Yanca v. Merck & Co., Inc.* | * * | **MAGISTRATE JUDGE KNOWLES** |
| Docket Number: 06-0101 | * | |
| * * * * * * * * * * * * * * * * * | * * | |

## ORDER

CONSIDERING the foregoing Motion:

IT IS HEREBY ORDERED that the claim of Caroline Yanca in the above captioned matters be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE