| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * * * | SECTION L |
| This document relates to: | * * | JUDGE FALLON |
| *Caroline Yanca v. Merck & Co., Inc.* | * * | **MAGISTRATE JUDGE KNOWLES** |
| Docket Number: 06-0101 | * | |
| * * * * * * * * * * * * * * * * * | * * | |

## ORDER

CONSIDERING the foregoing Motion:

IT IS HEREBY ORDERED that the claim of Caroline Yanca in the above captioned matters be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____ , 2008.

_____
UNITED STATES DISTRICT JUDGE