UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| **PRODUCT LIABILITY** | ) | SECTION L |
| **LITIGATION** | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| This document relates to: | ) | MAGISTRATE JUDGE |
| *James Lofendo* | ) | |
| *VCN 1112312* | ) | KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Fichera & Miller, is hereby withdrawn as Counsel of Record for James Lofendo.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2008.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE