## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Fichera | First: Dominic | Middle: R |
| **Name of Law Firm** | Fichera & Miller | | |
| **Current Address** | Street: 415 N. LaSalle St.-Suite 301 | | |
| | City: Chicago | State: IL  Zip: 60654 | Country: USA |
| **Telephone Number** | 312-672-2222 | **Facsimile** 312-673-4545 | **Email** Ficheramiller.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Lofendo | First: James | Middle: |
| **Plaintiff Address** | Street: 15721 Vista Ave. | | |
| | City: Lombard | State: IL  Zip: 60148 | Country: USA |
| **Telephone Number** | 630-620-4466 | **Facsimile** | **Email** |
| **Case Caption** | Carmen Prado, et al. v. Merck Co., Inc. | | |
| **Case Number** | 2:05-cv-6303 | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana | | |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Lofendo | First: Lourdes | Middle: |
| **Address** | Street: 15721 Vista Ave. | | |
| | City: Lombard | State: IL  Zip: 60148 | Country: USA |
| **Telephone Number** | 630-620-4466 | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: _spouse_____) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 9 / 12 / 08. (*Record Docket No.* 1657 )

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 9 / 12 / 08 (Month/Day/Year) | *Dominic P. Frinza* Counsel |

#343319

2