UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | MDL  Docket No. 1657 |
| | (2:06- 01529-EEF-DEK) |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | MOTION FOR EXTENSION OF TIME FOR COMPLIANCE WITH PRETRIAL ORDER NO 28 |
| | Filed on Behalf of Plaintiff Drew Schuckman |
| | JUDGE FALLON |
| | MAG JUDGE KNOWLES |

## MOTION FOR EXTENSION OF TIME FOR COMPLIANCE WITH PRETRIAL ORDER NO 28

And Now comes the Plaintiff, Drew Schuckman, by and through his attorney, Michael E Kennedy, who files the within opposition and in support thereof sets forth the following:

1. Plaintiff Drew Schuckman initiated the within action by the filing of a writ in the Court of Common Pleas of Allegheny County, Pennsylvania on October 4, 2005

2. After a complaint was filed, the case was removed by the Defendants to the United States District Court for the Western District of Pennsylvania

3. The case was moved, by transfer order to the instant proceedings

4. Counsel for Plaintiff has, since the initial filing of this lawsuit, obtained new employment with the City of Pittsburgh law department and has been attempting to locate substitute counsel.  To date, such efforts have not been fruitful.

5. Pursuant to Pretrial Order 28, Plaintiff is required to provide certain records and/or documents by July 1, 2008.

6. Plaintiffs counsel has also registered the case with Brown and Greer with the hopes of taking part in the Settlement plan

7.      Plaintiffs counsel has been unable to communicate or discuss the terms of the settlement plan, or review the same with the Plaintiff as plaintiff is, and has been in severe physical distress.

8.      Since February of 2008 Plaintiff has been a patient at the University of Arkansas Medical Sciences Center in Little rock Arkansas where he is undergoing treatment for Plasma Cell Leukemia with multiple level myeloma. The Plaintiffs condition causes periods of incoherence, unconsciousness and unpredictability and has made it impossible for counsel to review with the Plaintiff the Settlement options, and/or to review and respond to the discovery and other requirements of PTO 28

Wherefore Plaintiff Drew Schuckman respectfully requests that this court provide the plaintiff with an extension to November 12, 2008 to comply with PTO 28.

*s/ Michael E. Kennedy*
Michael E Kennedy, Esquire
1001 Manor Building
564 Forbes Avenue
Pittsburgh PA  15219

412 561 7500
mkennedy@sglawpc.com

Attorney for Plaintiff, Drew Schuckman


CERTIFICATE OF SERVICE

I , Michael E Kennedy, Attorney for Plaintiff Drew Schuckman (2:06- 01529-EEF-DEK) Do hereby certify that the above and foregoing document has been served electronically on M.Elain Horn, Esquire, Williams & Connolly, LLP, 725 Twelth Street, N.W. Washington, D.C.  20005 by email, and Liaison Counsel, Russ Herman and Phillip Wittman by e-mail and on all parties by electronically uploading the same to Lexis Nexis File and Serve Advanced in accordance with PreTrial Order No 8a on this 12th day of September, 2008

*s/Michael E Kennedy*
Michael E Kennedy