UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                MDL Docket No. 1657
                                            (2:06- 01529-EEF-DEK)

PRODUCTS LIABILITY LITIGATION               SECTION L

                                            ORDER OF COURT

                                            Filed on Behalf of Plaintiff Drew
                                            Schuckman

                                            JUDGE FALLON

                                            MAG JUDGE KNOWLES

---

ORDER OF COURT

AND NOW, THIS _____day of _____, 2008, upon review of Plaintiffs Motion, the same is granted. Plaintiff Drew Schuckman is granted an extension of time to November 12, 2008 to comply with the Requirements of Pre-Trial Order 28.

                                            BY THE COURT


                                            _____