# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | ] MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ] | SECTION L |
| | JUDGE FALLON |
| **This document relates to** | |
| **Anthony Mercurio, Docket #06-1512** ] | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw Document #15660:

IT IS ORDERED that Document #15660 is withdrawn.

NEW ORLEANS, LOUISIANA, this 8th day of September, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE