UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 05-4130; 05-4131; 05-4132; 05-4763; | : | MAG. JUDGE KNOWLES |
| 05-00354; 05-00355; 05-00357; 05-00359; | : | |
| 05-06351; 05-06352; 05-06353; 05-06354; | : | |
| 06-2769; 06-2865; 06-3288; 06-3302; 06-3311; | : | |
| 06-3406; 07-02103; 07-02104; A499668; | : | |
| A499671; A499672; A499673; ATL-L 1301-05; | : | |
| ATL-L-0931-05 MT; ATL-L-1286-05-MT; | : | |
| BC328851; BC328854; BC328855; BC328877; | : | |
| BC328878; BC328879; BC328901; BC328903; | : | |
| BC328904; BC329122; BC336539; BC338441; | : | |
| BC338536; BC338540; BC338559; BC339156; | : | |
| BC353071; BC354511; BC355284; BC359312 | : | |

MOTION FOR EXPEDITED HEARING ON
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law

firm of Robinson, Calcagnie & Robinson, file this Motion for Expedited Hearing in connection with

their Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In

Contempt for Failing to Comply With Requests Made for the Production of Medical Records. The

Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that

the receipt of medical records is necessary in order to meet time constraints set forth in the

1

Resolution Program.  Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date:   September 12, 2008          By:____ /s/ Mark P. Robinson, Jr._____
**Mark P. Robinson, Jr. (SBN 054426)**
Kevin F. Calcagnie (SBN 108994)
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Rite Aid**<br>P.O. Box 3165<br>Harrisburg, PA 17105<br>717-761-2633 | **Claimant's Name:** Ophelia Alvarez<br>**Patient's Name:** Ophelia Alvarez<br>**DOB:** 5/3/1943<br>**Date Ordered:** 6/11/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** John Bird<br>**Patient's Name:** John Bird<br>**DOB:** 11/19/1947<br>**Date Ordered:** 3/21/2008<br>**Reason for Delay:** Backlogged |
| | **Claimant's Name:** Ronald Collins<br>**Patient's Name:** Ron Collins<br>**DOB:** 8/17/1957<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Atalla Ishak<br>**Patient's Name:** Atalla Ishak<br>**DOB:** 10/13/1958<br>**Date Ordered:** 3/20/2008<br>**Reason for Delay:** Backlogged |
| | **Claimant's Name:** John Jagielski<br>**Patient's Name:** John Jagielski<br>**DOB:** 8/23/1971<br>**Date Ordered:** 4/2/2008<br>**Reason for Delay:** Backlogged |
| | **Claimant's Name:** Terria Jenkins<br>**Patient's Name:** Terria Jenkins<br>**DOB:** 8/1/1953<br>**Date Ordered:** 7/8/2008<br>**Reason for Delay:** No reason |

## Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| | **Claimant's Name:** Howard Lambert<br>**Patient's Name:** Howard Lambert<br>**DOB:** 7/7/1944<br>**Date Ordered:** 5/20/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Priscilla Lynch<br>**Patient's Name:** Mabel Lynch<br>**DOB:** 9/5/1938<br>**Date Ordered:** 4/10/2008<br>**Reason for Delay:** Backlogged |
| | **Claimant's Name:** Loretta Marlowe<br>**Patient's Name:** Loretta Marlowe<br>**DOB:** 4/13/1939<br>**Date Ordered:** 3/17/2008<br>**Reason for Delay:** Backlogged |
| | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/2/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Richard Slade<br>**Patient's Name:** Richard Slade<br>**DOB:** 7/7/1948<br>**Date Ordered:** 6/4/2008<br>**Reason for Delay:** No reason |
| **Walgreens**<br>1901 E. Voorhees St.<br>P.O. Box 4039<br>MS #735<br>Danville, IL 61834<br>217-554-8949 | **Claimant's Name:** John Bush<br>**Patient's Name:** Corine Bush<br>**DOB:** 7/1/1925<br>**Date Ordered:** 4/30/2008<br>**Reason for Delay:** Said location never received need to send to corporate |

# Exhibit A

| FACILITY | PLAINTIFF |
| --- | --- |
| | **Claimant's Name:** Kerry Ford<br>**Patient's Name:** Willie Ford<br>**DOB:** 10/10/1948<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Esther McGee<br>**Patient's Name:** Tommy Boykin<br>**DOB:** 8/31/1934<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Ian Daniel Rutledge<br>**Patient's Name:** Nancy Rutledge<br>**DOB:** 8/23/1950<br>**Date Ordered:** 12:00:00 AM<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Sharon Thompson<br>**Patient's Name:** Sharon Thompson<br>**DOB:** 9/12/1943<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Lloyd Buzzi<br>**Patient's Name:** Ada Buzzi<br>**DOB:** 5/31/2019<br>**Date Ordered:** 4/16/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Marjorie Walker<br>**Patient's Name:** Marjorie Walker<br>**DOB:** 11/11/2029<br>**Date Ordered:** 3/26/2008<br>**Reason for Delay:** No reason |
| **Express Scripts, Saint Louis**<br>1 Expressway, Mail Route HQ2E03<br>Saint Louis, MO 63121<br>314-692-4102 | **Claimant's Name:** Norita Skvarla<br>**Patient's Name:** Norita Skvarla<br>**DOB:** 8/9/1938<br>**Date Ordered:** 6/13/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
| --- | --- |
| | **Claimant's Name:** Cynthia Sneed<br>**Patient's Name:** Gary Sneed<br>**DOB:** 11/5/1953<br>**Date Ordered:** 4/1/2008<br>**Reason for Delay:** No reason |
| **Department of Health Care Services, EDS Communications**<br>PO Box 526018<br>Sacramento, CA 95852<br>916-636-1980 | **Claimant's Name:** Teresa Molina<br>**Patient's Name:** Teresa Molina<br>**DOB:** 2/19/1955<br>**Date Ordered:** 7/8/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Danny Crawford<br>**Patient's Name:** Danny Crawford<br>**DOB:** 3/24/1943<br>**Date Ordered:** 6/28/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Aaron McLin<br>**Patient's Name:** Nancy McLin<br>**DOB:** 7/31/1948<br>**Date Ordered:** 7/31/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Josefina De La Rosa<br>**Patient's Name:** Josefina De La Rosa<br>**DOB:** 11/14/1945<br>**Date Ordered:** 7/30/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Marie Ramirez<br>**Patient's Name:** Marie Ramirez<br>**DOB:** 5/21/1944<br>**Date Ordered:** 6/20/2008<br>**Reason for Delay:** No reason |

## Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Advance RX**<br>P.O. Box 830070<br>Birmingham, AL 35283 | **Claimant's Name:** Richard Shirley<br>**Patient's Name:** Richard Shirley<br>**DOB:** 2/14/1960<br>**Date Ordered:** 7/9/2008<br>**Reason for Delay:** No reason |
| **Alan Cabrera, M.D.**<br>Northern California Cardiology<br>Associates<br>6600 Mercy Court #100<br>Fair Oaks, CA 95628<br>916-864-8520 | **Claimant's Name:** Beverly Acton<br>**Patient's Name:** Don Acton<br>**DOB:** 9/3/1928<br>**Date Ordered:** 6/25/2008<br>**Reason for Delay:** No reason |
| **Alta Orthopedics**<br>511 Bath St.<br>Santa Barbara, CA 93103<br>805-963-9377 | **Claimant's Name:** Lina Dieckman<br>**Patient's Name:** Lina Dieckman<br>**DOB:** 5/2/1930<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |
| **Barnes Jewish Hospital**<br>Mail Stop #90-59-341/1 Barnes<br>Jewish Hosp. Pl.<br>Saint Louis, MO 63110<br>314-362-3935 | **Claimant's Name:** Janis Marler<br>**Patient's Name:** Ruby Jane Nicks<br>**DOB:** 8/19/2025<br>**Date Ordered:** 4/3/2008<br>**Reason for Delay:** No reason |
| **Bipin Joshi, M.D.**<br>California Heart Medical Associates<br>7215 N Fresno St. Suite 103<br>Fresno, CA 93702<br>559-438-1111 | **Claimant's Name:** Bruce Anderson<br>**Patient's Name:** Bruce Anderson<br>**DOB:** 2/7/1961<br>**Date Ordered:** 8/22/2008<br>**Reason for Delay:** No reason |
| **Borworn Rattidham, MD**<br>126 Avacado #102<br>Perris, CA 92571<br>951-943-8110 | **Claimant's Name:** Velma Jones<br>**Patient's Name:** Velma Jones<br>**DOB:** 9/5/1951<br>**Date Ordered:** 8/5/2008<br>**Reason for Delay:** No reason |

## Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **CBC Pharmacy**<br>1800 Medical Center Drive<br>San Bernardino, CA 92411<br>909-806-1500 | **Claimant's Name:** Frances Dotson<br>**Patient's Name:** Frances Dotson<br>**DOB:** 12/25/1945<br>**Date Ordered:** 4/10/2008<br>**Reason for Delay:** No reason |
| **Centers for Medicare and Medicaid Services**<br>Region VII, Federal Office Building, 601 East 12th St., Room 235<br>Kansas City, MO 64106<br>816-426-6549 | **Claimant's Name:** Janis Marler<br>**Patient's Name:** Ruby Jane Nicks<br>**DOB:** 8/19/2025<br>**Date Ordered:** 6/20/2008<br>**Reason for Delay:** No reason |
| **Centinela Freeman Regional Medical Center**<br>4650 Lincoln Blvd<br>Marina Del Rey, CA 90292<br>310-827-7078 | **Claimant's Name:** Reese Anthony<br>**Patient's Name:** Reese Anthony<br>**DOB:** 8/29/1950<br>**Date Ordered:** 8/18/2008<br>**Reason for Delay:** No reason |
| **Central Valley Family Health**<br>Dr. Eric Sorensen<br>1025 N. Douty St.<br>Hanford, CA 93230<br>559-583-2254 | **Claimant's Name:** Alice Guecho-Azevedo<br>**Patient's Name:** Joaquin Guecho<br>**DOB:** 7/25/1945<br>**Date Ordered:** 7/16/2008<br>**Reason for Delay:** No reason |
| **Centura Home Health**<br>7015 Tall Oak Dr.<br>Colorado Springs, CO 80919<br>719-272-7500 | **Claimant's Name:** Marleen Vilareal<br>**Patient's Name:** Arthur M. Valverde<br>**DOB:** 2/21/1937<br>**Date Ordered:** 7/18/2008<br>**Reason for Delay:** No reason |
| **Charles Bernick, M.D.**<br>1701 W. Charleston Blvd., #610<br>Las Vegas, NV 89102<br>702-671-5089 | **Claimant's Name:** Patricia McArthur<br>**Patient's Name:** Patricia McArthur<br>**DOB:** 10/5/1971<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Chief, Navy Branch, National Personnel Records Center**<br>9700 Page Ave.<br>Saint Louis, MO 63132<br>314-801-9000 | **Claimant's Name:** Karen Risper<br>**Patient's Name:** Karen Risper<br>**DOB:** 9/9/1969<br>**Date Ordered:** 8/29/2008<br>**Reason for Delay:** No reason |
| **College Point Medical Plaza**<br>23450 College Boulevard<br>Olathe, KS 66061<br>913-764-7788 | **Claimant's Name:** Mary Ella Robertson<br>**Patient's Name:** Mary Ella Robertson<br>**DOB:** 12/12/1935<br>**Date Ordered:** 5/19/2008<br>**Reason for Delay:** No reason |
| **Community Health Clinic (Family Care Clinic)**<br>Dr. Brian M. Rees<br>1551 Bishop Street<br>San Luis Obispo, CA 93401<br>805-541-2368 | **Claimant's Name:** Mary Ann Bramlette<br>**Patient's Name:** Mary Ann Bramlette<br>**DOB:** 5/2/1960<br>**Date Ordered:** 8/27/2008<br>**Reason for Delay:** No reason |
| **Cox Monett Hospital**<br>801 N. Lincoln Ave<br>Monett, MO 65708<br>417-354-1150 | **Claimant's Name:** Janie Tunnell<br>**Patient's Name:** Janie Tunnell<br>**DOB:** 9/18/1940<br>**Date Ordered:** 6/11/2008<br>**Reason for Delay:** No reason |
| **Craig Cortemeyer, M.D.**<br>73896 El Paseo<br>Palm Desert, CA 92260<br>760-776-4070 | **Claimant's Name:** Bruce Uy<br>**Patient's Name:** Bruce Uy<br>**DOB:** 8/22/1956<br>**Date Ordered:** 8/20/2008<br>**Reason for Delay:** No reason |
| **Cravey Regional Medical Center**<br>2000 Neuse Blvd.<br>New Bern, NC 28570<br>252-633-8111 | **Claimant's Name:** Donald Locklear<br>**Patient's Name:** Joe Locklear<br>**DOB:** 9/5/1917<br>**Date Ordered:** 6/30/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **CVS Pharmacy**<br>One CVS Dr.<br>Woonsocket, RI 2895<br>800-287-2414 | **Claimant's Name:** John Rogers<br>**Patient's Name:** John Rogers<br>**DOB:** 11/6/1958<br>**Date Ordered:** 6/11/2008<br>**Reason for Delay:** No reason |
| **Daniel Brubaker, D.O.**<br>3726 N. 1st.<br>Fresno, CA 93726<br>559-248-0116 | **Claimant's Name:** Dorothy Jones<br>**Patient's Name:** Dorothy Jones<br>**DOB:** 6/29/1942<br>**Date Ordered:** 6/11/2008<br>**Reason for Delay:** No reason |
| **Davis Monthan AFB Pharmacy**<br>3895 S. 6th St<br>Davis Monthan AFB, AZ 85707<br>520-228-1650 | **Claimant's Name:** Roberta Russell<br>**Patient's Name:** Roberta Russell<br>**DOB:** 2/7/1944<br>**Date Ordered:** 6/2/2008<br>**Reason for Delay:** No reason |
| **Department of Health Care Policy & Financing**<br>1570 Grant St.<br>Denver, CO 80203<br>303-866-2993 | **Claimant's Name:** Marleen Vilareal<br>**Patient's Name:** Arthur M. Valverde<br>**DOB:** 2/21/1937<br>**Date Ordered:** 7/3/2008<br>**Reason for Delay:** No reason |
| **Derek Duke, M.D.**<br>861 Coronado Center Dr. #200<br>Henderson, NV 89052<br>702-737-1948 | **Claimant's Name:** Sabina Shields<br>**Patient's Name:** Edward Shields<br>**DOB:** 5/9/1941<br>**Date Ordered:** 9/5/2008<br>**Reason for Delay:** No reason |
| **Donald Miller, M.D.**<br>219 Professional Way<br>Shelton, WA 98584<br>360-426-8398 | **Claimant's Name:** Larry Stanford<br>**Patient's Name:** Larry Stanford<br>**DOB:** 9/11/1947<br>**Date Ordered:** 6/17/2008<br>**Reason for Delay:** No reason |
| **Dr. Cordero**<br>2225 E. Flamingo Road Suite 103<br>Las Vegas, NV 89119<br>702-731-1747 | **Claimant's Name:** George Samaha<br>**Patient's Name:** George Samaha<br>**DOB:** 9/27/1920<br>**Date Ordered:** 8/18/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Eileen Cordero-Mauban, M.D.**<br>3121 S. Maryland Pkway., #301<br>Las Vegas, NV 89109<br>702-369-5582 | **Claimant's Name:** George Samaha<br>**Patient's Name:** George Samaha<br>**DOB:** 9/27/1920<br>**Date Ordered:** 7/7/2008<br>**Reason for Delay:** No reason |
| **Eric Sollars, M.D.**<br>802 N. Riverside, #330<br>St. Joseph, MO 64507<br>816-271-1370 | **Claimant's Name:** Sharon Thompson<br>**Patient's Name:** Sharon Thompson<br>**DOB:** 9/12/1943<br>**Date Ordered:** 6/27/2008<br>**Reason for Delay:** No reason |
| **Ernesto Rubio, M.D.**<br>2202 West Craig Rd<br>Las Vegas, NV 89131<br>702-383-6250 | **Claimant's Name:** Barbara Wyman<br>**Patient's Name:** Barbara Wyman<br>**DOB:** 1/23/1950<br>**Date Ordered:** 5/20/2008<br>**Reason for Delay:** No reason |
| **Fawaz Faisal, M.D.**<br>2625 W. Alameda Ave.<br>Burbank, CA 91505<br>818-845-2255 | **Claimant's Name:** Paul Sanchez<br>**Patient's Name:** Paul Sanchez<br>**DOB:** 9/21/1931<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |
| **French Hospital, San Luis Obispo**<br>1911 Johnson Avenue<br>San Luis Obispo, CA 93401<br>805-542-6380 | **Claimant's Name:** Iris Willis<br>**Patient's Name:** Iris Willis<br>**DOB:** 3/2/2019<br>**Date Ordered:** 6/24/2008<br>**Reason for Delay:** No reason |
| **George Locke, M.D.**<br>Fountain Valley Regional Hospital<br>17100 Euclid St<br>Fountain Valley, CA 92708<br>714-966-7200 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |
| **Gerald Dugan, M.D.**<br>Rockhill Orthopedics<br>6675 Holmes Rd., #360<br>Kansas City, MO 64131<br>816-246-4302 | **Claimant's Name:** Tammy Roland<br>**Patient's Name:** Henry Roland<br>**DOB:** 12/17/1940<br>**Date Ordered:** 6/11/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Gregory Tirdel, M.D.**<br>10956 Donner Pass Road, #260<br>Truckee, CA 96161<br>530-582-6400 | **Claimant's Name:** Sharon Himmel<br>**Patient's Name:** Sharon Himmel<br>**DOB:** 9/30/1941<br>**Date Ordered:** 5/19/2008<br>**Reason for Delay:** No reason |
| **Haroutiou Mesrobian, M.D.**<br>660 West Broadway<br>Glendale, CA 91204<br>818-243-9600 | **Claimant's Name:** Peter Megerdechan<br>**Patient's Name:** Sedik Pirverdean<br>**DOB:** 4/7/1949<br>**Date Ordered:** 12:00:00 AM<br>**Reason for Delay:** Need to get the files from storage |
| **Heritage Village**<br>15 Wallingford Dr.<br>Platte City, MO 64079<br>816-828-2804 | **Claimant's Name:** Melva Piburn<br>**Patient's Name:** Lois Asher<br>**DOB:** 1/19/1921<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |
| **Herminigildo V. Valle, M.D.**<br>1850 Sullivan Ave. Suite 510<br>Daly City, CA 94015<br>650-991-7002 | **Claimant's Name:** Philipe Sheker<br>**Patient's Name:** Philipe Sheker<br>**DOB:** 11/23/1921<br>**Date Ordered:** 8/19/2008<br>**Reason for Delay:** No reason |
| **Jackson Hospital**<br>1725 Pine St.<br>Montgomery, AL 36106<br>334-293-8000 | **Claimant's Name:** Michelle Slade<br>**Patient's Name:** Richard Slade<br>**DOB:** 7/7/1948<br>**Date Ordered:** 6/27/2008<br>**Reason for Delay:** No reason |
| **Kaiser Permanente**<br>5601 De Soto Ave.<br>Woodland Hills, CA 91367<br>888-778-5000 | **Claimant's Name:** Dale Sanders<br>**Patient's Name:** Dora A. Mendoza<br>**DOB:** 10/21/1937<br>**Date Ordered:** 5/1/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Kevin A. Brown, M.D.**<br>3631 Crenshaw Blvd #110<br>Los Angeles, CA 90016<br>323-734-1414 | **Claimant's Name:** Velma Jones<br>**Patient's Name:** Velma Jones<br>**DOB:** 9/5/1951<br>**Date Ordered:** 5/14/2008<br>**Reason for Delay:** No reason |
| **Kmart**<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>847-286-2500 | **Claimant's Name:** Sharon Thompson<br>**Patient's Name:** Sharon Thompson<br>**DOB:** 9/12/1943<br>**Date Ordered:** 8/21/2008<br>**Reason for Delay:** No reason |
| **Legacy Salmon Creek Hospital**<br>2211 NE 139th Street<br>Vancouver, WA 98686<br>360-487-1000 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |
| **Leo Spaccavento, M.D.**<br>Advanced Heart Care Associates<br>2470 E. Flamingo Rd., Suites A-B<br>Las Vegas, NV 89121<br>702-796-4278 | **Claimant's Name:** Celeste Bernhagen<br>**Patient's Name:** Richard Bernhagen<br>**DOB:** 2/10/1947<br>**Date Ordered:** 8/6/2008<br>**Reason for Delay:** No reason |
| **Life Care Center**<br>3231 N. 61st St.<br>Kansas City, MO 66104<br>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 | **Claimant's Name:** Tammy Roland<br>**Patient's Name:** Henry Roland<br>**DOB:** 12/17/1940<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| **Longs Drugs**<br>141 N. Civic Dr.<br>Walnut Creek, CA 94596<br>925-937-1170 | **Claimant's Name:** Larry Ball<br>**Patient's Name:** Larry Ball<br>**DOB:** 6/13/1958<br>**Date Ordered:** 7/21/2008<br>**Reason for Delay:** No reason |

## Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| | **Claimant's Name:** John Feriani<br>**Patient's Name:** Margherita Feriani-Archer<br>**DOB:** 9/7/1927<br>**Date Ordered:** 6/18/2008<br>**Reason for Delay:** No reason |
| **Medco Health, Liberty Lake**<br>E 23102 Appleway Avenue<br>Liberty Lake, WA 99019<br>800-987-5241 | **Claimant's Name:** Carolyn Chandick<br>**Patient's Name:** Carolyn Chandick<br>**DOB:** 11/12/1957<br>**Date Ordered:** 4/7/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Ginger Peck<br>**Patient's Name:** Mary Peck<br>**DOB:** 7/19/2028<br>**Date Ordered:** 4/10/2008<br>**Reason for Delay:** No reason |
| **Medical Center of Independence**<br>17203 E. 23rd St.<br>Independence, MO 64057<br>816-698-7000 | **Claimant's Name:** Pamela Dawson<br>**Patient's Name:** Ruth McVey<br>**DOB:** 3/7/2027<br>**Date Ordered:** 7/17/2008<br>**Reason for Delay:** No reason |
| **Memorial Hospital, Colorado Springs**<br>1400 East Boulder Street<br>Colorado Springs, CO 80909<br>719-365-2394 | **Claimant's Name:** Marleen Villareal<br>**Patient's Name:** Arthur Valverde<br>**DOB:** 2/21/1937<br>**Date Ordered:** 3/19/2008<br>**Reason for Delay:** Insufficient authorization; facility lost amended authorization |
| **Michael Cummings, M.D.**<br>27800 Medical Center Rd. #320<br>Mission Viejo, CA 92691<br>949-347-8050 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Mike O'Calaghan Federal Hospital Pharmacy**<br>4700 Las Vegas Blvd<br>N Nellis Afb, NV 89191<br>702-653-2397 | **Claimant's Name:** Kitty West<br>**Patient's Name:** Kitty West<br>**DOB:** 11/24/1925<br>**Date Ordered:** 8/18/2008<br>**Reason for Delay:** No reason |
| **National Personnel Records Center**<br>Military Personnel Records<br>9700 Page Avenue<br>St. Louis, MO 63132<br>314-801-0519 | **Claimant's Name:** Susan Petty<br>**Patient's Name:** John Petty<br>**DOB:** 6/7/1943<br>**Date Ordered:** 6/10/2008<br>**Reason for Delay:** No reason |
| **Next Rx**<br>P.O. Box 746000<br>Cincinnati, OH 45274<br>800-494-1428 | **Claimant's Name:** Dee Johnson<br>**Patient's Name:** Dee Johnson<br>**DOB:** 2/13/1939<br>**Date Ordered:** 5/8/2008<br>**Reason for Delay:** No reason |
| **Nicole Theuvenet, M.D.**<br>74 N. Pecos, #36<br>Henderson, NV 89074<br>702-933-0971 | **Claimant's Name:** Kathleen Peterson<br>**Patient's Name:** Kathleen Peterson<br>**DOB:** 9/20/1954<br>**Date Ordered:** 6/3/2008<br>**Reason for Delay:** In storage |
| **North Vista Hospital, North Las Vegas**<br>1409 East Lake Mead Boulevard<br>North Las Vegas, NV 89030<br>702-657-5533 | **Claimant's Name:** Betty Raymer<br>**Patient's Name:** Betty Raymer<br>**DOB:** 1/28/1945<br>**Date Ordered:** 4/10/2008<br>**Reason for Delay:** No reason |
| **Parkview Health Care**<br>119 W. Forest St.<br>Bolivar, MO 65613<br>417-326-3000 | **Claimant's Name:** Norma Sawyers-Kurz<br>**Patient's Name:** Ina Armilda Wakefield<br>**DOB:** 6/21/2020<br>**Date Ordered:** 7/8/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Rajeev Yelamanchili, M.D.**<br>Board Certified Sleep Medicine<br>16017 Tuscola Rd. Suite A<br>Apple Valley, CA 92307<br>760-242-2221 | **Claimant's Name:** Jane Baldridge<br>**Patient's Name:** Jane Baldridge<br>**DOB:** 3/1/1948<br>**Date Ordered:** 8/27/2008<br>**Reason for Delay:** No reason |
| **Research Medical Center**<br>2316 E Meyer Blvd.<br>Kansas City, MO 64132<br>816-524-1700 | **Claimant's Name:** Tammy Roland<br>**Patient's Name:** Henry Roland<br>**DOB:** 12/17/1940<br>**Date Ordered:** 6/30/2008<br>**Reason for Delay:** No reason |
| **Robert J. Rose, M.D.**<br>5300 State Hwy 49 N.<br>Mariposa, CA 95338<br>209-966-3672 | **Claimant's Name:** Wallace Reavis<br>**Patient's Name:** Wallace Reavis<br>**DOB:** 5/3/1940<br>**Date Ordered:** 9/10/2008<br>**Reason for Delay:** No reason |
| **Sam's Club/Wal-Mart, Bentonville**<br>702 Southwest 8th Street<br>Bentonville, AR 72716<br>479-204-6004 | **Claimant's Name:** Marleen Villareal<br>**Patient's Name:** Arthur Valverde<br>**DOB:** 2/21/1937<br>**Date Ordered:** 3/18/2008<br>**Reason for Delay:** No reason |
| **Scolaris Drug**<br>4788 Caughlin Ranch<br>Reno, NV 89509<br>775-828-2355 | **Claimant's Name:** Bob Harger<br>**Patient's Name:** Bob Harger<br>**DOB:** 11/12/1955<br>**Date Ordered:** 5/2/2008<br>**Reason for Delay:** No reason |
| **Shasta Convalescent Hospital**<br>3550 Churn Creek Rd.<br>Redding, CA 96002<br>530-222-3630 | **Claimant's Name:** Betty Davis Baca<br>**Patient's Name:** James Davis<br>**DOB:** 10/4/2016<br>**Date Ordered:** 6/24/2008<br>**Reason for Delay:** Lost authorization and order |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **St. Anthony's Medical Center** <br> Health Info Management (Medical Records) <br> 10010 Kennerly Road <br> St. Louis, MO 63128 <br> 314-525-1000 | **Claimant's Name:** Patty Lovins <br> **Patient's Name:** Patty Lovins <br> **DOB:** 5/3/1934 <br> **Date Ordered:** 6/19/2008 <br> **Reason for Delay:** No reason |
| **St. Bernard Medical Center** <br> 244 E. Matthews Ave. <br> Jonesboro, AR 72401 <br> 870-972-4303 | **Claimant's Name:** Calvin Norse <br> **Patient's Name:** Ethel Mae Phillips <br> **DOB:** 8/25/1934 <br> **Date Ordered:** 6/27/2008 <br> **Reason for Delay:** No reason |
| **St. John's Aurora** <br> 500 West Porter <br> Aurora, MO 65605 <br> 417-678-2158 | **Claimant's Name:** Janie Tunnell <br> **Patient's Name:** Janie Tunnell <br> **DOB:** 9/18/1940 <br> **Date Ordered:** 8/15/2008 <br> **Reason for Delay:** No reason |
| **St. Joseph's Immediate Care** <br> 1801 E March Lane Ste d470 <br> Stockton, CA 95210 <br> 209-954-3100 | **Claimant's Name:** Paris Maynard <br> **Patient's Name:** Paris Maynard <br> **DOB:** 10/31/1940 <br> **Date Ordered:** 7/9/2008 <br> **Reason for Delay:** No reason |
| **St. Rose Dominican Hospital** <br> Sienna Campus <br> 3001 St. Rose Pkwy <br> Henderson, NV 89052 <br> 702-616-5000 | **Claimant's Name:** Patricia McArthur <br> **Patient's Name:** Patricia McArthur <br> **DOB:** 10/5/1971 <br> **Date Ordered:** 6/23/2008 <br> **Reason for Delay:** No reason |
| **Sterling Medical Group** <br> 4415 W. Flamingo Road <br> Las Vegas, NV 89103 <br> 702-220-7700 | **Claimant's Name:** Sabina Shields <br> **Patient's Name:** Edward Shields <br> **DOB:** 5/9/1941 <br> **Date Ordered:** 6/4/2008 <br> **Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Steven Lim, M.D.**<br>1646 Broadway St.<br>Vallejo, CA 94590<br>707-645-8576 | **Claimant's Name:** Glenda Bennett-Jackson<br>**Patient's Name:** Glenda Bennett-Jackson<br>**DOB:** 6/3/1953<br>**Date Ordered:** 6/16/2008<br>**Reason for Delay:** No reason |
| **Stevens Pharmacy**<br>1525 Mesa Verde Dr. East<br>Costa Mesa, CA 92626<br>714-540-8911 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |
| **Sunbridge Care and Rehabilitation Center, Carmichael**<br>8336 Fair Oaks Boulevard<br>Carmichael, CA 95608<br>916-944-3100 | **Claimant's Name:** Eric Little<br>**Patient's Name:** Mary Little<br>**DOB:** 3/28/2022<br>**Date Ordered:** 4/22/2008<br>**Reason for Delay:** No reason |
| **Thomas Ackerman, M.D.**<br>10 Congress St., #103<br>Pasadena, CA 91105<br>626-795-0282 | **Claimant's Name:** Joan Olson<br>**Patient's Name:** Joan Olson (Samson)<br>**DOB:** 4/13/1949<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| **Tri County Clinic**<br>885 Arduser Drive<br>Osceola, MO 64116<br>417-646-8153 | **Claimant's Name:** Cheryl Ribby<br>**Patient's Name:** Cheryl Ribby<br>**DOB:** 10/4/1960<br>**Date Ordered:** 6/5/2008<br>**Reason for Delay:** No reason |
| **Truman Medical Center**<br>2301 Holmes St.<br>Kansas City, MO 64108<br>816-404-1000 | **Claimant's Name:** Esther McGee<br>**Patient's Name:** Tommy Boykin<br>**DOB:** 8/31/1934<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Truman Medical Center**<br>7900 Lee's Summit Rd.<br>Kansas City, MO 64139<br>816-404-8480 | **Claimant's Name:** Esther McGee<br>**Patient's Name:** Tommy Boykin<br>**DOB:** 8/31/1934<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| **Truman Medical Center**<br>**Blue Clinic**<br>2301 Holmes Road<br>Kansas City, MO 64108<br>816-404-4250 | **Claimant's Name:** Leslie Spurlock<br>**Patient's Name:** Leslie Spurlock<br>**DOB:** 12/3/1933<br>**Date Ordered:** 8/26/2008<br>**Reason for Delay:** No reason |
| | **Claimant's Name:** Kathy McGee<br>**Patient's Name:** Kathy McGee<br>**DOB:** 3/24/1956<br>**Date Ordered:** 6/30/2008<br>**Reason for Delay:** No reason |
| **UCLA Medical Center, Medical**<br>**Records Department**<br>10833 Le Conte Avenue<br>Los Angeles, CA 90095<br>310-825-6021 | **Claimant's Name:** Leroy Higgenbotham<br>**Patient's Name:** Fannie Higgenbotham<br>**DOB:** 5/14/1941<br>**Date Ordered:** 8/8/2008<br>**Reason for Delay:** No reason |
| **University of Kansas Hospital**<br>3901 Rainbow<br>Kansas City, KS 66170<br>913-588-1227 | **Claimant's Name:** Cynthia Sneed<br>**Patient's Name:** Gary Sneed<br>**DOB:** 11/5/1953<br>**Date Ordered:** 6/23/2008<br>**Reason for Delay:** No reason |
| **University of Kansas Medical**<br>**Center**<br>3901 Rainbow Boulevard, Room<br>B430<br>Kansas City, KS 66160<br>913-588-5000 | **Claimant's Name:** Mary Ella Robertson<br>**Patient's Name:** Mary Ella Robertson<br>**DOB:** 12/12/1935<br>**Date Ordered:** 4/10/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Uzma Nasim, M.D.**<br>18102 Irvine Blvd #206<br>Tustin, CA 92780<br>714-730-2511 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |
| **Vegas Valley Rehab**<br>2945 Casa Vega St.<br>Las Vegas, NV 89169<br>702-735-7179 | **Claimant's Name:** Sabina Shields<br>**Patient's Name:** Edward Shields<br>**DOB:** 5/9/1941<br>**Date Ordered:** 7/18/2008<br>**Reason for Delay:** No reason |
| **Victor Valley Community Hospital**<br>15248 Eleventh St.<br>Victorville, CA 92395<br>760.245.8691 | **Claimant's Name:** Jesse Thomas<br>**Patient's Name:** Jesse Thomas<br>**DOB:** 7/28/1930<br>**Date Ordered:** 8/28/2008<br>**Reason for Delay:** No reason |
| **Village Pharmacy**<br>3137 S. Hoover St.<br>Los Angeles, CA 90007<br>213-749-2346 | **Claimant's Name:** Howard Lambert<br>**Patient's Name:** Howard Lambert<br>**DOB:** 7/7/1944<br>**Date Ordered:** 9/10/2008<br>**Reason for Delay:** No reason |
| **Von's Pharmacy, Arcadia**<br>618 Michillinda Avenue<br>Arcadia, CA 91007<br>626-821-7000 | **Claimant's Name:** Sandra Sell<br>**Patient's Name:** Sandra Sell<br>**DOB:** 12/17/1947<br>**Date Ordered:** 4/16/2008<br>**Reason for Delay:** No reason |
| **Wal-Mart Pharmacy**<br>702 SW 8th St.<br>Bentonville, AR 72716<br>505-539-3435 | **Claimant's Name:** Preciliano Viera<br>**Patient's Name:** Preciliano Viera<br>**DOB:** 2/24/1947<br>**Date Ordered:** 7/24/2008<br>**Reason for Delay:** No reason |
| **Washoe Medical Center, Reno**<br>77 Pringle Way<br>Reno, NV 89502<br>775-982-5660 | **Claimant's Name:** Olga Oberlander<br>**Patient's Name:** Olga Oberlander<br>**DOB:** 1/6/2021<br>**Date Ordered:** 5/2/2008<br>**Reason for Delay:** No reason |

# Exhibit A

| FACILITY | PLAINTIFF |
|---|---|
| **Whitefront Pharmacy**<br>801 Baker St. #B<br>Costa Mesa, CA 92626<br>714-540-2882 | **Claimant's Name:** Christie Rudder<br>**Patient's Name:** Christie Rudder<br>**DOB:** 4/4/1962<br>**Date Ordered:** 7/1/2008<br>**Reason for Delay:** No reason |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 12th day of September, 2008.

1. Advance RX
   P.O. Box 830070
   Birmingham, AL 35283

2. Alan Cabrera, M.D.
   **Northern California Cardiology Associates**
   6600 Mercy Court, #100
   Fair Oaks, CA 95628

3. Alta Orthopedics
   511 Bath St.
   Santa Barbara, CA 93103

4. Barnes Jewish Hospital
   Mail Stop #90-59-341/1 Barnes Jewish Hosp. Pl.
   Saint Louis, MO 63110

5. Bipin Joshi, M.D.
   **California Heart Medical Associates**
   7215 N Fresno St., Suite 103
   Fresno, CA 93702

6. Borworn Rattidham, MD
   126 Avacado, #102
   Perris, CA 92571

7. CBC Pharmacy
   1800 Medical Center Drive

San Bernardino, CA 92411

8. Centers for Medicare and Medicaid Services
   Region VII, Federal Office Building, 601 East 12th St., Room 235
   Kansas City, MO 64106

9. Centinela Freeman Regional Medical Center
   4650 Lincoln Blvd
   Marina Del Rey, CA 90292

10. Central Valley Family Health - Dr. Eric Sorensen
    1025 N. Douty St.
    Hanford, CA 93230

11. Centura Home Health
    7015 Tall Oak Dr.
    Colorado Springs, CO 80919

12. Charles Bernick, M.D.
    1701 W. Charleston Blvd., #610
    Las Vegas, NV 89102

13. Chief, Navy Branch, National Personnel Records Center
    9700 Page Ave.
    Saint Louis, MO 63132

14. College Point Medical Plaza
    23450 College Boulevard
    Olathe, KS 66061

15. Community Health Clinic (Family Care Clinic) - Dr. Brian M. Rees
    1551 Bishop Street
    San Luis Obispo, CA 93401

16. Cox Monett Hospital
    801 N. Lincoln Ave.
    Monett, MO 65708

17. Craig Cortemeyer, M.D.
    73896 El Paseo
    Palm Desert, CA 92260

18. Cravey Regional Medical Center

4

2000 Neuse Blvd.
New Bern, NC 28570

19. CVS Pharmacy
One CVS Dr.
Woonsocket, RI 02895

20. Daniel Brubaker, D.O.
3726 N. 1st
Fresno, CA 93726

21. Davis Monthan AFB Pharmacy
3895 S. 6th St
Davis Monthan AFB, AZ 85707

22. Department of Health Care Policy & Financing
1570 Grant St.
Denver, CO 80203

23. Department of Health Care Services, EDS Communications
P.O. Box 526018
Sacramento, CA 95852

24. Derek Duke, M.D.
861 Coronado Center Dr., #200
Henderson, NV 89052

25. Donald Miller, M.D.
219 Professional Way
Shelton, WA 98584

26. Dr. Cordero
2225 E. Flamingo Road, Suite 103
Las Vegas, NV 89119

27. Eileen Cordero-Mauban, M.D.
3121 S. Maryland Pkway., #301
Las Vegas, NV 89109

28. Eric Sollars, M.D.
802 N. Riverside, #330
St. Joseph, MO 64507

29. Ernesto Rubio, M.D.
    2202 West Craig Rd
    Las Vegas, NV 89131

30. Express Scripts, Saint Louis
    1 Expressway, Mail Route HQ2E03
    Saint Louis, MO 63121

31. Fawaz Faisal, M.D.
    2625 W. Alameda Ave.
    Burbank, CA 91505

32. French Hospital, San Luis Obispo
    1911 Johnson Avenue
    San Luis Obispo, CA 93401

33. George Locke, M.D.
    **Fountain Valley Regional Hospital**
    17100 Euclid St
    Fountain Valley, CA 92708

34. Gerald Dugan, M.D.
    **Rockhill Orthopedics**
    6675 Holmes Rd., #360
    Kansas City, MO 64131

35. Gregory Tirdel, M.D.
    10956 Donner Pass Road, #260
    Truckee, CA 96161

36. Haroutiou Mesrobian, M.D.
    660 West Broadway
    Glendale, CA 91204

37. Heritage Village
    15 Wallingford Dr.
    Platte City, MO 64079

38. Herminigildo V. Valle, M.D.
    1850 Sullivan Ave., Suite 510
    Daly City, CA 94015

39. Jackson Hospital

6

1725 Pine St.
Montgomery, AL 36106

40. Kaiser Permanente
5601 De Soto Ave.
Woodland Hills, CA 91367

41. Kevin A. Brown, M.D.
3631 Crenshaw Blvd #110
Los Angeles, CA 90016

42. Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

43. Legacy Salmon Creek Hospital
2211 NE 139th Street
Vancouver, WA 98686

44. Leo Spaccavento, M.D.
   **Advanced Heart Care Associates**
   2470 E. Flamingo Rd., Suites A-B
   Las Vegas, NV 89121

45. Life Care Center
3231 N. 61st St.
Kansas City, MO 66104

46. Longs Drugs
141 N. Civic Dr.
Walnut Creek, CA 94596

47. Medco Health, Liberty Lake
E 23102 Appleway Avenue
Liberty Lake, WA 99019

48. Medical Center of Independence
17203 E. 23rd St.
Independence, MO 64057

49. Memorial Hospital, Colorado Springs
1400 East Boulder Street
Colorado Springs, CO 80909

7

50. Michael Cummings, M.D.
    27800 Medical Center Rd. #320
    Mission Viejo, CA 92691

51. Mike O'Calaghan Federal Hospital Pharmacy
    4700 Las Vegas Blvd
    N Nellis AFB, NV 89191

52. National Personnel Records Center
    Military Personnel Records, 9700 Page Avenue
    St. Louis, MO 63132

53. Next Rx
    P.O. Box 746000
    Cincinnati, OH 45274

54. Nicole Theuvenet, M.D.
    74 N. Pecos, #36
    Henderson, NV 89074

55. North Vista Hospital, North Las Vegas
    1409 East Lake Mead Boulevard
    North Las Vegas, NV 89030

56. Parkview Health Care
    119 W. Forest St.
    Bolivar, MO 65613

57. Rajeev Yelamanchili, M.D.
    16017 Tuscola Rd. Suite A
    Apple Valley, CA 92307

58. Research Medical Center
    2316 E Meyer Blvd.
    Kansas City, MO 64132

59. Rite Aid
    P.O. Box 3165
    Harrisburg, PA 17105

60. Robert J. Rose, M.D.
    5300 State Hwy 49 N.
    Mariposa, CA 95338

61. Sam's Club/Wal-Mart, Bentonville
    702 Southwest 8th Street
    Bentonville, AR 72716

62. Scolaris Drug
    4788 Caughlin Ranch
    Reno, NV 89509

63. Shasta Convalescent Hospital
    3550 Churn Creek Rd.
    Redding, CA 96002

64. St. Anthony's Medical Center
    Health Info Management (Medical Records)
    10010 Kennerly Road
    St. Louis, MO 63128

65. St. Bernard Medical Center
    244 E. Matthews Ave.
    Jonesboro, AR 72401

66. St. John's Aurora
    500 West Porter
    Aurora, MO 65605

67. St. Joseph's Immediate Care
    1801 E March Lane Ste d470
    Stockton, CA 95210

68. St. Rose Dominican Hospital - Sienna Campus
    3001 St. Rose Pkwy
    Henderson, NV 89052

69. Sterling Medical Group
    4415 W. Flamingo Road
    Las Vegas, NV 89103

70. Steven Lim, M.D.
    1646 Broadway St.
    Vallejo, CA 94590

71. Stevens Pharmacy
    1525 Mesa Verde Dr. East

9

Costa Mesa, CA 92626

72. Sunbridge Care and Rehabilitation Center, Carmichael
    8336 Fair Oaks Boulevard
    Carmichael, CA 95608

73. Thomas Ackerman, M.D.
    10 Congress St., #103
    Pasadena, CA 91105

74. Tri County Clinic
    885 Arduser Drive
    Osceola, MO 64116

75. Truman Medical Center
    2301 Holmes St.
    Kansas City, MO 64108

76. Truman Medical Center
    7900 Lee's Summit Rd.
    Kansas City, MO 64139

77. Truman Medical Center
    The Blue Clinic
    2301 Holmes St.
    Kansas City, MO 64108

78. UCLA Medical Center, Medical Records Department
    10833 Le Conte Avenue
    Los Angeles, CA 90095

79. University of Kansas Hospital
    3901 Rainbow
    Kansas City, KS 66170

80. University of Kansas Medical Center
    3901 Rainbow Boulevard, Room B430
    Kansas City, KS 66160

81. Uzma Nasim, M.D.
    18102 Irvine Blvd #206
    Tustin, CA 92780

82. Vegas Valley Rehab
    2945 Casa Vega St.
    Las Vegas, NV 89169

83. Victor Valley Community Hospital
    15248 Eleventh St.
    Victorville, CA 92395

84. Village Pharmacy
    3137 S. Hoover St.
    Los Angeles, CA 90007

85. Von's Pharmacy, Arcadia
    618 Michillinda Avenue
    Arcadia, CA 91007

86. Walgreens Pharmacy Corporation
    1901 East Voorhees Street, Mail Stop 735
    Danville, IL 61834

87. Wal-Mart Pharmacy
    702 SW 8th St.
    Bentonville, AR 72716

88. Washoe Medical Center, Reno
    77 Pringle Way
    Reno, NV 89502

89. Whitefront Pharmacy
    801 Baker St. #B
    Costa Mesa, CA 92626

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
***Robinson, Calcagnie & Robinson***
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net

11