UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | : |
| | : MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| | : |
| This document relates to case numbers: | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| | : |
| | : |

## ORDER

Considering the Motion for Expedited Hearing in connection with Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records. The Court finds that the motion for expedited hearing should be granted. It is therefore,

ORDERED that Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Record, shall be heard at ____ o'clock __.m. on the ___ day of _____, 2008 at 500 Poydras Street, Room C456, New Orleans, Louisiana,.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge