UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: | JUDGE FALLON |
| 05-4130; 05-4131; 05-4132; 05-4763; | MAG. JUDGE KNOWLES |
| 05-00354; 05-00355; 05-00357; 05-00359; | |
| 05-06351; 05-06352; 05-06353; 05-06354; | |
| 06-2769; 06-2865; 06-3288; 06-3302; 06-3311; | |
| 06-3406; 07-02103; 07-02104; A499668; | |
| A499671; A499672; A499673; ATL-L 1301-05; | |
| ATL-L-0931-05 MT; ATL-L-1286-05-MT; | |
| BC328851; BC328854; BC328855; BC328877; | |
| BC328878; BC328879; BC328901; BC328903; | |
| BC328904; BC329122; BC336539; BC338441; | |
| BC338536; BC338540; BC338559; BC339156; | |
| BC353071; BC354511; BC355284; BC359312 | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings, and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:00 o'clock a.m., on October 8, 2008, or as soon thereafter as counsel can be heard, for an order on Plaintiff's Motion to Show Cause Why Certain Medical Records Providers Should Not be Held in Contempt for Failing to Comply with Requests made

/ / /

/ / /

/ / /

for the Production of Medical Records, and for such other and further relief as the Court may

deem just and appropriate.

Respectfully submitted,

Date: September 12, 2008      By:     /s/ Mark P. Robinson, Jr.
                                      **Mark P. Robinson, Jr. (SBN 054426)**
                                      Kevin F. Calcagnie (SBN 108994)
                                      ***Robinson, Calcagnie & Robinson***
                                      620 Newport Center Drive, 7th Floor
                                      Newport Beach, CA 92660
                                      Telephone: 949-720-1288
                                      Facsimile: 949-720-1292

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 12th day of September, 2008.

1. Advance RX
   P.O. Box 830070
   Birmingham, AL 35283

2. Alan Cabrera, M.D.
   **Northern California Cardiology Associates**
   6600 Mercy Court, #100
   Fair Oaks, CA 95628

3. Alta Orthopedics
   511 Bath St.
   Santa Barbara, CA 93103

4. Barnes Jewish Hospital
   Mail Stop #90-59-341/1 Barnes Jewish Hosp. Pl.
   Saint Louis, MO 63110

5. Bipin Joshi, M.D.
   **California Heart Medical Associates**
   7215 N Fresno St., Suite 103
   Fresno, CA 93702

6. Borworn Rattidham, MD
   126 Avacado, #102
   Perris, CA 92571

7. CBC Pharmacy
   1800 Medical Center Drive
   San Bernardino, CA 92411

8. Centers for Medicare and Medicaid Services
   Region VII, Federal Office Building, 601 East 12th St., Room 235
   Kansas City, MO 64106

9. Centinela Freeman Regional Medical Center
   4650 Lincoln Blvd
   Marina Del Rey, CA 90292

10. Central Valley Family Health - Dr. Eric Sorensen
    1025 N. Douty St.
    Hanford, CA 93230

11. Centura Home Health
    7015 Tall Oak Dr.
    Colorado Springs, CO 80919

12. Charles Bernick, M.D.
    1701 W. Charleston Blvd., #610
    Las Vegas, NV 89102

13. Chief, Navy Branch, National Personnel Records Center
    9700 Page Ave.
    Saint Louis, MO 63132

14. College Point Medical Plaza
    23450 College Boulevard
    Olathe, KS 66061

15. Community Health Clinic (Family Care Clinic) - Dr. Brian M. Rees
    1551 Bishop Street
    San Luis Obispo, CA 93401

16. Cox Monett Hospital
    801 N. Lincoln Ave.
    Monett, MO 65708

17. Craig Cortemeyer, M.D.
    73896 El Paseo
    Palm Desert, CA 92260

18. Cravey Regional Medical Center
    2000 Neuse Blvd.
    New Bern, NC 28570

19. CVS Pharmacy
    One CVS Dr.
    Woonsocket, RI 02895

20. Daniel Brubaker, D.O.
    3726 N. 1st
    Fresno, CA 93726

21. Davis Monthan AFB Pharmacy
    3895 S. 6th St
    Davis Monthan AFB, AZ 85707

22. Department of Health Care Policy & Financing
    1570 Grant St.
    Denver, CO 80203

23. Department of Health Care Services, EDS Communications
    P.O. Box 526018
    Sacramento, CA 95852

24. Derek Duke, M.D.
    861 Coronado Center Dr., #200
    Henderson, NV 89052

25. Donald Miller, M.D.
    219 Professional Way
    Shelton, WA 98584

26. Dr. Cordero
    2225 E. Flamingo Road, Suite 103
    Las Vegas, NV 89119

27. Eileen Cordero-Mauban, M.D.
    3121 S. Maryland Pkway., #301
    Las Vegas, NV 89109

28. Eric Sollars, M.D.
    802 N. Riverside, #330
    St. Joseph, MO 64507

29. Ernesto Rubio, M.D.
    2202 West Craig Rd
    Las Vegas, NV 89131

30. Express Scripts, Saint Louis
    1 Expressway, Mail Route HQ2E03
    Saint Louis, MO 63121

31. Fawaz Faisal, M.D.
    2625 W. Alameda Ave.
    Burbank, CA 91505

32. French Hospital, San Luis Obispo
    1911 Johnson Avenue
    San Luis Obispo, CA 93401

33. George Locke, M.D.
    **Fountain Valley Regional Hospital**
    17100 Euclid St
    Fountain Valley, CA 92708

34. Gerald Dugan, M.D.
    **Rockhill Orthopedics**
    6675 Holmes Rd., #360
    Kansas City, MO 64131

35. Gregory Tirdel, M.D.
    10956 Donner Pass Road, #260
    Truckee, CA 96161

36. Haroutiou Mesrobian, M.D.
    660 West Broadway
    Glendale, CA 91204

37. Heritage Village
    15 Wallingford Dr.
    Platte City, MO 64079

38. Herminigildo V. Valle, M.D.
    1850 Sullivan Ave., Suite 510
    Daly City, CA 94015

39. Jackson Hospital
    1725 Pine St.
    Montgomery, AL 36106

40. Kaiser Permanente
    5601 De Soto Ave.

    Woodland Hills, CA 91367

41. Kevin A. Brown, M.D.
    3631 Crenshaw Blvd #110
    Los Angeles, CA 90016

42. Kmart
    3333 Beverly Road
    Hoffman Estates, IL 60179

43. Legacy Salmon Creek Hospital
    2211 NE 139th Street
    Vancouver, WA 98686

44. Leo Spaccavento, M.D.
    **Advanced Heart Care Associates**
    2470 E. Flamingo Rd., Suites A-B
    Las Vegas, NV 89121

45. Life Care Center
    3231 N. 61st St.
    Kansas City, MO 66104

46. Longs Drugs
    141 N. Civic Dr.
    Walnut Creek, CA 94596

47. Medco Health, Liberty Lake
    E 23102 Appleway Avenue
    Liberty Lake, WA 99019

48. Medical Center of Independence
    17203 E. 23rd St.
    Independence, MO 64057

49. Memorial Hospital, Colorado Springs
    1400 East Boulder Street
    Colorado Springs, CO 80909

50. Michael Cummings, M.D.
    27800 Medical Center Rd. #320
    Mission Viejo, CA 92691

51. Mike O'Calaghan Federal Hospital Pharmacy
    4700 Las Vegas Blvd
    N Nellis AFB, NV 89191

52. National Personnel Records Center

   Military Personnel Records, 9700 Page Avenue
   St. Louis, MO 63132

53. Next Rx
    P.O. Box 746000
    Cincinnati, OH 45274

54. Nicole Theuvenet, M.D.
    74 N. Pecos, #36
    Henderson, NV 89074

55. North Vista Hospital, North Las Vegas
    1409 East Lake Mead Boulevard
    North Las Vegas, NV 89030

56. Parkview Health Care
    119 W. Forest St.
    Bolivar, MO 65613

57. Rajeev Yelamanchili, M.D.
    16017 Tuscola Rd. Suite A
    Apple Valley, CA 92307

58. Research Medical Center
    2316 E Meyer Blvd.
    Kansas City, MO 64132

59. Rite Aid
    P.O. Box 3165
    Harrisburg, PA 17105

60. Robert J. Rose, M.D.
    5300 State Hwy 49 N.
    Mariposa, CA 95338

61. Sam's Club/Wal-Mart, Bentonville
    702 Southwest 8th Street
    Bentonville, AR 72716

62. Scolaris Drug
    4788 Caughlin Ranch
    Reno, NV 89509

63. Shasta Convalescent Hospital
    3550 Churn Creek Rd.
    Redding, CA 96002

64. St. Anthony's Medical Center

    Health Info Management (Medical Records)
    10010 Kennerly Road
    St. Louis, MO 63128

65. St. Bernard Medical Center
    244 E. Matthews Ave.
    Jonesboro, AR 72401

66. St. John's Aurora
    500 West Porter
    Aurora, MO 65605

67. St. Joseph's Immediate Care
    1801 E March Lane Ste d470
    Stockton, CA 95210

68. St. Rose Dominican Hospital - Sienna Campus
    3001 St. Rose Pkwy
    Henderson, NV 89052

69. Sterling Medical Group
    4415 W. Flamingo Road
    Las Vegas, NV 89103

70. Steven Lim, M.D.
    1646 Broadway St.
    Vallejo, CA 94590

71. Stevens Pharmacy
    1525 Mesa Verde Dr. East
    Costa Mesa, CA 92626

72. Sunbridge Care and Rehabilitation Center, Carmichael
    8336 Fair Oaks Boulevard
    Carmichael, CA 95608

73. Thomas Ackerman, M.D.
    10 Congress St., #103
    Pasadena, CA 91105

74. Tri County Clinic
    885 Arduser Drive
    Osceola, MO 64116

75. Truman Medical Center
    2301 Holmes St.
    Kansas City, MO 64108

76. Truman Medical Center
    7900 Lee's Summit Rd.
    Kansas City, MO 64139

77. Truman Medical Center
    The Blue Clinic
    2301 Holmes St.
    Kansas City, MO 64108

78. UCLA Medical Center, Medical Records Department
    10833 Le Conte Avenue
    Los Angeles, CA 90095

79. University of Kansas Hospital
    3901 Rainbow
    Kansas City, KS 66170

80. University of Kansas Medical Center
    3901 Rainbow Boulevard, Room B430
    Kansas City, KS 66160

81. Uzma Nasim, M.D.
    18102 Irvine Blvd #206
    Tustin, CA 92780

82. Vegas Valley Rehab
    2945 Casa Vega St.
    Las Vegas, NV 89169

83. Victor Valley Community Hospital
    15248 Eleventh St.
    Victorville, CA 92395

84. Village Pharmacy
    3137 S. Hoover St.
    Los Angeles, CA 90007

85. Von's Pharmacy, Arcadia
    618 Michillinda Avenue
    Arcadia, CA 91007

86. Walgreens Pharmacy Corporation
    1901 East Voorhees Street, Mail Stop 735
    Danville, IL 61834

87. Wal-Mart Pharmacy
    702 SW 8th St.
    Bentonville, AR 72716

88. Washoe Medical Center, Reno
    77 Pringle Way
    Reno, NV 89502

89. Whitefront Pharmacy
    801 Baker St. #B
    Costa Mesa, CA 92626

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net