UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to case numbers: | : | JUDGE FALLON |
| 05-4130; 05-4131; 05-4132; 05-4763; | : | MAG. JUDGE KNOWLES |
| 05-00354; 05-00355; 05-00357; 05-00359; | : | : |
| 05-06351; 05-06352; 05-06353; 05-06354; | : | |
| 06-2769; 06-2865; 06-3288; 06-3302; 06-3311; | : | |
| 06-3406; 07-02103; 07-02104; A499668; | : | |
| A499671; A499672; A499673; ATL-L 1301-05; | : | |
| ATL-L-0931-05 MT; ATL-L-1286-05-MT; | : | |
| BC328851; BC328854; BC328855; BC328877; | : | : |
| BC328878; BC328879; BC328901; BC328903; | : | |
| BC328904; BC329122; BC336539; BC338441; | : | |
| BC338536; BC338540; BC338559; BC339156; | : | |
| BC353071; BC354511; BC355284; BC359312 | : | |

MEMORANDUM IN SUPPORT OF
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on Exhibit "A" attached to the Motion, all of whom are represented

by the law firm of Robinson, Calcagnie & Robinson, file this Memorandum in Support of Their

Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt

for Failing to Comply with Requests Made for the Production of Medical Records, and in support

thereof show:

I.    **INTRODUCTION**

Plaintiffs have repeatedly attempted to obtain records from their healthcare providers so that

they may comply with the terms of the Vioxx Settlement Agreement.  Unfortunately, plaintiffs'

1

requests to certain providers have been futile.

Counsel for plaintiffs retained Compex, an industry leader in retrieving and transmitting medical records worldwide for insurance companies and law firms. For each request, Compex obtained a HIPAA compliant authorization for release of information signed by the plaintiffs to this action. Compex then provided these authorizations, along with a medical record request, to individual medical facilities where plaintiffs were treated. Each set of records requested are from facilities that provided care related to the Vioxx litigation. The plaintiffs are all participating in the Vioxx Settlement Program and require these records for the processing of their settlement claims.

## II.   ARGUMENT

The Supreme Court has stated the "basic proposition" that:

All orders and judgments of courts must be complied with promptly. If a person to whom a court directs an order believes that an order is incorrect the remedy is to appeal, but absent a stay, he must comply with the order pending appeal.

*Maness v. Meyers*, 419 U.S. 449, 458 (1975).

With respect to refusing discovery, Fed. R. Civ. P. 37(b) provides that failure to comply with a court order "may be treated as contempt." Indeed, when a recalcitrant witness refuses to comply with an order of the court to produce documents, the court "may summarily order his confinement at a suitable place until such time as the witness is willing to give such testimony or provide such information." 28 U.S.C. § 1826. The period of confinement shall not exceed the "life of the court proceeding" *(id.)*, which, when applied to MDL proceedings, may be of little consolation.

In response to numerous reports of providers failing to comply with plaintiffs' requests, this Court entered Pre-Trial Order No. 35. The order was issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. § 1407, Fed. R.

2

Civ. P. 16 and Fed. R. Civ. P. 26(b), and the Court's inherent authority regarding case specific discovery in this MDL. The order applies to all claims submitted to the Vioxx Resolution Program, including these plaintiffs.

PTO 35 addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the Vioxx Settlement Agreement and ordered that facilities comply quickly, efficiently and inexpensively. The Court acknowledged the unnecessary delays and increased costs and sought to provide a uniform and cost effective process for the collection of records and information relevant to claims enrolled in the Resolution Program.

The providers have still not provided records. Under these circumstances, the Court is authorized to require that the persons failing to comply with the Court's Order be called before it to show cause why it should not be held in contempt. Plaintiffs ask that the Court do so for there is no reason why a person or company's whim should be allowed to trump a valid court order.

## III.   **PRAYER**

Therefore, plaintiffs respectfully ask the Court to issue an order that a corporate representative for each provider appear before this Court and show cause why the providers should not be held in contempt for failing to comply with PTO 35, and compel the facility to produce the requested records with the required certification. Plaintiffs have exhausted all efforts to obtain these records short of Court action.

WHEREFORE, plaintiffs identified on attached Exhibit "A", pray that this Motion to Show Cause be granted, that the court order an appropriate representative for each healthcare provider to

3

appear before the Court to explain its refusal to honor this Court's orders, and for such other relief

to which they may be entitled.

Respectfully submitted,

Date:   September 12, 2008                    By:_____/s/ Mark P. Robinson, Jr._____

**Mark P. Robinson, Jr. (SBN 054426)**
Kevin F. Calcagnie (SBN 108994)
***Robinson, Calcagnie & Robinson***
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion,  via U.S. Mail, postage prepaid and properly addressed, on the 12th day of September, 2008.

1. Advance RX
   P.O. Box 830070
   Birmingham, AL 35283

2. Alan Cabrera, M.D.
   **Northern California Cardiology Associates**
   6600 Mercy Court, #100
   Fair Oaks, CA 95628

3. Alta Orthopedics
   511 Bath St.
   Santa Barbara, CA 93103

4. Barnes Jewish Hospital
   Mail Stop #90-59-341/1 Barnes Jewish Hosp. Pl.
   Saint Louis, MO 63110

5. Bipin Joshi, M.D.
   **California Heart Medical Associates**
   7215 N Fresno St., Suite 103
   Fresno, CA 93702

6. Borworn Rattidham, MD
   126 Avacado, #102

Perris, CA 92571

7.  CBC Pharmacy
    1800 Medical Center Drive
    San Bernardino, CA 92411

8.  Centers for Medicare and Medicaid Services
    Region VII, Federal Office Building, 601 East 12th St., Room 235
    Kansas City, MO 64106

9.  Centinela Freeman Regional Medical Center
    4650 Lincoln Blvd
    Marina Del Rey, CA 90292

10. Central Valley Family Health - Dr. Eric Sorensen
    1025 N. Douty St.
    Hanford, CA 93230

11. Centura Home Health
    7015 Tall Oak Dr.
    Colorado Springs, CO 80919

12. Charles Bernick, M.D.
    1701 W. Charleston Blvd., #610
    Las Vegas, NV 89102

13. Chief, Navy Branch, National Personnel Records Center
    9700 Page Ave.
    Saint Louis, MO 63132

14. College Point Medical Plaza
    23450 College Boulevard
    Olathe, KS 66061

15. Community Health Clinic (Family Care Clinic) - Dr. Brian M. Rees
    1551 Bishop Street
    San Luis Obispo, CA 93401

16. Cox Monett Hospital
    801 N. Lincoln Ave.
    Monett, MO 65708

17. Craig Cortemeyer, M.D.

73896 El Paseo
Palm Desert, CA 92260

18. Cravey Regional Medical Center
2000 Neuse Blvd.
New Bern, NC 28570

19. CVS Pharmacy
One CVS Dr.
Woonsocket, RI 02895

20. Daniel Brubaker, D.O.
3726 N. 1st
Fresno, CA 93726

21. Davis Monthan AFB Pharmacy
3895 S. 6th St
Davis Monthan AFB, AZ 85707

22. Department of Health Care Policy & Financing
1570 Grant St.
Denver, CO 80203

23. Department of Health Care Services, EDS Communications
P.O. Box 526018
Sacramento, CA 95852

24. Derek Duke, M.D.
861 Coronado Center Dr., #200
Henderson, NV 89052

25. Donald Miller, M.D.
219 Professional Way
Shelton, WA 98584

26. Dr. Cordero
2225 E. Flamingo Road, Suite 103
Las Vegas, NV 89119

27. Eileen Cordero-Mauban, M.D.
3121 S. Maryland Pkway., #301
Las Vegas, NV 89109

28. Eric Sollars, M.D.
    802 N. Riverside, #330
    St. Joseph, MO 64507

29. Ernesto Rubio, M.D.
    2202 West Craig Rd
    Las Vegas, NV 89131

30. Express Scripts, Saint Louis
    1 Expressway, Mail Route HQ2E03
    Saint Louis, MO 63121

31. Fawaz Faisal, M.D.
    2625 W. Alameda Ave.
    Burbank, CA 91505

32. French Hospital, San Luis Obispo
    1911 Johnson Avenue
    San Luis Obispo, CA 93401

33. George Locke, M.D.
    **Fountain Valley Regional Hospital**
    17100 Euclid St
    Fountain Valley, CA 92708

34. Gerald Dugan, M.D.
    **Rockhill Orthopedics**
    6675 Holmes Rd., #360
    Kansas City, MO 64131

35. Gregory Tirdel, M.D.
    10956 Donner Pass Road, #260
    Truckee, CA 96161

36. Haroutiou Mesrobian, M.D.
    660 West Broadway
    Glendale, CA 91204

37. Heritage Village
    15 Wallingford Dr.
    Platte City, MO 64079

38. Herminigildo V. Valle, M.D.

8

1850 Sullivan Ave., Suite 510
Daly City, CA 94015

39. Jackson Hospital
1725 Pine St.
Montgomery, AL 36106

40. Kaiser Permanente
5601 De Soto Ave.
Woodland Hills, CA 91367

41. Kevin A. Brown, M.D.
3631 Crenshaw Blvd #110
Los Angeles, CA 90016

42. Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

43. Legacy Salmon Creek Hospital
2211 NE 139th Street
Vancouver, WA 98686

44. Leo Spaccavento, M.D.
**Advanced Heart Care Associates**
2470 E. Flamingo Rd., Suites A-B
Las Vegas, NV 89121

45. Life Care Center
3231 N. 61st St.
Kansas City, MO 66104

46. Longs Drugs
141 N. Civic Dr.
Walnut Creek, CA 94596

47. Medco Health, Liberty Lake
E 23102 Appleway Avenue
Liberty Lake, WA 99019

48. Medical Center of Independence
17203 E. 23rd St.
Independence, MO 64057

49. Memorial Hospital, Colorado Springs
    1400 East Boulder Street
    Colorado Springs, CO 80909

50. Michael Cummings, M.D.
    27800 Medical Center Rd. #320
    Mission Viejo, CA 92691

51. Mike O'Calaghan Federal Hospital Pharmacy
    4700 Las Vegas Blvd
    N Nellis AFB, NV 89191

52. National Personnel Records Center
    Military Personnel Records, 9700 Page Avenue
    St. Louis, MO 63132

53. Next Rx
    P.O. Box 746000
    Cincinnati, OH 45274

54. Nicole Theuvenet, M.D.
    74 N. Pecos, #36
    Henderson, NV 89074

55. North Vista Hospital, North Las Vegas
    1409 East Lake Mead Boulevard
    North Las Vegas, NV 89030

56. Parkview Health Care
    119 W. Forest St.
    Bolivar, MO 65613

57. Rajeev Yelamanchili, M.D.
    16017 Tuscola Rd. Suite A
    Apple Valley, CA 92307

58. Research Medical Center
    2316 E Meyer Blvd.
    Kansas City, MO 64132

59. Rite Aid
    P.O. Box 3165
    Harrisburg, PA 17105

60. Robert J. Rose, M.D.
    5300 State Hwy 49 N.
    Mariposa, CA 95338

61. Sam's Club/Wal-Mart, Bentonville
    702 Southwest 8th Street
    Bentonville, AR 72716

62. Scolaris Drug
    4788 Caughlin Ranch
    Reno, NV 89509

63. Shasta Convalescent Hospital
    3550 Churn Creek Rd.
    Redding, CA 96002

64. St. Anthony's Medical Center
    Health Info Management (Medical Records)
    10010 Kennerly Road
    St. Louis, MO 63128

65. St. Bernard Medical Center
    244 E. Matthews Ave.
    Jonesboro, AR 72401

66. St. John's Aurora
    500 West Porter
    Aurora, MO 65605

67. St. Joseph's Immediate Care
    1801 E March Lane Ste d470
    Stockton, CA 95210

68. St. Rose Dominican Hospital - Sienna Campus
    3001 St. Rose Pkwy
    Henderson, NV 89052

69. Sterling Medical Group
    4415 W. Flamingo Road
    Las Vegas, NV 89103

70. Steven Lim, M.D.

1646 Broadway St.
Vallejo, CA 94590

71. Stevens Pharmacy
1525 Mesa Verde Dr. East
Costa Mesa, CA 92626

72. Sunbridge Care and Rehabilitation Center, Carmichael
8336 Fair Oaks Boulevard
Carmichael, CA 95608

73. Thomas Ackerman, M.D.
10 Congress St., #103
Pasadena, CA 91105

74. Tri County Clinic
885 Arduser Drive
Osceola, MO 64116

75. Truman Medical Center
2301 Holmes St.
Kansas City, MO 64108

76. Truman Medical Center
7900 Lee's Summit Rd.
Kansas City, MO 64139

77. Truman Medical Center
The Blue Clinic
2301 Holmes St.
Kansas City, MO 64108

78. UCLA Medical Center, Medical Records Department
10833 Le Conte Avenue
Los Angeles, CA 90095

79. University of Kansas Hospital
3901 Rainbow
Kansas City, KS 66170

80. University of Kansas Medical Center
3901 Rainbow Boulevard, Room B430
Kansas City, KS 66160

81. Uzma Nasim, M.D.
    18102 Irvine Blvd #206
    Tustin, CA 92780

82. Vegas Valley Rehab
    2945 Casa Vega St.
    Las Vegas, NV 89169

83. Victor Valley Community Hospital
    15248 Eleventh St.
    Victorville, CA 92395

84. Village Pharmacy
    3137 S. Hoover St.
    Los Angeles, CA 90007

85. Von's Pharmacy, Arcadia
    618 Michillinda Avenue
    Arcadia, CA 91007

86. Walgreens Pharmacy Corporation
    1901 East Voorhees Street, Mail Stop 735
    Danville, IL 61834

87. Wal-Mart Pharmacy
    702 SW 8th St.
    Bentonville, AR 72716

88. Washoe Medical Center, Reno
    77 Pringle Way
    Reno, NV 89502

89. Whitefront Pharmacy
    801 Baker St. #B
    Costa Mesa, CA 92626

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292

13

mrobinson@rcrlaw.net

14