UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *Antonia Cannavo and Salvatore* | * | |
| *Cannavo v. Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *No. 2:07-cv-387* | * | **KNOWLES** |
| | * | |
| **Only with regard to:** | * | |
| **Salvatore Cannavo** | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Salvatore Cannavo against defendant Merck

& Co., Inc. be and they hereby are dismissed with prejudice with each party to bear his or her

own costs.

NEW ORLEANS, LOUISIANA, this 8th day of     September     , 2008.

_____
DISTRICT JUDGE

943603v.1