UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## AGREED ORDER RELEASING SUPERSEDEAS BOND NO. 107971674

Upon application of Defendant Merck & Co., Inc. ("Merck"), and upon review of the Order entered by the United States Court of Appeals for the Fifth Circuit dismissing the appeal in this case, IT IS HEREBY ORDERED that:

(1) Merck's Motion for Release of Supersedeas Bond No. 107971674, in the amount of One Million Nine Hundred Twenty Thousand Dollars ($1,920,000.00) (the "Supersedeas Bond"), is hereby GRANTED;

(2) The Supersedeas Bond is hereby ORDERED released, withdrawn, and returned to counsel for Merck; and

(3) Travelers Casualty and Surety Company of America as Surety is hereby ORDERED released and discharged from any liability on the Supersedeas Bond.

New Orleans, Louisiana, this 9th day of September, 2008.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

*Dorothy Wimberly /cv*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

*Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Alexis W. Myer
ROBINSON, CALCAGNIE
& ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Phone: 949-720-1288
Fax:    949-720-1292

Attorneys for Plaintiff Gerald D. Barnett