# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | | |
|---|---|---|
| Name | Last: Renz | First: Jeffrey | Middle: C. |
| Name of Law Firm | Law Offices of Robert R. Pagniello, P.C. | | |
| Current Address | Street: 2088 East Main St. | | |
| | City: Snellville | State: GA | Zip: 30078 | Country: USA |
| Telephone Number | 770-982-2252 | Facsimile: 770.982.2544 | Email: jrenz@pagniellolaw.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | | |
|---|---|---|
| Plaintiff Name | Last: James | First: Walter | Middle: |
| Plaintiff Address | Street: 1819 Hall Mark Drive | | |
| | City: Griffin | State: GA | Zip: 30223 | Country: USA |
| Telephone Number | 770-229-9937 | Facsimile: | Email: |
| Case Caption | In Re Vioxx | | |
| Case Number | MDL # 1657   VCN # 06-6509 | | |
| Court Where Case is Pending | U.S. Dist. Ct., Eastern District of LA. | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Field | | |
|---|---|---|
| Name | Last: | First: | Middle: |
| Address | Street: | | |
| | City: | State: | Zip: | Country: |
| Telephone Number | | Facsimile: | Email: |
| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  8 / 29 / 08 . (Record Docket No. 06-6509 )
(Month/Day/Year)

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 8/29/08 (Month/Day/Year) | _Jeffy C R___ Counsel |

#343319

2