# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | | |
|---|---|---|
| **Name** | Last: Renz | First: Jeffrey   Middle: C. |
| **Name of Law Firm** | Law Offices of Robert Pagniello, P.C. | |
| **Current Address** | Street: 2088 East Main St. | |
| | City: Snellville   State: GA   Zip: 30078   Country: USA | |
| **Telephone Number** | 770-982-2252   Facsimile: 770-982-2544   Email: jrenz@pagniellolaw.net | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | |
|---|---|
| **Plaintiff Name** | Last: Lyons   First: Terry   Middle: |
| **Plaintiff Address** | Street: 263 Saddlebrook Road |
| | City: Summerville   State: GA   Zip: 30747   Country: USA |
| **Telephone Number** | 706-767-7538   Facsimile:    Email: |
| **Case Caption** | In Re Vioxx |
| **Case Number** | MDL #1657   VCN #06-6514 |
| **Court Where Case is Pending** | U.S. Dist. Ct., Eastern District of LA. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| Field | |
|---|---|
| **Name** | Last:   First:   Middle: |
| **Address** | Street: |
| | City:   State:   Zip:   Country: |
| **Telephone Number** |    Facsimile:    Email: |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____ ) |

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__/__29__/__08__ (Month/Day/Year). (*Record Docket No.* __06-6966__)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** __8/29/08__ (Month/Day/Year)    _____ Counsel

#343319

2