IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No.1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: Terry Lyons VCN Number 06-6514 | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED, that Law Offices of Robert R. Pagniello, P.C., is hereby withdrawn as Counsel of Record for Terry Lyons.

NEW ORLEANS, LOUISIANA, this the ___ day of _____, 2008.

_____
ELDON E. FALLON
UNTIED STATES DISTRICT JUDGE