United States District Court
Eastern District Of Louisiana

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCT LIABILITY | * | SCETION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| Richard E. Stafford, Sr. | * | |
| VCN Number 06-6515 | * | MAGISTRATE JUDGE |
| | * | |
| | * | |
| | * | KNOWLES |
| | * | |

**********************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the Law

Offices of Robert R. Pagniello, P.C., Counsel of record for Richard E. Stafford, Sr.,

moves the Court for an order granting leave for Counsel to Withdraw as Counsel of

record in the above –styled case/claim.  In support of this motion, the undersigned states

as follows:

1.      Despite exhaustive efforts to establish that claimant suffered a

        heart attack or stroke while taking Vioxx, there is an absence of

        evidence that would allow Counsel to make such a showing.

2.      Rule 1.16(b)(4) of the Model Rules of Professional Conducts states

        that a lawyer may withdraw from representing a client if: "the

        client insists upon taking action…with which the lawyer has

        fundamental disagreement."

3.           Counsel has communicated to the claimant their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought claimant's consent to withdraw and the Claimant does consent to the withdrawal of Law Offices of Robert R. Pagniello, P.C., as his attorney in this matter.

4.           Written notice of the filing of this Motion was sent via certified mail to claimant's last known mailing address. Claimant's last known mailing address is 3161 Pyrite Circle, Atlanta, GA 30331.

5.           PTO 36 with be complied with in all other respects, including providing a copy of said Order to claimant.

6.           Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, The Law Offices of Robert R. Pagniello, P.C. urges the Court to grant its Motion to Withdraw as Counsel of record in this matter.

Respectfully submitted this the 29th day of August, 2008.

The Law Offices of Robert R. Pagniello, P.C.

2088 East Main Street
Snellville, GA 30078
770.982.2252

Jeffery C. Renz
Attorney for Claimant
Ga. Bar No. 601010

CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of

Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by

U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File &

Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was

electronically filed with the Clerk of the Court of the United States District Court for the

Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657 on this the 29th

day of August, 2008.

The Law Offices of Robert R. Pagniello, P.C.


Jeffery C. Renz
Attorney for Claimant
GA Bar No. 601010

2088 East Main Street
Snellville, GA 30078
770.982.2252