

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31161

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

DAVID AGARD, et ux; EDWARD HENDERSON, et ux; RONALD R O'CONNOR, et ux

    Plaintiffs - Appellants

v.

MERCK & CO INC, a foreign corporation

    Defendant - Appellee

---

RICHARD F CORE

    Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

    Defendant - Appellee

---

ROBERT D GATES

    Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

    Defendant - Appellee

M011E05742

---
Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
---

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeals for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the motion of the Plaintiffs' Steering Committee to become a party to the appeal is MOOT.

IT IS FURTHER ORDERED that the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief is MOOT.

MOT-21