UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   05-1089; 05-1088; 05-1090; 05-1091;
06-2708; 05-2583; 05-2297; 06-2238; 05-6221

### ORDER

The Court has conferred with the parties regarding the motions hearing for Plaintiff's Motion for the Court's Resignation as Chief Administrator of the Master Settlement Agreement, To Vacate the Master Settlement Agreement, To Modify and Grant an Extension of Time, To Vacate PTO 37, and To Grant Other Relief (Rec. Doc. 14938), which is currently scheduled for Tuesday, September 23, 2008, at 9:00 a.m.  Accordingly, IT IS ORDERED that the motions hearing shall be held WITHOUT ORAL ARGUMENT.  The motion shall be submitted on the briefs according to the Court's previously outlined briefing schedule: the parties shall file any response to the motion on or before Monday, September 15, 2008; and the movant shall file any reply on or before Friday, September 19, 2008.

New Orleans, Louisiana, this 10th day of September, 2008.

_/s/ Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1