UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis-Rosario, et al.* | * | |
| *v. Merck & Co., Inc., No. 2:05-cv-6234* | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| Only regarding: | * | |
| William Torres-Alejandro (incorrectly | * | |
| referred to as William Torres | * | |
| Alejandro); Maria Baez; | * | |
| Irma Iegareta (incorrectly referred | * | |
| to as Irma Legareta); Leonardo | * | |
| Arriaga-Morales (incorrectly referred | * | |
| to as Leonardo Morales, Leonardo | * | |
| Arreaga Morales, and Leonardo | * | |
| Arriaga Morales -- duplicate claims); | * | |
| Margarita Otero-Comacho (incorrectly | * | |
| referred to as Margarita Otero); Rosa | * | |
| Otero-Soto (incorrectly referred to as | * | |
| Rosa Otero); Maria Aponte-Rosario | * | |
| (incorrectly referred to as Maria Aponte | * | |
| Rosario); Jose Rodriguez Sanchez; Maria | * | |
| E. Santiago (and duplicate claim of | * | |
| plaintiff incorrectly referred to as Maria | * | |
| L. Santiago); Jovino Rodriguez-Sepulveda | * | |
| (incorrectly referred to as Foreino | * | |
| Rodriguez Sepulveda); Juan Rodriguez- | * | |
| Sierra (incorrectly referred to as Juan | * | |
| Rodriguez Sierra); Rosa Otero-Soto | * | |
| (duplicate); Carmen Rodriguez-Torres | * | |
| (incorrectly referred to as Carmen | * | |
| Rodriguez Torres); Maria Torres-Torres | * | |
| (incorrectly referred to as Maria Torres | * | |
| Torres); Vanessa Jusino; Vilma Vazquez | * | |
| (incorrectly referred to as Irma Vazauez); | * | |

944203v.1

**Maria Vazquez (incorrectly referred to**   \*
**as Maria Vazauez); Carmen Cruz-Rivera** \*
**(incorrectly referred to as Carmen Cruz**   \*
**Rivera); Jose Rivera; and Maria De**   \*
**Lourdes Rivera**   \*
  \*
**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs listed above be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of September, 2008.

_____
DISTRICT JUDGE

944203v.1