## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |

**THIS RELATES TO:**

Plaintiff:     Noah Downs
Cause No:    2:07cv01050

### NOTICE OF MOTION

On September 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Fallon, or any other judge presiding in his stead in Room C468, at the United States District Court, Louisiana, and then and there present the attached **Motion to Compel Compliance with Subpoena for Documents**, at which time you may appear as you see fit.

             /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr. (IL Bar # 6231944)
ZIMMERMAN LAW OFFICES, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
(312) 440-0020

Counsel for Plaintiff Noah Downs

### CERTIFICATE OF SERVICE

I, THOMAS A. ZIMMERMAN, JR., an attorney, certify that I served the foregoing **Motion to Compel Compliance with Subpoena for Documents** upon all counsel of record via the Lexis/Nexis electronic filing system on August 29, 2008, and upon CT Corporation System, 208 S. LaSalle Street, Chicago, Illinois 60604, the Registered Agent for Merck-Medco Rx Services, via first class U.S. Mail, postage pre-paid, by depositing said document into the U.S. Mailbox located at 100 W. Monroe, Chicago, prior to 4:30 p.m., on August 29, 2008.

      /s/ Thomas A. Zimmerman, Jr.

Pursuant to 28 U.S.C. § 1746, I certify under
penalty of perjury that the foregoing is true and
correct. Executed on August 29, 2008.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |

**THIS RELATES TO:**

Plaintiff:     Noah Downs
Cause No:    2:07cv01050

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

NOW COMES Plaintiff Noah Downs ("Downs"), by and through counsel, Zimmerman

Law Offices, P.C., and moves this Court to compel Merck-Medco Rx Services of Ohio No. 2, Ltd.,

a subsidiary of Defendant Merck and Co., Inc. ("Merck") to comply with Plaintiff's Subpoena for

Documents, as follows:

On August 2, 2001, Downs received a letter from Merck informing him that his treating

physician had changed his medication to "VIOXX TABS, a brand-name drug manufactured by

MERCK & CO., INC." (See, Merck Letter, attached hereto as Exhibit 1). The Merck Letter states

that Merck filled the prescription for Vioxx, and Merck enclosed labels for Downs to use for future

refills of Vioxx (See, Exhibit 1).

From August 2, 2001 until October 2004, Downs received all of his Vioxx from Merck.

During this period, Downs took Vioxx every day and he received refills of Vioxx from Merck

approximately every 90 days (See, Affidavit of Noah Downs, attached hereto as Exhibit 2).

A Merck prescription history print-out confirms that Downs received his Vioxx directly from

Merck (See, Prescription History, attached hereto as Exhibit 3). The attached Prescription History

print-out shows that Merck sent 90 Vioxx tablets to Downs on January 5, 2004 (See, Exhibit 3). On October 1, 2004, after Vioxx was recalled from the market, Merck sent a letter to Downs requesting that Downs send his unused Vioxx pills back to Merck for a refund (See, Merck Recall Letter, attached hereto as Exhibit 4). Downs sent his unused Vioxx pills back to Merck, and he received a $12.83 refund from Merck (See, Merck Refund Check, attached hereto as Exhibit 5)

Plaintiff's counsel has been attempting to obtain Downs' prescription records from Merck since November 2007. On May 15, 2008, Plaintiff's counsel issued a subpoena to Merck, commanding Merck to produce "any and all documents from August 1, 2001 to December 31, 2004 regarding Vioxx prescriptions for Noah Downs, including all documents regarding shipments and refills." Merck received the subpoena on May 17, 2008, and Merck was to produce all documents by May 31, 2008 (See, subpoena and proof of service, attached hereto as Exhibit 6).

On June 20, 2008, Merck requested that Downs submit a Letter of Satisfactory Assurances and a Patient Authorization for Release of Prescription Drug Records. Downs and his counsel completed the forms, and sent the completed forms back to Merck (See, Letter of Assurances and Patient Authorization Form, attached hereto as Exhibit 7).

On July 22, 2008, Merck sent a letter to Plaintiff's counsel stating that it had no records of any Vioxx prescriptions for Downs (See, Merck Response Letter, attached hereto as Exhibit 8).

The affidavit of Downs and the Merck documents clearly establish that Downs received Vioxx pills from Merck continuously from August 2, 2001 until October, 2004. Merck's response to the subpoena was false and is sanctionable.

Thereafter, Plaintiff's counsel sent a draft motion to compel to Merck's counsel, and Plaintiff's counsel has been working with Merck's counsel to try to obtain the documents. On

August 29, 2008, Merck's counsel produced additional prescription records from Merck (See, letter and additional prescription records, attached hereto as Exhibit 9). However, these additional records are incomplete. The records show that Merck filled Downs' Vioxx prescriptions on August 3, 2001, November 5, 2001, June 24, 2002 and January 5, 2004.

Clearly, there are more Vioxx prescriptions than those four dates, as Downs took Vioxx every day and he received refills of Vioxx from Merck approximately every 90 days (See, Exhibit 2). Moreover, Downs sent unused Vioxx pills back to Merck on October 1, 2004, and he received a refund for those pills (See, Exhibits 4 and 5). Downs would not have had any unused pills in October if his last prescription was filled nine (9) months earlier, as Merck would have us believe.

Downs timely submitted all of his medical records and other supporting documents under the Vioxx Settlement Program in this case, and he is eligible for an Interim Payment. However, Downs had to place a "hold" on his Gates Review, as he needs the Vioxx documents from Merck in order to pass the Proximity Gate Criteria. Merck's refusal to produce the documents could render Downs ineligible to recover anything under the Settlement Program.

Prior to filing this motion, Plaintiff's counsel discussed the incomplete document production with Merck's counsel. Plaintiff's counsel and Merck's counsel are going to continue to work together to try to obtain the missing documents prior to the presentation of this motion. However, in light of Merck's initial denial that any documents existed and Merck's subsequent incomplete production of documents, Plaintiff believes that Court intervention is the only way to compel Merck to fully comply with the subpoena.

Plaintiff's counsel is located in Chicago, and requests that the Court allow him to present this motion via telephone, rather than having to travel to Louisiana to present the motion in person.

3

WHEREFORE, Plaintiff Noah Downs requests that this Court enter an order compelling Merck to produce all of the documents sought in the attached Subpoena (Exhibit 6) within seven (7) days, allow him to present this motion via telephone, award Plaintiff reasonable attorney's fees incurred in bringing this motion, and for all other relief that is just and appropriate.

Dated: August 29, 2008                     Respectfully submitted,


                                           _____/s/ Thomas A. Zimmerman, Jr._____
                                           Thomas A. Zimmerman, Jr. (Bar # 6231944)
                                           ZIMMERMAN LAW OFFICES, P.C.
                                           100 West Monroe Street, Suite 1300
                                           Chicago, Illinois 60603
                                           (312) 440-0020

                                           Counsel for Plaintiff Noah Downs

4



**Merck-Medco Rx Services
of Ohio No. 2, Ltd.**

255 Phillipi Road, Columbus, Ohio 43228  (614) 272-1985

08/02/01

NOAH DOWNS                                    Re:  Benefits under your
8239 SE END AVE                              RYERSON TULL,INC.
CHICAGO, IL 60617                            Prescription Drug Plan

Dear NOAH DOWNS:

In order to keep your health and prescription drug benefits more affordable, your health plan has
implemented a formulary which is a preferred list of some of the most widely prescribed
medications. These medications have been reviewed by an independent Pharmacy and
Therapeutics Committee for safety and efficacy, and are produced by nationally known and
respected pharmaceutical companies.

As manager of your prescription drug benefit program, Merck-Medco Rx Services communicates
with prescribers to inform them when a formulary-preferred medication is available, which can
mean more affordable benefits.

On 08/02/01, Dr. SAM authorized a change in your medication from ARTHROTEC 75 TABS to
VIOXX TABS, a brand-name drug manufactured by MERCK & CO., INC., which is the
formulary-preferred medication. We have filled this prescription based on your prescriber's
orders.

For future refills, if any are indicated on the enclosed label, please return the refill label using the
return envelope provided and the required co-payment (if applicable), or feel free to call in your
refill request. For new prescriptions, please mail in your prescriber's prescription form and the
required co-payment (if applicable) in the return envelope enclosed.

As always, take your medication according to your prescriber's instructions on the container
label. Please note that the directions may have changed from your previous prescription.
If you have any questions, please call your customer service number printed on the enclosed
label.

Sincerely,

Robert Gibbs, RPh
Registered Pharmacist
Control Number:  00121417433 - pt1f2e3e

*Have you seen us on the internet? Visit us at: www.merckmedco.com*
Merck-Medco Rx Services and Merck-Medco Managed Care, L.L.C.
are subsidiaries of Merck & Co., Inc.

**Exhibit 1**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |

**THIS RELATES TO:**

Plaintiff:    Noah Downs
Cause No:    2:07cv01050

## AFFIDAVIT OF NOAH DOWNS

1.    I am a Plaintiff in the above-captioned matter.

2.    I am over the age of 18 years.  I am competent and willing to testify as to the facts set forth in this Affidavit, which are based upon my personal knowledge.

3.    From August 2, 2001 until October 2004, I received all of my Vioxx from Merck-Medco Rx Services of Ohio No. 2, Ltd., a subsidiary of Defendant Merck & Co., Inc. ("Merck").

4.    From August 2, 2001 until October 2004, I took Vioxx every day.

5.    From August 2, 2001 until October 2004, I  received refills of Vioxx from Merck approximately every 90 days.

Further the affiant sayeth not.

_[signature]_

NOAH DOWNS

Pursuant to 28 U.S.C. § 1746, I certify under
penalty of perjury that the foregoing is true
and correct.  Executed on August 11, 2008.

**Exhibit 2**

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0033652363-03 ISSUED 2003-12-22 BY CRYSTAL   KELLY        DEA# BK6268406       PHONE 708-841-1060 |   C
POS 0004377823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON         IL 000060419
        DEP# 01 NOAH       DOWNS          DOB 1934-05-27  CUST/ID 42854627        PD1 RYERSON
        DRUG: 27998   METFORMIN HCL TAB  AP0500/MET 500MG   |O/QTY 180|A/QTY 180|O/RFLS  0|A/RFLS  0
        |DAYS/S  90  PIRS (DOC/DT/SVR) 0004236 2607 / 2004-01-06 / 23MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

RX 0033652364-03 ISSUED 2003-12-22 BY CRYSTAL   KELLY        DEA# BK6268406       PHONE 708-841-1060 |   C
POS 0004377884   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON         IL 000060419
        DEP# 01 NOAH       DOWNS          DOB 1934-05-27  CUST/ID 42854627        PD1 RYERSON
        DRUG: 29424   GLIPIZIDE XL TABS         5MG   |O/QTY 180|A/QTY 180|O/RFLS  0|A/RFLS  0
        |DAYS/S  90  PIRS (DOC/DT/SVR) 0004236 2607 / 2004-01-06 / 23MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

RX 0033652365-03 ISSUED 2003-12-22 BY CRYSTAL   KELLY        DEA# BK6268406       PHONE 708-841-1060 |   C
POS 0004377974   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON         IL 000060419
        DEP# 01 NOAH       DOWNS          DOB 1934-05-27  CUST/ID 42854627        PD1 RYERSON
        DRUG: 28949   MOEXIPRIL HCL TABS    1717.5MG   |O/QTY  90|A/QTY  90|O/RFLS  0|A/RFLS  0
        |DAYS/S  90  PIRS (DOC/DT/SVR) 0004236 2605 / 2004-01-06 / 23MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:PC1:2004-01-05:0090

RX 0033652366-03 ISSUED 2003-12-22 BY CRYSTAL   KELLY        DEA# BK6268406       PHONE 708-841-1060 |   C
POS 0004378151   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON         IL 000060419
        DEP# 01 NOAH       DOWNS          DOB 1934-05-27  CUST/ID 42854627        PD1 RYERSON
        DRUG: 24727   VIOXX TABS          MRK110 25MG   |O/QTY  90|A/QTY  90|O/RFLS  0|A/RFLS  0
        |DAYS/S  90  PIRS (DOC/DT/SVR) 0004236 2605 / 2004-01-06 / 23MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:JRR:2004-01-05:0090

**Exhibit 3**

Medco Health Solutions, Inc.
100 Parsons Pond Drive (MS: RE52)
Franklin Lakes, New Jersey 07417-2603
www.medcohealth.com

*medco*

October 1, 2004

NOAH         DOWNS
8239 S EAST END AVE
CHICAGO              IL  60617

## Speak with your doctor to discuss possible alternatives for Vioxx®

Dear Member:

We are writing to inform you that Merck & Co., Inc., has voluntarily withdrawn *Vioxx* (rofecoxib), a prescription pain medication, from the market. Our records show that you have filled a prescription for *Vioxx* in the past year through our mail-order pharmacy, **Medco By Mail.**

If you are currently taking *Vioxx*, we urge you to contact your doctor as soon as possible to discuss alternative treatments, including over-the-counter medications. Effective immediately, all dosage strengths and formulations of *Vioxx* (i.e., tablets and oral suspension) have been withdrawn.

Vioxx is used to relieve symptoms of rheumatoid arthritis, osteoarthritis, and juvenile rheumatoid arthritis. It is also used to manage and treat acute pain, painful menstrual periods, and migraines. Merck is withdrawing this drug because a 3-year clinical study showed that there is an increased risk of cardiovascular events (such as heart attacks and strokes) in patients taking *Vioxx* 25 mg continuously for 18 months or longer. This risk was not observed during the first 18 months of the study. Please note, the risk that a person will suffer a heart attack or stroke related to *Vioxx* is very small.

## Please do not return your unused *Vioxx* to Medco.

Merck will reimburse patients for the price shown on the pharmacy receipt, plus the cost of shipping via regular U.S. mail. Patients seeking a refund should return any unused *Vioxx* tablets and oral suspension by regular mail to Merck at the following address:

NNC Group
Merck Returns
2670 Executive Drive
Indianapolis, IN 46241

Please include the following information and items with any returns to Merck:

    Name
    Address
    Telephone number
    Unused *Vioxx* in its original pharmacy packaging
    Pharmacy receipt for the returned prescription

**Exhibit 4**

For your safety, any prescriptions or refills you have for *Vioxx* through Medco By Mail have been canceled.

**Here are the next steps you can take:**

1. Talk to your doctor to determine what other treatments are best for you.
2. If your doctor prescribes a new medication, ask for two new prescriptions:
   - Fill the first prescription for a 14-day supply at a participating retail pharmacy. This amount will ensure that you have enough medication to last until your new mail-order prescription arrives.
   - Send the second prescription for a greater supply (usually up to 90 days) plus refills for up to 1year if appropriate, to Medco By Mail using a mail-order form and envelope. Visit us online at **www.medco.com** or call Member Services at the toll-free number on the back of your prescription drug ID card to obtain these forms.
   - You can also ask your doctor to fax your prescription to Medco By Mail. Give your doctor your member ID number (shown on your prescription drug ID card) and ask him or her to call 1 888 327-9791 for instructions on how to use our fax service to send prescriptions. (Only your doctor can fax your prescriptions.)
   - Your prescription order should arrive within 8 days after Medco receives your order.

Additional information about the *Vioxx* withdrawal is available at **www.merck.com**, or **www.vioxx.com**, or you may call 1 888 36-VIOXX.

Sincerely,

Roger Williams, R.Ph.
Medco Health Solutions, Inc.

P.S.: Remember to call your doctor to discuss alternative treatments for *Vioxx*.

LT976991

Merck & Co., Inc.
c/o NNC Group
2670 Executive Dr.
Indianapolis, IN 46241

Event Id:      1389
Id:      9011316

NOAH DOWNS
8239 S E END AVE
CHICAGO, IL  60617

Attached is your reimbursement check for your unused portion of Vioxx® based upon your receipt value.
Merck & Co., Inc. thanks you for your cooperation and sincerely regrets any inconvenience this may have
caused you. If you have any questions, please call 1-800-805-9387.

## Reimbursement Detail

### Reimbursment Items
Receipt Amount
Shipping

### Reimbursement $
$12.00
$0.83

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.          HOLD AT AN ANGLE TO VIEW DO NOT CASH IF NOT PRESENT

Merck & Co., Inc.
c/o NNC Group
2670 Executive Dr.
Indianapolis, IN 46241

Bank One, N.A.
OHIO

No. 1544-441
In Account Number
63D505810

NO. 120494
AMOUNT
$12.83

DATE
12/2/2004

Twelve Dollars and 83/100

PAY TO
THE
ORDER OF:
NOAH DOWNS
8239 S E END AVE
CHICAGO, IL  60617

Authorized Signature

**Exhibit 5**

AO88 (Rev. 12/06) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

EASTERN _____  DISTRICT OF _____  LOUISIANA

In re: VIOXX® PRODUCTS LIABILITY LITIGATION

V.

      Plaintiff: Noah Downs
      Cause No: 2:07cv01050

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  MDL Docket No. 1657

TO:  Custodian of Prescription Records
     Merck-Medco Rx Services of Ohio No. 2, Ltd.
     255 Phillipi Road
     Columbus, Ohio 43228

7007 2560 0002 7769 5674

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all documents from August 1, 2001 to December 31, 2004 regarding Vioxx prescriptions for Noah Downs (DOB 5/27/1934, SS# 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), including all documents regarding shipments and refills.

| PLACE    Zimmerman Law Offices, P.C., 100 W. Monroe, Suite 1300, Chicago, IL 60603 | DATE AND TIME<br>5/31/2008 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ | 5/15/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas A. Zimmerman, Jr., Zimmerman Law Offices, P.C., 100 W. Monroe, Suite 1300, Chicago, IL 60603
(312) 440-0020

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**Exhibit 6**

AO 88  (Rev.  12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 5/15/2008 | 255 Phillip Road<br>Columbus, Ohio 43228 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Custodian of Prescription Records<br>Merck-Medco Rx Services of Ohio No. 2, Ltd. | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kate Torrisi | Legal Assistant |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____5/15/2008_____
DATE

_Kate To____
SIGNATURE OF SERVER

100 W. Monroe, Suite 1300
ADDRESS OF SERVER

Chicago, IL 60603

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) / B. Date of Delivery 5/17 <br> C. Signature X _Tony H. Bhagaj_ ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br> Custodian of Prescription Records <br> Merck: MedCo Rx Services of <br> Ohio No 2, Ltd. <br> 255 Phillipi Road <br> Columbus, OH 43228 | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7007 2560 0002 7769 5674 |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |



Medco Health Solutions, Inc.
100 Parsons Pond Drive
Franklin Lakes, NJ 07417
Custodian of Records

June 20, 2008

Thomas Zimmerman, Jr.
Zimmerman Law Offices, P.C.
100 West Monroe Street
Suite 1300
Chicago, IL 60603

Dear Mr. Zimmerman, Jr.:

I am in receipt of your subpoena requesting prescription records for **Noah Downs**.

In compliance with the standards for the use and disclosure of protected health information ("PHI") for judicial and administrative proceedings under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR 164.512(e), in addition to the subpoena, Medco requires one of the following:

- a signed Letter of Satisfactory Assurances; or
- a signed HIPAA compliant patient authorization.

Both forms have been enclosed for your convenience.

Medco now requires a processing fee for record request. Upon receipt of either document, I will forward the records you have requested along with an invoice.

Please return the form and any other correspondence to Custodian of Records, 100 Parsons Pond Drive, Franklin Lakes, New Jersey 07417.

Very truly yours,

*Custodian of Records*
Medco Health Solutions, Inc.

PD
Enclosures

**Exhibit 7**



100 Parsons Pond Drive
Franklin Lakes, New Jersey 07417-2603

### Letter of Satisfactory Assurances

In compliance with the standards for the use and disclosure of protected health information ("PHI") for judicial and administrative proceedings under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR 164.512(e), to the best of my knowledge, information and belief:

1. I have made a good faith attempt to provide written notice to the individual whose records I am requesting (or, if the individual's location is unknown, to mail a notice to the individual's last known address);
2. The notice informed the individual of my request and included sufficient information about the litigation or proceeding in which the PHI is requested to permit the individual to raise an objection to the court or administrative tribunal; and
3. That the time for the individual to raise an objection to the court or administrative tribunal has elapsed and: i) no objections were filed; or ii) all objections that were filed by the individual have been resolved by the court or administrative tribunal and the disclosures being sought are consistent with such resolution.

Signature: _____

Printed Name: _Thomas A. Zimmerman, Jr._

Organization: _Zimmerman Law Offices, P.C._

Date _July 7, 2008_

Name of Individual (whose records we are requesting): _Noah Downs_

*medco*

## PATIENT AUTHORIZATION FOR RELEASE OF
## PRESCRIPTION DRUG RECORDS

### THIS AUTHORIZATION IS FOR COPIES OF RECORDS ONLY

MEDCO HEALTH SOLUTIONS AND ITS AFFILIATES ("Medco") are hereby authorized to release records relating to prescription drugs dispensed to the below Patient ("Patient") during the period:  ___August 1, 2001___ to  ___December 31, 2005___
                                              (month, day, year)              (month, day, year)

Patient whose prescription drug records will be released:

| | |
|---|---|
| Patient's Name (print) | *Noah Downs* |
| Member ID No. (Cardholder's No.) | 428543627 |
| Patient's Last Known Address including Zip | 8239 South East End  Chicago, IL 60617 |

To the extent that Medco has such information about Patient, this authorization includes the release of prescription information concerning AIDS, ARC (AIDS related complex), AIDS-related conditions, treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, reproductive health services and sexually transmitted diseases which may include, but are not limited to, venereal disease, hepatitis, syphilis and gonorrhea.

The records authorized for release are to be forwarded to ("Designee"):

| | |
|---|---|
| Designee Name | Thomas A. Zimmerman, Jr. |
| Street address, including zip code | 100 W. Monroe, Ste. 1300  Chicago, IL 60603 |

**Over - Please sign and date on the back.**

# *medco*

This authorization shall expire one (1) year from the date hereof. The Patient may revoke this authorization at any time by writing to Medco. The Patient's revocation of this authorization will not affect any action Medco has taken in reliance of this authorization before Medco received the written notice of revocation. The Patient understands that Medco will not condition treatment, payment, enrollment, or the eligibility for health plan benefits on whether the Patient signs this authorization. The Patient also understands that the Designee may not be subject to the Health Insurance Portability and Accountability Act of 1996 (HIPAA) or any other health information privacy laws, and that the Designee may further disclose the Patient's health information and it may no longer be protected by HIPAA or other health information privacy laws.

_____     7-1-08
Signature of Patient or Personal Representative          Date

If this request for Patient's records is being made by a Personal Representative on behalf of the Patient, then fill out the following sections.

| Personal Representative Name (print) | |
|---|---|

Please attach the legal document establishing you as the Patient's Personal Representative if you have not previously submitted it to Medco. One of the appropriate boxes below must be filled out.

| Describe your authority to act for the Patient | IF THE PATIENT IS DECEASED Relationship of Personal Representative to deceased Patient |
|---|---|
| (check appropriate box)<br>☐ Power of Attorney or equivalent<br>☐ Court Order<br>☐ Parent of minor child<br>☐ Other (please specify) | (check appropriate box)<br>☐ Executor<br>☐ Administrator<br>☐ Other (please specify)<br><br>**(A photocopy of the deceased Patient's death certificate or an equivalent must be received with this signed patient authorization form)** |

Page 2 of 2

**1** Sender Account Number  B03811872

Preprint Format No.  142939374

**3** Payment
Sender will be billed unless marked otherwise
Bill to:

Origin  **CHI**

Waybill Number  **7556 8180144**

Account No. (Required)

FROM (Company)  **ZIMMERMAN LAW OFFICE PC**

Street Address  STE 1300  100 N MONROE ST

☐ Receiver  ☐ 3rd Party

☐ Paid in Advance   Check No.   Amount

**4** Service Type
One box must be checked
Assume noon unless noted.

*Next Day 10:30  **10:30**
*Next Day 12:00  **12:00**
*Next Day 3:00  **3:00**

City  **CHICAGO**   State  **IL**   ZIP CODE (Required)  **60603**

10:30 am Extra charge.

Billing Reference (will appear on invoice)

Sent by (Name/Dept)   Phone (Required)  **(312)44,0 0 0 20**

**5** # of Pkgs  **1**   **6** Weight (LBS) REQUIRED   **7** Packaging  One box must be checked
SUBJECT TO CORRECTION

☐ Express Envelope  ☒   ☐ Express Pack   ☐ Other Packaging

*2nd Day  **5:00**

**2** TO (Company)  PLEASE PRINT NEATLY  **Medco Health Solutions**

Street Address  **100 Parsons Pond Drive**
DHL CANNOT DELIVER TO P.O. BOX

Special Instructions
☐ Saturday Delivery
Extra charge
Not available for all services and locations.

☐ Hold at DHL

☐ Lab Pack Service   ☐

*Service may vary by destination, visit  **www.dhl-usa.com**

City  **Frank lin Lakes**  State  **NJ**  ZIP CODE (Required)  **07417**
MUST USE U.S. POSTAL STATE CODE

Shipment Valuation

Attention: (Name/Dept)  **Custodian of Records**   Phone (Required)  (    )

Description

Shipment Value Protection  ☐  $ _____ .00

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE, SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL

Payment Details (Credit Card)

No. _____

Type _____ Expires _____

Auth. _____

Sender's Signature   Date  **7/1/08**   DHL Signature   Date

**DHL**
EXPRESS

DHL Express (USA), Inc.
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY



Medco Health Solutions, Inc.
100 Parsons Pond Drive
Franklin Lakes, NJ 07417
Custodian of Records

July 22, 2008

Thomas Zimmerman, Jr.
Zimmerman Law Offices, P.C.
100 West Monroe Street Suite 1300
Chicago, IL 60603

Dear Mr. Zimmerman, Jr.:

    I am in receipt of the Patient Authorization for Release of Prescription Drug Records for Noah Downs.

    After a thorough search of our records, we are unable to find any prescription records with the information you provided us.

Very truly yours,

*Custodian of Records*
Medco Health Solutions, Inc.

PD
Enclosures

**Exhibit 8**

# THOMPSON COBURN LLP

One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

August 29, 2008

David A. Dick
314-552-6142
FAX 314-552-7142
EMAIL ddick@
thompsoncoburn.com

**VIA ELECTRONIC MAIL**

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices
100 West Monroe Street, Suite 1300
Chicago, IL  60603

Re:   Noah Downs

Dear Mr. Zimmerman:

Pursuant to your previous written request for records from Medco for Noah Downs and the authorization signed by Mr. Downs, we produce to you copies of Medco's records for Mr. Downs.  This should satisfy your need for Medco records.  Please let me know.

Very truly yours,

Thompson Coburn LLP

By   David A. Dick

DAD/ec

Enclosures

**Exhibit 9**

Report: CLMHIST01
Request Id: 10808121411113988

CLAIM HISTORY REPORT

Downs

CARRIER TOTAL

Page 2 of 3

CARRIER: 1881

Member Number: 2075335852290

Name: NOAH DOWNS                    Person Number: 001

| Date of Service | Pharmacy Name + NABP Number | Rx Number | Physician Name | Claim Drug Identifier | Drug Name | Drug Strength | Quantity Dispensed | Days Supply | Deductible ($) | Co-Payment ($) | Cap Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2005 | MEDCO HEALTH LAS 2905632 | 0051520847l | MISSING, | 0078120740l | TRIAMTERENE- | 37.5-25MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 05/31/2005 | MEDCO HEALTH LAS 2905632 | 0051520847l | MISSING, | 0000607l954 | ZOCOR | 40MG | 90.00 | 90 | 0.00 | 20.00 | 0.00 |
| 05/31/2005 | MEDCO HEALTH LAS 2905632 | 0051520846l | MISSING, | 6050504200 | GLIPIZIDE | 10MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 06/01/2005 | WALGREENS #00189 1443100 | 1350105 | PARVAIZ, AKHTA | 5011108510l | BENZONATATE | 100MG | 45.00 | 15 | 0.00 | 5.00 | 0.00 |
| 06/18/2005 | MEDCO HEALTH LAS 2905632 | 0051690l404 | MISSING, | 0002931592o | AVANDIA | 4MG | 180.00 | 90 | 0.00 | 20.00 | 0.00 |
| 08/24/2005 | WALGREENS #00189 1443100 | 1366823 | PARVAIZ, AKHTA | 0047205060 | NYSTATIN-TRI | 100000-0.1 | 60.00 | 7 | 0.00 | 5.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411023l | MISSING, | 0008727763l | AVALIDE | 300-12.5MG | 90.00 | 90 | 0.00 | 60.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411024l | MISSING, | 0002931592o | AVANDIA | 4MG | 180.00 | 90 | 0.00 | 20.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411024o | MISSING, | 0000607l954 | ZOCOR | 40MG | 90.00 | 90 | 0.00 | 20.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411024o | MISSING, | 0000607l954 | ZOCOR | 40MG | 90.00 | 90 | 0.00 | 20.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411023l | MISSING, | 6050504200 | GLIPIZIDE | 10MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 08/29/2005 | MEDCO HEALTH LAS 2905632 | 0052411023l | MISSING, | 5976232720ol | ALPRAZOLAM | 0.5MG | 90.00 | 45 | 0.00 | 10.00 | 0.00 |
| 09/28/2005 | MEDCO HEALTH LAS 2905632 | 0052710865l | PARVAIZ, AKHTA | 0078120740l | TRIAMTERENE- | 37.5-25MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 09/28/2005 | MEDCO HEALTH LAS 2905632 | 0052710865l | PARVAIZ, AKHTA | 0000607l954 | ZOCOR | 40MG | 90.00 | 90 | 0.00 | 20.00 | 0.00 |
| 12/27/2005 | MEDCO HEALTH LAS 2905632 | 0052411024o | MISSING, | 0002931592o | AVANDIA | 4MG | 180.00 | 90 | 0.00 | 20.00 | 0.00 |
| 12/27/2005 | MEDCO HEALTH LAS 2905632 | 0052411024l | MISSING, | 0002931592o | AVANDIA | 4MG | 180.00 | 90 | 0.00 | 20.00 | 0.00 |
| 12/27/2005 | MEDCO HEALTH LAS 2905632 | 0052710865l | PARVAIZ, AKHTAR | 0078120740l | TRIAMTERENE- | 37.5-25MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 12/27/2005 | MEDCO HEALTH LAS 2905632 | 0052411023l | MISSING, | 6050504200 | GLIPIZIDE | 10MG | 90.00 | 90 | 0.00 | 10.00 | 0.00 |
| 12/29/2005 | WALGREENS #00189 1443100 | 1383339 | PARVAIZ, AKHTA | 0037811100s | GLIPIZIDE | 10MG | 30.00 | 30 | 0.00 | 5.00 | 0.00 |

TOTAL FOR 2075335852290-001 — Deductible: 0.00 | Co-Payment: 265.00 | Cap Amount: 0.00

DEFAULT,

TOTAL FOR 2075335852290 — Deductible: 0.00 | Co-Payment: 265.00 | Cap Amount: 0.00

Downs

CLAIM HISTORY REPORT

FIELD DESCRIPTIONS:

Date of Service            For retail, home delivery and direct claims, it is the date in which the prescription was filled by the company.

Pharmacy NABP Number       7-character pharmacy identifier assigned by the National Association of Board Pharmacies (NABP).

Pharmacy Name              The business name of the dispensing PHARMACY.

Rx Number                  Internal number assigned by the pharmacy to track the prescription.

Physician Name             The name of an individual who provides healthcare services

Claim Drug Identifier      Identification number assigned to all dispensed products in the US by the labeler or distributor, under FDA regulations. This number could be a National Drug Code (NDC), Universal Product Code (UPC), Health Related Item (HRI), Drug Use Review / Professional Pharmacy Service (DUR/PPS), or a Health Care Fin. Admin. Com. Proc. Coding System (HCPCS). The Claim Drug Qualifier should be used in conjuction to identify the contents of this field.

Drug Name                  For branded products, the name appearing on the package label. For dispensed generic products, the ingredient name specified by the US Adopted Name Council (USAN), or the chemical name if a USAN name has not been assigned.

Drug Strength              Describes the potency of a drug formulation, e.g., 10mg.

Quantity Dispensed         The number of units of medication reported by the dispensing pharmacy.

Days Supply                The number of the dispensed quantity will last, if taken according to prescribed instructions.

Deductible                 Amount of member's benefit applied to the claim.

Cap Amount                 The dollar amount accumulated toward the maximum benefit limit (CAP).

Co-payment                 Sum payable by member for a claim, including coinsurance, co-payments and amounts exceeding benefit caps after the deductible, if any, has been met.

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 00130208875-17 ISSUED 2001-10-23 BY R E          SAM          DEA# BSS430020          PHONE 708-841-1060 |   C
POS 0001415670   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON          IL 000060419
DEP# 01 NOAH          DOWNS          DOB 1934-05-27 CUSTID 428543627          PDI RYERSON
DRUG: 26676   GLUCOPHAGE XR TABS          6063 500MG  | O/QTY 180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0100417l629 / 2001-12-03 /  mcoh1f10   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: ATN 2001-10-29
FILLED: 00:03:00:MS6:2001-11-05:0180

RX 00130208876-17 ISSUED 2001-10-23 BY R E          SAM          DEA# BSS430020          PHONE 708-841-1060 |   C
POS 000011823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON          IL 000060419
DEP# 01 NOAH          DOWNS          DOB 1934-05-27 CUSTID 428543627          PDI RYERSON
DRUG: 24727   VIOXX TABS          MRK110 25MG  | O/QTY  90 | O/RFLS   0 | A/RFLS   1
| DAYS/S   90   PIRS (DOC/DT/SVR) 0000000000 / 0001-01-01 /    T/QTY 0000 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: ATN 2001-10-29
FILLED: 00:15:00:MLL:2001-11-05:0090 01:15:00:DMU:2002-04-03:0090

RX 00203117085-03 ISSUED 2002-01-31 BY R E          SAM          DEA# BSS430020          PHONE 708-841-1060 |   C
POS 000910634   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON          IL 000060419
DEP# 01 NOAH          DOWNS          DOB 1934-05-27 CUSTID 428543627          PDI RYERSON
DRUG: 27998   METFORMIN HCL TABS   APO 300 500MG  | O/QTY   180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0002552593 / 2002-02-04 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
P/CMNT: CASE ID 11804l656
ORDER REVIEW: DXS 2002-02-01
FILLED: 00:15:00:PC5:2002-02-01:0180

RX 00204520868-03 ISSUED 2002-02-14 BY R E          SAM          DEA# BSS430020          PHONE 708-841-1060 |   C
POS 003321597   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON          IL 000060419
DEP# 01 NOAH          DOWNS          DOB 1934-05-27 CUSTID 428543627          PDI RYERSON
DRUG: 26676   GLUCOPHAGE XR TABS          6063 500MG  | O/QTY   180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0002295634l7 / 2002-02-19 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
P/CMNT: CASE ID 11838521S
ORDER REVIEW: PJH 2002-02-15
FILLED: 00:03:00:BAB:2002-02-18:0180

1

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

THE FOLLOWING RESEARCHED ON 08-13-08
TRACKING #455627019

RX 0010851O3888-03 ISSUED 2001-03-20 BY R      SAM      DEA# BS543O020-      PHONE 708-841-1060 |   C
POS 000780629 9   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON      IL 000060419
      DEP# 01 NOAH      DOWNS      DOB 1934-05-27  CUST/ID 428543627      PDI RYERSON
      DRUG: 18016      ALPRAZOLAM  TABS      G3720 0.5MG | O/QTY  90 | O/RFLS  1 | A/RFLS 1
      | DAYS/S  90  PIRS (DOC/DT/SVR) 000207S2256 / 2001-04-02 / mcoh1f10  T/QTY 0180 Q/DISP 0090 FILL TYP F
      DIRECS: TAKE 1 TABLET AT BEDTIME
      FILLED: 00:03:00:LRB:2001-03-20-0090

RX 0010941140 5-17 ISSUED 2001-03-29 BY N F N      ST MARGARET MERCY ME  DEA# ZZ4567890      PHONE 708-841-1060 |  C
POS 000796285 4   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
      DEP# 01 NOAH      DOWNS      DOB 1934-05-27  CUST/ID 428543627      PDI RYERSON
      DRUG: 26676      GLUCOPHAGE XR TABS      6063 500MG  | O/QTY  60 | A/QTY   60 | O/RFLS  0 | A/RFLS  0
      | DAYS/S  30  PIRS (DOC/DT/SVR) 0002116S228 / 2001-04-13 / mcoh1f10  T/QTY 0060 Q/DISP 0060 FILL TYP
      DIRECS: TAKE 2 TABLETS DAILY AS DIRECTED
      ORDER REVIEW: KPN 2001-04-05
      FILLED: 00:03:00:TLB:2001-04-05-0060

RX 0011381561 5-03 ISSUED 2001-05-17 BY N F N      ST MARGARET MERCY ME  DEA# ZZ4567890      PHONE 708-841-1060 |  C
POS 000870837 3   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
      DEP# 01 NOAH      DOWNS      DOB 1934-05-27  CUST/ID 428543627      PDI RYERSON
      DRUG: 26676      GLUCOPHAGE XR TABS      6063 500MG  | O/QTY  180 | A/QTY  180 | O/RFLS  0 | A/RFLS  0
      | DAYS/S  90  PIRS (DOC/DT/SVR) 0002613929 / 2001-05-21 / mcoh1f10  T/QTY 0180 Q/DISP 0180 FILL TYP
      DIRECS: TAKE 2 TABLETS DAILY WITH MEAL AS DIRECTED
      P/CMNT: CASE ID 112871886
      ORDER REVIEW: MVG 2001-05-19
      FILLED: 00:03:00:SAM:2001-05-21-0180

RX 0012090587 5-03 ISSUED 2001-07-26 BY R E      SAM      DEA# BS5430020      PHONE 708-841-1060 |  C
POS 000985798 6   DOCTOR ADDRESS: 1021 E SIBLEY BLVD   DOLTON      IL 000060419
      DEP# 01 NOAH      DOWNS      DOB 1934-05-27  CUST/ID 428543627      PDI RYERSON
      DRUG: 26676      GLUCOPHAGE XR TABS      6063 500MG  | O/QTY  180 | O/RFLS  0 | A/RFLS  0
      | DAYS/S  90  PIRS (DOC/DT/SVR) 0002S274459 / 2001-08-03 / mcoh1f10  T/QTY 0180 Q/DISP 0180 FILL TYP
      DIRECS: TAKE 2 TABLETS DAILY WITH MEALS AS DIRECTED
      P/CMNT: CASE ID 114068077
      ORDER REVIEW: PJH 2001-07-30
      FILLED: 00:03:00:SP7:2001-08-03-0180

1

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

RX 001241743-03 ISSUED 2001-08-02 BY R E      SAM          DEA# BS5430020-      PHONE 708-841-1060 |   C
POS 000942392   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419
  DEF# 01 NOAH            DOWNS          DOB 1934-05-27 CUST/ID 428543627      PD1 RYERSON
  DRUG: 24727   VIOXX TABS              MRK110 25MG  | O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS   0
  |DAYS/S   90  PIRS (DOC/DT/SVR) 0002527723.5 / 2001-08-03 / mcoh1fi0  T/QTY 0090 Q/DISP 0090 FILL TYP F
DIRECS: TAKE 1 TABLET DAILY
P/CMNT: PRUD PRESC INTRCHG DRUG 080201, NPFD-PROD: ARTHROTEC 75 TABS EC 60'S(22878), PFD-PROD: VIOXX(24727), NPFD-RXNO: 0
" 0120905864 03, CONTACT: R E SAM
ORDER REVIEW: KAG 2001-08-02
FILLED: 00:03:00:SP7:2001-08-03:0090

RX 001302088875-17 ISSUED 2001-10-23 BY R E      SAM          DEA# BS5430020      PHONE 708-841-1060 |   C
POS 000141570   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419
  DEF# 01 NOAH            DOWNS          DOB 1934-05-27 CUST/ID 428543627      PD1 RYERSON
  DRUG: 26676   GLUCOPHAGE XR TABS       6063 500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
  |DAYS/S   90  PIRS (DOC/DT/SVR) 0100417629 / 2001-12-03 / mcoh1fi0  T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: ATN 2001-10-29
FILLED: 00:03:00:MS6:2001-11-05:0180

RX 00130208876-17 ISSUED 2001-10-23 BY R E      SAM          DEA# BS5430020      PHONE 708-841-1060 |   C
POS 000011823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419
  DEF# 01 NOAH            DOWNS          DOB 1934-05-27 CUST/ID 428543627      PD1 RYERSON
  DRUG: 24727   VIOXX TABS              MRK110 25MG  | O/QTY  180 | A/QTY   90 | O/RFLS   1 | A/RFLS   1
  |DAYS/S   90  PIRS (DOC/DT/SVR) 0000000000 / 0001-01-01 /        T/QTY 0000 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: ATN 2001-10-29
FILLED: 00:15:00:MLL:2001-11-05:0090  01:15:00:DMU:2002-04-03:0090

THE FOLLOWING RESEARCHED FOR DATES 11-01-2003 THRU 12-31-2004
REQUEST #36984

RX 0032760986 1-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY        DEA# BKG268406      PHONE 708-841-1060 |   C
POS 0006505672   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419
  DEF# 01 NOAH            DOWNS          DOB 1934-05-27 CUST/ID 428543627      PD1 RYERSON
  DRUG: 12017   PROMETHAZINE W/COD SYRUP   |O/QTY    6 | A/QTY    6 | O/RFLS   1 | A/RFLS   1
  |DAYS/S   15  PIRS (DOC/DT/SVR) 0000000000 / 0001-01-01 /        T/QTY 0000 Q/DISP 0006 FILL TYP
DIRECS: TAKE 1 TO 2 TEASPOONSFUL (5-10CC) EVERY 4 TO 6 HOURS AS NEEDED FOR COUGH
ORDER REVIEW: KJG 2003-10-06
FILLED: 00:03:00:JIM:2003-10-07:0006  01:03:00:JIM:2003-10-29:0006

2

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

RX 00327609862-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY           DEA# BK6268406 |    PHONE 708-841-1060 |   C
POS 0004809397   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON          IL 00006041 9       PDI RYERSON
DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 428543627
DRUG: 26676    GLUCOPHAGE XR TABS        6063 500MG   | O/QTY 180 | A/QTY 180 | O/RFLS 0 | A/RFLS 0
|DAYS/S   90   PIRS (DOC/DT/SVR) 0003963383 / 2003-10-07 / 231MG01  T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:ELR:2003-10-07:0180

RX 00327609863-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY           DEA# BK6268406 |    PHONE 708-841-1060 |   C
POS 0004809440   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON          IL 00006041 9       PDI RYERSON
DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 428543627
DRUG: 18964    GLUCOTROL XL TABS              5MG   | O/QTY 180 | A/QTY 180 | O/RFLS 0 | A/RFLS 0
|DAYS/S   90   PIRS (DOC/DT/SVR) 0003963385 / 2003-10-07 / 231MG01  T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:TM2:2003-10-06:0180

RX 00327609864-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY           DEA# BK6268406 |    PHONE 708-841-1060 |   C
POS 0004809475   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON          IL 00006041 9       PDI RYERSON
DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 428543627
DRUG: 28949    MOEXIPRIL HCL TABS        1717.5MG   | O/QTY 90 | A/QTY 90 | O/RFLS 0 | A/RFLS 0
|DAYS/S   90   PIRS (DOC/DT/SVR) 0003963387 / 2003-10-07 / 231MG01  T/QTY 0090 Q/DISP 0090 FILL.TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:KAH:2003-10-06:0090

RX 00336521363-03 ISSUED 2003-12-22 BY CRYSTAL    KELLY           DEA# BK6268406 |    PHONE 708-841-1060 |   C
POS 0004377823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON          IL 00006041 9       PDI RYERSON
DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 428543627
DRUG: 27998    METFORMIN HCL TAB   APO500MG/MET 500MG   | O/QTY 180 | A/QTY 180 | O/RFLS 0 | A/RFLS 0
|DAYS/S   90   PIRS (DOC/DT/SVR) 0004236/2607 / 2004-01-06 / 231MG01  T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 003652136-03 ISSUED 2003-12-22 BY CRYSTAL     KELLY          DEA# BK6268406       PHONE 708-841-1060 |   C
POS 000437884   DOCTOR ADDRESS: 1021 E SIBLEY BLVD DOLTON       IL 00006041
DEP# 01 NOAH           DOWNS            DOB 1934-05-27 CUSTID 428543627     PDI RYERSON
DRUG: 29424    GLIPIZIDE XL TABS          5MG     | O/QTY 180 | A/QTY   180 | O/RFLS   0 |
| DAYS/S   90   PIRS (DOC/DIT/SVR) 000423626607 / 2004-01-06 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

RX 003652136-03 ISSUED 2003-12-22 BY CRYSTAL     KELLY          DEA# BK6268406       PHONE 708-841-1060 |   C
POS 000437974   DOCTOR ADDRESS: 1021 E SIBLEY BLVD DOLTON       IL 00006041
DEP# 01 NOAH           DOWNS            DOB 1934-05-27 CUSTID 428543627     PDI RYERSON
DRUG: 28949    MOEXIPRIL HCL TABS        7.5MG    | O/QTY   90 | A/QTY    90 | O/RFLS   0 | A/RFLS   0
| DAYS/S   90   PIRS (DOC/DIT/SVR) 000423626605 / 2004-01-06 / 231MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:PC1:2004-01-05:0090

RX 003652136-03 ISSUED 2003-12-22 BY CRYSTAL     KELLY          DEA# BK6268406       PHONE 708-841-1060 |   C
POS 004378151   DOCTOR ADDRESS: 1021 E SIBLEY BLVD DOLTON       IL 00006041
DEP# 01 NOAH           DOWNS            DOB 1934-05-27 CUSTID 428543627     PDI RYERSON
DRUG: 24727    VIOXX TABS               25MG     | O/QTY   90 | A/QTY    90 | O/RFLS   0 | A/RFLS   0
| DAYS/S   90   PIRS (DOC/DIT/SVR) 000423626605 / 2004-01-06 / 231MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:JRR:2004-01-05:0090

RX 004072119-03 ISSUED 2004-04-01 BY N F N       ST MARGARET MERCY ME  DEA# ZZA567890    PHONE 708-841-1060 |   C
POS 000199027   DOCTOR ADDRESS: 901 E SIBLEY BLVD  SOUTH HOLLAND         IL 00006074
DEP# 01 NOAH           DOWNS            DOB 1934-05-27 CUSTID 207533538290   PDI RYERSON
DRUG: 22031    ZITHROMAX Z-PAK TABS 6'S   250MG   | O/QTY    1 | A/QTY    1 | O/RFLS   0 | A/RFLS   0
| DAYS/S   14   PIRS (DOC/DIT/SVR) 000466000517 / 2004-04-12 / 231MG01   T/QTY 0001 Q/DISP 0001 FILL TYP
DIRECS: TAKE 2 TABLETS NOW, THEN TAKE 1 TABLET EACH DAY
ORDER REVIEW: KA1 2004-04-08
FILLED: 00:03:00:IMF:2004-04-09:0001

4

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0040972196-03 ISSUED 2004-04-01 BY CRYSTAL      KELLY          DEA# BK8268460        PHONE 708-841-1060 |   C
POS 0001990029   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND      IL 00006074 3
           DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 2075335385290     PDI RYERSON
           DRUG: 12017   PROMETHAZINE W/COD SYRUP            | O/QTY   8 | A/QTY   8 | O/RFLS   0 | A/RFLS   0
           | DAYS/S   14   PIRS (DOC/DT/SVR) 0004660517 / 2004-04-12 / 231MG01   T/QTY 0008 Q/DISP 0008 FILL. TYP
DIRECS: TAKE 1 TO 2 TEASPOONFULS EVERY 4 HOURS AS NEEDED FOR COUGH
ORDER REVIEW: KA1 2004-04-08
FILLED: 00:03:00:STI:2004-04-09:0008

RX 0040972197-03 ISSUED 2004-04-01 BY N F N        ST MARGARET MERCY ME   DEA# ZZ4567890        PHONE 708-841-1060 |   C
POS 0004864374   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND      IL 00006074 3
           DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 2075335385290     PDI RYERSON
           DRUG: 28949   MOEXIPRIL HCL TABS          171 7.5MG  | O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS   0
           | DAYS/S   90   PIRS (DOC/DT/SVR) 0004650923 / 2004-04-12 / 231MG01   T/QTY 0090 Q/DISP 0090 FILL. TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:WDW:2004-04-09:0090

RX 0040972198-03 ISSUED 2004-04-01 BY N F N        ST MARGARET MERCY ME   DEA# ZZ4567890        PHONE 708-841-1060 |   C
POS 0004864740   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND      IL 00006074 3
           DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 2075335385290     PDI RYERSON
           DRUG: 19111   GLIPIZIDE TABS              GLP/5 5MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
           | DAYS/S   90   PIRS (DOC/DT/SVR) 0004650927 / 2004-04-12 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL. TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:FRM:2004-04-09:0180

RX 0040972199-03 ISSUED 2004-04-01 BY N F N        ST MARGARET MERCY ME   DEA# ZZ4567890        PHONE 708-841-1060 |   C
POS 0004865040   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND      IL 00006074 3
           DEP# 01 NOAH           DOWNS              DOB 1934-05-27  CUSTID 2075335385290     PDI RYERSON
           DRUG: 29475   METFORMIN ER TABS           6065  500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
           | DAYS/S   90   PIRS (DOC/DT/SVR) 0004650925 / 2004-04-12 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS EACH DAY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:TLG:2004-04-09:0180

5

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

RX 0042640295-03 ISSUED 2004-08-16 BY N F N      ST MARGARET MERCY ME DEA# ZZ4567890      PHONE 708-841-1060 |  C
POS 0005562984   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND     IL 0000060743        PD1 RYERSON
                 DEP# 01 NOAH I         DOWNS         DOB 1934-05-27  CUST/ID 2075335852290
DRUG: 29475   METFORMIN ER TABS    6065   500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
         | DAYS/S   90   PIRS (DOC/DTI/SVR) 0000000000000 / 0001-01-01 /    T/QTY 0180 Q/DISP 0180 FILL TYP F
DIRECS: TAKE 2 TABLETS DAILY
P/CMNT: NRX  PENDED RX#042370628503 ON 082504
ORDER REVIEW: CB3 2004-08-24
FILLED: 00:15:00:NDP:2004-09-21:0180

RX 0042640293 8-03 ISSUED 2004-08-16 BY N F N      ST MARGARET MERCY ME DEA# ZZ4567890      PHONE 708-841-1060 |  C
POS 0007884486   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND     IL 0000060743        PD1 RYERSON
                 DEP# 01 NOAH I         DOWNS         DOB 1934-05-27  CUST/ID 2075335852290
DRUG: 20070   UNIVASC TABS         7077.5MG  | O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS   0
         | DAYS/S   90   PIRS (DOC/DTI/SVR) 0000000000000 / 0001-01-01 /    T/QTY 0090 Q/DISP 0090 FILL TYP F
DIRECS: TAKE 1 TABLET DAILY
P/CMNT: NRX  PENDED RX#042370628403 ON 082504
ORDER REVIEW: CB3 2004-08-24
FILLED: 00:19:00:ECS:2004-09-24:0090

6

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

RX 0021750907-03 ISSUED 2002-06-19 BY N F N      ST MARGARET MERCY ME  DEA# ZZA567890      PHONE 708-841-1060 |  C
POS 0005033225   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON        IL 00060419
          DEP# 01 NOAH       DOWNS           DOB 1994-05-27  CUSTID 428543627        PDI RYERSON
          DRUG: 24727    VIOXX TABS             MRK110 25MG  | O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS   0
          |DAYS/S   90   PIRS (DOC/DT/SVR) 0002639523377 / 2002-06-25 / 231MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: VIJW 2002-06-24
FILLED: 00:15:00:FHO:2002-06-24:0090

RX 0021750908-03 ISSUED 2002-06-19 BY N F N      ST MARGARET MERCY ME  DEA# ZZA567890      PHONE 708-841-1060 |  C
POS 0005943224   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON        IL 00060419
          DEP# 01 NOAH       DOWNS           DOB 1994-05-27  CUSTID 428543627        PDI RYERSON
          DRUG: 26676    GLUCOPHAGE XR TABS     6063 500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
          |DAYS/S   90   PIRS (DOC/DT/SVR) 0002639523379 / 2002-06-25 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: VIJW 2002-06-24
FILLED: 00:03:00:JJP:2002-06-26:0180

RX 0023470692-03 ISSUED 2002-12-09 BY N F N      ST MARGARET MERCY ME  DEA# ZZA567890      PHONE 708-841-1060 |  C
POS 0008554942   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON        IL 00060419
          DEP# 01 NOAH       DOWNS           DOB 1994-05-27  CUSTID 428543627        PDI RYERSON
          DRUG: 26676    GLUCOPHAGE XR TABS     6063 500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
          |DAYS/S   90   PIRS (DOC/DT/SVR) 00307066878 / 2002-12-16 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: KP0 2002-12-13
FILLED: 00:15:00:MZZ:2002-12-13:0180

RX 0030701061-03 ISSUED 2003-03-05 BY CRYSTAL    KELLY          DEA# BK6268406      PHONE 708-841-1060 |  C
POS 0006222823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON        IL 00060419
          DEP# 01 NOAH       DOWNS           DOB 1994-05-27  CUSTID 428543627        PDI RYERSON
          DRUG: 26676    GLUCOPHAGE XR TABS     6063 500MG  | O/QTY  180 | A/QTY  180 | O/RFLS   0 | A/RFLS   0
          |DAYS/S   90   PIRS (DOC/DT/SVR) 00331924492 / 2003-03-13 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: RLB 2003-03-12
FILLED: 00:15:00:YJL:2003-03-12:0180

RX 0030701062-03 ISSUED 2003-03-05 BY CRYSTAL    KELLY          DEA# BK6268406      PHONE 708-841-1060 |  C
POS 0006222896   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON        IL 00060419
          DEP# 01 NOAH       DOWNS           DOB 1994-05-27  CUSTID 428543627        PDI RYERSON
          DRUG: 18964    GLUCOTROL XL TABS      5MG    | O/QTY  180 | O/RFLS   0 | A/RFLS   0
          |DAYS/S   90   PIRS (DOC/DT/SVR) 00331924454 / 2003-03-13 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: RLB 2003-03-12
FILLED: 00:15:00:RAM:2003-03-12:0180

2

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0030861T299-03 ISSUED 2003-03-19 BY CRYSTAL,     KELLY          DEA# BK6268406          PHONE 708-841-1060 |   C
POS 0009707818   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419          PDI RYERSON
      DEF# 01 NOAH          DOWNS          DOB 1934-05-27  CUST/ID 428543627
      DRUG: 20070   UNIVASC TABS          707.5MG  | O/QTY   90 | O/RFLS   1 | A/RFLS   1
      | DAY/S   90   PIRS (DOC/DT/SVR) 0000000000 / 0001-01-01 /     T/QTY 0000 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: MR3 2003-03-27
FILLED: 00:19:00:IXC:2003-03-28:0090  01:19:00:TWO:2003-06-18:0090

RX 0031820034-03 ISSUED 2003-06-26 BY CRYSTAL,     KELLY          DEA# BK6268406          PHONE 708-841-1060 |   C
POS 0005292264   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419          PDI RYERSON
      DEF# 01 NOAH          DOWNS          DOB 1934-05-27  CUST/ID 428543627
      DRUG: 26676   GLUCOPHAGE XR TABS          6063 500MG  | O/QTY   180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
      | DAY/S   90   PIRS (DOC/DT/SVR) 0003652T425 / 2003-07-03 / 231MG01  T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: LRB 2003-07-02
FILLED: 00:15:00:SEM:2003-07-04:0180

RX 0031820035-03 ISSUED 2003-06-26 BY CRYSTAL,     KELLY          DEA# BK6268406          PHONE 708-841-1060 |   C
POS 0005292306   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419          PDI RYERSON
      DEF# 01 NOAH          DOWNS          DOB 1934-05-27  CUST/ID 428543627
      DRUG: 18964   GLUCOTROL XL TABS          5MG  | O/QTY   180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
      | DAY/S   90   PIRS (DOC/DT/SVR) 0003652T427 / 2003-07-03 / 231MG01  T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: LRB 2003-07-02
FILLED: 00:15:00:MK4:2003-07-03:0180

RX 0031820036-03 ISSUED 2003-06-26 BY CRYSTAL,     KELLY          DEA# BK6268406          PHONE 708-841-1060 |   C
POS 0004385752   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 00060419          PDI RYERSON
      DEF# 01 NOAH          DOWNS          DOB 1934-05-27  CUST/ID 428543627
      DRUG: 19509   TUSSI-ORGANIDIN NR LIQ          | O/QTY   6 | A/QTY   6 | O/RFLS   0 | A/RFLS   0
      | DAY/S   14   PIRS (DOC/DT/SVR) 0003654913 / 2003-07-07 / 231MG01  T/QTY 0006 Q/DISP 0006 FILL TYP
DIRECS: TAKE 5-10 ML EVERY 4 HOURS AS NEEDED FOR COUGH
ORDER REVIEW: CV2 2003-07-02
FILLED: 00:03:00:STI:2003-07-03:0006

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 00327609861-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY         DEA# BK6268406     PHONE 708-841-1060 |   C
POS 0006505672    DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
DEP# 01 NOAH       DOWNS              DOB 1934-05-27 CUSTID 428543627       PDI RYERSON
     DRUG: 12017    PROMETHAZINE W/COD SYRUP          | O/QTY    6| A/QTY    6| O/RFLS   1| A/RFLS   1
     |DAYS/S   15    PRIS (DOC/DT/SVR) 0000000000 / 0001-01-01/        T/QTY 0000 Q/DISP 0006 FILL TYP
DIRECS: TAKE 1 TO 2 TEASPOONSFUL (5-10CC) EVERY 4 TO 6 HOURS AS NEEDED FOR COUGH
ORDER REVIEW: KIG 2003-10-06
FILLED: 00:03:00:JJM:2003-10-07:0006  01:03:00:JJM:2003-10-29:0006

RX 00327609862-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY         DEA# BK6268406     PHONE 708-841-1060 |   C
POS 0004809397    DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
DEP# 01 NOAH       DOWNS              DOB 1934-05-27 CUSTID 428543627       PDI RYERSON
     DRUG: 26676    GLUCOPHAGE XR TABS            6063 500MG | O/QTY 180| A/QTY   180| O/RFLS   0| A/RFLS   0
     |DAYS/S   90    PIRS (DOC/DT/SVR) 0003963383 / 2003-10-07/ 231MG01    T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:ELR:2003-10-07:0180

RX 00327609863-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY         DEA# BK6268406     PHONE 708-841-1060 |   C
POS 0004809440    DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
DEP# 01 NOAH       DOWNS              DOB 1934-05-27 CUSTID 428543627       PDI RYERSON
     DRUG: 18964    GLUCOTROL XL TABS            5MG   | O/QTY 180| A/QTY   180| O/RFLS   0| A/RFLS   0
     |DAYS/S   90    PIRS (DOC/DT/SVR) 0003963385 / 2003-10-07/ 231MG01    T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:TM2:2003-10-06:0180

RX 00327609864-03 ISSUED 2003-09-29 BY CRYSTAL    KELLY         DEA# BK6268406     PHONE 708-841-1060 |   C
POS 0004809475    DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON      IL 000060419
DEP# 01 NOAH       DOWNS              DOB 1934-05-27 CUSTID 428543627       PDI RYERSON
     DRUG: 28949    MOEXIPRIL HCL TABS          1717.5MG | O/QTY   90| A/QTY    90| O/RFLS   0| A/RFLS   0
     |DAYS/S   90    PIRS (DOC/DT/SVR) 0003963387 / 2003-10-07/ 231MG01    T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: MS4 2003-10-03
FILLED: 00:15:00:KAH:2003-10-06:0090

4

# MEDCO HEALTH SOLUTIONS
# PRESCRIPTION HISTORY

*medco*

RX 003652136303 ISSUED 2003-12-22 BY CRYSTAL     KELLY     DEA# BK6268406     PHONE 708-841-1060 | C
POS 0004377823   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 00006041 9
DEP# 01 NOAH        DOWNS       DOB 1934-05-27  CUSTID 428543627       PDI RYERSON
DRUG: 27998     METFORMIN HCL TAB  APO500/MET 500MG  | O/QTY 180 | A/QTY 180 | O/RFLS  0 | A/RFLS  0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0004236260 7 / 2004-01-06 / 23IMG01   T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

RX 003652136403 ISSUED 2003-12-22 BY CRYSTAL     KELLY     DEA# BK6268406     PHONE 708-841-1060 | C
POS 0004377884   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 00006041 9
DEP# 01 NOAH        DOWNS       DOB 1934-05-27  CUSTID 428543627       PDI RYERSON
DRUG: 29424     GLIPIZIDE XL TABS       5MG    | O/QTY 180 | A/QTY 180 | O/RFLS  0 | A/RFLS  0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0004236260 7 / 2004-01-06 / 23IMG01   T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:MPP:2004-01-05:0180

RX 003652136503 ISSUED 2003-12-22 BY CRYSTAL     KELLY     DEA# BK6268406     PHONE 708-841-1060 | C
POS 0004377974   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 00006041 9
DEP# 01 NOAH        DOWNS       DOB 1934-05-27  CUSTID 428543627       PDI RYERSON
DRUG: 28949     MOEXIPRIL HCL TABS     17.5MG  | O/QTY 90 | A/QTY 90 | O/RFLS  0 | A/RFLS  0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0004236260 5 / 2004-01-06 / 23IMG01   T/QTY 0090 Q/DISP 0090 FILL.TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:PC1:2004-01-05:0090

RX 003652136603 ISSUED 2003-12-22 BY CRYSTAL     KELLY     DEA# BK6268406     PHONE 708-841-1060 | C
POS 0004378151   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 00006041 9
DEP# 01 NOAH        DOWNS       DOB 1934-05-27  CUSTID 428543627       PDI RYERSON
DRUG: 24727     VIOXX TABS        MRK110  25MG   | O/QTY 90 | A/QTY 90 | O/RFLS  0 | A/RFLS  0
| DAYS/S   90   PIRS (DOC/DT/SVR) 0004236260 5 / 2004-01-06 / 23IMG01   T/QTY 0090 Q/DISP 0090 FILL.TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: KAV 2004-01-05
FILLED: 00:15:00:IRR:2004-01-05:0090

RX 004097211950 3 ISSUED 2004-04-01 BY N F N       ST MARGARET MERCY ME  DEA# ZZ4567890     PHONE 708-841-1060 | C
POS 0001999027   DOCTOR ADDRESS: 901 E SIBLEY BLVD  SOUTH HOLLAND      IL 00006074 3
DEP# 01 NOAH        DOWNS       DOB 1934-05-27  CUSTID 2075335290       PDI RYERSON
DRUG: 22031     ZITHROMAX Z-PAK TABS 6'S      250MG  | O/QTY 1 | O/RFLS  0 | A/RFLS  0
| DAYS/S   14   PIRS (DOC/DT/SVR) 0004600051 7 / 2004-04-12 / 23IMG01   T/QTY 0001 Q/DISP 0001 FILL.TYP
DIRECS: TAKE 2 TABLETS NOW, THEN TAKE 1 TABLET EACH DAY
ORDER REVIEW: KA1 2004-04-08
FILLED: 00:03:00:IMF:2004-04-09:0001

5

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 004097211196-03 ISSUED 2004-04-01 BY CRYSTAL   KELLY          DEA# BK8268460        PHONE 708-841-1060 |   C
POS 0001999029   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 0006060743
          DEP# 01 NOAH              DOWNS          DOB 1934-05-27   CUSTID 2075333585290   PDI RYERSON
          DRUG: 12017   PROMETHAZINE W/COD SYRUP          | O/QTY   8 | A/QTY   8 | O/RFLS   0 | A/RFLS   0
          | DAYS/S   14   PIRS (DOC/DT/SVR) 0004600517 / 2004-04-12 / 23IMG01   T/QTY 0008 Q/DISP 0008 FILL.TYP
DIRECS: TAKE 1 TO 2 TEASPOONFULS EVERY 4 HOURS AS NEEDED FOR COUGH
ORDER REVIEW: KA1 2004-04-08
FILLED: 00:03:00:ST12004-04-09:0008

RX 004097211197-03 ISSUED 2004-04-01 BY N F N     ST MARGARET MERCY ME DEA# ZZA567890        PHONE 708-841-1060 |   C
POS 0004864374   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 0006060743
          DEP# 01 NOAH              DOWNS          DOB 1934-05-27   CUSTID 2075333585290   PDI RYERSON
          DRUG: 28949   MOEXIPRIL HCL TABS          17 17.5MG   | O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS   0
          | DAYS/S   90   PIRS (DOC/DT/SVR) 0004650923 / 2004-04-12 / 23IMG01   T/QTY 0090 Q/DISP 0090 FILL.TYP
DIRECS: TAKE 1 TABLET DAILY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:WDW:2004-04-09:0090

RX 004097211198-03 ISSUED 2004-04-01 BY N F N     ST MARGARET MERCY ME DEA# ZZA567890        PHONE 708-841-1060 |   C
POS 0004864740   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 0006060743
          DEP# 01 NOAH              DOWNS          DOB 1934-05-27   CUSTID 2075333585290   PDI RYERSON
          DRUG: 19111   GLIPIZIDE TABS          GLP/5 5MG   | O/QTY   180 | A/QTY   180 | O/RFLS   0 | A/RFLS   0
          | DAYS/S   90   PIRS (DOC/DT/SVR) 0004650927 / 2004-04-12 / 23IMG01   T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:FRM:2004-04-09:0180

RX 004097211199-03 ISSUED 2004-04-01 BY N F N     ST MARGARET MERCY ME DEA# ZZA567890        PHONE 708-841-1060 |   C
POS 0004865040   DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 0006060743
          DEP# 01 NOAH              DOWNS          DOB 1934-05-27   CUSTID 2075333585290   PDI RYERSON
          DRUG: 29475   METFORMIN ER TABS          6065   500MG   | O/QTY   180 | O/RFLS   0 | A/RFLS   0
          | DAYS/S   90   PIRS (DOC/DT/SVR) 0004560925 / 2004-04-12 / 23IMG01   T/QTY 0180 Q/DISP 0180 FILL.TYP
DIRECS: TAKE 2 TABLETS EACH DAY
ORDER REVIEW: JML 2004-04-06
FILLED: 00:15:00:TLG:2004-04-09:0180

6

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0041972G263-03 ISSUED 2004-07-15 BY CRYSTAL    KELLY         DEA# BK6268406,     PHONE 708-841-1060 |  C
POS 0005309621   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 000060419          PDI RYERSON
                 DOWNS                DOB 1934-05-27  CUSTID 2075333585290
      DRUG: 28949   MOEXIPRIL HCL TABS        171 7.5MG  | O/QTY  90 | A/QTY   90 | O/RFLS  0 | A/RFLS   0
      | DAYS/S   90   PIRS (DOC/DIT/SVR) 00050319771 / 2004-07-21 / 231MG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 TABLET DAILY
P/CMNT: CASE ID 142210698
ORDER REVIEW: JLP 2004-07-19
FILLED: 00:15:00:FRM:2004-07-19:0090

RX 0041972G264-03 ISSUED 2004-07-15 BY CRYSTAL    KELLY         DEA# BK6268406,     PHONE 708-841-1060 |  C
POS 0005309677   DOCTOR ADDRESS: 1021 E SIBLEY BLVD  DOLTON       IL 000060419          PDI RYERSON
                 DOWNS                DOB 1934-05-27  CUSTID 2075333585290
      DRUG: 29475   METFORMIN ER TABS        6065  500MG  | O/QTY  180 | A/QTY   180 | O/RFLS  0 | A/RFLS   0
      | DAYS/S   90   PIRS (DOC/DIT/SVR) 00050319771 / 2004-07-21 / 231MG01   T/QTY 0180 Q/DISP 0180 FILL TYP
DIRECS: TAKE 2 TABLETS DAILY
P/CMNT: CASE ID 142210698
ORDER REVIEW: JLP 2004-07-19
FILLED: 00:15:00:RET:2004-07-19:0180

RX 0042370G283-03 ISSUED 2004-08-19 BY DONALD    PELINO        DEA# AP3704081,     PHONE 708-333-8020 |  C
POS 000610S308   DOCTOR ADDRESS: 901 E SIBLEY BLVD  SOUTH HOLLAND  IL 000060473          PDI RYERSON
                 DOWNS                DOB 1934-05-27  CUSTID 2075333585290
      DRUG: 12017   PROMETHAZINE W/COD SYRUP        | O/QTY  6 | A/QTY    6 | O/RFLS  0 | A/RFLS   0
      | DAYS/S   36   PIRS (DOC/DIT/SVR) 00051673579 / 2004-08-26 / 231MG01   T/QTY 0006 Q/DISP 0006 FILL TYP
DIRECS: TAKE 5 TO 10ML (1 TO 2 TEASPOONSFUL) EVERY 4 HOURS AS NEEDED FOR PAIN
ORDER REVIEW: PEB 2004-08-25
FILLED: 00:03:00:JTM:2004-08-26:0006

RX 0042371G2103-03 ISSUED 2004-08-19 BY CRYSTAL    KELLY         DEA# BK8268460,     PHONE 708-841-1060 |  C
POS 0006112885   DOCTOR ADDRESS: 901 E SIBLEY BLVD  SOUTH HOLLAND  IL 000060743          PDI RYERSON
                 DOWNS                DOB 1934-05-27  CUSTID 2075333585290
      DRUG: 28474   ZITHROMAX TRI-PAK TABS 3S ZTM 500MG | O/QTY   1 | A/QTY    1 | O/RFLS  0 | A/RFLS   0
      | DAYS/S   90   PIRS (DOC/DIT/SVR) 00051673579 / 2004-08-26 / 231MG01   T/QTY 0001 Q/DISP 0001 FILL TYP F
DIRECS: TAKE 1 TABLET DAILY FOR 3 DAYS
ORDER REVIEW: PEB 2004-08-25
FILLED: 00:03:00:IMF:2004-08-27:0001

7

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0042640295703 ISSUED 2004-08-16 BY N F N        ST MARGARET MERCY ME  DEA# ZZ4567890        PHONE 708-841-1060 |  C
POS 0001562984    DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 000060743         PDI RYERSON
        DEP# 01 NOAH            DOWNS            DOB 1934-05-27  CUSTID 20753358529O
        DRUG: 29475   METFORMIN ER TABS      6065   500MG  |O/QTY  180 | A/QTY   180 | O/RFLS   0 | A/RFLS  0
        | DAYS/S   90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /        T/QTY 0180 Q/DISP 0180 FILL. TYP F
DIRECS: TAKE 2 TABLETS DAILY
P/CMNT: NRX  PENDED RX#0423706285 03 ON 082504
ORDER REVIEW: CB3 2004-08-24
FILLED: 00:15:00:NDP:2004-09-21:0180

RX 0042640295803 ISSUED 2004-08-16 BY N F N        ST MARGARET MERCY ME  DEA# ZZ4567890        PHONE 708-841-1060 |  C
POS 0007884486    DOCTOR ADDRESS: 901 E SIBLEY BLVD   SOUTH HOLLAND        IL 000060743         PDI RYERSON
        DEP# 01 NOAH            DOWNS            DOB 1934-05-27  CUSTID 20753358529O
        DRUG: 20070   UNIVASC TABS           707 7.5MG  |O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS  0
        | DAYS/S   90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /        T/QTY 0090 Q/DISP 0090 FILL. TYP F
DIRECS: TAKE 1 TABLET DAILY
P/CMNT: NRX  PENDED RX#0423706284 03 ON 082504
ORDER REVIEW: CB3 2004-08-24
FILLED: 00:19:00:ECS:2004-09-24:0090

RX 0050831317703 ISSUED 2005-02-25 BY AKHTAR       PARVALZ              DEA# ZZ4567890        PHONE 773-933-0700 |  C
POS 0000868643    DOCTOR ADDRESS: 9011 S COMMERCIAL AV CHICAGO           IL 000060617         PDI RYERSON
        DEP# 01 NOAH            DOWNS            DOB 1934-05-27  CUSTID 20753358529O
        DRUG: 24763   AVANDIA TABS           SB44 4MG   |O/QTY  180 | A/QTY   180 | O/RFLS   0 | A/RFLS  0
        | DAYS/S   90   PIRS (DOC/DT/SVR) 000603887O7 / 2005-04-05 /231MG01   T/QTY 0180 Q/DISP 0180 FILL. TYP
DIRECS: TAKE 1 TABLET TWICE A DAY
ORDER REVIEW: JCG 2005-03-24
FILLED: 00:15:00:RET:2005-03-31:0180

RX 0050831317803 ISSUED 2005-02-25 BY AKHTAR       PARVALZ              DEA# ZZ4567890        PHONE 773-933-0700 |  C
POS 0000868843    DOCTOR ADDRESS: 9011 S COMMERCIAL AV CHICAGO           IL 000060617         PDI RYERSON
        DEP# 01 NOAH            DOWNS            DOB 1934-05-27  CUSTID 20753358529O
        DRUG: 19111   GLIPIZIDE TABS         APO/GLP5 5MG   |O/QTY   90 | A/QTY   90 | O/RFLS   0 | A/RFLS  0
        | DAYS/S   90   PIRS (DOC/DT/SVR) 000603887O7 / 2005-04-05 /231MG01   T/QTY 0090 Q/DISP 0090 FILL. TYP
DIRECS: TAKE 1 TABLET IN THE MORNING
ORDER REVIEW: JCG 2005-03-24
FILLED: 00:15:00:JGR:2005-03-31:0090

8

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

*medco*

RX 0050831131179-03 ISSUED 2005-02-25 BY AKHTAR    PARVALZ        DEA# ZZA567890    PHONE 773-933-0700 |   C
POS 0000868934    DOCTOR ADDRESS: 9011 S COMMERCIAL AV CHICAGO        IL 000060617
         DEP# 01 NOAH        DOWNS            DOB 1934-05-27  CUST/ID 2075335S5290      PDI RYERSON
    DRUG: 19305    TRIAMTERENE/HCTZ CAP   GG606 37.5/25 | O/QTY   90 | A/QTY    90 | O/RFLS   0 | A/RFLS   0
    | DAYS/S   90   PIRS (DOC/DT/SVR) 00060388707 / 2005-04-05 / 23IMG01   T/QTY 0090 Q/DISP 0090 FILL TYP
DIRECS: TAKE 1 CAPSULE EVERY MORNING
ORDER REVIEW: ICG 2005-03-24
FILLED: 00:15:00:ASG:2005-03-31:0090

9