IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 05-1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| Manuel Gutierrez and Mariluz Gutierrez, no. 06-6997; Margarita Otero Camacho, 06-6997; Francisco Infante Pena, no. 06-6999; Filomena Leguisamon, no. 06-6999; and, Maria Pion Baez, no. 06-6999 | MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion for Entry of an Order Withdrawing its *Forum Non Conveniens* Motion for an Order to Show Cause as it Relates to Certain Plaintiffs,

**IT IS ORDERED** that the Motion for an Order to Show Cause, R. Doc. 14455, be and it hereby is deemed withdrawn as it relates to Plaintiffs Manuel Gutierrez, Mariluz Gutierrez, Margarita Otero Camacho, Francisco Infante Pena, Filomena Leguisamon, and Maria Pion Baez.

NEW ORLEANS, LOUISIANA, this 12th day of September, 2008.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

944246v.1