UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *    MDL No. 1657 <br> * |
|     David Agard et al. v. Merck & Co., Inc., 2:05-CV-1089, | *    SECTION L <br> * |
| | *    JUDGE ELDON E. FALLON |
|     Glenn L. Dier et al. v. Merck & Co., Inc., 2:05-CV-1088, | * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES |
|     Adnan Aljibory et al. v. Merck & Co., Inc., 2:05-CV-1090, | * <br> * <br> * |
|     Rosemary Holobosky et al. v. Merck & Co., Inc., 2:05-CV-1091, | * <br> * <br> * |
|     Marjorie Connolly et al. v. Merck & Co., Inc., 2:06-CV-2708, | * <br> * <br> * |
|     Richard Core v. Merck & Co., Inc., 2:05-CV-2583, | * <br> * <br> * |
|     Carlo Devincentiis et al. v. Merck & Co., Inc., 2:05-CV-2297, | * <br> * <br> * |
|     Kathleen Hoffner et al. v. Merck & Co., Inc., 2:06-CV-2238, | * <br> * <br> * |
|     & | * <br> * |
|     Robert D. Gates et al. v. Merck & Co., Inc., 2:05-CV-6221. | * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

945076v.1

## MOTION FOR LEAVE TO FILE DEFENDANT MERCK & CO., INC.'S CORRECTED OPPOSITION TO PLAINTIFFS' MOTION FOR THE COURT'S RESIGNATION AS CHIEF ADMINISTRATOR OF THE MASTER SETTLEMENT AGREEMENT, ETC.

Defendant Merck & Co., Inc. hereby move for leave to file its Corrected Opposition to Plaintiffs' Motion for the Court's Resignations as Chief Administrator of the Master Settlement Agreement, Etc. The original opposition, R. Doc. 15903, was filed September 15, 2008 and contained certain errors. The corrected opposition corrects those errors and accurately states Merck's position.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

945076v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

2

945076v.1