UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | |
| This Document Relates to: | MDL No. 1657 |
|     David Agard et al. v. Merck & Co., Inc., 2:05-CV-1089, | SECTION L |
|     Glenn L. Dier et al. v. Merck & Co., Inc., 2:05-CV-1088, | JUDGE ELDON E. FALLON |
|     Adnan Aljibory et al. v. Merck & Co., Inc., 2:05-CV-1090, | MAGISTRATE JUDGE KNOWLES |
|     Rosemary Holobosky et al. v. Merck & Co., Inc., 2:05-CV-1091, | |
|     Marjorie Connolly et al. v. Merck & Co., Inc., 2:06-CV-2708, | |
|     Richard Core v. Merck & Co., Inc., 2:05-CV-2583, | |
|     Carlo Devincentiis et al. v. Merck & Co., Inc., 2:05-CV-2297, | |
|     Kathleen Hoffner et al. v. Merck & Co., Inc., 2:06-CV-2238, | |
|     & | |
|     Robert D. Gates et al. v. Merck & Co., Inc., 2:05-CV-6221. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

945077v.1

## **ORDER**

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Corrected Opposition to Plaintiffs' Motion for the Court's Resignations as Chief Administrator of the Master Settlement Agreement, Etc.,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted leave to file its Corrected Opposition to Plaintiffs' Motion for the Court's Resignations as Chief Administrator of the Master Settlement Agreement, Etc.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

945077v.1