

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 07-31161

---

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------

DAVID AGARD, et ux; EDWARD HENDERSON, et ux; RONALD R
O'CONNOR, et ux

                    Plaintiffs - Appellants


        v.

MERCK & CO INC, a foreign corporation

                    Defendant - Appellee

-----------------------------------------------------------

RICHARD F CORE

                    Plaintiff - Appellant

        v.

MERCK & CO INC, a foreign corporation

                    Defendant - Appellee

-----------------------------------------------------------

ROBERT D GATES

                    Plaintiff - Appellant

        v.

MERCK & CO INC, a foreign corporation

                    Defendant - Appellee

M011E05742

```
----------------------
```
Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
```
----------------------
```

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeals for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the motion of the Plaintiffs' Steering Committee to become a party to the appeal is MOOT.

IT IS FURTHER ORDERED that the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief is MOOT.

MOT-21

M011E05743