UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| **PRODUCT LIABILITY** | ) | SECTION L |
| **LITIGATION** | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| This document relates to: | ) | MAGISTRATE JUDGE |
| *James Lofendo* | ) | |
| *VCN 1112312* | ) | KNOWLES |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW COUNSEL'S
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES the law firm of FICHERA & MILLER, Counsel of record for the plaintiff, James Lofendo, moves this Court for an order granting leave to Withdraw its Motion to Withdraw as Counsel of Record in the above-captioned case/claim. In support of said motion, the undersigned states as follows:

1. That on September 12, 2008, the law firm of FICHERA & MILLER filed a Motion to Withdraw as Counsel of Record in the above-captioned matter

2. That since that time, plaintiff's counsel has discovered evidence that it believes will support plaintiff's claim.

For these reasons, Fichera & Miller urges the Court to grant their Motion to Withdraw its Motion to Withdraw as Counsel of Record.

Respectfully submitted this 16th Day of September, 2008

/s/ Dominic R. Fichera
Dominic R. Fichera
*Attorney for Plaintiff*

**FICHERA & MILLER**
415 N. LaSalle Street, Suite 301
Chicago, IL 60654

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established n MDL 1657 on this the 16th day of September, 2008,

/s/ Dominic R. Fichera
**FICHERA & MILLER**
*Attorney for Plaintiff*

415 N. LaSalle Street, Suite 301
Chicago, IL 60654