UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

........................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-2140          Plaintiff: <u>Juanita T. Garrette, deceased</u>

........................................................................

### JACK MODESETT AND DOUGLAS A. ALLISON'S
### MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Jack Modesett, III, and Douglas A. Allison ask this court to allow them to withdraw as attorneys for Plaintiff in this case.

### INTRODUCTION

1.   Plaintiffs are CHARLES RAY GARRETT, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUANITA T. GARRETTE, DECEASED, AND CHARLITA A. GARRETTE.  Defendants are MERCK & CO., INC.; AMERISOURCEBERGEN CORPORATION; and JADRANKO CORAK, M.D.

2.   On or about September 25, 2006, Plaintiff sued Defendants for medical malpractice, negligence, gross negligence, breach of warranty, strict products liability, misrepresentation, and fraud in the 98th District Court of Travis County, Texas.

1

**ARGUMENT AND AUTHORITIES**

3. There is good cause for this court to grant this motion to withdraw. More specifically, Plaintiff's counsels (hereinafter referred to as "Movants") have recommended the Settlement Agreement to Plaintiff. Plaintiff, however, has elected not to participate in said Settlement Agreement. In accordance with the terms of the Settlement Agreement, as well as the Rules of Ethics which governs Plaintiff's counsel in this regard, it is no longer feasible for Plaintiff's counsels to continue representation of Plaintiff in connection with this lawsuit.

4. Movants have attempted to contact their client via correspondence and telephone regarding the requirements of Movants to withdraw as attorneys of record. These efforts to contact and communicate with client have been unsuccessful since Plaintiff, Charles Ray Garrett, informed counsel he did not wish to participate in the Settlement Program. A copy of all correspondence attempting contact with Plaintiff is attached hereto as Exhibit 1. Additionally, we are attaching an Attorney Affidavit signed by counsel for Plaintiff outlining our attempts to contact our client, as well as counsel's conversation with Plaintiff regarding the Settlement Program and Plaintiff, Charles Ray Garrett's, refusal to submit to same. Movants have no alternative but to ask this Court to allow them to withdraw as counsel of record.

5. Movants have delivered a copy of this motion to Plaintiff by both certified mail and regular mail.

6. Plaintiff's last known address and telephone numbers are 6506 Greensboro Drive, Austin, Texas 78723; 512-220-1803(respectively).

7. There are no known settings and no known deadlines pending in this case.

8. This withdrawal will not delay these proceedings or unfairly prejudice Plaintiff, or any party to this suit.

## CONCLUSION

9. For the reasons set forth above, Movants, Jack Modesett and Douglas A. Allison, ask this court to grant their motion to withdraw as attorneys for Plaintiff.

Respectfully submitted,

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 16th day of September, 2008.

/s/ Jack Modesett, III
Jack Modesett, III