UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : | MDL Docket No. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br>Civil Action No: 07-2140 | | Plaintiff: <u>Juanita T. Garrette, deceased</u> |

............................................................

### AFFIDAVIT OF JACK MODESETT, III

On this day, Jack Modesett, III, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1. "My name is Jack Modesett, III. I am competent to make this affidavit. I am an attorney licensed by the State Bar of Texas and admitted to practice in this Court. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On February 14, 2008, my office spoke with Plaintiff, Charles Ray Garrett, via telephone regarding the terms of the Vioxx Settlement Agreement in place in this matter. It was his decision at that time that he would not participate in the Settlement Program. We forwarded to Plaintiff a letter confirming his unwillingness to participate, along with a Motion to Withdraw as Counsel; however, said communication was never returned by our client. In addition, we again contacted Mr. Garrett on July 1, 2008, informing him that July 1, 2008, was the deadline to enroll him in the Settlement Program should he choose to do so and because we have not received back from him the agreement to have our offices withdraw as his counsel. Again, Mr. Garrett stated he did not wish to participate in the Settlement Program and would be proceeding pro se. We again forwarded withdrawal papers, along with a copy of Pretrial order No. 36, on July 14, 2008, asking that he complete the withdrawal papers and return to us. As of this date, said withdrawal papers have not been returned and attempts to contact Mr. Garrett regarding same have proven unsuccessful.

3. It has become virtually impossible to communicate with our client, Charles Ray Garrett, and therefore counsel requests the Court's intervention to allow counsel to withdraw from representing Plaintiff in this matter.

Further, affiant sayeth naught."

_____
Jack Modesett, III

SWORN TO AND SUBSCRIBED before me by Jack Modesett, III, on August 10, 2008.



_____
Notary Public in and for the State of Texas