# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | |
|---|---|---|
| **Name** | Last: Locklar | First: Benjamin   Middle: L. |
| **Name of Law Firm** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | |
| **Current Address** | Street: 234 Commerce Street | |
| | City: Montgomery   State: AL   Zip: 36104   Country: USA | |
| **Telephone Number** | 334-269-2343   **Facsimile** 334-954-7555   **Email** ben.locklar@beasleyallen.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | |
|---|---|
| **Plaintiff Name** | Last: Ashbaugh   First: Paul   Middle: Kurt |
| **Plaintiff Address** | Street: 5522 County Road 516 |
| | City: Huntsville   State: AR   Zip: 72740   Country: USA |
| **Telephone Number** | 417-440-0668   **Facsimile** NONE   **Email** NONE |
| **Case Caption** | Paul Kurt Ashbaugh, et al. v. Merck & Co. Inc. |
| **Case Number** | 05-4150 |
| **Court Where Case is Pending** | U.S. District Court of the Eastern District of Louisiana MDL - 1657 |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
Check here if Plaintiff failed to provide an alternative contact. ___

| | |
|---|---|
| **Name** | Last: Reece   First: Brandon   Middle: |
| **Address** | Street: 2252 Downing Street |
| | City: Oklahoma City   State: OK   Zip: 73120   Country: USA |
| **Telephone Number** | 405-843-2488   **Facsimile** NONE   **Email** NONE |
| **Relationship to Plaintiff** | [X] Friend  [X] Relative (specify relationship: Close Family Friend ) |

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on _9_ / _9_ / _08_ . (Record Docket No. _15798_ )
     Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 9 / 16 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar Counsel |

#343319

2