**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| ***Baxter, B.J. v. Merck & Co., Inc., Inc.; Docket No. 2:06-cv-06440*** | * * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Johanne Whatley in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of September, 2008.

Eldon E Fallon

DISTRICT JUDGE