UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX

MDL Docket No. 1657
(2:06- 01529-EEF-DEK)

PRODUCTS LIABILITY LITIGATION

SECTION L

ORDER OF COURT

Filed on Behalf of Plaintiff Drew Schuckman

JUDGE FALLON

MAG JUDGE KNOWLES

ORDER OF COURT

AND NOW, THIS ___15th___ day of ___September___, 2008, upon review of Plaintiffs Motion, the same is granted. Plaintiff Drew Schuckman is granted an extension of time to November 12, 2008 to comply with the Requirements of Pre-Trial Order 28. New Orleans Louisiana

BY THE COURT

_Eldon E. Fallon_