UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*  \*

**THIS DOCUMENT RELATES TO:** *Occhipinto v. Merck & Co., Inc.,* **No. 05-5364**

## ORDER

Upon review and consideration of Plaintiff's Motion to Vacate or Modify the Pre-Trial Order No. 28, and to Extend Time to Submit Expert Certificate of Causation, the Court makes the following Finds and Order,

IT IS SO ORDERED that Plaintiff Occhipinto is granted an extension of time to comply with the requirements of Pre-Trial Order ("PTO") No. 28 (II)(B)(8) and (C) for submitting an expert statement on specific causation, from the current July 1, 2008, and August 1, 2008 deadlines to and including September 30, 2008, and October 31, 2008, respectively.

Dated: September 15th 2008
       New Orleans Louisiana

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE