UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis-Rosario, et al.* | * | |
| *v. Merck & Co., Inc., No. 2:05-cv-6234* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| **Only regarding plaintiffs** | * | |
| **indentified herein** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION CLARIFYING NAMES OF CERTAIN PLAINTIFFS**

By agreement between the parties, the following sets forth the correct names and causes of action of certain individuals in the instant case.

1. Nilda Bravo Rivera a/k/a Nilda Bravo a/k/a Nilda G. Bravo-Rivera, was improperly identified as Milda Bravo in the complaint.

2. Gilberto Cruz Carmona, is the derivative plaintiff of Aida Carmona-Martinez, deceased, only, and does not assert an independent cause of action against Merck & Co., Inc. ("Merck").

3. Rafael Correa a/k/a Rafael Correa-Santos, is the same individual.

4. Maria Cruz-Diaz a/k/a Maria A. Cruz-Diaz, a/k/a Maria A. Cruz, is the same individual.

5. Carlos Franco a/k/a Carlos Luis Franco-Villagone, is the same individual.

6. Sandra Hernandez-Ramos was improperly identified as Her Hernandez in the complaint.

945187v.1

7. Maria Addarich Malaveis the derivative plaintiff of Ana L. Malave-Ubides, a/k/a Ana Malave Ubides, only, and does not assert an independent cause of action against Merck.

8. Hilda Oquendo-Jacome a/k/a Hilda Oquendo a/k/a Hilda L. Oquendo-Jacome is the same individual.

9. Brenda Ortiz-Maldonado was improperly identified as Glenda Ortiz in the complaint.

10. Auria Padilla-Cordova a/ka Auria Padilla was improperly identified as Aura Padilla in the complaint.

11. Emilio Ramon a/k/a Ramon Moran-Serrano a/k/a Ramon Emilio Moran-Serrano a/k/a Roman E. Moran-Serrano, is the same individual.

12. Ana Ramos a/k/a Ana Ramos-Velez a/k/a Ana M. Ramos-Velez, is the same individual.

13. Carmen Rijos, a/k/a Carmen Rijos-Kulian was improperly identified as Carmen Rigo in the complaint.

14. Daisy Rivera-Rodriguez, a/k/a Daisy Rivera, is the same individual.

15. Evelyn Rivera a/k/a Evelyn Rivera-Torres, is the same individual.

16. Zulina Moreno-Sepulveda a/k/a Zulina Moreno is the derivative plaintiff, only, of Juan Rivera-Bula, and does not assert an independent cause of action against Merck.

17. Monserrate Rodriguez-Oliveras a/k/a Monserrate Rodriguez, (incorrectly referred to as Monserrat Rodriguez in the complaint) is the same individual.

18. Angel Fontanez Sanchez is the derivative plaintiff of Carmen Sanchez-Torres, deceased; only, and does not assert an independent cause of action against Merck.

19. Mario Santiago, improperly identified as Mario Satiago in the complaint, is the derivative plaintiff of Gloria Rivera-de-Jesus a/k/a/ Gloria M. Rivera a/k/a Gloria M. Rivera de Jesus, only, and does not assert an independent cause of action against Merck.

20. Hermenegilda Trinidad-Fernandez a/k/a Hermenegilda Trinidad, was improperly identified as Emerhild Trinidad in the complaint.

21. Jose Rafael Soler and Jose Rafael Soler are two separate individuals who are both derivative plaintiffs of Edna Rosario Roa, and neither asserts any independent cause of action against Merck.

Respectfully submitted,

| THE LAMB FIRM, L.L.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: */s/ Archie C. Lamb, Jr*<br>Archie C. Lamb, Jr.<br>2900 First Avenue South<br>Birmingham, AL  35233<br>Phone:  205-324-4644<br><br>*Counsel for Plaintiffs* | By: */s/ Dorothy H. Wimberly*<br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>546 Carondelet St.<br>New Orleans, LA  70130<br>Phone:  504-581-3200<br>*Counsel for Defendant Merck & Co., Inc.* |

945187v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Clarifying Names of Certain Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of September, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

945187v.1