**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Karen Olson, as Personal Representative of Melvin Olson, Melvin Olson, Individually, and Pauline Olson, Wife v. Merck & Co. Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Edward M. Scolnick, M.D., Civ. No. A. No. 05-5388*<br><br>**Only with regard to:**<br><br>**Pauline Olson** | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AS TO PLAINTIFF PAULINE OLSON, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Pauline Olson against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Arnold Levin
Michael Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: 9-4-08

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 9/18/08


_____
Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

_____
Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____


_____
William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: 9-9-08

_____
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

_(signature)_
Arnold Levin
Michael Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: 9-4-08

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

---

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

---

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

_(signature)_
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: 9/9/08

*[signature]*

Arnold Levin
Michael Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: 9-4-08

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

*[signature]*

Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: 9/14/08

*[signature]*

Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2