**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Richard F. Kahler and Mary L. Kahler, h/w v. Merck & Co. Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., Edward M. Scolnick, M.D., Civ. No. A. No. 06-4194*<br><br>**Only with regard to:**<br><br>**Mary L. Kahler** | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AS TO PLAINTIFF MARY L. KAHLER, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Mary L. Kahler against defendants Merck & Co., Inc., Peter S. Kim, Louis M. Sherwood, David W. Anstice and Edward M. Scolnick be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____  
Arnold Levin  
Michael Weinkowitz  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
(215) 592-1500  

*Counsel for Plaintiffs*  
Dated: 9-4-08

_____  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200  

*Counsel for Defendant Merck & Co., Inc*  
Dated: 9/18/08


_____  
Fred T. Magaziner  
Dechert LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104  
(215) 994-4000  

*Counsel for Defendant Peter S. Kim*

Dated: _____

_____  
Mark. A Berman  
Hartmann Doherty Rosa & Berman, LLC  
126 State Street  
Hackensack, NJ 07601  
(201) 441-9435  

*Counsel for Defendant Louis M. Sherwood*

Dated: _____


_____  
William J. Winning  
Cozen O'Connor  
1900 Market Street  
Philadelphia, PA 19103  
(215) 665-2093  

*Counsel for Defendant David W. Anstice*

Dated: 9-9-08

_____  
William H. Gussman, Jr.  
Schulte, Roth, & Zabel LLP  
919 Third Avenue  
New York, NY 10022  
(212) 756-2000  

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

_____
Arnold Levin
Michael Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: 9-4-08

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

_____
Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: _____

_____
Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

_____
William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

_____
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: 9/9/08

_____
Arnold Levin
Michael Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

*Counsel for Plaintiffs*

Dated: 9-4-08

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

_____
Fred T. Magaziner
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for Defendant Peter S. Kim*

Dated: 9/17/08

_____
Mark. A Berman
Hartmann Doherty Rosa & Berman, LLC
126 State Street
Hackensack, NJ 07601
(201) 441-9435

*Counsel for Defendant Louis M. Sherwood*

Dated: _____

_____
William J. Winning
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2093

*Counsel for Defendant David W. Anstice*

Dated: _____

_____
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

826474v.2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of September, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel