UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:    ALL CASES**

## ORDER

The Court is currently in receipt of several motions for orders to show cause. *See, e.g.*, Rec. Doc. 15857. The Court directs liaison counsel to place this issue on the agenda to be addressed at the next monthly status conference, which is currently scheduled for Tuesday, September 23, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 15th day of September, 2008.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1