FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP -8  PM 3: 36

LORETTA G. WHYTE
CLERK

Rhett Lunceford (7926)
SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation
5295 South Commerce Drive, Suite 200
Murray, Utah  84107
Telephone:  (801) 747-0647
Facsimile:  (801) 747-1049

Attorneys for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| In re:  VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>STIPULATION OF DISMISSAL WITH<br>PREJUDICE | MDL Docket No. 1657<br>2:07-cv-00739-EEF-DEK<br>SECTION L<br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, L. Kim Hanson, by and through his counsel of record, Rhett G.

Lunceford, and the law firm Smart, Schofield, Shorter & Lunceford, with a Stipulation of

Dismissal with Prejudice

Pursuant to Enrolling in the November 9, 2007 Settlement Agreement (see attached)

Plaintiff is submitting this stipulation for dismissal with prejudice in order to comply with the

enrollment form-second amendment and settlement agreement.

In addition, Plaintiff is in the process of sending the other release of claims, and release

of protected healthcare information to the Claims Administrator.  Plaintiff or his counsel will be

____ Fee _____
____ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
____ Doc. No. _____

readily available to sign any additional documents that either this Court or the Claims

Administrator may need.

## CONCLUSION

Plaintiff believes that he has met the necessary burden in following the enrollment

process for the Settlement Agreement and as such asks that the Court dismiss his claim with

prejudice as required by aforementioned Agreement.

DATED THIS 5th day of September, 2008.

SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation

RHETT G. LUNCEFORD
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2008, I caused to be served a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice via US Mail postage paid, addressed to:

Susan Giamportone
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
2530 Meridian Parkway
Suite 400
Durham, NC 27713

Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

Clerk of Court
US District Court
500 Poydras St.
New Orleans, LA 70130