U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 1 5 2008

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

08-30802

MD 05-1657-L

AVMED INC; AETNA INC; ARKANSAS BLUE CROSS AND BLUE SHIELD, A Mutual Insurance Company; HMO PARTNERS INC, doing business as Health Advantage; USABLE LIFE; ET AL

Plaintiffs - Appellants

v.

BROWNGREER PLC; US BANCORP INC; UNIDENTIFIED PARTIES

Defendants - Appellees

U.S. COURT OF APPEALS
FILED
SEP 11 2008
CHARLES R. FULBRUGE III
CLERK

------------------------
Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
2:05-MD-1657
2:08-CV-1633
------------------------

O R D E R :

The Court understands that the record in this case consists of the documents associated with more than 15000 docket entries and is therefore extraordinarily voluminous. Our understanding is also that many of these documents pertain to other cases that have been consolidated together with 2:05-MD-1657, but that are not a part of this appeal. We are concerned that transporting and working with a record of this enormity would delay an expedient resolution of this appeal.

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Therefore, we direct the parties to assist the court by designating those portions of the record that are relevant to the pending appeal. The parties should file with the Fifth Circuit clerk's office a designation of documents to be included in the record that the district court will then compile and transmit to us. The designation should identify each document to be included by the district court's case number and docket number. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents that the plaintiffs believe should be included but that the defendants do not agree to, the plaintiffs may file a supplemental designation, and vice versa. The parties are directed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but no later than 15 days from the date of this order.

JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By Deputy
New Orleans, Louisiana   9/11/08

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 11, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 08-30802 In Re: Vioxx Prod
     USDC No.  2:08-CV-1633
               2:05-MD-1657
```

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

Mr Richard W Cohen
Mr Mark D Fischer
Mr Joseph Samuel Grinstein
Mr Neal Stuart Manne
Ms Alexandra Giselle White
Mr James B Irwin
Ms Loretta Whyte, Clerk

MOT-2