```
                                            FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2008 SEP 16 PM 4: 12

                                          LORETTA G. WHYTE
                                               CLERK
```

Rhett Lunceford (7926)
SMART, SCHOFIELD, SHORTER & LUNCEFORD
A Professional Corporation
5295 South Commerce Drive, Suite 200
Murray, Utah 84107
Telephone: (801) 747-0647
Facsimile: (801) 747-1049

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>STIPULATION OF DISMISSAL WITH PREJUDICE | MDL Docket No. 1657<br>2:07-cv-00739-EEF-DEK<br>SECTION L<br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

BASED UPON THE Stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter as to L. Kim Hanson is dismissed with prejudice.

DATED THIS 15th day of September, 2008.

BY THE COURT

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2008, I caused to be served a true and correct copy of the foregoing Order of Dismissal with Prejudice via US Mail postage paid, addressed to:

Susan Giamportone
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
2530 Meridian Parkway
Suite 400
Durham, NC 27713

Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

Clerk of Court
US District Court
500 Poydras St.
New Orleans, LA 70130

*[signature]*