UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   ALL CASES

## ORDER

The Court is in receipt of the attached letter inquiring into the claims valuation process. Liaison counsel is directed to place this issue on the monthly agenda to be addressed at the next monthly status conference, which is scheduled for Tuesday, September 23, 2008, at 9:00 a.m.

New Orleans, Louisiana, this 15th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

1

# Stratton Faxon
Connecticut's Firm for Trial Law

September 12, 2008

Hon. Edson E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, LA  70130

Re: Denise Whittaker, et al v. Merck & Co., Inc.
    Joni Barnett, et al. v. Merck & Co., Inc.
    Edith Sokoloff, et al v. Merck & Co., Inc.
    Celina Boyer, et al v. Merck & Co., Inc.
    Marianne Chambers, et al v. Merck & Co., Inc.
    Guy Christie, et al v. Merck & Co., Inc.
    Robert Perry, et al v. Merck & Co., Inc.
    Judith Lynch, et al v. Merck & Co., Inc.
    Richard Pagani, et al v. Merck & Co., Inc.
    Martin Sierra v. Merck & Co., Inc.

Dear Judge Fallon,

On behalf of my clients we request transparency in the way in which points are being awarded and interim payments are being made. My clients currently have no idea why they have not been awarded points or paid. The point amounts and payments should be publicized to all plaintiffs' attorneys whenever they are made. Secrecy serves no purpose other than to catalyze a sense that certain claims are being given preference.

Please treat this as a Motion for Transparency.

Very truly yours,

Michael A. Stratton

Cc: Merck & Co., Inc.
    Plaintiff's Steering Committee

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500  Fax: 203.624.9100  Toll-free: 866.351.9500 • www.strattonfaxon.com