UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Johann Kaspar and Hannah Kaspar  v.* | * | JUDGE KNOWLES |
| *Merck & Co., Inc.;* Docket Number: | * | |
| 2:06-cv-10881 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL *WITHOUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that the claims of plaintiffs Johann Kaspar and Hannah Kaspar in the above-captioned case be and they hereby are dismissed *without* prejudice, subject to the terms and conditions of the attached Stipulation, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

945348v.1