| | |
|---|---|
| MARY JANE WHITE and<br>DONOVAN GLENN WHTE,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL NO. 1657<br><br>CASE NO.: 2:05-cv-3367<br><br>SECTION: L |

## ORDER OF DISMISSAL WITH PREJUDICE
### REGARDING THE CLAIMS OF PLAINTIFF, DONOVAN GLENN WHITE, ONLY

Considering the foregoing Stipulation of Dismissal with Prejudice Regarding Plaintiff, Donovan Glenn White, Only,

**IT IS ORDERED**, that all claims of Plaintiff, Donovan Glenn White, against Defendant, Merck & Co., Inc., in the above-style lawsuit are hereby dismissed with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation. Any and all claims of Plaintiff, Mary Jane White, shall remain in full force and effect.

**NEW ORLEANS, LOUISIANA**, this 16th day of September, 2008

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

VE102 11/28/07