| | |
|---|---|
| MICHAEL J. CARTER and JOYCE CARTER,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL NO. 1657<br><br>CASE NO.: 2:05-cv-2794<br><br>SECTION: L |

## ORDER OF DISMISSAL WITH PREJUDICE
## REGARDING THE CLAIMS OF PLAINTIFF, JOYCE CARTER, ONLY

Considering the foregoing Stipulation of Dismissal with Prejudice Regarding Plaintiff, Joyce Carter, Only,

**IT IS ORDERED**, that all claims of Plaintiff, Joyce Carter, against Defendant, Merck & Co., Inc., in the above-style lawsuit are hereby dismissed with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation. Any and all claims of Plaintiff, Michael J. Carter, shall remain in full force and effect.

**NEW ORLEANS, LOUISIANA**, this  16th  day of  September , 2008

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

VE102 11/28/07