UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *    MDL No. 1657 <br> * |
|     David Agard et al. v. Merck & Co., Inc., 2:05-CV-1089, | *    SECTION L <br> * <br> *    JUDGE ELDON E. FALLON |
|     Glenn L. Dier et al. v. Merck & Co., Inc., 2:05-CV-1088, | * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES |
|     Adnan Aljibory et al. v. Merck & Co., Inc., 2:05-CV-1090, | * <br> * <br> * |
|     Rosemary Holobosky et al. v. Merck & Co., Inc., 2:05-CV-1091, | * <br> * <br> * |
|     Marjorie Connolly et al. v. Merck & Co., Inc., 2:06-CV-2708, | * <br> * <br> * |
|     Richard Core v. Merck & Co., Inc., 2:05-CV-2583, | * <br> * <br> * |
|     Carlo Devincentiis et al. v. Merck & Co., Inc., 2:05-CV-2297, | * <br> * <br> * |
|     Kathleen Hoffner et al. v. Merck & Co., Inc., 2:06-CV-2238, | * <br> * <br> * |
|     & | * <br> * |
|     Robert D. Gates et al. v. Merck & Co., Inc., 2:05-CV-6221. | * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

945077v.1

## **ORDER**

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Corrected Opposition to Plaintiffs' Motion for the Court's Resignations as Chief Administrator of the Master Settlement Agreement, Etc.,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted leave to file its Corrected Opposition to Plaintiffs' Motion for the Court's Resignations as Chief Administrator of the Master Settlement Agreement, Etc.

NEW ORLEANS, LOUISIANA, this  17th  day of      September     , 2008.

_____
DISTRICT JUDGE

945077v.1