IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT



No. 07-31161

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

DAVID AGARD, et ux; EDWARD HENDERSON, et ux; RONALD R O'CONNOR, et ux

        Plaintiffs - Appellants

v.

MERCK & CO INC, a foreign corporation

        Defendant - Appellee

---

RICHARD F CORE

        Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

        Defendant - Appellee

---

ROBERT D GATES

        Plaintiff - Appellant

v.

MERCK & CO INC, a foreign corporation

        Defendant - Appellee

```
           Appeals from the United States District Court for the
                   Eastern District of Louisiana, New Orleans
```

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeals for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the motion of the Plaintiffs' Steering Committee to become a party to the appeal is MOOT.

IT IS FURTHER ORDERED that the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief is MOOT.

MOT-21