**EXHIBIT B - Eligible/Some Discovery/ NO Expert Report/Rec'd Deficiency Letter/ response date has expired**

| VCN | FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # | Missing Expert Report Deficiency Letter Date |
|---|---|---|---|---|---|---|---|
| 1092135 | Burford, Robert J. & Associates, PLLC | England | Lisa | | England, Lisa G. v. Merck & Co., Inc. | 2:08-cv-00153-EEF-DEK | 8/15/2008 |
| 1092133 | Burford, Robert J. & Associates, PLLC | Hallman | James | | Hallman, James H. Sr. v. Merck & Co., Inc. | 2:07-cv-09402-EEF-DEK | 8/15/2008 |
| 1092136 | Burford, Robert J. & Associates, PLLC | Hendley | Frederick | | Hendley, Fredrick v. Merck & Co., Inc. | 2:08-cv-00158-EEF-DEK | 8/15/2008 |
| 1119207 | Christoff, William Z., Attorney at Law | Kerr, Sr. | Kenneth | K. | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK | 8/15/2008 |
| 1106445 | Hamilton Law Firm, P.C. | Gernhart | Charlotte | A. | Gernhart, Alan v. Merck & Co., Inc. | 2:06-cv-10605-EEF-DEK | 8/15/2008 |
| 1084291 | Matthews & Associates | Salyers | Sydney | S | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/15/2008 |
| 1081640 | Modesett, Jack, III, Law Offices of | Garrette | Juanita | T. | Garrett, Charles R. v. Merck & Co., Inc. | 2:07-cv-02140-EEF-DEK | 8/15/2008 |