**EXHIBIT B- Ineligible/Some Discovery but NO Expert Report/Rec'd a Deficiency Letter and response date has expired**

| VCN | FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # | Zero Compliance Deficiency Letter Date |
|---|---|---|---|---|---|---|---|
| 1028536 | Beattie Law Firm, P.C. | Braack | Sharon | E. | Fleckenstein, Pamela J. v. Merck & Co., Inc. | 2:05-cv-02261-EEF-DEK | 8/15/2008 |
| 1028537 | Beattie Law Firm, P.C. | Braack | Terry | L. | Fleckenstein, Pamela J. v. Merck & Co., Inc. | 2:05-cv-02261-EEF-DEK | 8/15/2008 |
| 1113949 | Cantu, Mark A., Law Office of | Garza | Irma | | Garza, Irma v. Merck & Co., Inc. | 2:07-cv-03488-EEF-DEK | 8/15/2008 |
| 1084906 | Cory, Watson, Crowder & DeGaris | Albertson | Beverly | | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK | 8/15/2008 |
| 1084957 | Cory, Watson, Crowder & DeGaris | Fulton | Rebeka | | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK | 8/15/2008 |
| 1085001 | Cory, Watson, Crowder & DeGaris | Knifley | Thelma | B. | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK | 8/15/2008 |
| 1085697 | Johnson & Benjamin LLP | Blankson | Florence | C. | Blankson, Florence v. Merck & Co., Inc. | 2:05-cv-05079-EEF-DEK | 8/14/2008 |
| 1085703 | Johnson & Benjamin LLP | Mathis | Hollis | | Mathis, Hollis v. Merck & Co., Inc. | 2:05-cv-05080-EEF-DEK | 8/14/2008 |