# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: McMurtray | First: Patrick | Middle: D |
| **Name of Law Firm** | McMurtray + Armistad, p.a. | | |
| **Current Address** | Street: 209 Downing Street, P.O. Box 821 | | |
| | City: Hazlehurst | State: MS   Zip: 39083 | Country: USA |
| **Telephone Number** | 601-894-2323   Facsimile: 601-894-4343 | Email: pmcmurtray@ma-ms.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Dobbs | First: Calvin | Middle: |
| **Plaintiff Address** | Street: 50015 Dobbs Lane | | |
| | City: Aberdeen | State: MS   Zip: 39730 | Country: USA |
| **Telephone Number** | 662-319-8789   Facsimile: | Email: | |
| **Case Caption** | Calvin + Venetra Dobbs, individually and as parents of Marquetta Dobbs | | |
| **Case Number** | 06-0501 | | |
| **Court Where Case is Pending** | USDC - Eastern District of LA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Dobbs | First: Venetra | Middle: |
| **Address** | Street: 400 108th Street | | |
| | City: Amory | State: MS   Zip: 38821 | Country: USA |
| **Telephone Number** | 662-436-7897   Facsimile: | Email: | |
| **Relationship to Plaintiff** | ☐ Friend   ☒ Relative (specify relationship: Spouse ) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  9 / 11 / 08 . *(Record Docket No.  15829  )*
    Month Day Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 9 / 19 / 08 (Month/Day/Year) | [signature] Counsel |

#343319                                                   2