UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
SEPTEMBER 23, 2008
SUGGESTED AGENDA

I. Settlement Agreement

II. Registration and Enrollment of Claims in the Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. State Court Trial Settings

VI. Class Actions

VII. Discovery Directed to Third Parties

VIII. State/Federal Coordination -- State Liaison Committee

IX. *Pro Se* Claimants

X. Merck's Motions

XI. Issues Relating to Pre-Trial Order No. 9

XII. Vioxx Suit Statistics

XIII. PSC MDL Trial Package

XIV. Third Party Payor Cases

XV. Motion to Dismiss Foreign Individual Cases

XVI. Termination of Tolling Agreements

XVII. Third Party Payors' Motion

XVIII. Merck's Motion to Dismiss Cases of Non-Registrants

XIX. 1199SEIU Greater New York Benefit Fund

XX. Merck's Nonresponsive Plaintiffs' Cross-Motion and Rule

XXI. Merck's Motion and Rule on PTO 28 Non-Compliance (*Lone Pine* Requirements)

XXII. Decision Quest, Inc.

XXIII. Next Status Conference

933191v.1
945606v.1