# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| **GERALD D. BARNETT** | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Uncontested Amended Motion and Incorporated Memorandum for Release of Supersedeas Bond No. 10497164,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted leave to file its Uncontested Amended Motion and Incorporated Memorandum for Release of Supersedeas Bond No. 10497164

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

945627v.1