UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| **GERALD D. BARNETT** | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNCONTESTED AMENDED MOTION AND INCORPORATED
MEMORANDUM OF MERCK & CO., INC. ("MERCK")
FOR RELEASE OF SUPERSEDEAS BOND NO. 104971674**

Defendant Merck hereby moves the Court for release of the Supersedeas Bond deposited with this Court on September 14, 2007.  Plaintiff Gerald D. Barnett ("Barnett") does not oppose this motion.

On June 28, 2007, the Court entered a final Judgment in this case in favor of Barnett and against Merck, in the amount of $1,600,000.00, plus legal interest from the date of judgment and costs.  (Rec. Doc. 11549.)  Merck filed a motion for new trial on July 13, 2007. (Rec. Doc. 11661.)  On August 20, 2007, the Court issued an order denying Merck's timely-filed motion for new trial.  (Rec. Doc. 12089.)  On September 14, 2007, Merck filed a notice of its appeal to the

United States Court of Appeals for the Fifth Circuit and a motion to stay execution of the Judgment pending its appeal.  (Rec. Doc. 12257.)

The Court entered an Order on September 18, 2007: (i) staying the execution of the Judgment pending appeal; and (ii) approving Supersedeas Bond No. 104971674, executed by Merck as Principal and Travelers Casualty and Surety Company of America as Surety ("Travelers") in the amount of $1,920,000.00 (the "Supersedeas Bond" or the "Bond").  (Rec. Doc. 12282.)  The Bond provided that, should Merck "perform and satisfy the judgment," the obligation would be void.

On April 18, 2008, Merck's appeal was dismissed, pursuant to the stipulation of the parties.  (Rec. Doc. 14219, 14219-3.)

The requirements for release of the Supersedeas Bond having been satisfied, Merck respectfully requests that the Bond be released, withdrawn, and returned to counsel for Merck. Merck further requests that Travelers be released and discharged from any liability on the Supersedeas Bond.  Merck's prior motion for release of the Supersedeas Bond, R. Doc. 15791, which was granted by this Court by Order entered September 9, 2008, R.Doc. 15893, contained the wrong bond number.  This amended motion sets forth the correct bond number.

Dated:  September 18, 2008                                  Respectfully submitted,


                                                                                                    */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

943596v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Uncontested Amended Motion and Incorporated Memorandum for Release of Supersedeas Bond No. 104971674, filed by Merck & Co., Inc. ("Merck"), has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Barnett, Mark Robinson, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of September, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

943596v.1