UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Elmer Holbrook v. Merck & Co., Inc.*<br>Civil Action No. 05-5756 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## MOTION TO DISMISS

Plaintiff Elmer Holbrook pursuant to Fed. R. Civ. Proc. 41(a)(2), moves to dismiss all of his claims asserted against all parties in the above-captioned matter.

Respectfully submitted,

/s/ *Kathryn E. Barnett*
Kathryn E. Barnett
TN Bar No. 15361
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

781515.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19th day of September, 2008.

I also hereby certify pursuant to Pretrial Order No. 8A, should this motion be granted Plaintiff's counsel will change the status of this case on LexisNexis File & Serve case management.

> */s/ Kathryn E. Barnett*
> Kathryn E. Barnett, TN 15361
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

- 2 -

781515.1