## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | |
| | JUDGE ELDON E. FALLON |
| *John Hindman v. Merck & Co., Inc.* Civil Action No. 05-5873 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

IT IS ORDERED, that all claims of plaintiff John Hindman against defendant Merck & CO., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

781505.1