LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

August 8, 2008

BY FIRST CLASS MAIL & TELECOPY (607-772-1678)

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607

Subject:  *In Re Vioxx Products Liability Litigation*, MDL No. 1657
          *Dufresne, Lori v. Merck & Co., Inc.*
          2:08-cv-03220-EEF-DEK
          Pertaining to: Frank Spencer

Dear Mr. Benjamin:

  We represent defendant Merck & Co., Inc. ("Merck") in the action referenced above. Because this action was pending in MDL Docket No. 1657 as of November 9, 2007, and either is not eligible for the Resolution Program, or is eligible but has not been submitted to the Resolution Program, it is subject to the provisions of Pretrial Order No. 28 ("PTO 28"), entered by the Honorable Eldon E. Fallon on November 9, 2007.

  Among the requirements of PTO 28, Section I.C required that plaintiff serve a statement listing the names of all pharmacies, healthcare providers and/or employers to whom counsel served a notice to preserve records pertaining to the plaintiff, along with copies of the notices themselves, and a certification that they were sent. The full details of these requirements are set forth in Section I, subsections A-C of that same order.

Page 2

      The date set by the Court for compliance with the requirements summarized above was March 15, 2008. However, Merck has not received service of any of the materials required by Section I of PTO 28. Accordingly, notice is hereby given to cure the failure to comply with Section I of PTO 28 within thirty (30) days. If any failure to comply with PTO 28 is not cured, Merck will file a Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, in accordance with Section I.D of PTO 28.

                                                        Very Truly Yours,

                                                        M. Elaine Horn

cc:    Phillip A. Wittman, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)