UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 |
| Glenn L. Dier, et al., v. Merck & Co. | Case No.: 2:05-cv-01088 |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 |
| Rosemary Holobosky, et al., v. Merck & Co. | Case No.: 2:05-cv-01091 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 |
| Kathleen Hoffner, et al., v. Merck & Co. | Case No.: 2:06-cv-02238 |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 |

## MOTION FOR LEAVE TO FILE PLAINTIFF'S CORRECTED REPLY MEMORANDUM OF LAW TO MERCK'S OPPOSITIONS TO PLAINTIFFS' MOTION

Plaintiffs hereby move for leave to file its corrected Reply memorandum of Law to Merck's Oppositions to Plaintiffs' Motion. The original Reply R. Doc No. 16064

was filed September 19, 2008 and contained certain errors. The Corrected Reply Memorandum of Law to Merck's Oppositions to Plaintiffs' Motion corrects those errors and accurately states plaintiff's position.

                                      Respectfully submitted,

                                      Ronald R. Benjamin, Fed. No. 110131
                                      LAW OFFICE OF RONALD R. BENJAMIN
                                      126 Riverside Drive, P.O. Box 607
                                      Binghamton, NY 13902-0607
                                      607/772-1442

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2008, the above and foregoing Motion for Leave has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.8B, and that the foregoing was electronically filed with the Clerk of the District Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send notification of such filing to the following:

1. Russ Herman, Esq.

2. Phillip Wittmann, Esq.

Ronald R. Benjamin, Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
607/772-1442