UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                                    MDL Docket No.  1657

PRODUCTS LIABILITY LITIGATION              SECTION L

_____

                                                 Judge Eldon E. Fallon

                                                 Magistrate Judge Knowles

_____

THIS DOCUMENT RELATES TO:


David Agard, et al.,  v. Merck & Co.             Case No.:  2:05-cv-01089

Glenn L. Dier, et al., v. Merck & Co.            Case No.:  2:05-cv-01088

Adnan Aljibory, et al., v. Merck & Co.           Case No.:  2:05-cv-01090

Rosemary Holobosky, et al., v. Merck & Co.       Case No.:  2:05-cv-01091

Marjorie Connolly, et al., v. Merck & Co.        Case No.:  2:06-cv-02708

Marilyn F. Core, et al. v.  Merck & Co.          Case No.:  2:05-cv-02583

Carlo Devincentiis, et al., v. Merck & Co.       Case No.:  2:05-cv-02297

Kathleen Hoffner, et al., v. Merck & Co.         Case No.:  2:06-cv-02238

Robert D. Gates, et al., v. Merck & Co.          Case No.:  2:05-cv-06221


-----------------------------------------------------------------------------------------------

## PROPOSED ORDER

Considering the foregoing Motion for Leave to File Plaintiff's Corrected Reply

Memorandum of Law to Merck's Opposition to Plaintiff's Motion,

IT IS ORDERED that the above plaintiffs are hereby granted leave to file their Corrected

Reply Memorandum of Law to Merck's Opposition to Plaintiff's Motion.

NEW ORLEANS, LOUISIANA, this _____ Day of_____, 2008.

_____
DISTRICT JUDGE