UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * * * | SECTION L |
| This document relates to: | * * * | JUDGE FALLON |
| Apice, Joseph v. Merck & Co., Inc.; Docket No. 2:06-cv-06439 | * * * | MAGISTRATE JUDGE KNOWLES |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gallagher, Dorothy in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

919566v.1