IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| | Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

Juan Silva v. Merck & Co., Inc., et al.;
Docket Number: 2:07-cv-0876-EEF-DEK

Dolores Silva v. Merck & Co., Inc., et al.;
Docket Number: 2:07-cv-3963-EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11 and Pretrial Order No. 36, move the Court for an order allowing them to withdraw as counsel of record for plaintiffs Juan Silva and Dolores Silva in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship amounting to a fundamental disagreement as to what action should be taken in the case, further details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion. This Motion is more fully supported by the attached Declaration of Lowell W. Finson In Support of Motion to Withdraw, pursuant to Pretrial Order No. 36.

Dated: September 22, 2008

Respectfully submitted,

PHILLIPS & ASSOCIATES

By */s/Lowell W. Finson*
Lowell W. Finson, AZ Bar ID 010872
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900 / Fax: (602) 288-1632
lowellf@phillipslaw.ws

Attorneys for Plaintiff

**DECLARATION OF LOWELL W. FINSON IN SUPPORT OF MOTION TO WITHDRAW**

I, Lowell W. Finson, declare as follows:

1. I am counsel of record for plaintiffs Juan Silva and Dolores Silva, husband and wife, in their respective actions in the Vioxx MDL in the Eastern District of Louisiana.

2. Plaintiffs filed their actions directly into the Vioxx JCCP in California Superior Court for Los Angeles County, for injuries and other damages arising from Juan Silva's ingestion of Vioxx.  Defendants removed both actions to Federal Court and they were subsequently transferred to the Vioxx MDL over plaintiffs' objections.

3. On or about June 6, 2008, I communicated with the Silvas to confirm in writing the reasons I felt our firm could no longer represent them in the Vioxx claim and asking, *inter alia*, their permission to withdraw as attorney.

4. To date, the clients have refused to give consent to the withdrawal.

5. Pursuant to LR 83.2.11, contemporaneously with the filing of this motion, I sent a letter to the clients to advise them of all upcoming deadlines.

6. Pursuant to LR 83.2.11, the plaintiffs address is 203 Cottonwood Road, San Ysidro, CA 92123, and their phone number is (619) 291-7131.

DATED this 22nd day of September, 2008, in Phoenix, Arizona.

/s/ Lowell W. Finson
Lowell W. Finson
lowellf@phillipslaw.ws
Attorney for Plaintiffs Juan and Dolores Silva