UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Robinson, Calcagnie & Robinson, file this Motion to Withdraw Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records as to those Providers identified in Exhibit "A" only.

Respectfully submitted,

Date: September 23, 2008      By: ___/s/ Mark P. Robinson, Jr.___
                              **Mark P. Robinson, Jr. (SBN 054426)**
                              Kevin F. Calcagnie (SBN 108994)
                              ***Robinson, Calcagnie & Robinson***
                              620 Newport Center Drive, 7th Floor
                              Newport Beach, CA 92660
                              Telephone: 949-720-1288
                              Facsimile: 949-720-1292

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 23rd day of September, 2008.

Alan Cabrera, M.D. - Northern
California Cardiology Associates
6600 Mercy Court #100
Fair Oaks, CA 95628

Alta Orthopedics
511 Bath St.
Santa Barbara, CA 93103

Barnes Jewish Hospital
Mail Stop #90-59-341/1 Barnes
Jewish Hosp. Pl.
Saint Louis, MO 63110

Bipin Joshi, M.D. - California Heart
Medical Associates
7215 N Fresno St. Suite 103
Fresno, CA 93702

Charles Bernick, M.D.
1701 W. Charleston Blvd., #610
Las Vegas, NV 89102

College Point Medical Plaza
23450 College Boulevard
Olathe, KS 66061

Community Health Clinic (Family
Care Clinic) - Dr. Brian M. Rees
1551 Bishop Street
San Luis Obispo, CA 93401

Cox Monett Hospital
801 N. Lincoln Ave
Monett, MO 65708

CVS Pharmacy
One CVS Dr.
Woonsocket, RI 2895

Davis Monthan AFB Pharmacy
3895 S. 6th St
Davis Monthan AFB, AZ 85707

Department of Health Care Policy &
Financing
1570 Grant St.
Denver, CO 80203

Derek Duke, M.D.
861 Coronado Center Dr. #200
Henderson, NV 89052

Ernesto Rubio, M.D.
2202 West Craig Rd
Las Vegas, NV 89131

Fawaz Faisal, M.D.
2625 W. Alameda Ave.
Burbank, CA 91505

Herminigildo V. Valle, M.D.
1850 Sullivan Ave. Suite 510
Daly City, CA 94015

Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

Medical Center of Independence
17203 E. 23rd St.
Independence, MO 64057

Mike O'Calaghan Federal Hospital Pharmacy
4700 Las Vegas Blvd
N Nellis Afb, NV 89191

Sam's Club/Wal-Mart, Bentonville
702 Southwest 8th Street
Bentonville, AR 72716

Shasta Convalescent Hospital
3550 Churn Creek Rd.
Redding, CA 96002

St. Anthony's Medical Center
Health Info Management (Medical Records)
10010 Kennerly Road
St. Louis, MO 63128

Vegas Valley Rehab
2945 Casa Vega St.
Las Vegas, NV 89169

Wal-Mart Pharmacy
702 SW 8th St.
Bentonville, AR 72716

Washoe Medical Center, Reno
77 Pringle Way
Reno, NV 89502

Tri County Clinic
885 Arduser Drive
Osceola, MO 64116

St. Rose Dominican Hospital - Sienna Campus
3001 St. Rose Pkwy
Henderson, NV 89052

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net