EXHIBIT "A"

| PROVIDER | PLAINTIFF |
|---|---|
| Alan Cabrera, M.D. - Northern California Cardiology Associates<br>6600 Mercy Court #100<br>Fair Oaks, CA 95628<br>916-864-8520 | Claimant: Beverly Acton<br>Injured Party: Don Acton |
| Alta Orthopedics<br>511 Bath St.<br>Santa Barbara, CA 93103<br>805-963-9377 | Claimant: Lina Dieckman<br>Injured Party: Lina Dieckman |
| Barnes Jewish Hospital<br>Mail Stop #90-59-341/1 Barnes Jewish Hosp. Pl.<br>Saint Louis, MO 63110<br>314-362-3935 | Claimant: Janis Marler<br>Injured Party: Ruby Jane Nicks |
| Bipin Joshi, M.D. - California Heart Medical Associates<br>7215 N Fresno St. Suite 103<br>Fresno, CA 93702<br>559-438-1111 | Claimant: Bruce Anderson<br>Injured Party: Bruce Anderson |
| Charles Bernick, M.D.<br>1701 W. Charleston Blvd., #610<br>Las Vegas, NV 89102<br>702-671-5089 | Claimant: Patricia McArthur<br>Injured Party: Patricia McArthur |
| College Point Medical Plaza<br>23450 College Boulevard<br>Olathe, KS 66061<br>913-764-7788 | Claimant: Mary Ella Robertson<br>Injured Party: Mary Ella Robertson |
| Community Health Clinic (Family Care Clinic) - Dr. Brian M. Rees<br>1551 Bishop Street<br>San Luis Obispo, CA 93401<br>805-541-2368 | Claimant: Mary Ann Bramlette<br>Injured Party: Mary Ann Bramlette |
| Cox Monett Hospital<br>801 N. Lincoln Ave<br>Monett, MO 65708<br>417-354-1150 | Claimant: Janie Tunnell<br>Injured Party: Janie Tunnell |
| CVS Pharmacy<br>One CVS Dr.<br>Woonsocket, RI 2895<br>800-287-2414 | Claimant: John Rogers<br>Injured Party: John Rogers |
| Davis Monthan AFB Pharmacy<br>3895 S. 6th St<br>Davis Monthan AFB, AZ 85707<br>520-228-1650 | Claimant: Roberta Russell<br>Injured Party: Roberta Russell |

| | |
|---|---|
| Department of Health Care Policy & Financing<br>1570 Grant St.<br>Denver, CO 80203<br>303-866-2993 | Claimant: Marleen Vilareal<br>Injured Party: Arthur M. Valverde |
| Derek Duke, M.D.<br>861 Coronado Center Dr. #200<br>Henderson, NV 89052<br>702-737-1948 | Claimant: Sabina Shields<br>Injured Party: Edward Shields |
| Ernesto Rubio, M.D.<br>2202 West Craig Rd<br>Las Vegas, NV 89131<br>702-383-6250 | Claimant: Barbara Wyman<br>Injured Party: Barbara Wyman |
| Fawaz Faisal, M.D.<br>2625 W. Alameda Ave.<br>Burbank, CA 91505<br>818-845-2255 | Claimant: Paul Sanchez<br>Injured Party: Paul Sanchez |
| Herminigildo V. Valle, M.D.<br>1850 Sullivan Ave. Suite 510<br>Daly City, CA 94015<br>650-991-7002 | Claimant: Philipe Sheker<br>Injured Party: Philipe Sheker |
| Kmart<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>847-286-2500 | Claimant: Sharon Thompson<br>Injured Party: Sharon Thompson |
| Medical Center of Independence<br>17203 E. 23rd St.<br>Independence, MO 64057<br>816-698-7000 | Claimant: Pamela Dawson<br>Injured Party: Ruth McVey |
| Mike O'Calaghan Federal Hospital Pharmacy<br>4700 Las Vegas Blvd<br>N Nellis Afb, NV 89191<br>702-653-2397 | Claimant: Kitty West<br>Injured Party: Kitty West |
| Sam's Club/Wal-Mart, Bentonville<br>702 Southwest 8th Street<br>Bentonville, AR 72716<br>479-204-6004 | Claimant: Marleen Villareal<br>Injured Party: Arthur Valverde |
| Shasta Convalescent Hospital<br>3550 Churn Creek Rd.<br>Redding, CA 96002<br>530-222-3630 | Claimant: Betty Davis Baca<br>Injured Party: James Davis |
| St. Anthony's Medical Center<br>Health Info Management (Medical Records)<br>10010 Kennerly Road<br>St. Louis, MO 63128<br>314-525-1000 | Claimant: Patty Lovins<br>Injured Party: Patty Lovins |

| | |
|---|---|
| St. Rose Dominican Hospital - Sienna Campus<br>3001 St. Rose Pkwy<br>Henderson, NV 89052<br>702-616-5000 | Claimant: Patricia McArthur<br>Injured Party: Patricia McArthur |
| Tri County Clinic<br>885 Arduser Drive<br>Osceola, MO 64116<br>417-646-8153 | Claimant: Cheryl Ribby<br>Injured Party: Cheryl Ribby |
| Vegas Valley Rehab<br>2945 Casa Vega St.<br>Las Vegas, NV 89169<br>702-735-7179 | Claimant: Sabina Shields<br>Injured Party: Edward Shields |
| Wal-Mart Pharmacy<br>702 SW 8th St.<br>Bentonville, AR 72716<br>505-539-3435 | Claimant: Preciliano Viera<br>Injured Party: Preciliano Viera |
| Washoe Medical Center, Reno<br>77 Pringle Way<br>Reno, NV 89502<br>775-982-5660 | Claimant: Olga Oberlander<br>Injured Party: Olga Oberlander |