UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Karen Olson, as Personal* | * | |
| *Representative of Melvin Olson,* | * | |
| *Melvin Olson, Individually, and* | * | |
| *Pauline Olson, Wife v. Merck & Co.,* | * | |
| *Inc., et al., Docket No. 05-5388* | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| **Only as to Pauline Olson** | * | |
| | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Pauline Olson against defendants Merck &

Co., Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., and Edward

M. Scolnick, M.D., in the above-captioned case be and they hereby are dismissed with prejudice

with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of ___September___, 2008.

_____
DISTRICT JUDGE