UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| GERALD D. BARNETT | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Uncontested Amended Motion and Incorporated Memorandum for Release of Supersedeas Bond No. 10497164,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted leave to file its Uncontested Amended Motion and Incorporated Memorandum for Release of Supersedeas Bond No. 10497164

NEW ORLEANS, LOUISIANA, this  22nd  day of   September  , 2008.

_____
DISTRICT JUDGE

945627v.1