IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®                                          MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                          Section L

Judge Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

*Perseveranda Smith v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-0859-EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by

counsel undersigned, pursuant to Local Rule 83.2.11 and Pretrial Order No. 36, move the Court

for an order allowing them to withdraw as counsel of record for plaintiff Perseveranda Smith in

the above-captioned multidistrict litigation.  There has been a breakdown in the attorney-client

relationship amounting to a fundamental disagreement as to what action should be taken in the

case, further details of which are within the confines of the attorney-client privilege.  Counsel

avows that reasonable grounds exist for the Court to grant this motion.  This Motion is more

fully supported by the attached Declaration of Lowell W. Finson In Support of Motion to

Withdraw, pursuant to Pretrial Order No. 36.

Dated: September 23, 2008                    Respectfully submitted,

PHILLIPS & ASSOCIATES

By */s/Lowell W. Finson*
   Lowell W. Finson, AZ Bar ID 010872
   3030 North Third Street, Suite 1100
   Phoenix, Arizona 85012
   Tel: (602) 258-8900 / Fax: (602) 288-1632
   lowellf@phillipslaw.ws

Attorneys for Plaintiff Perseveranda Smith

## DECLARATION OF LOWELL W. FINSON IN SUPPORT OF MOTION TO WITHDRAW

I, Lowell W. Finson, declare as follows:

1.      I am counsel of record for plaintiff Perseveranda Smith in the Vioxx MDL in the Eastern District of Louisiana.

2.      Plaintiff's action seeks to recover for the wrongful death and other damages arising from ingestion of Vioxx by David C. Smith, Jr., plaintiff's deceased spouse.  Defendants removed the action to Federal Court and it was subsequently transferred to the Vioxx MDL over plaintiff's objection.

3.      On and before September 2, 2008, I communicated with plaintiff, and confirmed in writing, the reasons I felt our firm could no longer represent her in the Vioxx claim and asking, *inter alia*, her permission to withdraw as attorney.

4.      To date, plaintiff has refused to give consent to the withdrawal.

5.      Pursuant to LR 83.2.11, and in furtherance of the requirements of Pretrial Order 36, contemporaneously with the filing of this motion, I sent a letter to the client advising her of all upcoming deadlines.

6.      Pursuant to LR 83.2.11, the plaintiff's address is 1972 Isla Del Carmen Way, San Ysidro, California 92173, and her phone number is (619) 508-5086.

DATED this 23rd day of September, 2008, in Phoenix, Arizona.

/s/ Lowell W. Finson
Lowell W. Finson
lowellf@phillipslaw.ws
Attorney for Plaintiff Perseveranda Smith