**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record and Proposed Order have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of September, 2008.

DATED: September 23, 2008        /s/Lowell W. Finson
                                               Lowell W. Finson
                                               lowellf@phillipslaw.ws