IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®                                                    MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                                   Section L
                                                               Judge Fallon
                                                               Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

*Darnell Hudson v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-0886-EEF-DEK

## ORDER

Upon due consideration of plaintiffs' counsels' motion to withdraw as counsel of record,

and for good cause shown, the Court finds the motion to be well-taken, and that same should be

granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell

W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as

counsel of record for plaintiff Darnell Hudson.

IT IS SO ORDERED.

DATED: _____          _____
                                        Judge Eldon E. Fallon
                                        United States District Court Judge