IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| | Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

*Angela Tourajigian v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-0825-EEF-DEK

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11 and Pretrial Order No. 36, move the Court for an order allowing them to withdraw as counsel of record for plaintiff Angela Tourajigian in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship amounting to a fundamental disagreement as to what action should be taken in the case, further details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion. This Motion is more fully supported by the attached Declaration of Lowell W. Finson In Support of Motion to Withdraw, pursuant to Pretrial Order No. 36.

Dated: September 23, 2008              Respectfully submitted,

                                       PHILLIPS & ASSOCIATES

                                       By */s/Lowell W. Finson*
                                           Lowell W. Finson, AZ Bar ID 010872
                                           3030 North Third Street, Suite 1100
                                           Phoenix, Arizona 85012
                                           Tel: (602) 258-8900 / Fax: (602) 288-1632
                                           lowellf@phillipslaw.ws

                                       Attorneys for Plaintiff Angela Tourajigian

**DECLARATION OF LOWELL W. FINSON IN SUPPORT OF MOTION TO WITHDRAW**

I, Lowell W. Finson, declare as follows:

1. I am counsel of record for plaintiff Angela Tourajigian in the Vioxx MDL in the Eastern District of Louisiana.

2. Plaintiff's action seeks to recover for injuries and other damages arising from her ingestion of Vioxx. Defendants removed the action to Federal Court and it was subsequently transferred to the Vioxx MDL over plaintiff's objection.

3. On and before September 3, 2008, I communicated with plaintiff, and confirmed in writing, the reasons I felt our firm could no longer represent her in the Vioxx claim and asking, *inter alia*, her permission to withdraw as attorney.

4. To date, plaintiff has refused to give consent to the withdrawal.

5. Pursuant to LR 83.2.11, and in furtherance of the requirements of Pretrial Order 36, contemporaneously with the filing of this motion, I sent a letter to the client advising her of all upcoming deadlines.

6. Pursuant to LR 83.2.11, the plaintiff's address is 1057 Granjas Road, Apartment 214, Chula Vista, California 91911, and her phone number is (619) 207-0537.

DATED this 23rd day of September, 2008, in Phoenix, Arizona.

/s/ Lowell W. Finson
Lowell W. Finson
lowellf@phillipslaw.ws
Attorney for Plaintiff Angela Tourajigian