IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 Section L Judge Fallon Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

*Daniel Kaptain v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-7503-EEF-DEK

**ORDER**

Upon due consideration of plaintiffs' counsels' motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, and Phillips & Associates, are withdrawn as counsel of record for plaintiff Daniel Kaptain.

IT IS SO ORDERED.

DATED: _____        _____
                                                                Judge Eldon E. Fallon
                                                                United States District Court Judge