# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Richard F. Kahler and Mary L.* | * | |
| *Kahler, h/w v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *et al., Docket No. 2:06-cv-4194* | * | KNOWLES |
| | * | |
| **Only as to Mary L. Kahler** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Mary L. Kahler against defendants Merck & Co., Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice, Ph.D., and Edward M. Scolnick, M.D., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of September, 2008.

*[signature]*
DISTRICT JUDGE