UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Linda Thornton v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| Docket Number: 2:06-cv-9801 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL *WITHOUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that the claims of plaintiff Linda Thornton in the above-captioned case be and they hereby are dismissed *without* prejudice, subject to the terms and conditions of the attached Stipulation, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 19th day of September, 2008.

_____
DISTRICT JUDGE

945356v.1