UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Carolyn Blakely and Neil Blakely* | * | |
| *v. Merck & Co., Inc,* | * | MAGISTRATE JUDGE |
| No. 2:06-cv-6946 | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| Neil Blakely | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Neil Blakely against defendant Merck & Co.,

Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of    September   , 2008.

DISTRICT JUDGE

943392v.1