## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Walter Beam, et al.* | * | |
| *v. Merck & Co., Inc,* | * | **MAGISTRATE JUDGE** |
| *No. 2:06-cv-3302* | * | **KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Betty Lou George | * | |
| | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Betty Lou George against defendant Merck & Co., Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of September, 2008.

_____
DISTRICT JUDGE

943390v.1