UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Bonita A. Garcia Deleon, et al. v.* | * | |
| *Merck & Co., Inc., et al.,* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-10092* | * | **KNOWLES** |
| | * | |
| **Only as to plaintiffs Thomas Moore** | * | |
| **and Cheryl Schorer-Moore** | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Thomas Moore and Cheryl Schorer-Moore in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of September, 2008.

_____
DISTRICT JUDGE

942333v.1