## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| This Document Relates To: | * | |
| *Jenkins, et al. v. Merck & Co., Inc.* | * | **JUDGE FALLON** |
| | * | **MAGISTRATE** |
| *No. 05-4054* | * | **JUDGE KNOWLES** |
| Regarding Billie Jean Ray only | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Billie Jean Ray and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  19th  day of  September, 2008.

_____
DISTRICT JUDGE