# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Indranie Maniram and Dwight* | * | |
| *Watford v. Merck & Co., Inc,* | * | **MAGISTRATE JUDGE** |
| *No. 2:05-cv-3167* | * | **KNOWLES** |
| | * | |
| **Only with regard to:** | * | |
| **Dwight Watford** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Dwight Watford against defendant Merck &

Co., Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this 19th day of ___September___, 2008.

_____
DISTRICT JUDGE

943416v.1