# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | |
| | JUDGE ELDON E. FALLON |
| *Carrie Stewart v. Merck & Co., Inc.* Civil Action No. 05-5916 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

IT IS ORDERED, that all claims of plaintiff Carrie Stewart against defendant Merck & CO., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2008.

_____
DISTRICT JUDGE

781502.1