UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Eugene Frontauria v. Merck & Co., Inc.*<br>Civil Action No. 05-5679 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

IT IS ORDERED, that all claims of plaintiff Eugene Frontauria against defendant Merck & CO., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2008.

_____
DISTRICT JUDGE

781526.1