UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*John Hindman v. Merck & Co., Inc.*<br>Civil Action No. 05-5873 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

IT IS ORDERED, that all claims of plaintiff John Hindman against defendant Merck & CO., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2008.

_____
DISTRICT JUDGE

781505.1