# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Robinson, Calcagnie & Robinson, file this Motion to Withdraw Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records as to those Providers identified in Exhibit "A" only.

Respectfully submitted,

Date: September 25, 2008    By: /s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
Kevin F. Calcagnie (SBN 108994)
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 23rd day of September, 2008.

| | |
|---|---|
| **St. Joseph's Immediate Care**<br>1801 E March Lane Ste d470<br>Stockton, CA 95210 | Gerald Dugan, M.D.<br>**Rockhill Orthopedics**<br>6675 Holmes Rd., #360<br>Kansas City, MO 64131 |
| Nicole Theuvenet, M.D.<br>74 N. Pecos, #36<br>Henderson, NV 89074 | Gregory Tirdel, M.D.<br>10956 Donner Pass Road, #260<br>Truckee, CA 96161 |
| Eric Sollars, M.D.<br>802 N. Riverside, #330<br>St. Joseph, MO 64507 | Craven Regional Medical Center<br>2000 Neuse Blvd.<br>New Bern, NC 28570 |
| Kaiser Permanente<br>5601 De Soto Ave.<br>Woodland Hills, CA 91367 | Whitefront Pharmacy<br>801 Baker St. #B<br>Costa Mesa, CA 92626 |
| Memorial Hospital, Colorado Springs<br>1400 East Boulder Street<br>Colorado Springs, CO 80909 | Donald Miller, M.D.<br>219 Professional Way<br>Shelton, WA 98584 |
| Stevens Pharmacy<br>1525 Mesa Verde Dr. East<br>Costa Mesa, CA 92626 | |

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net