# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| **St. Joseph's Immediate Care**<br>1801 E March Lane Ste d470<br>Stockton, CA 95210<br>209-954-3100 | Claimant: Paris Maynard<br>Injured Party: Paris Maynard |
| Gerald Dugan, M.D.<br>**Rockhill Orthopedics**<br>6675 Holmes Rd., #360<br>Kansas City, MO 64131<br>816-246-4302 | Claimant: Tammy Roland<br>Injured Party: Henry Roland |
| Nicole Theuvenet, M.D.<br>74 N. Pecos, #36<br>Henderson, NV 89074<br>702-933-0971 | Claimant: Kathleen Peterson<br>Injured Party: Kathleen Peterson |
| Gregory Tirdel, M.D.<br>10956 Donner Pass Road, #260<br>Truckee, CA 96161<br>530-582-6400 | Claimant: Sharon Himmel<br>Injured Party: Sharon Himmel |
| Eric Sollars, M.D.<br>802 N. Riverside, #330<br>St. Joseph, MO 64507<br>816-271-1370 | Claimant: Sharon Thompson<br>Injured Party: Sharon Thompson |
| Craven Regional Medical Center<br>2000 Neuse Blvd.<br>New Bern, NC 28570<br>252-633-8111 | Claimant: Donald Locklear<br>Injured Party: Joe Locklear |
| Kaiser Permanente<br>5601 De Soto Ave.<br>Woodland Hills, CA 91367<br>888-778-5000 | Claimant: Dale Sanders<br>Injured Party: Dora A. Mendoza |
| Whitefront Pharmacy<br>801 Baker St. #B<br>Costa Mesa, CA 92626<br>714-540-2882 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |

| | |
|---|---|
| Memorial Hospital, Colorado Springs<br>1400 East Boulder Street<br>Colorado Springs, CO 80909<br>719-365-2394 | Claimant: Marleen Villareal<br>Injured Party: Arthur Valverde |
| Donald Miller, M.D.<br>219 Professional Way<br>Shelton, WA 98584<br>360-426-8398 | Claimant: Larry Stanford<br>Injured Party: Larry Stanford |
| Stevens Pharmacy<br>1525 Mesa Verde Dr. East<br>Costa Mesa, CA 92626<br>714-540-8911 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |