# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 05-4130; 05-4131; 05-4132; 05-4763; 05-00354; 05-00355; 05-00357; 05-00359; 05-06351; 05-06352; 05-06353; 05-06354; 06-2769; 06-2865; 06-3288; 06-3302; 06-3311; 06-3406; 07-02103; 07-02104; A499668; A499671; A499672; A499673; ATL-L 1301-05; ATL-L-0931-05 MT; ATL-L-1286-05-MT; BC328851; BC328854; BC328855; BC328877; BC328878; BC328879; BC328901; BC328903; BC328904; BC329122; BC336539; BC338441; BC338536; BC338540; BC338559; BC339156; BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON MAG. JUDGE KNOWLES |

## [PROPOSED] ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests Made For The Production Of Medical Records:

**IT IS ORDERED**, that the Motion is withdrawn as to those providers identified in Exhibit "A" only.

Dated: _____, 2008

Honorable Eldon E. Fallon<br>
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 23rd day of September, 2008.

**St. Joseph's Immediate Care**
1801 E March Lane Ste d470
Stockton, CA 95210

Nicole Theuvenet, M.D.
74 N. Pecos, #36
Henderson, NV 89074

Eric Sollars, M.D.
802 N. Riverside, #330
St. Joseph, MO 64507

Kaiser Permanente
5601 De Soto Ave.
Woodland Hills, CA 91367

Memorial Hospital, Colorado Springs
1400 East Boulder Street
Colorado Springs, CO 80909

Stevens Pharmacy
1525 Mesa Verde Dr. East
Costa Mesa, CA 92626

Gerald Dugan, M.D.
**Rockhill Orthopedics**
6675 Holmes Rd., #360
Kansas City, MO 64131

Gregory Tirdel, M.D.
10956 Donner Pass Road, #260
Truckee, CA 96161

Craven Regional Medical Center
2000 Neuse Blvd.
New Bern, NC 28570

Whitefront Pharmacy
801 Baker St. #B
Costa Mesa, CA 92626

Donald Miller, M.D.
219 Professional Way
Shelton, WA 98584

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net