## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: **VIOXX**
**PRODUCTS LIABILITY LITIGATION**

This document relates to:

**Ms. Patricia Anderson**
**(Jenkins #05-4416)**

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pre-Trial Order No. 36, the law firm of Herman, Herman, Katz & Cotlar, LLP, counsel of record for Ms. Patricia Anderson, moves the court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim.  In support of this motion, the undersigned states as follows:

1.  Numerous attempts at contacting the claimant both by phone and in writing have been unsuccessful.  Counsel has also hired a private investigator in an effort to locate and communicate with Ms. Patricia Anderson.  Claimant has failed to respond to communications and cannot be found.

2.  Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known mailing address.  Plaintiff's last known mailing address is Ms. Patricia Anderson, 8520 Chef Menteur, Hwy Apt 201.  New Orleans LA

3.  Pre-Trial Order No. 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4.      Counsel will rely upon the Certification annexed hereto to verify that counsel published notice in a paper of general circulation in the location of Claimant's last known address, Ms. Patricia Anderson, which ran for three consecutive days.

For these reasons, Herman, Herman, Katz & Cotlar, LLP, urge the Court to grant their Motion to Withdraw as Counsel of Record in this matter.

Respectfully submitted,

/s/ Leonard A. Davis
**RUSS M. HERMAN**, La. Bar No. 6819
**LEONARD A. DAVIS**, La. Bar No. 14190
**STEVE HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Fax No. (504) 561-6024
E-Mail: rherman@hhkc.com
E-Mail: ldavis@hhkc.com
E-Mail: sherman@hhkc.com

**ATTORNEYS  FOR  PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of September, 2008.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com