UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                                  MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                  SECTION L

Judge Eldon E. Fallon

Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 |
| Glenn L. Dier, et al., v. Merck & Co. | Case No.: 2:05-cv-01088 |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 |
| Rosemary Holobosky, et al., v. Merck & Co. | Case No.: 2:05-cv-01091 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 |
| Kathleen Hoffner, et al., v. Merck & Co. | Case No.: 2:06-cv-02238 |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 |

## ORDER

Considering the foregoing Motion for Leave to File Plaintiff's Corrected Reply Memorandum of Law to Merck's Opposition to Plaintiff's Motion,

IT IS ORDERED that the above plaintiffs are hereby granted leave to file their Corrected Reply Memorandum of Law to Merck's Opposition to Plaintiff's Motion.

NEW ORLEANS, LOUISIANA, this __23rd__ Day of __September__, 2008.

_____
DISTRICT JUDGE