UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Ms. Tanisha Jackson<br>(Jenkins #05-4416) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Herman, Herman, Katz & Cotlar, LLP is hereby withdrawn as counsel of record for Ms. Tanisha Jackson.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE