# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests Made For The Production Of Medical Records As To Medical Provider Express Scripts Only:

**IT IS ORDERED**, that the Motion is withdrawn as to Express Scripts <u>only</u>.

Dated: September 23rd, 2008
New Orleans Louisiana

_____
Honorable Eldon E. Fallon
U.S. District Court Judge