UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   ALL CASES

# ORDER

The Court has been informed that the following medical records providers have failed to comply with or in some cases even respond to legal requests made by Vioxx claimants for the production of their medical records. At this time, it is critical that claimants be given access to their medical records or those of their decedents. Without these records, claimants will be unable to enroll in the settlement program. With the final deadline for enrollment now imminent, this Court will not allow these providers to ignore court orders for the production of records. The importance of timely compliance cannot be overstated.

On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program. Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court. As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its orders in each of the 94 federal judicial districts of the

1

United States. *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned ... may exercise the powers of a district judge in any district....").

Accordingly, IT IS ORDERED that Plaintiff's Motions for Order to Show Cause (Rec. Doc. 15702, 15721) ARE GRANTED. IT IS FURTHER ORDERED that representatives from each of the following medical records providers shall appear in court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, October 17, 2008, at 9:00 a.m., to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records are produced.

Medical records providers that satisfy the records requests prior to Wednesday, October 15, 2008, will no longer be subject to this Order and will not be required to appear in court.

New Orleans, Louisiana, this 24th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

**Medical Records Providers Subject to this Show Cause Order:**

1. **Rite-Aid**
   320 Cumberland Street
   Bogalusa, LA 70427
   *Claimant: Pernell Peters*

2. **Eckerds**
   601 East King Street
   King Mountain, NC 28086
   *Claimant: Peggy Pruitt*

3. **Mercy Medical Center**
   301 St. Paul Place
   Baltimore, MD 21201
   *Claimant: Constance Flowers*

4. **Heart & Vascular Clinic**
   42078 Veterans Avenue
   Houma, LA 70403
   *Claimant: John Henry Turner*

5. **Dr. Lee Walker**
   9600 Lile Avenue
   Suite 220
   Little Rock, AR 72205
   *Claimant: Duncan Wade*

6. **Lindy Boggs Hospital**
   301 North Jefferson Davis Highway
   New Orleans, LA 70119
   *Claimant: Doinca Keller*

7. **K-Mart Pharmacy**
   2701 Belle Chasse Highway
   Gretna, LA 70053
   *Claimant: Mary Stipe*

8. **New York Presbyterian Hospital**
   526 East 68th Street
   New York, NY 10021
   *Claimant: Lawrence Coleman*

9.   **Lake Providence Medical Clinic**
     319 North Hood Street
     Lake Providence, LA 71254
     *Claimant: Loretta Phillips*

10.  **Orthopaedic Specialist of New Orleans**
     3434 Prytania Street
     Suite 450
     New Orleans, LA 70115
     *Claimant: Thomas Scanlan*

11.  **Walgreens**
     1901 East Voorhees Street
     P.O. Box 4039, MS #735
     Danville, IL 61834
     *Claimants: Velma Batiste, Ursula Price, Thomas Scanlan*

12.  **CVS**
     3754 Moss Street
     Lafayette, LA 70501
     *Claimant: Eunice Andrus*

13.  **Sam's Club**
     181 Northshore Boulevard
     Slidell, LA 70460
     *Claimant: Janie Banks*

14.  **Walmart**
     167 Northshore Boulevard
     Slidell, LA 70460
     *Claimant: Velma Batiste*

15.  **Walmart**
     83333 West Judge Perez Dr.
     Chalmette, LA 70043
     *Claimant: Thomas Scanlan*

16.  **Touro Infirmary**
     1401 Foucher Street
     New Orleans, LA 70115
     *Claimant: Velma Batiste*

17.  **Dr. Daniel Stein**
     1921 Waldemere Street #701
     Sarasota, FL 34239
     *Claimant: Howard Balkin*

18. **East Jefferson General Hospital**
    4200 Houma Boulevard
    Metairie, LA 70006
    *Claimant: William Teter*

19. **Tulane University Hospital**
    1415 Tulane Ave.
    New Orleans, LA 70112
    *Claimant: Ursula Price*

20. **Dr. John Schumacher**
    4328 Houma Boulevard
    Suite 510
    Metairie, LA 7006
    *Claimant: William Teter*

21. **Meadowcrest Hospital**
    2500 Belle Chasse Highway
    Gretna, LA 70056
    *Claimant: Clifford Gasper*

22. **St. Tammany Hospital**
    1202 South Tyler Street
    Covington, LA 70433
    *Claimant: Geneva McKay*

23. **Winn Dixie**
    204 Northwest Boulevard
    Franklin, LA 70538
    *Claimant: Mary Dantin*

24. **Winn Dixie**
    57 Gentilly Boulevard
    New Orleans, LA 70122
    *Claimant: Doinca Keler*

25. **Caremark, NALC**
    P.O. Box. 94465
    Palatine, IL 60094
    *Claimant: William Robertson*

26. **Charity Hospital Pharmacy**
    1541 Tulane Avenue
    New Orleans, LA 70112
    *Claimant: Pernell Peters*

27. **VA Hospital**
    1500 E. Woodrow Wilson Avenue
    Jackson, MS 39216
    *Claimant: James George*

28. **Dr. Thomas Melancon**
    3600 Belle Chasse Highway
    Gretna, LA 70056
    *Claimant: Paul Beamer*

29. **Dr. Joseph Laughlin**
    8080 Bluebonnet Boulevard
    Suite 1000
    Baton Rouge, LA 70810
    *Claimant: Ben Smith*

30. **Tulane University Hospital**
    1415 Tulane Avenue
    New Orleans, LA 70112
    *Claimants: Keith Hunter, Shirley Wright*

31. **Slidell Memorial Hospital**
    1001 Gause Boulevard
    Slidell, LA 70458
    *Claimant: Lilla Pittman*

32. **Oschner Hospial**
    1514 Jefferson Highway
    New Orleans, LA 70121
    *Claimant: Don Hubbard*

33. **Dr. Goodwin Ogbukiri**
    44543 Downman Road
    New Orleans, LA 70126
    *Claimant: Rebecca Hart-Sherman*

34. **Rite-Aid Corporation**
    Attn: Jill L. Larson
    30 Hunter Lane
    Camp Hill, PA 17011
    *Claimant: Donna Doherty*