IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL PLAINTIFFS ON | * | MAG. JUDGE KNOWLES |
| ATTACHMENT A | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance With Pretrial Order No. 31 came on for hearing on the 11th day of September, 2008. For the reasons orally assigned, the Court hereby dismisses the claims of all plaintiffs on Attachment A for failure to register their claims as required by Pre-Trial Order No. 31. Copies of all exhibits offered by Merck during the hearing are on file with the Clerk's office.

NEW ORLEANS, LOUISIANA, this 18th day of September, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X  Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No \_\_944359.1\_\_

# Attachment A -- Claims Dismissed for Failure to Register

|    | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 1  | Adelfio, Jacklyn P | Adelfio, Jacklyn P. v. Merck & Co., Inc. | 2:05-cv-02774-EEF-DEK |
| 2  | Alvarado, Jose Javier | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 3  | Anderson, Essie | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 4  | Anderson, Fitchue | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 5  | Andrews, Betty | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 6  | Antivola, Sharon J | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 7  | Arnold, Charles | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK |
| 8  | Arnold, Rosa | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK |
| 9  | Arrant, Jack | Arrant, Jack v. Merck & Co., Inc. | 2:05-cv-01127-EEF-DEK |
| 10 | Axelson, Brian | Axelson, Brian v. Merck & Co., Inc. | 2:05-cv-01991-EEF-DEK |
| 11 | Baham, Ervin | Baham, Ervin v. Merck & Co., Inc. | 2:05-cv-06902-EEF-DEK |
| 12 | Baiamonte, Gloria | Baiamonte, Gloria v. Merck & Co., Inc. | 2:06-cv-01556-EEF-DEK |
| 13 | Ball, Ronald | Ball, Ronald v. Merck & Co., Inc. | 2:07-cv-06688-EEF-DEK |
| 14 | Basham, Norman R | Basham, Norman R. v. Merck & Co., Inc. | 2:07-cv-09545-EEF-DEK |
| 15 | Bernabe, Renee M | Bernabe, Renee M. v. Merck & Co., Inc. | 2:05-cv-04865-EEF-DEK |
| 16 | Berrera, Maria | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 17 | Berrios Medina, Nydia | Berrios Medina, Nydia v. Merck & Co., Inc. | 2:05-cv-04536-EEF-DEK |
| 18 | Bibbs, Carl A | Meehan, Jana v. Merck & Co., Inc. | 2:05-cv-06534-EEF-DEK |
| 19 | Bisbal, Annette | Bisbal, Annette v. Merck & Co., Inc. | 2:07-cv-06681-EEF-DEK |
| 20 | Block, Kelly A | Block, Kelly A. v. Merck & Co., Inc. | 2:06-cv-02713-EEF-DEK |
| 21 | Blodgett, Paticia | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK |
| 22 | Boulangger, Eugenia Damaris | Boulangger, Eugenia D. v. Merck & Co., Inc. | 2:05-cv-00735-EEF-DEK |
| 23 | Box, Shelby | Trotter, Herbert F. v. Merck & Co., Inc. | 2:05-cv-03151-EEF-DEK |
| 24 | Bradley, Lesia | Bradley, Lesia v. Merck & Co., Inc. | 2:07-cv-06675-EEF-DEK |
| 25 | Brady, Robert | Brady, Robert v. Merck & Co., Inc. | 2:06-cv-09701-EEF-DEK |
| 26 | Brandon, Michael | Brandon, Michael v. Merck & Co., Inc. | 2:06-cv-06465-EEF-DEK |
| 27 | Brooks, Ethel | Brooks, Willie v. Merck & Co., Inc. | 2:05-cv-03245-EEF-DEK |
| 28 | Brooks, Gloria | Brooks, Gloria v. Merck & Co., Inc. | 2:06-cv-01554-EEF-DEK |
| 29 | Broussard, Norma | Brousssard, Norma v. Merck & Co., Inc. | 2:06-cv-01043-EEF-DEK |
| 30 | Brown, Flint | Aiono, Saolotoga v. Merck & Co., Inc. | 2:05-cv-04743-EEF-DEK |
| 31 | Brusilovsky, Irene | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 32 | Bryant, Gary | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |
| 33 | Bucio, Celia | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 34 | Burgess, Rolana | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 35 | Burgos, Laura | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 36 | Burke, Mary | Burke, Mary v. Merck & Co., Inc. | 2:05-cv-01170-EEF-DEK |
| 37 | Byrd, Anne S | Byrd, Jerry W. Jr. v. Merck & Co., Inc. | 2:06-cv-10778-EEF-DEK |
| 38 | Cadet, Venicia | Cadet, Venicia v. Merck & Co., Inc. | 2:05-cv-01746-EEF-DEK |
| 39 | Carbajal, Zoila | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 40 | Carrizal, Armando | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 41 | Carter, Alfreda | Carter, Alfreda v. Merck & Co., Inc. | 2:05-cv-01689-EEF-DEK |
| 42 | Carvallo, David G | Carvallo, David G. v. Merck & Co., Inc. | 2:05-cv-00989-EEF-DEK |
| 43 | Casal, Venus Y | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 44 | Cavalier, Barbara | Cavalier, Barbara v. Merck & Co. Inc. | 2:06-cv-02869-EEF-DEK |
| 45 | Cazares, Jose | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 46 | Ceballos, Maria | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |
| 47 | Ceballos, Raquel | Ceballos, Raquel v. Merck & Co., Inc. | 2:07-cv-00734-EEF-DEK |
| 48 | Cervantes, Teresa M | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 49 | Channette, Anita | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 50 | Christie, Pearly | Christie, Pearly v. Merck & Co., Inc. | 2:08-cv-00877-EEF-DEK |
| 51 | Coleman, Lori Ann Viltz | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 52 | Collins, Sarah | Collins, Sarah v. Merck & Co., Inc. | 2:07-cv-06674-EEF-DEK |
| 53 | Colom, Gewndolyn | Sansing, Joann G. v. Merck & Co., Inc. | 2:06-cv-09373-EEF-DEK |
| 54 | Cook, Debra | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |

| | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 55 | Cordero, Rosa | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 56 | Costas, Ana | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 57 | Counsil, Richard | Counsil, Richard v. Merck & Co., Inc. | 2:05-cv-06243-EEF-DEK |
| 58 | Cramer, Charles | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK |
| 59 | Creasie, Kathy M | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK |
| 60 | Dardzinski, Aaron | Dardzinski, Aaron v. Merck & Co., Inc. | 2:05-cv-03569-EEF-DEK |
| 61 | Davis Todd, Teresa G | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 62 | Davis, Harrol Eugene | Davis, Harrol E. v. Merck & Co., Inc. | 2:06-cv-00692-EEF-DEK |
| 63 | Davis, Jonathan | Campisi, Alura v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK |
| 64 | Delgado, Maria Burgos | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 65 | Delgado, Martin | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 66 | Dempsey, Paul D | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 67 | Derouen, Betty N | Derouen, Betty N. v. Merck & Co., Inc. | 2:06-cv-10302-EEF-DEK |
| 68 | Drenis, Nicholaos | Drenis, Nicholaos v. Merck & Co., Inc. | 2:05-cv-03874-EEF-DEK |
| 69 | Dutlon, Betty | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 70 | Eddie, Delores | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 71 | Edwards, Richard Carlos | Edwards, Robbie G. v. Merck & Co., Inc. | 2:06-cv-01718-EEF-DEK |
| 72 | Encinas, Olivia L | Encinas, Olivia L. v. Merck & Co., Inc. | 2:06-cv-10089-EEF-DEK |
| 73 | Erickson, France (Fran) | Erickson, R. D. v. Merck & Co., Inc. | 2:05-cv-01166-EEF-DEK |
| 74 | Erving, Shirlene | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |
| 75 | Fabian, Andrew J | Fabian, Andrew J. v. Merck & Co., Inc. | 2:06-cv-00442-EEF-DEK |
| 76 | Faison, Bernice | Faison, Bernice v. Merck & Co., Inc. | 2:07-cv-06673-EEF-DEK |
| 77 | Farlandskiy, Yakob | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 78 | Fernandez, Jose | Fernandez, Jose v. Merck & Co., Inc. | 2:05-cv-05757-EEF-DEK |
| 79 | Findlay, Loretta | Findlay, Loretta v. Merck & Co., Inc. | 2:05-cv-01081-EEF-DEK |
| 80 | Flores, Victoriano | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 81 | Francis, Marjorie | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK |
| 82 | Franks, Barbara | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 83 | Frans, Jesse J Sr | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK |
| 84 | Frederick, Cleaver R | Frederick, Cleaver R. v. Merck & Co., Inc. | 2:05-cv-02797-EEF-DEK |
| 85 | Freemon, Edward | Freemon, Edward v. Merck & Co., Inc. | 2:06-cv-01481-EEF-DEK |
| 86 | Fusilier, Paul | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 87 | Garcia, Aurelio | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 88 | Garcia, Hector | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 89 | Gillis, Donna F | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 90 | Glass, ODell S | Glass, ODell S. v. Merck & Co., Inc. | 2:06-cv-01607-EEF-DEK |
| 91 | Graham, Annie | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |
| 92 | Grajeda, Manuel P | Grajeda, Manuel P. v. Merck & Co., Inc. | 2:06-cv-10090-EEF-DEK |
| 93 | Graver, Jerry M | Graver, Jerry M. v. Merck & Co., Inc. | 2:05-cv-00722-EEF-DEK |
| 94 | Gravitt, Philo | Gravitt, Philo v. Merck & Co., Inc. | 2:07-cv-00713-EEF-DEK |
| 95 | Grooms, Judy M | Bordelon, Mae R. v. Merck & Co., Inc. | 2:05-cv-04454-EEF-DEK |
| 96 | Gurule, Joe E | Digusma, Baca v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK |
| 97 | Gutierrez, Maria | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 98 | Hale, Charles | Hale, Charles v. Merck & Co., Inc. | 2:07-cv-01052-EEF-DEK |
| 99 | Hall, Shirley | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 100 | Hardwick, Michael E | Hardwick, Michael E. v. Merck & Co., Inc. | 2:05-cv-03626-EEF-DEK |
| 101 | Harrell, H Raymond | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK |
| 102 | Hartin, Kenneth | Hartin, Kenneth v. Merck & Co., Inc. | 2:06-cv-10674-EEF-DEK |
| 103 | Hatala, Joseph V | Hatala, Joseph F. v. Merck & Co., Inc. | 2:05-cv-03827-EEF-DEK |
| 104 | Hauser, Iris | Hauser, Iris v. Merck & Co., Inc. | 2:06-cv-00323-EEF-DEK |
| 105 | Hawk, Dennis | Hawk, Dennis v. Merck & Co., Inc. | 2:05-cv-04925-EEF-DEK |
| 106 | Hebert, Lois Mary | Kinchen, Paul E. v. Merck & Co., Inc. | 2:05-cv-05033-EEF-DEK |
| 107 | Henderson, Mary | Henderson, Mary v. Merck & Co., Inc. | 2:05-cv-01447-EEF-DEK |
| 108 | Henry, Lucille | Henry, Lucille v. Merck & Co., Inc. | 2:05-cv-05884-EEF-DEK |
| 109 | Hernandez, Pedro | Hernandez, Pedro v. Merck & Co., Inc. | 2:07-cv-02113-EEF-DEK |
| 110 | Hightower, Verl | Ceballos, Maria v. Merck & Co., Inc. | 2:05-cv-01992-EEF-DEK |
| 111 | Hoff, Marla | Hoff, Marla v. Merck & Co., Inc. | 2:05-cv-04438-EEF-DEK |

|     | Plaintiff's Name | Caption | Docket Number |
| --- | --- | --- | --- |
| 112 | Hoffman, Amy Long | Hoffman, Amy Long v. Merck & Co. | 2:08-cv-01463-EEF-DEK |
| 113 | Holguin, Jerry | Digusma, Baca v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK |
| 114 | Horton, Raymond C | Horton, Raymond C. v. Merck & Co., Inc. | 2:05-cv-04253-EEF-DEK |
| 115 | House, Paul E | House, Paul E. v. Merck & Co., Inc. | 2:05-cv-00523-EEF-DEK |
| 116 | Howard, Kathy | Howard, Kathy v. Merck & Co., Inc. | 2:06-cv-00332-EEF-DEK |
| 117 | Hubbs, Adelene M | Hubbs, Adelene M. v. Merck & Co., Inc. | 2:05-cv-01990-EEF-DEK |
| 118 | Humphrey, Virginia | Humphrey, Virginia v. Merck & Co., Inc. | 2:05-cv-04230-EEF-DEK |
| 119 | Hutchinson, Ella | Hutchinson, Ella v. Merck & Co., Inc. | 2:06-cv-01549-EEF-DEK |
| 120 | Jackson, Vernon | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| 121 | Jacques, Oralia | Jacques, Oralia v. Merck & Co., Inc. | 2:06-cv-01546-EEF-DEK |
| 122 | Jeanjacques, David | Jeanjacques, David v. Merck & Co., Inc. | 2:05-cv-02776-EEF-DEK |
| 123 | Johnson, Brenda | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 124 | Johnson, Willa | Johnson, Willa v. Merck & Co., Inc. | 2:07-cv-00723-EEF-DEK |
| 125 | Joiner, Bobby Lee | Joiner, Bobby L. v. Merck & Co., Inc. | 2:06-cv-05502-EEF-DEK |
| 126 | Jones, Delores | Jones, Victoria v. Merck & Co., Inc. | 2:06-cv-10320-EEF-DEK |
| 127 | Jones, Virginia | Jones, Virginia v. Merck & Co., Inc. | 2:06-cv-01557-EEF-DEK |
| 128 | Jordan, Joseph | Jordan, Joseph v. Merck & Co., Inc. | 2:07-cv-06672-EEF-DEK |
| 129 | Juneau, Robbie | Juneau, Robbie v. Merck & Co., Inc. | 2:06-cv-00245-EEF-DEK |
| 130 | Keating, Kathleen | Keating, Kathleen v. Merck & Co., Inc. | 2:05-cv-03390-EEF-DEK |
| 131 | Keenan, Kathleen | Keenan, Kathleen v. Merck & Co., Inc. | 2:06-cv-00683-EEF-DEK |
| 132 | Kimerer, Sammi | Kimerer, Sammi v. Merck & Co., Inc. | 2:06-cv-11341-EEF-DEK |
| 133 | Kirby, Barbara | Kirby, Barbara v. Merck & Co., Inc. | 2:07-cv-01473-EEF-DEK |
| 134 | Knight, Nicklett | Knight, Nicklett v. Merck & Co., Inc. | 2:06-cv-09824-EEF-DEK |
| 135 | Kniss, Connie | Kniss, Paul v. Merck & Co., Inc. | 2:06-cv-02267-EEF-DEK |
| 136 | Korach, Linda | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK |
| 137 | LaGrove, Albert | LaGrove, Albert v. Merck & Co., Inc. | 2:07-cv-06327-EEF-DEK |
| 138 | Lagunas, Silvestre | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 139 | Leonard, Michael R | Leonard, Michael R. v. Merck & Co., Inc. | 2:05-cv-00539-EEF-DEK |
| 140 | Lewis, Charles Edward | Lewis, Charles E. v. Merck & Co., Inc. | 2:05-cv-00857-EEF-DEK |
| 141 | Lewis, Michael D | Lewis, Michael D. v. Merck & Co., Inc. | 2:05-cv-06225-EEF-DEK |
| 142 | Lewis, Timothy | Lewis, Timothy v. Merck & Co., Inc. | 2:05-cv-02957-EEF-DEK |
| 143 | Lofton, Daniel Jr | Lofton, Daniel v. Merck & Co., Inc. | 2:05-cv-04252-EEF-DEK |
| 144 | Lopez, Carmen | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 145 | Lopez, Roberto | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 146 | Lordeus, Marie Rose | Lordeus, Marie R. v. Merck & Co., Inc. | 2:05-cv-01747-EEF-DEK |
| 147 | Love, Patrica | Love, Patrica v. Merck & Co., Inc. | 2:05-cv-06503-EEF-DEK |
| 148 | Lovins, Ron | Lovins, Ron v. Merck & Co., Inc. | 2:06-cv-06452-EEF-DEK |
| 149 | Lyons, Michael | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 150 | Maitland, Vilma D | Maitland, Vilma D. v. Merck & Co., Inc. | 2:07-cv-06677-EEF-DEK |
| 151 | Maldonado, Galo | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 152 | Mangum, Ersell | Mangum, Ersell v. Merck & Co., Inc. | 2:06-cv-10678-EEF-DEK |
| 153 | Manning, J William | Manning, J. William v. Merck & Co., Inc. | 2:05-cv-06526-EEF-DEK |
| 154 | Marks, Henrietta | Smart, Hilda v. Merck & Co., Inc. | 2:07-cv-00961-EEF-DEK |
| 155 | Marshall, Odell | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 156 | Martin, Glen | Martin, Glen v. Merck & Co., Inc. | 2:05-cv-02892-EEF-DEK |
| 157 | Martin, Janice M | Lovelace, Barbara S. v. Merck & Co., Inc. | 2:05-cv-05863-EEF-DEK |
| 158 | Martin, Kathleen A | Martin, Kathleen A. v. Merck & Co., Inc. | 2:06-cv-00784-EEF-DEK |
| 159 | Mauricio, Jose | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 160 | Maxwell, Alphonso Jr | Maxwell, Alphonso v. Merck & Co., Inc. | 2:06-cv-01524-EEF-DEK |
| 161 | McElroy, Louise | McElroy, Louise v. Merck & Co., Inc. | 2:06-cv-01507-EEF-DEK |
| 162 | Medice, Veronica Smith | Bennett, Gelinda G. v. Merck & Co., Inc. | 2:05-cv-03307-EEF-DEK |
| 163 | Meglio, Luca | Sarle, Helen G. v. Merck & Co., Inc. | 2:06-cv-03145-EEF-DEK |
| 164 | Meglio, Sylvia | Meglio, Luca P. v. Merck & Co., Inc. | 2:05-cv-04143-EEF-DEK |
| 165 | Melancon, Bernadine Fontenot | Melancon, William L. Sr. v. Merck & Co., Inc. | 2:05-cv-06727-EEF-DEK |
| 166 | Menard, Norman | Campisi, Alura v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK |
| 167 | Mendoza, Alicia | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 168 | Mendoza, Javier | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |

| | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 169 | Mendoza, Yesenia | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 170 | Mesrobian, Richard | Mesrobian, Richard v. Merck & Co., Inc. | 2:06-cv-11313-EEF-DEK |
| 171 | Meyers, Herbert Sr | Bennett, Gelinda G. v. Merck & Co., Inc. | 2:05-cv-03307-EEF-DEK |
| 172 | Miller, Cynthia | Miller, Cynthia v. Merck & Co., Inc. | 2:05-cv-04740-EEF-DEK |
| 173 | Miller, Donna S | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 174 | Mitchell, Leamon L Sr | Mitchell, Leamon L. Sr. v. Merck & Co., Inc. | 2:05-cv-05794-EEF-DEK |
| 175 | Mitchell, Vernon | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 176 | Molina, Laura Bercedoni | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 177 | Murphy, Don | Murphy, Don v. Merck & Co., Inc. | 2:05-cv-03227-EEF-DEK |
| 178 | Murphy, Marsha | Arnold, Freddie W. v. Merck & Co., Inc. | 2:06-cv-01460-EEF-DEK |
| 179 | Myers, Dan | Myers, Dan v. Merck & Co., Inc. | 2:08-cv-01412-EEF-DEK |
| 180 | Nguyen, Duong | Nguyen, Duong v. Merck & Co., Inc. | 2:07-cv-00719-EEF-DEK |
| 181 | Nicar, Gloria Martinez | Nicar, Gloria M. v. Merck & Co., Inc. | 2:06-cv-01562-EEF-DEK |
| 182 | Nimmo, Vonda | Sims, Lizzie M. v. Merck & Co., Inc. | 2:05-cv-00991-EEF-DEK |
| 183 | Nix, John D | Nix, John D. v. Merck & Co., Inc. | 2:06-cv-10131-EEF-DEK |
| 184 | Noble, Dianne | Nobel, Dianne v. Merck & Co., Inc. | 2:05-cv-05788-EEF-DEK |
| 185 | Nold, Deborah Jean | Nold, Deborah J. v. Merck & Co., Inc. | 2:05-cv-06525-EEF-DEK |
| 186 | Oakes, Patricia J | Oakes, Patricia J. v. Merck & Co., Inc. | 2:07-cv-01999-EEF-DEK |
| 187 | Ochoa, John | Ochoa, John v. Merck & Co., Inc. | 2:06-cv-01048-EEF-DEK |
| 188 | Omerza, Leroy | Omerza, Leroy v. Merck & Co., Inc. | 2:05-cv-03449-EEF-DEK |
| 189 | Painton, Billie | Painton, Billie v. Merck & Co., Inc. | 2:05-cv-00533-EEF-DEK |
| 190 | Pascarella, Rose | Camardella, Maria v. Merck & Co., Inc. | 2:05-cv-02394-EEF-DEK |
| 191 | Patingo, Freddie | Miller, Doris v. Merck & Co., Inc. | 2:06-cv-11066-EEF-DEK |
| 192 | Perez, Jose | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 193 | Perez, Maria | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 194 | Perez, Timoteo | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 195 | Pierson, Bobbie M | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK |
| 196 | Pitone, Joseph Michael | Pitone, Joseph M. v. Merck & Co., Inc. | 2:05-cv-05153-EEF-DEK |
| 197 | Pixton, Victoria | Jones, Victoria v. Merck & Co., Inc. | 2:06-cv-10320-EEF-DEK |
| 198 | Poindexter, Jimmy H | Poindexter, Jimmy H. v. Merck & Co., Inc. | 2:06-cv-10198-EEF-DEK |
| 199 | Primus, Brenda Diana | Primus, Brenda D. v. Merck & Co., Inc. | 2:06-cv-01559-EEF-DEK |
| 200 | Pritt, Laura | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 201 | Ramirez, Florencio | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 202 | Raymond, Freddie | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 203 | Reese, Wilmer Wayne | Reese, Wilmer W. v. Merck & Co., Inc. | 2:05-cv-01732-EEF-DEK |
| 204 | Reid, Jerry | Reid, Jerry v. Merck & Co., Inc. | 2:05-cv-03228-EEF-DEK |
| 205 | Reineck, Julia M | Reineck, Julia M. v. Merck & Co., Inc. | 2:05-cv-01094-EEF-DEK |
| 206 | Reskin, Charles M | Reskin, Charles M. v. Merck & Co., Inc. | 2:06-cv-00689-EEF-DEK |
| 207 | Rester, Melissa A | Rester, Melissa A. v. Merck & Co., Inc. | 2:05-cv-02771-EEF-DEK |
| 208 | Reyes, Jose | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK |
| 209 | Reyes, Moises | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 210 | Rich, Sam | Rich, Sam v. Merck & Co., Inc. | 2:05-cv-03551-EEF-DEK |
| 211 | Richardson, Julia | Richardon, Patrick v. Merck & Co., Inc. | 2:06-cv-04028-EEF-DEK |
| 212 | Rico, Maria | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 213 | Riley, Darlene | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |
| 214 | Rinne, Nicholas Judson | Rinne, Nicholas J. v. Merck & Co., Inc. | 2:06-cv-01023-EEF-DEK |
| 215 | Riquelme, Eladia | Riquelme, Evelyn v. Merck & Co., Inc. | 2:05-cv-06219-EEF-DEK |
| 216 | Rivas, Alonzo | Rivas, Alonzo v. Merck & Co., Inc. | 2:07-cv-02128-EEF-DEK |
| 217 | Rodriguez, Jose | Rodriguez, Jose v. Merck & Co., Inc. | 2:07-cv-06683-EEF-DEK |
| 218 | Rogers, Harry E | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK |
| 219 | Romo, Olivia Rodriguez | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 220 | Royse, Helene M | Royse, Helene M. v. Merck & Co., Inc. | 2:05-cv-02315-EEF-DEK |
| 221 | Salinas, Anita | Salinas, Anita v. v. Merck & Co., Inc. | 2:07-cv-02127-EEF-DEK |
| 222 | Santiago, Luis | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 223 | Scheirer, Donald | Scheirer, Donald v. Merck & Co., Inc. | 2:06-cv-03914-EEF-DEK |
| 224 | Schulten, Kathleen | Schulten, Kathleen v. Merck & Co., Inc. | 2:05-cv-02266-EEF-DEK |
| 225 | Scissom, Mark Anthony | Scissom, Susan H. v. Merck & Co., Inc. | 2:05-cv-06418-EEF-DEK |

|  | Plaintiff's Name | Caption | Docket Number |
|---|---|---|---|
| 226 | Seegmiller, Robert | Kuhnke, Elaine v. Merck & Co, Inc. | 2:06-cv-05882-EEF-DEK |
| 227 | Segura, Reibindicacion | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 228 | Singleton, Jesse | Singleton, Jesse v. Merck & Co., Inc. | 2:06-cv-05584-EEF-DEK |
| 229 | Smart, Hilda | Smart, Hilda v. Merck & Co., Inc. | 2:07-cv-00961-EEF-DEK |
| 230 | Smith, Bobby | Smith, Sonia v. Merck & Co., Inc. | 2:06-cv-00102-EEF-DEK |
| 231 | Smith, Ernest | Matos, Richard v. Merck & Co., Inc. | 2:08-cv-00861-EEF-DEK |
| 232 | Soria, Alejandro | Bucio, Celia v. Merck & Co., Inc. | 2:07-cv-00374-EEF-DEK |
| 233 | Stanley, Marie | Stanley, Marie v. Merck & Co., Inc. | 2:05-cv-02922-EEF-DEK |
| 234 | Stout, Clyde | Stout, Clyde v. Merck & Co., Inc. | 2:06-cv-00094-EEF-DEK |
| 235 | Strait, Glenn | Strait, Glenn v. Merck & Co., Inc. | 2:06-cv-03334-EEF-DEK |
| 236 | Suarez, Bertha | Antivola, Sharon J. v. Merck & Co., Inc. | 2:07-cv-00667-EEF-DEK |
| 237 | Taylor, Joyce | Taylor, Joyce v. Merck & Co., Inc. | 2:06-cv-01550-EEF-DEK |
| 238 | Teller, Ina M | Teller, Ina M. v. Merck & Co., Inc. | 2:07-cv-00949-EEF-DEK |
| 239 | Tellez, Agustin | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 240 | Thompson, Mary A | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 241 | Tiller, Linda | Tiller, Linda v. Merck & Co., Inc. | 2:06-cv-00438-EEF-DEK |
| 242 | Tock, Richard | Tock, Richard v. Merck & Co., Inc. | 2:05-cv-03556-EEF-DEK |
| 243 | Toms, Harry | Toms, Harry v. Merck & Co., Inc. | 2:07-cv-06150-EEF-DEK |
| 244 | Trevino, Enrique | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 245 | Turks, Jessie Lee Sr | Merrit, Norma v. Merck & Co., Inc. | 2:05-cv-00473-EEF-DEK |
| 246 | Varsho, Margaret | Varsho, Margaret v. Merck & Co., Inc. | 2:05-cv-03545-EEF-DEK |
| 247 | Veatch, Christopher Paul | Veatch, Christopher P. v. Merck & Co., Inc. | 2:06-cv-00414-EEF-DEK |
| 248 | Vega Sanchez, Gloria | Vega Sanchez, Gloria v. Merck & Co., Inc. | 2:05-cv-04533-EEF-DEK |
| 249 | Vertucci, James | Vertucci, James v. Merck & Co., Inc. | 2:06-cv-09359-EEF-DEK |
| 250 | Vezina, Virginia | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 251 | Vissichelli, George | Vissichelli, George v. Merck & Co., Inc. | 2:06-cv-00671-EEF-DEK |
| 252 | Vrabel, Judith T | Vrabel, Judith T. v. Merck & Co., Inc. | 2:06-cv-00476-EEF-DEK |
| 253 | Wasson, Dennis | Wasson, Dennis v. Merck & Co., Inc. | 2:05-cv-03530-EEF-DEK |
| 254 | Williams, Faye | Williams, Faye v. Merck & Co., Inc. | 2:05-cv-03666-EEF-DEK |
| 255 | Wireman, Charles R | Wireman, Charles R. v. Merck & Co., Inc. | 2:05-cv-02943-EEF-DEK |
| 256 | Wright, Ramona | Wright, Ramona v. Merck & Co., Inc. | 2:07-cv-00947-EEF-DEK |
| 257 | Wustruck, Jim | Wustruck, Jim v. Merck & Co., Inc. | 2:07-cv-00721-EEF-DEK |
| 258 | Zamora, Juan Carlos | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |