UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | MAGISTRATE JUDGE KNOWLES |
| *Amadis-Rosario, Gladys et al. v. Merck & Co., Inc.*, Docket Number 2:05-cv-06234; and only regarding Gladys Rivera Cruz and her mother Gladys A. Rivera Cruz; Francisca Rivera Negron and her children Jose Luis Rivera Rivera and Mariade Lourdes Rivera Rivera; Milagros Rivera Robles; Carmen Rivera Santiago; Robinson Rivera Torres and his son Daniel Isaac Rivera Flores; Nereida Robles; and Martha Rodriguez. | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 25th day of September, 2008.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

60247480_1.DOC