UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

**IT IS ORDERED** that plaintiffs listed in Exhibit A show cause on the 10th day of October, 2008, at 10:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs listed in Exhibit A file and serve upon Liaison Counsel any opposition to the Rule on or before the 6th day of October, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2008.

NEW ORLEANS, LOUISIANA, this ____ day of September, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1449824v1
941252v.1
60402877_1.DOC
946517v.1