# EXHIBIT A

**Motions to Withdraw with Certification A On File:**[*]

1. *Allison, et al. v. Merck & Co., Inc.,* # 05-4450 (Lemma Plemons only) (filed September 25, 2008)

2. *Bajon, et al. v. Merck & Co., Inc.,* VCN No. 1086460 (Luba Kanavaloff only) (filed September 5, 2008)

3. *Garcia-DeLeon, et al. v. Merck & Co., Inc.,* VCN No. 1086454 (filed September 5, 2008)

4. *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 06-1508 (Lawrence Rivers only) (filed August 20, 2008)

5. *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 06-1508 (Ava Williams only) (filed August 20, 2008)

6. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Joseph Aguillard only) (filed September 25, 2008)

7. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Patricia Anderson only) (filed September 25, 2008)

8. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Terrell Breaux only) (filed September 25, 2008)

9. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Albert Dobard only) (filed September 25, 2008)

---

[*] Pursuant to PTO 36, plaintiffs' lawyers were instructed by the Court to attach a Certification A which stated, *inter alia*, that counsel:

1. Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.
2. Sent a letter to plaintiff by certified mail to plaintiff's last known address . . . .

PTO 36, §I(B)(1)-(2). Counsel were also instructed to file, in turn, a Certification B if the plaintiff had not been located or failed to respond to any communication from plaintiffs' lawyers within sixty (60) days. PTO 36, §I(B)(1)-(2).

- 2 -

10. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Carolyn Hughes only) (filed September 25, 2008)

11. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Jessie Jackson only) (filed September 25, 2008)

12. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Tanisha Jackson only) (filed September 25, 2008)

13. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Shelly Joseph only) (filed September 25, 2008)

14. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Glynis Rogers-Taylor only) (filed September 25, 2008)

15. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Kevin Young only) (filed September 25, 2008)

**Motions to Withdraw Filed on Basis That Plaintiff Could Not Be Found or Failed to Respond to Communications, But Have Not Yet Filed Certification A or Certification B:**

1. *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-05822 (Gordon Gonnuscio) (filed August 22, 2008)

2. *Gomez, et al. v. Merck & Co., Inc.,* VCN No. 1112316 (Felicita Rivera only) (filed September 8, 2008)

3. *Gomez, et al. v. Merck & Co., Inc.,* VCN No. 1112307 (Paula Debo only) (filed September 8, 2008)

4. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112306 (Margarita Acevedo only) (filed September 8, 2008)

5. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112310 (Gary Hadley only) (filed September 12, 2008)

6. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112311 (Therezinha Kalicosque only) (filed September 9, 2008)

7. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112313 (Guillermina Marina only) (filed September 9, 2008)

946488v.1