UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-05822-EEF-DEK (Gordon Gonnuscio only); *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04450-EEF-DEK (Lemma Plemons only); *Bajon, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-03865-EEF-DEK (Luba Kanavaloff only); *Garcia-DeLeon, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-10092-EEF-DEK; *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-01508-EEF-DEK (Lawrence Rivers and Ava Williams only); *Gomez, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-01003-EEF-DEK (Felicita Rivera and Paula Debo only); *Jenkins, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04054-EEF-DEK (Joseph Aguillard, Patricia Anderson, Terrell Breaux, Albert Dobard, Carolyn Hughes, Jessie Jackson, Tanisha Jackson, Shelly Joseph, Glynis Rogers-Taylor, and Kevin Young only); *Prado, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-06303-EEF-DEK (Margarita Acevedo, Gary Hadley, Therezinha Kalicosque, and Guillermina Marina only) | * * * * * * * * * * * * * * * * * * * | **KNOWLES** |

******************************************************************************

**PROPOSED ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 10th day of October, 2008, at 10 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

946489v.1

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 7th day of October, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 9th day of October, 2008.

NEW ORLEANS, LOUISIANA, this _____ day of September, 2008.

_____
ELDON E. FALLON

823840v.1
946489v.1