UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| ALL CASES | § | MAGISTRATE JUDGE KNOWLES |

### CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35

Plaintiffs listed in Exhibit A file this Motion To Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt, and in support thereof show:

1. Plaintiffs have repeatedly attempted to obtain records from certain of their healthcare providers so that they may comply with the terms of the VIOXX® Settlement Agreement. Unfortunately, Plaintiffs' requests to certain providers have been futile.

2. The records providers refuse to comply with this Court's Pretrial Order No. 35, which addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX® Settlement Agreement.

3. Plaintiffs respectfully ask this Court to order that each provider appear before this Court and show cause why:

   a. they and each of them should not be held in contempt for failing to comply with PTO 35; and

   b. they and each of them should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

1

4. Plaintiffs further move for an order setting an oral and evidentiary hearing on this motion as quickly as this Court's docket permits.

5. The bases for this Motion are more fully set forth in the attached Memorandum in Support hereof.

WHEREFORE, Plaintiffs pray that this Motion to Show Cause be granted, that the Court order a corporate representative for each healthcare provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Dated: September 26, 2008

Respectfully submitted,

John Eddie Williams
Texas Bar No. 21600300
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-230-2200
713-643-6226 (facsimile)

Drew Ranier
Louisiana Bar No. 8320
Ranier, Gayle & Elliot, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
337-494-7171
337-494-7218 (facsimile)

Walter Umphrey
Texas Bar No. 20380000
Provost Umphrey Law Firm
490 Park
Beaumont, Texas 77701
(409) 838-8848
(409) 838-8888 (facsimile)

Mikal Watts
Texas Bar No. 20981820
The Watts Law Firm, LLP
300 Convent St # 100
San Antonio, TX 78205
(210) 527-0500

/s/Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on September 26, 2008. In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on each provider.

/s/Grant Kaiser
Grant Kaiser
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, regarding this motion and they do not oppose the relief requested.

/s/Grant Kaiser
Grant Kaiser
ATTORNEYS FOR PLAINTIFFS