# EXHIBIT A

| NUMBER | INJURED PARTY | FACILITY NAME, ADDRESS, & PHONE NUMBER | CONTACT PERSON | RECORD TYPE |
|---|---|---|---|---|
| 1 | Barrington, Claud | A Care Home Health Services<br>5909 W. Loop Ste. 570<br>Houston, TX 77002<br>713-665-8200 | Meryl | Rehabilitation |
| 2 | Brown, Audra | Rite Aid/Cove Pharmacy<br>30 Hunter Lane<br>Attn: Legal Department<br>Camp Hill, PA 17011<br>717-761-2633 ext. 5314 | Heather | Pharmacy |
| 3 | Campbell, Charlotte | Legacy Home Health<br>5277 Old Brownsville Rd<br>Corpus Christi, TX 78405<br>361-855-0848 | Kathy | Rehabilitation |
| 4 | Cox, Velma | Kaiser Permanente Sacramento Medical Center   2025 Morse Ave<br>Sacramento, CA 95825<br>916-486-5680 | Rue | Event |
| 5 | De La Cruz, Ana | Long Island College Hospital  339 Hicks St<br>Brooklyn, NY 11201<br>718-780-4642 | Medical Records Department | Event |
| 6 | Dickerson, Mary Lee | Dr. Charles Marrow<br>3517 Summerhill Rd.  Ste. A  Texarkana, TX 77027<br>903-793-7851 | Marie | PCP |
| 7 | Fondren, Joe | CVS/EJ's Nederland Pharm<br>1 CVS Drive<br>Woonsocket, RI 02895<br>800-287-2414 | Kathy | Pharmacy |
| 8 | Gonzalez, Rafael | Columbia Presbyterian Medical Center<br>622 W. 168th St.<br>Room PH1-040B<br>New York, NY 10032<br>212-305-3270 or<br>212-305-9004 | Medical Records Department | Event |
| 9 | Jones, Jesse | Dr. Aubry Douglas (Deceased)<br>4519 Lyons Ave<br>Houston, TX 77020<br>713-674-9936 | Emma Smith - the doctor's sister | Prescriber |
| 10 | Lemons, Isabel | CVS<br>1 CVS Drive<br>Woonsocket, RI 02895<br>800-287-2414 | Subponea Department | Pharmacy |

1

| NUMBER | INJURED PARTY | FACILITY NAME, ADDRESS, & PHONE NUMBER | CONTACT PERSON | RECORD TYPE |
|---|---|---|---|---|
| 11 | Loyd, Terry | Heart Center For Excellence<br>1722 Shaffer St. Ste. 1<br>Kalamazoo, MI 49048<br>269-226-7495 | Medical Records Department | Cardiology |
| 12 | MacNaughton, Elois | Manor Care at Lely Palms<br>6135 Rattlesnake Hammock Road<br>Naples, FL 34113<br>239-775-7715 ext. 137 | Beth | Rehabilitation |
| 13 | Mallory, Nathaniel | National Personnel Records Center/Blanchfield Army Community Hospital<br>9700 Page Ave.<br>Attn: Organizational Records<br>9700 Page Ave<br>St. Louis, MO 63132<br>314-801-0800 | Medical Records Department | Event |
| 14 | Meadows, Cordelia | Baylor Jack & Jane Hamilton Heart & Vascular Hospital       621<br>North Hall St. Ste. 150<br>Dallas, TX 75226<br>214-820-0600 | Melissa | Event |
| 15 | Miles, Silas | VA San Diego Healthcare System<br>3350 La Jolla Village Drive<br>San Diego, CA 92161<br>858-642-1490 or<br>858-642-3661 option 3 | Patrick | Prescriber |
| 16 | Miller (McDonald), Betty | Medco<br>P.O. Box 2660<br>Spokane, WA 99220<br>506-928-8738 | Medical Records Department | Pharmacy |
| 17 | Philpott, Mattie | Dr. Rajendra Mehta<br>5158 Broadway<br>Cleveland, OH 44127<br>216-361-1516 | Joe | PCP |
| 18 | Riojas, Lucia | Dr. Jorge Martinez-Prieto<br>343 W. Houston Ste. 502<br>San Antonio, TX 78205<br>210-228-0435 | Mary | Neurology |
| 19 | Robbins, Melanie | Dr. Bruce Levy<br>6410 Fannin St. Ste. 1460<br>Houston, TX 77030<br>713-796-9100 | Karen | Neurology |

| NUMBER | INJURED PARTY | FACILITY NAME, ADDRESS, & PHONE NUMBER | CONTACT PERSON | RECORD TYPE |
|---|---|---|---|---|
| 20 | Salinas Costante, Graciela | Audie Murphy VA Hospital<br>7400 Merton Minter Blvd 136E<br>San Antonio, TX 77027<br>210-617-5300 ext. 15610 | Esther | Prescriber |
| 21 | Shaw, C.J. | Mariners Hospital<br>91500 Overseas HWY<br>Tavernier, FL 33070<br>786-594-6410 | Medical Records Department | Event |
| 22 | Short, Jerome | Corpus Christi VA OPC<br>7400 Martin Minter<br>San Antonio, TX 78229<br>210-617-5300 ext. 15610 | Esther | Pharmacy |
| 23 | Wanjura, Agnes | Dr. Stanley Jones<br>7500 Beechnut St. Ste. 150<br>Houston, TX 77036<br>713-773-2273 | Jessica | Prescriber |
| 24 | Zapata, Horacio | Woodhull Medical Center<br>760 Broadway<br>Brooklyn, NY 11206<br>718-963-8023 | Medical Records Department | Neurology |
| 25 | Ziegler, Larry | UPMC Northwest<br>ATTN: Medical Reocrds<br>100 Fairfield Dr.<br>Seneca, PA 16346<br>814-676-7600 | Kacey | Event |