UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Robinson, Calcagnie & Robinson, file this Motion to Withdraw Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records as to those Providers identified in Exhibit "A" only.

Respectfully submitted,

Date: September 29, 2008    By:   /s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
Kevin F. Calcagnie (SBN 108994)
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of September, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 23rd day of September, 2008.

Michael Cummings, M.D.
27800 Medical Center Rd. #320
Mission Viejo, CA 92691
949-347-8050

Department of Health Care Services,
EDS Communications
PO Box 526018
Sacramento, CA 95852
916-636-1980

St. Bernard Medical Center
244 E. Matthews Ave.
Jonesboro, AR 72401
870-972-4303

Next Rx
P.O. Box 746000
Cincinnati, OH 45274
800-494-1428

Life Care Center
3231 N. 61st St.
Kansas City, MO 66104
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

Centers for Medicare and Medicaid Services
Region VII, Federal Office Building, 601 East 12th St., Room 235
Kansas City, MO 64106
816-426-6549

Heritage Village
15 Wallingford Dr.
Platte City, MO 64079
816-828-2804

UCLA Medical Center, Medical Records Department
10833 Le Conte Avenue
Los Angeles, CA 90095
310-825-6021

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net