# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| Michael Cummings, M.D.<br>27800 Medical Center Rd. #320<br>Mission Viejo, CA 92691<br>949-347-8050 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |
| Life Care Center<br>3231 N. 61st St.<br>Kansas City, MO 66104<br>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 | Claimant: Tammy Roland<br>Injured Party: Henry Roland |
| Department of Health Care Services,<br>EDS Communications<br>PO Box 526018<br>Sacramento, CA 95852<br>916-636-1980 | Claimant: Teresa Molina<br>Injured Party: Teresa Molina |
| | Claimant: Danny Crawford<br>Injured Party: Danny Crawford |
| | Claimant: Aaron McLin<br>Injured Party: Nancy McLin |
| | Claimant: Josefina De La Rosa<br>Injured Party: Josefina De La Rosa |
| | Claimant: Marie Ramirez<br>Injured Party: Marie Ramirez |
| Centers for Medicare and Medicaid Services<br>Region VII, Federal Office Building, 601 East 12th St., Room 235<br>Kansas City, MO 64106<br>816-426-6549 | Claimant: Janis Marler<br>Injured Party: Ruby Jane Nicks |
| St. Bernard Medical Center<br>244 E. Matthews Ave.<br>Jonesboro, AR 72401<br>870-972-4303 | Claimant: Calvin Norse<br>Injured Party: Ethel Mae Phillips |
| Heritage Village<br>15 Wallingford Dr.<br>Platte City, MO 64079<br>816-828-2804 | Claimant: Melva Piburn<br>Injured Party: Lois Asher |

| | |
|---|---|
| Next Rx<br>P.O. Box 746000<br>Cincinnati, OH 45274<br>800-494-1428 | Claimant: Dee Johnson<br>Injured Party: Dee Johnson |
| UCLA Medical Center, Medical Records Department<br>10833 Le Conte Avenue<br>Los Angeles, CA 90095<br>310-825-6021 | Claimant: Leroy Higgenbotham<br>Injured Party: Fannie Higgenbotham |