## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *Louise McElroy v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| Civ. Action no. 2:06-cv-1507 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### UNCONTESTED MOTION TO VACATE IN PART
### JUDGMENT ENTERED SEPTEMBER 22, 2008

By Judgment entered September 22, 2008, R. Doc. 16070, the Court granted Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Non-Compliance With Pretrial Order No. 31, dismissing with prejudice the claims of 258 plaintiffs.  Undersigned counsel noticed that the claims of his client, Louise McElroy, were mistakenly included in the Judgment and immediately contacted Merck's counsel.  After investigation, the parties confirmed that Louise McElroy had in fact timely registered her claim with BrownGreer on or about July 8, 2008.  Accordingly, plaintiff moves for entry of an Order vacating in part the Judgment of September 22, 2008 so as to remove her name from the Judgment.  Merck has no opposition to this motion.

            Respectfully submitted,

            s/James E. Ross, Jr.
            James E. Ross, Jr.
            Ross Law Firm
            602 North 5th Street
            Monroe, LA  71201
            Attorneys for Plaintiff, Louise McElroy

946601v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2008.

s/James E. Ross, Jr.

926710v.1
946601v.1