Law Offices of

# WEINER CARROLL & STRAUSS

ATTORNEYS AT LAW
119 ROCKLAND CENTER - SUITE 425
NANUET, NEW YORK 10954
TEL: (845) 623-0090
FAX: (201) 930-0066
E-MAIL ADDRESS: rjweiner@optonline.net
WEBSITE: www.rjweiner.com

**RICHARD J. WEINER**
- Member NY, NJ and PA Bar
- Certified by the Supreme Court
  of NJ as a Civil Trial Attorney
- National Board of Trial Advocacy

**JEFFREY E. STRAUSS**
- Member NY, NJ and DC Bar
- Certified by the Supreme Court
  of NJ as a Civil Trial Attorney

**RAYMOND S. CARROLL**
- Member NY and NJ Bar

**FRANK LAGANO**
- Member NY and NJ Bar

**NEW JERSEY OFFICE**
136 Summit Avenue
Montvale, New Jersey 07645
Tel. (201) 930-0400

**DOROTHY L. WEINER**
Appellate Counsel
- Member NJ Bar

September 29, 2008

Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE: VIOXX - PRODUCTS LIABILITY LITIGATIONS
          Ana Pena - Docket #06-1508

Dear Sir/Madam:

      Submitted herewith for filing and disposition is a motion in the above matter to withdraw as counsel.

      Thank you for all courtesies.

Very truly yours,

RICHARD J. WEINER

RJW:cv
enc.
CC: Russ M. Herman, Esq.
    Phillip Wittmann, Esq.