UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION   ]

**This document relates to
Iris Pena Diaz, Docket #06-1508**   ]

]   MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm Weiner, Carroll & Strauss, counsel of record for Iris Pena Diaz, Administrator of the Estate of Ana Pena, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action ... with which the lawyer has fundamental disagreement."

2. My office has communicated with the plaintiff concerning her decision not to participate in the settlement and has been advised that, pursuant to the terms of the settlement agreement, our firm can no longer represent her.

3. Claimant was further advised that the instant motion to withdraw as counsel would be filed and a copy of this motion was sent certified mail to claimant's last known mailing address. Claimant's last known address is 117 South 8th Street, apt. 2, Brooklyn, New York 11211.

4. PTO 36 will be complied with in all other respects, including providing a copy of said Order to claimant.

For these reasons, Weiner, Carroll & Strauss urge the Court to grant their motion to withdraw as Counsel of Record in this matter.

Respectfully submitted this 29th day of September, 2008.

_____
RICHARD J. WEINER, ESQ.
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey 07645
Attorneys for Plaintiff, Iris Pena Diaz