# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: WEINER | First: RICHARD | Middle: J. |
| **Name of Law Firm** | WEINER, CARROLL & STRAUSS | | |

**Current Address**
- Street: 136 Summit Avenue
- City: Montvale
- State: NJ
- Zip: 07645
- Country: USA

**Telephone Number:** 201-930-0400  **Facsimile:** 201-930-0066  **Email:** rjweiner@optonline.net

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Pena Diaz | First: Iris | Middle: |

**Plaintiff Address**
- Street: 117 South 8th Street - Apt. 2
- City: Brooklyn
- State: NY
- Zip: 11211
- Country: USA

**Telephone Number:** 718-782-7826  **Facsimile:**  **Email:**

| | |
|---|---|
| **Case Caption** | IRIS PENA DIAZ, Administrator of Estate of Ana Pena |
| **Case Number** | 06-1508 |
| **Court Where Case is Pending** | U.S. District Court |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

**Telephone Number:**  **Facsimile:**  **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☐ Relative (specify relationship: _____)

#343319

1

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
|---|
| (Paragraph II.C of PTO No. 36) |

| **D. COMPLIANCE WITH PTO NO. 36** |
|---|

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  09 / 29 /2008.  (*Record Docket No.* 06··1508 )
     Month  Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 /29 / 2008 (Month/Day/Year) | [signature] Counsel |
|---|---|---|

#343319                                                                2