# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | ] MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ] | SECTION L |
| | JUDGE FALLON |
| **This document relates to** | |
| **Iris Pena Diaz, Docket #06-1508** ] | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Iris Pena Diaz. Administrator of Estate of Ana Pena.

NEW ORLEANS, LOUISIANA, this          day of              , 2008.

                                                    _____
                                                    ELDON E. FALLON
                                                    UNITED STATES DISTRICT JUDGE