## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 29th day of September, 2008.

                                        WEINER, CARROLL & STRAUSS
                                        136 Summit Avenue
                                        Montvale, New Jersey 07645
                                        Attorneys for Claimant

                                        _____
                                        RICHARD J. WEINER, ESQ.