**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER TO SHOW CAUSE WHY CASES**
**SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**

      **IT IS ORDERED** that plaintiffs listed in Exhibit A show cause on the 10th day of October, 2008, at 10:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). (Rec. Doc. 16153).

      **IT IS FURTHER ORDERED** that plaintiffs listed in Exhibit A file and serve upon Liaison Counsel any opposition to the Rule on or before the 6th day of October, 2008.

      **IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2008.

      NEW ORLEANS, LOUISIANA, this 26th day of September, 2008.

                           _____
                           ELDON E. FALLON
                           UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1058095 | Barrett Law Office, PA | Sendall | Joy | | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 2 | 1081601 | Bice Palermo & Veron, LLC | Kennerson | Diane | | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 3 | 1081600 | Bice Palermo & Veron, LLC | Thibodeaux | Lavel | A | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 4 | 1088054 | Biondi, Lawrence P., Law Offices of | Garidis | Alexandros | | Garidis, Alexandros v. Merck & Co., Inc. | 2:05-cv-03880-EEF-DEK |
| 5 | 1088057 | Biondi, Lawrence P., Law Offices of | Kousoulas | Panagiotis | | Kousoulas, Panagiotis v. Merck & Co., Inc. | 2:06-cv-01014-EEF-DEK |
| 6 | 1088058 | Biondi, Lawrence P., Law Offices of | McCracken | Karen | | McCracken, Karen v. Merck & Co., Inc. | 2:06-cv-01013-EEF-DEK |
| 7 | 1088066 | Biondi, Lawrence P., Law Offices of | Shpolyanskaya | Mariya | | Shpolyanskaya, Mariya v. Merck & Co., Inc. | 2:05-cv-04699-EEF-DEK |
| 8 | 1088069 | Biondi, Lawrence P., Law Offices of | Yarosh | Raisa | | Yarosh, Raisa v. Merck & Co., Inc. | 2:05-cv-03882-EEF-DEK |
| 9 | 1108487 | Bonsignore and Brewer | Richardson | Craig | B | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 10 | 1052009 | Branch Law Firm | Cole | Fred | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 11 | 1052211 | Branch Law Firm | Edmonson | Ronny | | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 12 | 1052337 | Branch Law Firm | Gallaher | Dorothy | | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| 13 | 1052773 | Branch Law Firm | King | Patricia | A | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1052789 | Branch Law Firm | Knight | Phyllis | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| 15 | 1094106 | Carey & Danis, LLC | Ainsworth | Richard | J | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 16 | 1094166 | Carey & Danis, LLC | Austin | Lavenia | | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| 17 | 1094202 | Carey & Danis, LLC | Bass | Patricia | | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK |
| 18 | 1111894 | Carey & Danis, LLC | Bisson | Jack | | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 19 | 1094303 | Carey & Danis, LLC | Braley | Katherine | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 20 | 1094306 | Carey & Danis, LLC | Brancecum | Thomas | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 21 | 1111874 | Carey & Danis, LLC | Brown | Donna | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 22 | 1094338 | Carey & Danis, LLC | Brown | Lionell | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 23 | 1094371 | Carey & Danis, LLC | Burnett | Helen | | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| 24 | 1094384 | Carey & Danis, LLC | Burton | Bryan | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 25 | 1094398 | Carey & Danis, LLC | Calvert | Ricky | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 26 | 1094414 | Carey & Danis, LLC | Cantrell | Mary | Ann | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 27 | 1094435 | Carey & Danis, LLC | Casey | Barbara | J | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 28 | 1111878 | Carey & Danis, LLC | Champion | James | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 29 | 1094453 | Carey & Danis, LLC | Charlton | Richard |  | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 30 | 1094455 | Carey & Danis, LLC | Chavez | Joseph |  | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| 31 | 1094547 | Carey & Danis, LLC | Council | Lisa |  | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 32 | 1094572 | Carey & Danis, LLC | Creviston | Norma |  | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 33 | 1094626 | Carey & Danis, LLC | Davis | Jean |  | Davis, Jean v. Merck & Co., Inc. | 2:06-cv-02104-EEF-DEK |
| 34 | 1094691 | Carey & Danis, LLC | Donahue | May |  | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK |
| 35 | 1094747 | Carey & Danis, LLC | Dungy | Lula |  | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 36 | 1111875 | Carey & Danis, LLC | Edwards | Constance |  | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK |
| 37 | 1094782 | Carey & Danis, LLC | Etheridge | Alfred |  | Sanchez, Theodore v. Merck & Co., Inc. | 2:06-cv-02002-EEF-DEK |
| 38 | 1094786 | Carey & Danis, LLC | Evans | Yvette |  | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 39 | 1111887 | Carey & Danis, LLC | Foster | Ava | Jack | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103-EEF-DEK |
| 40 | 1094829 | Carey & Danis, LLC | Foster | Jimmy |  | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 41 | 1094910 | Carey & Danis, LLC | Gillespie | Pamela |  | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 42 | 1094912 | Carey & Danis, LLC | Gilliam | Kitty |  | Frame, Jerry v. Merck & Co., Inc. | 2:05-cv-03815-EEF-DEK |
| 43 | 1094937 | Carey & Danis, LLC | Grate | Linda |  | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 44 | 1094942 | Carey & Danis, LLC | Greear | Mary | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 45 | 1095019 | Carey & Danis, LLC | Hardcastle | Murrel | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 46 | 1095034 | Carey & Danis, LLC | Harrison | Evelyn | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 47 | 1111889 | Carey & Danis, LLC | Havens | Shirley | | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 48 | 1095051 | Carey & Danis, LLC | Hayes | Lilli | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 49 | 1095058 | Carey & Danis, LLC | Heagle | Mary | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 50 | 1095077 | Carey & Danis, LLC | Henry | Mary | | McCandless, Marilyn v. Merck & Co., Inc. | 2:06-cv-10746-EEF-DEK |
| 51 | 1095132 | Carey & Danis, LLC | House | Floy | | Phillip, Lorraine v. Merck & Co., Inc. | 2:05-cv-03808-EEF-DEK |
| 52 | 1095222 | Carey & Danis, LLC | Jenkins | Eula | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 53 | 1095225 | Carey & Danis, LLC | Jessup | Frank | R | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |
| 54 | 1095259 | Carey & Danis, LLC | Jones | Jacinta | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 55 | 1095272 | Carey & Danis, LLC | Jones | Williams | | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 56 | 1095282 | Carey & Danis, LLC | Kanesouphonh | Somphone | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 57 | 1095300 | Carey & Danis, LLC | Kelley | Mildred | S | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 58 | 1095327 | Carey & Danis, LLC | Kiser | Gregory | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 59 | 1095358 | Carey & Danis, LLC | Lacey | Roy | E | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 60 | 1095377 | Carey & Danis, LLC | Lara | Ricardo | T | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 61 | 1095403 | Carey & Danis, LLC | Lemmon | Bill | M | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| 62 | 1095440 | Carey & Danis, LLC | Locke | Maurice | A | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 63 | 1095442 | Carey & Danis, LLC | Locks | Dorothy | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 64 | 1111872 | Carey & Danis, LLC | Maddox | Theresa | | Jones, Sineria v. Merck & Co., Inc. | 2:05-cv-02581-EEF-DEK |
| 65 | 1095531 | Carey & Danis, LLC | Mars | Kenna | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 66 | 1095533 | Carey & Danis, LLC | Martin | Barbara | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 67 | 1095623 | Carey & Danis, LLC | Medero | Lorraine | | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK |
| 68 | 1095732 | Carey & Danis, LLC | Murphy | Rodney | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 69 | 1095811 | Carey & Danis, LLC | Orange | Anna | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 70 | 1095862 | Carey & Danis, LLC | Pearson | Oliver | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 71 | 1095914 | Carey & Danis, LLC | Poole | John | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 72 | 1095961 | Carey & Danis, LLC | Ramsay | William | | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 73 | 1096016 | Carey & Danis, LLC | Rickett | Nancy | | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 74 | 1096058 | Carey & Danis, LLC | Rogers | Jimmie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 75 | 1096098 | Carey & Danis, LLC | Sanchez | Eliza | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 76 | 1096105 | Carey & Danis, LLC | Sanders | James | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 77 | 1096118 | Carey & Danis, LLC | Schafer | Steven | Albert | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 78 | 1111870 | Carey & Danis, LLC | Simpson | Earlene | | Braun, David v. Merck & Co., Inc. | 2:05-cv-03851-EEF-DEK |
| 79 | 1096211 | Carey & Danis, LLC | Smith | Janice | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 80 | 1096236 | Carey & Danis, LLC | Spann | Rosie | May | Spann, Rosie M. v. Merck & Co., Inc. | 2:05-cv-05290-EEF-DEK |
| 81 | 1096266 | Carey & Danis, LLC | Stewart | David | | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK |
| 82 | 1111879 | Carey & Danis, LLC | Thomas | Claudie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 83 | 1096358 | Carey & Danis, LLC | Thrasher | William | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 84 | 1096388 | Carey & Danis, LLC | Tuma | Theresa | | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK |
| 85 | 1096400 | Carey & Danis, LLC | Umstead | Virgil | | Boyer, Rose v. Merck & Co., Inc. | 2:07-cv-02938-EEF-DEK |
| 86 | 1096407 | Carey & Danis, LLC | Vance | Marie | | Nobles, Marie v. Merck & Co., Inc. | 2:06-cv-02102-EEF-DEK |
| 87 | 1111892 | Carey & Danis, LLC | Vinson | Dallie | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 88 | 1096446 | Carey & Danis, LLC | Wagganer | Jill | C | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 89 | 1096487 | Carey & Danis, LLC | Watson | Alice | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| 90 | 1096524 | Carey & Danis, LLC | White | Monnyeen | K | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| 91 | 1096566 | Carey & Danis, LLC | Williams | Merritt | | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK |
| 92 | 1096626 | Carey & Danis, LLC | Young | Barbara | | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| 93 | 1074987 | Cellino & Barnes, P.C. | Abdalle Lassan | Mohamoud | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 94 | 1075038 | Cellino & Barnes, P.C. | Arndt | Alden | A | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 95 | 1075040 | Cellino & Barnes, P.C. | Arnold | Leonard | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 96 | 1075070 | Cellino & Barnes, P.C. | Barnes | Mary | G | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 97 | 1075109 | Cellino & Barnes, P.C. | Berger | Ailean | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 98 | 1075154 | Cellino & Barnes, P.C. | Bosco | Deborah | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 99 | 1075177 | Cellino & Barnes, P.C. | Brennen | Gerald | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 100 | 1075210 | Cellino & Barnes, P.C. | Bryant III | John | T | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 101 | 1075221 | Cellino & Barnes, P.C. | Bullock | Walter | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 102 | 1075228 | Cellino & Barnes, P.C. | Burns | Claire | | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 103 | 1075249 | Cellino & Barnes, P.C. | Campbell | Norman | L | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 104 | 1075248 | Cellino & Barnes, P.C. | Campbell | Wanda |  | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 105 | 1075340 | Cellino & Barnes, P.C. | Colazzi | John |  | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 106 | 1075343 | Cellino & Barnes, P.C. | Coleman | Melvina |  | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 107 | 1075361 | Cellino & Barnes, P.C. | Conway | Gregory | V | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 108 | 1075397 | Cellino & Barnes, P.C. | Crites | Robert |  | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 109 | 1075423 | Cellino & Barnes, P.C. | Dalton | Charles |  | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 110 | 1075460 | Cellino & Barnes, P.C. | Deforest | Barbara |  | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 111 | 1075477 | Cellino & Barnes, P.C. | Dickerman | Brenda |  | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 112 | 1075522 | Cellino & Barnes, P.C. | Dreher | Doreen |  | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 113 | 1075581 | Cellino & Barnes, P.C. | Farnsworth | Lawrence |  | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 114 | 1075732 | Cellino & Barnes, P.C. | Groseclose | Nancy |  | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 115 | 1075771 | Cellino & Barnes, P.C. | Harris | Darlene |  | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 116 | 1075844 | Cellino & Barnes, P.C. | Hollis | Gwendolyn |  | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 117 | 1075873 | Cellino & Barnes, P.C. | Howlett | Laura | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 118 | 1075878 | Cellino & Barnes, P.C. | Hughes | Joylsa | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 119 | 1075920 | Cellino & Barnes, P.C. | Jackson | Eula | M | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 120 | 1075961 | Cellino & Barnes, P.C. | Johnson | Josephine | L | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 121 | 1076079 | Cellino & Barnes, P.C. | Kunz | Marion | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 122 | 1076085 | Cellino & Barnes, P.C. | Lafleche | Daniel | | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK |
| 123 | 1076108 | Cellino & Barnes, P.C. | Larson | Laurie | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 124 | 1076181 | Cellino & Barnes, P.C. | Lowry | Pearl | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 125 | 1076209 | Cellino & Barnes, P.C. | Macleod | Gilda | | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 126 | 1076250 | Cellino & Barnes, P.C. | Massa | Anna | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 127 | 1076294 | Cellino & Barnes, P.C. | McKee | Karl | D | Cappuccilli, Christopher A. v. Merck & Co., Inc. | 2:07-cv-00696-EEF-DEK |
| 128 | 1076296 | Cellino & Barnes, P.C. | McKenzie | Carmen | L | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 129 | 1076325 | Cellino & Barnes, P.C. | Meyers Taylor | Jill | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 130 | 1076329 | Cellino & Barnes, P.C. | Middleton | Larraine | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 131 | 1076344 | Cellino & Barnes, P.C. | Miller | John | R | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 132 | 1076372 | Cellino & Barnes, P.C. | Mon | Norma | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 133 | 1076389 | Cellino & Barnes, P.C. | Moore | Elizabeth | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 134 | 1076403 | Cellino & Barnes, P.C. | Morris | Elsie | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 135 | 1076417 | Cellino & Barnes, P.C. | Mowry | Rose | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 136 | 1076444 | Cellino & Barnes, P.C. | Nelson | James | | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 137 | 1076450 | Cellino & Barnes, P.C. | Newcomb | Gary | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 138 | 1076494 | Cellino & Barnes, P.C. | Oney | Donna | K | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 139 | 1076534 | Cellino & Barnes, P.C. | Patrick | Sylvia | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 140 | 1076647 | Cellino & Barnes, P.C. | Reddicks | Winnie | | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |
| 141 | 1076652 | Cellino & Barnes, P.C. | Reed | Gladys | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 142 | 1076656 | Cellino & Barnes, P.C. | Reeves | Belinda | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 143 | 1076666 | Cellino & Barnes, P.C. | Reniff | Mavis | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 144 | 1076670 | Cellino & Barnes, P.C. | Reuter | Harold | | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 145 | 1076672 | Cellino & Barnes, P.C. | Reyes | Elvi E | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 146 | 1076677 | Cellino & Barnes, P.C. | Rheaume | Louis | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 147 | 1076680 | Cellino & Barnes, P.C. | Rhoades | Carol | A | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 148 | 1076679 | Cellino & Barnes, P.C. | Rhodes | Dawn | | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 149 | 1076691 | Cellino & Barnes, P.C. | Riley | Bessie | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 150 | 1076713 | Cellino & Barnes, P.C. | Robey | Robert | J | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 151 | 1076733 | Cellino & Barnes, P.C. | Rodriguez | Linda | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 152 | 1076831 | Cellino & Barnes, P.C. | Schulz | Joann | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 153 | 1076924 | Cellino & Barnes, P.C. | Smith | Alice | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 154 | 1076914 | Cellino & Barnes, P.C. | Smith | David | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 155 | 1076913 | Cellino & Barnes, P.C. | Smith | Jacqueline | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 156 | 1076912 | Cellino & Barnes, P.C. | Smith | Kathleen | | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 157 | 1076923 | Cellino & Barnes, P.C. | Smith | Mary | E | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 158 | 1076965 | Cellino & Barnes, P.C. | St George | Minnie | L | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 159 | 1076990 | Cellino & Barnes, P.C. | Stewart | Michael | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |

|     | VCN     | Firm Name              | Last Name | First Name | Middle Initial | Case Caption                                         | Docket Number          |
|-----|---------|------------------------|-----------|------------|----------------|------------------------------------------------------|------------------------|
| 160 | 1077013 | Cellino & Barnes, P.C. | Swartz    | Charles    |                | Abdalle Lassan, Mohamoud v. Merck & Co., Inc.        | 2:06-cv-02202-EEF-DEK  |
| 161 | 1077021 | Cellino & Barnes, P.C. | Szewc     | Dorothy    |                | Albanese, Marie v. Merck & Co., Inc.                 | 2:06-cv-02207-EEF-DEK  |
| 162 | 1077023 | Cellino & Barnes, P.C. | Taft      | Alice      |                | Alwine, Sandra v. Merck & Co., Inc.                  | 2:06-cv-02201-EEF-DEK  |
| 163 | 1077060 | Cellino & Barnes, P.C. | Thompson  | David      | Arlen          | Aponte, Miguel G. v. Merck & Co., Inc.               | 2:06-cv-02215-EEF-DEK  |
| 164 | 1077083 | Cellino & Barnes, P.C. | Torres    | Aurelia    |                | Arena, Concetta v. Merck & Co., Inc.                 | 2:06-cv-01213-EEF-DEK  |
| 165 | 1077090 | Cellino & Barnes, P.C. | Trimble   | Anna       |                | Kordaslewicz, Marcella v. Merck & Co., Inc.          | 2:06-cv-01192-EEF-DEK  |
| 166 | 1077092 | Cellino & Barnes, P.C. | Troisi    | Virginia   | A              | Troisi, Matthew v. Merck & Co., Inc.                 | 2:07-cv-09128-EEF-DEK  |
| 167 | 1077134 | Cellino & Barnes, P.C. | Vega      | Lucia      |                | Bamford, Armeda v. Merck & Co., Inc.                 | 2:06-cv-01168-EEF-DEK  |
| 168 | 1077143 | Cellino & Barnes, P.C. | Vines     | Diana      | P              | Alwine, Sandra v. Merck & Co., Inc.                  | 2:06-cv-02201-EEF-DEK  |
| 169 | 1077218 | Cellino & Barnes, P.C. | Wheeler   | Geri       |                | Adkins, Isabelle v. Merck & Co., Inc.                | 2:06-cv-02199-EEF-DEK  |
| 170 | 1077229 | Cellino & Barnes, P.C. | White     | Elizabeth  | A              | Ando, Donald J. v. Merck & Co., Inc.                 | 2:06-cv-10629-EEF-DEK  |
| 171 | 1077247 | Cellino & Barnes, P.C. | Williams  | Chester    |                | Andrews, Michael v. Merck & Co., Inc.                | 2:06-cv-02208-EEF-DEK  |
| 172 | 1077265 | Cellino & Barnes, P.C. | Wilson    | Betty      |                | Abate, Mildred v. Merck & Co., Inc.                  | 2:06-cv-02209-EEF-DEK  |
| 173 | 1077262 | Cellino & Barnes, P.C. | Wilson    | Celeste    |                | Allen, Mary v. Merck & Co., Inc.                     | 2:06-cv-02197-EEF-DEK  |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 174 | 1077273 | Cellino & Barnes, P.C. | Witherspoon | Billy | | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 175 | 1077306 | Cellino & Barnes, P.C. | Zambito | Mary | T | Frazzini, Anne v. Merck & Co., Inc. | 2:07-cv-03480-EEF-DEK |
| 176 | 1108426 | Colom Law Firm, The | Jones | Henretta | | Blodgett, Patica v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK |
| 177 | 1108430 | Colom Law Firm, The | Lockett | William | | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 178 | 1023215 | Coon, Brent & Associates | Byars | Kandyce | K | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 179 | 1023322 | Coon, Brent & Associates | Long | Barbara | J | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 180 | 1097298 | Douglas & London, PC | Hope | Jimmy | | Catalfamo, Jennifer v. Merck & Co., Inc. | 2:07-cv-09135-EEF-DEK |
| 181 | 1097333 | Douglas & London, PC | Mikel | John | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| 182 | 1098506 | Fayard & Honeycutt | Bannister | Clarence | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 183 | 1098507 | Fayard & Honeycutt | Celestin | Diann | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 184 | 1104442 | Gallagher Law Firm (TX) | Hawkins | Geneva | | Hawkins, Geneva v. Merck & Co., Inc. | 2:05-cv-04284-EEF-DEK |
| 185 | 1026321 | Gancedo & Nieves LLP | Duncan | Lewis | | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 186 | 1112476 | Garcia Law Firm, The | Morris | Mary | | Morris, Mary v. Merck & Co., Inc. | 2:07-cv-02694-EEF-DEK |
| 187 | 1012975 | Girardi & Keese | Chadwick | Tom | | Chadwick, Tom v. Merck & Co., Inc. | 2:07-cv-06298-EEF-DEK |
| 188 | 1013320 | Girardi & Keese | Lorne | Nadia | | Lorne, Nadia v. Merck & Co., Inc. | 2:07-cv-06135-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 189 | 1013447 | Girardi & Keese | Pendergrass | Rita | | Pendergrass, Rita v. Merck & Co., Inc. | 2:07-cv-06138-EEF-DEK |
| 190 | 1106123 | Girardi & Keese | Powell | Marilyn | | Powell, Marilyn v. Merck & Co., Inc. | 2:06-cv-07112-EEF-DEK |
| 191 | 1082292 | Harang, Jack W., APLC | Benbow | Queen | | Benbow, Alphina v. Merck & Co., Inc. | 2:07-cv-06329-EEF-DEK |
| 192 | 1082293 | Harang, Jack W., APLC | Bias | Essie | | Small, Dessie v. Merck & Co., Inc. | 2:07-cv-06337-EEF-DEK |
| 193 | 1092278 | Humphrey Farrington & McClain PC | Canaleo | Rose | | Canaleo, Frank v. Merck & Co., Inc. | 2:05-cv-06536-EEF-DEK |
| 194 | 1092279 | Humphrey Farrington & McClain PC | Conyers | Nona | | Conyers, Nona v. Merck & Co., Inc. | 2:05-cv-04806-EEF-DEK |
| 195 | 1085387 | Humphreys, James F. & Associates | Mollett | Elmo | | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |
| 196 | 1105226 | Jones, Swanson, Huddell & Garrison, L.L.C. | Bailey | Kim | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 197 | 1105228 | Jones, Swanson, Huddell & Garrison, L.L.C. | Baker | Cheabert | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 198 | 1105512 | Jones, Swanson, Huddell & Garrison, L.L.C. | Blanchard | Linda | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 199 | 1105253 | Jones, Swanson, Huddell & Garrison, L.L.C. | Burton | Arbell | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 200 | 1105259 | Jones, Swanson, Huddell & Garrison, L.L.C. | Carr | Ardessa | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 201 | 1105263 | Jones, Swanson, Huddell & Garrison, L.L.C. | Clark Charles | Jacqueline | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 202 | 1105270 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crawford | Timothy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 203 | 1105272 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crowell | Lorine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 204 | 1105294 | Jones, Swanson, Huddell & Garrison, L.L.C. | Dillon | Shirley | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 205 | 1105328 | Jones, Swanson, Huddell & Garrison, L.L.C. | Grant | Ursula | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 206 | 1105340 | Jones, Swanson, Huddell & Garrison, L.L.C. | Harrell | Queen | Victoria | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 207 | 1105349 | Jones, Swanson, Huddell & Garrison, L.L.C. | Hills | Yvonne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 208 | 1105355 | Jones, Swanson, Huddell & Garrison, L.L.C. | Howard | Carmel | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 209 | 1105511 | Jones, Swanson, Huddell & Garrison, L.L.C. | Jones | Bobbie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 210 | 1105374 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lange | Dolores | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 211 | 1105534 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lazure | Ida | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 212 | 1105381 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lewis | Larry | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 213 | 1105386 | Jones, Swanson, Huddell & Garrison, L.L.C. | Love | James | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 214 | 1105405 | Jones, Swanson, Huddell & Garrison, L.L.C. | Mixon | Johnnie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 215 | 1105412 | Jones, Swanson, Huddell & Garrison, L.L.C. | Naquin | Elda | Annie | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 216 | 1105427 | Jones, Swanson, Huddell & Garrison, L.L.C. | Porter | Lucretia | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 217 | 1105430 | Jones, Swanson, Huddell & Garrison, L.L.C. | Price | Judy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 218 | 1105445 | Jones, Swanson, Huddell & Garrison, L.L.C. | Roy Garrick | Maryjane | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 219 | 1105459 | Jones, Swanson, Huddell & Garrison, L.L.C. | Slensker | Beverly | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 220 | 1105462 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Frankie | W | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 221 | 1105460 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Sarah | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 222 | 1105466 | Jones, Swanson, Huddell & Garrison, L.L.C. | Spriggs | Dewayne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 223 | 1105470 | Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly | Sheryl | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 224 | 1105474 | Jones, Swanson, Huddell & Garrison, L.L.C. | Swanson | Theresa | J | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 225 | 1105483 | Jones, Swanson, Huddell & Garrison, L.L.C. | Thompson | Jerry | Otis | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 226 | 1105497 | Jones, Swanson, Huddell & Garrison, L.L.C. | Warren | Herman | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 227 | 1105506 | Jones, Swanson, Huddell & Garrison, L.L.C. | Williams | Dianna | Mae | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 228 | 1105510 | Jones, Swanson, Huddell & Garrison, L.L.C. | Young | Catherine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 229 | 1061904 | Levin, Papantonio | Harding | Ezeldia | Bateman | Harding, Ezeldia B. v. Merck & Co., Inc. | 2:05-cv-04472-EEF-DEK |
| 230 | 1092387 | Lopez, McHugh LLP | Adkins | Della | | Adkins, Della v. Merck & Co., Inc. | 2:07-cv-01710-EEF-DEK |
| 231 | 1092414 | Lopez, McHugh LLP | Ero | Patrick | | Ero, Patrick v. Merck & Co., Inc. | 2:07-cv-01705-EEF-DEK |
| 232 | 1092488 | Lopez, McHugh LLP | Hofmann | Mary | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 233 | 1092438 | Lopez, McHugh LLP | Roles | Loretta | | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 234 | 1092666 | Lopez, McHugh LLP | Savage | Gloria | | Savage, Gloria v. Merck & Co., Inc. | 2:07-cv-02943-EEF-DEK |
| 235 | 1092380 | Lopez, McHugh LLP | Wells | David | | Wells, David v. Merck & Co., Inc. | 2:07-cv-01704-EEF-DEK |
| 236 | 1092737 | Lopez, McHugh LLP | Whitty | Lawrence | | Whitty, Lawrence v. Merck & Co., Inc. | 2:05-cv-01112-EEF-DEK |
| 237 | 1080804 | Mathis Law Firm, P.C., The | Ransom | Annette | | Ransom, Annette v. Merck & Co., Inc. | 2:06-cv-00450-EEF-DEK |
| 238 | 1083776 | Matthews & Associates | Disbennett | Melvin | E | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 239 | 1083189 | Matthews & Associates | Rodriguez | Paulina | Maldonado | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 240 | 1084291 | Matthews & Associates | Salyers | Sydney | S | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 241 | 1097984 | Miller Firm, LLC, The (PA) | Barkell | Cindy | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 242 | 1097987 | Miller Firm, LLC, The (PA) | Bates | Mary | A | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 243 | 1097997 | Miller Firm, LLC, The (PA) | Blackmon | Brenda | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 244 | 1098003 | Miller Firm, LLC, The (PA) | Bodle | Gaynelle | T | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| 245 | 1098006 | Miller Firm, LLC, The (PA) | Boyce | Steve | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 246 | 1098031 | Miller Firm, LLC, The (PA) | Caton | Jill | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |
| 247 | 1098041 | Miller Firm, LLC, The (PA) | Cline | Bobbie | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 248 | 1098280 | Miller Firm, LLC, The (PA) | Cox | Carol | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 249 | 1098055 | Miller Firm, LLC, The (PA) | Daley | Craig | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 250 | 1098064 | Miller Firm, LLC, The (PA) | Daykin | Thomas | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 251 | 1098076 | Miller Firm, LLC, The (PA) | Drake | Buford | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 252 | 1098095 | Miller Firm, LLC, The (PA) | Fitzgerald | Paul | | Fitzgerald, Jane v. Merck & Co., Inc. | 2:06-cv-09826-EEF-DEK |
| 253 | 1098105 | Miller Firm, LLC, The (PA) | George | Betty | B | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 254 | 1098113 | Miller Firm, LLC, The (PA) | Glenn Daniels | Phyllis | A | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 255 | 1098129 | Miller Firm, LLC, The (PA) | Hall | Shirley | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 256 | 1098170 | Miller Firm, LLC, The (PA) | Jones | Mariti | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 257 | 1098189 | Miller Firm, LLC, The (PA) | Layton | Gloria | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 258 | 1098192 | Miller Firm, LLC, The (PA) | Lee | Deauna | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 259 | 1098202 | Miller Firm, LLC, The (PA) | Lingar | Patricia | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| 260 | 1098214 | Miller Firm, LLC, The (PA) | Marcelin | Albertha | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 261 | 1098251 | Miller Firm, LLC, The (PA) | Mizzelle | Joyce | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |
| 262 | 1098431 | Miller Firm, LLC, The (PA) | Mondroski | Charles | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 263 | 1098261 | Miller Firm, LLC, The (PA) | Myers | Joseph | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 264 | 1098263 | Miller Firm, LLC, The (PA) | Myers | Tina | | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 265 | 1098286 | Miller Firm, LLC, The (PA) | Pittman | Emma | Jean | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 266 | 1098306 | Miller Firm, LLC, The (PA) | Reem | Karen | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 267 | 1098334 | Miller Firm, LLC, The (PA) | Sheets | Charles | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 268 | 1098341 | Miller Firm, LLC, The (PA) | Smith | Grace | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 269 | 1098354 | Miller Firm, LLC, The (PA) | Stoner | Kathy | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 270 | 1098362 | Miller Firm, LLC, The (PA) | Taden | Janett | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 271 | 1098380 | Miller Firm, LLC, The (PA) | Tierce | Glynn | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 272 | 1098429 | Miller Firm, LLC, The (PA) | Zeehandelaar | Edward | | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK |
| 273 | 1112073 | Myers and Perfater | Burger | Olivia | | Burger, Olivia v. Merck & Co., Inc. | 2:06-cv-10416-EEF-DEK |
| 274 | 1112077 | Myers and Perfater | Thompson | Thomas | | Thompson, Thomas v. Merck & Co., Inc. | 2:06-cv-10377-EEF-DEK |
| 275 | 1112079 | Myers and Perfater | Wright | Donna | | Wright, Donna v. Merck & Co., Inc. | 2:06-cv-10392-EEF-DEK |
| 276 | 1062927 | Nevin & Absalom | Carter | Kathleen | | Carter, Kathleen v. Merck & Co., Inc. | 2:05-cv-05068-EEF-DEK |
| 277 | 1102993 | Ranier, Gayle & Elliot, L.L.C. (TX) | Roderick | Janet | D | Roderick, Janet D. v. Merck & Co., Inc. | 2:05-cv-06573-EEF-DEK |
| 278 | 1101891 | Ranier, Gayle & Elliot, L.L.C. (TX) | Sanders | Brian | J | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK |

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 279 | 1103031 | Ranier, Gayle & Elliot, L.L.C. (TX) | Wilson | Latreesh | V | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 280 | 1104334 | Riley, Michael D., Law Office of | Jackson | Cynthia | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 281 | 1104335 | Riley, Michael D., Law Office of | Johnson | Samuel | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 282 | 1047286 | Singleton Law Firm | Toups | James | | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 283 | 1079870 | Stipe, Harper Law Firm | Coonfield | Mary | | Coonfield, Mary v. Merck & Co., Inc. | 2:06-cv-10260-EEF-DEK |
| 284 | 1108895 | Weykamp, Paul A., Law Offices of | Davis | Mary | | Davis, Johnny v. Merck & Co., Inc. | 2:05-cv-05118-EEF-DEK |
| 285 | 1108900 | Weykamp, Paul A., Law Offices of | Hennemuth | Patrick | | Hennemuth, Patrick v. Merck & Co., Inc. | 2:05-cv-05120-EEF-DEK |
| 286 | 1108905 | Weykamp, Paul A., Law Offices of | Langley | Jerry | | Langley, Jerry v. Merck & Co., Inc. | 2:05-cv-05095-EEF-DEK |
| 287 | 1108908 | Weykamp, Paul A., Law Offices of | Macijeski | Mary | Annie | Macijeski, Mary A. v. Merck & Co., Inc. | 2:05-cv-05098-EEF-DEK |
| 288 | 1108910 | Weykamp, Paul A., Law Offices of | McKenith | James | | McKenith, James v. Merck & Co., Inc. | 2:05-cv-05110-EEF-DEK |
| 289 | 1108919 | Weykamp, Paul A., Law Offices of | Wilson | Nora | | Wilson, Nora v. Merck & Co., Inc. | 2:05-cv-05105-EEF-DEK |