UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-05822-EEF-DEK (Gordon Gonnuscio only); *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04450-EEF-DEK (Lemma Plemons only); *Bajon, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-03865-EEF-DEK (Luba Kanavaloff only); *Garcia-DeLeon, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-10092-EEF-DEK; *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-01508-EEF-DEK (Lawrence Rivers and Ava Williams only); *Gomez, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-01003-EEF-DEK (Felicita Rivera and Paula Debo only); *Jenkins, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04054-EEF-DEK (Joseph Aguillard, Patricia Anderson, Terrell Breaux, Albert Dobard, Carolyn Hughes, Jessie Jackson, Tanisha Jackson, Shelly Joseph, Glynis Rogers-Taylor, and Kevin Young only); *Prado, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-06303-EEF-DEK (Margarita Acevedo, Gary Hadley, Therezinha Kalicosque, and Guillermina Marina only) | * * * * * * * * * * * * * * * * * * * * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 10th day of October, 2008, at 10 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). (Rec. Doc. 16154).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 7th day of October, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 9th day of October, 2008.

NEW ORLEANS, LOUISIANA, this  29th  day of September, 2008.

_____
ELDON E. FALLON

# EXHIBIT A

**Motions to Withdraw with Certification A On File:** *

1. *Allison, et al. v. Merck & Co., Inc.,* # 05-4450 (Lemma Plemons only) (filed September 25, 2008)

2. *Bajon, et al. v. Merck & Co., Inc.,* VCN No. 1086460 (Luba Kanavaloff only) (filed September 5, 2008)

3. *Garcia-DeLeon, et al. v. Merck & Co., Inc.,* VCN No. 1086454 (filed September 5, 2008)

4. *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 06-1508 (Lawrence Rivers only) (filed August 20, 2008)

5. *Ebong, et al. v. Merck & Co., Inc.,* Docket No. 06-1508 (Ava Williams only) (filed August 20, 2008)

6. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Joseph Aguillard only) (filed September 25, 2008)

7. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Patricia Anderson only) (filed September 25, 2008)

8. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Terrell Breaux only) (filed September 25, 2008)

9. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Albert Dobard only) (filed September 25, 2008)

---

\*     Pursuant to PTO 36, plaintiffs' lawyers were instructed by the Court to attach a Certification A which stated, *inter alia*, that counsel:

1. Placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the plaintiff.
2. Sent a letter to plaintiff by certified mail to plaintiff's last known address . . . .

PTO 36, §I(B)(1)-(2). Counsel were also instructed to file, in turn, a Certification B if the plaintiff had not been located or failed to respond to any communication from plaintiffs' lawyers within sixty (60) days. PTO 36, §I(B)(1)-(2).

- 2 -

10. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Carolyn Hughes only) (filed September 25, 2008)

11. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Jessie Jackson only) (filed September 25, 2008)

12. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Tanisha Jackson only) (filed September 25, 2008)

13. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Shelly Joseph only) (filed September 25, 2008)

14. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Glynis Rogers-Taylor only) (filed September 25, 2008)

15. *Jenkins, et al. v. Merck & Co., Inc.,* # 05-4416 (Kevin Young only) (filed September 25, 2008)

**Motions to Withdraw Filed on Basis That Plaintiff Could Not Be Found or Failed to Respond to Communications, But Have Not Yet Filed Certification A or Certification B:**

1. *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-05822 (Gordon Gonnuscio) (filed August 22, 2008)

2. *Gomez, et al. v. Merck & Co., Inc.,* VCN No. 1112316 (Felicita Rivera only) (filed September 8, 2008)

3. *Gomez, et al. v. Merck & Co., Inc.,* VCN No. 1112307 (Paula Debo only) (filed September 8, 2008)

4. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112306 (Margarita Acevedo only) (filed September 8, 2008)

5. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112310 (Gary Hadley only) (filed September 12, 2008)

6. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112311 (Therezinha Kalicosque only) (filed September 9, 2008)

7. *Prado, et al. v. Merck & Co., Inc.,* Docket VCN No. 1112313 (Guillermina Marina only) (filed September 9, 2008)

946488v.1