# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *AMHOUSE et al. vs. Merck & Co., Inc.,* Docket No. 2:06-cv-02216-EEF-DEK (Barbara J. Eagan only); *ANDO, et al. vs. Merck & Co., Inc.,* No. 2:06-cv-10629-EEK-DEK (J B. Ross and Ethyl I. Ross only); *Mary Bails, et al v. Merck & Co., Inc.,* Docket No. 2:05-cv-02319 (Tina Tibbs only); *Bill Black, et al vs. Merck & Co., Inc.,* Docket No. 2:05cv4452 (Brenetha Robinson, Emile Russell, Johnny Lamb, Jr., Betty Linder, Robert Brewer, Bethel Anzalone, Charlotte Hollis, Floyd Jones, Johnnie Kellum, Clenis Monette, and Rodney Teal only); *Annie Bradford, et al v. Merck & Co., Inc.,* Docket No. 2:05-cv-02328 (Dale Weaver and Brenda Wilson only); *Bridgette Bradley v. Merck & Co., Inc.,* No. 2:05cv4789-EEF-DEK; *Carl Burns v. Merck & Co., Inc.,* Docket No. 2:05-cv-03575; *Geraldine Carr v. Merck & Co., Inc.,* Docket No. 2:05-cv-04350; *Melvin Cormier, et al vs. Merck & Co., Inc.,* Docket No. 2:05cv4991 (Leo Brown, Earnestine Drake, Mahalia Fletcher, Antonio Small, and Patricia (Robin) Stelly only); *Timothy Cox, et al. v. Merck & Co., Inc.,* Docket No. 2:06cvl0152 (Karen Giummo only); *Jeannette Y. Gaspard, Individually and As Representative of the Estate of Jewell M. Young v. Merck & Co., Inc.,* Docket No. 2:05-cv-4559; *Lois H. Johnson v. Merck & Co., Inc.,* Docket No. 05-3155; *Patricia Sanders v. Merck & Co., Inc.,* Docket No. 2:05-cv-06198; *Shirley Wade-Small-Battle, Individually and As Representative of the Estate of Robert Battle, Deceased v. Merck & Co., Inc.,* Docket No. 2:05-cv-04092; *Trotter, Herbert F. v. Merck & Co., Inc.,* Docket No. 05-3151 (Mary Lee Hill); *Azell Warner, Individually and As Representative of the Estate of Shirlee J. Crosby, Deceased, v. Merck & Co., Inc.,* Docket No. 2:05-cv-02309; *William Everett Allen, et al v. Merck, et al,* Docket No. 05-4421 (Patricia Williams only) | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | **KNOWLES** |

**********************************************************************

946205v.1

## ORDER

Defendant Merck & Co., Inc.'s Cross Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute (R. Doc. 15549) was noticed for hearing on the 23rd day of September, 2008. No oppositions were filed in response to the motion. Accordingly,

**IT IS ORDERED** that claims of all plaintiffs listed herein be and they hereby are dismissed with prejudice for failure to prosecute.

**NEW ORLEANS, LOUISIANA**, this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE