IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| ERNESTINE HATTER<br><br>Plaintiff, | ) ) ) | CASE NO.    2:06-cv-01460 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | ) ) ) ) ) ) | |

## ORDER ON MOTION TO WITHDRAW

On May 30, 2008, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Ernestine Hatter. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the 26th day of September, 2008.

_____
DISTRICT JUDGE