UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL DOCKET NO. 1657 |
| This document relates to: ) 2:06cv03683 ) ) | SECTION L |
| ) SOL BOORANY, ) Plaintiff ) ) v. ) ) MERCK & CO., INC., ) Defendant. ) | JUDGE FALLON MAG. JUDGE KNOWLES |

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P. Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: 9/26/08 New Orleans Louisiana    _____
                                         Hon. Eldon Fallon
                                         United States District Court Judge