UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Watson, Polly,* et al. *v. Merck & Co.,* | * | **KNOWLES** |
| *Inc.* et al., Docket Number: 2:05-cv- | * | |
| 04319. | * | |
| (Plaintiffs: Marlene Calero, Lloyd James, | * | |
| Diann Celestin, Junell Poole, Melvin | * | |
| Willis, Clemon Shelton, Judy Johnson, | * | |
| Clarence Bannister, and Gloria Lyons) | * | |

## ORDER

Consider the foregoing MOTION TO WITHDRAW PURSUANT TO PRE-TRIAL ORDER NO. 36:

**IT IS HEREBY ORDERED** that the law firm of FAYARD & HONEYCUTT, APC., CALVIN C. FAYARD, JR., D. BLAYNE HONEYCUTT, AND WANDA J. EDWARDS be and they hereby are withdrawn from the representation of the above named plaintiffs in the Vioxx litigation, all pursuant to Pre-Trial Order No. 36, issued by this Court on May 6, 2008.

9/26/08
New Orleans Louisiana

_____
JUDGE