UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **MDL DOCKET NO. 1657** |
| **This document relates to:** | ) | |
| **2:05cv04054** | ) | |
| | ) | **SECTION L** |
| | ) | |
| **LYNN HUDNUT ONLY,** | ) | **JUDGE FALLON** |
| **Plaintiff** | ) | |
| | ) | **MAG. JUDGE KNOWLES** |
| **v.** | ) | |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff.

Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as

Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et

al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC;

Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED.

LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P.

Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: 9/26/08 New Orleans Louisiana

Hon. Eldon Fallon
United States District Court Judge