UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Elaine Bossell, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:05-cv-4132* | * | |
| | * | |
| *Only as to Lori McIntire* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Lori McIntire against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

947032v.1