UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Albertha Lampe, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-0039* | * | KNOWLES |
| | * | |
| *Only as to Louisa Lampe, Fernando* | * | |
| *Lampe, and Juan Lampe, Jr.* | * | |
| | * | |

*****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Louisa Lampe, Fernando Lampe, and Juan Lampe, Jr. against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

                                                                                                    _____
                                                                                                    DISTRICT JUDGE

947034v.1