IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO: *Shirley Adams, et al. v. Merck & Co., Inc., et al.,* No. 2:06cv2101-EEF-DEK (previously 4:05cv1947-CAS EDMO USDC) | Plaintiff: **THOMAS R. SHELOR** |

### ORDER

Upon due consideration of Plaintiff's counsel's Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that the law firm of Brown and Crouppen is withdrawn as attorneys for Plaintiff, Thomas Shelor.

IT IS SO ORDERED.

DATED: September 26th, 2008
New Orleans Louisiana

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana