IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE; VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| **THIS RELATES TO:** *Willis Fuller v. Merck & Co., Inc.,* No. 2:06cv3138 (previously 3:06-CV-63-MJR SDIL USDC) | Plaintiff: **OLIVIA BUFKIN** |

## ORDER

Upon due consideration of Plaintiff's counsel's Motion to Withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that John J. Driscoll and the law firm of Brown and Crouppen is withdrawn as attorneys for Plaintiff, Olivia Bufkin.

IT IS SO ORDERED.

DATED: 9/26/08 , 2008
New Orleans  Louisiana

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana