UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION     MDL No. 1657, SECTION L
This Document Relates to:

                                                                     Honorable Jude Fallon
                                                                      Magistrate Judge Knowles

ROXANNE DE LOS REYES and     CASE NO. 2:05CV06710
GABRIEL DE LOS REYES, her husband,

        Plaintiffs
vs.

MERCK & CO., INC.

        Defendant
_____/

### ORDER

Upon due consideration of the MOTION TO WITHDRAW as plaintiffs' counsel of record, by Robert J. Fenstersheib, Esquire, and The Law Office of Robert J. Fenstersheib & Associates, P.A., and for good cause shown, the Court finds the motion to be well-taken, and same is **GRANTED.**

IT IS THEREFORE ORDERED, AND ADJUDGED AND DECREED THAT Robert J. Fenstersheib, Esquire, Esquire and The Law Office of Robert J. Fenstersheib & Associates, P.A. are withdrawn as counsel of record for plaintiffs, Roxanne De Los Reyes and Gabriel De Los Reyes.

IT IS SO ORDERED.

DATED: 9/26/08 New Orleans Louisiana

*[signature]*

Judge Eldon E. Fallon
United States District Court Judge