UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                      Section L

This Document Relates To:


Earl Calloway                                      Judge Fallon

Civil Action No: 2:06-cv-09335                     Mag. Judge Knowles

_____

### ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Vanessa Bolding a/k/a Vernessa Bolding.

IT IS SO ORDERED.

9/26/08  New Orleans Louisiana                     _____
Date                                               Judge Eldon E. Fallon
                                                   United States District Court Judge