UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | |
| Donald Welsh | Judge Fallon |
| Civil Action No: 2:05-cv-02328 | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, John Climaco and Terry A. Lightner of CLIMACO, LEFKOWITZ, PECAS, WILCOX, & GAROFOLO CO., LPA, and Grant Kaiser of THE KAISER FIRM, LLP, are released from any further responsibility as counsel for Plaintiff(s), Donald Welsh, and this plaintiff **ONLY**.

IT IS SO ORDERED.

9/26/08 New Orleans Louisiana
Date

Judge Eldon E. Fallon
United States District Court Judge