# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| BILLY G. SMITH,  JR., | ) | |
| | ) | |
| Plaintiff, | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| v. | ) | DOCKET NO.  2:06-cv-09700 |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION TO WITHDRAW

On June 2, 2008, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton,

Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Billy G. Smith,

Jr.  The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _26th_ day of _____September_____, 2008.

_____
DISTRICT JUDGE