UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *BELL, et al. v. Merck & Co., Inc.,* Docket No. 06-7344 (pertaining to Deidra Bell only) (filed June 27, 2008); *GOMEZ, et al. v. Merck & Co., Inc.,* Docket No. 05-1003 (pertaining to Ramiro Morales only) (filed July 14, 2008); *JORDAN, et al. v. Merck & Co., Inc.,* Docket No. 05-4439 (pertaining to Barbara Lamb only) (filed June 30, 2008); *RUFFINO, et al. v. Merck & Co., Inc.,* Docket No. 05-5443 (pertaining to Marilyn Ruffino and Alma Allen only) (June 30, 2008); *SMITH, et al. v. Merck & Co., Inc.,* Docket No. 2:06-CV-00917-EEF-DEK (pertaining to Terry Meatte only) (filed June 3, 2008) | * | **KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute (R. Doc. 15636) was noticed for hearing on the 23rd day of September, 2008.  No oppositions were filed in response to the motion.  Accordingly,

**IT IS ORDERED** that claims of all plaintiffs listed herein be and they hereby are dismissed with prejudice for failure to prosecute.

**NEW ORLEANS, LOUISIANA**, this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

946209v.1