UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION            Section L

This Document Relates To:

Gloria A. Jackson vs. Merck & Co. Inc.            Judge Fallon

Civil Action No: 2:05-cv-05124                      Mag. Judge Knowles

---

### ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP Grant Kaiser of THE KAISER FIRM, LLP, and Charles Zimmerman, Ronald Goldser, and Gregory P. Sautter of ZIMMERMAN REED, P.L.L.P., are released from any further responsibility as counsel for Plaintiff(s), Patrick Jackson, as representative of the estate of Gloria A. Jackson.

IT IS SO ORDERED.

9/26/08 New Orleans Louisiana
Date

Judge Eldon E. Fallon
United States District Court Judge