UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| This Document Relates To: Pamela | ) | |
| Hanson v. Merck, et al. | ) | Judge Fallon |
| (E.D. La. Index No. 2:05cv2350) | ) | |
| | ) | Mag. Judge Knowles |

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that John R. Climaco and Dawn M. Chmielewski of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA, and Anthony Gallucci of Kelley & Ferraro LLP are withdrawn as counsel for Plaintiff, Pamela Hanson.

IT IS SO ORDERED.

9/26/08 New Orleans Louisiana
Date

Judge Eldon E. Fallon
United States District Court Judge