UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | CIVIL ACTION NO. 05-4421 |
| PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| This document relates to: | SECTION Mag. 3 |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Mary Taylor and Paul Taylor | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

# ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED**, that Murray Law Firm, Leger & Shaw and Guerriero & Guerriero, are hereby withdrawn as Counsel of Record for Mary Taylor and Paul Taylor.

**NEW ORLEANS, LOUISIANA** this 26th day of September, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**