IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| This document relates to: | Magistrate Judge Knowles |
| *Pearl King, et al., v. Merck & Co., Inc.* Civil Action No: ~~3:06CV1877~~ 06-8390 Northern District of Ohio | **ORDER** |
| | Trial Counsel: |
| | Chad M. Tuschman  (0074534) Williams DeClark Tuschman Co., L.P.A. 500 Toledo Legal Building 416 North Erie Street Toledo, OH  43604-6301 (419) 241-7700 (419) 241-7778  (Facsimile) CTuschman@wdtlaw.org |
| | Attorney for Plaintiffs |

*****

This matter having come before the Court on Plaintiffs' counsel's, Motion to Withdraw, as attorney for Plaintiffs.

The Court finding said Motion well-taken, hereby grants same and allows Chad M. Tuschman and the law firm of Williams DeClark Tuschman Co., L.P.A. to withdraw as attorney of record for the Plaintiffs.

**IT IS SO ORDERED.**

| | |
|---|---|
| 9/26/08  New Orleans  Louisiana | *[signature: Eldon E. Fallon]* |
| Date | Judge |