IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

### [PROPOSED] ORDER RE: MOTION TO WITHDRAW AS ATTORNEYS

This Court, having considered the Motion to Withdraw as Attorneys, hereby ORDERS that:

The Motion to Withdraw as Attorneys filed by Moriarty Leyendecker Erben PC, attorneys for Plaintiff Peter Appenzeller, is GRANTED.

IT IS SO ORDERED.

DATED this  26th  day of  September , 2008.  New Orleans Louisiana

_____
United States District Judge