UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Kimberly Taylor, Docket No. 05-4428 | MAGISTRATE JUDGE KNOWLES |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.II, and in accordance with Pretrial Order 36, the law firm of Frank J. D'Amico, Jr., APLC, counsel of record for Kimberly Taylor, moves the court for an Order granting leave for Counsel to Withdraw as Counsel of record in above styled case/claim. In support of this motion, the undersigned states as follows:

1) Numerous attempts at contacting the claimant both by phone and in writing have been unsuccessful. Claimant has failed to responds to communications and cannot be found.

2) Written notice of the filing of this motion of this Motion was sent via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 2320 Commercial Drive, Apartment 21, Port Allen, Louisiana 70767.

3) PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4) Counsel will rely upon the Certification annexed hereto.

For these reasons, Frank J. D'Amico, Jr., APLC. urges the Court to grant their motion to withdraw as Counsel of Record in this matter.

Respectfully submitted,

*[signature]*

FRANK J. D'AMICO, JR., La. Bar No. 17519
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-9561
Fax No. (504) 525-9522
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 30th day of September, 2008.

_____
Frank J. D'Amico, Jr.