United States District Court
Eastern District of Louisiana

FILED SEP 26 2008
LORETTA G. WHYTE
Clerk

In Re: Vioxx Products Liability Litigation
Jonathan Lee Riches, Movant

MDL No: 05-1657 L

[Appealing the order denying me Rule 24 intervention]

## Notice of Appeal

Jonathan Lee Riches appeals of his denial motion Rule 24 in the Vioxx Products Liability Litigation. I appeal to the 5th circuit court of Appeals. I was denied intervention.

Vioxx endangered my life. The Bureau of Prisons and FCI Williamsburg tied me to a chair in solitary confinement with rogue doctors, i.e. Kevorkian, Dr. Evil, Dr. Feelgood, Dr. Pepper they all conspired with Dr. J to slam vioxx into my mouth for months in a prison experiment project. I recieved 50 vioxx pills per serving, then afterward I was CIA waterboard, sodomized with vioxx bottles by Pfizer scientists. Vioxx created a power vacuum in my brain and bloated me. I gained 365 pounds from taking Vioxx (see Attached Exhibit). Vioxx made me ½ brain dead, and the other ½ had a heart attack. Vioxx caused me fear of my shadow. Vioxx forced me to flash patrons at Mardi gras. Vioxx caused me to crash my forehead into Katrina levees to dike up water. Merck executives gave vioxx to the DC madam and Defendants provided vioxx for Iranian troops, sold pitbulls to Michael Vick. Vioxx caused white kids to hang nooses in LA 6. I sued Jena 6, Riches v. Jena 6, and mentioned vioxx. I also mentioned it in Riches v. Barack Obama because Osama gave vioxx to Kenyans in Kansas. Vioxx is causing me anxiety as I write this. I was denied up into open heart surgery and Vioxx is splitting my atoms and Vioxx secretly poisons the elderly. Vioxx also causes children

be obese. Defendants gave Vioxx to G.W. Bush in 2002 which corrupted his mind and influenced Bush to go to war in Iraq. I appeal this case. I'm constipated. Defendants stole laxatives from me and Vioxx damaged my kidneys and gave me Diabetes and colon cancer. I appeal.

Jonathan Lee Riches #40948-018
FCI Williamsburg P.O. Box 340
Salters, SC 29590         JonathanLeeRiches.org
843-387-9400

9-14-08

9-14-08

Exhibit

Look what Vioxx did to my ASS

Vioxx caused me Shame, I can't look at the world

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
23 SEP 2008 PM 1 T

United States District Court
Eastern District of Louisiana
Clerk of Court
U.S. Courthouse
500 Poydras St.
New Orleans, Louisiana 70130

70130-3319