## EXHIBIT "A"

CLARENCE ABRAMS
ALICE ALLEN
DAVID BLANTON
CLENNON, ELVINA-DECEASED C/O GRACE CLENNON
NICOLE DORSEY
JOE DUFFIE, SR.-DECEASED, C/O KATINA DUFFIE
LESLIE GREEN-DECEASED, C/O CYNTHIA TAYLOR-GREEN
GERALD ISAACS
AVIE JOHNSON, JR-DECEASED, C/O ANNIE JOHNSON
BETTY MARSE
MAGGIE VERNON- DECEASED