# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS          *       MDL NO. 1657
       LIABILITY LITIGATION      *
                                       *

************************************    SECTION L, JUDGE FALLON

**THIS PLEADING RELATES TO CASE**   *
     **NUMBER 05-5204:**              *
                                       *       DIVISION 3, MAG. JUDGE KNOWLES

**CLARENCE ABRAMS,** *et al.*,        *
                **Plaintiffs,**     *
                                       *

**vs.**                                         *
                                        *

**MERCK & CO., INC.,**           *
                 **Defendant.**      *
************************************

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Movers be and hereby is allowed to withdraw as counsel of record in

the above captioned matter for the claimants listed on Exhibit "A" attached thereto.

New Orleans, Louisiana, this _____ day of _____, 2008.


                            _____

                            HONORABLE JUDGE FALLON
                            UNITED STATES DISTRICT JUDGE