IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | * | MDL NO. 1657 |
| LIABILITY LITIGATION | * | |
| | * | |
| ************************************ | | SECTION L, JUDGE FALLON |
| THIS PLEADING RELATES TO CASE | * | |
| NUMBER 05-4435: | * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| **DONNA ALLEN**, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.**, | * | |
| Defendant. | * | |
| ************************************ | | |

## DECLARATION

Movers have communicated with each claimant listed on Exhibit "A" and have explained the reasons for seeking to withdraw from representation, and each claimant has consented to withdrawal.

Respectfully submitted,

/s/ Lynn E. Swanson
**LYNN E. SWANSON (La. Bar No. 22650)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule of Court 83.2.11, I hereby certify that I have on this  1st  day of October, 2008, served a copy of the foregoing upon all parties to this litigation, by electronic service through Lexis/Nexis, and upon the claimants listed in Exhibit "A" hereto, by United States Mail, properly addressed and first class postage prepaid, however, additionally certified and with a return receipt requested.  I further certify that I have served plaintiff with 1) a copy of Pretrial Order 36 describing the rules and procedures relating to Motions to Withdraw From Representation of a Client; 2) a statement that claimant shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone (504) 561-7799; email rmj@rmj-law.com) to apprise the Curator that the claimant is proceeding with his or her lawsuit *pro se* and 3) an explanation that, in the event the claimant fails to comply with 2) above, this Motion to Withdraw will be considered by the Court.

New Orleans, Louisiana, this  1st  day of October, 2008.

/s/ Lynn E. Swanson
Lynn E. Swanson