**EXHIBIT "A"**

ANGELA BAXTER
ANN MARIE BELL
FLORENCE BERGERON
GLORIA DABNEY
EMMA DAVIS
CHERYL DILLARD
KIRBY DORSEY
ANNA MAE EDWARDS
PEARL GOODJOINT
YVONNE HILL
JAMES LOVE
ANN MARSHALL
JELONDA MCCRAINE
ALCEE MORVANT
JOSEPH RABIN-DECEASED, C/O ERNESTINE RABIN
ALTON SOLOMON
CYNTHIA TAYLOR-GREEN
FELICIA TROSCLAIR
DIANNA C. WILLIAMS