IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1657 |
| ************************************* | | SECTION L, JUDGE FALLON |
| THIS PLEADING RELATES TO CASE NUMBER 06-6682: | * * * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| VICTORIA CAMPBELL, *et al.*, Plaintiffs, | * * * | |
| vs. | * * | |
| MERCK & CO., INC., Defendant. | * * | |
| ************************************* | | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, comes the law firm of Jones, Swanson, Huddell & Garrison, L.L.C. and all of the attorneys associated with that firm, as well as secondary counsel, the law firm of Smith, Stag, L.L.C. and all of the attorneys associated with that firm ("Movers"), which hereby move, pursuant to Local Rule 83.2.11, for an Order allowing Movers to withdraw as counsel of record for the claimants listed in Exhibit "A" attached hereto for the following reason(s): as of June 30, 2008, the claimants listed in Exhibit "A" have 1) agreed to the dismissal of their claims but a court order

has not been entered and/or 2) expressed their desire <u>not</u> to pursue their claims and did not authorize enrollment in the Vioxx Settlement Program.

In compliance with the Certification of Final Enrollment, Movers are required to file a Motion to Withdraw on grounds other than the ground that claimants cannot be found and/or fail to respond to communications from counsel.  Pursuant to the requirements of Local Rule 83.2.11, Movers are serving this motion upon all counsel of record and have served the claimants listed in Exhibit "A" with: 1) a copy of Pretrial Order 36 describing the rules and procedures relating to Motions to Withdraw From Representation of a Client; 2) a statement that claimant shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone (504) 561-7799; email rmj@rmj-law.com) to apprise the Curator that the claimant is proceeding with his or her lawsuit *pro se*; and 3) an explanation that, in the event the claimant fails to comply with Option 2 above, this Motion to Withdraw will be considered by the Court.

Considering the foregoing, Movers respectfully request this Court allow them to withdraw as counsel of record for the claimants listed in the attached Exhibit "A."

Respectfully submitted,

/s/ Lynn E. Swanson
**LYNN E. SWANSON (La. Bar No. 22650)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule of Court 83.2.11, I hereby certify that I have on this  1st  day of October, 2008, served a copy of the foregoing upon all parties to this litigation, by electronic service through Lexis/Nexis, and upon the claimants listed in Exhibit "A" hereto, by United States Mail, properly addressed and first class postage prepaid, however, additionally certified and with a return receipt requested.  I further certify that I have served plaintiff with 1) a copy of Pretrial Order 36 describing the rules and procedures relating to Motions to Withdraw From Representation of a Client; 2) a statement that claimant shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone (504) 561-7799; email rmj@rmj-law.com) to apprise the Curator that the claimant is proceeding with his or her lawsuit *pro se* and 3) an explanation that, in the event the claimant fails to comply with 2) above, this Motion to Withdraw will be considered by the Court.

New Orleans, Louisiana, this  1st  day of October, 2008.

/s/ Lynn E. Swanson
Lynn E. Swanson