## **EXHIBIT "A"**

MARY FRANCES DUCRE