# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | * | MDL NO. 1657 |
| LIABILITY LITIGATION | * | |
| | * | |
| ************************************ | | SECTION L, JUDGE FALLON |
| **THIS PLEADING RELATES TO CASE** | * | |
| **NUMBER 06-6682:** | * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| **VICTORIA CAMPBELL**, *et al.*, | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.**, | * | |
| Defendant. | * | |
| ************************************ | | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Movers be and hereby is allowed to withdraw as counsel of record in the above captioned matter for the claimants listed on Exhibit "A" attached thereto.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JUDGE FALLON
UNITED STATES DISTRICT JUDGE