# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | * | MDL NO. 1657 |
| LIABILITY LITIGATION | * | |
| | * | |
| ************************************ | | SECTION L, JUDGE FALLON |
| **THIS PLEADING RELATES TO CASE** | * | |
| **NUMBER 05-5204:** | * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| **CLARENCE ABRAMS,** *et al.*, | * | |
| Plaintiffs, | * | |
| | * | |
| **vs.** | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| Defendant. | * | |
| ************************************ | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes the law firm of Jones, Swanson, Huddell & Garrison, L.L.C. and all of the attorneys associated with that firm, as well as secondary counsel, the law firm of Smith, Stag, L.L.C. and all of the attorneys associated with that firm ("Movers"), who hereby move, pursuant to Local Rule 83.2.11, for an Order allowing them to withdraw as counsel of record for claimants for the following reason(s): as of June 30, 2008, the claimants listed in Exhibit "A" have not been located despite much effort and/or have not yet responded to Movers to authorize enrollment in the Vioxx Settlement Program.

In compliance with the Certification of Final Enrollment, Movers are required to file a Motion to Withdraw on the grounds that claimants cannot be found and/or fail to respond to communications from counsel. Pursuant to the requirements of Local Rule 83.2.11, Movers are serving this motion upon all counsel of record and have served on the claimants listed in Exhibit "A" 1) a copy of Pretrial Order 36 describing the rules and procedures relating to Motions to Withdraw From Representation of a Client; 2) a statement that claimant shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone (504) 561-7799; email rmj@rmj-law.com) to apprise the Curator that the claimant is proceeding with his or her lawsuit *pro se* and 3) an explanation that, in the event the claimant fails to comply with 2) above, this Motion to Withdraw will be considered by the Court.

Considering the foregoing, Movers respectfully request this Court allow them to withdraw as counsel of record for the claimants listed in the attached Exhibit "A."

Respectfully submitted,

/s/ Lynn E. Swanson
**LYNN E. SWANSON (La. Bar No. 22650)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile:  (504) 523-2508

## CERTIFICATE OF SERVICE

Pursuant to Local Rule of Court 83.2.11, I hereby certify that I have on this 1st day of October, 2008, served a copy of the foregoing upon all counsel of record, by United States Mail, properly addressed and first class postage prepaid, and upon the claimants listed in Exhibit "A" hereto, also by United States Mail, properly addressed and first class postage prepaid, however, additionally certified and with a return receipt requested. I further certify that I have served plaintiff with 1) a copy of Pretrial Order 36 describing the rules and procedures relating to Motions to Withdraw From Representation of a Client; 2) a statement that claimant shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone (504) 561-7799; email rmj@rmj-law.com) to apprise the Curator that the claimant is proceeding with his or her lawsuit pro se and 3) an explanation that, in the event the claimant fails to comply with 2) above, this Motion to Withdraw will be considered by the Court.

New Orleans, Louisiana, this   1st   day of October, 2008.

/s/ Lynn E. Swanson
Lynn E. Swanson