## EXHIBIT "A"

CHEABERT BAKER
TYWANNA BAKER
LINDA BLANCHARD
EULA CELESTINE
TIMOTHY CRAWFORD
LORINE CROWELL C/O MILDRED WINTERS
SYLVESTER DESPENZA C/O STEPHANIE YOUNG
SHIRLEY DILLON
QUEEN VICTORIA HARRELL
CARMEL HOWARD
MARY LEE JOHNSON
IDA LAZURE
LARRY LEWIS-DECEASED
JOYCE LOUISE MITCHELL
ELDA ANNIE NAQUIN C/O ELIZABETH BILLIOT
JUDY PRICE
FRANKIE SMITH
JOHN STELLY
JERRY THOMPSON
HERMAN WARREN
CATHERINE YOUNG C/O STEPHANIE YOUNG