## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last HARRELL-DECEASED | | First QUEEN VICTORIA | Middle |
|---|---|---|---|---|

| Plaintiff Address | Street 5855 CADILLAC STREET | | | |
|---|---|---|---|---|
| | City BATON ROUGE | State LA | Zip 70811 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Ymmk Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |
| **Current Address** | Street 601 POYDRAS STREET, SUITE 2655 | | | |
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
| **Telephone Number** | (504)523-2500 | **Facsimile** (504)523-2508 | **Email** | lswanson@jonesswanson.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last HOWARD | | First CARMEL | Middle |
|---|---|---|---|---|
| **Plaintiff Address** | Street 112 CAMPBELL STREET 8C | | | |
| | City YORK | State AL | Zip 36925 | Country USA |
| **Telephone Number** | | **Facsimile** | **Email** | |
| **Case Caption** | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. | | | |
| **Case Number** | 2:05cv05204 | | | |
| **Court Where Case is Pending** | E.D. LA | | | |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Jymné Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |
| **Current Address** | Street 601 POYDRAS STREET, SUITE 2655 | | | |
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
| **Telephone Number** | (504)523-2500 | **Facsimile** (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last JOHNSON | | First MARY LEE | Middle |
|---|---|---|---|---|
| **Plaintiff Address** | Street 62256 NORTH 13TH STREET | | | |
| | City SLIDELL | State LA | Zip 70460 | Country USA |
| **Telephone Number** | | **Facsimile** | **Email** | |
| **Case Caption** | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. | | | |
| **Case Number** | 2:05cv05204 | | | |
| **Court Where Case is Pending** | E.D. LA | | | |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *Jymm C Swanson*<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

**Current Address**

Street: 601 POYDRAS STREET, SUITE 2655

| City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last LAZURE | First IDA | Middle M. |
|---|---|---|---|

**Plaintiff Address**

Street: 60 PINECREST DRIVE APT. 17

| City PINEVILLE | State LA | Zip 71360 | Country USA |
|---|---|---|---|

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed** | 09 / 26 / 08        _Hymne Swanson_ <br>(Month/Day/Year)                                  Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last LEWIS-DECEASED | First LARRY | Middle |
|---|---|---|---|

| Plaintiff Address | Street 7107 MARTIN DRIVE APT. 109 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70126 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|

| Case Number | 2:05cv05204 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *[signature]*<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last MITCHELL | First JOYCE LOUISE | Middle COOKS |
|---|---|---|---|

| Plaintiff Address | Street P.O. BOX 52325 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70152 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Hymne Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last NAQUIN, DECEASED, C/O ELIZABETH BILLIOT | First ELDA ANNIE | Middle |
|---|---|---|---|

| Plaintiff Address | Street 3977 OAKPOINT ROAD | | |
|---|---|---|---|
| | City MONTEGUT | State LA | Zip 70377 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *Jymn C Swanson*<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>PRICE | First<br>JUDY | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>112 DEER ROAD | | | |
| | City<br>ELGIN | State<br>SC | Zip<br>29405 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
| **Case Number** | 2:05cv05204 |
| **Court Where Case is Pending** | E.D. LA |

| | CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed** | 09 / 26 / 08<br><sub>(Month/Day/Year)</sub>       ~~Yymne Swanson~~<br>                            Counsel |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |

| Current Address | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>SMITH | First<br>FRANKIE | Middle<br>W. |
|---|---|---|---|

| Plaintiff Address | Street<br>P.O. BOX  905 | | | |
|---|---|---|---|---|
| | City<br>PATTERSON | State<br>LA | Zip<br>70392 | Country<br>USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | C. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Yvonne Swanson_<br>Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last STELLY | First JOHN | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>347 HWY 104 | | | |
|---|---|---|---|---|
| | City<br>OPELOUSAS | State<br>LA | Zip<br>70570 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| **Case Number** | 2:05cv05204 |
| **Court Where Case is Pending** | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | **C. COMPLIANCE WITH PTO NO. 36** |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| | **D. SIGNATURE** |
|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br><sub>(Month/Day/Year)</sub> | *Jymm R Swanson* <br> Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last THOMPSON | First JERRY | Middle |
|---|---|---|---|

| Plaintiff Address | Street 36325 NICHOLAS STREET | | | |
|---|---|---|---|---|
| | City SLIDELL | State LA | Zip 70458 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** (Paragraph I.B of PTO No. 36) | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year)     _Yvonne Swanson_<br>Counsel |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last WARREN | First HERMAN | Middle |
|---|---|---|---|

| Plaintiff Address | Street 896 ASHVILLE DRIVE | | |
|---|---|---|---|
| | City SLIDELL | State LA | Zip 70458 | Country USA |

| Telephone Number | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| Case Caption | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| Case Number | 2:05cv05204 |
| Court Where Case is Pending | E.D. LA |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C.  COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.      The Motion to Withdraw;<br>b.      A copy of PTO No. 36;<br>c.      A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.      An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.      An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D.  SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *[signature]* _____<br>Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |

| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>YOUNG, DECEASED,<br>C/O STEPHANIE YOUNG | First<br>CATHERINE | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>3927 GIBSON STREET<br>APT. #A | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LA | Zip<br>70122 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | CLARENCE ABRAMS, ET AL. V. MERCK & CO., INC., ET AL. |
|---|---|
| **Case Number** | 2:05cv05204 |
| **Court Where Case is Pending** | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | C. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
|  | I certify under penalty of perjury that the foregoing is true and correct. |

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | ~~Hymm R Swanson~~<br>Counsel |
|---|---|---|