IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | * | MDL NO. 1657 |
|     LIABILITY LITIGATION | * | |
| | * | |
| ************************************ | | SECTION L, JUDGE FALLON |
| **THIS PLEADING RELATES TO CASE** | * | |
|     **NUMBER 05-5204:** | * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| **CLARENCE ABRAMS,** *et al.*, | * | |
|     Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
|     Defendant. | * | |
| ************************************ | | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Movers be and hereby are allowed to withdraw as counsel of record in the above captioned matter for the claimants listed on Exhibit "A" attached thereto.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                                                                        _____
                                                                                         HONORABLE JUDGE FALLON
                                                                                        UNITED STATES DISTRICT JUDGE