**EXHIBIT "A"**

KIM BAILEY
SUSAN BELL
DONALD BILLIZON
LYNDA BRANT
GLORIA BRIDGEWATER
CASSANDRA BROWN
LUBERTIA BUNCH
MARION BURTON
JUANITA BUSBY
DOROTHY COLE
ANNIE COLLINS
JOYCELYN COLLINS
JOYCE DAVIS
LAWRENCE DAVIS
LAURENCE DEBOSE
ELWIN DECAY, SR.
STEPHANIE DELAHOUSSAYE
MARCEL DOMINO
PAUL DUHE, JR.
WILLIAM DUNCAN
BARBARA ELLIS
ALICE FAAS
MONA FISHER
TIWANDA FRANKLIN
JOYCE GIBSON
URSULA GRANT
PAMELA GREEN
LOUIS HALL
JAMES HARMON
BETTY HARTFIELD
CONCHITA HARVEY
EDWIN HENSON
MARY HOLDEN
LINDA HOLMES
JENNIFER JACKSON
MINDY JACKSON
GILDA JOHNSON
LEOLA JOHNSON
BOBBIE JONES
ALICIA KING-NOLDEN
CHARLOTTE KLEINPETER
HELENA KORNDORFER
DOLORES LANGE

DOROTHY MANNO
PATSY MARTIN
SUBRINA MARTIN
JEANETTE MCGEE
JOHN MCKINLEY
BARBARA MERRICKS
JOHNNIE MIXON
CASSANDRA MORRIS
RITA MORVAN-DECEASED
MEGAN MULLET
RUBY NICOLOSI
MARY O'NEAL-DECEASED
AMEAL PARKER
SHIRLEY PARKMAN
NIKERIA PAYNE
LUCRETIA PORTER
C.P. POWELL
PAULETTE RANDALL
MARY RANLETT
LYNN ROBINSON
OSCAR ROBINSON C/O BETTY JEAN ROBINSON
NORMAN ROSS
MARYJANE ROY GARRICK
ABBIE SIMMONS
ANITA SIMMONS
LILLY SIMPSON
BEVERLY SLENSKER
MARTHA K. SMITH
BARBARA SOLOMON
DEWAYNE SPRIGGS
SHERYL STELLY
JAMES STEWART
THERESA SWANSON
KRYSTLE TABOR
GWENDOLYN TALLY
SANDRA TAYLOR-WILSON
TANYA THOMAS
BARBARA THOMPSON
JAMES TINSLEY
GEORGE VERCHER
ANGELA VINCENT
BARBARA WALTON
MARY WASHINGTON
JAMES WEBB, JR.
ELAINE WILLIAMS