# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last BAILEY | First KIM | Middle |
|---|---|---|---|

| Plaintiff Address | Street 176 EAST 5TH STREET | | | |
|---|---|---|---|---|
| | City EDGARD | State LA | Zip 70049 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *[signature]* Swanson |
|---|---|---|
| | | Counsel |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last BELL | First SUSAN | Middle |
|---|---|---|---|

| Plaintiff Address | Street 18733 SAMUELS ROAD LOT 257 | | |
|---|---|---|---|
| | City ZACHARY | State LA | Zip 70791 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| | |
|---|---|
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | ~~Vdmnr Swanson~~<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |

| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>BILLIZON | First<br>DONALD | Middle |

| **Plaintiff Address** | Street<br>1 STONESTHROW DRIVE<br>APT. 173 | | | |
|---|---|---|---|---|
| | City<br>HOUMA | State<br>LA | Zip<br>70361 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |

| | **C. COMPLIANCE WITH PTO NO. 36** |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| | **D. SIGNATURE** |
|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | _Ymmr Swanson_____<br>Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last BRANT | First LYNDA | Middle |
|---|---|---|---|

| Plaintiff Address | Street 1757 NORTH BROAD STREET | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70119 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Ymmr Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | |
|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>BRIDGEWATER | First<br>GLORIA | Middle |

| | | | |
|---|---|---|---|
| **Plaintiff Address** | Street<br>23975 HARMASONS STREET | | |
| | City<br>PLAQUEMINE | State<br>LA | Zip<br>70764 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year)      _____<br>Counsel |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>BROWN | First<br>CASSANDRA | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>2425 LOUISIANA<br>APT. 219 | | | |
| | City<br>NEW ORLEANS | State<br>LA | Zip<br>70115 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

<table>
<tr><td colspan="3"><b>CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</b><br>(Paragraph I.B of PTO No. 36)</td></tr>
<tr><td colspan="3"><b>C. COMPLIANCE WITH PTO NO. 36</b></td></tr>
<tr><td>☑</td><td colspan="2">I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.</td></tr>
<tr><td rowspan="6">☑</td><td colspan="2">I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following</td></tr>
<tr><td>a.</td><td>The Motion to Withdraw;</td></tr>
<tr><td>b.</td><td>A copy of PTO No. 36;</td></tr>
<tr><td>c.</td><td>A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit <i>pro se</i> (that is, without representation of counsel);</td></tr>
<tr><td>d.</td><td>An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and</td></tr>
<tr><td>e.</td><td>An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded <i>pro se</i>, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.</td></tr>
<tr><td colspan="3"><b>D. SIGNATURE</b></td></tr>
<tr><td colspan="3">I certify under penalty of perjury that the foregoing is true and correct.</td></tr>
<tr><td><b>Date Signed</b></td><td colspan="2">09 / 26 / 08<br>(Month/Day/Year)            <i>[signature]</i><br>                                             Counsel</td></tr>
</table>

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>BUNCH | First<br>LUBERTIA | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>700 REDMOND HEIGHTS<br>APT. 52 | | | |
| | City<br>BOGALUSA | State<br>LA | Zip<br>70427 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) ||
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** ||
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** ||
| I certify under penalty of perjury that the foregoing is true and correct. ||
| **Date Signed** | 09 / 26 / 08 <br><span style="font-size:small">(Month/Day/Year)</span>     _Ymmm{Swanson_<br><div align="center">Counsel</div> |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|

| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last BURTON | First MARION | Middle |
|---|---|---|---|

| Plaintiff Address | Street 904 S. PINE STREET | | |
|---|---|---|---|

| | City HAMMOND | State LA | Zip 70403 | Country USA |
|---|---|---|---|---|

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | C. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | D. SIGNATURE |

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08 <br> (Month/Day/Year) | *[signature]* <br> Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |||
|---|---|---|---|
| Current Address | Street 601 POYDRAS STREET, SUITE 2655 |||

| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last BUSBY | First JUANITA | Middle |
|---|---|---|---|

| Plaintiff Address | Street 14767 CHEF MENTEUR HIGHWAY APT. 264-26 ||||
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70129 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |||||
| Case Number | 2:05cv04435 |||||
| Court Where Case is Pending | E.D. LA |||||

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.　　The Motion to Withdraw;<br>b.　　A copy of PTO No. 36;<br>c.　　A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.　　An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.　　An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | _____<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|
| **Current Address** | Street 601 POYDRAS STREET, SUITE 2655 | | |
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last COLE | First DOROTHY | Middle |
|---|---|---|---|

| Plaintiff Address | Street 4712 HESSMER STREET | | |
|---|---|---|---|
| | City METAIRIE | State LA | Zip 70002 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | C. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| D. SIGNATURE |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _[signature]_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last COLLINS | First ANNIE | Middle M. |
|---|---|---|---|

| Plaintiff Address | Street 2684 VERBENA STREET | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70122 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

<table>
<tr><td colspan="2" align="center"><strong>CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</strong><br>(Paragraph I.B of PTO No. 36)</td></tr>
<tr><td colspan="2" align="center"><strong>C. COMPLIANCE WITH PTO NO. 36</strong></td></tr>
<tr><td>☑</td><td>I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.</td></tr>
<tr><td>☑</td><td>I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit <em>pro se</em> (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded <em>pro se</em>, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.</td></tr>
<tr><td colspan="2" align="center"><strong>D. SIGNATURE</strong></td></tr>
<tr><td colspan="2">I certify under penalty of perjury that the foregoing is true and correct.</td></tr>
<tr><td><strong>Date Signed</strong></td><td>09 / 26 / 08<br>(Month/Day/Year)     <em>[signature]</em><br>Counsel</td></tr>
</table>

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | | | Middle E. |
|---|---|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | | | |
| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | | | |
| | City NEW ORLEANS | State LOUISIANA | | Zip 70130 | | Country USA |
| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com | |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last COLLINS | | First JOYCELYN | | | Middle E. |
|---|---|---|---|---|---|---|
| Plaintiff Address | Street 57187 SQUARE ROAD | | | | | |
| | City SLIDELL | State LA | | Zip 70461 | | Country USA |
| Telephone Number | | Facsimile | | Email | | |
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | | | |
| Case Number | 2:05cv04435 | | | | | |
| Court Where Case is Pending | E.D. LA | | | | | |

| | CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | *[signature]*<br>Counsel |
|---|---|---|