## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last | | First | | Middle | |
|---|---|---|---|---|---|---|
| | SWANSON | | LYNN | | E. | |

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street |
|---|---|
| | 601 POYDRAS STREET, SUITE 2655 |

| | City | | State | | Zip | | Country |
|---|---|---|---|---|---|---|---|
| | NEW ORLEANS | | LOUISIANA | | 70130 | | USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | | First | | Middle | |
|---|---|---|---|---|---|---|
| | DAVIS | | JOYCE | | | |

| Plaintiff Address | Street |
|---|---|
| | 106 HATHAWAY PLACE |

| | City | | State | | Zip | | Country |
|---|---|---|---|---|---|---|---|
| | NEW ORLEANS | | LA | | 70119 | | USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** <br> **(Paragraph I.B of PTO No. 36)** ||
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** ||
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following <br><br> a.  The Motion to Withdraw; <br> b.  A copy of PTO No. 36; <br> c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); <br> d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and <br> e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** ||
| I certify under penalty of perjury that the foregoing is true and correct. ||

| **Date Signed** | 09 / 26 / 08 <br> (Month/Day/Year) | _Ymmn &S wanxm_ <br> Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 |  |  |  |
|---|---|---|---|---|
|  | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last DAVIS | First LAWRENCE | Middle |
|---|---|---|---|

| Plaintiff Address | Street 204 KAHN STREET |  |  |  |
|---|---|---|---|---|
|  | City RACELAND | State LA | Zip 70394 | Country USA |

| Telephone Number |  | **Facsimile** |  | **Email** |  |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C.  COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.   The Motion to Withdraw;<br>b.   A copy of PTO No. 36;<br>c.   A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D.  SIGNATURE** |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) | _Ymmn2 Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | | Middle E. |
|---|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | | |
| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | | |
| | City NEW ORLEANS | State LOUISIANA | | Zip 70130 | Country USA |
| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |

## B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last DEBOSE | | First LAURENCE | | Middle |
|---|---|---|---|---|---|
| Plaintiff Address | Street 7742 SHUBERT STREET | | | | |
| | City NEW ORLEANS | State LA | | Zip 70126 | Country USA |
| Telephone Number | | Facsimile | | Email | |
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | | |
| Case Number | 2:05cv04435 | | | | |
| Court Where Case is Pending | E.D. LA | | | | |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08  <br>(Month/Day/Year)   _Hymn C Swanson_<br>Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>DECAY, SR. | First<br>ELWIN | Middle<br>A. |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>615 REVERE DRIVE | | | |
| | City<br>LA PLACE | State<br>LA | Zip<br>70068 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
|---|---|
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | *[signature]* Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |
| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last DELAHOUSSAYE | | First STEPHANIE | Middle V. |
|---|---|---|---|---|
| Plaintiff Address | Street 4812 ERASTE HEBERT ROAD | | | |
| | City NEW IBERIA | State LA | Zip 70560 | Country USA |
| Telephone Number | | Facsimile | | Email |
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | |
| Case Number | 2:05cv04435 | | | |
| Court Where Case is Pending | E.D. LA | | | |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** (Paragraph I.B of PTO No. 36) | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 09 / 26 / 08 <br>(Month/Day/Year) | _Lynne Swanson_ <br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>DOMINO | First<br>MARCEL | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>405 WEST 5TH STREET | | | |
| | City<br>CROWLEY | State<br>LA | Zip<br>70526 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year)     *[signature]* Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |
| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
| Telephone Number (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last DUHE, JR. | | First PAUL | Middle |
|---|---|---|---|---|
| Plaintiff Address | Street 141 TIMBERMILL LOOP | | | |
| | City GARYVILLE | State LA | Zip 70051 | Country USA |
| Telephone Number | | Facsimile | | Email |
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | |
| Case Number | 2:05cv04435 | | | |
| Court Where Case is Pending | E.D. LA | | | |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** <br> **(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following <br><br> a.   The Motion to Withdraw; <br> b.   A copy of PTO No. 36; <br> c.   A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel); <br> d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and <br> e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08 <br> (Month/Day/Year) |

Counsel

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | | Middle E. | |
|------|------|------|------|------|------|------|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | | | |
| **Current Address** | Street 601 POYDRAS STREET, SUITE 2655 | | | | | |
| | City NEW ORLEANS | | State LOUISIANA | Zip 70130 | | Country USA |
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com | |

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last DUNCAN | | First WILLIAM | | Middle V. | |
|------|------|------|------|------|------|------|
| **Plaintiff Address** | Street 177 WILL THOMPSON ROAD<br>P.O. BOX 541 | | | | | |
| | City PICAYUNE | | State MS | Zip 39466 | | Country USA |
| **Telephone Number** | | **Facsimile** | | **Email** | | |
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | | | |
| **Case Number** | 2:05cv04435 | | | | | |
| **Court Where Case is Pending** | E.D. LA | | | | | |

| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** |
|---|---|
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| | **D. SIGNATURE** |
| | I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 09 / 26 / 08<br><sub>(Month/Day/Year)</sub> | _Jymmw Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>ELLIS | First<br>BARBARA | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>1904 CHARLESTON DRIVE | | | |
| | City<br>MARRERO | State<br>LA | Zip<br>70072 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Lynn R Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |
|---|---|---|---|---|

**Current Address**

Street: 601 POYDRAS STREET, SUITE 2655

| City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last FAASS | First ALICE | Middle |
|---|---|---|---|

**Plaintiff Address**

Street: 1034 VICTORY DRIVE APT. 4

| City WESTWEGO | State LA | Zip 70094 | Country USA |
|---|---|---|---|

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.B of PTO No. 36)** | |
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.  The Motion to Withdraw;<br>b.  A copy of PTO No. 36;<br>c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08<br><sub>(Month/Day/Year)</sub>  _____<br>Counsel |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last FISHER | First MONA | Middle |
|---|---|---|---|

| Plaintiff Address | Street 43648 COLUMBIA ESTATES | | |
|---|---|---|---|
| | City FRANKLINTON | State LA | Zip 70438 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

| | C. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |

| | D. SIGNATURE |
|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 09 / 26 / 08<br>(Month/Day/Year) | _Jymm'S Swanson_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

**Current Address**

Street
601 POYDRAS STREET, SUITE 2655

| City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last FRANKLIN | First TIWANDA | Middle C. |
|---|---|---|---|

**Plaintiff Address**

Street
172 FRANCES LANE

| City GREENSBURG | State LA | Zip 70441 | Country USA |
|---|---|---|---|

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph I.B of PTO No. 36) | |
|---|---|
| **C. COMPLIANCE WITH PTO NO. 36** | |
| ☑ | I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff. |
| ☑ | I sent a letter to the Plaintiff by certified mail to the Plaintiff's last know address that included the following<br><br>a.    The Motion to Withdraw;<br>b.    A copy of PTO No. 36;<br>c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);<br>d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and<br>e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted. |
| **D. SIGNATURE** | |
| I certify under penalty of perjury that the foregoing is true and correct. | |
| **Date Signed** | 09 / 26 / 08<br>(Month/Day/Year) |

Counsel