# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS<br>    LIABILITY LITIGATION | * <br> * <br> * | MDL NO. 1657 |
| ************************************ | | SECTION L, JUDGE FALLON |
| **THIS PLEADING RELATES TO CASE**<br>    **NUMBER 05-4435:** | * <br> * <br> * | |
| **DONNA ALLEN,** *et al.*,<br>               Plaintiffs, | * <br> * <br> * | DIVISION 3, MAG. JUDGE KNOWLES |
| vs. | * <br> * | |
| **MERCK & CO., INC.,**<br>               **Defendant.** | * <br> * | |
| ************************************ | | |

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Movers be and hereby are allowed to withdraw as counsel of record in the above captioned matter for the claimants listed on Exhibit "A" attached thereto.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                                                                                     _____

                                                                                                     HONORABLE JUDGE FALLON<br>
                                                                                                     UNITED STATES DISTRICT JUDGE