**EXHIBIT "A"**

EDNA HARNESS
WILLIE JONES