Law Offices of
# WEINER CARROLL & STRAUSS
ATTORNEYS AT LAW

136 SUMMIT AVENUE – EAST WING
MONTVALE, NEW JERSEY 07645
TEL: (201) 930-0400
FAX: (201) 930-0066
E-MAIL ADDRESS: rjweiner@optonline.net
WEBSITE: www.rjweiner.com

**RICHARD J. WEINER**

- Member N.Y., N.J. and PA. Bar
- Certified by the Supreme Court
  of NJ as a Civil Trial Attorney
- National Board of Trial Advocacy

**JEFFREY E. STRAUSS**

- Member N.Y., N.J. and D.C. Bar
- Certified by the Supreme Court
  of N.J. as a Civil Trial Attorney

**RAYMOND S. CARROLL**

- Member N.Y. and N.J. Bar

October 2, 2008

**New York Office**

119 Rockland Center-Suite 425
Nanuet, New York 10954
Tel: (845) 623-0090

**DOROTHY L. WEINER**

Appellate Counsel
-Member N.J. Bar

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE: VIOXX - PRODUCTS LIABILITY LITIGATIONS
          Iris Pena Diaz - Docket #06-1508

Dear Judge Fallon:

    In connection with the Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice, submitted herewith on behalf of the plaintiffs, Lawrence Rivers and Ava Williams, is a Certification in opposition to said application together with a proposed Order denying the application by Merck.

    Thank you for all courtesies.

                                      Respectfully submitted,

                                      RICHARD J. WEINER

RJW:cv
Enc.
CC: Liaison Counsel