UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                       * MDL Docket No. 1657

PRODUCTS LIABILITY                                 SECTION L
LITIGATION                                         *
                                                   JUDGE FALLON
This document relates to:
                                                   MAGISTRATE JUDGE KNOWLES
Ebong, et al., v. Merck & Co. Inc.                 *
Docket No. 2:06-cv-01508-EEF-DEK
(Lawrence Rivers and Ava Williams only)
                                                   *

*******************************************

## CERTIFICATION IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

RICHARD J. WEINER certifies to the Court as follows:

1. I am a partner with the firm of Weiner, Carroll & Strauss, attorneys for the plaintiffs, Lawrence Rivers and Ava Williams, in the above entitled matter.

2. It is respectfully submitted that Pretrial Order No. 36 should control and that the plaintiffs should be given the time provided for in said Order to either contact this office or retain other counsel.

3. On August 25, 2008, this law firm filed motions to be relieved as counsel in both of the instant actions, as well as in a third matter which motion was withdrawn (document #15660) when our client made contact with our firm after seeing the ad which had been placed in the newspaper.

4. It is the position of the undersigned that any application to dismiss, either with or without prejudice, should not be considered until the time period for the plaintiffs to respond as set forth in the court's Order has passed, in these two particulars matters, Rivers and Williams,

specifically dismissal should not be considered until after October 24th, 2008 and the submission of a Certification by counsel as provided for in paragraph D of the pretrial order.

5. It is further respectfully submitted that the applications to withdraw as counsel should be considered and ruled on prior to consideration of the application to dismiss with prejudice.

6. Further, plaintiffs are entitled to their day in Court and it is therefore respectfully submitted that if the cases are dismissed they should be dismissed without prejudice. The likelihood is that if they haven't responded or made contact with our firm, another attorney or the Curator that they never will make contact and therefore would not move to vacate the dismissal in any event.

7. The motion to dismiss with prejudice as to the plaintiffs, Lawrence Rivers and Ava Williams should be denied at the present time and a proposed Order of denial is submitted herewith.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Weiner, Carroll & Strauss, Esqs.
Attorneys for Lawrence Rivers and
Ava Williams

By: _____
RICHARD J. WEINER, ESQ.

DATED: October 1, 2008