UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L * |
| | JUDGE FALLON |
| This document relates to: | |
| | MAGISTRATE JUDGE KNOWLES |
| Ebong, et al., v. Merck & Co. Inc. Docket No. 2:06-cv-01508-EEF-DEK (Lawrence Rivers and Ava Williams only) | * |
| | * |

*******************************

## ORDER

Considering defendant, Merck & Co., Inc.'s third cross-motion and Order to Show Cause why cases should not be dismissed with prejudice for failure to prosecute,

**IT IS ORDERED** that said motion as to plaintiffs, Lawrence Rivers and Ava Williams, be and the same is hereby denied.

NEW ORLEANS, LOUISIANA, this           day of October, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE