UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Gerald Quebedeaux, et al vs. Merck & Co., Inc.* | * | |
| *Inc., Docket No. 2:06cv1426, only* | * | |
| *Regarding Gerald Quebedeaux* | * | KNOWLES |
| | * | |

*****************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Robert L. Salim, is hereby withdrawn as Counsel of Record for Gerald Quebedeaux.

**NEW ORLEANS, LOUISIANA,** this 27th day of September, 2008.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE