UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| This document relates to: | : | |
| *Wilmer Rankin Barnes, et al. v. Merck & Co. Inc.*, | : | |
| Docket No. 05CV1986 | : | |
| ……………………………………………………… | : | |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Earl P. Underwood, Jr., Elizabeth Citrin, Andrew T. Citrin, and Thomas Knight, are hereby withdrawn as Counsel of Record for Wilmer Rankin Barnes and Dorothy Barnes on this the ___27th___ day of __September__, 2008. New Orleans  Louisiana

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE