# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | * |
| | *   MAGISTRATE JUDGE |
| *Meredith Gray, et al. v. Merck & Co. Inc., Docket No. 06-10156, only Regarding Brenda Anderson* | *   KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, L.L.C. are withdrawn as counsel of record for plaintiff, Brenda Anderson.

**IT IS SO ORDERED.**

DATED: 9/27/08  New Orleans  Louisiana

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE