# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| | * JUDGE FALLON |
| | * |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Virginia Burr, et al. v. Merck & Co. Inc., Docket No. 06-2321* | * |
| | * |
| | * KNOWLES |
| | * |

******************************************

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are withdrawn as counsel of record for plaintiff, Virginia Burr.

**IT IS SO ORDERED.**

DATED: 9/27/08 New Orleans Louisiana

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**