UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

..................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-2140                             Plaintiff: <u>Juanita T. Garrette, deceased</u>

..................................................................

### JACK MODESETT AND DOUGLAS A. ALLISON'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED

Jack Modesett, III, and Douglas A. Allison hereby request that this Honorable Court not dismiss the case styled *Charles R. Garrett v. Merck & Co., Inc.* as noted in its Order dated September 25, 2008, and for cause would show the following:

1.    Movants filed their Motion to Withdraw as Counsel for Mr. Garrette on or about September 16, 2008, Document Number 15947. As is explained in said Motion, Movants have had multiple conversations with Charles Garrette regarding the settlement package, yet Charles Garrette stated he did not wish to participate. Movants sent correspondence to Charles Garrette asking him to confirm his wishes not to participate in the settlement program; however, Mr. Garrette failed to respond to any of the multiple letters sent to him. As is outlined in Movants' Motion to Withdraw, Charles Garrette broke contact with Movants and has not returned Movants' telephone calls or letters.

2.    Movants would ask the Court not to dismiss this matter until Mr. Garrette had ha an opportunity to obtain new counsel or appear *pro se.*

1

## CONCLUSION

9.       For the reasons set forth above, Movants, Jack Modesett and Douglas A. Allison, ask this court to grant their Motion to Withdraw as Attorneys for Plaintiff on file with this court as opposed to dismissing this case.

Respectfully submitted,

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 2nd day of October, 2008.

/s/ Jack Modesett, III
Jack Modesett, III