UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| Timothy Cox, et al. v. Merck & Co., Inc.<br>Docket Number: 2:06cv10152<br>(Karen Giummo only) | * | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

*******************************

### ORDER

Upon due consideration of plaintiff counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Seeger Weiss LLP are withdrawn as counsel of record for plaintiff Karen Giummo.

IT IS SO ORDERED.

New Orleans Louisiana

DATED: September 27th 2008

Judge Eldon E. Fallon
United States District Court Judge