UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIDRA BELL, GEORGIA TUNWAR, | * | CIVIL ACTION NO.: 06-7344 |
| SHEILA MILLER, JO ANN HANKS, | * | |
| PAULA MARTIN, MONA TIMPA, | * | MDL NO.: 1657 |
| ROBERT ROWE, AND SPENCER | * | |
| PRESCOTT, | * | JUDGE FALLON |
| *Plaintiffs,* | * | |
| | * | MAG. JUDGE KNOWLES |
| VERSUS | * | |
| | * | |
| MERCK & CO., INC. | * | |
| *Defendant* | * | |

### ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW AS COUNSEL OF RECORD:

IT IS ORDERED, ADJUDGED, AND DECREED that Raleigh Newman and J. Lee Hoffoss, Jr., be and they are hereby permitted to withdraw as counsel of record for plaintiff, Deidra Bell, in the above captioned matter.

THUS DONE AND SIGNED, in Chambers, at New Orleans, Louisiana, this 27th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE