UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Meredith Gray, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10156, only* | * | |
| *Regarding Jennifer Brookstone* | * | **KNOWLES** |
| | * | |

******************************************

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, L.L.C. are withdrawn as counsel of record for plaintiff, Jennifer Brookstone.

**IT IS SO ORDERED.**

New Orleans  Louisiana

DATED: September 27th  2008

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**