# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Wilma Adair, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10159, only* | * | |
| *Regarding Kris A. Dunn* | * | KNOWLES |
| | * | |

******************************************

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, L.L.C. are withdrawn as counsel of record for plaintiff, Kris A. Dunn.

**IT IS SO ORDERED.**

New Orleans  Louisiana
DATED: September 27th  2008

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**