UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Janet Sue Morgan, et al. v. Merck & Co. Inc.*, Docket No. 05-0957, only | * | |
| | * | |
| Regarding Willimina Wheaton OBO Rosie L. Wheaton | * | KNOWLES |
| | * | |
| | * | |

******************************************

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of records, and for good cause shown, the Court finds the motion to be well-taken, and that same should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Seeger Weiss, L.L.C. are withdrawn as counsel of record for plaintiff, Willimina Wheaton.

**IT IS SO ORDERED.**

New Orleans Louisiana

DATED: September 27th 2008

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE