UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Melvin Bowling vs. Merck & Co., Inc., Docket No. 06-6904* | * | |
| | * | KNOWLES |
| | * | |

******************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Edward Blizzard, J. Scott Nabers, Rebecca B. King, and Holly M. Wheeler are hereby withdrawn as Counsel of Record for Melvin Bowling.

**NEW ORLEANS, LOUISIANA,** this 27th day of September, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE