# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3151 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

After due consideration of the Motion for Craig L. Lowell and William C. Cunningham, to allow them to withdraw as Attorneys of record.  The Court is of the opinion that the same should be granted.  It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** by the Court that the Motion To Withdraw be and hereby is granted.

This only applies to Mary Lee Hill  and not to any of the other Plaintiffs in the above-styled matter.

DONE AND ORDERED this 27th day of September, 2008. New Orleans Louisiana

_____
HONORABLE ELDON E. FALLON