## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                         * MDL Docket No. 1657

PRODUCTS LIABILITY                                      SECTION L
LITIGATION                                           *
                                                       JUDGE FALLON
This document relates to:
                                                       MAGISTRATE JUDGE KNOWLES
Ebong, et al., v. Merck & Co. Inc.                   *
Docket No. 2:06-cv-01508-EEF-DEK
(Lawrence Rivers and Ava Williams only)
                                                     *
*****************************************

### ORDER

     Considering defendant, Merck & Co., Inc.'s third cross-motion and Order to Show Cause why cases should not be dismissed with prejudice for failure to prosecute,

     **IT IS ORDERED** that said motion as to plaintiffs, Lawrence Rivers and Ava Williams, be and the same is hereby denied.

     NEW ORLEANS, LOUISIANA, this     day of October, 2008.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE