UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER GRANTING WITHDRAWAL

HAVING COME before the Court for consideration on the Motion to Withdraw as representative filed by Counsel for Plaintiff on June 23, 2008, and this Court having reviewed the file herein, and good cause appearing said Motion is hereby GRANTED. (Rec. Doc. 14852)

New Orleans  Louisiana  September  27th  2008

_____
PRESIDING JUDGE