UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests Made For The Production Of Medical Records:

**IT IS ORDERED**, that the Motion is withdrawn as to those providers identified in Exhibit "A" only.

Dated: September 29th, 2008

Honorable Eldon E. Fallon
U.S. District Court Judge

# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| **St. Joseph's Immediate Care**<br>1801 E March Lane Ste d470<br>Stockton, CA 95210<br>209-954-3100 | Claimant: Paris Maynard<br>Injured Party: Paris Maynard |
| Gerald Dugan, M.D.<br>**Rockhill Orthopedics**<br>6675 Holmes Rd., #360<br>Kansas City, MO 64131<br>816-246-4302 | Claimant: Tammy Roland<br>Injured Party: Henry Roland |
| Nicole Theuvenet, M.D.<br>74 N. Pecos, #36<br>Henderson, NV 89074<br>702-933-0971 | Claimant: Kathleen Peterson<br>Injured Party: Kathleen Peterson |
| Gregory Tirdel, M.D.<br>10956 Donner Pass Road, #260<br>Truckee, CA 96161<br>530-582-6400 | Claimant: Sharon Himmel<br>Injured Party: Sharon Himmel |
| Eric Sollars, M.D.<br>802 N. Riverside, #330<br>St. Joseph, MO 64507<br>816-271-1370 | Claimant: Sharon Thompson<br>Injured Party: Sharon Thompson |
| Craven Regional Medical Center<br>2000 Neuse Blvd.<br>New Bern, NC 28570<br>252-633-8111 | Claimant: Donald Locklear<br>Injured Party: Joe Locklear |
| Kaiser Permanente<br>5601 De Soto Ave.<br>Woodland Hills, CA 91367<br>888-778-5000 | Claimant: Dale Sanders<br>Injured Party: Dora A. Mendoza |
| Whitefront Pharmacy<br>801 Baker St. #B<br>Costa Mesa, CA 92626<br>714-540-2882 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |

| Memorial Hospital, Colorado Springs<br>1400 East Boulder Street<br>Colorado Springs, CO 80909<br>719-365-2394 | Claimant: Marleen Villareal<br>Injured Party: Arthur Valverde |
|---|---|
| Donald Miller, M.D.<br>219 Professional Way<br>Shelton, WA 98584<br>360-426-8398 | Claimant: Larry Stanford<br>Injured Party: Larry Stanford |
| Stevens Pharmacy<br>1525 Mesa Verde Dr. East<br>Costa Mesa, CA 92626<br>714-540-8911 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |