### Michael Williams

| | |
|---|---|
| **From:** | Claimsadmin@browngreer.com |
| **Sent:** | Tuesday, September 30, 2008 5:10 PM |
| **To:** | Michael Williams |
| **Subject:** | Final Enrollment Deadline: October 30, 2008 |
| **Importance:** | High |

The final Enrollment Deadline date for the Vioxx Settlement Program is **October 30, 2008.** This is the last chance for you to Enroll Claimants to participate in the Program. That means that for each Claimant you must submit, postmarked on or before October 30, 2008, each of these components of the Enrollment package:

1) Submit the name of the Claimant for Enrollment on-line using the Enrollment section of your firm's Vioxx Portal, or send us a YES answer to Question 35 of the Claimant Spreadsheet by email or uploaded to us on your Vioxx Portal.

2) Original hard copy Release.

3) Original hard copy Stipulation of Dismissal, if the Claimant has a pending lawsuit.

4) Original hard copy or electronic copy of a Medical Records Authorization Form.

5) Original hard copy or electronic copy of an Employment Records Authorization Form, if the Claimant will seek Extraordinary Injury Payments. If the Claimant will seek Extraordinary Injury Payments but not for past lost wages, you can submit a Form V2052: Waiver of Claim for Lost Wages (obtainable at the Forms section of the settlement website at www.browngreer.com/vioxxsettlement) in lieu of the Employment Records Authorization Form for that Claimant).

6) Original hard copy of an Enrollment Form signed by Primary Counsel.

7) A Certification of Final Enrollment signed by Primary Counsel.

We have uploaded to your Web Portal a V4030 Report. It lists all your clients and where they stand on Enrollment. Focus on the Claimants identified in the following sections of this report:

1. **Section C** - persons who have sent in some Enrollment materials, but are still missing one or more of the seven items listed above.

2. **Section D** - persons who have sent in none of the Enrollment materials.

If you want these Claimants to be Enrolled and to be able to present claims in the Settlement Program, you must send us each of the required elements of the Enrollment package postmarked no later than October 30, 2008. If you send hard copies by delivery, make sure that we receive them on or before October 30, 2008.

If you have previously sent in an Enrollment Form and/or a Certification of Final Enrollment, but have Enrolled any Claimants since that time, you must send us an Enrollment Form and a Certification of

10/1/2008

Final Enrollment to cover every Claimant whom you have Enrolled since your prior submission.

We may be back in touch with you if you have any Claimants who fail to Enroll, to ask for more information as to why.

Contact your CA Contact if you feel that any of the Claimants shown in Sections C or D of the V4030 Report are in the wrong category, or if you have any other questions.

**Vioxx Claims Administrator**
**BROWNGREERPLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

10/1/2008