UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION          )   MDL NO. 1657
                                            )
                                            )   SECTION: L
                                            )
                                            )   JUDGE FALLON
                                            )   MAG. JUDGE KNOWLES
                                            )
*THIS DOCUMENT RELATES TO:*                 )
Cellino & Barnes, P.C. Plaintiffs Identified in  )
Defendant's Motion, Document 16033, Exh. A  )
                                            )

[PROPOSED] ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the *Lone* Pine Requirements of PTO 28, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1) the Order to Show Cause is discharged as to all Cellino & Barnes, P.C. clients;

(2) the pending motions to withdraw relating to Howard, Betty (2:06-cv-01203-EEF-DEK), Ivey, Mary (2:06-cv-01203-EEF-DEK), Loyd, Darlene (2:06-cv-01190-EEF-DEK), Martin, William (2:06-cv-01173-EEF-DEK), Moreno, Carmen (2:06-cv-01177-EEF-DEK), Ricks, Elizabeth (2:06-cv-02200-EEF-DEK) and Wittcop, Jean (2:06-cv-01177-EEF-DEK) are granted; these plaintiffs are granted 30 days to meet their *Lone Pine* obligations under penalty of Local Rule 41.3W dismissal for failing to prosecute without further

action of defendants, and withdrawn counsel is directed to provide plaintiffs with notice of this order; and

(3) the deaths of plaintiffs Smiley, Angelo (2:06-cv-02212-EEF-DEK) and Wilson, Gloria (2:06-cv-02200-EEF-DEK) having been formally suggested on the record, former counsel for decedents is directed to notify decedents' identifiable survivors with notice of the suggestion of death, a copy of this Order, and notice that a motion for Rule 25(a)(1) substitution be filed within 90 days under penalty of Rule 25(a)(2) dismissal without further action of defendants;

(4) Should a motion for substitution be granted as to the claims of plaintiffs Smiley, Angelo (2:06-cv-02212-EEF-DEK) and Wilson, Gloria (2:06-cv-02200-EEF-DEK), the substituted party is granted 30 days from the date of substitution to comply with the *Lone Pine* requirements of Pretrial Order 28.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2008.

_____
Daniel E. Knowles, III
United States Magistrate Judge