UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: )
VIOXX PRODUCT LIABILITY LITIGATION ) MDL NO. 1657
)
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE KNOWLES
)
*THIS DOCUMENT RELATES TO:* )
Cellino & Barnes, P.C. Plaintiffs Identified in )
Defendant's Motion, Document 16032, Exh. A )
[Shannon, Bryant, 2:06-cv-02196] )
)

**PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

On September 19, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On September 26, 2008, this Court filed the requested order to show cause and ordered oppositions on or before October 6, 2008. The plaintiff represented by the undersigned, Mr. Bryant Shannon, hereby responds pursuant to this Court's order.

In working with defense counsel to resolve many outstanding case issues, as detailed more extensively in response to plaintiff's opposition to Merck's second *Lone Pine* motion, my office has stipulated to dismissals, moved for PTO 36 withdrawal on fundamental disagreement grounds and advised of clients who unfortunately cannot be located. My office previously notified defense counsel that plaintiff Bryant Shannon was among those who could not be located and that a motion to withdraw was to be filed.

1

Unfortunately, this attempted coordination did not prevent Mr. Shannon's inclusion in this *Lone Pine* motion.

As Mr. Shannon's *Lone Pine* report was not tendered due to his inability to be located, this action is more akin to the contemporaneously filed Defendant Merck & Co., Inc.'s Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed without Prejudice For Failure to Prosecute (Document No. 16153) than the pending motion for dismissal with prejudice. As with the Document 16153 motion, plaintiff is absent but not willfully noncompliant. Plaintiff respectfully submits that this Court's Local Rule 41.3W provides an adequate mechanism in dismissing without prejudice for plaintiff's failure to prosecute.

Accordingly, plaintiff respectfully requests that this Court discharge the order to show cause, grant Merck's motion in part and deny in part, substituting a Local Rule 41.3W dismissal for failing to prosecute for the unduly harsh dismissal with prejudice. Plaintiff respectfully submits a proposed order incorporating this request for this Court's convenience and consideration.

DATED:    October 3, 2008

                                              Respectfully submitted,

                                              **CELLINO & BARNES, P.C.**

By:    _____
                                              Brian A. Goldstein
                                              Main Place Towers
                                              350 Main Street, 25th Floor
                                              Buffalo, NY 14202
                                              (716) 854-2020