UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Richard Rodriguez, et al v. Merck & Co., Inc., et al*
**Docket No: 07-953**

## AMENDED SUGGESTION OF DEATH OF PLAINTIFF

Naomi Franco, a surviving child of Plaintiff Richard Rodriguez (decedent), informs and **suggests** to the Court that on March 10, 2007, Plaintiff Richard Rodriguez died (attached is a copy of the death certificate). On August 17, 2007, this Honorable Court signed an Order allowing this case to be continued in the name of Lorenza Rodriguez (wife of Richard Rodriguez). Lorenza Rodriguez passed away on October 4, 2007. As such, Naomi Franco now requests that this suit for Richard Rodriguez (decedent) be continued in the name of Naomi Franco, as Representative of the Estate of Richard Rodriguez, Deceased. Naomi Franco, a surviving child of Plaintiff Richard Rodriguez, is a natural heir and preferred personal representative of the Estate of Richard Rodriguez (deceased). Plaintiff Richard Rodriguez's causes of action are ones which survive, and the judgment recovered in this cause on behalf of Plaintiff Richard Rodriguez would be assets in his hands. There is no formal administration or execution of this estate that is required by law (generally, or as a pre-requisite to the continuation of the causes of action as originally filed by Plaintiff Richard Rodriguez). Therefore, Naomi Franco, a surviving child of Plaintiff Richard Rodriguez (decedent), requests that the suit be continued in the name of Naomi Franco, as

Representative of the Estate of Richard Rodriguez (decedent), as Plaintiff.

        Respectfully submitted,

        /s/ Douglas A. Allison
        Douglas A. Allison
        State Bar No. 01083500
        Federal ID No. 10252
        LAW OFFICES OF DOUGLAS A. ALLISON
        500 North Water Street, Suite 1200
        Corpus Christi, Texas 78471
        TEL: 361-888-6002
        FAX: 361-888-6651

        /s/ Jack Modesett, III
        Jack Modesett III
        State Bar No. 14244337
        Federal ID No.: 13730
        500 N. Water Street, Suite 1200
        Corpus Christi, Texas 78471
        TEL: (361) 887-6449
        FAX: (361) 885-7983

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Amended Suggestion of Death of Plaintiff Richard Rodriguez (decedent) has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October, 2008.

        /s/ Douglas A. Allison
        Douglas A. Allison