# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN PATRICIO
## JUSTICE OF THE PEACE, PCT 6

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER**

1. LEGAL NAME OF DECEASED: Richard D. Rodriguez
2. DATE OF DEATH: March 10, 2007
3. SEX: Male
4. DATE OF BIRTH: May 23, 1947
5. AGE: 59
6. BIRTHPLACE: San Antonio, Texas
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE: Lori Garcia
10a. RESIDENCE STREET ADDRESS: 321 Reynolds Avenue
10c. CITY OR TOWN: Taft
10d. COUNTY: San Patricio
10e. STATE: Texas
10f. ZIP CODE: 78390
10g. INSIDE CITY LIMITS?: X Yes
11. FATHER'S NAME: Francisco Rodriguez
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Ramona Reyna
13. PLACE OF DEATH: X ER/Outpatient
14. COUNTY OF DEATH: San Patricio
15. CITY/TOWN, ZIP: Aransas Pass, 78336
16. FACILITY NAME: North Bay Hospital
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: Lori Rodriguez (Wife)
18. MAILING ADDRESS OF INFORMANT: 321 Reynolds, Taft, Texas 78390
19. METHOD OF DISPOSITION: X Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: Noelia Rudel 10380
21. Section: 42; Lot: Side # 1419
22. PLACE OF DISPOSITION: Ft. Sam Houston Cemetery
23. LOCATION: San Antonio, Texas
24. NAME OF FUNERAL FACILITY: Colonial Funeral Home
25. COMPLETE ADDRESS OF FUNERAL FACILITY: P.O. Box 166, Taft, Texas 78390
26. CERTIFIER: X Certifying Physician
28. DATE CERTIFIED: 03/21/07
29. LICENSE NUMBER: K1358
30. TIME OF DEATH: 8:55 A.M.
31. PRINTED NAME, ADDRESS OF CERTIFIER: Jose Benamu, M.D., 1155 Gregory, Taft, Texas 78390
32. TITLE OF CERTIFIER: Medical Doctor

33. PART 1:
   a. IMMEDIATE CAUSE: Acute Myocardial Infarction
   b. Due to: Coronary Artery disease
   c. Due to: Diabetes Mellitus

PART 2. OTHER SIGNIFICANT CONDITIONS: Renal failure

34. WAS AN AUTOPSY PERFORMED? X No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
36. MANNER OF DEATH: Natural
37. DID TOBACCO CONTRIBUTE TO DEATH? No
38. IF FEMALE: Not pregnant within past year

42a. REGISTRAR FILE NO: 05-0027-07
42b. DATE RECEIVED BY LOCAL REGISTRAR: 3-29-07
42c. REGISTRAR: Charlene L. Lewis By: Linda Kay Becker, Deputy Registrar

**IF DECEASED SERVED IN U.S. ARMED FORCES, FILL OUT THE FOLLOWING:**

Is the deceased reported to have been in such service? YES
Name of organization in which service was rendered? U.S. Army
Serial number of discharge papers or adjusted service certificate? 18 726 902
Name of next of kin or of next friend? Lori Rodriguez (Wife)
Post Office Address? 103 E. Kleberg, Kingsville, Texas 78363

JP6- 4765




THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED IN THIS OFFICE ISSUED UNDER AUTHORITY OF SECTION 191.051, HEALTH AND SAFETY CODE.

DATE ISSUED: March 29, 2007
CHARLENE L. LEWIS, JUSTICE OF THE PEACE, PCT. 6
SAN PATRICIO COUNTY, TEXAS