UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *Louise McElroy v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| *Civ. Action no. 2:06-cv-1507* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Uncontested Motion to Vacate In Part Judgment Entered September 22, 2008,

IT IS ORDERED that the Judgment entered September 22, 2008, R. Doc. 16070, be and it hereby is vacated in part, solely as it relates to the claims of plaintiff Louise McElroy.

NEW ORLEANS, LOUISIANA, this 30th day of  September  , 2008.

_____
DISTRICT JUDGE

946610v.1