UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| | * | |
| Dorothy Aus, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Docket Number: 2:06cv10167 | * | DANIEL E. KNOWLES, III |
| (Dorothy Aus) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon due consideration of plaintiff counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken; and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Seeger Weiss LLP are withdrawn as counsel of record for plaintiff ~~Karen Giummo~~ Dorothy Aus.

IT IS SO ORDERED.

New Orleans   Louisiana

DATED: September   27th   2008

Judge Eldon E. Fallon
United States District Court Judge