IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO<br>*See Appendix A attached hereto* | * <br> * | <br> MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS' OBJECTION TO:
DEFENDANT MERCK & CO., INC.'S AMENDED AND SUPERSEDING
MOTION FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFFS'
CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH
PRETRIAL ORDER NO. 31

On or about June 18, 2008, Defendant Merck & Co., Inc. filed an *Amended and Superseding Motion and Incorporated Memorandum for an Order to Show Cause Why Plaintiffs' Cases Should Not Be Dismissed For Non-Compliance with Pretrial Order No. 31*. Said motion included three cases filed by this firm, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. (hereinafter "Beasley, Allen"). On October 8, 2008, this Court entered an Order, setting the Defendant's motion for hearing and requesting that all objections be filed on or before October 6, 2008.

On behalf of those Plaintiffs identified in Appendix A, Beasley, Allen hereby objects to the dismissal of those Plaintiffs' claims for the following stated reasons:

Plaintiff Paul Kurt Ashbaugh

Beasley, Allen filed a motion to withdraw from representing this Plaintiff, in compliance with Pretrial Order 36, on or about September 9, 2008. The time allotted under the subject order has not passed; thus, an Order has not been entered by this Court. Dismissal of the Plaintiff's case at this juncture would premature.

1

Plaintiff Steve Reaves  (Opha Morrow OBO Steve Reaves, Deceased)

Beasley, Allen filed a motion to withdraw from representing this Plaintiff, in compliance with Pretrial Order 36, on or about July 1, 2008. An Order has not been entered by this Court. Dismissal of the Plaintiff's case at this juncture would be premature.

Plaintiff Danny McCoy

Beasley, Allen has not filed a motion to withdraw or a stipulation of dismissal with respect to this Plaintiff at this date. Beasley, Allen has had great difficulty contacting the Plaintiff. Beasley, Allen respectfully requests a thirty (30) day extension to attempt to contact the client. Beasley, Allen has sent requests for replies to the Plaintiff, but the Plaintiff has not responded. Beasley, Allen has hired an investigator to go to the Plaintiff's home to try and determine the reason for the non-response. If this fails, then Beasley, Allen will file a motion to withdraw from representing the Plaintiff in compliance with Pretrial Order 36.

WHEREFORE, the Plaintiffs listed in Appendix A object to the dismissal of their claims. Defendant Merck's motion should be DENIED as to each Plaintiff.

RESPECTFULY SUBMITTED, this the 5th day of October, 2008

        /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
**BEASLEY ALLEN CROW METHVIN**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36104

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Objection to Defendant Merck & Co., Inc.'s Amended and Superseding Motion for an Order to Show Cause Why Plaintiffs' Cases Should not be Dismissed for Non-Compliance with Pretrial Order 31 has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 6th day of October, 2008.

/s/ Benjamin L. Locklar
**OF COUNSEL**

**APPENDIX A**

| VCN | Firm | Last Name | First Name | Middle Initial | Case Caption | Docket | Status |
|---|---|---|---|---|---|---|---|
| 1004334 | Beasley, Allen, Crow, Methvin, Portis & Miles | Ashbaugh | Paul | Kurt | Paul K. Ashbaugh, et al. v. Merck & Co., Inc. | 2:05-cv-04150-EEF-DEK | Motion to Withdraw filed 9/9/08; Certification filed 9/16/08; **Order pending** |
| 1003978 | Beasley, Allen, Crow, Methvin, Portis & Miles | Reaves | Steve | | Pat Geasley, et. al., v. Merck & Co., Inc. | 2:05-cv-04508-EER-DEK | Motion to Withdraw filed 7/1/08; Certification filed 7/9/08; **Order Pending** |
| 1002899 | Beasley, Allen, Crow, Methvin, Portis & Miles | McCoy | Danny | | Joyce McCoy v. Merck & Co., Inc. | 2:05-cv-04515-EEF-DEK | No motions filed at this time. |