IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO<br>*Paul Kurt Ashbaugh et al. v. Merck & Co., Inc.*, and only concerning Paul Kurt Ashbaugh (2:05-cv-04150-EEF-DEK); *Pat Geasley et al. v. Merck & Co., Inc.*, and only concerning Opha Morrow OBO Steve Reaves (2:05-cv-04508-EEF-DEK); and *Joyce McCoy OBO Danny McCoy v. Merck & Co., Inc.* (2:05-cv-04515-EEF-DEK). | * * * * * * * * * * * * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER**

**PLAINTIFFS' OBJECTION TO:
DEFENDANT MERCK & CO., INC.'S AMENDED AND SUPERSEDING MOTION FOR AN ORDER TO SHOW CASUE WHY PLAINTIFFS' CASES SHOULD NOT BE DISMISSED FOR NON-COMPLIANCE WITH PRETRIAL ORDER NO. 31**

Considering the foregoing *Defendant Merck & Co., Inc.'s Amended and Superseding Motion to and Incorporated Motion for an Order to Show Cause Why Plaintiff's Cases Should Not Be Dismissed for Non-Compliance with Pretrial Order No. 31*, and considering the Plaintiffs' objections thereto, the Court having considered the same and having found good cause thereof,

**IT IS ORDERED BY THE COURT** that the order to show cause is **DENIED** as to Plaintiffs Paul Kurt Ashbaugh and Steve Reaves. As to Plaintiff Danny McCoy, counsel for the Plaintiff's request for an additional thirty (30) days to locate said Plaintiff is **GRANTED**.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**