IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS | * | MDL Docket No. 1657 |
| LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | |
| *See Appendix A attached hereto* | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' OBJECTION TO:
DEFENDANT MERCK & CO., INC.'S *FIRST* MOTION, RULE, AND
INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD
NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH
THE *LONE PINE* REQUIREMENTS OF PTO-28**

On or about September 19, 2008, Defendant Merck & Co., Inc. filed a *First Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28.* Said motion included sixteen (16) cases filed by this firm, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. (hereinafter "Beasley, Allen"), which are set forth by Plaintiff name and case name on Appendix A. On September 26, 2008, this Court entered an Order, setting the Defendant's motion for hearing and requesting that all objections be filed on or before October 6, 2008.

On behalf of those Plaintiffs identified in Appendix A, Beasley, Allen hereby objects to the dismissal of those Plaintiffs' claims for the following stated reasons:

1. As set forth in Appendix A, Beasley, Allen has filed motions to withdraw from representing fourteen (14) of the identified Plaintiffs. The Court has entered Orders granting the motions to withdraw in five (5) of those cases. Orders are pending in the remaining eleven (11) cases. Dismissal of those

1

claims for non-compliance with the *Lone Pine* orders would be premature at this juncture.

2.  As set forth in Appendix A, Beasley, Allen, in conjunction with counsel for Defendant Merck, has filed two (2) stipulations of dismissal. Orders have not been entered in those two cases. The two Plaintiffs, Jackson Browning and Marlene Minnich, have consented to the dismissal of their claims.

WHEREFORE, the Plaintiffs listed in Appendix A object to the dismissal of their claims. Defendant Merck & Co., Inc.'s motion should be DENIED as to those cases where motions to withdraw have been filed and rendered MOOT where stipulations of dismissals have been filed.

RESPECTFULLY SUBMITTED, this the 5th day of October, 2008.

  /s/ Benjamin L. Locklar  
Andy D. Birchfield, Jr.  
P. Leigh O'Dell  
Benjamin L. Locklar  
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**  
Post Office Box 4160  
Montgomery, AL 36104

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Response to Defendant Merck & Co., Inc.'s First Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO-28 has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 6th day of October, 2008.

                                            /s/ Benjamin L. Locklar
                                            **OF COUNSEL**