IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO *See Appendix A attached hereto* | * * | MAG. JUDGE KNOWLES |

*************************************

### [PROPOSED] ORDER

### PLAINTIFFS' OBJECTION TO: DEFENDANT MERCK & CO., INC.'S *FIRST* MOTION, RULE, AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO-28

Considering the foregoing *Defendant Merck & Co., Inc.'s First Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO-28*, and considering the Plaintiffs' (listed on Appendix A) objections thereto, the Court having considered the same and having found good cause thereof,

**IT IS ORDERED BY THE COURT** as follows:

1. As to Plaintiffs' Jackson Browning (Patricia Barrell et al. v. Merck & Co., Inc.; 2:06-CV-10175-EEF-DEK) and Marlene Minnich (Robert Garry et al. v. Merck & Co., Inc.; 2:06-CV-10155-EEF-DEK), the order to show cause is rendered **MOOT**, inasmuch as those Plaintiffs have filed stipulations of dismissal of their claims.

1

2.   As to all other Plaintiffs identified in Appendix A, counsel for Plaintiffs, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., has filed motions to withdraw as counsel in compliance with Pretrial Order 36. In some instances, this Court has entered Orders granting the motions to withdraw. In other instances, Orders are pending. Thus, the order to show cause as to these Plaintiffs is **DENIED**.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2008.


_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**