| VCN | FIRM | LAST NAME | FIRST NAME | MIDDLE INITIAL | CASE CAPTION | DOCKET | STATUS |
|---|---|---|---|---|---|---|---|
| 1004061 | Beasley, Allen, Crow, Methvin, Portis & Miles | Dunn | Kris | | Wilma Adair, et al. v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK | Motion to Withdraw filed 6/20/08 Doc. #14808; Certification filed 6/23/08; Supporting documents attached – **ORDER RECEIVED 10/3/08** |
| 1005512 | Beasley, Allen, Crow, Methvin, Portis & Miles | Browning | Jackson | | Patricia Barrell, et. al., v. Merck & Co., Inc. | 2:06-cv-10175-EER-DEK | Motion to Dismiss filed 9/22/08 - **Order Pending** |
| 1004931 | Beasley, Allen, Crow, Methvin, Portis & Miles | Gallegos | Joe | | Patricia Barrell v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK | Motion to Withdraw filed 6/20/08 Doc. #14803; Certification filed 6/23/08; supporting documents attached – **ORDER RECEIVED 10/3/08** |
| 1004620 | Beasley, Allen, Crow, Methvin, Portis & Miles | Duke | Joyce | | Vern Broson, et al. v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK | Motion to Withdraw filed 6/20/08 Doc. #14799; Certification filed 6/23/08; supporting documents attached – **ORDER RECEIVED 10/3/08** |
| 1003015 | Beasley, Allen, Crow, Methvin, Portis & Miles | Pazicni (Gradding) | Cheryl | Ann | Vern Broson, et al. v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK | Motion to Withdraw filed 5/12/08 Doc. #14409; Certification filed 5/19/08; supporting documents attached – **Order Pending** |

| 1005522 | Beasley, Allen, Crow, Methvin, Portis & Miles | Sullivant | Tresa | | Vern Broson, et al. v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK | Motion to Withdraw filed 6/20/08 Doc. #14812; Certification filed 6/23/08; supporting documents attached – **Order Pending** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1001144 | Beasley, Allen, Crow, Methvin, Portis & Miles | Burr | Virginia | R. | Virginia Burr, et al. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK | Motion to Withdraw filed 6/20/08 Doc. #14794; Certification filed 6/23/08; supporting documents attached – Order Pending |
| 10000205 | Beasley, Allen, Crow, Methvin, Portis & Miles | Minnich | Marlene | | Robert Garry, et al. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK | Motion to Dismiss filed 9/22/08 – **Order Pending** |
| 1005074 | Beasley, Allen, Crow, Methvin, Portis & Miles | Richmond | Donna | | Robert Garry, et al. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14811; Certification filed 6/23/08; supporting documents attached – **Order Pending** |
| 1005313 | Beasley, Allen, Crow, Methvin, Portis & Miles | Anderson | Brenda | | Meredith Gray v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14789; Certification filed 6/23/08; supporting documents attached – **Order Pending** |
| 1005058 | Beasley, Allen, Crow, Methvin, Portis & Miles | Brookstone | Jennifer | | Meredith Gray v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14806; Certification filed 6/23/08; supporting documents attached – **ORDER RECEIVED 10/3/08** |

| | | | | | |
|---|---|---|---|---|---|
| 1001502 | Beasley, Allen, Crow, Methvin, Portis & Miles | Hanners | Tina | Tina Hanners, et al. v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14804; Certification filed 6/23/08; supporting documents attached – **ORDER RECEIVED 10/3/08** |
| 1002700 | Beasley, Allen, Crow, Methvin, Portis & Miles | Knight | James | Tina Hanners, et al. v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK | Motion to Withdraw filed 9/9/08; Doc. #15799; Certification filed 9/16/08; supporting documents attached – **Order Pending** |
| 1001244 | Beasley, Allen, Crow, Methvin, Portis & Miles | Lee | Robert | Iva Laws, et al. v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14809; Certification filed 6/23/08; supporting documents attached – **Order Pending** |
| 1004920 | Beasley, Allen, Crow, Methvin, Portis & Miles | Lewis | Selma | Iva Laws, et al. v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14810; Certification filed 6/23/08; supporting documents attached – **Order Pending** |
| 1002664 | Beasley, Allen, Crow, Methvin, Portis & Miles | Wheaton | Rosie (Wilimena) L. | Janet Sue Morgan, et al. v. Merck & Co., Inc. | 2:05-cv-0957-EEF-DEK | Motion to Withdraw filed 6/20/08; Doc. #14813; Certification filed 6/23/08; supporting documents attached – **Order Pending** |