UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Geneva Hawkins v. Merck & Co., Inc.* | * | JUDGE KNOWLES |
| | * | |
| Docket Number: 05-4284 | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## JOINT MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE

On October 2, 2008, Plaintiff Geneva Hawkins and Defendant, Merck & Co., Inc. filed a Stipulation of Dismissal With Prejudice with the Court. *See* R. Doc. 16262. By Order entered October 6, 2008, R. Doc. 16298, the Court granted the stipulation and dismissed the case with prejudice. The stipulation was filed in error and without authority. Accordingly, the parties move to vacate the Order of Dismissal With Prejudice, R. Doc. 16298, and reinstate the case.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher, Texas Bar No. 0758600
The Gallagher Law Firm
2905 Sackett Street
Houston, TX  77098

Counsel for Plaintiff Geneva Hawkins

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200

Counsel for Defendant Merck & Inc.

947664v.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion to Vacate Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October 2008.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

947664v.1