UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A* | § | KNOWLES |
| *and B* | § | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

On September 19, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain Plaintiffs' individual claims should not be dismissed with prejudice.  On September 26, 2008, this Court filed the requested order to show cause and ordered oppositions on or before October 6, 2008.  The Plaintiffs represented by the undersigned hereby respond pursuant to this Court's order.

Counsel has worked diligently toward completing obligations for the settlement program.  Unfortunately, the loss of key staff and Hurricane Ike, and the requirements of the settlement process (many the subject of administrative changes) greatly hindered

these efforts. However, Plaintiffs never willfully refused to comply with their *Lone Pine* obligations.

Plaintiffs can be separated into four distinct responsive groups: Plaintiffs that have changed their status with the Claims Administrator; Plaintiffs for whom Counsel has been unable to locate; Plaintiffs that Counsel does not contest the dismissal of their lawsuits; and Plaintiffs that have died following the initiation of their Vioxx litigation.

I.      **Plaintiffs that have enrolled in the Nationwide Settlement Agreement**

Certain Plaintiffs represented by Matthews & Associates timely oppose Defendant's motion. Very recently these certain Plaintiffs have renewed contact with Matthews & Associates and changed their status with the Claims Administrator. Of the Plaintiffs identified on Exhibit A to Merck's motion, the following have changed their status:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083821 | Crowder | Betty | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084116 | Higgins | Stephen | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1082912 | King | Sheryle | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1084112 | McLean | Dennis | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083869 | Spivey | Richard | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |

These Plaintiffs have provided their signed enrollment documents to the Claims Administrator to be processed. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## II.   Plaintiffs that Counsel has been unable to locate

Counsel has been unable to locate the following Plaintiffs listed on Exhibit A:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084066 | Aguirre Colon | Emerita | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083027 | Collins | Ernestine | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083741 | Comeaux | Edmond | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083470 | Cordero | Nilda | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 06-6946 |
| 1083473 | Correa Lopez | Delia | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1084026 | Costas Perez | Luis | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083479 | Cox | Sara | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083587 | Douglas | William | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1084058 | Elliott | Edward | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083409 | Figueroa Casanova | Serafin | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083039 | Foster | Carron | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083338 | Fox | Vernon | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |

| 1083696 | Houde | Roselyn | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
|---|---|---|---|---|
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1084265 | Jackson | Arnetta | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083524 | James | Hilton | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083702 | Johnson | Carolyn | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083742 | Langford | Edward | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083189 | Maldonado Rodriguez | Paulina | Cabrera Acosta, Antonia, et al v. Merck & Co., Inc. | 05-4589 |
| 1082688 | Martin | Wesley | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1084207 | Mason | Bennie | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083530 | McCarty | Peggy | Peggy Mccarty, et al. vs. Merck & Co., Inc. | 06-1795 |
| 1084194 | McKinnon | Cindy | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1084138 | Mercer | Jerry | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083533 | Montalvo Santiago | Carmen | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1084124 | Morales Santiago | Paula | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |

| 1083951 | Noil | Elnora | Mildred L. Peters, et al vs. Merck & Co., Inc. | 05-4754 |
| --- | --- | --- | --- | --- |
| 1084152 | Page | David | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083297 | Ramirez Torres | Rosa | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1083171 | Reese | William | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1084022 | Rosado Sanchez | Hiroshima | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084389 | Shannon | Timothy | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083262 | Smart | William | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083512 | Smith | Jeanie | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083852 | Smith | Katherine | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083289 | Smith | Patricia | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1082948 | Soto Rivera | Tomasa | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1083344 | Stewart | Dorothy | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083202 | Thomas | Bandele | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083673 | Vega Valentin | Lidia | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1083994 | Velez Rodriguez | Delia | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083375 | Voiron | Dorothy | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |

| 1083716 | Watson | Warren | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1082881 | Young | Gloria | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

As these Plaintiffs' *Lone Pine* reports were not tendered due to their inability to be located, this action is more akin to the contemporaneously filed *Defendant Merck & Co., Inc.'s Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed Without Prejudice for Failure to Prosecute* (Document No. 16153) than the pending motion for dismissal with prejudice.  As with the Document No. 16153 motion, Plaintiffs are absent but not willfully noncompliant.  Plaintiffs respectfully submit that the Court's Local Rule 41.3W provides an adequate mechanism in dismissing without prejudice for plaintiffs failure to prosecute.

Accordingly, Plaintiffs respectfully request that this Court discharge the order to show cause, grant Merck's motion in part and deny in part, substituting a Local Rule 41.3W dismissal for failing to prosecute for the unduly harsh dismissal with prejudice.

### III. Plaintiffs for whom Counsel does not contest the dismissal of their lawsuits

Of the Plaintiffs listed on Exhibits A and B, Counsel does not contest the dismissal of the following Plaintiffs' claims:

Exhibit A

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1082745 | Arnold | Augustina | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1084505 | Bolin | Pearline | James Cotton et al. vs. Merck & | 07-2202 |

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
|  |  |  | Co. Inc. |  |
| 1083443 | Clapp | Vernon | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083428 | Cotton | Larry | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084251 | Nally | Philip | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1084158 | Ram | Satish | Kenneth Jenkins, et al. vs. Merck & Co.,Inc. | 06-7116 |
| 1083267 | Robinson | Doris | Alana Lyles, et al. v. Merck & Co., Inc. | 05-4548 |

Exhibit B

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al vs. Merck & Co., Inc. | 06-7115 |

## IV. Plaintiffs that have died following the initiation of their Vioxx litigation

Finally, three Exhibit A clients died following the initiation of their Vioxx litigation. Counsel hereby formally suggests their death on the record. Fed. R. Civ. P. 25(a)(2). Counsel does not represent their estates and accordingly cannot properly file a *Lone Pine* report on behalf of these estates. Should a formal separate suggestion of death be necessary, Counsel will so file. These clients are as follows:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083126 | Blackwell | Marsha | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083960 | Cathey | Willie | Joyce A. Baker, et al vs. Merck & Co., Inc. | 05-4755 |
| 1083747 | Davis | Augusta | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |

As these decedents cannot comply with their *Lone Pine* obligations, and Counsel lacks a client on whose behalf he might act, dismissal with prejudice is unduly harsh. Counsel respectfully requests that this Court discharge the order to show cause and deny Merck's motion as to these deceased Plaintiffs, direct the undersigned to provide the former client's identifiable survivors with notice of suggestion of death on the record and order that a motion for Rule 25(a)(1) substitution be filed within 90 days under penalty of Rule 25(a)(2) dismissal without further action of defendants. Counsel further requests that decedent's survivors be granted 30 days following a grant of any motion for substitution to comply with their *Lone Pine* obligations.

## CONCLUSION

As indicated above, Plaintiffs have either enrolled in the Nationwide Settlement, have been unable to be located, have requested their suits be dismissed, or have died during the course of litigation. None have willfully failed to comply or impeded individualized litigation of their claims. In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and resolve all issues in the manner suggested above. Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:        October 6, 2008.

>Respectfully submitted,
>
>MATTHEWS & ASSOCIATES
>
>s/David P. Matthews
>David P. Matthews
>2905 Sackett
>Houston, TX  77098
>(713) 222-8080
>(713) 535-7184 fax
>dmatthews@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Opposition to Defendant's Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 and Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 6th day of October, 2008.

>s/David P. Matthews
>David P. Matthews
>Matthews & Associates
>2905 Sackett
>Houston, TX  77098
>(713) 222-8080
>(713) 535-7184 fax
>dmatthews@thematthewslawfirm.com