UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |
| *and B* | § | |

### [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the *Lone Pine* requirements of PTO 28, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1) the Order to Show Cause is granted and the cases are dismissed with prejudice for the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1082745 | Arnold | Augustina | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1084505 | Bolin | Pearline | James Cotton et al. vs. Merck & Co. Inc. | 07-2202 |
| 1083443 | Clapp | Vernon | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083428 | Cotton | Larry | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084251 | Nally | Philip | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1084158 | Ram | Satish | Kenneth Jenkins, et al. vs. Merck & Co.,Inc. | 06-7116 |
| 1083267 | Robinson | Doris | Alana Lyles, et al. v. Merck & Co., Inc. | 05-4548 |

(2)   the Order to Show Cause is discharged as to the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083821 | Crowder | Betty | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084116 | Higgins | Stephen | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1082912 | King | Sheryle | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1084112 | McLean | Dennis | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083869 | Spivey | Richard | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |

(3)   the Order to Show Cause is discharged, the motion is granted in part and denied in part, and the following Plaintiffs' cases are dismissed without prejudice for failing to prosecute under the terms of Local Rule 41.3W:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084066 | Aguirre Colon | Emerita | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083027 | Collins | Ernestine | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083741 | Comeaux | Edmond | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083470 | Cordero | Nilda | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 06-6946 |

| 1083473 | Correa Lopez | Delia | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| --- | --- | --- | --- | --- |
| 1084026 | Costas Perez | Luis | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083479 | Cox | Sara | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083587 | Douglas | William | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1084058 | Elliott | Edward | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083409 | Figueroa Casanova | Serafin | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083039 | Foster | Carron | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083338 | Fox | Vernon | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083696 | Houde | Roselyn | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1084265 | Jackson | Arnetta | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083524 | James | Hilton | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083702 | Johnson | Carolyn | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083742 | Langford | Edward | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083189 | Maldonado Rodriguez | Paulina | Cabrera Acosta, Antonia, et al v. Merck & Co., Inc. | 05-4589 |
| 1082688 | Martin | Wesley | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1084207 | Mason | Bennie | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |

| 1083530 | McCarty | Peggy | Peggy Mccarty, et al. vs. Merck & Co., Inc. | 06-1795 |
| 1084194 | McKinnon | Cindy | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1084138 | Mercer | Jerry | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083533 | Montalvo Santiago | Carmen | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1084124 | Morales Santiago | Paula | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083951 | Noil | Elnora | Mildred L. Peters, et al vs. Merck & Co., Inc. | 05-4754 |
| 1084152 | Page | David | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083297 | Ramirez Torres | Rosa | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1083171 | Reese | William | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1084022 | Rosado Sanchez | Hiroshima | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084389 | Shannon | Timothy | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083262 | Smart | William | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083512 | Smith | Jeanie | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083852 | Smith | Katherine | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083289 | Smith | Patricia | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1082948 | Soto Rivera | Tomasa | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |

| | | | | |
|---|---|---|---|---|
| 1083344 | Stewart | Dorothy | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083202 | Thomas | Bandele | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083673 | Vega Valentin | Lidia | Ruben Miranda Velez, et al vs. Merck & Co., Inc. | 05-4590 |
| 1083994 | Velez Rodriguez | Delia | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083375 | Voiron | Dorothy | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083716 | Watson | Warren | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1082881 | Young | Gloria | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

(4) the Order to Show Cause is discharged as to the following Plaintiffs: Plaintiffs Marsha Blackwell (VCN 1083126), Willie Cathey (VCN 1083960), and Augusta Davis (VCN 1083747).  The deaths of Plaintiffs Marsha Blackwell, Willie Cathey, and Augusta Davis, having been formally suggested on the record, former counsel for decedents is directed to notify decedents' identifiably survivors with notice of suggestion of death, a copy of this Order, and notice that a motion for Rule 25(a)(1) substitution be filed within 90 days under penalty of Rule 25(a)2 dismissal without further action of defendants;

(5) Should a motion for substitution be granted as to the claims of plaintiffs Marsha Blackwell, Willie Cathey, and Augusta Davis, the substituted party is granted 30 days from the date of substitution to comply with the *Lone Pine* requirements of Pretrial Order 28.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

                                                                                          Daniel E. Knowles, III
                                                                                          United States Magistrate Judge