EXHIBIT A - Eligible/No PTO28 Discovery/Received a Deficiency Letter and response date has expired.

| VCN | FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # | Zero Compliance Deficiency Letter Date |
|---|---|---|---|---|---|---|---|
| 1068215 | Altman & Prescott | Smith | Linda | R. | Smith, Linda v. Merck & Co., Inc | 2:06-cv-04027-EEF-DEK | 8/13/2008 |
| 1090985 | Anderson, John H. | Crowell | Eula | | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK | 8/13/2008 |
| 1090982 | Anderson, John H. | Blakenship | Lamond | Sr. | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK | 8/13/2008 |
| 1090979 | Anderson, John H. | Newsome | Linda | | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK | 8/13/2008 |
| 1118745 | Austin & Associates, LLC | Becnel | Emily | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1118746 | Austin & Associates, LLC | Berry | Lillie | Mae | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1118749 | Austin & Associates, LLC | Dandridge | Dorothy | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1118752 | Austin & Associates, LLC | Keeton | Brenda | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1118758 | Austin & Associates, LLC | Veal | Ruby | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1118759 | Austin & Associates, LLC | Wright | Shirley | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK | 8/13/2008 |
| 1074870 | Barham, Warner & Bellamy, L.L.C. | Crooks | Johnie | R. | Crooks, Johnie R. v. Merck & Co., Inc. | 2:05-cv-02020-EEF-DEK | 8/13/2008 |
| 1004334 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ashbaugh | Paul | Kurt | Ashbaugh, Paul K. v. Merck & Co., Inc. | 2:05-cv-04150-EEF-DEK | 8/13/2008 |
| 1003978 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Reaves | Steve | | Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK | 8/13/2008 |
| 1002899 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | McCoy | Danny | | McCoy, Joyce v. Merck & Co., Inc. | 2:05-cv-04515-EEF-DEK | 8/13/2008 |
| 1113963 | Becker & D'Agostino | BONILLA | ANA | | Bonilla, Ana v. Merck & Co., Inc. | 2:06-cv-02242-EEF-DEK | 8/13/2008 |
| 1015330 | Blizzard, McCarthy & Nabers, LLP | Sparr | Raymond | J. | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | 8/13/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1015270 | Blizzard, McCarthy & Nabers, LLP | Jones | Lynn | | Jones, Lynn v. Merck & Co., Inc. | 2:06-cv-06778-EEF-DEK | 8/13/2008 |
| 1052566 | Branch Law Firm | Hicks | Agnes | H. | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | 8/13/2008 |
| 1052831 | Branch Law Firm | Ledbetter | Saul | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | 8/13/2008 |
| 1053272 | Branch Law Firm | Pederson | Frances | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | 8/13/2008 |
| 1053843 | Branch Law Firm | Wagner | Wendie | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | 8/13/2008 |
| 1051913 | Branch Law Firm | Carlson, III | Harry | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK | 8/13/2008 |
| 1052787 | Branch Law Firm | Knight | Carol | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK | 8/13/2008 |
| 1052929 | Branch Law Firm | Mallon | James | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK | 8/13/2008 |
| 1053503 | Branch Law Firm | Sanchez | Frank | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK | 8/13/2008 |
| 1052738 | Branch Law Firm | Kangas | Paul | M. | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | 8/13/2008 |
| 1053773 | Branch Law Firm | Treece | Velma | | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | 8/13/2008 |
| 1051885 | Branch Law Firm | Cabatbat | Melodia | | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK | 8/13/2008 |
| 1051887 | Branch Law Firm | Caine | Harriet | | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK | 8/13/2008 |
| 1052755 | Branch Law Firm | Kennedy | Donald | | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | 8/13/2008 |
| 1118741 | Brown Law Firm, The | Broussard | Bart | A | Broussard, Bart v. Merck & Co., Inc. | 2:05-cv-02158-EEF-DEK | 8/13/2008 |
| 1113976 | Cantrell, Cantrell & Fisher | Davis | George | W | Davis, George W. v. Merck & Co., Inc. | 2:05-cv-06244-EEF-DEK | 8/13/2008 |
| 1113958 | Carey & Danis, LLC | Rogers | Alice | | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK | 8/14/2008 |
| 1113957 | Carey & Danis, LLC | Fisher | Ruby | | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK | 8/13/2008 |
| 1076867 | Cellino & Barnes | Shannon | Bryant | K. | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK | 8/13/2008 |

| ID | Firm | Last | First | MI | Case | Case No. | Date |
|---|---|---|---|---|---|---|---|
| 1118723 | Ernst and Associates | Taylor | Antionette | A | Taylor, Antionette v. Merck & Co., Inc. | 2:05-cv-04710-EEF-DEK | 8/13/2008 |
| 1062648 | Eubanks, Gary & Associates | McGinnis | Danny | R | Oaks, James v. Merck & Co., Inc. | 2:05-cv-05062-EEF-DEK | 8/13/2008 |
| 1088621 | Fabbro, Steven A., Law Office of | Gutierrez | Marbely | | Gutierrez, Marbely v. Merck & Co., Inc. | 2:06-cv-11015-EEF-DEK | 8/14/2008 |
| 1071225 | Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Montoya | Filberto | | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK | 8/13/2008 |
| 1071248 | Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Elizie | West | G. | Robb, Leonard S. v. Merck & Co., Inc. | 2:06-cv-10314-EEF-DEK | 8/13/2008 |
| 1029172 | Fenner & Boles LLC | Alexander | Arvil | L. | Benge, Steven v. Merck & Co., Inc. | 2:05-cv-05148-EEF-DEK | 8/13/2008 |
| 1029217 | Fenner & Boles LLC | Weber | Jane | M. | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK | 8/13/2008 |
| 1100373 | Fibich, Hampton & Leebron, LLP | Blair | Ruby | | Blair, Ruby v. Merck & Co., Inc. | 2:06-cv-06817-EEF-DEK | 8/13/2008 |
| 1104452 | Gallagher Law Firm (TX) | Dandles | James | | Dandles, James v. Merck & Co., Inc. | 2:08-cv-00593-EEF-DEK | 8/13/2008 |
| 1104502 | Gallagher Law Firm (TX) | Gallegos | David | | Gallagos, Margarita v. Merck & Co., Inc. | 2:06-cv-03193-EEF-DEK | 8/13/2008 |
| 1068030 | Godosky & Gentile, P.C. | Bua | Hugo | | Bua, Hugo v. Merck & Co., Inc. | 2:05-cv-01552-EEF-DEK | 8/14/2008 |
| 1114032 | Hensley & Dawson, PSC | Curls | Anna | L | Curls, Anna L. v. Merck & Co., Inc. | 2:06-cv-03882-EEF-DEK | 8/13/2008 |
| 1081153 | Herman, Herman, Katz & Cotler, LLP | Plemons | Lemma | M. | Allison, Kelly v. Merck & Co., Inc. | 2:05-cv-04450-EEF-DEK | 8/13/2008 |
| 1081050 | Herman, Herman, Katz & Cotler, LLP | Aguillard | Joseph | Jr. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1081096 | Herman, Herman, Katz & Cotler, LLP | Dobard | Albert | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1081115 | Herman, Herman, Katz & Cotler, LLP | Hughes | Carolyn | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1081120 | Herman, Herman, Katz & Cotler, LLP | Jackson | Jessie | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1081128 | Herman, Herman, Katz & Cotler, LLP | Joseph | Shelly | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |

| ID | Firm | Last Name | First Name | MI | Case | Docket | Date |
|---|---|---|---|---|---|---|---|
| 1081164 | Herman, Herman, Katz & Cotler, LLP | Rogers-Taylor | Glynis | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1081197 | Herman, Herman, Katz & Cotler, LLP | Young | Kevin | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | 8/13/2008 |
| 1113423 | Hollis, Wright & Harrington | Clark | Percy | | Clark, Pearlie M. v. Merck & Co., Inc. | 2:07-cv-01419-EEF-DEK | 8/13/2008 |
| 1112207 | Howard, Lewis & Petersen | Broce | Donna | L. | Broce, Donna v. Merck & Co., Inc. | 2:07-cv-00738-EEF-DEK | 8/13/2008 |
| 1085348 | Humphreys, James F. & Associates | Sethi | Frederic | S | Sethi, Hercharan K. v. Merck & Co., Inc. | 2:06-cv-10324-EEF-DEK | 8/13/2008 |
| 1114031 | Jackson, Michael W., Attorney at Law | Carter | Yolanda | M. | Carter, Yolanda M. v. Merck & Co., Inc. | 2:06-cv-10673-EEF-DEK | 8/13/2008 |
| 1106569 | Jenkins, Arthur L., Jr. | Filippini | John | | Filippini, John v. Merck & Co., Inc. | 2:07-cv-01257-EEF-DEK | 8/13/2008 |
| 1114014 | Johnson, David H., Law Office of | Gunn | Ruth | A. | Gunn, Ruth A. v. Merck & Co., Inc. | 2:06-cv-00316-EEF-DEK | 8/13/2008 |
| 1114013 | Johnson, David H., Law Office of | Mahon | Cheryl | A. | Mahon, Cheryl A. v. Merck & Co., Inc. | 2:05-cv-06542-EEF-DEK | 8/13/2008 |
| 1114012 | Johnson, David H., Law Office of | Scott | Verna | D. | Scott, Verna v. Merck & Co., Inc. | 2:05-cv-06206-EEF-DEK | 8/13/2008 |
| 1105224 | Jones, Swanson, Huddell & Garrison, L.L.C. | AUSTIN, DECEASED | BOBBY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105248 | Jones, Swanson, Huddell & Garrison, L.L.C. | BROWN | CASSANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105251 | Jones, Swanson, Huddell & Garrison, L.L.C. | BUNCH | LUBERTIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105264 | Jones, Swanson, Huddell & Garrison, L.L.C. | COLLIER | FAY LYNETTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105326 | Jones, Swanson, Huddell & Garrison, L.L.C. | GIBSON | JOYCE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105327 | Jones, Swanson, Huddell & Garrison, L.L.C. | GORDON, DECEASED | MARCEL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105338 | Jones, Swanson, Huddell & Garrison, L.L.C. | HARMON | JAMES | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105342 | Jones, Swanson, Huddell & Garrison, L.L.C. | HARTFIELD | BETTY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105347 | Jones, Swanson, Huddell & Garrison, L.L.C. | HENSON | EDWIN | L. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |

| | Firm | Last Name | First Name | MI | Case Caption | Case Number | Date |
|---|---|---|---|---|---|---|---|
| 1105513 | Jones, Swanson, Huddell & Garrison, L.L.C. | KLEINPETER | CHARLOTTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105399 | Jones, Swanson, Huddell & Garrison, L.L.C. | MCKINLEY, DECEASED | JOHN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105408 | Jones, Swanson, Huddell & Garrison, L.L.C. | MORRIS | CASSANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105409 | Jones, Swanson, Huddell & Garrison, L.L.C. | MORVAN, DECEASED | RITA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105416 | Jones, Swanson, Huddell & Garrison, L.L.C. | O'NEAL, DECEASED | MARY | O. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105418 | Jones, Swanson, Huddell & Garrison, L.L.C. | PARKER | AMEAL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105419 | Jones, Swanson, Huddell & Garrison, L.L.C. | PARKMAN | SHIRLEY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105428 | Jones, Swanson, Huddell & Garrison, L.L.C. | POWELL | C. P. | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105431 | Jones, Swanson, Huddell & Garrison, L.L.C. | RANDALL | PAULETTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105440 | Jones, Swanson, Huddell & Garrison, L.L.C. | ROSS, DECEASED | NORMAN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105441 | Jones, Swanson, Huddell & Garrison, L.L.C. | ROUSSEL | BELLE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105442 | Jones, Swanson, Huddell & Garrison, L.L.C. | ROUSSEL, SR. | LOUIS | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105458 | Jones, Swanson, Huddell & Garrison, L.L.C. | SIMPSON | LILLY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105468 | Jones, Swanson, Huddell & Garrison, L.L.C. | STALLWORTH | BARBARA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105469 | Jones, Swanson, Huddell & Garrison, L.L.C. | STELLY, DECEASED | JOHN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105480 | Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - WILSON, DECEASED | SANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105482 | Jones, Swanson, Huddell & Garrison, L.L.C. | THOMAS | TANYA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105487 | Jones, Swanson, Huddell & Garrison, L.L.C. | TINSLEY | JAMES | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105494 | Jones, Swanson, Huddell & Garrison, L.L.C. | VINCENT | ANGELA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |

| ID | Firm | Last Name | First Name | MI | Case | Case No. | Date |
|---|---|---|---|---|---|---|---|
| 1105505 | Jones, Swanson, Huddell & Garrison, L.L.C. | WILLIAMS | ELAINE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK | 8/13/2008 |
| 1105369 | Jones, Swanson, Huddell & Garrison, L.L.C. | JONES | WILLIE | | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK | 8/13/2008 |
| 1026277 | Kalbaugh, Pfund & Messersmith | Montgomery | Lewis | C. | Montgomery, Lewis C. v. Merck & Co., Inc. | 2:05-cv-00532-EEF-DEK | 8/13/2008 |
| 1107601 | Ketcherside, John F. | Watson | Brenda | D | Watson, Brenda v. Merck & Co., Inc. | 2:06-cv-02000-EEF-DEK | 8/13/2008 |
| 1051189 | Lamb Firm, LLC, The | Santa-Rodriguez | Elba | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK | 8/13/2008 |
| 1050758 | Lamb Firm, LLC, The | Arroyo-Acosta | Miguelina | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | 8/13/2008 |
| 1050768 | Lamb Firm, LLC, The | Baez-Maymi | Lucia | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | 8/13/2008 |
| 1050800 | Lamb Firm, LLC, The | Castrillo | Maria | T. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | 8/13/2008 |
| 1037686 | Lanier Law Firm, PC | Newell | Carol | P | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK | 8/13/2008 |
| 1037695 | Lanier Law Firm, PC | Portis-Carter | Helen | V | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK | 8/13/2008 |
| 1114033 | Levenberg, David, Esquire | ASHBY | CONNIE | C | Ashby, Connie v. Merck & Co., Inc. | 2:05-cv-03609-EEF-DEK | 8/13/2008 |
| 1064842 | Lieff, Cabraser, Heimann & Bernstein, LLP | Oakley | James | S | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK | 8/14/2008 |
| 1082745 | Matthews & Associates | Arnold | Augustina | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 8/13/2008 |
| 1083380 | Matthews & Associates | Best | Lonnie | E | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 8/13/2008 |
| 1084126 | Matthews & Associates | Caraway | Karen | J | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 8/13/2008 |
| 1083973 | Matthews & Associates | Cecil | Joyce | A | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 8/13/2008 |
| 1083567 | Matthews & Associates | Beverly | Albert | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083126 | Matthews & Associates | Blackwell | Marsha | A | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083741 | Matthews & Associates | Comeaux | Edmond | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1083747 | Matthews & Associates | Davis | Augusta | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083048 | Matthews & Associates | Hamilton | Kim | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083524 | Matthews & Associates | James | Hilton | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083291 | Matthews & Associates | Ross | Sylvia | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083202 | Matthews & Associates | Thomas | Bandele | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083375 | Matthews & Associates | Voiron | Dorothy | E | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083184 | Matthews & Associates | Ward | Joy | L | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083790 | Matthews & Associates | Williams | Henry | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | 8/13/2008 |
| 1083960 | Matthews & Associates | Cathey | Willie | | Baker, Joyce A. v. Merck & Co., Inc. | 2:05-cv-04755-EEF-DEK | 8/13/2008 |
| 1083443 | Matthews & Associates | Clapp | Vernon | O | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | 8/13/2008 |
| 1083027 | Matthews & Associates | Collins | Ernestine | | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | 8/13/2008 |
| 1083289 | Matthews & Associates | Smith | Patricia | A | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | 8/13/2008 |
| 1083479 | Matthews & Associates | Cox | Sara | L | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083587 | Matthews & Associates | Douglas | William | N | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083039 | Matthews & Associates | Foster | Carron | A | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083050 | Matthews & Associates | Hubek | Goldie | M | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083869 | Matthews & Associates | Spivey | Richard | B | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083166 | Matthews & Associates | Vickers | Timothy | A | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | 8/13/2008 |
| 1083395 | Matthews & Associates | Benitez Boines | Ana | H | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | 8/13/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1083294 | Matthews & Associates | Bruno Jurgens | Maria | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | 8/13/2008 |
| 1083473 | Matthews & Associates | Correa Lopez | Delia | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | 8/13/2008 |
| 1083409 | Matthews & Associates | Figueroa Casanova | Serafin | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | 8/13/2008 |
| 1083902 | Matthews & Associates | Cordle | June | A | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083428 | Matthews & Associates | Cotton | Larry | M | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083821 | Matthews & Associates | Crowder | Betty | G | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1084095 | Matthews & Associates | Dantzler | Gloria | J | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1084015 | Matthews & Associates | Davis | Juanetta | M | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083011 | Matthews & Associates | DeRosier | Celestina | E | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1084058 | Matthews & Associates | Elliott | Edward | L | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083738 | Matthews & Associates | Fitzgerald | Laura | M | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083338 | Matthews & Associates | Fox | Vernon | F | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1083445 | Matthews & Associates | Garcia | Alice | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1084082 | Matthews & Associates | Graham | Sandra | H | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 8/13/2008 |
| 1084512 | Matthews & Associates | Coleman | James | | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01548-EEF-DEK | 8/13/2008 |
| 1084505 | Matthews & Associates | Bolin | Pearline | A | Cotton, James v. Merck & Co., Inc. | 2:07-cv-02202-EEF-DEK | 8/13/2008 |
| 1083470 | Matthews & Associates | Cordero | Nilda | M | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 8/13/2008 |
| 1084116 | Matthews & Associates | Higgins | Stephen | H | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 8/13/2008 |
| 1083555 | Matthews & Associates | Higgins | Othell | | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 8/13/2008 |

EXHIBIT A　　　　　　　　　　　　　　　　　Page 8 of 14　　　　　　　　　　　　　　　Eligible/No Discovery

| ID | Firm | Last | First | MI | Case | Docket | Date |
|---|---|---|---|---|---|---|---|
| 1083696 | Matthews & Associates | Houde | Roselyn | M | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 8/13/2008 |
| 1083214 | Matthews & Associates | Howard | Jim | | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 8/13/2008 |
| 1084265 | Matthews & Associates | Jackson | Arnetta | K | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 8/13/2008 |
| 1083702 | Matthews & Associates | Johnson | Carolyn | S | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1084182 | Matthews & Associates | Johnson | Neva | J | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1084142 | Matthews & Associates | Jones | Cheryl | A | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1082912 | Matthews & Associates | King | Sheryle | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1083557 | Matthews & Associates | Lance | Ronald | M | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1083742 | Matthews & Associates | Langford | Edward | B | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1083085 | Matthews & Associates | Logan | Robert | G | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1084158 | Matthews & Associates | Ram | Satish | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1082909 | Matthews & Associates | Spahn | Irma | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 8/13/2008 |
| 1083267 | Matthews & Associates | Robinson | Doris | N | Lyles, Alana v. Merck & Co., Inc. | 2:05-cv-04548-EEF-DEK | 8/13/2008 |
| 1082688 | Matthews & Associates | Martin | Wesley | M | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |
| 1084207 | Matthews & Associates | Mason | Bennie | | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |
| 1083878 | Matthews & Associates | McGee | Iramintier | | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |
| 1084194 | Matthews & Associates | McKinnon | Cindy | L | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |
| 1084112 | Matthews & Associates | McLean | Dennis | M | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |
| 1084138 | Matthews & Associates | Mercer | Jerry | A | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 8/13/2008 |

| ID | Firm | Last Name | First Name | MI | Case | Docket | Date |
|---|---|---|---|---|---|---|---|
| 1083530 | Matthews & Associates | McCarty | Peggy | E | McCarty, Peggy E. v. Merck & Co., Inc. | 2:06-cv-01795-EEF-DEK | 8/13/2008 |
| 1084145 | Matthews & Associates | Montalto | Karen | A | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 8/13/2008 |
| 1083941 | Matthews & Associates | Murrell | Dorenda | K | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 8/13/2008 |
| 1084251 | Matthews & Associates | Nally | Philip | E | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 8/13/2008 |
| 1084152 | Matthews & Associates | Page | David | J | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 8/13/2008 |
| 1083171 | Matthews & Associates | Reese | William | R | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 8/13/2008 |
| 1084066 | Matthews & Associates | Aguirre Colon | Emerita | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1084026 | Matthews & Associates | Costas Perez | Luis | R | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1084124 | Matthews & Associates | Morales Santiago | Paula | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1084022 | Matthews & Associates | Rosado Sanchez | Hiroshima | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1083842 | Matthews & Associates | Soto Silva | Reynaldo | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1083994 | Matthews & Associates | Velez Rodriguez | Delia | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | 8/13/2008 |
| 1083951 | Matthews & Associates | Noil | Elnora | M | Peters, Mildred L. v. Merck & Co., Inc. | 2:05-cv-04754-EEF-DEK | 8/13/2008 |
| 1083610 | Matthews & Associates | Rogers | Edwin | C | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1084389 | Matthews & Associates | Shannon | Timothy | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083262 | Matthews & Associates | Smart | William | I | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083512 | Matthews & Associates | Smith | Jeanie | H | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083852 | Matthews & Associates | Smith | Katherine | J | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1084107 | Matthews & Associates | Spears | Beverly | J | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1083344 | Matthews & Associates | Stewart | Dorothy | E | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083788 | Matthews & Associates | Stone | James | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083597 | Matthews & Associates | Swank | Ronnie | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1084186 | Matthews & Associates | Taylor | Diana | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083716 | Matthews & Associates | Watson | Warren | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1084104 | Matthews & Associates | West | David | P | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083556 | Matthews & Associates | Wisdom | Richard | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1084296 | Matthews & Associates | Wright | Richard | W | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1082881 | Matthews & Associates | Young | Gloria | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | 8/13/2008 |
| 1083533 | Matthews & Associates | Montalvo Santiago | Carmen | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | 8/13/2008 |
| 1083297 | Matthews & Associates | Ramirez Torres | Rosa | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | 8/13/2008 |
| 1082948 | Matthews & Associates | Soto Rivera | Tomasa | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | 8/13/2008 |
| 1083673 | Matthews & Associates | Vega Valentin | Lidia | E | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | 8/13/2008 |
| 1119211 | Mayeux, Donald L., Law Firm | Fontenot | Landry | | Fontenot, Landry v. Merck & Co., Inc. | 2:07-cv-06876-EEF-DEK | 8/13/2008 |
| 1098168 | Miller Firm, LLC, The (PA) | Johnson | Mike | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK | 8/13/2008 |
| 1093920 | Mithoff Law Firm | Johnson | Doyle | | Johnson, Doyle M. v. Merck & Co., Inc. | 2:05-cv-02358-EEF-DEK | 8/14/2008 |
| 1108698 | Mithoff Law Firm | Johnson | Sandra | | Johnson, Doyle v. Merck & Co., Inc. | 2:05-cv-06591-EEF-DEK | 8/14/2008 |
| 1093929 | Mithoff Law Firm | Robbins | David | | Robbins, David v. Merck & Co., Inc. | 2:05-cv-01582-EEF-DEK | 8/14/2008 |
| 1113816 | Ofodile & Associates, P.C. | EWERS | ROMEAL | A | Ewers, Romeal v. Merck & Co., Inc. | 2:07-cv-08079-EEF-DEK | 8/13/2008 |

Case 2:05-md-01657-EEF-DEK Document 16052-2 Filed 09/15/2008 Page 12 of 14

| ID | Firm | Last | First | MI | Case | Docket | Date |
|---|---|---|---|---|---|---|---|
| 1081739 | Pagniello, Robert, Law Offices of | Allen | Claudette | F. | Allen, Claudette F. v. Merck & Co., Inc. | 2:06-cv-06520-EEF-DEK | 8/13/2008 |
| 1011029 | Phillips & Associates | Richland | Margo | | Kaptain, Daniel v. Merck & Co., Inc. | 2:07-cv-07503-EEF-DEK | 8/13/2008 |
| 1038670 | Pittman, Dutton, Kirby & Hellums, P.C. | Smith | Billy | G. | Smith, Billy G. Jr. v. Merck & Co., Inc. | 2:06-cv-09700-EEF-DEK | 8/15/2008 |
| 1113983 | Rawlins Firm, PLLC, The | Love | Mavis | | Love, Mavis v. Merck & Co., Inc. | 2:05-cv-05162-EEF-DEK | 8/13/2008 |
| 1061687 | Schmidt, Douglas M., APLC | Abraham | Janice | | Abraham, Janice v. Merck & Co., Inc. | 2:07-cv-01659-EEF-DEK | 8/13/2008 |
| 1061693 | Schmidt, Douglas M., APLC | Collins | Doris | | Collins, Doris v. Merck & Co., Inc. | 2:07-cv-01656-EEF-DEK | 8/13/2008 |
| 1061696 | Schmidt, Douglas M., APLC | Daniel | Alfred | | Daniel, Alfred Jr. v. Merck & Co., Inc. | 2:07-cv-01631-EEF-DEK | 8/13/2008 |
| 1061698 | Schmidt, Douglas M., APLC | Declouet | Harold | | Declouet, Harold v. Merck & Co., Inc. | 2:07-cv-01637-EEF-DEK | 8/13/2008 |
| 1061700 | Schmidt, Douglas M., APLC | Fontenot | Willie | | Fontenot, Willie v. Merck & Co., Inc. | 2:07-cv-01677-EEF-DEK | 8/13/2008 |
| 1061702 | Schmidt, Douglas M., APLC | Freeman | Enola | | Freeman, Enola v. Merck & Co., Inc. | 2:07-cv-01652-EEF-DEK | 8/13/2008 |
| 1061703 | Schmidt, Douglas M., APLC | Gamble | Rose | | Gamble, Rose v. Merck & Co., Inc. | 2:06-cv-01661-EEF-DEK | 8/13/2008 |
| 1061705 | Schmidt, Douglas M., APLC | Gaspard | Mabel | | Gaspard, Mabel v. Merck & Co., Inc. | 2:07-cv-01636-EEF-DEK | 8/13/2008 |
| 1061713 | Schmidt, Douglas M., APLC | Ivy | Muron | | Ivy, Muron v. Merck & Co., Inc. | 2:07-cv-01648-EEF-DEK | 8/13/2008 |
| 1061711 | Schmidt, Douglas M., APLC | Jackson | Isaac | | Jackson, Isaac v. Merck & Co., Inc. | 2:07-cv-01632-EEF-DEK | 8/13/2008 |
| 1061741 | Schmidt, Douglas M., APLC | Thierry (deceased) | Bessie | | Jackson, Sandra v. Merck & Co., Inc. | 2:07-cv-01634-EEF-DEK | 8/13/2008 |
| 1061714 | Schmidt, Douglas M., APLC | Jasmine | Annetta | | Jasmine, Annetta v. Merck & Co., Inc. | 2:07-cv-01646-EEF-DEK | 8/13/2008 |
| 1061715 | Schmidt, Douglas M., APLC | Joubert | Lawrence | | Joubert, Lawrence v. Merck & Co., Inc. | 2:07-cv-01669-EEF-DEK | 8/13/2008 |
| 1061716 | Schmidt, Douglas M., APLC | Joubert | Shirlene | | Joubert, Shirlene v. Merck & Co., Inc. | 2:07-cv-01658-EEF-DEK | 8/13/2008 |
| 1061723 | Schmidt, Douglas M., APLC | LeBlanc | James | | LeBlanc, James v. Merck & Co., Inc. | 2:07-cv-01660-EEF-DEK | 8/13/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1061726 | Schmidt, Douglas M., APLC | Lee | Minnie | | Lee, Minnie v. Merck & Co., Inc. | 2:07-cv-01650-EEF-DEK | 8/13/2008 |
| 1061730 | Schmidt, Douglas M., APLC | Levings (deceased) | Auddie | | Levings, Daryl v. Merck & Co., Inc. | 2:07-cv-01675-EEF-DEK | 8/13/2008 |
| 1061724 | Schmidt, Douglas M., APLC | Lewis | Catherine | | Lewis, Catherine v. Merck & Co., Inc. | 2:07-cv-01635-EEF-DEK | 8/13/2008 |
| 1061727 | Schmidt, Douglas M., APLC | Malbreaux | Yola | | Malbreaux, Yola v. Merck & Co., Inc. | 2:07-cv-01641-EEF-DEK | 8/13/2008 |
| 1061735 | Schmidt, Douglas M., APLC | Schexnayder | Tommie | | Schexnayder, Tommie v. Merck & Co., Inc. | 2:07-cv-01668-EEF-DEK | 8/13/2008 |
| 1061739 | Schmidt, Douglas M., APLC | Simon | Alceede | | Simon, Alcide v. Merck & Co., Inc. | 2:07-cv-01662-EEF-DEK | 8/13/2008 |
| 1061738 | Schmidt, Douglas M., APLC | Thomas | Willie Mae | | Thomas, Willie Mae v. Merck & Co., Inc. | 2:07-cv-01638-EEF-DEK | 8/13/2008 |
| 1061737 | Schmidt, Douglas M., APLC | Thompson | John | | Thompson, John v. Merck & Co., Inc. | 2:07-cv-01663-EEF-DEK | 8/13/2008 |
| 1073488 | Silverman & Fodera | Rosa | Israel | | Israel Rosa v. Merck & Co., Inc. | 2:06-cv-09400-EEF-DEK | 8/14/2008 |
| 1114001 | Sklodowski, Robert L. & Associates | Waldman | Evelyn | | Waldman, Evelyn v. Merck & Co., Inc. | 2:06-cv-11067-EEF-DEK | 8/13/2008 |
| 1111659 | Smith, Michael, Attorney at Law | BISAZZA | MAMIE | M | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111663 | Smith, Michael, Attorney at Law | DAVENPORT | LAURA | J | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111658 | Smith, Michael, Attorney at Law | DAVIS | MAUDIE | H | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111665 | Smith, Michael, Attorney at Law | DRAMIS | ELEANOR | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111666 | Smith, Michael, Attorney at Law | KONGSTVEDT | ROBERT | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111660 | Smith, Michael, Attorney at Law | MADDOX | BERNICE | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111661 | Smith, Michael, Attorney at Law | PANARISI | JOSEPH | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111662 | Smith, Michael, Attorney at Law | YAGHIAZARIAN | ARAM | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK | 8/14/2008 |
| 1111657 | Smith, Michael, Attorney at Law | WILLIAMS | CLEOLA | | Williams, Cleola v. Merck & Co., Inc. | 2:06-cv-08313-EEF-DEK | 8/14/2008 |

| 1079944 | Stipe, Harper Law Firm | Stuckey | Leo | | Stuckey, Michele v. Merck & Co., Inc. | 2:05-cv-03604-EEF-DEK | 8/14/2008 |
|---|---|---|---|---|---|---|---|
| 1032464 | Weitz & Luxenberg, P.C. | Sansotta Navarro | Herminia | | Sansotta Navarro, Herminia v. Merck & Co., Inc. | 2:05-cv-06403-EEF-DEK | 8/15/2008 |
| 1078757 | Young Firm, The | Keown | Addine | L | Keown, Addine L. v. Merck & Co., Inc. | 2:06-cv-06423-EEF-DEK | 8/15/2008 |
| 1078760 | Young Firm, The | Lahmann | Randall | L | Lahmann, Wilda v. Merck & Co., Inc. | 2:06-cv-06432-EEF-DEK | 8/15/2008 |