UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |

**PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On September 26, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain Plaintiffs' individual claims should not be dismissed without prejudice. This matter has been scheduled for hearing on October 10, 2008. The Plaintiffs represented by the undersigned hereby respond pursuant to this Court's order.

I.   **Plaintiffs that Counsel has been unable to locate**

Counsel has been unable to locate Plaintiff Paulina Maldonado Rodriguez (VCN 1083776), *Antonia A. Cabrera, et al. v. Merck & Co., Inc.*, Case No. 2:05-cv-04589-EEF-DEK.

Plaintiff is absent but not willfully noncompliant. Plaintiff respectfully submits that the Court's Local Rule 41.3W provides an adequate mechanism in dismissing without prejudice for plaintiffs failure to prosecute.

Accordingly, Plaintiff respectfully requests that this Court discharge the order to show cause, grant Merck's motion in part and deny in part, substituting a Local Rule 41.3W dismissal for failing to prosecute for the unduly harsh dismissal with prejudice.

II. **Plaintiffs for whom Counsel does not contest the dismissal of their lawsuits**

Counsel does not contest the dismissal of the following Plaintiffs' claims:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083776 | Disbennett | Melvin | Clara E. Clark, et al. v. Merck & Co. Inc. | 2:06-cv-06942-EEF-DEK |
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al. v. Merck & Co. Inc. | 2:06-cv-07115-EEF-DEK |

## CONCLUSION

As indicated above, Plaintiffs have either been unable to be located or have requested their suits be dismissed. None have willfully failed to comply or impeded individualized litigation of their claims. In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and resolve all issues in the manner suggested above. Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:    October 6, 2008.

                Respectfully submitted,

                MATTHEWS & ASSOCIATES

                s/David P. Matthews
                David P. Matthews
                2905 Sackett
                Houston, TX  77098
                (713) 222-8080
                (713) 535-7184 fax
                dmatthews@thematthewslawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Plaintiffs' Opposition to Defendant's Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed without Prejudice for Failure to Prosecute and Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 6th day of October, 2008.

                s/David P. Matthews
                David P. Matthews
                Matthews & Associates
                2905 Sackett
                Houston, TX  77098
                (713) 222-8080
                (713) 535-7184 fax
                dmatthews@thematthewslawfirm.com