**Exhibit A**

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083776 | Disbennett | Melvin | Clara E. Clark, et al. v. Merck & Co. Inc. | 2:06-cv-06942-EEF-DEK |
| 1083189 | Maldonado Rodriguez | Paulina | Antonia A. Cabrera, et al. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al. v. Merck & Co. Inc. | 2:06-cv-07115-EEF-DEK |