UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | SECTION L |
| **LITIGATION** | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |

## [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed without Prejudice for Failure to Prosecute, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1) the Order to Show Cause is granted and the cases are dismissed with prejudice for the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083776 | Disbennett | Melvin | Clara E. Clark, et al. v. Merck & Co. Inc. | 2:06-cv-06942-EEF-DEK |
| 1084291 | Salyers | Sydney | Valerie Rockingham, et al. v. Merck & Co. Inc. | 2:06-cv-07115-EEF-DEK |

- 2 -

(2) the Order to Show Cause is discharged, the motion is granted in part and denied in part, and the following Plaintiff's case is dismissed without prejudice for failing to prosecute under the terms of Local Rule 41.3W:

    a. Plaintiff Paulina Maldonado Rodriguez (VCN 1083776), *Antonia A. Cabrera, et al. v. Merck & Co., Inc.*, Case No. 2:05-cv-04589-EEF-DEK.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

                                            Daniel E. Knowles, III
                                            United States Magistrate Judge