UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES ONLY TO HUGO BUA   Case No.: 2:05cv1552 | MDL Docket No. 1657 Section L Judge Fallon Mag Judge Knowles |

**PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC'S FIRST MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

This opposition is submitted in response to Defendant Merck & Co., Inc.'s motion seeking an Order dismissing cases set forth in Exhibit A to the motion.

My firm represents plaintiff Hugo Bua in this matter and submits this opposition on his behalf. Mr. Bua is presently considering enrolling in the Merck Settlement Program. In light of the fact that the deadline for enrollment is October 30, 2008, it would seem prudent to refrain from dismissing a case that will most likely be enrolled in the MSA two (2) weeks prior to the cut off date for enrollment.

It is my understanding, based in part on the discussion during the monthly status conference of September 23, 2008, that barring something unusual and unanticipated, the October 30, 2008 enrollment deadline is final.  As such, this Court should direct that plaintiff's time to comply with PTO 28 Lone Pine Order is extended to November 28, 2008.  That would be a reasonable alternative to dismissing cases which might still be enrolled in the MSA. In the case of Mr. Bua, we are presently preparing the enrollment forms for the Merck settlement program.

Counsel for Merck has represented that if a claimant enrolls in the settlement program, any motion to dismiss that action will be withdrawn.

Plaintiff's counsel represents to this Court that discussions regarding enrolling Mr. Bua into the settlement program have taken place and anticipate enrolling Mr. Bua shortly.

Certainly, Merck cannot claim any prejudice by this reasonable request in that after October 30, 2008, there would be no manner whereby a claimant could enter the MSA and then would have no reason to further delay compliance with the Court's discovery Orders. .

**WHEREFORE,** it is respectfully submitted that the Order To Show Cause why cases who have not complied with the LONE PINE requirements of PTO 28 be denied as to Mr. Bua or alternatively granted to the extent that Mr. Bua have until November 28, 2008 to comply.

Dated: New York, New York
      October 6, 2008

Respectfully, submitted,

_____
Robert E. Godosky (4459)
GODOSKY & GENTILE, P.C.
61 Broadway, 20th Floor
New York, New York 10006
(212) 742-9700

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE LONE PINE REQUIREMENTS OF PTO 28 AND PROPOSED ORDER** have been served on Liason Counsel Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on the 6th day of October, 2008.

_____
Robert E. Godosky, Bar # 4459
Godosky & Gentile, PC
Attorneys for Plaintiff
61 Broadway, 20th Floorl
New York, New York  10006
212-742-9700
212-742-9706 (fax)
reg@godoskygentile.com
ct@godoskygentile.com