## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX PRODUCTS | ) | SECTION L |
| LIABILITY LITIGATION | ) | JUDGE ELDON E. FALLON |
| MDL Docket No. 1657 | ) | |
| _____ | ) | MAGISTRATE JUDGE |
| This document relates to: | ) | KNOWLES |
| | ) | |
| ARTHUR FULTON, as Administrator | ) | |
| of the Estate of REBEKA KAYLA | ) | |
| SCHULTZ FULTON, Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:05-cv-00436-EEF-DEK |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | | |
| WELBY RAY KNIFLEY, as | ) | |
| Administrator of the Estate of | ) | |
| THELMA B. KNIFLEY, Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:05-CV-05635-EEF-DEK |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | | |
| and | | |
| | | |
| BEVERLY ALBERTSON, | ) | |
| DENNIS PERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:06-CV-06236-EEF-DEK |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## <u>PLAINTIFFS' RESPONSE TO *LONE PINE* ORDER TO SHOW CAUSE</u>

NOW COME the Plaintiffs, Arthur Fulton, as Administrator of the Estate of Rebeka Kayla Schultz Fulton, deceased, Welby Ray Knifley, as Administrator of the Estate of Thelma B. Knifley, deceased, and Beverly Albertson and Dennis Person, by and through their undersigned attorney, and file this response to the Order to Show Cause why their cases should not be dismissed, and for that state:

1.    Plaintiffs have filed everything required to continue their case with the exception of the expert reports.   All three cases, *Fulton, Knifley,* and *Albertson*, are pulmonary embolus cases.

2.    Plaintiffs have retained the services of Dr. David McLain of Birmingham, Alabama.  Dr. McLain is a full-time practicing rheumatologist.  He prescribed selective Cox-2 inhibitors in his practice, and has studied their effectiveness and safety.   He has had patients who experienced pulmonary emboli while using Vioxx.  A copy of Dr. McLain's CV is attached as Exhibit A.

3.    Plaintiffs' counsel has worked with Dr. McLain since 2003 on the Vioxx litigation.  In 2003, Plaintiffs' counsel retained Dr. McLain to provide an expert report in a different Vioxx case that was filed before the market withdrawal of Vioxx and the formation of the MDL.  That case is *Hensley v. Merck & Co., Inc.*, U.S.D.C. E.D. LA., Case No.: 2:05-cv-00430.  A copy of the report is attached as Exhibit B.

4.    Since the filing of the report in the *Hensley* case, Plaintiffs' counsel continuously provided medical and scientific literature to Dr. McLain on selective Cox-2 inhibitors and their effects.  A complete copy of the literature provided over the course of years is attached as Exhibit C.

5.      When the necessity arose to provide expert reports on the pulmonary embolus cases of *Fulton*, *Knifley*, and *Albertson*, Plaintiffs' counsel contacted Dr. McLain and retained his services.  Plaintiffs' counsel and Dr. McLain worked on a literature list for his review of these cases.  A copy of the final literature list is attached as Exhibit D.

6.      Dr. McLain has told Plaintiffs' counsel after review of the literature list that he can provide an opinion on general causation that Vioxx has the capability to cause a pulmonary embolus.  He said he would have to review the individual cases to be able to provide opinions of specific causation.

7.      Plaintiffs' counsel provided Dr. McLain with complete indexed copies of the medical and pharmacy records of each of the three Plaintiffs.  Copies of the medical record indices are attached as Exhibit E.

8.      The dates of meetings and correspondence between Plaintiffs' counsel and Dr. McLain are:

   (a)      05/20/2008 initial conference with Dr. McLain regarding the *Fulton*, *Knifley* and *Albertson* cases;

   (b)      06/11/2008 letter from Leila H. Watson (LHW) to Dr. McLain enclosing medical records of Rebeka Fulton, Thelma Knifley, and Beverly Albertson, and Vioxx related materials;

   (c)      08/18/2008 contact between LHW and Dr. McLain regarding these three cases;

   (d)      09/20/2008 contact between LHW and Dr. McLain regarding these cases;

   (e)      09/27/2008 contact between LHW and Dr. McLain regarding these cases; and

   (f)      10/4/2008 contact between LHW and Dr. McLain regarding these cases.

9.      Plaintiffs' counsel has no intention of using any other expert.  If Dr. McLain says there is no specific causal relation, counsel is not going to search for another expert, and has not searched for another expert.  Plaintiffs' counsel has worked with Dr. McLain on the safety and effectiveness of the Cox-2 inhibitors for years.  Dr. McLain has always been responsive, albeit slow.  Dr. McLain has told counsel in the recent weeks that he is completing the review of these cases.  Counsel is aware that Dr. McLain is normally engaged in patient care and carries a significant patient load.

10.     Plaintiffs' counsel is fully aware of the need for all cases to move forward on a schedule, or be dismissed.  Counsel has done everything necessary, and has not heard from Dr. McLain that he cannot do the reports.  As late as Saturday, October 4, 2008, Plaintiffs' counsel has sent an email to Dr. McLain asking if the reports can be completed by end of business on Monday, October 6, 2008.

11.     Counsel is in a precarious position of having committed to a qualified expert who has determined that there is generally causation of pulmonary emboli with use of Vioxx, and working with a practicing physician with a busy office and hospital practice and not wanting to work an interference or hardship upon the physician and his patients.

12.     If Plaintiffs can produce the reports BY OCTOBER 15, 2008, Plaintiffs request that this Court NOT DISMISS these three pulmonary embolus cases.  Everything else has been provided to Defendant pursuant to the scheduling orders.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiffs respectfully request that their cases not be dismissed at this time, and that the Plaintiffs be allowed until October 15, 2008, to provide completed reports from Dr. McLain, and only Dr. McLain.

s/Leila H. Watson
Leila H. Watson (ASB-3023-S74L)
*Attorney for Plaintiffs*
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone:  (205) 328-2200
Fax:  (205) 324-7896
Email:  lwatson@cwcd.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Response to *Lone Pine* Order to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at HUGHES HUBBARD & REED, LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance, on this 6th day of October, 2008.

s/Leila H. Watson
Leila H. Watson

# EXHIBIT A

EXHIBIT A

## Curriculum Vitae

## David Andrew McLain, M.D., FACP, FACR

<u>Current Position</u>: Attending Physician and Chief, Rheumatology Section, Department of Internal Medicine, Brookwood Medical Center, Birmingham, Alabama

<u>Personal</u>:  Born in Chicago, Illinois on August 16, 1948, U.S. Citizen, Married to Pamela Fullmer McLain, M.D.
Two sons, Edward and Richard

<u>Office Address</u>:  Birmingham Rheumatology, Suite 211, 2022 Brookwood Medical Center Drive, Birmingham, Alabama 35209. (205) 877-2555; FAX (205) 877-2790
E mail:  dmclain@pol.net

Shelby County office: 2229 Cahaba Valley Drive
Birmingham, Alabama 35242 (205) 991-8996; FAX (205) 991-8997

<u>Home Address</u>:  McLain Meadows Farm
6225 Cahaba Valley Road, Birmingham, Al. 35242
(205) 991-6161

## Educational Background

<u>Academic College</u>:  B.A., Northwestern University, Evanston, Illinois, 1970
<u>Medical School</u>:  M.D., Tulane University, New Orleans, Louisiana, 1974
<u>Internship</u>:  Internal Medicine, Ochsner Foundation Hospital and Clinic, New Orleans, Louisiana, 1974-75
<u>Residency</u>:  Internal Medicine, Barnes Hospital, St. Louis, Missouri, 1975-77
<u>Fellowship</u>:  Rheumatology, Washington University School of Medicine, St. Louis, Missouri, 1977-79.
   NIAID Trainee in Immunogenetics, Division of Rheumatology, Washington University School of Medicine, 1978-79

## Honors

-Alpha Omega Alpha Honor Medical Society, Elected November 8, 1973, Tulane University
-Order of the Gold-Tipped Stethoscope for Outstanding Performance as a Student of Medicine (Senior Medicine Award), Tulane University, 1974
-Award of Appreciation, Alabama Podiatry Association, 1984
-Award of Appreciation, Alabama Chapter of the Arthritis Foundation, 1986
-Elected to Fellowship, American College of Physicians, 1989
-Award for Decade of Leadership of Rheumatology on the Beach Symposium presented by Alabama Chapter of the Arthritis Foundation, 1992
-Physicians' Recognition Award, American Medical Association, 1979, 1982, 1985, 1988, 1991, 1994, 1997, 2000, 2003, 2006.
-Listed in Marquis' Who's Who in the South and Southwest, 24th edition, 1995-96 to 2001.

2

-"Excellence in Teaching Award", presented by the Medical Association State of Alabama,
for the 11th Invitational Scientific Symposium, January 28, 1995.
-Listed in Marquis' Who's Who in the World, 13th edition, 1996 to 2002.
-Listed in Marquis' Who's Who in Science and Engineering, 3rd edition, 1996-97 to 2002-2003.
-Listed in Marquis' Who's Who in America, 51st Edition, 1997 to 2003.
-Listed in Marquis' Who's Who in Medicine and Healthcare, First Edition, 1997-98 to 2000-2001.
-"Rheumatologist of the Year", Arthritis Foundation, Alabama Chapter, 1999.
-Award for 20 years as Course Director of Rheumatology on the Beach, Brookwood Medical Center, 2003

## Board Certification

 -Diplomate, American Board of Internal Medicine, 1977
-Diplomate, Subspecialty of Rheumatology, American Board of Internal Medicine, 1980
-Certified Clinical Densitometrist, International Society for Clinical Densitometry, 2002

## Licensure

-Licensed in Alabama, 1981 by reciprocity with Louisiana, License #9639
-Licensed in Louisiana, 1974 by FLEX examination, License #12822

## Hospital Appointments

-St. Louis Veterans Administration Hospital, Washington University Medical Service, 1979-81
-Brookwood Medical Center, Birmingham, Alabama 1981-present
    Chief of Division of Rheumatology, Department of Internal Medicine 1983-1987, 1989-1990,
    1991-1995, 1997-
    Chairman, Medical Education-Library committee, 1987, 1997
    Chairman, Rehabilitation Committee, 1987-88
    Medical Director of Physical Therapy, 1986-1992
    Executive Committee, 1997
-St. Vincent's Hospital, Birmingham, Alabama 1981-present
    Emergency Room Physician, July, 1981-February, 1982
-Shelby Medical Center, Alabaster, Alabama 1982-present
-Lakeshore Rehabilitation Hospital, Birmingham, Alabama 1983-1997
-HealthSouth Hospital, Birmingham, Alabama, 1989 – 2006 (Sold to UAB and now UAB Highlands)
-Trinity Medical Center Montclair, Birmingham, Alabama, 2005-

## Professional Society Memberships

-Alpha Omega Alpha Honor Medical Society
-American College of Physicians
    Fellow, elected 1989
-American College of Rheumatology
    Founding Fellow, 1988
    Committee on Rheumatologic Care Network, Alabama Representative, 1997
-American Society of Internal Medicine
-American Medical Association

3

-Alabama Society for the Rheumatic Diseases
    Founding Member
    Secretary-Treasurer, 1996-97
    Vice President, 1997-1998
    Medicare Carrier Physician Advisory Committee, 1998-2000
    President, 1998-99
-Alabama Society of Internal Medicine
-Medical Association State of Alabama
-Jefferson County Medical Society
-Brookwood Specialty Physicians Association, Inc.
    Founding Incorporator, Board Member, President, 1990-1997
-American Medical Equestrian Association
    Board of Directors, 1995
    Annual Meeting Coordinator, 1997
    Treasurer, 2002-2004
-Southern Medical Association
-American Society of Clinical Rheumatologists, 2005-

## Faculty Appointments

-Instructor, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri, 1979-81

## CME/Course Directorships

-Originator & Course Director, Annual Rheumatology on the Beach symposium, originally sponsored by Brookwood Medical Center and the Alabama Chapter of the Arthritis Foundation, 1983-present. (Endorsed by the American College of Rheumatology, 1990 - 1996.  Beginning in 1997, the American College of Rheumatology no longer endorsed any non-ACR programs.)
 Since 2004, Sponsored by Virginia Commonwealth University, Richmond, VA and Arthritis Foundation, Alabama Chapter
-Originator, Co-course director, First Annual Update of Medicine for Primary Care Physicians, sponsored by Brookwood Specialty Physicians Association and Brookwood Medical Center, 1993.
-Course Director, "Equestrian Sports Medicine, the 8th Annual American Medical Equestrian Association meeting", co-sponsored by the American Medical Equestrian Association and the American Sports Medicine Institute, 1997.
-Course Director, Derby Day Topics in Medicine, sponsored by Brookwood Medical Center, 1998.

## Research Activities

-Research on familial osteoarthritis and defects in type II collagen DNA, with Charlene Williams, Ph.D. and Darwin Prockop, M.D., Ph.D., Thomas Jefferson University School of Medicine, 1992-1995.

4

1. Clinical Research On XXX In Osteoarthritis.

2.  Clinical Research On XXX In Rheumatoid Arthritis.

3. A Double-blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's During Chronic Treatment with XXX or XXX in Patients With Rheumatoid Arthritis.

4. A Multicenter, Double-blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with XXX To that of XXX in Patients with Osteoarthritis or Rheumatoid Arthritis.

5.  Double-blind, Placebo-controlled, Parallel group Comparison of the Efficacy and Safety of XXX, XXX and Placebo with an Open Label Extension in the Treatment Of Pain Associated with Osteoarthritis of the Knee and/or Hip.

6. A Randomized, Placebo-controlled, Parallel-group, Double-blind Study to Evaluate the Safety and Efficacy of XXX, XXX and XXX in Patients with Osteoarthritis of the Knee or Hip.

7. An Active-Comparator and Placebo-controlled, Parallel-group, Double-blind, 52-week Study to Assess the Safety and Efficacy of XXX in Rheumatoid Arthritis Patients.

8. Low Dose, Natural Human Interferon Alpha XXX Administered by the Oral Mucosal Route for the Treatment of Primary Sjogren's Syndrome

9. Rheumatoid Arthritis DMARD Intervention and Utilization Study (Radius 1 and 2)

10. Treatment of early RA with XXX and methotrexate vs. placebo and methotrexate.

11.  Self designed study on the effect of tizanidine in Fibromyalgia Syndrome, 1999-2002

-Member & Clinical Investigator, Musculoskeletal Academic Clinical Consortium (MACC), University of Alabama, Birmingham, (Larry Moreland, M.D., Director), 1997-2001
 (Numerous Research Protocols as a Member Of The Musculoskeletal Academic Clinical Consortium With UAB including Sjogren's Syndrome, rheumatoid arthritis.)
-Clinical Investigator with Alabama Research Center, an ARC center, 1998-2004
   --rheumatoid arthritis, chronic pain, osteoarthritis, Sjogren's Syndrome
-Clinical Investigator with Capstone Clinical Trials, Inc., 2003-present
   --osteoarthritis, fibromyalgia, chronic pain, rheumatoid arthritis
-Research steering committee, Uncover study, an international study on pulmonary hypertension in scleroderma, 2002-2005
-Protocol advisor, Schwarz Biosciences, Inc., 2006

## Editorial Board / Review Activities

-Reviewer for **Facial Pain**, Third Edition, Lea&Febiger, Philadelphia, 1991, authored by Mahan, Parker E. and Alling, Charles C.

5

-Reviewer for **IM, Internal Medicine**, Medical Economics Publishing, Plainsboro, N.J. Series Editor for series on "New Developments in Rheumatology", 1991 -1992 IM 12: 27-35, 1991; 13: 41 -48, 1992.
-Advisory Board Member, **Fibromyalgia Aware** magazine, a publication of the National Fibromyalgia Association, 2004-2006
-Reviewer, **Psoriasis Forum**, National Psoriasis Foundation, 2005-

## Community Organization Memberships

-Lupus Foundation of America, Birmingham Chapter.
   Member of the Medical Advisory Committee, 1982-1995
   Originator with June Cassady, R.N., Brookwood Rheumatology Nurse, of the Annual "Lupus
   Day" held every October at Brookwood Medical Center, 1983-1996.
 -Arthritis Foundation, Alabama Chapter
   Member, Board of Directors, North Central Branch, 1982-1996
   Originator and organizer, Arthritis Foundation Benefit Horse Show and Art Fair, Birmingham,
   Alabama, 1985.
   Chairman, Medical and Scientific Committee, Alabama Chapter, 1988-89
   Originator and organizer, Fibromyalgia Symposium, 2001
   Originator and organizer, Lupus, Fibromyalgia, and Sjogren's Symposium, 2005
 -Arthritis Foundation, National
   Delegate, National Council of Delegates, 1987
 -Sjogren's Syndrome Foundation, Birmingham Chapter
   Medical Advisor, 1988-1999
 -Council of Healthcare Advisors, Gerson Lehrman Group, Inc., New York, 1999-

## Medical Publications

1. McLain, DA, McLain, PF, Lindsey, ES, and Ryan, RF, Diseases of the Thyroid, Parathyroid, and Adrenal Glands. A Programmed Instruction Text, Tulane University Press, New Orleans: 1975.

2. McLain, DA, Hahn, BH, "Cryoglobulins in the Procainamide-induced Lupus Syndrome", Arthritis and Rheumatism, 22:305-207, 1979.

3. McLain, DA, Garriga, FJ, Kantor, OS, "Adverse Reactions to Ticrynafen Use", JAMA, 243: 753-4, 1980.

4. Spilberg, I, McLain, DA, Simchowitz, L, Berney, S. "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 1062-3, 1980.

5. Cassiere, SO, McLain, DA, Emory, WB, Hatch, HB, "Metastatic Carcinoma of the Pancreas simulating Primary Brochogenic Carcinoma", Cancer, 46: 2319-21,1980.

6. Carlisle, WR, McLain, DA, "Endoscopic Appearance of an Angelchik Prosthesis", Gastrointestinal Endoscopy, 30: 376,1984.

7. McLain, DA, "Games of the Medical Revolution", Alabama Medicine, 57:20-23, 1987.

6

8. McLain, DA, "Highlights of the 8th Annual Rheumatology on the Beach", Alabama Medicine, 60: 18-25,1991

9. McLain, DA, "Highlights of the 9th Annual Rheumatology on the Beach", Alabama Medicine, 61: 12-14,1992

10. Williams Cd, Rock M, Considine E, McCarron S. Gow P. Ladda R. McLain D, Michels V, Murphy W. Prockop DJ, Ganguly A, "Three new point mutations in type II procollagen (COL2A1) and identification of a fourth family with the COL2A1 Arg519->Cys base substitution using conformation sensitive gel electrophoresis", Human Molecular Genetics, 4: 309-312, 1995

11. McLain, DA, "Medicine does not exist in a Vacuum", MASA Review, 1: 23-25,1996

12. Prockop, DJ, Ala-Kokko, L, McLain, DA, Williams, C, "Can Mutated Genes Cause Common Osteoarthritis?", British J. of Rheumatology, 36: 827-830, 1997.

13. McLain, DA, "Clinical features of ANA-Positive and ANA-Negative patients with Fibromyalgia", J. Clin. Rheumatology, 4: 292-293, 1998.

14. Jay, GW, Krusz, JC, Longmire, DR, McLain, DA, "Current trends in the Diagnosis and Treatment of Chronic Neuromuscular Pain Syndromes:  Myofascial Pain Syndrome, Chronic Tension-Type Headache, and Fibromyalgia", a continuing medical educational program sponsored by the American Academy of Pain Management, 2000.

15. McLain, DA, "Rheumatoid Arthritis--Update on New Therapies", Southern Med J, 94: 893-895, 2001

16. McLain, DA, "An Open Label, Dose Finding Trial of Tizanidine (Zanaflex™) for Treatment of Fibromyalgia, J. Musculoskel. Pain, 10:7-18, 2002.

17. Bradley LA, Kersh BC, DeBerry JJ, Deutsch G, Alarcon GA, McLain DA, Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis, in Osteoarthritic Joint Pain, Derek J. Chadwick, Jamie Goode, eds., Novartis Found Symp. 2004;260:258-70; discussion 270-9.

18. Wigley FM, Lima JA, Mayes M, McLain D, Chapin JL, Ward-Able C, The prevalence of undiagnosed pulmonary arterial hypertension in subjects with connective tissue disease at the secondary health care level of community-based rheumatologists (the UNCOVER study), Arthritis Rheum. 2005 Jul;52(7):2125-32.

19. Wigley FM, Lima JAC, Mayes M, McLain D, Chapin JL, Ward-Able C, Echocardiography is not sufficient to diagnose pulmonary arterial hypertension in systemic sclerosis: Comment on the article by Wigley et al, REPLY, Arthritis & Rheumatism 54: 380-381, 2005.

## Medical Abstracts

1. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for

7

Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:142A, 1980. (presentation to the Central Society for Clinical Research)

2. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:354A, 1980. (presentation to the American Federation for Clinical Research, plenary session)

3. McLain, DA, Spilberg, I, Berney, S. Simchowitz, L, "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 718,1980. (presentation ARA meeting)

4. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitis", Arthritis and Rheumatism, 23: 718, 1980. (presentation to American Rheumatism Association plenary session)

5. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitisn, in Preud'Homme and Hawken,eds.,Abstracts, 4th International Congress of Immunology,Paris: 1980, '8.5.43.

6. Cassady, J. Darden, L, Brodie, B. Sledge, E, McLain, D, "A Comprehensive Out-Patient Program for the Rheumatology Patient", Abstracts, Tenth Southeastern Regional Meeting, Allied Health Professions Association and the American Rheumatism Association, 1983.

7. McLain, DA, Murphy, WA, Prockop, DJ, Williams, CJ, "An Alabama Family with Severe Osteoarthritis of the Hips, Mild Spondyloepiphyseal Dysplasia and Precocious Osteoarthritis in other sites has a Point Mutation in one allele of the Type II Procollagen Gene (COL2A1), Arthritis and Rheumatism, 38: (Supplement) R25, 1995. (Presented at the American College of Rheumatolgy)

8. McLain, DA, "The effects of Tizanidine HCl (Zanaflex®) in patients with fibromyalgia, Pain Medicine, 1: 207, 2000. (Presented at the American Academy of Pain Medicine)

9. DeBerry, JJ, Fry, RB, Kersh, BC, Bradley LA, Alarcon, GS, McLain, DA, Rumble, M, Trait-like catastrophizing mediates elevated pain affect ratings in patients with Knee Osteoarthritis (OA) during suprathreshold pressure stimulation, Arthritis and Rheumatism, 46: S408, 2002.

Selected Presentations

Grand Medical Rounds, Washington University School of Medicine, St. Louis (1979, 1980, 1981)
Rheumatology Grand Rounds, University of Alabama, Birmingham (1982)
Metropolitan Atlanta Rheumatology Society, Atlanta (2000)
American Academy of Pain Management, Las Vegas (1999) and New Orleans (2000)
Southern Medical Association Pain Seminar, Amelia Island, Florida (2000)
Louisiana Rheumatism Society, New Orleans (2001)

8

Revised:  May, 2008

# EXHIBIT B

EXHIBIT B

**Birmingham Rheumatology**
Suite 509
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@PoL.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.
(205) 877-2551
Fax (205) 877-2791

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Diplomates, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, Al. 35242
Phone (205) 991-8996
Fax (205) 991-8997

March 12, 2004

Ms. Leila H. Watson
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

RE: Carolyn Hensley, for the Estate of Henry L. Hensley

Dear Ms. Watson:

I am in receipt of your letter of December 31, 2003 regarding Henry L. Hensley. I have reviewed Henry Hensley's medical records that were supplied.

Mr. Hensley was followed by the VA Medical Center in Birmingham, AL and by Dr. David Chalk in Anniston, AL. Many patients use a family doctor in their hometown and go to the VA to receive free care including medications. Mr. Hensley was diagnosed with osteoarthritis of the cervical spine. X-rays of the cervical spine taken at Northeast Regional Medical Center in Anniston on August 7, 1993 revealed calcification in the region of the anterior longitudinal ligament anteriorly at C4-5 and C5-6. There was mild encroachment on the neural foramina to the right at C3-4 from mild posterior spurs. He also had a crush fracture of his calcaneus that may have led to chronic pain.

Review of past medical records from the Birmingham VA Hospital reveals that Mr. Hensley was followed for Degenerative Joint Disease, hypertension, and elevated cholesterol. The clinic notes from August 30, 2000 reveal that the patient did not smoke and on the review of systems it was noted: "Cardiac- No problems." His blood pressure was mildly elevated (150/80) on nifedipine (Adalat CC) 60 mg per day. His cholesterol in August, 2000 was elevated at 236 and HDL was 39 mg/dl and LDL ("bad cholesterol") was 152.4 mg/dl (borderline high risk, less than 130 "desirable").. He was begun on simvastatin (Zocor) 20 mg and repeat cholesterol in January, 2001 was 192 (normal) and HDL ("good cholesterol") was 48 mg/dl (1.00 X average risk for Coronary Heart Disease, normal protective range) and triglycerides were 116 mg/dl (normal). He had an excellent response to Zocor with normalization of his cholesterol and an increase in the "good" cholesterol (HDL).

The risk of an acute coronary syndrome decreases rapidly after the institution of statin therapy, as early as one month. ("Early statin therapy in acute coronary syndromes, Kinlay S, Minerva Cardioangiol. 2003 Oct; 51 (5):577-584; Statin therapy in the heart

**Birmingham Rheumatology**
Suite 509
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@PoL.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.
(205) 877-2551
Fax (205) 877-2791

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Diplomates, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, Al. 35242
Phone (205) 991-8996
Fax (205) 991-8997

and estogren/progestin replacement study, Daniel KR, Herrington DM, Minerva Ginecol., 2003 Jun, 55(3):209-15.)

Dr. David Chalk's note of October 31, 2000 states that Henry Hensley complained of arthritis pain in his left knee, right heel, and right ankle. He diagnosed degenerative joint disease and noted that "he takes some of his wife's Vioxx and this does help his joint pain when it flares up." Judith Ingram's note at the Birmingham VA Hospital of October 30, 2000 states that "will give a 4 month trial Vioxx" and a diagnosis of degenerative joint disease.

On April 11, 2001, the patient awoke complaining to his wife of chest pain. His wife witnessed him lose consciousness and called 911. When the paramedics arrived, they found Mr. Hensley "slumped over in a chair" with cold and cyanotic skin, and no pulse. Cardiopulmonary resuscitation was begun. Cardiac monitor showed ventricular fibrillation. Repeated shocking failed to produce a pulse. The patient was pronounced dead on arrival of an acute myocardial infarction.

From review of the records, it appears that Mr. Hensley did suffer from degenerative joint disease or osteoarthritis. This is a chronic disease that is progressive. There is no cure. Surgery can help relieve pain in certain joints, e.g., knees and hips with joint replacements. Fusions can sometimes help in the ankles and the spine. The prognosis of osteoarthritis is for chronic pain that often requires chronic medical treatment. Mr. Hensley had been treated with a number of nonsteroidal antiinflammatory medications. At the time of the request for Vioxx at the VA Hospital in 2000, Mr. Hensley had received Lodine, Naprosyn, Motrin, Celebrex, and Indocin without relief. These treatments, including Vioxx, were all appropriate choices for the treatment of his osteoarthritis. All of these medications are FDA approved for the treatment of osteoarthritis.

The treatment of osteoarthritis involves nonmedication treatments such as weight loss, exercise, and physical therapy. Treatment of osteoarthritis with medication includes use of acetaminophen (Tylenol), tramadol (Ultram), narcotic analgesics, and nonsteoidal antiinflammatory drugs (NSAID's).

Acetaminophen has been recommended by the American College of Rheumatology for the treatment of osteoarthritis. Acetaminophen has few side effects but with excessive use can cause liver damage. Tramadol can cause seizures, nausea, and nervousness. The narcotic analgesics can lead to dependence and addiction. While addiction is actually fairly rare, it is a concern for patients, physicians, and regulators. Narcotics can also cause constipation.

**Birmingham Rheumatology**
Suite 509
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@PoL.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.
(205) 877-2551
Fax (205) 877-2791

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Diplomates, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, Al. 35242
Phone (205) 991-8996
Fax (205) 991-8997

There are two classes nonsteroidal antiinflammatory drugs (NSAID's), Cox-2 nonselective and Cox-2 selective. Older Cox-2 nonselective NSAID's inhibit both the cyclooxygenase-1 and cyclooxygenase-2 enzymes. Prostaglandins produced by the enzyme cyclooxygenase-1 line the stomach, among other things, and inhibition of Cox-1 can lead to gastritis and gastric ulceration with bleeding. Drugs selective for cyclooxygenase-2 were developed to preserve the stomach and lower the incidence of ulcers and gastrointestinal bleeding. Vioxx is one of these drugs and is used to treat osteoarthritis. One of the concerns with the Cox-2 selective NSAID's, particularly Vioxx, has been the imbalance in the clotting system with its use. Nonselective NSAID's, that inhibit Cox-1, blocks the generation of thromboxane, a prostaglandin that leads to platelet aggregation. Inhibition of Cox-1 prevents platelet aggregation and leads to an increased bleeding time. Surgeons routinely tell patients to stop nonselective NSAID's that inhibit Cox-1 because these drugs can cause increased bleeding at surgery. But the nonselective NSAID's, also inhibit Cox-2. Cox-2 leads to the generation of prostacyclin. Prostacyclin is anti-thrombotic and prevents blood clots. It is thought that the nonselective NSAID's do not lead to blood clots because they inhibit both Cox-1 and Cox-2.

On the other hand, Cox-2 selective NSAID's inhibit only Cox-2 and prevent the generation of prostacyclin. They do not inhibit Cox-1 and therefore, thromboxane, the prothrombotic prostaglandin can be made while the antithrombotic prostaglandin, prostacyclin that balances the clotting system, is inhibited. This can lead to blood clots. A recent study funded by Merck, the makers of Vioxx, revealed an increased incidence of myocardial infarction (as presented to the American College of Rheumatology). Presented to the ACR in October, 2003:

- The Brigham & Women's Hospital rheumatologist and epidemiologist Daniel H. Solomon headed the study, which looked at records of 54,475 Medicare patients, all of them over 65.
- Researchers found that the apparent cardiac risk was greatest in the first 90 days in which a patient is taking Vioxx. In the first 30 days, the researchers found, Vioxx was linked to a 39% increased heart-attack risk compared with Celebrex. Between 30 and 90 days that increased relative risk was 37%. After 90 days, there didn't appear to be any increased risk.

In Mr. Hensley's case, he was taking the Vioxx intermittently. This was likely increase the risk of an adverse thrombotic event.

In the Vigor trial, also funded by Merck, the myocardial infarction incidence rate in the Vioxx group was 20 out of 4047 patients. The Naproxen group had a myocardial infarction incidence rate of 5 out of 4029 patients. This four-fold increased incidence

**Birmingham Rheumatology**
Suite 509
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@PoL.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.
(205) 877-2551
Fax (205) 877-2791

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Diplomates, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, Al. 35242
Phone (205) 991-8996
Fax (205) 991-8997

of myocardial infarction was noted by the Food and Drug Administration.   More recent data in the Physicians Desk Reference reveals 28 cardiac events in the Vioxx group and 10 in the Naproxen group.  This difference was significant to a p-value of $\leq 0.006$.  The FDA required a precaution statement that "caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease. "

Vioxx is also associated with hypertension.   At the European League Against Rheumatism meeting in 2003 in Portugal, a report was presented entitled:  **Rofecoxib Linked to Hypertension in Patients with Rheumatoid Arthritis and Osteoarthritis**
- The authors used a health insurance claims database that contains information on over 3 million U.S. patients annually to estimate the risk of hypertension among patients with OA or RA who were treated with rofecoxib or celecoxib
- Treatment with rofecoxib versus celecoxib was an independent predictor of new development of hypertension , RR 1.33-1.58  (a 33-58% increase with Vioxx over Celebrex).

The PDR reports that "in clinical trials of arthritis the incidence of hypertension was twice as high in patients treated with Vioxx as compared to patients treated treated with naproxen 1000 mg daily.  Again, the FDA warns, "Vioxx should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure."

Mr. Hensley's blood pressure was under fairly good control but the failure of his blood pressure medication to normalize his blood pressure may have been related to Vioxx.

Mr. Hensley received Vioxx to treat osteoarthritis.  Vioxx is approved by the FDA for the treatment of osteoarthritis.  He was not known to have ischemic heart disease.  He was noted to have hypertension and was on treatment for this.  The degree of hypertension on treatment was mild with a normal diastolic blood pressure.  He was found to have hypercholesterolemia with an elevated LDL cholesterol and low HDL cholesterol.  He was treated with Zocor and his cholesterol normalized and his HDL increased to a level that is not associated with an increased risk of myocardial infarction.  Studies indicate that statin medications cause a rapid lowering of the risk of myocardial infarction.  Mr. Hensley was a nonsmoker.  He had no symptoms to suggest heart disease prior to the morning of April 11, 2001.  Vioxx (rofecoxib) has been shown to be prothrombotic with an increase in myocardial infarctions.  This was most recently demonstrated in a study funded by Merck and presented at the American College of Rheumatology in October, 2003.  Vioxx is also known to increase blood pressure.  It is my medical opinion to a reasonable degree of medical certainty that Mr. Hensley's fatal myocardial infarction of April 11, 2001 was directly related to his ingestion of Vioxx.

**Birmingham Rheumatology**
Suite 509
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

**David A. McLain, M.D.,**
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@PoL.net

**Mary Altz-Smith, M.D.,**
F.A.C.P., F.A.C.R.
(205) 877-2551
Fax (205) 877-2791

**Prameela D. Goli, M.D.**
(205) 877-2552
Fax (205) 877-2519

Diplomates, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, Al. 35242
Phone (205) 991-8996
Fax (205) 991-8997

Sincerely,

David A. McLain, M.D., FACP, FACR

# EXHIBIT C

EXHIBIT C

| DOC | ARTICLE TITLE | AUTHORS | CITATION | TYPE OF ARTICLE |
|---|---|---|---|---|
| 2 | Tolerability of Rofecoxib | Asero R | Allergy Net | |
| 5 | Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs | Patrono C, Patrignani P, Garcia Rodriguez LA | J Clin Investigations 7/01; 108(1): 7 | |
| 7 | Cardiovascular thrombotic events in controlled, clinical trials of Rofecoxib | Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ | Circulation 11/6/01; 2280 | Controlled study |
| 8 | Lack of cross-reactivity between rofecoxib and aspirin in aspirin-sensitive patients with asthma | Steenson DD, Simon RA | J Allergy Clin Immunol 7/01108(1): 47 | Controlled study |
| 9 | Discussion on Refecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production | Palmer RH | Gastroenterology 9/01; 121(5); 1262 | |
| 10 | Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding | Wardle EN | Lancet 11/3/01; 358; 1550 | |
| 12 | Memo of the FDA Re:  OPDRA Postmarketing Safety Review. | | | FDA |
| 13 | Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis | Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ (the VIGOR group study) | NEJM 11/23/00; 343(21); 1520 | Controlled study |
| 14 | Risk of cardiovascular events associated with selective COS2 inhibitors | Mukherjee D, Nissen SE, Topol EJ | JAMA 8/22/01: 286(8); 954 | Review of other studies |
| 18 | Cyclooxygenase (COX2) selective inhibitors | Nguyen A, Chaiton A | Canadian Family Physician 7/01 (47); 1398 | Review article |
| 19 | Rofecoxib shows consistent efficacy in osteoarthritis clinical trials, regardless of specific patient demographic and disease factors | Detora LM, Krupa D, Bolognese J, Sperling RS, Ehrich EW | J Rheumatology 2001 28(11); 2494 | Controlled study |
| 20 | Cardiovascular events and COX2 inhibitors | Burnakis TG | JAMA 12/12/01; 286(22); 2808 | Letter |
| 21 | Cardiovascular safety of COX2 inhibitors | | The Medical Letter 11/12/01; 43 (1118); 99 | |
| 24 | Effects of Specific Inhibition of Cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids | Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, FitzGerald GA | Pharmacology, 5/99; 289(2): 735-41 | Controlled study |
| 25 | Rofecoxib | | Drugs 5/01; 61(6); 833 | Review article |

| | | | |
|---|---|---|---|
| 26 | Effect of local application of growth factors on gastric ulcer healing and mucosal expression of cyclooxygenase-1 and -2 | Brzozowski T, Konturek PC, Konturek SJ, Schuppan D, Drozdowicz D, Kwiecien S, Majka J, Nakamura T, Hahn EG | Digestion 2001; 64:15-29 | Animal study |
| 27 | Low sodium and furosemide-induced stimulation of the renin system in man is mediated by cyclooxygenase 2 | Kammerl MC, Nusing RM, Schweda F, Endemann D, Stubanus M, Kees F, Lackner KJ, Fischereder M, Kramer BK | Clin Pharmacology and Therapeutics11/01; 70(5); 468 | Controlled study |
| 28 | Patient and Physician satisfaction with rofecoxib in osteoarthritis: Results of the EVA (Experience with Vioxx in Arthritis) survey | Steinfeld S, Poriau S | Current Medical Research and Opinions 2001; 17(2):81-87 | Survey |
| 29 | Rofecoxib safe in NSAID hypersensitivity | Berges-Gimeno MP, Camacho_garrido E, Garcia-Rodriguez RM, Alfaya T, Garcia CM, Hinojosa M | Allergy Net | Controlled study |
| 30 | Targeting angiogenic processes by combination rofecoxib and ionizing radiation | Dicker AP, Williams TL, Grant DS | Am J Clin Oncol 2001; 24(5); 438-42 | Controlled study |
| 31 | Cyclooxygenase inhibitors and the antiplatelet effects of aspirin | Catella-Lawson F, Reilly MP, Kapoor SC, Cucchiara AJ, DeMarco S, Tornier B, Vyas SN, FitzGerald GA | | Abstract Only |
| 32 | The Coxibs, selective inhibitors of cyclooxygenase-2 | Killen JP | NEJM 12/6/01; 345(23) 1708-09 | |
| 33 | Rofecoxib vs. Celecoxib vs. acetaminophen for treatment of osteoarthritis | Bierma-Zeinstra SMA, Bohnen AM, Berger MY, Thomas S | JAMA 4/10/02; 287 (14) 1799 | |
| 38 | Rofecoxib for Osteoarthritis and Pain | | The Medical Letter 7/2/99; 41: 59-61 | |
| 39 | FDA Warns Merck Over Its Promotion of Rofecoxib | Josefson | BMJ 10/6/01; 323: 767 | |
| 40 | Platelet-Active Drugs: The Relationship Among Dose, Effectiveness, and Side Effects | Patrono C, Coller B, Dalen JE, FitzGerald GA | Chest 1/01; 119(1): 39S-63S | |
| 41 | Cyclo-oxygenase products and atherothrombosis | FitzGerald, GA, Austin S, Egan K, Cheng Y, Pratico D | Ann Med 2000; 32 Suppl 1: 21-6 | |
| 42 | COX-2 Inhibition and Thrombotic Tendency: a Need for Surveillance | Gleland LG, James MJ, Stamp LK, Penglis PS | Med J Aust 8/20/01; 175: 214-7 | |
| 44 | Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone) | Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q | Amer J Cardiol 1/15/02; 89: 204-9 | Study |

| | | | |
|---|---|---|---|
| 46 | Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis (The CLASS study: a randomized controlled trial) | Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB,m Verburg KM, Geis GS | JAMA 9/13/00; 284(10): 1247-55 | Controlled study |
| 47 | Effect of Cyclooxygenase-2 Inhibition on Renal Function in Elderly Persons Receiving a Low-Salt Diet | Swan SK, Rudy DW, Lasseter KC, Ryan CF, Buechel KL, Lambrecht LJ, Pinto MB, Dilzer SC, Obrda O, Sundblad KJ, Gumbs CP, Ebel DL, quan H, Larson PJ, Schwartz JI, Musliner TA, Gertz BJ, Brater C, Yao S | Ann Intern Med 7/4/00; 133(1): 1-9 | Controlled Study |
| 48 | Nimesulide and Renal Impairment | Leone R, Conforti A, Ghiotto E, Moretti U, Valvo E, Velo GP | Eur J Clin Pharmacol 1999; 55: 151-4 | Study |
| 49 | Renal Effects of Selective Cyclooxygenase-2 Inhibition in Normotensive Salt-Depleted Subjects | Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M | Clin Pharmacology and Therapeutics 7/99; 66(1): 76-84 | Study |
| 50 | Angiotensin II Attenuates Renal Cortical Cyclooxygenase-2 Expression | Cheng H, Wang J, Zhang M, Miyazaki Y, Ichikawa I, McKanna JA, Harris RC | J Clin Invest 4/99; 103(7): 953-61 | |
| 51 | Cyclooxygenase-2 is Associated with the Macula Densa of Rat Kidney and Increases with Salt Restriction | Harris RC, McKanna JA, Akai Y, Jacobson HR, Dubois RN, Breyer MD | J Clin Invest 12/94; 94: 2504-10 | |
| 52 | Differential Regulation of Renal Cyclooxygenase mRNA by Dietary Salt Intake | Jensen BL, Kurtz A | Kidney International 1997; 52: 1242-9 | |
| 54 | Inhibition of the Renin-Angiotensin System Upregulates Cyclooxygenase-2 Expression in the Macula Densa | Wolf K, Castrop H, Hartner A, Goppelt-Strube M, Hilgers KF, Kurtz A | Hypertension 9/99; 503-7 | |
| 55 | Prostaglandin Synthase 2 Gene Disruption Causes Severe Renal Pathology in the Mouse | Morham SG, Loftin CD, Tiano HF, Langenbach R, Vouloumanos N, Jennette JC, Mahler JF, Kluckman KD, Ledford A, Lee CA, Smithies O | Cell 11/3/95; 83: 473-82 | |
| 56 | Effects of Celecoxib and Naproxen on Renal Function in the Elderly | Whelton A, Schulman G, Wallemark C, Drower EJ, Isakson PC, Verburg KM, Geis S | Arch Intern Med 5/22/00; 160: 1465-70 | Crossover study |
| 57 | Cox-2 Inhibitors | Hawkey CJ | Lancet 1/23/99; 353: 307-14 | |

| | Title | Authors | Publication | Notes |
|---|---|---|---|---|
| 58 | Thrombosis in Patients with Connective Tissue Diseases Treated with Specific Cyclooxygenase 2 Inhibitors | Crofford LJ, Oates JC, McCune WJ, Gupta S, Kaplan MJ, Catella-Lawson F, Morrow JD, McDonagh KT, Schmaier AH | Arthritis and Rheumatism 8/00; 43(8): 1891-6 | |
| 59 | Cyclooxygenase-2: A Major Therapeutic Advance | Emery P | Am J Med 1/8/01; 110(1A): 42S-9S | |
| 60 | When to try COX-2 specific inhibitors | Rehman Q, Sack KE | Postraduate Medicine 10/1/99; 106(4): 95-106 | |
| 61 | Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in Healthy Volunteers | Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallobn A, Tanaka W, Wynants K, Buntinx A, Arnout J, Wong PH, Ebel DL, Gertz BJ, De Schepper PJ | J Clin Pharmacol 2000; 40: 1109-20 | Partially blinded, randomized, placebo-controlled parallel group study in 76 healthy females randomized to placebo, vioxx (12.5 or 25 mg daily), diclofenac, ibuprofen, naproxen or meloxicam |
| 62 | Adverse Upper Gastrointestinal Efects of Rofecoxib Compared with NSAID'sd | Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao P, Quan H, Bolognese JA, Simon TJ | JAMA 11/24/99; 282(20): 1929-33 | Pooled analysis of 8 randomized, double blind phase 2b/3 OA trials with vioxx |
| 65 | COX-2 Specific Inhibitors - the Emergence of a New Class of Analgesic and anti-inflammatory Drugs | Everts B, Wahrborg, Hedner T | Clin Rhematol 2000; 19: 331-43 | |
| 66 | Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen | Fernandez MD, Garcia JLZ, Garcia FD | NEJM 5/3/01; 344(18): 1398-9 | Editorial |
| 67 | A Randomized Trial Measuring Fecal Blood Loss after Treatment with Rofecoxib, Ibuprofen, or Placebo in Healthy Subjects | Hunt RH, Bowen B, Mortensen ER, Simon TJ, James C, Cagliola A, Quan H, Bolognese JA | Am J Med 8/15/00; 109: 201-6 | Study |
| 70 | A Randomized, Double-Blind, Crossover Comparative Endoscopy Study on the Gastroduodenal Tolerability of a Highly Specific Cyclooxygenase-2 Inhibitor, Flosulide, and Naproxen | Bjarnson I, Macpherson A, Rotman H, Schupp J, Hayllar J | Scandinavian J Gastroenterol 2/97; 32(2): 126-30 | Study |
| 71 | Different Actions of the Cyclooxygenase 2 Selective Inhibitor Flosulide in Rats with Passive Heymann Nephritis | Heise G, Grabensee B, Schror K, Heering P | Nephron 1998; 80: 220-6 | Study |

| | | | |
|---|---|---|---|
| 72 | Effect of flosulide, a selective cyclooxygenase 2 inhibitor on passive Heymann nephritis in the rat | Blume C, Heise G, Muhlfeld A, Bach D, Schror K, Dieter CD, Grabensee B, Heering P | Kidney International 1999; 56: 1770-8 | |
| 73 | Renal and endocrine effects of flosulide, after single and repeated administration to healthy volunteers | Brunel P, Hornych A, Guyene TT, Sioufi A, Turri M, Menard J | European J Clin Pharmacol 1995; 49: 193-201 | study |
| 74 | Wound collagen deposition in rats: effects of an NO-NSAID and a selective COX-2 inhibitor | Muscara MN, McKnight W, Asfaha S, Wallace JL | British J Pharmacol 2000; 129: 681-6 | |
| 75 | A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/ Uppsala Monitoring Centre Safety Database | Zhao, Reynolds, Lefkowith, Whelton, Arellano | Clinical Therapeutics 11/9/01;  23 (9) 1478-91 | Study |
| 76 | Gastrointestinal safety of coxibs and outcome studies:  What's the verdict? | Laine | J Pain Symptom Manage 2002; 23:S5-S10 | Review of other studies |
| 77 | COX Inhibitors and thromboregulation | Marcus, Broekman, Pinsky | NEJM 9/26/02; 347 (13): 1025-26/ | |
| 78 | Basic Biology and Clinical Application of Specific Cyclooxygenase-2 Inhibitors | Crofford, Lipsky, Brooks, Abramson, Simon, Putte | Arthritis and Rheumatism 1/00; 43(1): 4-13 | |
| 79 | Pharmacokinetics, COX2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans | Depre, Ehrich, Van Hecken, De Lepeleire, Dallob, Wong, Porras, Gertz, Schepper | Eur J Clin Pharmacol 2000; 56:167-174 | Study |
| 80 | Cyclooxygenase inhibition: between the devil and the deep blue sea | Hawkey CJ | Gut 2002; 50 (Suppl III): iii25-iii30 | |
| 81 | Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac | White, Faich, Whelton, Maurath, Ridge, Verburg, Geis, Lefkowith | Amer J Cardiology 2/15/02; 89:425-430 | Study |
| 82 | Cyclooxygenase-2 inhibition decreases renin content and lowers blood pressure in a model of renovascular hypertension | Wang, Cheng, Harris | Hypertension 7/99; 96-101 | Animal study |
| 83 | What have we learned from the large outcome trials of COX-2 selective inhibitors?  The rheumatologist's perspective. | Hochberg | Clin Exp Rheumatol 2001; 19(Suppl. 25): S15-S22 | |
| 84 | Celecoxib and Rofecoxib | Brinker, Bonnel, Feight, Nourjah (FDA) | JADA 11/01; 132: 1502-3 | Letter |

| | | | |
|---|---|---|---|
| 85 | Celecoxib and Rofecoxib | Moore, Hersh | JADA 11/01; 132: 1502-3 | Letter |
| 86 | NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials? The gastroenterologist's perspective | Hawkey CJ | Clin Exp Rheumatol 2001; 19(suppl. 25): S23-S30 | |
| 87 | Are selective COX2 inhibitors superior to traditional nonsteroidal anti-inflammatory drugs? | Juni, Rutjes, Dieppe | BMJ 6/1/02 (324): 1287-1288 | |
| 88 | Potential alternatives to COX2 inhibitors | Skelly, Hawkey | BMJ 6/1/02 (324): 1289-1290 | |
| 89 | Failing the Public Health - Rofecoxib, Merck and the FDA | Topol EJ | NEJM 351; 17 (10/21/04) | |
| 90 | Safety profile of rofecoxib as used in general practice in England: Results of a prescription-event monitoring study | Layton D, Riley J, Wilton LV, Shakir SAW. | Br J Clin Pharmacol 55: 166-174 (2003) | Study |
| 91 | COX 2 selective non-steroidal inati-inflammatory drugs and cardiovascular disease | Ray WA, MacDonald TM, Solomon DAH, Graham DJ, Avorn J | Pharmacoepid and Drug Safety 2003; 12; 67-70 | |
| 92 | Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study | Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR | Lancet 359; 118-123 | |
| 93 | COX 2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease | Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR | Lancet 360; 10711073 (10/5/02) | |
| 94 | Cyclooxygenase-2 expression and inhibition in atherothrombosis | Cipollone F, Rocca B, Patrono C | Arterioscler Thromb Vasc Biol (2/04) 246-255 | |
| 95 | Specific cyclooxygenase 2 inhibitors: A new choice of nonsteroidal anti-inflammatory drug therapy | Osiri M, Moreland LW | Arthritis Care and Research; 12(5); 351-359 (10/99) | |
| 96 | Risk of acute myocardial infarction and sudden cardiac death in patients treated with Cox 2 selective and non-selective NSAIDs | Graham DJ, Campen D, Cheetham C, Hui R, Spence M, Levy G, Shoor S, Ray WA | FDA 9/30/04 | |
| 97 | Effect of ibuprofen on cardioprotective effect of aspirin | | Lancet 361;1558-59 (5/3/03) | Letter |
| 98 | NSAIDs and selective Cox 2 inhibitors: competition between gastroprotection and cardioprotection | Boers M | Lancet 357;1222-1223 (4/21/01) | Letter |

| | | | |
|---|---|---|---|
| 99 | Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib | Meyer CH, Gahler R | Lancet 366; 1100 (10/5/02) | Letter |
| 100 | Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomized controlled trial | TARGET study group | The Lancet 364;675-684 (6/21/04) | Controlled study |
| 101 | New Drug Classes | Hawkey CJ | The Lancet 353; 307-314 | |
| 102 | Cox 2 inhibitors and risk of heart failure | Kammerl MC, Debler J, Riegger GA, Dramer BK | The Lancet 364;1486-1487 | Letter |
| 103 | Cyclo-oxygenase 2 inhibitors versus non-selective non=steroidal anti-inflammatory drugs and congestive heart failure outcomes in eldery patients: a population based cohort study | Mamdani M, Juurlink DN, Lee DS, Rochon PA, Kopp A, Austin PC, Gagilie G, Laupacis A, Tukel TA | The Lancet 363; 1751-1756 | Cohort |
| 104 | Gastrointestinal bleeding after the introduction of Cox 2 inhibitors: ecological study | Mamdani M, Juurlink DN, Kopp A, Naglie G, Austin PC, Laupacis A | BMJ | Population based cross sectional analysis |
| 105 | Risks of cardiovascular events and rofecoxib: cumulative meta-analysis | Juni P, Brichenbach S, Sterchi R, Dieppe PA, Egger M | The Lancet 11/6/04 | Meta-analysis |
| 106 | Vioxx, the implosion of Merck, and aftershock as the FDA | | The Lancet 11/6/04 | Editorial |
| 107 | Postmarketing surveillance - lack of vigilance, lack of trust | Fontanarosa PB, Rennie D, DeAngelis CD | JAMA; 292(21):2647-2650 | Editorial |
| 108 | Gastroprotective therapy and risk of gastrointestinal ulcers: Risk reduction by COX 2 therapy | Wolfe F, Anderson J, Burke TA, Arguelles LM, Pettitt D | J Rheumatol 2002; 29:467-473 | |
| 109 | A randomized trial comparing the effect of rofexocib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis | Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H, Stern S, Quan H, Bolognese J (Rofexocib Osteoarthritis Endoscopy Study Group) | Gastroenterology 1999;117:776-783 | Double blind, randomized controlled trial |
| 110 | Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable wth that of diclofenac sodium | Cannon GW, Caldwell JR, Holt P, McLean B, Sedienberg B, Bolognese J, Ehrich E, Mukhopadhyay S, Daniels B Rofexocib Phase III protocol 035 Study Group | Arthritis & Rhuematism; 43(5), 2000:978-987 | Randomized controlled trial |

| | | | |
|---|---|---|---|
| 111 | Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis | Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-cocco J, Acevedo E, Shahane A, Quan H, Bolognese J, Mortensen E (Rofecoxib Osteoarthritis Endscopy Multinational Study Group) | Arthritis & Rheumatism; 43(2), 2000:370-377 | Randomized controlled trial |
| 112 | Impact of prolonged cyclooxygenase 2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein | P Bogaty, JM Brophy, M Noel, L Boyer, S Simard, F Bertrand, GR Dagenais | Circulation 2004; 110:934-939 | Double blind study of 35 subjects on low dose aspirin and elevated C reactive protein levels.  Vioxx 25 mg/day, placebo for 6 months |
| 113 | Osteoarthritis of finger joints in Finns aged 30 or over:  prevalence, determinants, and association with mortality | MM Haara, P Manninen, H Kroger, JPA Arokoski, A Karkkainen, P Knekt, A Aromaa, M Heliovaara | Ann Rheum Dis 2003; 62:151-158 | Mini-Finland Health Survey |
| 114 | Increase in cardiovascular and cerebrovascular disease prevalence in rheumatoid arthritis | F Wolfe, B Freundlich, WL Straus | J Rheumatol 2003; 30:36-40 | Sent surveys to patients registered in National Data Bank for Rheumatic Diseases |
| 115 | Oxidative stress:  The curse that underlies cerebral vascular dysfunction? | FM Faraci | Stroke 2005; 36:186-188 | Editorial |
| 116 | The Janus face of cyclooxygenase-2 in ischemic stroke:  shifting toward downstream targets | C Iadecolo, PB Gorelick | Stroke 2005; 36:182-185 | Adavances in Stroke |
| 117 | Arthritis medicines and cardiovascular events - "House of Coxibs" | EJ Topol | JAMA 2005; 293(3):366-367 | Editorial |
| 118 | Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs | T Kurth, RJ Glynn, AM Walker, KA Chan, JE Buring, CH Hennekens, JM Gaziano | Circulation 2003; 108:1191-1195 | Randomized double-blind, placebo-controlled study.  Gave 325mg aspirin to physicians on NSAIDs |
| 119 | Evaluation of effects of Rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood | MR Hernandez, R Tonda, M Pino, M Serradell, G Arderiu, G Escolar | Eur J Clin Invest 2004; 34(4): 297-302 | Rofecoxib and ASA experiment on human whole blood |
| 120 | Cardiovascular events associated with refexcoib in a colorectal adenoma chemoprevention trial | RS Bresailier, RS Sandler, H Quan, JA Bolognese, B Oxenius, K Horgan, C Lines, R riddell, D Morton, A Lanas, MA Konstam, JA Baron | NEJM 2002: 352 | |

| | | | |
|---|---|---|---|
| 121 | To inform or persuade?  Direct-to-consumer advertising of prescription drugs | ER Berndt | NEJM 2005; 325 | Perspective |
| 122 | Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis | H Schmidt, BG Woodcock, G Geisslinger | Drug Safety 2004; 27(3):185-196 | Review article |
| 123 | Do some inhibitors of Cox-2 increase the risk of thromboembolic events? | DWJ Clark, D Layton, SAW Shakir | Drug Safety 2004;27(7): 427-456 | Review article |
| 124 | Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction | T Saito, IW Rodger, F Hu, H Shennib, A Giaid | Biochem and Biophysical Research Comm 2000; 273: 772-775 | Rat study |
| 125 | The disputed role of Cox-2 in myocardial infarction, Is the jury still out? | HH Patel, GJ Gross | J Mol Cell Cardiol 2002; 34: 1-3 | Editorial |
| 126 | Rheumatoid factor, chronic arthritis and mortality | M Heliovaara, K Aho, A Aromaa, J Maastela, A Reunanen | Ann Rheum Dis 1995; 54: 811-814 | |
| 128 | Selective inhibitors of cyclooxygenase-2: A growing class of anti-inflammatory drugs | IA Mardini, GA FitzGerald | Molecular Interventions 2001: 1(1):30-38 | |
| 129 | Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction | LM Fischer, RG Schlienger, CM Matter, H Jick, CR Meier | Arch Intern Med 2004; 164: 2472-2476 | Case control analysis |
| 131 | Role of prostacyclin in the cardiovascular response to Thromboxane A2 | Y Cheng, SC Austin, B Rocca, BH Koller, TM Coffman, T Grosser, JA Lawson, GA FitzGerald | Science 2002; 296:539 | |
| 132 | Selective Cox-2 inhibition and cardiovascular effects:  A review of the rofecoxib development program | MR Weir, RS Sperling, A Reicin, BJ Gertz | Am Heart 2003; 146: 591-604 | |
| 133 | Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning | MGW Camitta, SA Gabel, P Chulada, A Bradbury, R Langenbach, DC Zeldin, E Murphy | Circulation 2001; 104:2453-2458 | |
| 134 | Lessons from the withdrawal of rofecoxib | | BMJ 2004;329:867-68 | |

| | | | |
|---|---|---|---|
| 135 | Selective cyclooxygenase-2 inhibition and cardiovascular effects.  An observational study of a Medicaid population | Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD | Arch Intern Med 2005; 165: 181-186 | Observational retrospective cohort study of a Medicaid population, largely African American, at increased risk for CV events because of concomitant illness |
| 136 | The effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus | Sowers JR, White WB, Pitt B, Whelton A, Simon LS, Winer, N, Kivitz A, van Ingen H, Brabant T, Fort JG (Celecoxib Rofecoxib Efficacy and Safety in Comorbidities Evaluation Trial (CRESENT) Investigators | Arch Intern Med 2005; 165:161-168 | Multicenter, international, randomized, double blind trial. Celebrex 200 mg/day; Vioxx 25 mg/day; Naproxen 500 mg bid, for 12 weeks |
| 138 | Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure | Aw T, Haas SJ, Liew D, Krum H | Arch Intern Med 2005; 165: 1-7 | 19 randomized controlled trials with coxibs published before 5/04 with a total of 45,451 participants in which BP data was available. |
| 139 | Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population | Rodriquez LAG, Vara-Lorenzo C, Maguire A, Gonzalez-Perez A | Circulation 2004;109:3000-3006 | UK Cohort study with nested case-control analysis - 4,975 AMI subjects |
| 140 | Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective anti-inflammatory drugs: nested case control study | Graham DJ, Campen D, Hui M, Spence M, Cheetham C, Levy G, Shoor S, Ray WA | | Nested case control study. Subjects selected from database of Kaiser patients - patients with AMI and sudden cardiac death |
| 141 | Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults | Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J | Circulation 2004;109:2068-2073 | Matched case contol study of 54,000 patients, 11,000 of whom had AMI. Data base was Medicare beneficiaries in PA and NJ.  End point was AMI |

| | | | | |
|---|---|---|---|---|
| 142 | Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective NSAID and nonusers of NSAID receiving ordinary clinical care | Wolfe F, Zhao S, Reynolds M, Pettitt D | J Rheumatol 2004;31:1143-51 | Prospective analysis of 8538 people taking either no NSAID, nonspecific NSAID, celecoxib or rofecoxib |
| 145 | The effects of rofecoxib on 23 hour ambulatory blood pressure and heart rate monitoring in patients with hypertension and osteoarthritis | Derici U, Berna G, Fatma A, Kadriye AR, Yasemin E, Seminur H, Sukru S | Poster 5/16/04 | Study. Rofecoxib 12.5 mg/day |
| 146 | Renal effect of Cox2-specific inhibitors in patients suffeed from renal dysfunction | Horackova M, Schueck O, Komers R, Teplan V, Kvapil M, Stollova M | Poster 5/16/04 | Study. Vioxx 25 mg/day |
| 147 | Tolerability of rofecoxib versus naproxen | Hanauer LB | Annals of Int Med 2004;140(12):1058 | Letter to the Editor |
| 148 | Tolerability of rofecoxib versus naproxen | Jenkinson ML | Annals of Int Med. 2004; 140(12): 1058 | Letter to the Editor |
| 149 | Tolerability of rofecoxib versus naproxen | Lisse JR, Perlman M, Polis AB, Geba GP | Annals of Int Med 2004;140(12):1059 | Response to Letter to the Editor |
| 150 | Changes in osteoarthritis management by general practitioners in the Cox2-inhibitor era-concomitant gastroprotective therapy | Bouee S, Charlemagne A, Fagnani F, Le Jeunne P, Sermet C, Naudin F, Lancry P | Joint Bone Spine 71 (2004) 214-220 | Vioxx and Celebrex |
| 151 | Relationship between Cox-2 specific inhibitors and hypertension | Solomon DH, Schneeweiss S, Levin R, Avorn J | Hypertension 2004;44:140-145 | Retrospective case control study invovling 17 844 subjects. Vioxx and Celebrex |
| 152 | Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib and other NSAIDs | Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Fritts S, Sorenson HT | Arch Intern Med 2005;165:978-984 | Population based case controlled study of 10 280 patients with first MI. Vioxx, Celebrex, Naproxen, Nonselective NSAID |
| 153 | Current use of Nonsteroidal antiinflammatory drugs and the risk of acute myocardial infarction | Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR | Pharmacotherapy 2005;25(4):503-510 | Retrospective case control study involving 8688 patients with first MI between 1995 and 2001 |

| | | | |
|---|---|---|---|
| 154 | Risk of upper gastrointestinal hemorrhage in warfarin users treated with nonselective NSAIDs or COX 2 inhibitors. | Battistella M, Mamdami MM, Juurlink DN, Rabeneck L, Laupacis A | Arch Intern Med 2005;165: 189-192 | Nested case control study of older adults |
| 155 | Patients exposed to rofexocib and celecoxib have different odds of nonfatal myocardial infarction | Kimmel SE, Berlin JA, Reilly M, Jaskowiak, J, Kishel L, Chittams J, Strom BL | Ann Intern Med 2005;142:157-164 | Case control study of 1718 patients with a first nonfatal MI, ages 40 to 75 between 1998 and 2002. |
| 156 | Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis | Watson DJ, Rhodes T, Cai B, Guess HA | Arch Intern Med 2002:162:1105-1110 | Case Control study of 809 RA Patients ages 40-79 in the British General Practice Research Database, excluding those with prior thromboembolic event. Study drug - naproxen |
| 157 | Cardiovascular risk factors and venous thromboembolism incidence | Tsai AW, Cushman M, Rosamond WD, Heckbert SR, Polak JF, Folsom AR | Arch Intern Med 2002: 162:1182-1189 | Prospective analysis of 215 patients with validated DVT and PE. Mean age was 59 years |
| 158 | Association between naproxen use and protection against acute myocardial infarction | Rahme E, Pilote L, LeLorier J | Arch Intern Med 2002: 162: 1111-1115 | Population based matched case control study of pateints hospitalized for AMI between 1992 and 1994 Study drug - naproxen |
| 159 | Lack of cardioprotective effect of naproxen | Mukherjee D, Nissen SE, Topol EJ | Arch Intern Med 162:2637-2640 | Letters to the Editor |
| 160 | A randomized trial of the efficacy and tolerability of the Cox-2 inhibitor rofecoxib vs. ibuprofen in patients with osteoarthritis | Day R, Morrison B, Luza A, Castaneda O, Strusberg A, Nahir M, Helgetveit KB, Kress B, Daniels B, Bolognese J, Krupa D, Seidenberg B, Ehrich E (Rofecoxib/Ibuprofen Comparator Study Group) | Arch Intern Med 2000;160:1781-1787 | Randomized double blind trial of 809 adults with OA. Placebo, Vioxx 12.5 or 25 mg per day, Ibuprofen 800 mg tid. |
| 161 | Over-the-counter pain reliever and aspirin use within a samle of long-term cyclooxygenase 2 users | Cox ER, Frisse M, Behm A, Fairman KA | Arch Intern Med 2004: 164: 1243 | Letter to the Editor. |

| | | | |
|---|---|---|---|
| 162 | Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly | Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupacis A | Arch Intern Med 2003; 163:481-486 | Population based retrospective cohort study using Canadian database from 1998 to 2001. Celebrex, vioxx, naproxen, non-naproxen NSAID. End point was AMI. Studied 70 000 subjects |
| 164 | Effects of rofecoxib or naproxen vs. placebo on alzheimer disease progression | Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL, Farlow MR, Jin S, Thomas RG, Thal LJ (Alzheimer's Disease Cooperative Study) | JAMA 2003; 289(21):2819-2826 | Multicenter, randomized, double-blind, placebo-controlled, parallel group trial. Vioxx 25 mg per day, naproxen 220 mg bid, placebo |
| 165 | Nonsteroidal anti-inflammatory drug use and acute myocardial infarction | Solomon DH, Glynn RJ, Levin R, Avorn J | Arch Intern Med 2002; 162:1099-1104 | Case control study of AMI. |
| 166 | Selective Cox-2 inhibitors, NSAIDs, Aspirin and myocardial infaction | | Arch Intern Med 2002; 162:1091-1092 | Editorial |
| 168 | Cyclooxygenases, thromboxane, and atherosclerosis:  Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism | Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA | Circulation 2005;111:334-342 | Animal study |
| 169 | Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in patients with osteoarthritis of the knee.  A combined analysis of the VACT studies | Schnitzer TJ, Weaver AL, Polis AB, Petruschke RA, Geba GP (VACT 1 and VACT 2 Stud Group) | J Rheumatol 2005; 32:1093-105 | |
| 170 | Risk of myocardial infarction in patients taking cyclo-oxygense-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis | Hippisley-Cox J, Coupland C | BMJ 2005; 330:1366 | Observational nested case control study of 9218 patients that had first MI between 2000 and 2004 |
| 171 | Emerging Risk Factors for Atherosclerotic vascular disease | Hackam DG, Anand SS | JAMA 2003; 290(7):932-940 | Review article |
| 172 | Major Risk Factors for cardiovascular disease | Canto JG, Iskandrian AE | JAMA 2003; 290(7): 947-949 | Editorial |
| 173 | Relative thromboembolic risks associated with COX-2 inhibitors | Jones CJ | Annals of Pharmacother 2005; 39: | Review article |

| | | | | |
|---|---|---|---|---|
| 174 | Current perspective on the cardiovascular effects of coxibs | Konstam MA, Weir MR | Cleveland Clinic J of Med 69(Supp 1):47-52 | Pooled analysis |
| 175 | COXIBs for dysmenorrhoea | | Bandolier 2004; 121-124 | Review article |
| 177 | Thrombosis of the cerebral veins and sinuses | Stam J | NEJM 2005; 352(17); 1791-1798 | |
| 178 | Major risk factors as antecedens of fatal and nonfatal coronary heart disease events | Greenland P, Knoll MD, Stamler J, Neaton JD, Dyer AR, Garside DB, Wilson PW | JAMA 2003; 290(7): 891-904 | Cohort |
| 179 | Effect of antihypertensive agents on cardiovascular events in patients with coronary disease and normal blood pressure:  The CAMELOT Study: A randomized controlled trial | Nissen SE, Tuzcu EM, Libby P, Thompson PD, Ghali M, Garza D, Berman L, Shi H, Buebendorf E, Topol EJ (for the CAMELOT investigators) | JAMA 2004; 292(18): 2217-2226 | Randomized controlled trial |
| 180 | Long-term use of aspirin and nonsteroidal anti-inflammatory drugs and risk of colorectal cancer | Chan AT, Giovannucci EL, Meyerhardt JA, Schernhammer ES, Curhan GC, Fuchs CS | JAMA 2005; 294(8): 914-923 | Prospective cohort study of 82,911 women in the Nurses Health Study |
| 181 | Heart Failure | Jessup M, Brozena S | NEJM 2003; 348(20): 20072017 | Review article |
| 182 | Prediction of coronary heart disease using risk factor categories | Wilson PWF, D'Agostino RB, Levy D, Belanger AM, Silberthatz H, Kannel WB | Circulation 1998; 97: 1837-1847 | Prospective, single-cener study. 2489 men and 2856 women age 30 to 74 |
| 183 | Report of specific cardiovascular outcomes of the ADVANTAGE trial | Braunstein N, Polis A | Annals of Int Med 2005; 143(2): | Letter to the editor |
| 184 | COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs | Mitchell JA, Warner TD | Nature Reviews/Drug Discovery 1/2006; 5:75-85 | Review article |

| | | | |
|---|---|---|---|
| 185 | Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications | Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM | Pharmacoepid and Drug Safety; 2005 | Retrospective cohort study. 424,584 UHC enrollees age 40-64 who used NSAIDs from 1999 to 2001. Looked for ACS (MI, unstable angina and sudden cardiac death). Excluded persons with prior MI in past one year, and persons hosp less than 3 days. |
| 186 | Is COX-2 a perpetrator or a protector? Selective COX-2 inhibitors remain controversial | Luo C, He M, Bohlin L | Acta Pharmacologica Sinica 2005 Aug:26(8):926-933 | Review article |
| 187 | Expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and its significance | Zhao S, Deng P, Huang H, Xu Z, Dai H, Hong S, Yang J, Zhou H | Clinical Chemistry 51, No. 11 2005:2170-2173 | Study of 40 AMI patients, control was 18 patients with stable coronary heart disease of similar age |
| 188 | The cardiovascular pharmacology of COX-2 inhibition | Fries S, Grosser T | Hematology 2005; 445-451 | Review article |
| 189 | Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2 | Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ | The J of Immunology 2001, 167:2831-2838 | Cellular research |
| 190 | Effects of cyclooxygenases inhibitors on vasactive prostanoids and thrombin generation at the site of microvascular injury in healthy men | Tuleja E, Mejza F, Cmiel A, Szczeklik A | Arterioscler Thromb Vasc Biol 2003;23:1111-1115 | 45 healthy men received 7 days of either vioxx 50 mg, naproxen, aspirin or diclofenac, then measured for thromboxane, prostacyclin and thrombin at site of microvascular injury |
| 191 | COX-2 selective inhibitors - important lessons learned | Maxwell SRJ, Webb DJ | Lancet 1/25/05 | Comment |

| | | | |
|---|---|---|---|
| 192 | A survey of aspirin use, non-prescription NANSAID use, and cigarette smoking among users and non-users of prescription NANSAIDs: Estimates of the effect of unmeasured confounding by these factors on studies of NANSAID use and risk of myocardial infarction | Velentgas P, Cali C, Diedrick G, Heinen MJ, Verburg KM, Dreyer NA, Walker AM | Unpublished? 7/10/02 | Mail survey of UHC members-2000 users of prescription NANSAIDs, 1000 people who did not fill a Rx for NANSAIDs and 500 users of celebrex, ages 40-64. |
| 193 | The risk of myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults | Levesque LE, Brophy JM, Zhang B | Ann Intern Med 2005;142:481-489 | Retrospective, population based cohort study of 113,927 persons at least 66 years of age newly treated with NSAID. |
| 194 | Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacylcin in cigarette smokers | McAdam BF, Byrne D, Morrow JD, Oates JA | Circulation 2005;112:1024-1029 | Double blind placebo controlled study of 17 male smokers and 15 male nonsmokers who were given vioxx 50 mg/da or placebo, one week washout and then crossover for one week. |
| 195 | Long-term use of traditional non-steroidsl anti-inflammatory drugs and the risk of myocardial infarction in the general population | Rodriquez LAG, Gonzalez-Perez A | BMC Medicine 2005;3:17 | Nested case control analysis with 4,975 cases of acute MI and 20,000 controls |
| 196 | Selective COX-2 inhibitors and risk of myocardial infarction | Krotz F, Schiele TM, Klauss V, Sohn HY | J Vasc Res 2005;42:312-324 | Review |
| 197 | Cyclooxygenase inhibition and cardiovascular risk | Antman EM, DeMets D, Loscalzo J | Circulation 2005;112:759-770 | Review |
| 198 | The trade-off between cardiovascular and gastrointestinal effects of rofecoxib | Florentinus SR, Heerdink ER, de Boer A, van Dijk L, Leufkens HGM | Pharmacoepid and Drug Safety 2005;14:437-441 | Retrospective cohort study of prescribing data of Dutch MDs in general practice |
| 199 | Novel determinants of plaque instability | Cipollone F, Fazia M, Mezzetti A | J of Thrombosis and Haemaostasis 3:1962-1975 | Review |

| | | | | |
|---|---|---|---|---|
| 200 | COX-2 derived prostacyclin modulates vascular remodeling | Rudic RD, Brinster D, Cheng Y, Fries S, Song WL, Austin S, Coffman TM, FitzGerald GA | Circ Res 2005;96: | Animal study |
| 201 | The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts and aspirin confounding | Konstantinopoulos PA, Lehmann DF | J Clin Pharmacol 2005;45:742-750 | Review |
| 202 | COX-2 inhibitors and cardiovascular risk | Schachter M | Br J Cardiol 2003;10:288-92 | Review |
| 203 | Expression of concern: Bonbardier et al, "Comparison of upper GI toxicity of Rofecoxib and naproxen in patients with rheumatoid arthritis" NEJM 2000;343:1520-8 | Curfman GD, Morissey S, Drazen JM | NEJM 2005;353;2813-14 | Editorial |
| 204 | COX-2 inhibitors and metabolism of essential fatty acids | Das UN | Med Sci Monit 2005;11(7):RA233-237 | Review |
| 205 | Response to Juni article | Kim PS, Reicin AS | Lancet 2005; 365:23 | Correspondence |
| 206 | Response to Juni article | Lievre M, Abadie E (French Marketing Authorization Committee) | Lancet 2005; 365:23 | Correspondence |
| 207 | Response to Juni article | Juni P, Reichenbach S, Dieppe PA, Egger M | Lancet 2005; 365:23 | Correspondence |
| 208 | The lessons of Vioxx - Drug safety and sales | Waxman HA | NEJM 2005;352(25):2576-77 | Perspective |
| 209 | A Double-blind, placebo controlled compairson of the morphine sparing effect of oral rofecoxib and diclofenac for acute renal colic | Engeler DA, Ackermann DK, Osterwalder JJ, Keel A, Schmid HP | J Urology 2005;174:933-936 | 110 patients admitted to the ER with diagnosis of renal colic |
| 210 | Use of first and second-generation cycloxygenase 2 - selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction | Andersohn F, Suissa S, Garbe E | Circulation 2006; 113:1950-1957 | Nested case control study from a cohort of 486 378 patients registered in UK General Practice Research Database with at least 1 Rx for NSAID between 6/1/00 and 10/31/04 |
| 211 | Risk of death or reinfarction associated with the use of selective cycloxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction | Gislason GH, Jacobsen S, Rasmussen JN, Rasmussen S, Buch P, Friberg J, Schramm TK, Abildstrom SZ, Kober L, Madsen M, Torp-Pedersen C | Circulation 2006:113: 2906-2913 | Danish Patient Registry. Patients aged > 30, hospitalized for acute MI between 1995 and 2002 |

| | | | |
|---|---|---|---|
| 212 | Cyclooxygenase-2 selective nonsteroidal anti-inflammatory drugs and the risk of ischemic stroke: a nested case-control study | Andersohn F, Suissa S, Garbe E | Stroke 2006; 37: 1725-1730 | Nested case control study from UK General Practice Research Database Registry. Patients > age 40 with at least one Rx for vioxx, etorixocib, celebrex between 2000 and 2004 |
| 213 | Time variations in the risk of myocardial infarction among elderly users of Cox-2 inhibitors | Levesque LE, Brophy JM, Zhang B | CMAJ 2006; 174 (II) | Retrospective, population based cohort study of 113,927 persons at least 66 years of age newly treated with NSAID. |
| 214 | Cardiovascular risk and inhibition of cyclooxygenase:  A systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2 | McGettigan P, Henry D | JAMA 2006; 296(13): 1633-1644 | Meta-analysis of 17 case-control and 6 cohort studies with Cox-2 use, NSAID use, or both. |
| 215 | Cyclooxygenase-2 inhibition increases mortality, enhances left vetricular remodeling, and impairs systolic function after myocardial infarction in the pig | Timmers L, Sluijter JPG, Verlaan CWJ, Steendijk P, Cramer MJ, Emons M, Strijder C, Grundeman PF, Sze SK, Hua L, Piek JJ, Borst C, Pasterkamp G, de Kleijn DPV | Circulation 2007; 115: 326-32 | Animal study - 22 pigs |
| 216 | Risks and benefits of Cox-2 inhibitors vs non-selective NSAIDs:  does their cardiovascular risk exceed their gastrointestinal benefit? A restrospective cohort study | Rahme E, Nedjar H | Rheumatology 2007 | Population based retrospective cohort study using patients oaver age 65 who had at least one Rx for vioxx, celebrex, NS-NSAID or acetaminophen between 4/99 and 12/02 |
| 217 | Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events | Zhang J, Ding EL, Song Y | JAMA 2006; 296: 1619-32 | Meta-analysis of Randomized Trials |
| 218 | Low dose aspirin for the prevention of atherothrombosis | Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C | NEJM 2005; 353: 2373-83 | Review article |
| 219 | Biological basis for the cardiovascular consequences of Cox-2 inhibition: therapeutic challenges and opportunities | Grosser T, Fries S, FitzGerald GA | J Clin Investigation 2006; 116(1): 4-15 | Review of studies on vioxx, celebrex and bextra |

| | | | | |
|---|---|---|---|---|
| 220 | Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis | Caldwell B, Aldingotn S, Weatherall M, Shirtcliffe P, Beasley R | J Royal Society of Medicine 2006; 99: 132-40 | Meta-analysis - celebrex only |
| 221 | Cyclooxygenase-2 inhibitors. Are they really atherothrombotic, and if not, why not? | Hankey GJ, Eidelboom JW | Stroke 2003; 34: 2736-40 | Review |
| 222 | Inflammation, atherosclerosis, and coronary artery disease | Hansson GK | NEJM 2005; 352: 1685-95 | Review |
| 223 | Do selective cyclo-oxygenase-2 inhibitors and tradtional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials | Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C | BMJ 2006; 332: 1302-1305 | Meta-analysis of randomized trials that included selective Cox-2 and either placebo or tradtional NSAID. |
| 224 | Non-steroidal anti-inflammatory drugs and myocardial infarctions: comparative systematic review of evidence from observational studies and randomised controlled trials | Scott PA, Kingsley GH, Smith CM, Choy EH, Scott DL | Ann Rheum Dis 2007 | Systematic review of 14 case control studies and 6 cohort studies and 14 RCTs |
| 225 | Risk of congestive heart failure with nonsteroidal antiinflammatory drugs and selective cycloosygenase 2 inhibitors: A class effect? | Hudson, M, Rahme E, Hughes R, Pilote L | Arthritis & Rheumatism 2007; 57(3):516-523 | Nested case control study in a population based cohort of patients > 66 admitted for CHF between 1/98 and 3/03. Cases were patientes readmitted for CHF. Median age for cases and controls was 78 |
| 226 | An Evidence based update on nonsteroidal anti-inflammatory drugs | Ong CKS, Lirk P, Tan CH, Seymour RA | Clin Med & Research 2007; 5(1):19-34 | Review of manuscripts published between 1986 and 2006 on NSAIDs and COX-2 inhibitors |
| 227 | Cyclooxygenase-2 selectivity of non-steroidal anti-inflammatory drugs and the risk of myocardial infarction and cerebrovascular accident | Abraham NS, El-Serag HB, Hartman C, Richardson P, Deswal A | Aliment Pharmacol Ther 2007; 25:913-924 | Retrospective cohort study among vets > 65 prescribed an NSAID or Cox2 at the VA from 1/1/00 - 12/31/02 |
| 228 | Risk of myocardial infarction associated with selective COX-2 inhibitors: meta-analysis of randomised controlled trials | Chen LC, Ashcroft DM | Pharmacoepid and Drug Safety 2007 | Systematic review and meta-analysis of RCTs using a fixed effect model |

| | | | |
|---|---|---|---|
| 229 | Use of nonsteroidal antiinflammatory drugs: An Update for clinicians.  A scientific statement from the American Heart Association | Antman, EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA | Circulation 2007; 115: 1634-1642 | AHA Scientific Statement |
| 230 | Association between nonnaproxen NSAIDs, Cox-2 inhibitors and hospitalization for acute myocardial infarction among the elderly: a retrospective cohort study | Rahme E, Watson DJ, Kong SX, Toubouti Y, LeLorier J | Pharmacoepid and Drug Safety 2007; 16: 493-503 | Retrospective cohort study using data from the Quebec health insurance agency database of patients 65-80 who filled a prescription for the study drug from 1999 to 2002 |
| 231 | Selective inhibition of prostacyclin synthase activity by rofecoxib | Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, Tomasi V | J Cell Mol Med 2007; 11(2): 327-338 | Experimental study using aspirin, celebrex and vioxx. |
| 232 | The effects of Cox-2 selective and non-selective Nsaids on the initiation and progression of atherosclerosis in ApoE-/- mice | Metzner J, Popp L, Marian C, Schmidt R, Manderscheid C, Renne C, Fisslthaler B, Fleming I, Busse R, Geisslinger G, Niederberger E | J Mol Med 2007 | Experimental study using celebrex, vioxx and naproxen on mice fed high fat diets and normal diets |

# EXHIBIT D

EXHIBIT D

## <u>BACKGROUND INFORMATION ON VIOXX</u>

1.  Sequence of Events with Vioxx, since opening of IND
    (This timeline was presented as background material to the FDA Arthritis
    Advisory Committee in February 2005)

2.  LABELING
    -1998 Vioxx Label
    -2001 Vioxx PDR
    -2002 Vioxx PDR
    -2002 Vioxx Label
    -August 2004 Vioxx Label
    **(DVT and PE included in safety information in the label)**

3.  OPDRA Postmarketing Safety Review (FDA) – presented at FDA hearing
    February 2001 **(Contains some safety date on DVT and PE)**

4.  VOLUNTARY WITHDRAWAL OF VIOXX
    -Risk of acute myocardial infarction and sudden cardiac death in patients treated
    with COX-2 selective and non-selective NSAIDs.  From David J. Graham, MD,
    Associate Director for Science, Office of Drug Safety  (9/30/04)
    -FDA Public Health Advisory:  Safety of Vioxx  (9/30/04)
    -FDA News  (9/30/04)

5.  REPORTS FROM THE 2005 FDA ARTHRITIS COMMITTEE MEETING
    -Analysis and recommendations for Agency action regarding non-steroidal anti-
    inflammatory drugs and cardiovascular risk.  From John K. Jenkins, MD,
    Director, Office of New Drugs; and Paul J. Seligman, MD, Director, Office of
    Pharmacoepidemiology and Statistical Science  (4/6/05)
    -FDA Public Health Advisory:  FDA announces important changes and additional
    warnings for COX-2 selective and non-selective non-steroidal anti-inflammatory
    drugs (NSAIDs)  (4/7/05)
    -FDA News  (4/7/05)

6.  Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in
    Patients with Rheumatoid Arthritis.  Bombardier C, Laine L, Reicin A, Shapiro D,
    Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien
    TK, Schnitzer TJ (for the **VIGOR STUDY GROUP**).  NEJM 2000; 343: 1520-8.

    Commentary on VIGOR study:
    -Risk of cardiovascular events associated with selective COX-2 inhibitors.
    Mukherjee D, Nissen SE, Topol EJ.  JAMA 2001; 286(8): 954.

    -Expression of concern:  Bombardier et al., "Comparison of upper gastrointestinal
    toxicity of Rofecoxib and Naproxen in patients with rheumatoid arthritis," N Engl
    J Med 2000; 343:  1520-8.  N Engl J Med 2005; 353(26):  2813-2814.

7.　　Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial.  Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lana G, Konstam MA, Baron JA (for the **APPROVe Trial** Investigators).  NEJM 2005; 352: 1092-102.

8.　　VIOXX ARTICLES

Role of prostacyclin in the cardiovascular response to Thromboxan A2.  Science 2002; 296:  539-541.  (Cheng, et al)

COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease.  Pharmacoepidemiology and Drug Safety 2003; 12:  67-70.  (Wayne Ray, et al)

Risk of cardiovascular events and Rofecoxib:  cumulative meta-analysis.  Lancet 2004; 364:  2021-2029.  (Juni, et al)

Cyclooxygenases, Thromboxane, and Atherosclerosis.  Circulation 2005; 111: 334-342.  (Egan, et al)

Cyclooxygenase inhibition and cardiovascular risk.  Circulation 2005; 112:  759-770.  (Antman, et al)

Selective COX-2 inhibitors and risk of myocardial infarction.  J Vasc Res 2005; 42: 312-324.  (Krotz, et al)

The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors:  comparisons, contrasts, and aspirin confounding.  J Clin Pharmacol 2005; 45:  742-750.  (Konstantinopoulos, et al)

Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications.  Pharmacoepidemiol Drug Safety 2006; 15(a):  641-652.  (Velentgas P, et al)

Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis?  Meta-analysis of randomized trials.  BMJ 2006; 332:  1302-1305.  (Kearney P, et al)

Non-steroidal anti-inflammatory drugs and myocardial infarctions:  Comparative systematic review of evidence from observational studies and randomized controlled trials.  Scott PA, et al. Ann Rheum Dis, 3/7/07

Selective inhibition of prostacyclin synthase activity by rofecoxib.  Griffoni C, et al.  J. Cell. Mol. Med. 2007; 11(2):327-338.  (Proposes that rofecoxib interacts with PGIS, probably acting as a non-competitive inhibitor of the enzyme.)

Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer.  Kerr DJ, et al.  NEJM 2007; 357(4): 360-369.  **(Included data on pulmonary embolus)**

9.      ADVERSE EVENT REPORTS ON VIOXX – PULMONARY EMBOLUS

-10 pages from the FDA (it is difficult to tell if these are complete reports for each year.
-One adverse event report from Merck clinical trial data

10.     Incidence of acute pulmonary embolism in a general hospital:  relation to age, sex and race.  Stein PD, Huang H, Afzal A, Noor HA.  Chest 1999; 116: 909-913.

# EXHIBIT E

EXHIBIT E - FULTON

**REBEKA KAYLA FULTON, DECD, Hot Springs, Arkansas**
**DOB: 7/23/68**
**DOD: 9/14/00 (32)**
**EVENT:  Pulmonary Embolus**
**D/Dx of PE:  9/11/00**

# INDEX OF MEDICAL RECORDS BY DATE ORDER

## PRE-EVENT MEDICAL RECORDS

1.      **Provider:  Dr. David Wilhelm**
        **Specialty:  Family Medicine**
        **Dates:  1990 – 2000**
        **Record Source:  Law Firm**
        -12/20/90 – Irritated left eye – wears contacts.
        -9/26/91 – Cold and sore throat.
        -1/13/93 – Acne.
        -5/26/94 – Vertigo yesterday.  Rx:  Antivert and Maxifed G.  Refilled birth
        control pills, Ortho Cept 28.
        -10/31/94 – Dr. Sue Trant, Ph.D, Psychology (letter to Dr. Wilhelm) – depressed
        because of her divorce.
        -3/14/95 – Sore throat – tried PCE Erythromycin, no response.  Lungs are clear.
        Cardiovascular exam normal.  She is 7.5 months pregnant.  Start Certin 250 mg
        bid and Tussi-Organidin DM Cough Syrup.  Negative strep test.
        -5/8/95 – Dr. Judith Favor, OB (letter to Dr. Wilhelm) – normal vaginal delivery
        of 6 pound, 1 ounce baby girl.  No complications of pregnancy.
        -3/26/96 – Fatigue and low energy level and upset over the last 1-2 years.
        Divorced.  Begin trial of Paxil 10 mg qd and increase to 20 mg as tolerated.
        -5/6/96 – Insomnia and depression.  Continue Paxil
        -10/18/96 – Paxil helps.
        -4/8/97 – Rash.  Refill Emgel and give her Elocon crème.  Increase Paxil to 30mg
        -10/2/97 – Back pain.  Start Duract and Skelaxin.  Problem with Paxil suppressing
        libido – switch to Zoloft 50mg qd.  Wants to lose weight.
        -10/23/97 – MRI HealthSouth (report to Dr. Wilhelm) – Normal lumbar spine.
        -5/8/98 – Long history of fatigue and weight gain.  Back pain.  Wants to have
        some superficial veins injected.  May have developed tolerance to Paxil.  Switch
        to Prozac 20 mg.
        -Dr. Eugene Moor, Plastic Surgery (letter to Dr. Wilhelm) – upper and lower back
        pain.  Interested in breast reduction surgery.  Writing to BCBS for authorization
        -6/1/98 – Eval of stress and insomnia and recheck of anemia.  Prozac causes
        insomnia.  Continue Paxil at 30 mg qd.  Give her some Xanax to use prn for
        stress.

-11/24/98 – Going through terrible divorce in an abusive relationship.  Switch from Paxil to Celexa 20 mg qd.  Gave Phentermine to help with weight gain.  Continue Xanax.

-12/7/98 – Refill Xanax

-12/28/98 – Recheck of Celexa therapy and fatigue.  Continue Celexa and Xanax prn.  Has right shoulder pain related to an altercation with her husband before he left.  Xray is normal.  May have some soft tissue damage.  Try Aleve OTC.

-5/10/99 – Rash on face.  Contact Dermatitis.  Rx:  Elocon.

-5/18/99 – Dr. Christopher Harmon, Dermatology (letter to Dr. Wilhelm) – Herpes simplex rash on chin.

-6/3/99 – Dr. Reginald Hug, Chiropractor (letter to Dr. Wilhelm) – Exam and radiology findings consistent with lumbar facet syndrome and cervical brachial syndrome.  Recommend 4 weeks of spinal adjustments, electrotherapy and soft tissue therapy, home cryotherapy.

-7/15/99 – Refill Celexa

-1/31/00 Shoulder pain, headaches, rash on face.  Headache may be sinusitis.  Given Elocon cream for rash.

-2/16/00 – Insomnia, anxiety, irritability.  Using her Xanax but been off Celexa because of side effects.  Restart Celexa, continue Xanax.

-2/18/00 – Depression.  Her statements at work today were misinterpreted and she was sent to company physician, who in turn asked Dr. Wilhelm to evaluate her.  She is upset the events of the day, but otherwise feels better on the Celexa, and Xanax is helping her to sleep


2.      **Provider:  Hug Chiropractic Clinic**
        **Specialty:  Chiropractic Medicine**
        **Dates:  1999**
        **Record Source:  Law firm**
        -5/25/99 - Ht 5'4"  Wt 202.
        Dx is lumbar facet syndrome.
        -5/26/99


3.      **Provider:  Dr. Roy Puen**
        **Specialty:  Family Medicine**
        **Dates:  2000**
        **Record Source:  Law firm**
        -8/29/00 – Left leg cramps (4 days) radiates from knee to foot.  On OCP (Orthotricycline).  220#.  140/90  P 76.  98.8.
        R/O DVT.  Venous Doppler study of left leg – No evidence of deep venous thrombosis in the left leg.
        Plan:  daily aspirin.
        -8/30/00 – Skelaxin 400 mg bid

4.     **Provider:  Dr. Janette Parchman,**
       **Specialty:  Family Medicine**
       **Dates:  2000**
       **Record Source:  Law firm**
       -8/31/00 – Complaining of left leg tingling and cramping for past 6 days.  Started
       having a sore heel on Friday.  Saturday her calf started cramping while she was on
       a trip.  She had a lower extremity Doppler done day before yesterday – it was
       negative.  Yesterday she went back to Dr. Puen because the pain continued to
       worsen.  No history of trauma.  No history of pain like this in the past.  She
       currently takes Darvocet and Quinine without help however 800 mg ibuprofen
       seems to give relief.
       ROS:  No history of heart disease, respiratory disease, GI or GU complaints.
       138/84.  P:  100.  Wt 219.  She does have some hardened tender areas in the left
       lower extremity especially posteriorly.  Has tenderness on the plantar surface of
       her foot.
       A:  Plantar faciitis; superficial thrombophlebitis.
       RX:  Vioxx 50 mg for 4 days, and 25 mg with Darvocet for breakthrough pain,
       warm compresses.
       Per patient history:  Med is Orthotricycline qd.

# EVENT MEDICAL RECORDS

5.     **Provider:  Dr. Janette Parchman**
       **Specialty:  Family Medicine**
       **Dates:  9/11/00**
       **Record Source:  Law firm**
       -9/11/00 – Normal chest x-ray
       -9/11/00 – Pt presented c/o SOB, feeling weak and fatigued.  Had to lay back
       down while getting ready.  SOB worse with eating and sometimes with activity
       although was able to walk through grocery store without symptoms.  While in
       clinic she became nauseated, sat in chair and had a seizure (pupils dilated, head
       back, arms drew and pt not responsive) x @ 5 seconds.  Afterwards very pale but
       not confused.  Accucheck = 122.  SaO2 is 96%.  P 99.
       -9/11/00 – F/U – SOB – pain in legs decreased.  SOB since Thursday.  SaO2
       96%.

6.     **Provider:  St. Joseph's Regional Health Center**
       **Dates:  9/11/00 – 9/14/00**
       **Record Source:  Law firm**
       Discharge Dx:  Death due to pulmonary embolism.

       H & P:  ROS:  no history of heart disease, hypertension, respiratory disease, SOB,
       no GI or GU complaints.  Has a history of anxiety.  She has been on ___ in the
       past.  Denies any reflux or heartburn.  Assessment:  Seizure versus ischemic
       event.  Plan:  admit for further workup.

Consult:  Fang Feng, Neurology

Assessment and Plan:  Questionable seizure by history.  Atypical for seizure episode.  The patient feels sick, and feels faint, nauseated, with increased SOB, before passed out for 5 seconds. No obvious convulsions.  Even though the patient had a seizure episode for 5 seconds, we will not start any anti-seizure meds at this point in time.  The main problem is increased SOB, low oxygen with a long hour travel history, need to rule out PE as problem.  Get EEG in am.  Order VQ scan to rule out PE.

Consult:  Robert D. Johnson, Pulmonary Disease.

Noted 2 weeks ago to have some leg swelling.  Ultrasound was negative for blood clots so she was given some Vioxx.  Continued Vioxx 50 mg daily for 4 days and went to 25.  Started having more SOB and today became so SOB she could not go.  She had a seizure-like spell at Dr. Parchman's office and was admitted.  VQ scan was done and showed some high probability and the patient Dr. Hulsey was contacted and patient moved to ICU.  She is now feeling a little better and seems more stable and her SAT is running 96 on 4 liters nasal prong.  No wheezing or marked stress.  Mild chest pain 3/10.  Little nausea and bowels are cramping.  Only risk factor is that she has been taking birth control pills, had been off them for a long time and then restarted back in April.

Meds:  Iron pill and the birth control pill.

EKG shows sinus tachycardia.

HR is around 150, R is 30, BP is 117/82.

With positive VQ scan, hypoxia in a non-smoker with negative chest x-ray and swollen legs, and on birth control pills, I think pulmonary embolism is very likely.  Start heparin.  Clear liquids.

9/11/00 – Normal Cranial CT with and w/o contrast.

9/11/00 – Abnormal lung scan with high probability of pulmonary emboli.

9/12/00 and 9/13/00 – Chest x-ray – no active disease in the chest.

9/12/00 – EEG - Normal

9/13/00 – Venous Doppler of legs:  Deep venous thrombosis in the left leg from the mid thigh down to the calf area.

**7.    Death Certificate**

Cause of death:  Pulmonary embolism, Deep vein thrombosis

**8.    AER report on Rebekah Fulton's death**

EXHIBIT E – KNIFLEY

**THELMA KNIFLEY, DECEASED**
**DOB:  6/2/1942**
**EVENT:  Pulmonary Embolus**
**D/Dx of PE:**
**D/Death:  11/12/2002**

# PRE-EVENT MEDICAL RECORDS

1.   **Dr. John Asriel, Family Medicine**
     **1996-1997**
     -8/8/96 – HTN for about 10 years.  Hospitalized once for chest pain that was anxiety related.  Assessment:  HTN with tachycardia and edema.
     PLAN:  Maxzide, discontinue Procardia KL, start Atenolol 25 mg daily.
     -8/19/96 – CHO is normal.  Edema has resolved since she d/ced the procardia.  Increased Atneolol to 100 mg qd.
     -9/25/96 – Arthritic complaints in the knee.  Tylenol, Rleafen 750
     -1/30/97 – Refill meds

2.   **Glasgow Urgent Care (Dr. Jason Campbell) – Family Medicine**
     **7/22/98 – 4/27/02**
     -7/22/98 – Awoke with severe pain in back of left leg – unable to bear a lot of the weight.  History of HTN.
     P-105. Ht-5'8".  BP 170/104.  R-20.  Wt-275.
     On exam of her left leg it is difficult to feel any palpable cord as she has somewhat adipose tissue.  There is no increased warmth.
     DX:  HTN; Probable DVT of the left leg.
     RX:  Immediately gave Procardia 20mg, and got BP down to 140/82.  Will do US of leg tomorrow.  Percocet prn leg pain.  Norvasc 1.5 mg qhs and 1 Hyzaar qd
     -7/23/98 – appears to be a Baker's Cyst on the US.  Very painful to ambulate.
     DX:  Baker's cyst behind left knee.
     RX:  No lifting, bending, stooping.  Rest for 3 days.  Naproxen 500 mg q12hours.
     -7/28/98 – Knee is better.  Univasc 15 mg qd. Hyzaar 1 qd
     -8/21/98 – Sinusitis, URI.  Bactrim, Allegra, Nasacort.
     -9/12/98 – Wt 272.  BP 190/98.  She hasn't taken her meds.
     DX:  HTN.  Change to Adalat CC 30mg qd and Cardura 4mg po qhs.
     -8/27/99 – Needs refill of meds
     -6/5/00 –HTN, Knee pain bilateral.
     RX:  Adalat CC 30 mg, Cardura 4 mg qd
     -6/26/00 – Needs pap exam and has pain in both knees.  Xray shows some diffuse degenerative changes in both knees and spurring.  Vioxx 50mg qd.
     -2/26/01 – Needs meds refilled
     -12/3/01 – BP has been in good control, but has episodes of heart rate in mid to upper 100.  Did EKG which revealed sinus tachycardia, rate of 104.  Balance of physical exam is WNL.
     DX:  HTN, osteoarthritis, hypertriglyceridema, tachycardia.
     RX:  Adalat CC 30 mg qd, Vioxx 25 mg qd, Cardura 4 mg qd.  Given samples of Toprol XL 25 at bedtime for heart rate.  Plan holter monitor.

-4/17/02 – Wt. 257.  Lungs-clear.  Cardiac-RRR without murmur.  She is a nonsmoker.  History of tachycardia.
DX:  Sinusitis, Conjunctivitis OU, HTN with history of tachycardia.
RX:  Claforan 1 gm IM. Kenalog 80 mg IM.  Biaxin XL 500 mg.  Ciloxan ophthalmic drops.  Entex PSC.  Refill Cardura, Adalat and Vioxx.
-4/27/02 – Sinusitis, Vestibular neuritis.
RX:  Avelox 400 mg qd for 10 days.  Histex HC 4 ounces two tsp q4h PRN cough. Antivert 25 mg q8h PRN dizziness.

**3.**     **Winn Dixie Prescription Records**
|  |  |
|---|---|
| 7/3/00 | Vioxx 25 mg x 30 |
| 8/1/00 | Vioxx 25 mg x 30 |
| 9/24/00 | Vioxx 25 mg x 30 |
| 10/30/00 | Vioxx 25 mg x 30 |
| 11/3/00 | Vioxx 25 mg x 30 |
| 12/9/00 | Vioxx 25 mg x 30 |
| 1/5/01 | Vioxx 25 mg x 30 |
| 2/26/01 | Vioxx 25 mg x 30 |
| 4/24/01 | Vioxx 25 mg x 30 |
| 5/25/01 | Vioxx 25 mg x 30 |
| 8/27/01 | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
|  | Vioxx 25 mg x 30 |
| 11/7/02 | Vioxx 25 mg x 30 |

# EVENT MEDICAL RECORDS
**4.**     **Glasgow Urgent Care (Dr. Jason Campbell) – Family Medicine**
        **10/23/02 – 11/6/02**

-10/23/02 – Wt. 261.  Increasing SOB and LE edema.  It has been going on for past several months and worse the past couple of weeks.
DX:  LE edema.  SOB.  HTN.
RX:  Lasix 20 mg qd with K+ 10.  ECG and sleep study.
-10/25/02 – ECHO done.  Mild LV hypertrophy.  Mild decreased LV compliance.  EF 60%.
-10/30/02 – Increasing SOB.  While in the office today, O2 sat is in the 70s.  Chest xray today shows right upper lobe pneumonia and possibly left lower lobe pneumonia.  Put her on O2 and sats came up to high 80s.  Admit to TJ Samson.

-11/6/02 – Wt. 255.  Admitted to hospital last week for right upper lobe pneumonia and CHF.  Gave diuretic and Levaquin and she improved dramatically – diaphoresed 16 pounds of fluid.  She is feeling much better.  She still uses Albuterol neb and taking Levaquin as directed.  She is on Lasix 40 mg qd.  She thinks her lower extremity edema may be a little worse but other than that she feels pretty good.  Ext show trace to 1+ edema.
IMP:  Pneumonia.  CHF.
RX:  continue antibiotics and neb.  Increase Lasix to 60 mg qd.  Cause of CHF is not completely clear.  She does have some mild high blood pressure but I do not think this is serious enough to cause the CHF.  I am going to send her to Dr. Warren to have sleep study done to rule out sleep apnea.  Samples Bextra 10 mg qd for arthritis given.

5.     **TJ Sampson Hospital**
       **10/30/02 – 11/4/02**
       DISCHARGE DX:  Right upper lobe pneumonia; right sided heart failure; HTN.  Admitted with SOB, hypoxia and LE edema.  Placed on antibiotics, oxygen and lasix, and she improved throughout her hospital course.  Echo showed normal left ventricular function with signs of right ventricular overload.  Cardiac enzymes X2 and EKGs were normal.  Suspect chest pain was secondary to pneumonia.  Discharged on Zestril, Lasix, Potassium Chloride, Levaquin, Duo-Neb.

6.     **TJ Sampson Hospital**
       **11/10/02**
       Admitted to ER at 1326 c/o chest pressure that started that day.  Had pain in right calf for 1-2 weeks.
       Admitted to Hospital at 1704
       Discharged for transport to Vanderbilt Hospital at 2005
       DX:  Likely has PE – low sats, tachycardia, hypotension.  Will start Activase IV.

7.     **Vanderbilt University Hospital**
       **11/10/02 – 11/12/02**
       Admitted to ICU secondary to pulmonary embolus.  Started on heparin therapy and started on Coumadin.  At time of death, patient was reportedly doing well and then had an acute episode of SOB as she was moving from chair to bed.  Within 4-5 minutes of her initial SOB, she became apneic and hypotensive.  Code resuscitation was begun and continued for nearly 2 hours.

8.     **Autopsy and Death Certificate**
       "organized thromboembolus within the pulmonary saddle and multiple small, organized thrombi in smaller arteries of the pulmonary vascular tree.  Dilatation of the right side of the heart without left sided enlargement implies elevation of pulmonary artery pressure and resistance.  There is also marked congestion and mild pulmonary vascular changes noted.  A large hematoma within the retroperitoneum was identified.  This is a major finding which likely led to acute hypotension and cardiac compromise.  Within the myocardium there was

evidence of chronic ischemic disease as well.  The presence of concentric left ventricular hypertrophy and arterionephrosclerosis are consistent with long-standing systemic hypertension.

EXHIBIT E - ALBERTSON

**BEVERLY ALBERTSON, Kansas City, Missouri**
**DOB: 8/26/49**
**EVENT:  Pulmonary Embolus**
**D/Dx of PE:  11/29/02**

# INDEX TO MEDICAL AND PHARMACY RECORDS
# BY DATE ORDER

## PRE-EVENT MEDICAL RECORDS

1.      **Provider:  Encompass Medical Group (Dr. Teresa Tovrea, Dr. Mohammad Pourakbar)**
        **Specialty:  Family Medicine and Internal Medicine**
        **Dates:  1/20/95 – 11/7/00**
        **Record Source:  LMI**
        -1/20/95 – pain in middle of chest under the sternum, which has been going on for a few months.  Rolaids does not help.  She is under a lot of stress.  She has obvious symptoms of reflux.  It is worse after eating.  Does occur during the night when she is in bed asleep.  Assessment:  GERD, r/o gallbladder disease.  Rx: Tagamet 300 mg bid; ordered abdominal sonogram.
        -2/2/95 – Assessment:  GERD – improved.  Continue Tagamet
        -3/18/96 – Low back pain. Rx:  Ibuprofen, Robaxin 750, Vicodin.  Flexibility exercises
        -3/23/96 – Low back pain.  Meds:  Hydrocodone APAP 500 mg, Methocarbaol 75 mg, Ibuprofen 800 mg, finished medications yesterday.  RX:  Vicodin, Robaxin
        -10/13/99 – Dx:  Bronchitis.  Given a Z-pak, Entex for nasal congestion.
        -1/9/00 – Fx of right radial heel (elbow).  Rx:  Vicodin
        -1/11/00 – Fx of right arm.  Radial head minimally displaced.
        -1/18/00 – Fx of right arm.
        -2/1/00 – Fx of right arm.
        -2/22/00 – Fx of right arm
        -4/4/00 – Fx right elbow
        -9/22/00 – Right knee pain secondary to DJD and OA.  RX:  Celebrex 200 mg daily.  Samples.  Lose weight, dietary modification
        -11/7/00 – Right knee pain.  Some relief with Celebrex.  Injected right knee Marcaine and Depomedrol.  RX:  Tylenol

2.      **Provider:  Dr. Marjon Gillbanks**
        **Specialty:  Internal Medicine**
        **Dates:  12/19/00 – 12/4/01**
        **Record Source:  Law Firm**
        -12/19/00 – seen for right knee pain.  The joint is stable but she has pain medially and laterally and at the ligamentous insertion so she is referred to Ortho for that.

She has problems with obesity – she is down from 358#.  She has a buffalo hump. We will check a cortisol level with that going on.  Ordered a mammogram.  15-year pack smoking history – quit 15 years ago.  Has occasional headaches.  She does drink lots of water.  It has been more trouble over time holding her urine. Nothing that is worrying her too much.

-5/22/01 – her for enlarging mole on her arm, sore throat, sore ears.  A/P:  1) Enlarging mole.  Refer to dermatology.  2) Environmental allergies.  Nasonex 2 puffs each naris once daily.  She has lost 14 points.

-12/4/01 – Rx Celebrex 200 mg

3.　　**Provider:  Independence Regional Health Center (Dr. Thomas McCormack)**
　　　**Specialty:  Orthopedic Medicine**
　　　**Dates:  12/2000 - 1/16/01**
　　　**Record Source:  LMI**
　　　-12/27/00 – Right knee chondromalacia patella with possible loose body versus medial meniscus tear.  Plan MRI.
　　　-1/3/01 – MRI shows tear of posterior horn of the medial meniscus, R knee.
　　　-1/16/01 – OP:  R knee arthroscopy and repair.
　　　Preanesthesia eval:  Meds are Celebrex and Ibuprofen.  Ht is 5/3” and wt is 333#
　　　Discharged on Vicodin for pain prm

4.　　**Provider:  Dermatology & Skin Cancer Specialists (Dr. Shawn Sabin)**
　　　**Specialty:  Dermatology**
　　　**Dates:  July 2001**
　　　**Record Source:  Law Firm**
　　　-7/16/01 – Had a mole frozen off on her left arm.  Current meds:  Celebrex 200 mg, glucosamine chondroitin.

5.　　**Provider:  Blue Ridge Clinic (Dr. NancyTilson-Mallet)**
　　　**Specialty:  Family Medicine**
　　　**Dates:  2002**
　　　**Record Source:  Law Firm**
　　　-3/8/02 – Complete physical.  Weight 305#. Assessment:  Annual Pap, Obesity, Osteoarthritis is better on Vioxx.  CBC WNL.

6.　　**Provider:  CVS Pharmacy**
　　　**Dates:  2001**
　　　**Record Source:  Law Firm**
　　　-5/1/01 – Celebrex 200 mg, 30#
　　　-5/30/01 – Celebrex 200 mg, 30#
　　　-7/3/01 – Celebrex 200 mg, 30#
　　　-8/1/01 – Celebrex 200 mg, 30#
　　　-9/2/01 – Celebrex 200 mg, 30#
　　　-10/3/01 – Celebrex 200 mg, 30#
　　　-11/4/01 – Celebrex 200 mg, 30#
　　　-12/4/01 – Celebrex 200 mg, 30#

7.      **Provider:  Walgreens Pharmacy**
        **Dates:  2002**
        **Record Source:  Law Firm**
        -2/4/02 – Vioxx 50mg, one per day – 90#
        -5/5/02 – Vioxx 50 mg, one per day – 90#
        -8/6/02 – Vioxx 50 mg, one per day – 90#
        -10/29/02 – Vioxx 50 mg, one per day – 90#

8.      **Provider:  Independence Regional Health Center – Emergency Room**
        **Date:  11/22/02**
        **Record Source:  LMI**
        -11/22/02 – Complaints of chest pain and SOB for about 10 days.  She has been
        exercising heavily.  She states that she has dyspnea with exertion at times.
        …Chest pain is substernal and described as a pressure.  It radiates to the middle of
        her back.  At this time, is rated as mild pain, increases with exertion but it is
        constant at rest.  Remainder of review of systems is unremarkable.
        EKG is normal sinus rhythm.
        Chest X-ray – no acute disease
        ER course – Aspirin and nitroglycerin sublingually was given with no relief of her
        chest discomfort but it gave her a severe headache that resolved after the
        medication was metabolized.  She felt back to her baseline at discharge.
        Discharged home in stable condition.  Avoid the Vioxx until symptoms resolve.

## EVENT RECORDS

9.      **Provider:  Independence Regional Health Center (excluding nurse notes)**
        **Dates:  11/29/02 – 12/4/02**
        **Record Source:  LMI**
        Discharge Diagnosis:  Pulmonary emboli; Hemoptysis; Morbid obesity; Cardiac
        dysrhythmia; Disaccharidase deficiency; Esophageal reflux.
        Meds on Discharge:  Zantac, Coumadin

        History:  3 week history of increasing shortness of breath and substernal chest
        pain.  She denies hemoptysis, denies any hematochezia.  She denies any syncopal
        or near syncopal episodes.  No leg swelling or redness.  She exercises on a daily
        basis, usually swimming.  She is on no estrogen therapy.  She quit smoking 15
        years ago.  She has been on Vioxx, but discontinued this one week ago.  She has
        been on Glucosamine.  She has family history of diabetes and coronary artery
        disease in her mother.  Coronary artery disease in her father.  She does report
        driving to Chillicothe, which is approximately 2 hours away on a weekly basis
        and had taken a prolonged car trip in September.  She denies any bowel or bladder
        disturbances.

        Hospital course:  Protein C was negative. Protein S normal.  EKG – sinus tachy,
        biatrial enlargement, right axis deviation, nonspecific ST and T wave

abnormalities.  Ultrasounds of her legs showed no sign of DVT.  Echo was technically very limited but normal left ventricular function, normal left ventricular wall thickness, mild tricuspid insufficiency and some pulmonary hypertension.  Ct of chest with contrast showed extensive pulmonary emboli bilaterally and an azygos lobe in the right apex, tiny bilateral pleural effusions.

# POST-EVENT RECORDS

10.   **Provider:  Jackson County Pulmonary (Dr. Migliazzo)**
**Specialty:  Pulmonary Medicine**
**Dates:  1/23/03 – 6/3/03**
**Record Source:  LMI**
-1/23/03 - …previous venous dopplers were negative although she is quite a large woman and there may be subtle clots that were missed.
-6/11/03 – If her pulmonary emboli has resolved, we can stop the Coumadin.
ECHO –WNL
CT Chest - unremarkable
-9/10/03 – Has been off Coumadin for 3 months.  Has had good breathing and good exercise tolerance, no cough or chest pain.  She was on a 2 week t rip in a car and got out and had frequent stops and was very active.  No recurrence or symptoms of pulmonary emboli.  IMP:  Pulmonary emboli most likely related to her long car trip and most likely venous thromboembolism, resolved.  Obesity is another risk factor.  Continue off Coumadin.  She is on glucosamine once daily and aspirin once daily

11.   **Provider:  Dr. Marjon Gillbanks**
**Specialty:  Internal Medicine**
**Dates:  12/12/02 – 2006**
**Record Source: Law Firm**
-12/12/02 – Never did find etiology for PE.  Ordered mammogram today.
Continue coumadin.  Tinnitus.
-1/09/03 – feeling better and getting her energy level back.  Has had headaches all of her adult life.  Positional right sided rib pain.  Continue coumadin.
-1/10/03 – ECHO – mild pulmonary hypertension
-5/19/03 – Takes glucosamine and Tylenol for her knees and is not using anything else.  Doing well.  Abdominal pain, right and left upper quadrants.  Easy bruising.
-11/19/03 – has problems with hair loss and nail thinning over the last year.  Has pain on right foot since she got hurt while in swimming pool in August.  DX: osteoarthritis of the knees – try Relafen.  Pulmonary emboli – continue aspirin for life.  Pulmonary hypertension improving.
-6/13/05 – Annual physical.  Doing very well.  Osteoarthrits – continue OTC meds.  History of pulmonary emboli – continue aspirin.
-9/4/05 – Otitis media with pharyngitis
-1/23/06 – Acute viral syndrome

12. **Provider:  Dr. Thomas McCormack**
    **Specialty:  Orthopedic Medicine**
    **Dates:  2005 – 2006**
    **Record Source:  Law Firm**
    -9/27/05 – Left knee pain.
    -10/13/05 – Left knee pain.  Assessment – post-traumatic degenerative joint disease.
    -5/23/06 – Possible degenerative medial meniscus tear.  Injected Aristocort and Xylocaine