UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| **This document relates to:** | JUDGE FALLON |
| **William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Mary Taylor and Paul Taylor** | MAGISTRATE JUDGE KNOWLES |

## MOTION TO VACATE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

On June 10, 2008, Murray Law Firm, Leger & Shaw and Guerriero & Guerriero, moved this Court, pursuant to Local Rule 83.2.11, for an order allowing them to withdraw as counsel of record for plaintiffs, Mary Taylor and Paul Taylor, in the above-captioned case.  Movants attached a certification pursuant to paragraph I.B of PTO 36 to that motion.  Since then, counsel re-established contact with the heir of Mary Taylor and Paul Taylor and are proceeding with these claims under the MDL settlement program. Counsel did not file certifications pursuant to paragraphs II.C or I.D of PTO No. 36.

Accordingly, counsel respectfully ask this Court to Vacate the October 1, 2008 Order granting the Motion to Withdraw as Counsel of Record.

DATED:  October 7, 2008            Respectfully submitted,

                      /s/ Douglas R. Plymale, LA Bar ID
                      Douglas R. Plymale, LA Bar  #28409
                      Murray Law Firm

650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181
dplymale@dugan-lawfirm.com
Counsel for Plaintiffs Mary and Paul Taylor

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Vacate Order Granting Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of October, 2008.

/s/ Douglas R. Plymale, LA Bar ID
Douglas R. Plymale, LA Bar  #28409
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181
dplymale@dugan-lawfirm.com
Counsel for Plaintiffs Mary and Paul Taylor