UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx **PRODUCTS LIABILITY LITIGATION** This document relates to: William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Mary Taylor and Paul Taylor | **MDL NO. 1657** **SECTION L** **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |

### ORDER

Considering the Motion to Vacate Order Granting Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that the Motion to Vacate Order Granting Motion to Withdraw as Counsel of Record is Granted, and this Court's Order dated October 1, 2008, granting Murray Law Firm, Leger & Shaw and Guerriero & Guerriero's Motion to Withdraw as Counsel of Record for Plaintiffs Mary Taylor and Paul Taylor is hereby vacated.

**NEW ORLEANS, LOUISIANA**, this the ____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE.**