UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | |
| *Andrew E. Sisneros v. Merck & Co., Inc., et al* | § | MAGISTRATE JUDGE |
| Docket Number: 2:05CV-383 | § | DANIEL E. KNOWLES III |

## MOTION FOR EXPEDITED ORDER OF DISMISSAL OF CLAIM OF CONNIE B. SISNEROS, DECEASED SPOUSE OF PLAINTIFF ANDREW E. SISNEROS, AND NAMED PARTY, AGAINST MERCK SO AS TO ALLOW ANDREW E. SISNEROS' CLAIM TO PROCEED

This motion comes as Connie B. Sisneros, named party and spouse of Andrew E. Sisneros, passed away on January 13, 2008 (Exhibit A Death Certificate) (Exhibit B: IRS 2006 Form 1099 - Proof that Connie B. Sisneros, Social Security No. 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, is the same person as Decedent, Consuelo Feliciano Sisneros de Bachicha, Social Security No. 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). Connie B. Sisneros did not ingest Vioxx, and her relation to this claim is solely as the spouse of Andrew E. Sisneros, who was injured by ingestion of Vioxx. Merck has refused to move forward with Andrew E. Sisneros' claims package until Connie B. Sisneros' claim in this case has been dismissed. Accordingly, we petition this Court grant an expedited order of dismissal as to Connie B. Sisneros, allowing the claim of Andrew E. Sisneros to proceed.

Dated this 7th day of ~~September~~ October, 2008.

SANFORD PINEDO LLP

By: /s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Expedited Order of Dismissal of Claim of Connie B. Sisneros, Deceased and Named Party, Against Merck so as to Allow Andrew E. Sisneros' Claim to Proceed, was served on ~~September~~ Oct 7, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Texas by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7 day of ~~September~~ Oct, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford