| UNITED STATES RAILROAD RETIREMENT BOARD | 2006 | PAYMENTS BY THE RAILROAD RETIREMENT BOARD |
|---|---|---|
| 844 N RUSH ST CHICAGO IL 60611-2092 | 3. Gross Social Security Equivalent Benefit Portion of Tier 1 Paid in 2006 | |
| PAYER'S FEDERAL IDENTIFYING NO. 36-3314600 | | |
| 1. Claim Number and Payee Code<br>THIS FORM IS NOT REQUIRED FOR YOUR 2006 TAXES. | 4. Social Security Equivalent Benefit Portion of Tier 1 Repaid to RRB in 2006 | |
| 2. Recipient's Identification Number | 5. Net Social Security Equivalent Benefit Portion of Tier 1 Paid in 2006 | COPY C - |
| Recipient's Name, Street Address, City, State, and Zip Code | 6. Workers' Compensation Offset in 2006 | FOR RECIPIENT'S RECORDS. |
| OMATD525012007*7292262   01 068 018017<br>CONNIE B SISNEROS<br>1212 N MAIN<br>PORTALES NM 88130-5130 | 7. Social Security Equivalent Benefit Portion of Tier 1 Paid for 2005 | THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. |
| | 8. Social Security Equivalent Benefit Portion of Tier 1 Paid for 2004 | |
| | 9. Social Security Equivalent Benefit Portion of Tier 1 Paid for Years Prior to 2004 | |
| | 10. Federal Income Tax Withheld | 11. Medicare Premium Total |

**FORM RRB-1099**   DO NOT ATTACH TO YOUR INCOME TAX RETURN

| PAYER'S NAME, STREET ADDRESS, CITY, STATE, AND ZIP CODE<br>UNITED STATES RAILROAD RETIREMENT BOARD | 2006 | ANNUITIES OR PENSIONS BY THE RAILROAD RETIREMENT BOARD |
|---|---|---|
| 844 N RUSH ST CHICAGO IL 60611-2092 | 3. Employee Contributions | |
| PAYER'S FEDERAL IDENTIFYING NO. 36-3314600 | | |
| 1. Claim Number and Payee Code<br>MA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 2 | 4. Contributory Amount Paid | 2,677.32 | COPY C - |
| 2. Recipient's Identification Number<br>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 | 5. Vested Dual Benefit | | FOR RECIPIENT'S RECORDS. |
| Recipient's Name, Street Address, City, State, and Zip Code | 6. Supplemental Annuity | | |
| | 7. Total Gross Paid | 2,677.32 | |
| ************AUTO** 3-DIGIT 881<br>OMATD525012007*7292262   01 018017<br>CONNIE B SISNEROS<br>1212 N MAIN<br>PORTALES NM 88130-5130 | 8. Repayments | -0- | THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. |
| | 9. Federal Income Tax Withheld | -0- | |
| | 10. Rate of Tax | | 11. Country | 12. Medicare Premium Total<br>177.00 |

**FORM RRB-1099-R**   DO NOT ATTACH TO YOUR INCOME TAX RETURN

| PAYER'S NAME, STREET ADDRESS, CITY, STATE, AND ZIP CODE<br>UNITED STATES RAILROAD RETIREMENT BOARD | 2006 | ANNUITIES OR PENSIONS BY THE RAILROAD RETIREMENT BOARD |
|---|---|---|
| 844 N RUSH ST CHICAGO IL 60611-2092 | 3. Employee Contributions | |
| PAYER'S FEDERAL IDENTIFYING NO. 36-3314600 | | |
| 1. Claim Number and Payee Code<br>MA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 2 | 4. Contributory Amount Paid | 2,677.32 | COPY 2 - |
| 2. Recipient's Identification Number<br>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 | 5. Vested Dual Benefit | | |
| Recipient's Name, Street Address, City, State, and Zip Code | 6. Supplemental Annuity | | |
| | 7. Total Gross Paid | 2,677.32 | FILE THIS COPY WITH YOUR STATE, CITY, OR LOCAL INCOME TAX RETURN, WHEN REQUIRED. |
| ************AUTO** 3-DIGIT 881<br>OMATD525012007*7292262   01 018017<br>CONNIE B SISNEROS<br>1212 N MAIN<br>PORTALES NM 88130-5130 | 8. Repayments | -0- | |
| | 9. Federal Income Tax Withheld | -0- | |
| | 10. Rate of Tax | | 11. Country | 12. Medicare Premium Total<br>177.00 |

PLAINTIFF'S EXHIBIT "B"

TOTAL P.01