# STATE OF NEW MEXICO

## CERTIFICATE OF DEATH
New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | <<<Consuelo Feliciana Sisneros>>> |
| IF FEMALE, MAIDEN NAME | <<<Bachicha>>> |
| DATE OF DEATH | January 13, 2008 |
| TIME OF DEATH | 03:20 PM |
| SEX | Female |
| SOCIAL SECURITY NUMBER | 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 |
| MARITAL STATUS | Married |
| SURVIVING SPOUSE - If wife, maiden name | <<<Andrew E. Sisneros Sr.>>> |
| DATE OF BIRTH | March 20, 1942 |
| BIRTH PLACE | New Mexico |
| SERVED IN U.S. ARMED FORCES | No |
| DECEDENT'S RACE | White |
| TRIBE | <<<>>> |
| HISPANIC | Yes |
| DECEDENT'S RESIDENCE COUNTY | Roosevelt |
| DECEDENT'S RESIDENCE STATE | New Mexico |
| MOTHER'S FULL MAIDEN NAME | <<<Maria Tenorio>>> |
| FATHER'S FULL NAME | <<<Alfredo Bachicha Sr.>>> |
| METHOD OF DISPOSITION | Burial |
| DISPOSITION LOCATION | Portales Cemetery |
| FUNERAL SERVICE FACILITY | Wheeler Mortuary |
| COUNTY OF DEATH | Roosevelt |
| PLACE OF DEATH | 1212 N Main Street, Portales, New Mexico 88130 |
| TYPE OF PLACE | Decedent's Residence |
| NAME OF PERSON CERTIFYING CAUSE OF DEATH | <<<Vandana Rajagopalon MD>>> |
| MANNER OF DEATH | Natural |

### CAUSE OF DEATH

PART I. Events such as diseases, injuries, or complications that directly caused the death.

a. Hepatic Encephalopathy

b. Hepatic Cirrhosis

c. <<<>>>

d. <<<>>>

PART II. Other significant conditions contributing to death.

<<<>>>

**PLAINTIFF'S EXHIBIT "A"**

File Number: 2008-000335
File Date: January 18, 2008
Order Number: 20080103795

2266064

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Vital Records and Health Statistics, Public Health Division, Department of Health.

Donna Dassey
State Registrar
DATE ISSUED Feb-12-2008