# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx ® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCT LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| | * | **JUDGE KNOWLES** |
| Garidis, Alexandros v. Merck & Co., | * | |
| Inc., 2:05-cv-03880-EEF DEK; | * | |
| | * | |
| Kousoulas, Panagiotis v. Merck & Co., | * | |
| Inc., 2:06-cv-01014-EEF-DEK; | * | |
| | * | |
| McCracken, Karen v. Merck & Co., | * | |
| Inc., 2:06-cv-01013-EEF-DEK; | * | |
| | * | |
| Shpolyanskaya, Mariya v. Merck & Co., | * | |
| Inc., 2:05-cv-04699-EEF-DEK; | * | |
| | * | |
| Yarosh, Raisa v. Merck & Co., | * | |
| Inc., 2:05-cv-03882-EEF-DEK. | * | |
| | * | |

---

# OPPOSITION

---

Law Offices of

# LAWRENCE P. BIONDI

Attorneys for Plaintiff(s)
81 Main Street – Suite 504
White Plains, New York 10601
Tel. (914) 946-5093

FILED'08 OCT 07 10405USDC-LAE

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx ® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCT LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| | * | **JUDGE KNOWLES** |
| Garidis, Alexandros v. Merck & Co., | * | |
| Inc., 2:05-cv-03880-EEF DEK; | * | |
| | * | **OPPOSITION** |
| Kousoulas, Panagiotis v. Merck & Co., | * | |
| Inc., 2:06-cv-01014-EEF-DEK; | * | |
| | * | |
| McCracken, Karen v. Merck & Co., | * | |
| Inc., 2:06-cv-01013-EEF-DEK; | * | |
| | * | |
| Shpolyanskaya, Mariya v. Merck & Co., | * | |
| Inc., 2:05-cv-04699-EEF-DEK; | * | |
| | * | |
| Yarosh, Raisa v. Merck & Co., | * | |
| Inc., 2:05-cv-03882-EEF-DEK. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

NOW INTO COURT, plaintiffs in the above pending Vioxx Litigation: Alexandros Garidis, Panagiotis Kousoulas, Karen McCracken, Mariya Shpolyanskaya, and Raisa Yarosh, through their undersigned counsel, submits this opposition in connection with defendant MERCK & CO., INC.'s application for dismissal without prejudice, pursuant to FRCP 41(b).

The above mentioned plaintiffs have been initially all registered, as noted in the demographic spread sheet annexed hereto as Exhibit A. While all were registered, all have not yet enrolled.

Subsequent thereto, our office had intermittently been in and out of contact with these plaintiffs; and recently learned of the death of plaintiff Garidis, and the serious illness of plaintiff

Fee_____
Process_____
Dktd _____
CtRmDep_____
Doc. No_____

Kousoulas. In addition, we have recently  been able to reestablish contact with plaintiffs McCracken, Shpolyanskaya, and Yarosh.

As all have been previously registered and had previously expressed an interest and desire to participate in the ongoing settlement program currently in progress, dismissal at this time would be Draconian and an extreme and unwarranted penalty, especially for individuals who are elderly, do  not  understand much English,  and/or infirmed. Our overall and overriding public policy is that their claims be ultimately evaluated upon their relative merits.

WHEREFORE, it is most respectfully requested that the Court deny defendant's application for dismissal without prejudice, and permit these plaintiffs  the remaining  allotted period until 10/30/08 in which to enroll, holding any  dismissal in abeyance, so as to afford them the opportunity to complete the enrollment materials and participate in the ongoing settlement program.

Respectfully Submitted,

Richard Mandel
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax:    (914) 946-7372
RMandel@lpblawfirm.com

Attorneys for Plaintiffs Alexandros Garidis, Panagiotis Kousoulas, Karen McCracken, Mariya Shpolyanskaya, and Raisa Yarosh.

"ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT"

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing OPPOSITION has been served on Liason Counsel, Russ Herman, Esq. and Stone, Pigman, Walther and Wittmann, LLC, by U.S. Mail and upon all parties and that the foregoing original signed document was mailed Overnight Mail via Federal Express with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana to be filed with the Court on the 6th day of October, 2008.

Respectfully Submitted,

Richard Mandel
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax:    (914) 946-7372
RMandel@lpblawfirm.com


Attorneys for Plaintiffs Alexandros Garidis,
Panagiotis Kousoulas, Karen McCracken,
Mariya Shpolyankaya, and Raisa Yarosh.