*Confidential Information*

| V4030 | Enrollment Status Report for Biondi, Lawrence P., Law Offices of (As of 6/25/08) |
|---|---|

### I. Status of Certification of Final Enrollment

The Enrollment Status of your Claimants is set forth in Section II below. In addition to the Enrollment requirements addressed in Section II, Claimants are Enrolled only if their Primary Counsel submits a signed Certification of Final Enrollment ("CFE") to the Claims Administrator on or before 5/1/08. You have submitted a CFE. No additional CFE is required at this time.

### II. Claimant Enrollment Status

The status determinations posted here are not final. They are subject to all the terms of the Settlement Agreement, including the submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 of the Settlement Agreement to reject any or all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for completeness.

|   | VCN | Law Firm Unique ID | Claimant Name | Date Submitted for Enrollment | Release | MA | EA | Stipulation |
|---|---|---|---|---|---|---|---|---|
| **A. Claimants Enrolled by Interim Payment Deadline (subject to review of Enrollment documents for completeness)** | | | | | | | | |
| 1. | | | No Claimants in Section A | | | | | |
| **A. Sub-Total:** | | | | | | | | |
| **B. Other Enrolled Claimants (subject to review of Enrollment documents for completeness)** | | | | | | | | |
| 2. | 1088052 | | Dana, Carlo | 2/27/08 | 5/20/08 | 5/20/08 | | 5/20/08 |
| 3. | 1088053 | | Dana, Olga | 2/27/08 | 5/20/08 | 5/20/08 | | 5/20/08 |
| 4. | 1088055 | | Hauzenberg, Diana | 2/27/08 | 5/12/08 | 5/12/08 | | 5/12/08 |
| 5. | 1088060 | | Makropoulos, Emmanuel | 2/27/08 | 5/28/08 | 5/28/08 | | 5/28/08 |
| 6. | 1088059 | | Mitaras, Michael | 2/27/08 | 5/8/08 | 5/8/08 | | 5/8/08 |
| 7. | 1088061 | | Petrakas, Harry | 2/27/08 | 5/8/08 | 5/8/08 | | 5/8/08 |
| 8. | 1088063 | | Psomos, Demetrios | 2/27/08 | 5/1/08 | 5/1/08 | | 5/1/08 |
| 9. | 1088064 | | Santos, Robert | 2/27/08 | 5/14/08 | 5/14/08 | | 5/14/08 |
| 10. | 1088065 | | Shamis, Faina | 2/27/08 | 5/29/08 | 5/29/08 | | 5/29/08 |
| 11. | 1088067 | | Somos, Nick | 2/27/08 | 5/28/08 | 5/28/08 | | 5/28/08 |
| 12. | 1088056 | | Thomas, Jackson | 2/27/08 | 5/21/08 | 5/21/08 | | 5/21/08 |
| 13. | 1088068 | | Vartsakis, Diamonto | 2/27/08 | 5/8/08 | 5/8/08 | | 5/8/08 |
| **B. Sub-Total:** | | 12 | | | | | | |
| **C. Claimants Not Enrolled Who Submitted an Enrollment Document (e.g. Release, Stipulation of Dismissal, etc.)** | | | | | | | | |
| 14. | 1088054 | | Garidis, Alexander | 2/27/08 | | | | |
| 15. | 1088057 | | Kousalis, Panogiotos | 2/27/08 | | | | |
| 16. | 1088058 | | Mccracken, Karen | 2/27/08 | | | | |
| 17. | 1088062 | | Petrakas, Demosthenes | 2/27/08 | | | | |
| 18. | 1088070 | | Psomostithis, Olga | 2/27/08 | | | | |
| 19. | 1088066 | | Shpolyanskaya, Mariya | 2/27/08 | | | | |
| 20. | 1088069 | | Yarosh, Raisa | 2/27/08 | | | | |

*Confidential Information*

| V4030 | | | Enrollment Status Report for<br>Biondi, Lawrence P., Law Offices of<br>(As of 6/25/08) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VCN | Law Firm Unique ID | Claimant Name | Date Submitted for Enrollment | Release | MA | EA | Stipulation |
| C. Sub-Total: | | 7 | | | | | | |
| D. Claimants Not Enrolled Who Have Not Submitted Any Enrollment Documents | | | | | | | | |
| 21. | | | No Claimants in Section D | | | | | |
| D. Sub-Total: | | | | | | | | |
| 22. | Total: | 19 | | | | | | |