81 Main Street – Suite 504
White Plains, New York 10601
Tel. (914) 946-5093
Fax: (914) 946-7372
LBiondi@lpblawfirm.com

RECD 08 OCT 07 10:06 USDC-LAE

Law Offices of
# LAWRENCE PERRY BIONDI
Lawrence Perry Biondi
Richard Mandel

**Of Counsel**
Stephen H. Fields

October 6, 2008

U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   MDL Docket No.: 1657
      **Garidis, Alexandros v. Merck & Co.,
      Inc., 2:05-cv-03880-EEF DEK;**

      **Kousoulas, Panagiotis v. Merck & Co.,
      Inc., 2:06-cv-01014-EEF-DEK;**

      **McCracken, Karen v. Merck & Co.,
      Inc., 2:06-cv-01013-EEF-DEK;**

      **Shpolyanskaya, Mariya v. Merck & Co.,
      Inc., 2:05-cv-04699-EEF-DEK;**

      **Yarosh, Raisa v. Merck & Co.,
      Inc., 2:05-cv-03882-EEF-DEK.**

Dear Sir/Madam:

   Enclosed herewith please find plaintiff's Opposition to defendant Merck's Application for Dismissal on the above which is returnable on October 10, 2008.

   Kindly file same with the Court.

Very truly yours,

Richard Mandel, Esq.

/lsn
Enclosures: