UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| *Latreesh Wilson – 2:05-cv-02319* | § | |
| *Brian J. Sanders – 2:05-cv-02946* | § | MAGISTRATE JUDGE KNOWLES |
| *Janet D. Roderick – 2:05-cv-06573* | | |

### PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANT MERCK & CO., INC'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

On September 26, 2008, Defendant Merck & Co., Inc. filed a Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed Without Prejudice for Failure to Prosecute (MDL-1657 Document 16153). The motion incorrectly included three cases filed by Ranier, Gayle & Elliot, LLC, and The Kaiser Firm, LLP.

On behalf of those Plaintiffs identified in Appendix A, The Kaiser Firm hereby clarifies the status of those Plaintiffs.

Latreesh Wilson

The Kaiser Firm filed a Stipulation of Dismissal with Prejudice for this Plaintiff. The Stipulation was signed by Defendant and filed with the Court on July 15, 2008. A letter reminding Defendant of this Stipulation was sent to Defendant's Liaison Counsel on October 1, 2008, after receiving Defendants Motion to Dismiss (Exhibit A hereto).

1

Brian J. Sanders

The Kaiser Firm filed a Stipulation of Dismissal with Prejudice for this Plaintiff. The Stipulation was signed by Defendant and filed with the Court on July 15, 2008. A letter reminding Defendant of this Stipulation was sent to Defendant's Liaison Counsel on October 1, 2008, after receiving Defendants Motion to Dismiss (Exhibit A hereto).

Janet Roderick

On April 22, 2008, a Motion to Withdraw from representing Ms. Roderick was filed with the Court. This motion was recently filed again on June 9, 2008, in compliance with the terms of PTO 36. The Certification of Withdrawal was filed on June 18, 2008. We request that Ms. Roderick's claim be deleted from Defendant's Motion to Dismiss and the Court act on our Motion to Withdraw.

WHEREFORE, Plaintiffs listed in Appendix A are incorrectly included and should be removed from Defendant's Motion to Dismiss.

October 7, 2008                              Respectfully submitted,

/s/Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: 713-223-0000
Facsimile: 713-223-0440

ATTORNEY FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above Plaintiffs' Objection to Defendant Merck & Co., Inc's Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed Without Prejudice for Failure to Prosecute has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B in accordance with the procedures established in MDL-1657 on October 7, 2008.

/s/Grant Kaiser