APPENDIX A

| Firm | Last Name | First Name | Middle Initial | Case Caption | Case No. | Status |
|---|---|---|---|---|---|---|
| Ranier, Gayle & Elliot, LLC | Wilson | Latreesh | | Mary J. Bails, et al v. Merck & Co., Inc. | 2:05-cv-02319 | Plaintiff's Stipulation of Dismissal signed by Defendant and filed with the Court on 7/15/08 |
| Ranier, Gayle & Elliot, LLC | Sanders | Brian | J. | Deloris Ivers, et al v. Merck & Co., Inc. | 2:05-cv-02946 | Plaintiff's Stipulation of Dismissal signed by Defendant and filed with the Court on 7/15/08 |
| Ranier, Gayle & Elliot, LLC | Roderick | Janet | D. | Janet D. Roderick v. Merck & Co., Inc. | 2:05-cv-06573 | Motion to Withdraw filed 4/22/08. Motion to Withdraw filed again on 6/9/08. Certification filed on 6/18/08. Order pending |