

# THE KAISER FIRM L.L.P.

October 1, 2008

Ms. Dorothy H. Wimberly                    *Via email*
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Re:   Latreesh Wilson & Brian J. Sanders - Vioxx MDL-1657

Dear Ms. Wimberly:

Our clients, Latreesh Wilson & Brian J. Sanders are listed in Exhibit A to Defendant's Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed Without Prejudice for Failure to Prosecute, which was served on Friday, September 26, 2008.

Please be advised that in both cases, Stipulations of Dismissal with Prejudice were signed by you, and filed with the Court on July 15, 2008.

Accordingly, I request that you delete Ms. Wilson's and Mr. Sanders' claim from your Motion to Dismiss. If you have any questions regarding this matter, please do not hesitate to call.

Yours truly,

Grant Kaiser

gg