**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657** |
| | SECTION L |
| This document relates to: | |
| | JUDGE ELDON E. FALLON |
| *Sonia Cifuentes v. Merck & Co., Inc.* | |
| Civil Action No. 06-3350 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**ORDER OF DISMISSAL**

IT IS ORDERED, that all claims of plaintiff Sonia Cifuentes against

defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without

prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 7th day of ____October____, 2008.

_____
DISTRICT JUDGE

783413.1