UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Geneva Hawkins v. Merck & Co., Inc.* | * | JUDGE KNOWLES |
| | * | |
| Docket Number: 05-4284 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER VACATING ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Vacate Order of Dismissal With Prejudice,

IT IS ORDERED that the Order of Dismissal With Prejudice, R. Doc. 16298, entered of record on October 6, 2008, be and it hereby is vacated and the case is restored to the docket.

NEW ORLEANS, LOUISIANA, this  7th   day of October, 2008.

_____
DISTRICT JUDGE

947667v.1