HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*Vernon C. Amie, et al.,*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Eugene Baldwin and Marcia Baldwin, Individually and as Husband and Wife, Leon L. France and Kathryn E. France, Individually and as Husband and Wife, Ronald Gilbert, Sr. and Caroline Gilbert, Individually and as Husband and Wife, Earl Howard, Jagdeo P. Jagsarran, John Lylak, Sr., Frank Moorhus, Jr., Larry E. Morgan and Dorothy M. Morgan, Individually and as Husband and Wife, James Nolan and Rita Nolan, Individually and as Husband and Wife, Anthony Scott and Emily Scott, Individually and as Husband and Wife, Douglas Stay and Gail Stay, Individually and as Husband and Wife, Robert A. Stoney, James A. Thomas, Ronald Trocchio and Dolores Nickolich-Trocchio, Individually and as Husband and Wife, Ron Walker and Judy Walker, Individually and as Husband and Wife** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02219<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Amie Stip of Dismissal

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Eugene Baldwin, Marcia Baldwin, Leon L. France, Kathryn E. France, Ronald Gilbert, Sr., Caroline Gilbert, Earl Howard, Jagdeo P. Jagsarran, John Lylak, Sr., Frank Moorhus, Jr., Larry E. Morgan, Dorothy M. Morgan, James Nolan, Rita Nolan, Anthony Scott, Emily Scott, Douglas Stay, Gail Stay, Robert A. Stoney, James A. Thomas, Ronald Trocchio and Dolores Nickolich-Trocchio, Ron Walker and Judy Walker against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 9-29-08

Dated: 10/8/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2