UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Vernon C. Amie, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2219* | * | |
| | * | |
| *Only as to Eugene Baldwin and* | * | KNOWLES |
| *Marcia Baldwin, Individually and* | * | |
| *as Husband and Wife, Leon L. France* | * | |
| *and Kathryn E. France, Individually and* | * | |
| *as Husband and Wife, Ronald Gilbert,* | * | |
| *Sr. and Caroline Gilbert, Individually* | * | |
| *and as Husband and Wife, Earl Howard,* | * | |
| *Jagdeo P. Jagsarran, John Lylak, Sr.,* | * | |
| *Frank Moorhus, Jr., Larry E. Morgan* | * | |
| *and Dorothy M. Morgan, Individually* | * | |
| *and as Husband and Wife, James* | * | |
| *Nolan and Rita Nolan, Individually* | * | |
| *and as Husband and Wife, Anthony* | * | |
| *Scott and Emily Scott, Individually* | * | |
| *and as Husband and Wife, Douglas* | * | |
| *Stay and Gail Stay, Individually and* | * | |
| *as Husband and Wife, Robert A. Stoney,* | * | |
| *James A. Thomas, Ronald Trocchio* | * | |
| *and Dolores Nickolich-Trocchio,* | * | |
| *Individually and as Husband and* | * | |
| *Wife, Ron Walker and Judy Walker,* | * | |
| *Individually and as Husband and* | * | |
| *Wife* | * | |
| | * | |
| ************************************ | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Eugene Baldwin, Marcia Baldwin, Leon L.

947994v.1

France, Kathryn E. France, Ronald Gilbert, Sr., Caroline Gilbert, Earl Howard, Jagdeo P. Jagsarran, John Lylak, Sr., Frank Moorhus, Jr., Larry E. Morgan, Dorothy M. Morgan, James Nolan, Rita Nolan, Anthony Scott, Emily Scott, Douglas Stay, Gail Stay, Robert A. Stoney, James A. Thomas, Ronald Trocchio, Dolores Nickolich-Trocchio, Ron Walker and Judy Walker against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE