# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Janie Alston, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-2217* | * | |
| | * | |
| *Only as to Ester L. Sacilowski and* | * | **KNOWLES** |
| *David Sacilowski, Individually and as* | * | |
| *Husband and Wife, and Dollie* | * | |
| *Westbrook* | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Ester L. Sacilowski, David Sacilowski, and Dollie Westbrook against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

948029v.1