UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL DOCKET 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | CASE NO. 06-4533 |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| RUTH ANDERSON, et al., | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rules of Civil Procedure 41(A)(1), the parties hereby stipulate to the dismissal of the claim on behalf of Plaintiff, Alfred Anderson, deceased, ONLY. This dismissal is *without prejudice* and otherwise upon the merits. If the case is ever refiled, it will be filed in Federal Court and all discovery to date will be available for use.

Respectfully submitted,

/s/ Philomena Dane (MAD)

Philomena Dane, Esq. (#0044064)
Squire, Sanders & Dempsey
1300 Huntington Center
41 South High Street
Columbus, OH 43215
Ofc: 614/365-2700
Fax: 614/365-2499
Email: pdane@ssd.com

Andrew S. Goldwasser (#0068397)
PRIMARY COUNSEL
Philip A. Ciano (#0066134)
NON-PRIMARY COUNSEL
CIANO & GOLDWASSER, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
Telephone: (216) 658-9900
Facsimile: (216) 658-9920

1

John T. Murray (#0008793)
NON-PRIMARY COUNSEL
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Robert J. DiCello (#0003353)
Mark A. DiCello (#0063924)
NON-PRIMARY COUNSEL
THE DICELLO FIRM
ROBERT J. DICELLO CO., L.P.A.
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 853-8888
Facsimile: (440) 953-9138

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2008 a true copy of the foregoing *Stipulation of Dismissal* was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

/s/ *Andrew S. Goldwasser*
Andrew S. Goldwasser (#0068397)