## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL DOCKET 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | CASE NO. 06-4533 |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| RUTH ANDERSON, et al., | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal filed herein, IT IS ORDERED that the claim on behalf of Plaintiff, Alfred Anderson, deceased is dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

ENTERED this _____ day of October, 2009.

_____
Hon. Eldon Fallon, U.S.D.J.