**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ann M.G. Albright, et al.,*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Alfreda Alexander, Rita Bieznieks, Judy Billing and Leroy Billing, Individually and as Husband and Wife, Josephine Jones and Ulysses Jones, Individually and as Husband and Wife, Paula McIntosh-King and Robert King, Individually and as Husband and Wife, Marlene Morrison and Glenn Morrison, Individually and as Husband and Wife, Judith Odom and Leon D. Odom, Individually and as Husband and Wife, Dolores Palmer, Helen Pertee, Sarah Roberts, Sabina Sacco, Neva Sands, Roberta Soprano, Arlene Staufenberger, Helen Tibus, and Betty A. Williams** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02204<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS |

Albright Stip of Dismissal

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Alfreda Alexander, Rita Bieznieks, Judy Billing, Leroy Billing, Josephine Jones, Ulysses Jones, Paula McIntosh-King, Robert King, Marlene Morrison, Glenn Morrison, Judith Odom, Leon D. Odom, Dolores Palmer, Helen Pertee, Sarah Roberts, Sabina Sacco, Neva Sands, Roberta Soprano, Arlene Staufenberger, Helen Tibus, and Betty A. Williams against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

Dated: 9-29-08

*Counsel for Defendant Merck & Co., Inc*

Dated: 10/8/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2