# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Ann M.G. Albright, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 06-2204 | * | |
| | * | |
| Only with regard to: | * | |
| Alfreda Alexander, Rita Bieznieks, | * | |
| Judy Billing, Leroy Billing, Josephine | * | |
| Jones, Ulysses Jones, Paula McIntosh- | | |
| King, Robert King, Marlene Morrison, | | |
| Glenn Morrison, Judith Odom, Leon D. | | |
| Odom, Dolores Palmer, Helen Pertee, | | |
| Sarah Roberts, Sabina Sacco, Neva | | |
| Sands, Roberta Soprano, Arlene | | |
| Saufenberger, Helen Tibus and Betty | | |
| A. Williams | | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Alfreda Alexander, Rita Bieznieks, Judy Billing, Leroy Billing,

Josephine Jones, Ulysses Jones, Paula McIntosh-King, Robert King, Marlene Morrison, Glenn

Morrison, Judith Odom, Leon D. Odom, Dolores Palmer, Helen Pertee, Sarah Roberts, Sabina

Sacco, Neva Sands, Roberta Soprano, Arlene Saufenberger, Helen Tibus and Betty A. Williams

and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a

dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the

above-styled lawsuit, each party to bear its own costs.

948143v.1

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

948143v.1