## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Willard Allanson, et al.* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* | * | |
| | * | MAGISTRATE JUDGE |
| No. 06-2213 | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| Robert Gross, Janet Gross, Joseph S. | * | |
| Holly, Charles D. Locy, Nellie Locy, | * | |
| Wilbur Owens and George A. Rupakus, | * | |
| Sr. | | |

**********************************

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Gross, Janet Gross, Joseph S. Holly, Charles D. Locy, Nellie Locy, Wilbur Owens and George A. Rupakus and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2008.

_____
DISTRICT JUDGE

948130v.1