**Exhibit D:**
*Cases for which Ruling Should be Deferred Until On or After October 31*
*And which should be set for one of the status conferences regarding enrollment*

| | | | | | |
|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ashbaugh | Paul | Kurt | Ashbaugh, Paul K. v. Merck & Co., Inc. | 2:05-cv-04150-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Reaves | Steve | | Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | McCoy | Danny | | McCoy, Joyce v. Merck & Co., Inc. | 2:05-cv-04515-EEF-DEK |
| Godosky & Gentile, P.C. | Bua | Hugo | | Bua, Hugo v. Merck & Co., Inc. | 2:05-cv-01552-EEF-DEK |