**Exhibit C:  Claims to Be Dismissed With Prejudice**

*Claims for Which No Opposition was Submitted:*

| FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|---|
| Alvis & Willingham, LLP | Cargil | John | D | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Deady | John |  | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Franks | Mary | B | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Highfield | Terry |  | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Holden | James | C | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Kimbrough | Johnnie | D | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Alvis & Willingham, LLP | Murphy | David | | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Polk | Lucille | | Baugher Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK |
| Alvis & Willingham, LLP | Middleton | Larinda | | Middleton, Bobby v. Merck & Co., Inc. | 2:06-cv-02625-EEF-DEK |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | Young (deceased) | Lisa | K. | Young, Russell v. Merck & Co., Inc. | 2:05-cv-00502-EEF-DEK |
| Anderson, John H. | Hathorn | Sharise | M | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| Anderson, John H. | Osborne | Raymond | J | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| Anderson, John H. | Coleman | Cassandra | | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| Anderson, John H. | Fortenberry | Annette | | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| Arnold Law Firm | Ditlevsen | Trey | | Ditlevsen, Trey v. Merck & Co. Inc. | 2:06-cv-03135-EEF-DEK |
| Austin & Associates, LLC | Cole | Ansanta | P. | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Conerly | Mary | F. | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Harried | Carlee | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Joseph, Sr. | Gilbert | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |

| Austin & Associates, LLC | King | Rosemary | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
|---|---|---|---|---|---|
| Austin & Associates, LLC | McPherson, Sr. | Santonio | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Pichon | Venessa | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Salvant | Sidney | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Underwood | Mary | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Beattie Law Firm, P.C. | Kirkpatrick | Elizabeth | E. | Fleckenstein, Pamela J. v. Merck & Co., Inc. | 2:05-cv-02261-EEF-DEK |
| Branch Law Firm | Smith | Ruby | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| Douglas & London, PC | Bowie | Barbara | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Douglass | Roberta | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Fowler | Wardrey | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Hemphill | Charlene | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Lanier | Alfred | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Pennington | Judie | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Civil | Jean | | Civil, Jean v. Merck & Co., Inc. | 2:08-cv-00307-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Douglas & London, PC | Delacruz | Maria | | Cruz, Maria D. v. Merck & Co., Inc. | 2:07-cv-07516-EEF-DEK |
| Douglas & London, PC | Degraw | William | | Degraw, William v. Merck & Co., Inc. | 2:08-cv-00308-EEF-DEK |
| Douglas & London, PC | Miller | Geraldine | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| Douglas & London, PC | Alcantra | Cornelia | | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| Douglas & London, PC | Lai | Tai Man | | Lai, Tai M. v. Merck & Co., Inc. | 2:07-cv-08077-EEF-DEK |
| Douglas & London, PC | Mott | Donald | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |
| Douglas & London, PC | Thompson | Catherine | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |
| Douglas & London, PC | Patterson | Phyllis | | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |
| Fabbro, Steven A., Law Office of | Morris | Karen | | Morris, Karen v. Merck & Co., Inc. | 2:06-cv-10993-EEF-DEK |
| Fabbro, Steven A., Law Office of | Wiley | Janie | | Wiley, Janie v. Merck & Co., Inc. | 2:06-cv-11040-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Allred | Michael | Weston | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Boothe | Linda | B. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Brent | Velma | R. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Chavez | Maria | T. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Ditterline | Timothy | A. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Dominguez | Mary | C. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | England | Mark | Anthony | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Greive | Paul | W. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Harned | Mary | H. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Messerly | John | Craig | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Palmer | Lola | H. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Patterson | Tina | M. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Porter | Carolyn | S. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Rawson | Jacquelia | Y. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Richards | Stewart | | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Sanders | Geraldine | | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Shuman | Earl | W. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Shuman | Melba | J. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Storey | Valerie | J. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Taylor | Maxine | | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Thurgood | Angelia | | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Weir | Leroy | Robert | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Woods | Alan | T. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Woods | Thomas | P. | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Wright | Christine | | Chavez, Maria T. v. Merck & Co., Inc. | 2:07-cv-00736-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Averett | Marla | M. | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Lyons | Geraldine | A. | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Midgley | Andrea | J. | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Moffit | Gregory | A. | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Montoya | Cristobal | | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Fibich, Hampton & Leebron, LLP | Lofton | Dorris | | Barr, Johnnie v. Merck & Co., Inc. | 2:05-cv-06369-EEF-DEK |
| Fichera & Miller | Prado | Carmen | | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| Fincher, Henry D., Law Office of | Clark | John | K | Clark, J. K. v. Merck & Co., Inc. | 2:05-cv-00117-EEF-DEK |
| Godosky & Gentile, P.C. | Pitchford | Millie | | Pitchford, Millie v. Merck & Co., Inc. | 2:05-cv-05373-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Golden & Fonte, PLC | Ralston | Angela | | Ralston, Angela v. Merck & Co., Inc. | 2:05-cv-06163-EEF-DEK |
| Hamilton Law Firm, P.C. | Furman | Barbara | J. | Furman, Barbara v. Merck & Co., Inc. | 2:06-cv-10601-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Anderson | Patricia | A. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Breaux | Terrell | D. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Jackson | Tanisha | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Holloran White & Schwartz | Gilmore | John | G. | Gilmore, John G. v. Merck & Co., Inc. | 2:05-cv-05351-EEF-DEK |
| Johnson & Benjamin LLP | Davenport | Stanley | | Davenport, Stanley v. Merck & Co., Inc. | 2:05-cv-01540-EEF-DEK |
| Johnson Law Associates | Burk | Carolyn | E. | Burk, Carolyn v. Merck & Co., Inc. | 2:06-cv-10316-EEF-DEK |
| Johnson, David H., Law Office of | Goodell | Doris | M. | Goodell, Doris v. Merck & Co., Inc. | 2:06-cv-00314-EEF-DEK |
| Jones, Jeffrey W., PLLC, Attorney at Law | Jones | Lila | M | Jones, Lila M. v. Merck & Co., Inc. | 2:05-cv-06144-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BRIDGEWATER | GLORIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BUSBY | JUANITA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | COLLINS | ANNIE | M. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DECAY, SR. | ELWIN | A. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | DILLARD | CHERYL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DOMINO | MARCEL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ELLIS | BARBARA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HALL | LOUIS | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HOLDEN | MARY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HOLMES | LINDA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JACKSON | MINDY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JACKSON | JENNIFER | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | GILDA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | LEOLA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KING - NOLDEN | ALICIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KORNDORFER | HELENA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MARSHALL | ANN | L. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MARTIN | SUBRINA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | MARTIN | PATSY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MCGEE | JEANETTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MULLET | MEGAN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PAYNE | NIKERIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | RANLETT, DECEASED | MARY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROBINSON | LYNNE | M. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROBINSON, DECEASED, C/O BETTY JEAN ROBINSON | OSCAR | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SESSIONS-RODRIGUEZ | KATHY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SIMMONS | ABBIE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SMITH | MARTHA | K. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SOLOMON | BARBARA | A. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TABOR | KRYSTLE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TALLY | GWENDOLYN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - GREEN | CYNTHIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMPSON | BARBARA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WASHINGTON | MARY | G. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WEBB, JR. | JAMES | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WILLIAMS | DIANNA | C. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Kaplan, Douglas, Attorney at Law | Bromfeld | Helen | | Bromfeld, Helen v. Merck & Co., Inc. | 2:05-cv-02293-EEF-DEK |
| Kershaw, Cutter & Ratinoff, LLP | Tahami | Gholam | H. | Tahami, Gholam v. Merck & Co., Inc. | 2:06-cv-06741-EEF-DEK |
| Lamb Firm, LLC, The | De-La-Cruz-Mendes | Valina | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Lamb Firm, LLC, The | Diaz-Caban | Marilyn | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Lamb Firm, LLC, The | Pereira-Cruz | Miguel | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Lamb Firm, LLC, The | Riollano-Marrero | Carmen | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Lamb Firm, LLC, The | Soria-Melendez | Hector | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Lamb Firm, LLC, The | Irizarry-Alvarez | Emily | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| Lamb Firm, LLC, The | Medina-Camacho | Mildred | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

| Lamb Firm, LLC, The | Rodriguez-Molina | Elena | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
|---|---|---|---|---|---|
| Lamb Firm, LLC, The | Alvarado | Ramon | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| Lamb Firm, LLC, The | Colon-Ortiz | Nancy | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| Lamb Firm, LLC, The | Baez-Huertas | Luz | M. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Bravo-Rivera | Nilda | G. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Cruz-Rodriguez | Justa | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | De-Jesus | Carmen | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Gonzalez-Torres | Jose | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Guzman-Gonzalez | Wanda | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Jimenez-DeSantis | Tomas | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Lopez-Caro | Gladys | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Maldonado-Rios | Juan | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Mendez-Cotto | Armando | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Reyes-Aviles | Antonia | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Lamb Firm, LLC, The | Rodriguez-Reyes | Carmen | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Rosado-Almodovar | Sonia | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Sellas-Aviles | Luis | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Serrano-Nieves | Carmen | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Williams-King | Alisha | S. | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| Law Office of Dick Swift | Thompson | Donna | | Donnell, Bonnie v. Merck & Co., Inc. | 2:06-cv-01045-EEF-DEK |
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| Levin Fishbein Sedran & Berman | Shaw | Shirley | F. | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Cifuentes | Sonia | E | Cifuentes, Sonia v. Merck & Co., Inc. | 2:06-cv-03350-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Frontauria | Eugene | G | Frontauria, Eugene v. Merck & Co., Inc. | 2:05-cv-05679-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Hindman | John | | Hindman, John v. Merck & Co., Inc. | 2:05-cv-05873-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Holbrook | Elmer | | Holbrook, Elmer v. Merck & Co., Inc. | 2:05-cv-05756-EEF-DEK |
| Lipsitz, Nassau, Schwartz & Leckman | Conner | Thomas Jr. | | Conner, Thomas Jr. v. Merck & Co. Inc. | 2:06-cv-03918-EEF-DEK |
| Masters Law Firm, LC | Adkins | Johnny | A. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

| Masters Law Firm, LC | Akers | William | J. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
|---|---|---|---|---|---|
| Masters Law Firm, LC | Baldwin | Manuel | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Ballard | Eliza | G | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Barker | Kenneth | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Blankenship | Roy | L | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Borda | Mary | L | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Bosley | Rose | M. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Canada | Samuel | R | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Chandler | John | H | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Conn | Joseph | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Donnellan | Sandra | W | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Farley | Kathleen | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Gollihue | Larry | F | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Haines | Betty | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

| Masters Law Firm, LC | Harless | Avon | F | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
|---|---|---|---|---|---|---|
| Masters Law Firm, LC | Howard | Virgie | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Hunt | Helen | G. | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Johnstone | Nancy | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Jones | Beverly | A | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Jones | Lydia | E | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Keyser | Garnett | L | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Kinser | Charles | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Kirk | Junie | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Legg | Beverly | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Lester | George | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Marcum | Cassandra | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | McBride | Evelyn | G. | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | McCallister | Helen | | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Masters Law Firm, LC | Miller | James | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Monk | Dale | E | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Mynes | Larry | A | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Pauley | Dennis | A | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Pernell | Gracie | M | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Plybon | Calvin | R | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Price | Alonzo | C | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Pritt | John | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Quesenberry | Harry | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Ratcliff | Donna | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Rutherford | Charles | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Stewart | Ronald | G | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Stumbo | Danny | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Sturgill | Betty | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Masters Law Firm, LC | Thompson | Charles | D. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Thornsbury | Ed | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Tschop | Gladys | V. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Vint | Michael | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Whitten | Sharon | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Willet | Karen | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Williams | Donald | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Wilson | Theresa | | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Workman | William | F. | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| Masters Law Firm, LC | Dickens | Leota | | Dickens, Leota F. v. Merck & Co., Inc. | 2:07-cv-03312-EEF-DEK |
| Mayeux, Donald L., Law Firm | Sonnier | Eddie | | Sonnier, Eddie v. Merck & Co., Inc. | 2:07-cv-06877-EEF-DEK |
| McFarland & Lovely, PSC | Arnett | Lavern | | Arnett, Lavern v. Merck & Co., Inc. | 2:05-cv-06518-EEF-DEK |
| Miller Firm, LLC, The (PA) | Allen | Ivory | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Denison | Brenda | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Hopkins | Gladys | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hunt | Linda | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sweet | Maggie | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sylvia | Ronald | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Wordlaw | Valerie | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hans | Robert | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hogan | Geneva | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sparr | Raymond | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Nicholson | Thomas | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |
| Miller Firm, LLC, The (PA) | Morrow | Sharon | | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK |
| Miller Firm, LLC, The (PA) | Taylor | Delilah | | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK |
| Miller Firm, LLC, The (PA) | Bonner | Brenda | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gregg | Kay | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Haecker | Paul | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Hurtibus | Linda | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hutchins | Roger | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | McDonald | Marva | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Smith | Billy | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Stafford | William Carl | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Webb | Daniel | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Burke | Jan | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Okon | Bassey | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Stevens | Howson | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Bradshaw | Pat | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gonzalas | Raymond | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Miller | Fred | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Vann | Carol | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Foshee | Jimmie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Griffith | Rickey | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Mitchem | Robbin | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Ratliff | Connie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Riester | Mary | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Smith | Willie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Brown | Mary Lou | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| Miller Firm, LLC, The (PA) | Busk | John Morgan | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| Miller Firm, LLC, The (PA) | Nelson | Jeanette | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| Miller Firm, LLC, The (PA) | Davis | Dale | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hotchkiss | Pamela | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Miller Firm, LLC, The (PA) | Damon | Mary | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Evers | William | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gipson | Vivian | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Watson | Christine | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Ferguson | Bonnie | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sanders | Roxanne | | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996-EEF-DEK |
| Miller Firm, LLC, The (PA) | Leonard | Kathleen | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |
| Miller Firm, LLC, The (PA) | Walker | Linda | | Lafay, Edward v. Merck & Co., Inc. | 2:06-cv-05998-EEF-DEK |
| Miller Firm, LLC, The (PA) | Demers | Brian F. | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |
| Miller Firm, LLC, The (PA) | Lee | Victoria | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |
| Miller Firm, LLC, The (PA) | Jones | Carol Ann | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Smith | Darrell E. | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sturgeon | Elmer | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Thornton | John M. | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Mithoff Law Firm | Beal | George | T. | Beal, Janice v. Merck & Co., Inc. | 2:05-cv-06833-EEF-DEK |
| Natale, II, Frank A., Law Office of | Conti | Angela | Jean | Conti, Angela J. v. Merck & Co., Inc. | 2:06-cv-10680-EEF-DEK |
| Nelson Law Office | SCRIVNER | PAUL | ARTHUR | Scrivner, Paul v. Merck & Co., Inc. | 2:07-cv-00684-EEF-DEK |
| Reich and Binstock | Barker | Kathryn | L. | Barker, Kathryn v. Merck & Co., Inc. | 2:06-cv-03401-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Reich and Binstock | Borkowski | Tina | | | Borkowski, Tina v. Merck & Co., Inc. | 2:06-cv-05691-EEF-DEK |
| Reich and Binstock | Carver | Gail | F. | | Carver, Roger v. Merck & Co., Inc. | 2:05-cv-04981-EEF-DEK |
| Reich and Binstock | Duffield | Mary | A. | | Duffield, Mary v. Merck & Co., Inc. | 2:05-cv-05451-EEF-DEK |
| Reich and Binstock | Morris | Richard | A. | | Morris, Richard v. Merck & Co., Inc. | 2:06-cv-01442-EEF-DEK |
| Reich and Binstock | Ward | Louise | | | Ward, Louise v. Merck & Co., Inc. | 2:06-cv-02554-EEF-DEK |
| Reich and Binstock | Woods | Winstun | L. | | Woods, Winstun v. Merck & Co., Inc. | 2:06-cv-03705-EEF-DEK |
| Rubin, Machado & Rosenblum, Ltd. | Birdow | Demper | | | Birdow, Demper v. Merck & Co., Inc. | 2:06-cv-09360-EEF-DEK |
| Schmidt, Douglas M., APLC | Bartie | Angeline | | | Bartie, Angela v. Merck & Co., Inc. | 2:07-cv-01667-EEF-DEK |
| Schmidt, Douglas M., APLC | Bumpers | Asarie | | | Bumpers, Asarie v. Merck & Co., Inc. | 2:07-cv-01681-EEF-DEK |
| Schmidt, Douglas M., APLC | Celestine | Kenneth | | | Celestine, Kenneth v. Merck & Co., Inc. | 2:07-cv-01633-EEF-DEK |
| Schmidt, Douglas M., APLC | DeBoest | Delores | | | DeBoest, Delores v. Merck & Co., Inc. | 2:07-cv-01680-EEF-DEK |
| Schmidt, Douglas M., APLC | Ryce (deceased) | Vildred | | | Foster, Ray v. Merck & Co., Inc. | 2:07-cv-01666-EEF-DEK |
| Schmidt, Douglas M., APLC | Guillory | Gloria | | | Guillory, Gloria v. Merck & Co., Inc. | 2:07-cv-01647-EEF-DEK |
| Schmidt, Douglas M., APLC | Hamilton | Anna | | | Hamilton, Anna v. Merck & Co., Inc. | 2:07-cv-01683-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Schmidt, Douglas M., APLC | LaFleur | Cynthia | | LaFleur, Cynthia v. Merck & Co., Inc. | 2:07-cv-01653-EEF-DEK |
| Schmidt, Douglas M., APLC | Mitchell | Clorinda | | Mitchell, Clorinda v. Merck & Co., Inc. | 2:07-cv-01630-EEF-DEK |
| Schmidt, Douglas M., APLC | Stevens | Emma | | Stevens, Erma v. Merck & Co., Inc. | 2:07-cv-01673-EEF-DEK |
| Seeger Weiss LLP | Choate | Deborah | A | Acey, Margie v. Merck & Co., Inc. | 2:06-cv-10173-EEF-DEK |
| Seeger Weiss LLP | Babcock | Michael | | Aus, Dorothy v. Merck & Co., Inc. | 2:06-cv-10167-EEF-DEK |
| Seeger Weiss LLP | Turley | Glover | | Cox, Timothy v. Merck & Co., Inc. | 2:06-cv-10152-EEF-DEK |
| Seeger Weiss LLP | Trainum | Chad | | Martin, Beulah v. Merck & Co., Inc. | 2:06-cv-10170-EEF-DEK |
| Shelton & Associates, P.A. | Cantrell | Dorothy | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Edwards | Ida | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Guyton | Annie | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Hood | Mary | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Hughes | Rose | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Jackson | Annie | W | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Jackson | Isaac | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Shelton & Associates, P.A. | Landwer | Rosanna | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Lockhart | Charlotte | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | South | Penny | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Summers | Rosie | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Webb | Earline | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Williams | Fred | | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK |
| Shelton & Associates, P.A. | Ivy | Tommy | Lee | Ivy, Tommie L. v. Merck & Co., Inc. | 2:07-cv-09599-EEF-DEK |
| Shelton & Associates, P.A. | Woods | Sherry | | Woods, Sherry v. Merck & Co., Inc. | 2:07-cv-09598-EEF-DEK |
| Silverman & Fodera | Cummings | LuAnn | G | Cummings, Luann v. Merck & Co., Inc. | 2:06-cv-04185-EEF-DEK |
| Smith, Michael, Attorney at Law | ELSTON | WILLIE | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | PERALES | CARLOS | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| St. Martin, Williams & Bourque | Boudreaux | Pearl | M | Kibodaux, Maggie v. Merck & Co., Inc. | 2:05-cv-00578-EEF-DEK |
| St. Martin, Williams & Bourque | Schexnayder | Louis | J | Schexnayder, Louis J. v. Merck & Co., Inc. | 2:05-cv-01200-EEF-DEK |
| Stipe, Harper Law Firm | Jones | Gloria | | Faulkenberry, John v. Merck & Co., Inc. | 2:06-cv-11314-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thornhill & Collings, LC | deBautte | Joelle | L | | DeBoutte, Joelle v. Merck & Co., Inc. | 2:05-cv-06852-EEF-DEK |
| Turner & Flessas, S.C. | Casper | Ruth Ann | | | Hall, Ruth A. v. Merck & Co., Inc. | 2:05-cv-03230-EEF-DEK |
| Weitz & Luxenberg, P.C. | Falcon Matos | Teresita | | | Falcon-Matos, Teresita v. Merck & Co., Inc. | 2:05-cv-06413-EEF-DEK |
| Weitz & Luxenberg, P.C. | Nardella | Louise | | | Nardella, Louise v. Merck & Co., Inc. | 2:07-cv-09134-EEF-DEK |
| Whitehead Law Firm | Lee, Jr. | Norwood | C. | | Brimberry, Woodrow v. Merck & Co., Inc. | 2:06-cv-06802-EEF-DEK |
| Whitehead Law Firm | Sexton | Hubert | | | Brimberry, Woodrow v. Merck & Co., Inc. | 2:06-cv-06802-EEF-DEK |
| Whitehead Law Firm | Thomas | Brenda | | | Brimberry, Woodrow v. Merck & Co., Inc. | 2:06-cv-06802-EEF-DEK |
| Whitehead Law Firm | Myers | Jennifer | | | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| Whitehead Law Firm | Myers | Arthur | L. | | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| Whitehead Law Firm | Smith | Leurline | | | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| Wilner Block, P.A. | Chance | Malissia A. | | | Chance, Malissia v. Merck & Co., Inc. | 2:05-cv-03377-EEF-DEK |
| Wilner Block, P.A. | Cross, Sr. | Raymond E. | | | Cross, Raymond v. Merck & Co., Inc. | 2:05-cv-03380-EEF-DEK |
| Wilner Block, P.A. | Washington | Mary | | | Washington, Mary C. v. Merck & Co., Inc. | 2:05-cv-02907-EEF-DEK |
| Young Firm, The | Adwell | Tamara | | | Adwell, Tamara G. v. Merck & Co., Inc. | 2:06-cv-05830-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Young Firm, The | Avena | Peter | | | Avena, Peter v. Merck & Co., Inc. | 2:06-cv-06753-EEF-DEK |
| Young Firm, The | Barnett | Hilda | R | | Barnett, Hilda v. Merck & Co., Inc. | 2:05-cv-04282-EEF-DEK |
| Young Firm, The | Draper | Lynn | | | Draper, Lynn v. Merck & Co., Inc. | 2:06-cv-06362-EEF-DEK |
| Young Firm, The | Fazzina | Anthony | | | Fazzina, Anthony v. Merck & Co., Inc. | 2:06-cv-05871-EEF-DEK |
| Young Firm, The | Fleming | David | | | Fleming, David v. Merck & Co., Inc. | 2:06-cv-06363-EEF-DEK |
| Young Firm, The | Saldana | Paul | | | Saladana, Paul v. Merck & Co, Inc. | 2:06-cv-06365-EEF-DEK |
| Young Firm, The | See | Gary | | | See, Gary v. Merck & Co., Inc. | 2:06-cv-06360-EEF-DEK |
| Young Firm, The | Smith | Richard | L | | Smith, Richard L. v. Merck & Co., Inc. | 2:06-cv-06366-EEF-DEK |
| Young Firm, The | Titus | Susan | E | | Tisut, Susan E. v. Merck & Co., Inc. | 2:06-cv-06369-EEF-DEK |
| Young Firm, The | Trevino | Bonnie | | | Trevino, Bonnie v. Merck & Co., Inc. | 2:06-cv-06364-EEF-DEK |
| Young Firm, The | Watkins | Diane | | | Watkins, Diane v. Merck & Co., Inc. | 2:05-cv-04276-EEF-DEK |
| Young Firm, The | Watson | Claude | W | | Watson, Claude v. Merck & Co., Inc. | 2:05-cv-04271-EEF-DEK |
| Young Firm, The | York | Jason | R | | York, Jason v. Merck & Co., Inc. | 2:05-cv-04287-EEF-DEK |
| Beattie Law Firm, P.C. | Braack | Sharon | E. | | Fleckenstein, Pamela J. v. Merck & Co., Inc. | 2:05-cv-02261-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Beattie Law Firm, P.C. | Braack | Terry | L. | Fleckenstein, Pamela J. v. Merck & Co., Inc. | 2:05-cv-02261-EEF-DEK |
| Cantu, Mark A., Law Office of | Garza | Irma | | Garza, Irma v. Merck & Co., Inc. | 2:07-cv-03488-EEF-DEK |
| Johnson & Benjamin LLP | Blankson | Florence | C. | Blankson, Florence v. Merck & Co., Inc. | 2:05-cv-05079-EEF-DEK |
| Johnson & Benjamin LLP | Mathis | Hollis | | Mathis, Hollis v. Merck & Co., Inc. | 2:05-cv-05080-EEF-DEK |