**EXHIBIT C**

|    | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|----|-----|-----------|-----------|------------|----------------|--------------|---------------|
| 1  | 1074987 | Cellino & Barnes, P.C. | Abdalle Lassan | Mohamoud |   | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 2  | 1075038 | Cellino & Barnes, P.C. | Arndt | Alden | A | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 3  | 1075070 | Cellino & Barnes, P.C. | Barnes | Mary | G | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 4  | 1075109 | Cellino & Barnes, P.C. | Berger | Ailean |   | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 5  | 1075154 | Cellino & Barnes, P.C. | Bosco | Deborah |   | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 6  | 1075177 | Cellino & Barnes, P.C. | Brennen | Gerald |   | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 7  | 1075210 | Cellino & Barnes, P.C. | Bryant III | John | T | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 8  | 1075221 | Cellino & Barnes, P.C. | Bullock | Walter |   | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 9  | 1075228 | Cellino & Barnes, P.C. | Burns | Claire |   | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |
| 10 | 1075249 | Cellino & Barnes, P.C. | Campbell | Norman | L | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 11 | 1075248 | Cellino & Barnes, P.C. | Campbell | Wanda |   | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 12 | 1075340 | Cellino & Barnes, P.C. | Colazzi | John |   | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 13 | 1075343 | Cellino & Barnes, P.C. | Coleman | Melvina |   | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |

**EXHIBIT C**

|    | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|----|-----|-----------|-----------|------------|----------------|--------------|---------------|
| 14 | 1075361 | Cellino & Barnes, P.C. | Conway | Gregory | V | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 15 | 1075397 | Cellino & Barnes, P.C. | Crites | Robert |   | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 16 | 1075423 | Cellino & Barnes, P.C. | Dalton | Charles |   | Abdane Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 17 | 1075460 | Cellino & Barnes, P.C. | Deforest | Barbara |   | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 18 | 1075581 | Cellino & Barnes, P.C. | Farnsworth | Lawrence |   | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 19 | 1075732 | Cellino & Barnes, P.C. | Groseclose | Nancy |   | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 20 | 1075873 | Cellino & Barnes, P.C. | Howlett | Laura |   | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 21 | 1075878 | Cellino & Barnes, P.C. | Hughes | Joylsa |   | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 22 | 1075920 | Cellino & Barnes, P.C. | Jackson | Eula | M | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 23 | 1075961 | Cellino & Barnes, P.C. | Johnson | Josephine | L | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 24 | 1076079 | Cellino & Barnes, P.C. | Kunz | Marion |   | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 25 | 1076085 | Cellino & Barnes, P.C. | Lafleche | Daniel |   | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK |
| 26 | 1076108 | Cellino & Barnes, P.C. | Larson | Laurie |   | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |

**EXHIBIT C**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1076209 | Cellino & Barnes, P.C. | Macleod | Gilda | | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 28 | 1076250 | Cellino & Barnes, P.C. | Massa | Anna | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 29 | 1076294 | Cellino & Barnes, P.C. | McKee | Karl | D | Cappuccilli, Christopher A. v. Merck & Co., Inc. | 2:07-cv-00696-EEF-DEK |
| 30 | 1076296 | Cellino & Barnes, P.C. | McKenzie | Carmen | L | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 31 | 1076325 | Cellino & Barnes, P.C. | Meyers Taylor | Jill | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 32 | 1076329 | Cellino & Barnes, P.C. | Middleton | Larraine | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 33 | 1076344 | Cellino & Barnes, P.C. | Miller | John | R | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 34 | 1076372 | Cellino & Barnes, P.C. | Mon | Norma | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 35 | 1076403 | Cellino & Barnes, P.C. | Morris | Elsie | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 36 | 1076417 | Cellino & Barnes, P.C. | Mowry | Rose | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 37 | 1076450 | Cellino & Barnes, P.C. | Newcomb | Gary | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 38 | 1076494 | Cellino & Barnes, P.C. | Oney | Donna | K | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 39 | 1076534 | Cellino & Barnes, P.C. | Patrick | Sylvia | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |

**EXHIBIT C**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 40 | 1076647 | Cellino & Barnes, P.C. | Reddicks | Winnie | | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |
| 41 | 1076652 | Cellino & Barnes, P.C. | Reed | Gladys | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 42 | 1076656 | Cellino & Barnes, P.C. | Reeves | Belinda | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 43 | 1076666 | Cellino & Barnes, P.C. | Reniff | Mavis | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 44 | 1076670 | Cellino & Barnes, P.C. | Reuter | Harold | | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 45 | 1076672 | Cellino & Barnes, P.C. | Reyes | Elvi E | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 46 | 1076677 | Cellino & Barnes, P.C. | Rheaume | Louis | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 47 | 1076680 | Cellino & Barnes, P.C. | Rhoades | Carol | A | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 48 | 1076691 | Cellino & Barnes, P.C. | Riley | Bessie | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 49 | 1076713 | Cellino & Barnes, P.C. | Robey | Robert | J | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 50 | 1076733 | Cellino & Barnes, P.C. | Rodriguez | Linda | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 51 | 1076831 | Cellino & Barnes, P.C. | Schulz | Joann | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 52 | 1076924 | Cellino & Barnes, P.C. | Smith | Alice | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |

**EXHIBIT C**

|    | VCN     | Firm Name             | Last Name | First Name | Middle Initial | Case Caption                              | Docket Number           |
|----|---------|-----------------------|-----------|------------|----------------|-------------------------------------------|-------------------------|
| 53 | 1076914 | Cellino & Barnes, P.C. | Smith     | David      |                | Addane Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 54 | 1076913 | Cellino & Barnes, P.C. | Smith     | Jacqueline |                | Alwine, Sandra v. Merck & Co., Inc.       | 2:06-cv-02201-EEF-DEK   |
| 55 | 1076912 | Cellino & Barnes, P.C. | Smith     | Kathleen   |                | Adams, Mary E. v. Merck & Co., Inc.       | 2:06-cv-02200-EEF-DEK   |
| 56 | 1076965 | Cellino & Barnes, P.C. | St George | Minnie     | L              | Carrigan, Joanne A. v. Merck & Co., Inc.  | 2:06-cv-09752-EEF-DEK   |
| 57 | 1077023 | Cellino & Barnes, P.C. | Taft      | Alice      |                | Alwine, Sandra v. Merck & Co., Inc.       | 2:06-cv-02201-EEF-DEK   |
| 58 | 1077060 | Cellino & Barnes, P.C. | Thompson  | David      | Arlen          | Aponte, Miguel G. v. Merck & Co., Inc.    | 2:06-cv-02215-EEF-DEK   |
| 59 | 1077083 | Cellino & Barnes, P.C. | Torres    | Aurelia    |                | Arena, Concetta v. Merck & Co., Inc.      | 2:06-cv-01213-EEF-DEK   |
| 60 | 1077090 | Cellino & Barnes, P.C. | Trimble   | Anna       |                | Kordaslewicz, Marcella v. Merck & Co., Inc. | 2:06-cv-01192-EEF-DEK |
| 61 | 1077092 | Cellino & Barnes, P.C. | Troisi    | Virginia   | A              | Troisi, Matthew v. Merck & Co., Inc.      | 2:07-cv-09128-EEF-DEK   |
| 62 | 1077143 | Cellino & Barnes, P.C. | Vines     | Diana      | P              | Alwine, Sandra v. Merck & Co., Inc.       | 2:06-cv-02201-EEF-DEK   |
| 63 | 1077218 | Cellino & Barnes, P.C. | Wheeler   | Geri       |                | Adkins, Isabelle v. Merck & Co., Inc.     | 2:06-cv-02199-EEF-DEK   |
| 64 | 1077229 | Cellino & Barnes, P.C. | White     | Elizabeth  | A              | Ando, Donald J. v. Merck & Co., Inc.      | 2:06-cv-10629-EEF-DEK   |
| 65 | 1077247 | Cellino & Barnes, P.C. | Williams  | Chester    |                | Andrews, Michael v. Merck & Co., Inc.     | 2:06-cv-02208-EEF-DEK   |

**EXHIBIT C**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 66 | 1077265 | Cellino & Barnes, P.C. | Wilson | Betty | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 67 | 1077262 | Cellino & Barnes, P.C. | Wilson | Celeste | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 68 | 1077273 | Cellino & Barnes, P.C. | Witherspoon | Billy | | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 69 | 1077306 | Cellino & Barnes, P.C. | Zambito | Mary | T | Frazzini, Anne v. Merck & Co., Inc. | 2:07-cv-03480-EEF-DEK |