FILED 08 SEP 29 10:55 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-1582 |
| | MDL NO. 1657 |
| DAVID ROBBINS | SECTION: L/3 |
| Plaintiff, | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| VS. | |
| MERCK & CO., INC. | |
| Defendant. | |

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, DAVID ROBBINS, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  
RICHARD WARREN MITHOFF  
State Bar No. 14228500  
S.D. Tex. Bar No. 2101  
JOSEPH R. ALEXANDER, JR.  
Attorney-In-Charge  
State Bar No. 00995150  
S.D. Tex. Bar No. 1368  
Penthouse, One Allen Center  
500 Dallas, Suite 3450  
Houston, Texas 77002  
(713) 654-1122  
(713) 739-8085 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

Dated: 9/26/08

_____  
ATTORNEY FOR MERCK & CO., INC.

Dated: 9/26/08

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, Certified Mail, Return Receipt Requested to Ms. Lisa Martin, 6075 Poplar Avenue, Suite 500, Memphis, TN 38119, attorney for Merck & Co., Inc., on this 26th day of September 2008  Additional copies were also served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

_____
JOSEPH R. ALEXANDER, JR.

## Attorney's Statement Regarding Withdrawal As Counsel and Voluntary Dismissal Without Prejudice

Having spoken with David Robbins to review his file for his claim against Merck & Co., Inc., David Robbins has authorized the law offices of Mithoff Law Firm to withdraw from his representation and to likewise voluntarily dismiss his claim from the U.S. District Court, Eastern District of Louisiana, cause number 05-1582.

Dated this 26th day of September 2008.

_____
JOSEPH R. ALEXANDER, JR.