FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT -7  PM 12: 26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX®<br>      PRODUCTS LIABILITY CASES | § § § § § | |
| THIS DOCUMENT RELATES TO: | § § § | DOCKET NO. CA 05-1582 |
| | § | MDL NO. 1657 |
| DAVID ROBBINS | § § § | SECTION: L/3 |
| | § | |
| *Plaintiff,* | § § | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| VS. | § § | |
| MERCK & CO., INC. | § § § | |
| *Defendant.* | § § | |

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff David Robbins be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 6th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE