UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| **This document relates to:** | MAGISTRATE JUDGE |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Mary Taylor and Paul Taylor | KNOWLES |

### ORDER

Considering the Motion to Vacate Order Granting Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that the Motion to Vacate Order Granting Motion to Withdraw as Counsel of Record is Granted, and this Court's Order dated October 1, 2008, granting Murray Law Firm, Leger & Shaw and Guerriero & Guerriero's Motion to Withdraw as Counsel of Record for Plaintiffs Mary Taylor and Paul Taylor is hereby vacated.

**NEW ORLEANS, LOUISIANA**, this the 8th day of October, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE.**