UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | § <br> § <br> § <br> § | MDL Docket No. 1657 <br><br> SECTION l (3) |
| This Document Relates To: <br><br> Mary J. Bails, et al v. Merck & Co., Inc., <br> (E.D. La. Index No. 2:05-CV-02319) | § <br> § <br> § <br> § | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Latreesh Wilson are dismissed with prejudice.

Dated this __8th__ day of __October__, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1