UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No. 1657 SECTION I (3) |
| This Document Relates To: | § § § | |
| Deloris Ivers, et al v. Merck & Co., Inc., (E.D. La. Index No. 2:05-CV-02946) | § § | JUDGE FALLON MAG. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal With Prejudice of the plaintiff listed. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Brian J. Sanders are dismissed with prejudice.

Dated this  8th  day of     October    , 2008.

*(signature)*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1