# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | SECTION L |
| **LITIGATION** | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Exhibit A* | § | KNOWLES § |

**PLAINTIFFS' SUR-REPLY TO DEFENDANT MERCK & CO., INC.'S REPLY IN SUPPORT OF ITS *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

On September 19, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain Plaintiffs' individual claims should not be dismissed with prejudice. On September 26, 2008, this Court filed the requested order to show cause and ordered oppositions on or before October 6, 2008.

The undersigned counsel timely responded pursuant to this Court's order on October 6, 2008 for what they believed to be all of their Plaintiffs. On October 8, 2008, Defendant Merck & Co., Inc. filed their reply in support of their motion and stated that undersigned counsel stated that 36 plaintiffs did not appear to be covered in their response.

The undersigned counsel inadvertently omitted these 36 plaintiffs in their initial response. Plaintiffs' counsel incorporates their previous response in full, adds the 36 inadvertently omitted Plaintiffs, and changes certain Plaintiffs to the following categories:

I.  **Plaintiffs that have enrolled in the Nationwide Settlement Agreement**

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084082 | Graham | Sandra | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1082881 | Young | Gloria | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

This Plaintiff has provided her signed enrollment documents to the Claims Administrator to be processed. Thus, this Plaintiff respectfully requests that this Court discharge the order to show cause and deny Merck's motion.

II. **Plaintiffs that Counsel has been unable to locate**

Counsel has been unable to locate the following Plaintiffs listed on Defendant's Exhibit C to Defendant's Reply in Support of its First Motion:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083380 | Best | Lonnie | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083567 | Beverly | Albert | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083294 | Bruno Jurgens | Maria | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1084126 | Caraway | Karen | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083973 | Cecil | Joyce | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |

| | | | | |
|---|---|---|---|---|
| 1084512 | Coleman | James | James Coleman Vs. Merck & Co.,Inc. | 06-1548 |
| 1084095 | Dantzler | Gloria | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084015 | Davis | Juanetta | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083011 | DeRosier | Celestina | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083738 | Fitzgerald | Laura | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083445 | Garcia | Alice | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083048 | Hamilton | Kim | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083555 | Higgins | Othell | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1084182 | Johnson | Neva | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1084142 | Jones | Cheryl | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083557 | Lance | Ronald | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083085 | Logan | Robert | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083878 | McGee | Iramintier | James McBride, et al. vs. Merck & Co., Inc. | 06-6947 |
| 1084145 | Montalto | Karen | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083941 | Murrell | Dorenda | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083289 | Smith | Patricia | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083842 | Soto Silva | Reynaldo | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083597 | Swank | Ronnie | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083184 | Ward | Joy | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1084104 | West | David | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

| 1083790 | Williams | Henry | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083556 | Wisdom | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084296 | Wright | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

As these Plaintiffs' *Lone Pine* reports were not tendered due to their inability to be located, this action is more akin to the contemporaneously filed *Defendant Merck & Co., Inc.'s Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed Without Prejudice for Failure to Prosecute* (Document No. 16153) than the pending motion for dismissal with prejudice. As with the Document No. 16153 motion, Plaintiffs are absent but not willfully noncompliant. Plaintiffs respectfully submit that the Court's Local Rule 41.3W provides an adequate mechanism in dismissing without prejudice for plaintiffs failure to prosecute.

Accordingly, Plaintiffs respectfully request that this Court discharge the order to show cause, grant Merck's motion in part and deny in part, substituting a Local Rule 41.3W dismissal for failing to prosecute for the unduly harsh dismissal with prejudice.

### III. Plaintiffs for whom Counsel does not contest the dismissal of their lawsuits

Of the Plaintiffs listed on Exhibits A, Counsel does not contest the dismissal of the following Plaintiffs' claims:

| VCN | LastName | FirstName | Case Caption | Docket # |
| 1084116 | Higgins | Stephen | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083994 | Velez Rodriguez | Delia | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |

### IV. Plaintiffs that have died following the initiation of their Vioxx litigation

Counsel was very recently made aware of the death the following clients that have been unresponsive and/or unable to locate for some time:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083395 | Benitez Boines | Ana | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083902 | Cordle | June | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083214 | Howard | Jim | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083530 | McCarty | Peggy | Peggy McCarty, et al. vs. Merck & Co., Inc. | 06-1795 |
| 1082909 | Spahn | Irma | Kenneth Jenkins, et al. vs. Merck & Co., Inc. | 06-7116 |
| 1084107 | Spears | Beverly | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084186 | Taylor | Diana | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083166 | Vickers | Timothy | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |

Counsel hereby formally suggests their deaths on the record. Fed. R. Civ. P. 25(a)(2). Counsel does not represent these estates and accordingly cannot properly file a *Lone Pine* report on behalf of these estates. Should formal separate suggestions of deaths be necessary, Counsel will so file.

### V. Plaintiffs that have recently been located

Certain Plaintiffs represented by Matthews & Associates timely oppose Defendant's motion. Today, these certain Plaintiffs renewed contact with Matthews &

Associates and will shortly change their status with the Claims Administrator. Of the Plaintiffs identified on Exhibit C to Defendant's Reply in Support of its First Motion, the following will shortly change their status:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1082688 | Martin | Wesley | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083610 | Rogers | Edwin | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083788 | Stone | James | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

Plaintiffs will be returning the signed and completed enrollment documents to the Claims Administrator before the October 30, 2008 deadline. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## **CONCLUSION**

As indicated above, Plaintiffs have either enrolled in the Nationwide Settlement, have been unable to be located, have requested their suits be dismissed, have died during the course of litigation, or have very recently been located and want to participate in the Vioxx Nationwide Settlement. None have willfully failed to comply or impeded individualized litigation of their claims. In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and resolve all issues in the

manner suggested above.  Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:     October 9, 2008.

> Respectfully submitted,
>
> MATTHEWS & ASSOCIATES
>
> s/David P. Matthews
> David P. Matthews
> 2905 Sackett
> Houston, TX  77098
> (713) 222-8080
> (713) 535-7184 fax
> dmatthews@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Sur-Reply to Merck's Reply in Support of Its Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 and Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 9th day of October, 2008.

> s/David P. Matthews
> David P. Matthews
> Matthews & Associates
> 2905 Sackett
> Houston, TX  77098
> (713) 222-8080
> (713) 535-7184 fax
> dmatthews@thematthewslawfirm.com