Exhibit A

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083395 | Benitez Boines | Ana | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083380 | Best | Lonnie | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083567 | Beverly | Albert | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083294 | Bruno Jurgens | Maria | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1084126 | Caraway | Karen | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083973 | Cecil | Joyce | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1084512 | Coleman | James | James Coleman Vs. Merck & Co.,Inc. | 06-1548 |
| 1084095 | Dantzler | Gloria | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084015 | Davis | Juanetta | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083011 | DeRosier | Celestina | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083738 | Fitzgerald | Laura | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083445 | Garcia | Alice | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084082 | Graham | Sandra | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083048 | Hamilton | Kim | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083555 | Higgins | Othell | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083214 | Howard | Jim | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1084182 | Johnson | Neva | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1084142 | Jones | Cheryl | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083557 | Lance | Ronald | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083085 | Logan | Robert | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083878 | McGee | Iramintier | James McBride, et al. vs. Merck & Co., Inc. | 06-6947 |
| 1084145 | Montalto | Karen | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083941 | Murrell | Dorenda | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083610 | Rogers | Edwin | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083289 | Smith | Patricia | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083842 | Soto Silva | Reynaldo | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1082909 | Spahn | Irma | Kenneth Jenkins, et al. vs. Merck & Co., Inc. | 06-7116 |
| 1084107 | Spears | Beverly | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083788 | Stone | James | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083597 | Swank | Ronnie | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084186 | Taylor | Diana | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083166 | Vickers | Timothy | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083184 | Ward | Joy | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1084104 | West | David | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083790 | Williams | Henry | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083556 | Wisdom | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084296 | Wright | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

Exhibit A

**Changes in response:**

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1082881 | Young | Gloria | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083994 | Velez Rodrigue | Delia | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083902 | Cordle | June | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083530 | McCarty | Peggy | Peggy McCarty, et al. vs. Merck & Co., Inc. | 06-1795 |