UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |

### [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the *Lone Pine* requirements of PTO 28, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1) the Order to Show Cause is granted and the cases are dismissed with prejudice for the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084116 | Higgins | Stephen | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083994 | Velez Rodriguez | Delia | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |

(2)     the Order to Show Cause is discharged as to the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1084082 | Graham | Sandra | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083788 | Stone | James | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1082881 | Young | Gloria | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1082688 | Martin | Wesley | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 06-6947 |
| 1083610 | Rogers | Edwin | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

(3)     the Order to Show Cause is discharged, the motion is granted in part and denied in part, and the following Plaintiffs' cases are dismissed without prejudice for failing to prosecute under the terms of Local Rule 41.3W:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083380 | Best | Lonnie | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083567 | Beverly | Albert | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083294 | Bruno Jurgens | Maria | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1084126 | Caraway | Karen | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1083973 | Cecil | Joyce | Frank Ackenback, et al vs. Merck & Co., Inc. | 06-6943 |
| 1084512 | Coleman | James | James Coleman Vs. Merck & Co.,Inc. | 06-1548 |
| 1084095 | Dantzler | Gloria | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1084015 | Davis | Juanetta | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |

| | | | | |
|---|---|---|---|---|
| 1083011 | DeRosier | Celestina | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083738 | Fitzgerald | Laura | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083445 | Garcia | Alice | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083048 | Hamilton | Kim | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083555 | Higgins | Othell | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1084182 | Johnson | Neva | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1084142 | Jones | Cheryl | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083557 | Lance | Ronald | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083085 | Logan | Robert | Kenneth Jenkins, et al vs. Merck & Co., Inc. | 06-7116 |
| 1083878 | McGee | Iramintier | James McBride, et al. vs. Merck & Co., Inc. | 06-6947 |
| 1084145 | Montalto | Karen | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083941 | Murrell | Dorenda | Karen A. Montalto, et al vs. Merck & Co., Inc. | 06-6945 |
| 1083289 | Smith | Patricia | Lucille Ballard, et al vs. Merck & Co., Inc. | 05-4767 |
| 1083842 | Soto Silva | Reynaldo | Rosa M. Acosta Padilla, et al. v. Merck & Co., Inc. | 06-7042 |
| 1083597 | Swank | Ronnie | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083184 | Ward | Joy | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1084104 | West | David | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083790 | Williams | Henry | Johnny E. Anderson, et al vs. Merck & Co., Inc. | 05-4762 |
| 1083556 | Wisdom | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084296 | Wright | Richard | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |

(4)   the Order to Show Cause is discharged as to the following Plaintiffs:

| VCN | LastName | FirstName | Case Caption | Docket # |
| --- | --- | --- | --- | --- |
| 1083395 | Benitez Boines | Ana | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083902 | Cordle | June | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083214 | Howard | Jim | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083530 | McCarty | Peggy | Peggy McCarty, et al. vs. Merck & Co., Inc. | 06-1795 |
| 1082909 | Spahn | Irma | Kenneth Jenkins, et al. vs. Merck & Co., Inc. | 06-7116 |
| 1084107 | Spears | Beverly | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084186 | Taylor | Diana | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083166 | Vickers | Timothy | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |

The deaths of Plaintiffs having been formally suggested on the record, former counsel for decedents is directed to notify decedent's identifiably survivors with notice of suggestion of death, a copy of this Order, and notice that a motion for Rule 25(a)(1) substitution be filed within 90 days under penalty of Rule 25(a)2 dismissal without further action of defendants;

(5)   Should a motion for substitution be granted as to the claims of the following Plaintiffs, the substituted party is granted 30 days from the date of substitution to comply with the *Lone Pine* requirements of Pretrial Order 28:

| VCN | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| 1083395 | Benitez Boines | Ana | Antonia Acosta Cabrera et al. v. Merck & Co., Inc. | 05-4589 |
| 1083902 | Cordle | June | Clara E. Clark, et al vs. Merck & Co., Inc. | 06-6942 |
| 1083214 | Howard | Jim | Amelia Haywood, et al vs. Merck & Co., Inc. | 06-6944 |
| 1083050 | Hubek | Goldie | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |
| 1083530 | McCarty | Peggy | Peggy McCarty, et al. vs. Merck & Co., Inc. | 06-1795 |
| 1082909 | Spahn | Irma | Kenneth Jenkins, et al. vs. Merck & Co., Inc. | 06-7116 |
| 1084107 | Spears | Beverly | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1084186 | Taylor | Diana | Valerie Rockingham, et al v. Merck & Co., Inc. | 06-7115 |
| 1083166 | Vickers | Timothy | Linda M. Cable, et al vs. Merck & Co., Inc. | 05-4759 |

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

                                                                    Daniel E. Knowles, III
                                                                    United States Magistrate Judge