**EXHIBIT A**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1081601 | Bice Palermo & Veron, LLC | Kennerson | Diane | | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 2 | 1081600 | Bice Palermo & Veron, LLC | Thibodeaux | Lavel | A | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 3 | 1108487 | Bonsignore and Brewer | Richardson | Craig | B | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 4 | 1108426 | Colom Law Firm, The | Jones | Henretta | | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK |
| 5 | 1108430 | Colom Law Firm, The | Lockett | William | | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 6 | 1023215 | Coon, Brent & Associates | Byars | Kandyce | K | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 7 | 1023322 | Coon, Brent & Associates | Long | Barbara | J | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 8 | 1012975 | Girardi & Keese | Chadwick | Tom | | Chadwick, Tom v. Merck & Co., Inc. | 2:07-cv-06298-EEF-DEK |
| 9 | 1013320 | Girardi & Keese | Lorne | Nadia | | Lorne, Nadia v. Merck & Co., Inc. | 2:07-cv-06135-EEF-DEK |
| 10 | 1013447 | Girardi & Keese | Pendergrass | Rita | | Pendergrass, Rita v. Merck & Co., Inc. | 2:07-cv-06138-EEF-DEK |
| 11 | 1106123 | Girardi & Keese | Powell | Marilyn | | Powell, Marilyn v. Merck & Co., Inc. | 2:06-cv-07112-EEF-DEK |
| 12 | 1082292 | Harang, Jack W., APLC | Benbow | Queen | | Benbow, Alphina v. Merck & Co., Inc. | 2:07-cv-06329-EEF-DEK |
| 13 | 1082293 | Harang, Jack W., APLC | Bias | Essie | | Small, Dessie v. Merck & Co., Inc. | 2:07-cv-06337-EEF-DEK |

**EXHIBIT A**

|    | VCN     | Firm Name                          | Last Name  | First Name | Middle Initial | Case Caption                              | Docket Number           |
|----|---------|------------------------------------|------------|------------|----------------|-------------------------------------------|-------------------------|
| 14 | 1092278 | Humphrey Farrington & McClain PC   | Canaleo    | Rose       |                | Canaleo, Frank v. Merck & Co., Inc.       | 2:05-cv-06536-EEF-DEK   |
| 15 | 1092279 | Humphrey Farrington & McClain PC   | Conyers    | Nona       |                | Conyers, Nona v. Merck & Co., Inc.        | 2:05-cv-04806-EEF-DEK   |
| 16 | 1080804 | Mathis Law Firm, P.C., The         | Ransom     | Annette    |                | Ransom, Annette v. Merck & Co., Inc.      | 2:06-cv-00450-EEF-DEK   |
| 17 | 1083776 | Matthews & Associates              | Disbennett | Melvin     | E              | Clark, Clara E. v. Merck & Co., Inc.      | 2:06-cv-06942-EEF-DEK   |
| 18 | 1084291 | Matthews & Associates              | Salyers    | Sydney     | S              | Rockingham, Valerie v. Merck & Co., Inc.  | 2:06-cv-07115-EEF-DEK   |
| 19 | 1112073 | Myers and Perfater                 | Burger     | Olivia     |                | Burger, Olivia v. Merck & Co., Inc.       | 2:06-cv-10416-EEF-DEK   |
| 20 | 1112077 | Myers and Perfater                 | Thompson   | Thomas     |                | Thompson, Thomas v. Merck & Co., Inc.     | 2:06-cv-10377-EEF-DEK   |
| 21 | 1112079 | Myers and Perfater                 | Wright     | Donna      |                | Wright, Donna v. Merck & Co., Inc.        | 2:06-cv-10392-EEF-DEK   |
| 22 | 1062927 | Nevin & Absalom                    | Carter     | Kathleen   |                | Carter, Kathleen v. Merck & Co., Inc.     | 2:05-cv-05068-EEF-DEK   |
| 23 | 1047286 | Singleton Law Firm                 | Toups      | James      |                | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |