**EXHIBIT B**

|   | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1075040 | Cellino & Barnes, P.C. | Arnold | Leonard |  | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 2 | 1075477 | Cellino & Barnes, P.C. | Dickerman | Brenda |  | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 3 | 1075522 | Cellino & Barnes, P.C. | Dreher | Doreen |  | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 4 | 1075771 | Cellino & Barnes, P.C. | Harris | Darlene |  | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 5 | 1075844 | Cellino & Barnes, P.C. | Hollis | Gwendolyn |  | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 6 | 1076181 | Cellino & Barnes, P.C. | Lowry | Pearl |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 7 | 1076389 | Cellino & Barnes, P.C. | Moore | Elizabeth |  | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 8 | 1076444 | Cellino & Barnes, P.C. | Nelson | James |  | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 9 | 1076679 | Cellino & Barnes, P.C. | Rhodes | Dawn |  | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 10 | 1076923 | Cellino & Barnes, P.C. | Smith | Mary | E | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 11 | 1077013 | Cellino & Barnes, P.C. | Swartz | Charles |  | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 12 | 1077021 | Cellino & Barnes, P.C. | Szewc | Dorothy |  | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 13 | 1077134 | Cellino & Barnes, P.C. | Vega | Lucia |  | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |