**EXHIBIT D**

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1105226 | Jones, Swanson, Huddell & Garrison, L.L.C. | Bailey | Kim |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 2 | 1105228 | Jones, Swanson, Huddell & Garrison, L.L.C. | Baker | Cheabert |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 3 | 1105512 | Jones, Swanson, Huddell & Garrison, L.L.C. | Blanchard | Linda |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 4 | 1105253 | Jones, Swanson, Huddell & Garrison, L.L.C. | Burton | Arbell |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 5 | 1105259 | Jones, Swanson, Huddell & Garrison, L.L.C. | Carr | Ardessa |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 6 | 1105270 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crawford | Timothy |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 7 | 1105272 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crowell | Lorine |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 8 | 1105294 | Jones, Swanson, Huddell & Garrison, L.L.C. | Dillon | Shirley |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 9 | 1105328 | Jones, Swanson, Huddell & Garrison, L.L.C. | Grant | Ursula |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 10 | 1105340 | Jones, Swanson, Huddell & Garrison, L.L.C. | Harrell | Queen | Victoria | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 11 | 1105349 | Jones, Swanson, Huddell & Garrison, L.L.C. | Hills | Yvonne |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 12 | 1105355 | Jones, Swanson, Huddell & Garrison, L.L.C. | Howard | Carmel |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 13 | 1105511 | Jones, Swanson, Huddell & Garrison, L.L.C. | Jones | Bobbie |  | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

**EXHIBIT D**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1105374 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lange | Dolores | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 15 | 1105534 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lazure | Ida | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 16 | 1105381 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lewis | Larry | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 17 | 1105386 | Jones, Swanson, Huddell & Garrison, L.L.C. | Love | James | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 18 | 1105405 | Jones, Swanson, Huddell & Garrison, L.L.C. | Mixon | Johnnie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 19 | 1105412 | Jones, Swanson, Huddell & Garrison, L.L.C. | Naquin | Elda | Annie | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 20 | 1105427 | Jones, Swanson, Huddell & Garrison, L.L.C. | Porter | Lucretia | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 21 | 1105430 | Jones, Swanson, Huddell & Garrison, L.L.C. | Price | Judy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 22 | 1105445 | Jones, Swanson, Huddell & Garrison, L.L.C. | Roy Garrick | Maryjane | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 23 | 1105459 | Jones, Swanson, Huddell & Garrison, L.L.C. | Slensker | Beverly | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 24 | 1105462 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Frankie | W | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 25 | 1105460 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Sarah | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 26 | 1105466 | Jones, Swanson, Huddell & Garrison, L.L.C. | Spriggs | Dewayne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

**EXHIBIT D**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1105470 | Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly | Sheryl | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 28 | 1105474 | Jones, Swanson, Huddell & Garrison, L.L.C. | Swanson | Theresa | J | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 29 | 1105483 | Jones, Swanson, Huddell & Garrison, L.L.C. | Thompson | Jerry | Otis | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 30 | 1105497 | Jones, Swanson, Huddell & Garrison, L.L.C. | Warren | Herman | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 31 | 1105510 | Jones, Swanson, Huddell & Garrison, L.L.C. | Young | Catherine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 32 | 1102993 | Ranier, Gayle & Elliot, L.L.C. (TX) | Roderick | Janet | D | Roderick, Janet D. v. Merck & Co., Inc. | 2:05-cv-06573-EEF-DEK |