**EXHIBIT E**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1058095 | Barrett Law Office, PA | Sendall | Joy | | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 2 | 1052009 | Branch Law Firm | Cole | Fred | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 3 | 1052211 | Branch Law Firm | Edmonson | Ronny | | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 4 | 1052337 | Branch Law Firm | Gallaher | Dorothy | | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| 5 | 1052773 | Branch Law Firm | King | Patricia | A | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| 6 | 1052789 | Branch Law Firm | Knight | Phyllis | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| 7 | 1094371 | Carey & Danis, LLC | Burnett | Helen | | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| 8 | 1095811 | Carey & Danis, LLC | Orange | Anna | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 9 | 1076990 | Cellino & Barnes, P.C. | Stewart | Michael | | Abdane Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 10 | 1098506 | Fayard & Honeycutt | Bannister | Clarence | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEK-DEK |
| 11 | 1098507 | Fayard & Honeycutt | Celestin | Diann | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEK-DEK |
| 12 | 1104442 | Gallagher Law Firm (TX) | Hawkins | Geneva | | Hawkins, Geneva v. Merck & Co., Inc. | 2:05-cv-04284-EEF-DEK |
| 13 | 1026321 | Gancedo & Nieves LLP | Duncan | Lewis | | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |

**EXHIBIT E**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1085387 | Humphreys, James F. & Associates | Mollett | Elmo | | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |
| 15 | 1105263 | Jones, Swanson, Huddell & Garrison, L.L.C. | Clark Charles | Jacqueline | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 16 | 1105506 | Jones, Swanson, Huddell & Garrison, L.L.C. | Williams | Dianna | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 17 | 1061904 | Levin, Papantonio | Harding | Ezeldia | Bateman | Harding, Ezeldia B. v. Merck & Co., Inc. | 2:05-cv-04472-EEF-DEK |
| 18 | 1092488 | Lopez, McHugh LLP | Hofmann | Mary | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 19 | 1092438 | Lopez, McHugh LLP | Roles | Loretta | | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 20 | 1098006 | Miller Firm, LLC, The | Boyce | Steve | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 21 | 1101891 | Ranier, Gayle & Elliot, L.L.C. (TX) | Sanders | Brian | J | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK |
| 22 | 1103031 | Ranier, Gayle & Elliot, L.L.C. (TX) | Wilson | Latreesh | V | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 23 | 1108919 | Weykamp, Paul A., Law Offices of | Wilson | Nora | | Wilson, Nora v. Merck & Co., Inc. | 2:05-cv-05105-EEF-DEK |