# EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1094106 | Carey & Danis, LLC | Ainsworth | Richard | J | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 2 | 1094166 | Carey & Danis, LLC | Austin | Lavenia | | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| 3 | 1094202 | Carey & Danis, LLC | Bass | Patricia | | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK |
| 4 | 1111894 | Carey & Danis, LLC | Bisson | Jack | | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 5 | 1094303 | Carey & Danis, LLC | Braley | Katherine | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 6 | 1094306 | Carey & Danis, LLC | Brancecum | Thomas | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7 | 1111874 | Carey & Danis, LLC | Brown | Donna | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 8 | 1094338 | Carey & Danis, LLC | Brown | Lionell | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 9 | 1094384 | Carey & Danis, LLC | Burton | Bryan | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 10 | 1094398 | Carey & Danis, LLC | Calvert | Ricky | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 11 | 1094414 | Carey & Danis, LLC | Cantrell | Mary | Ann | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 12 | 1094435 | Carey & Danis, LLC | Casey | Barbara | J | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 13 | 1111878 | Carey & Danis, LLC | Champion | James | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1094453 | Carey & Danis, LLC | Charlton | Richard | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 15 | 1094455 | Carey & Danis, LLC | Chavez | Joseph | | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| 16 | 1094547 | Carey & Danis, LLC | Council | Lisa | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 17 | 1094572 | Carey & Danis, LLC | Creviston | Norma | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 18 | 1094626 | Carey & Danis, LLC | Davis | Jean | | Davis, Jean v. Merck & Co., Inc. | 2:06-cv-02104-EEF-DEK |
| 19 | 1094691 | Carey & Danis, LLC | Donahue | May | | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK |
| 20 | 1094747 | Carey & Danis, LLC | Dungy | Lula | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 21 | 1111875 | Carey & Danis, LLC | Edwards | Constance | | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK |
| 22 | 1094782 | Carey & Danis, LLC | Etheridge | Alfred | | Sanchez, Theodore v. Merck & Co., Inc. | 2:06-cv-02002-EEF-DEK |
| 23 | 1094786 | Carey & Danis, LLC | Evans | Yvette | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 24 | 1111887 | Carey & Danis, LLC | Foster | Ava | Jack | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103-EEF-DEK |
| 25 | 1094829 | Carey & Danis, LLC | Foster | Jimmy | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 26 | 1094910 | Carey & Danis, LLC | Gillespie | Pamela | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |

# EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1094912 | Carey & Danis, LLC | Gilliam | Kitty | | Frame, Jerry v. Merck & Co., Inc. | 2:05-cv-03815-EEF-DEK |
| 28 | 1094937 | Carey & Danis, LLC | Grate | Linda | | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |
| 29 | 1094942 | Carey & Danis, LLC | Greear | Mary | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 30 | 1095019 | Carey & Danis, LLC | Hardcastle | Murrel | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 31 | 1095034 | Carey & Danis, LLC | Harrison | Evelyn | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 32 | 1111889 | Carey & Danis, LLC | Havens | Shirley | | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 33 | 1095051 | Carey & Danis, LLC | Hayes | Lilli | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 34 | 1095058 | Carey & Danis, LLC | Heagle | Mary | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 35 | 1095077 | Carey & Danis, LLC | Henry | Mary | | McCandless, Marilyn v. Merck & Co., Inc. | 2:06-cv-10746-EEF-DEK |
| 36 | 1095132 | Carey & Danis, LLC | House | Floy | | Phillip, Lorraine v. Merck & Co., Inc. | 2:05-cv-03808-EEF-DEK |
| 37 | 1095222 | Carey & Danis, LLC | Jenkins | Eula | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 38 | 1095225 | Carey & Danis, LLC | Jessup | Frank | R | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |
| 39 | 1095259 | Carey & Danis, LLC | Jones | Jacinta | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 40 | 1095272 | Carey & Danis, LLC | Jones | Williams | | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 41 | 1095282 | Carey & Danis, LLC | Kanesouphonh | Somphone | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 42 | 1095300 | Carey & Danis, LLC | Kelley | Mildred | S | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 43 | 1095327 | Carey & Danis, LLC | Kiser | Gregory | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 44 | 1095358 | Carey & Danis, LLC | Lacey | Roy | E | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 45 | 1095377 | Carey & Danis, LLC | Lara | Ricardo | T | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 46 | 1095403 | Carey & Danis, LLC | Lemmon | Bill | M | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| 47 | 1095440 | Carey & Danis, LLC | Locke | Maurice | A | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 48 | 1095442 | Carey & Danis, LLC | Locks | Dorothy | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 49 | 1111872 | Carey & Danis, LLC | Maddox | Theresa | | Jones, Sineria v. Merck & Co., Inc. | 2:05-cv-02581-EEF-DEK |
| 50 | 1095531 | Carey & Danis, LLC | Mars | Kenna | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 51 | 1095533 | Carey & Danis, LLC | Martin | Barbara | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 52 | 1095623 | Carey & Danis, LLC | Medero | Lorraine | | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 53 | 1095732 | Carey & Danis, LLC | Murphy | Rodney | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 54 | 1095862 | Carey & Danis, LLC | Pearson | Oliver | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 55 | 1095914 | Carey & Danis, LLC | Poole | John | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 56 | 1095961 | Carey & Danis, LLC | Ramsay | William | | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 57 | 1096016 | Carey & Danis, LLC | Rickett | Nancy | | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| 58 | 1096058 | Carey & Danis, LLC | Rogers | Jimmie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 59 | 1096098 | Carey & Danis, LLC | Sanchez | Eliza | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 60 | 1096105 | Carey & Danis, LLC | Sanders | James | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 61 | 1096118 | Carey & Danis, LLC | Schafer | Steven | Albert | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 62 | 1111870 | Carey & Danis, LLC | Simpson | Earlene | | Braun, David v. Merck & Co., Inc. | 2:05-cv-03851-EEF-DEK |
| 63 | 1096211 | Carey & Danis, LLC | Smith | Janice | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 64 | 1096236 | Carey & Danis, LLC | Spann | Rosie | May | Spann, Rosie M. v. Merck & Co., Inc. | 2:05-cv-05290-EEF-DEK |
| 65 | 1096266 | Carey & Danis, LLC | Stewart | David | | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 66 | 1111879 | Carey & Danis, LLC | Thomas | Claudie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 67 | 1096358 | Carey & Danis, LLC | Thrasher | William | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 68 | 1096388 | Carey & Danis, LLC | Tuma | Theresa | | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK |
| 69 | 1096400 | Carey & Danis, LLC | Umstead | Virgil | | Boyer, Rose v. Merck & Co., Inc. | 2:07-cv-02938-EEF-DEK |
| 70 | 1096407 | Carey & Danis, LLC | Vance | Marie | | Nobles, Marie v. Merck & Co., Inc. | 2:06-cv-02102-EEF-DEK |
| 71 | 1111892 | Carey & Danis, LLC | Vinson | Dallie | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 72 | 1096446 | Carey & Danis, LLC | Wagganer | Jill | C | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |
| 73 | 1096487 | Carey & Danis, LLC | Watson | Alice | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| 74 | 1096524 | Carey & Danis, LLC | White | Monnyeen | K | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| 75 | 1096566 | Carey & Danis, LLC | Williams | Merritt | | Bird, Patty v. Merck & Co., Inc. | 2:06-cv-03373-EEF-DEK |
| 76 | 1096626 | Carey & Danis, LLC | Young | Barbara | | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| 77 | 1112476 | Garcia Law Firm, The | Morris | Mary | | Morris, Mary v. Merck & Co., Inc. | 2:07-cv-02694-EEF-DEK |
| 78 | 1097984 | Miller Firm, LLC, The (PA) | Barkell | Cindy | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |

# EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 79 | 1097987 | Miller Firm, LLC, The (PA) | Bates | Mary | A | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 80 | 1097997 | Miller Firm, LLC, The (PA) | Blackmon | Brenda | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 81 | 1098003 | Miller Firm, LLC, The (PA) | Bodle | Gaynelle | T | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| 82 | 1098031 | Miller Firm, LLC, The (PA) | Caton | Jill | | Allen, Vanessa v. Merck & Co., Inc. | 2:06-cv-05991-EEF-DEK |
| 83 | 1098041 | Miller Firm, LLC, The (PA) | Cline | Bobbie | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 84 | 1098280 | Miller Firm, LLC, The (PA) | Cox | Carol | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 85 | 1098055 | Miller Firm, LLC, The (PA) | Daley | Craig | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 86 | 1098064 | Miller Firm, LLC, The (PA) | Daykin | Thomas | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 87 | 1098076 | Miller Firm, LLC, The (PA) | Drake | Buford | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 88 | 1098095 | Miller Firm, LLC, The (PA) | Fitzgerald | Paul | | Fitzgerald, Jane v. Merck & Co., Inc. | 2:06-cv-09826-EEF-DEK |
| 89 | 1098105 | Miller Firm, LLC, The (PA) | George | Betty | B | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 90 | 1098113 | Miller Firm, LLC, The (PA) | Glenn Daniels | Phyllis | A | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 91 | 1098129 | Miller Firm, LLC, The (PA) | Hall | Shirley | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 92 | 1098170 | Miller Firm, LLC, The (PA) | Jones | Mariti | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 93 | 1098189 | Miller Firm, LLC, The (PA) | Layton | Gloria | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 94 | 1098192 | Miller Firm, LLC, The (PA) | Lee | Deauna | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 95 | 1098202 | Miller Firm, LLC, The (PA) | Lingar | Patricia | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| 96 | 1098214 | Miller Firm, LLC, The (PA) | Marcelin | Albertha | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 97 | 1098251 | Miller Firm, LLC, The (PA) | Mizzelle | Joyce | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |
| 98 | 1098431 | Miller Firm, LLC, The (PA) | Mondroski | Charles | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 99 | 1098261 | Miller Firm, LLC, The (PA) | Myers | Joseph | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 100 | 1098263 | Miller Firm, LLC, The (PA) | Myers | Tina | | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 101 | 1098286 | Miller Firm, LLC, The (PA) | Pittman | Emma | Jean | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 102 | 1098306 | Miller Firm, LLC, The (PA) | Reem | Karen | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 103 | 1098334 | Miller Firm, LLC, The (PA) | Sheets | Charles | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 104 | 1098341 | Miller Firm, LLC, The (PA) | Smith | Grace | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |

**EXHIBIT F**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 105 | 1098354 | Miller Firm, LLC, The (PA) | Stoner | Kathy | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 106 | 1098362 | Miller Firm, LLC, The (PA) | Taden | Janett | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 107 | 1098380 | Miller Firm, LLC, The (PA) | Tierce | Glynn | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 108 | 1098429 | Miller Firm, LLC, The (PA) | Zeehandelaar | Edward | | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK |
| 109 | 1104334 | Riley, Michael D., Law Office of | Jackson | Cynthia | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 110 | 1104335 | Riley, Michael D., Law Office of | Johnson | Samuel | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 111 | 1108895 | Weykamp, Paul A., Law Offices of | Davis | Mary | | Davis, Johnny v. Merck & Co., Inc. | 2:05-cv-05118-EEF-DEK |
| 112 | 1108900 | Weykamp, Paul A., Law Offices of | Hennemuth | Patrick | | Hennemuth, Patrick v. Merck & Co., Inc. | 2:05-cv-05120-EEF-DEK |
| 113 | 1108905 | Weykamp, Paul A., Law Offices of | Langley | Jerry | | Langley, Jerry v. Merck & Co., Inc. | 2:05-cv-05095-EEF-DEK |
| 114 | 1108908 | Weykamp, Paul A., Law Offices of | Macijeski | Mary | Annie | Macijeski, Mary A. v. Merck & Co., Inc. | 2:05-cv-05098-EEF-DEK |
| 115 | 1108910 | Weykamp, Paul A., Law Offices of | McKenith | James | | McKenith, James v. Merck & Co., Inc. | 2:05-cv-05110-EEF-DEK |