**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Mary Damon, et al.* <br><br> v. <br><br> *Merck & Co., Inc.* <br><br><br> **Only with regard to:** <br><br> **Mary Damon** <br><br> **William Evers** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-5993 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS, AS TO PLAINTIFFS MARY DAMON AND WILLIAM EVERS, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Mary Damon and William Evers against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Michele A. DiMartino
The Miller Firm, LLC
555 East City Avenue, Suite 910
Bala Cynwyd, Pennsylvania 19004
(610) 660-0622

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 10/9/08

Dated: 10/9/08

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel