UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Celeste Russell, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 06-5986 | * | |
| | * | |
| Only with regard to: | * | |
| Brian F. Demers | * | |
| John M. Thornton | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Mary Brian F. Demers and John M. Thornton and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

                                                     _____
                                                   DISTRICT JUDGE

948439v.1