UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Mary Ellen Adams, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2200* | * | |
| | * | |
| *Only as to Kim Bishop and* | * | KNOWLES |
| *Edward Bishop, Emine S. Celik,* | * | |
| *Danielle Choate, Brenda Cole,* | * | |
| *Mona Davis, Cathleen Dejames and* | * | |
| *Michael Dejames, Cynthia Duke,* | * | |
| *Patricia Flynn and Allen Flynn,* | * | |
| *Carol Hite and Ray Hite, Laurie Hoth* | * | |
| *and Michael Hoth, Lorraine Jackson-* | * | |
| *Barlow and Curtis E. Barlow, Janet* | * | |
| *Kreinsen and D. Eugene Kreinsen,* | * | |
| *Cheryl Mahone, Barbara Miller,* | * | |
| *Kim Moulzolf, Cathleen Ross, Dawnell* | * | |
| *J. Snow and Dennis Snow, Cindy* | * | |
| *Stevens and Scott Stevens, and Bonnie* | * | |
| *L. Tkaczyk and Lenard Tkaczyk* | * | |
| | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Kim Bishop, Edward Bishop, Emine S. Celik, Danielle Choate, Brenda Cole, Mona Davis, Cathleen Dejames, Michael Dejames, Cynthia Duke, Patricia Flynn, Allen Flynn, Carol Hite, Ray Hite, Laurie Hoth, Michael Hoth, Lorraine Jackson-Barlow, Curtis E. Barlow, Janet Kreinsen, D. Eugene Kreinsen, Cheryl Mahone, Barbara Miller, Kim Moulzolf, Cathleen Ross, Dawnell J. Snow, Dennis Snow, Cindy

948007v.1

Stevens, Scott Stevens, Bonnie L. Tkaczyk, and Lenard Tkaczyk against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

    NEW ORLEANS, LOUISIANA, this  9th  day of        October       , 2008.

                                                                   */s/ Eldon E. Fallon*
                                                                DISTRICT JUDGE

948007v.1