## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| *Marie Allen, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-2220* | * | |
| | * | |
| *Only as to Sally Quinn and* | * | **KNOWLES** |
| *Shirley Williams* | * | |
| | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Sally Quinn and Shirley Williams against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

_____
DISTRICT JUDGE

947981v.1