# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| | * | |
| *Mark D. Becker, Individually and as* | * | **MAGISTRATE JUDGE** |
| *Trustee of the Estate of Donald W.* | * | **KNOWLES** |
| *Becker  v. Merck & Co., Inc.,* | * | |
| *Docket No. 2:06-cv-2216* | * | |
| | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Mark D. Becker, Individually and as Trustee of the Estate of Donald W. Becker, against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of      October      , 2008.

_____
DISTRICT JUDGE

948076v.1