UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Mary Allen, et al. v. Merck & Co., Inc., Docket No. 2:06-cv-2197* | * | MAGISTRATE JUDGE |
| *Only as to Julia Leckonby* | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Julia Leckonby against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of    October    , 2008.

_____
DISTRICT JUDGE

948033v.1