UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Ann M.G. Albright, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 06-2204 | * | |
| | * | |
| Only with regard to: | * | |
| Alfreda Alexander, Rita Bieznieks, | * | |
| Judy Billing, Leroy Billing, Josephine | * | |
| Jones, Ulysses Jones, Paula McIntosh- | | |
| King, Robert King, Marlene Morrison, | | |
| Glenn Morrison, Judith Odom, Leon D. | | |
| Odom, Dolores Palmer, Helen Pertee, | | |
| Sarah Roberts, Sabina Sacco, Neva | | |
| Sands, Roberta Soprano, Arlene | | |
| Saufenberger, Helen Tibus and Betty | | |
| A. Williams | | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Alfreda Alexander, Rita Bieznieks, Judy Billing, Leroy Billing, Josephine Jones, Ulysses Jones, Paula McIntosh-King, Robert King, Marlene Morrison, Glenn Morrison, Judith Odom, Leon D. Odom, Dolores Palmer, Helen Pertee, Sarah Roberts, Sabina Sacco, Neva Sands, Roberta Soprano, Arlene Saufenberger, Helen Tibus and Betty A. Williams and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

948143v.1

NEW ORLEANS, LOUISIANA, this __9th__ day of _____October_____, 2008.

_____
DISTRICT JUDGE

948143v.1