UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Anna Daluison, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 06-1197 | * | |
| | * | |
| Only with regard to: | * | |
| Alice Rys, Genevieve Scalise, Anna | * | |
| Daluiso, Anthony Daluiso, Christine | * | |
| DiPasquale, James DiPasquale | | |

**********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Alice Ryse, Genevieve Scalis, Anna Daluiso, Anthony Daluiso, Christine DiPasquale and James DiPasquale and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

_____
DISTRICT JUDGE

948133v.1