UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Mary Cannon, et al. v. Merck & Co., Inc., Docket No. 2:06-cv-1188 | * | MAGISTRATE JUDGE |
| Only as to Tammy Schwan, Leigh Ann Zimmerman and Mary Cannon and Gregory Cannon, Individually and as Husband and Wife | * | KNOWLES |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Tammy Schwan, Leigh Ann Zimmerman, Mary Cannon and Gregory Cannon against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

948657v.1