**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br>PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Mary Banks, et al.,*<br>v.<br>*Merck & Co., Inc.*<br>Only with regard to:<br>Mary Banks and David Banks, Individually and as Husband and Wife, Marilyn Clarke, Linda Cline and Robert C. Cline, Individually and as Husband and Wife, Sarah Collar and John T. Collar, Individually and as Husband and Wife, Lillie O. Cooksey, Karen Fouks, Elizabeth Fuller and Michael Fuller, Individually and as Husband and Wife, Tamara Harris, Rosa Heath and Alphonso Heath, Joanne Isaman and James Isaman, Karen Kearney and John Kearney, Individually and as Husband and Wife, Gloria Kelly, Jayne Lang, Donna McCreary, Susan McPherson, Bonnie Nupp and Richard Nupp, Johanna Rothkirch and Glenn Rothkirch, Individually and as Husband and Wife, Shirley Sarmiento, Darlene Sickles, Geraldine Spikes and Robert Spikes, Individually and as Husband and Wife, Cynthia Szach, Frances Truman and Benny Truman, Individually and as Husband and Wife, Rita Weaver and Joseph Weaver, Individually and as Husband and Wife, Sheryl Weems and Lucille M. Wilson | MDL Docket No. 1657<br>SECTION L<br>CIVIL ACTION NO. 2:06-cv-02214<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Mary Banks, David Banks, Marilyn Clarke, Linda Cline, Robert C. Cline, Sarah Collar, John T. Collar, Lillie O. Cooksey, Karen Fouks, Elizabeth Fuller and Michael Fuller, Tamara Harris, Rosa Heath, Alphonso Heath, Joanne Isaman, James Isaman, Karen Kearney, John Kearney, Gloria Kelly, Jayne Lang, Donna McCreary, Susan McPherson, Bonnie Nupp, Richard Nupp, Johanna Rothkirch, Glenn Rothkirch, Shirley Sarmiento, Darlene Sickles, Geraldine Spikes, Robert Spikes, Cynthia Szach, Frances Truman, Benny Truman, Rita Weaver, Joseph Weaver, Sheryl Weems and Lucille M. Wilson, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 9-29-08

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 10/13/08

Banks Stip of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2