UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Mary Banks, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2214* | * | KNOWLES |
| | * | |
| *Only as to Mary Banks and David Banks,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Marilyn Clarke, Linda Cline and Robert* | * | |
| *C. Cline, Individually and as Husband* | * | |
| *and Wife, Sarah Collar and John T.* | * | |
| *Collar, Individually and as Husband and* | * | |
| *Wife, Lillie O. Cooksey, Karen Fouks,* | * | |
| *Elizabeth Fuller and Michael Fuller,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Tamara Harris, Rosa Heath, Alphonso* | * | |
| *Heath, Joanne Isaman and James* | * | |
| *Isaman, Karen Kearney and John* | * | |
| *Kearney, Individually and as Husband* | * | |
| *and Wife, Gloria Kelly, Jayne Lang,* | * | |
| *Donna McCreary, Susan McPherson,* | * | |
| *Bonnie Nupp and Richard Nupp,* | * | |
| *Johanna Rothkirch and Glenn Rothkirch,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Shirley Sarmiento, Darlene Sickles,* | * | |
| *Geraldine Spikes and Robert Spikes,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Cynthia Szach, Frances Truman and* | * | |
| *Benny Truman, Individually and as* | * | |
| *Husband and Wife, Rita Weaver and* | * | |
| *Joseph Weaver, Individually and as* | * | |
| *Husband and Wife, Sheryl Weems* | * | |
| *and Lucille M. Wilson* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

948699v.1

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Mary Banks, David Banks, Marilyn Clarke, Linda Cline, Robert C. Cline, Sarah Collar, John T. Collar, Lillie O. Cooksey, Karen Fouks, Elizabeth Fuller, Michael Fuller, Tamara Harris, Rosa Heath, Alphonso Heath, Joanne Isaman, James Isaman, Karen Kearney, John Kearney, Gloria Kelly Jayne Lang, Donna McCreary, Susan McPherson, Bonnie Nupp, Richard Nupp, Johanna Rothkirch, Glenn Rothkirch, Shirley Sarmiento, Darlene Sickles, Geraldine Spikes, Robert Spikes, Cynthia Szach, Frances Truman, Benny Truman, Rita Weaver, Joseph Weaver, Sheryl Weems and Lucille M. Wilson against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.


_____
DISTRICT JUDGE

948699v.1