UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Joanne A. Carrigan, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-9752 | * | MAGISTRATE JUDGE KNOWLES |
| *Only as to Rose M. Haskin, Individually and as Trustee of the Estate of Douglas W. Haskin* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Rose M. Haskin, Individually and as Trustee of the Estate of Douglas W. Haskin against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

948692v.1