UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO:  08-3627  RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * * | JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al* | * * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BROWNGREER PLC'S MOTION TO ADOPT AND INCORPORATE BY REFERENCE HEREIN THE NPC DEFENDANTS' MOTION AND MEMORANDUM TO DISMISS AND TO STRIKE CLASS ALLEGATIONS SECTIONS A AND C**

NOW INTO COURT, through undersigned counsel, comes BrownGreer, PLC, who hereby files this Motion and attached memorandum adopting and incorporating by reference herein Sections A and C of the NPC's Motion and Memorandum of Law to Dismiss and to Strike Class Allegations.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s Monique M. Garsaud
JAMES B. IRWIN (Bar No. 7172), T.A.
MONIQUE M. GARSAUD (Bar No. 25393)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
Email: jirwin@irwinllc.com
mgarsaud@irwinllc.com

*Attorneys for BROWNGREER, PLC*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion to Adopt and Incorporate by Reference Herein NPC's Motion to Dismiss and to Strike Class Allegations Sections A and C has been served on plaintiff's counsel and on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of October 2008.

                                                                                    */s Monique M. Garsaud*