UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO: 08-3627 RELATED CASE: 2:05-MD-1657 VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * * | JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al* | * * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BROWNGREER PLC'S MEMORANDUM IN SUPPORT OF ITS MOTION TO ADOPT AND INCORPORATE BY REFERENCE HEREIN THE NPC DEFENDANTS' MOTION AND MEMORANDUM TO DISMISS AND TO STRIKE CLASS ALLEGATIONS, SECTIONS A AND C**

Defendant, BrownGreer PLC, submits this memorandum in support of its Motion to adopt and incorporate by reference herein the NPC's Motion and Memorandum of Law to Dismiss and to Strike Class Allegations, Sections A and C.[1]

First, BrownGreer notes that contrary to plaintiffs' position, this Court has already dismissed plaintiff's complaint. Specifically, on July 24, 2008, this Court issued a Minute Entry with the following provision:

---

[1] Section B of the NPC's brief does not apply to BrownGreer; thus, BrownGreer does not incorporate this Section into its filing. This Court has already addressed Section D of the NPC's brief when it denied plaintiff's injunction request; thus, it is a non-issue. In addition, BrownGreer submitted its own Motion to Strike Class Allegations, which the NPC addresses in Section E of its brief, that this Court ordered granted on July 24, 2008.

  **4)**   **NPC Defendants' Motion to Dismiss and Strike Class Allegations in the Complaint (08-3627) (Rec. Doc. 14875) Argument – GRANTED with written reasons to follow.**

Despite this definitive ruling, plaintiffs take the position that this Court did not grant the NPC's Motion and did not dismiss their case and now seek to have the NPC's Motion heard and to convene a Rule 26 discovery conference with the parties.

In light of this position, BrownGreer, PLC asks this Court to grant the NPC's Motion, and in turn grant BrownGreer's Motion, and find the following:

  1)   The Court lacks subject matter jurisdiction because there is no identifiable fund in the possession or control of a plan beneficiary; or

  2)   Plaintiffs are not afforded the right to private personal information concerning Vioxx claimants; and

  3)   Plaintiffs' complaint is dismissed.

            Respectfully submitted,

            IRWIN FRITCHIE URQUHART & MOORE LLC

            /s Monique M. Garsaud
            JAMES B. IRWIN (Bar No. 7172), T.A.
            MONIQUE M. GARSAUD (Bar No. 25393)
            400 Poydras Street, Suite 2700
            New Orleans, Louisiana  70130
            Telephone:  (504) 310-2100
            Facsimile:  (504) 310-2101
            Email:  jirwin@irwinllc.com
               mgarsaud@irwinllc.com

            *Attorneys for BROWNGREER, PLC*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Memorandum in Support of Motion to Adopt and Incorporate by Reference Herein NPC's Motion to Dismiss and to Strike Class Allegations Sections A and C has been served on plaintiffs' counsel, Liaison Counsel, Russ

Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of October 2008.

/s Monique M. Garsaud