UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO: 08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | |
| v. | * * | SECTION L<br><br>JUDGE ELDON E. FALLON |
| BROWNGREER, PLC, *et al* | * * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

***********************************************************************

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion to Adopt and Incorporate by Reference Herein the NPC Defendants' Motion and Memorandum to Dismiss and to Strike Class Allegations, Sections A and C, it is hereby ORDERED that Defendant's Motion is GRANTED and that Plaintiffs' case is dismissed.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
THE HONORABLE ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA