UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al*, on behalf of themselves and all others similarly situated | * * * * * | CASE NO:  08-3627<br><br>RELATED CASE:<br>2:05-MD-1657<br>VIOXX MDL LITIGATION |
| Plaintiffs, | * * | SECTION L |
| v. | * | |
| BROWNGREER, PLC, *et al* | * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, BROWNGREER, PLC, will bring on for hearing its Motion to Adopt and Incorporate by Reference Herein the NPC Defendants' Motion and Memorandum to Dismiss and to Strike Class Allegations, Sections A and C on Friday, October 17, 2008 at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

*/s Monique M. Garsaud*
JAMES B. IRWIN (Bar No. 7172), T.A.
MONIQUE M. GARSAUD (Bar No. 25393)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
Email:  jirwin@irwinllc.com
　　　　 mgarsaud@irwinllc.com

*Attorneys for BROWNGREER, PLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of October, 2008.

                                                              */s Monique M. Garsaud*