**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Arthur W. Ballantyne, et al.,*

*v.*

*Merck & Co., Inc.*

**Only with regard to:**

**Mansel Davey, Michael Skinner,
William Kelleher, Michael
Montemorano, William Lamountain,
William Lyons, Ronald McCormick,
David Hamilton and Sandra
Hamilton, Individually and as
Husband and Wife, Nelson Iona and
Rita Iona, Individually and as
Husband and Wife, William Kramer
and Judith Kramer, Individually and
as Husband and Wife, Norman
McCumiskey and Christine
McCumiskey, Individually and as
Husband and Wife, Michael Memmo
and Patricia Memmo, Individually
and as Husband and Wife, Archibald
Parker, Sr. and Lu-Anne Parker,
Individually and as Husband and
Wife**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-02195

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Mansel Davey, David Hamilton, Sandra Hamilton, Nelson Iona, Rita Iona, William Kelleher, William Kramer, Judith Kramer, William Lamountain, William Lyons, Ronald McCormick, Norman McCumiskey, Christine McCumiskey, Michael Memmo, Patricia Memmo, Michael Montemorano, Archibald Parker, Sr. and Lu-Anne Parker and Michael Skinner against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 9-29-08

Dated: 10/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel