**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Don Blodgett, et al.,* <br><br> *v.* <br><br> *Merck & Co., Inc.* <br><br> **Only with regard to:** <br><br> **Foster Bullis Sr. and Lavina Bullis, Individually and as Husband and Wife, Martin Dahl, Homer Harris and Mary C. Harris, Individually and as Husband and Wife, Charlie Howard, Billie McMurty, Avtar Mehra and Vimla Mehra, Individually and as Husband and Wife, Leon Odom and Judith Ann Odom, Individually and as Husband and Wife, Vinicenzo Pizzurro and Francesca Pizzurro, Individually and as Husband and Wife, Vern Rech, Edward J. Roberts and Sarah Roberts, Individually and as Husband and Wife, George A. Smith and Bernice A. Smith, Individually and as Husband and Wife, Wilfred Smith, Raymond Strazar and Arlene C. Strazar, Individually and as Husband and Wife, Anthony Svoboda and Dolly A. Svoboda, Individually and as Husband and Wife and Leroy Williams** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-02210 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Foster Bullis Sr, Lavina Bullis, Martin Dahl, Homer Harris, Mary C. Harris, Charlie Howard, Billie McMurty, Avtar Mehra, Vimla Mehra, Leon Odom, Judith Ann Odom, Vinicenzo Pizzurro, Francesca Pizzurro, Vern Rech, Edward J. Roberts, Sarah Roberts, George A. Smith, Bernice A. Smith, Wilfred Smith, Raymond Strazar, Arlene C. Strazar, Anthony Svoboda, Dolly A. Svoboda and Leroy Williams, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

---
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 9-29-08

---
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 10/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of October, 2008.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2