**EXHIBIT 1**

## Michael Williams

**To:** DiCesare, Steven
**Subject:** RE: Stipulations of Dismissal

Steven, on the matter of consent dismissals, we will now consent to dismissal for Spear, Mark (VCN 1076956). He was not on the prior consent list. Going forward, should I contact you for additional consent dismissals or do you have a different preferred process?

With regard to the three plaintiffs on your spreadsheet, we previously moved to withdraw on Maksymicz and have enrolled Hayes and Wiley. We are presently reviewing the Brown Greer V4030 form received today to identify and correct deficiencies of the critical Release and Stipulation varieties.
- Mike

---

**From:** DiCesare, Steven [mailto:dicesare@HughesHubbard.COM]
**Sent:** Wednesday, October 01, 2008 12:39 PM
**To:** Michael Williams
**Subject:** RE: Stipulations of Dismissal

Mike, are you dismissing the attached eligible cases or enrolling them? According to our records, we do not have signed releases.

We received your stipulations today, thanks.

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Monday, September 29, 2008 1:54 PM
**To:** DiCesare, Steven
**Subject:** RE: Stipulations of Dismissal

We will do so. Thanks.

---

**From:** DiCesare, Steven [mailto:dicesare@HughesHubbard.COM]
**Sent:** Monday, September 29, 2008 1:54 PM
**To:** Michael Williams
**Subject:** RE: Stipulations of Dismissal

Mike-- got your message, thanks. You have the stips in Word format so in the interest of time, you can make the changes to them, sign them and return to us for filing.

Thanks.

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Monday, September 29, 2008 1:46 PM
**To:** DiCesare, Steven
**Subject:** RE: Stipulations of Dismissal

Steven, I left you a voicemail message this morning regarding these stipulations. The form is fine. There are a few errors/omissions/inclusions that need correcting and then we will sign and return the stipulations. Please correct the stipulations as follows if you agree with the edits:

06-2000 ( Adams): the list of captioned names does not match the lone text name.

10/1/2008

06-2204 (Albright): Sabina Sacco's name is misspelled as "Socco."
06-2210 (Blodgett): George Smith was omitted from this stipulation.
06-2212 (Allen): William Smith is not stipulating to dismissal. A motion to withdraw from his representation is pending. I note that our original list sent to you included Wilfred Smith under this case number when he should have been listed under 06-2210. Wilfred Smith's name was included in the dismissals under 06-2210.
Also in this stipulation, Christopher Vickery's name is misspelled as "Vikery."
06-2219 (Amie): Anthony Scott's name is misspelled as "Schott."

Also per my voicemail, Cellino & Barnes spent the majority of last week relocating its offices and will be operating out of this address going forward:
Cellino & Barnes, P.C.
Main Place Towers
350 Main Street, 25th Floor
Buffalo, New York 14202

Please call with any questions regarding the edits or any other concerns.

Mike

---

**From:** DiCesare, Steven [mailto:dicesare@HughesHubbard.COM]
**Sent:** Friday, September 19, 2008 3:57 PM
**To:** Michael Williams
**Cc:** MacPherson, Juliana
**Subject:** Stipulations of Dismissal

Michael, attached please find the Vioxx stipulations you asked us to draft. Please sign them and send to my attention.

Steven Sheppard Di Cesare, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
212.837.6290 (p)
212.422.4726 (f)
dicesare@hugheshubbard.com


<<Abate Stip of Dismissal.DOC>> <<Adams Stip of Dismissal.DOC>> <<Ahouse Stip of Dismissal.DOC>> <<Albanese Stip of Dismissal.DOC>> <<Albright Stip of Dismissal.DOC>> <<Allanson Stip of Dismissal.DOC>> <<Allen Stip of Dismissal.DOC>> <<Marie Allen Stip of Dismissal.DOC>> <<Ronnie Allen Stip of Dismissal.DOC>> <<Alston Stip of Dismissal.DOC>> <<Amie Stip of Dismissal.DOC>> <<Anderson Stip of Dismissal.DOC>> <<Paul Anderson Stip of Dismissal.DOC>> <<Astrella Stip of Dismissal.DOC>> <<Austin Stip of Dismissal.DOC>> <<Ballantyne Stip of Dismissal.DOC>> <<Banks Stip of Dismissal.DOC>> <<Barone Stip of Dismissal.DOC>> <<Bartley Stip of Dismissal.DOC>> <<Becker Stip of Dismissal.DOC>> <<Mark Becker Stip of Dismissal.DOC>> <<Blodgett Stip of Dismissal.DOC>> <<Cannon Stip of Dismissal.DOC>> <<Carr Stip of Dismissal.DOC>> <<Carrigan Stip of Dismissal.DOC>> <<Chase Stip of Dismissal.DOC>> <<Connors Stip of Dismissal.DOC>> <<Cook Stip of Dismissal.DOC>> <<Corey Stip of Dismissal.DOC>> <<Czekalski Stip of Dismissal.DOC>> <<Daluiso Stip of Dismissal.DOC>> <<Davis Stip of Dismissal.DOC>> <<Donahue Stip of Dismissal.DOC>> <<Johnson Stip of Dismissal.DOC>> <<Lawson Stip of Dismissal.DOC>> <<Monte Stip of Dismissal.DOC>> <<Paduano Stip of Dismissal.DOC>> <<Sarach Stip of Dismissal.DOC>> <<Watson Stip of Dismissal.DOC>>

***************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use,

disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
******************************************************************

This e-mail and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.
If you have received this e-mail in error please notify the
originator of the message.

The views expressed in this message are those of the individual sender,
except where and to the extent the sender specifies and, with proper
authority, states them to be the views of Cellino & Barnes, P.C.

******************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
******************************************************************

This e-mail and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.
If you have received this e-mail in error please notify the
originator of the message.

The views expressed in this message are those of the individual sender,
except where and to the extent the sender specifies and, with proper
authority, states them to be the views of Cellino & Barnes, P.C.

******************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
******************************************************************

10/1/2008