**EXHIBIT 2**



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Marian Corey, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-1196 | * | MAGISTRATE JUDGE |
| Only as to Marian Corey, Clara Davis, Rachel Rhodes, and George LaMarca and Jean LaMarca, Individually and as Husband and Wife | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Marian Corey, Clara Davis, Rachel Rhodes, George LaMarca and Jean LaMarca against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

*[signature]*
DISTRICT JUDGE

948013v.1



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Irene Ahouse, et al. v. Merck & Co., Inc., Docket No. 2:06-cv-2216 | * | MAGISTRATE JUDGE |
| Only as to Barbara J. Eagan Virginia Faulkner, Marge Kozikowski, Margaret Verity and Erma Wilcox | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Barbara J. Eagan, Virginia Faulkner, Marge Kozikowski, Margaret Verity and Erma Wilcox against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of    October   , 2008.

_____
DISTRICT JUDGE

948040v.1



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Mary Allen, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2197* | * | |
| | * | |
| *Only as to Julia Leckonby* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Julia Leckonby against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

_____
DISTRICT JUDGE

948033v.1



Oct 10 2008
3:05PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Gerald L. Cook, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-1181* | * | |
| | * | |
| *Only as to Stanley Gearing and* | * | KNOWLES |
| *Frances V. Gearing, Individually* | * | |
| *and as Husband and Wife* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Stanley Gearing and Frances V. Gearing against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of    October   , 2008.

*(signature)*
DISTRICT JUDGE

948087v.1



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | |
| This Document Relates To: | * * | MDL No. 05-1657 |
| *Willard Allanson, et al.*<br>*v. Merck & Co., Inc.* | * * * | JUDGE FALLON<br>MAGISTRATE JUDGE |
| No. 06-2213 | * * | KNOWLES |
| Only with regard to:<br>Robert Gross, Janet Gross, Joseph S.<br>Holly, Charles D. Locy, Nellie Locy,<br>Wilbur Owens and George A. Rupakus,<br>Sr. | * * * | |

*********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Gross, Janet Gross, Joseph S. Holly, Charles D. Locy, Nellie Locy, Wilbur Owens and George A. Rupakus and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

_____
DISTRICT JUDGE

948130v.1



Oct 10 2008
4:59PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| Janie Alston, et al. v. Merck & Co., Inc., Docket No. 2:06-cv-2217 | * | MAGISTRATE JUDGE |
| Only as to Ester L. Sacilowski and David Sacilowski, Individually and as Husband and Wife, and Dollie Westbrook | * | KNOWLES |

*****************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Ester L. Sacilowski, David Sacilowski, and Dollie Westbrook against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2008.

_____
DISTRICT JUDGE

948029v.1