# EXHIBIT 3

**Aileen Tardivo**

From: Efile_Notice@laed.uscourts.gov
Sent: Thursday, July 10, 2008 1:29 PM
To: Efile_Information@laed.uscourts.gov
Subject: Activity in Case 2:05-md-01657-EEF-DEK In Re: Vioxx Products Liability Litigation Motion to Withdraw as Attorney

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Goldstein, Brian on 7/10/2008 at 12:28 PM CDT and filed on 7/10/2008
**Case Name:** In Re: Vioxx Products Liability Litigation
**Case Number:** 2:05-md-1657
**Filer:** Plaintiff
**Document Number:** 15220

**Docket Text:**
**EXPARTE/CONSENT Ex Parte MOTION to Withdraw Brian A Goldstein as Attorney *Helen Maksymicz* by Plaintiff. (Attachments: # (1) Proposed Order, # (2) Cert in Support) (Reference: 2:06-CV-02209)(Goldstein, Brian)**

**2:05-md-1657 Notice has been electronically mailed to:**

Daniel E. Becnel , Jr    dbecnel@becnellaw.com, kserven@becnellaw.com, mmoreland@becnellaw.com

Orran L. Brown    obrown@browngreer.com, mmeador@browngreer.com

Leonard A. Davis    ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

Brian A. Goldstein    brian.goldstein@thebarnesfirm.com, aileen.tardivo@thebarnesfirm.com

Russ M. Herman    rwestenfeld@hhkc.com

7/10/2008

John Lee Hoffoss , Jr    jlhoffoss@raleighnewman.com, dejuana@raleighnewman.com, jlhoffoss@yahoo.com

Robert Murray Johnston    rmj@ahhelaw.com, gwh@ahhelaw.com

Patrick A. Juneau    paj@juneaulaw.com, propulsid@bellsouth.net

Phillip A. Wittmann    pwittmann@stonepigman.com, cmolony@stonepigman.com, npaskert@stonepigman.com

**2:05-md-1657 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/10/2008] [FileNumber=2680393-0
] [8a706f947ababd32683def616fcea07d639e09bb08fdeb44704ca094ab4fa13a18d
795a929a03fc985cf307b1d0d343dbdf5558483454cb9c08a897585cdd0d2]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/10/2008] [FileNumber=2680393-1
] [283406ac675daf836956bebf9f934a53e60ede08fe88a7bab150fabe7897db99ebc
c28631c53d39d5b44354e8b0d90758a1989ad646b73cb918e2b9036616506]]
**Document description:** Cert in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/10/2008] [FileNumber=2680393-2
] [0b447205fe7d5c8e118d2ac596411185f4e2cfd399e613a18884edd2b53f9ed46e7
d74678fed7b28953701ee12309e1321c0e8b2b7d2fd4dfbf12cfda4c88d5d]]

7/10/2008