UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Lynette Paul, Docket No. 05-4428 | MAGISTRATE JUDGE KNOWLES |

## DECLARATION OF COUNSEL

In support of the foregoing motion, the undersigned states as follows:

1. Counsel has communicated with the plaintiff by telephone and in writing;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to this withdrawal.

Respectfully submitted:

_/s/ Frank J. D'Amico, Jr._
FRANK J. D'AMICO, JR., (#17519)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-9561
Telecopier:   (504) 525-0522