UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Melvin Bowling vs. Merck & Co., Inc.,* *Docket No. 06-6904* | * | MAGISTRATE JUDGE KNOWLES |

*********************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order No. 36, Edward Blizzard, J. Scott Nabers, Rebecca B. King, and Holly M. Wheeler, Counsel of record for Melvin Bowling, move the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff cannot be found or fails to respond to communications from Counsel. Plaintiff's counsel has made numerous attempts to contact Plaintiff. Plaintiff's counsel hired two different private investigators to locate Plaintiff. Despite numerous attempts to contact Plaintiff over an extended period of time, Plaintiff has not responded.

2. Pursuant to Pretrial Order No. 36, Counsel placed an advertisement or notice in a newspaper of general circulation for three (3) consecutive days serving the community in which the Plaintiff last resided for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

3. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 2924 Seneca Street, Middletown, OH 45044.

4. Pretrial Order No. 36 was complied with in all respects in Plaintiff's counsel's communication to Plaintiff regarding the Motion to Withdraw. Plaintiff's counsel will continue to comply with Pretrial Order No. 36.

5. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Edward Blizzard, J. Scott Nabers, Rebecca B. King, and Holly M. Wheeler urge the Court to grant their motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 23rd day of June, 2008.

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone:   (713) 844-3750
Fax:      (713) 844-3755
**ATTORNEYS FOR PLAINTIFF MELVIN BOWLING**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Philip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 23rd day of June, 2008.

*Rebecca B. King*
OF COUNSEL