UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION )    MDL NO. 1657
                                    )
                                    )    SECTION: L
                                    )
                                    )    JUDGE FALLON
                                    )    MAG. JUDGE KNOWLES
                                    )
                                    )
*THIS DOCUMENT RELATES TO:*          )
Cellino & Barnes, P.C. Plaintiffs Identified in )
Order Scheduling Conferences,        )
Exh. A, No. 26 to 50                 )
                                    )

**SUPPLEMENTAL FILING RELATING TO CELLINO & BARNES, P.C. PLAINTIFFS'
EXPEDITED MOTION AND INCORPORATED MEMORANDUM TO VACATE IN PART OR
ALTERNATIVELY AMEND IN PART THIS COURT'S ORDER SCHEDULING
CONFERENCES**

On October 13, 2008, Cellino & Barnes plaintiffs identified in Exhibit A to the Order Scheduling Conferences filed their expedited motion seeking to vacate this order in part or alternatively permitting counsel to appear at the October 20, 2008 conference rather than the October 17, 2008 conference due to a pre-existing scheduling conflict. The Cellino & Barnes plaintiffs indicated that 22 of them had consented to dismissing their actions and that signed stipulations to these dismissals had been received by defense counsel on October 1, 2008. However, defense counsel had signed and filed stipulations for only 14 of these plaintiffs at the time the Cellino & Barnes plaintiffs filed their motion. Subsequent to filing their motion, the Cellino & Barnes plaintiffs received LesixNexis notice of service for the remaining stipulations. Copies of these notices are attached to this supplemental submission (Supplemental Exhibit 1).

With these filings, all Cellino & Barnes plaintiffs identified on Exhibit A may be classified as (1) having stipulated to dismissal and been dismissed by this Court, (2) having filed stipulations for dismissal substantively identical to those previously granted by this Court, (3) having completed the enrollment process by submitting their missing documentation or (4) having filed a motion to withdraw as counsel on July 10, 2008, making the motion ripe for

adjudication under Pretrial Order 36. With regard to this final plaintiff, counsel reiterates from the original motion that the motion is substantively identical to those previously granted by this Court and that the plaintiff has not noticed her intent to proceed without counsel as called for by Pretrial Order 36.

As all Cellino & Barnes plaintiffs identified in Exhibit A to the Order Scheduling Conferences have resolved their issues to the extent of their ability, and now merely await final resolution by this Court, counsel respectfully requests that this Court grant the October 13, 2008 motion to vacate the Order Scheduling Conferences with regard to Cellino & Barnes plaintiffs. In the alternative, counsel respectfully renews his request that this Court permit Cellino & Barnes to appear at the October 20, 2008 conference in New York instead of the October 17, 2008 conference in New Orleans due to counsel's pre-existing scheduling conflict.

DATED:     October 14, 2008

                                        Respectfully submitted,

                                        **CELLINO & BARNES, P.C.**

                              By:       _____
                                        Brian A. Goldstein
                                        2500 Main Place Tower
                                        350 Main Street, 25th Floor
                                        Buffalo, NY 14202
                                        (716) 854-2020

2