**EXHIBIT 1**

## Michael Williams

| | |
|---|---|
| From: | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| Sent: | Monday, October 13, 2008 4:51 PM |
| To: | Michael Williams |
| Subject: | Case: 2:06cv01161; Transaction: 21943783 - Notification of Service |

```
To:          Michael Williams
From:        LexisNexis File & Serve
Subject:     Service of Documents in Becker, Donald et al vs Merck & Co Inc et al

You are being served documents that have been electronically submitted in Becker, Donald
et al vs Merck & Co Inc et al through LexisNexis File & Serve. The details for this
transaction are listed below.

Court:                       LA US District Court Eastern District E-Service-Vioxx
Case Name:                          Becker, Donald et al vs Merck & Co Inc et al
Case Number:                 2:06cv01161
Transaction ID:              21943783
Document Title(s):
      Stipulation of Dismissal With Prejudice of William Johnson (3 pages)
      Proposed Order (1 page)
Authorized Date/Time:        Oct 13 2008  3:48PM CDT
Authorizer:                        Dorothy H Wimberly
Authorizer's Organization:   Stone Pigman Walter Wittmann LLC
Sending Parties:
      Defendants Liaison Counsel
Served Parties:
      11 parties

Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=21943783 (subscriber login
required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by
phone at 1-888-529-7587 (24/7).
```

1

## Michael Williams

| | |
|---|---|
| From: | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| Sent: | Monday, October 13, 2008 4:53 PM |
| To: | Michael Williams |
| Subject: | Case: 2:06cv02207; Transaction: 21943842 - Notification of Service |

Brian Alan Goldstein has allowed you, Michael Williams, to receive a copy of this notification for Transaction ID 21943842. The details for this transaction are listed below.

To: Brian Alan Goldstein
Subject: E-Service for LA US District Court Eastern District E-Service-Vioxx

Titles:
        Stipulation of Dismissal With Prejudice of Floy Marsfelder and Sylvia Watkins (3 pages)
        Proposed Order (1 page)
Case: Albanese, Marie et al vs Merck & Co Inc et al Case #: 2:06cv02207
Date: Oct 13 2008   3:52PM CDT
Attorney: Dorothy H Wimberly
Firm: Stone Pigman Walter Wittmann LLC
Transaction #: 21943842
Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=21943842 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

## Michael Williams

| | |
|---|---|
| From: | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| Sent: | Monday, October 13, 2008 5:00 PM |
| To: | Michael Williams |
| Subject: | Case: 2:06cv02209; Transaction: 21943951 - Notification of Service |

Brian Alan Goldstein has allowed you, Michael Williams, to receive a copy of this notification for Transaction ID 21943951. The details for this transaction are listed below.

To: Brian Alan Goldstein
Subject: E-Service for LA US District Court Eastern District E-Service-Vioxx

Titles:
    Stipulation of Dismissal With Prejudice of Brenda and John Haye, Janie Potter, Katharina and Nikolaus Ries (3 pages)
    Proposed Order (1 page)
Case: Abate, Mildred et al vs Merck & Co Inc et al Case #: 2:06cv02209
Date: Oct 13 2008  3:59PM CDT
Attorney: Dorothy H Wimberly
Firm: Stone Pigman Walter Wittmann LLC
Transaction #: 21943951
Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=21943951 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

## Michael Williams

| | |
|---|---|
| From: | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| Sent: | Monday, October 13, 2008 5:12 PM |
| To: | Michael Williams |
| Subject: | Case: 2:06cv02196; Transaction: 21944227 - Notification of Service |

Brian Alan Goldstein has allowed you, Michael Williams, to receive a copy of this notification for Transaction ID 21944227. The details for this transaction are listed below.

To: Brian Alan Goldstein
Subject: E-Service for LA US District Court Eastern District E-Service-Vioxx

Title: Stipulation of Dismissal With Prejudice of David and Kay Croley (3 pages)
Case: Bartley, Samuel et al vs Merck & Co Inc et al Case #: 2:06cv02196
Date: Oct 13 2008  4:10PM CDT
Attorney: Dorothy H Wimberly
Firm: Stone Pigman Walter Wittmann LLC
Transaction #: 21944227
Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=21944227 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

## Michael Williams

| | |
|---|---|
| From: | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| Sent: | Monday, October 13, 2008 5:15 PM |
| To: | Michael Williams |
| Subject: | Case: 2:06cv02211; Transaction: 21944272 - Notification of Service |

Brian Alan Goldstein has allowed you, Michael Williams, to receive a copy of this notification for Transaction ID 21944272. The details for this transaction are listed below.

To: Brian Alan Goldstein
Subject: E-Service for LA US District Court Eastern District E-Service-Vioxx

Titles:
    Stipulation of Dismissal With Prejudice of Maynard and Deborah Olin (3 pages)
    Proposed Order (1 page)
Case: Austin, James et al vs Merck & Co Inc et al Case #: 2:06cv02211
Date: Oct 13 2008  4:13PM CDT
Attorney: Dorothy H Wimberly
Firm: Stone Pigman Walter Wittmann LLC
Transaction #: 21944272
Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=21944272 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).