UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs | * | |
| listed on Exhibits A, B, and C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************************

## SUPPLEMENTAL ORDER SCHEDULING CONFERENCES

The final deadline to enroll in the Vioxx settlement program is October 30, 2008.

Accordingly,

    **IT IS ORDERED** that:

1. The Court will hold three Case Management Conferences to ensure that plaintiffs who are the eligible for the Vioxx settlement program but who have not enrolled in the program, by, among other things, submitting a release to the Claims Administrator, have all necessary information available to them so that they can make informed choices.

    a. Conference A, for the plaintiffs listed in Supplemental Exhibit A to this Order, will be held at 10:00 a.m. central on October 17, 2008 at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

    b. Conference B, for the plaintiffs listed in Supplemental Exhibit B to this Order, will be held at 10:00 a.m. eastern on October 20, 2008 at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 6A.

    c. Conference C, for the plaintiffs listed in Supplemental Exhibit C to this Order, will be held at 10:00 a.m. central on October 21, 2008 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1719.

2. Counsel subject to this Order must appear in person.

3. Each Plaintiff subject to this Order must also appear in person unless it would be a physical or economic hardship for that Plaintiff to attend the conference in person. Counsel for each Plaintiff claiming hardship must

1

948541v.1

serve a notice by LexisNexis specifying the reasons they claim personal attendance would be a hardship. Such notices must be served at least three days in advance of the applicable conference.

4. Any Plaintiff who claims the hardship exemption must be available to participate in the conference by telephone.

5. Counsel who have moved to withdraw from representing any plaintiff on any of the exhibits to this Order are reminded that they are still counsel of record, and therefore subject to this Order unless and until the Court grants the motion to withdraw.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# SUPPLEMENTAL EXHIBIT A

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1004334 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ashbaugh | Paul | Kurt | Ashbaugh, Paul K. v. Merck & Co., Inc. | 2:05-cv-04150-EEF-DEK |
| 2 | 1003978 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Reaves | Steve |  | Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK |
| 3 | 1002899 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | McCoy | Danny |  | McCoy, Joyce v. Merck & Co., Inc. | 2:05-cv-04515-EEF-DEK |
| 4 | 1075040 | Cellino & Barnes, P.C. | Arnold | Leonard |  | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 5 | 1075477 | Cellino & Barnes, P.C. | Dickerman | Brenda |  | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 6 | 1075522 | Cellino & Barnes, P.C. | Dreher | Doreen |  | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 7 | 1075771 | Cellino & Barnes, P.C. | Harris | Darlene |  | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 8 | 1075844 | Cellino & Barnes, P.C. | Hollis | Gwendolyn |  | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 9 | 1076181 | Cellino & Barnes, P.C. | Lowry | Pearl |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 10 | 1076389 | Cellino & Barnes, P.C. | Moore | Elizabeth |  | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 11 | 1076444 | Cellino & Barnes, P.C. | Nelson | James |  | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 12 | 1076679 | Cellino & Barnes, P.C. | Rhodes | Dawn |  | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |

# SUPPLEMENTAL EXHIBIT A

|    |         |                         |         |         |   |                                                   |                          |
|----|---------|-------------------------|---------|---------|---|---------------------------------------------------|--------------------------|
| 13 | 1076923 | Cellino & Barnes, P.C.  | Smith   | Mary    | E | Ahouse, Irene v. Merck & Co., Inc.                | 2:06-cv-02216-EEF-DEK    |
| 14 | 1077013 | Cellino & Barnes, P.C.  | Swartz  | Charles |   | Abdalle Lassan, Mohamoud v. Merck & Co., Inc.     | 2:06-cv-02202-EEF-DEK    |
| 15 | 1077021 | Cellino & Barnes, P.C.  | Szewc   | Dorothy |   | Albanese, Marie v. Merck & Co., Inc.              | 2:06-cv-02207-EEF-DEK    |
| 16 | 1077134 | Cellino & Barnes, P.C.  | Vega    | Lucia   |   | Bamford, Armeda v. Merck & Co., Inc.              | 2:06-cv-01168-EEF-DEK    |
| 17 | 1083878 | Matthews & Associates   | Martin  | Wesley  | M | McBride, James v. Merck & Co., Inc.               | 2:06-cv-06947-EEF-DEK    |
| 18 | 1083610 | Matthews & Associates   | Rogers  | Edwin   | C | Rockingham, Valerie v. Merck & Co., Inc.          | 2:06-cv-07115-EEF-DEK    |
| 19 | 1083788 | Matthews & Associates   | Stone   | James   |   | Rockingham, Valerie v. Merck & Co., Inc.          | 2:06-cv-07115-EEF-DEK    |

2

948542v.1

# SUPPLEMENTAL EXHIBIT B

|   | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1068030 | Godosky & Gentile, P.C. | Bua | Hugo |  | Bua, Hugo v. Merck & Co., Inc. | 2:05-cv-01552-EEF-DEK |

1

948542v.1

# SUPPLEMENTAL EXHIBIT C

|   | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1094371 | Carey & Danis, L.L.C. | Burnett | Helen | | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973 |

948542v.1