UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                           MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

JUDGE FALLON
……………………………………………………..                MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Shirley Adams, et al. v. Merck & Co., Inc., et al.,* **No. 2:06cv2101-EEF-DEK**

## NOTICE OF PHYSICAL AND ECONOMIC HARDSHIP OF CHARMAINE SPIRO

COMES NOW Plaintiff Charmaine Spiro, and in response to this Court's Order Scheduling Conferences filed on October 8, 2008, states that she has a physical and economic hardship and therefore is unable to attend the hearing at 10 a.m. on October 21, 2008 at the United States District Court, Northern District of Illinois.  Plaintiff Charmaine Spiro is deceased and her daughter, Chris Allen, is unable to attend due to a physical and economic hardship.  Ms. Allen broke her ankle and is currently attending physical therapy, and therefore has difficulty traveling.  Her broken ankle has also resulted in lost wages and is unable to afford travel arrangements.  However, Ms. Allen will be available to participate in the conference at 10 a.m. on October 21, 2008 via telephone at (636) 463-1091.

RESPECTFULLY SUBMITTED this 14th day of October, 2008.

                                              BROWN AND CROUPPEN

                                              /s/ John J. Driscoll
                                            John. J. Driscoll, #54729
                                            Seth S. Webb, #51236
                                            Brown & Crouppen, P.C.
                                            720 Olive Street, Ste. 1800
                                            St. Louis, MO 63101
                                            (314) 421-0216
                                            (314) 421-0359 fax
                                            jdriscoll@brownandcrouppen.com
                                            swebb@brownandcrouppen.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and the foregoing Notice of Physical and Economic Hardship by Charmaine Spiro has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 14[h] day of October, 2008.

       /s/ John J. Driscoll
John. J. Driscoll, #54729
Seth S. Webb, #51236
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
jdriscoll@brownandcrouppen.com
swebb@brownandcrouppen.com