UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                      MDL NO. 1657
    **PRODUCTS LIABILITY LITITGATION:**
                                                       SECTION:  L

                                                       JUDGE FALLON
……………………………………………………..               MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Shirley Adams, et al. v. Merck & Co., Inc., et al.,* **No. 2:06cv2101-EEF-DEK**

### NOTICE OF PHYSICAL HARDSHIP OF CORINNE VENTURA

COMES NOW Plaintiff Corinne Ventura, and in response to this Court's Order Scheduling Conferences filed on October 8, 2008, states that she has a physical hardship due to the fact that she attends dialysis three times a week, is dependant upon an oxygen supply, is unable to drive and is not easily transported, and therefore is unable to attend the hearing at 10 a.m. on October 20, 2008 at the United States District Court, Southern District of New York.  However, Plaintiff will be available to participate in the conference at 10 a.m. on October 20, 2008 via telephone at (631) 474-5069.

RESPECTFULLY SUBMITTED this 14th day of October, 2008.

                                        BROWN AND CROUPPEN

                                           /s/ John J. Driscoll
                                        John. J. Driscoll, #54729
                                        Seth S. Webb, #51236
                                        Brown & Crouppen, P.C.
                                        720 Olive Street, Ste. 1800
                                        St. Louis, MO 63101
                                        (314) 421-0216
                                        (314) 421-0359 fax
                                        jdriscoll@brownandcrouppen.com
                                        swebb@brownandcrouppen.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and the foregoing Notice of Physical Hardship of Corinne Ventura has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 14th day of October, 2008.

              /s/ John J. Driscoll
              John. J. Driscoll, #54729
              Seth S. Webb, #51236
              Brown & Crouppen, P.C.
              720 Olive Street, Ste. 1800
              St. Louis, MO 63101
              (314) 421-0216
              (314) 421-0359 fax
              jdriscoll@brownandcrouppen.com
              swebb@brownandcrouppen.com