UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **Murray Law Firm Plaintiffs Identified in Order Scheduling Conferences, Exhibit A, Nos. 137 to 153** | **MAGISTRATE JUDGE KNOWLES** |

### [PROPOSED] ORDER

Considering the foregoing Murray Law Firm Plaintiffs' Expedited Motion and Incorporated Memorandum to Vacate In Part Or Alternatively Amend In Part This Court's Order Scheduling Conferences, and the Court having considered same and having found good cause thereof,

**IT IS ORDERED BY THE COURT**, that the Order Scheduling Conferences is vacated in part to exclude Murray Law Firm plaintiffs identified in Exhibit A, Nos. 137 to 153.

**ALTERNATIVELY, IT IS ORDERED BY THE COURT,** that the Order Scheduling Conferences is amended to not require the Murray Law Firm plaintiffs identified in Exhibit A, Nos. 137 to 153, to attend the October 17, 2008 conference.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

5