**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 8, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

                                  :     MDL NO. 1657

                                    :     SECTION: L

                                    :     JUDGE FALLON
                                    :     MAG. JUDGE KNOWLES

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**     **Case No. 06-3674**

     The Court is in receipt of the attached letters from Edward Earl Thomas. The letters shall be made a part of the record for informational purposes for Plaintiffs' Liaison Counsel and the Pro Se Curator.

1