*Suppose to do...* *Correspondence*
*appeal De novo* *letter*



**SAGINAW COUNTY SHERIFF'S OFFICE**

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

**SHERIFF CHARLES L. BROWN**

ARNOLD J. BURNS
Undersheriff

RANDY L. JEROME
Captain

PAULA S. LOUNSBURY
Lieutenant - LE

WILLIAM H. GUTZWILLER
Lieutenant - Jail

*Motion*

## GRIEVANCE FORM

Case MDL 05-1657
06-3674

DATE: 8/15/2008    OFFICER(S) NAME: _____

TIME: _____    SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: Dear Eldon E. Falon, U.S. Marshall (s). and Clerks, then Judge (s)

the Court give me a "liaison" cause I did not have a law library (illegal) now here at Saginaw County Jail for 7 months. I wrote this Court officials held U.S. mailing fraud / defraud to coerce, similar, degrade, defame, and use libel with inmates. they now I can not do civil copies or notarys. please make a emergency response.

Rev. 09/22/05    FROM: Edward Earl Thomas

081023

*"Working Together To Make Saginaw County A Safer Place To Live"*

*Suggestion for [illegible]*
*Appeal De-novo*                *Correspondence letter*



**SAGINAW COUNTY SHERIFF'S OFFICE**
618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

**SHERIFF CHARLES L. BROWN**
ARNOLD J. BURNS
Undersheriff
RANDY L. JEROME
Captain
PAULA S. LOUNSBURY
Lieutenant - LE
WILLIAM H. GUTZWILLER
Lieutenant - Jail

## GRIEVANCE FORM

Case MDL 05-7699
06-01493

DATE: 8/15/2008    OFFICER(S) NAME: _____

TIME: _____    SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: Dear Judge Charles Breyer, U.S. Marshall(s), and Clerk(s) (other judges)(,)

the Court give me a "liaison" cause I did not have a law library (illegal) now here at Saginaw County Jail for 7 months I wrote this Court officials used U.S. mailing fraud/defraud to curse, slander, degrade, defame, and use libel with inmate etc., now I can not do civil copies or notarys please make a emergency response.

Rev. 09/22/05      FROM: Edward Earl Thomas
091043

*"Working Together To Make Saginaw County A Safer Place To Live"*



Edward Earl Daniel
2208 W. Harrison
Saginaw MI 48602

Emergency
Chambers of Eldon Fallon
and Clerk of the Court
500 Poydras St.
New Orleans, Louisiana
70130

SAGINAW MI 486
18 AUG 2008 PM 2 T

RECEIVED
AUG 2 1 2008
CHAMBERS OF
ELDON E. FALLON
U.S. DISTRICT JUDGE

70130-3313