Supplemental Brief / Correspondence
Appeal he no DC letter
Judge Victoria L. Roberts
Case 08-11543 (180 day rule Pacer 1-800-676-6856
1) violation) High Treason Login ET0862/B!73TDEK
Query Edward Earl Thomas
Motion to Investigate Fraud and Supplemental Damages Select case(s)
then a french/black women U.S. Attorney

Case MDL 05-1657
06-3674

RECEIVED JUL 28 2008 U.S. DISTRICT COURT BAY CITY, MICHIGAN
TENDERED FOR FILING JUL 21 2008 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk

Dear Judge Eldon E. Falon and Judge(s)/Clerk(s) master attorney No appeal

I would now like to represent myself I have been writing and mailing this same type of motion for over 7 months I had mail fraud/defraud off and on for about 15 years. I still need the liaison(s) and lawyer(s) and attorney (s) for proper "Brief(s)" even if am appointed an U.S. Attorney by judge(s) even if is needed now. I believe that the defendants is trying to kill me the plaintiff "I need U.S. personal protection orders now." Judge Terry L. Clark and Chief and Chief Judge Robert L. Kaczmarek uses — "Mischief" with Sheriff Charles L. Brown/Lt William H. Lutzwiller (per) no law library, no copies or notary on civil issues, no visitation, no church functions, no recreation, no recreation, no telephone (cord cut off) even commissary my door has been closed for over 60 days I have lack of air water must be put on the floor hours at a time then if water goes under door a cover is applied, Sgt Fitzsimons, Sgt. Anderson, Sgt Austin (and on duty Haieskins), Sgt Rasco, Sgt Lemeard has over 12 camera tapes of "Torture". Signed,
this is pertinent information. Edward Earl Thomas 7/22/2008

Supplemental Brief
Appeal De no vo                                                  Correspondence letter

#1                              (J)                              #1 though #4

  Motion On Working On Case(s)

                                                  Case

Dear Judge(s) and or Congress

I am in constant contact with lawyers, attorneys, and agencys then jobs the state victims crimes commission state and U.S. federal protection and or safety agency(s), child-adult abuse and neglect agency(s), secretary of state and tresury of state is Cochran, foley, and Associates 1-800-322-5543, James A. Brestows jr. (989) 790-6510 Judith A. Lincoln 4301 fashion Square Blvd. (989) 498-2100, Alexander 1-800-813-2888, Klimaszewski and Street 1500 e Genesse, Baraba Little 60 Harrow lane (989) 791-1700, Gena K. Amos 2215 e. Genesse (989) 752-2385, Staci M. Richards 101 first (989) 893-5547, Lisa A. Wallen 24255 Thirteen-mile suit 200 Bingham farms MI. 48025 1-800-365-3931, Grimaldi, Pearson, Weyand 4905 Berl Dr. 792-4856 Sharon A. Burgess 140w. Tuscola frankemuth (989) 652-9923, Tafkay 145 w. Genesse frankemuth 1-877-524-4529 (989) 652- Lisa Barksdale-Shaw 804 s. Hamilton (989) 799-4444, Jay Brown 6024 Eastman (989) 839-0300, Scott Mele Edmund J. frost, Robert Dunn, and Eric E. Prosehek (989) 894-1110 512 Lincoln, Turner and Turner 26000 12-mile rd Southfield MI. 1-888-888-7637, William M. Crawforth 255 e.

Supp Correspondence
appeal De novo letter
emergency- inmate 081023          Pacer 1-800-676-6856
#2                                 Login ET0862/B1737PEK
                                   Query Edward Gary Thomas
Motion On U.S. Mailing fraud/Defraud   Select case
                                   Case MDL 05-1657
**RECEIVED**                       06-3674
JUL 28 2008
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

Dear Chief Judge/Judge(s) Of The Panel On
Multidistrict Litigation (emergency) No appeal

the Saginaw County jail has mail frauded
mail to this Court for over 7 months now
using torture no phone, no law library, my
doors been closed 60 days or better per Lt. Gutz-
willer Sgt Fitzsimons, Sgt Anderson, Sgt Demeond
, Sgt Austin (duty Sgt Hueskins) Sgt Rasco have
over 12 camera tapes. Medical Dr. Natole mental
health Dr. Zarski and dental uses malpractice
even now no treatment at all nursing refuse
to wear gloves or name tags CMS Christine Davidson
say from Chicago she will forward complaint too
State so they may investigate.
Judge Victoria A. Roberts has the case
08-11543 on Chief Judge Robert L. Kaczmarek
/Sheriff Charles L. Brown please respond now.
And my 180 day rule has been violated not
once twice now.
                                    Signed,
                                    Edward Gary Thomas
This is pertinent information.      7/22/2008

#3

Medicaid Dental Clinic 1411 Center (989) 892-7062
Dental Referral Service 1-800-422-8338
Gentle family Dentistry - Juliana A. Auansah
Dr. Dale A. Flora DC 3356 Shattack 793-7791
Dr. Michael Walker 1705 w. Michigan 792-3019
Dr. Robert Chipman 1019 Garfield 893-2361
Matrix Pain 4450 fashion Square Blvd. (989) 792-4090

David O'Donnell MO (989) 793-6505
Pankonin Rexall Drug 422 Court (989) 793-8590
Princing Pharmacy 6224 Dixie 793-8640
Bridgeport Pharmacy 6224 Dixie 793-7781
family Pharmacy - faler 1806 Court (989) 793-2445 and the
Drug Shop 1900 Columbus (989) 894-3744
Right/Rite-aid 1-800-748-3243
Walgreen Drug (989) 791-3088
Good Neighbor Pharmacies 1100 Columbus 893-7579
Elizabeth Rowley ACSW 106 n. Erie (989) 684-6642
Sara Terry Moton ACSW CSW LMFT 501 Lapeer
Tracey Allan PHD 211 Saginaw (989) 835-1174
Kathy Lorentzen MFT MSW CSW 2115 w. Center (989) 497-9704
Hypnoses, Stress, Psychotherapy, Neurological Rehabilitation.
Dominador Haynes MO 3150 Hallmark 497-0011
Connie Braun MO 3927 Bay rd. 497-9419
Covenant Med Express 5570 State 583-0100
Medical Clinic 5451 Hampton 793-5525

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
1000 WASHINGTON AVENUE, ROOM 304
P.O. BOX 913
BAY CITY, MI 48707-0913**

OFFICIAL BUSINESS

7013 0433 67

U.S. District Court
Eastern District of Louisiana
500 Poydras Street - Room C151
New Orleans, LA 70130



HASLER
07/28/2008
$0.420
Mailed From 48708
US POSTAGE