Supplemental Brief Correspondence
Supplemental Motion Emergency letter
-Motion

Case MDL 05-1657
06-3674

Dear Judge Eldon E. Fallon and Clerk(s)

I would now like too represent myself even untill I or my liaison find me an U.S. Attorney or a courts attorney my speedy trial and due process rights are the issue as I had no response in over 8 months from this court U.S. mail fraud/defraud. I can not use phone, do civil copies or notary not even use the law library for anything I now ask for supplemental damages and U.S. personal protection orders and I am being tortured.

TENDERED FOR FILING

SEP 2 3 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Signed,
Edward Earl Thomas
9/20/2008

This pertinent information.

Edward Ray Thomas 08/1023
208 S Harrison
Saginaw, Michigan 48601

SAGINAW MI 486
20 SEP 2008 PM 1 L

Management
570 Poydras St.
New Orleans, Louisiana
70130

76/136

70130-3318