UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Evelyn Mazzone v. Merck & Co.,* | * | MAGISTRATE JUDGE |
| *Inc.; Docket No. 2:07-cv-774* | * | KNOWLES |
| | * | |

**************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Evelyn Mazzone and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to

Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc.

and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,


PHILLIPS & ASSOCIATES

By: */s/ Lowell W. Finson*
Lowell W. Finson
3030 N. Third St.
Suite 1100
Phoenix, AZ  85012
Phone:  602-258-8900
*Counsel for Plaintiff*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
546 Carondelet St.
New Orleans, LA  70130
Phone:  504-581-3200
*Counsel for Defendant Merck & Co., Inc.*

948894v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

948894v.1