UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Georgia Tunwar v. Merck & Co., Inc.;* | * | **MAGISTRATE JUDGE** |
| *Docket No. 06-7344* | * | **KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **GEORGIA TUNWAR**, and Defendant, **MERCK & CO., INC.**, hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of her claims against **MERCK & CO., INC.**, and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Lee Hoffoss, Jr.* | STONE PIGMAN WALTHER |
| **RALEIGH NEWMAN** | WITTMANN, L.L.C. |
| Louisiana Bar Roll No.: 7569 | |
| **J. LEE HOFFOSS, JR.** | By: */s/ Dorothy H. Wimberly* |
| Louisiana Bar Roll No.: 29254 | Phillip A. Wittman, 13625 |
| 1830 Hodges Street | Dorothy H. Wimberly, 18509 |
| Lake Charles, Louisiana 70601 | 546 Carondelet St. |
| Telephone:   (337) 439-5788 | New Orleans, LA 70130 |
| Telecopier:   (337) 436-5430 | Phone:   (504) 581-3200 |
| *Counsel for Plaintiff* | *Counsel for Defendant Merck & Co., Inc.* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liason Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of October, 2008.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMAN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax: 504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liason Counsel