UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |

**THIS DOCUMENT RELATES TO:        ALL CASES**

<u>ORDER</u>

IT IS ORDERED that the motions hearing for Plaintiffs' Motion for Order to Show Cause (Rec. Doc. 15857), filed by the law firm of Robinson, Calcagnie & Robinson, which was previously scheduled for October 8, 2008, IS CONTINUED and will instead be heard at the November monthly status conference, which shall fall on a date as yet to be determined.

The Plaintiffs have informed the Court that many of the records providers subject to the motion have complied with the records requests.  The Court appreciates the cooperation of these medical records providers and urges all remaining providers to comply with the Plaintiffs' valid records requests.  Medical records providers that comply with the Plaintiffs' records requests will no longer be subject to the motion to show cause.  Providers that fail to comply with the requests will be subject to a show cause order at a later date.

New Orleans, Louisiana, this 14th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

1