## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Paula G. Alaniz, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 06-5999 | * | |
| | * | |
| Only with regard to: | * | |
| Ivory Allen, Maggie Sweet | * | |
| and Ronald Sylvia | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Ivory Allen, Maggie Sweet and Ronald Sylvia and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2008.

_____
DISTRICT JUDGE

948436v.1