## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>Products Liability Litigation<br><br>This Document Relates To:<br><br><br>*Mary Damon, et al.*<br> *v. Merck & Co., Inc.*<br><br>No. 06-5993<br><br>Only with regard to:<br>Mary Damon<br>William Evers<br>******************************** | *<br>*<br>*<br>*      MDL No. 05-1657<br>*<br>*      JUDGE FALLON<br>*<br>*      MAGISTRATE JUDGE<br>*      KNOWLES<br>*<br>*<br>*<br>*<br>* |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Mary Damon and William Evers and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2008.

_____
DISTRICT JUDGE

948438v.1