UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx * | |
| Products Liability Litigation * | |
| * | |
| This Document Relates To: * | MDL No. 05-1657 |
| * | |
| * | JUDGE FALLON |
| *Celeste Russell, et al.* * | |
| *v. Merck & Co., Inc.* * | MAGISTRATE JUDGE |
| * | KNOWLES |
| No. 06-5986 * | |
| * | |
| Only with regard to: * | |
| Brian F. Demers * | |
| John M. Thornton * | |
| ********************************* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Mary Brian F. Demers and John M. Thornton and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2008.

_____
DISTRICT JUDGE

948439v.1