## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx | * |
| Products Liability Litigation | * |
| | * |
| This Document Relates To: | *   MDL No. 05-1657 |
| | * |
| | *   JUDGE FALLON |
| *Tammy Bailey, et al.* | * |
| *v. Merck & Co., Inc.* | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| No. 06-5987 | * |
| | * |
| Only with regard to: | * |
| Linda Hurtibus | * |
| Roger Hutchins | * |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Linda Hurtibus and Roger Hutchins and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2008.

_____
DISTRICT JUDGE

948441v.1