UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**    Noah Downs, et al. v. Merck & Co., Inc.,
                                 Case No. 07-1050

**ORDER**

The Court has been informed that Medco Health Solutions, Inc., has failed to comply with a valid request for the production of medical records in connection with the Vioxx MDL. At this time, it is critical that claimants be given access to their medical records or those of their decedents. Without these records, claimants will be unable to enroll in the settlement program. With the final deadline for enrollment now imminent, this Court will not allow these providers to ignore court orders for the production of records. The importance of timely compliance cannot be overstated.

On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program. Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court. As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its orders in each of the 94 federal judicial districts of the

1

United States.  *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned ... may exercise the powers of a district judge in any district....").

Accordingly, IT IS ORDERED that the Plaintiff's Motion for Compliance with Subpoena (Rec. Doc. 15922) IS GRANTED.  IT IS FURTHER ORDERED that Medco shall produce all additional medical records that it has in its possession relating to the Plaintiff, Noah Downs.  If Medco believes that it has already produced all such records, then it shall file an affidavit with this Court stating that it has complied to the best of its ability with the Plaintiff's requests.

IT IS FURTHER ORDERED that, should Medco fail to produce the appropriate records or affidavits pursuant to this Order, representatives from Medco shall appear in court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, October 31, 2008, at 9:00 a.m., to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records or affidavits are produced.

Medco will no longer be subject to this Order if, prior to October 31, 2008, it either produces such additional records as it has in its possession or files an affidavit with this Court stating that it has complied to the best of its ability with the Plaintiff's requests.

New Orleans, Louisiana, this 14th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE