UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

| | |
|---|---|
| THIS DOCUMENT RELATES ONLY TO: | MDL Docket No. 1657 |
| Golden, June Tauber   Case No.: 2:05cv4853 | Section L |
| | Judge Fallon |
| | Mag Judge Knowles |

## ORDER

Pursuant to the application of the plaintiff and there being no opposition,

IT IS HEREBY ORDERED that the limitations in the Letters of Administration issued to JUNE TAUBER GOLDEN, LUCY TAUBER BRYSK and ERIC LAX on December 17, 2004 be lifted to the extent of permitting the Administrators the powers to sign and execute any releases or other documents necessary to proceed through the Merck Settlement Program.

IT IS FURTHER ORDERED that in order to distribute any settlement funds obtained from the Merck Settlement Program, the Administrators must seek permission and an Order from a Court with the power issue same.

NEW ORLEANS, LOUISIANA, this ____ day of October, 2008

_____
DISTRICT JUDGE