UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| Plaintiff Gary Derose, VCN 1074891 | * |
| Regarding Case Caption: | * |
| Denise Whittaker, et al vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket #: 2:05cv-01257-EEF-DEK | * |

*************************************************************

## MOTION FOR LEAVE
## FOR PLAINTIFF TO BE EXCUSED FROM CASE MANAGEMENT
## CONFERENCE ON OCTOBER 20, 2008

Pursuant to the October 8, 2008 Order of this Court, the **Plaintiff Gary Derose** and counsel have been required to be at a October 20, 2008 Case Management Conference.

Undersigned counsel will attend this hearing as ordered but the **Plaintiff Gary Derose** asks for leave to not attend because he is in very poor health and cannot travel without personal assistance and great stress.

Wherefore, the **plaintiff, Gary Derose** asks to be excused from personally appearing at the conference and be available by telephone but undersigned counsel will be there.

/s/ Michael A. Stratton
Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com
Plaintiff's Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on all counsel by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of October, 2008.

/s/ *Michael A. Stratton*
Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

Plaintiff's Counsel