UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| Plaintiff Gary Derose, VCN 1074891 | * |
| Regarding Case Caption: | * |
| Denise Whittaker, et al vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket #: 2:05cv-01257-EEF-DEK | * |

*****************************************************************

### ORDER

The foregoing Motion for Leave for Plaintiff Gary DeRose to be excused from Case Management Conference on October 20, 2008, having been heard, it is hereby Ordered: GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE                    )