UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
        PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

_____/

**THIS DOCUMENT RELATES TO:**
    Griffin vs. Merck & Co., Inc., Case No. 2:07-cv-00894-EEF-DEK

### ORDER ON LOUISE GRIFFIN'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE PRETRIAL ORDER NO. 28 ("PTO")

THIS MATTER having come before the Court on the Plaintiff, LOUISE GRIFFIN, as Personal Representative of the Estate of Raymond Griffin, deceased's Motion for Extension of Time to Comply with the Pretrial Order No. 28 ("PTO"), and the Court having been fully advised in the premises, finds and orders:

1. That the Plaintiff, LOUISE GRIFFIN, as Personal Representative of the Estate of Raymond Griffin, deceased's Motion for Extension of Time to Comply with the Pretrial Order No. 28 ("PTO") is hereby Granted.

2. The Plaintiff shall have an extension of time to comply with PTO 28, until 30 days after the Court rules on Plaintiff's Motion to Remand, and will be excused from any compliance with the said Order should the Motion to Remand be granted.

Dated: _____
New Orleans, Louisiana

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE