UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *James Austin, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2211* | * | KNOWLES |
| | * | |
| *Only as to Maynard Olin and Deborah* | * | |
| *A. Olin, Individually and as* | * | |
| *Husband and Wife* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Maynard Olin and Deborah A. Olin against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of ___October___, 2008.

_____
DISTRICT JUDGE

948674v.1