UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
OCTOBER 17, 2008
SUGGESTED AGENDA

I.      Settlement Agreement

II.     Registration  and Enrollment of Claims in the Settlement Program

III.    Lien Administrator

IV.     Special Master and Deputy Special Masters

V.      State Court Trial Settings

VI.     Class Actions

VII.    Discovery Directed to Third Parties

VIII.   State/Federal Coordination -- State Liaison Committee

IX.     *Pro Se* Claimants

X.      Merck's Motions

XI.     Issues Relating to Pre-Trial Order No. 9

XII.    Vioxx Suit Statistics

XIII.   PSC MDL Trial Package

XIV.    Third Party Payor Cases

XV.     Motion to Dismiss Foreign Individual Cases

XVI.    Termination of Tolling Agreements

XVII.   Third Party Payors' Motion

XVIII.  1199SEIU Greater New York Benefit Fund

XIX.    Merck's Nonresponsive Plaintiffs' Cross-Motion and Rule

XX.     Merck's Motion and Rule on PTO 28 Non-Compliance (*Lone Pine* Requirements)

XXI.    Merck's Rule to Show Cause Why Cases Should Not Be Dismissed Without Prejudice For Failure to Prosecute

XXII.   Decision Quest, Inc.

XXIII.  Order Setting Conferences on October 17, 20 and 21, 2008, For Eligible Plaintiffs Who Have Not Yet Enrolled

XXIV.   Next Status Conference