UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) MDL Docket No. 1657 |
| | ) |
| VIOXX PRODUCT LIABILITY LITIGATION | ) SECTION L |
| | ) |
| This document relates to: | ) JUDGE FALLON |
| | ) |
| *Havens v. Merck*, 06-CV-9398; | ) MAGISTRATE JUDGE |
| *Qualls v. Merck*, 06-CV-5283; | ) KNOWLES |
| *Ridley v. Merck*, 06-CV-10256; and | ) |
| *Stokes v. Merck*, 06-CV-10675 | ) |

**FEDERMAN & SHERWOOD PLAINTIFFS' EXPEDITED MOTION TO VACATE IN PART THIS COURT'S ORDER SCHEDULING CONFERENCES AND MEMORANDUM IN SUPPORT**

COME NOW the Plaintiffs Bruce Havens, Victor K. Qualls, Charlie Ridley o/b/o Joyce Ridley, deceased, and Julia Stokes (collectively the "Federman & Sherwood Plaintiffs") and respectfully requests that this Court vacate its October 8, 2008 Order Scheduling Conferences as to the Federman & Sherwood Plaintiffs only. In support, Plaintiffs state as follows.

1. On October 8, 2008, the Court entered its Order Scheduling Conferences ("Order"). The Federman & Sherwood Plaintiffs were included on Exhibit C to that Order, ordering them and their counsel to appear at a Scheduling Conference on October 21, 2008 in Chicago, Illinois.

2. The purpose of the Scheduling Conference is to "ensure that plaintiffs who are eligible for the Vioxx settlement program but who have not enrolled in the program…have all the necessary information available to them so that they can make informed choices."

3. Counsel for the Federman & Sherwood Plaintiffs has conferred with them, and the Federman & Sherwood Plaintiffs now intend to enroll in the Vioxx Settlement program.

4. Counsel for Plaintiffs submitted a revised form V4030B on October 14, 2008 to

1

the Claims Administrator indicating that the Federman & Sherwood Plaintiffs intend to enroll in the Vioxx Settlement Program.  *See*, form V4030B, attached hereto as Exhibit A.

5. Plaintiff Charlie Ridley, o/b/o Joyce Ridley, deceased, submitted his Enrollment Forms to the Claims Administrator on October 15, 2008.  *See*, Enrollment Form, attached hereto as Exhibit B.

6. Plaintiff Bruce Havens deceased, submitted his Enrollment Forms to the Claims Administrator on October 15, 2008.  *See*, Exhibit B.

7. Plaintiffs Victor K. Qualls and Julia Stokes have received their Enrolment Forms for completion, and intend to submit them as soon as possible.

WHEREFORE, Plaintiffs Bruce Havens, Victor K. Qualls, Charlie Ridley o/b/o Joyce Ridley, deceased, and Julia Stokes respectfully request that the Court grant this Motion and vacate its October 8, 2008 Order Scheduling Conferences as to them only and excuse their appearance, and the appearance of their counsel at the October 21, 2008 Scheduling Conference.

Respectfully Submitted,

/s/ Jennifer F. Sherrill
Jennifer F. Sherrill
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK  73120
Phone:  (405) 235-1560
Fax:  (405) 239-2112
jfs@federmanlaw.com

3

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing FEDERMAN & SHERWOOD PLAINTIFFS' EXPEDITED MOTION TO VACATE IN PART THIS COURT'S ORDER SCHEDULING CONFERENCES AND MEMORANDUM IN SUPPORT with Exhibits and Proposed Order have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures in MDL 1657 on October 15, 2008:

            /s/ Jennifer F. Sherrill
            Jennifer F. Sherrill, Bar No. 19703
            FEDERMAN & SHERWOOD
            10205 N. Pennsylvania
            Oklahoma City, OK  73120
            Phone:  (405) 235-1560
            Fax:  (405) 239-2112
            jfs@federmanlaw.com