# EXHIBIT A

| V4030B | | | |
|--------|-----|---------------|-------------------|
| **Row** | **VCN** | **Claimant Name** | **Enrollment Status** |
| **1.** | 1081336 | Davison, Delbert L. | No Enrollment Documents Submitted |
| **2.** | 1081338 | Gasio, Dane B. | No Enrollment Documents Submitted |
| **3.** | 1081339 | Graham, Larry N. | No Enrollment Documents Submitted |
| **4.** | 1081325 | Havens, Bruce W. | No Enrollment Documents Submitted |
| **5.** | 1081342 | Holland, Ray D. | No Enrollment Documents Submitted |
| **6.** | 1081328 | Laviner, Rebecca J. | No Enrollment Documents Submitted |
| **7.** | 1081347 | Pollard, Amparo S. | No Enrollment Documents Submitted |
| **8.** | 1081330 | Qualls, Victor K. | No Enrollment Documents Submitted |
| **9.** | 1081331 | Ridley, Joyce E. | No Enrollment Documents Submitted |
| **10.** | 1081334 | Stokes, Julia L. | No Enrollment Documents Submitted |

| Enrollment Status Report Federman & Sherwood (As of 10/10/08) | | | | |
|---|---|---|---|---|
| Date Submitted Enrollment | Release Date | Medical Authorization Date | Employment Authorization Date | Stipulation of Dismissal Date |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*Confidential Information*

| |
|---|
| **Reason Claimant Has Not Enrolled To Date** |
| Motion to Withdraw Filed |
| Claimant Has an Other Injury Only and Never Alleged an MI or IS in a Lawsuit or Claimant Profile Form |
| Claimant Has an Other Injury Only and Never Alleged an MI or IS in a Lawsuit or Claimant Profile Form |
| Claimant Will Enroll |
| Motion to Withdraw Filed |
| Claimant Has an Other Injury Only and Never Alleged an MI or IS in a Lawsuit or Claimant Profile Form |
| Motion to Withdraw Filed |
| Claimant Will Enroll |
| Claimant Will Enroll |
| Claimant Will Enroll |