UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCT LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Havens v. Merck*, 06-CV-9398; | ) | MAGISTRATE JUDGE |
| *Qualls v. Merck*, 06-CV-5283; | ) | KNOWLES |
| *Ridley v. Merck*, 06-CV-10256; and | ) | |
| *Stokes v. Merck*, 06-CV-10675 | ) | |

### [PROPOSED] ORDER

Considering the foregoing Federman & Sherwood Plaintiffs' Expedited Motion to Vacate in Part This Court's Order Scheduling Conference and Memorandum in Support, and the Court having considered same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Order Scheduling Conferences is vacated in part to exclude Plaintiffs Bruce Havens, Victor K. Qualls, Charlie Ridley o/b/o Joyce Ridley, deceased, and Julia Stokes, identified in Exhibit C of the Order Scheduling Conferences.

IT IS FURTHER ORDERED BY THE COURT that Plaintiffs Bruce Havens, Victor K. Qualls, Charlie Ridley o/b/o Joyce Ridley, or their counsel are not required to attend the Scheduling Conference currently scheduled for October 21, 2008 in Chicago, Illinois.

NEW ORLEANS, LOUISIANA, this _____ day of October, 2008.

Respectfully Submitted,

_____
Eldon E. Fallon
United States District Judge

1

I:\Vioxx\OrderMotionVacate.doc