UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs | * | |
| listed on Exhibit B | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## NOTICE REQUIRED BY THE COURT'S OCTOBER 8, 2008 ORDER DIRECTING PLAINTIFFS TO APPEAR AT CASE MANAGEMENT CONFERENCE OCTOBER 20, 2008

Each of the plaintiffs set forth below have either written or telephoned this office to advise they have economic and physical hardships that would preclude their attending the conference but will be available to appear by telephone. In light of the timing of the Court's Order plaintiffs request that the Court accept the same as being in compliance with the Court's October 8, 2008 Order, without prejudice to raising objections to the Order on or before October 20, 2008.

| | |
|---|---|
| Marjorie H. Curtis<br>607-765-3591 | Beverly Schaffer<br>607-341-2349 |
| David L. Agard<br>607-723-0820 | Frank P. Kunik<br>607-657-8097 |
| Mary Ann Bozich<br>(614)863-3729 | Willie L. Smith<br>607-723-2601 |
| Scott R. Berthel<br>607-655-2842 | Rosemary Holobosky<br>607-349-8792/607-349-8791 |
| Karen O'Connor o/b/o Ronald O'Connor<br>607-729-6425 or 607-239-0995 | Arthur L. Pratt<br>607-758-3704 |

| | |
|---|---|
| Elsa Plocek<br>607-785-2078 | Edward Henderson<br>607-692-3009 |
| Maurice Hoyt<br>607-239-4916 | Mary Mahar<br>607-748-6098 |
| Sheila Hickok<br>607-786-0506 | Robert Gates<br>607-775-3928 |
| Mary Kurtz<br>856-383-6169 | Viola Santacrose<br>239-594-1761 |
| Alphonso V. DeRosa<br>860-670-1011 | Rodney Darrow<br>607-725-7349 |
| Matthew Cavallo<br>860-237-8045 | |

**Dated: October 15, 2008**
       **Binghamton, New York**

_____
RONALD R. BENJAMIN, ESQ.
LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEY FOR PLAINTIFFS
**126 Riverside Drive**
**P.O. Box 607**
**Binghamton, NY 13902-0607**