UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Pat Geasley, et al. v. Merck & Co.* | * | |
| *Inc., Regarding Opha Morrow on behalf* | * | |
| *Of Steve Reaves Only, Docket No. 05-4508* | * | |
| | * | KNOWLES |
| | * | |

**************************************

### NOTICE TO WITHDRAW MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now, Plaintiff, Opha Morrow, by and through her counsel of Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C., and moves the Court to withdraw its previously filed Motion to Withdraw as Counsel of Record filed on July 1, 2008 bearing docket number 14990. In support of this notice, the undersigned states as follows:

1.   Motion to Withdraw as Counsel of Record filed on July 1, 2008 was filed in error.

Respectfully submitted this the 15th day of October, 2008.

        /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
**BEASLEY ALLEN CROW METHVIN
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36104

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice to Withdraw Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 15th day of October, 2008.

/s/ Benjamin L. Locklar
**OF COUNSEL**