## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Pat Geasley, et al.  v.  Merck & Co.* | * | |
| *Inc., Regarding Opha Morrow on behalf* | * | |
| *Of Steve Reaves Only, Docket No. 05-4508* | * | |
| | * | **KNOWLES** |
| | * | |

**************************************

### ORDER

Upon due consideration of plaintiff's counsel's Notice to Withdraw Motion to Withdraw as counsel of records, and for good cause shown, the Court finds the motion to be well-taken.  The Motion to Withdraw should be **DENIED** and rendered **MOOT**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. shall remain as counsel of record for plaintiff, Opha Morrow on behalf of Steve Reaves.

**IT IS SO ORDERED.**


DATED: _____          _____
                                                              **ELDON E. FALLON**
                                                              **UNITED STATES DISTRICT JUDGE**