UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | * | MDL Docket 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | Section "L" |
| THIS DOCUMENT RELATES TO: | * | Hon. Eldon E. Fallon |
| *Curtis Johnson* | * | |
| *v.* | * | Magistrate 3 |
| *Merck and Co., Inc.* | * | Hon. Daniel E. Knowles, III |
| Civil Action No. 05-4031 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PURPOSES OF VIOXX SETTLEMENT PROGRAM IN ACCORDANCE WITH PRE-TRIAL ORDER NO. 36

**NOW INTO COURT,** through undersigned counsel, come Gerald E. Meunier, of the Law Firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, and Dominic Impastato of the law firm of Frischhertz & Associates, who respectfully move this Court for an Order allowing their withdrawal as counsel for Curtis Johnson in the above captioned case as set forth in the supporting Memorandum.

Respectfully submitted:

_____
GERALD E. MEUNIER
Gainsburgh, Benjamin, David, Meunier,
& Warshauer, L.L.C.
1100 Poydras Street
2800 Energy Centre
New Orleans, LA 70163
Phone: 504/522-2304

*Dominic Impastato /GEM*
DOMINIC IMPASTATO
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Phone: 504/523-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard C. Stanley
rcs@sfrlawfirm.com

Phillip A. Wittmann
pwittmann@stonepigman.com

GERALD E. MEUNIER