UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE VIOXX®** | * | **MDL Docket 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **Section "L"** |
| **THIS DOCUMENT RELATES TO:** | * | **Hon. Eldon E. Fallon** |
| *Curtis Johnson* | * | |
| *v.* | * | **Magistrate 3** |
| *Merck and Co., Inc.* | * | **Hon. Daniel E. Knowles, III** |
| **Civil Action No. 05-4031** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR PURPOSES OF VIOXX SETTLEMENT PROGRAM
## IN ACCORDANCE WITH PRE-TRIAL ORDER NO. 36

MAY IT PLEASE THE COURT:

Gerald E. Meunier has represented Curtis Johnson as primary counsel for purposes of the

Vioxx settlement program.  In accordance with the Court's Order, after initial contact was made,

additional efforts to contact Mr. Johnson at his last known address in Austin, Texas, and through

other means were not successful.  These efforts included telephone calls, certified mail (see

Exhibit A), Federal Express mailing (see Exhibit B), and the placement of a personal

advertisement in the *Austin American Statesman*, the local newspaper (see Exhibit C).

Counsel have been unable to locate Curtis Johnson, and he has failed to respond to

communications from counsel.  He was notified by letter dated on October 15, 2008 of the filing

of this Motion to Withdraw as counsel by Mr. Meunier and Mr. Impastato, and he was provided

with a copy of Pre-Trial Order number 36 that outlines the procedures to be taken when a

plaintiff cannot be located or fails to respond to communications with counsel.

WHEREFORE, Gerald E. Meunier, of the law firm of Gainsburgh, Benjamin, David,

Meunier & Warshauer, and Dominic Impastato of the law firm of Frischhertz & Associates pray

for an Order withdrawing them as counsel for Curtis Johnson.

Respectfully submitted:

GERALD E. MEUNIER
Gainsburgh, Benjamin, David, Meunier,
& Warshauer, L.L.C.
1100 Poydras Street
2800 Energy Centre
New Orleans, LA 70163
Phone: 504/522-2304

DOMINIC IMPASTATO
1130 St. Charles Avenue
New Orleans, LA 70130
Phone: 504/523-1500

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the

following:

Richard C. Stanley
rcs@sfrlawfirm.com

Phillip A. Wittmann
pwittmann@stonepigman.com

GERALD E. MEUNIER