LAW OFFICES
# GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

March 27, 2008

Mr. Curtis Johnson
1950 Webberville Road
Apt. 2215
Austin, TX 78721

VIA FEDERAL EXPRESS

RE: VIOXX SETTLEMENT

Dear Mr. Johnson:

It was good to talk with you this morning. Enclosed is the Release of All Claims form that was not signed when you signed the other forms last month.

Would you please sign where indicated and return the papers to us in the envelope provided as soon as possible? Please call me if you have any questions.

Thanking you for your assistance, I am

Cordially,

/s/

PHYLLIS HUGG
Paralegal
Direct Line: **504/297-2760**

/Enclosure





**FedEx Express US Airbill**

FedEx Tracking Number: 8630 6490 0697
Form ID No.: 0215

**1 From**
Date: 3/27/08
Sender's FedEx Account Number: 0701-0490-3
Sender's Name: PHYLLIS HUGG
Phone: (504) 297-1760
Company: GAINSBURGH-BENJAMIN, ETAL
Address: 1100 POYDRAS ST STE 2800
City: NEW ORLEANS   State: LA   ZIP: 70163-2800

**2 Your Internal Billing Reference:** 04-5507

**3 To**
Recipient's Name: CURTIS JOHNSON
Phone: (512) 928-2643
Recipient's Address: 1950 Webberville Rd. Apt 2215
City: AUSTIN   State: TX   ZIP: 78721

0369874908

**4a Express Package Service** — ✓ FedEx Standard Overnight

**5 Packaging** — ✓ FedEx Envelope

**7 Payment:** Bill to: ✓ Sender

**8 Residential Delivery Signature Options:** ✓ No Signature Required

519

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 863064900697 | **Reference** | 04-5507 |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Mar 27, 2008 | **Service type** | Standard Envelope |
| **Delivery date** | Mar 28, 2008 1:19 PM | | |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 28, 2008 | 1:19 PM | Delivered | | Left at front door. Package delivered to recipient address - release authorized |
| | 7:27 AM | On FedEx vehicle for delivery | AUSTIN, TX | |
| | 6:55 AM | At local FedEx facility | AUSTIN, TX | |
| | 5:46 AM | At dest sort facility | AUSTIN, TX | |
| | 4:47 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 27, 2008 | 11:28 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:24 PM | Left origin | KENNER, LA | |
| | 7:09 PM | Picked up | KENNER, LA | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

**Subscribe to tracking updates (optional)**

Your name: _____     Your e-mail address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML   ○ Text   ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>    [ Submit ]

LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

May 8, 2008

ORIGINAL VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Curtis Johnson
1805 Elmira Road
Austin, TX 78721

    RE:   Vioxx Settlement

Dear Mr. Johnson:

    I am trying to reach the Curtis Johnson whose address was on Webberville Road in Austin. I spoke with Mr. Johnson some time ago regarding his Vioxx claim, and I have been awaiting receipt of signed papers that are necessary for a possible settlement of the claim.

    If this letter has reached you in error, please disregard. If I have reached the correct Mr. Johnson, I ask that you **immediately contact me regarding the status of your claim**. We have a May 30 deadline to submit all pertinent forms for your claim to be considered by the settlement group.

    You may call me collect at the above number between 8:30 a.m. and 4:30 p.m. If I am not at my desk, please leave me a voice mail, or ask to speak with Ms. Nedra Bell, and she will forward your information to me.

    Thanking you for your assistance, I am

                                       Cordially,

                                       /s/

                                       PHYLLIS HUGG
                                       Paralegal

/ph

cc:   Curtis Johnson via U.S.P.S., regular delivery
       Dominick F. Impastato, III, Esq.



EXHIBIT B

Mailed From 70163
05/08/2008
US POSTAGE

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C
2800 ENERGY CENTRE · 1100 POYDRAS
NEW ORLEANS, LOUISIANA 70163-2800

7007 0220 0003 7883 4683

Mr. Curtis Johnson
1805 Elmira Road
Austin, TX 78721

UNABLE TO FORWARD

7872141314 CC3E

LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS  70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

June 6, 2008

Ms. Cindy Lunsford
*Austin American Statesman*
P.O. Box 670
Austin, TX 78767

   RE: PERSONAL ADVERTISEMENT

Dear Cindy:

   Thank you for your assistance with the advertisement our firm would like to place in the paper.

   Per our e-mail exchange, please place the ad as written in the attached screen shot. Our firm check in the amount of $37.00 is also attached to cover the cost for the ad to run for a week. Please send me an e-mail to let me know when the ad will begin.

   With best wishes, I am

                    Cordially,

                    /s/

                    PHYLLIS HUGG
                    Paralegal
                    Direct line: 504/297-1760
                    E-mail address: phugg@gainsben.com

/Attachments


EXHIBIT C

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.     Check No. 70972     070972

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|---|---|---|---|---|---|
| SG02-15520 | 06/10/2008 | 06/10/2008 | 10434<br>04-5507.27 | 37.00 | PERSONAL ADVERTISEMENT<br>JOHNSON, Curtis |

06/10/2008     37.00    AUSTIN AMERICAN STATESMAN

---

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
CLIENTS ACCOUNT
2800 ENERGY CENTRE - 1100 POYDRAS ST.
NEW ORLEANS, LOUISIANA 70163-2800

070972

WHITNEY NATIONAL BANK
NEW ORLEANS, LOUISIANA

14-17/650

THIRTY-SEVEN AND XX / 100 DOLLARS

DATE 06/10/2008     AMOUNT $****37.00

PAY TO THE ORDER OF:
AUSTIN AMERICAN STATESMAN
P.O. BOX 670
AUSTIN, TX 78767

VOID AFTER 90 DAYS

*Kristina C. Sarrio*
AUTHORIZED SIGNATURE

⑈070972⑈ ⑆065000171⑆ 717201821⑈

---

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.     Check No. 70972     070972

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|---|---|---|---|---|---|
| SG02-15520 | 06/10/2008 | 06/10/2008 | 10434<br>04-5507.27 | 37.00 | PERSONAL ADVERTISEMENT<br>JOHNSON, Curtis |

06/10/2008     37.00    AUSTIN AMERICAN STATESMAN

# Phyllis Hugg

**From:** Phyllis Hugg
**Sent:** Thursday, June 05, 2008 3:33 PM
**To:** Gerald E. Meunier
**Subject:** FW: personal ad

Re: Curtis Johnson – Personal ad to be placed in the *Austin American Statesman*. Please OK and it will run when we send them our firm check.

---

**From:** Cindy Lunsford [mailto:clunsford@statesman.com]
**Sent:** Thursday, June 05, 2008 3:29 PM
**To:** Phyllis Hugg
**Subject:** RE: personal ad

Hi Phyllis
The ad ends up being 6 lines with the minor changes we made.
Here is a screen shot of how it's going to appear

> Anyone knowing the whereabouts of Curtis Johnson is asked to please contact Atty Gerald E. Meunier 504-522-2304 1100 Poydras St, Ste 2800, New Orleans, LA 70163

The cost is $37.00 for 7 days, which is our minimum

The mailing address is

Austin American Statesman
Attn: Cindy Lunsford-Classifieds
PO Box 670
Austin, TX 78767

You can reach me at the contact information below. Let me know if you have questions.


Cindy Lunsford
Austin American Statesman
Classified Advertising
512-445-1762
clunsford@statesman.com

---

**From:** Phyllis Hugg [mailto:phugg@gainsben.com]
**Sent:** Thursday, June 05, 2008 2:35 PM
**To:** clunsford@statesman.com
**Subject:** personal ad

Cindy, per our conversation, we would like to run the personal ad below for three days, or a week if that is the shortest amount of time we may run it. Please see how many lines this would be, and what the cost would be, and send me a return e-mail. We will mail a check to your attention so you may run the ad for us. Thank you for your assistance.

1