UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX® | * | MDL Docket 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | Section "L" |
| THIS DOCUMENT RELATES TO: | * | Hon. Eldon E. Fallon |
| *Curtis Johnson* | * | |
| *v.* | * | Magistrate 3 |
| *Merck and Co., Inc.* | * | Hon. Daniel E. Knowles, III |
| Civil Action No. 05-4031 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>O R D E R</u>

Considering the foregoing motion,

**IT IS ORDERED** that Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., and Dominic Impastato, of the law firm Frischhertz & Associates, be withdrawn as counsel of record for complainant in this matter.

**DONE AND SIGNED** this _____ day of _____, 2008, at New Orleans, Louisiana.

_____
**DISTRICT JUDGE**