UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| THIS DOCUMENT RELATES TO:<br>Plaintiff William Donaldson,<br>VCN 1074894<br>Regarding Case Caption:<br>Denise Whittaker, et al vs.<br>Merck & Co., Inc.<br>Docket #: 2:05cv-01257-EEF-DEK | * JUDGE FALLON<br><br>*<br>*<br>* MAGISTRATE JUDGE KNOWLES<br>*<br>* |

*********************************************************************

## ORDER

The foregoing Motion for Leave for Plaintiff, William Donaldson to be excused from Case Management Conference on October 20, 2008, having been heard, it is hereby Ordered: GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE / CLERK)