UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Joyce McCoy, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 05-04515, only* | * | |
| *Regarding Joyce McCoy OBO Danny* | * | |
| *McCoy* | * | **KNOWLES** |
| | * | |

## ORDER

Upon due consideration of plaintiff's counsel's Notice to Withdraw Motion to Withdraw as counsel of records, and for good cause shown, the Court finds the motion to be well-taken.  The Motion to Withdraw should be **DENIED** and rendered **MOOT**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. shall remain as counsel of record for plaintiff, Joyce McCoy on behalf of Danny McCoy.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                    **ELDON E. FALLON**
                                                                    **UNITED STATES DISTRICT JUDGE**