UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| Plaintiff Neil Flewellyn, VCN 1112122 | * |
| Regarding Case Caption: | * |
| Neil Flewellyn vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket #: 2:08cv-04165-EEF-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE
FOR PLAINTIFF TO BE EXCUSED FROM CASE MANAGEMENT
CONFERENCE ON OCTOBER 20, 2008**

Pursuant to the October 8, 2008 Order of this Court, the **Plaintiff Neil Flewellyn** and counsel have been required to be at a October 20, 2008 Case Management Conference.

Undersigned counsel will attend this hearing as ordered but the **Plaintiff Neil Flewellyn** asks for leave to not attend because he is in very poor health and cannot travel without personal assistance and great stress.

Wherefore, the **plaintiff, Neil Flewellyn** asks to be excused from personally appearing at the conference and be available by telephone but undersigned counsel will be there.

/s/ Michael A. Stratton

Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

Plaintiff's Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY** | * SECTION L |
| **LITIGATION** | * |
| | * |
| **THIS DOCUMENT RELATES TO:** | * JUDGE FALLON |
| **Plaintiff Neil Flewellyn, VCN 1112122** | * |
| **Regarding Case Caption:** | * |
| **Neil Flewellyn vs.** | * MAGISTRATE JUDGE KNOWLES |
| **Merck & Co., Inc.** | * |
| **Docket #: 2:08cv-04165-EEF-DEK** | * |

*************************************************************

## ORDER

The foregoing Motion for Leave for Plaintiff, Neil Flewellyn to be excused from Case Management Conference on October 20, 2008, having been heard, it is hereby Ordered: GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE / CLERK)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on all counsel by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of October, 2008.

/s/ *Michael A. Stratton*
Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

Plaintiff's Counsel