## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In re: Vioxx**                                    * **MDL Docket No. 1657**
                                                    *
**PRODUCTS LIABILITY**                              * **SECTION L**
**LITIGATION**                                      *
                                                    *
**THIS DOCUMENT RELATES TO:**                       * **JUDGE FALLON**
**Plaintiff Neil Flewellyn, VCN 1112122**           *
**Regarding Case Caption:**                         *
**Neil Flewellyn vs.**                              * **MAGISTRATE JUDGE KNOWLES**
**Merck & Co., Inc.**                               *
**Docket #: 2:08cv-04165-EEF-DEK**                  *
*********************************************************************************

### ORDER

The foregoing Motion for Leave for Plaintiff, Neil Flewellyn to be excused from

Case Management Conference on October 20, 2008, having been heard, it is hereby

Ordered:  GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE / CLERK)