UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Plaintiff Judith Lynch, VCN 1074912 | * | |
| Regarding Case Caption: | * | |
| Judith Lynch, et al vs. | * | MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * | |
| Docket #: 2:05cv-05072-EEF-DEK | * | |

*******************************************************************

## ORDER

The foregoing Motion for Leave for Plaintiff, Judith Lynch to be excused from Case Management Conference on October 20, 2008, having been heard, it is hereby Ordered: GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE / CLERK)