## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to 05-cv-05328 | * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

## NOTICE OF ATTENDANCE BY TELEPHONE

COMES NOW Daniel J. Pope, on behalf of Plaintiff Mark Harvey, and hereby files a notice of attendance of William R. Graham, Jr. of Phebus & Koester with Plaintiff Mark Harvey by telephone for the status conference set for October 21, 2008, at 10:00 a.m. at the United States District Court, Northern District of Illinois, Courtroom 1719 in that attending said conference in person would put an economic hardship on the Plaintiff, Mark Harvey.

Dated: October 16, 2008

Respectfully submitted,

/s/ DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400
(217) 337-1607 Fax
*dpope@phebuslaw.com*

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Attendance has been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and 3-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 16th day of October, 2008.

                                  /s/ DANIEL J. POPE
                                  PHEBUS & KOESTER
                                  Counsel for Plaintiff Mark Harvey
                                  136 West Main Street
                                  Urbana, Illinois 61801
                                  (217) 337-1400
                                  (217) 337-1607 Fax
                                  *dpope@phebuslaw.com*