UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| Carey & Danis' Plaintiffs identified in | * | MAGISTRATE |
| Order Scheduling Conferences, Exh. C, | * | JUDGE KNOWLES |
| No. 13 to 37 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * *

**CAREY & DANIS' PLAINTIFFS' EXPEDITED MOTION TO VACATE IN PART OR ALTERNATIVELY AMEND IN PART THIS COURT'S ORDER REGARDING THE OCTOBER 21ST SCHEDULING CONFERENCE**

COME NOW Plaintiffs, by and through counsel, and request an Order that the Plaintiffs identified in Exhibit C to the Order Scheduling Conferences, Nos. 13 to 37 ("Exhibit C") do not have to appear either in person or telephonically at the October 21st Scheduling Conference. In support thereof, Plaintiffs state:

1.  On October 8th, this Court issued an Order requiring Plaintiffs identified on Exhibit C to appear in Chicago on October 21, 2008.

2.  Plaintiffs Patricia Deters, Denny Fortner and Stacy Dorrell Rudd did suffer an eligible event and have promised to send in their releases. Because these Plaintiffs have indicated a desire to participate in the Settlement, it would be an unnecessary burden for them to attend the October 21st Scheduling Conference. These Plaintiffs have until October 30th to submit their releases.

3.  The law firm of Carey & Danis has previously rejected the following plaintiffs: Gloria Coit, Myrna Hamilton, Vayrrena Hamilton, Bruce Hartline, Paul Jackson, Linda Jones,

65868.1

Sineria Jones, Ralph Kaeser, Barbara Lewis, Jacqueline Lewis, Shirley Miller, Norma Morris, Rubin Ruffin, Opal Scherer, Francis Scott, Harold Sexton, Minnie Smith, Pamela Staley, Betty Sweezea, Minnie Wade and Richard Woods.  Based on the review of the records in our possession, these plaintiffs did not suffer an eligible event.  Therefore, we rejected these clients because we did not have a good faith belief that they were eligible to participate in the settlement.  We are in the process of withdrawing from their cases as required by Pre-Trial Order 36.  As we are withdrawing from these cases, it would be an unnecessary burden for these plaintiffs to attend the Scheduling Conference.

4. Plaintiff Chester Harris refuses to reply or communicate with us despite an ongoing effort by counsel.  We intend to withdraw from Mr. Harris' case pursuant to Pre-Trial Order 36.

WHEREFORE, Plaintiffs request an Order stating that the Plaintiffs identified in Exhibit C, Nos. 13 to 37 do not have to appear at the October 21st Scheduling Conference.

Dated: October 16, 2008      **CAREY & DANIS, LLC**

By:  By:   \s\  Francis Flynn
John Carey
Joseph P. Danis
Sarah Hale
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

42791.1

        Jeffrey J. Lowe
        THE LOWE LAW FIRM
        Attorney for Plaintiffs
        8235 Forsyth, Suite 1100
        St. Louis, Missouri 63105
        (314) 678-3400
        Fax: (314) 678-3401

        T. Evan Schaeffer
        Andrea B. Lamere
        SCHAEFFER & LAMERE, P.C.
        5512 Godfrey Road
        Highway 67, Suite B
        Godfrey, IL 62035
        618-467-8200

        Evan Buxner
        Walther Glenn Law Offices
        1034 S. Brentwood Blvd., Suite 1300
        St. Louis, MO 63117
        314-725-9595
        Fax: 314-725-9597

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

        _____

42791.1