## EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1028175 | Bartimus, Frickleton, Robertson & Gorny | Ray | Billie Jean | | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| 2. | 1113774 | Bauer, Crystal Sharp | Jones | Curtis | W | Jones, Curtis W. v. Merck & Co., Inc. | 2:06-cv-11306-EEF-DEK |
| 3. | 1113775 | Bauer, Crystal Sharp | Vasquez | Carlotta | | Vasquez, Carlotta v. Merck & Co., Inc. | 2:07-cv-01244-EEF-DEK |
| 4. | 1089117 | Bonynge, Brad, Law Office | Bollinger | Ronald | | Bollinger, Ronald A. v. Merck & Co., Inc. | 2:07-cv-09137-EEF-DEK |
| 5. | 1089115 | Bonynge, Brad, Law Office | Davis | Alice | A | Davis, Alice A. v. Merck & Co., Inc. | 2:05-cv-04720-EEF-DEK |
| 6. | 1089118 | Bonynge, Brad, Law Office | Johnson | Robert | E | Johnson, Robert E. v. Merck & Co., Inc. | 2:07-cv-09136-EEF-DEK |
| 7. | 1089116 | Bonynge, Brad, Law Office | Krier | Steven | D | Krier, Steven D. v. Merck & Co., Inc. | 2:06-cv-02253-EEF-DEK |
| 8. | 1025319 | Bowersox Law Firm, P.C. | Howcroft | Shirley | | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 9. | 1016416 | Brown & Crouppen, PC | Guthrie | Charles | | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| 10. | 1016597 | Brown & Crouppen, PC | Scalf | Eunice | | King, Edna P. v. Merck & Co., Inc. | 2:06-cv-11301-EEF-DEK |
| 11. | 1016630 | Brown & Crouppen, PC | Spiro | Charmaine | | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 12. | 1094465 | Carey & Danis, LLC | Christian | Joe | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |

946328v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 13. | 1094497 | Carey & Danis, LLC | Coit | Gloria | | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK |
| 14. | 1094670 | Carey & Danis, LLC | Deters | Patricia | | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK |
| 15. | 1094698 | Carey & Danis, LLC | Dorrell | Stacy | | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK |
| 16. | 1094825 | Carey & Danis, LLC | Fortner | Denny | | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 17. | 1095004 | Carey & Danis, LLC | Hamilton | Myrna | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 18. | 1095005 | Carey & Danis, LLC | Hamilton | Vayrrena | | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK |
| 19. | 1095026 | Carey & Danis, LLC | Harris | Chester | | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK |
| 20. | 1095038 | Carey & Danis, LLC | Hartline | Bruce | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 21. | 1095197 | Carey & Danis, LLC | Jackson | Paul | | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK |
| 22. | 1095263 | Carey & Danis, LLC | Jones | Linda | | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 23. | 1095268 | Carey & Danis, LLC | Jones | Sineria | | Jones, Sineria v. Merck & Co., Inc. | 2:05-cv-02581-EEF-DEK |
| 24. | 1095279 | Carey & Danis, LLC | Kaeser | Ralph | | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK |
| 25. | 1095415 | Carey & Danis, LLC | Lewis | Barbara | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |

946328v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 26. | 1095418 | Carey & Danis, LLC | Lewis | Jacquline | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 27. | 1095658 | Carey & Danis, LLC | Miller | Shirley | | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |
| 28. | 1095708 | Carey & Danis, LLC | Morris | Norma | | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK |
| 29. | 1096081 | Carey & Danis, LLC | Ruffin | Rubin | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 30. | 1096122 | Carey & Danis, LLC | Scherer | Opal | | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK |
| 31. | 1096142 | Carey & Danis, LLC | Scott | Francis | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 32. | 1096153 | Carey & Danis, LLC | Sexton | Harold | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 33. | 1096217 | Carey & Danis, LLC | Smith | Minnie | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 34. | 1096249 | Carey & Danis, LLC | Staley | Pamela | | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK |
| 35. | 1096304 | Carey & Danis, LLC | Sweezea | Betty | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 36. | 1096445 | Carey & Danis, LLC | Wade | Minnie | | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| 37. | 1096605 | Carey & Danis, LLC | Woods | Richard | | McCarthy, Elizabeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 38. | 1098539 | Clancy Law Offices | Bryant | Rosetta | J | Bryant, Rosetta v. Merck & Co., Inc. | 2:05-cv-05332-EEF-DEK |

946828v.1

## EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 39. | 1113850 | Dougherty, Hildre & Haklar | Castro | Robert | | Castro, Robert v. Merck & Co., Inc. | 2:05-cv-05281-EEF-DEK |
| 40. | 1113854 | Dougherty, Hildre & Haklar | Martinez | Joseph | Gilbert | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 41. | 1058943 | Driggs Bills & Day PC | Hilliar | Tom | | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 42. | 1086454 | Edgar Law Firm | DeLeon | Bonita | A Garcia | DeLeon, Bonita A. G. v. Merck & Co., Inc. | 2:06-cv-10092-EEF-DEK |
| 43. | 1086460 | Edgar Law Firm | Kanavaloff | Luba | | Bajon, Stephen R. v. Merck & Co., Inc. | 2:06-cv-03865-EEF-DEK |
| 44. | 1086480 | Edgar Law Firm | Moore | Thomas Jr | | DeLeon, Bonita A. G. v. Merck & Co., Inc. | 2:06-cv-10092-EEF-DEK |
| 45. | 1086473 | Edgar Law Firm | Schorer Moore | Cheryl | | DeLeon, Bonita A. G. v. Merck & Co., Inc. | 2:06-cv-10092-EEF-DEK |
| 46. | 1113817 | Faulk, Ronald E., Law Offices of | Finkel | Robert | | Finkel, Robert v. Merck & Co., Inc. | 2:06-cv-02627-EEF-DEK |
| 47. | 1081325 | Federman & Sherwood | Havens | Bruce | | Havens, Bruce v. Merck & Co., Inc. | 2:06-cv-09398-EEF-DEK |
| 48. | 1081330 | Federman & Sherwood | Qualls | Victor | K | Qualls, Victor K. v. Merck & Co., Inc. | 2:06-cv-05283-EEF-DEK |
| 49. | 1081331 | Federman & Sherwood | Ridley | Joyce | | Ridley, Charlie v. Merck & Co., Inc. | 2:06-cv-10256-EEF-DEK |
| 50. | 1081334 | Federman & Sherwood | Stokes | Julia | L | Stokes, Julia L. v. Merck & Co., Inc. | 2:06-cv-10675-EEF-DEK |

4

946828v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 51. | 1112310 | Fichera & Miller | Hadley | Gary | R | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| 52. | 1112312 | Fichera & Miller | Lofendo | James | | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| 53. | 1113995 | Fitzhugh, Edward O., Law Office of | Amarillas | Mary Lou | | Amarillas, Mary L. v. Merck & Co., Inc. | 2:06-cv-10088-EEF-DEK |
| 54. | 1113997 | Fitzhugh, Edward O., Law Office of | Maley | Brenda | | Maley, Brenda v. Merck & Co., Inc. | 2:06-cv-10087-EEF-DEK |
| 55. | 1113996 | Fitzhugh, Edward O., Law Office of | Naas | Oralia | R | Naas, Oralia R. v. Merck & Co., Inc. | 2:06-cv-10091-EEF-DEK |
| 56. | 1067487 | Freese & Goss, PLLC | Choice | Helen | C | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 57. | 1067495 | Freese & Goss, PLLC | Clipps | Freddie | | Clipps, Roselyn v. Merck & Co., Inc. | 2:08-cv-01783-EEF-DEK |
| 58. | 1067671 | Freese & Goss, PLLC | Lambert | Garland | M | Lambert, Onega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK |
| 59. | 1067673 | Freese & Goss, PLLC | Lavota | Bernard | | Lavota, Bernard v. Merck & Co., Inc. | 2:08-cv-01795-EEF-DEK |
| 60. | 1118674 | Gacovino, Lake & Associates, PC | Gilley | Patricia | M | Gilley, Patricia M. v. Merck & Co., Inc. | 2:06-cv-06927-EEF-DEK |
| 61. | 1086270 | Galiher DeRobertis Ono | Magno | Pedro | U | Magno, Pedro U. Sr. v. Merck & Co., Inc. | 2:06-cv-09729-EEF-DEK |
| 62. | 1104359 | Gallagher Law Firm (TX) | Balch | Peggy | J | Balch, Peggy J. v. Merck & Co., Inc. | 2:05-cv-00550-EEF-DEK |

5

946828v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 63. | 1104416 | Gallagher Law Firm (TX) | Campbell | Rosita | L | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 64. | 1104443 | Gallagher Law Firm (TX) | Cook | Betty | Ann | Cook, Betty Ann v. Merck & Co., Inc. | 2:08-cv-00590-EEF-DEK |
| 65. | 1104454 | Gallagher Law Firm (TX) | Davis | Barry | L | Davis, Barry L. v. Merck & Co., Inc. | 2:08-cv-00594-EEF-DEK |
| 66. | 1104459 | Gallagher Law Firm (TX) | Depew | Vernon | | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 67. | 1104464 | Gallagher Law Firm (TX) | Douglas | Ada | | Douglas, Ada v. Merck & Co., Inc. | 2:08-cv-00596-EEF-DEK |
| 68. | 1104506 | Gallagher Law Firm (TX) | Garncarz | Albert | | Garncarz, Albert v. Merck & Company, Inc. | 2:08-cv-00605-EEF-DEK |
| 69. | 1104708 | Gallagher Law Firm (TX) | Rhyner | Betty | | Rhyner, Betty v. Merck & Co., Inc. | 2:08-cv-00634-EEF-DEK |
| 70. | 1104767 | Gallagher Law Firm (TX) | Spencer | Donald | | Spencer, Donald v. Merck & Co., Inc. | 2:08-cv-00643-EEF-DEK |
| 71. | 1104764 | Gallagher Law Firm (TX) | Sowles | Verlyn | E | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 72. | 1104821 | Gallagher Law Firm (TX) | Williams | Chieftan | | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 73. | 1104829 | Gallagher Law Firm (TX) | Wilson | Guy | E | Wilson, Guy E. v. Merck & Co., Inc. | 2:08-cv-00657-EEF-DEK |
| 74. | 1104848 | Gallagher Law Firm (TX) | Wilson | Nannie | | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK |

6

946328v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 75. | 1121813 | Gancedo & Nieves LLP | Kargodorian | Varoujan | M | Kargodorian, Vick v. Merck & Co., Inc. | 2:05-cv-03791-EEF-DEK |
| 76. | 1113990 | Green, Robert W., PLC | Magnusson | Dorothy | E | Magnusson, Dorothy E. v. Merck & Co., Inc. | 2:06-cv-00916-EEF-DEK |
| 77. | 1106445 | Hamilton Law Firm, P.C. | Gernhart | Charlotte | | Gernhart, Alan v. Merck & Co., Inc. | 2:06-cv-10605-EEF-DEK |
| 78. | 1092281 | Humphrey Farrington & McClain PC | Gaster | Beth | | Garlett, Vicky v. Merck & Co., Inc. | 2:05-cv-05568-EEF-DEK |
| 79. | 1092285 | Humphrey Farrington & McClain PC | Hancock | Ellis | | Hancock, Helene v. Merck & Co., Inc. | 2:06-cv-00104-EEF-DEK |
| 80. | 1108704 | Humphrey Farrington & McClain PC | Madere | Robert | | Madere, Robert v. Merck & Co., Inc. | 2:06-cv-02812-EEF-DEK |
| 81. | 1089480 | Kline & Specter, PC | Morris | Ronald | Dale | Bidner, Murray v. Merck & Co., Inc. | 2:06-cv-03915-EEF-DEK |
| 82. | 1106469 | Luvera, Barnett, Brindley, Beninger & Cunningham | Anderson | Lea | | Anderson, Joseph v. Merck & Co., Inc. | 2:05-cv-06843-EEF-DEK |
| 83. | 1092244 | Morgan, Minnock, Rice & James LC | Miller | Robbie | Jackson | Salt, Della J. v. Merck & Co., Inc. | 2:05-cv-00564-EEF-DEK |
| 84. | 1092248 | Morgan, Minnock, Rice & James LC | Parsons | Gail | L | Salt, Della J. v. Merck & Co., Inc. | 2:05-cv-00564-EEF-DEK |
| 85. | 1092250 | Morgan, Minnock, Rice & James LC | Reedeker | Bessie | W | Salt, Della J. v. Merck & Co., Inc. | 2:05-cv-00564-EEF-DEK |
| 86. | 1092251 | Morgan, Minnock, Rice & James LC | Reiter | Florence | | Salt, Della J. v. Merck & Co., Inc. | 2:05-cv-00564-EEF-DEK |

946828v.1

# EXHIBIT C

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 87. | 1092256 | Morgan, Minnock, Rice & James LC | Wright | Gaylen | Shelley | Salt, Della J. v. Merck & Co., Inc. | 2:05-cv-00564-EEF-DEK |
| 88. | 1091200 | Moriarty Leyendecker Erben PC | Appenzeller | Peter | | Appenzeller, Peter v. Merck & Co., Inc. | 2:06-cv-08317-EEF-DEK |
| 89. | 1106367 | Newman, Bronson & Wallis | Taylor | Dorothy | | Taylor, Dorothy v. Merck & Co., Inc. | 2:06-cv-00313-EEF-DEK |
| 90. | 1106366 | Newman, Bronson & Wallis | Wolff | Cheryl | | Wolff, Cheryl v. Merck & Co., Inc. | 2:05-cv-06742-EEF-DEK |
| 91. | 1119209 | Norman & Edem | Hammond | Gerald | | Hammond, Gerald v. Merck & Co., Inc. | 2:06-cv-11118-EEF-DEK |
| 92. | 1114045 | Phebus & Koester | Harvey | Mark | | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK |
| 93. | 1011001 | Phillips & Associates | Haase | Louis | | Haase, Louis v. Merck & Co., Inc. | 2:07-cv-07504-EEF-DEK |
| 94. | 1011161 | Phillips & Associates | Hampton | Steven | | Hampton, Steven v. Merck & Co., Inc. | 2:07-cv-00867-EEF-DEK |
| 95. | 1011069 | Phillips & Associates | Miguel | Emma | | Miguel, Emma v. Merck & Co., Inc. | 2:07-cv-00751-EEF-DEK |
| 96. | 1113865 | Phillips Law Office L.L.C. | Clasen | Georgia | Kay | Clasen, Georgia K. v. Merck & Co., Inc. | 2:06-cv-01049-EEF-DEK |
| 97. | 1079776 | Robins, Kaplan, Miller & Ciresi L.L.P. | Wilson | Gregory | L | Wilson, Gregory L. v. Merck & Co., Inc. | 2:06-cv-02683-EEF-DEK |
| 98. | 1097510 | Sabharwal Law Offices | Chapman | Marian | | Springs, Sandra J. v. Merck & Co., Inc. | 2:05-cv-04781-EEF-DEK |

8

946328v.1

**EXHIBIT C**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 99. | 1064969 | Schlichter, Bogard & Denton | Anderson | Steven | | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 100. | 1064976 | Schlichter, Bogard & Denton | Beaver | James | | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 101. | 1064992 | Schlichter, Bogard & Denton | Cathcart | Robert | | Webster, Nathaniel v. Merck & Co., Inc. | 2:06-cv-03594-EEF-DEK |
| 102. | 1047385 | Simmons Cooper, LLC | Creel | Patricia | A | Creel, Patricia A. v. Merck & Co., Inc. | 2:06-cv-06411-EEF-DEK |
| 103. | 1047462 | Simmons Cooper, LLC | Linkeman | Herbert | E | Archer, Josephine M. v. Merck & Co., Inc. | 2:06-cv-06962-EEF-DEK |
| 104. | 1070271 | Simon Passanante PC | Del Zornada | Victor | | Del Zornada, Victor v. Merck & Co., Inc. | 2:06-cv-00138-EEF-DEK |
| 105. | 1070065 | Simon Passanante PC | Jackson | Leonard | | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| 106. | 1070105 | Simon Passanante PC | Lewis | Deborah | A | Lewis, Deborah A. v. Merck & Co., Inc. | 2:06-cv-00143-EEF-DEK |
| 107. | 1070206 | Simon Passanante PC | Silvers | Leontine | | Wiser, Sharon v. Merck & Co., Inc. | 2:05-cv-01545-EEF-DEK |
| 108. | 1070266 | Simon Passanante PC | Wright | Laverne | | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |
| 109. | 1073308 | Turner & Flessas, S.C. | Harris | Odell | | Harris, Odell v. Merck & Co., Inc. | 2:05-cv-02388-EEF-DEK |

9

946828v.1