UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| Carey & Danis' Plaintiffs identified in | * | MAGISTRATE |
| Order Scheduling Conferences, Exh. C, | * | JUDGE KNOWLES |
| No. 13 to 37 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

IT IS ORDERED BY THE COURT that the Plaintiffs identified in identified in Exhibit C to the Order Scheduling Conferences, Nos. 13 to 37 ("Exhibit C") do not have to appear either in person or telephonically at the October 21st Scheduling Conference.

ENTERED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon, U.S.D.J.