UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Arthur W. Ballantyne, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2195* | * | KNOWLES |
| | * | |
| *Only as to Mansel Davey, Michael* | * | |
| *Skinner, William Kelleher, Michael* | * | |
| *Montemorano, William Lamountain,* | * | |
| *William Lyons, Ronald McCormick,* | * | |
| *David Hamilton and Sandra Hamilton,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Nelson Iona and Rita Iona, Individually* | * | |
| *and as Husband and Wife, William* | * | |
| *Kramer and Judith Kramer, Individually* | * | |
| *and as Husband and Wife, Norman* | * | |
| *McCumiskey and Christine McCumiskey,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Michael Memmo and Patricia Memmo,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Archibald Parker, Sr., and Lu-Anne* | * | |
| *Parker, Individually and as Husband* | * | |
| *and Wife* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Mansel Davey, Michael Skinner, William Kelleher, Michael Montemorano, William Lamountain, William Lyons, Ronald McCormick, David Hamilton, Sandra Hamilton, Nelson Iona, Rita Iona, William Kramer, Judith Kramer, Norman McCumiskey, Christine McCumiskey, Michael Memmo, Patricia Memmo, Archibald

948687v.1

Parker, Sr., and Lu-Anne Parker against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of October, 2008.

_____
DISTRICT JUDGE

948687v.1