UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME
Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.
Case No. 2:07-CV-00398EEF-DEK

## MOTION TO MAKE TELEPHONIC APPEARANCE

NOW COMES, Robert Schell, counsel for Plaintiffs ROSALIO ADAME and BENERANDA ADAME and files this Motion to Make Telephonic Appearance, and in support would show as follows:

### I.
### Background

This action was filed on or about September 29, 2006, in the 103rd Judicial District Court, Cameron County, Texas. Plaintiffs Rosalio Adame and Beneranda Adame filed suit against Merck & Co., Inc., Valley Diagnostic Clinic, P.A. and Luis A. Reynoso, M.D. for physical injuries suffered by Rosalio Adame allegedly caused by the ingestion of Vioxx.

On October 16, 2008, Plaintiffs' counsel received notice that he and Plaintiffs were required to appear at a case management conference at the Eastern District of Louisiana Courthouse, New Orleans, on October 17, 2008.

## II.

### Motion to Appear Telephonically

Attorney Robert Schell now requests that he be allowed to appear telephonically at the case management conference scheduled for October 17, 2008. Plaintiff Rosalio Adame was recently hospitalized with complications from diabetes, and attempts to contact him and his family have been futile in the past several weeks. For this reason, Robert Schell requests that this Court excuse Plaintiffs' absence while the Law Office of Mark Cantu makes reasonable efforts to contact him.

## III.

It would be an undue hardship for Robert Schell to travel to New Orleans from Texas to attend the scheduled case management conference, due to the short notice he has received, and because of economic hardship. Robert Schell's employer, Mark Cantu, is currently in bankruptcy in the United States Bankruptcy Court, Southern District, Case No. 08-70260, *In Re Marco A. Cantu and Roxanne Cantu, Debtors*. For this reason, it would be an economic hardship to send Robert Schell to attend this conference in person, and furthermore a waste of resources since the Plaintiffs Rosalio Adame and his family cannot be contacted.

## IV.

Mr. Schell requests that he be allowed leave to file this Motion late, because the notice of the hearing was not received at the office of Plaintiff's counsel until October 14, 2008, and because of misfiling was not shown to Plaintiff's counsel until October 16, 2008.

WHEREFORE, PREMISES CONSIDERED, Robert Schell prays that Plaintiffs be excused from appearing and that he be allowed to appear telephonically at the case management conference scheduled for October 17, 2008.

>Respectfully submitted,
>
>LAW OFFICE OF MARK A. CANTU
>THE ATRIUM
>1300 N. 10th St., Suite 400
>McAllen, Texas 78501
>Tel: 956/687-8181
>Fax: 956/687-8868
>
>_____
>ROBERT SCHELL
>Texas State Bar No. 24007992
>Federal Admission No. 24085
>ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME
Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.
Case No. 2:07-CV-00398EEF-DEK

### ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

**CAME ON** for consideration Robert Schell's Motion to Appear Telephonically filed by the Law Office of Mark A. Cantu seeking the Court's order to **GRANT** said motion.

The Court, after considering the Motion, is of the opinion that the same be, and is hereby, **GRANTED**.

**SIGNED** this ____ day of October 2008.

_____
Presiding Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served upon:

MERCK at registration@hugheshubbard.com;
    At dwimberly@stonepigman.com;
    By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com; and

Upon all parties electronically via LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this the 16th day of October, 2008.

Respectfully submitted,

_____
ROBERT SCHELL
LAW OFFICE OF MARK CANTU
1300 North 10th Street, Suite 400
McAllen, Texas 78501