UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |

This Document Relates To: ROSALIO ADAME

Case Name: Rosalio Adame et al, vs. Merck & Co., Inc.

Case No. 2:07-CV-00398EEF-DEK

### ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

**CAME ON** for consideration Robert Schell's Motion to Appear Telephonically filed by the Law Office of Mark A. Cantu seeking the Court's order to **GRANT** said motion.

The Court, after considering the Motion, is of the opinion that the same be, and is hereby, **GRANTED**.

**SIGNED** this ____ day of October 2008.

_____
Presiding Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served upon:

MERCK at registration@hugheshubbard.com;
    At dwimberly@stonepigman.com;
    By Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly, Stone Pigman Walther Wittman, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130;

PEC at vioxx@hhkc.com; rherman@hhkc.com;
Claims Administrator at claimsasmin@browngreer.com; and

Upon all parties electronically via LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this the 16th day of October, 2008.

Respectfully submitted,

_____
ROBERT SCHELL
LAW OFFICE OF MARK CANTU
1300 North 10th Street, Suite 400
McAllen, Texas 78501