# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Value |
|---|---|
| Name (Last) | Rowland |
| Name (First) | Robert |
| Name (Middle) | D |
| Name of Law Firm | Goldenberg Heller Antognoli + Rowland. P.C. |
| Current Address (Street) | 2227 South State Route 157 |
| City | Edwardsville |
| State | IL |
| Zip | 62025 |
| Country | USA |
| Telephone Number | 618.656.5150 |
| Facsimile | 618.656.6230 |
| Email | rrowland@ghalaw.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Value |
|---|---|
| Plaintiff Name (Last) | Street |
| Plaintiff Name (First) | John |
| Plaintiff Name (Middle) | |
| Plaintiff Address (Street) | 1600 Inner Urban Circle |
| City | Hillsboro |
| State | IL |
| Zip | 62049 |
| Country | USA |
| Telephone Number | 217.556.8409 |
| Facsimile | |
| Email | |
| Case Caption | John Street v. Merck +Co., Inc., et al |
| Case Number | 2:06-cv-11076 |
| Court Where Case is Pending | Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Field | Value |
|---|---|
| Name (Last) | |
| Name (First) | |
| Name (Middle) | |
| Address (Street) | |
| City | |
| State | |
| Zip | |
| Country | |
| Telephone Number | |
| Facsimile | |
| Email | |
| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____ ) |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 10/25/08 (Month/Day/Year). (*Record Docket No.* 15742)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** 10/16/08 (Month/Day/Year)  _____ RDR/kbc _____ Counsel

#343319    2