# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | | | |
|---|---|---|---|
| Name | Last: Rowland | First: Robert | Middle: D. |
| Name of Law Firm | Goldenberg Heller Antognoli + Rowland, P.C. | | |
| Current Address | Street: 2227 South State Route 157 | | |
| | City: Edwardsville | State: IL  Zip: 62025 | Country: USA |
| Telephone Number | 618-656-5150  Facsimile: 618-656-6230  Email: rrowland@ghalaw.com | | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | | | |
|---|---|---|---|
| Plaintiff Name | Last: Lasky | First: Jeannette | Middle: |
| Plaintiff Address | Street: 12800 Post Oak Road | | |
| | City: St. Louis | State: MO  Zip: 63131 | Country: USA |
| Telephone Number | 314-966-2878  Facsimile:   Email: | | |
| Case Caption | Jeannette Lasky v. Merck + Co., Inc., et al | | |
| Case Number | 2:06-cv-2086 | | |
| Court Where Case is Pending | Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Field | | | |
|---|---|---|---|
| Name | Last: | First: | Middle: |
| Address | Street: | | |
| | City: | State:  Zip: | Country: |
| Telephone Number |   Facsimile:   Email: | | |
| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

#343319

1

| | |
|---|---|
| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** (Paragraph II.C of PTO No. 36) | |
| **D. COMPLIANCE WITH PTO NO. 36** | |
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 10 / 25 / 08 (Month/Day/Year). (*Record Docket No.* 15743 ) |
| [ ] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

**E. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 10 / 16 / 08 (Month/Day/Year) | RDR/KLR _____ Counsel |

#343319                                                      2