UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | Judge Eldon E. Fallon |
| | ) | Magistrate Judge Knowles |

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| Plaintiffs Represented by the Law | ) |
| Office of Ronald R. Benjamin Identified | ) |
| in October 8, 2008 Order Scheduling | ) |
| Conferences, Exhibit B, Nos. 9 - 39 | ) |

## PROPOSED ORDER

Upon consideration of the foregoing Ronald R. Benjamin Plaintiffs' Expedited Motion and Incorporated Memorandum to Reconsider and Vacate in Part This Court's October 8, 2008 Order Scheduling Conferences and Compelling Their Appearance in Person or by Telephone, and the Court having considered the same and having found good cause thereof, it is

ORDERED BY THE COURT that the Order Scheduling Conferences of October 8, 2008, be and hereby is reconsidered and vacated in part to exclude the Ronald R. Benjamin plaintiffs identified in Exhibit B thereof.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE