UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HERRON THOMPSON * | DOCKET NUMBER. 2:07-cv-09611-EEF-DEK |
| Plaintiff * | |
| * | |
| * | |
| v. * | |
| * | |
| MERCK & CO., INC. * | MOTION TO WITHDRAW AS COUNSEL |
| Defendant * | |
| * | |

*************************************************************************

COMES NOW, Jason Lee Shelton, and files this his Motion to Withdraw As Counsel, in the above styled and numbered cause of action, and in support thereof, would show unto this Honorable Court the following to wit:

-1-

That I, Jason L. Shelton, acted as counsel on behalf of Herron Thompson, who contacted Shelton & Associates, P.A., in regards to wanting to pursue a claim against Merck & Co., Inc., the manufacturers of the drug, Vioxx, as he ingested the medication for a length of time and then suffered a heart attack.

-2-

That at the time I was contacted by Herron Thompson, Plaintiff, he was a prisoner being held in the Delta Correctional Facility located in Greenwood, Mississippi, and our firm agreed to file a claim on his behalf.

-3-

That since the filing of the Complaint which named Herron Thompson a Plaintiff, Herron Thompson has been released from the Delta Correctional Facility and we have been unable to locate his current whereabouts and; further, Jason L. Shelton would state that several attempts

have been made by both telephone and mail to locate Herron Thompson and all attempts to date have been unsuccessful.

WHEREFORE, PREMISES CONSIDERED, I, Jason L. Shelton, would respectfully request that this Honorable Court accept my Motion to Withdraw as Counsel and remove my name as well as the law firm of Shelton & Associates, P.A., as attorney of record for Herron Thompson from any further court proceedings related to this or any other matter.

Respectfully submitted, this the 16th day of October, 2008.

JASON L. SHELTON
Mississippi Bar No. 99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE