UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HERRON THOMPSON | * | DOCKET NUMBER. 2:07-cv-09611-EEF-DEK |
| Plaintiff | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC. | * | MOTION TO WITHDRAW AS COUNSEL |
| Defendant | * | |
| | * | |

*************************************************************************

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

**CAME ON**, on the Plaintiff's *Motion to Withdraw as Counsel*, in the above styled and numbered cause, by and through attorney of record, Jason L. Shelton, of the law firm Shelton & Assoc., and moves the Court for leave to withdraw as counsel and the Court having maturely considered same hereby finds as follows:

I.

That Jason L. Shelton, Esq., and Shelton & Assoc., P. A., shall hereby be granted leave to withdraw as counsel for the Plaintiff, Herron Thompson.

**SO ORDERED AND ADJUDGED** this the ____ day of _____, 2008.


By: _____
     **MAGISTRATE**


**SHELTON & ASSOCIATES, P.A.**
**218 NORTH SPRING STREET**
**POST OFFICE BOX 1362**
**TUPELO, MISSISSIPPI 38802**
**662-842-5051**
**662-841-1941/ FACSIMILE**