UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | : MDL Docket No. 1657 |
| | : |
| PRODUCTS LIABILITY | : SECTION L |
| LITIGATION | : |
| | : JUDGE FALLON |
| Ronald Dale Morris | : |
| 2:06-cv-03915 | : MAGISTRATE JUDGE |
| | : KNOWLES |

**NOTICE REQUIRED BY THE COURT'S OCTOBER 8, 2008
ORDER DIRECTING PLAINTIFFS TO APPEAR AT
CASE MANAGEMENT CONFERENCE
OCTOBER 20, 2008**

The plaintiff set forth below has telephoned this office to advise that he has an economic hardship that would preclude his attending the conference but will be available to appear by telephone. Plaintiff lives in Arkansas and the cost of airfare and hotel in New York would be prohibitive.

Ronald Dale Morris
(870)758-0673

**Dated: October 17, 2008**

LEE B. BALEFSKY, ESQUIRE
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
ATTORNEY FOR PLAINTIFF
RONALD DALE MORRIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| Ronald Dale Morris | : | JUDGE FALLON |
| 2:06-cv-03915 | : | |
| | : | MAG. JUDGE KNOWLES |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice Required by the Court's October 8, 2008 Order was filed with the Clerk of the Court of the Eastern District of Louisiana by using the CM/ECF system on October 17, 2008 and was served on October 17, 2008 by ECF upon all parties by electronically uploading the same to LexisNexis File & Serve.

Dated: October 17, 2008
   Philadelphia, Pennsylvania

                /s/Lee B. Balefsky