# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

October 10, 2008

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

APPEAL NO <u>08-30802</u>

IN RE: <u>VIOXX PRODUCTS LIABILITY LITIGATION</u>   MD 05-<u>1657</u> L   c/w <u>08-1633 L</u>

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

   ___   1) Certified copy of the notice of appeal and docket entries

   ___   2) Certified copy of notice of a cross-appeal and docket entries.

   ___   3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

   ___   4) This case is proceeding <u>in forma pauperis</u>

   ___   5) Order Appointing Counsel ___ CJA-20 ___ FPD

   ___   6) District Judge Entering the final judgment is _____

   ___   7) Court Reporter assigned to the case_____

   ___   8) If criminal case, number and names of other defendants on appeal

   ___   9) This case was decided without a hearing; there will be no transcript.

   ___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   <u>x</u>   1) Electronic Copy of Record on appeal:  
           6 vols 05-1657 and 1 vol 08-1633  
           <u>1</u> Volume(s) of record   ___ Volume(s) of transcripts

           ___ Volume(s) of depositions

           ___ Container(s) of exhibits ___ binder ___ box

   ___   2) Supplemental record_____

   ___   3) SEALED DOCUMENT_____

   ___   4) Other _____

Very truly yours,

By___<u>Alicia Phelps</u>_____  
       Deputy Clerk