UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *Ronnie Allen, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2212* | * | KNOWLES |
| | * | |
| *Only as to Michael Bromley and Luanne* | * | |
| *Bromley, Individually and as Husband* | * | |
| *and Wife, Richard L. Cummings and* | * | |
| *Dulcie Cummings, Individually and as* | * | |
| *Husband and Wife, Mario DeMarinis* | * | |
| *and Amy DeMarinis, Individually and as* | * | |
| *Husband and Wife, Mark Hannan,* | * | |
| *Johnny Holt, Michael A. Johnson,* | * | |
| *Greg Lyons, Joseph Reale, David L.* | * | |
| *Sauers and Caroline Sauers, Individually* | * | |
| *and as Husband and Wife, Edward L.* | * | |
| *Solinsky and Christopher A. Vikery* | * | |
| | * | |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Michael Bromley, Luanne Bromley, Richard L. Cummings, Dulcie Cummings, Mario DeMarinis, Amy DeMarinis, Mark Hannan, Johnny Holt, Michael A. Johnson, Greg Lyons, Joseph Reale, David L. Sauers, Caroline Sauers, Edward L. Solinsky, and Christopher Vikery against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

948685v.1

NEW ORLEANS, LOUISIANA, this 14th day of _____October_____, 2008.

_____
DISTRICT JUDGE