UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Don Blodgett, et al. v.* | * | |
| *Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Docket No. 2:06-cv-2210* | * | KNOWLES |
| | * | |
| *Only as to Foster Bullis Sr. and Lavina* | * | |
| *Bullis, Individually and as Husband* | * | |
| *and Wife, Martin Dahl, Homer* | * | |
| *Harris and Mary C. Harris, Individually* | * | |
| *and as Husband and Wife, Charlie* | * | |
| *Howard, Billie McMurty, Avtar Mehra* | * | |
| *and Vimla Mehra, Individually and as* | * | |
| *Husband and Wife, Leon Odom and* | * | |
| *Judith Ann Odom, Individually and as* | * | |
| *Husband and Wife, Vinicenzo Pizzurro* | * | |
| *and Francesca Pizzurro, Individually* | * | |
| *and as Husband and Wife, Vern Rech,* | * | |
| *Edward J. Roberts and Sarah Roberts,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *George A. Smith and Bernice A. Smith,* | * | |
| *Individually and as Husband and Wife,* | * | |
| *Wilfred Smith, Raymond Strazar and* | * | |
| *Arlene C. Strazar, Individually and as* | * | |
| *Husband and Wife, Anthony Svoboda* | * | |
| *and Dolly A. Svoboda, Individually and* | * | |
| *as Husband and Wife, and Leroy Williams* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Foster Bullis, Sr., Lavina Bullis, Martin Dahl, Homer Harris, Mary C. Harris, Charlie Howard, Billie McMurty, Avtar Mehra, Vimla

948679v.1

Mehra, Leon Odom, Judith Ann Odom, Vinicenzo Pizzurro, Francesca Pizzurro, Vern Rech, Edward J. Roberts, Sarah Roberts, George A. Smith, Bernice A. Smith, Wilfred Smith, Raymond Strazar, Arlene C. Strazar, Anthony Svoboda, Dolly Svoboda, and Leroy Williams against defendant Merck & Co., Inc. and all other defendants in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of October, 2008.

_____
DISTRICT JUDGE

948679v.1