UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION ) MDL NO. 1657
)
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE KNOWLES
)
*THIS DOCUMENT RELATES TO:* )
Cellino & Barnes, P.C. Plaintiffs Identified in )
Order Scheduling Conferences, )
Exh. A, No. 26 to 50 )
)

## ORDER

Considering the foregoing Cellino & Barnes, P.C. Plaintiff's Expedited Motion and Incorporated Memorandum to Vacate In Part or Alternatively Amend in Part this Court's Order Scheduling Conferences, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Order Scheduling Conferences is vacated in part to exclude the Cellino & Barnes, P.C. plaintiffs identified in Exhibit A.

ALTERNATIVELY, IT IS ORDERED BY THE COURT that the Order Scheduling Conferences is amended to permit Cellino & Barnes, P.C. counsel of record to appear at the October 20, 2008 conference rather than the October 17, 2008 conference.

NEW ORLEANS, LOUISIANA, this 14th day of October, 2008.

_____
United States District Judge

1