UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Iris Pena Diaz, Administrator of the Estate of Ana Pena, et al v. Merck & Co. Civil Action #2:05-md-1657 - #06-1508 | * | JUDGE FALLON |
| Ramona Galvez, et al v. Merck & Co. Civil Action #2:05-md-1657 - #06-1508 Lawrence Rivers, et al v. Merck & Co. Civil Action #2:05-md-1657 - #06-1508 Ava Williams, et al v. Merck & Co. Civil Action #2:05-md-1657- #06-1508 | * * * | MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COURT MEMORANDUM REGARDING ORDER SCHEDULING CONFERENCES

Weiner, Carroll & Strauss is filing a Court Memorandum pursuant to Court Order filed on October 8, 2008 regarding Case Management Conferences. Exhibit B in the Order requests the appearance of four (4) Weiner, Carroll & Strauss plaintiffs to appear at the Case Management Conference to be held on October 20, 2008 at the United States District Court, Southern District of New York, 500 pearl Street, New York, New York, Courtroom 6A, at 10:00 a.m.

Plaintiff, Iris Pena Diaz, Administrator of the Estate of Ana Pena, has been notified of the Court Order and that her appearance is required. The confirmation of priority delivery of said notice to Ms. Pena-Diaz is attached hereto as Exhibit C. Likewise, attached hereto as Exhibit A is Fax confirmation that the Court Order has also been received by Ms. Pena-Diaz via fax transmission. Ms. Pena-Diaz has advised our office that she does not intend to appear in Court

nor does she intend on being available by telephone, despite our advice to the contrary. The telephone numbers for Ms. Pena-Diaz are: Home #718-782-7826 and Cell #917-803-4411. She has declined to participate in the settlement (Exhibit B) and has advised our office that she intends to proceed Pro Se and has been previously instructed, pursuant to Pretrial Order 36, to contact the Curator in that regard. Our office has not been told by Ms. Pena-Diaz as to whether she has actually made contact with the Curator.

Plaintiff, Ramona Galvez, has now been enrolled in the process VCN #1026070. Our office lost contact with this plaintiff and only recently were we contacted by her and undertook to enroll this plaintiff in the process.

Plaintiff, Lawrence Rivers, has been notified by mail, at his last known address, of the Court Order and that his appearance is required. He has failed to contact our office and our continued attempts at contacting him have been unsuccessful. A motion to withdraw as counsel filed by this office is pending before the Court.

Plaintiff, Ava Williams, has been notified by mail, at her last known address, of the Court Order and that her appearance is required. She has failed to contact our office and our continued attempts at contacting her have been unsuccessful. A motion to withdraw as counsel filed by this office is pending before the Court.

DATED: October 17, 2008

Respectfully submitted,

/s/ Richard J. Weiner
RICHARD J. WEINER, ESQ.
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey 07645
(201) 930-0400
Attorneys for Plaintiffs

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing Court Memorandum has been served on Court and all Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Court Order filed October 8, 2006 on this 17th day of October, 2008.

/s/ Richard J. Weiner
RICHARD J. WEINER, ESQ.
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey 07645
(201) 930-0400
Attorneys for Plaintiffs