TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/16/2008 17:30
NAME   : WEINERCARROLLSTRAUS
FAX    : 2019300066
TEL    : 2019300400
SER.#  : 000D8N524533
```

```
DATE,TIME          10/16  17:28
FAX NO./NAME       17187426016
DURATION           00:01:31
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

# RELEASE OF ALL CLAIMS

## CLAIMANT

| Name | First: Ana | Middle: O. | Last: Pena |
|---|---|---|---|
| Address | Street: 117 South 8th St Apt 2 | | |
| | City: Brooklyn | State: New York | Zip: 11211 |
| Social Security Number | 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 | Date | 1 / 2 / 2008 (month/day/year) |

## DERIVATIVE CLAIMANTS (If none, check here: ☐)

| Name | First: Iris | Middle: | Last: Pena-Diaz |
|---|---|---|---|
| Address | Street: 117 South 8th Street #2 | | |
| | City: Brooklyn | State: New York | Zip: 11211 |
| Social Security Number | 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 | Date | 1 / 2 / 2008 (month/day/year) |

## CLAIMANT'S COUNSEL

| Law Firm | Weiner Carroll & Strauss |
|---|---|

*I decline to Participate in the Settlement.*

*Iris Pena-Diez*
*2/4/08*

Pena, Ana O.   1026115

1

## SIGNATURE PAGE AND AGREEMENT BY DERIVATIVE CLAIMANT

I am a person having or asserting the right to sue Merck by reason of my relationship with Releasor (or, if Releasor is a legal representative of a VIOXX user, such VIOXX user). I hereby enter into the Release to which this signature page is attached and agree to be bound by all of its terms (and, without limitation, hereby give and make all releases, waivers, acknowledgements, agreements, representations and warranties therein) on the same basis as Releasor set forth therein (including, but not limited to, all joint and several indemnification obligations set forth therein). This agreement is effective as of the date set forth beneath my name below.

**DERIVATIVE CLAIMANT:**

By _____
Name: Iris Pena-Diaz
Title:
Social Security No.: 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
Dated: _____

### NOTARIZATION OF DERIVATIVE CLAIMANT'S SIGNATURE

STATE OF _____, COUNTY OF _____   SS.:

I hereby certify that on _____, 200__, _____ personally came before me and acknowledged under oath to my satisfaction that this person: (a) is named and personally signed this document; and (b) signed, sealed and deliver this document as his or her act and deed.

_____
Notary Public of the State of _____

√ decline to the settlement.

*Iris Pena-Diaz*
2/4/08

Pena, Ana O.    1026115

11



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0730 0001 0214 9969**
Detailed Results:

- **Delivered, October 14, 2008, 12:26 pm, BROOKLYN, NY 11211**
- **Arrival at Unit, October 14, 2008, 7:58 am, BROOKLYN, NY 11211**
- **Processed, October 10, 2008, 10:09 pm, KEARNY, NJ 07032**
- **Acceptance, October 10, 2008, 12:41 pm, PEARL RIVER, NY 10965**

Track & Confirm 
Enter Label/Receipt Number.

( Go > )

( < Back )        ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )