UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Joan Williamson, et al.* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* | * | |
| | * | MAGISTRATE JUDGE |
| No. 05-6903 | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| | * | |
| Louise Fremin | * | |
| Ronald W. Gilbert obo Leon Gilbert | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Louise Fremin, Ronald W. Gilbert obo Leon Gilbert and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

949428v.1