**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>_Gladys Amadis-Rosario_<br><br>v.<br><br>_Merck & Co., Inc._<br><br>Only with regard to:<br>_Miguelina Arroyo-Acosta_<br>_Lucia Baez-Maymi_<br>_Nilda Martinez-Velazquez_<br>_Elba Santa-Rodriguez_ | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-6234<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff(s) _Miguelina Arroyo-Acosta, Lucia Baez-Maymi, Nilda Martinez-Velazquez, Elba Santa Rodriguez_ against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_[signature]_  
Edward K. Wood  
2900 1st Avenue South  
Suite A (35233)  
P.O. Box 382434  
Birmingham, AL 35238

_[signature]_  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 10-17-08

Dated: 10/17/08