UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Gladys Amadis-Rosario, et al.* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* | * | |
| | * | MAGISTRATE JUDGE |
| No. 05-6234 | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| | * | |
| Miguelina Arroyo-Acosta | * | |
| Lucia Baez-Maymi | * | |
| Nilda Martinez Velazquez | | |
| Elba Santa-Rodriguez | | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Miguelina Arroyo-Acosta, Lucia Baez-Maymi, Nilda Martinez Velazquez and Elba Santa-Rodriguez and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

949430v.1