UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | SECTION L |
| | ) | |
| **This document relates to:** | ) | Judge Fallon |
| Simon Passanante, PC's Plaintiffs identified | ) | Magistrate Judge Knowles |
| in Order Scheduling Conferences, Exhibit C | ) | |
| Nos. 104 to 108 | ) | |

### SIMON PASSANANTE, PC'S EXPEDITED MOTION TO GRANT HARDSHIP AND VACATE IN PART OR AMEND IN PART THIS COURT'S ORDER REGARDING THE OCTOBER 21, 2008 SCHEDULING CONFERENCE

COMES NOW Plaintiffs, by and through counsel, and request an Order that the Plaintiffs identified in Exhibit C to the Order Scheduling Conferences, Nos. 104 to 108 ("Exhibit C") do not have to appear either in person or telephonically at the October 21st Scheduling Conference. However, Counsel will appear in person.  In support thereof, Plaintiffs state:

1. On October 8, 2008, this Court issued an Order requiring Plaintiffs to appear in Chicago, Illinois on October 21, 2008.

2. Plaintiff Deborah A. Lewis did suffer an eligible event and has promised to send in her releases.  Because this Plaintiff has indicated a desire to participate in the Settlement, it would be a hardship for her to attend the October 21, 2008 Scheduling Conference.  Deborah A. Lewis has until October 30, 2008 to submit her release.

3. The law firm of Simon Passanante is in the process of withdrawing from the plaintiff, Leonard Jackson pursuant to Pre-Trial Order 36. We have sent numerous mailings and made multiple phone calls to Leonard Jackson with no response.  As we are withdrawing from this case and have been unable to reach the plaintiff, it would be a hardship and impossibility for this plaintiff to attend the Scheduling Conference.

    4.    The law firm of Simon Passanante is in the process of withdrawing from the plaintiff, Leontine Silvers pursuant to Pre-Trial Order 36. We have sent numerous mailings and made multiple phone calls to Leontine Silvers with no response. As we are withdrawing from this case and have been unable to reach the plaintiff, it would be a hardship and impossibility for this plaintiff to attend the Scheduling Conference.

    5.    The law firm of Simon Passanante is in the process of withdrawing from the plaintiff, Corey Grote, Representative of LaVerne Wright, pursuant to Pre-Trial Order 36. We have sent numerous mailings and made multiple phone calls to Corey Grote with no response. As we are withdrawing from this case and have been unable to reach the plaintiff, it would be a hardship and impossibility for this plaintiff to attend the Scheduling Conference.

    6.    Plaintiff Victor Del Zornada's representative, Robin Zornada, refuses to reply or communicate with us despite an ongoing effort by counsel. We have sent numerous mailings and made multiple phone calls to Robin Zornada with no response. We intend to withdraw from the Zornada case pursuant to Pre-Trial Order 36. As we are withdrawing from this case and have been unable to reach the plaintiff, it would be a hardship and impossibility for this plaintiff to attend the Scheduling Conference.

WHEREFORE, Plaintiffs request an Order stating that the Plaintiffs Nos. 104 to 108 do not have to appear at the October 21, 2008 Scheduling Conference.

Dated: October 17, 2008                              SIMON PASSANANTE, PC

                                                          By: By:   /s/ Todd S. Hageman
                                                                 Todd S. Hageman, #51801
                                                                  701 Market Street, Suite 1450
                                                                  Saint Louis, Missouri 63101
                                                                Telephone: (314) 24]-2929
                                                                Facsimile: (314) 241-2029

                                                               ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Simon Passanante, PC's Expedited Motion to Grant Hardship and Vacate in Part or Amend in Part this Court's Order Regarding the October 21, 2008 Scheduling Conference has been served on Liaison Counsel, Russ Herman and Phillip Wittman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B and in accordance with the Order Scheduling Conferences of October 8, 2008, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of October, 2008.

SIMON PASSANANTE, PC

By: By:     /s/  Todd S. Hageman
         Todd S. Hageman, #51801
         701 Market Street, Suite 1450
         Saint Louis, Missouri 63101
         Telephone: (314) 24]-2929
         Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFFS