**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:   VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | SECTION L |
| | ) | |
| **This document relates to:** | ) | Judge Fallon |
| | ) | |
| Simon Passanante, PC's Plaintiffs identified in Order Scheduling Conferences, Exhibit C Nos. 104 to 108 | ) ) ) | Magistrate Judge Knowles |

**[PROPOSED] ORDER**

      IT IS ORDERED BY THE COURT that the Plaintiffs identified in Exhibit C to the Order Scheduling Conferences, Nos. 104 to 108 ("Exhibit C") do not have to appear either in person or telephonically at the October 21, 2008 Scheduling Conference.

      ENTERED this _____ day of _____, 2008.

 

                                                                           _____
                                                                          Hon. Eldon Fallon, U.S.D.J.