# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.<br>Defendants<br><br>Case No. 2:05-CV-01102 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL Docket No. 1657<br><br>Section L<br><br>Judge Fallon<br><br>Magistrate Judge Knowles |

## ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, LAVOID SMITH, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Lavoid Smith. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Lavoid Smith, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Lavoid Smith, shall be sent to 2521 SW 33rd Street, Oklahoma City, OK 73119.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date:_____