## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Karla Lamaruggine, As Administratrix* | * | JUDGE FALLON |
| *of the Estate of Sandra Hunt, and Karla* | * | |
| *Lamaruggine, Individually* | * | MAGISTRATE JUDGE |
| *v. Merck & Co., Inc.* | * | KNOWLES |
| | * | |
| No. 06-2239 | * | |
| | * | |
| | * | |
| | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Karla Lamaruggine, As Administratrix of the Estate of Sandra Hunt, and Karla Lamaruggine Individually and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

949494v.1