IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 OCT 17 PM 2:32
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| KENNETH K. KERR SR. | : | MDL Docket No. 1657 |
| Plaintiff, | : | SECTION L |
| vs. | : | JUDGE FALLON |
| MERCK & CO., INC., | : | MAG. JUDGE KNOWLES |
| Defendant, | : | CASE NO. 2:06-CV-11113 EEF-DEK |

### REQUEST NOT TO ATTEND THE SCHEDULING CONFERENCE SCHEDULED FOR OCTOBER 20, 2008 AT THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK DUE TO HARDSHIP OF COUNSEL AND PLAINTIFF

The plaintiff, Kenneth K. Kerr Sr. and William Z. Christoff, counsel for plaintiff, request that they not be required to attend the scheduling conference at 10:00 a. m. on October 20, 2008 the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York in Courtroom 6 A for the following reasons:

1. It would be an undue hardship for plaintiff, Kenneth K. Kerr Sr. And William Z. Christoff, counsel for plaintiff to attend the scheduling conference due to the fact that the plaintiff and plaintiff's counsel live in Massillon, Ohio and received the notice to attend the conference on October 14, 2008. A copy of the letter and notice to attend the conference is attached.

**The plaintiff counsel will be available by telephone if necessary. The plaintiff's counsel's office address is 26 South Erie, Massillon, Ohio 44646. Plaintiff's counsel's telephone number is (330) 832-5999.**

2. It was plaintiff's counsel's understanding that the plaintiff, Kenneth K. Kerr Sr. had enrolled to participate in the Vioxx Settlement Program.

**The plaintiff's counsel is enclosing a letter from the Vioxx Claims Administrator dated July 16, 2008 stating that the plaintiff, Kenneth K. Kerr Sr. had enrolled to participate in the Vioxx Settlement Program signed by Dennis Carter. A copy of the letter from Dennis Carter of the Vioxx Settlement Program is attached.**

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc. No ____

The plaintiff's counsel is enclosing an e-mail dated October 10, 2008 concerning the deadline to Enroll Claimants to participate in the Vioxx Settlement Program.

The plaintiff's counsel is enclosing a letter sent to Dennis Carter on October 16, 2008 concerning plaintiff's enrollment in the Voixx Settlement Program.

William Z. Christoff (0001765)
26 South Erie
Massillon, Ohio 44646
Attorney for Plaintiff, Kenneth K. Kerr Sr.
Phone: (330) 832-5999
Fax: (330) 832-6208
ChristoffLaw@sssnet.com.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent by ordinary U. S. Mail on October 16, 2008 to Stone Pigman Walther Wittmann LLC.

William Z. Christoff (0001765)
Attorney for Plaintiff, Kenneth K. Kerr Sr.