# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

OUR FILE NUMBER

66,000

October 9, 2008

All Counsel on the Attached Exhibits A, B,
and C

Re:   *In re: VIOXX PRODUCTS LITIGATION*, MDL Docket No. 1657

Dear Counsel:

The deadline for enrolling in the Vioxx settlement program is October 30, 2008. That date is final and will not be extended.

By Order dated October 8, 2008, the Court has scheduled three conferences for plaintiffs who appear to have eligible claims, but have not yet enrolled. One or more plaintiffs represented by your firm appears on the Exhibit(s). Please carefully review the Order and Exhibits and make the necessary plans for you and your clients to attend the applicable conference.

Sincerely,

*Dorothy H. Wimberly* (signature)

Dorothy H. Wimberly

DHW/jad
Enclosure

cc:   Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)

948222v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to all plaintiffs listed on Exhibits A, B, and C | *   MAGISTRATE JUDGE KNOWLES |

**********************************************************************

## ORDER SCHEDULING CONFERENCES

The final deadline to enroll in the Vioxx settlement program is October 30, 2008.

Accordingly,

**IT IS ORDERED** that:

1. The Court will hold three Case Management Conferences to ensure that plaintiffs who are the eligible for the Vioxx settlement program but who have not enrolled in the program, by, among other things, submitting a release to the Claims Administrator, have all necessary information available to them so that they can make informed choices.

   a. Conference A, for the plaintiffs listed in Exhibit A to this Order, will be held at 10:00 a.m. on October 17, 2008 at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

   b. Conference B, for the plaintiffs listed in Exhibit B to this Order, will be held at 10:00 a.m. on October 20, 2008 at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 6A.

   c. Conference C, for the plaintiffs listed in Exhibit C to this Order, will be held at 10:00 a.m. on October 21, 2008 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1719.

2. Counsel subject to this Order must appear in person.

3. Each Plaintiff subject to this Order must also appear in person unless it would be a physical or economic hardship for that Plaintiff to attend the conference in person. Counsel for each Plaintiff claiming hardship must

946821v.1

serve a notice by LexisNexis specifying the reasons they claim personal attendance would be a hardship. Such notices must be served at least three days in advance of the applicable conference.

4. Any Plaintiff who claims the hardship exemption must be available to participate in the conference by telephone.

5. Counsel who have moved to withdraw from representing any plaintiff on any of the exhibits to this Order are reminded that they are still counsel of record, and therefore subject to this Order unless and until the Court grants the motion to withdraw.

NEW ORLEANS, LOUISIANA, this 8th day of October, 2008.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 40. | 1026943 | Bennett & Albright, P.A. | Maas | Peter | | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 41. | 1098461 | Blazer, John A., Law Office of | Mastilovic | Branko | | Mastilovic, Mladenka v. Merck & Co., Inc. | 2:06-cv-03668-EEF-DEK |
| 42. | 1016656 | Brown & Crouppen, PC | Ventura | Corinne | | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 43. | 1119207 | Christoff, William Z., Attorney at Law | Kerr | Kenneth | K | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 44. | 1087375 | Climaco, Lefkowitz, Peca, Wilcox, Garofoli | Hanson | Pam | | Hanson, Pam v. Merck & Co., Inc. | 2:05-cv-02350-EEF-DEK |
| 45. | 1063058 | Cohen, Placitella & Roth, PC | Segall | Shirley | | Segall, Shirley v. Merck & Co., Inc. | 2:07-cv-08070-EEF-DEK |
| 46. | 1113867 | DePaulo, William V., Esq. | Ferguson | Warne | L | Ferguson, Warne L. v. Merck & Co., Inc. | 2:06-cv-09427-EEF-DEK |
| 47. | 1089122 | Dinkes & Schwitzer, P.C. | Altomare | Frank | | Altomare, Frank v. Merck & Co., Inc. | 2:05-cv-03866-EEF-DEK |
| 48. | 1089141 | Dinkes & Schwitzer, P.C. | Hunt | Sandra | | Lamaruggine, Karla v. Merck & Co., Inc. | 2:06-cv-02239-EEF-DEK |
| 49. | 1106365 | Doherty & Quill | DeTorie | Frank | | Detorie, Frank v. Merck & Co., Inc. | 2:06-cv-01806-EEF-DEK |
| 50. | 1106364 | Doherty & Quill | Isner | Jeffrey | | Isner, Linda v. Merck & Co., Inc. | 2:05-cv-06172-EEF-DEK |
| 51. | 1113985 | Feinberg & Silva | Dixon | Pauline | M | Dixon, Pauline M. v. Merck & Co., Inc. | 2:05-cv-05385-EEF-DEK |
| 52. | 1113986 | Feinberg & Silva | Moore | Joseph | B | Moore, Joseph B. v. Merck & Co., Inc. | 2:06-cv-09408-EEF-DEK |

CARL Z. CHRISTOFF (1928-1971)
WILLIAM Z. CHRISTOFF

LAW OFFICES
**CHRISTOFF AND CHRISTOFF**
26 S. ERIE
MASSILLON, OHIO 44646

—

AREA CODE 330
TELEPHONE 832-5999
FAX 832-6208

October 16, 2008

**VIA FACSIMILE (804-521-7299)**
Vioxx Claims Administrator
P. O. Box 85031
Richmond, Virginia 23285-5031

   **RE: Vioxx Settlement Program: Kenneth Kerrr Sr.**

Attn: Dennis Carter

Dear Mr. Carter:

  Enclosed please find the following:

  1. A copy of the letter I sent you on July 16, 2008 enrolling Kenneth Kerr Sr. in the Vioxx Settlement Program.

  2. A copy of the letter you sent me on July 16, 2008 stating that Kenneth Kerr Sr. has been enrolled in the Vioxx Settlement Program.

  A copy of the E-mail sent me October 10, 2008 stating that the deadline to enroll Kenneth Kerr Sr. is October 30, 2008

  **Based upon your letter of July 16, 2008, it was my understanding that Kenneth Kerr Sr. was enrolled in the Vioxx Settlement Program.**

  **If there is anything additional I have to do to complete the enrollment of Kenneth Kerr Sr. in the Vioxx Settlement Program, please let me know and I will complete it before October 30, 2008.**

  If you have any questions please feel to contact me

  Thank you for your kindness and attention in this matter,

Very truly yours

*William Z. Christoff*
William Z. Christoff

WZC:jc
Enclosures

CARL Z. CHRISTOFF (1928-1971)
WILLIAM Z. CHRISTOFF

LAW OFFICES
## CHRISTOFF AND CHRISTOFF
26 S. ERIE
MASSILLON, OHIO 44646

AREA CODE 330
TELEPHONE 832-5999
FAX 832-6208

July 11, 2008

BrownGreer LLC
115 South 15th Street
Suite 400
Richmond, Virginia

    RE: Kenneth K. Kerr Sr.
        Vioxx Claim

Attn: Dennis Carter

Dear Mr. Carter:

    Enclosed please find a completed Claimant's Spreadsheet for the claimant, Kenneth K. Kerr Sr.

    Please process claimant, Kenneth K. Kerr Sr.'s Vioxx Claim.

    If you need any further information from me please let me know.

    Thank you for your kindness and attention in this matter.

                          Very truly yours,

                           William Z. Christoff

WZC:jc
Enclosures

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

July 16, 2008

**By Electronic Transmission**

William Z. Christoff, Esquire
William Z. Christoff, Attorney at Law
26 South Erie
Massillon, OH 44646

Re:   **Registration and Enrollment Materials**

Dear Mr. Christoff:

We have received the Registration Affidavit and Claimant Spreadsheet you submitted to us as Primary Counsel. Your materials were received after the January 15, 2008 Registration Deadline. Because information regarding your claimant was received after January 15, 2008, it has been classified as submitted after the deadline. The Claims Administrator does not yet have instructions from the Parties and the Court on the consequences of missing the deadline. Nonetheless, we have reviewed your materials and this letter describes the results of that review, though remember that neither our review nor this letter can be construed as meaning that the affected claimant is eligible for the Settlement Program.

## A. Registration Affidavit

☒   Your Registration Affidavit is complete. You do not need to take further action at this time relating to your Affidavit, unless circumstances change that require you to submit an Updated Registration Affidavit and Claimant Spreadsheet pursuant to Section 1.1 of the Settlement Agreement and the governing Registration Orders.

☐   Your Registration Affidavit is not complete, for it lacked a signature and/or complete law firm information. You have to complete a new Registration Affidavit and send it to us as soon as possible.

V1016v1

### B. Status of Registration

☒   You have submitted a complete Claimant Spreadsheet. If, after reviewing the information provided on your Claimant Spreadsheet, any issues arise or further information is needed, you will be notified. Remember that if circumstances change as to your claimant that requires corrections or supplementation to your Claimant Spreadsheet, you must send us an Updated Registration Affidavit and Claimant Spreadsheet within 30 days of such change. Also, please remember that Registration of a claimant does not mean that any determination has yet been made as to their eligibility for Enrollment in the program.

☐   Your Claimant Spreadsheet is missing information. You must provide an answer to each Question in the Claimant Spreadsheet. Even if we have been able to generate Forms for your claimant, the claimant still may be missing certain answers required. You need to go through your Claimant Spreadsheet and make sure each Question for the claimant is answered. After you complete the information or if you add anything else, return the Claimant Spreadsheet to us using your Vioxx Portal with an Updated Registration Affidavit.

### C. Vioxx Portal Website

We plan to use a secure website to exchange most information with you. We have created a secure "Vioxx Portal" website for you for that purpose. We have assigned User Names and passwords for the person(s) listed as Primary Counsel in your Claimant Spreadsheet. Notify me if you wish to have us create additional authorized users in your firm. The User Names and passwords assigned for your firm are:

| | |
|---|---|
| **Primary User Name** | William Christoff |
| **Primary User ID** | wchristoff |
| **Primary User Password** | 8chris3off |

To access your Vioxx Portal, go to http://www.browngreer.com/vioxxsettlement/ and click on the Logon button. Then enter your User Name and password we provided. Your password is case sensitive, so type it exactly as it appears above. Your User Name is not case sensitive, but be sure you type it in correctly when you attempt to log in. Once you are logged on, you will see options to upload or download files. Instructions for how to upload and download files are provided on the website.

### D. Claimant Spreadsheet

We have added to the claimant you listed in your Claimant Spreadsheet a "Vioxx Claim Number" or "VCN" unique to that person. This claimant will be identified by that VCN throughout the Program. A copy of your new Claimant Spreadsheet is available on your secure Vioxx Portal. Use this version of the Claimant Spreadsheet whenever you send us any revisions or updates.

### E. Enrollment Forms

Go to our website at www.browngreer.com/vioxxsettlement/ and download the Enrollment Instructions that we developed to identify the actions required to enroll your claimant

in the Settlement Program under Section 1.2 of the Settlement Agreement. Seven documents are required to enroll a claimant in the Program. Three of those we prepare for you: 1) the Release of All Claims; 2) the Authorization for Release of Medical Records; and 3) the Authorization for Release of Employment Records ("Forms"). When we prepare these Forms, we pre-fill them with certain information using what you provided in your Claimant Spreadsheet. Each contains a unique bar code customized to the claimant to whom these Forms relate.

☒ We were able to generate the three Forms for the claimant in your Claimant Spreadsheet. These documents are now available on your secure Vioxx Portal. After you access your Forms there, download the Release and Authorization for Release of Medical Records to your computer system, print them, and have them signed by the persons indicated on the Forms. If your claimant will seek Extraordinary Injury Payments under Section 4.2 of the Settlement Agreement, also download and print the Authorization for Release of Employment Records and have it signed as well.

If any of the pre-filled information on the Release is incorrect, make any necessary changes and write the correct information in black ink, as clearly as possible, in the applicable area on the Form. If any of the pre-filled information on the Medical Records Authorization or the Employment Records Authorization is incorrect, go to your secure Vioxx website portal and, after you log in, select "Claimant Search." Search by name, VCN or SSN for the claimant whose Authorization you wish to change, and select that claimant. Then select the Form you wish to change. You will be able to change Last Name, First Name, Middle Name, Date of Birth, Social Security Number and Litigation Case Number. Once you have made the correction, save the record, print it, obtain your client's signature, and then send it to the Claims Administrator. Any changes you make to the Form will change the Claims Administrator's master record for your claimant, so please be careful when making any changes. The Enrollment Instructions explain how you obtain the other forms necessary for Enrollment.

Note that our making available to you these Forms does not in any manner imply that the claimant identified in the Forms is eligible for the Program or ultimately will receive benefits in the Program. The Settlement Agreement requires these executed Forms to begin the process. Eligibility will be determined at a later stage based upon the Claims Package submitted. You may receive Forms from us for a person listed in the Claimant Spreadsheet but in fact not eligible to participate in the Program. Before having them signed and returned, you will have to review each claim to make sure the claimant can participate under the terms of the Settlement Agreement.

☐ We could not generate the Forms for the claimant in your Claimant Spreadsheet because there is information missing on the claimant. You must fill out all Questions as to the claimant and return the Claimant Spreadsheet to us with an Updated Registration Affidavit. We then will be able to generate the three Forms for the claimant and send them to you.

### F. Completing the Releases

1. **Special State.**

If your claimant (i) is living now (ii) lived in at the time of Primary Injury or Secondary Injury and/or (iii) filed lawsuits in Arizona, Kansas, Ohio, Oklahoma, or Texas ("Special State Claimants"), you are responsible for making sure that the Release of All Claims includes any co-

V1016v1                                    3

defendants named in the lawsuit. If your Claimant Spreadsheet information placed your claimant in a Special State Claimant status, then the claimant's Release will have an Attachment 1 on which you must provide by writing or typing in all co-defendants named in the lawsuit. If the co-defendant is a corporate entity, you must list it using the co-defendant's proper corporate name. If there were no co-defendants named in the lawsuit, write "None" on Attachment 1.

2. **Derivative Claimants.**

We have generated Enrollment Forms for your client even if your Claimant Spreadsheet did not contain complete information about Derivative Claimants. If your Claimant Spreadsheet identified any Derivative Claimant(s) on a claim, the Release we prepared lists those Derivative Claimant(s), and each must sign the Release. If the Release we prepared does not already include all the Derivative Claimants associated with the claim, you must do the following:

   a) The cover page to the Release contains space to enter the information for one Derivative Claimant. If there is more than one Derivative Claimant associated with the claim, photocopy the cover page as many times as you need to have a page for each Derivative Claimant, before you write on it. Fill in the space on each cover page with the Derivative Claimant information and attach any additional pages to the back of the Release.

   b) The Release we prepared has a blank signature page for one Derivative Claimant. If there is more than one Derivative Claimant associated with the claim, before you write on it, photocopy the Derivative Claimant signature page as many times as you need to have a page for each Derivative Claimant. Each Derivative Claimant must sign a signature page. Attach any additional Derivative Claimant signature pages to the back of the Release.

   c) The Release we prepared has a blank Certification of Counsel for Derivative Claimant Counsel. If there is more than one Derivative Claimant associated with the claim, before you write on it, photocopy the Certification of Counsel for Derivative Claimant Counsel page as many times as you need to have a page for each Derivative Claimant. The appropriate Counsel must sign each Certification. Attach any additional Certifications to the back of the Release.

In addition, you must immediately take the steps necessary to fill in your Claimant Spreadsheet and return it to us with complete information for your claim, including all Derivative Claimant information.

**G. Enrollment**

Follow the steps detailed in the posted Enrollment Instructions to enroll your claimant in the Program. *Under Section 1.2.2.2 of the Settlement Agreement, all claimants must be enrolled no later than February 29, 2008, to be considered for an Interim Settlement Payment under Section 4.1 of the Settlement Agreement.*

Please contact me if you have any questions or comments. Thank you.

Sincerely,

*[signature]*

Dennis Carter

## ChristoffLaw

**From:** <Claimsadmin@browngreer.com>
**To:** <christofflaw@sssnet.com>
**Sent:** Friday, October 10, 2008 4:06 PM
**Subject:** Last Chance to Enroll Claimants in the Vioxx Settlement Program

The final deadline to Enroll Claimants to participate in the Vioxx Settlement Program is October 30, 2008. You have Claimants who have not Enrolled. The Parties have asked us to find out why.

On September 30, 2008, we emailed you regarding the October 30, 2008 Enrollment Deadline Date. We also alerted you in that email to the V4030 Report we had uploaded to your Vioxx Portal, showing where your Claimants stand on Enrollment. The Claimants listed in Section C and D of that Report are not Enrolled.

We are trying to pin down which Claimants will be Enrolling and which ones will not and if not, why they will not Enroll. We have posted on the "Download Files" section of your Vioxx Portal an Excel spreadsheet entitled Last Chance Enrollment Report. It lists all your Claimants who have not Enrolled. (See below for the steps required to Enroll the Claimant.) The spreadsheet contains a column titled "Reason Claimant Has Not Enrolled To Date." It contains a drop-down list of possible reasons why the Claimant is not Enrolled, or will allow you to tell us if the Claimant will Enroll.

We need you to go to the "Download Files" section of your Vioxx Portal and download the Last Chance Enrollment Report to your desktop or network server. Put in an answer for each Claimant in the "Reason Claimant Has Not Enrolled To Date" column, selecting one of the answers in the drop-down list for that column. Then upload it back to us on your portal, or email it back to us.

You need to do this even if you have provided information on the Claimant's intentions before now, either in response to a prior request from us or on-line, or to Merck's counsel at any time. We need to update all your responses with full and current information.

Judge Fallon is setting hearings for persons not Enrolled, beginning on October 17, 2008. As a result, we need your spreadsheet back from you by noon on Tuesday, October 14, 2008. Thank you.

## Steps Required to Enroll a Claimant.

For each Claimant you want to Enroll, you must submit, postmarked on or before October 30, 2008, each of these components of the Enrollment package:

1) Submit the name of the Claimant for Enrollment on-line using the Enrollment section of your firm's Vioxx Portal. Print and submit the original hard copy of the Enrollment Form, signed by Primary Counsel, that is generated on the Portal when you submit the Claimant for Enrollment.

2) Original hard copy Release.

3) Original hard copy Stipulation of Dismissal, if the Claimant has a pending lawsuit.

4) Original hard copy or electronic copy of a Medical Records Authorization Form.

5) Original hard copy or electronic copy of an Employment Records Authorization Form, if the Claimant will seek Extraordinary Injury Payments.

If you have completed some of these requirements to Enroll the Claimant, the spreadsheet shows the date of your submission. You must complete all requirements for a Claimant to be Enrolled.

**Vioxx Claims Administrator**
**BROWNGREERPLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

10/15/2008

No. _____    Massillon _____, Ohio, October _____ XXXX 2008

Received of Douglas W. Glick _____  { Administrator / Executor / Guardian

of the Estate of Margaret A. Glick _____

_____ —100— Dollars

Disbursement as per will _____

$ _____