# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY THOMPSON, ET AL<br>Plaintiffs | * <br> * <br> * | MDL Docket No. 1657 <br><br> Section L |
| v. | * <br> * | <br> Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * <br> * <br> * | <br><br> Magistrate Judge Knowles |
| Case No. 2:06-CV-00433 | * | |

## ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, SANDINIA A. TRIMBLE, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Sandinia A. Trimble. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Sandinia A. Trimble, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Sandinia A. Trimble, shall be sent to 3120 Simmons Drive, Del City, OK 73115.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date:_____