## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits A through F | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**********************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Cases Should Not Be Dismissed Without Prejudice, R. Doc. 16153, came on for hearing on the 10th day of October, 2008.  For the reasons orally assigned, the Court hereby rules as follows:

IT IS ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed without prejudice.

IT IS FURTHER ORDERED that all plaintiffs on Exhibit B be and they hereby are ordered to appear at one of the Court's conferences for plaintiffs who are eligible for the Vioxx Settlement Program, but who have not enrolled in the program.  The Court has issued a separate Order, Supplemental Order Scheduling Conferences, R. Doc. 16420 regarding the conferences.

IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit C-1 be and they hereby are dismissed without prejudice.  These claims may be reinstated within 30 days for good cause shown.

IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs on Exhibit C-2.  The motion is reset for November 7, 2008 at 9:00 a.m. as to these plaintiffs.

IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs on Exhibit D pending expiration of the time periods provided for under Pre-Trial Order 36, to be reset at the request of Merck.

IT IS FURTHER ORDERED that the motion is withdrawn as to all plaintiffs on Exhibit E.

IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit F be and they hereby are dismissed without prejudice pursuant to the agreement of the parties.

NEW ORLEANS, LOUISIANA, this 16th day of October, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

948901v.1

**EXHIBIT A**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1081601 | Bice Palermo & Veron, LLC | Kennerson | Diane | | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 2 | 1081600 | Bice Palermo & Veron, LLC | Thibodeaux | Lavel | A | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 3 | 1108487 | Bonsignore and Brewer | Richardson | Craig | B | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 4 | 1108426 | Colom Law Firm, The | Jones | Henretta | | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK |
| 5 | 1108430 | Colom Law Firm, The | Lockett | William | | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK |
| 6 | 1023215 | Coon, Brent & Associates | Byars | Kandyce | K | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 7 | 1023322 | Coon, Brent & Associates | Long | Barbara | J | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK |
| 8 | 1012975 | Girardi & Keese | Chadwick | Tom | | Chadwick, Tom v. Merck & Co., Inc. | 2:07-cv-06298-EEF-DEK |
| 9 | 1013320 | Girardi & Keese | Lorne | Nadia | | Lorne, Nadia v. Merck & Co., Inc. | 2:07-cv-06135-EEF-DEK |
| 10 | 1013447 | Girardi & Keese | Pendergrass | Rita | | Pendergrass, Rita v. Merck & Co., Inc. | 2:07-cv-06138-EEF-DEK |
| 11 | 1106123 | Girardi & Keese | Powell | Marilyn | | Powell, Marilyn v. Merck & Co., Inc. | 2:06-cv-07112-EEF-DEK |
| 12 | 1082292 | Harang, Jack W., APLC | Benbow | Queen | | Benbow, Alphina v. Merck & Co., Inc. | 2:07-cv-06329-EEF-DEK |
| 13 | 1082293 | Harang, Jack W., APLC | Bias | Essie | | Small, Dessie v. Merck & Co., Inc. | 2:07-cv-06337-EEF-DEK |

# EXHIBIT A

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1092278 | Humphrey Farrington & McClain PC | Canaleo | Rose | | Canaleo, Frank v. Merck & Co., Inc. | 2:05-cv-06536-EEF-DEK |
| 15 | 1092279 | Humphrey Farrington & McClain PC | Conyers | Nona | | Conyers, Nona v. Merck & Co., Inc. | 2:05-cv-04806-EEF-DEK |
| 16 | 1080804 | Mathis Law Firm, P.C., The | Ransom | Annette | | Ransom, Annette v. Merck & Co., Inc. | 2:06-cv-00450-EEF-DEK |
| 17 | 1083776 | Matthews & Associates | Disbennett | Melvin | E | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 18 | 1084291 | Matthews & Associates | Salyers | Sydney | S | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 19 | 1112073 | Myers and Perfater | Burger | Olivia | | Burger, Olivia v. Merck & Co., Inc. | 2:06-cv-10416-EEF-DEK |
| 20 | 1112077 | Myers and Perfater | Thompson | Thomas | | Thompson, Thomas v. Merck & Co., Inc. | 2:06-cv-10377-EEF-DEK |
| 21 | 1112079 | Myers and Perfater | Wright | Donna | | Wright, Donna v. Merck & Co., Inc. | 2:06-cv-10392-EEF-DEK |
| 22 | 1062927 | Nevin & Absalom | Carter | Kathleen | | Carter, Kathleen v. Merck & Co., Inc. | 2:05-cv-05068-EEF-DEK |
| 23 | 1047286 | Singleton Law Firm | Toups | James | | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |

# EXHIBIT B

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1075040 | Cellino & Barnes, P.C. | Arnold | Leonard | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 2 | 1075477 | Cellino & Barnes, P.C. | Dickerman | Brenda | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 3 | 1075522 | Cellino & Barnes, P.C. | Dreher | Doreen | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 4 | 1075771 | Cellino & Barnes, P.C. | Harris | Darlene | | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 5 | 1075844 | Cellino & Barnes, P.C. | Hollis | Gwendolyn | | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 6 | 1076181 | Cellino & Barnes, P.C. | Lowry | Pearl | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 7 | 1076389 | Cellino & Barnes, P.C. | Moore | Elizabeth | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 8 | 1076444 | Cellino & Barnes, P.C. | Nelson | James | | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 9 | 1076679 | Cellino & Barnes, P.C. | Rhodes | Dawn | | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 10 | 1076923 | Cellino & Barnes, P.C. | Smith | Mary | E | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 11 | 1077013 | Cellino & Barnes, P.C. | Swartz | Charles | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 12 | 1077021 | Cellino & Barnes, P.C. | Szewc | Dorothy | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 13 | 1077134 | Cellino & Barnes, P.C. | Vega | Lucia | | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |

# EXHIBIT C-1

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1074987 | Cellino & Barnes, P.C. | Abdalle Lassan | Mohamoud | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 2 | 1075038 | Cellino & Barnes, P.C. | Arndt | Alden | A | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 3 | 1075070 | Cellino & Barnes, P.C. | Barnes | Mary | G | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 4 | 1075109 | Cellino & Barnes, P.C. | Berger | Ailean | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 5 | 1075154 | Cellino & Barnes, P.C. | Bosco | Deborah | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 6 | 1075177 | Cellino & Barnes, P.C. | Brennen | Gerald | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 7 | 1075210 | Cellino & Barnes, P.C. | Bryant III | John | T | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 8 | 1075221 | Cellino & Barnes, P.C. | Bullock | Walter | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 9 | 1075228 | Cellino & Barnes, P.C. | Burns | Claire | | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |
| 10 | 1075249 | Cellino & Barnes, P.C. | Campbell | Norman | L | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 11 | 1075248 | Cellino & Barnes, P.C. | Campbell | Wanda | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 12 | 1075340 | Cellino & Barnes, P.C. | Colazzi | John | | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 13 | 1075343 | Cellino & Barnes, P.C. | Coleman | Melvina | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |

# EXHIBIT C-1

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1075361 | Cellino & Barnes, P.C. | Conway | Gregory | V | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 15 | 1075397 | Cellino & Barnes, P.C. | Crites | Robert | | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 16 | 1075423 | Cellino & Barnes, P.C. | Dalton | Charles | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 17 | 1075460 | Cellino & Barnes, P.C. | Deforest | Barbara | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 18 | 1075581 | Cellino & Barnes, P.C. | Farnsworth | Lawrence | | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 19 | 1075732 | Cellino & Barnes, P.C. | Groseclose | Nancy | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 20 | 1075873 | Cellino & Barnes, P.C. | Howlett | Laura | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 21 | 1075878 | Cellino & Barnes, P.C. | Hughes | Joylsa | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 22 | 1075920 | Cellino & Barnes, P.C. | Jackson | Eula | M | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 23 | 1075961 | Cellino & Barnes, P.C. | Johnson | Josephine | L | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 24 | 1076079 | Cellino & Barnes, P.C. | Kunz | Marion | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 25 | 1076085 | Cellino & Barnes, P.C. | Lafleche | Daniel | | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK |
| 26 | 1076108 | Cellino & Barnes, P.C. | Larson | Laurie | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |

# EXHIBIT C-1

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1076209 | Cellino & Barnes, P.C. | Macleod | Gilda | | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 28 | 1076250 | Cellino & Barnes, P.C. | Massa | Anna | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 29 | 1076294 | Cellino & Barnes, P.C. | McKee | Karl | D | Cappuccilli, Christopher A. v. Merck & Co., Inc. | 2:07-cv-00696-EEF-DEK |
| 30 | 1076296 | Cellino & Barnes, P.C. | McKenzie | Carmen | L | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 31 | 1076325 | Cellino & Barnes, P.C. | Meyers Taylor | Jill | | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 32 | 1076329 | Cellino & Barnes, P.C. | Middleton | Larraine | | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 33 | 1076344 | Cellino & Barnes, P.C. | Miller | John | R | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 34 | 1076372 | Cellino & Barnes, P.C. | Mon | Norma | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 35 | 1076403 | Cellino & Barnes, P.C. | Morris | Elsie | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 36 | 1076417 | Cellino & Barnes, P.C. | Mowry | Rose | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 37 | 1076450 | Cellino & Barnes, P.C. | Newcomb | Gary | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 38 | 1076494 | Cellino & Barnes, P.C. | Oney | Donna | K | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 39 | 1076534 | Cellino & Barnes, P.C. | Patrick | Sylvia | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |

# EXHIBIT C-1

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 40 | 1076647 | Cellino & Barnes, P.C. | Reddicks | Winnie |  | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |
| 41 | 1076652 | Cellino & Barnes, P.C. | Reed | Gladys |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 42 | 1076656 | Cellino & Barnes, P.C. | Reeves | Belinda |  | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 43 | 1076666 | Cellino & Barnes, P.C. | Reniff | Mavis |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 44 | 1076670 | Cellino & Barnes, P.C. | Reuter | Harold |  | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 45 | 1076672 | Cellino & Barnes, P.C. | Reyes | Elvi E |  | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 46 | 1076677 | Cellino & Barnes, P.C. | Rheaume | Louis |  | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 47 | 1076680 | Cellino & Barnes, P.C. | Rhoades | Carol | A | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 48 | 1076691 | Cellino & Barnes, P.C. | Riley | Bessie |  | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 49 | 1076713 | Cellino & Barnes, P.C. | Robey | Robert | J | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 50 | 1076733 | Cellino & Barnes, P.C. | Rodriguez | Linda |  | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 51 | 1076831 | Cellino & Barnes, P.C. | Schulz | Joann |  | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 52 | 1076924 | Cellino & Barnes, P.C. | Smith | Alice |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |

# EXHIBIT C-1

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 53 | 1076914 | Cellino & Barnes, P.C. | Smith | David | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 54 | 1076913 | Cellino & Barnes, P.C. | Smith | Jacqueline | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 55 | 1076912 | Cellino & Barnes, P.C. | Smith | Kathleen | | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 56 | 1076965 | Cellino & Barnes, P.C. | St George | Minnie | L | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 57 | 1077023 | Cellino & Barnes, P.C. | Taft | Alice | | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 58 | 1077060 | Cellino & Barnes, P.C. | Thompson | David | Arlen | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 59 | 1077083 | Cellino & Barnes, P.C. | Torres | Aurelia | | Arena, Concetta v. Merck & Co., Inc. | 2:06-cv-01213-EEF-DEK |
| 60 | 1077090 | Cellino & Barnes, P.C. | Trimble | Anna | | Kordaslewicz, Marcella v. Merck & Co., Inc. | 2:06-cv-01192-EEF-DEK |
| 61 | 1077092 | Cellino & Barnes, P.C. | Troisi | Virginia | A | Troisi, Matthew v. Merck & Co., Inc. | 2:07-cv-09128-EEF-DEK |
| 62 | 1077143 | Cellino & Barnes, P.C. | Vines | Diana | P | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 63 | 1077218 | Cellino & Barnes, P.C. | Wheeler | Geri | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 64 | 1077229 | Cellino & Barnes, P.C. | White | Elizabeth | A | Ando, Donald J. v. Merck & Co., Inc. | 2:06-cv-10629-EEF-DEK |
| 65 | 1077247 | Cellino & Barnes, P.C. | Williams | Chester | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |

**EXHIBIT C-1**

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 66 | 1077265 | Cellino & Barnes, P.C. | Wilson | Betty |  | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 67 | 1077262 | Cellino & Barnes, P.C. | Wilson | Celeste |  | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 68 | 1077273 | Cellino & Barnes, P.C. | Witherspoon | Billy |  | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 69 | 1077306 | Cellino & Barnes, P.C. | Zambito | Mary | T | Frazzini, Anne v. Merck & Co., Inc. | 2:07-cv-03480-EEF-DEK |
| 70 | 1083189 | Matthews & Associates | Rodriguez | Paulina | Maldonado | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |

**EXHIBIT C-2**

| | VCN | Firm Name | Last Name | First Name | Middle Initial |
|---|---|---|---|---|---|
| 1 | 1088054 | Biondi, Lawrence P., Law Offices of | Garidis | Alexandros | |
| 2 | 1088057 | Biondi, Lawrence P., Law Offices of | Kousoulas | Panagiotis | |
| 3 | 1088058 | Biondi, Lawrence P., Law Offices of | McCracken | Karen | |
| 4 | 1088066 | Biondi, Lawrence P., Law Offices of | Shpolyanskaya | Mariya | |
| 5 | 1088069 | Biondi, Lawrence P., Law Offices of | Yarosh | Raisa | |
| 6 | 1097298 | Douglas & London, PC | Hope | Jimmy | |
| 7 | 1097333 | Douglas & London, PC | Mikel | John | |
| 8 | 1092387 | Lopez, McHugh LLP | Adkins | Della | |
| 9 | 1092414 | Lopez, McHugh LLP | Ero | Patrick | |
| 10 | 1092666 | Lopez, McHugh LLP | Savage | Gloria | |
| 11 | 1092380 | Lopez, McHugh LLP | Wells | David | |
| 12 | 1092737 | Lopez, McHugh LLP | Whitty | Lawrence | |
| 13 | 1097984 | Miller Firm, LLC, The (PA) | Barkell | Cindy | |
| 14 | 1097987 | Miller Firm, LLC, The (PA) | Bates | Mary | A |
| 15 | 1097997 | Miller Firm, LLC, The (PA) | Blackmon | Brenda | |
| 16 | 1098003 | Miller Firm, LLC, The (PA) | Bodle | Gaynelle | T |
| 17 | 1098031 | Miller Firm, LLC, The (PA) | Caton | Jill | |
| 18 | 1098041 | Miller Firm, LLC, The (PA) | Cline | Bobbie | |
| 19 | 1098280 | Miller Firm, LLC, The (PA) | Cox | Carol | |

| 20 | 1098055 | Miller Firm, LLC, The (PA) | Daley | Craig | |
| 21 | 1098064 | Miller Firm, LLC, The (PA) | Daykin | Thomas | |
| 22 | 1098076 | Miller Firm, LLC, The (PA) | Drake | Buford | |
| 23 | 1098095 | Miller Firm, LLC, The (PA) | Fitzgerald | Paul | |
| 24 | 1098105 | Miller Firm, LLC, The (PA) | George | Betty | B |
| 25 | 1098113 | Miller Firm, LLC, The (PA) | Glenn Daniels | Phyllis | A |
| 26 | 1098129 | Miller Firm, LLC, The (PA) | Hall | Shirley | |
| 27 | 1098170 | Miller Firm, LLC, The (PA) | Jones | Mariti | |
| 28 | 1098189 | Miller Firm, LLC, The (PA) | Layton | Gloria | |
| 29 | 1098192 | Miller Firm, LLC, The (PA) | Lee | Deauna | |
| 30 | 1098202 | Miller Firm, LLC, The (PA) | Lingar | Patricia | |
| 31 | 1098214 | Miller Firm, LLC, The (PA) | Marcelin | Albertha | |
| 32 | 1098251 | Miller Firm, LLC, The (PA) | Mizzelle | Joyce | |
| 33 | 1098431 | Miller Firm, LLC, The (PA) | Mondroski | Charles | |
| 34 | 1079870 | Stipe, Harper Law Firm | Coonfield | Mary | |

| Case Caption | Docket Number |
|---|---|
| Garidis, Alexandros v. Merck & Co., Inc. | 2:05-cv-03880-EEF-DEK |
| Kousoulas, Panagiotis v. Merck & Co., Inc. | 2:06-cv-01014-EEF-DEK |
| McCracken, Karen v. Merck & Co., Inc. | 2:06-cv-01013-EEF-DEK |
| Shpolyanskaya, Mariya v. Merck & Co., Inc. | 2:05-cv-04699-EEF-DEK |
| Yarosh, Raisa v. Merck & Co., Inc. | 2:05-cv-03882-EEF-DEK |
| Catalfamo, Jennifer v. Merck & Co., Inc. | 2:07-cv-09135-EEF-DEK |
| Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| Adkins, Della v. Merck & Co., Inc. | 2:07-cv-01710-EEF-DEK |
| Ero, Patrick v. Merck & Co., Inc. | 2:07-cv-01705-EEF-DEK |
| Savage, Gloria v. Merck & Co., Inc. | 2:07-cv-02943-EEF-DEK |
| Wells, David v. Merck & Co., Inc. | 2:07-cv-01704-EEF-DEK |
| Whitty, Lawrence v. Merck & Co., Inc. | 2:05-cv-01112-EEF-DEK |
| Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |
| Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |

| | |
|---|---|
| Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Fitzgerald, Jane v. Merck & Co., Inc. | 2:06-cv-09826-EEF-DEK |
| Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |
| Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Coonfield, Mary v. Merck & Co., Inc. | 2:06-cv-10260-EEF-DEK |

# EXHIBIT D

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1105226 | Jones, Swanson, Huddell & Garrison, L.L.C. | Bailey | Kim | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 2 | 1105228 | Jones, Swanson, Huddell & Garrison, L.L.C. | Baker | Cheabert | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 3 | 1105512 | Jones, Swanson, Huddell & Garrison, L.L.C. | Blanchard | Linda | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 4 | 1105253 | Jones, Swanson, Huddell & Garrison, L.L.C. | Burton | Arbell | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 5 | 1105259 | Jones, Swanson, Huddell & Garrison, L.L.C. | Carr | Ardessa | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 6 | 1105270 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crawford | Timothy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 7 | 1105272 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crowell | Lorine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 8 | 1105294 | Jones, Swanson, Huddell & Garrison, L.L.C. | Dillon | Shirley | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 9 | 1105328 | Jones, Swanson, Huddell & Garrison, L.L.C. | Grant | Ursula | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 10 | 1105340 | Jones, Swanson, Huddell & Garrison, L.L.C. | Harrell | Queen | Victoria | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 11 | 1105349 | Jones, Swanson, Huddell & Garrison, L.L.C. | Hills | Yvonne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 12 | 1105355 | Jones, Swanson, Huddell & Garrison, L.L.C. | Howard | Carmel | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 13 | 1105511 | Jones, Swanson, Huddell & Garrison, L.L.C. | Jones | Bobbie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

# EXHIBIT D

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1105374 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lange | Dolores | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 15 | 1105534 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lazure | Ida | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 16 | 1105381 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lewis | Larry | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 17 | 1105386 | Jones, Swanson, Huddell & Garrison, L.L.C. | Love | James | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 18 | 1105405 | Jones, Swanson, Huddell & Garrison, L.L.C. | Mixon | Johnnie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 19 | 1105412 | Jones, Swanson, Huddell & Garrison, L.L.C. | Naquin | Elda | Annie | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 20 | 1105427 | Jones, Swanson, Huddell & Garrison, L.L.C. | Porter | Lucretia | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 21 | 1105430 | Jones, Swanson, Huddell & Garrison, L.L.C. | Price | Judy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 22 | 1105445 | Jones, Swanson, Huddell & Garrison, L.L.C. | Roy Garrick | Maryjane | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 23 | 1105459 | Jones, Swanson, Huddell & Garrison, L.L.C. | Slensker | Beverly | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 24 | 1105462 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Frankie | W | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 25 | 1105460 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Sarah | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 26 | 1105466 | Jones, Swanson, Huddell & Garrison, L.L.C. | Spriggs | Dewayne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

# EXHIBIT D

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1105470 | Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly | Sheryl | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 28 | 1105474 | Jones, Swanson, Huddell & Garrison, L.L.C. | Swanson | Theresa | J | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 29 | 1105483 | Jones, Swanson, Huddell & Garrison, L.L.C. | Thompson | Jerry | Otis | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 30 | 1105497 | Jones, Swanson, Huddell & Garrison, L.L.C. | Warren | Herman | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 31 | 1105510 | Jones, Swanson, Huddell & Garrison, L.L.C. | Young | Catherine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 32 | 1102993 | Ranier, Gayle & Elliot, L.L.C. (TX) | Roderick | Janet | D | Roderick, Janet D. v. Merck & Co., Inc. | 2:05-cv-06573-EEF-DEK |

## EXHIBIT E

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1058095 | Barrett Law Office, PA | Sendall | Joy | | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 2 | 1052009 | Branch Law Firm | Cole | Fred | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 3 | 1052211 | Branch Law Firm | Edmonson | Ronny | | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 4 | 1052337 | Branch Law Firm | Gallaher | Dorothy | | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| 5 | 1052773 | Branch Law Firm | King | Patricia | A | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| 6 | 1052789 | Branch Law Firm | Knight | Phyllis | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| 7 | 1094371 | Carey & Danis, LLC | Burnett | Helen | | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| 8 | 1095811 | Carey & Danis, LLC | Orange | Anna | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 9 | 1095732 | Carey & Danis, LLC | Murphy | Rodney | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 10 | 1095914 | Carey & Danis, LLC | Poole | John | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 11 | 1076990 | Cellino & Barnes, P.C. | Stewart | Michael | | Abdane Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 12 | 1098506 | Fayard & Honeycutt | Bannister | Clarence | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEK-DEK |
| 13 | 1098507 | Fayard & Honeycutt | Celestin | Diann | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEK-DEK |

# EXHIBIT E

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1104442 | Gallagher Law Firm (TX) | Hawkins | Geneva |  | Hawkins, Geneva v. Merck & Co., Inc. | 2:05-cv-04284-EEF-DEK |
| 15 | 1026321 | Gancedo & Nieves LLP | Duncan | Lewis |  | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 16 | 1085387 | Humphreys, James F. & Associates | Mollett | Elmo |  | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |
| 17 | 1105263 | Jones, Swanson, Huddell & Garrison, L.L.C. | Clark Charles | Jacqueline |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 18 | 1105506 | Jones, Swanson, Huddell & Garrison, L.L.C. | Williams | Dianna |  | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 19 | 1061904 | Levin, Papantonio | Harding | Ezeldia | Bateman | Harding, Ezeldia B. v. Merck & Co., Inc. | 2:05-cv-04472-EEF-DEK |
| 20 | 1092488 | Lopez, McHugh LLP | Hofmann | Mary |  | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 21 | 1092438 | Lopez, McHugh LLP | Roles | Loretta |  | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 22 | 1098006 | Miller Firm, LLC, The | Boyce | Steve |  | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 23 | 1101891 | Ranier, Gayle & Elliot, L.L.C. (TX) | Sanders | Brian | J | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK |
| 24 | 1103031 | Ranier, Gayle & Elliot, L.L.C. (TX) | Wilson | Latreesh | V | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 25 | 1108919 | Weykamp, Paul A., Law Offices of | Wilson | Nora |  | Wilson, Nora v. Merck & Co., Inc. | 2:05-cv-05105-EEF-DEK |

**EXHIBIT F**

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1094106 | Carey & Danis, LLC | Ainsworth | Richard | J | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 2 | 1094166 | Carey & Danis, LLC | Austin | Lavenia |  | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| 3 | 1094202 | Carey & Danis, LLC | Bass | Patricia |  | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK |
| 4 | 1111894 | Carey & Danis, LLC | Bisson | Jack |  | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 5 | 1094303 | Carey & Danis, LLC | Braley | Katherine |  | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 6 | 1094306 | Carey & Danis, LLC | Brancecum | Thomas |  | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7 | 1111874 | Carey & Danis, LLC | Brown | Donna |  | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 8 | 1094338 | Carey & Danis, LLC | Brown | Lionell |  | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 9 | 1094384 | Carey & Danis, LLC | Burton | Bryan |  | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 10 | 1094398 | Carey & Danis, LLC | Calvert | Ricky |  | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 11 | 1094414 | Carey & Danis, LLC | Cantrell | Mary | Ann | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 12 | 1094435 | Carey & Danis, LLC | Casey | Barbara | J | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 13 | 1111878 | Carey & Danis, LLC | Champion | James |  | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |

**EXHIBIT F**

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1094453 | Carey & Danis, LLC | Charlton | Richard | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 15 | 1094455 | Carey & Danis, LLC | Chavez | Joseph | | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| 16 | 1094547 | Carey & Danis, LLC | Council | Lisa | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 17 | 1094572 | Carey & Danis, LLC | Creviston | Norma | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 18 | 1094626 | Carey & Danis, LLC | Davis | Jean | | Davis, Jean v. Merck & Co., Inc. | 2:06-cv-02104-EEF-DEK |
| 19 | 1094691 | Carey & Danis, LLC | Donahue | May | | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK |
| 20 | 1094747 | Carey & Danis, LLC | Dungy | Lula | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 21 | 1111875 | Carey & Danis, LLC | Edwards | Constance | | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK |
| 22 | 1094782 | Carey & Danis, LLC | Etheridge | Alfred | | Sanchez, Theodore v. Merck & Co., Inc. | 2:06-cv-02002-EEF-DEK |
| 23 | 1094786 | Carey & Danis, LLC | Evans | Yvette | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 24 | 1111887 | Carey & Danis, LLC | Foster | Ava | Jack | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103-EEF-DEK |
| 25 | 1094829 | Carey & Danis, LLC | Foster | Jimmy | | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 26 | 1094910 | Carey & Danis, LLC | Gillespie | Pamela | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |

# EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1094912 | Carey & Danis, LLC | Gilliam | Kitty | | Frame, Jerry v. Merck & Co., Inc. | 2:05-cv-03815-EEF-DEK |
| 28 | 1094937 | Carey & Danis, LLC | Grate | Linda | | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |
| 29 | 1094942 | Carey & Danis, LLC | Greear | Mary | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 30 | 1095019 | Carey & Danis, LLC | Hardcastle | Murrel | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 31 | 1095034 | Carey & Danis, LLC | Harrison | Evelyn | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 32 | 1111889 | Carey & Danis, LLC | Havens | Shirley | | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 33 | 1095051 | Carey & Danis, LLC | Hayes | Lilli | | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| 34 | 1095058 | Carey & Danis, LLC | Heagle | Mary | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 35 | 1095077 | Carey & Danis, LLC | Henry | Mary | | McCandless, Marilyn v. Merck & Co., Inc. | 2:06-cv-10746-EEF-DEK |
| 36 | 1095132 | Carey & Danis, LLC | House | Floy | | Phillip, Lorraine v. Merck & Co., Inc. | 2:05-cv-03808-EEF-DEK |
| 37 | 1095222 | Carey & Danis, LLC | Jenkins | Eula | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 38 | 1095225 | Carey & Danis, LLC | Jessup | Frank | R | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |
| 39 | 1095259 | Carey & Danis, LLC | Jones | Jacinta | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

**EXHIBIT F**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 40 | 1095272 | Carey & Danis, LLC | Jones | Williams | | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 41 | 1095282 | Carey & Danis, LLC | Kanesouphonh | Somphone | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 42 | 1095300 | Carey & Danis, LLC | Kelley | Mildred | S | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 43 | 1095327 | Carey & Danis, LLC | Kiser | Gregory | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 44 | 1095358 | Carey & Danis, LLC | Lacey | Roy | E | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| 45 | 1095377 | Carey & Danis, LLC | Lara | Ricardo | T | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| 46 | 1095403 | Carey & Danis, LLC | Lemmon | Bill | M | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| 47 | 1095440 | Carey & Danis, LLC | Locke | Maurice | A | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 48 | 1095442 | Carey & Danis, LLC | Locks | Dorothy | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 49 | 1111872 | Carey & Danis, LLC | Maddox | Theresa | | Jones, Sineria v. Merck & Co., Inc. | 2:05-cv-02581-EEF-DEK |
| 50 | 1095531 | Carey & Danis, LLC | Mars | Kenna | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 51 | 1095533 | Carey & Danis, LLC | Martin | Barbara | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 52 | 1095623 | Carey & Danis, LLC | Medero | Lorraine | | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383-EEF-DEK |

## EXHIBIT F

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 53 | 1095862 | Carey & Danis, LLC | Pearson | Oliver | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 54 | 1095961 | Carey & Danis, LLC | Ramsay | William | | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 55 | 1096016 | Carey & Danis, LLC | Rickett | Nancy | | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| 56 | 1096058 | Carey & Danis, LLC | Rogers | Jimmie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 57 | 1096098 | Carey & Danis, LLC | Sanchez | Eliza | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 58 | 1096105 | Carey & Danis, LLC | Sanders | James | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 59 | 1096118 | Carey & Danis, LLC | Schafer | Steven | Albert | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 60 | 1111870 | Carey & Danis, LLC | Simpson | Earlene | | Braun, David v. Merck & Co., Inc. | 2:05-cv-03851-EEF-DEK |
| 61 | 1096211 | Carey & Danis, LLC | Smith | Janice | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 62 | 1096236 | Carey & Danis, LLC | Spann | Rosie | May | Spann, Rosie M. v. Merck & Co., Inc. | 2:05-cv-05290-EEF-DEK |
| 63 | 1096266 | Carey & Danis, LLC | Stewart | David | | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK |
| 64 | 1111879 | Carey & Danis, LLC | Thomas | Claudie | | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 65 | 1096358 | Carey & Danis, LLC | Thrasher | William | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

**EXHIBIT F**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 66 | 1096388 | Carey & Danis, LLC | Tuma | Theresa | | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK |
| 67 | 1096400 | Carey & Danis, LLC | Umstead | Virgil | | Boyer, Rose v. Merck & Co., Inc. | 2:07-cv-02938-EEF-DEK |
| 68 | 1096407 | Carey & Danis, LLC | Vance | Marie | | Nobles, Marie v. Merck & Co., Inc. | 2:06-cv-02102-EEF-DEK |
| 69 | 1111892 | Carey & Danis, LLC | Vinson | Dallie | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 70 | 1096446 | Carey & Danis, LLC | Wagganer | Jill | C | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |
| 71 | 1096487 | Carey & Danis, LLC | Watson | Alice | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| 72 | 1096524 | Carey & Danis, LLC | White | Monnyeen | K | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| 73 | 1096566 | Carey & Danis, LLC | Williams | Merritt | | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK |
| 74 | 1096626 | Carey & Danis, LLC | Young | Barbara | | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| 75 | 1112476 | Garcia Law Firm, The | Morris | Mary | | Morris, Mary v. Merck & Co., Inc. | 2:07-cv-02694-EEF-DEK |
| 76 | 1104334 | Riley, Michael D., Law Office of | Jackson | Cynthia | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 77 | 1104335 | Riley, Michael D., Law Office of | Johnson | Samuel | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| 78 | 1108895 | Weykamp, Paul A., Law Offices of | Davis | Mary | | Davis, Johnny v. Merck & Co., Inc. | 2:05-cv-05118-EEF-DEK |

## EXHIBIT F

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 79 | 1108900 | Weykamp, Paul A., Law Offices of | Hennemuth | Patrick |  | Hennemuth, Patrick v. Merck & Co., Inc. | 2:05-cv-05120-EEF-DEK |
| 80 | 1108905 | Weykamp, Paul A., Law Offices of | Langley | Jerry |  | Langley, Jerry v. Merck & Co., Inc. | 2:05-cv-05095-EEF-DEK |
| 81 | 1108908 | Weykamp, Paul A., Law Offices of | Macijeski | Mary | Annie | Macijeski, Mary A. v. Merck & Co., Inc. | 2:05-cv-05098-EEF-DEK |
| 82 | 1108910 | Weykamp, Paul A., Law Offices of | McKenith | James |  | McKenith, James v. Merck & Co., Inc. | 2:05-cv-05110-EEF-DEK |