**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits C through F | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16032, came on for hearing on the 10th day of October, 2008.  For the reasons orally assigned, the Court hereby rules as follows:

IT IS ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that all plaintiffs on Exhibit B be and they hereby are ordered to appear at one of the Court's conferences for plaintiffs who are eligible for the Vioxx Settlement Program, but who have not enrolled in the program.  The Court has issued a separate Order, Supplemental Order Scheduling Conferences, R. Doc. 16420 regarding the conferences.

IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit C be and they hereby are dismissed without prejudice.

IT IS FURTHER ORDERED that the motion is withdrawn as to all plaintiffs on Exhibit D.

NEW ORLEANS, LOUISIANA, this 16th day of October, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

949162v.1

## Exhibit A:  Claims to Be Dismissed With Prejudice

### *Claims for Which No Opposition was Submitted:*

| FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|---|
| Altman & Prescott | Smith | Linda | R. | Smith, Linda v. Merck & Co., Inc | 2:06-cv-04027-EEF-DEK |
| Anderson, John H. | Crowell | Eula | | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| Anderson, John H. | Blakenship | Lamond | Sr. | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| Anderson, John H. | Newsome | Linda | | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| Austin & Associates, LLC | Becnel | Emily | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Berry | Lillie | Mae | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Austin & Associates, LLC | Dandridge | Dorothy | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Keeton | Brenda | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Veal | Ruby | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Austin & Associates, LLC | Wright | Shirley | | Berry, Lillie Mae v. Merck & Co., Inc. | 2:05-cv-04553-EEF-DEK |
| Barham, Warner & Bellamy, L.L.C. | Crooks | Johnie | R. | Crooks, Johnie R. v. Merck & Co., Inc. | 2:05-cv-02020-EEF-DEK |
| Becker & D'Agostino | BONILLA | ANA | | Bonilla, Ana v. Merck & Co., Inc. | 2:06-cv-02242-EEF-DEK |
| Blizzard, McCarthy & Nabers, LLP | Jones | Lynn | | Jones, Lynn v. Merck & Co., Inc. | 2:06-cv-06778-EEF-DEK |
| Branch Law Firm | Hicks | Agnes | H. | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| Branch Law Firm | Ledbetter | Saul | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| Branch Law Firm | Pederson | Frances | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| Branch Law Firm | Wagner | Wendie | | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| Branch Law Firm | Carlson, III | Harry | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| Branch Law Firm | Knight | Carol | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |

- 2 –

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

| | | | | | |
|---|---|---|---|---|---|
| Branch Law Firm | Mallon | James | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| Branch Law Firm | Sanchez | Frank | | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| Branch Law Firm | Kangas | Paul | M. | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| Branch Law Firm | Treece | Velma | | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| Branch Law Firm | Cabatbat | Melodia | | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK |
| Branch Law Firm | Caine | Harriet | | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK |
| Branch Law Firm | Kennedy | Donald | | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| Brown Law Firm, The | Broussard | Bart | A | Broussard, Bart v. Merck & Co., Inc. | 2:05-cv-02158-EEF-DEK |
| Cantrell, Cantrell & Fisher | Davis | George | W | Davis, George W. v. Merck & Co., Inc. | 2:05-cv-06244-EEF-DEK |
| Carey & Danis, LLC | Rogers | Alice | | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| Carey & Danis, LLC | Fisher | Ruby | | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK |
| Ernst and Associates | Taylor | Antionette | A | Taylor, Antionette v. Merck & Co., Inc. | 2:05-cv-04710-EEF-DEK |
| Eubanks, Gary & Associates | McGinnis | Danny | R | Oaks, James v. Merck & Co., Inc. | 2:05-cv-05062-EEF-DEK |

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

| Fabbro, Steven A., Law Office of | Gutierrez | Marbely | | Gutierrez, Marbely v. Merck & Co., Inc. | 2:06-cv-11015-EEF-DEK |
|---|---|---|---|---|---|
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Montoya | Filberto | | Montoya, Cristobal v. Merck & Co., Inc. | 2:07-cv-00735-EEF-DEK |
| Farr, Kaufmann, Sullivan, Jensen, Medsker, Nichols, Conklin, Olds | Elizie | West | G. | Robb, Leonard S. v. Merck & Co., Inc. | 2:06-cv-10314-EEF-DEK |
| Fenner & Boles LLC | Alexander | Arvil | L. | Benge, Steven v. Merck & Co., Inc. | 2:05-cv-05148-EEF-DEK |
| Fenner & Boles LLC | Weber | Jane | M. | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| Fibich, Hampton & Leebron, LLP | Blair | Ruby | | Blair, Ruby v. Merck & Co., Inc. | 2:06-cv-06817-EEF-DEK |
| Gallagher Law Firm (TX) | Dandles | James | | Dandles, James v. Merck & Co., Inc. | 2:08-cv-00593-EEF-DEK |
| Gallagher Law Firm (TX) | Gallegos | David | | Gallagos, Margarita v. Merck & Co., Inc. | 2:06-cv-03193-EEF-DEK |
| Hensley & Dawson, PSC | Curls | Anna | L | Curls, Anna L. v. Merck & Co., Inc. | 2:06-cv-03882-EEF-DEK |
| Howard, Lewis & Petersen | Broce | Donna | L. | Broce, Donna v. Merck & Co., Inc. | 2:07-cv-00738-EEF-DEK |
| Humphreys, James F. & Associates | Sethi | Frederic | S | Sethi, Hercharan K. v. Merck & Co., Inc. | 2:06-cv-10324-EEF-DEK |
| Jackson, Michael W., Attorney at Law | Carter | Yolanda | M. | Carter, Yolanda M. v. Merck & Co., Inc. | 2:06-cv-10673-EEF-DEK |
| Jenkins, Arthur L., Jr. | Filippini | John | | Filippini, John v. Merck & Co., Inc. | 2:07-cv-01257-EEF-DEK |

- 4 –

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

| | | | | | |
|---|---|---|---|---|---|
| Johnson, David H., Law Office of | Gunn | Ruth | A. | Gunn, Ruth A. v. Merck & Co., Inc. | 2:06-cv-00316-EEF-DEK |
| Johnson, David H., Law Office of | Mahon | Cheryl | A. | Mahon, Cheryl A. v. Merck & Co., Inc. | 2:05-cv-06542-EEF-DEK |
| Johnson, David H., Law Office of | Scott | Verna | D. | Scott, Verna v. Merck & Co., Inc. | 2:05-cv-06206-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | AUSTIN, DECEASED | BOBBY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | COLLIER | FAY LYNETTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GORDON, DECEASED | MARCEL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MORVAN, DECEASED | RITA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROUSSEL | BELLE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROUSSEL, SR. | LOUIS | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | STALLWORTH | BARBARA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Kalbaugh, Pfund & Messersmith | Montgomery | Lewis | C. | Montgomery, Lewis C. v. Merck & Co., Inc. | 2:05-cv-00532-EEF-DEK |
| Ketcherside, John F. | Watson | Brenda | D | Watson, Brenda v. Merck & Co., Inc. | 2:06-cv-02000-EEF-DEK |
| Lamb Firm, LLC, The | Santa-Rodriguez | Elba | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

| | | | | | |
|---|---|---|---|---|---|
| Lamb Firm, LLC, The | Arroyo-Acosta | Miguelina | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Baez-Maymi | Lucia | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Castrillo | Maria | T. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lanier Law Firm, PC | Newell | Carol | P | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Portis-Carter | Helen | V | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Levenberg, David, Esquire | ASHBY | CONNIE | C | Ashby, Connie v. Merck & Co., Inc. | 2:05-cv-03609-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Oakley | James | S | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| Mayeux, Donald L., Law Firm | Fontenot | Landry | | Fontenot, Landry v. Merck & Co., Inc. | 2:07-cv-06876-EEF-DEK |
| Miller Firm, LLC, The (PA) | Johnson | Mike | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Mithoff Law Firm | Johnson | Doyle | | Johnson, Doyle M. v. Merck & Co., Inc. | 2:05-cv-02358-EEF-DEK |
| Mithoff Law Firm | Johnson | Sandra | | Johnson, Doyle v. Merck & Co., Inc. | 2:05-cv-06591-EEF-DEK |
| Ofodile & Associates, P.C. | EWERS | ROMEAL | A | Ewers, Romeal v. Merck & Co., Inc. | 2:07-cv-08079-EEF-DEK |
| Pagniello, Robert, Law Offices of | Allen | Claudette | F. | Allen, Claudette F. v. Merck & Co., Inc. | 2:06-cv-06520-EEF-DEK |

Exhibit A: Claims to be Dismissal With Prejudice
949166v.1

| Phillips & Associates | Richland | Margo | | Kaptain, Daniel v. Merck & Co., Inc. | 2:07-cv-07503-EEF-DEK |
|---|---|---|---|---|---|
| Pittman, Dutton, Kirby & Hellums, P.C. | Smith | Billy | G. | Smith, Billy G. Jr. v. Merck & Co., Inc. | 2:06-cv-09700-EEF-DEK |
| Rawlins Firm, PLLC, The | Love | Mavis | | Love, Mavis v. Merck & Co., Inc. | 2:05-cv-05162-EEF-DEK |
| Schmidt, Douglas M., APLC | Abraham | Janice | | Abraham, Janice v. Merck & Co., Inc. | 2:07-cv-01659-EEF-DEK |
| Schmidt, Douglas M., APLC | Collins | Doris | | Collins, Doris v. Merck & Co., Inc. | 2:07-cv-01656-EEF-DEK |
| Schmidt, Douglas M., APLC | Daniel | Alfred | | Daniel, Alfred Jr. v. Merck & Co., Inc. | 2:07-cv-01631-EEF-DEK |
| Schmidt, Douglas M., APLC | Declouet | Harold | | Declouet, Harold v. Merck & Co., Inc. | 2:07-cv-01637-EEF-DEK |
| Schmidt, Douglas M., APLC | Fontenot | Willie | | Fontenot, Willie v. Merck & Co., Inc. | 2:07-cv-01677-EEF-DEK |
| Schmidt, Douglas M., APLC | Freeman | Enola | | Freeman, Enola v. Merck & Co., Inc. | 2:07-cv-01652-EEF-DEK |
| Schmidt, Douglas M., APLC | Gamble | Rose | | Gamble, Rose v. Merck & Co., Inc. | 2:06-cv-01661-EEF-DEK |
| Schmidt, Douglas M., APLC | Gaspard | Mabel | | Gaspard, Mabel v. Merck & Co., Inc. | 2:07-cv-01636-EEF-DEK |
| Schmidt, Douglas M., APLC | Ivy | Muron | | Ivy, Muron v. Merck & Co., Inc. | 2:07-cv-01648-EEF-DEK |
| Schmidt, Douglas M., APLC | Jackson | Isaac | | Jackson, Isaac v. Merck & Co., Inc. | 2:07-cv-01632-EEF-DEK |

Exhibit A: Claims to be Dismissal With Prejudice
949166v.1

| | | | | | |
|---|---|---|---|---|---|
| Schmidt, Douglas M., APLC | Thierry (deceased) | Bessie | | Jackson, Sandra v. Merck & Co., Inc. | 2:07-cv-01634-EEF-DEK |
| Schmidt, Douglas M., APLC | Jasmine | Annetta | | Jasmine, Annetta v. Merck & Co., Inc. | 2:07-cv-01646-EEF-DEK |
| Schmidt, Douglas M., APLC | Joubert | Lawrence | | Joubert, Lawrence v. Merck & Co., Inc. | 2:07-cv-01669-EEF-DEK |
| Schmidt, Douglas M., APLC | Joubert | Shirlene | | Joubert, Shirlene v. Merck & Co., Inc. | 2:07-cv-01658-EEF-DEK |
| Schmidt, Douglas M., APLC | LeBlanc | James | | LeBlanc, James v. Merck & Co., Inc. | 2:07-cv-01660-EEF-DEK |
| Schmidt, Douglas M., APLC | Lee | Minnie | | Lee, Minnie v. Merck & Co., Inc. | 2:07-cv-01650-EEF-DEK |
| Schmidt, Douglas M., APLC | Levings (deceased) | Auddie | | Levings, Daryl v. Merck & Co., Inc. | 2:07-cv-01675-EEF-DEK |
| Schmidt, Douglas M., APLC | Lewis | Catherine | | Lewis, Catherine v. Merck & Co., Inc. | 2:07-cv-01635-EEF-DEK |
| Schmidt, Douglas M., APLC | Malbreaux | Yola | | Malbreaux, Yola v. Merck & Co., Inc. | 2:07-cv-01641-EEF-DEK |
| Schmidt, Douglas M., APLC | Schexnayder | Tommie | | Schexnayder, Tommie v. Merck & Co., Inc. | 2:07-cv-01668-EEF-DEK |
| Schmidt, Douglas M., APLC | Simon | Alceede | | Simon, Alcide v. Merck & Co., Inc. | 2:07-cv-01662-EEF-DEK |
| Schmidt, Douglas M., APLC | Thomas | Willie Mae | | Thomas, Willie Mae v. Merck & Co., Inc. | 2:07-cv-01638-EEF-DEK |
| Schmidt, Douglas M., APLC | Thompson | John | | Thompson, John v. Merck & Co., Inc. | 2:07-cv-01663-EEF-DEK |

Exhibit A: Claims to be Dismissal With Prejudice
949166v.1

| Silverman & Fodera | Rosa | Israel | | Israel Rosa v. Merck & Co., Inc. | 2:06-cv-09400-EEF-DEK |
| Sklodowski, Robert L. & Associates | Waldman | Evelyn | | Waldman, Evelyn v. Merck & Co., Inc. | 2:06-cv-11067-EEF-DEK |
| Smith, Michael, Attorney at Law | BISAZZA | MAMIE | M | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | DAVENPORT | LAURA | J | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | DAVIS | MAUDIE | H | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | DRAMIS | ELEANOR | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | KONGSTVEDT | ROBERT | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | MADDOX | BERNICE | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | PANARISI | JOSEPH | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | YAGHIAZARIAN | ARAM | | Davenport, Laura v. Merck & Co. Inc. | 2:06-cv-00096-EEF-DEK |
| Smith, Michael, Attorney at Law | WILLIAMS | CLEOLA | | Williams, Cleola v. Merck & Co., Inc. | 2:06-cv-08313-EEF-DEK |
| Stipe, Harper Law Firm | Stuckey | Leo | | Stuckey, Michele v. Merck & Co., Inc. | 2:05-cv-03604-EEF-DEK |
| Weitz & Luxenberg, P.C. | Sansotta Navarro | Herminia | | Sansotta Navarro, Herminia v. Merck & Co., Inc. | 2:05-cv-06403-EEF-DEK |

Exhibit A: Claims to be Dismissal With Prejudice
949166v.1

| | | | | | |
|---|---|---|---|---|---|
| Young Firm, The | Keown | Addine | L | Keown, Addine L. v. Merck & Co., Inc. | 2:06-cv-06423-EEF-DEK |
| Young Firm, The | Lahmann | Randall | L | Lahmann, Wilda v. Merck & Co., Inc. | 2:06-cv-06432-EEF-DEK |
| Burford, Robert J. & Associates, PLLC | England | Lisa | | England, Lisa G. v. Merck & Co., Inc. | 2:08-cv-00153-EEF-DEK |
| Burford, Robert J. & Associates, PLLC | Hallman | James | | Hallman, James H. Sr. v. Merck & Co., Inc. | 2:07-cv-09402-EEF-DEK |
| Burford, Robert J. & Associates, PLLC | Hendley | Frederick | | Hendley, Fredrick v. Merck & Co., Inc | 2:08-cv-00158-EEF-DEK |
| Christoff, William Z., Attorney at Law | Kerr, Sr. | Kenneth | K. | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| Hamilton Law Firm, P.C. | Gernhart | Charlotte | A | Gernhart, Alan v. Merck & Co., Inc. | 2:06-cv-10605-EEF-DEK |
| Modesett, Jack, III, Law Offices of | Garrette | Juanita | T. | Garrett, Charles R. v. Merck & Co., Inc. | 2:07-cv-02140-EEF-DEK |

### *Claims for Which Counsel Consents to Dismissal:*

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | Arnold | Augustina | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| Matthews & Associates | Salyers | Sydney | S | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Bolin | Pearline | A | Cotton, James v. Merck & Co., Inc. | 2:07-cv-02202-EEF-DEK |
| Matthews & Associates | Clapp | Vernon | O | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK |

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

| Matthews & Associates | Cotton | Larry | M | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
|---|---|---|---|---|---|---|
| Matthews & Associates | Nally | Philip | E | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| Matthews & Associates | Ram | Satish | | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | Robinson | Doris | N | | Lyles, Alana v. Merck & Co., Inc. | 2:05-cv-04548-EEF-DEK |
| Matthews & Associates | Higgins | Othell | | | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| Matthews & Associates | Velez Rodriguez | Delia | | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |

- 11 –

Exhibit A: Claims to be
Dismissal With Prejudice
949166v.1

**Exhibit B:**
*Cases for which Ruling is Deferred Until on or After October 31*
*And which are set for one of the status conferences regarding enrollment*

| | | | | | |
|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ashbaugh | Paul | Kurt | Ashbaugh, Paul K. v. Merck & Co., Inc. | 2:05-cv-04150-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Reaves | Steve | | Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | McCoy | Danny | | McCoy, Joyce v. Merck & Co., Inc. | 2:05-cv-04515-EEF-DEK |
| Godosky & Gentile, P.C. | Bua | Hugo | | Bua, Hugo v. Merck & Co., Inc. | 2:05-cv-01552-EEF-DEK |
| Matthews & Associates | Martin | Wesley | M | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | Rogers | Edwin | C | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Stone | James | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |

949167v.1

**Exhibit C:**
Cases To Be Dismissed Without Prejudice

| | | | | | |
|---|---|---|---|---|---|
| Cellino & Barnes | Shannon | Bryant | K. | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| Matthews & Associates | Aguirre Colon | Emerita | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| Matthews & Associates | Collins | Ernestine | | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK |
| Matthews & Associates | Comeaux | Edmond | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Cordero | Nilda | M | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK |
| Matthews & Associates | Correa Lopez | Delia | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| Matthews & Associates | Costas Perez | Luis | R | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| Matthews & Associates | Cox | Sara | L | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Matthews & Associates | Douglas | William | N | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Matthews & Associates | Elliott | Edward | L | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Figueroa Casanova | Serafin | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| Matthews & Associates | Foster | Carron | A | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Matthews & Associates | Fox | Vernon | F | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | Houde | Roselyn | M | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| Matthews & Associates | Jackson | Arnetta | K | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| Matthews & Associates | James | Hilton | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Johnson | Carolyn | S | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | Langford | Edward | B | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | Mason | Bennie | | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | McKinnon | Cindy | L | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | Mercer | Jerry | A | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | Montalvo Santiago | Carmen | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| Matthews & Associates | Morales Santiago | Paula | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| Matthews & Associates | Noil | Elnora | M | Peters, Mildred L. v. Merck & Co., Inc. | 2:05-cv-04754-EEF-DEK |
| Matthews & Associates | Page | David | J | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| Matthews & Associates | Ramirez Torres | Rosa | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |

Exhibit C: Cases to be Dismissed Without Prejudice

949168v.1

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | Reese | William | R | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| Matthews & Associates | Rosado Sanchez | Hiroshima | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| Matthews & Associates | Ross | Sylvia | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Shannon | Timothy | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Smart | William | I | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Smith | Jeanie | H | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Smith | Katherine | J | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Soto Rivera | Tomasa | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| Matthews & Associates | Stewart | Dorothy | E | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Thomas | Bandele | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Vega Valentin | Lidia | E | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| Matthews & Associates | Voiron | Dorothy | E | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Watson | Warren | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |

Exhibit C: Cases to be Dismissed Without Prejudice
949168v.1

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | Best | Lonnie | E | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| Matthews & Associates | Beverly | Albert | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Bruno Jurgens | Maria | | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| Matthews & Associates | Caraway | Karen | J | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| Matthews & Associates | Cecil | Joyce | A | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| Matthews & Associates | Coleman | James | | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01548-EEF-DEK |
| Matthews & Associates | Dantzler | Gloria | J | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Davis | Juanetta | M | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | DeRosier | Celestina | E | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Fitzgerald | Laura | M | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Garcia | Alice | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Hamilton | Kim | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Johnson | Neva | J | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |

Exhibit C: Cases to be Dismissed Without Prejudice

949168v.1

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | Jones | Cheryl | A | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | Lance | Ronald | M | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | Logan | Robert | G | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | McGee | Iramintier | | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | Montalto | Karen | A | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| Matthews & Associates | Murrell | Dorenda | K | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| Matthews & Associates | Smith | Patricia | A | Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK |
| Matthews & Associates | Soto Silva | Reynaldo | | Padilla, Rosa M. A. v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| Matthews & Associates | Swank | Ronnie | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Ward | Joy | L | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | West | David | P | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Williams | Henry | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Wisdom | Richard | L | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |

Exhibit C: Cases to be
Dismissed Without Prejudice
949168v.1

| Matthews & Associates | Wright | Richard | W | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
|---|---|---|---|---|---|

- 6 –

949168v.1

Exhibit D:
Cases as to which the Motion is Withdrawn

| | | | | | |
|---|---|---|---|---|---|
| Blizzard, McCarthy & Nabers, LLP | Sparr | Raymond | J. | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Plemons | Lemma | M. | Allison, Kelly v. Merck & Co., Inc. | 2:05-cv-04450-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Aguillard | Joseph | Jr. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Dobard | Albert | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Hughes | Carolyn | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Jackson | Jessie | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Joseph | Shelly | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Rogers-Taylor | Glynis | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Herman, Herman, Katz & Cotler, LLP | Young | Kevin | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Hollis, Wright & Harrington | Clark | Percy | | Clark, Pearlie M. v. Merck & Co., Inc. | 2:07-cv-01419-EEF-DEK |
| Matthews & Associates | Crowder | Betty | G | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Higgins | Stephen | H | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | King | Sheryle | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Matthews & Associates | McLean | Dennis | M | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| Matthews & Associates | Spivey | Richard | B | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Matthews & Associates | Blackwell | Marsha | A | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Cathey | Willie | | Baker, Joyce A. v. Merck & Co., Inc. | 2:05-cv-04755-EEF-DEK |
| Matthews & Associates | Davis | Augusta | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Matthews & Associates | Graham | Sandra | H | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Young | Gloria | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Benitez Boines | Ana | H | Cabrera, Antonia A. v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| Matthews & Associates | Cordle | June | A | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Matthews & Associates | Howard | Jim | | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| Matthews & Associates | Hubek | Goldie | M | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Matthews & Associates | McCarty | Peggy | E | McCarty, Peggy E. v. Merck & Co., Inc. | 2:06-cv-01795-EEF-DEK |
| Matthews & Associates | Spahn | Irma | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |

Exhibit D: Motion Withdrawn
949169v.1

| Matthews & Associates | Spears | Beverly | J | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
|---|---|---|---|---|---|
| Matthews & Associates | Taylor | Diana | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| Matthews & Associates | Vickers | Timothy | A | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| Mithoff Law Firm | Robbins | David | | Robbins, David v. Merck & Co., Inc. | 2:05-cv-01582-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BROWN | CASSANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BUNCH | LUBERTIA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GIBSON | JOYCE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARMON | JAMES | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARTFIELD | BETTY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HENSON | EDWIN | L. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KLEINPETER | CHARLOTTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MCKINLEY, DECEASED | JOHN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MORRIS | CASSANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | O'NEAL, DECEASED | MARY | O. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

Exhibit D: Motion Withdrawn
949169v.1

| | | | | | |
|---|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKER | AMEAL | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKMAN | SHIRLEY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | POWELL | C. P. | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | RANDALL | PAULETTE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROSS, DECEASED | NORMAN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SIMPSON | LILLY | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | STELLY, DECEASED | JOHN | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - WILSON, DECEASED | SANDRA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMAS | TANYA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TINSLEY | JAMES | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VINCENT | ANGELA | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WILLIAMS | ELAINE | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JONES | WILLIE | | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK |

Exhibit D: Motion Withdrawn

949169v.1