UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Brenda Blackmmon, et al. v.* | * | MAGISTRATE JUDGE |
| *Merck & Co., Inc.;* | * | KNOWLES |
| *Docket No. 2:06-cv-5992* | * | |
| | * | |
| Only as to John Miller a.k.a. Fred Miller | * | |
| | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff John Miller a.k.a. Fred Miller in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of October, 2008.

_____
DISTRICT JUDGE

948920v.1