UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Pat Geasley, et al. v. Merck & Co.* | * | |
| *Inc., Regarding Opha Morrow on behalf* | * | |
| *Of Steve Reaves Only, Docket No. 05-4508* | * | |
| | * | KNOWLES |
| | * | |

******************************************

## ORDER

Upon due consideration of plaintiff's counsel's Notice to Withdraw Motion to Withdraw as counsel of records, and for good cause shown, the Court finds the motion to be well-taken. The Motion to Withdraw should be **DENIED** and rendered **MOOT**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. shall remain as counsel of record for plaintiff, Opha Morrow on behalf of Steve Reaves.

IT IS SO ORDERED.

New Orleans  Louisiana

DATED: October 16th  2008

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE