UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Juanetta Bush, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to:**

**Nannie Wilson**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-01904

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Nannie Wilson in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

949619v.1