UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| *Flossie Batt, et al. v. Merck & Co.,* | * | MAGISTRATE JUDGE |
| *Inc.; Docket No. 2:05-cv-5139* | * | KNOWLES |
| | * | |
| *Only as to Steven Felty, by or on behalf* | * | |
| *of Martha Felty; Mary Fields* | * | |
| *Ferguson, by or on behalf of Kenneth* | * | |
| *Ferguson; and Doris Neuschaefer,* | * | |
| *by or on behalf of Thomas Neuschaefer* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Steven Felty, Mary Fields Ferguson, and Doris Neuschaefer in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>17th</u> day of <u>October</u>, 2008.

_____
DISTRICT JUDGE

949179v.1