# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * | MDL Docket No. 1657 |
| | * | |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * | |
| | * | |
| | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

## MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, REBA JOHNSON, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Comes now, counsel of record for Reba Johnson, and files this Motion to Withdraw, and states as follows:

1. Counsel for Plaintiff seeks to withdraw from representation from Plaintiff who cannot be found or fails to respond to communications from counsel.

2. Counsel has undertaken all reasonable efforts to locate this Plaintiff to confer regarding the Vioxx settlement program, but counsel has been unsuccessful.

3. Attached hereto is Exhibit A, counsel's certification in support of Motion to Withdraw as counsel.

Wherefore, counsel prays that the Court grants counsel's Motion To Withdraw as counsel for Reba Johnson.

Respectfully submitted,

s/David McMullan
David McMullan
BARRETT LAW OFFICE, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095
(662) 834-2376  (662) 834-2409 (fax)

## CERTIFICATE OF SERVICE

I, David McMullan, hereby certify that on October 21, 2008, a true copy of the foregoing was filed electronically, and notice was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                          s/ David McMullan
                                                          Attorney for Plaintiff