## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * * * | MDL Docket No. 1657 |
| v. | * * | Section L |
| MERCK & CO., INC.<br>Defendants | * * * | Judge Fallon |
| Case No. 2:05-CV-01102 | * * | Magistrate Judge Knowles |

## ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, REBA JOHNSON, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Reba Johnson. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Reba Johnson, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Reba Johnson, shall be sent to P. O. Box 55673, Oklahoma City, OK 73155.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date:_____