Danny Bell #K-68611
F.S.P.   5-AB2-40
P.O. Box 950
Folsom, CA 95763

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 1 4 2008 WP

LORETTA G. WHYTE
Clerk

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LITIGATION

CIV. CASE NO. 05-1243-Danny Bell

MDL NO. 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

TENDERED FOR FILING

OCT 1 4 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

THIS DOCUMENT RELATES TO:
NOTICE AND MOTION FOR RELIEF FROM JUDGMENT (F.R.Civ.P. § 60 (b) (3)

TO THE HONORABLE JUDGE FALLON AND MAGISTRATE JUDGE

KNOWLES, OF THE UNITED STATES EASTERN DISTRICT COURT OF

LOUISIANA.

Pursuant to Federal Rules Of Civil Procedure, Rule 60 (b) (3).

Plaintiff Danny Bell, Respectfully seeks representation, in this

Instant Matter of complex litigation. This Motion is Made upon

the grounds More specifically described with the Attached declaration

And Memorandum of points And Authorities in support thereof.

Date September 30  2008
(IN PROPRIA PERSONIA)

Respectfully Submitted:
Danny Bell
DANNY BELL (PRO SE) PLAINTIFF

Fee _____
Process _____
X  Dktd _____
X  CtRmDep _____
Doc No. _____

DECLARATION IN SUPPORT OF
MOTION FOR REPRESENTATION APPOINTMENT FOR COMMUNICATION
PURPOSES

I Danny Bell, do hereby declare and say:

(A) That because plaintiff is currently pursuing relief in the United States Eastern District Court of Louisiana, in Multi District Complex litigation and is an INCARCERATED INdigent: the services of representation for Communication purposes would be useful and beneficial to both the Court and plaintiff who maintains no internet access to contend in the Settlement Program, in that:

I have, through due dilligence received and timely returned through the U.S. Postal System a (1) Registration and Claims Package materials as requested. (2) an Enrollment Form, (3) a Release (4) a Medical Records Authorization form; (5) a stipulation and has filled other various requested information.

The Claims Administrator asserted that if I met the stated deadlines I could qualify -after verification- for interim payments as early as August 2008. The Claims Administrator stated that, if I am or not qualified for the Settlement I could return to the court system or Appeal upon

Notice" by the Claims Administrator verification of factors in Vioxx usage and damage caused. The Claims Administrator (Diann W. Bates) stated that I would have Thirty days to return to the tort system if my Eligible claim does not qualify for payment under the terms of the program.

On this 30th day of September, 2008, I Danny Bell has received "NO" response from the Claim Administrator. I have received no Notice in which I could afford initiation of an appeal or for further proceedings in this action. The Claims Administrator stated that after 30 days of their decision/Notice my Vioxx case Shall be dismissed. Again, I have mailed all requested information in a timely fashion; dispite the fact that after submitting the timely information, the Curator informed the Claims Administrator that the requested info were already available in the Litigation Medical Records Depository.

For the foregoing reasons, an appointed Communicator is necessary that I receive proper Notice of the Claims Administrator's decisions.

Date September 30, 2008

Respectfully Submitted

Danny Bell

DANNY BELL Pro Se Plaintiff

# PROOF OF SERVICE BY MAIL

I _Danny Bell_____, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.  I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A  PARTY TO THIS ACTION.

    MY PRISON NUMBER IS: _K-68611_____

    MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON _September 30,_____, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

Notice And Motion For Relief From Judgment

    ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT
UNITED STATES EASTERN DISTRICT COURT OF LA
500 Poydras Street,   Room C-151
New Orleans, LA 70131

Robert M. Johnston (curator)
601 Poydras St.   Ste. 2490
New Orleans, LA 70130

RUSS M. HERMAN
HERMAN, HERMAN, KATZ + COTLARR, LLP
820 O'Keefe AVE., Suite 100
New Orleans, LA 70113

Dawn W. Bates (Claims Administrator)
P.O. Box 85031
Richmond, VA. 23285-5031

    THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

    I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED _September 30,_____, 2008, AT FOLSOM, CALIFORNIA..

_Danny Bell_____

