UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 20  PM 4: 13

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                 :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                             :
                                             :   JUDGE FALLON
                                             :   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:     ALL CASES

## ORDER

The Court is in receipt of the attached notice of withdrawal of attorney's lien, which shall be made a part of the record. Any parties that wish to respond to the notice shall file their response into the record.

New Orleans, Louisiana, this 19th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

1