William H. Newkirk, Esq. (SBN 66984)
LAW OFFICES OF WILLIAM H. NEWKIRK
1801 Century Park East, Suite 1920
Los Angeles CA 90067
Telephone: (310)477-7122
Facsimile: (310) 477-9604

Attorney for Plaintiffs, William H. Newkirk,
Law offices of William H. Newkirk

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCT LIABILITY LITIGATION | MDL 1657<br>SECTION L #3<br>CONSOLIDATED CASE NO: 2:05-md-01657-EEF-DEK<br>SPECIFIC CASE NUMBERS: 2:05cv01014; 2:05cv01103; 2:05cv01164; 2:05cv01168; 2:05cv01169; 2:05cv01172; 2:05cv01289; 2:05cv01937; 2:05cv02067; 2:05cv02281; 2:05cv02282; 2:05cv03357; 2:05cv04314; 2:05cv04315; 2:05cv04588; 2:05cv04743; 2:05cv05228; 2:05cv06671; 2:06cv00363; 2:06cv00901; 2:06cv01431; 2:06cv01433; 2:06cv01438; 2:06cv01665; 2:06cv01667; 2:06cv02635; 2:06cv03052; 2:06cv03053; 2:06cv04890; 2:06cv08385<br><br>[Assigned To: Honorable Eldon E. Fallon<br>Magistrate Judge: Honorable Daniel E. Knowles]<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS' LIEN** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that the Law Offices of William H. Newkirk, and William H. Newkirk, Esq., formerly associated with the Law Offices of Sherman, Salkow & Newkirk, hereby withdraws any and all liens for attorneys' fees and costs incurred in connection with the prosecution of the claim on behalf of the following plaintiffs herein:

1. Salolotoga Aiono;

2. Peter Anderson;
3. Michael Belless;
4. Richard Brammer;
5. Robert Breen;
6. Wanda Brinkley;
7. Michael Carter;
8. Michael Clough;
9. Sherilee Cope;
10. Robert Cornell;
11. Anthony DeLuca;
12. Dan Down;
13. Donald Ellis;
14. Harold Eubanks;
15. Manuel Evangelista;
16. Christine Goodman;
17. Lee Greenburg;
18. Paul Griego;
19. Soledad Harris;
20. Michael Horst;
21. Hans Jacob Jeppson;
22. Jerry Kirby;
23. Vera Lakey;
24. Mark Little;
25. Robert Lundin;
26. Ellen Kaylene Markovich;
27. Gary Mullins;
28. Jack Netherland;
29. Robert Paul;
30. Gil Don Pherson;

31. Kevin Perry;
32. Elijah Perry;
33. Sandra Ragusa;
34. Linda Rodgers;
35. Jeralynn Rollins;
36. Kaylynn Schaelling;
37. Stuart Schreyer;
38. Mary Shriver;
39. Ronald Thurman;
40. Cherrie Tidwell;
41. Valorie Turigliatto;
42. Diana Ward;
43. William Alan Warner;
44. James Wells and;
45. Stephen Williams

DATED: August 22, 2008

LAW OFFICES OF WILLIAM H. NEWKIRK

By: _____

William H. Newkirk
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
(310) 477-7122

# PROOF OF SERVICE
## *In Re: Vioxx Product Liability Litigation*

United States District Court Eastern District of Louisiana Case No: 2:05-md-01657-EEF-DEK

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES** )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park East, Suite 1920, Los Angeles, California 90067.

    On August 28, 2008 I served the foregoing document described as **NOTICE OF WITHDRAWAL OF ATTORNEYS' LIEN** in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated in the attached service list, in the following manner:

### SEE ATTACHED SERVICE LIST

[X] **BY FIRST CLASS MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE/HAND DELIVERY:** I directed a courier to personally deliver said document(s) to each addressee.

[ ] **BY FEDERAL EXPRESS/UPS OVERNIGHT DELIVERY SERVICE:** I placed the document(s) in an envelope, properly labeled, and caused it to be deposited into a Federal Express/UPS pick-up receptacle as per the regular practice of this office.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein.

[ ] **(State)** I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on August 28, 2008 at Los Angeles, California.

*/s/ Jessica Stuart*
Jessica Stuart

# SERVICE LIST
## *In Re: Vioxx Product Liability Litigation*

United States District Court Eastern District of Louisiana Case No:2:05-md-01657-EEF-DEK

Alan M. Salkow, Esq.
Sherman & Salkow
11620 Wilshire Boulevard, Suite 870
Los Angeles CA 90025
Tele: (310)914-8484
Fax: (310)914-0079

Nancy A. Shaw, Esq.
Reay & Shaw
2425 Mission Street, Suite 1
San Marino, CA 91108
Tele: (626)799-6618
Fax: (626)799-0225

Russ M. Herman, Esq.
Leonard A Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tele: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*

Phillip A. Wittmann, Esq.
Dorothy H. Wimberly, Esq.
Carmelite M. Bertaut, Esq.
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, LA 70130
Tele: (504) 581-3200
Fax: (504) 581-3361
*Defendants' Liaison Counsel*

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, AL 36103
Phone: (800) 898-2034
Fax: (334) 451-0866
*Plaintiffs' Steering Committee Co-Lead Counsel*

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
*Plaintiffs' Steering Committee Co-Lead Counsel*

1  Douglas R. Marvin
   Williams & Connolly, LLP
2  725 Twelfth St., NW
   Washington, DC 20005
3  Phone: 202-434-5400
   Fax: 202-434-5029
4  *Defendants' Steering Committee Lead Counsel*

5  BrownGreer PLC
   P.O. Box. 85031
6  Richmond, VA 23285-5031
   *Claims Administrator*

7  Robert M. Johnston
   601 Poydras Street, Suite 2490
8  New Orleans, LA 70130
   *Curator*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal of Attorneys' Lien has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8, this 6th day of October, 2008.

Richard Salkow, Esq. (Cal. SBN 204572)
SALKOW LAW
11620 Wilshire Boulevard
Suite 900-012
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079