UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Amy Long Hoffman, et al. v. Merck & Co., Inc.*, No. 08-1463

**ORDER**

IT IS ORDERED that the Order of Dismissal (Rec. Doc. 2, Case No. 08-1463) IS VACATED IN PART, to the extent that the Order dismissed the above-captioned case.  IT IS FURTHER ORDERED that the above-captioned case shall be reopened.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

1