UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:    ALL CASES**

### ORDER

IT IS ORDERED that the Emergency Motion for Reconsideration of the Court's Order Scheduling Case Management Conferences (Rec. Doc. 16498) IS DENIED. The Court does not take a position on the settlement and neither encourages nor discourages participation in the program. With the deadline for enrollment now imminent, however, the Court feels that it is appropriate at this time to ensure that all plaintiffs and their attorneys make knowledgeable and informed decisions as to whether to participate in the settlement.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

1