UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**

*1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer, PLC, et al.*,
    No. 08-1633

## ORDER

IT IS ORDERED that a status conference shall be held in this case on Tuesday, October 21, 2008, at 3:00 p.m., in the Chambers of Judge Eldon E. Fallon. Counsel are expected to attend in person, but out-of-town counsel may participate by telephone.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

1