UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Stephen R. Bajon, et al.,*

*v.*

*Merck & Co., Inc.*

**Only with regard to: Mariano Rangel by or on behalf of Dolores Rangel**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-3865

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Mariano Rangel, by or on behalf of Dolores Rangel, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

949966v.1