## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *William Everett Allen, et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 05-4421 | * | |
| | * | |
| Only with regard to: | * | |
| | * | |
| Ebert Van Buren, | * | |
| Brenda Clark | | |
| Charlie Watson | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Ebert Van Buren, Brenda Clark and Charlie Wilson and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 20th day of October, 2008.

_____
DISTRICT JUDGE

949426v.1