UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| | * | JUDGE FALLON |
| *Lois Bailey et al.* | * | |
| *v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| No. 05-6904 | * | |
| | * | |
| Only with regard to: | * | |
| *Eugene Bell obo Luverdia Bell, Wendy* | * | |
| *G. Shepp obo Eunice Pearl Bleier, Lisa* | * | |
| *Campbell obo Elaine Campbell,* | * | |
| *Virginia Clay obo Robert Clay, Audrey* | * | |
| *Flato obo Walter S. Flato, Sybil Carver* | * | |
| *obo Annie Mae Gerald, Wallace Jasber* | * | |
| *obo Barbara Jasber, Mary Morris obo* | * | |
| *Alton Morris, Verlina Simmons obo* | * | |
| *Mose Simmons, Paula S. Bordes, obo* | * | |
| *Martha St. Germain, Susan Watson obo* | * | |
| *Nathan Watson, Jacqueline White obo* | * | |
| *Michael White, Ronald Williams obo* | * | |
| *Clarence Williams* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Eugene Bell obo Luverdia Bell, Wendy G. Shepp obo Eunice Pearl Bleier, Lisa Campbell obo Elaine Campbell, Virginia Clay obo Robert Clay, Audrey Flato obo Walter S. Flato, Sybil Carver obo Annie Mae Gerald, Wallace Jasber obo Barbara Jasber, Mary Morris obo Alton Morris, Verlina Simmons obo Mose Simmons, Paula S. Bordes, obo Martha St. Germain, Susan Watson obo Nathan Watson, Jacqueline White obo Michael White, Ronald Williams obo Clarence Williams and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ.

949427v.1

Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 20th day of      October      , 2008.

_____
DISTRICT JUDGE

949427v.1