**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| MDL No. 1657 | ) | **SECTION L** |
| _____ | ) | **JUDGE ELDON E. FALLON** |
| This document relates to: | ) | |
| | ) | |
| ARTHUR FULTON AS | ) | |
| ADMINISTRATOR OF THE ESTATE | ) | |
| OF REBEKA KAYLA SCHULTZ | ) | |
| FULTON, DECEASED, | ) | **CASE NO. 2:05-cv-00436-EEF-DEK** |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
|      Defendant(s). | ) | |

**PLAINTIFF'S REPORT PURSUANT TO PTO 28**

     Now comes the Plaintiff, Arthur Fulton as Administrator of the Estate of Rebeka

Kayla Schultz Fulton, deceased, by and through his undersigned attorney, and files the

Report required by PTO 28, paragraph II(A)(8), and all attachments and materials.

                     **s/Leila H. Watson**
                     Leila H. Watson (ASB-3023-S74L)
                     CORY, WATSON, CROWDER & DEGARIS, P.C.
                     Attorney for the Plaintiffs
                     2131 Magnolia Avenue
                     Birmingham, AL  35205
                     Telephone No.:  205-328-2200
                     Fax No.:  205-324-7896
                     Email:  lwatson@cwcd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff's Report Pursuant to PTO 28 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 22nd day of October 2008.


**s/Leila H. Watson**

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

**Expert Report**
**RE: Rebeka Fulton**
October 22, 2008

I am a medical doctor currently practicing rheumatology in Birmingham, Alabama. I am board certified in rheumatology. I have a general practice in rheumatology, treating patients in both an office and hospital setting. A copy of my curriculum vitae is attached to this report as Exhibit 1.

I was provided articles, studies, FDA information, and adverse event reports relating to Vioxx and its pharmacologic effects. The list of reference material is attached to this report as Exhibit 2. In addition to the materials listed in the reference I have also read many other published studies and articles about the Cox-2 inhibitors in the course of my professional career. I submitted my first report on a Vioxx litigation case in March 2004. I have kept current on all medical and scientific material released on the Cox-2 inhibitor drug class.

I was provided medical records relating to Rebeka Fulton and the pulmonary embolism diagnosed on September 11, 2000. The list of the medical records I read is attached to this Affidavit as Exhibit 3.

The patient was a 32 year old white female, nonsmoker, obese, with history of anxiety. She had no history of heart disease, hypertension, respiratory disease, shortness of breath, DVT or PE, inflammatory process or other chronic illness. She was reported to have been on birth control pills in years past, and restarted Orthotricycline and iron pill in April 2000. She was taking no other medications other than for anxiety.

On August 29, 2000, she was seen by Dr. Roy Puen, family medicine, for complaints of left leg pain and cramps in the calf. A venous Doppler ruled out DVT of the left leg. She was next evaluated by Dr. Janette Parchman, family medicine, on August 31, 2000, with complaints of continuing and worsening pain. She reported that ibuprofen 800 mg gave some relief, but Darvocet and Quinine did not. Dr. Parchman prescribed Vioxx 50 mg for 4 days, then Vioxx 25 mg qd thereafter.

On September 11, 2000, she returned to Dr. Parchman with complaints of developing shortness of breath that morning. She apparently had seizure in the waiting room and was admitted to St. Joseph's Regional Health Center for further workup. She had normal cranial CT, normal EEG, and repeat normal chest xrays intitially. She had abnormal V/Q scan with high probability of pulmonary emboli and repeat venous Doppler of the legs which now showed DVT in the left leg from mid thigh to calf. She was started on heparin and then coumadin. She improved and did well until the morning of September 14, when she sat up in bed and complained of chest pain, then began having seizure activity and stopped breathing. CPR was initiated and she was intubated. The remained pulseless and breathless, and the code

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

was terminated. The cause of death was pulmonary embolism. No autopsy was performed.

As a practicing rheumatologist of some years, I have treated thousands of patients with osteoarthritis, rheumatoid arthritis, and other medical conditions that cause inflammation and pain. I am familiar with the various medications available to treat these problems, including acetaminophen (Tylenol), tramadol (Ultram), narcotic analgesics, and nonsteroidal antiinflammatory drugs (NSAIDs). I have used all these medications in my practice.

There are two classes of NSAIDs, Cox-2 nonselective and Cox-2 selective. Older Cox-2 nonselective NSAIDs inhibited both the cyclooxygenase-1 and cyclooxygenase-2 enzymes. Prostaglandins produced by the enzyme cyclooxygenase-1 line the stomach, among other things, and inhibition of Cox-1 can lead to gastritis and gastric ulceration with bleeding. Drugs selective for cyclooxygenase-2 were developed to preserve the stomach and lower the incidence of ulcers and gastrointestinal bleeding. Vioxx is one of these drugs and is used to treat osteoarthritis and rheumatoid arthritis. One of the concerns with the Cox-2 selective NSAIDs, particularly Vioxx and Bextra, has been the imbalance in the clotting system with its use. Nonselective NSAIDs that inhibit Cox-1, block the generation of thromboxane, a prostaglandin that leads to platelet aggregation. Inhibition of Cox-1 prevents platelet aggregation and leads to an increased bleeding time. Surgeons routinely tell patients to stop nonselective NSAIDs that inhibit Cox-1 because these drugs can cause increased bleeding at surgery. But the nonselective NSAIDs also inhibit Cox-2. Cox-2 leads to the generation of prostacyclin. Prostacyclin is anti-thrombotic and prevents blood clots. It is thought that the nonselective NSAIDs do not lead to blood clots because they inhibit both Cox-1 and Cox-2.

On the other hand, Cox-2 selective NSAIDs inhibit only Cox-2 and prevent the generation of prostacyclin. They do not inhibit Cox-1 and therefore, thromboxane, the prothrombotic prostaglandin can be made while the antithrombotic prostaglandin, prostacyclin that balances the clotting system, is inhibited. This can lead to blood clots. These pharmacological effects of the selective and nonselective Cox-2s are well documented. For example, see:

-Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2. Cheng Y, et al. Science 2002; 296: 539-541.

-Cox-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Ray WA, et al. Pharmacoepidemiology and Drug Safety 2003; 12: 67-70.

-Cyclooxygenases, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cycloosygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism. Egan KM, et al. Circulation 2005; 111: 334-342.

Case 2:05-md-01657-EEF-DEK   Document 16608   Filed 10/22/08   Page 5 of 24

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

-Selective COX-2 Inhibitors and Risk of Myocardial Infarction. Krotz F, et al. J Vasc Res 2006; 42:312-324.

There are many published studies and clinical trials showing an increased risk of acute myocardial infarction with the use of the selective Cox-2 inhibitors, Vioxx and Bextra, but there are few references to other thrombotic events like pulmonary embolism and deep vein thrombosis. Many of these studies searched databases only for a diagnosis of acute myocardial infarction, and therefore, the available published data does not include data on other events.

However, the inhibition of Cox-2 is not shown to be specific to the coronary arteries, and the effect of inhibiting production of prostacyclin would be systemic. The same mechanism that leads to thrombotic events causing acute myocardial infarction, would cause thrombotic events resulting in pulmonary emboli.

In addition, Merck's package insert approved by the Food and Drug Administration has always included a warning for pulmonary embolism as an adverse side effect of the use of Vioxx. There have been reports of pulmonary embolism and deep vein thrombosis with the use of Vioxx reported to the FDA's Adverse Events Database. In my own practice, I had three patients for whom I prescribed Vioxx, who without significant risk factors for pulmonary embolus, went on to develop pulmonary embolisms. Some studies have published data on the incidence of pulmonary embolus as an adverse event during the use of the selective Cox-2 drugs.

-OPDRA Postmarketing Safety Review (FDA). February 2001.

-Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors. Mukherjee D, et al. JAMA 2001; 286: 954-959.

-Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. Kerr DJ, et al. NEJM 2007; 357(4): 360-369.

Common risk factors for venous clotting are major surgery, immobility, genetic blood clotting abnormalities, systemic infection, anemia, thrombocytopenia, and inflammatory processes such as Crohn's disease. Birth control pills are recognized as increasing the risk of thromboembolic events, particularly in older users and smokers. Ms. Fulton had reportedly restarted birth control pills 5 or 6 months before starting Vioxx. She was relatively young and a nonsmoker. She had negative Doppler before starting Vioxx 50 mg qd. Based on my training and experience as a medical doctor, and based on my knowledge and review of the literature relating to Cox-2 inhibitors, and my review of the patient's medical records, it is my opinion that more probably than not, the prothrombotic effects of Vioxx, in combination with those of her birth control pills, is the most likely cause of her pulmonary emboli.

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

**David A. McLain, M.D.,**
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

**Mary Altz-Smith, M.D.,**
F.A.C.P., F.A.C.R.,
(205) 877-2551

**Prameela D. Goli, M.D.**
(205) 877-2552
Fax (205) 877-2519

**Greg E. Eudy, M.D., P.C.**
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

Sincerely,

David A. McLain, M.D., FACP, FACR

# EXHIBIT 1

## Curriculum Vitae

### David Andrew McLain, M.D., FACP, FACR

**Current Position**: Attending Physician and Chief, Rheumatology Section, Department of Internal Medicine, Brookwood Medical Center, Birmingham, Alabama

**Personal**:  Born in Chicago, Illinois on August 16, 1948, U.S. Citizen, Married to Pamela Fullmer McLain, M.D.
Two sons, Edward and Richard

**Office Address**:  Birmingham Rheumatology, Suite 211, 2022 Brookwood Medical Center Drive, Birmingham,
Alabama 35209. (205) 877-2555; FAX (205) 877-2790
E mail:  dmclain@pol.net

Shelby County office: 2229 Cahaba Valley Drive
Birmingham, Alabama 35242 (205) 991-8996; FAX (205) 991-8997

**Home Address**:  McLain Meadows Farm
6225 Cahaba Valley Road, Birmingham, Al. 35242
(205) 991-6161

### Educational Background

**Academic College**:  B.A., Northwestern University, Evanston, Illinois, 1970
**Medical School**:  M.D., Tulane University, New Orleans, Louisiana, 1974
**Internship**:  Internal Medicine, Ochsner Foundation Hospital and
Clinic, New Orleans, Louisiana, 1974-75
**Residency**:  Internal Medicine, Barnes Hospital, St. Louis, Missouri, 1975-77
**Fellowship**:  Rheumatology, Washington University School of Medicine, St. Louis, Missouri, 1977-79.
   NIAID Trainee in Immunogenetics, Division of Rheumatology, Washington University School of Medicine,
   1978-79

### Honors

-Alpha Omega Alpha Honor Medical Society, Elected November 8, 1973, Tulane University
-Order of the Gold-Tipped Stethoscope for Outstanding Performance as a Student of
 Medicine (Senior Medicine Award), Tulane University, 1974
-Award of Appreciation, Alabama Podiatry Association, 1984
-Award of Appreciation, Alabama Chapter of the Arthritis Foundation, 1986
-Elected to Fellowship, American College of Physicians, 1989
-Award for Decade of Leadership of Rheumatology on the Beach Symposium presented by
Alabama Chapter of the Arthritis Foundation, 1992
-Physicians' Recognition Award, American Medical Association, 1979, 1982, 1985, 1988,

2

1991, 1994, 1997, 2000, 2003, 2006.
-Listed in Marquis' Who's Who in the South and Southwest, 24th edition, 1995-96 to 2001.
-"Excellence in Teaching Award", presented by the Medical Association State of Alabama,
for the 11th Invitational Scientific Symposium, January 28, 1995.
-Listed in Marquis' Who's Who in the World, 13th edition, 1996 to 2002.
-Listed in Marquis' Who's Who in Science and Engineering, 3rd edition, 1996-97 to 2002-2003.
-Listed in Marquis' Who's Who in America, 51st Edition, 1997 to 2003.
-Listed in Marquis' Who's Who in Medicine and Healthcare, First Edition, 1997-98 to 2000-2001.
-"Rheumatologist of the Year", Arthritis Foundation, Alabama Chapter, 1999.
-Award for 20 years as Course Director of Rheumatology on the Beach, Brookwood Medical Center, 2003

## Board Certification

 -Diplomate, American Board of Internal Medicine, 1977
-Diplomate, Subspecialty of Rheumatology, American Board of Internal Medicine, 1980
-Certified Clinical Densitometrist, International Society for Clinical Densitometry, 2002

## Licensure

-Licensed in Alabama, 1981 by reciprocity with Louisiana, License #9639
-Licensed in Louisiana, 1974 by FLEX examination, License #12822

## Hospital Appointments

-St. Louis Veterans Administration Hospital, Washington University Medical Service, 1979-81
-Brookwood Medical Center, Birmingham, Alabama 1981-present
    Chief of Division of Rheumatology, Department of Internal Medicine 1983-1987, 1989-1990,
    1991-1995, 1997-
    Chairman, Medical Education-Library committee, 1987, 1997
    Chairman, Rehabilitation Committee, 1987-88
    Medical Director of Physical Therapy, 1986-1992
    Executive Committee, 1997
-St. Vincent's Hospital, Birmingham, Alabama 1981-present
    Emergency Room Physician, July, 1981-February, 1982
-Shelby Medical Center, Alabaster, Alabama 1982-present
-Lakeshore Rehabilitation Hospital, Birmingham, Alabama 1983-1997
-HealthSouth Hospital, Birmingham, Alabama, 1989 – 2006 (Sold to UAB and now UAB Highlands)
-Trinity Medical Center Montclair, Birmingham, Alabama, 2005-

## Professional Society Memberships

-Alpha Omega Alpha Honor Medical Society
-American College of Physicians
    Fellow, elected 1989
-American College of Rheumatology
    Founding Fellow, 1988

3

    Committee on Rheumatologic Care Network, Alabama Representative, 1997
-American Society of Internal Medicine
-American Medical Association
-Alabama Society for the Rheumatic Diseases
   Founding Member
   Secretary-Treasurer, 1996-97
   Vice President, 1997-1998
   Medicare Carrier Physician Advisory Committee, 1998-2000
   President, 1998-99
-Alabama Society of Internal Medicine
-Medical Association State of Alabama
-Jefferson County Medical Society
-Brookwood Specialty Physicians Association, Inc.
   Founding Incorporator, Board Member, President, 1990-1997
-American Medical Equestrian Association
   Board of Directors, 1995
   Annual Meeting Coordinator, 1997
   Treasurer, 2002-2004
-Southern Medical Association
-American Society of Clinical Rheumatologists, 2005-

### Faculty Appointments

-Instructor, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri, 1979-81

### CME/Course Directorships

-Originator & Course Director, Annual Rheumatology on the Beach symposium, originally sponsored by Brookwood Medical Center and the Alabama Chapter of the Arthritis Foundation, 1983-present. (Endorsed by the American College of Rheumatology, 1990 - 1996.  Beginning in 1997, the American College of Rheumatology no longer endorsed any non-ACR programs.)
 Since 2004, Sponsored by Virginia Commonwealth University, Richmond, VA and Arthritis Foundation, Alabama Chapter
-Originator, Co-course director, First Annual Update of Medicine for Primary Care Physicians, sponsored by Brookwood Specialty Physicians Association and Brookwood Medical Center, 1993.
-Course Director, "Equestrian Sports Medicine, the 8th Annual American Medical Equestrian Association meeting", co-sponsored by the American Medical Equestrian Association and the American Sports Medicine Institute, 1997.
-Course Director, Derby Day Topics in Medicine, sponsored by Brookwood Medical Center, 1998.

4

## Research Activities

-Research on familial osteoarthritis and defects in type II collagen DNA, with Charlene Williams, Ph.D. and Darwin Prockop, M.D., Ph.D., Thomas Jefferson University School of Medicine, 1992-1995.

1. Clinical Research On XXX In Osteoarthritis.

2. Clinical Research On XXX In Rheumatoid Arthritis.

3. A Double-blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's During Chronic Treatment with XXX or XXX in Patients With Rheumatoid Arthritis.

4. A Multicenter, Double-blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with XXX To that of XXX in Patients with Osteoarthritis or Rheumatoid Arthritis.

5. Double-blind, Placebo-controlled, Parallel group Comparison of the Efficacy and Safety of XXX, XXX and Placebo with an Open Label Extension in the Treatment Of Pain Associated with Osteoarthritis of the Knee and/or Hip.

6. A Randomized, Placebo-controlled, Parallel-group, Double-blind Study to Evaluate the Safety and Efficacy of XXX, XXX and XXX in Patients with Osteoarthritis of the Knee or Hip.

7. An Active-Comparator and Placebo-controlled, Parallel-group, Double-blind, 52-week Study to Assess the Safety and Efficacy of XXX in Rheumatoid Arthritis Patients.

8. Low Dose, Natural Human Interferon Alpha XXX Administered by the Oral Mucosal Route for the Treatment of Primary Sjogren's Syndrome

9. Rheumatoid Arthritis DMARD Intervention and Utilization Study (Radius 1 and 2)

10. Treatment of early RA with XXX and methotrexate vs. placebo and methotrexate.

11. Self designed study on the effect of tizanidine in Fibromyalgia Syndrome, 1999-2002

-Member & Clinical Investigator, Musculoskeletal Academic Clinical Consortium (MACC), University of Alabama, Birmingham, (Larry Moreland, M.D., Director), 1997-2001
(Numerous Research Protocols as a Member Of The Musculoskeletal Academic Clinical Consortium With UAB including Sjogren's Syndrome, rheumatoid arthritis.)
-Clinical Investigator with Alabama Research Center, an ARC center, 1998-2004
   --rheumatoid arthritis, chronic pain, osteoarthritis, Sjogren's Syndrome
-Clinical Investigator with Capstone Clinical Trials, Inc., 2003-present
   --osteoarthritis, fibromyalgia, chronic pain, rheumatoid arthritis
-Research steering committee, Uncover study, an international study on pulmonary hypertension in scleroderma, 2002-2005

5

-Protocol advisor, Schwarz Biosciences, Inc., 2006

## Editorial Board / Review Activities

-Reviewer for **Facial Pain**, Third Edition, Lea&Febiger, Philadelphia, 1991, authored by Mahan, Parker E. and Alling, Charles C.
-Reviewer for **IM, Internal Medicine**, Medical Economics Publishing, Plainsboro, N.J. Series Editor for series on "New Developments in Rheumatology", 1991 -1992 IM 12: 27-35, 1991; 13: 41 -48, 1992.
-Advisory Board Member, **Fibromyalgia Aware** magazine, a publication of the National Fibromyalgia Association, 2004-2006
-Reviewer, **Psoriasis Forum**, National Psoriasis Foundation, 2005-

## Community Organization Memberships

-Lupus Foundation of America, Birmingham Chapter.
   Member of the Medical Advisory Committee, 1982-1995
   Originator with June Cassady, R.N., Brookwood Rheumatology Nurse, of the Annual "Lupus
   Day" held every October at Brookwood Medical Center, 1983-1996.
-Arthritis Foundation, Alabama Chapter
   Member, Board of Directors, North Central Branch, 1982-1996
   Originator and organizer, Arthritis Foundation Benefit Horse Show and Art Fair, Birmingham,
   Alabama, 1985.
   Chairman, Medical and Scientific Committee, Alabama Chapter, 1988-89
   Originator and organizer, Fibromyalgia Symposium, 2001
   Originator and organizer, Lupus, Fibromyalgia, and Sjogren's Symposium, 2005
-Arthritis Foundation, National
   Delegate, National Council of Delegates, 1987
-Sjogren's Syndrome Foundation, Birmingham Chapter
   Medical Advisor, 1988-1999
-Council of Healthcare Advisors, Gerson Lehrman Group, Inc., New York, 1999-

## Medical Publications

1. McLain, DA, McLain, PF, Lindsey, ES, and Ryan, RF, Diseases of the Thyroid, Parathyroid, and Adrenal Glands. A Programmed Instruction Text, Tulane University Press, New Orleans: 1975.

2. McLain, DA, Hahn, BH, "Cryoglobulins in the Procainamide-induced Lupus Syndrome", Arthritis and Rheumatism, 22:305-207, 1979.

3. McLain, DA, Garriga, FJ, Kantor, OS, "Adverse Reactions to Ticrynafen Use", JAMA, 243: 753-4, 1980.

4. Spilberg, I, McLain, DA, Simchowitz, L, Berney, S. "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 1062-3, 1980.

5. Cassiere, SO, McLain, DA, Emory, WB, Hatch, HB, "Metastatic Carcinoma of the Pancreas simulating Primary Brochogenic Carcinoma", Cancer, 46: 2319-21,1980.

6

6. Carlisle, WR, McLain, DA, "Endoscopic Appearance of an Angelchik Prosthesis", Gastrointestinal Endoscopy, 30: 376,1984.

7. McLain, DA, "Games of the Medical Revolution", Alabama Medicine, 57:20-23, 1987.

8. McLain, DA, "Highlights of the 8th Annual Rheumatology on the Beach", Alabama Medicine, 60: 18-25,1991

9. McLain, DA, "Highlights of the 9th Annual Rheumatology on the Beach", Alabama Medicine, 61: 12-14,1992

10. Williams Cd, Rock M, Considine E, McCarron S. Gow P. Ladda R. McLain D, Michels V, Murphy W. Prockop DJ, Ganguly A, "Three new point mutations in type II procollagen (COL2A1) and identification of a fourth family with the COL2A1 Arg519->Cys base substitution using conformation sensitive gel electrophoresis", Human Molecular Genetics, 4: 309-312, 1995

11. McLain, DA, "Medicine does not exist in a Vacuum", MASA Review, 1: 23-25,1996

12. Prockop, DJ, Ala-Kokko, L, McLain, DA, Williams, C, "Can Mutated Genes Cause Common Osteoarthritis?", British J. of Rheumatology, 36: 827-830, 1997.

13. McLain, DA, "Clinical features of ANA-Positive and ANA-Negative patients with Fibromyalgia", J. Clin. Rheumatology, 4: 292-293, 1998.

14. Jay, GW, Krusz, JC, Longmire, DR, McLain, DA, "Current trends in the Diagnosis and Treatment of Chronic Neuromuscular Pain Syndromes:  Myofascial Pain Syndrome, Chronic Tension-Type Headache, and Fibromyalgia", a continuing medical educational program sponsored by the American Academy of Pain Management, 2000.

15. McLain, DA, "Rheumatoid Arthritis--Update on New Therapies", Southern Med J, 94: 893-895, 2001

16. McLain, DA, "An Open Label, Dose Finding Trial of Tizanidine (Zanaflex™) for Treatment of Fibromyalgia, J. Musculoskel. Pain, 10:7-18, 2002.

17. Bradley LA, Kersh BC, DeBerry JJ, Deutsch G, Alarcon GA, McLain DA, Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis, in Osteoarthritic Joint Pain, Derek J. Chadwick, Jamie Goode, eds., Novartis Found Symp. 2004;260:258-70; discussion 270-9.

18. Wigley FM, Lima JA, Mayes M, McLain D, Chapin JL, Ward-Able C, The prevalence of undiagnosed pulmonary arterial hypertension in subjects with connective tissue disease at the secondary health care level of community-based rheumatologists (the UNCOVER study), Arthritis Rheum. 2005 Jul;52(7):2125-32.

19. Wigley FM, Lima JAC, Mayes M, McLain D, Chapin JL, Ward-Able C, Echocardiography is not

7

sufficient to diagnose pulmonary arterial hypertension in systemic sclerosis: Comment on the article by Wigley et al, REPLY, Arthritis & Rheumatism 54: 380-381, 2005.

## Medical Abstracts

1. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:142A, 1980. (presentation to the Central Society for Clinical Research)

2. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:354A, 1980. (presentation to the American Federation for Clinical Research, plenary session)

3. McLain, DA, Spilberg, I, Berney, S. Simchowitz, L, "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 718,1980. (presentation ARA meeting)

4. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitis", Arthritis and Rheumatism, 23: 718, 1980. (presentation to American Rheumatism Association plenary session)

5. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitisn, in Preud'Homme and Hawken,eds.,Abstracts, 4th International Congress of Immunology,Paris: 1980, '8.5.43.

6. Cassady, J. Darden, L, Brodie, B. Sledge, E, McLain, D, "A Comprehensive Out-Patient Program for the Rheumatology Patient", Abstracts, Tenth Southeastern Regional Meeting, Allied Health Professions Association and the American Rheumatism Association, 1983.

7. McLain, DA, Murphy, WA, Prockop, DJ, Williams, CJ, "An Alabama Family with Severe Osteoarthritis of the Hips, Mild Spondyloepiphyseal Dysplasia and Precocious Osteoarthritis in other sites has a Point Mutation in one allele of the Type II Procollagen Gene (COL2A1), Arthritis and Rheumatism, 38: (Supplement) R25, 1995. (Presented at the American College of Rheumatolgy)

8. McLain, DA, "The effects of Tizanidine HCl (Zanaflex®) in patients with fibromyalgia, Pain Medicine, 1: 207, 2000. (Presented at the American Academy of Pain Medicine)

9.  DeBerry, JJ, Fry, RB, Kersh, BC, Bradley LA, Alarcon, GS, McLain, DA, Rumble, M, Trait-like catastrophizing mediates elevated pain affect ratings in patients with Knee Osteoarthritis (OA) during suprathreshold pressure stimulation, Arthritis and Rheumatism, 46: S408, 2002.

## Selected Presentations

Grand Medical Rounds, Washington University School of Medicine, St. Louis (1979, 1980, 1981)

8

Rheumatology Grand Rounds, University of Alabama, Birmingham (1982)
Metropolitan Atlanta Rheumatology Society, Atlanta (2000)
American Academy of Pain Management, Las Vegas (1999) and New Orleans (2000)
Southern Medical Association Pain Seminar, Amelia Island, Florida (2000)
Louisiana Rheumatism Society, New Orleans (2001)

Revised:  May, 2008

# EXHIBIT 2

## BACKGROUND INFORMATION ON VIOXX

1.      Sequence of Events with Vioxx, since opening of IND
        (This timeline was presented as background material to the FDA Arthritis
        Advisory Committee in February 2005)

2.      LABELING
        -1998 Vioxx Label
        -2001 Vioxx PDR
        -2002 Vioxx PDR
        -2002 Vioxx Label
        -August 2004 Vioxx Label
        **(DVT and PE included in safety information in the label)**

3.      OPDRA Postmarketing Safety Review (FDA) – presented at FDA hearing
        February 2001 **(Contains some safety date on DVT and PE)**

4.      VOLUNTARY WITHDRAWAL OF VIOXX
        -Risk of acute myocardial infarction and sudden cardiac death in patients treated
        with COX-2 selective and non-selective NSAIDs.  From David J. Graham, MD,
        Associate Director for Science, Office of Drug Safety  (9/30/04)
        -FDA Public Health Advisory:  Safety of Vioxx  (9/30/04)
        -FDA News  (9/30/04)

5.      REPORTS FROM THE 2005 FDA ARTHRITIS COMMITTEE MEETING
        -Analysis and recommendations for Agency action regarding non-steroidal anti-
        inflammatory drugs and cardiovascular risk.  From John K. Jenkins, MD,
        Director, Office of New Drugs; and Paul J. Seligman, MD, Director, Office of
        Pharmacoepidemiology and Statistical Science  (4/6/05)
        -FDA Public Health Advisory:  FDA announces important changes and additional
        warnings for COX-2 selective and non-selective non-steroidal anti-inflammatory
        drugs (NSAIDs)  (4/7/05)
        -FDA News  (4/7/05)

6.      Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in
        Patients with Rheumatoid Arthritis.  Bombardier C, Laine L, Reicin A, Shapiro D,
        Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien
        TK, Schnitzer TJ (for the **VIGOR STUDY GROUP**).  NEJM 2000; 343: 1520-8.

        Commentary on VIGOR study:
        -Risk of cardiovascular events associated with selective COX-2 inhibitors.
        Mukherjee D, Nissen SE, Topol EJ.  JAMA 2001; 286(8): 954.

        -Expression of concern:  Bombardier et al., "Comparison of upper gastrointestinal
        toxicity of Rofecoxib and Naproxen in patients with rheumatoid arthritis," N Engl
        J Med 2000; 343:  1520-8.  N Engl J Med 2005; 353(26):  2813-2814.

7.      Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma
        Chemoprevention Trial.  Bresalier RS, Sandler RS, Quan H, Bolognese JA,
        Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lana G, Konstam MA,
        Baron JA (for the **APPROVe Trial** Investigators).  NEJM 2005; 352: 1092-102.

8.      VIOXX ARTICLES

        Role of prostacyclin in the cardiovascular response to Thromboxan A2.  Science
        2002; 296:  539-541.  (Cheng, et al)

        COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular
        disease.  Pharmacoepidemiology and Drug Safety 2003; 12:  67-70.  (Wayne Ray,
        et al)

        Risk of cardiovascular events and Rofecoxib:  cumulative meta-analysis.  Lancet
        2004; 364:  2021-2029.  (Juni, et al)

        Cyclooxygenases, Thromboxane, and Atherosclerosis.  Circulation 2005; 111:
        334-342.  (Egan, et al)

        Cyclooxygenase inhibition and cardiovascular risk.  Circulation 2005; 112:  759-
        770.  (Antman, et al)

        Selective COX-2 inhibitors and risk of myocardial infarction.  J Vasc Res 2005;
        42: 312-324.  (Krotz, et al)

        The cardiovascular toxicity of selective and nonselective cyclooxygenase
        inhibitors:  comparisons, contrasts, and aspirin confounding.  J Clin Pharmacol
        2005; 45:  742-750.  (Konstantinopoulos, et al)

        Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin
        non-steroidal anti-inflammatory medications.  Pharmacoepidemiol Drug Safety
        2006; 15(a):  641-652.  (Velentgas P, et al)

        Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-
        inflammatory drugs increase the risk of atherothrombosis?  Meta-analysis of
        randomized trials.  BMJ 2006; 332:  1302-1305.  (Kearney P, et al)

        Non-steroidal anti-inflammatory drugs and myocardial infarctions:  Comparative
        systematic review of evidence from observational studies and randomized
        controlled trials.  Scott PA, et al. Ann Rheum Dis, 3/7/07

        Selective inhibition of prostacyclin synthase activity by rofecoxib.  Griffoni C, et
        al.  J. Cell. Mol. Med. 2007; 11(2):327-338.  (Proposes that rofecoxib interacts
        with PGIS, probably acting as a non-competitive inhibitor of the enzyme.)

Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer.  Kerr DJ, et al.  NEJM 2007; 357(4): 360-369.  **(Included data on pulmonary embolus)**

9.      ADVERSE EVENT REPORTS ON VIOXX – PULMONARY EMBOLUS

-10 pages from the FDA (it is difficult to tell if these are complete reports for each year.
-One adverse event report from Merck clinical trial data

10.     Incidence of acute pulmonary embolism in a general hospital:  relation to age, sex and race.  Stein PD, Huang H, Afzal A, Noor HA.  Chest 1999; 116: 909-913.

# EXHIBIT 3

REBEKA KAYLA FULTON, DECD, Hot Springs, Arkansas
DOB: 7/23/68
DOD: 9/14/00 (32)
EVENT: Pulmonary Embolus
D/Dx of PE: 9/11/00

# INDEX OF MEDICAL RECORDS BY DATE ORDER

## PRE-EVENT MEDICAL RECORDS

1.    **Provider: Dr. David Wilhelm**
      **Specialty: Family Medicine**
      **Dates: 1990 – 2000**
      **Record Source: Law Firm**
      -12/20/90 – Irritated left eye – wears contacts.
      -9/26/91 – Cold and sore throat.
      -1/13/93 – Acne.
      -5/26/94 – Vertigo yesterday. Rx: Antivert and Maxifed G. Refilled birth
      control pills, Ortho Cept 28.
      -10/31/94 – Dr. Sue Trant, Ph.D, Psychology (letter to Dr. Wilhelm) – depressed
      because of her divorce.
      -3/14/95 – Sore throat – tried PCE Erythromycin, no response. Lungs are clear.
      Cardiovascular exam normal. She is 7.5 months pregnant. Start Certin 250 mg
      bid and Tussi-Organidin DM Cough Syrup. Negative strep test.
      -5/8/95 – Dr. Judith Favor, OB (letter to Dr. Wilhelm) – normal vaginal delivery
      of 6 pound, 1 ounce baby girl. No complications of pregnancy.
      -3/26/96 – Fatigue and low energy level and upset over the last 1-2 years.
      Divorced. Begin trial of Paxil 10 mg qd and increase to 20 mg as tolerated.
      -5/6/96 – Insomnia and depression. Continue Paxil
      -10/18/96 – Paxil helps.
      -4/8/97 – Rash. Refill Emgel and give her Elocon crème. Increase Paxil to 30mg
      -10/2/97 – Back pain. Start Duract and Skelaxin. Problem with Paxil suppressing
      libido – switch to Zoloft 50mg qd. Wants to lose weight.
      -10/23/97 – MRI HealthSouth (report to Dr. Wilhelm) – Normal lumbar spine.
      -5/8/98 – Long history of fatigue and weight gain. Back pain. Wants to have
      some superficial veins injected. May have developed tolerance to Paxil. Switch
      to Prozac 20 mg.
      -Dr. Eugene Moor, Plastic Surgery (letter to Dr. Wilhelm) – upper and lower back
      pain. Interested in breast reduction surgery. Writing to BCBS for authorization
      -6/1/98 – Eval of stress and insomnia and recheck of anemia. Prozac causes
      insomnia. Continue Paxil at 30 mg qd. Give her some Xanax to use prn for
      stress.

-11/24/98 – Going through terrible divorce in an abusive relationship. Switch from Paxil to Celexa 20 mg qd. Gave Phentermine to help with weight gain. Continue Xanax.
-12/7/98 – Refill Xanax
-12/28/98 – Recheck of Celexa therapy and fatigue. Continue Celexa and Xanax prn. Has right shoulder pain related to an altercation with her husband before he left. Xray is normal. May have some soft tissue damage. Try Aleve OTC.
-5/10/99 – Rash on face. Contact Dermatitis. Rx: Elocon.
-5/18/99 – Dr. Christopher Harmon, Dermatology (letter to Dr. Wilhelm) – Herpes simplex rash on chin.
-6/3/99 – Dr. Reginald Hug, Chiropractor (letter to Dr. Wilhelm) – Exam and radiology findings consistent with lumbar facet syndrome and cervical brachial syndrome. Recommend 4 weeks of spinal adjustments, electrotherapy and soft tissue therapy, home cryotherapy.
-7/15/99 – Refill Celexa
-1/31/00 Shoulder pain, headaches, rash on face. Headache may be sinusitis. Given Elocon cream for rash.
-2/16/00 – Insomnia, anxiety, irritability. Using her Xanax but been off Celexa because of side effects. Restart Celexa, continue Xanax.
-2/18/00 – Depression. Her statements at work today were misinterpreted and she was sent to company physician, who in turn asked Dr. Wilhelm to evaluate her. She is upset the events of the day, but otherwise feels better on the Celexa, and Xanax is helping her to sleep

2.   **Provider:  Hug Chiropractic Clinic**
     **Specialty:  Chiropractic Medicine**
     **Dates:  1999**
     **Record Source:  Law firm**
     -5/25/99 - Ht 5'4" Wt 202.
     Dx is lumbar facet syndrome.
     -5/26/99

3.   **Provider:  Dr. Roy Puen**
     **Specialty:  Family Medicine**
     **Dates:  2000**
     **Record Source:  Law firm**
     -8/29/00 – Left leg cramps (4 days) radiates from knee to foot. On OCP (Orthotricycline). 220#. 140/90 P 76. 98.8.
     R/O DVT. Venous Doppler study of left leg – No evidence of deep venous thrombosis in the left leg.
     Plan:  daily aspirin.
     -8/30/00 – Skelaxin 400 mg bid

4.      **Provider:  Dr. Janette Parchman,**
        **Specialty:  Family Medicine**
        **Dates:  2000**
        **Record Source:  Law firm**
        -8/31/00 – Complaining of left leg tingling and cramping for past 6 days.  Started
        having a sore heel on Friday.  Saturday her calf started cramping while she was on
        a trip.  She had a lower extremity Doppler done day before yesterday – it was
        negative.  Yesterday she went back to Dr. Puen because the pain continued to
        worsen.  No history of trauma.  No history of pain like this in the past.  She
        currently takes Darvocet and Quinine without help however 800 mg ibuprofen
        seems to give relief.
        ROS:  No history of heart disease, respiratory disease, GI or GU complaints.
        138/84.  P:  100.  Wt 219.  She does have some hardened tender areas in the left
        lower extremity especially posteriorly.  Has tenderness on the plantar surface of
        her foot.
        A:  Plantar faciitis; superficial thrombophlebitis.
        RX:  Vioxx 50 mg for 4 days, and 25 mg with Darvocet for breakthrough pain,
        warm compresses.
        Per patient history:  Med is Orthotricycline qd.

# EVENT MEDICAL RECORDS

5.      **Provider:  Dr. Janette Parchman**
        **Specialty:  Family Medicine**
        **Dates:  9/11/00**
        **Record Source:  Law firm**
        -9/11/00 – Normal chest x-ray
        -9/11/00 – Pt presented c/o SOB, feeling weak and fatigued.  Had to lay back
        down while getting ready.  SOB worse with eating and sometimes with activity
        although was able to walk through grocery store without symptoms.  While in
        clinic she became nauseated, sat in chair and had a seizure (pupils dilated, head
        back, arms drew and pt not responsive) x @ 5 seconds.  Afterwards very pale but
        not confused.  Accucheck = 122.  SaO2 is 96%.  P 99.
        -9/11/00 – F/U – SOB – pain in legs decreased.  SOB since Thursday.  SaO2
        96%.

6.      **Provider:  St. Joseph's Regional Health Center**
        **Dates:  9/11/00 – 9/14/00**
        **Record Source:  Law firm**
        Discharge Dx:  Death due to pulmonary embolism.

        H & P:  ROS:  no history of heart disease, hypertension, respiratory disease, SOB,
        no GI or GU complaints.  Has a history of anxiety.  She has been on ___ in the
        past.  Denies any reflux or heartburn.  Assessment:  Seizure versus ischemic
        event.  Plan:  admit for further workup.

Consult:  Fang Feng, Neurology
Assessment and Plan:  Questionable seizure by history.  Atypical for seizure episode.  The patient feels sick, and feels faint, nauseated, with increased SOB, before passed out for 5 seconds.  No obvious convulsions.  Even though the patient had a seizure episode for 5 seconds, we will not start any anti-seizure meds at this point in time.  The main problem is increased SOB, low oxygen with a long hour travel history, need to rule out PE as problem.  Get EEG in am.  Order VQ scan to rule out PE.

Consult:  Robert D. Johnson, Pulmonary Disease.
Noted 2 weeks ago to have some leg swelling.  Ultrasound was negative for blood clots so she was given some Vioxx.  Continued Vioxx 50 mg daily for 4 days and went to 25.  Started having more SOB and today became so SOB she could not go.  She had a seizure-like spell at Dr. Parchman's office and was admitted.  VQ scan was done and showed some high probability and the patient Dr. Hulsey was contacted and patient moved to ICU.  She is now feeling a little better and seems more stable and her SAT is running 96 on 4 liters nasal prong.  No wheezing or marked stress.  Mild chest pain 3/10.  Little nausea and bowels are cramping.  Only risk factor is that she has been taking birth control pills, had been off them for a long time and then restarted back in April.
Meds:  Iron pill and the birth control pill.
EKG shows sinus tachycardia.
HR is around 150, R is 30, BP is 117/82.
With positive VQ scan, hypoxia in a non-smoker with negative chest x-ray and swollen legs, and on birth control pills, I think pulmonary embolism is very likely.  Start heparin.  Clear liquids.

9/11/00 – Normal Cranial CT with and w/o contrast.
9/11/00 – Abnormal lung scan with high probability of pulmonary emboli.
9/12/00 and 9/13/00 – Chest x-ray – no active disease in the chest.
9/12/00 – EEG - Normal
9/13/00 – Venous Doppler of legs:  Deep venous thrombosis in the left leg from the mid thigh down to the calf area.

7.     **Death Certificate**
       Cause of death:  Pulmonary embolism, Deep vein thrombosis

8.     **AER report on Rebekah Fulton's death**