## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| MDL No. 1657 | ) | **SECTION L** |
| _____ | ) | **JUDGE ELDON E. FALLON** |
| This document relates to: | ) | |
| | ) | |
| BEVERLY ALBERTSON, | ) | **CASE NO. 2:06-CV-06236-EEF-DEK** |
| DENNIS PERSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| **Defendant(s).** | ) | |

### PLAINTIFF'S REPORT PURSUANT TO PTO 28

Now come the Plaintiffs, by and through their undersigned attorney, and file the

Report required by PTO 28, paragraph II(A)(8), and all attachments and materials.


**s/Leila H. Watson**
Leila H. Watson (ASB-3023-S74L)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone No.:  205-328-2200
Fax No.:  205-324-7896
Email:  lwatson@cwcd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff's Report Pursuant to PTO 28 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 22nd day of October 2008.


**s/Leila H. Watson**

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

**Expert Report**
**RE: Beverly Albertson**
October 22, 2008

I am a medical doctor currently practicing rheumatology in Birmingham, Alabama. I am board certified in rheumatology. I have a general practice in rheumatology, treating patients in an office and hospital setting. A copy of my curriculum vitae is attached to this report as Exhibit 1.

I was provided articles, studies, FDA information, and adverse event reports relating to Vioxx and its pharmacologic effects. The list of reference material is attached to this report as Exhibit 2. In addition to the materials listed in the reference I have also read many other published studies and articles about the Cox-2 inhibitors in the course of my professional career. I submitted my first report on a Vioxx litigation case in March 2004. I have kept current on all medical and scientific material released on the Cox-2 inhibitor drug class.

I was provided medical records relating to Beverly Albertson and the pulmonary embolism diagnosed on November 29, 2002. The list of the medical records I read is attached to this Affidavit as Exhibit 3.

The patient was started on Vioxx 50 mg daily, beginning February 4, 2002, for osteoarthritis in her right knee, which had been symptomatic and painful for several years. She reported that Vioxx gave her better relief than Celebrex and Ibuprofen, her prior medications.

On November 22, 2002, she went to the Independence Regional Health Center ER complaining of chest pain and being short of breath for about 10 days. She had been exercising heavily and she reported dyspnea with exertion at times. The chest pain was substernal and described as a pressure. She had normal EKG and chest x-ray. She was administered aspirin and nitroglycerin with no relief. She eventually returned to baseline and was discharged.

She returned to Independence Regional one week later on November 29, 2002 with the same complaints. She was admitted. Chest CT showed extensive pulmonary emboli bilaterally. She was started on coumadin. She was not on estrogen therapy. She reportedly quit taking Vioxx one week before admission. She was a nonsmoker x 15 years. She exercised daily.

Her protein C level was negative and protein S was normal. EKG showed some cardiac dysrhythmia. Ultrasound of the legs was negative for DVT. Echocardiogram revealed mild tricuspid insufficiency and some pulmonary hypertension. She was discharged on Coumadin, which was discontinued six months later after the pulmonary emboli resolved. She has not had another event. No etiology was identified for the pulmonary emboli.

As a practicing rheumatologist of some years, I have treated thousands of patients with osteoarthritis, rheumatoid arthritis, and other medical conditions that

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

cause inflammation and pain.  I am familiar with the various medications available to treat these problems, including acetaminophen (Tylenol), tramadol (Ultram), narcotic analgesics, and nonsteroidal antiinflammatory drugs (NSAIDs).  I have used all these medications in my practice.

There are two classes of NSAIDs, Cox-2 nonselective and Cox-2 selective. Older Cox-2 nonselective NSAIDs inhibited both the cyclooxygenase-1 and cyclooxygenase-2 enzymes. Prostaglandins produced by the enzyme cyclooxygenase-1 line the stomach, among other things, and inhibition of Cox-1 can lead to gastritis and gastric ulceration with bleeding.  Drugs selective for cyclooxygenase-2 were developed to preserve the stomach and lower the incidence of ulcers and gastrointestinal bleeding.  Vioxx is one of these drugs and is used to treat osteoarthritis and rheumatoid arthritis.  One of the concerns with the Cox-2 selective NSAIDs, particularly Vioxx and Bextra, has been the imbalance in the clotting system with its use.  Nonselective NSAIDs that inhibit Cox-1, block the generation of thromboxane, a prostaglandin that leads to platelet aggregation.  Inhibition of Cox-1 prevents platelet aggregation and leads to an increased bleeding time.  Surgeons routinely tell patients to stop nonselective NSAIDs that inhibit Cox-1 because these drugs can cause increased bleeding at surgery.  But the nonselective NSAIDs also inhibit Cox-2.  Cox-2 leads to the generation of prostacyclin.  Prostacyclin is anti-thrombotic and prevents blood clots.  It is thought that the nonselective NSAIDs do not lead to blood clots because they inhibit both Cox-1 and Cox-2.

On the other hand, Cox-2 selective NSAIDs inhibit only Cox-2 and prevent the generation of prostacyclin.  They do not inhibit Cox-1 and therefore, thromboxane, the prothrombotic prostaglandin can be made while the antithrombotic prostaglandin, prostacyclin that balances the clotting system, is inhibited.  This can lead to blood clots.  These pharmacological effects of the selective and nonselective Cox-2s are well documented.  For example, see:

-Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2. Cheng Y, et al.  Science 2002; 296: 539-541.

-Cox-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease.  Ray WA, et al.  Pharmacoepidemiology and Drug Safety 2003; 12: 67-70.

-Cyclooxygenases, Thromboxane, and Atherosclerosis:  Plaque Destabilization by Cyclosygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism.  Egan KM, et al.  Circulation 2005; 111: 334-342.

-Selective COX-2 Inhibitors and Risk of Myocardial Infarction.  Krotz F, et al. J Vasc Res 2006; 42:312-324.

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

There are many published studies and clinical trials showing an increased risk of acute myocardial infarction with the use of the selective Cox-2 inhibitors, Vioxx and Bextra, but there are few references to other thrombotic events like pulmonary embolism and deep vein thrombosis. Many of these studies searched databases only for a diagnosis of acute myocardial infarction, and therefore, the available published data does not include data on other events.

However, the inhibition of Cox-2 is not shown to be specific to the coronary arteries, and the effect of inhibiting production of prostacyclin would be systemic. The same mechanism that leads to thrombotic events causing acute myocardial infarction, would cause thrombotic events resulting in pulmonary emboli.

In addition, Merck's package insert approved by the Food and Drug Administration has always included a warning for pulmonary embolism as an adverse side effect of the use of Vioxx. There have been reports of pulmonary embolism and deep vein thrombosis with the use of Vioxx reported to the FDA's Adverse Events Database. In my own practice, I had three patients for whom I prescribed Vioxx, who without significant risk factors for pulmonary embolus, went on to develop pulmonary embolisms. Some studies have published data on the incidence of pulmonary embolus as an adverse event during the use of the selective Cox-2 drugs.

-OPDRA Postmarketing Safety Review (FDA). February 2001.

-Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors. Mukherjee D, et al. JAMA 2001; 286: 954-959.

-Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. Kerr DJ, et al. NEJM 2007; 357(4): 360-369.

Common risk factors for venous clotting are major surgery, immobility, genetic deficiencies such as protein C, protein S, and antithrombin, systemic infection, anemia, thrombocytopenia, and inflammatory processes such as Crohn's disease. Beverly Albertson had a very careful examination and workup during her hospitalization and no risk factors were identified. Based on my training and experience as a medical doctor, and based on my knowledge and review of the literature relating to Cox-2 inhibitors, and my review of the patient's medical records, it is my opinion that more probably than not, the treatment of Ms. Albertson's osteoarthritis with Vioxx is the most likely cause of her pulmonary emboli.

Sincerely,

David A. McLain, M.D., FACP, FACR

# EXHIBIT 1

## Curriculum Vitae

### David Andrew McLain, M.D., FACP, FACR

**Current Position**: Attending Physician and Chief, Rheumatology Section, Department of Internal Medicine, Brookwood Medical Center, Birmingham, Alabama

**Personal**:  Born in Chicago, Illinois on August 16, 1948, U.S. Citizen, Married to Pamela Fullmer McLain, M.D.
Two sons, Edward and Richard

**Office Address**:  Birmingham Rheumatology, Suite 211, 2022 Brookwood Medical Center Drive, Birmingham, Alabama 35209. (205) 877-2555; FAX (205) 877-2790
E mail:  dmclain@pol.net

Shelby County office: 2229 Cahaba Valley Drive Birmingham, Alabama 35242 (205) 991-8996; FAX (205) 991-8997

**Home Address**:  McLain Meadows Farm
6225 Cahaba Valley Road, Birmingham, Al. 35242
(205) 991-6161

### Educational Background

 **Academic College**:  B.A., Northwestern University, Evanston, Illinois, 1970
 **Medical School**:  M.D., Tulane University, New Orleans, Louisiana, 1974
**Internship**:  Internal Medicine, Ochsner Foundation Hospital and
Clinic, New Orleans, Louisiana, 1974-75
**Residency**:  Internal Medicine, Barnes Hospital, St. Louis, Missouri, 1975-77
**Fellowship**:  Rheumatology, Washington University School of Medicine, St. Louis, Missouri, 1977-79.
   NIAID Trainee in Immunogenetics, Division of Rheumatology, Washington University School of Medicine,
   1978-79

### Honors
-Alpha Omega Alpha Honor Medical Society, Elected November 8, 1973, Tulane University
-Order of the Gold-Tipped Stethoscope for Outstanding Performance as a Student of
 Medicine (Senior Medicine Award), Tulane University, 1974
-Award of Appreciation, Alabama Podiatry Association, 1984
-Award of Appreciation, Alabama Chapter of the Arthritis Foundation, 1986
-Elected to Fellowship, American College of Physicians, 1989
-Award for Decade of Leadership of Rheumatology on the Beach Symposium presented by
Alabama Chapter of the Arthritis Foundation, 1992
-Physicians' Recognition Award, American Medical Association, 1979, 1982, 1985, 1988,

2

1991, 1994, 1997, 2000, 2003, 2006.
-Listed in Marquis' Who's Who in the South and Southwest, 24th edition, 1995-96 to 2001.
-"Excellence in Teaching Award", presented by the Medical Association State of Alabama,
for the 11th Invitational Scientific Symposium, January 28, 1995.
-Listed in Marquis' Who's Who in the World, 13th edition, 1996 to 2002.
-Listed in Marquis' Who's Who in Science and Engineering, 3rd edition, 1996-97 to 2002-2003.
-Listed in Marquis' Who's Who in America, 51st Edition, 1997 to 2003.
-Listed in Marquis' Who's Who in Medicine and Healthcare, First Edition, 1997-98 to 2000-2001.
-"Rheumatologist of the Year", Arthritis Foundation, Alabama Chapter, 1999.
-Award for 20 years as Course Director of Rheumatology on the Beach, Brookwood Medical Center, 2003

## Board Certification

 -Diplomate, American Board of Internal Medicine, 1977
-Diplomate, Subspecialty of Rheumatology, American Board of Internal Medicine, 1980
-Certified Clinical Densitometrist, International Society for Clinical Densitometry, 2002

## Licensure

-Licensed in Alabama, 1981 by reciprocity with Louisiana, License #9639
-Licensed in Louisiana, 1974 by FLEX examination, License #12822

## Hospital Appointments

-St. Louis Veterans Administration Hospital, Washington University Medical Service, 1979-81
-Brookwood Medical Center, Birmingham, Alabama 1981-present
    Chief of Division of Rheumatology, Department of Internal Medicine 1983-1987, 1989-1990,
    1991-1995, 1997-
    Chairman, Medical Education-Library committee, 1987, 1997
    Chairman, Rehabilitation Committee, 1987-88
    Medical Director of Physical Therapy, 1986-1992
    Executive Committee, 1997
-St. Vincent's Hospital, Birmingham, Alabama 1981-present
    Emergency Room Physician, July, 1981-February, 1982
-Shelby Medical Center, Alabaster, Alabama 1982-present
-Lakeshore Rehabilitation Hospital, Birmingham, Alabama 1983-1997
-HealthSouth Hospital, Birmingham, Alabama, 1989 – 2006 (Sold to UAB and now UAB Highlands)
-Trinity Medical Center Montclair, Birmingham, Alabama, 2005-

## Professional Society Memberships

-Alpha Omega Alpha Honor Medical Society
-American College of Physicians
    Fellow, elected 1989
-American College of Rheumatology
    Founding Fellow, 1988

3

Committee on Rheumatologic Care Network, Alabama Representative, 1997
-American Society of Internal Medicine
-American Medical Association
-Alabama Society for the Rheumatic Diseases
    Founding Member
    Secretary-Treasurer, 1996-97
    Vice President, 1997-1998
    Medicare Carrier Physician Advisory Committee, 1998-2000
    President, 1998-99
-Alabama Society of Internal Medicine
-Medical Association State of Alabama
-Jefferson County Medical Society
-Brookwood Specialty Physicians Association, Inc.
    Founding Incorporator, Board Member, President, 1990-1997
-American Medical Equestrian Association
    Board of Directors, 1995
    Annual Meeting Coordinator, 1997
    Treasurer, 2002-2004
-Southern Medical Association
-American Society of Clinical Rheumatologists, 2005-

## Faculty Appointments

-Instructor, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri, 1979-81

## CME/Course Directorships

-Originator & Course Director, Annual Rheumatology on the Beach symposium, originally sponsored by Brookwood Medical Center and the Alabama Chapter of the Arthritis Foundation, 1983-present. (Endorsed by the American College of Rheumatology, 1990 - 1996.  Beginning in 1997, the American College of Rheumatology no longer endorsed any non-ACR programs.)
 Since 2004, Sponsored by Virginia Commonwealth University, Richmond, VA and Arthritis Foundation, Alabama Chapter
-Originator, Co-course director, First Annual Update of Medicine for Primary Care Physicians, sponsored by Brookwood Specialty Physicians Association and Brookwood Medical Center, 1993.
-Course Director, "Equestrian Sports Medicine, the 8th Annual American Medical Equestrian Association meeting", co-sponsored by the American Medical Equestrian Association and the American Sports Medicine Institute, 1997.
-Course Director, Derby Day Topics in Medicine, sponsored by Brookwood Medical Center, 1998.

4

## Research Activities

-Research on familial osteoarthritis and defects in type II collagen DNA, with Charlene Williams, Ph.D. and Darwin Prockop, M.D., Ph.D., Thomas Jefferson University School of Medicine, 1992-1995.

1. Clinical Research On XXX In Osteoarthritis.

2. Clinical Research On XXX In Rheumatoid Arthritis.

3. A Double-blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's During Chronic Treatment with XXX or XXX in Patients With Rheumatoid Arthritis.

4. A Multicenter, Double-blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with XXX To that of XXX in Patients with Osteoarthritis or Rheumatoid Arthritis.

5. Double-blind, Placebo-controlled, Parallel group Comparison of the Efficacy and Safety of XXX, XXX and Placebo with an Open Label Extension in the Treatment Of Pain Associated with Osteoarthritis of the Knee and/or Hip.

6. A Randomized, Placebo-controlled, Parallel-group, Double-blind Study to Evaluate the Safety and Efficacy of XXX, XXX and XXX in Patients with Osteoarthritis of the Knee or Hip.

7. An Active-Comparator and Placebo-controlled, Parallel-group, Double-blind, 52-week Study to Assess the Safety and Efficacy of XXX in Rheumatoid Arthritis Patients.

8. Low Dose, Natural Human Interferon Alpha XXX Administered by the Oral Mucosal Route for the Treatment of Primary Sjogren's Syndrome

9. Rheumatoid Arthritis DMARD Intervention and Utilization Study (Radius 1 and 2)

10. Treatment of early RA with XXX and methotrexate vs. placebo and methotrexate.

11. Self designed study on the effect of tizanidine in Fibromyalgia Syndrome, 1999-2002

-Member & Clinical Investigator, Musculoskeletal Academic Clinical Consortium (MACC), University of Alabama, Birmingham, (Larry Moreland, M.D., Director), 1997-2001
 (Numerous Research Protocols as a Member Of The Musculoskeletal Academic Clinical Consortium With UAB including Sjogren's Syndrome, rheumatoid arthritis.)
-Clinical Investigator with Alabama Research Center, an ARC center, 1998-2004
    --rheumatoid arthritis, chronic pain, osteoarthritis, Sjogren's Syndrome
-Clinical Investigator with Capstone Clinical Trials, Inc., 2003-present
    --osteoarthritis, fibromyalgia, chronic pain, rheumatoid arthritis
-Research steering committee, Uncover study, an international study on pulmonary hypertension in scleroderma, 2002-2005

5

-Protocol advisor, Schwarz Biosciences, Inc., 2006

## Editorial Board / Review Activities

-Reviewer for **Facial Pain**, Third Edition, Lea&Febiger, Philadelphia, 1991, authored by Mahan, Parker E. and Alling, Charles C.
-Reviewer for **IM, Internal Medicine**, Medical Economics Publishing, Plainsboro, N.J. Series Editor for series on "New Developments in Rheumatology", 1991 -1992 IM 12: 27-35, 1991; 13: 41 -48, 1992.
-Advisory Board Member, **Fibromyalgia Aware** magazine, a publication of the National Fibromyalgia Association, 2004-2006
-Reviewer, **Psoriasis Forum**, National Psoriasis Foundation, 2005-

## Community Organization Memberships

-Lupus Foundation of America, Birmingham Chapter.
  Member of the Medical Advisory Committee, 1982-1995
  Originator with June Cassady, R.N., Brookwood Rheumatology Nurse, of the Annual "Lupus
  Day" held every October at Brookwood Medical Center, 1983-1996.
-Arthritis Foundation, Alabama Chapter
  Member, Board of Directors, North Central Branch, 1982-1996
  Originator and organizer, Arthritis Foundation Benefit Horse Show and Art Fair, Birmingham,
  Alabama, 1985.
  Chairman, Medical and Scientific Committee, Alabama Chapter, 1988-89
  Originator and organizer, Fibromyalgia Symposium, 2001
  Originator and organizer, Lupus, Fibromyalgia, and Sjogren's Symposium, 2005
-Arthritis Foundation, National
  Delegate, National Council of Delegates, 1987
-Sjogren's Syndrome Foundation, Birmingham Chapter
  Medical Advisor, 1988-1999
-Council of Healthcare Advisors, Gerson Lehrman Group, Inc., New York, 1999-

## Medical Publications

1. McLain, DA, McLain, PF, Lindsey, ES, and Ryan, RF, Diseases of the Thyroid, Parathyroid, and Adrenal Glands. A Programmed Instruction Text, Tulane University Press, New Orleans: 1975.

2. McLain, DA, Hahn, BH, "Cryoglobulins in the Procainamide-induced Lupus Syndrome", Arthritis and Rheumatism, 22:305-207, 1979.

3. McLain, DA, Garriga, FJ, Kantor, OS, "Adverse Reactions to Ticrynafen Use", JAMA, 243: 753-4, 1980.

4. Spilberg, I, McLain, DA, Simchowitz, L, Berney, S. "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 1062-3, 1980.

5. Cassiere, SO, McLain, DA, Emory, WB, Hatch, HB, "Metastatic Carcinoma of the Pancreas simulating Primary Brochogenic Carcinoma", Cancer, 46: 2319-21,1980.

6

6. Carlisle, WR, McLain, DA, "Endoscopic Appearance of an Angelchik Prosthesis", Gastrointestinal Endoscopy, 30: 376,1984.

7. McLain, DA, "Games of the Medical Revolution", Alabama Medicine, 57:20-23, 1987.

8. McLain, DA, "Highlights of the 8th Annual Rheumatology on the Beach", Alabama Medicine, 60: 18-25,1991

9. McLain, DA, "Highlights of the 9th Annual Rheumatology on the Beach", Alabama Medicine, 61: 12-14,1992

10. Williams Cd, Rock M, Considine E, McCarron S. Gow P. Ladda R. McLain D, Michels V, Murphy W. Prockop DJ, Ganguly A, "Three new point mutations in type II procollagen (COL2A1) and identification of a fourth family with the COL2A1 Arg519->Cys base substitution using conformation sensitive gel electrophoresis", Human Molecular Genetics, 4: 309-312, 1995

11. McLain, DA, "Medicine does not exist in a Vacuum", MASA Review, 1: 23-25,1996

12. Prockop, DJ, Ala-Kokko, L, McLain, DA, Williams, C, "Can Mutated Genes Cause Common Osteoarthritis?", British J. of Rheumatology, 36: 827-830, 1997.

13. McLain, DA, "Clinical features of ANA-Positive and ANA-Negative patients with Fibromyalgia", J. Clin. Rheumatology, 4: 292-293, 1998.

14. Jay, GW, Krusz, JC, Longmire, DR, McLain, DA, "Current trends in the Diagnosis and Treatment of Chronic Neuromuscular Pain Syndromes: Myofascial Pain Syndrome, Chronic Tension-Type Headache, and Fibromyalgia", a continuing medical educational program sponsored by the American Academy of Pain Management, 2000.

15. McLain, DA, "Rheumatoid Arthritis--Update on New Therapies", Southern Med J, 94: 893-895, 2001

16. McLain, DA, "An Open Label, Dose Finding Trial of Tizanidine (Zanaflex™) for Treatment of Fibromyalgia, J. Musculoskel. Pain, 10:7-18, 2002.

17. Bradley LA, Kersh BC, DeBerry JJ, Deutsch G, Alarcon GA, McLain DA, Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis, in Osteoarthritic Joint Pain, Derek J. Chadwick, Jamie Goode, eds., Novartis Found Symp. 2004;260:258-70; discussion 270-9.

18. Wigley FM, Lima JA, Mayes M, McLain D, Chapin JL, Ward-Able C, The prevalence of undiagnosed pulmonary arterial hypertension in subjects with connective tissue disease at the secondary health care level of community-based rheumatologists (the UNCOVER study), Arthritis Rheum. 2005 Jul;52(7):2125-32.

19. Wigley FM, Lima JAC, Mayes M, McLain D, Chapin JL, Ward-Able C, Echocardiography is not

7

sufficient to diagnose pulmonary arterial hypertension in systemic sclerosis:
Comment on the article by Wigley et al, REPLY, Arthritis & Rheumatism 54: 380-381,
2005.


## Medical Abstracts

1. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:142A, 1980. (presentation to the Central Society for Clinical Research)

2. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research, 28:354A, 1980. (presentation to the American Federation for Clinical Research, plenary session)

3. McLain, DA, Spilberg, I, Berney, S. Simchowitz, L, "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 718,1980. (presentation ARA meeting)

4. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitis", Arthritis and Rheumatism, 23: 718, 1980. (presentation to American Rheumatism Association plenary session)

5. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than HLA B27 in Patients with Ankylosing Spondylitisn, in Preud'Homme and Hawken,eds.,Abstracts, 4th International Congress of Immunology,Paris: 1980, '8.5.43.

6. Cassady, J. Darden, L, Brodie, B. Sledge, E, McLain, D, "A Comprehensive Out-Patient Program for the Rheumatology Patient", Abstracts, Tenth Southeastern Regional Meeting, Allied Health Professions Association and the American Rheumatism Association, 1983.

7. McLain, DA, Murphy, WA, Prockop, DJ, Williams, CJ, "An Alabama Family with Severe Osteoarthritis of the Hips, Mild Spondyloepiphyseal Dysplasia and Precocious Osteoarthritis in other sites has a Point Mutation in one allele of the Type II Procollagen Gene (COL2A1), Arthritis and Rheumatism, 38: (Supplement) R25, 1995. (Presented at the American College of Rheumatolgy)

8. McLain, DA, "The effects of Tizanidine HCl (Zanaflex®) in patients with fibromyalgia, Pain Medicine, 1: 207, 2000. (Presented at the American Academy of Pain Medicine)

9. DeBerry, JJ, Fry, RB, Kersh, BC, Bradley LA, Alarcon, GS, McLain, DA, Rumble, M, Trait-like catastrophizing mediates elevated pain affect ratings in patients with Knee Osteoarthritis (OA) during suprathreshold pressure stimulation, Arthritis and Rheumatism, 46: S408, 2002.


## Selected Presentations

Grand Medical Rounds, Washington University School of Medicine, St. Louis (1979, 1980, 1981)

8

Rheumatology Grand Rounds, University of Alabama, Birmingham (1982)
Metropolitan Atlanta Rheumatology Society, Atlanta (2000)
American Academy of Pain Management, Las Vegas (1999) and New Orleans (2000)
Southern Medical Association Pain Seminar, Amelia Island, Florida (2000)
Louisiana Rheumatism Society, New Orleans (2001)

Revised:  May, 2008

# EXHIBIT 2

## **BACKGROUND INFORMATION ON VIOXX**

1. Sequence of Events with Vioxx, since opening of IND
   (This timeline was presented as background material to the FDA Arthritis
   Advisory Committee in February 2005)

2. LABELING
   -1998 Vioxx Label
   -2001 Vioxx PDR
   -2002 Vioxx PDR
   -2002 Vioxx Label
   -August 2004 Vioxx Label
   **(DVT and PE included in safety information in the label)**

3. OPDRA Postmarketing Safety Review (FDA) – presented at FDA hearing
   February 2001 **(Contains some safety date on DVT and PE)**

4. VOLUNTARY WITHDRAWAL OF VIOXX
   -Risk of acute myocardial infarction and sudden cardiac death in patients treated
   with COX-2 selective and non-selective NSAIDs.  From David J. Graham, MD,
   Associate Director for Science, Office of Drug Safety  (9/30/04)
   -FDA Public Health Advisory:  Safety of Vioxx  (9/30/04)
   -FDA News  (9/30/04)

5. REPORTS FROM THE 2005 FDA ARTHRITIS COMMITTEE MEETING
   -Analysis and recommendations for Agency action regarding non-steroidal anti-
   inflammatory drugs and cardiovascular risk.  From John K. Jenkins, MD,
   Director, Office of New Drugs; and Paul J. Seligman, MD, Director, Office of
   Pharmacoepidemiology and Statistical Science  (4/6/05)
   -FDA Public Health Advisory:  FDA announces important changes and additional
   warnings for COX-2 selective and non-selective non-steroidal anti-inflammatory
   drugs (NSAIDs)  (4/7/05)
   -FDA News  (4/7/05)

6. Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in
   Patients with Rheumatoid Arthritis.  Bombardier C, Laine L, Reicin A, Shapiro D,
   Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien
   TK, Schnitzer TJ (for the **VIGOR STUDY GROUP**).  NEJM 2000; 343: 1520-8.

   Commentary on VIGOR study:
   -Risk of cardiovascular events associated with selective COX-2 inhibitors.
   Mukherjee D, Nissen SE, Topol EJ.  JAMA 2001; 286(8): 954.

   -Expression of concern:  Bombardier et al., "Comparison of upper gastrointestinal
   toxicity of Rofecoxib and Naproxen in patients with rheumatoid arthritis," N Engl
   J Med 2000; 343:  1520-8. N Engl J Med 2005; 353(26):  2813-2814.

7.  Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial.  Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lana G, Konstam MA, Baron JA (for the **APPROVe Trial** Investigators).  NEJM 2005; 352: 1092-102.

8.  VIOXX ARTICLES

Role of prostacyclin in the cardiovascular response to Thromboxan A2.  Science 2002; 296:  539-541.  (Cheng, et al)

COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease.  Pharmacoepidemiology and Drug Safety 2003; 12:  67-70.  (Wayne Ray, et al)

Risk of cardiovascular events and Rofecoxib:  cumulative meta-analysis.  Lancet 2004; 364:  2021-2029.  (Juni, et al)

Cyclooxygenases, Thromboxane, and Atherosclerosis.  Circulation 2005; 111: 334-342.  (Egan, et al)

Cyclooxygenase inhibition and cardiovascular risk.  Circulation 2005; 112:  759-770.  (Antman, et al)

Selective COX-2 inhibitors and risk of myocardial infarction.  J Vasc Res 2005; 42:  312-324.  (Krotz, et al)

The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors:  comparisons, contrasts, and aspirin confounding.  J Clin Pharmacol 2005; 45:  742-750.  (Konstantinopoulos, et al)

Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications.  Pharmacoepidemiol Drug Safety 2006; 15(a):  641-652.  (Velentgas P, et al)

Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis?  Meta-analysis of randomized trials.  BMJ 2006; 332:  1302-1305.  (Kearney P, et al)

Non-steroidal anti-inflammatory drugs and myocardial infarctions:  Comparative systematic review of evidence from observational studies and randomized controlled trials.  Scott PA, et al. Ann Rheum Dis, 3/7/07

Selective inhibition of prostacyclin synthase activity by rofecoxib.  Griffoni C, et al.  J. Cell. Mol. Med. 2007; 11(2):327-338.  (Proposes that rofecoxib interacts with PGIS, probably acting as a non-competitive inhibitor of the enzyme.)

Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer.  Kerr DJ, et al.  NEJM 2007; 357(4): 360-369.  **(Included data on pulmonary embolus)**

9.     ADVERSE EVENT REPORTS ON VIOXX – PULMONARY EMBOLUS

-10 pages from the FDA (it is difficult to tell if these are complete reports for each year.
-One adverse event report from Merck clinical trial data

10.    Incidence of acute pulmonary embolism in a general hospital:  relation to age, sex and race.  Stein PD, Huang H, Afzal A, Noor HA.  Chest 1999; 116: 909-913.

# EXHIBIT 3

BEVERLY ALBERTSON, Kansas City, Missouri
DOB: 8/26/49
EVENT: Pulmonary Embolus
D/Dx of PE: 11/29/02

# INDEX TO MEDICAL AND PHARMACY RECORDS BY DATE ORDER

## PRE-EVENT MEDICAL RECORDS

1. **Provider: Encompass Medical Group (Dr. Teresa Tovrea, Dr. Mohammad Pourakbar)**
   **Specialty: Family Medicine and Internal Medicine**
   **Dates: 1/20/95 – 11/7/00**
   **Record Source: LMI**
   -1/20/95 – pain in middle of chest under the sternum, which has been going on for a few months. Rolaids does not help. She is under a lot of stress. She has obvious symptoms of reflux. It is worse after eating. Does occur during the night when she is in bed asleep. Assessment: GERD, r/o gallbladder disease. Rx: Tagamet 300 mg bid; ordered abdominal sonogram.
   -2/2/95 – Assessment: GERD – improved. Continue Tagamet
   -3/18/96 – Low back pain. Rx: Ibuprofen, Robaxin 750, Vicodin. Flexibility exercises
   -3/23/96 – Low back pain. Meds: Hydrocodone APAP 500 mg, Methocarbaol 75 mg, Ibuprofen 800 mg, finished medications yesterday. RX: Vicodin, Robaxin
   -10/13/99 – Dx: Bronchitis. Given a Z-pak, Entex for nasal congestion.
   -1/9/00 – Fx of right radial heel (elbow). Rx: Vicodin
   -1/11/00 – Fx of right arm. Radial head minimally displaced.
   -1/18/00 – Fx of right arm.
   -2/1/00 – Fx of right arm.
   -2/22/00 – Fx of right arm
   -4/4/00 – Fx right elbow
   -9/22/00 – Right knee pain secondary to DJD and OA. RX: Celebrex 200 mg daily. Samples. Lose weight, dietary modification
   -11/7/00 – Right knee pain. Some relief with Celebrex. Injected right knee Marcaine and Depomedrol. RX: Tylenol

2. **Provider: Dr. Marjon Gillbanks**
   **Specialty: Internal Medicine**
   **Dates: 12/19/00 – 12/4/01**
   **Record Source: Law Firm**
   -12/19/00 – seen for right knee pain. The joint is stable but she has pain medially and laterally and at the ligamentous insertion so she is referred to Ortho for that.

She has problems with obesity – she is down from 358#.  She has a buffalo hump.
We will check a cortisol level with that going on.  Ordered a mammogram.  15-
year pack smoking history – quit 15 years ago.  Has occasional headaches.  She
does drink lots of water.  It has been more trouble over time holding her urine.
Nothing that is worrying her too much.
-5/22/01 – her for enlarging mole on her arm, sore throat, sore ears.  A/P:  1)
Enlarging mole.  Refer to dermatology.  2) Environmental allergies.  Nasonex 2
puffs each naris once daily.  She has lost 14 points.
-12/4/01 – Rx Celebrex 200 mg

3.     **Provider:  Independence Regional Health Center (Dr. Thomas McCormack)**
       **Specialty:  Orthopedic Medicine**
       **Dates:  12/2000 - 1/16/01**
       **Record Source:  LMI**
       -12/27/00 – Right knee chondromalacia patella with possible loose body versus
       medial meniscus tear.  Plan MRI.
       -1/3/01 – MRI shows tear of posterior horn of the medial meniscus, R knee.
       -1/16/01 – OP:  R knee arthroscopy and repair.
       Preanesthesia eval:  Meds are Celebrex and Ibuprofen.  Ht is 5/3" and wt is 333#
       Discharged on Vicodin for pain prm

4.     **Provider:  Dermatology & Skin Cancer Specialists (Dr. Shawn Sabin)**
       **Specialty:  Dermatology**
       **Dates:  July 2001**
       **Record Source:  Law Firm**
       -7/16/01 – Had a mole frozen off on her left arm.  Current meds:  Celebrex 200
       mg, glucosamine chondroitin.

5.     **Provider:  Blue Ridge Clinic (Dr. NancyTilson-Mallet)**
       **Specialty:  Family Medicine**
       **Dates:  2002**
       **Record Source:  Law Firm**
       -3/8/02 – Complete physical.  Weight 305#. Assessment:  Annual Pap, Obesity,
       Osteoarthritis is better on Vioxx.  CBC WNL.

6.     **Provider:  CVS Pharmacy**
       **Dates:  2001**
       **Record Source:  Law Firm**
       -5/1/01 – Celebrex 200 mg, 30#
       -5/30/01 – Celebrex 200 mg, 30#
       -7/3/01 – Celebrex 200 mg, 30#
       -8/1/01 – Celebrex 200 mg, 30#
       -9/2/01 – Celebrex 200 mg, 30#
       -10/3/01 – Celebrex 200 mg, 30#
       -11/4/01 – Celebrex 200 mg, 30#
       -12/4/01 – Celebrex 200 mg, 30#

7.  **Provider:  Walgreens Pharmacy**
    **Dates:  2002**
    **Record Source:  Law Firm**
    -2/4/02 – Vioxx 50mg, one per day – 90#
    -5/5/02 – Vioxx 50 mg, one per day – 90#
    -8/6/02 – Vioxx 50 mg, one per day – 90#
    -10/29/02 – Vioxx 50 mg, one per day – 90#

8.  **Provider:  Independence Regional Health Center – Emergency Room**
    **Date: 11/22/02**
    **Record Source:  LMI**
    -11/22/02 – Complaints of chest pain and SOB for about 10 days.  She has been
    exercising heavily.  She states that she has dyspnea with exertion at times.
    …Chest pain is substernal and described as a pressure.  It radiates to the middle of
    her back.  At this time, it is rated as mild pain, increases with exertion but it is
    constant at rest.  Remainder of review of systems is unremarkable.
    EKG is normal sinus rhythm.
    Chest X-ray – no acute disease
    ER course – Aspirin and nitroglycerin sublingually was given with no relief of her
    chest discomfort but it gave her a severe headache that resolved after the
    medication was metabolized.  She felt back to her baseline at discharge.
    Discharged home in stable condition.  Avoid the Vioxx until symptoms resolve.

# EVENT RECORDS

9.  **Provider:  Independence Regional Health Center (excluding nurse notes)**
    **Dates: 11/29/02 – 12/4/02**
    **Record Source:  LMI**
    Discharge Diagnosis:  Pulmonary emboli; Hemoptysis; Morbid obesity; Cardiac
    dysrhythmia; Disaccharidase deficiency; Esophageal reflux.
    Meds on Discharge:  Zantac, Coumadin

    History:  3 week history of increasing shortness of breath and substernal chest
    pain.  She denies hemoptysis, denies any hematochezia.  She denies any syncopal
    or near syncopal episodes.  No leg swelling or redness.  She exercises on a daily
    basis, usually swimming.  She is on no estrogen therapy.  She quit smoking 15
    years ago.  She has been on Vioxx, but discontinued this one week ago.  She has
    been on Glucosamine.  She has family history of diabetes and coronary artery
    disease in her mother.  Coronary artery disease in her father.  She does report
    driving to Chillicothe, which is approximately 2 hours away on a weekly basis
    and had taken a prolonged car trip in September.  She denies any bowel or bladder
    disturbances.

    Hospital course:  Protein C was negative. Protein S normal.  EKG – sinus tachy,
    biatrial enlargement, right axis deviation, nonspecific ST and T wave

abnormalities.  Ultrasounds of her legs showed no sign of DVT.  Echo was technically very limited but normal left ventricular function, normal left ventricular wall thickness, mild tricuspid insufficiency and some pulmonary hypertension.  Ct of chest with contrast showed extensive pulmonary emboli bilaterally and an azygos lobe in the right apex, tiny bilateral pleural effusions.

# POST-EVENT RECORDS

10.     **Provider:  Jackson County Pulmonary (Dr. Migliazzo)**
        **Specialty:  Pulmonary Medicine**
        **Dates:  1/23/03 – 6/3/03**
        **Record Source:  LMI**
        -1/23/03 - …previous venous dopplers were negative although she is quite a large woman and there may be subtle clots that were missed.
        -6/11/03 – If her pulmonary emboli has resolved, we can stop the Coumadin.
        ECHO –WNL
        CT Chest - unremarkable
        -9/10/03 – Has been off Coumadin for 3 months.  Has had good breathing and good exercise tolerance, no cough or chest pain.  She was on a 2 week t rip in a car and got out and had frequent stops and was very active.  No recurrence or symptoms of pulmonary emboli.  IMP:  Pulmonary emboli most likely related to her long car trip and most likely venous thromboembolism, resolved.  Obesity is another risk factor.  Continue off Coumadin.  She is on glucosamine once daily and aspirin once daily

11.     **Provider:  Dr. Marjon Gillbanks**
        **Specialty:  Internal Medicine**
        **Dates:  12/12/02 – 2006**
        **Record Source:  Law Firm**
        -12/12/02 – Never did find etiology for PE.  Ordered mammogram today.
        Continue coumadin.  Tinnitus.
        -1/09/03 – feeling better and getting her energy level back.  Has had headaches all of her adult life.  Positional right sided rib pain.  Continue coumadin.
        -1/10/03 – ECHO – mild pulmonary hypertension
        -5/19/03 – Takes glucosamine and Tylenol for her knees and is not using anything else.  Doing well.  Abdominal pain, right and left upper quadrants.  Easy bruising.
        -11/19/03 – has problems with hair loss and nail thinning over the last year.  Has pain on right foot since she got hurt while in swimming pool in August.  DX: osteoarthritis of the knees – try Relafen.  Pulmonary emboli – continue aspirin for life.  Pulmonary hypertension improving.
        -6/13/05 – Annual physical.  Doing very well.  Osteoarthrits – continue OTC meds.  History of pulmonary emboli – continue aspirin.
        -9/4/05 – Otitis media with pharyngitis
        -1/23/06 – Acute viral syndrome

12.     **Provider:  Dr. Thomas McCormack**
        **Specialty:  Orthopedic Medicine**
        **Dates:  2005 – 2006**
        **Record Source:  Law Firm**
        -9/27/05 – Left knee pain.
        -10/13/05 – Left knee pain.  Assessment – post-traumatic degenerative joint
        disease.
        -5/23/06 – Possible degenerative medial meniscus tear.  Injected Aristocort and
        Xylocaine