| | |
|---|---|
| JAMES HERMAN<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO.: CV-05-5549<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulates that all claims of plaintiff, James Herman, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Lisa Sechelski
Arnold & Itkin, LLP
1401 McKinney, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (fax)
Dated: 9/22/08

_____
Attorney for Merck & Co., Inc
Bryan C. Reuter
Bar No. 23910

Dated: 10/15/08
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras St., Ste. 2500
New Orleans, LA 70112
504-523-1580 (phone)
504-524-0069 (fax)

V1013