**ARNOLD & ITKIN, LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 MCKINNEY STREET, SUITE 2550
HOUSTON, TEXAS 77010
(713) 222-3800
(713) 222-3850 FAX
www.arnolditkin.com

September 3, 2008

Mr. James Herman
401 Locust Street
Rolfe, IA 50581

*Via Federal Express*
*Tracking No.  7980 0512 9583*

RE:  No. 05-CV-5543, *Linda Herman and James Herman v. Merck & Co, Inc.*;
     In the United States District Court of the Eastern District of Louisiana

Dear Mr. Herman:

In accordance with the terms of your divorce decree, your rights with regard to the above-referenced lawsuit and/or settlement have been terminated.

For our records we need to file a Notice of Nonsuit to remove you from this case in an effort to finalize all paperwork with Merck.

To acknowledge your agreement with this, please sign the bottom of this letter and return to us in the enclosed Federal Express envelope.

If you have any questions, please feel free to contact myself or my paralegal, Chris Alexander at 866-222-2606.

Sincerely,

Arnold & Itkin LLP

Lisa Sechelski

ACKNOWLEDGED AND AGREED TO:

_____
James Herman

EXHIBIT A