UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX

PRODUCTS LIABILITY LITIGATION

*Linda Herman, et al*

*v.*

*Merck & Co, Inc.*

This document relates to:
**Only with regard to:  James Herman**

,

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 05-cv-5549

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER

    Considering the foregoing Stipulation of Dismissal with Prejudice as to All Defendants:

    IT IS ORDERED that all claims of plaintiff James Herman in the above-caption case be

and are hereby dismissed with prejudice with each party to bear its own costs

    NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


                                                  _____
                                                  JUDGE ELDON E. FALLON
                                                   UNITED STATES DISTRICT COURT