# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | **SECTION L** |
| MDL Docket No. 1657 | ) | **JUDGE ELDON E. FALLON** |
| _____ | ) | |
| **This document relates to:** | ) | |
| | ) | |
| **WELBY RAY KNIFLEY, as** | ) | |
| **Administrator of the Estate of** | ) | |
| **THELMA B. KNIFLEY, Deceased,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CASE NO. 2:05-CV-05635-EEF-DEK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## PLAINTIFF'S REPORT PURSUANT TO PTO 28

Now comes the Plaintiff, Welby Ray Knifley as Administrator of the Estate of

Thelma B. Knifley, deceased, by and through his undersigned attorney, and files the

Report required by PTO 28, paragraph II(A)(8), and all attachments and materials.


**s/Leila H. Watson**
Leila H. Watson (ASB-3023-S74L)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone No.:  205-328-2200
Fax No.:  205-324-7896
Email:  lwatson@cwcd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff's Report Pursuant to PTO 28 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 28, on this 22nd day of October 2008.


**s/Leila H. Watson**

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

**Expert Report**
**RE: Thelma Knifley**
October 22, 2008

I am a medical doctor currently practicing rheumatology in Birmingham, Alabama. I am board certified in rheumatology. I have a general practice in rheumatology, treating patients in both an office and hospital setting. A copy of my curriculum vitae is attached to this report as Exhibit 1.

I was provided articles, studies, FDA information, and adverse event reports relating to Vioxx and its pharmacologic effects. The list of reference material is attached to this report as Exhibit 2. In addition to the materials listed in the reference I have also read many other published studies and articles about the Cox-2 inhibitors in the course of my professional career. I submitted my first report on a Vioxx litigation case in March 2004. I have kept current on all medical and scientific material released on the Cox-2 inhibitor drug class.

I was provided medical records relating to Thelma Knifley and the pulmonary embolism diagnosed on November 12, 2002. The list of the medical records I read is attached to this Affidavit as Exhibit 3.

The patient was a 60 year old white female, nonsmoker, nondrinker, obese, with history of hypertension well controlled with Cardura and Adalat. She had event of tachycardia documented in December 2001. She had increasing pain in both knees and xray and clinical exam in June 2000 showed diffuse degenerative changes in both knees with spurring. She was started then on Vioxx 50 mg daily, and given prescriptions for Vioxx 25 mg daily. I have been given pharmacy records showing regular refill of Vioxx 25 mg from July 2000 to November 2002.

On October 23, 2002, she was evaluated by her primary care physician, Dr. Jason Campbell for increasing shortness of breath and lower extremity edema. He prescribed Lasix qd and potassium chloride, and ordered an ECG, ECHO and sleep study. The ECHO showed mild left ventricular hypertrophy and mild decreased left ventricular compliance, with EF of 65%. The ECHO was otherwise unremarkable. She returned to Dr. Campbell on October 30, 2002 with continued lower extremity edema and severe shortness of breath. Her oxygen sat was reported in the 70s and chest xray showed right upper lobe pneumonia, and possible left lower lobe pneumonia. She was admitted to TJ Sampson Hospital for treatment of the pneumonia and CHF. Current medications at time of admission included Vioxx 25 mg qd. She was given Lasix and antibiotic and improved dramatically. Sixteen pounds of fluids were diaphoresed. ECHO demonstrated LVH, EF of 65%, right ventricular overload, TR, MR and a PA pressure of 70. ECG and cardiac enzymes were normal. She was discharged on her usual home medicines plus Lasix, potassium and Levaquin.

She continued to complain of lower leg pain and edema, but otherwise was improved following her discharge. On November 10, 2002, she awoke with difficulty

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

ambulating secondary to pain behind her right knee, and had chest pain, nausea, dizziness and was diaphoretic. EMS was called and she was transported to TJ Samson Hospital. She was diagnosed as having possible pulmonary embolus and transferred immediately to Vanderbilt Medical Center where she was admitted to the ICU. V/Q scan confirmed pulmonary embolus and she was started on coumadin and then heparin. MI was ruled out. She improved and was reported to be doing well. On the third hospital day she was moving from her chair to bed and suffered an acute episode of shortness of breath, and then very quickly, in minutes, became apneic and hypotensive. Emergency resuscitation was attempted, but failed.

Autopsy confirmed multiple pulmonary emboli with large embolus at the bifurcation of the pulmonary artery as cause of death.

As a practicing rheumatologist of some years, I have treated thousands of patients with osteoarthritis, rheumatoid arthritis, and other medical conditions that cause inflammation and pain. I am familiar with the various medications available to treat these problems, including acetaminophen (Tylenol), tramadol (Ultram), narcotic analgesics, and nonsteroidal antiinflammatory drugs (NSAIDs). I have used all these medications in my practice.

There are two classes of NSAIDs, Cox-2 nonselective and Cox-2 selective. Older Cox-2 nonselective NSAIDs inhibited both the cyclooxygenase-1 and cyclooxygenase-2 enzymes. Prostaglandins produced by the enzyme cyclooxygenase-1 line the stomach, among other things, and inhibition of Cox-1 can lead to gastritis and gastric ulceration with bleeding. Drugs selective for cyclooxygenase-2 were developed to preserve the stomach and lower the incidence of ulcers and gastrointestinal bleeding. Vioxx is one of these drugs and is used to treat osteoarthritis and rheumatoid arthritis. One of the concerns with the Cox-2 selective NSAIDs, particularly Vioxx and Bextra, has been the imbalance in the clotting system with its use. Nonselective NSAIDs that inhibit Cox-1, block the generation of thromboxane, a prostaglandin that leads to platelet aggregation. Inhibition of Cox-1 prevents platelet aggregation and leads to an increased bleeding time. Surgeons routinely tell patients to stop nonselective NSAIDs that inhibit Cox-1 because these drugs can cause increased bleeding at surgery. But the nonselective NSAIDs also inhibit Cox-2. Cox-2 leads to the generation of prostacyclin. Prostacyclin is anti-thrombotic and prevents blood clots. It is thought that the nonselective NSAIDs do not lead to blood clots because they inhibit both Cox-1 and Cox-2.

On the other hand, Cox-2 selective NSAIDs inhibit only Cox-2 and prevent the generation of prostacyclin. They do not inhibit Cox-1 and therefore, thromboxane, the prothrombotic prostaglandin can be made while the antithrombotic prostaglandin, prostacyclin that balances the clotting system, is inhibited. This can lead to blood clots. These pharmacological effects of the selective and nonselective Cox-2s are well documented. For example, see:

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

David A. McLain, M.D.,
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

Mary Altz-Smith, M.D.,
F.A.C.P., F.A.C.R.,
(205) 877-2551

Prameela D. Goli, M.D.
(205) 877-2552
Fax (205) 877-2519

Greg E. Eudy, M.D., P.C.
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

-Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2. Cheng Y, et al. Science 2002; 296: 539-541.

-Cox-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Ray WA, et al. Pharmacoepidemiology and Drug Safety 2003; 12: 67-70.

-Cyclooxygenases, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cycloosygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism. Egan KM, et al. Circulation 2005; 111: 334-342.

-Selective COX-2 Inhibitors and Risk of Myocardial Infarction. Krotz F, et al. J Vasc Res 2006; 42:312-324.

There are many published studies and clinical trials showing an increased risk of acute myocardial infarction with the use of the selective Cox-2 inhibitors, Vioxx and Bextra, but there are few references to other thrombotic events like pulmonary embolism and deep vein thrombosis. Many of these studies searched databases only for a diagnosis of acute myocardial infarction, and therefore, the available published data does not include data on other events.

However, the inhibition of Cox-2 is not shown to be specific to the coronary arteries, and the effect of inhibiting production of prostacyclin would be systemic. The same mechanism that leads to thrombotic events causing acute myocardial infarction, would cause thrombotic events resulting in pulmonary emboli.

In addition, Merck's package insert approved by the Food and Drug Administration has always included a warning for pulmonary embolism as an adverse side effect of the use of Vioxx. There have been reports of pulmonary embolism and deep vein thrombosis with the use of Vioxx reported to the FDA's Adverse Events Database. In my own practice, I had three patients for whom I prescribed Vioxx, who without significant risk factors for pulmonary embolus, went on to develop pulmonary embolisms. Some studies have published data on the incidence of pulmonary embolus as an adverse event during the use of the selective Cox-2 drugs.

-OPDRA Postmarketing Safety Review (FDA). February 2001.

-Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors. Mukherjee D, et al. JAMA 2001; 286: 954-959.

-Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. Kerr DJ, et al. NEJM 2007; 357(4): 360-369.

**Birmingham Rheumatology**
Suite 211 ACC
2022 Brookwood Medical Center Drive
Birmingham, Alabama 35209

**David A. McLain, M.D.,**
F.A.C.P., F.A.C.R.
McLain Medical
Associates, P.C.
(205) 877-2555
Fax (205) 877-2790
email: dmclain@pol.net

**Mary Altz-Smith, M.D.,**
F.A.C.P., F.A.C.R.,
(205) 877-2551

**Prameela D. Goli, M.D.**
(205) 877-2552
Fax (205) 877-2519

**Greg E. Eudy, M.D., P.C.**
(205) 877-2955
Fax (205) 877-2969

Diplomats, American
Board of Internal Medicine,
Subspecialty of
Rheumatology

Shelby County Office:
McLain Medical
Associates, P.C.
2229 Cahaba Valley Drive
Birmingham, AL 35242
Phone (205) 991-8996
Fax (205) 991-8997

Common risk factors for venous clotting are major surgery, immobility, genetic blood clotting abnormalities, systemic infection, anemia, thrombocytopenia, and inflammatory processes such as Crohn's disease. The only possible risk factors present in Thelma Knifley were hypertension and obesity. However, her hypertension was medically well controlled. On one earlier occasion she was suspected to have a DVT, but it was ruled out and Baker' cyst was diagnosed. Interestingly, she had a sister who died of pulmonary embolism quite young, at age 34. I was unable to find any tests for Protein C, Protein S or antithrombin in Ms.Knifley's records which might have indicated whether she and her sister shared any genetic clotting abnormalities. Her record did not demonstrate any clinical signs or symptoms of any chronic venous insufficiency suggestive of such abnormality in her lifetime.

Based on my training and experience as a medical doctor, and based on my knowledge and review of the literature relating to Cox-2 inhibitors, and my review of the patient's medical records, it is my opinion that more probably than not, the treatment of Mrs. Knifley's osteoarthritis with Vioxx is the most likely cause of her pulmonary emboli. She was apparently switched from Vioxx 25 mg to Bextra 10 mg on November 6, 2002. However, 3 or 4 days of Bextra is unlikely to have been the sole cause of this event, especially since she was exhibiting symptoms prior to discontinuing Vioxx.

Sincerely,

David A. McLain, M.D., FACP, FACR

# EXHIBIT 1

## Curriculum Vitae

## David Andrew McLain, M.D., FACP, FACR

**Current Position**: Attending Physician and Chief, Rheumatology Section, Department of Internal Medicine, Brookwood Medical Center, Birmingham, Alabama

**Personal**:  Born in Chicago, Illinois on August 16, 1948, U.S. Citizen, Married to Pamela Fullmer McLain, M.D.
Two sons, Edward and Richard

**Office Address**:  Birmingham Rheumatology, Suite 211, 2022 Brookwood Medical Center Drive, Birmingham, Alabama 35209. (205) 877-2555; FAX (205) 877-2790
E mail:  dmclain@pol.net

Shelby County office: 2229 Cahaba Valley Drive
Birmingham, Alabama 35242 (205) 991-8996; FAX (205) 991-8997

**Home Address**:  McLain Meadows Farm
6225 Cahaba Valley Road, Birmingham, Al. 35242
(205) 991-6161

### Educational Background

 **Academic College**:  B.A., Northwestern University, Evanston, Illinois, 1970
 **Medical School**:  M.D., Tulane University, New Orleans, Louisiana, 1974
**Internship**:  Internal Medicine, Ochsner Foundation Hospital and
Clinic, New Orleans, Louisiana, 1974-75
**Residency**:  Internal Medicine, Barnes Hospital, St. Louis, Missouri, 1975-77
**Fellowship**:  Rheumatology, Washington University School of Medicine, St. Louis, Missouri, 1977-79.
   NIAID Trainee in Immunogenetics, Division of Rheumatology, Washington University School of Medicine,
   1978-79

### Honors
-Alpha Omega Alpha Honor Medical Society, Elected November 8, 1973, Tulane University
-Order of the Gold-Tipped Stethoscope for Outstanding Performance as a Student of
 Medicine (Senior Medicine Award), Tulane University, 1974
-Award of Appreciation, Alabama Podiatry Association, 1984
-Award of Appreciation, Alabama Chapter of the Arthritis Foundation, 1986
-Elected to Fellowship, American College of Physicians, 1989
-Award for Decade of Leadership of Rheumatology on the Beach Symposium presented by
Alabama Chapter of the Arthritis Foundation, 1992
-Physicians' Recognition Award, American Medical Association, 1979, 1982, 1985, 1988,

2

1991, 1994, 1997, 2000, 2003, 2006.
-Listed in Marquis' Who's Who in the South and Southwest, 24th edition, 1995-96 to 2001.
-"Excellence in Teaching Award", presented by the Medical Association State of Alabama,
for the 11th Invitational Scientific Symposium, January 28, 1995.
-Listed in Marquis' Who's Who in the World, 13th edition, 1996 to 2002.
-Listed in Marquis' Who's Who in Science and Engineering, 3rd edition, 1996-97 to 2002-2003.
-Listed in Marquis' Who's Who in America, 51st Edition, 1997 to 2003.
-Listed in Marquis' Who's Who in Medicine and Healthcare, First Edition, 1997-98 to 2000-2001.
-"Rheumatologist of the Year", Arthritis Foundation, Alabama Chapter, 1999.
-Award for 20 years as Course Director of Rheumatology on the Beach, Brookwood Medical Center, 2003

## Board Certification

 -Diplomate, American Board of Internal Medicine, 1977
-Diplomate, Subspecialty of Rheumatology, American Board of Internal Medicine, 1980
-Certified Clinical Densitometrist, International Society for Clinical Densitometry, 2002

## Licensure

-Licensed in Alabama, 1981 by reciprocity with Louisiana, License #9639
-Licensed in Louisiana, 1974 by FLEX examination, License #12822

## Hospital Appointments

-St. Louis Veterans Administration Hospital, Washington University Medical Service, 1979-81
-Brookwood Medical Center, Birmingham, Alabama 1981-present
    Chief of Division of Rheumatology, Department of Internal Medicine 1983-1987, 1989-1990,
    1991-1995, 1997-
    Chairman, Medical Education-Library committee, 1987, 1997
    Chairman, Rehabilitation Committee, 1987-88
    Medical Director of Physical Therapy, 1986-1992
    Executive Committee, 1997
-St. Vincent's Hospital, Birmingham, Alabama 1981-present
    Emergency Room Physician, July, 1981-February, 1982
-Shelby Medical Center, Alabaster, Alabama 1982-present
-Lakeshore Rehabilitation Hospital, Birmingham, Alabama 1983-1997
-HealthSouth Hospital, Birmingham, Alabama, 1989 – 2006 (Sold to UAB and now UAB Highlands)
-Trinity Medical Center Montclair, Birmingham, Alabama, 2005-

## Professional Society Memberships

-Alpha Omega Alpha Honor Medical Society
-American College of Physicians
    Fellow, elected 1989
-American College of Rheumatology
    Founding Fellow, 1988

3

    Committee on Rheumatologic Care Network, Alabama Representative, 1997
-American Society of Internal Medicine
-American Medical Association
-Alabama Society for the Rheumatic Diseases
    Founding Member
    Secretary-Treasurer, 1996-97
    Vice President, 1997-1998
    Medicare Carrier Physician Advisory Committee, 1998-2000
    President, 1998-99
-Alabama Society of Internal Medicine
-Medical Association State of Alabama
-Jefferson County Medical Society
-Brookwood Specialty Physicians Association, Inc.
    Founding Incorporator, Board Member, President, 1990-1997
-American Medical Equestrian Association
    Board of Directors, 1995
    Annual Meeting Coordinator, 1997
    Treasurer, 2002-2004
-Southern Medical Association
-American Society of Clinical Rheumatologists, 2005-

## Faculty Appointments

-Instructor, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri, 1979-81

## CME/Course Directorships

-Originator & Course Director, Annual Rheumatology on the Beach symposium, originally sponsored by Brookwood Medical Center and the Alabama Chapter of the Arthritis Foundation, 1983-present. (Endorsed by the American College of Rheumatology, 1990 - 1996.  Beginning in 1997, the American College of Rheumatology no longer endorsed any non-ACR programs.)
 Since 2004, Sponsored by Virginia Commonwealth University, Richmond, VA and Arthritis Foundation, Alabama Chapter
-Originator, Co-course director, First Annual Update of Medicine for Primary Care Physicians, sponsored by Brookwood Specialty Physicians Association and Brookwood Medical Center, 1993.
-Course Director, "Equestrian Sports Medicine, the 8th Annual American Medical Equestrian Association meeting", co-sponsored by the American Medical Equestrian Association and the American Sports Medicine Institute, 1997.
-Course Director, Derby Day Topics in Medicine, sponsored by Brookwood Medical Center, 1998.

4

## Research Activities

-Research on familial osteoarthritis and defects in type II collagen DNA, with Charlene Williams, Ph.D. and Darwin Prockop, M.D., Ph.D., Thomas Jefferson University School of Medicine, 1992-1995.

1. Clinical Research On XXX In Osteoarthritis.

2. Clinical Research On XXX In Rheumatoid Arthritis.

3. A Double-blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's During Chronic Treatment with XXX or XXX in Patients With Rheumatoid Arthritis.

4. A Multicenter, Double-blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with XXX To that of XXX in Patients with Osteoarthritis or Rheumatoid Arthritis.

5. Double-blind, Placebo-controlled, Parallel group Comparison of the Efficacy and Safety of XXX, XXX and Placebo with an Open Label Extension in the Treatment Of Pain Associated with Osteoarthritis of the Knee and/or Hip.

6. A Randomized, Placebo-controlled, Parallel-group, Double-blind Study to Evaluate the Safety and Efficacy of XXX, XXX and XXX in Patients with Osteoarthritis of the Knee or Hip.

7. An Active-Comparator and Placebo-controlled, Parallel-group, Double-blind, 52-week Study to Assess the Safety and Efficacy of XXX in Rheumatoid Arthritis Patients.

8. Low Dose, Natural Human Interferon Alpha XXX Administered by the Oral Mucosal Route for the Treatment of Primary Sjogren's Syndrome

9. Rheumatoid Arthritis DMARD Intervention and Utilization Study (Radius 1 and 2)

10. Treatment of early RA with XXX and methotrexate vs. placebo and methotrexate.

11. Self designed study on the effect of tizanidine in Fibromyalgia Syndrome, 1999-2002

-Member & Clinical Investigator, Musculoskeletal Academic Clinical Consortium (MACC), University of Alabama, Birmingham, (Larry Moreland, M.D., Director), 1997-2001
 (Numerous Research Protocols as a Member Of The Musculoskeletal Academic Clinical Consortium With UAB including Sjogren's Syndrome, rheumatoid arthritis.)
-Clinical Investigator with Alabama Research Center, an ARC center, 1998-2004
    --rheumatoid arthritis, chronic pain, osteoarthritis, Sjogren's Syndrome
-Clinical Investigator with Capstone Clinical Trials, Inc., 2003-present
    --osteoarthritis, fibromyalgia, chronic pain, rheumatoid arthritis
-Research steering committee, Uncover study, an international study on pulmonary hypertension in scleroderma, 2002-2005

5

-Protocol advisor, Schwarz Biosciences, Inc., 2006

## Editorial Board / Review Activities

-Reviewer for **Facial Pain**, Third Edition, Lea&Febiger, Philadelphia, 1991, authored by Mahan, Parker E. and Alling, Charles C.
-Reviewer for **IM, Internal Medicine**, Medical Economics Publishing, Plainsboro, N.J. Series Editor for series on "New Developments in Rheumatology", 1991 -1992 IM 12: 27-35, 1991; 13: 41 -48, 1992.
-Advisory Board Member, **Fibromyalgia Aware** magazine, a publication of the National Fibromyalgia Association, 2004-2006
-Reviewer, **Psoriasis Forum**, National Psoriasis Foundation, 2005-

## Community Organization Memberships

-Lupus Foundation of America, Birmingham Chapter.
    Member of the Medical Advisory Committee, 1982-1995
    Originator with June Cassady, R.N., Brookwood Rheumatology Nurse, of the Annual "Lupus
    Day" held every October at Brookwood Medical Center, 1983-1996.
-Arthritis Foundation, Alabama Chapter
    Member, Board of Directors, North Central Branch, 1982-1996
    Originator and organizer, Arthritis Foundation Benefit Horse Show and Art Fair, Birmingham,
    Alabama, 1985.
    Chairman, Medical and Scientific Committee, Alabama Chapter, 1988-89
    Originator and organizer, Fibromyalgia Symposium, 2001
    Originator and organizer, Lupus, Fibromyalgia, and Sjogren's Symposium, 2005
-Arthritis Foundation, National
    Delegate, National Council of Delegates, 1987
-Sjogren's Syndrome Foundation, Birmingham Chapter
    Medical Advisor, 1988-1999
-Council of Healthcare Advisors, Gerson Lehrman Group, Inc., New York, 1999-

## Medical Publications

1. McLain, DA, McLain, PF, Lindsey, ES, and Ryan, RF, Diseases of the Thyroid, Parathyroid, and Adrenal Glands. A Programmed Instruction Text, Tulane University Press, New Orleans: 1975.

2. McLain, DA, Hahn, BH, "Cryoglobulins in the Procainamide-induced Lupus Syndrome", Arthritis and Rheumatism, 22:305-207, 1979.

3. McLain, DA, Garriga, FJ, Kantor, OS, "Adverse Reactions to Ticrynafen Use", JAMA, 243: 753-4, 1980.

4. Spilberg, I, McLain, DA, Simchowitz, L, Berney, S. "Colchicine and Pseudogout", Arthritis and Rheumatism, 23: 1062-3, 1980.

5. Cassiere, SO, McLain, DA, Emory, WB, Hatch, HB, "Metastatic Carcinoma of the Pancreas simulating Primary Brochogenic Carcinoma", Cancer, 46: 2319-21,1980.

6

6. Carlisle, WR, McLain, DA, "Endoscopic Appearance of an Angelchik Prosthesis", Gastrointestinal Endoscopy, 30: 376,1984.

7. McLain, DA, "Games of the Medical Revolution", Alabama Medicine, 57:20-23, 1987.

8. McLain, DA, "Highlights of the 8th Annual Rheumatology on the Beach", Alabama Medicine, 60: 18-25,1991

9. McLain, DA, "Highlights of the 9th Annual Rheumatology on the Beach", Alabama Medicine, 61: 12-14,1992

10. Williams Cd, Rock M, Considine E, McCarron S. Gow P. Ladda R. McLain D, Michels V, Murphy W. Prockop DJ, Ganguly A, "Three new point mutations in type II procollagen (COL2A1) and identification of a fourth family with the COL2A1 Arg519->Cys base substitution using conformation sensitive gel electrophoresis", Human Molecular Genetics, 4: 309-312, 1995

11. McLain, DA, "Medicine does not exist in a Vacuum", MASA Review, 1: 23-25,1996

12. Prockop, DJ, Ala-Kokko, L, McLain, DA, Williams, C, "Can Mutated Genes Cause Common Osteoarthritis?", British J. of Rheumatology, 36: 827-830, 1997.

13. McLain, DA, "Clinical features of ANA-Positive and ANA-Negative patients with Fibromyalgia", J. Clin. Rheumatology, 4: 292-293, 1998.

14. Jay, GW, Krusz, JC, Longmire, DR, McLain, DA, "Current trends in the Diagnosis and Treatment of Chronic Neuromuscular Pain Syndromes: Myofascial Pain Syndrome, Chronic Tension-Type Headache, and Fibromyalgia", a continuing medical educational program sponsored by the American Academy of Pain Management, 2000.

15. McLain, DA, "Rheumatoid Arthritis--Update on New Therapies", Southern Med J, 94: 893-895, 2001

16. McLain, DA, "An Open Label, Dose Finding Trial of Tizanidine (Zanaflex™) for Treatment of Fibromyalgia, J. Musculoskel. Pain, 10:7-18, 2002.

17. Bradley LA, Kersh BC, DeBerry JJ, Deutsch G, Alarcon GA, McLain DA, Lessons from fibromyalgia: abnormal pain sensitivity in knee osteoarthritis, in Osteoarthritic Joint Pain, Derek J. Chadwick, Jamie Goode, eds., Novartis Found Symp. 2004;260:258-70; discussion 270-9.

18. Wigley FM, Lima JA, Mayes M, McLain D, Chapin JL, Ward-Able C, The prevalence of undiagnosed pulmonary arterial hypertension in subjects with connective tissue disease at the secondary health care level of community-based rheumatologists (the UNCOVER study), Arthritis Rheum. 2005 Jul;52(7):2125-32.

19. Wigley FM, Lima JAC, Mayes M, McLain D, Chapin JL, Ward-Able C, Echocardiography is not

7

sufficient to diagnose pulmonary arterial hypertension in systemic sclerosis:
Comment on the article by Wigley et al, REPLY, Arthritis & Rheumatism 54: 380-381,
2005.

## Medical Abstracts

1. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for
Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical
Research, 28:142A, 1980. (presentation to the Central Society for Clinical Research)

2. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "Detection of Patients at Risk for
Spondyloarthropathy with an Antibody to an HLA Public Antigenic Determinant", Clinical Research,
28:354A, 1980. (presentation to the American Federation for Clinical Research, plenary session)

3. McLain, DA, Spilberg, I, Berney, S. Simchowitz, L, "Colchicine and Pseudogout", Arthritis and
Rheumatism, 23: 718,1980. (presentation ARA meeting)

4. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More
Common than HLA B27 in Patients with Ankylosing Spondylitis", Arthritis and Rheumatism, 23: 718, 1980.
(presentation to American Rheumatism Association plenary session)

5. McLain, DA, Luehrman, LK, Rodey, GE, Schwartz, BD, "An HLA Public Antigen is More Common than
HLA B27 in Patients with Ankylosing Spondylitisn, in Preud'Homme and Hawken,eds.,Abstracts, 4th
International Congress of Immunology,Paris: 1980, '8.5.43.

6. Cassady, J. Darden, L, Brodie, B. Sledge, E, McLain, D, "A Comprehensive Out-Patient Program for the
Rheumatology Patient", Abstracts, Tenth Southeastern Regional Meeting, Allied Health Professions
Association and the American Rheumatism Association, 1983.

7. McLain, DA, Murphy, WA, Prockop, DJ, Williams, CJ, "An Alabama Family with Severe Osteoarthritis of
the Hips, Mild Spondyloepiphyseal Dysplasia and Precocious Osteoarthritis in other sites has a Point
Mutation in one allele of the Type II Procollagen Gene (COL2A1), Arthritis and Rheumatism, 38:
(Supplement) R25, 1995. (Presented at the American College of Rheumatolgy)

8. McLain, DA, "The effects of Tizanidine HCl (Zanaflex®) in patients with fibromyalgia, Pain Medicine, 1:
207, 2000. (Presented at the American Academy of Pain Medicine)

9. DeBerry, JJ, Fry, RB, Kersh, BC, Bradley LA, Alarcon, GS, McLain, DA, Rumble, M, Trait-like
catastrophizing mediates elevated pain affect ratings in patients with Knee Osteoarthritis (OA) during
suprathreshold pressure stimulation, Arthritis and Rheumatism, 46: S408, 2002.

## Selected Presentations

Grand Medical Rounds, Washington University School of Medicine, St. Louis (1979, 1980, 1981)

8

Rheumatology Grand Rounds, University of Alabama, Birmingham (1982)
Metropolitan Atlanta Rheumatology Society, Atlanta (2000)
American Academy of Pain Management, Las Vegas (1999) and New Orleans (2000)
Southern Medical Association Pain Seminar, Amelia Island, Florida (2000)
Louisiana Rheumatism Society, New Orleans (2001)

Revised:  May, 2008

# EXHIBIT 2

## BACKGROUND INFORMATION ON VIOXX

1.  Sequence of Events with Vioxx, since opening of IND
    (This timeline was presented as background material to the FDA Arthritis
    Advisory Committee in February 2005)

2.  LABELING
    -1998 Vioxx Label
    -2001 Vioxx PDR
    -2002 Vioxx PDR
    -2002 Vioxx Label
    -August 2004 Vioxx Label
    **(DVT and PE included in safety information in the label)**

3.  OPDRA Postmarketing Safety Review (FDA) – presented at FDA hearing
    February 2001 **(Contains some safety date on DVT and PE)**

4.  VOLUNTARY WITHDRAWAL OF VIOXX
    -Risk of acute myocardial infarction and sudden cardiac death in patients treated
    with COX-2 selective and non-selective NSAIDs. From David J. Graham, MD,
    Associate Director for Science, Office of Drug Safety (9/30/04)
    -FDA Public Health Advisory: Safety of Vioxx (9/30/04)
    -FDA News (9/30/04)

5.  REPORTS FROM THE 2005 FDA ARTHRITIS COMMITTEE MEETING
    -Analysis and recommendations for Agency action regarding non-steroidal anti-
    inflammatory drugs and cardiovascular risk. From John K. Jenkins, MD,
    Director, Office of New Drugs; and Paul J. Seligman, MD, Director, Office of
    Pharmacoepidemiology and Statistical Science (4/6/05)
    -FDA Public Health Advisory: FDA announces important changes and additional
    warnings for COX-2 selective and non-selective non-steroidal anti-inflammatory
    drugs (NSAIDs) (4/7/05)
    -FDA News (4/7/05)

6.  Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in
    Patients with Rheumatoid Arthritis. Bombardier C, Laine L, Reicin A, Shapiro D,
    Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien
    TK, Schnitzer TJ (for the **VIGOR STUDY GROUP**). NEJM 2000; 343: 1520-8.

    Commentary on VIGOR study:
    -Risk of cardiovascular events associated with selective COX-2 inhibitors.
    Mukherjee D, Nissen SE, Topol EJ. JAMA 2001; 286(8): 954.

    -Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal
    toxicity of Rofecoxib and Naproxen in patients with rheumatoid arthritis," N Engl
    J Med 2000; 343: 1520-8. N Engl J Med 2005; 353(26): 2813-2814.

7.      Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial.  Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lana G, Konstam MA, Baron JA (for the **APPROVe Trial** Investigators).  NEJM 2005; 352: 1092-102.

8.      VIOXX ARTICLES

Role of prostacyclin in the cardiovascular response to Thromboxan A2.  Science 2002; 296:  539-541.  (Cheng, et al)

COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease.  Pharmacoepidemiology and Drug Safety 2003; 12:  67-70.  (Wayne Ray, et al)

Risk of cardiovascular events and Rofecoxib:  cumulative meta-analysis.  Lancet 2004; 364:  2021-2029.  (Juni, et al)

Cyclooxygenases, Thromboxane, and Atherosclerosis.  Circulation 2005; 111: 334-342.  (Egan, et al)

Cyclooxygenase inhibition and cardiovascular risk.  Circulation 2005; 112:  759-770.  (Antman, et al)

Selective COX-2 inhibitors and risk of myocardial infarction.  J Vasc Res 2005; 42:  312-324.  (Krotz, et al)

The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors:  comparisons, contrasts, and aspirin confounding.  J Clin Pharmacol 2005; 45:  742-750.  (Konstantinopoulos, et al)

Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications.  Pharmacoepidemiol Drug Safety 2006; 15(a):  641-652.  (Velentgas P, et al)

Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis?  Meta-analysis of randomized trials.  BMJ 2006; 332:  1302-1305.  (Kearney P, et al)

Non-steroidal anti-inflammatory drugs and myocardial infarctions:  Comparative systematic review of evidence from observational studies and randomized controlled trials.  Scott PA, et al. Ann Rheum Dis, 3/7/07

Selective inhibition of prostacyclin synthase activity by rofecoxib.  Griffoni C, et al.  J. Cell. Mol. Med. 2007; 11(2):327-338.  (Proposes that rofecoxib interacts with PGIS, probably acting as a non-competitive inhibitor of the enzyme.)

Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer. Kerr DJ, et al. NEJM 2007; 357(4): 360-369. **(Included data on pulmonary embolus)**

9.     ADVERSE EVENT REPORTS ON VIOXX – PULMONARY EMBOLUS

-10 pages from the FDA (it is difficult to tell if these are complete reports for each year.
-One adverse event report from Merck clinical trial data

10.    Incidence of acute pulmonary embolism in a general hospital:  relation to age, sex and race. Stein PD, Huang H, Afzal A, Noor HA. Chest 1999; 116: 909-913.

# EXHIBIT 3

**THELMA KNIFLEY, DECEASED**
**DOB:  6/2/1942**
**EVENT:  Pulmonary Embolus**
**D/Dx of PE:**
**D/Death:  11/12/2002**

# PRE-EVENT MEDICAL RECORDS

1.   **Dr. John Asriel, Family Medicine**
     **1996-1997**
     -8/8/96 – HTN for about 10 years.  Hospitalized once for chest pain that was
     anxiety related.  Assessment:  HTN with tachycardia and edema.
     PLAN:  Maxzide, discontinue Procardia KL, start Atenolol 25 mg daily.
     -8/19/96 – CHO is normal.  Edema has resolved since she d/ced the procardia.
     Increased Atneolol to 100 mg qd.
     -9/25/96 – Arthritic complaints in the knee.  Tylenol, Rleafen 750
     -1/30/97 – Refill meds


2.   **Glasgow Urgent Care (Dr. Jason Campbell) – Family Medicine**
     **7/22/98 – 4/27/02**
     -7/22/98 – Awoke with severe pain in back of left leg – unable to bear a lot of the
     weight.  History of HTN.
     P-105.  Ht-5'8".  BP 170/104.  R-20.  Wt-275.
     On exam of her left leg it is difficult to feel any palpable cord as she has
     somewhat adipose tissue.  There is no increased warmth.
     DX:  HTN; Probable DVT of the left leg.
     RX:  Immediately gave Procardia 20mg, and got BP down to 140/82.  Will do US
     of leg tomorrow.  Percocet prn leg pain.  Norvasc 1.5 mg qhs and 1 Hyzaar qd
     -7/23/98 – appears to be a Baker's Cyst on the US.  Very painful to ambulate.
     DX:  Baker's cyst behind left knee.
     RX:  No lifting, bending, stooping.  Rest for 3 days.  Naproxen 500 mg q12hours.
     -7/28/98 – Knee is better.  Univasc 15 mg qd. Hyzaar 1 qd
     -8/21/98 – Sinusitis, URI.  Bactrim, Allegra, Nasacort.
     -9/12/98 – Wt 272.  BP 190/98.  She hasn't taken her meds.
     DX:  HTN.  Change to Adalat CC 30mg qd and Cardura 4mg po qhs.
     -8/27/99 – Needs refill of meds
     -6/5/00 –HTN, Knee pain bilateral.
     RX:  Adalat CC 30 mg, Cardura 4 mg qd
     -6/26/00 – Needs pap exam and has pain in both knees.  Xray shows some diffuse
     degenerative changes in both knees and spurring.  Vioxx 50mg qd.
     -2/26/01 – Needs meds refilled
     -12/3/01 – BP has been in good control, but has episodes of heart rate in mid to
     upper 100.  Did EKG which revealed sinus tachycardia, rate of 104.  Balance of
     physical exam is WNL.
     DX:  HTN, osteoarthritis, hypertriglyceridema, tachycardia.
     RX:  Adalat CC 30 mg qd, Vioxx 25 mg qd, Cardura 4 mg qd.  Given samples of
     Toprol XL 25 at bedtime for heart rate.  Plan holter monitor.

-4/17/02 – Wt. 257.  Lungs-clear.  Cardiac-RRR without murmur.  She is a nonsmoker.  History of tachycardia.
DX:  Sinusitis, Conjunctivitis OU, HTN with history of tachycardia.
RX:  Claforan 1 gm IM. Kenalog 80 mg IM.  Biaxin XL 500 mg.  Ciloxan ophthalmic drops.  Entex PSC.  Refill Cardura, Adalat and Vioxx.
-4/27/02 – Sinusitis, Vestibular neuritis.
RX:  Avelox 400 mg qd for 10 days.  Histex HC 4 ounces two tsp q4h PRN cough.  Antivert 25 mg q8h PRN dizziness.

3. **Winn Dixie Prescription Records**

| | |
|---|---|
| 7/3/00 | Vioxx 25 mg x 30 |
| 8/1/00 | Vioxx 25 mg x 30 |
| 9/24/00 | Vioxx 25 mg x 30 |
| 10/30/00 | Vioxx 25 mg x 30 |
| 11/3/00 | Vioxx 25 mg x 30 |
| 12/9/00 | Vioxx 25 mg x 30 |
| 1/5/01 | Vioxx 25 mg x 30 |
| 2/26/01 | Vioxx 25 mg x 30 |
| 4/24/01 | Vioxx 25 mg x 30 |
| 5/25/01 | Vioxx 25 mg x 30 |
| 8/27/01 | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| | Vioxx 25 mg x 30 |
| 11/7/02 | Vioxx 25 mg x 30 |

# EVENT MEDICAL RECORDS

4. **Glasgow Urgent Care (Dr. Jason Campbell) – Family Medicine**
   **10/23/02 – 11/6/02**

-10/23/02 – Wt. 261.  Increasing SOB and LE edema.  It has been going on for past several months and worse the past couple of weeks.
DX: LE edema.  SOB.  HTN.
RX:  Lasix 20 mg qd with K+ 10.  ECG and sleep study.
-10/25/02 – ECHO done.  Mild LV hypertrophy.  Mild decreased LV compliance.  EF 60%.
-10/30/02 – Increasing SOB.  While in the office today, O2 sat is in the 70s.  Chest xray today shows right upper lobe pneumonia and possibly left lower lobe pneumonia.  Put her on O2 and sats came up to high 80s.  Admit to TJ Samson.

-11/6/02 – Wt. 255. Admitted to hospital last week for right upper lobe pneumonia and CHF. Gave diuretic and Levaquin and she improved dramatically – diaphoresed 16 pounds of fluid. She is feeling much better. She still uses Albuterol neb and taking Levaquin as directed. She is on Lasix 40 mg qd. She thinks her lower extremity edema may be a little worse but other than that she feels pretty good. Ext show trace to 1+ edema.

IMP: Pneumonia. CHF.

RX: continue antibiotics and neb. Increase Lasix to 60 mg qd. Cause of CHF is not completely clear. She does have some mild high blood pressure but I do not think this is serious enough to cause the CHF. I am going to send her to Dr. Warren to have sleep study done to rule out sleep apnea. Samples Bextra 10 mg qd for arthritis given.

5. **TJ Sampson Hospital**
   **10/30/02 – 11/4/02**
   DISCHARGE DX: Right upper lobe pneumonia; right sided heart failure; HTN. Admitted with SOB, hypoxia and LE edema. Placed on antibiotics, oxygen and lasix, and she improved throughout her hospital course. Echo showed normal left ventricular function with signs of right ventricular overload. Cardiac enzymes X2 and EKGs were normal. Suspect chest pain was secondary to pneumonia. Discharged on Zestril, Lasix, Potassium Chloride, Levaquin, Duo-Neb.

6. **TJ Sampson Hospital**
   **11/10/02**
   Admitted to ER at 1326 c/o chest pressure that started that day. Had pain in right calf for 1-2 weeks.
   Admitted to Hospital at 1704
   Discharged for transport to Vanderbilt Hospital at 2005
   DX: Likely has PE – low sats, tachycardia, hypotension. Will start Activase IV.

7. **Vanderbilt University Hospital**
   **11/10/02 – 11/12/02**
   Admitted to ICU secondary to pulmonary embolus. Started on heparin therapy and started on Coumadin. At time of death, patient was reportedly doing well and then had an acute episode of SOB as she was moving from chair to bed. Within 4-5 minutes of her initial SOB, she became apneic and hypotensive. Code resuscitation was begun and continued for nearly 2 hours.

8. **Autopsy and Death Certificate**
   "organized thromboembolus within the pulmonary saddle and multiple small, organized thrombi in smaller arteries of the pulmonary vascular tree. Dilatation of the right side of the heart without left sided enlargement implies elevation of pulmonary artery pressure and resistance. There is also marked congestion and mild pulmonary vascular changes noted. A large hematoma within the retroperitoneum was identified. This is a major finding which likely led to acute hypotension and cardiac compromise. Within the myocardium there was

evidence of chronic ischemic disease as well.  The presence of concentric left ventricular hypertrophy and arterionephrosclerosis are consistent with long-standing systemic hypertension.