**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 21, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

    **1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer, PLC, et al., Case No. 08-3627**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Rebecca Dietz participated in person and Andrew Marks participated via telephone on behalf of the Plaintiffs. Monique Garsaud participated on behalf of the Defendant BrownGreer. Russ Herman participated in person and Arnold Levin participated via telephone on behalf of the NPC. John Beisner participated on behalf of Merck. At the conference, the Court directed the parties to file supplemental briefs directly addressing the issue of dismissal as it pertains to the remaining Plaintiffs.

Accordingly, IT IS ORDERED that the 1199SEIU Greater New York Benefit Fund Plaintiffs shall file their supplemental brief on or before Monday, November 3, 2008. IT IS FURTHER ORDERED that any responses to the Plaintiffs' supplemental brief shall be filed on or before Friday, November 14, 2008. The parties may request oral argument if they feel that such argument would benefit the Court in resolving this issue.

JS10(00:30)

-1-