# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx                                    *
Products Liability Litigation                   *
                                                *
This Document Relates To:                       *    MDL No. 05-1657
                                                *
*Karla Lamaruggine, As Administratrix*          *    JUDGE FALLON
*of the Estate of Sandra Hunt, and Karla*       *
*Lamaruggine, Individually*                     *    MAGISTRATE JUDGE
*v. Merck & Co., Inc.*                          *    KNOWLES
                                                *
No. 06-2239                                     *
                                                *
                                                *
                                                *

*******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Karla Lamaruggine, As Administratrix of the Estate of Sandra Hunt, and

Karla Lamaruggine Individually and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to

Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc.

and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 20th day of ____October____, 2008.

_____
DISTRICT JUDGE

949494v.1