UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Ada Douglas,*

*v.*

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:08-cv-00596

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Ada Douglas in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of _____October_____, 2008.

_____
DISTRICT JUDGE

949613v.1