UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Doris Crenshaw v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv02085 | § | DANIEL E. KNOWLES III |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C., and Sanford Pinedo LLP counsel of record for Plaintiff Doris Crenshaw, and all associated counsel as identified in the attorney by line below, hereby move the Court for an order allowing them to withdraw as counsel of record for Plaintiff in the above-captioned multidistrict litigation. Plaintiff has failed to respond to numerous requests made by Counsel for health care information and for signature on forms necessary to pursue this claim. Plaintiff has also failed to sign a Contingency Fee Agreement with Counsel regarding this claim. Counsel, further, disclaims any financial interest in Plaintiff's claim and avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address: 60 Kristen Place, Covington, GA 30016.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

Dated this 23rd day of October, 2008.

                               Respectfully submitted,

                               **Goldenberg Heller**
                               **Antognoli & Rowland, P.C.**

                               By: /s/ Robert D. Rowland
                                   Robert D. Rowland #6198915
                                   2227 South State Route 157
                                   Edwardsville, IL  62025
                                   Tel: (618) 656-5150
                                   Fax: (618) 656-6230

                                   Sanford Pinedo LLP
                                   2016 Bissonnet Street
                                   Houston, Texas  77005
                                   Tel: (713) 524-6677
                                   Fax: (713) 524-6611

                               **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of October, 2008.

                                           /s/ Robert D. Rowland