**UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX®** | § | **MDL No. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | **SECTION L** |
| | § | |
| **This document relates to:** | § | **JUDGE ELDON FALLON** |
| | § | |
| *Doris Crenshaw v. Merck & Co., Inc., et al.* | § | **MAGISTRATE JUDGE** |
| **Docket Number: 2:06cv02085** | § | **DANIEL E. KNOWLES III** |

**ORDER**

Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C. and SANFORD PINEDO, LLP counsel of record for Plaintiff Doris Crenshaw, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C. and SANFORD PINEDO LLP withdraw as counsel for Plaintiff Doris Crenshaw.

IT IS SO ORDERED.

_____
Date

_____
Judge Eldon E. Fallon
United States District Court Judge