UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION<br>This document relates to: | SECTION L |
| | JUDGE ELDON FALLON |
| Doris Crenshaw v. Merck & Co., Inc., et al.<br>Docket Number: 2:06cv2085 | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES III |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16624**

DESCRIPTION:  Declaration

FILED BY:  Plaintiff

FILE DATE:  10/23/2008