UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Joyce McCoy, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 05-04515, only* | * | |
| *Regarding Joyce McCoy OBO Danny* | * | |
| *McCoy* | * | KNOWLES |
| | * | |
| | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED,** that all claims of the Plaintiff Joyce McCoy, on behalf of Danny McCoy against Defendant Merck & Co., Inc., in the above-styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

**NEW ORLEANS, LOUISIANA,** this 21st day of October, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Elizabeth A. Bradley*<br><br>*v.*<br><br>*Merck & Co., Inc.* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-03840<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff, Elizabeth A. Bradley, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____  
Zimmerman Reed, P.L.L.P  
Ronald S. Goldser  
651 Nicollet Mall, Suite 501  
Minneapolis, MN 55402  
(612) 341-0400

_____  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200

*Counsel for Plaintiff*

Dated: 10/15/08

*Counsel for Defendant Merck & Co., Inc*

Dated: 10/20/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2