UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Robinson, Calcagnie & Robinson, file this Motion to Withdraw Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records as to those Providers identified in Exhibit "A" only.

Respectfully submitted,

Date:   October 23, 2008         By:   /s/ Mark P. Robinson, Jr.
                                     **Mark P. Robinson, Jr. (SBN 054426)**
                                     Kevin F. Calcagnie (SBN 108994)
                                     ***Robinson, Calcagnie & Robinson***
                                     620 Newport Center Drive, 7th Floor
                                     Newport Beach, CA 92660
                                     Telephone: 949-720-1288
                                     Facsimile: 949-720-1292

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of October, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 23rd day of October, 2008.

Research Medical Center
2316 E Meyer Blvd.
Kansas City, MO 64132

Truman Medical Center
7900 Lee's Summit Rd.
Kansas City, MO 64139

Haroutiou Mesrobian, M.D.
660 West Broadway
Glendale, CA 91204

Medco Health, Liberty Lake
E 23102 Appleway Avenue
Liberty Lake, WA 99019

Walgreens
1901 E. Voorhees St.
P.O. Box 4039, MS #735
Danville, IL 61834

Centinela Freeman Regional
Medical Center
4650 Lincoln Blvd
Marina Del Rey, CA 90292

CBC Pharmacy
1800 Medical Center Drive
San Bernardino, CA 92411

Truman Medical Center
2301 Holmes St.
Kansas City, MO 64108

Borworn Rattidham, MD
126 Avacado #102
Perris, CA 92571

Robert J. Rose, M.D.
5300 State Hwy 49 N.
Mariposa, CA 95338

Sterling Medical Group
4415 W. Flamingo Road
Las Vegas, NV 89103

Daniel Brubaker, D.O.
3726 N. 1st.
Fresno, CA 93726

Leo Spaccavento, M.D.
Advanced Heart Care Associates
2470 E. Flamingo Rd., Suites A-B
Las Vegas, NV 89121

Von's Pharmacy, Arcadia
618 Michillinda Avenue
Arcadia, CA 91007

Pharmacy Department
Attn: Clem Miller
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net