# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| Research Medical Center<br>2316 E Meyer Blvd.<br>Kansas City, MO 64132<br>816-524-1700 | Claimant: Tammy Roland<br>Injured Party: Henry Roland |
| Truman Medical Center<br>2301 Holmes St.<br>Kansas City, MO 64108<br>816-404-1000 | Claimant: Esther McGee<br>Injured Party: Tommy Boykin |
| Truman Medical Center<br>7900 Lee's Summit Rd.<br>Kansas City, MO 64139<br>816-404-8480 | Claimant: Esther McGee<br>Injured Party: Tommy Boykin |
| Borworn Rattidham, MD<br>126 Avacado #102<br>Perris, CA 92571<br>951-943-8110 | Claimant: Velma Jones<br>Injured Party: Velma Jones |
| Haroutiou Mesrobian, M.D.<br>660 West Broadway<br>Glendale, CA 91204<br>818-243-9600 | Claimant: Peter Megerdechan<br>Injured Party: Sedik Pirverdean |
| Robert J. Rose, M.D.<br>5300 State Hwy 49 N.<br>Mariposa, CA 95338<br>209-966-3672 | Claimant: Wallace Reavis<br>Injured Party: Wallace Reavis |
| Medco Health, Liberty Lake<br>E 23102 Appleway Avenue<br>Liberty Lake, WA 99019<br>800-987-5241 | Claimant: Carolyn Chandick<br>Injured Party: Carolyn Chandick |
| | Claimant: Ginger Peck<br>Injured Party: Mary Peck |
| Sterling Medical Group<br>4415 W. Flamingo Road<br>Las Vegas, NV 89103<br>702-220-7700 | Claimant: Sabina Shields<br>Injured Party: Edward Shields |
| Walgreens<br>1901 E. Voorhees St. | Claimant: John Bush<br>Injured Party: Corine Bush |

| | |
|---|---|
| P.O. Box 4039<br>MS #735<br>Danville, IL 61834<br>217-554-8949 | Claimant: Kerry Ford<br>Injured Party: Willie Ford |
| | Claimant: Esther McGee<br>Injured Party: Tommy Boykin |
| | Claimant: Ian Daniel Rutledge<br>Injured Party: Nancy Rutledge |
| | Claimant: Sharon Thompson<br>Injured Party: Sharon Thompson |
| | Claimant: Lloyd Buzzi<br>Injured Party: Ada Buzzi |
| | Claimant: Marjorie Walker<br>Injured Party: Marjorie Walker |
| Daniel Brubaker, D.O.<br>3726 N. 1st.<br>Fresno, CA 93726<br>559-248-0116 | Claimant: Dorothy Jones<br>Injured Party: Dorothy Jones |
| Centinela Freeman Regional Medical Center<br>4650 Lincoln Blvd<br>Marina Del Rey, CA 90292<br>310-827-7078 | Claimant: Reese Anthony<br>Injured Party: Reese Anthony |
| Leo Spaccavento, M.D.<br>Advanced Heart Care Associates<br>2470 E. Flamingo Rd., Suites A-B<br>Las Vegas, NV 89121<br>702-796-4278 | Claimant: Celeste Bernhagen<br>Injured Party: Richard Bernhagen |
| CBC Pharmacy<br>1800 Medical Center Drive<br>San Bernardino, CA 92411<br>909-806-1500 | Claimant: Frances Dotson<br>Injured Party: Frances Dotson |
| Von's Pharmacy, Arcadia<br>618 Michillinda Avenue<br>Arcadia, CA 91007<br>626-821-7000 | Claimant: Sandra Sell<br>Injured Party: Sandra Sell |