UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:05-cv-06742 |
| *Cheryl Wolff* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiff Cheryl Wolfe in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs, and subject to the conditions of the stipulation.

NEW ORLEANS, LOUISIANA, this 22nd day of October, 2008.

_____
DISTRICT JUDGE

949646v.1