IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | CIVIL ACTION NO. 2:05-cv-1795 |
| PRODUCTS LIABILITY ACTION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| JOHN O. COCHRAN, | JUDGE ELDON E. FALLON |
| Plaintiff | MAG. JUDGE DANIEL E. KNOWLES III |
| v. | |
| MERCK & CO., INC., et al, | |
| Defendants | |

## NOTICE OF HEARING

TO:

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann LLC
546 Carondelet Street,
New Orleans, LA 70130

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed LLP,
101 Hudson Street, Ste. 3601,
Jersey City, NJ 07302-3918

Attorneys for Defendants

**PLEASE TAKE NOTICE** that counsel for the plaintiff, John O. Cochran, will bring for hearing its Motion to Withdraw as Counsel before the Honorable Eldon E. Fallon, United States District Judge, on November 12, 2008 at 9:00 A.M.

Respectfully submitted,

Dated: October 23, 2008

By: _____
James J. McHugh, Jr.
Regina Sharlow Johnson
LOPEZ MCHUGH LLP
712 East Main Street Suite 2A
Moorestown, New Jersey 08057
Telephone:  856-273-8500
Facsimile:   856-273-8502

-and-

1123 Admiral Peary Way Quarters K
Philadelphia, Pennsylvania 19112
Telephone:  215-952-6910
Facsimile:  215- 952-6914

Attorneys for Plaintiff