IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | CIVIL ACTION NO. 2:05-cv-1795 |
| PRODUCTS LIABILITY ACTION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| JOHN O. COCHRAN, | JUDGE ELDON E. FALLON |
| Plaintiff | MAG. JUDGE DANIEL E. KNOWLES III |
| v. | |
| MERCK & CO., INC., et al, | |
| Defendants | |

**CERTIFICATION OF JAMES J. MCHUGH, JR. IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHN O. COCHRAN PURSUANT TO PRETRIAL ORDER NO. 36**

James J. McHugh, Jr., of full age and duly sworn according to law, upon his oath certifies:

1. I am an attorney at law in the State of New Jersey representing the plaintiff in the above-captioned matter and the proper person to make this Certification.

2. This is a products liability action involving injuries suffered by plaintiff John O. Cochran following his ingestion of the pharmaceutical product Vioxx®.

3. Recently, a fundamental disagreement as to what action should be taken in this case has risen between this firm, Lopez McHugh LLP and the client, John O. Cochran, concerning the prosecution of this action which substantially impairs our ability to continue to effectively and properly represent the interests of the plaintiff. It therefore appears in the client's best interest to obtain new counsel, if he so desires.

4. We have communicated with the client both verbally and through various written communications.

5. We have explained to the client the reasons we are seeking to withdraw from the representation of the plaintiff.

6. The plaintiff, John O. Cochran, consents in writing to the withdraw of Lopez McHugh LLP as his counsel in this matter.

7. Accordingly, pursuant to the Rules Governing the United States District Court, this firm requests leave of Court to withdraw as counsel for plaintiff John O. Cochran in the instant matter.

8. The foregoing statements by me are true, I am aware that if any of these statements are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: October 23, 2008

By: _____
James J. McHugh, Jr.
LOPEZ MCHUGH LLP
712 East Main Street Suite 2A
Moorestown, New Jersey 08057
Telephone: 856-273-8500
Facsimile: 856-273-8502

-and-

1123 Admiral Peary Way Quarters K
Philadelphia, Pennsylvania 19112
Telephone: 215-952-6910
Facsimile: 215-952-6914