UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Alma York v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv11293 | § | DANIEL E. KNOWLES III |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C., and Sanford Pinedo LLP counsel of record for Plaintiff Alma York, and all associated counsel as identified in the attorney by line below, hereby move the Court for an order allowing them to withdraw as counsel of record for Plaintiff in the above-captioned multidistrict litigation.  Counsel has communicated with the Plaintiff his desire to withdraw as counsel of record for plaintiff; Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and Plaintiff consents to the withdrawal.  Counsel for Plaintiff also disclaims any financial interest in Plaintiff's claim. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address: 12800 Post Oak Road, St. Louis, MO 63131.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

Dated this 23rd day of October, 2008.

            Respectfully submitted,

            **Goldenberg Heller**
            **Antognoli & Rowland, P.C.**

          By: /s/ Robert D. Rowland
            Robert D. Rowland #6198915
            2227 South State Route 157
            Edwardsville, IL  62025
            Tel: (618) 656-5150
            Fax: (618) 656-6230

            Sanford Pinedo LLP
            2016 Bissonnet Street
            Houston, Texas  77005
            Tel: (713) 524-6677
            Fax: (713) 524-6611

            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of October 2008.

            /s/ Robert D. Rowland