UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Alma York v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv11293 | § | DANIEL E. KNOWLES III |

## ORDER

On October 23, 2008, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C. and SANFORD PINEDO, LLP counsel of record for Plaintiff Alma York, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C. and SANFORD PINEDO LLP withdraw as counsel for Plaintiff Alma York.

IT IS SO ORDERED.

_____          _____
Date                                                                Judge Eldon E. Fallon
                                                                         United States District Court Judge