UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Alma York v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv11293 | § | DANIEL E. KNOWLES III |

## DECLARATION OF ROBERT D. ROWLAND

Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C., counsel of record for Plaintiff Alma York, states the following:

1. Counsel has communicated with the Plaintiff his desire to withdraw as counsel of record for plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff consents to the withdrawal.

Dated this 23rd day of October, 2008.   By: /s/ Robert D. Rowland
Robert D. Rowland #6198915
Goldenberg Heller
Antognoli & Rowland, P.C.
2227 South State Route 157
Edwardsville, IL  62025
Tel: (618) 656-5150
Fax: (618) 656-6230