UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®            MDL No. 1657

PRODUCTS LIABILITY LITIGATION      SECTION L
This document relates to:

JUDGE ELDON FALLON

Alma York v. Merck & Co., Inc., et al.
Docket Number: 2:06cv11293        MAGISTRATE JUDGE
DANIEL E. KNOWLES III

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16638**

DESCRIPTION:  Declaration

FILED BY:  Plaintiff

FILE DATE:  10/23/2008