IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | CIVIL ACTION NO. 2:05-cv-4719 |
| PRODUCTS LIABILITY ACTION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| K.B. FERGUSON AND RUBY FERGUSON, | JUDGE ELDON E. FALLON |
| Plaintiffs | MAG. JUDGE DANIEL E. KNOWLES III |
| v. | |
| MERCK & CO., INC., et al, | |
| Defendants | |

## LOPEZ MCHUGH'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS K.B. AND RUBY FERGUSON PURSUANT TO PRETRIAL ORDER NO. 36

LOPEZ MCHUGH, LLP, moves this Court to withdraw as counsel for Plaintiffs K.B. and Ruby Ferguson pursuant to the Honorable Eldon E. Fallon's Pretrial Order No. 36 dated May 6, 2008.

Plaintiffs' counsel submits the Certification of James J. McHugh, Jr., Esquire in support of this Motion.

No memorandum of law accompanies this Motion pursuant to Local Civil Rule 7.4.1.

WHEREFORE, LOPEZ MCHUGH, LLP respectfully requests that the Court grant their motion to withdraw as counsel in the captioned matter.

Respectfully submitted,

Dated: October 23, 2008

By: _____
James J. McHugh, Jr.
Regina Sharlow Johnson
LOPEZ MCHUGH LLP
712 East Main Street Suite 2A
Moorestown, New Jersey 08057
Telephone: 856-273-8500
Facsimile: 856-273-8502

-and-

1123 Admiral Peary Way Quarters K
Philadelphia, Pennsylvania 19112
Telephone: 215-952-6910
Facsimile: 215-952-6914

Attorneys for Plaintiffs