IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | CIVIL ACTION NO. 2:05-cv-4719 |
| PRODUCTS LIABILITY ACTION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| K.B. FERGUSON AND RUBY FERGUSON, | JUDGE ELDON E. FALLON |
| | MAG. JUDGE DANIEL E. KNOWLES III |
| Plaintiffs | |
| v. | |
| MERCK & CO., INC., et al, | |
| Defendants | |

**CERTIFICATION OF JAMES J. MCHUGH JR. IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS K.B. AND RUBY PURSUANT TO PRETRIAL ORDER NO. 36**

James J. McHugh, Jr., of full age and duly sworn according to law, upon his oath certifies:

1. I am an attorney at law in the State of New Jersey representing the plaintiffs in the above-captioned matter and the proper person to make this Certification.

2. This is a products liability action involving injuries suffered by plaintiff K.B. Ferguson following his ingestion of the pharmaceutical product Vioxx®, manufactured by Defendant Merck & Co., Inc.

3. Recently, differences have arisen between this firm, Lopez McHugh LLP and the clients, K.B. and Ruby Ferguson, concerning the prosecution of this action, which substantially impair our ability to continue to effectively and properly represent the interests of the plaintiffs. We have communicated these differences to plaintiffs on the

following occasions:

- On January 31, 2008 we wrote to plaintiffs informing them of our recommendations regarding their Vioxx case, advising them of their alternatives and requesting plaintiffs provide more information to assist us with the prosecution of their case. Plaintiffs failed to contact us or provide us with any additional information necessary to continue with their case.

- On February 12, 2008 we spoke with plaintiff K.B. Ferguson to discuss my January 31, 2008 correspondence and he informed us that he wanted to discuss the same with his "other" attorney and that he would advise us of his decision. Plaintiffs failed to contact us or provide us with any additional information necessary to continue with their case.

- On March 25, 2008 we sent another letter to plaintiffs informing them of our recommendations regarding their Vioxx case and requesting they provide us with more information to assist us with the prosecution of their case. No additional information was provided by plaintiffs. We also advised them at that time that we were going to seek the Court's permission to allow us to withdraw as counsel in their Vioxx case. We again received no response from Plaintiffs.

- On April 25, 2008 we sent another letter to plaintiffs explaining in detail our recommendations regarding their Vioxx case and requesting plaintiffs provide more information to assist us with the prosecution of

their case. We also forwarded to them at that time the Amended Profile Form, Authorizations, and Interrogatories that they needed to complete to assist with the prosecution of their case. To date we have not received these documents back from plaintiffs.

- On May 14, 2008 We sent another letter to plaintiffs informing them of our recommendations regarding their Vioxx case and requesting they provide us with more information to assist us with the prosecution of their case. No additional information was provided by plaintiffs. We also reminded them of their discovery obligations and advised them at that time that we were going to seek the Court's permission to allow us to withdraw as counsel in their Vioxx case. We again received no response from Plaintiffs.

- On July 11, 2008 We sent a fifth letter to plaintiffs via express mail explaining that we had not received the Amended Profile Form, Authorizations, and Interrogatory Answers required for their case and advising them that we were going to seek the Court's permission to allow Lopez McHugh LLP to withdraw from their case. To date Lopez McHugh has not received a response from plaintiffs.

4. None of the above referenced letters were returned to our office for an improper or non-current address.

5. Lopez McHugh LLP has repeatedly recommended to Plaintiffs K.B. and Ruby Ferguson that they take a specific action with respect to their currently pending Vioxx lawsuit, but they refuse to accept our recommendation and insist upon taking a

course of action with which Lopez McHugh LLP has a fundamental disagreement.

6. Plaintiffs Ruby and K.B. Ferguson have refused to substantially fulfill obligations to Lopez McHugh LLP regarding our services and have been given reasonable warning that Lopez McHugh LLP will withdraw unless the obligation is fulfilled. It therefore appears in the clients' best interest to obtain new counsel, if they so desire.

7. Representation of K.B. and Ruby Ferguson will result in an unreasonable financial burden on Lopez McHugh LLP as Plaintiffs have continued to ignore counsel's requests for assistance with the prosecution of their case. Lopez McHugh LLP continues to expend money in time and resources to communicate our recommendations to Plaintiffs and to continue the prosecution of their case in an effort to protect their rights.

8. Accordingly, pursuant to Pretrial Order No. 36, this firm requests leave of Court to withdraw as counsel for plaintiffs, K.B. and Ruby Ferguson in the instant matter. Should the Court grant Counsel's motion to withdraw, it is respectfully requested that the Court give the plaintiffs sixty (60) days in which to secure new counsel, if they so desire, to further prosecute this case to completion.

9. The foregoing statements by me are true, I am aware that if any of these statements are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: October 23, 2008

By: _____
James J. McHugh, Jr.
LOPEZ MCHUGH LLP
712 East Main Street Suite 2A
Moorestown, New Jersey 08057
Telephone: 856-273-8500

Facsimile:   856-273-8502

-and-

1123 Admiral Peary Way Quarters K
Philadelphia, Pennsylvania 19112
Telephone:  215-952-6910
Facsimile:  215- 952-6914