IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | CIVIL ACTION NO. 2:05-cv-4719 |
| PRODUCTS LIABILITY ACTION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| K.B. FERGUSON AND RUBY FERGUSON, | JUDGE ELDON E. FALLON |
| Plaintiffs | MAG. JUDGE DANIEL E. KNOWLES III |
| v. | |
| MERCK & CO., INC., et al, | |
| Defendants | |

### ORDER

THIS MATTER, having been opened to the court upon the application of Lopez McHugh LLP, by James J. McHugh, Jr., Esq., attorney for plaintiffs for an Order granting attorneys for plaintiffs to withdraw as counsel in the captioned matter, and the court having considered the submissions of counsel and other good cause appearing;

IT IS on this _____ day of _____ 2008,

ORDERED, that Lopez McHugh, LLP, shall be permitted to withdraw as counsel in this matter as of the date of the entry of this order

New Orleans, Louisiana, this ___ day of ____, 2008

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE