## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing, Motion to Withdraw as Counsel, accompanying Certification, and Proposed Order have been filed this same day electronically with the Eastern District of Louisiana and a courtesy copy has been mailed to the following:

The Honorable Eldon E. Fallon, U.S.D.J.
500 Poydras Street
Room C-456
New Orleans, LA 70130

Russ Herman, Esquire
Plaintiffs' Liaison Counsel
Herman, Herman, Katz, and Cotlar, LLP
820 O'Keefe Avenue
New Orleans LA 70113

Phillip A. Wittman, Esquire
Stone Pigman Walther Whittmann LLC
546 Carondelet Street,
New Orleans, LA 70130

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed LLP,
101 Hudson Street, Ste. 3601,
Jersey City, NJ 07302-3918

Dated: October 23, 2008

By: _____
Regina Sharlow Johnson
LOPEZ MCHUGH LLP
712 East Main Street Suite 2A
Moorestown, New Jersey 08057
Telephone: 856-273-8500
Facsimile: 856-273-8502

-and-

1123 Admiral Peary Way Quarters K
Philadelphia, Pennsylvania 19112
Telephone: 215-952-6910
Facsimile: 215-952-6914