# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | Rowland | Robert | D |

**Name of Law Firm:** Goldenberg Heller Antognoli + Rowland, P.C.

**Current Address:**
- Street: 2227 South State Route 157
- City: Edwardsville
- State: IL
- Zip: 62025
- Country: USA

**Telephone Number:** 618-656-5150  
**Facsimile:** 618-656-6230  
**Email:** rrowland@ghalaw.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | York | Alma | |

**Plaintiff Address:**
- Street: 12800 Post Oak Road
- City: St. Louis
- State: MO
- Zip: 63131
- Country: USA

**Telephone Number:** (blank)  
**Facsimile:** (blank)  
**Email:** (blank)

**Case Caption:** Alma York v Merck + Co., Inc. et al

**Case Number:** 2:06cv11293

**Court Where Case is Pending:** Eastern District of Louisiana

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

**Address:**
- Street: (blank)
- City: (blank)
- State: (blank)
- Zip: (blank)
- Country: (blank)

**Telephone Number:** (blank)  
**Facsimile:** (blank)  
**Email:** (blank)

**Relationship to Plaintiff:** [ ] Friend  [ ] Relative (specify relationship: _____)

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 10 / 23 / 08 (Month/Day/Year). (*Record Docket No.* 16638)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  11 / 23 / 08 (Month/Day/Year)      _____[signature]_____
                                                          Counsel

#343319                                      2