UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                                  MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

                                                           SECTION: L

                                                           JUDGE FALLON
…………………………………………………..    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Smith, et. al. v. Merck & Co., Inc.*
 **2:06-cv-00917-EEF-DEK**

### <u>PLAINTIFF TERRY MEATTE'S MOTION TO SET ASIDE THE ORDER DISMISSING HIS CLAIM WITH PREJUDICE</u>

      COMES NOW Plaintiff Terry Meatte, pursuant to Federal Rules of Civil Procedure, Rule 60, and hereby respectfully moves the court to set aside the Order of Dismissal With Prejudice of his Vioxx claim. Plaintiff's Counsel states as follows:

      1.    On or about June 3, 2008 a Motion to Withdraw as Counsel for Plaintiff Terry Meatte was filed due to Plaintiff's Counsel's inability to locate Plaintiff.

      2.    In compliance with Pretrial Order 36 Plaintiff's Counsel advertised in Plaintiff's local Newspaper asking him to contact his counsel. On or about June 23, 2008 Plaintiff responded to the ad and informed counsel of his interest in pursing his case.

      3.    On or about June 30, 2008 Plaintiff filed a Notice to Withdraw the Motion to Withdraw as Counsel for Plaintiff Terry Meatte.

      4.    On August 21, 2008 Defendant Merck & Co., Inc filed a *Second* Cross-Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute. Presumably, Defendant Merck & Co., Inc did not realize that Plaintiff's counsel had withdrawn his Motion to Withdraw.

5.      On August 25, 2008 Honorable United States District Judge Eldon E. Fallon ordered Plaintiff to show cause why his case should not be dismissed with prejudice on September 23, 2008 at the United States District Court, Eastern District of Louisiana. Judge Fallon further ordered that Plaintiff file and serve any opposition to the Rule on or before September 10, 2008, and that Merck & Co., Inc. file and serve any replies to the oppositions on or before September 18, 2008.

6.      Plaintiff failed to file and serve an opposition on or before September 10, 2008 and to show cause why his case should not be dismissed with prejudice at the United States District Court on September 23, 2008.

7.      Plaintiff's Counsel's Litigation Paralegal, Valorie Thorson, received email notification of the Court's Order dated August 25, 2008; downloaded; and saved the order. However, Ms. Thorson inadvertently failed to calendar the deadlines by which Plaintiff was ordered to show cause why his case should not be dismissed with prejudice. (See Affidavit of Valorie Thorson, Exhibit 1).

8.      Plaintiff's counsel utilizes an adequate diarying system for the purpose of calendaring such important deadlines, and but for Ms. Thorson's error, the deadlines would have been carefully tracked and met.

9.      In the case at hand, Defendant Merck & Co. Inc., will not be prejudiced if the Court's Order of Dismissal With Prejudice is set aside. Plaintiff's motion was filed within 30 days of the entry of the Order. There has been no substantial change in the position of the parties. Plaintiff requests this Honorable Court, set aside its Order of Dismissal With Prejudice so that he may be afforded the opportunity to litigate this action to a full and fair resolution for all parties. A proposed Order is attached hereto.

WHEREFORE, Plaintiff prays that this Honorable Court excuse the inadvertent error described in the foregoing and request that this Court enter an Order setting aside its Order of Dismissal With Prejudice.

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

/s/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Fed #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiff Terry Meatte*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 23rd day of October, 2008.

      By:   /s/ SETH SHARROCK WEBB
              Seth Sharrock Webb, MO Fed #505666