UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

……………………………………………………..

THIS DOCUMENT RELATES TO:
*Smith, et. al. v. Merck & Co., Inc.*
**2:06-cv-00917-EEF-DEK**

# AFFIDAVIT OF VALORIE THORSON

I, Valorie A. Thorson, declare and state as follows:

1. I am Valorie A. Thorson and am competent to provide the testimony set forth herein, which is based upon my personal knowledge and belief.

2. I am a Litigation Paralegal at Plaintiff's Counsel's office and have been assigned the responsibility of monitoring all of Terry Meatte's filings in the above matter, as well as all other Vioxx cases.

3. This Court issued an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice on August 25, 2008, naming Terry Meatte, which was emailed to me by way of the Court's Lexis Nexis File and Serve.

4. I opened the linked Order and saved the PDF document and neglected to calendar and otherwise make note of the Deadlines to file and serve an opposition on or before September 10, 2008 and to show cause why cases should not be dismissed with prejudice for failure to prosecute on September 23, 2008 at the United States District Court, Eastern District of Louisiana.

5.  Because I failed to record and calendar the deadline, my supervising attorney, Seth S. Webb, was not notified nor reminded of the pending deadlines.

6.  As a result of my error, Plaintiff's Counsel failed to file and serve their opposition on or before September 10, 2008 and failed to show cause why Terry Meatte's claims should not be dismissed with prejudice for failure to prosecute on September 23, 2008 at the United States District Court, Eastern District of Louisiana.

7.  I became aware of my mistake on October 1, 2008 when reviewing the September 26, 2008 Order to Show Cause and contacted Seth S. Webb immediately to inform him of my error.

The undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*FURTHER AFFIANT SAYETH NOT.*

10-23-08
Date

Valorie A. Thorson

NOTARIZATION:

STATE OF Missouri )
                  ) ss.
COUNTY OF St. Louis )

Subscribed and sworn to before me this 23rd day of October, 2008.

Notary Public

LISA D. RIDINGS
My Commission Expires
April 3, 2009
St. Louis County
Commission #05690681

My Commission Expires: 4/3/09