UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                                    MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
…………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Smith, et. al. v. Merck & Co., Inc.,*
**2:06-cv-00917-EEF-DEK**

<u>**ORDER SETTING ASIDE THE ORDER DISMISSING WITH PREJUDICE
TERRY MEATTE'S CLAIM**</u>

On the date shown below, the Court considered Plaintiff Terry Meatte's Motion to Set Aside. After considering the motion, the Court concludes it should be GRANTED. The Court, therefore, orders that the Order of Dismissal With Prejudice of Terry Meatte's case is set aside. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect this change.

Dated this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE