UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

## Motion to Vacate Order of Dismissal

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, and hereby Move this Honorable Court to Vacate the Order dismissing their claims.

Plaintiffs and Plaintiffs' counsel did not receive service of the Motions for dismissal (Doc number 16032 and 16033), the orders setting the Motions for Hearing or the Order granting the Motions. Dismissal of their claims without such notice is improper.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin*          .
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of October, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to:  Phillip Wittmann  Stone Pigman Walther Wittmann, LLC  546 Carondelet St. New Orleans, LA 70130  by operation of the court's electronic filing system.

I further certify that there are no non-CM/ECF participants.

*/s/ Ron A. Austin                       .*
**RON A. AUSTIN (#23630)**