UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

## Memorandum in Support of Motion to Vacate Order of Dismissal

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, and hereby Move this Honorable Court to Vacate the Order dismissing their claims.

Plaintiffs and Plaintiffs' counsel did not receive service of the Motions for dismissal (Doc number 16032 and 16033), the orders setting the Motions for Hearing or the Order granting the Motions. Dismissal of their claims without such notice is improper.

Plaintiffs were all residents of Louisiana and Mississippi at the time of Hurricane Katrina. Additionally, Counsel for Plaintiffs office sustained damage as a result of the storm.

Since that time, Plaintiffs' counsel has had a difficult time in locating and communicating with the named Plaintiffs.

Plaintiffs' counsel has enlisted the aid of a private investigator to locate the named Plaintiffs. As such, some Plaintiffs have been located while the search continues

for others.  With the assistance of a private investigator the Plaintiffs' counsel was able to obtain enough information to register all Plaintiffs.

Plaintiffs' counsel was unable to comply with the discovery requirements of PTO 28 without obtaining new releases and information from the Plaintiffs.  Plaintiffs' counsel is in the process of obtaining and compiling this necessary documentation.

Plaintiffs, Emily Becnel, Lillie Mae Berry, Dorothy Dandridge, Brenda Keeton, Delores Pizarro, Doris Salvant, Ruby Veal and Shirley Wright have claims that are classified as eligible under the terms of the settlement agreement.

Plaintiffs' counsel has secured the documentation necessary to enroll two Plaintiffs, Emily Becnel and Ruby Veal, and expects to have the documentation necessary to enroll two additional Plaintiffs, Dorothy Dandridge and Lillie Mae Berry, prior to the October 30, 2008 enrollment deadline.  Delores Pizzarro and Shirley Wright were enrolled by other counsel.  Plaintiffs counsel continues to attempt to locate Brenda Keeton and Doris Salvant.

The remaining Plaintiffs have injuries that would be classified as "other" under the settlement agreement.  Of these Plaintiffs, Plaintiffs' counsel has been able to locate Ansanta Cole, Mary Conerly, Carlee Harried, Rosemary King, Sidney Salvant and Mary Underwood.  The requested discovery was recently forwarded to these Plaintiffs.

Plaintiffs' counsel continues to attempt to locate the whereabouts of Gilbert Joseph, Sr., Santonia McPherson, Sr. and Venessa Pichon.

Accordingly, Plaintiffs respectfully request that their claims not be dismissed and that they be given additional time to fully comply with the requested information as ordered in Pre-Trial Order 28.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin                          .*
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of October, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to: Phillip Wittmann  Stone Pigman Walther Wittmann, LLC  546 Carondelet St. New Orleans, LA 70130  by operation of the court's electronic filing system.

I further certify that there are no non-CM/ECF participants.

*/s/ Ron A. Austin                          .*
**RON A. AUSTIN (#23630)**