IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | SECTION L<br>JUDGE ELDON E. FALLON |
| This document relates to: | |
| BILLY F. SHIELDS,<br>MILDRED M. SHIELDS, | CASE NO. 06-5494 |
| Plaintiffs,<br>v.<br>MERCK & CO., INC.,<br>Defendant(s). | STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF, MILDRED SHIELDS ONLY |

Plaintiff's Counsel certifies that Mildred Shields had only a loss of consortium claim. Mildred Shields died on August 24, 2007, in Huntsville, Alabama. At the time of death she was still married to Billy Shields.

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Mildred M. Shields, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. All claims of Billy Shields are to remain, pending settlement through the Vioxx Settlement Program.

*[signature]*

Leila H. Watson
Attorney for Plaintiffs
Cory, Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

Dated: 10/24/08

V1013