# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) <br> MDL No. 1657 ) <br> _____) <br> This document relates to: ) <br> ) <br> BILLY F. SHIELDS, ) <br> MILDRED M. SHIELDS, ) <br> ) <br>    Plaintiffs, ) <br> v. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br>    Defendant(s). ) | SECTION L <br> JUDGE ELDON E. FALLON <br><br><br> CASE NO. 06-5494 <br><br> [PROPOSED] ORDER <br> DISMISSING WITH PREJUDICE <br> PLAINTIFF, MILDRED SHIELDS |

This matter coming before the Court on Plaintiff, Mildred M. Shield's Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41, and there being just cause for the dismissal, it is hereby Ordered that all claims of the Plaintiff, Mildred M. Shield, are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

    DONE AND ORDERED THIS ___ DAY OF _____, 2008.

 

_____
UNITED STATES DISTRICT JUDGE

V1013