UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br>MDL No. 1657 | SECTION L<br>JUDGE ELDON E. FALLON |
| BILLY F. SHEILDS, MILDRED M. SHIELDS | |
| VERSUS | CASE NO. 06-5494 |
| MERCK & CO INC | SECTION: L (3) |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16647**

DESCRIPTION:  Proposed Order

FILED BY:  Plaintiff

FILE DATE:  10/24/2008