IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | SECTION L<br>JUDGE ELDON E. FALLON |
| This document relates to: | |
| CHESTER SHAW,<br>PATRICIA SHAW, | CASE NO. 06-7083 |
| Plaintiffs,<br>v.<br>MERCK & CO., INC.,<br>Defendant(s). | STIPULATION OF DISMISSAL WITH PREJUDICE OF ONLY PLAINTIFF, PATRICIA SHAW |

  Plaintiffs, Chester Shaw and Patricia Shaw, were divorced on May 3, 2005, in Muskingum County, Ohio. They were not married at the time of the filing of this Complaint, and have not been married to each other since the filing of the Complaint. Plaintiff, Chester Shaw, and undersigned counsel, have made repeated efforts to reach Patricia Shaw to advise that her derivative claim needs to be dismissed on the basis of the divorce, and have been unable to communicate with her by any method. Patricia Shaw has not signed any of the Settlement documents.

  Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Patricia Shaw, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

V1013

_____
Leila H. Watson
Attorney for Plaintiffs
Cory, Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

Dated: 10/24/08

V1013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 ) ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: ) ) | |
| CHESTER SHAW, PATRICIA SHAW, ) ) ) | CASE NO. 06-7083 |
| Plaintiffs, ) | [PROPOSED] ORDER DISMISSING |
| v. ) ) | WITH PREJUDICE THE PLAINTIFF, PATRICIA SHAW |
| MERCK & CO., INC., ) ) | |
| Defendant(s). ) | |

This matter coming before the Court on the Stipulation of Dismissal of the Plaintiffs, and there being good cause set out in the Stipulation for the dismissal with prejudice of the Plaintiff, Patricia Shaw, it is hereby ordered that all claims of the Plaintiff, PATRICIA SHAW, shall be DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE AND ORDERED THIS ___ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

V1013