IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | SECTION L<br>JUDGE ELDON E. FALLON |
| This document relates to: | |
| CHESTER SHAW, PATRICIA SHAW, | CASE NO. 06-7083 |
| Plaintiffs,<br>v.<br>MERCK & CO., INC.,<br>Defendant(s). | [PROPOSED] ORDER DISMISSING WITH PREJUDICE THE PLAINTIFF, PATRICIA SHAW |

This matter coming before the Court on the Stipulation of Dismissal of the Plaintiffs, and there being good cause set out in the Stipulation for the dismissal with prejudice of the Plaintiff, Patricia Shaw, it is hereby ordered that all claims of the Plaintiff, PATRICIA SHAW, shall be DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE AND ORDERED THIS ___ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

V1013