# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Weiner | First: Richard | Middle: J. |
| **Name of Law Firm** | Weiner, Carroll & Strauss | | |
| **Current Address** | Street: 136 Summit Avenue | | |
| | City: Montvale | State: NJ  Zip: 07645 | Country: USA |
| **Telephone Number** | 201 930 0400 | **Facsimile** 201 930 0066 | **Email** rjweiner@optonline.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Williams | First: Ava | Middle: |
| **Plaintiff Address** | Street: 126 Albany Avenue | | |
| | City: Brooklyn | State: NY  Zip: 11213 | Country: USA |
| **Telephone Number** | 718 363-3598 | **Facsimile** | **Email** |
| **Case Caption** | In Re   Ava Williams v. Merck, Inc. | | |
| **Case Number** | 2:05-md 1657   Docket #06-1508 | | |
| **Court Where Case is Pending** | U.S. District Court, Eastern District of Louisiana | | |

#343316
4/23/08

1

| | |
|---|---|
| | **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>**(Paragraph I.D of PTO No. 36)** |
| | **C. COMPLIANCE WITH PTO NO. 36** |
| ☒ | At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on  08 / 25 / 2008  (*Record Docket No.*  2:05-md-1657  ) (06 1508) |
| ☒ | I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw. |
| ☒ | I complied with PTO No. 36 in that: |

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

    a. The Motion to Withdraw;

    b. A copy of PTO 36;

    c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

    d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

    e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

| | |
|---|---|
| ☒ | No Notice of Appearance for Plaintiff has been filed by any other Counsel. |
| ☒ | The Pro Se Curator has not been contacted by the Plaintiff. |

**D. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 10 / 24 / 08<br>(Month/Day/Year) | _____<br>Counsel |
|---|---|---|

#343316
4/23/08

2