# Law Offices of
# WEINER CARROLL & STRAUSS
### ATTORNEYS AT LAW

119 ROCKLAND CENTER – SUITE 425
NANUET, NEW YORK 10954
TEL: (845) 623-0090
FAX: (201) 930-0066
E-MAIL ADDRESS: rjweiner@optonline.net
WEBSITE: www.rjweiner.com

**RICHARD J. WEINER**
- Member NY, NJ and PA Bar
- Certified by the Supreme Court
  of NJ as a Civil Trial Attorney
- National Board of Trial Advocacy

**JEFFREY E. STRAUSS**
- Member NY, NJ and DC Bar
- Certified by the Supreme Court
  of NJ as a Civil Trial Attorney

**RAYMOND S. CARROLL**
- Member NY and NJ Bar

**FRANK LAGANO**
- Member NY and NJ Bar

**Montvale Office**
136 Summit Avenue
Montvale, New Jersey 07645
Tel: (201) 930-0400

**Newark Office**
744 Broad Street – 16th Floor
Newark, New Jersey 07102
Tel: (201) 930-0400
**\*\*Please direct correspondence
 to Montvale Office**

Dorothy L. Weiner
Appellate Counsel
Member NJ Bar

October 24, 2008

Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE: VIOXX - PRODUCTS LIABILITY LITIGATIONS
           Ava Williams - Docket #06-1508

Dear Sir/Madam:

      Enclosed herewith is a Certification in further support of our motion to withdraw as counsel for plaintiff, Ava Williams, and in satisfaction of the requirements of Pretrial Order 36.

                              Very truly yours,

                              RICHARD J. WEINER

RJW:cv
enc.
CC: Liaison Counsel