UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| Oakley, James v. Merck & Co., Inc. | | KNOWLES |
| 2:05-cv-05912 | | |
| | * | |
| | * | |
| | * | |

*********************************************************************

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Plaintiff's Affidavit and Memorandum of Law in Opposition to Defendant's Motion to Dismiss for Failure to Comply with PTO 28, to Declare the Master Settlement Null, Void and Unenforceable, to Vacate PTO 28, or Afford Plaintiff Additional Time to Comply With the Same, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of October, 2008.

                                              _s/s Ronald R. Benjamin_
                                         RONALD R. BENJAMIN Fed. No. 110131
                                         LAW OFFICE OF RONALD R. BENJAMIN
                                         126 Riverside Drive, P O. Box 607
                                         Binghamton, New York 13902-0607
                                         607/772-1442

                                         Attorneys for Individual Plaintiff
                                              in Above-Captioned Action