UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>          PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Hubbard, et al v. Merck & Co., Inc. No. 2:05-CV-00953*

## L. CLAYTON BURGESS, A P.L.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DOROTHY LOPEZ

COME NOW, L. Clayton Burgess, A P.L.C., who files the Motion to Withdraw as Counsel of Record for Dorothy Lopez and would respectfully show this Honorable Court as follows:

### I.     INTRODUCTION

This action arises from the sale of the prescription drug Vioxx (Rofecoxib) to Dorothy Lopez.

### II.    ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because counsel filed suit on behalf of Dorothy Lopez and after the medicals were reviewed it was noted Ms. Lopez did not suffer from a stroke or heart attack while taking the prescription drug Vioxx.  A certified letter was forwarded to Ms. Lopez informing her of our decision not to pursue this claim further on her behalf and that if she wished to pursue the case further she needed to retain the services of another attorney immediately.  Therefore, L. Clayton Burgess, A P.L.C., seeks to withdraw as counsel of record.

L. Clayton Burgess, A P.L.C. has delivered a copy of this motion to Ms. Lopez and has notified her in writing of the filing of this Motion, both via regular and certified mail.

Dorothy Lopez' last known mailing address is 912 Yvonne Street, New Iberia, Louisiana, 70560.

### III.   CONCLUSION

Due to the above, L. Clayton Burgess, A P.L.C., respectfully requests that this Court allow him to withdraw as counsel of record in this matter.

> s/L. Clayton Burgess
> L. CLAYTON BURGESS (22979)
> Attorney for plaintiffs
> L. Clayton Burgess, A P.L.C.
> 605 West Congress Street
> Post Office Drawer 5250
> Lafayette, Louisiana 70502-5250
> Telephone:  (337) 234-7573
> Facsimile:  (337) 233-3890
> E-mail:  lcburgess@clayburgess.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

> s/L. Clayton Burgess
> L. CLAYTON BURGESS