**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Hubbard, et al v. Merck & Co., Inc. No. 2:05-CV-00953*

**ORDER**

CONSIDERING THE FOREGOING Motion to Withdraw:

IT IS HEREBY ORDERED by the Court that the mover be permitted to withdraw as counsel of record for plaintiff, Dorothy Lopez, in the above captioned matter and that his name be stricken from the records hereof.

THUS DONE AND SIGNED on this _____ day of _____, 2008 in _____, Louisiana.

_____
**JUDGE**