# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Hubbard, et al v. Merck & Co., Inc. No. 2:05-CV-00953*

## DECLARATION

In accordance with Pretrial Order No. 36, undersigned counsel of record for Dorothy Lopez, L. Clayton Burgess, avers the following:

I have complied with paragraph (a) which states:

(a)(1)   Counsel has communicated with the plaintiff.
(a)(2)   Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff.

        s/<u>L. Clayton Burgess</u>
        **L. CLAYTON BURGESS (22979)**
        Attorney for Dorothy Lopez
        L. Clayton Burgess, A P.L.C.
        605 West Congress Street
        Post Office Drawer 5250
        Lafayette, Louisiana 70502-5250
        Telephone:  (337) 234-7573
        Facsimile:  (337) 233-3890
        E-mail:  <u>lcburgess@clayburgess.com</u>