UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Hubbard, et al v. Merck & Co., Inc. No. 2:05-CV-00953*

## DECLARATION

In accordance with Pretrial Order No. 36, undersigned counsel of record for Dorothy Lopez, L. Clayton Burgess, avers the following:

Plaintiff, Dorothy Lopez, was contacted via telephone on October 28, 2008 and she consented to the withdrawal.

Plaintiff, Dorothy Lopez, also stated via telephone she no longer wished to pursue her claim and her claim can be dismissed from this matter.

Undersigned counsel has complied with all of the foregoing requirements of Pretrial Order No. 36.

The last known address and telephone number of Dorothy Lopez is 912 Yvonne Street, New Iberia, Louisiana 70560; (337) 369-6291 or (337) 523-2594.

        s/<u>L. Clayton Burgess</u>
**L. CLAYTON BURGESS (22979)**
Attorney for Dorothy Lopez
L. Clayton Burgess, A P.L.C.
605 West Congress Street
Post Office Drawer 5250
Lafayette, Louisiana 70502-5250
Telephone:  (337) 234-7573
Facsimile:  (337) 233-3890
E-mail:  lcburgess@clayburgess.com