UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *Lillie Mae Berry, et al. v* | *. | |
| *Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| *Civ. Action no. 2:05-cv-4553* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### RESPONSE OF DEFENDANT MERCK & CO., INC. TO MOTION TO VACATE ORDER OF DISMISSAL

On September 19, 2008, Defendant Merck & Co., Inc. filed its First and Second Motions for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Docs. 16032 and 16033. The claims of plaintiffs Lillie Mae Berry, Emily Becnel, Dorothy Dandridge, Brenda Keeton, Ruby Veal and Laurie Young were included on Exhibit A to the first motion.  The claims of plaintiffs Ansanta P. Cole, Mary F. Conerly, Carlee Harried, Gilbert Joseph, Sr., Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, and Mary Underwood were included on Exhibit A to the second motion.  Plaintiffs Dolores Pizarro and Laurie Young were not subject to either motion and Merck, therefore, cannot respond as to them except to note that Dolores Pizarro was listed on Exhibit A to the Conference Order for the conference held with the Court on October 17, 2008, and indeed has enrolled in the settlement program.

950703v.1

Plaintiffs' motion to vacate is premised upon a lack of service of the original motions, orders setting the motions for hearing, and orders granting the motions and dismissing the claims of their clients with prejudice. To the contrary, in accordance with Pre-Trial Order 8B, Merck properly served all relevant pleadings on counsel via Lexis Nexis File & Serve. *See* attached Case History Search showing service. Plaintiffs did not receive these proper services, however, because their counsel apparently has never registered for Lexis Nexis File & Serve as required by Pre-Trial Order 8B. Pursuant to Pre-Trial Order 8B, service pursuant to Lexis Nexis File & Serve is "deemed to have been served under the Federal Rules of Civil Procedure." Thus, plaintiffs were properly served with all relevant pleadings.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

926710v.1
950703v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

926710v.1
950703v.1