Click to Print                                                      Printed on: Tuesday, October 28, 2008 11:01:01 CDT

# Case History Search
Search Created:
Tuesday, October 28, 2008 11:01:01 CDT

| Court: | LA US District Court Eastern District E-Service-Vioxx | Judge: | Judge, Louisiana Vioxx | File & Serve Live Date: | 11/11/2005 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 2:05cv04553 | Document(s) Filed: | 35 |
| Case Type: | Product Liability-Pharmaceutical (4) | Case Name: | Berry, Lillie Mae et al vs Merck & Co Inc | Date Range: | All |

1-15 of 15 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 22016359 | 10/17/2008 2:08 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Dismissing Plaintiffs | 0.2MB |
| 22016335 | 10/17/2008 2:07 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Dismissing Plaintiffs | 0.2MB |
| 21961735 | 10/14/2008 4:15 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Specifying Time Zones for Conferences THIS ORDER IS IDENTICAL TO THE ORDER SERVED PREVIOUSLY EXCEPT IT SPECIFIES THE APPLICABLE TIME ZONE FOR EACH CONFERENCE. | 0.2MB |
| 21900154 | 10/8/2008 9:49 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Reply | Defendant's Reply in Support of Its Second Motion, Rule and Incorporated MEmorandum to Show Cause Why Cases Should Not Be Dismissed For Failure to Comply With the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Exhibit A | 0.1MB |
| | | | | | Exhibits | Exhibit B | 0.1MB |
| | | | | | Exhibits | Exhibit C | 0.1MB |
| 21900150 | 10/8/2008 9:43 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Reply | Defendant's Reply in Support of Its First Motion, Rule and Incorporated Memorandum To Show Cause Why Cases SHould Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Exhibit A | 0.1MB |
| | | | | | Exhibits | Exhibit B | 0.1MB |
| | | | | | Exhibits | Exhibit C | 0.1MB |
| | | | | | Exhibits | Exhibit D | 0.1MB |
| | | | | | Exhibits | Exhibit E | 0.1MB |
| 21898088 | 10/8/2008 5:22 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Scheduling Conferences for the Plaintiff's Listed on the attached Exhibits<br>• Linked from (1) | 0.2MB |
| 21709127 | 9/26/2008 2:51 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Setting Hearing on 2nd Lone Pine Motion for October 10, 2008 at 10:00 am | 0.1MB |
| 21709077 | 9/26/2008 2:50 PM CDT | Serve Only - | Multi-Case | Dorothy H Wimberly, | Order | Order Setting Hearing on Lone Pine Motion for October 10, 2008 at 10:00am | 0.1MB |

| ID | Date | Type | Case | Filer | Doc Type | Description | Size |
|---|---|---|---|---|---|---|---|
| | | | | Public | | Stone Pigman Walter Wittmann LLC | |
| 21615786 | 9/19/2008 3:33 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Motion | Defendant's Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Ex A | 0.1MB |
| | | | | | Exhibits | Ex B | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 21613566 | 9/19/2008 2:38 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Motion | Defendant's First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should not Be Dismissed for Failure to comply with the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Exhibit A | 0.1MB |
| | | | | | Exhibits | Filed Ex B | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 21199337 | 8/22/2008 4:09 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Setting Hearing for September 3rd on Motion for an Order to Show Cause Why Cases SHould not be Dismissed for Failure to Comply with PTO 31 NOTE: If you are no longer counsel for any plaintiff identified as being represented by your firm, please contact Dorothy Wimberly, dwimberly@stonepigman.com immediately | 0.1MB |
| | | | | | Exhibits | Exhibit 1 | 0.4MB |
| | | | | | Exhibits | Exhibit 2 | 0.2MB |
| 20863264 | 7/30/2008 2:50 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Granting Third Motion to Withdraw | 0.1MB |
| 20823255 | 7/28/2008 1:56 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Motion | Third Motion for Withdrawal of Defendant Merck's Motion for An order to Show cause Why Plaintiffs' Cases Should Not be Dismissed for Non Compliance with Pre Trial Order 31 | 0.1MB |
| | | | | | Exhibits | Appendix | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 20476099 | 7/1/2008 3:01 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order to Show Cause on July 17 Why cases Should Not Be Dismissed | 0.1MB |
| 20310092 | 6/18/2008 4:52 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Motion | Defendant Merck & Co., Inc's Amended and Superseding Motion and Incorporating Memorandum for an Order to Show Cause Why Plaintiffs' Cases Should Not be Dismissed for Non Compliance with Pre Trial Order No 31 | 0.1MB |
| | | | | | Exhibits | Appendix A | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |

1-15 of 15 transactions    <<Prev Page 1 of 1 Next>>