UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE ELDON E. FALLON |
| *James Spencer Oakley v. Merck & Co., Inc.* Civil Action No. 05-5912 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## UNCONTESTED MOTION TO VACATE ORDER IN PART

Plaintiff James Spencer Oakley hereby requests that this Court vacate in part its October 17, 2008 order dismissing with prejudice the above-captioned individual case against Merck & Co., Inc. ("Defendant"). Plaintiff Oakley has consulted with Defendant, who does not oppose this motion.

Respectfully Submitted,

Dated: October 28, 2008

/s/ Kathryn E. Barnett
Kathryn E. Barnett
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423

787196.2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Uncontested Motion to Vacate Order in Part has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the on this the 28th day of October, 2008.

I also hereby certify pursuant to Pretrial Order No. 8A, should this motion be granted Plaintiff's counsel will change the status of this case on LexisNexis File & Serve case management.

                                       */s/ Kathryn E. Barnett*
                                       Kathryn E. Barnett, TN 15361
                                       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

787196.2