UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*James Spencer Oakley v. Merck & Co., Inc.*<br>Civil Action No. 05-5912 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## [PROPOSED] ORDER

Upon due consideration and for good cause shown, the Court hereby vacates the October 17, 2008 order of dismissal with prejudice with respect to the individual case, *James Spencer Oakley v. Merck & Co., Inc.*, No. 05-5912.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-named individual action is reinstated to the docket of this Court.

IT IS SO ORDERED.

Dated: _____                    _____
                                             Judge Eldon E. Fallon
                                             United States District Court Judge