UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *James Oakley v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| *Civ. Action no. 2:05-cv-5912* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

MOTION AND INCORPORATED MEMORANDUM
TO WITHDRAW WITHOUT PREJUDICE MOTION
TO DISMISS FOR FAILURE TO COMPLY WITH PTO 28

On September 19, 2008, Defendant Merck & Co., Inc. filed its First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16032.  The claims of plaintiff James Oakley were included on Exhibit A to the motion.  In light of recent developments regarding Mr. Oakley's apparent change of counsel,[1] as well as a pending uncontested motion to vacate in part the Court's October 16, 2008 Order dismissing the claims of Mr. Oakley,[2] Merck hereby moves to withdraw without prejudice its First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, solely as it relates to Mr. Oakley.  Merck hereby consents to an additional ninety (90) days for Mr. Oakley to comply with Pre-Trial Order 28.

---

[1] Merck notes that Ron Benjamin has appeared on behalf of Mr. Oakley by filing an opposition to R. Doc. 16032.  *See* Plaintiffs' Memorandum of Law, R. Doc. 16656.  He has not, however, formally moved to enroll or substitute as counsel.

[2] *See* R. Doc. 16662.

950681v.1

Respectfully submitted,


*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of October, 2008.

                                                   */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

926710v.1
950681v.1