UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * * * | MDL Docket No. 1657 |
| | * | Section L |
| v. | * * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * * | |
| Case No. 2:05-CV-01102 | * * | Magistrate Judge Knowles |

ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFF, WILLIAM GAINES, CANNOT BE FOUND OR FAILS
TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for William Gaines. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, William Gaines, and has no further responsibilities in that regard.

All future notices to the Plaintiff, William Gaines, shall be sent to 2900 Justin Place, Spencer, OK 73083.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date:_____