**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MARY THOMPSON, ET AL<br>　　　Plaintiffs | * * * | MDL Docket No. 1657 |
| | * | Section L |
| v. | * * | |
| MERCK & CO., INC.<br>　　　Defendants | * * | Judge Fallon |
| | * | Magistrate Judge Knowles |
| Case No. 2:06-CV-00433 | * | |

**ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFF, BEVERLY JO THOMPSON, CANNOT BE FOUND OR FAILS
TO RESPOND TO COMMUNICATIONS FROM COUNSEL**

Before this Court is Counsel's Motion to Withdraw as counsel for Beverly Jo Thompson. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Beverly Jo Thompson, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Beverly Jo Thompson, shall be sent to 12231 South May Avenue, Oklahoma City, OK 73189.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Date:_____