UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:0-cv-00550 |
| *Peggy J. Balch* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Peggy J. Balch in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of October, 2008.

_____
DISTRICT JUDGE

949967v.1