UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Lillie Mae Berry, et al. v. | * | |
| Merck & Co., Inc.,  2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**Motion for Leave of Court to File a Reply Memorandum
in Support of Motion to Vacate Order of Dismissal**

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, who respectfully request leave of court to file a reply to defendant, Merck & Co.'s response to their Motion to Vacate as Defendant's response raised facts and issues that require a response.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin*                  .
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

**CERTIFICATION OF SERVICE**
I hereby certify that on the 29th day of October, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to:  Phillip Wittmann  Stone Pigman Walther Wittmann, LLC  546 Carondelet St. New Orleans, LA 70130  by operation of the court's electronic filing system.     I further certify that there are no non-CM/ECF participants.     */s/ Ron A. Austin*                  .
**RON A. AUSTIN (#23630)**