UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Lillie Mae Berry, et al. v. | * | |
| Merck & Co., Inc.,  2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### Reply Memorandum in Support of Motion to Vacate Order of Dismissal

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, who reply to defendant, Merck & Co.'s response to their Motion to Vacate as follows:

Defendant states that Pre-Trial Order 8B provides for service through the Lexis Nexis File & Serve.  Pursuant to this Pre-Trial Order, such service is "deemed to have been served under the Federal Rules of Civil Procedure."

Pre-Trial Order 8A was issued prior to Plaintiff's filing their complaint.  When Plaintiffs' complaint was filed, counsel for the Plaintiffs was not informed, instructed or notified of the existence of Pre-Trial Order 8A and thus were not aware of the alternate method of filing and service provided for therein.  Plaintiffs and counsel for the Plaintiffs were not served with notice of this additional requirement.

Accordingly, Plaintiffs respectfully request that their claims not be dismissed and that they be given additional time to fully comply with the requested information as ordered in Pre-Trial Order 28.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin                              .*
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

## CERTIFICATION OF SERVICE

I hereby certify that on the 29th day of October, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to: Phillip Wittmann Stone Pigman Walther Wittmann, LLC 546 Carondelet St. New Orleans, LA 70130 by operation of the court's electronic filing system.

I further certify that there are no non-CM/ECF participants.

*/s/ Ron A. Austin                              .*
**RON A. AUSTIN (#23630)**