IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To All Cases

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

**CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35**

Plaintiffs listed in Exhibit A file this Motion To Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt, and in support thereof state:

1. Plaintiffs have repeatedly attempted to obtain records from certain of their healthcare providers so that they may comply with the terms of the VIOXX Settlement Agreement. Unfortunately, Plaintiffs' requests to certain providers have been futile.

2. The records providers refuse to comply with this Court's Pretrial Order No. 35, which addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX® Settlement Agreement.

3. Plaintiffs respectfully ask this Court to order that each provider appear before this Court and show cause why:

   a. they and each of them should not be held in contempt for failing to comply with PTO 35; and

b. they and each of them should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

4. Plaintiffs further move for an order setting an oral and evidentiary hearing on this motion as quickly as this Court's docket permits.

5. The bases for this Motion are more fully set forth in the attached Memorandum in Support hereof.

WHEREFORE, Plaintiffs pray that this Motion to Show Cause be granted, that the Court order a corporate representative for each healthcare provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

By: _____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
THE LOWE LAW FIRM
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road

Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

_____