# VIOXX LITIGATION GROUP

NEBLETT, BEARD & ARSENAULT
ANDRUS, BOUDREAUX, LEMOINE & TONORE
LUNDY & DAVIS, LLP
BARRIOS, KINGSDORF & CASTEIX, LLP
AYLSTOCK, WITKIN & SASSER

MAILING ADDRESS

2220 BONAVENTURE COURT
POST OFFICE BOX 1190
Alexandria, LA 71309-1190

January 21, 2008

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Ms. Thelma L. Cockerham
c/o Ms. Jan Wheeler
4199 Hwy. 452
Marksville, LA 71351

RE:  *Vioxx Proposed Settlement*

Dear Ms. Cockerham:

On November 20, 2007 we sent correspondence (a copy of which is attached) advising of the proposed Vioxx settlement along with an Election to Participate form and a Declaration of Medical/Health Information form for you to sign and return. When we did not receive the signed forms, we contacted you by telephone. You informed us that you would not sign the documents and did not want to pursue your Vioxx claim any further.

Please be advised that the deadline for enrolling in the Vioxx settlement is February 29, 2008. If you have changed your mind and want to participate, you must sign the attached forms and return them to us immediately. If you in fact DO NOT WANT TO PURSUE your Vioxx claim, please sign below and return to us in the self-addressed stamped envelope. We will then notify the court of your decision and dismiss your Vioxx claim and you will be forever barred from pursuing a Vioxx claim.

We trust you will give this matter your immediate attention. If you have any questions, please contact Maggie at 888-384-7496.

Sincerely,

**VIOXX LITIGATION GROUP**

RJA/dw
Enclosure

**I AUTHORIZE MY ATTORNEYS TO DISMISS MY VIOXX CLAIM AND CLOSE MY FILE.**

_____
THELMA L. COCKERHAM

_____
DATE


EXHIBIT A

**VIOXX LITIGATION GROUP**
PO Box 1190
Alexandria, LA 71309-1190

UNCLAIMED
RETURNED TO SENDER

**CERTIFIED MAIL**

7007 1490 0002 7551 1971

Ms. Thelma L. Cockerham
c/o Ms. Jan Wheeler
4199 Hwy. 452
Marksville, LA 71351

104.01445

1-23
2-7


Hasler
US POSTAGE
01/22/2008
$05.380
Mailed From 71309
016H26502506