

# VIOXX
# LITIGATION GROUP

NEBLETT, BEARD & ARSENAULT

ANDRUS, BOUDREAUX, LEMOINE & TONORE

LUNDY & DAVIS, LLP

BARRIOS, KINGSDORF & CASTEIX, LLP

AYLSTOCK, WITKIN & SASSER

**MAILING ADDRESS**

2220 BONAVENTURE COURT
POST OFFICE BOX 1190
Alexandria, LA 71309-1190

May 2, 2008

***VIA CERTIFIED MAIL***
***RETURN RECEIPT REQUESTED***

Ms. Thelma L. Cockerham
c/o Ms. Jan Wheeler
4199 Hwy. 452
Marksville, LA 71351

**RE:**   ***Vioxx Proposed Settlement***

Dear Ms. Cockerham:

On November 20, 2007 we sent correspondence (a copy of which is attached) advising of the proposed Vioxx settlement along with an Election to Participate form and a Declaration of Medical/Health Information form for you to sign and return. When we did not receive the signed forms, we contacted you by telephone. You informed us that you would not sign the documents and did not want to pursue your Vioxx claim any further.

Subsequently, on January 21, 2008, we sent certified mail which was returned to us "unclaimed" (a copy of which is attached). In that letter we asked that you sign a copy of that correspondence and return it to us for our file.

Since you have not agreed to enroll and participate in the settlement, the tolling agreement we entered into on your behalf is now terminated. As of August 21, 2008 your claim for injuries arising out of your use of Vioxx will no longer be tolled and you must file a lawsuit on or before that date to preserve any claims you may want to pursue.

Please be advised that we are required by the terms of the Settlement Agreement to withdraw from representation on your behalf and notify the court accordingly. It is imperative that you contact another attorney immediately if you intend to pursue any Vioxx related claims you may have. If you do not obtain new counsel and file suit by August 21, 2008, you claims will forever be barred.

If you have changed your mind and wish to enroll in the Vioxx settlement, you must contact us immediately at 888-384-7496. We trust you will give this matter your immediate attention.

Sincerely,

**VIOXX LITIGATION GROUP**

RJA/dw
Enclosure



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rodney Wheeler*  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery  5-8-08 |
| 1. Article Addressed to:<br><br>**Ms. Thelma L. Cockerham**<br>**℅ Ms. Jan Wheeler**<br>**4199 Hwy. 452**<br>**Marksville, LA 71351** | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)     ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 0550 0000 2369 7077 |

| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |