

**VIOXX LITIGATION GROUP**

NEBLETT, BEARD & ARSENAULT
ANDRUS, BOUDREAUX, LEMOINE & TONORE
LUNDY & DAVIS, LLP
BARRIOS, KINGSDORF & CASTEIX, LLP
AYLSTOCK, WITKIN & SASSER

**MAILING ADDRESS**

2220 BONAVENTURE COURT
POST OFFICE BOX 1190
Alexandria, LA 71309-1190

888-384-7496
Facsimile: 318-561-2583

June 27, 2008
VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED

Ms. Thelma L. Cockerham
c/o Jan Wheeler
4199 Hwy 452
Marksville, LA 71351

7004 1350 0005 3466 6899

**RE:   *Vioxx Claim***

Dear Ms. Cockerham:

On January 21, 2008, you verbally advised our office that you no longer intended to pursue your Vioxx claim against Merck. Accordingly, that day we sent you correspondence to confirm your decision to dismiss your claim, which was returned to us marked "unclaimed". On May 2, 2008, we forwarded you another letter and authorization, via certified mail, for your signature that was signed for by your son-in-law, Rodney Wheeler on May 8, 2008.

As of this date we have not received the signed authorization confirming that you wish to dismiss your claim. Therefore we will be filing the enclosed Motion and Order to Dismiss your claim.

You have thirty (30) days from receipt of this letter to contact our office, obtain another attorney or contact the Curator, Robert M. Johnson, (Pan American Life Center, 601 Poydras Street, Ste. 2490, New Orleans, LA 70130, telephone 504-561-7799; e-mail rmj@rmj-law.com) and advise him that you will be representing yourself in this matter.

Even though you have the right to proceed as your own counsel, it is not recommended that do so without an attorney due to your unfamiliarity of the laws and the rules and regulation of the Federal Court. If you obtain new counsel please have him/her contact us immediately.

Unless you contact us, obtain new counsel, or contact the Curator, the enclosed Motion to Withdraw will be considered by the Court and if the Court considers our attempts to communicate with you are reasonable and without success, the motion may be granted and your claim dismissed.

Sincerely,

XX LITIGATION GROUP

EXHIBIT C

RJA/af
Enclosures

