UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| THELMA L. COCKERHAM | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Neblett, Beard & Arsenault, Andrus, Bodreaux, Lemoine & Tonore, Lundy & Davis, LLP, Barrios, Kingsdorf, & Casteix, LLP, and Aylstock, Witkin, Kreis & Overholtz, are hereby withdrawn as counsel of record for Thelma L. Cockerham.

**NEW ORLEANS, LOUISIANA**, this the _____ day of _____, 2008.

ELDON E. FALLON
UNITED STATED DISTRICT JUDGE