UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.: 2:05 md01657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| HENRY A. CARTER | * | |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.211, and in accordance with the Pretrial Order 36, the law firms of Neblett, Beard & Arsenault, Andrus, Bodreaux, Lemoine & Tonore, Lundy & Davis, LLP, Barrios, Kingsdorf, & Casteix, LLP, and Aylstock, Witkin, Kreis & Overholtz moves the Court for an order granting leave for Counsel to withdraw as Counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff suffered a heart attack while taking Vioxx.

2. On January 21, 2008, Plaintiff, Henry Carter, advised counsel that he no longer wished to pursue his claim against Merck.

3. Counsel has communicated to the Plaintiff in writing at Plaintiff's last known address of 1316 Little Lake Road, Oak Ridge, La 71264, on January 21, 2008, by forwarding an authorization for Plaintiff's signature confirming his desire to dismiss his claim. This communication was received by plaintiff, as evidenced by the Domestic Return Receipt signed by plaintiff, the original of which is attached hereto Exhibit "A". On May 2, 2008, counsel forwarded the previously

sent authorization for Plaintiff's signature at his last known address, which was accepted and signed for by plaintiff, on May 6, 2008. The original signature card is attached hereto as Exhibit "B".

4. As of this date counsel has not received the signed authorization nor have they been contacted by the Plaintiff. Counsel moves the Court for an Order allowing them to withdraw from this case.

5. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address of 1316 Little Lake Road, Oak Ridge, La 71264. A copy of this correspondence is attached hereto as Exhibit "C".

6. Pretrial Order 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

7. Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, Neblett, Beard & Arsenault, Andrus, Bodreaux, Lemoine & Tonore, Lundy & Davis, LLP, Barrios, Kingsdorf, & Casteix, LLP, and Aylstock, Witkin, Kreis & Overholtz, urges the Court to grant their motion to withdraw as Counsel of record in this matter.

RESPECTFULLY SUBMITTED, this the 29th day of October, 2008.

Richard J. Arsenault,
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301-1190
(318)487-9874 (telephone)
(318)561-2591 (telecopier)