# VIOXX LITIGATION GROUP

NEBLETT, BEARD & ARSENAULT
ANDRUS, BOUDREAUX, LEMOINE & TONORE
LUNDY & DAVIS, LLP
BARRIOS, KINGSDORF & CASTEIX, LLP
AYLSTOCK, WITKIN & SASSER

**MAILING ADDRESS**

2220 BONAVENTURE COURT
POST OFFICE BOX 1190
Alexandria, LA 71309-1190

January 21, 2008

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Mr. Henry A. Carter
1316 Little Lake Road
Oakridge, LA 71264

RE:   *Vioxx Proposed Settlement*

Dear Mr. Carter:

On November 20, 2007 we sent correspondence (a copy of which is attached) advising of the proposed Vioxx settlement along with an Election to Participate form and a Declaration of Medical/Health Information form for you to sign and return. When we did not receive the signed forms, we contacted you by telephone. You informed us that you would not sign the documents and did not want to pursue your Vioxx claim any further.

Please be advised that the deadline for enrolling in the Vioxx settlement is February 29, 2008. If you have changed your mind and want to participate, you must sign the attached forms and return them to us immediately. If you in fact DO NOT WANT TO PURSUE your Vioxx claim, please sign below and return to us in the self-addressed stamped envelope. We will then notify the court of your decision and dismiss your Vioxx claim and you will be forever barred from pursuing a Vioxx claim.

We trust you will give this matter your immediate attention. If you have any questions, please contact Maggie at 888-384-7496.

Sincerely,

**VIOXX LITIGATION GROUP**

RJA/dw
Enclosure

**I AUTHORIZE MY ATTORNEYS TO DISMISS MY VIOXX CLAIM AND CLOSE MY FILE.**

_____
**HENRY CARTER**

_____
**DATE**


EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Henry A. Carter
1316 Little Lake Road
Oakridge, LA 71264

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1/25/0?

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0002 7551 1964

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540