# VIOXX LITIGATION GROUP

NEBLETT, BEARD & ARSENAULT
ANDRUS, BOUDREAUX, LEMOINE & TONORE
LUNDY & DAVIS, LLP
BARRIOS, KINGSDORF & CASTEIX, LLP
AYLSTOCK, WITKIN & SASSER

MAILING ADDRESS

2220 BONAVENTURE COURT
POST OFFICE BOX 1190
Alexandria, LA 71309-1190

May 2, 2008

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Mr. Henry A. Carter
1316 Little Lake Road
Oak Ridge, LA 71264

     RE:    *Vioxx Proposed Settlement*

Dear Mr. Carter:

    On November 20, 2007 we sent correspondence advising of the proposed Vioxx settlement along with an Election to Participate form and a Declaration of Medical/Health Information form for you to sign and return. When we did not receive the signed forms, we contacted you by telephone. You informed us that you would not sign the documents and did not want to pursue your Vioxx claim any further.

    Subsequently, on January 21, 2008, we sent certified mail which you signed for on January 22, 2008 (a copy of which is attached) confirming your conversation with our office in which you advised you did not want to pursue your Vioxx claim further. We asked that you sign a copy of that correspondence and return it to us for our file. To date we have not received a copy of that signed correspondence.

    Since you have not agreed to enroll and participate in the settlement, the tolling agreement we entered into on your behalf is now terminated. As of August 21, 2008 your claim for injuries arising out of your use of Vioxx will no longer be tolled and you must file a lawsuit on or before that date to preserve any claims you may want to pursue.

    Please be advised that we are required by the terms of the Settlement Agreement to withdraw from representation on your behalf and notify the court accordingly. It is imperative that you contact another attorney immediately if you intend to pursue any Vioxx related claims you may have. If you do not obtain new counsel and file suit by August 21, 2008, you claims will forever be barred.

    If you have changed your mind and wish to enroll in the Vioxx settlement, you must contact us immediately at 888-384-7496. We trust you will give this matter your immediate attention.

                      Sincerely,

                      **VIOXX LITIGATION GROUP**

RJA/dw
Enclosures


EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Henry A. Carter
   1316 Little Lake Road
   Oak Ridge, LA 71264

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Henry Carter
   C. Date of Delivery: 5/6/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0002 7551 2442

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540