UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| **HENRY A. CARTER** | * | |
| | * | **KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Neblett, Beard & Arsenault, Andrus, Bodreaux, Lemoine & Tonore,

Lundy & Davis, LLP, Barrios, Kingsdorf, & Casteix, LLP, and Aylstock, Witkin, Kreis & Overholtz,

are hereby withdrawn as counsel of record for Henry A. Carter.

**NEW ORLEANS, LOUISIANA**, this the _____ day of _____,

2008.


ELDON E. FALLON
UNITED STATED DISTRICT JUDGE