UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Carmen Prado, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to Gary R. Hadley**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-6303

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Gary R. Hadley in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950863v.1