UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Evva Harris | KNOWLES |

**EMERGENCY MOTION FOR, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF, RELIEF FROM VIOXX SETTLEMENT AGREEMENT SECTION 1.2.2.4.**

**NOW INTO COURT**, comes plaintiff, Evva Harris, and respectfully requests that this Court grant her relief from the requirement of the Vioxx Settlement Agreement Paragraph 1.2.2.4 that requires an executed Release or Stipulation of Dismissal for every Derivative Claimant and/or in the alternative, to strip all rights by authorities and obligations, without limitation, for Derivative Claimant Curtis Harris in this case.

Plaintiff Evva Harris enrolled in the Vioxx settlement program on February 29, 2008. At the time Ms. Harris initiated her Vioxx lawsuit, her late husband, George Harris, was alive. George Harris is not a named plaintiff in this action, but a loss of consortium claim on behalf of George Harris was alleged in Evva Harris' plaintiff profile form. George Harris died on February 20, 2006. Accordingly, Evva Harris is a Claimant in the Vioxx settlement program and her four children are Derivative Claimants subject to the requirements of Section 1.2.2.4 in the Vioxx Settlement Agreement.

To date, Evva Harris and three out of four of her children/Derivative Claimants have submitted complete paperwork necessary for her to enroll in the settlement program. However, one Derivative Claimant, Curtis Harris, refuses to sign either a Derivative Claimant Release or a Stipulation of Dismissal for his derivative claim.

Undersigned counsel has spoken to Mr. Curtis Harris regarding this issue, informing him of the nature of the settlement program and the need for him to sign the Derivative Claimant Release or a Stipulation of Dismissal in order for his mother to complete her enrollment and participate in the Vioxx Settlement. Mr. Curtis Harris stated that while he did not intend to litigate separately his Derivative Claim in this matter, he did not want to sign any legal paperwork whatsoever.

The standing of any Derivative Claimants under the Vioxx Settlement Program is completely derivative upon the Claimant's Enrollment. It is unjust for plaintiff Evva Harris to not be allowed to complete enrollment and participation in the Vioxx settlement program, against her will, solely because one of four adult Derivative Claimants, of whom she has no control over, refuses to sign the required forms, particularly, as is the case here, where the Derivative Claimant, Curtis Harris, has expressed no interest in pursing his claim.

Plaintiff, Evva Harris respectfully asks this Court that she be relieved of the requirement of the Vioxx Settlement Agreement Section 1.2.2.4 that requires an executed Release or Stipulation of Dismissal from every Derivative Claimant, to the extent that such a Release or Stipulation of Dismissal is required by Derivative Claimant, Curtis Harris. Plaintiff further respectfully asks this Court to deny standing of Curtis Harris as a Derivative Claimant in this matter, so that he may not make any Derivative Claims in the

future, in the Vioxx settlement or in separate litigation, based on the enrollment of Evva Harris in the Vioxx settlement program.

The undersigned counsel has consulted with counsel for Defendants, who do not oppose this motion.

DATED:  October 29, 2008               Respectfully submitted,

/s/ Douglas R. Plymale,
Douglas R. Plymale, (La Bar ID 28409
James R. Dugan, II, (La Bar ID 24785)
Murray Law Firm
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Counsel for Plaintiff Evva Harris

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Emergency Motion For, And Incorporated Memorandum of Law in Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2008.

/s/ Douglas R. Plymale,
Douglas R. Plymale (LA Bar No. 28409)
Murray Law Firm
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Counsel for Plaintiff Evva Harris