UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| **This document relates to:** | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Evva Harris | MAGISTRATE JUDGE KNOWLES |

### [PROPOSED] ORDER

Considering the Emergency Motion For, and Incorporated Memorandum of Law In Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4.

**IT IS ORDERED**, that plaintiff, Evva Harris is hereby relieved of the requirement under the Vioxx Settlement Agreement Section 1.2.2.4 that Derivative Claimant Curtis Harris must execute a Derivative Claimant Release or a Stipulation of Dismissal for her to enroll as a Claimant in the Vioxx Settlement.

**IT IS FURTHER ORDERED**, that derivative claimant, Curtis Harris has no right or standing under the Vioxx Settlement program and has no right or standing to separately litigate his derivative claims in this case, to the extent that such claims may exist.

**NEW ORLEANS, LOUISIANA**, this the ____ day of _____, 2008.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE.**