UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Virginia Oller, et al*

*v.*

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-01102

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Arthur Block, III only against defendant Merck & Co., Inc. and all other defendants be dismissed with prejudice, with each party to bear its own costs.

*/s/ David McMullan*
David McMullan
404 Court Square North
Lexington, MS  39095
(662) 834-2376


*Counsel for Plaintiff*

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With

Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 23rd day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel