UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Virginia Oller, et al*

v.

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-01102

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Arthur Block, III only in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v1