# EXHIBIT A

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Ady, John L. | 2:06-cv-3378 | Dr. Scott T. Croft<br>5620 E. Bell Road<br>Scottsdale, AZ 85254<br>(602) 493-9361 | Prescriber |
| 2 | Aikens, Terry | 2:06-cv-01976 | Critten Memorial Hospital<br>200 W. Tyler Ave.<br>West Memphis, AR 72301 | Event |
| 3 | Akers, Polly | 2:06-cv-6239 | Frederick G Cox MD<br>109 S Douglas St<br>Pikeville, KY 41501<br>606-432-1545 | PCP |
| 4 | Albright-Reyes(D), Elizabeth | 2:06-cv-4063 | Dr. Stella<br>640 Walnut St.<br>Reading, PA 19601<br><br>Rite Aid<br>5370 Allentown Pike<br>Reading, PA 19560 | Prescriber<br><br>Pharmacy |
| 5 | Allen, Olamae | 2:06-cv-3465 | Dr. Anne Brooks<br>205 Alma<br>Tutwiler Road, MS 38963<br><br>Dr. Tommy Hughes<br>122 Westover Drive<br>Tylertown, MS 39667 | Prescribers |
| 6 | Allen, Virginia | 2:05-cv-05305 | St. Mary's Hospital/Mercy Medical Center<br>1200 West Walnut Street<br>Rogers, AR 72756 | Events |
| 7 | Aman, Wilma (Michael Aman PR) | 2:05-cv-05311 | Crossroads Regional Hospital<br>500 Medical Dr.<br>P.O. Box 711<br>Wentzville, MO 63385 | Event |
| 8 | Anderson, Barbara J. | 2:06-cv-3373 | Eckerds Pharmacy/Rite Aid<br>2389 St. Andrew's Blvd.<br>Panama City, FL 32404 | Pharmacy |
| 9 | Anderson, James | 2:06-cv-3465 | K-Mart Pharmacy<br>280 John Runkin Dr.<br>Natchez, MS 39120<br>Dr. Jerry W. Iles<br>150 Jefferson Davis Blvd. South Natchez, MS 39120 | Pharmacy<br><br>Prescriber |

# EXHIBIT A

| # | Name | Case No. | Provider | Type |
|---|---|---|---|---|
| 10 | Anderson, Sandra | 2:06-cv-00785 | Cardiovascular Assocs N Ctrl AR<br>555 West Sixth Street<br>Mountain Home<br>AR 72653<br>(870) 425-8288 | Cardiology |
| 11 | Armbrister, Viola | 2:05-cv-04324 | Sista Drug Store<br>655 Grand Street<br>Brooklyn, NY 11211<br><br>Dr. Khandelwal Ashish<br>374 Stock Holm Street<br>Brooklyn, NY 11237<br><br>Dr. Fransed Tellus<br>3101 Clardon Road<br>Brooklyn, NY 11233 | Pharmacy<br><br>Precriber<br><br>Precriber |
| 12 | Armbruster, James | 2:05-cv-06387 | Dr. David H.S. Jansmith<br>Cardiology Specialists<br>80 Humphreys Center, Suite 202<br>Memphis, TN 38120 | Cardiology |
| 13 | Bauersfeld, Virtus (D) | 2:06-cv-00796 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>(847) 914-2500 | Pharmacy |
| 14 | Behrens-Bailey, Virginia A. | 2:06-cv-00788 | Dr. Pratip Patel<br>5701 State Ave #100<br>Kansas City, KS 66102<br>(913) 287-7800 | PCP |
| 15 | Belcher, John | 2:06-cv-02153 | Dan Johnson<br>MidSouth Neurosurgery<br>800 S Church<br>Jonesboro AR<br>870-932-3850 | Neurology |
| 16 | Blackstock, Joel C. | 2:06-cv-00790 | Dr. Mohamad Kabani<br>4747 Dusty Lake Drive<br>Suite 203<br>Pine Bluff, AR 71603 | Cardiology |
| 17 | Blake, Joan (D) | 2:06-cv-3370 | Eckerds/Rite Aid<br>934 South Long Drive<br>Rockingham, NC 28379 | Pharmacy |
| 18 | Boards, Gladys (D) | 2:06-cv-09332 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>(847) 914-2500 | Pharmacy |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 19 | Boudreaux, O'Neil | 2:05-cv-03815 | St. John's Mercy Hospital<br>615 S. New Ballas Rd.,<br>St. Louis, MO 63141 | Event |
| 20 | Brandon, Billy | 2:05-cv-04326 | EHS Eckerd/Rite Aid<br>8275 Bryan Dairy Rd.<br>Largo, FL 33777 | Pharmacy |
| 21 | Bridgewater, Olga | 2:06-cv-02153 | Wellness Clinic<br>3000 Prospect Ave.<br>Kansas City, MO 64128<br>(816) 921-1191 | Rehab |
| 22 | Brown, Peter | 2:06-cv-3375 | Dr. Jacques Tittley<br>Vascular Suregeon<br>304 Victoria Ave.<br>Hamilton, Ontario<br>CANADA<br>905-521-5558 | Event |
| 23 | Castaneda, Santos | 2:06-cv-3378 | Eckerd Drugs/Rite Aid<br>3401 82nd Street<br>Lubbock, TX 79423 | Pharmacy |
| 24 | Cavins, Jane | 2:05-cv-03816 | St. Anthony's Medical Center<br>10010 Kennerly Road<br>St. Louis, MO 63128<br>(314) 525-1000 | Event |
| 25 | Clem, Lloyd | 2:06-cv-00796 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>(847) 914-2500 | Pharmacy |
| 26 | Cox-Jarvis, Charlene | 2:06-cv-00788 | Dr. James LaSalle<br>950 N Jesse James Rd,<br>Excelsior Springs, MO 64024<br>816-630-6071 | PCP |
| 27 | Cross, Richard (D) | 2:06-cv-6239 | Dr. Philippe Beaudry<br>Corning Hospital<br>130 Centerway<br>Corning, NY 14830 | Cardiology |
| 28 | Crowley, Ava | 2:05-cv-02929 | Poplar Bluff Regional Medical Center<br>2620 N. Westwood Blvd.<br>Poplar Bluff, MO 63901-3396<br>(573) 785-7721 | Event |
| 29 | Daman, Alyce | 2:06-cv-3377 | Stanford Hospitals & Clinics<br>300 Pasteur Drive<br>Stanford, CA 94305 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 30 | Davis, Dennis | 2:05-cv-03817 | Dr. Frank Schmidt, MD<br>St. Johns Clinic Cardiovascular Surgery<br>1900 South National Avenue Suite 3400<br>Springfield, MO 65804 | Cardiology |
| 31 | Davis, Helen (D) | 2:06-cv-3381 | Dr. Arlene Basdow<br>2117 South 7th Street<br>Ironton, OH 45638 | PCP |
| 32 | Desrosier, Aleah | 2:06-cv-3379 | Kmart Pharmacy<br>3300 Harrison Avenue<br>Butte, MT 59701 | Pharmacy |
| 33 | Dowell, Otis (D) | 2:06-cv-6239 | Dr. Kenton Forte<br>964 Delaware Ave<br>Heartbeat Center Of Western NY<br>Buffalo, NY 14209 | Cardiology |
| 34 | Dunn, James | 2:06-cv-3390 | Dr. James Hagler<br>PO Box 436<br>Buena Vista, GA 31803<br>(229) 649-2050 | Prescriber |
| 35 | Edwards, Howard | BC344 656 | Rideout Memorial Hospital<br>726 4th Street<br>Marysville, CA 95901<br>(530) 749-4300 | Event |
| 36 | Flanagan, James | 2:06-cv-6652 | Penn State Milton S. Hershey Med Ctr<br>500 University Dr.     Hershey, PA 17033<br><br>Keystone Family Medicine Assoc.<br>1252 County Rd. 8     Keystone, CO 80435 | Event<br><br>PCP |
| 37 | Fogle, Ken | 2:05-cv-05293 | University of Iowa Hospitals & Clinics<br>1614 Somerset Ln.<br>Iowa City, IA 52240 | Event |
| 38 | Freeman, Joann | 2:07-cv-4118 | Jackson Hospital<br>1725 Pine St.<br>Montgomery, AL 36106<br>(334) 293-8000 | Event |
| 39 | Goettie, Christine | 2:06-cv-3390 | Winn-Dixie Pharmacy<br>1912 Memorial Drive<br>Waycross, GA 31501 | Pharmacy |
| 40 | Goree, James | 2:05-cv-06058 | Medco Health Solutions<br>6225 Annie Oakley Drive<br>Las Vegas, NV 89120 | Pharmacy |
| 41 | Grable, Doris (D) | 2:06-cv-4063 | The Washington Pharmacy/Rite Aid<br>940 Jefferson Ave.<br>Washington, PA 15301 | Pharmacy |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 42 | Griffith, Shirley | 2:06-cv-03745 | Shelby Memorial Pharmacy/Medical Center Pharmacy<br>207 S Pine St<br>Shelbyville, IL 62565 | Pharmacy |
| 43 | Haley, Sabrina (D) | 2:06-cv-6654 | Dr. Barry Clemson<br>420 NE Glen Oak Ave, Ste 402<br>Peoria, IL 61603<br>(309) 674-1114 | Cardiology |
| 44 | Hartwick, Esther (D) | 2:05-cv-03812 | Clearview Nursing Center<br>430 Salcedo Rd.<br>Sikeston, MO 63801<br>(573) 471-2565<br><br>St. Francis Medical Center<br>211 St. Francis Dr.<br>Cape Girardeau, MO 63703<br>(573) 331-3000<br><br>T.W. Roberts, MD<br>808 East Wakefield<br>Sikeston, MO 63801<br><br>Super D Drugs/USA Drug<br>702 N. Main<br>Sikeston, MO 63801 | Rehab<br><br>Event<br><br>Cardiology<br><br>Pharmacy |
| 45 | Hayes, Waymond | 2:06-cv-6239 | Dr. Tony S. Das<br>Cardio Interventional Vascular Assoc.<br>7150 Green Ave. Suite 650<br>Lock box 40<br>Dallas, TX 75231 | Cardiology |
| 46 | Hogan, Yolanda (D) | 2:06-cv-00796 | Barnes Jewish Hospital<br>One Barnes Jewish Hospital Drive<br>St. Louis, MO 63110<br>314-747-3000 | Event |
| 47 | Howard, Charlene | 2:06-cv-3379 | Dr. Michael Spieker<br>One Boone Road<br>Brenton, WA 98312-1898 | Prescriber |
| 48 | Ice, Joanne (D) | 2:06-cv-01973 | Dr. Candise Kroutil/ Dr. Warford Johnson/ Dr. James Ceaser<br>Ferrell-Duncan Clinic<br>1001 E. Primrose<br>Springfield, MO 65807 | PCP/ Cardiologu/ Cardiology |
| 49 | Jeter, Crosby (D) | 2:06-cv-01418 | Eckerd/ Rite Aid<br>1009 Broad Head Road<br>Aliquippa, PA 15001 | Pharmacy |

# EXHIBIT A

| 50 | Jones, Charles | 2:06-cv-3375 | Union City Manor Nursing Home Skilled Care Unit<br>1630 E Reelfoot Ave<br>Union City, TN 38261 | Event |
|---|---|---|---|---|
| 51 | Jones, Jamesanna (D) | 2:05-cv-02575 | Missouri Baptist Medical Center<br>3844 S Lindbergh Blvd<br>Saint Louis, MO 63127<br>(314) 996-5000<br><br>Dr. Robert Kaufman<br>456 N. Ballas Rd., Ste 299<br>St. Louis, MO 63141 | Event<br><br>PCP |
| 52 | Kiper, Anna | 2:05-cv-04326 | Hardin Memorial Hospital<br>913 Dixie<br>Elizabethtown, KY 42701 | Event |
| 53 | Kisiolek, Eugene | 2:06-cv-03977 | AdvanceRx.com<br>P.O.Box3223<br>Wilkes-Barre<br>PA 18773-3223 | Pharmacy |
| 54 | Kopes, Maria (D) | 2:06-cv-03141 | Univ. of Chicago Medical Center<br>5841 South Maryland Avenue<br>Chicago, IL 60637<br>1-888-UCH-0200 | Event |
| 55 | Lafiore, Carmelina (D) | 2:06-cv-02103 | Delmar Gardens North<br>4401 Parker Road<br>Florissant, MO 63033<br>(314) 355-1516 | Event |
| 56 | Layman, Robert (D) | 2:06-cv-3372 | Dr. Tom Cumming<br>White River Disease Clinic<br>3443 Harrison Street<br>Batesville, AR 72501 | PCP |
| 57 | Lee, Mary | 2:06-cv-11442 | Dr. Ian McGhie<br>Cardiovasular Consultants<br>4401 Wornall Road<br>Kansas City, MO 64111<br><br>Dr. Shelby Lynn MayGinnes<br>St. Luke's Hospital Plaza<br>4401 Wornall Road<br>Kansas City, MO 64111 | Cardiology<br><br>Prescriber |
| 58 | Logan, Janice | 2:06-cv-00786 | Dr. Anwar<br>Forrest Park Hospital<br>6150 Oakland Ave.<br>St. Louis, MO 63139 | Prescriber |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 59 | Lopez, Juanita | 2:06-cv-6239 | Saenz Medical Pharmacy<br>2121 East Griffin Pkwy<br>Mission, TX 78572 | Pharmacy |
| 60 | Love, Earline | 2:06-cv-3465 | Greenwood Leflore Hospital<br>1401 River Rd.<br>Greenwood, MS 38930<br>(662) 459-9751 | Event |
| 61 | Lutcher, Priscilla | 2:06-cv-03141 | Jason Smith, DO<br>6032 S. Halsted<br>Suite 109<br>Chicago, IL 60621<br>(773) 483-0201 | Event |
| 62 | Magnum, Belle (D) | 2:05-cv-02929 | Rite-Aid Pharmacy<br>1324 North State<br>Provo, UT 84604<br>(801) 374-2015 | Pharmacy |
| 63 | Maliszewski, Carol | 2:06-cv-03366 | St John Hospital & Medical Center<br>22101 Moross Rd<br>Detroit, MI 48236 | Event |
| 64 | Marshall, Marilyn (D) | 2:06-cv-6654 | CVS Pharmacy/Osco Drugs<br>One CVS Drive<br>Woonsocket, RI 02895<br><br>Dr. Shashikumar Gowda, MD<br>AP & S Clinic<br>1530 North 7th Street Suite 200<br>Terre Haute, IN 47807<br><br>Dr. John Albrecht, MD<br>221 South 6th Street<br>Terre Haute, IN 47807 | Pharmacy<br><br>Cardiology<br><br>Prescriber |
| 65 | Martin, Francis (D) | 2:06-cv-6239 | Big Y Pharmacy<br>425 Center St.<br>Ludlow, MA 01056 | Pharmacy |
| 66 | Martin, Lona (D) | 2:05-cv-06347 | St. Johns Regional Medical Center<br>Joplin, MO 64804<br>(417)781-2727 | Event |
| 67 | Martin, Royce | 2:06-cv-4063 | Dr. Chime Banjo<br>Mabank Medical Center<br>802 W Mason St<br>Mabank, TX 75147<br>(903) 887-2161 | Prescriber |
| 68 | McAtee, Linda Sue | 2:06-cv-11444 | SSM St. Joseph Health Center<br>300 First Capitol Drive<br>St. Charles, MO 63301<br>636-947-5000 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 69 | McCabe, Rudy | 2:06-cv-10773 | Northwest Medical Faculty Foundation<br>251 E. Huron St.<br>Chicago, IL 60611 | Event |
| 70 | McDaniel, Bonnie | 2:05-cv-02578 | Neurological Medicine, Inc.<br>12255 DePaul Drive<br>Bridgeton, MO 63044 | Neurology |
| 71 | McKnight, Thelma | 2:06-cv-3465 | Natchez Regional Medical Center<br>54 Sgt Prentiss Drive<br>Natchez, MS 39120<br>601-443-2100 | Event |
| 72 | McMullen, Sharon | 2:06-cv-6654 | Dr. Eddie Gaines<br>2227 Drake Ave. SW<br>Huntsville, AL 35801 | Prescriber |
| 73 | Mead, Herman (D) | 2:06-cv-01972 | Family Pharmacy<br>Healthcare Services<br>1152 W. Jackson<br>PO Box 949<br>Ozark, MO 65721<br>417-581-6813<br><br>Bruce C Lammers DC<br>1205 Clevenger Cove Road<br>Hollister, MO 65672 | Pharmacy<br><br>Prescriber |
| 74 | Metcalf, Vernon | 2:06-cv-6653 | Carlisle Regional Med. Ctr.<br>361 Alexander Spring Rd.   Carlisle, PA 17015 | Event |
| 75 | Michalski, Joan (D) | 2:06-cv-3375 | Walgreens Corporate Office<br>1033 Shooting Park Rd.   Peru, IL 61354 | Pharmacy |
| 76 | Miller, Earnest (D) | 2:06-cv-10773 | New Hanover Regional Med. Ctr.<br>2131 S. 17th St.<br>Wilmington, NC 28401 | Event |
| 77 | Miller, Greg | 2:05-cv-05292 | Denman County Drugs<br>PO BOX 246<br>Lewistown, MO 63452 | Pharmacy |
| 78 | Moore, Nicole | 2:06-cv-03171 | Presbyterian Hospital<br>81 Hillcrest Drive<br>Punxutawney, PA 17567 | Event |
| 79 | Moorman, Orrell | 2:06-cv-03172 | SAINT LUKES SOUTH HOSPSITAL<br>12300 METCALF<br>OVERLAND PARK, KS 66213<br>(816) 531-1234 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 80 | Morris, Peggy | 2:05-cv-02578 | Medicine Shoppe<br>635 S. Sturgeon St.<br>Montgomery City, MO 63361 | Pharmacy |
| 81 | Morris, Wayne | 2:06-cv-6239 | Dr. Roland Nord<br>Primary Health Network<br>188 Enclave Drive<br>New Castle, PA 16105 | Prescriber |
| 82 | Newcomer, Vera (D) | 2:06-cv-3384 | Mercy Hospital<br>746 Jefferson Ave<br>Scranton, PA 18510<br>(570) 348-7100 | Event |
| 83 | Newton, Helen | 2:05-cv-02578 | Freeman Health System<br>1102 W. 32nd St.    Joplin,<br>MO  64804 | Event |
| 84 | Orock, Patty | 2:06-cv-03171 | Hillside Pharmacy<br>304 Evans Dr<br>Ellwood City, PA 16117<br>(724) 752-1643 | Pharmacy |
| 85 | Panos, Robert Sr. | 2:05-cv-03816 | St. Luke's Northland Hospital<br>5830 NW Barry Rd, Kansas City, MO 64154<br>(816) 532-3999<br><br>Dr. James Day<br>601 S US Highway 169 Smithville, MO 64089<br>(816) 532-3999 | Event<br><br>PCP |
| 86 | Perkins, Lois | 2:05-cv-05313 | Skaggs Medical West<br>Dr. Jack Gillespe<br>11863 Highway 13<br>Kimberling City, MO 65686<br>(417) 739-2520 | Event |
| 87 | Peterson, Kathryn | 2:06-cv-11442 | Dr. Gurprakash Grewal<br>3535 S. Jefferson<br>St. Louis, MO 63118<br>(314) 772-5070 | PCP |
| 88 | Phillips, Doris A. | 2:06-cv-3372 | Dr. Jesse Cooper<br>314 Missouri St.<br>West Memphis, AR 72301<br>(870) 735-3919 | Prescriber |
| 89 | Phillips, Sam (D) | 2:06-cv-00548 | Southeastern Regional Medical Center<br>300 W. 27th Street<br>Lumberton, NC 28358<br>(910) 671-5000 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 90 | Powell, Edgar (D) | 2:06-cv-3378 | Plains Regional Hospital<br>2100 N. Dr. Martin Luther King, Jr, Blvd<br>Clovis, NM 88101<br>(575) 769-2141 | Event |
| 91 | Purcell, Edward | 2:06-cv-3377 | Sutter General Hospital<br>2801 L Street<br>Sacramento, CA 95816<br>(916) 454-2222<br><br>Dr. Arthur Fedics<br>6137 Watt Ave<br>North Highlands, CA 95660<br>(916) 339-2229 | Event<br><br>Prescriber |
| 92 | Quick, Fern L. (D) | 2:06-cv-00796 | Smith Glynn Callaway Clinic<br>3231 S. National #2<br>Springfield, MO 65807<br>DOS: 1999-2004 | Prescriber |
| 93 | Randolph, Mildred | 2:06-cv-3465 | Scott Lynn<br>Hattiesburg Clinic Neurology<br>415 S 28th Ave<br>Hattiesburg MS 39401<br>601-268-5620 | Neurology |
| 94 | Rommel, Carl | 2:07-cv-13684 | Lucy Lee Hospital<br>Highway 67 N<br>Poplar Bluff, MO 63901 | Event |
| 95 | Royster, Melissa | 2:06-cv-02153 | Rite Aid Pharmacy<br>1521 Harford Ave<br>Baltimore, MD 21202<br>(410) 962-5541 | Pharmacy |
| 96 | Russo, Mary | 2:06-cv-6652 | El Paso Orthopaedic Sg. Group<br>1720 Murchison Dr.<br>El Paso, TX 79936 | Prescriber |
| 97 | Sanders, Betty (D) | 06L66 | Auburn Cordiovascular<br>994 Drew Lane<br>Auburn, AL 36830<br>(334) 821-1219 | Cardiology |
| 98 | Scheffler, Marietta | 2:05-cv-03805 | St. John's Mercy Medical Center<br>615 S. New Ballas Rd.<br>St. Louis, MO 63141<br>(314) 251-6000 | Event |

# EXHIBIT A

| 99 | Schultz, Robert (D) | 2:06-cv-3374 | Marshfield Clinic Pharmacy<br>Dr. Panna Varia c/o<br>1000 North Oak Avenue<br>Marshfield, WI 54449<br>(715) 387-9100 | Pharmacy |
|---|---|---|---|---|
| 100 | Shetrompf, Louise | 2:06-cv-6652 | Rite Aid Corporation<br>80 Central Ave.<br>E. Orange, NJ 07018 | Pharmacy |
| 101 | Simpson, Mark | 2:06-cv-11082 | Rite Aid Corporation<br>80 Central Ave.<br>East Orange, NJ 07018 | Pharmacy |
| 102 | Snedegar, William | 2:05-cv-04326 | Rite Aid Pharmacy<br>2135 Argillite Road<br>Flatwoods, KY 41139 | Pharmacy |
| 103 | Spann, Rosie May | 2:05-cv-05290 | Memorial Hospital<br>4500 Memorial Drive<br>Belleville, Illinois 62226 | Event |
| 104 | Stauffer, Ruth (D) | 2:06-cv-10773 | UPMC SHADYSIDE<br>5230 CENTRE AVE<br>PITTSBURGH, PA 15232 | Event |
| 105 | Stephens, Helen (D) | 2:06-cv-03143 | Dr. James Schutzenhofer<br>1050 M.L. King Dr., Ste. 111<br>Centralia, IL 62201 | Prescriber |
| 106 | Stevens, Deborah | 2:05-cv-03851 | Dr. Amy Parry<br>9 Victory Dr.<br>Liberty, MO 64068<br><br>University of Kansas Med. Ctr.<br>3901 Rainbow Blvd.<br>Kansas City, KS 66160 | Prescriber<br><br>Event |
| 107 | Stewart, Nellie Y. | 2:05-cv-05311 | Dr. J C Haley<br>Puxico Medical Clinic<br>130 E. Harbin Ave.<br>P.O. Box 7<br>Puxico, MO 63960<br>(573) 222-3556 | PCP |
| 108 | Stickley, Velma | 2:06-cv-01974 | Dr. Jane Brunner<br>7900 Lees Summit Rd.<br>Kansas City, MO 64139<br>(913) 469-5579 | PCP |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 109 | Stokes, Shirley (D) | 2:06-cv-6239 | Erie County Medical Center<br>462 Grider St.<br>Buffalo NY 14208<br><br>Dr. Nathaniel C. Webster<br>15 Northland Avenue<br>Buffalo NY 14208<br>(716) 882-8989 | Event<br><br>Prescriber |
| 110 | Stout, Helen | 2:05-cv-02566 | Medical Center Pharmacy<br>Highway 34 & Canyon<br>Piedmont, MO 63957<br>(573) 223-4235 | Pharmacy |
| 111 | Stroup, Danny | 2:05-cv-05313 | Dr. Donald Piland<br>2210 Barron Rd.<br>Poplar Bluff, MO 63901 | Prescriber |
| 112 | Terrett, Alton (D) | 2:05-cv-03851 | Pemiscot Primary Care Ctr.<br>907 E. Reed St.<br>Hayti, MO 63851 | PCP |
| 113 | Thrasher-Gordon, Connie | 2:06-cv-11442 | Dr. H. Frank Martin Jr – Cardiologist<br>1211 Union Ave<br>Ste 865<br>Memphis, TN 38104<br>(901) 725-0347 | Cardiology |
| 114 | Tiberio, Shirley (D) | 2:06-cv-01418 | Rite-Aid Pharmacy<br>847 Midland Ave.<br>Midland, PA 15059<br>(724) 643-6520 | Pharmacy |
| 115 | Tripp, Emigene | 2:05-cv-02568 | Poplar Bluff Reg. Med. Ctr. N<br>2620 N. Westwood Blvd.     Poplar Bluff, MO 63901 | Event |
| 116 | Underwood, Sammy | 2:05-cv-02571 | Dr. Alphonse Beauboeuf<br>2415 N Kingshighway Blvd<br>St Louis, MO 63113<br>(618) 274-1900 | PCP |
| 117 | Vann, Peggy | 2:06-cv-6239 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>(847) 914-2500 | Pharmacy |
| 118 | Victery, Thomas | 2:06-cv-11444 | Dr. H. Frank Martin, Jr. – Cardiologist<br>7705 Poplar Ave<br>Ste. 320<br>Germantown, TN 38138<br>(901) 725-0347 | Cardiology |

# EXHIBIT A

| # | Name | Case No. | Address | Category |
|---|---|---|---|---|
| 119 | Vincent, Fred | 2:05-cv-02576 | Poplar Bluff Regional Medical Center<br>2620 North Westwood Blvd<br>Poplar Bluff, MO 63901<br>(573) 785-7721 | Event |
| 120 | Waller, David | 2:05-cv-03802 | Poplar Bluff Regional Medical Center<br>2620 North Westwood Blvd<br>Poplar Bluff, MO 63901<br>(573) 785-7721 | Event |
| 121 | Warden, Karen | 2:06-cv-6652 | Rite Aid Corporation<br>3600 Tidewater Dr.   Norfolk, VA 23509<br><br>Sentara Norfolk General Hosp.<br>600 Gresham Dr.<br>Norfolk, VA 23507 | Pharmacy<br><br>Event |
| 122 | Whaley, Everett | 2:05-cv-02928 | Dr. Michael Toney<br>2620 North Westwood Blvd.<br>Poplar Bluff, MO 63901 | PCP |
| 123 | Whitehead, Alan (D) | 2:06-cv-10838 | Dr. Ronald Pawlowski<br>1250 Bamberg CT<br>Hanover Park, IL 60103<br>630-837-9460 | PCP |
| 124 | Whorton, Charles R. | 2:06-cv-11442 | Mayo Clinic<br>200 First Street SW<br>Rochester, MN | Event |
| 125 | Wideman, Sharon | 2:05-cv-05307 | Dr. Ted Vargas<br>319 North 1st Street<br>Pacific, MO 63069 | PCP |
| 126 | Wood, Richard C. (D) | 2:06-cv-03977 | Kmart Pharmacy<br>1300 Dellwood Rd<br>Waynesville, NC 28786 | Pharmacy |
| 127 | Wood, Robert B. (D) | 2:07-cv-1701 | Dr. John Cox<br>P.O. Box 4000<br>Joplin, MO 64804 | Cardiology |
| 128 | Yancey, Jolene | 2:06-cv-11068 | Dr. Cesar Caello<br>Prairie Cardiovascular<br>305 W. Jackson St.<br>Carbondale, IL 62901 | Cardiology |
| 129 | York, Artie | 2:06-cv-3373 | Dr. Jose Menendez<br>1800 SW 8th Street<br>Miami, FL 33135<br>(305) 870-9725 | Prescriber |

# EXHIBIT A

| 130 | York, Deloris | 2:06-cv-3381 | St. Michael's Hospital<br>Cleveland, OH<br>(216) 883-1229 | Event |
|---|---|---|---|---|
| 131 | Young, LeJuana | 2:05-cv-03805 | Dr. Harvey Serota<br>STL Heart & Vascular<br>11155 Dunn Road, Suite 304 Easr<br>St. Louis, MO 63136 | Cardiology |
| 132 | | | | |
| 133 | | | | |
| 134 | | | | |
| 135 | | | | |