IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

This Document Relates To All Cases

ORDER

    The Court has been informed that the medical records providers listed in Exhibit A have failed to comply with or in some cases even respond to legal requests made by Vioxx claimants for the production of their medical records. At this time, it is critical that claimants be given access to their medical records or those of their decedents. Without these records, claimants will be unable to enroll in the settlement program. With the final deadline for enrollment now imminent, this Court will not allow these providers to ignore court orders for the production of records. The importance of timely compliance cannot be overstated.

    On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program. Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court. As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its order in each of the 94 federal judicial districts of the United States. *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned. . .may exercise the powers of a district judge in any district.)

    Accordingly, IT IS ORDERED that Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not be Held in Contempt IS GRANTED. IT IS FURTHER ORDERED that representatives from each of the medical records providers listed in Exhibit A shall appear in court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, November 21, 2008, at 9:00 a.m. to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records are produced.

    Medical records providers that satisfy the records requests prior to Wednesday,


EXHIBIT B

October 15, 2008, will no longer be subject to this Order and will not be required to appear in court.

New Orleans, Louisiana, this _____ day of_____, 2008.

_____
UNITED STATES DISTRICT JUDGE