UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Evva Harris | **MDL NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

### MOTION TO WITHDRAW [DOCKET #16685] EMERGENCY MOTION FOR, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF, RELIEF FROM VIOXX SETTLEMENT AGREEMENT SECTION 1.2.2.4.

**NOW INTO COURT**, comes plaintiff, Evva Harris, and respectfully requests to withdraw her Emergency Motion For, And Incorporated Memorandum of Law in Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4 [DOCKET item #16685]. Defendant has agreed to the relief sought in that motion, thereby rendering that motion moot.

DATED: October 30, 2008

Respectfully submitted,

/s/ Douglas R. Plymale,
Douglas R. Plymale, (La Bar ID 28409
James R. Dugan, II, (La Bar ID 24785)
Murray Law Firm
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiff Evva Harris

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw [DOCKET #16685] Emergency Motion For, And Incorporated Memorandum of Law in Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of October, 2008.

/s/ Douglas R. Plymale,
Douglas R. Plymale (LA Bar No. 28409)
Murray Law Firm
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Counsel for Plaintiff Evva Harris