UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| **This document relates to:** | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Evva Harris | MAGISTRATE JUDGE KNOWLES |

### [PROPOSED] ORDER

Considering the Motion to Withdraw [DOCKET #16685] Emergency Motion For, and Incorporated Memorandum of Law In Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4.

**IT IS ORDERED**, that the Emergency Motion For, and Incorporated Memorandum of Law In Support of, Relief From Vioxx Settlement Agreement Section 1.2.2.4. filed by Plaintiff, Evva Harris [DOCKET #16685] is hereby withdrawn.

**NEW ORLEANS, LOUISIANA**, this the ____ day of _____, 2008.

_____
**HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**