UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION  )   MDL NO. 1657
                                    )
                                    )   SECTION: L
                                    )
                                    )   JUDGE FALLON
                                    )   MAG. JUDGE KNOWLES
                                    )
                                    )
*THIS DOCUMENT RELATES TO:*          )
Bosco, Deborah; 2:06-cv-02198-EEF-DEK     )
Dalton, Charles; 2:06-cv-02202-EEF-DEK    )
Hughes, Joylsa; 2:06-cv-02197-EEF-DEK     )
Lafleche, Daniel; 2:06-cv-01166-EEF-DEK   )
Massa, Anna; 2:06-cv-02209-EEF-DEK        )
Morris, Elsie; 2:06-cv-02198-EEF-DEK      )
Reed, Gladys; 2:06-cv-02216-EEF-DEK       )
Reniff, Mavis; 2:06-cv-02216-EEF-DEK      )
Robey, Robert; 2:06-cv-02211-EEF-DEK      )
Smith, David; 2:06-cv-02202-EEF-DEK       )
St. George, Minnie; 2:06-cv-09752-EEF-DEK )
Williams, Chester; 2:06-cv-02208-EEF-DEK  )
Wilson, Betty; 2:06-cv-02209-EEF-DEK      )
Witherspoon, Billy; 2:06-cv-02196-EEF-DEK )
                                    )

## CELLINO & BARNES, P.C. PLAINTIFFS' MOTION
## AND INCORPORATED MEMORANDUM TO REINSTATE CASES
## PREVIOUSLY DISMISSED WITHOUT PREJUDICE

On September 26, 2008, defendant Merck & Co., Inc. ("Merck") filed its motion seeking Rule 41(b) dismissal where claimants enrolled in the settlement program could not be located. This Court granted Merck's motion and ordered all identified plaintiffs to show cause why their cases should not be dismissed on the same date. On October 3, 2008, certain plaintiffs represented by Cellino & Barnes, P.C. timely opposed defendant's motion on various grounds including that the final enrollment date of October 30, 2008 had not yet passed and that the dismissals should include the opportunity for

1

reinstatement with good cause shown. On October 16, 2008, this Court ordered dismissal without prejudice subject to reinstatement for good cause shown. (Order, Exhibit C-1.) The Cellino & Barnes plaintiffs identified below respectfully request that this Court reinstate their claims as each has now enrolled in the settlement process.

Good cause can be established as the bases for Merck's motion have now been removed and the plaintiffs' timely enrollment in the settlement process results in no prejudice to Merck. Initially, Merck's motion seeking dismissal was premised exclusively on counsel's assertions to the Claims Administrator that certain clients cannot be located to enroll in the settlement process. (Document 16153, p. 1-2.) Secondarily, the motion was brought in anticipation of the October 30, 2008 enrollment deadline. The Cellino & Barnes plaintiffs identified below have now been located and submitted their enrollment documents to the Claims Administrator by the October 30, 2008 deadline. Accordingly, the bases and concerns underlying Merck's motion have been resolved as to these plaintiffs.

I attest under penalty of perjury that the required enrollment documents, including the releases and stipulations, have been timely submitted by postmark pursuant to Section 16.2 of the Settlement Agreement for following plaintiffs who were dismissed without prejudice pursuant this Court's October 16, 2008 order:

>     Bosco, Deborah; VCN 1075154; 2:06-cv-02198-EEF-DEK
>     Dalton, Charles; VCN 1075423; 2:06-cv-02202-EEF-DEK
>     Hughes, Joylsa; VCN 10765878; 2:06-cv-02197-EEF-DEK
>     Lafleche, Daniel; VCN 1076108; 2:06-cv-01166-EEF-DEK
>     Massa, Anna; VCN 1076250; 2:06-cv-02209-EEF-DEK
>     Morris, Elsie; VCN 1076403; 2:06-cv-02198-EEF-DEK
>     Reed, Gladys; VCN 1076652; 2:06-cv-02216-EEF-DEK
>     Reniff, Mavis; VCN 1076666; 2:06-cv-02216-EEF-DEK
>     Robey, Robert; VCN 1076713; 2:06-cv-02211-EEF-DEK
>     Smith, David; VCN 1076914; 2:06-cv-02202-EEF-DEK

St. George, Minnie; VCN 1076965; 2:06-cv-09752-EEF-DEK
Williams, Chester; VCN 1077247; 2:06-cv-02208-EEF-DEK
Wilson, Betty; VCN 1077265; 2:06-cv-02209-EEF-DEK
Witherspoon, Billy; VCN 1077273; 2:06-cv-02196-EEF-DEK

Based upon the foregoing, these plaintiffs respectfully request that this Court reinstate their claims in their entirety.

## CONCLUSION

Based upon the foregoing, counsel respectfully requests that this Court reinstate the civil actions for those clients identified above as they have now timely enrolled in the settlement process. A proposed order to this effect has been filed for this Court's consideration and convenience.

DATED:      October 30, 2008

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _/s/ Brian A. Goldstein_

Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020

3