## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION ) MDL NO. 1657
)
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE KNOWLES
)
*THIS DOCUMENT RELATES TO:* )
Bosco, Deborah; 2:06-cv-02198-EEF-DEK )
Dalton, Charles; 2:06-cv-02202-EEF-DEK )
Hughes, Joylsa; 2:06-cv-02197-EEF-DEK )
Lafleche, Daniel; 2:06-cv-01166-EEF-DEK )
Massa, Anna; 2:06-cv-02209-EEF-DEK )
Morris, Elsie; 2:06-cv-02198-EEF-DEK )
Reed, Gladys; 2:06-cv-02216-EEF-DEK )
Reniff, Mavis; 2:06-cv-02216-EEF-DEK )
Robey, Robert; 2:06-cv-02211-EEF-DEK )
Smith, David; 2:06-cv-02202-EEF-DEK )
St. George, Minnie; 2:06-cv-09752-EEF-DEK )
Williams, Chester; 2:06-cv-02208-EEF-DEK )
Wilson, Betty; 2:06-cv-02209-EEF-DEK )
Witherspoon, Billy; 2:06-cv-02196-EEF-DEK )
)

## [PROPOSED] ORDER

Considering the foregoing Cellino & Barnes, P.C. Plaintiff's Motion and Incorporated Memorandum to Reinstate Cases Previously Dismissed without Prejudice, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the claims of the above-identified plaintiffs are hereby reinstated in their entirety.

NEW ORLEANS, LOUISIANA, this ___ day of November, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1