UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | |
| *Beaulah Luper v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:05 cv 221 | § | DANIEL E. KNOWLES III |

## MOTION FOR EXPEDITED ORDER OF DISMISSAL OF CLAIM OF CLYDE LUPER, DECEASED HUSBAND OF PLAINTIFF BEAULAH LUPER AND NAMED PARTY, AGAINST MERCK SO AS TO ALLOW BEAULAH LUPER'S CLAIM TO PROCEED

This motion comes as Beaulah Luper, named party and spouse of Beaulah Luper, passed away on April 29, 2007 (Exhibit A). Clyde Luper did not ingest Vioxx, and his relation to this claim is solely as the spouse of Beaulah Luper, who was injured by ingestion of Vioxx. Merck has refused to move forward with Beaulah Luper's claims package until Clyde Luper's claim in this case has been dismissed. Accordingly, we petition this Court grant an expedited order of dismissal as to Clyde Luper, allowing the claim of Beaulah Luper to proceed.

Dated this 30th day of October, 2008.

                                                  **SANFORD PINEDO LLP**

                                                  By: /s/ Shelly A. Sanford
                                                      Shelly A. Sanford
                                                      Federal Bar No. 19105
                                                      Texas Bar No. 00784904
                                                      2016 Bissonnet St.
                                                      Houston, Texas  77005
                                                      Tel: (713) 524-6677
                                                      Fax: (713) 524-6611
                                                      ssanford@sanfordpinedo.com
                                                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion for Expedited Order of Dismissal of Claim of Clyde Luper, Deceased and Named Party, Against Merck so as to Allow Beaulah Luper's Claim to Proceed, was served on October 30, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of October, 2008.

                                        /s/ Shelly A. Sanford
                                        Shelly A. Sanford