## STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

LOCAL FILE NUMBER: 32

**1. DECEDENT'S LEGAL NAME:** Clyde David Luper
**2. SEX:** M
**3. SOCIAL SECURITY NUMBER:** 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
**4. EVER IN US ARMED FORCES?:** No
**5a. AGE (Last birthday):** 69
**6. DATE OF BIRTH:** June 16, 1936
**7. BIRTHPLACE:** Garvin, Oklahoma
**8a. RESIDENCE-State:** Oklahoma
**8b. RESIDENCE-County:** McCurtain
**8c. RESIDENCE-City or Town:** Garvin
**8d. RESIDENCE-Zip Code:** 74736
**8e. RESIDENCE-Inside City Limits:** No
**8f. RESIDENCE-Street and Number:** Rt. 1 Box 269-1
**8g. RESIDENCE-Apartment Number:** none
**9. MARITAL STATUS AT TIME OF DEATH:** Married
**10. SURVIVING SPOUSE'S NAME:** Beaulah Pruett
**11. FATHER'S NAME:** John Luper
**12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** Sendie Aubrey
**13. DECEDENT OF HISPANIC ORIGIN?:** No, not Spanish/Hispanic/Latino
**14. DECEDENT'S RACE:** White
**15. DECEDENT'S EDUCATION:** High school graduate or GED completed
**16. DECEDENT'S USUAL OCCUPATION:** Truck driver
**17. KIND OF BUSINESS/INDUSTRY:** Logging
**18a. INFORMANT'S NAME:** Beaulah Luper
**18b. RELATIONSHIP TO DECEDENT:** wife
**18c. MAILING ADDRESS:** Rt. 1 Box 269-1, Garvin, OK 74736
**19. METHOD OF DISPOSITION:** Burial
**20. PLACE OF DISPOSITION:** Forest Hill Cemetery
**21. LOCATION:** Garvin, Oklahoma
**22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** Miller & Miller Funeral Home, 201 East Wilson - P.O. Box 732 Valliant, OK 74764
**24. FH ESTABLISHMENT LICENSE #:** 1501

**25. PLACE OF DEATH:** Decedent's home
**26. FACILITY NAME:** Rt. 1 Box 269-1
**27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH:** Garvin, OK 74736
**28. COUNTY OF DEATH:** McCurtain
**29. DATE OF DEATH:** 1/22/2006
**30. TIME OF DEATH:** 5:00 AM
**31. WAS MEDICAL EXAMINER CONTACTED?:** No
**32. WAS AN AUTOPSY PERFORMED?:** No

**34. CAUSE OF DEATH:**
- a. Cardiac Arrest — unk — 60 min
- b. Cardiomyopathy — unk
- c. CAD — 20 yrs

Other significant conditions: HTN, lipids

**35. MANNER OF DEATH:** Natural
**45. CERTIFIER:** Attending Physician
**47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** P.O. Box 810 Thomas A Jones DC, Valliant, Okla 74764
**48. LICENSE NUMBER:** 2021
**49. DATE DEATH CERTIFIED:** 1/25/06
**51. DATE RECEIVED BY LOCAL REGISTRAR:** 1-30-06

---

State of Oklahoma )
County of McCurtain )

I, Vicki Justus, Court Clerk within and for the State and County aforesaid, do hereby certify that the above and foregoing is a full, true, correct and complete copy of a Certificate of Death received by me to be mailed to the State Department of Health, for permanent filing in Oklahoma City, Oklahoma. Witness my hand as Clerk and Official Seal this 30 day of Jan, 2006.

(SEAL)

VICKI JUSTUS