UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Beaulah Luper v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:05 cv 221 | § | DANIEL E. KNOWLES III |

## ORDER

On January 22, 2006, Beaulah Luper filed a Motion for Expedited Order of Dismissal of Claim of Clyde Luper, Deceased and Named Party, Against Merck so as to Allow Beaulah Luper's Claim to Proceed. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Clyde Luper's claim in this cause be dismissed, and that the cause of action proceed on behalf of Beaulah Luper and other named parties.

IT IS SO ORDERED.

_____          _____
Date                                Judge Eldon E. Fallon
                                    United States District Court Judge