UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| This document relates only to Plaintiff | * | |
| MORGAN ERO in the following action: | * | JUDGE FALLON |
| | * | |
| EDWARDS, et al. v. MERCK & Co., et al. | * | MAGISTRATE JUDGE KNOWLES |
| 2:07cv4001-EEF-DEK | * | |
| | * | |

## MOTION TO WITHDRAW

**COME NOW** the undersigned James V. Doyle, Jr., and hereby moves this Court for an Order permitting his withdrawal as counsel for Plaintiff **Morgan Ero** in the above-styled case.

Plaintiff's last known Address is:

14000 Highway 82 West
Itta Bena, MS 38941

Counsel seeks a withdrawal from any further representation due to Plaintiff's failure to respond to communications from counsel. This motion pertains only to Plaintiff **Morgan Ero**.

**WHEREFORE**, PREMISES CONSIDERE, the undersigned counsel, James V. Doyle, Jr., respectfully requests this Honorable Court to enter an Order granting the undersigned's withdrawal as attorney of record for Plaintiff **Morgan Ero**. This will not affect any of the other plaintiffs claims in Civil Action Number 2:07cv4001-EEF-DEK, pending in the Vioxx MDL.

Respectfully submitted, this 30th day of October, 2008.

/s _James V. Doyle, Jr._
James V. Doyle, Jr.
Counsel for Claimant Morgan Ero

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203