UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| This document relates only to Plaintiff | * | |
| MORGAN ERO in the following action: | * | JUDGE FALLON |
| | * | |
| EDWARDS, et al. v. MERCK & Co., et al. | * | MAGISTRATE JUDGE KNOWLES |
| 2:07cv4001-EEF-DEK | * | |
| | * | |

### ORDER

After due consideration of the Motion for James V. Doyle, Jr., to allow him to withdraw as Attorney of record, the Court is of the opinion that the same should be granted. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** by the Court that Counel's Motion To Withdraw is due to be and is hereby **GRANTED**.

This only applies to Plaintiff Morgan Ero and not to any of the other Plaintiffs in the above-styled matter.

DONE AND ORDERED this ____ day of _____, 2008.

_____
HONORABLE ELDON E. FALLON