IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCES LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE ELDON E. FALLON |
| This document related to: | § | |
| | § | MAGISTRATE JUDGE |
| Mary Pomier v. Merck & Co., Inc.; | § | DANIEL E. KNOWLES, III |
| Case No. 2:05-CV-06022 | § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Pretrial Order 36, The O'Quinn Law Firm, counsel of record for Mary Pomier, move the Court for an order granting leave for counsel to withdraw as counsel of record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

3. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing this motion to withdraw. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order to the Plaintiff via certified mail.

4. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 207 Lincoln Street, Lafayette, LA 70501.

5. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

6.      Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons The O'Quinn Law Firm urge the Court to grant this motion to withdraw as Counsel of record in this matter.

Respectfully submitted this 30th day of October, 2008.

**THE O'QUINN LAW FIRM**

*/s/ M. Michael Meyer/*
M. Michael Meyer, Esq.
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713-223-1000
Facsimile: 713-223-4870

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whitmann, and all parties by e-mail and/or by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 28 and in accord with the procedures established in MDL 1657 on this 30th day of October 2008.

*/s/ M. Michael Meyer/*
M. Michael Meyer

2