IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCES LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE ELDON E. FALLON |
| This document related to: | § | |
| | § | MAGISTRATE JUDGE |
| Mary Pomier v. Merck & Co., Inc.; | § | DANIEL E. KNOWLES, III |
| Case No. 2:05-CV-06022 | § | |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that The O'Quinn Law Firm, are hereby withdrawn as Counsel of Record for Mary Pomier.

**NEW ORLEANS, LOUISIANA,** this the ____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

3