UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:06-cv-01635 |
| *Dale Dean, et al.* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |
| **Only with regard to Phyllis Dean, by or on behalf of Mark Anthony Dean** | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Phyllis Dean, by or on behalf of Mark Anthony Dean, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1