| | |
|---|---|
| SHIRLEY ISON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF COLEMAN ISON, DECEASED; HUBERT LEE ISON; DAVID ISON; KAREN ADAIR; PATTY SMITH and TRINITY ISON,<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO CLAIMS OF PLAINTIFF PATTY SMITH, ONLY<br><br>07-2141 |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Patty Smith, only, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice.

_____          _____
Jack Modesett, III                                           Attorney for Merck & Co., Inc
Law Offices of Jack Modesett, III
500 N. Water St.
South Tower, Suite 1200
Corpus Christi, TX 78471
(361) 887-6449

Dated: 10-29-08                                           Dated: 10/31/08

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of October, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2