## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>Section L |
| This document relates to: | Judge Fallon |
| *Shirley Shaw, et al. v. Merck & Co., Inc.*<br>Civil Action No. 06-9405 | Magistrate Judge Knowles |

### ORDER

Upon due consideration of Plaintiffs' Counsel's *Motion to Withdrawal as Counsel of Record*, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be GRANTED.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that attorneys Arnold Levin, Esquire, Fred Longer, Esquire, Michael M. Weinkowitz, Esquire and Levin Fishbein Sedran & Berman, are withdrawn as counsel of record for Plaintiffs, Shirley Shaw and Freddy Shaw.

IT IS SO ORDERED.

Dated:_____

_____
Judge Eldon E. Fallon
United States District Court Judge

