# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Weinkowitz | First<br>Michael | Middle<br>M |

| | |
|---|---|
| **Name of Law Firm** | Levin Fishbein Sedran & Berman |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>510 Walnut St., Suite 500 | | | |
| | City<br>Philadelphia | State<br>PA | Zip<br>19106 | Country<br>USA |

| | | | | |
|---|---|---|---|---|
| **Telephone Number** | 215-592-1500 | **Facsimile** 215-592-4663 | **Email** mweinkowitzATlfsblaw.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>Shaw | First<br>Shirley | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>P. O. Box 416 | | | |
| | City<br>Ashland | State<br>MS | Zip<br>38603 | Country<br>USA |

| | | | |
|---|---|---|---|
| **Telephone Number** | 662-471-1778 | **Facsimile** | **Email** |

| | |
|---|---|
| **Case Caption** | Shaw, et al. v. Merck & Co., Inc., et al. |
| **Case Number** | 06-9405 |
| **Court Where Case is Pending** | USDC, E.D. La. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |

| | | | | |
|---|---|---|---|---|
| **Address** | Street | | | |
| | City | State | Zip | Country |

| | | | |
|---|---|---|---|
| **Telephone Number** | | **Facsimile** | **Email** |

| | |
|---|---|
| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on <u>10</u> / <u>3</u> / <u>08</u> . (***Record Docket No.*** _____)
     Month  Day  Year

☒  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | <u>10</u> / <u>3</u> / <u>08</u> (Month/Day/Year) | Counsel |
|---|---|---|

#343319

2