UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This document relates to: | Case No. C 05-3791 |
| VICK KARGODORIAN, v. MERCK & CO., et al., | **MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |

COMES NOW plaintiff Vick Kargodorian through the undersigned attorneys, and state, allege and pray as follows:

The instant Motion for Substitution of Attorney was uploaded to Lexis-Nexis File and Serve on May 31, 2007. Due to clerical error by Gancedo & Nieves, the Motion was inadvertently not filed with the Court through Pacer. Consequently, Gancedo & Nieves re-submits the Motion and Order for Substitution of Attorney for the Court's consideration.

The herein plaintiff has been represented by Jeanette Haagas of the Law firm of Hersh & Hersh. Plaintiff has acquiesced to Hersh & Hersh's withdrawal of their legal representation herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.

The undersigned attorneys respectfully request that this Honorable Court authorize the substitution of Hersh & Hersh as plaintiff's legal counsel herein, and accept Gancedo & Nieves LLP as plaintiff's attorneys herein.

SUBSTITUTION OF ATTORNEY

**WHEREFORE,** plaintiff respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and authorize Gancedo & Nieves LLP to act as plaintiff's new counsel of record.

Dated: July 8, 2008

Respectfully submitted,

GANCEDO & NIEVES LLP

By: _____

Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVE, STE. 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

**ORDER**

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Vick Kargodorian.

Dated: _____

                                                 Hon. Eldon Fallon
                                               United States District Judge

SUBSTITUTION OF COUNSEL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 418 N. Fair Oaks Avenue, Suite 202. Pasadena, California 91103.

On July 8, 2008, I served the foregoing document described as :

## MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Wilfred Coronato, Esq.
Hughes, Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

__X__   (By E-Mail) I sent an electronic copy of the above-referenced document to the following through via LexisNexis File & Serve:

>   Wilfred F. Coronato - Hughes, Hubbard & Reed
>   Philip A. Wittmann- Stone Pigman, et al.
>   Aretha Delight Davis- Dechert LLP
>   Susan Giamportone- Womble, Carlyle Sandridge
>   Amy Eskin- Hersh & Hersh

__X__   BY MAIL   I placed the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party serve, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on July 8, 2008 Pasadena, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Rosanne Castellano_