1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| This document relates to:<br><br>VICK KARGODORIAN, v. MERCK & CO., et al., | Case No. C 05-3791<br><br>**[PROPOSED] ORDER GRANTING SUBSITUTION OF COUNSEL** |

**ORDER**

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Vick Kargodorian.

Dated: _____

Hon. Eldon Fallon
United States District Judge