UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| This document relates to:<br><br>VICK KARGODORIAN, v. MERCK & CO., et al., | Case No. C 05-3791<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ORDER**<br>**[submitted with Declaration of Hector G. Gancedo in Support of Motion]** |

On October 12, 2007 the law firm of Gancedo & Nieves submitted the instant Motion to Withdraw as Counsel of Record to the Court by uploading it to Lexis Nexis File and Serve. Due to clerical error at Gancedo & Nieves, the Motion was inadvertently never filed with the Court through Pacer. Gancedo & Nieves therefore re-submits the Motion to Withdraw for consideration of the Court.

Pursuant to Local Rule 83.2.11, the law firm of Gancedo & Nieves moves the Court for an order permitting them to withdraw as attorney of record for plaintiff Vick Kargodorian, individually and on behalf of all statutory beneficiaries of Varoujan Kargodorian, deceased, including but not limited to Sal Kargodorian, in the above-captioned multidistrict litigation. This motion is made on the grounds that there are irreconcilable differences with the plaintiff insofar as plaintiff and Counsel have a fundamental disagreement as to what action should be taken in the

case, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion. Counsel has advised plaintiff of his intent to withdraw, and plaintiff has not objected to the withdrawal.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 7080 Hollywood Boulevard, #806, Hollywood, California 90028. Plaintiff may be reached by telephone at 323/962-1998.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: July 8, 2008

Respectfully submitted,

GANCEDO & NIEVES LLP

By: _____

Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, STE. 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

MOTION TO WITHDRAW AS COUNSEL OF RECORD

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as attorney of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

**IT IS ORDERED, ADJUDGED AND DECREED** that law firm of Gancedo & Nieves LLP is withdrawn as counsel of record for plaintiff Vick Kargodorian, individually and on behalf of all statutory beneficiaries of Varoujan Kargodorian, deceased, including but not limited to Sal Kargodorian.

IT IS SO ORDERED.

Dated: _____          _____
                                  Hon. Eldon Fallon
                                  United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 418 N. Fair Oaks Avenue, Suite 202. Pasadena, California 91103.

On July 8, 2008, I served the foregoing document described as :

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ORDER; DECLARATION OF HECTOR G. GANCEDO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:
　　　　Wilfred Coronato, Esq.
　　　　Hughes, Hubbard & Reed LLP
　　　　101 Hudson Street, Suite 3601
　　　　Jersey City, New Jersey 07302-3918

__X__　(By E-Mail) I sent an electronic copy of the above-referenced document to the following through via LexisNexis File & Serve:

　　　　Wilfred F. Coronato - Hughes, Hubbard & Reed
　　　　Philip A. Wittmann- Stone Pigman, et al.
　　　　Aretha Delight Davis- Dechert LLP
　　　　Susan Giamportone- Womble, Carlyle Sandridge
　　　　Amy Eskin- Hersh & Hersh

__X__　BY MAIL I placed the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party serve, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on July 8, 2008 Pasadena, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

　　　　　　　　　　　　　　　　　　　*Rosario Castellanos*
　　　　　　　　　　　　　　　　　　　ROSARIO CASTELLANOS