UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| This document relates to: VICK KARGODORIAN, v. MERCK & CO., et al., | Case No. C 05-3791 **DECLARATION OF HECTOR G. GANCEDO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Hector G. Gancedo, declare:

1. I am an attorney of law duly licensed to practice before this Court. I have personal knowledge of the facts stated herein.

2. The present Motion to Withdraw as Counsel of Record was thought to have been submitted to the Court on October 12, 2007. Due to clerical error at Gancedo & Nieves, the motion was uploaded to Lexis Nexis File and Serve but not filed with the Court through Pacer. Counsel therefore re-submits this Motion to Withdraw.

3. Declarant, and former Counsel, Hersh and Hersh, communicated with plaintiff in regards to the subject of this Motion to Withdraw on June 18, July 6, August 29, September 14 and October 5, 2007. In those letters Counsel explained to plaintiff in detail the reasons for seeking withdrawal from representation of plaintiff. Counsel also served plaintiff with

a copy of the previous Motion to Withdraw in October 2007. Plaintiff has not objected to the withdrawal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on July 8, 2008 in Pasadena, California.

_____
HECTOR G. GANCEDO