# RITTER & RANDOLPH, LLC
### ATTORNEYS AT LAW

Daniel P. Randolph *1
Mary Ann Jacobs
John T. Schwierling
Marc A. Randolph *3
Carey K. Steffen *1
Mollie T. Stegman
Santina M. Onorini *1

Suite 1200
105 East Fourth Street
Cincinnati, Ohio 45202-4015

telephone 513-381-5700
sender's extension 7733
facsimile 513-381-0014

John H. Ritter (1917-1993)
Georgana Taggart *1 *2
of counsel

*1 also admitted in Kentucky
*2 also admitted in Indiana
*3 also admitted in Virginia

www.ritterandrandolph.com
sender's email csteffen@ritter-randolph.com

October 13, 2008

The Honorable Eldon F. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras S. Room C-456
New Orleans, LA 70130



Re: Smith v. Merck
In re Vioxx Products Liability Litigation
Our File No. 19382

Dear Judge Fallon:

My firm represents Lawrence F. Smith in claims he brought against Merck; the docket number is 2:07-CV-1715. You signed a Stipulated Dismissal with Prejudice, submitted by both parties. We are writing to request removal from the notification service. It is my understanding, from speaking with your clerk's office, that this letter is necessary to accomplish that process.

Thank you for your consideration of this matter.

Very truly yours,

RITTER & RANDOLPH, LLC

Carey K. Steffen

CKS:mms

cc: Lawrence F. Smith

\\avstrider\network\Clients\Smith-Larry\Vioxx Matter\ltr.hon.fallon.101308.doc