MITHOFF LAW FIRM   RECD:08 JUL 23 14:30 USDC-LAE

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL
WILLIAM J. STRADLEY

ONE ALLEN CENTER
PENTHOUSE
SUITE 3450
500 DALLAS STREET
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

July 22, 2008

**Via Federal Express**
Ms. Loretta Whyte
U.S. District Clerk
Eastern District of Louisiana
500 Poydras, Room C-151
New Orleans, LA 70130

Re: VIOXX/MDL 1657, Section L - 3; Cause No. 05-1152; *Loma E. Rasco, Individually and as Representative of the Estate of Harvey J. Rasco, III, Deceased, and as Next Friend of Gail N. Rasco, Brandon A. Rasco, and Haleigh E. Rasco, Minors, et. al. v. Merck & Co., Inc.*; The United States District Court, Eastern District of Louisiana.

Dear Ms. Whyte:

Enclosed please find for filing in the above-referenced matter an original and one copy of Exhibit C pertaining to the Motion to Withdraw As Attorneys for Elizabeth Startz (Only) pursuant to PTO 36. Please acknowledge receipt and filing in your usual and customary manner. Please "Filed" stamp the additional copy of the document and return to our office in the self-addressed, postage paid envelope provided.

Thank you for your courtesy in this matter.

Sincerely,

MITHOFF LAW FIRM

*[signature]*

Joseph R. Alexander, Jr.

JRA/ctl
Enclosures

Ms. Loretta Whyte, U.S. District Clerk
Eastern District of Louisiana
July 22, 2008
Page 2

---

cc:    Mr. Russ M. Hermann
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541

Mr. Phillip Wittmann
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed L.L.P.
101 Hudson Street Suite 3601
Jersey City, New Jersey 07302-3918