

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

*Noah Downs, et al. v. Merck & Co., Inc.*, Case No. 07-1050

### ORDER

The Court is in receipt of the attached affidavit from MedCo regarding the Plaintiff's request for medical records. Accordingly, MedCo will no longer be held subject to the Court's previous Show Cause Order.

New Orleans, Louisiana, this 28th day of October, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

1