UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   Noah Downs, et al. v. Merck & Co., Inc., Case No. 07-1050

STATE OF NEW JERSEY

COUNTY OF BERGEN

### MEMORANDUM TO COURT REGARDING AFFIDAVIT OF MEDCO HEALTH SOLUTIONS, INC.

Medco Health Solutions, Inc. files the attached affidavit of Peter C. Duran as its compliance with the Court's October 15, 2008 Order, filed as Document 16447.

Respectfully submitted,

THOMPSON COBURN LLP

By _____
David A. Dick, #65275
B. Matthew Struble, #498813
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

Attorneys for Defendant Medco Health Solutions, Inc..

4828411.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail postage prepaid, this 24th day of October, 2008 to

Thomas A. Zimmerman, Jr.
Hugh J. Green
Zimmerman & Associates
100 West Monroe, Suite 1300
Chicago, IL 60603

Brian Alan Sher
Smitry Shifrin
M. Angela Beunaventura
Bryan Cave, LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750