UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   Noah Downs, et al. v. Merck & Co., Inc., Case No. 07-1050

STATE OF NEW JERSEY

COUNTY OF BERGEN

### AFFIDAVIT OF PETER C. DURAN

I, Peter C. Duran, am over the age of 18 and am competent to testify to the matters set forth in this Affidavit, and state as follows:

1. I am the Custodian of Records for Medco Health Solutions, Inc. ("Medco"). I submit this Affidavit in compliance with the Order entered by the Court on October 15, 2008, directing Medco, pursuant to Subpoena (Rec. Doc. 15922) (the "Subpoena"), to produce all additional medical records that it has in its possession relating to Plaintiff Noah Downs ("Downs"), or, alternatively, if Medco believes that it has already produced all such records, then to file an affidavit with this Court stating that it has complied to the best of its ability with Plaintiff's requests.

2. As Custodian of Records for Medco, I am responsible for responding to the Subpoena.

3. Medco's records were personally searched and reviewed by myself or someone working under my direction in response to this Subpoena, which was addressed to Merck & Co., Inc. Medco is not a party to this action.

4. On or about August 29, 2008, Medco responded to the Subpoena for records regarding Downs by producing all the records responsive thereto. A copy of the transmittal letter responding to the Subpoena, together with the documents produced (Medco's records for Downs), is attached hereto.

5. Thereafter, Downs moved for compliance with the Subpoena, alleging that the response was incomplete.

6. Medco has performed a thorough and complete search for additional records and no additional records responsive to the commands of the Subpoena are in the possession of Medco. Medco has complied to the best of its ability with Down's requests.

_____
Peter C. Duran

Sworn to and subscribed this 24th day of October, 2008.

_____
Notary Public

My Commission Expires:

SWORN TO AND SUBSCRIBED
BEFORE ME ON THIS DATE

OCT 2 4 2008

ALISA A. WISE
Notary Public of New Jersey
Commission Expires 10/19/2010

2