**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 24, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:     ALL CASES**

   The Court held a Case Management Conference via telephone on this date with pro se plaintiffs.  The purpose of the Case Management Conference is to ensure that plaintiffs who are eligible to enroll in the settlement program but who have not enrolled have all necessary information available to them so that they can make informed choices before the October 30 deadline for enrollment passes.

   The case management conference was transcribed by Ms. Karen Anderson Ibos, Official Court Reporter.  Counsel may contact Ms. Ibos for a copy of the transcript at (504) 589-7776.

JS10(00:30)