# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE ELDON E. FALLON |
| *James Spencer Oakley v. Merck & Co., Inc.* Civil Action No. 05-5912 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## **ORDER**

Upon due consideration and for good cause shown, the Court hereby vacates the October 17, 2008 order of dismissal with prejudice with respect to the individual case, *James Spencer Oakley v. Merck & Co., Inc.*, No. 05-5912.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-named individual action is reinstated to the docket of this Court.

IT IS SO ORDERED.

Dated: October 29th 2008

_____
Judge Eldon E. Fallon
United States District Court Judge