UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE FALLON |
| | * | |
| *James Oakley v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| *Civ. Action no. 2:05-cv-5912* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum to Withdraw Without Prejudice Motion to Dismiss for Failure to Comply With PTO 28,

IT IS ORDERED that Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28 be and it hereby is withdrawn as it relates to the claims of plaintiff James Oakley.

IT IS FURTHER ORDERED that Mr. Oakley be and he hereby is given an additional ninety (90) days to comply with Pre-Trial Order 28.

NEW ORLEANS, LOUISIANA, this 29th day of October, 2008.

_____
DISTRICT JUDGE

950695v.1