UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Lillie Mae Berry, et al. v. | * | |
| Merck & Co., Inc., 2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

IT IS ORDERED that Leave of Court is hereby granted and that Plaintiffs be allowed to file their Reply Memorandum in Support of Motion to Vacate Order of Dismissal.

NEW ORLEANS, LOUISIANA, this __30th__ day of _____October_____, 2008.

_____
DISTRICT JUDGE