UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| | SECTION L |
| This Document Relates to: All Actions | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**PRETRIAL ORDER 6(E)**
**(Effect of Fee Guideline Submissions)**

In Pretrial Order No. 6(D), this Court established Guidelines to govern the Allocation Committee when making its recommendation to the Court regarding attorneys' fees from the Settlement Fee and Cost Account. Therein, the Court approved the process by which attorneys wishing to have their time considered for any common benefit award could submit a three-page affidavit to the Allocation Committee describing their contributions to the litigation. Such submissions shall not be deemed a waiver of any rights of any attorney submitting an affidavit to object to a common benefit assessment, an award of attorneys' fees and reimbursement of costs from the Settlement Fee and Cost Account, and any limitation on individual attorneys' fee contracts. All such rights are hereby preserved.

BY THE COURT:

On this 31st of October, 2008

_____
UNITED STATES DISTRICT JUDGE