UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> *Pauline Jackson, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc.* <br><br> **Only with regard to Pauline Jackson** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-04425 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Pauline Jackson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this **30th** day of _____October_____, 2008.

_____
DISTRICT JUDGE

950863v.1