UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

## ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion should be **GRANTED**.  It is therefore,

**ORDERED** that those medical providers identified in Exhibit "A" hereto appear in this Court at _____ m. on the ____ day of _____, 2008, to show cause why:

1. They should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. They should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**

## EXHIBIT "A"

| Plaintiff's Name | Facility's Information | Facility's Response |
| --- | --- | --- |
| Ronnie Williams | Managed RX Plan<br>270 C Duffy Avenue<br>Hicksville, NY 11801 | Refuses to provide records<br>(Mediconnect) |
| Shirley Green | Richard Steinberg, M.D.<br>1100 W. Central Road<br>Suite 305<br>Arlington Heights, IL 60005 | Refuses to provide records<br>(Mediconnect) |
| Geoffrey Wood | Liskey Medical Group<br>2480 Mission Group<br>San Francisco, CA 94110 | Refuses to provide records<br>(Mediconnect) |
| Robert Stevenson, Deceased | John W. Gillota, M.D.<br>2614 Remsen Road<br>Medina, OH 44256 | Physician claims he is retired but location of records not disclosed (Mediconnect and Beasley, Allen) |
| Rosezella Raub | Walgreen's Corporate Office<br>1901 East Voorhees St.<br>Danville, IL 61834 | Rejected power of attorney<br>(Mediconnect) |
| Vera Robinson | Cardiology Assocs. Of North Mississippi<br>499 Gloster Creek Vlg<br>Tupelo, MS 38801 | Rejected power of attorney<br>(Mediconnect) |
| Carl Brazier | Redmond Park Hospital<br>501 Redmond Road<br>Rome, GA 30165 | Rejected medical authorization |
| Lois G.L. McKenzie, Deceased | Kerr Drug<br>108 East Main Street<br>Thomasville, NC 27360 | Rejected medical authorization |