## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON | * | MAGISTRATE JUDGE KNOWLES |
| EXHIBIT "A" | * | |

### CERTAIN PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL PROVIDERS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDERS NOS. 35 AND/OR 35A

Those Plaintiffs identified in Exhibit "A" file this Memorandum in Support of their Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pretrial Orders Nos. 35 and/or 35A, and in support thereof show as follows:

## I.   INTRODUCTION

Plaintiffs have repeatedly attempted to obtain records from the named medical providers, so that they may comply with the terms of the VIOXX® Settlement Agreement.  Unfortunately Plaintiff's requests have been futile.

Counsel for Plaintiffs retained MediConnect Global, what many consider to be the industry leader in retrieving and transmitting medical records worldwide for insurance companies and law firms.  For each request, Counsel for Plaintiffs and/or MediConnect have provided an approved, HIPPA compliant authorization for release of information, and a copy of Pretrial Order No. 35.  In death cases, where necessary, Counsel for Plaintiffs have also provided a copy of Pretrial Order No. 35, an approved medical

1

authorization, and a V2031 or probate documentation.  Mediconnect and/or Counsel for Planitiffs have followed up with telephone calls, and in some cases in writing, seeking to obtain the medical records timely and in accordance with the terms of this Court's Pretrial Orders 35 and/or 35A.

MediConnect processed requests for records to each of the named medical providers, where the Plaintiffs were treated.  MediConnect's efforts to secure the release of the requested records were denied for various reasons, which are set forth on Exhibit "A."  The Mediconnect responses provided to Counsel for Plaintiffs is attached hereto collectively as Exhibit "B."  Counsel for Plaintiffs have provided a copy of PTO35 and/or PTO35A, where appropriate, along with a court-approved medical authorization release form and, where required, probate letters of authority or a V2031 form.  The named medical providers have rejected the authorizations and requests for records, notwithstanding the express terms of this Court's orders.

Counsel for Plaintiffs has complied with HIPAA and the Orders of this Court in order to expedite production of the records.  Plaintiffs' efforts, through counsel, have been futile, to date.

## II.   ARGUMENT

The Supreme Court has stated the "basic proposition" that:

> All orders and judgments of court must be complied with promptly.  If a person to whom a court directs an order believes that an order is incorrect the remedy is to appeal, but absent a stay, he must comply with the order pending appeal.

*Maness v. Meyers,* 419 U.S. 449, 458 (1975).

With respect to refusing discovery, Fed. R. Civ. P. 37(b) provides that failure to comply with a court order "may be treated as contempt."  Indeed, when a recalcitrant

witness refuses to comply with an order of the court to produce documents, the court "may summarily order his confinement at a suitable place until such time as the witness is willing to give such testimony or provide such information." 28 U.S.C. § 1826. The period of confinement shall not exceed the "life of the court proceeding" *(id)*, which, when applied to MDL proceedings, may be of little consolation.

In response to numerous reports of providers failing to comply with Plaintiff's requests, this court entered Pretrial Order No. 35. The order was issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. §1407, FED. R. CIV. P. 16 and FED. R. CIV. P. 26(b), and the Court's inherent authority regarding case-specific discovery in this MDL. The order applies to all claims submitted to the Vioxx Resolution Program, including this Plaintiff.

PTO 35 addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX Settlement Agreement and ordered that facilities comply quickly, efficiently and inexpensively. The Court acknowledged the unnecessary delays and increased costs and sought to provide a uniform and cost effective process for the collection of records and information relevant to claims enrolled in the Resolution Program. After this Court entered PTO 35, Plaintiff sent copies of the order to the named medical providers and again requested production of the records.

This Court also entered Pretrial Order 35A to address the situation where the injured party has died and the medical authorization was signed by a family member. Per PTO35A, medical providers, pharmacies and others were directed to produce records and information on a deceased patient or client upon production of a copy of PTO35A, an

approved medical authorization, and a either a V2031 or probate documentation. Counsel for Plaintiffs has done that in all cases where the injured party is deceased, where the medical provider, pharmacy or other healthcare provider has required such documentation. A majority of healthcare providers and pharmacies who have objected to providing the records have accepted an Affidavit of Relationship, in lieu of the V2031 or letters of authority, and have produced the records.

Despite Plaintiffs' efforts, the named medical providers have continued to ignore this Court's Order. The Orders of this Court and the efforts of the Plaintiffs to obtain records and information from the named medical providers is in compliance with the terms of *HIPAA*. There is no just reason for the medical providers continued refusal to provide the medical information and records.

Under these circumstances, the Court is authorized to require that the persons failing to comply with the Court's Orders be called before it to show cause why they should not be held in contempt. Plaintiffs ask that the Court do so, for there is no reason why a person or company's whim should be allowed to trump a valid court order. Time is quickly drawing near where the records must be produced the Vioxx Claim Administrator, and the failure to do so may greatly prejudice the ability of the identified Claimants from qualifying for compensation under the VIOXX® Resolution Program.

### III.    PRAYER

Therefore, Plaintiffs respectfully ask this Court to issue an order that an individual or corporate representative for each of the named medical providers appear before this Court and show cause why they should not be held in contempt for failing to comply with PTO 35 and/or PTO35A, and compel the medical providers to produce the requested

records with the required certifications.  Plaintiff has exhausted all efforts to obtain these records short of Court action.

WHEREFORE, those Plaintiffs identified in Exhibit "A" pray that their Motion to Show Cause be granted, that the Court order an appropriate representative to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Dated:  _10/31/08_____                    Respectfully submitted,

                                            __/s/ Benjamin L. Locklar
                                            Andy D. Birchfield, Jr.
                                            P. Leigh O'Dell
                                            Benjamin L. Locklar
                                            Beasley, Allen, Crow, Methvin, Portis
                                              & Miles, P.C.
                                            234 Commerce Street
                                            Montgomery, AL 36104
                                            (334) 269-2343
                                            (334) 954-7555 (facsimile)
                                            ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.  In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on the providers identified in Exhibit "A."

    /s/ Benjamin L. Locklar
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, regarding this motion and they do not oppose the relief requested.

    /s/ Benjamin L. Locklar
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFF**

**EXHIBIT "A"**

| Plaintiff's Name | Facility's Information | Facility's Response |
| --- | --- | --- |
| Ronnie Williams | Managed RX Plan<br>270 C Duffy Avenue<br>Hicksville, NY 11801 | Refuses to provide records<br>(Mediconnect) |
| Shirley Green | Richard Steinberg, M.D.<br>1100 W. Central Road<br>Suite 305<br>Arlington Heights, IL 60005 | Refuses to provide records<br>(Mediconnect) |
| Geoffrey Wood | Liskey Medical Group<br>2480 Mission Group<br>San Francisco, CA 94110 | Refuses to provide records<br>(Mediconnect) |
| Robert Stevenson,<br>Deceased | John W. Gillota, M.D.<br>2614 Remsen Road<br>Medina, OH 44256 | Physician claims he is retired<br>but location of records not disclosed<br>(Mediconnect and Beasley, Allen) |
| Rosezella Raub | Walgreen's Corporate Office<br>1901 East Voorhees St.<br>Danville, IL 61834 | Rejected power of attorney<br>(Mediconnect) |
| Vera Robinson | Cardiology Assocs. Of<br>North Mississippi<br>499 Gloster Creek Vlg<br>Tupelo, MS 38801 | Rejected power of attorney<br>(Mediconnect) |
| Carl Brazier | Redmond Park Hospital<br>501 Redmond Road<br>Rome, GA 30165 | Rejected medical authorization |
| Lois G.L. McKenzie,<br>Deceased | Kerr Drug<br>108 East Main Street<br>Thomasville, NC 27360 | Rejected medical authorization |

# Exhibit B - 1

## Request Status

| Request ID | S324-121552 | Status | INCORRECT INFO |
|---|---|---|---|
| Requested | 8/18/2008 8:38:17 AM | Completed | |

### Patient Information

| Name | Williams, Ronnie | | |
|---|---|---|---|
| Gender | | AKA | |
| Date of Birth | ■■■■ | Social Security # | xxx-xx-1510 |
| Case Number | 200500C00140 | | |

### Record Information

| Record Type | PHARMACY |
|---|---|
| Intended Use | Plaintiff Drug Litigation |
| Dates of Service | 9/1/1999 - 10/31/2004 (Include any archived records for same period.) |
| Types of Info, | All records |
| Instructions to Provider | |

### Services and Options

| Rush | Yes | Sort Type | None |
|---|---|---|---|
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

### Requestor Information

| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
|---|---|---|---|
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x456 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| Provider Name | MANAGED RX PLAN | Doctor | |
|---|---|---|---|
| Address | 270 DUFFY AVENUE | Phone | 800-799-8765 |
| City, State ZIP | HICKSVILLE, NY 11801 | Fax | 516-433-6261 |

### Notes

Interoffice note - purters324 10/8/2008 10:34:53 AM MT
waiting on response from WRS
Interoffice note - purters324 9/26/2008 10:42:37 AM MT
waiting on response from WRS
Interoffice note - purters324 9/26/2008 10:42:37 AM MT
waiting on response from WRS
Note from MediConnect 8/5/2008 3:07:17 PM MT
Dear Requestor: Please see the previous note and advise. Thank you.
Note from MediConnect 8/5/2008 9:01:12 AM MT
Dear Requestor: This facility is refusing to provide any correspondence. They are belligerent and continually hang up on us or leave us on very extensive hold. Please advise how you would like us to proceed. Thank you.
Note from MediConnect 8/5/2008 7:19:16 AM MT
Callback set for 8/6/2008.
Attempted to contact the facility and spoke to Holly twice and both times she hung up on me after I stated who I was. Forwarded to an internal team for special handling.
Note from MediConnect 8/1/2008 9:34:02 AM MT
Callback set for 8/5/2008
I called 800-799-8765 and spoke with Amy who said that she will fill out the Declaration of Custodian of Records explaining that they are unable to access the records until the middle of September. She asked me to fax this form to her attention. I verified the fax number and faxed the request with a note regarding the affidavit. Callback set for 2 business days.
Note from MediConnect 8/1/2008 6:58:43 AM MT
Callback set for 8/1/2008
CC: Please obtain a no record affidavit showing that the records are in storage and will not be accessable until September. Thank you
Note from Requestor - purters324 7/31/2008 1:07:49 PM MT
Yes please obtain a affidavit of no records. Thank you
Note from MediConnect 7/30/2008 2:48:18 PM MT

# Exhibit B - 1

Dear Requestor,

We have been trying to obtain records from this provider for a different patient since last September under request S324-107695. You had noted in June that we should obtain an affidavit of NO RECORDS that specifically states they do not have access to the records in storage. Please advise if you would like us to obtain an affidavit of no records on this order stating the same or if we can set this out for sometime in the middle of September. This request is being moved to INCORRECT info as a temporary holding status while we await your response.

Thank you,
Customer Support
Note from MediConnect 7/30/2008 1:48:03 PM MT
DEAR REQUESTOR: We spoke with the provider on 7/25 and were told that the only person who can access these records is gone and will not be back until the middle of September. Please advise as to how you would like us to proceed. Thank you.
Note from MediConnect 7/30/2008 12:48:53 PM MT
Callback set for 7/31/2008.
I called 800-799-8765 and the line was busy. I waited and called again. I spoke with Amy who said that they are still working on the request. I also sent an email to the supervisor regarding the note on 7/25. It stated that the only person who can handle this request will not be in until the middle of September. I have set the callback for 1 business day.
Note from MediConnect 7/30/2008 10:13:29 AM MT
Callback set for 7/30/2008 12:30:00 PM.
I spoke with Theresa who placed me on hold for over 8 minutes. Callback set for later today.
Note from MediConnect 7/28/2008 12:59:46 PM MT
Callback set for 7/31/2008.
I called and spoke with Amy. She stated that she was working on the request and the turn around time is a couple of weeks. She stated to call next week. I will set the callout for 3 business days.
Note from MediConnect 7/23/2008 8:54:56 AM MT
Callback set for 7/28/2008.
I called and spoke with Amy. She stated that she was working on the request and the turn around time is a couple of weeks. She stated to call next week. I will set the call out for 3 business days.
Note from MediConnect 7/22/2008 11:15:23 AM MT
Callback set for 7/22/2008 12:15:00 PM.
I called this number and spoke with two different people and each time was put on extensive hold. I will set the call out for 1 hour.
Note from MediConnect 7/22/2008 9:18:06 AM MT
Callback set for 7/22/2008 11:00:00 AM.
Called and was put on excessive hold. Set call back for 1 hour.
Note from MediConnect 7/21/2008 2:31:17 PM MT
Callback set for 7/22/2008.
Spoke with the receptionist; she tried to reach Amy but she wasn't in so she advised that we callback tomorrow.
Note from MediConnect 7/16/2008 11:23:57 AM MT
Callback set for 7/21/2008.
I spoke with the receptionist who said that Amy is the person who is handling this request. She is out of the office until Monday. Callback set for 3 business days.
Note from MediConnect 7/15/2008 12:16:14 PM MT
Callback set for 7/15/2008 2:15:00 PM.
Attempted to contact the facility and was left on extensive hold. Setting call back for 2 hours.
Note from MediConnect 7/7/2008 2:18:44 PM MT
Callback set for 7/14/2008.
I spoke with Amy who said that they are still working on the request. She expressed frustration over how often we have called. I have set the callback for 5 business days to allow time for it to be processed.
Note from MediConnect 7/3/2008 7:34:48 AM MT
Callback set for 7/8/2008.
Spoke with Amy, she stated the request has been received and records are in process. Amy has stated the turn around time will be a couple of weeks. Setting call back for 3 business days.
Note from MediConnect 6/27/2008 11:37:50 AM MT
Callback set for 7/2/2008.
I spoke with Amy who said that they are working on this request. Callback set for 3 business days
Note from MediConnect 6/25/2008 12:38:11 PM MT
Callback set for 6/27/2008.

# Exhibit B - 1

Request - Details                                                    Page 3 of 3

Spoke to Amy; she stated that they are working on the request. Callback set for 2 business days.
Note from MediConnect 6/25/2008 12:37:57 PM MT
Callback set for 6/27/2008.
I have reset the callback for 2 business days. They are having difficulty locating the records.
Note from MediConnect 6/23/2008 1:44:23 PM MT
Callback set for 6/26/2008.
I spoke with Amy who said that the request was received and that they are working on it. Callback set for 3 business days.
Note from MediConnect 6/20/2008 2:35:26 PM MT
Callback set for 6/23/2008.
I spoke with Amy who verified the provider and fax number. I faxed the request to the attention of Pharmacy Records. I explained that this request is for slightly different dates of service than the previous request. Callback set for 1 business day.
Note from MediConnect 6/20/2008 12:14:05 PM MT
An authorization has been scanned for this request.
Note from MediConnect 6/20/2008 10:58:59 AM MT
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Need Auth status until the authorization is associated. Thank you.
Note from Requestor - purters324 6/20/2008 9:57:02 AM MT
Auth sent. cj1





# Exhibit B - 2

Request - Details                                                                    Page 1 of 14

## Request Status

| Request ID | S324-107383 | Status | REFUSAL |
|---|---|---|---|
| Requested | 9/6/2007 9:42:07 AM | Completed | |

### Patient Information

| Name | Green, Shirley | | |
|---|---|---|---|
| Gender | F | AKA | |
| Date of Birth | | Social Security # | xxx-xx-7475 |
| Case Number | 200500017081 | | |

### Record Information

| Record Type | MEDICAL |
|---|---|
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 through 5/15/2001 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Medication Records and We need Any and all medication land precription lists; progress notes |

### Services and Options

| Rush | Yes | Sort Type | None |
|---|---|---|---|
| Affidavit/Certification | No | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information

| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
|---|---|---|---|
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |
| Completion E-mail | lasonya.purter@beasleyallen.com | | |

### Provider Information

| Provider Name | STEINBERG, RICHARD | Doctor | STEINBERG, RICHARD |
|---|---|---|---|
| Address | 1100 W CENTRAL RD SUITE 305 | Phone | 847-577-1101 |
| City, State ZIP | ARLINGTON HEIGHTS, IL 60005 | Fax | 847-577-1103 |

### Notes

Note from MediConnect 8/8/2008 6:32:56 AM MT
Closing as refusal as this doctor will not comply with the request.

Note from MediConnect 8/7/2008 1:27:42 PM MT
As the doctor has not cooperated with us in sending the records I am sending this to be closed as refused. Please close this request.

Note from MediConnect 8/7/2008 11:38:11 AM MT
Callback set for 8/7/2008 1:30:00 PM.
Called Dr Stenberg and he said to call back and hung up on me. Set callback for 2 hours.

Note from MediConnect 8/7/2008 7:58:56 AM MT
Callback set for 8/11/2008.
Forwarded to an internal team to proceed.

Note from MediConnect 8/6/2008 8:09:44 AM MT
Callback set for 8/6/2008 10:10:00 AM.
Called Dr. Steinberg at his pager number given because he said he would not be in the office today. I left a number and message to contact me at. Set callback for 2 hours.

Note from MediConnect 8/6/2008 8:04:31 AM MT
Callback set for 8/7/2008.
I forwarded this request to an internal team member to provide special handling. I will set the call out for 1 business day.

Note from MediConnect 8/5/2008 1:26:06 PM MT
Callback set for 8/6/2008 8:00:00 AM.
Called and spoke with Dr Steinberg. He stated that he had not Fedexed the records yet, he will this afternoon. He advised to call him tomorrow to get the Fedex tracking ID number. Set callback for 1 business day.

# Exhibit B - 2

Request - Details                                                                 Page 2 of 14

Note from MediConnect 8/5/2008 9:15:53 AM MT
Callback set for 8/6/2008.
Called and spoke with Dr. Steinberg. He stated that he was going to Fedex the records out last
night but was unable to because of the weather. He advised he is going to Fedex them today and
will give me a callback today with the Fedex tracking ID number. Set callback for 1 business day.
Note from MediConnect 8/4/2008 9:43:04 AM MT
Callback set for 8/5/2008.
Called and and spoke with Dr. Steinberg. He stated that he will be sending the records tomorrow
via Fedex and would give me a call with the Fedex tracking ID number. I advised that we needed
these records in this week as we have been waiting for these records for quite some time now.
Set callback for 1 business day to make sure these get sent out by Fedex.
Note from MediConnect 8/1/2008 1:25:43 PM MT
Callback set for 8/4/2008.
Left message for the doctor concerning a status check. Gave request ID number, patient name,
as well as my name and phone number to return my call. I expressed the urgency of the request
and stated that we needed a call back immediately. Set follow-up call for 1 business day.
Note from MediConnect 7/31/2008 10:35:40 AM MT
Callback set for 8/1/2008.
Attempted to contact the facility but there was no answer or option to leave a message then the
line went busy. We will follow-up in one business day.
Note from MediConnect 7/30/2008 2:19:12 PM MT
Callback set for 7/31/2008.
Called and reached Dr. Steinberg's voicemail stating he is out of the office. I faxed a status check
to facility advising them the age of this request. Set callback for 1 business day posiable
Note from MediConnect 7/29/2008 10:58:40 AM MT
Callback set for 7/30/2008.
Called and reached Dr. Steinberg's voicemail stating he is out of the office. I faxed a status check.
Set callback for 1 business day.
Note from MediConnect 7/28/2008 3:23:53 PM MT
Callback set for 7/29/2008.
Called facility and reached a voicemail; setting call out 1 business day.
Note from MediConnect 7/28/2008 2:01:30 PM MT
Callback set for 7/28/2008 3:00:00 PM.
Called facility and reached a voicemail; setting call out 1 hour to follow up.
Note from MediConnect 7/25/2008 11:35:55 AM MT
Callback set for 7/28/2008.
Called and reached voicemail stating that Dr. Steinberg is out of the office at the present time. Set
callback for 1 business day to see if we could get a hold of him to see if the records were mailed
Fedex yet.
Note from MediConnect 7/25/2008 9:55:56 AM MT
Callback set for 7/25/2008 10:55:00 AM.
Called and there was no answer again. Set callback for 1 hour.
Note from MediConnect 7/24/2008 11:35:34 AM MT
Callback set for 7/25/2008 8:00:00 AM.
Called and there was no answer again. Set callback for 1 business day.
Note from MediConnect 7/24/2008 10:31:22 AM MT
Callback set for 7/24/2008 11:30:00 AM.
Called twice and there was no answer. Set callback for 1 hour.
Note from MediConnect 7/23/2008 1:09:59 PM MT
Callback set for 7/24/2008.
Called and reached voicemail stating that Dr. Steinberg is out of the office at the present time. Set
callback for 1 business day to see if we could get a hold of him to see if the records were mailed
Fedex yet.
Note from MediConnect 7/23/2008 11:43:02 AM MT
Callback set for 7/23/2008 12:45:00 PM.
Called and reached voicemail stating that Dr. Steinberg is out of the office at the present time. Set
callback for 1 hour to see if we could get a hold of him to see if the records were mailed Fedex
yet.
Note from MediConnect 7/23/2008 9:04:13 AM MT
Callback set for 7/23/2008 11:00:00 AM.
Called the office and the phone rang continuously for two minutes, then went to a busy signal.
Called once again with the same result. Set call out for later today.
Note from MediConnect 7/22/2008 4:11:23 PM MT
Callback set for 7/24/2008.
Spoke with Dr. Steinberg who verified the records will be sent via FedEx tomorrow. We will follow

up in 2 business days.
Note from MediConnect 7/22/2008 8:57:55 AM MT
Callback set for 7/22/2008 11:00:00 AM.
I called 847-577-1101 and reached a message stating that they will not be in until 12:00 today.
Callback set for 2 hours.
Note from MediConnect 7/21/2008 10:28:35 AM MT
Callback set for 7/22/2008 11:00:00 AM.
Called and spoke with Dr. Steinberg. He stated the records still have not been mailed yet. He
advised they will be going out today by FedEx. I advised I would call tomorrow to verify the
records were sent out. Set callback for 1 business day.
Note from MediConnect 7/18/2008 8:28:33 AM MT
Callback set for 7/21/2008.
Spoke with Dr. Steinberg, he stated that the records will go out with FedEx today. Call back set
for 1 business day.
Note from MediConnect 7/17/2008 11:44:42 AM MT
Callback set for 7/21/2008.
Please see notes made from an internal team member on 07/17. Set callback for 07/21 to verify if
the records were sent by Fedex.
Note from MediConnect 7/17/2008 11:08:13 AM MT
Callback set for 7/21/2008.
Dr. Steinberg stated the records will be sent off today he had lost the FedEx number. He stated
he will send them out today 7-17-08. We will follow up in three days.
Note from MediConnect 7/15/2008 2:56:52 PM MT
Callback set for 7/17/2008.
Called and spoke with Dr. Steinberg. He advised the records had not gotten sent out by Fedex
yet. He advised he will do that tomorrow. Set callback for 2 business days.
Note from MediConnect 7/14/2008 11:40:30 AM MT
Callback set for 7/16/2008.
Called facility and spoke with Dr Steinberg, stated he got the records ready over the weekend and
he will be FedEx overnight to us tomorrow morning before business hours. Verified he has our
correct fax number. Set call out for 2 business days.
Note from MediConnect 7/8/2008 10:47:03 AM MT
Callback set for 7/15/2008.
Spoke with Dr. Steinberg; he stated the will be mailing the records at the end of the week. We will
follow up in 5 business days.
Note from MediConnect 7/1/2008 10:49:18 AM MT
Callback set for 7/8/2008.
Per previous notes from team member. They spoke iwth Dr. Steirberg yesterday and he is still
processing the request. He advised he will try and get the records out this weekend. The callback
is set for 07/08. Set callback
Note from MediConnect 6/30/2008 10:36:50 AM MT
Callback set for 7/7/2008.
Spoke with Dr. Steinberg; he stated he has not been able to get them out yet but he is going to try
for this weekend. Due to the holiday weekend I'm setting the callback for 7/8/2008.
Note from MediConnect 6/30/2008 8:52:42 AM MT
Callback set for 6/30/2008 10:00:00 AM.
Reached a voicemail stating they would open at 10 am this morning Setting callback for 1 hour.
Note from MediConnect 6/26/2008 8:00:08 AM MT
Callback set for 6/27/2008.
I called and reached a voicemail. I forwarded to an internal team. Call set back 1 business day.
Note from MediConnect 6/24/2008 11:16:05 AM MT
Callback set for 6/26/2008.
I called and the phone goes directly to voicemail. I left a message and faxed over a status letter
and will follow up daily. VB
Note from MediConnect 6/24/2008 10:00:19 AM MT
Callback set for 6/24/2008 11:00:00 AM.
The office is not open yet today. They open at 12:00 PM. Set call back accordingly.
Note from MediConnect 6/23/2008 11:19:12 AM MT
Callback set for 6/26/2008.
I called 847-577-1101 and spoke with Dr. Steinberg. He stated he has been working until 11 pm
and has not been able to get it out. But he will try really hard to get it sent this week. I set the call
back for 3 business days.
Note from MediConnect 6/13/2008 9:34:49 AM MT

Callback set for 6/17/2008.

Exhibit B - 2

Request - Details                                                                                Page 4 of 14

Dr Steinberg stated the records should be sent out today. Callback set for 2 business days.
Note from MediConnect 6/13/2008 8:11:39 AM MT
Callback set for 6/13/2008 9:30:00 AM.
I reached a recording that stated they would be back in the office later this morning. Will set call
back for later today.
Note from MediConnect 6/12/2008 3:42:32 PM MT
Callback set for 6/13/2008 8:00:00 AM.
The office is closed for the day. Set call back for 8:00 am next business day morning.
Note from MediConnect 6/9/2008 1:11:02 PM MT
Callback set for 6/11/2008.
Spoke with Dr Steinberg, he confirmed our address and will get the records out today. call back
set for 2 business days.
Note from MediConnect 6/9/2008 11:45:02 AM MT
Callback set for 6/10/2008.
Forward to JCoy
Note from MediConnect 6/4/2008 11:37:15 AM MT
Callback set for 6/6/2008.
Called and spoke with Dr Steinberg; he has our Fed X account number and will take the records
to Fed-X and get them sent out. Call back set for 2 business days.
Note from MediConnect 6/3/2008 3:31:40 PM MT
Callback set for 6/4/2008 11:59:00 AM.
In calling this number there. I spoke with the Dr. He has asked that I call him back tomorrow at
12:00 noon. I will follow through with this call. Call back set for 12 noon tomorrow.
Note from MediConnect 6/3/2008 10:34:39 AM MT
Callback set for 6/4/2008.
Forwarded to internal team for follow up.
Note from MediConnect 5/30/2008 2:14:10 PM MT
Callback set for 6/2/2008
Called facility and left a very detailed message for the doctor to return our call. Set call out for 1
business day.
Note from MediConnect 5/30/2008 12:37:14 PM MT
Callback set for 6/2/2008.
I called and left message for Dr. Steinberg. I set the call back for 1 business day.
Note from MediConnect 5/29/2008 11:41:42 AM MT
Callback set for 5/30/2008.
Called the provider,twice. there was no answer and no option to leave a message. I faxed over an
affidavit with a note to the provider to fill out and fax back. Call back set for 1 business day.
Note from MediConnect 5/29/2008 10:14:05 AM MT
Callback set for 5/29/2008 11:15:00 AM.
I called 847-577-1101 it just rang with no option to leave message. Callback set for 1 hour.
Note from MediConnect 5/28/2008 12:53:51 PM MT
Callback set for 5/29/2008 10:00:00 AM.
Called 847-577-1101 and reached a voicemail stating they would not be in the office until
tomorrow. Did not leave a message Set call back for 1 business day.
Note from MediConnect 5/27/2008 12:07:00 PM MT
Callback set for 5/28/2008.
I called and no one was in the office yet... will set call back 1 business day.
Note from MediConnect 5/27/2008 8:21:05 AM MT
Callback set for 5/27/2008 12:00:00 PM.
Called the provider and reached a message that states they will not be in the office until noon
today. Set callback for 12pm today.
Note from MediConnect 5/22/2008 11:05:29 AM MT
CALL CENTER : Please contact the facility and remind them of the need for certification.
Note from Requestor - purters324 5/21/2008 4:18:13 PM MT
Please have the records certified. Thanks
Note from MediConnect 5/21/2008 2:05:01 PM MT
Callback set for 5/27/2008
I called 847-577-1101 and spoke with Dr. Steinberg. He stated he has been out of town for 2
weeks and will have this out by the end of the week. I set the call back for 3 business days.
Note from MediConnect 5/21/2008 9:56:51 AM MT
Callback set for 5/21/2008 2:00:00 PM.
Called facility and left a very detailed message for the doctor to return our call. Set call out for 4
hours.
Note from MediConnect 5/21/2008 8:45:37 AM MT

Request - Details                                                                                          Page 5 of 14

Callback set for 5/21/2008 12:00:30 PM.
Called facility and reached a voicemail stating the facility is correctly closed till 1:00 pm. Setting
call back for 1:00 PM.
Note from MediConnect 5/15/2008 1:00:58 PM MT
Callback set for 5/20/2008.
Called the facility and reached a voice mail stating the office is closed until noon on 5/20. We will
follow up in 3 business days.
Note from MediConnect 5/9/2008 1:05:24 PM MT
Callback set for 5/14/2008.
Attempted to contact records custodian, answering voicemail stated the office will be closed until
5-20-2008. Set the call back for 3 business days.
Note from MediConnect 5/7/2008 3:35:42 PM MT
Callback set for 5/8/2008.
The office is closed for the day. Set call back for next business day morning.
Note from MediConnect 5/6/2008 8:29:57 AM MT
Please make sure the Dr copied the records and dispatch FedEx or try to plead with him to fax
the records to us.
Note from MediConnect 5/6/2008 8:29:08 AM MT
Callback set for 5/6/2008 12:00:00 PM.
Called facility and reached a voice mail that stated they are closed until 12:00 on tuesday. I did
not leave a message. Setting the call out for 4 hours.
Note from MediConnect 5/5/2008 4:54:04 PM MT
Callback set for 5/6/2008 10:00:00 AM.
The office is closed for the day. Set call back for 10:00 am next business day morning.
Note from MediConnect 5/2/2008 12:55:17 PM MT
Callback set for 5/5/2008.
Attempted to contact the Records Custodian. The line rang continuously with no answer and no
option to leave a message. We will follow up in one business day.
Note from MediConnect 4/30/2008 10:45:47 AM MT
Callback set for 5/1/2008.
Called the facility and spoke with Dr Steinberg, stated he will send the records via FedEx today.
He will not fax because there are over 80 pages. Set call out for 1 business day to verify he sent
records.
Note from MediConnect 4/29/2008 2:36:40 PM MT
Callback set for 4/30/2008.
I called 847-577-1101, tried twice, no answer. I set the call back for 1 business day.
Note from MediConnect 4/24/2008 2:12:28 PM MT
Callback set for 4/29/2008.
I spoke with Dr. Steinberg who said that he was unable to send the records yesterday due to
unforeseen complications in the office. He will be sending them via FedEx today. Callback set for
3 business days.
Note from MediConnect 4/21/2008 1:26:23 PM MT
Callback set for 4/24/2008.
Spoke with Dr. Steinberg; he stated their computer crashed before they could send the records
and he has just finished fixing the problem. He stated the records are going to be sent Fed-Ex this
week. We will follow-up in 3 business days.
Note from MediConnect 4/16/2008 1:00:12 PM MT
Callback set for 4/18/2008.
As we had just talk to Dr. Steinberg yesterday about the status I will allow a few more days for the
request to be processed. Set callback for Friday 04/18.
Note from MediConnect 4/15/2008 1:16:15 PM MT
Callback set for 4/18/2008.
Spoke with Dr. Steinberg; he stated the records will be sent within 2 business days. We will
follow-up in 3 business days.
Note from MediConnect 4/14/2008 2:06:44 PM MT
Callback set for 4/15/2008 1:00:00 PM.
Called 847-577-1101 and voice response stated that they will com on Tuesday afternoon. Will
follow up in 1 business day.
Note from MediConnect 4/14/2008 11:10:31 AM MT
Callback set for 4/14/2008 2:00:00 PM.
Called 847-577-1101 and there was no answer. Will follow up later today.
Note from MediConnect 4/11/2008 1:31:19 PM MT

Callback set for 4/14/2008.
Called 847-577-1101 and voice response stated that they will come on Saturday morning. Will

follow up in 1 business day.
Note from MediConnect 4/10/2008 2:57:50 PM MT
Callback set for 4/11/2008.
Called 847-577-1101 and there was no one available to take the call and voice response stated
that they will be available this afternoon. Will follow up in 1 business day.
Note from MediConnect 4/9/2008 2:33:18 PM MT
Callback set for 4/10/2008.
The office is closed for the day. Set call back for 8:30 am next business day morning.
Note from MediConnect 4/9/2008 12:19:34 PM MT
Callback set for 4/9/2008 2:30:00 PM.
Called 847-577-1101 and voice response stated that they will come on Wednesday afternoon.
Will follow up later today.
Note from MediConnect 4/9/2008 9:38:35 AM MT
Callback set for 4/9/2008 12:00:00 PM.
Called 847-577 1101. The message states the office is closed until this afternoon. We will follow
up later this afternoon.
Note from MediConnect 4/7/2008 3:05:44 PM MT
Callback set for 4/10/2008.
Spoke with Dr. Steinberg, he indicated that he will send the records tomorrow using our FedEx
account number. Will follow up in 3 business days.
Note from MediConnect 4/4/2008 12:22:33 PM MT
Callback set for 4/7/2008
Called 847-577-1101 and there was no answer. Set call back for 1 day. TM
Note from MediConnect 4/4/2008 10:23:12 AM MT
Callback set for 4/7/2008
Called 847-577-1101 and there was no answer. Forwarded to supervisor. Will follow up in 1
business day.
Note from MediConnect 4/3/2008 10:15:53 AM MT
Callback set for 4/4/2008
Spoke with Dr. Steinberg, he stated that the records are almost ready. He said that he cannot fax
the records and he cannot have FedEx pick them up because he is the only one in the office and
he may not be there when they are picked up. He said he would call us tomorrow. Will set call
back for 1 business day
Note from MediConnect 4/2/2008 3:20:04 PM MT
Callback set for 4/3/2008 10:00:00 AM.
The office is closed for the day. Set call back for 10 am next business day morning. We will
follow-up in one business day.
Note from MediConnect 3/27/2008 9:19:16 AM MT
Callback set for 4/1/2008.
Spoke with Dr. Steinburg, he stated that he will mail the records out today by Fed Ex delivery.
Gave him our account number. Call back set for 3 business days.
Note from MediConnect 3/26/2008 2:22:08 PM MT
Callback set for 3/27/2008 9:00:00 AM.
Spoke with Dr. Steinberg, who stated the records will be ready to be sent via FedEx pickup
tomorrow, 3/27/2008. Set call back for one business day to follow-up.
Note from MediConnect 3/26/2008 1:34:20 PM MT
Callback set for 3/27/2008.
Left message on facility's voicemail concerning the status of this request. Gave request ID
number, patient name, as well as my name and phone number to return my call. We will follow up
in one business day.
Note from MediConnect 3/25/2008 11:24:28 AM MT
Callback set for 3/26/2008.
Spoke with Dr. Steinberg; he stated the records have not been sent by FedEx at this time. He
stated he would have to call us back tomorrow as they are really busy today. Gave our call back
number, patient name and the request tracking number for them to return our call. We will follow
up in one business day.
Note from MediConnect 3/25/2008 9:21:12 AM MT
Callback set for 3/25/2008 11:20:00 AM.
Reached a voice message, stating that they will be in the office at noon on Tuesday. Call back set
for 2 hours.
Note from MediConnect 3/21/2008 2:07:05 PM MT
Callback set for 3/24/2008.
We called and the office is closed for the day. Call back set for 1 business day.
Note from MediConnect 3/19/2008 11:34:27 AM MT

Callback set for 3/20/2008.
Called the facility and the line went directly to the voicemail. Left message on the facility's
voicemail concerning if the records were mailed. Gave request ID number, patient name, as well
as my name and phone number to return my call. Set follow-up call for 1 business day.
Note from MediConnect 3/11/2008 11:50:00 AM MT
Callback set for 3/18/2008.
Spoke with Dr. Steinberg. He was out of town last week. He will FedEx them tomorrow. Set call
back for 5 days. TM
Note from MediConnect 3/11/2008 11:47:31 AM MT
The provider information for this request was changed. The original information was:
STEINBERG, RICHARD
RICHARD STEINBERG
1100 W CENTRAL RD, SUITE 305
ARLINGTON HEIGHTS, IL 60005
847-555-1101

The new provider information is:
STEINBERG, RICHARD
RICHARD STEINBERG
1100 W CENTRAL RD, SUITE 305
ARLINGTON HEIGHTS, IL 60005
847-577-1101
Note from MediConnect 3/11/2008 9:31:47 AM MT
Callback set for 3/11/2008 11:00:00 AM.
Called and reached voicemail stating that the office would be back at 11am. Set callback.
Note from MediConnect 3/10/2008 1:09:18 PM MT
Callback set for 3/11/2008 9:30:00 AM.
The office is closed; setting the call back for the next business day.
Note from MediConnect 3/7/2008 10:40:49 AM MT
Callback set for 3/10/2008.
CC: Please confirm records have been mailed. Thank you
Note from Requestor - purters324 3/6/2008 7:07:15 AM MT
Please do not cancel this request. Thanks
Note from MediConnect 3/5/2008 7:04:43 PM MT
DEAR REQUESTOR: In accordance with our polices and notices, this request is set to be
cancelled in 14 calendar days due to age. The following events will occur at that time:

1. We will notify the record custodian and ask them to cancel this request
2. We will make an attempt to recover any fees paid by MediConnect on your behalf. In many
cases, record custodians cannot or will not return prepaid fees on requests that are in
progress. You will be responsible for any provider fees that MediConnect is unable to recover.
3. You will be invoiced for the standard cancellation policy.

If the record is already in progress and the effort to retrieve can not be stopped, the full retrieval
fee will be charged to you, (with no cancellation fee) when the retrieval of the record is completed.
You will also be invoiced for any provider costs associated with this request or its cancellation.

If you wish to have this request remain open please do one of the following:

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549

Thank you,
MediConnect.net, Inc.
Note from MediConnect 3/5/2008 12:56:32 PM MT
Callback set for 3/12/2008.
Spoke with Dr. Steinberg. He still did not send the records yet, but he promised to do it on
Monday and call me with the tracking number. Set call back for 5 days. TM
Note from MediConnect 2/29/2008 10:28:19 AM MT
Callback set for 3/5/2008.
Called and spoke to Dr. Steinberg. He did not send the records by Fed Ex yet. I gave him our Fed
Ex number again. He will send them today. Call back set.
Note from MediConnect 2/25/2008 12:46:56 PM MT

Callback set for 2/28/2008.

Called and spoke with Dr. Steinberg. He will mail the records via FedEx tomorrow. He will call me with the FedEx number. Set call back for 3 days. TM
Note from MediConnect 2/22/2008 9:09:15 AM MT
Callback set for 2/25/2008.
Called 847-577-1101, the doctor is still not in yet. Left message asking for a call back. Set call back for 1 day. TM
Note from MediConnect 2/22/2008 7:34:11 AM MT
Callback set for 2/22/2008 9:00:00 AM.
The office is not open yet today. They open at 9:45 am.
Note from MediConnect 2/19/2008 7:30:24 AM MT
Callback set for 2/21/2008.
The office is not open yet. I checked online at FedEx.com and the records have not been picked up yet. Will set call back for 2 business days.
Note from MediConnect 2/14/2008 3:49:28 PM MT
I have scheduled a FedEx express tag for 02/15/08. Tracking number: 301011461900.
Note from MediConnect 2/14/2008 2:00:24 PM MT
Callback set for 2/18/2008.
Spoke with Dr. Steinberg. They did not pickup the records yesterday. Set pickup for tomorrow between 11-12. Set call back for 2 days. TM
Note from MediConnect 2/14/2008 1:59:47 PM MT
Pickup Date: 2/15/2008
Location: STEINBERG, RICHARD
Contact: between 11 am - 12 pm
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 2/12/2008 3:40:11 PM MT
I have scheduled a FedEx express tag for 02/13/08. Tracking number: 301011444870.
Note from MediConnect 2/12/2008 2:30:08 PM MT
Callback set for 2/14/2008.
Called and spoke with Dr. Steinberg. He stated that the records weren't ready to be picked up. He advised to have them picked up tomorrow. I verified the address and sent Fedex to pick up.
Note from MediConnect 2/12/2008 2:29:29 PM MT
Pickup Date: 2/12/2008
Location: STEINBERG, RICHARD
Contact: 847-577-1101 pick up records bwtevwn 10am-2pm
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 2/8/2008 9:10:27 AM MT
I have scheduled a FedEx express tag for 02/11/08. Tracking number: 301011419284.
Note from MediConnect 2/8/2008 7:09:50 AM MT
Callback set for 2/12/2008.
Scheduled FedEx pickup. Set call back for 2 days. TM
Note from MediConnect 2/8/2008 7:09:29 AM MT
Pickup Date: 2/11/2008
Location: STEINBERG, RICHARD
Contact: between 10am - 2 pm
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-110x
Note from MediConnect 2/6/2008 12:36:19 PM MT
Callback set for 2/8/2008.
Spoke with Dr. Steinberg, they are in the middle of a blizzard. He stated to send a pickup for Monday. Will schedule for then. Set call back for Friday to actually schedule the pick up for Monday. TM

Note from MediConnect 2/5/2008 3:17:18 PM MT
Callback set for 2/6/2008 2:00:00 PM.
Since the Fedex pickup was not scheduled until tomorrow, I have set the call back for late
tomorrow to verify pickup.
Note from MediConnect 2/4/2008 9:21:50 AM MT
Callback set for 2/5/2008.
Spoek with Dr. Steinberg. He stated that FedEx has not picked up the records yet. Will schedule a
pick up for Wed. Will do it tomorrow and they always go the next day. Set call back for 1 day.
Note from MediConnect 2/1/2008 3:57:14 PM MT
Callback set for 2/4/2008 9:00:00 AM.
The office is closed for the day. Call back set.
Note from MediConnect 1/31/2008 4:44:58 PM MT
Callback set for 2/1/2008.
The office is closed for the day. Call back set.
Note from MediConnect 1/30/2008 1:54:11 PM MT
Callback set for 1/31/2008.
I have forwarded this to SSCOVILLE.
Note from MediConnect 1/25/2008 8:56:29 AM MT
I have scheduled a FedEx express tag for 01/28/08. Tracking number: 301011331383.
Note from MediConnect 1/24/2008 8:48:20 AM MT
Callback set for 1/29/2008.
Called and spoke to Dr Steinberg I have scheduled a Fed Ex pick up for 01/28. Call back set.
Note from MediConnect 1/24/2008 8:46:57 AM MT
Pickup Date: 1/28/2008
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 1/18/2008 3:31:35 PM MT
I have scheduled a FedEx Express Tag for 01/21/08 tracking number :301011292969
Note from MediConnect 1/18/2008 12:49:39 PM MT
Callback set for 1/23/2008.
Spok ewith Dr. Steinberg. He stated that the pickup was suppose to be today, not the 16th, but
they haven't come yet. Scheduled pickup to Tuesday, 1/22. Set call back for 2 days. TM
Note from MediConnect 1/18/2008 12:47:18 PM MT
Pickup Date: 1/22/2008
Location: STEINBERG, RICHARD
Contact: please pick up in the morning they will not be there in the afternoon
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 1/15/2008 4:12:38 PM MT
I have scheduled a FedEx call tag for 01/16/08.
Note from MediConnect 1/15/2008 1:26:21 PM MT
Callback set for 1/18/2008.
Spoke with Dr Steinberg, he stated that Fed Ex didn't pick up the records as ordered. Re-
scheduled Fed Ex pick up for the 18th with note asking for them to pick them up in the morning.
Call back set.
Note from MediConnect 1/15/2008 1:24:50 PM MT
Pickup Date: 1/18/2008
Location: STEINBERG, RICHARD
Contact: 847-577-1101 please pick up in the morning they will not be there in the afternoon
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x

Note from MediConnect 1/14/2008 3:01:42 PM MT
Callback set for 1/15/2008.
Reached a recording stating the office will open on Tuesday morning at 10:30am. Set call back
for 1 business day.
Note from MediConnect 1/9/2008 3:17:03 PM M I
I have scheduled a FedEx call tag for 01/10/08.
Note from MediConnect 1/9/2008 12:48:02 PM MT
Callback set for 1/14/2008 3:00:00 PM.
Spoke with Dr. Steinberg, he said FedEx never showed up on 01/03. Dispatched them to pick up
records on Monday, Jan. 14th. He asked that they be there between 10:00am and 1:00pm. Will
follow up in 3 business days.
Note from MediConnect 1/9/2008 12:45:53 PM MT
Pickup Date: 1/14/2008
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 1/8/2008 10:41:10 AM MT
Callback set for 1/9/2008.
Left message on voicemail. Gave request ID number, patient name, as well as my name and
phone number to return my call. Set call back for next business day.
Note from MediConnect 1/3/2008 9:06:42 AM MT
Callback set for 1/8/2008.
Resetting call out for 3 days as pick up was scheduled for today. Call back set.
Note from MediConnect 1/2/2008 3:57:56 PM MT
I have scheduled a FedEx pick up for 01/03/08.
Note from MediConnect 1/2/2008 2:46:09 PM MT
Callback set for 1/3/2008 9:00:00 AM.
Called reached a message, stating that they will not be in the office until Thursday morning 10
am. Call back set.
Note from MediConnect 12/31/2007 10:56:43 AM MT
Callback set for 1/2/2008.
I called 847-577-1101 and verified the records would be ready on 1 2 07. I confirmed the address
and was told FedEx could make the pickup that day.
Note from MediConnect 12/31/2007 10:56:34 AM MT
Pickup Date: 12/31/2007
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 12/27/2007 8:40:57 AM MT
Callback set for 12/31/2007.
Spoke with Dr Steinberg, he stated that he should have the records ready today. He stated that
he would give us a call so we can send Fed Ex to pick them up. Verified we have correct address
on file. Call back set.
Note from MediConnect 12/27/2007 8:39:06 AM MT

The provider information for this request was changed. The original information was:
STEINBERG, RICHARD
RICHARD STEINBERG
1100 W CENTRAL RD
ARLINGTON HEIGHTS, IL 60005
847-555-1101

The new provider information is:
STEINBERG, RICHARD
RICHARD STEINBERG
1100 W CENTRAL RD, SUITE 305

ARLINGTON HEIGHTS, IL 60005
847-555-1101
Note from MediConnect 12/27/2007 7:59:07 AM MT
Callback set for 12/28/2007.
I have forwarded this to KGARY.
Note from MediConnect 12/18/2007 12:35:45 PM MT
Callback set for 12/21/2007.
I spoke with Dr. Steinberg. he stated that he will call us tomorrow when the records are ready. I
will set call back.
Note from MediConnect 12/18/2007 11:15:00 AM MT
No Answer.
Note from MediConnect 12/18/2007 7:43:14 AM MT
Callback set for 12/18/2007 10:00:00 AM.
The office is not open yet today. They open at 11:30 AM.
Note from MediConnect 12/14/2007 7:53:59 AM MT
Callback set for 12/17/2007.
I spoke to Dr. Steinberg. He asked me my phone number so that before he sends the records and
invoice he may call me. I gave it to him and he stated that he would call me before he sends the
records. Call back set.
Note from MediConnect 12/13/2007 9:20:26 AM MT
Callback set for 12/13/2007 2:00:00 PM.
Called facility and they are closed till 2:00p.m. Setting call back for later.
Note from MediConnect 12/13/2007 8:19:16 AM MT
Callback set for 12/14/2007.
Left message on voicemail. Gave request ID number, patient name, as well as my name and
phone number to return my call. Set call back for next business day.
Note from MediConnect 12/11/2007 10:27:35 AM MT
Callback set for 12/12/2007.
Left message for the Dr on his voicemail. Gave request ID number, patient name, as well as my
name and phone number to return my call. Set call back for next business day.
Note from MediConnect 12/7/2007 10:53:37 AM MT
Callback set for 12/10/2007.
I left a message for the Dr and will call everyday. VB
Note from MediConnect 12/4/2007 10.57.43 AM MT
Callback set for 12/7/2007.
Called and spoke with Dr. Steinburg. He stated that he is working on the request and will call me
back with the amount.
Note from MediConnect 11/30/2007 1:34:13 PM MT
Callback set for 12/3/2007.
Called and spoke with Dr. Steinburg. He stated that the records should be ready on Monday and
to give him a call for the amount for the request of records.
Note from MediConnect 11/29/2007 1:31:11 PM MT
Callback set for 11/30/2007.
I left a detailed message for the doctor. Callback set for 1 day.
Note from MediConnect 11/27/2007 1:07:35 PM MT
Callback set for 11/29/2007.
Spoke with Dr Steinberg, he stated that he would call me back in about half an hour with the page
count and cost. He does not accept credit card payments. Call back set.
Note from MediConnect 11/27/2007 11:05:33 AM MT
Callback set for 11/27/2007 1:00:00 PM.
Called, no one answered. Will try again later today.
Note from MediConnect 11/27/2007 8:09:12 AM MT
Callback set for 11/27/2007 11:00:00 AM.
I called and office was closed until 11:30 a.m., Call set back for then.
Note from MediConnect 11/21/2007 1:38:59 PM MT
Callback set for 11/26/2007.
Office is closed until Friday 11/23. I will set callback for next business day.
Note from MediConnect 11/19/2007 2:58:21 PM MT
Callback set for 11/20/2007.
Called and got no answer. Set call back for 1 day. TM
Note from MediConnect 11/19/2007 1:40:23 PM MT
No Answer.
Note from MediConnect 11/19/2007 10:35:46 AM MT
Callback set for 11/19/2007 1:30.00 PM.

Spoke with Dr. Steinberg. He stated to call back at 1:30. Set call back for then. TM
Note from MediConnect 11/19/2007 8:10:59 AM MT
Callback set for 11/19/2007 10:00:00 AM.
Office is not open yet. Set call back for later today. TM
Note from MediConnect 11/16/2007 3:27:30 PM MT
Callback set for 11/19/2007 8:00:00 AM.
The office is closed for the day. Set call back for 8 AM next business day morning.
Note from MediConnect 11/13/2007 1:08:14 PM MT
Callback set for 11/15/2007.
Spoke with Dr. Steinberg. He will count the pages and call me back. Set call back for 2 days. TM
Note from MediConnect 11/13/2007 10:34:08 AM MT
Callback set for 11/13/2007 1:00:00 PM.
Spoke with Dr. Steinberg. He stated they are ready to be picked up. He had patients, but asked
that we call back a 2pm to get the page count and cost. Set call back for then. TM
Note from MediConnect 11/12/2007 4:58:03 PM MT
Callback set for 11/13/2007 10:00:00 AM.
Spoke with Dr. Steinberg who asked that I call him back tomorrow morning at 11:00. Call back
set.
Note from MediConnect 11/7/2007 2:26:48 PM MT
Callback set for 11/12/2007.
Setting call out per note of 11/2/07. Dr will be in then. Call back has been set.
Note from MediConnect 11/2/2007 3:17:04 PM MT
Callback set for 11/7/2007.
Dr Steinberg will be out of the office until the 12th as he is going on vacation and cannot help us
until he gets back. Call back has been set.
Note from MediConnect 10/31/2007 1:44:11 PM MT
Callback set for 11/2/2007.
Spoke with Dr. Steinberg. He will call me with the fee amount. Set call back for 2 days. TM
Note from MediConnect 10/31/2007 7:11:45 AM MT
Callback set for 10/31/2007 1:00:00 PM.
As previous notes had stated the best time to call and see if the records are ready is at 1pm. I will
call again later.
Note from MediConnect 10/26/2007 3:29:05 PM MT
Callback set for 10/29/2007.
Call back reset
Note from MediConnect 10/26/2007 1:56:55 PM MT
Callback set for 10/29/2007.
Left message asking if records are ready to be picked up. Set call back for 1 day. TM
Note from MediConnect 10/25/2007 12:52:11 PM MT
Callback set for 10/26/2007.
Left message asking if records are ready to be picked up. Set call back for 1 day. TM
Note from MediConnect 10/24/2007 1:04:22 PM MT
Callback set for 10/25/2007.
Called, received recording stating the office is not open at this time. Left message for Dr.
Steinberg. Gave request ID number, patient name, as well as my name and phone number to
return my call. Set call back for next business day.
Note from MediConnect 10/23/2007 11:28:42 AM MT
Callback set for 10/24/2007 1:00:00 PM.
Spoke with Dr. Steinberg he stated the records were not ready to be picked up until tomorrow. He
stated the best time to call and verify if they are ready is at 1:00 pm. Call back set.
Note from MediConnect 10/19/2007 1:24:46 PM MT
Callback set for 10/23/2007 9:00:00 AM.
I spoke with Dr. Steinberg. He advised that Fed Ex came, but they didn't have the records ready
yet. He advised that he will call me when the records are ready to let me know when we can
dispatch Fed Ex again. Call back 2 business days.
Note from MediConnect 10/18/2007 11:07:47 AM MT
Callback set for 10/19/2007.
I called 847-577-1101, I spoke Dr. Steinberg. He stated the records haven't been picked up yet. I
advised I would call him again tomorrow.
Note from MediConnect 10/17/2007 2:14:21 PM MT
I have scheduled a FedEx pick up for 10/18/07
Note from MediConnect 10/15/2007 3:05:29 PM MT
Callback set for 10/18/2007 11:00:00 AM.
Spoke with Dr. Steinberg. The records were not picked up on 10/10 due to the doctor not being

able to get away. He is the only one in the office at present. He asked that I schedule another
pickup for Thursday and note the best time is around noon. I have scheduled this pickup and
noted best time available. Set call back for 10/18 at 11a.m.
Note from MediConnect 10/15/2007 3:01:19 PM MT
Pickup Date: 10/18/2007
Location: DR. RICHARD STEINBERG
Contact: 847-577-1101
Address Line 1: 1100 W CENTRAL RD
Address Line 2: Best time is around NOON
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 10/15/2007 2:16:28 PM MT
Callback set for 10/16/2007 9:00:00 AM.
The office was closed. Call back the next business day.
Note from MediConnect 10/15/2007 1:30:43 PM MT
Busy.
Note from MediConnect 10/10/2007 4:20:34 PM MT
I have scheduled a FedEx pick up for 10/11/07
Note from MediConnect 10/10/2007 2:35:23 PM MT
Callback set for 10/15/2007.
Spoke with the doctor, the records were not picked up. Will reschedule a pick up. Set call back for
3 days. TM
Note from MediConnect 10/10/2007 2:35:11 PM MT
Pickup Date: 10/11/2007
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 10/10/2007 2:35:03 PM MT
Pickup Date: 10/10/2007
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x
Note from MediConnect 10/9/2007 1:54:07 PM MT
Callback set for 10/10/2007.
Allowing for pick up of records today. Set call back 1 day. TM
Note from MediConnect 10/8/2007 11:03:53 AM MT
I have scheduled a FedEx pick up for 10/9/07
Note from MediConnect 10/5/2007 7:54:40 AM MT
Callback set for 10/9/2007.
Called and spoke with Dr. Steinberg. He stated that the records had not been picked up.. verified
the address and set pickup for Monday 10/08.
Note from MediConnect 10/5/2007 7:53:54 AM MT
Pickup Date: 10/5/2007
Location: STEINBERG, RICHARD
Contact: 847-577-1101 CALL HERE
Address Line 1: 1100 W CENTRAL RD
Address Line 2: STE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847 555-1101x
Note from MediConnect 9/28/2007 3:07:24 PM MT

Callback set for 10/1/2007.

Office is closed. Set call back for 1 days. TM

Note from MediConnect 9/25/2007 2:23:56 PM MT
I have scheduled a FedEx pick up for 9/26/07

Note from MediConnect 9/25/2007 12:08:17 PM MT
Callback set for 9/28/2007.
Dr. Steinberg stated he has located the records. I have scheduled a FedEx pickup for Thursday.

Note from MediConnect 9/25/2007 12:08:08 PM MT
Pickup Date: 9/27/2007
Location: STEINBERG, RICHARD
Contact: Dr. Steinberg
Address Line 1: 1100 W CENTRAL RD
Address Line 2: SUITE 305
City: ARLINGTON HEIGHTS
State: IL
Zip: 60005
Phone: 847-555-1101x

Note from MediConnect 9/21/2007 10:36:42 AM MT
Callback set for 9/24/2007.
Per previous notes, set call back for Monday. TM

Note from MediConnect 9/18/2007 12:05:16 PM MT
Callback set for 9/21/2007.
Dr. Steinberg has received the request and he has to go to his off site storage facility to get the
records. He said this is the only week he will be able to get the records because flu season is
coming and he will be very busy. He asked that we call back next Monday.

Note from MediConnect 9/18/2007 8:48:14 AM MT
Callback set for 9/18/2007 12:00:00 PM.
- The office is not yet open. They will open at 10:30am.

Note from MediConnect 9/18/2007 8:11:30 AM MT
Callback set for 9/18/2007 8:45:00 AM.
The office is not open yet today. They open at 10:30 am, EST.

Note from MediConnect 9/13/2007 10:18:49 AM MT
Callback set for 9/17/2007.
Dr. Steinberg has not received the request. I verified the fax number and I faxed the request
again.

Note from MediConnect 9/12/2007 3:43:02 PM MT
Callback set for 9/13/2007 9:00:00 AM.
The office was closed. Call back the next business day.

Note from MediConnect 9/10/2007 3:28:53 PM MT
Callback set for 9/12/2007.
Dr. Steinberg verified the facility and fax number. I have faxed the request. No copy service is
used.

Note from MediConnect 9/7/2007 12:07:11 PM MT
Callback set for 9/10/2007.
I called and the doctor stated he is with a patient and the moment. He took down my contact
information and said he will give me a call back.

Note from MediConnect 9/7/2007 10:37:27 AM MT
Callback set for 9/7/2007 12:00:00 PM.
I called 847-555-1101 and the call would not go through. I found the correct number via AMA:
847-555-1101. I called and the doctor asked that we call back later.

Note from MediConnect 9/7/2007 7:02:42 AM MT
An authorization has been scanned for this request.

[ Back ]  [ Print ]  [ Enter Note ]  [ New Request ]  [ Cancel ]

[ View Authorization ]

Request - Details
# Exhibit B - 3
Page 1 of 10

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-101827 | Status | CANCELED |
| Requested | 6/23/2006 8:21:19 AM | Completed | 7/13/2007 9:42:09 AM |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Wood, Geoffrey | | |
| Gender | | AKA | |
| Date of Birth | ████████ | Social Security # | xxx-xx-4584 |
| Case Number | 200400263026 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | drug litigation |
| Dates of Service | All (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Prescription Records |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | No | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898 2034x468 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |
| Completion E-mail | lasonya.purter@beasleyallen.com | | |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | LISKEY MEDICAL GROUP | Doctor | |
| Address | 2480 MISSION STREET | Phone | 415-642-2000 |
| City, State ZIP | SAN FRANCISCO, CA 94110 | Fax | 415-642-0621 |

## Notes

Note from MediConnect 7/13/2007 9:42:09 AM MT
Request canceled.

Note from MediConnect 7/13/2007 1:09:03 AM MT
Customer Service, Please close , Request already cancelled by EZ copy. Thanks

Note from MediConnect 6/28/2007 7:08:40 AM MT
Dear Requestor: Please refer to the previous note and inform us what would you like us to do Thankyou

Note from MediConnect 6/26/2007 5:03:49 PM MT
Dear Requestor: Our copy service has informed us that they have had no luck getting in touch with the facility to set a copy date.At this point it seems unlikely that we will be able to obtain this chart. Please verify if you would like us to proceed, thank you.

Note from MediConnect 6/26/2007 3:02:25 PM MT
Callback set for 6/27/2007.
Forwarded to Supervisor.

Note from MediConnect 6/26/2007 1:40:56 PM MT
Provider Relations -- CA Copy Service. Spoke with Lilianna, this is with EZ copy CA copy

Note from MediConnect 6/26/2007 8:48:56 AM MT
Callback set for 6/26/2007 12:00:00 PM.
Office not opened yet. Will try later today.

Note from MediConnect 6/22/2007 11:09:17 AM MT
Callback set for 6/26/2007 9:00:00 AM.
Spoke with Isarai, she incicated that the records have not been processed yet. When informed her about the delay on the request, she stated that doctor is the only person who handles medical records and his first priority is patient not the medcia records. Informed her taht it is taking some more time than it usually takes and requested to complete the records as soon possible. She said that she only can give this message to the doctor. Will follow up in 2 business days.

## Exhibit B - 3

Note from MediConnect 6/21/2007 4:21:30 PM MT
Callback set for 6/25/2007.
Spoke with Isarel, she stated that they give the doctor's the messages at the end of the day. He
will return are call by tomorrow. Call back set for 2 business days. RR
Note from MediConnect 6/21/2007 2:10:37 PM MT
Callback set for 6/21/2007 4:00:00 PM.
Spoke with Isarel, she indicated that the doctor is out for lunch and took my phone number to
arrange a return call. Informed her we have been giving our phone number from a long time so
there must be some update since then. She stated that she will definitely be calling us back today.
Will try later today.
Note from MediConnect 6/20/2007 5:20:45 PM MT
Callback set for 6/21/2007 2:00:00 PM.
Spoke with Ileana, she indicated that doctor is the only person who takes care of the request and
he is not available. She took my number and patient details to arrange a return call with status
update. Will follow up in 1 business day.
Note from MediConnect 6/18/2007 2:43:04 PM MT
Callback set for 6/20/2007.
Spoke with attendant she look my information and will have to call me back. Call back set.
Note from MediConnect 6/13/2007 1:55:45 PM MT
Callback set for 6/18/2007.
Called 415-642-2300 and was told that Dr. Liskey is working on this request. I explained the age
of this request and that we are needing these records right away. She stated that all she can do is
take down a message and speak with the doctor. I faxed a status check attention Dr. Liskey at fax
415-642-0621.
Note from MediConnect 6/11/2007 3:27:09 PM MT
Callback set for 6/13/2007 9:00:00 AM.
I spoke with an attendant. She advised that Dr. Liskey is handling this request and she can only
take a message down for him. I left an urgent message for him to call us back with the status of
this request as we need the records ASAP due to the fact that he is well over the 30 days he has
to comply with HIPPA regulations. Call back 2 business days.
Note from MediConnect 6/6/2007 4:52:50 PM MT
Callback set for 6/8/2007 9:00:00 AM
I spoke with the Receptionist. She advised that only the doctor handles Medical Record
Requests. I left a detailed, urgent message with her. Call back 2 business days.
Note from MediConnect 5/31/2007 12:21:14 PM MT
Callback set for 6/5/2007.
Forwarded to SBUTCHER.
Note from MediConnect 5/25/2007 11:44:54 AM MT
Callback set for 5/31/2007.
Spoke with receptionist and he took all of the information then hung up. A status check has been
sent and a call back has been set.
Note from MediConnect 5/24/2007 9:52:49 AM MT
Callback set for 5/25/2007 10:30:00 AM.
I spoke with receptionist, she took a full detailed message. I will set call back 1 business day.
Note from MediConnect 5/22/2007 1:20:07 PM MT
Callback set for 5/23/2007.
Reached recording stated the office's phone are turned off for a meeting. Call back set.
Note from MediConnect 5/22/2007 12:58:57 PM MT
Callback set for 5/25/2007
Forwarded to SBUTCHER.
Note from MediConnect 5/21/2007 3:39:39 PM MT
Callback set for 5/22/2007.
Attendant took a message for the doctor. Call back set.
Note from MediConnect 5/21/2007 3:08:18 PM MT
Callback set for 5/24/2007.
Forward to VBOSWORTH
Note from MediConnect 5/16/2007 11:28:14 AM MT
Callback set for 5/21/2007.
Note from MediConnect 5/11/2007 10:46:34 AM MT
Callback set for 5/16/2007.
Forward to VBOSWORTH
Note from MediConnect 5/10/2007 4:23:00 PM MT

Callback set for 5/11/2007 9:00:00 AM.
I spoke with Elana. She advised that they don't have anyone in Medical Records and

correspondence regarding these requests is handled through the doctor. She advised that he is
with patients and took a message. I left a detailed message and a polite reminder to fax the
records ASAP as this request is well over a year old. Call back the next business day.
Note from MediConnect 5/10/2007 4:04:03 PM MT
Callback set for 5/10/2007 4:15:00 PM.
Was advised to try back in 5 minutes.
Note from MediConnect 5/9/2007 3:37:02 PM MT
Callback set for 5/10/2007.
Lilliana took a message for medical records.
Note from MediConnect 5/8/2007 7:33:14 AM MT
Callback set for 5/9/2007.
I called and went to voicemail, I also faxed a note stating that they have had more than the HIPAA
law allows to send records and will send this as facility rejected if we do not have the records by
the end of the day. VB
Note from MediConnect 5/4/2007 2:41:42 PM MT
Callback set for 5/8/2007.
Spoke with Isareal, The MR's person is out and a call back has been set
Note from MediConnect 5/2/2007 9:19:21 AM MT
Callback set for 5/4/2007.
FORWARD TO SBUTCHER
Note from MediConnect 4/30/2007 8:38:58 AM MT
Callback set for 4/30/2007 10:45:00 AM.
The office is not open yet. Call back set.
Note from MediConnect 4/30/2007 8:31:50 AM MT
Callback set for 5/2/2007.
FORWARD TO SBUTCHER
Note from MediConnect 4/26/2007 3:41:07 PM MT
Callback set for 4/30/2007.
FORWARD TO SBUTCHER
Note from MediConnect 4/25/2007 3:31:13 AM MT
Callback set for 4/26/2007.
FORWARD TO SBUTCHER
Note from MediConnect 4/23/2007 3:42:41 PM MT
Callback set for 4/25/2007.
FORWARD TO SBUTCHER
Note from MediConnect 4/20/2007 8:07:25 AM MT
Callback set for 4/25/2007.
Copy service verified that chart still not ready they stated they will call us back when it is ready to
get copied, will follow up next week to check status.
Note from MediConnect 4/19/2007 2:30:23 PM MT
Callback set for 4/20/2007.
Medical records is gone for the day. Call back set
Note from MediConnect 4/18/2007 1:46:23 PM MT
Callback set for 4/18/2007 2:22:22 PM.
Female attendant stated the office is out to lunch. Call back set.
Note from MediConnect 4/18/2007 11:27:33 AM MT
Callback set for 4/18/2007 2:00:00 PM.
Note from MediConnect 4/18/2007 6:26:04 AM MT
Callback set for 4/19/2007.
Forwarded to VBosworth
Note from MediConnect 4/13/2007 3:21:09 PM MT
Callback set for 4/18/2007.
Left message for doctors office. Forwarded to VBosworth. SR
Note from MediConnect 4/13/2007 3:12:53 PM MT
Callback set for 4/16/2007.
The office may be closed, I received no answer.
Note from MediConnect 4/11/2007 11:11:24 AM MT
Callback set for 4/13/2007.
Called and spoke with Israel. Stated that the doctor would handle the request. Took message for
doctor to return call with status. Advised the age of this request. SR
Note from MediConnect 4/11/2007 10:05:26 AM MT
Callback set for 4/11/2007 11:00:00 AM.
Spoke with the answering service they said that the office is not open yet  will set call back
shortly

Note from MediConnect 4/11/2007 8:16:06 AM MT
Callback set for 4/11/2007 10:00:00 AM.
The copy service is not in the office yet. I will follow up in 2 hours.
Note from MediConnect 4/10/2007 1:47:42 PM MT
Callback set for 4/13/2007.
Copy service verified that Due to the age of this case, they have placed it in their Hot Cases for
priority processing, so they are currently rushing this case as much as possible. On Friday they
sent the doctor a note, which explains using strong language that they are well outside the legal
parameters for a records request. Unfortunately, the facility refuses to provide them with any kind
of update. Facility does not have a medical records person any longer. The doctor is handling all
requests personally and will not take any calls or call us back with any kind of update. They are
scheduled to follow up today. Will follow up later this week to check status.
Note from MediConnect 4/10/2007 4:26:07 AM MT
Callback set for 4/11/2007.
Forwarded to VBOSWORTH
Note from MediConnect 4/6/2007 8:57:31 AM MT
Callback set for 4/10/2007.
I faxed a note to the Dr advising they have had this request for almost a year and need status,
records or a refusal letter so we can take the appropriate action in obtaining these records, I will
follow up if no reply. VB
Note from MediConnect 4/4/2007 7:59:59 AM MT
Callback set for 4/9/2007.
Copy service verified that per facility they dont have a medical records contact anymore, Dr is
handling all request but will not take any calls or give any status, be advised this is now 270 days
old. Will follow up next week to check status.
Note from MediConnect 4/4/2007 7:48:23 AM MT
Callback set for 4/5/2007.
EZ/LGUPTA
Note from MediConnect 3/30/2007 7:52:02 AM MT
Callback set for 4/4/2007.
Copy service verified that they faxed FINAL follow up status report to facility stating they are
jeopardizing their patient's request. Will follow up next week to check the status.
Note from MediConnect 3/27/2007 9:41:30 AM MT
Callback set for 3/30/2007.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again by this week end.
Note from MediConnect 3/23/2007 8:11:28 AM MT
Callback set for 3/27/2007 2:00:00 PM.
As there was no update, will follow up in 2 business days.
Note from MediConnect 3/20/2007 7:51:16 AM MT
Callback set for 3/23/2007 2:00:00 PM.
Copy service verified that chart not ready. Facility stated they will call them back when it is. Will
follow up by this week end to check the status.
Note from MediConnect 3/15/2007 8:24:44 AM MT
Callback set for 3/20/2007.
DEAR REQUESTOR: Copy service verified that facility has not done anything with the chart and
that only the Dr. works on it, they will only forward message to Dr. Liskey. Be advised of huge
delays. Will follow up next week to check the status.
Note from MediConnect 3/12/2007 8:35:35 AM MT
Callback set for 3/15/2007.
Copy service verified that as per Elena, the records are not ready. Advised her that we are only
looking for all rx records, she will give message to dr. Will follow up by this week end to check the
status.
Note from MediConnect 3/7/2007 11:42:53 AM MT
Callback set for 3/12/2007
Copy service verified that as per Elena in the facility, they are still calculating fees, chart very
large. Will follow up next week to check the status.
Note from MediConnect 3/7/2007 6:49:50 AM MT
Provider Relations – CA Copy Service.
Note from MediConnect 3/2/2007 7:31:09 AM MT
Callback set for 3/7/2007.
Copy service verified that as per Elena in office, she will verify how large the chart is and if they
can finally come and copy. Will follow up next week to check the status.
Note from MediConnect 2/28/2007 8:19:32 AM MT

Callback set for 3/1/2007.
I spoke with receptionist, she stated MR was not in yet, she took a full detailed message and my
direct line, she stated they will call back in a few hours.
Note from MediConnect 2/28/2007 8:02:41 AM MT
Callback set for 3/2/2007.
As there was no update, will follow up in 2 business days.
Note from MediConnect 2/23/2007 4:21:36 AM MT
Callback set for 2/28/2007.
Copy service verified that facility will not give status any more, only taking messages for the dr.,
however dr. has not returned not one call back yet. Will follow up next week to check the status.
Note from MediConnect 2/22/2007 5:15:38 PM MT
Callback set for 2/23/2007.
Forward to BAnderson.
Note from MediConnect 2/22/2007 11:14:16 AM MT
Provider Relations -- CA Kelaar.
Note from MediConnect 2/22/2007 8:27:23 AM MT
Callback set for 2/26/2007.
Forward to BAnderson.
Note from MediConnect 2/20/2007 8:37:11 AM MT
Callback set for 2/22/2007.
Forward to BAnderson.
Note from MediConnect 2/15/2007 10:41:00 AM MT
Callback set for 2/20/2007.
I spoke with Helen. She advised the record is almost done. She requested I call back on Tuesday.
Call back set for then.
Note from MediConnect 2/13/2007 11:26:18 AM MT
Callback set for 2/15/2007.
I spoke with Tiandra. I explained that I have taken over this account and they will receive calls
from me only. I explained the status of the account. She advised she will speak with doctor, get
the status of the account and call me back. Call back set for 2 business days.
Note from MediConnect 2/9/2007 10:03:30 AM MT
Callback set for 2/13/2007.
Copy service verified that chart is still with the doctor & its not ready. Doctor is out of the office
this week. Need to call back next week. Will follow up next week to check the status.
Note from MediConnect 2/7/2007 8:35:39 AM MT
Callback set for 2/9/2007.
Copy service verified that they faxed FINAL follow up status report to facility stating they are
jeopardizing their patients request. Will follow up by this week end to check the status.
Note from MediConnect 2/5/2007 8:23:54 AM MT
Callback set for 2/7/2007.
Copy service verified that Chart is still not ready. Requested call back in 2-3 days. Will follow up in
2 business days.
Note from MediConnect 2/1/2007 7:36:12 AM MT
Callback set for 2/5/2007.
Copy service verified that as per contact, doctor was working on the chart, will get an updated
status from the doctor and call back later today. Will follow up next week to check the status.
Note from MediConnect 1/31/2007 7:38:20 AM MT
Callback set for 2/1/2007.
Forwarded to BANDERSON. Thanks.
Note from MediConnect 1/30/2007 8:48:07 AM MT
Callback set for 1/31/2007 2:00:00 PM.
Forwarded to BANDERSON
Note from MediConnect 1/29/2007 1:43:55 PM MT
Callback set for 1/30/2007 2:00:00 PM.
Forwarded to BANDERSON
Note from MediConnect 1/29/2007 10:01:38 AM MT
Provider Relations -- CA Copy Service.
Note from MediConnect 1/29/2007 8:54:57 AM MT
Callback set for 1/29/2007 10:00:00 AM.
Office not yet opened. Call back set for later today.
Note from MediConnect 1/26/2007 8:50:41 AM MT
Callback set for 1/30/2007 2:00:00 PM.
As there was no update, will follow up next week to check the status
Note from MediConnect 1/24/2007 8:13:50 AM MT

Callback set for 1/26/2007.
Copy service verified that as per doctor Liskey chart is not quite ready, asked that we call back.
Will follow up by this week end.
Note from Requestor - purters324 1/23/2007 11:04:14 AM MT
Please keep this request open. Thanks
Note from MediConnect 1/12/2007 7:01:39 PM MT
DEAR REQUESTOR: In accordance with our polices and notices, this request is set to be
cancelled in 14 calendar days due to age. The following events will occur:

1. We will notify the record custodian and ask them to cancel this request.
2. We will make an attempt to recover any fees paid by MediConnect on your behalf. **In many
cases, record custodians cannot or will not return prepaid fees on requests that are in
progress.** You will be responsible for any provider fees that MediConnect is unable to recover.
3. You will be invoiced for a cancellation fee per the standard cancellation policy.

If the record is already in progress and the effort to retrieve can not be stopped, the full retrieval
fee will be charged to you (with no cancellation fee) when the retrieval of the record is completed.
You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

-Reply to this e-mail with your reason to keep the request open
-Submit a note on the website requesting that this request remain open or
-Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.
Note from MediConnect 1/12/2007 8:06:35 AM MT
Callback set for 1/16/2007 2:00:00 PM.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 1/10/2007 8:59:13 AM MT
Callback set for 1/12/2007.
As there was no update, will follow up later in the week to check the status.
Note from MediConnect 1/3/2007 9:52:49 AM MT
Callback set for 1/10/2007.
Copy service verified that Patient called and stated he has applied for medical and they have his
chart and it will not return to the office till Jan 15th therefore; we will not be able to obtain the chart
till then. Will follow up next week to check status.
Note from MediConnect 12/27/2006 10:50:15 AM MT
Callback set for 1/3/2007.
EZ Copy has informed me that these records are still in process and should be copied on 1-15.
Note from MediConnect 12/21/2006 4:09:22 PM MT
Provider Relations -- CA Copy Service.
Note from MediConnect 12/21/2006 3:24:05 PM MT
Callback set for 12/26/2006.
Left urgent message for Bob Doctor medical records supervisor, we need a call back from him or
the doctor as this is way past due and beyond HIPPA regulated time allottment.
Note from MediConnect 12/20/2006 3:31:50 PM MT
Provider Relations – CA Copy Service.
Note from MediConnect 12/15/2006 11:43:15 AM MT
Callback set for 12/20/2006.
Copy service verified that Facility is unable to provide status at this time; left a message for a call
back with status.
Note from MediConnect 12/12/2006 10:42:18 AM MT
Callback set for 12/15/2006.
Copy service verified that the facility now states records are not being retrieved nor were they
mailed out but still on the dr desk, and dr will not update his staff nor let them give EZ an update.
Will follow up later this week to check status.
Note from MediConnect 12/7/2006 2:22:26 PM MT
Callback set for 12/7/2006 3:00:00 PM.
The office is out for lunch; set call back for 1 hour to follow-up.
Note from MediConnect 12/7/2006 2:19:37 PM MT
Callback set for 12/12/2006.
Copy service verified that Contact in charge of Medical Records is out of office today. Need to

# Exhibit B - 3

follow up tomorrow. Will follow up next week to check status.
Note from MediConnect 12/4/2006 8:46:12 AM MT
Callback set for 12/7/2006.
Copy service verified that records were not mailed out yet, staff was confused as to what time
frame was needed, Bob will be going to storage to collect the remaining records for patient, will
follow up later this week to check status.
Note from MediConnect 11/29/2006 11:45:35 AM MT
Callback set for 12/4/2006.
Contact in charge of Medical Records is out of office today. Need to follow up tomorrow.
Note from MediConnect 11/20/2006 9:01:16 AM MT
Callback set for 11/29/2006.
Copy service verified that Per Bob, the records were sent to copy service on 11/14. Will follow up
next week to check status.
Note from Requestor - purters324 11/17/2006 1:39:40 PM MT
Any and all DOS for Pharmacy Profiles or any Pharmacy Records. Thanks
Note from MediConnect 11/16/2006 3:03:52 PM MT
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
Note from MediConnect 11/16/2006 2:06:57 PM MT
DEAR REQUESTOR: I spoke with BOB he said that he will not mail out all the records again but
wants to know what records you are wanting on the patient. Dates and Types of records. Please
let me know so I can continue on this request.
Note from MediConnect 11/16/2006 1:33:02 PM MT
Callback set for 11/16/2006.
CALL CENTER: Please read previous note and proceed. thank you
Note from Requestor - purters324 11/16/2006 1:27:49 PM MT
Please continue to try to retrieve these records. Thanks
Note from MediConnect 11/13/2006 9:17:14 AM MT
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
Note from MediConnect 11/13/2006 8:09:10 AM MT
Copy service verified that they left another message for doctor Liskey with his staff, they tell us
they keeping giving the doctor all the message but he will not call EZ back or take any of our calls
himself, be advised this is the main cause of delay. Please advise how to proceed. Thanks.
Note from MediConnect 11/8/2006 9:52:42 AM MT
Callback set for 11/13/2006.
Resetting call back.
Note from MediConnect 11/8/2006 8:20:34 AM MT
Callback set for 11/13/2006.
As per the copy service, facility states only Dr Liskey knows why he still has not released records
facility states that Doctor is not available and we will have to call back every hour until doctor is
available, being very difficult. Will follow up next week to check status.
Note from MediConnect 11/3/2006 10:15:26 AM MT
Callback set for 11/8/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 10/31/2006 8:20:26 AM MT
Callback set for 11/3/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again later this week.
Note from MediConnect 10/26/2006 11:05:49 AM MT
Callback set for 10/31/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again later this week.
Note from MediConnect 10/23/2006 7:48:10 AM MT
Callback set for 10/26/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again later this week.
Note from MediConnect 10/18/2006 10:33:55 AM MT
Callback set for 10/23/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 10/13/2006 9:34:33 AM MT

Callback set for 10/18/2006.

I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. If records are not received, I will check back for a new update again on 10/18.
Note from MediConnect 10/13/2006 9:08:44 AM MT
Callback set for 10/13/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. I will check back for a new update again on 10/13.
Note from MediConnect 10/4/2006 8:51:03 AM MT
Callback set for 10/10/2006.
EZ copy has informed me that the person who handles medical records for this clinic is out on vacation till 10/09 and this is causing for a great delay. We will continue to follow up.
Note from MediConnect 9/27/2006 9:41:53 AM MT
Callback set for 10/4/2006.
EZ copy has informed me that the person who handles medical records for this clinic is out on vacation and this is causing for a great delay. We will continue to follow up.
Note from MediConnect 9/27/2006 8:32:10 AM MT
Callback set for 10/2/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. I will check back for a new update again on 10/02.
Note from MediConnect 9/22/2006 10:15:21 AM MT
Callback set for 9/27/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. I will check back for a new update again on 09/27.
Note from MediConnect 9/18/2006 8:55:10 AM MT
Callback set for 9/22/2006.
As per EZ copy service, contact person is on Vacation for a month, trying to talk to the Doctor. They left an urgent message for the doctor. Will follow up later this week to check status.
Note from MediConnect 9/13/2006 8:20:23 AM MT
Callback set for 9/18/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again next week.
Note from MediConnect 9/8/2006 9:35:53 AM MT
Callback set for 9/13/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again next week.
Note from MediConnect 9/8/2006 9:15:36 AM MT
Provider Relations – CA Copy Service.
Note from MediConnect 8/31/2006 8:30:19 AM MT
Callback set for 9/8/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again next week.
Note from MediConnect 8/28/2006 11:06:39 AM MT
Callback set for 8/31/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again next week.
Note from MediConnect 8/23/2006 7:12:16 AM MT
Callback set for 8/28/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. If records are not received, I will check back for a new update again on 08/28..
Note from MediConnect 8/18/2006 8:46:41 AM MT
Callback set for 8/23/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready for copy. If records are not received, I will check back for a new update again on 08/23.
Note from MediConnect 8/15/2006 9:57:54 AM MT
Callback set for 8/18/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again this week.
Note from MediConnect 8/10/2006 9:18:03 AM MT
Callback set for 8/15/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again this week.
Note from MediConnect 8/7/2006 8:39:20 AM MT
Callback set for 8/10/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check back again this week.

Note from MediConnect 8/2/2006 10:18:55 AM MT
Callback set for 8/7/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 7/28/2006 9:35:32 AM MT
Callback set for 8/2/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 7/25/2006 3:42:51 PM MT
Callback set for 7/28/2006.
Chart is not ready for copying. Will check back on 07/28.
Note from MediConnect 7/20/2006 8:50:10 AM MT
Callback set for 7/25/2006.
I have checked the update @ EZ COPY. It states these records are still in process. I will check
back again next week.
Note from MediConnect 7/17/2006 9:37:29 AM MT
Callback set for 7/20/2006.
I have checked the update @ WESTSIDE COPY. It states these records are still in process. I will
check back again next week.
Note from MediConnect 7/12/2006 10:26:57 AM MT
Callback set for 7/17/2006.
I have checked the status update @ EZ COPY. It shows this request as in process and not ready
for copy. If records are not received, I will check back for a new update again on 07/17.
Note from MediConnect 7/7/2006 12:34:36 PM MT
Callback set for 7/12/2006.
I have received confirmation of the receipt of this request from EZ COPY and will set this out to
give time to process. I will check back again next week.
Note from MediConnect 7/6/2006 1:39:18 PM MT
Callback set for 7/10/2006.
I have faxed this request over to RENEE @ EZCOPY and will note confirmation once received.
Note from MediConnect 7/6/2006 12:34:57 PM MT
Provider Relations -- CA Copy Service. Spoke with Ron, we need to send a copy service to copy
the records. SB
Note from MediConnect 7/5/2006 10:11:03 AM MT
Callback set for 7/6/2006 12:00:00 PM.
Reached the answering service this office is now closed. I will call back later today. nevans
Note from MediConnect 6/28/2006 11:16:22 AM MT
Callback set for 7/3/2006.
Tionda, verified that they received the request. I will follow up for status next week. nevans
Note from MediConnect 6/28/2006 10:01:55 AM MT
Callback set for 6/28/06 10:30:00 AM.
The office is not open yet today. They open at 9:30. CGRAFF
Note from MediConnect 6/27/2006 5:22:42 PM MT
Busy.
Note from MediConnect 6/26/2006 4:53:37 PM MT
Callback set for 6/27/2006.
Reached the answering service. They verified the fax # so I faxed over the request. I will follow up
in 1 business day. nevans
Note from MediConnect 6/26/2006 1:16:28 PM MT
An authorization has been scanned for this request.
Note from MediConnect 6/23/2006 8:29:54 AM MT
The following information was changed on this request:

Record set to unsorted.
No paper copy requested.



# Exhibit B - 4

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-109122 | Status | CANCELED |
| Requested | 10/26/2007 6:22:46 AM | Completed | 2/5/2008 7:11:19 PM |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Stevenson, Robert J | | |
| Gender | | AKA | |
| Date of Birth | | Social Security # | xxx-xx-5435 |
| Case Number | 200700056430 | | |

### Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Drug Litigation |
| Dates of Service | 9/1/2001-9/10/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Progress Notes; Labs; Diagnostic Test Results; Consultations |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | DR. JOHN GILLOTA | Doctor | GILLOTA, JOHN |
| Address | 2614 REMSEN ROAD | Phone | 316 464-9088 |
| City, State ZIP | MEDINA, OH 44256 | Fax | |

### Notes

**Note from MediConnect 2/5/2008 7:11:19 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

If you wish to have this request remain open please do one of the following:

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 11/7/2007 7:29:00 AM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do. Thankyou

**Note from MediConnect 11/7/2007 7:27:59 AM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do. Thankyou

**Note from MediConnect 11/7/2007 6:46:09 AM MT**
I called 330-239-2686, I reached Dr. Gillota's home, he stated he has been retired for seven years and does not remember this patient, and would not give any further information. Please review and advise. Thanks

**Note from MediConnect 11/6/2007 2:07:59 PM MT**
Please try-330-239-2686

**Note from MediConnect 11/6/2007 12:11:13 PM MT**
Spoke with the receptionist at 937-208-2020 who advised that there is no Dr. John Gillota who practices there and she had never heard of the name before. Please locate a correct number so

that we may proceed.
Note from MediConnect 11/5/2007 2:41:28 PM MT
Callback set for 11/6/2007.
Office is currently closed. Call back is set for one business day.
Note from MediConnect 11/2/2007 4:16:10 PM MT
Callback set for 11/5/2007.
The office is closed for the day. Call back set.
Note from MediConnect 11/2/2007 1:36:17 PM MT
Please Try:- 937-208-2020

Note from MediConnect 11/2/2007 12:49:55 PM MT
A recorded message states this number has been disconnected and there is no other information
available. Please provide another number in order to proceed.
Note from MediConnect 11/2/2007 12:46:45 PM MT
CC:- Please try again @ 440-526-5222
Note from MediConnect 11/2/2007 11:18:48 AM MT
This is Gillota Incorporated. It is a company that handles Petrolium. The lady I spoke with stated
that Dr. John Gillota had retired about 5 or 6 years ago, at least that is what she thought. Please
see if you can find the doctors home phone number, so we may find out where his records are
located. Thank you.
Note from MediConnect 11/1/2007 1:55:44 PM MT
Please try:-216-241-3428
Note from MediConnect 11/1/2007 12:27:59 PM MT
I spoke with Britany who said that Dr. John Gillota does not work at this facility. Please provide a
new number.
Note from MediConnect 10/31/2007 4:22:44 PM MT
Callback set for 11/1/2007.
The office is closed for the day. Call back set.
Note from MediConnect 10/30/2007 2:39:24 PM MT
Callback set for 10/31/2007.
Callback has been set for office hours.
Note from MediConnect 10/30/2007 10:56:43 AM MT
The provider information for this request was changed. The original information was:
DR. JOHN GILLOTA
JOHN GILLOTA
2614 REMSEN ROAD
MEDINA, OH 44256
216-526-5222

The new provider information is:
DR. JOHN GILLOTA
JOHN GILLOTA
2614 REMSEN ROAD
MEDINA, OH 44256
318-484-9588
Note from MediConnect 10/29/2007 2:53:43 PM MT
This number has been disconnected. Please provide another number.
Note from MediConnect 10/29/2007 12:43:31 PM MT
CC: Please try 440-526-5222
Note from MediConnect 10/29/2007 8:57:41 AM MT
Home number. Will you please provide another number. Thanks
Note from MediConnect 10/29/2007 12:22:09 AM MT
An authorization has been scanned for this request.
Note from MediConnect 10/28/2007 8:41:45 AM MT
Retrieval Services: Updated provider phone number. Please proceed with this request.
Note from MediConnect 10/28/2007 8:41:40 AM MT

The provider information for this request was changed. The original information was:
DR. JOHN GILLOTA
JOHN GILLOTA
2614 REMSEN ROAD
MEDINA, OH 44256

The new provider information is:

# Exhibit B - 4

Request - Details                                                                                   Page 3 of 3

DR. JOHN GILLOTA
JOHN GILLOTA
2614 REMSEN ROAD
MEDINA, OH 44256
216-526-5222



## Request Status

| Request ID | S324-114948 | Status | | INCORRECT AUTH |
|---|---|---|---|---|
| Requested | 3/19/2008 9:15:23 AM | Completed | | |

## Patient Information

| Name | Raub, Rosezella | | |
|---|---|---|---|
| Gender | | AKA | |
| Date of Birth | | Social Security # | xxx-xx-1006 |
| Case Number | 200400259550 | | |

## Record Information

| Record Type | PHARMACY |
|---|---|
| Intended Use | Plaintiff Drug Litigation |
| Dates of Service | 6/1/1999 to 9/30/2004 (Include any archived records for same period.) |
| Types of Info. | Pharmacy profile |
| Instructions to Provider | |

## Services and Options

| Rush | Yes | Sort Type | None |
|---|---|---|---|
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

## Requestor Information

| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
|---|---|---|---|
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x468 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| Provider Name | WALGREEN'S CORPORATE OFFICE | Doctor | ATTN. CUSTODIAN OF RECORDS |
|---|---|---|---|
| Address | 1901 EAST VOORHEES STREET | Phone | 847-914-2500 |
| City, State ZIP | DANVILLE, IL 61834 | Fax | 217-554-8955 |

## Notes

Interoffice note - purters324 10/27/2008 12:45:57 PM MT
Spoke with clients rep. she will be faxing MPOA asap. cj1
Interoffice note - purters324 10/27/2008 8:40:17 AM MT
Called client for MPOA. No Answer LMOM. cj1
Interoffice note - purters324 10/8/2008 3:18:35 PM MT
Client is on MPOA spreadsheet. cj1
Note from MediConnect 9/29/2008 4:57:57 PM MT
This is a General POA and this facility requires a Healthcare POA.
Note from MediConnect 9/29/2008 8:05:54 AM MT
An authorization has been scanned for this request.
Interoffice note - purters324 9/9/2008 10:42:51 AM MT
E-mail to Matt Yarema for further instructions
Interoffice note - purters324 8/18/2008 7:11:27 AM MT
On Angie Faust PTO 35 list.
Note from MediConnect 8/12/2008 11:10:46 AM MT
This facility requires a Healthcare POA if the patient is not deceased and did not sign the auth.
Note from MediConnect 8/12/2008 10:13:22 AM MT
Callback set for 8/12/2008.
Received notification from provider stating that they are unable to process our request. They require a healthcare POA.
Note from MediConnect 8/7/2008 1:36:02 PM MT
797041755578 Delivered at 8-7-2008 9:40 AM UTC-6 Address South Jordan, UT 84095
Note from MediConnect 8/7/2008 1:34:47 PM MT
797041755578 Delivered at 8-7-2008 9:40 AM UTC-6 Address South Jordan, UT 84095
Note from MediConnect 8/7/2008 1:34:47 PM MT
797041755578 Delivered at 8-7-2008 9:40 AM UTC-6 Address South Jordan, UT 84095

Note from MediConnect 8/7/2008 9:33:02 AM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/7/2008 9:31:44 AM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/7/2008 9:31:44 AM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/6/2008 5:36:26 PM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/6/2008 5:36:02 PM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/6/2008 5:35:12 PM MT
797041755578 Picked up at 8-6-2008 3:05 PM UTC-6 Address URBANA, IL 61801
Note from MediConnect 8/4/2008 1:34:31 PM MT
796042655851 Delivered at 8-4-2008 9:41 AM UTC-6 Address DANVILLE, IL 61832
Note from MediConnect 8/4/2008 1:33:34 PM MT
796042655851 Delivered at 8-4-2008 9:41 AM UTC-6 Address DANVILLE, IL 61832
Note from MediConnect 8/4/2008 1:33:34 PM MT
796042655851 Delivered at 8-4-2008 9:41 AM UTC-6 Address DANVILLE, IL 61832
Note from MediConnect 8/4/2008 9:33:14 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/4/2008 9:32:27 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/4/2008 9:32:20 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/2/2008 9:31:06 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/2/2008 9:30:09 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/2/2008 9:30:08 AM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/1/2008 5:31:38 PM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/1/2008 5:30:46 PM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/1/2008 5:30:42 PM MT
796042655851 Picked up at 8-1-2008 4:36 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/1/2008 12:21:16 PM MT
Tracking Number: 797041755578
Note from MediConnect 8/1/2008 12:21:15 PM MT
Tracking Number: 796042655851
Note from MediConnect 8/1/2008 11:29:50 AM MT
Callback set for 8/14/2008.
I mailed the request and prepayment. I will set callback for 14 business days.
Note from MediConnect 8/1/2008 11:29:03 AM MT
A prepay was issued by MediConnect to:
Walgreens
1901 EAST VOORHEES STREET
MAIL STOP 735
DANVILLE, IL 61332
The check was sent via EXPRESS mail.
Provider invoice:
Note from MediConnect 8/1/2008 10:12:18 AM MT
Call Center: The power of attorney has been appended. Please proceed to obtain records. Thank
you, Customer Service.
Note from MediConnect 8/1/2008 10:11:16 AM MT
An authorization has been scanned for this request.
Interoffice note - purters324 8/1/2008 6:42:34 AM MT
Power of Attorney faxed to Jay Hunt@ Mediconnect.
Interoffice note - purters324 8/1/2008 6:42:34 AM MT
Power of Attorney faxed to Jay Hunt@ Mediconnect.

Note from MediConnect 7/28/2008 8:38:39 AM MT
Dear Requestor: We apologize for the inconvenience. Unfortunately we have not received the
power of attorney. Please fax or email it directly to me at 800-316-2472 or
jhunt@mediconnect.net. Thank you.
Note from Requestor - purters324 7/25/2008 12:49:38 PM MT
Have you all not received the power of attorney that was faxed to you all? Thank you
Interoffice note - purters324 7/18/2008 10:59:39 AM MT
Power of attorney has been faxed to med connect today.
Interoffice note - purters324 7/1/2008 1:27:43 PM MT
Power of attorney faxed to Mediconnect today.
Note from MediConnect 6/16/2008 11:16:54 AM MT
Dear Requestor: Thank you for your note. Leaving the request in incorrect Auth status until the
power of attorney is received. Thank you.
Note from Requestor - purters324 6/16/2008 6:15:36 AM MT
Power of attorney has been faxed to you again today. Please associate the power of attorney with
this request. Thank You
Note from MediConnect 6/2/2008 3:07:09 PM MT
Dear Requestor: Thank you for your note. We will leave this in Incorrect Auth status until we
receive the documentation you mentioned.
Customer Service
Note from Requestor - purters324 6/2/2008 2:53:02 PM MT
POA has been faxed. Thanks
Note from MediConnect 5/19/2008 10:37:01 AM MT
This facility requires legal documentation when the auth is not signed by the patient. If the patient
is deceased they require the death certificate and if the auth is not signed by the spouse they
require estate papers or an Affidavit of relationship along with the death certificate. If the patient is
not deceased they require a healthcare POA.
Note from MediConnect 5/16/2008 3:20:38 PM MT
Callback set for 5/16/2008.
Received notification from provider stating that they are unable to process our request due to:
Additional supporting documentation is required as the authorization has been signed by someone
other than the patient.
Note from MediConnect 5/16/2008 9:41:18 AM MT
Callback set for 5/23/2008.
This request has not been logged in yet. I will follow up in a few days.
Note from MediConnect 5/9/2008 11:43:46 AM MT
Callback set for 5/16/2008.
This request has not been logged in yet. I will follow up in a few days.
Note from MediConnect 5/9/2008 7:49:12 AM MT
Provider Relations -- Walgreens Pharmacy.
Note from MediConnect 5/7/2008 1:43:58 PM MT
Callback set for 5/12/2008.
Check # 326441 has been sent Fed-X with the request. Call back has been set for 3 business
days.
Note from MediConnect 5/7/2008 9:10:30 AM MT
Callback set for 5/12/2008.
I e-mailed accounting to re-mail the prepayment cut again with the updated auth. I will follow up in
a few days.
Note from MediConnect 5/7/2008 7:50:16 AM MT
Provider Relations -- Walgreens Pharmacy.
Note from MediConnect 5/6/2008 4:26:43 PM MT
An authorization has been scanned for this request.
Note from Requestor - purters324 5/6/2008 12:42:11 PM MT
Court ordered auth sent to baauths. Thanks
Note from MediConnect 4/24/2008 3:14:51 PM MT
This facility requires legal documentation when the auth is not signed by the patient. If the patient
is deceased they require the death certificate and if the auth is not signed by the spouse they
require estate papers or an Affidavit of relationship along with the death certificate. If the patient is
not deceased they require a healthcare POA
Note from MediConnect 4/24/2008 7:36:50 AM MT
Provider Relations -- Walgreens Pharmacy.
Note from MediConnect 4/17/2008 3:38:10 PM MT

MCN check #326441 returned to Mediconnect (Incorrect Auth) Accounting will hold check until
correct Auth. is recieved. (e-mail accounting team when auth. is received.) I gave documentation
to the account manager.
Note from MediConnect 4/7/2008 10:32:59 AM MT
Callback set for 4/25/2008.
I mailed the request and prepayment. I will set callback for 14 business days.
Note from MediConnect 4/7/2008 10:30:47 AM MT
A prepay was issued by MediConnect to:
**Walgreen'S**
1901 EAST VOORHEES ST. MAIL STOP 735

DANVILLE, IL 61832
The check was sent via EXPRESS mail.
Provider Invoice:
Note from MediConnect 4/7/2008 9:16:29 AM MT
An authorization has been scanned for this request.
Note from MediConnect 3/28/2008 7:34:53 AM MT
Provider Relations -- Walgreens Pharmacy.
Note from MediConnect 3/28/2008 7:34:48 AM MT
This facility requires a healthcare POA.
Note from MediConnect 3/27/2008 3:51:16 PM MT
An authorization has been scanned for this request.
Note from Requestor - purters324 3/27/2008 12:02:25 PM MT
I am sencing to baauths the spec. ma and to POA - deb
Note from MediConnect 3/25/2008 10:28:05 AM MT
Dear Requestor: Thank you for your note, this request will remain in Incorrect Auth status until we
receive the authorization from you. Thank you
Note from Requestor - purters324 3/22/2008 6:53:54 AM MT
fedex sent by Pam
Note from Requestor - purters324 3/22/2008 6:52:35 AM MT
ma feox to client
Note from MediConnect 3/21/2008 1:47:35 PM MT
Set callback to 4/21/2008 to follow up with requestor.
Note from MediConnect 3/21/2008 1:47:32 PM MT
Special authorization e-mailed to:
lasonya.purter@beasleyallen.com
Note from MediConnect 3/21/2008 1:47:25 PM MT
Dear Requestor- We have been advised by this provider that a special authorization is required in
order for us to retrieve the records. I have emailed this auth to you at the address that we have on
file. Please fax or mail it back to us when it is completed to 888-489-8706 or
auths@mediconnect.net; please be sure to include the tracking number with the completed
authorization.
Thank you, Customer Service
Note from MediConnect 3/20/2008 12:56:49 PM MT
Dear Requestor: This facility requires their own HIPPA compliant authorization to be completed.
We have this on file. Please complete this authorization so we may proceed. Thank you.
Note from MediConnect 3/20/2008 9:07:10 AM MT
Provider Relations -- Walgreens Pharmacy.
Note from MediConnect 3/20/2008 7:51:03 AM MT
An authorization has been scanned for this request.



## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-123619 | Status | RESEARCH |
| Requested | ████ 11:24:06 AM | Completed | |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Robinson, Vera | | |
| Gender | | AKA | |
| Date of Birth | ████ | Social Security # | xxx-xx-7415 |
| Case Number | 200500027549 | | |

### Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plaintiff Drug Litigation |
| Dates of Service | 2/1/2000- 4/30/2001 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Any and ALL |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | CARDIOLOGY ASSOCIATES OF NORTH MISSISSIPPI | Doctor | |
| Address | 499 GLOSTER CREEK VLG | Phone | 662-620-6801 |
| City, State ZIP | TUPELO, MS 38801 | Fax | 662-620-6938 |

### Notes

Interoffice note - purters324 10/30/2008 3:09:28 PM MT
POA was attached to the auth on 9/25/2008. cj1
Note from MediConnect 10/30/2008 8:51:19 AM MT
An authorization has been scanned for this request.
Note from MediConnect 10/30/2008 7:55:08 AM MT
Callback set for 10/31/2008.
The fax failed due to the line being busy.  have faxed the request to the previously verified number. Callback set for 1 business day.
Note from MediConnect 10/29/2008 2:30:36 PM MT
Callback set for 10/30/2008
I called 662-620-6801 and spoke with Debbie in the Medical Records department. She verified the fax number. I faxed the request to the attention of Medical Records. Callback set for 1 business day
Note from MediConnect 10/29/2008 2:11:43 PM MT
An authorization has been scanned for this request.
Interoffice note - purters324 10/23/2008 2:37:56 PM MT
Spoke with client, awaiting MPOA. cj
Interoffice note - purters324 10/10/2008 2:56:59 PM MT
Contacting client need updated MPOA. Added to spreadsheet. cj1
Note from MediConnect 10/3/2008 12:32:16 PM MT
I spoke with Debbie; she stated authorization was received. She advised this was rejected because they need the power of attorney by the person that signed it. Please update. Thanks
Note from MediConnect 10/1/2008 1:49:06 PM MT
796089657793 Delivered at 10-1-2008 1:49 PM UTC-6 Address TUPELO, MS 38801
Note from MediConnect 10/1/2008 1:48:40 PM MT
796089657793 Delivered at 10-1-2008 1:49 PM UTC-6 Address TUPELO, MS 38801

Request - Details

# Exhibit B - 6

Note from MediConnect 10/1/2008 1:47:50 PM MT
796089657793 Delivered at 10-1-2008 1:49 PM UTC-6 Address TUPELO, MS 38801
Note from MediConnect 10/1/2008 1:47:50 PM MT
796089657793 Delivered at 10-1-2008 1:49 PM UTC-6 Address TUPELO, MS 38801
Note from MediConnect 9/30/2008 5:49:16 PM MT
796089657793 Picked up at 9-30-2008 4:26 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/30/2008 5:48:29 PM MT
796089657793 Picked up at 9-30-2008 4:26 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/30/2008 5:47:34 PM MT
796089657793 Picked up at 9-30-2008 4:26 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 0/30/2008 5:47:32 PM MT
796089657793 Picked up at 9-30-2008 4:26 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/30/2008 1:44:59 PM MT
Callback set for 10/3/2008.
I spoke with Debbie; she stated to mail this out sense fax did not get received. She stated they do
not use a copy service. They will invoice us in 3 business days once this is received. Call set back
3 business days.
Note from MediConnect 9/30/2008 1:42:42 PM MT
Tracking Number: 796089657806
Note from MediConnect 9/30/2008 1:42:41 PM MT
Tracking Number: 796089657793
Note from MediConnect 9/29/2008 3:01:54 PM MT
Callback set for 9/30/2008.
Faxed a status check to verify the request was received as they are not accepting phone calls.
Set call back for 1 business day.
Note from MediConnect 9/26/2008 7:44:00 AM MT
Callback set for 9/29/2008.
I called and reached an automated voicemail in medical records. This facility was verified. This
stated to fax all authorizations over at 662-620-8638. They said due to the call volume and work
load they were unable to answer calls. Call set back 7 business days.
Note from MediConnect 9/25/2008 3:32:09 PM MT
An authorization has been scanned for this request.
Interoffice note - purters324 9/25/2008 1:07:33 PM MT
Auth sent cj1



# Exhibit B - 7

■

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-123134 | Status | INCORRECT AUTH |
| Requested | 8/27/2008 10:32:30 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Brazier, Carl | | |
| Gender | | AKA | |
| Date of Birth | | Social Security # | xxx-xx-8389 |
| Case Number | 200400255212 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 09/01/2001-09/31/2002 (On-site and unarchived only.) |
| Types of Info, Instructions to Provider | All Neurologist follow up records, progress notes, consults, diagnostic test, procedure reports, labs |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | REDMOND PARK HOSPITAL | Doctor | |
| Address | 501 REDMOND ROAD ATTN: MEDICAL RECORDS DEPT | Phone | 706-291-0291 |
| City, State ZIP | ROME, GA 30165 | Fax | |

## Notes

Note from MediConnect 10/29/2008 7:14:00 AM MT
I spoke with Connie; she stated she had not received the power of attorney or executor of state yet. Please review and advice. Thanks

Note from MediConnect 10/28/2008 8:26:40 AM MT
Callback set for 10/28/2008.
CC: Please see previous requestor note and contact facility. Thank you

Note from Requestor - purters324 10/28/2008 8:19:18 AM MT
Documents sent directly to facility please contact facility to see if they have associated them. Thanks rj1

Interoffice note - purters324 10/9/2008 8:27:57 AM MT
On Angie's PTO35 List pending documents.

Note from MediConnect 10/8/2008 8:36:43 AM MT
Dear Requestor : - Facility requires supporting documents if the authorization is not signed by the patient. Please provide us the power of attorney or executor of state in order to proceed. Thank You.

Note from MediConnect 10/8/2008 8:33:07 AM MT
Dear Customer Service: Angel called and she confirmed the receipt of request. She stated that the authorization is not fine to release the records. The authorization is signed by the patient, so they need the Power of Attorney, Letter of Executor, which would authorize him to sign the authorization. Please provide these supporting documentation so we can proceed. Thank you

Note from MediConnect 10/8/2008 8:27:28 AM MT
Callback set for 10/13/2008.
I called 706-802-3945 and spoke with Connie who said that they did receive this request. She has not had a chance to verify if it is acceptable. I have set the callback for 3 business days to allow time for this to be accepted and processed.

Note from MediConnect 10/6/2008 9:01:46 AM MT

Callback set for 10/8/2008.
Spoke with Connie in the medical records department who verified the request has not been
received. She stated it usually takes a few days for it to be entered into their system. We will
follow up in 2 business days.
Note from MediConnect 10/3/2008 9:50:55 AM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/3/2008 9:50:55 AM MT
796089825304 Delivered at 10-3-2008 9:25 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 10/3/2008 9:50:07 AM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/3/2008 9:50:07 AM MT
796089825304 Delivered at 10-3-2008 9:25 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 10/3/2008 9:49:15 AM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/3/2008 9:49:15 AM MT
796089825304 Delivered at 10-3-2008 9:25 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 10/3/2008 9:49:14 AM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/3/2008 9:49:14 AM MT
796089825304 Delivered at 10-3-2008 9:25 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 10/2/2008 5:51:05 PM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/2/2008 5:49:48 PM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/2/2008 5:48:56 PM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/2/2008 5:48:56 PM MT
796089825304 Picked up at 10-2-2008 4:29 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 10/2/2008 1:51:58 PM MT
Callback set for 10/7/2008.
I have mailed up-dated authorization to verified address. Setting call back for 3 business days.
Note from MediConnect 10/2/2008 1:51:03 PM MT
Tracking Number: 796089825315
Note from MediConnect 10/2/2008 1:51:02 PM MT
Tracking Number: 796089825304
Note from MediConnect 10/2/2008 1:38:17 PM MT
CC: The death certificate has been removed. Please proceed with this request. Thank you,
Customer Service.
Note from MediConnect 10/2/2008 1:37:47 PM MT
An authorization has been scanned for this request.
Note from MediConnect 10/2/2008 12:53:38 PM MT
Forwarded to Internal Team.
Note from MediConnect 10/2/2008 12:02:31 PM MT
DEAR REQUESTOR: Please remove the death certificate for Michael Anthony Farley so that we
may send the request to the provider. Thank you.
Note from MediConnect 10/2/2008 9:52:20 AM MT
An authorization has been scanned for this request.
Interoffice note - purters324 10/2/2008 7:36:34 AM MT
Updated authorization sent to Mediconnect.
Note from MediConnect 9/30/2008 11:54:32 AM MT
Dear Requestor: The authorization that was sent to the provider is not valid. The death certificate
attached is for Michael Farley. The authorization is signed by Carl Brazier and dated 9/2/08. The
provider has indicated that if this patient is deceased, they will need a copy of his death certificate
as well as the Executor of Estate papers. Also, they were inquiring how the authorization could be
signed by the patient if he is deceased. Please provide an updated authorization as well as the
needed papers in order to proceed with this request. Thank you.
Note from MediConnect 9/26/2008 1:00:40 PM MT
Callback set for 9/30/2008.
Called 706-802-3945 and spoke with Connie, she stated that the requests for this week were not
logged in and to call on Tuesday. Set call back to 2 business days
Note from MediConnect 9/24/2008 7:03:49 AM MT

Callback set for 9/26/2008.
Called at 706-802-3945 and spoke with Connie, she indicated that they had not received the
request with updated authorization yet. She said that the last request they received, was rejected.
She was not sure when they received the last request. Informed her that we mailed the updated
request (with the death certificate) on 09/22 through FedEx. She indicated that it was not logged
in their system yet. Their turnaround time is 1 week and if they would have to retrieve the records
from storage, then it can take up to 2 weeks. She works for the copy service. Confirmed their
mailing address. Will follow up in 2 business days.
Note from MediConnect 9/23/2008 9:49:26 AM MT
796089332200 Delivered at 9-23-2008 9:42 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 9/23/2008 9:48:22 AM MT
796089332200 Delivered at 9-23-2008 9:42 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 9/23/2008 9:47:54 AM MT
796089332200 Delivered at 9-23-2008 9:42 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 9/23/2008 9:47:54 AM MT
796089332200 Delivered at 9-23-2008 9:42 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 9/22/2008 5:47:20 PM MT
796089332200 Picked up at 9-22-2008 4:27 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/22/2008 5:46:11 PM MT
796089332200 Picked up at 9-22-2008 4:27 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/22/2008 5:45:40 PM MT
796089332200 Picked up at 9-22-2008 4:27 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/22/2008 5:45:40 PM MT
796089332200 Picked up at 9-22-2008 4:27 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 9/22/2008 11:18:52 AM MT
Callback set for 9/25/2008.
I mailed updated authorization to verified address. Call set back 3 business days.
Note from MediConnect 9/22/2008 11:17:31 AM MT
Tracking Number: 796089332210
Note from MediConnect 9/22/2008 11:17:30 AM MT
Tracking Number: 796089332200
Note from MediConnect 9/22/2008 9:13:21 AM MT
Callback set for 9/22/2008 11:15:00 AM.
Spoke to Connie in medical records. Verified the address, but am unable to mail anything at this
time. Setting call back for 2 hours.
Note from MediConnect 9/19/2008 2:33:18 PM MT
An authorization has been scanned for this request.
Interoffice note - purters324 9/18/2008 2:48:35 PM MT
Sent updated auth. rj1
Note from MediConnect 9/18/2008 7:51:11 AM MT
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
Note from MediConnect 9/18/2008 7:12:48 AM MT
DEAR REQUSTOR: I spoke with Connie who said that the authorization has been rejected
because it was not signed by the patient. She said that they will need proof that the son has the
authority to sign in place of the patient. Pease advise. Thank you.
Note from MediConnect 9/17/2008 2:13:34 PM MT
Callback set for 9/18/2008 7:00:00 AM.
I called 706-802-3945 and reached the voicemail for Connie in the Release of Information
department. Their department closes at 3:00pm. I have set the callback for 1 business day.
Note from MediConnect 9/17/2008 10:53:37 AM MT
Callback set for 9/17/2008 1:00:00 PM.
I called 706-802-3945 and the line was busy. I waited and called again. The call was immediately
disconnected. I called a third time and reached the voicemail for Connie. I have set the callback
for later today in order to speak with her regarding this request.
Note from MediConnect 9/17/2008 8:45:13 AM MT
Callback set for 9/17/2008 10.45.00 AM.
Called 706-802-3945 but the line was busy at the moment. We will try back in 2 hours.
Note from MediConnect 9/17/2008 8:45:10 AM MT
Callback set for 9/17/2008 10:45:00 AM.
Attempted to contact the medical records department and reached their voicemail twice. Setting
call back for 2 hours.

# Exhibit B - 7

Request - Details                                                                                                          Page 4 of 5

Note from MediConnect 9/15/2008 8:53:38 AM MT
Callback set for 9/17/2008.
Spoke with Connie. She stated they have not received a new authorization. She would not verify
why a new authorization was needed. Will follow up in 2 business days.
Note from MediConnect 9/10/2008 10:26:05 AM MT
Callback set for 9/15/2008.
Spoke with Connie. She verified the request has been received. She hung up before I could verify
the other information. Will follow up in 3 business days.
Note from MediConnect 9/8/2008 7:35:47 AM MT
Callback set for 9/10/2008.
I called 706-802-3945 and spoke with Connie. She stated the request has not been entered into
the system. I verified the address. I set the callback for 2 business days to allow more time
for them to enter the request into their system.
Note from MediConnect 9/5/2008 11:28:11 AM MT
Callback set for 9/5/2008 1:30:00 PM.
Spoke with the operator who transferred the call to the release of information department. There
was no answer, nor an option to leave a message. We will follow up in two hours.
Note from MediConnect 9/2/2008 9:14:06 AM MT
Callback set for 9/5/2008
Called facility and spoke with Connie. She stated the request has not been received she stated it
takes up to 1 week for the request to appear in the system. We will follow up in 3 business days.
Note from MediConnect 8/29/2008 9:39:39 AM MT
797071863148 Delivered at 8-29-2008 9:38 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 8/29/2008 9:38:23 AM MT
797071863148 Delivered at 8-29-2008 9:38 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 8/29/2008 9:38:23 AM MT
797071863148 Delivered at 8-29-2008 9:38 AM UTC-6 Address ROME, GA 30165
Note from MediConnect 8/28/2008 5:40:43 PM MT
797071863148 Picked up at 8-28-2008 4:35 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/28/2008 5:39:32 PM MT
797071863148 Picked up at 8-28-2008 4:35 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/28/2008 5:39:32 PM MT
797071863148 Picked up at 8-28-2008 4:35 PM UTC-6 Address WEST VALLEY, UT 84119
Note from MediConnect 8/28/2008 7:25:44 AM MT
Callback set for 9/3/2008.
Spoke with Audrey, verified provider, address, and type of records. Office handles medical
records. Mailed request. They do use a copy service; Health Port. Set follow-up call for 3
business days.
Note from MediConnect 8/28/2008 7:24:48 AM MT
Tracking Number: 796072764494
Note from MediConnect 8/28/2008 7:24:47 AM MT
Tracking Number: 797071863148
Note from MediConnect 8/28/2008 7:24:06 AM MT
The provider information for this request was changed. The original information was:
REDMOND PARK HOSPITAL
501 REDMOND ROAD
ROME, GA 30165
706-509-5000

The new provider information is:
REDMOND PARK HOSPITAL
501 REDMOND ROAD, ATTN: MEDICAL RECORDS DEPT
ROME, GA 30165
706-291-0291
Note from MediConnect 8/27/2008 2:54:57 PM MT
An authorization has been scanned for this request.
Interoffice note - purters324 8/27/2008 1:54:03 PM MT
Auth sent to Mediconnect today.
Note from MediConnect 8/27/2008 10:48:46 AM MT
This facility has also been sent a strong letter from the Law Firm, requesting that the comply with
the court order. The Law Firm sent a copy of the court order along with the letter.

# Exhibit B - 7



# Exhibit B - 8

Request - Details                                                                                          Page 1 of 2

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-122036 | Status | INCORRECT AUTH |
| Requested | 6/26/2008 2:46:38 PM | Completed | |

### Patient Information

| | | | |
|---|---|---|---|
| Name | McKenzie, Lois | | |
| Gender | | AKA | |
| Date of Birth | | Social Security # | xxx-xx-4932 |
| Case Number | 200400263482 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plaintiff Drug Litigation |
| Dates of Service | 05/1999 - 09/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | | |
|---|---|---|---|---|
| Provider Name | KERR DRUG | Doctor | | |
| Address | 108 EAST MAIN STREET | Phone | 336-472-7413 | |
| City, State ZIP | THOMASVILLE, NC 27360 | Fax | 336-472-4787 | |

### Notes

Note from MediConnect 10/13/2008 7:00:02 AM MT
Dear Requestor: Thank you for your note. We will leave this request in the INCORRECT AUTH status until the paperwork has been received. This acts as a temporary holding status and a reminder to you. Thank you

Note from Requestor - purters324 10/11/2008 12:18:59 PM MT
Awaiting documents from client. cj1

Interoffice note - purters324 9/11/2008 1:22:12 PM MT
Sent to Angie to add to estate spreadsheet.

Note from MediConnect 7/7/2008 9:00:32 AM MT
DEAR REQUESTOR: We have received a notification from the provider's office that they need the documentation of representative's authority as the auth is not signed by the patient. They also require legal appointment of representative or power of attorney, etc. Please associate the supporting documentation as per your earliest convenience, so that we can proceed with this request. Thank You

Note from MediConnect 7/2/2008 7:57:11 AM MT
Callback set for 7/7/2008.
I spoke with Don; he advised Kitty was not here. He advised she will not be back until July 4th they work a portion of that day. She is the one to talk too on this. I will set call back 3 business days due to Holiday.

Note from MediConnect 6/30/2008 2:42:18 PM MT
Callback set for 7/1/2008.
Spoke with Kitty; she verified the provider and address. She stated we can fax the request to the verified number. She stated once she has received the request, she will forward it on to the corporate office, where they will decide if the request compliant. We faxed request. Set call back for 1 business day.

Note from MediConnect 6/30/2008 1:56:53 PM MT
Callback set for 6/30/2008 2:31:00 PM.
I spoke with an attendant; I was advised to call back in 30 minutes. They had a long line of people she advised. Call set back 30 minutes.

# Exhibit B - 8

Note from MediConnect 6/30/2008 1:41:48 PM MT
An authorization has been scanned for this request.
Note from MediConnect 6/30/2008 11:32:02 AM MT
Dear Requestor- thank you for your note. We will leave this in Need Auth status until we receive
the auth from you. Thank you
Note from Requestor - purters324 6/30/2008 10:51:40 AM MT
Auth sent. cj1

