UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Carmen Prado, et al.* <br><br>v. <br><br>*Merck & Co., Inc.* <br><br>**Only with regard to Gary R. Hadley** | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:05-cv-6303 <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Gary R. Hadley in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of October, 2008.

_____
DISTRICT JUDGE

950863v.1