UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCT LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This Document Relates to: | JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | MAGISTRATE JUDGE KNOWLES |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16750**

DESCRIPTION:  Memorandum in Support

FILED BY:   Plaintiff

FILE DATE:   10/31/2008