UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to<br>Roger Benedict, Docket No. 06-7168 | MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.II, and in accordance with Pretrial Order 36, the law firm of Arnold & Itkin LLP, counsel of record Roger Benedict, moves the court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above-styled case.

1. Numerous attempts at contacting Mr. Benedict both by phone and in writing have been unsuccessful. Mr. Benedict has failed to respond to communications and cannot be found.

2. Written notice of the filing of this Motion was sent via certified mail to Mr. Benedict's last known mailing address. His last known address is 314 Louden Road, Box 132, Saratoga, NY 12866.

3. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Mr. Benedict.

4. Counsel will rely upon the Certification attached hereto.

For these reasons, Arnold & Itkin LLP urges the Court to grant their motion to withdraw as Counsel of Record in this matter.

_____
Lisa Sechelski
**ARNOLD & ITKIN, LLP**
1401 McKinney, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (fax)
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. mail and upon all parties by electronically uploading same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Cle4rk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 31sT day of October, 2008.

_____
Lisa Sechelski

V:\Vioxx-Celebrex Cases\Vioxx\Benedict, Roger\Motion to Withdraw.doc