UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to<br>Roger Benedict, Docket No. 06-7168 | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Arnold & Itkin LLP, is hereby withdrawn as counsel of record for Roger Benedict.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT