UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                    |     |                        |
|------------------------------------|-----|------------------------|
|                                    | :   | MDL NO. 1657           |
| IN RE: VIOXX                       | :   |                        |
|     PRODUCTS LIABILITY LITIGATION  | :   | SECTION:  L            |
|                                    | :   |                        |
|                                    | :   | JUDGE FALLON           |
|                                    | :   | MAG. JUDGE KNOWLES     |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**

*Fred Bengen, et al. v. Merck & Co., Inc.*, **Case No. 06-3311**

## ORDER

The Court is in receipt of the attached declarations, which shall be entered into the record

UNDER SEAL because they contain sensitive personal information.

New Orleans, Louisiana, this 28th day of October, 2008.

UNITED STATES DISTRICT JUDGE

1