UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**

*James D. Schneller v. Merck & Co., Inc.*, Case No. 05-5382

### ORDER

The Court is in receipt of the attached certificates of service and compliance, which shall be made a part of the record. Any parties that wish to respond to the certificates shall file their responses into the record.

New Orleans, Louisiana, this 28th day of October, 2008.

UNITED STATES DISTRICT JUDGE

1