IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br>James D. Schneller, Trustee ad Litem for the<br>Individuals Entitled to Relief Due to the<br>Wrongful Death of Marjorie C. Schneller, et al<br>           plaintiffs<br>v.<br><br>Merck & Company, Inc.,     defendant | MDL DOCKET NO. 1657<br><br><br><br>Civil Action No.  05 - 5382 |

CERTIFICATE OF SERVICE


  I, James D. Schneller, certify that I served a true and correct copy of the plaintiff's compliance with discovery pursuant to pretrial order no. 28, upon the following, by electronic mail, as follows:


John Poulos Esquire
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601                    and by
Jersey City, New Jersey 07302                   USPS mail ,
poulos@hugheshubbard.com

Russ Herman Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA   70170
rherman@hhkc.com

Phillip Wittman Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

- 1 -

pwittmann@stonepigman.com

Mrs. Susan Giamportone Esquire
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400 (Durham), 27713, P.O. Box 13069
Research Triangle Park, North Carolina 27709
sgiamportone@wcsr.com


Joshua Schiller Esquire
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Joshua.schiller@dechert.com

Angela Catanach Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
angela.catanach@dechert.com


Ira J. Rosenzweig Esquire
Robert M. Johnston Esquire
Johnston, Hoefer, Holwadel & Eldridge
601 Poydras Street   Suite 2490
New Orleans, LA 70130
ijr@ahhelaw.com


_____ James D. Schneller          Date: August 15, 2008

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

| | |
|---|---|
| PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| James D. Schneller, Trustee ad Litem for the | Civil Action No. 05 - 5382 |
| Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al plaintiffs | THIS RELATES TO : |
| v. | Civil Action No. 05 - 5382 |
| Merck & Company, Inc., defendant | U.S.D.C. E.D.Pa. |

CERTIFICATE OF SERVICE

    I, James D. Schneller, hereby certify that the supplemental Certification of notice of requirement to preserve records and copies of notices have been served on the following, by electronic mail sent to their e-mail address of record, on the date below, as follows:

Robert W. Brundige Jr. Esquire
John Poulos Esquire
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
poulos@hugheshubbard.com

and by USPS mail ,

Russ Herman Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA   70170
rherman@hhkc.com

Phillip Wittman Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.

New Orleans, LA 70130
pwittmann@stonepigman.com

Mrs. Susan Giamportone Esquire
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400 (Durham), 27713, P.O. Box 13069
Research Triangle Park, North Carolina 27709
sgiamportone@wcsr.com


Joshua Schiller Esquire
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Joshua.schiller@dechert.com

Angela Catanach Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
angela.catanach@dechert.com


Ira J. Rosenzweig Esquire
Robert M. Johnston Esquire
Johnston, Hoefer, Holwadel & Eldridge
601 Poydras Street   Suite 2490
New Orleans, LA 70130
ijr@ahhelaw.com


*James D. Schneller* (signature)
James D. Schneller          pro se

Date: August 14, 2008

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION                     :   MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the      :   No. 05 - 5382
 Individuals Entitled to Relief Due to the
 Wrongful Death of Marjorie C. Schneller,         :
et al                            plaintiffs
                                                  :   THIS RELATES TO :
v.
                                                  :   Civil Action No. 05 - 5382
Merck & Company, Inc.,    defendant               :


SUPPLEMENTAL CERTIFICATION OF NOTICE


    I, James D. Schneller, solemnly affirm and attest that I served notice of the requirement under Pretrial Order No. 1 to preserve records relevant to plaintiffs, on additional relevant medical providers and pharmacies, listed as follows, pursuant to Pretrial Order No. 28, with a copy of Pretrial Order No. 1 attached to them:

Jeff Snider D.M.D.
Lankenau Medical Building
Wynnewood, PA 19096

Larysa Bilyk O.D.
18 Ardmore Avenue
Ardmore, PA 19003

Neal Shipon D.D.S.
1410 Russell Road
Paoli, PA 19301

- 1 -

Jocelyn L. Craparo M.D.
Bryn Mawr Womens Health Associates
234 Bryn Mawr Avenue
Bryn Mawr PA 19010

Temple University Northeast Orthopedic
9331 Old Bustleton Avenue
Philadelphia, PA

Temple University Hospital
Att: Medical Records   -   Chart 1
3401 N. Broad Street
Philadelphia, PA 19140

Jersey Shore Pharmacy
501 Zion Road
Egg Harbor City, NJ 08215

Jefferson Home Care
ATT: Custodian of Records
100 Matson Ford Rd.
Radnor, PA 19087

Patient Care Inc.
100 Executive Dr.  Ste. 130
West Orange, NJ 07052

Dr. Bertram Channick MD
Temple University Health Sciences Center
Jones Hall - Ontario Street
Philadelphia, PA  19140

Genesis Eldercare
101 East State Street
Kennett Square, PA 19348

Laboratory Corporation of America
ATT:  Mrs. Kristina S. Cates
430 South Spring Street
Burlington, N.C. 27215

Lisa Marcucci M.D.   c/o

E. Chandler Hosmer III Esquire
Marshall, Dennehey, Warner, Coleman, & Goggin
620 Freedom Business Pl.
King of Prussia, PA 10406


Leigh Bergmann MD
Bryn Mawr Urorehab
919 Conestoga Rd.
Rosement, PA 19010


Mr. G. Richard Schneller
c/o Joan D. Plump Esquire
Eckert Seamans Cherin & Mellott LLC
1818 Market Street   13th Floor
Philadelphia, PA 19103


Mrs. Marjorie Zitomer
c/o Joan D. Plump Esquire
Eckert Seamans Cherin & Mellott LLC
1818 Market Street   13th Floor
Philadelphia, PA 19103


     I certify that the copies of the stated notices of requirement to preserve records that I sent to the above named, attached hereto, are true and correct to the best of my knowledge. I understand that false statements herein are made subject to penalty of perjury subject to 28 U.S.C. § 1746.


*/s/ James Schneller*

James D. Schneller        pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087

Date: August 8, 2008

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

| | |
|---|---|
| PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1657 |
| James D. Schneller, Trustee ad Litem for the : | Civil Action No. 05 - 5382 |
| Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al plaintiffs : | THIS RELATES TO : |
| v. | |
| Merck & Company, Inc., defendant : | Civil Action No. 05 - 5382 U.S.D.C. E.D.Pa. |

## CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that the supplemental (second) certification of notice of requirement to preserve records and copies of notices have been served on the following, by electronic mail sent to their e-mail address of record, on the date below, as follows:

Robert W. Brundige Jr. Esquire
John Poulos Esquire
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601                                               and by
Jersey City, New Jersey 07302                                               USPS mail,
poulos@hugheshubbard.com


Russ Herman Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA   70170
rherman@hhkc.com

- 3 -

Phillip Wittman Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
pwittmann@stonepigman.com

Mrs. Susan Giamportone Esquire
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400 (Durham), 27713, P.O. Box 13069
Research Triangle Park, North Carolina 27709
sgiamportone@wcsr.com


Joshua Schiller Esquire
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Joshua.schiller@dechert.com

Angela Catanach Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
angela.catanach@dechert.com


Ira J. Rosenzweig Esquire
Robert M. Johnston Esquire
Johnston, Hoefer, Holwadel & Eldridge
601 Poydras Street   Suite 2490
New Orleans, LA 70130
ijr@ahhelaw.com



_James D. Schneller_            pro se                                    Date: August 31, 2008

- 4 -

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
 Individuals Entitled to Relief Due to the
 Wrongful Death of Marjorie C. Schneller,
et al                                 plaintiffs

No. 05 - 5382

THIS RELATES TO :

v.

Civil Action No. 05 - 5382

Merck & Company, Inc.,    defendant

SUPPLEMENTAL (SECOND) CERTIFICATION OF
NOTICE PURSUANT TO PRETRIAL ORDER NO. 28

      I, James D. Schneller, solemnly affirm and attest that I served notice of the requirement under Pretrial Order No. 1 to preserve records relevant to plaintiffs, on additional relevant medical providors, listed as follows, pursuant to Pretrial Order No. 28, with a copy of Pretrial Order No. 1 attached to them:

Suburban Pulmonary Medicine, 1 Bartol Avenue Suite 14, Ridley Park, PA 19078
c/o Kevin H.Wright Esquire
Kevin H. Wright & Assocs. P.C.
34 Green Street   PO Box 5011
Lansdale, PA 19446

- 1 -

Crozer Chester Med. Center dba Taylor Hospital, 175 E. Chester Pike, Ridley Park, PA 19078
Crozer Keystone Health System, 100 West Sproul Rd., Springfield, PA 19064
c/o Kathleen Foley Burke
Post & Schell P.C.
1600 JFK Blvd.
Philadelphia, PA 19103

Herman McGill M.D., 923 Macdade Boulevard, Darby, PA 19023
c/o George H. Knoell III Esquire
Kane, Pugh, Knoell, Troy & Kramer
510 Swede Street
Norristown, PA 19401

Prospect Park Nursing and Rehabilitation Center, 815 Chester Pike, Prospect Park, PA 19076
c/o Peter J. Hoffman Esquire
Peter J. Hoffman Esquire
Eckert Seamans Cherin & Mellott
50 S. 16th Street    22d fl.
Philadelphia, PA 19102

Fox Subacute at Clara Burke, 251 Stenton Avenue, Plymouth Meeting, PA 19462
c/o John R. Warner Esquire
Marshall, Dennehey, Warner, Coleman, & Goggin
620 Freedom Business Center Ste. 300
King of Prussia, PA 19406

      I certify that the copies of the stated notices of requirement to preserve records that I sent to the above named, attached hereto, are true and correct to the best of my knowledge. I understand that false statements herein are made subject to penalty of perjury subject to 28 U.S.C. § 1746.

*[Signature: James Schneller]*

Date: August 31, 2008

James D. Schneller          pro se
500 East Lancaster Ave.  # 111d
Radnor, PA 19087

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

| | |
|---|---|
| PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| James D. Schneller, Trustee ad Litem for the | Civil Action No. 05 - 5382 |
| Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al plaintiffs | THIS RELATES TO : |
| v. | Civil Action No. 05 - 5382 |
| Merck & Company, Inc.,    defendant | U.S.D.C. E.D.Pa. |

CERTIFICATE OF SERVICE

    I, James D. Schneller, hereby certify that the Certification of notice of requirement to preserve records and copies of notices have been served on the following, by electronic mail sent to their e-mail address of record, on the date below, as follows:

Michael P. McIlhinney Esquire
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
michael.mcilhinney@dechert.com


Robert W. Brundige Jr. Esquire                                    and by
Hughes Hubbard & Reed LLP                                         U.S.P.S. first
101 Hudson Street, Suite 3601                                     class mail
Jersey City, New Jersey 07302
poulos@hugheshubbard.com

Susan Giamportone Esquire
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400 (Durham), 27713, P.O. Box 13069
Research Triangle Park, North Carolina 27709
sgiamportone@wcsr.com

Russ Herman Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA   70170
rherman@hhkc.com

Phillip Wittman Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
pwittmann@stonepigman.com

Joshua G. Schiller Esquire
Dechert LLP
1717 Arch Street   Ste. 4000
Philadelphia, PA 19103
Joshua.schiller@dechert.com


_/s/ James D. Schnelle_
James D. Schneller          pro se

Date:  March 15, 2008

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| James D. Schneller, Trustee ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al                                     plaintiffs | No. 05 - 5382 |
| v. | THIS RELATES TO : |
| Merck & Company, Inc.,      defendant | Civil Action No. 05 - 5382 |

CERTIFICATION

I, James D. Schneller, solemnly affirm and attest that I served notice of the requirement under Pretrial Order No. 1 to preserve records relevant to plaintiffs, on all relevant medical providers and pharmacies, listed as follows, pursuant to Pretrial Order No. 28, with a copy of Pretrial Order No. 1 attached to them:

Sol Kadish D.O.
1133 Park Avenue   Apt. 11E
New York, NY 10128

Rite Aid Corp.
Legal Dept.
PO Box 3165
Harrisburg, PA 17105

Linda Stallings Sykes, M.D., Richard A. Eisner, M.D., Christopher J. Reid, M.D.
Bryn Mawr Medical Specialists
830 Old Lancaster Road
Bryn Mawr, PA 19010

Cheryl A. Koch, M.D.
Bryn Mawr Medical Specialists

- 1 -

933 Haverford Rd.
Bryn Mawr, PA 19010

Robert R. Atkins M.D.
Phillip R. Nast M.D.
Bryn Mawr Medical Specialists
933 Haverford Rd.
Bryn Mawr, PA 19010

Dr. Donald Miller M.D.
Bryn Mawr Medical Specialists - Rheumatology
933 Haverford Rd.
Bryn Mawr, PA 19010

Dr. Donna J. MacKay M.D.
266 Lancaster Avenue
Malvern, PA 19355

Clark Piatt M.D., David Prince M.D.
Robert L. Vender M.D., Andrew A. Pitman M.D.
Bryn Mawr Medical Specialists c/o
Gary M. Samms, Esquire
Obermayer, Rebmann, Maxwell, & Hippel L.L.P.
One Penn Center   19th fl
Philadelphia, PA 19103

Peter G. Spitzer M.D., Clark Piatt M.D., David Prince M.D.
Robert L. Vender M.D., Andrew A. Pitman M.D.
Bryn Mawr Medical Specialists c/o
William H. Pugh V Esquire
Kane, Pugh, Knoll, Troy & Kramer
510 Swede Street
Norristown, PA 19401

Anne E. Depapp M.D.
c/o Candace Mueller Centeno Esquire
White and Williams LLP
1800 One Liberty Pl.- 1650 Market Street
Philadelphia, PA 19103


Main Line Hospitals Inc.
Bryn Mawr Hospital

Paoli Memorial Hospital c/o
E. Chandler Hosmer III Esquire
Marshall, Dennehey, Warner, Coleman, & Goggin
620 Freedom Business Pl.
King of Prussia, PA 10406

John Steers M.D.
Harold J. Robinson M.D.
Michael J. Ryan Jr. M.D. c/o
T. Kevin Fitzpatrick Esquire
Marshall, Dennehey, Warner, Coleman, & Goggin
620 Freedom Business Pl.
King of Prussia, PA 10406

Sandra Schnall M.D.
Department of Oncology
Bryn Mawr Medical Specialists
933 Haverford Rd.
Bryn Mawr, PA 19010

John H.F. Howkins M.D.
P.O. Box 1081
Bryn Mawr, PA 19010

John Ledlie M.D.
Bryn Mawr Medical Specialists
933 Haverford Rd.
Bryn Mawr, PA 19010

Dr. Richard J. Carella MD
130 South Bryn Mawr Avenue
Bryn Mawr, PA 19010

Penna. Cardiology Assoc.
230 West Washington Sq.
Philadelphia, PA 19106-3500

Norristown Regional Health Center
Delaware Valley Community Health
133 West Main Street
Norristown, PA 19401

Wayne Family Physicians Inc.

400 East Lancaster Avenue
Wayne, PA 19087

Drexel University College of Medicine
Division of Cardiology
219 N. Broad Street  6th floor
Philadelphia, PA 19107

Yorke Apothecary
110 South Wayne Avenue
Wayne, PA 19087

The Strafford Pharmacy
623 West Lancaster Avenue
Strafford, PA 19087

Wyeth Incorporated
Custodian of Records
5 Giralda Farms
Madison, N.J. 07940

Yorke Apothecary
6 Pond Ridge Lane
Hanover, PA 17331-9257

AARP Health Care Options
PO Box 1917
Montgomeryville, PA 18936-1017

Express Scripts Inc
Express Scripts Inc., successor to National Prescription Administrators
Att: Legal Department
1 Express Way
St. Louis, MO 63121

Brookside Clinical Laboratory Inc.
4000 Edgmont Avenue
Brookhaven, PA  19015-2211

Genesis Diagnostic Services
12 Creek Parkway
Boothwyn, PA 19061

Mercy Health Laboratory and/or Dept. of Radiology
1500 Lansdowne Ave.
Darby PA 19023

PA Diagnostics Ltd.
1101 Sussex Blvd.
Broomall, PA 19008

Legal Department
ACME Markets successor to Strafford Pharmacy
75 Valley Stream Parkway
Malvern, PA 19355

Marianne Lilienthal
640 Old Lancaster Rd
Bryn Mawr, PA 19010

Holly. A. Nelson
715 Cricket Ave
Ardmore, PA 19003

Able Home Care Inc.
P.O. Box 964
Bryn Mawr, PA 19010

    I certify that the copies of the stated notices of requirement to preserve records that I sent to the above named, attached hereto, are true and correct to the best of my knowledge. I understand that false statements herein are made subject to penalty of perjury subject to 28 U.S.C. § 1746.

*[signature: James Schneller]*                              Date: March 15, 2008

James D. Schneller       pro se
500 East Lancaster Ave. # 111d
Radnor, PA 19087