# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| Longs Drugs<br>141 N. Civic Dr.<br>Walnut Creek, CA 94596<br>925-937-1170 | Claimant: Larry Ball<br>Injured Party: Larry Ball |
| | Claimant: John Feriani<br>Injured Party: Margherita Feriani-Archer |
| Uzma Nasim, M.D.<br>18102 Irvine Blvd #206<br>Tustin, CA 92780<br>714-730-2511 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |
| Eileen Cordero-Mauban, M.D.<br>2225 E. Flamingo Rd., Suite 103<br>Las Vegas, NV 89119<br>702-731-1747 | Claimant: George Samaha<br>Injured Party: George Samaha |
| Parkview Health Care<br>119 W. Forest St.<br>Bolivar, MO 65613<br>417-326-3000 | Claimant: Norma Sawyers-Kurz<br>Injured Party: Ina Armilda |
| Legacy Salmon Creek Hospital<br>2211 NE 139th Street<br>Vancouver, WA 98686<br>360-487-1000 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |
| Kevin A. Brown, M.D.<br>3631 Crenshaw Blvd #110<br>Los Angeles, CA 90016<br>323-734-1414 | Claimant: Velma Jones<br>Injured Party: Velma Jones |
| Victor Valley Community Hospital<br>15248 Eleventh St.<br>Victorville, CA 92395<br>760.245.8691 | Claimant: Jesse Thomas<br>Injured Party: Jesse Thomas |