## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## [PROPOSED] ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests Made For The Production Of Medical Records:

**IT IS ORDERED**, that the Motion is withdrawn as to those providers identified in Exhibit "A" only.

Dated: _____, 2008

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of November, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 4th day of November, 2008.

Longs Drugs
141 N. Civic Dr.
Walnut Creek, CA 94596

Uzma Nasim, M.D.
18102 Irvine Blvd #206
Tustin, CA 92780

Eileen Cordero-Mauban, M.D.
2225 E. Flamingo Rd., Suite 103
Las Vegas, NV 89119

Parkview Health Care
119 W. Forest St.
Bolivar, MO 65613

Legacy Salmon Creek Hospital
2211 NE 139th Street
Vancouver, WA 98686

Kevin A. Brown, M.D.
3631 Crenshaw Blvd #110
Los Angeles, CA 90016

Victor Valley Community Hospital
15248 Eleventh St.
Victorville, CA 92395

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net