# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br> VIOXX PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> *THIS DOCUMENT RELATES TO:* ) <br> Bosco, Deborah; 2:06-cv-02198-EEF-DEK ) <br> Dalton, Charles; 2:06-cv-02202-EEF-DEK ) <br> Hughes, Joylsa; 2:06-cv-02197-EEF-DEK ) <br> Lafleche, Daniel; 2:06-cv-01166-EEF-DEK ) <br> Massa, Anna; 2:06-cv-02209-EEF-DEK ) <br> Morris, Elsie; 2:06-cv-02198-EEF-DEK ) <br> Reed, Gladys; 2:06-cv-02216-EEF-DEK ) <br> Reniff, Mavis; 2:06-cv-02216-EEF-DEK ) <br> Robey, Robert; 2:06-cv-02211-EEF-DEK ) <br> Smith, David; 2:06-cv-02202-EEF-DEK ) <br> St. George, Minnie; 2:06-cv-09752-EEF-DEK ) <br> Williams, Chester; 2:06-cv-02208-EEF-DEK ) <br> Wilson, Betty; 2:06-cv-02209-EEF-DEK ) <br> Witherspoon, Billy; 2:06-cv-02196-EEF-DEK ) <br> ) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Cellino & Barnes, P.C. Plaintiff's Motion and Incorporated Memorandum to Reinstate Cases Previously Dismissed without Prejudice, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the claims of the above-identified plaintiffs are hereby reinstated in their entirety.

NEW ORLEANS, LOUISIANA, this 31st day of October, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1