UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Sharon Santistevan, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc.* <br><br> **Only with regard to Rachel Campbell, Individually and as a Wrongful Death Beneficiary of Rodney Campbell, and as Executrix of the Estate of Rodney Campbell** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-0192 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Rachel Campbell, Individually as a Wrongful Death Beneficiary of Rodney Campbell, and as Executrix of the Estate of Rodney Campbell in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 31st day of     October    , 2008.

_____
DISTRICT JUDGE

950103v.1