1   Theodore J. Holt, State Bar No. 148899
    Marjan Phillips State Bar No. 241248
2   **HACKARD & HOLT**
    11335 Gold Express Drive, Suite 105
3   Gold River, California 95670
    Telephone:   (916) 853-3000
    Facsimile:    (916) 853-3010
4
5   Attorneys for Plaintiff Lisa Mathews

6               UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF LOUISIANA

8

| | |
|---|---|
| 9   **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| 10 | |
| 11   **THIS RELATES TO:** | Plaintiff:  <u>Lisa Mathews et al. v. Merck et al.</u> |
| 12 | |
| 13   **Civil Action No: 07-3328** | |

14   **STIPULATION AND ORDER FOR DISMISSAL OF DERIVATIVE CLAIMANT,**

15                      **HAROLD LEAKS, ONLY**

16

17          Come now the above-captioned Plaintiff and Defendants by and through their respective

18   counsel, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal

19   of each cause of action relating to Derivative Claimant, Harold Leaks' claims regarding Plaintiff Lisa

20   Mathews' use of Vioxx, only, without prejudice, in the above-entitled action, with each side bearing its

21   own attorneys' fees and costs.

     Dated:  September 9, 2008.                    HACKARD & HOLT
22
23                                         By: _____
24                                              Marjan Phillips
                                                Attorneys for Plaintiff Lisa Mathews and
25                                              Derivative Claimant Harold Leaks

26   Dated: Oct. 6 , 2008.

27

28

                                                    1

By: _____

Attorneys for Defendant Merck

## ORDER

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____          _____

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of November, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2