UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Mary A. Bates, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to Mary A. Bates, Deauna Lee, Grace Smith, and Janett Taden** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-05989<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Mary A. Bates, Deauna Lee, Grace Smith, and Janett Taden in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __31st__ day of ____October____, 2008.

_____
DISTRICT JUDGE

950103v.1