UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Vernon C. Amie, et al.*  *v.*  *Merck & Co., Inc.*  **Only with regard to George A. Smith and Bernice A. Smith** | MDL Docket No. 1657  SECTION L  CIVIL ACTION NO. 2:06-cv-02219  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs George A. Smith and Bernice A. Smith in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this **31st** day of ___October___, 2008.

_____
DISTRICT JUDGE

950103v.1