UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®  <br><br>PRODUCTS LIABILITY LITIGATION  <br><br>This document relates to:  <br><br>*Johnie R. Crooks, Rita Crooks, Lane Crooks, and Adelia Crooks Murphy*  <br><br>v.  <br><br>*Merck & Co., Inc.* | MDL Docket No. 1657  <br>SECTION L  <br><br>CIVIL ACTION NO. 2:05-cv-02020  <br><br>JUDGE FALLON  <br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Johnie R. Crooks, Rita Crooks, Lane Crooks, and Adelia Crooks Murphy in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  3rd  day of      November      , 2008.

_____
DISTRICT JUDGE

950098v.1