UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | | SECTION L |
| This Document Relates to All Cases | : | |
| | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

-------------------------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing letter request to Judge Fallon has been served on Liason Counsels, Phillip Wittman and Russ Herman, by email and upon Theodore Mayer by email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on November 5, 2008.

Dated: November 5, 2008
       Binghamton, New York

                              /s/ Ronald R. Benjamin