UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | MDL Docket NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests Made For The Production Of Medical Records:

**IT IS ORDERED**, that the Motion is withdrawn as to those providers identified in Exhibit "A" only.

Dated: November 4th, 2008

_____
Honorable Eldon E. Fallon
U.S. District Court Judge