UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Claudine Jeanette Webb and John Webb*  v.  *Merck & Co., Inc.*  **Only with regard to John Webb** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:06-cv-02177  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff John Webb in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1