## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last<br>Meyer | First<br>M. | Middle<br>Michael |
|---|---|---|---|

| Name of Law Firm | The O'Quinn Law Firm |
|---|---|

| Current Address | Street<br>440 Louisiana Street, Suite 2300 | | | |
|---|---|---|---|---|
| | City<br>Houston | State<br>TX | Zip<br>77002 | Country<br>USA |

| Telephone Number | (713) 223-1000 | Facsimile | (713) 222-6903 | Email | mm0102@sbcglobal.net |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Pierre | First<br>Lucille | Middle |
|---|---|---|---|

| Plaintiff Address | Street<br>58133 De Phillips Road | | | |
|---|---|---|---|---|
| | City<br>Husser | State<br>LA | Zip<br>70442 | Country<br>USA |

| Telephone Number | (985) 747-0792 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Lucille Pierre vs. Merck & Co., Inc.. |
|---|---|

| Case Number | 2:05-cv-06021 |
|---|---|

| Court Where Case is Pending | United States District Court<br>E.D. Louisiana |
|---|---|

### C.  FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒  **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒    I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __10_ / _31_ / _2008_ .   (Record Docket No. 16718)
<br>                                                    Month   Day   Year

☒    Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

     1.     A copy of PTO No. 36;

     2.     A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

     3.     An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

     4.     A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __11_ / _5_ / _2008_<br>(Month/Day/Year) | _____/s/ M. Michael Meyer_____<br>Counsel |
| --- | --- | --- |

#344082