# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Meyer | First: M. | Middle: Michael |
| **Name of Law Firm** | The O'Quinn Law Firm | | |

| **Current Address** | Street: 440 Louisiana Street, Suite 2300 | | | |
|---|---|---|---|---|
| | City: Houston | State: TX | Zip: 77002 | Country: USA |

| **Telephone Number** | (713) 223-1000 | **Facsimile** | (713) 222-6903 | **Email** | mm0102@sbcglobal.net |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Pomier | First: Mary | Middle: |

| **Plaintiff Address** | Street: 207 Lincoln Street | | | |
|---|---|---|---|---|
| | City: Lafayette | State: LA | Zip: 70501 | Country: USA |

| **Telephone Number** | (337) 234-7705 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| | |
|---|---|
| **Case Caption** | Mary Pomier v. Merck & Co., Inc. |
| **Case Number** | 2:05-cv-06022 |
| **Court Where Case is Pending** | United States District Court<br>E.D. Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

### D.  COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  10 / 31 / 2008 .   (Record Docket No. 16719)
<br>Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   11 / 5 / 2008
(Month/Day/Year)

/s/ M. Michael Meyer
Counsel

#344082

2