# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 | ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| _____ This document relates to: | ) ) ) | MAGISTRATE JUDGE KNOWLES |
| ARTHUR FULTON, as Administrator of the Estate of REBEKA KAYLA SCHULTZ FULTON, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:05-cv-00436-EEF-DEK |
| v. | ) ) | |
| MERCK & CO., INC., | ) ) | |
| Defendant(s). | ) | |
| WELBY RAY KNIFLEY, as Administrator of the Estate of THELMA B. KNIFLEY, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) | CASE NO. 2:05-CV-05635-EEF-DEK |
| v. | ) ) | |
| MERCK & CO., INC., | ) ) | |
| Defendant(s). | ) | |
| and | | |
| BEVERLY ALBERTSON, DENNIS PERSON, | ) ) ) | |
| Plaintiffs, | ) | CASE NO. 2:06-CV-06236-EEF-DEK |
| v. | ) ) | |
| MERCK & CO., INC., | ) ) | |
| Defendant(s). | ) | |

**PLAINTIFFS' RESPONSE TO MERCK'S**
**SECOND MOTION FOR AN ORDER TO SHOW CAUSE**
**WHY CASES SHOULD NOT BE DISMISSED**
**FOR FAILURE TO COMPLY WITH THE *LONE PINE***
**REQUIREMENTS OF PTO 28**

Now come the Plaintiffs in the above styled causes, by and through their undersigned counsel, and state in response to Merck's Motion for an Order to Show Cause that on October 22, 2008, each of the Plaintiffs filed all the required documents dictated by PTO 28, including the expert report which had previously been missing.

s/Leila H. Watson
Leila H. Watson (ASB-3023-S74L)
*Attorney for Plaintiffs*
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Fax: (205) 324-7896
Email: lwatson@cwcd.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Response to Merck's Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the Lone Pine Requirements of PTO 28 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at HUGHES HUBBARD & REED, LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918 by U.S. mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance, on this 6th day of November, 2008.

s/Leila H. Watson
Leila H. Watson