UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit C-2 | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Cases Should Not Be Dismissed Without Prejudice, R. Doc. 16153, came on for hearing on the 10th day of October, 2008. At that time, the Court deferred the motion as to all plaintiffs on Exhibit C-2 until November 7, 2008 at 9:00 a.m. The Court hereby cancels the November 7, 2008 hearing. These matters will now be heard on November 21, 2008, immediately after the conclusion of the monthly status conference scheduled to commence at 9:00 a.m. Any plaintiff wishing to file an additional response to the motion must do so on or before November 14, 2008. Any replies by Merck must be filed on or before November 20, 2008.

NEW ORLEANS, LOUISIANA, this 4th day of November, 2008.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

951610v.1

**EXHIBIT C-2**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1088054 | Biondi, Lawrence P., Law Offices of | Garidis | Alexandros | | Garidis, Alexandros v. Merck & Co., Inc. | 2:05-cv-03880-EEF-DEK |
| 2 | 1088057 | Biondi, Lawrence P., Law Offices of | Kousoulas | Panagiotis | | Kousoulas, Panagiotis v. Merck & Co., Inc. | 2:06-cv-01014-EEF-DEK |
| 3 | 1088058 | Biondi, Lawrence P., Law Offices of | McCracken | Karen | | McCracken, Karen v. Merck & Co., Inc. | 2:06-cv-01013-EEF-DEK |
| 4 | 1088066 | Biondi, Lawrence P., Law Offices of | Shpolyanskaya | Mariya | | Shpolyanskaya, Mariya v. Merck & Co., Inc. | 2:05-cv-04699-EEF-DEK |
| 5 | 1088069 | Biondi, Lawrence P., Law Offices of | Yarosh | Raisa | | Yarosh, Raisa v. Merck & Co., Inc. | 2:05-cv-03882-EEF-DEK |
| 6 | 1097298 | Douglas & London, PC | Hope | Jimmy | | Catalfamo, Jennifer v. Merck & Co., Inc. | 2:07-cv-09135-EEF-DEK |
| 7 | 1097333 | Douglas & London, PC | Mikel | John | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| 8 | 1092387 | Lopez, McHugh LLP | Adkins | Della | | Adkins, Della v. Merck & Co., Inc. | 2:07-cv-01710-EEF-DEK |
| 9 | 1092414 | Lopez, McHugh LLP | Ero | Patrick | | Ero, Patrick v. Merck & Co., Inc. | 2:07-cv-01705-EEF-DEK |
| 10 | 1092666 | Lopez, McHugh LLP | Savage | Gloria | | Savage, Gloria v. Merck & Co., Inc. | 2:07-cv-02943-EEF-DEK |
| 11 | 1092380 | Lopez, McHugh LLP | Wells | David | | Wells, David v. Merck & Co., Inc. | 2:07-cv-01704-EEF-DEK |
| 12 | 1092737 | Lopez, McHugh LLP | Whitty | Lawrence | | Whitty, Lawrence v. Merck & Co., Inc. | 2:05-cv-01112-EEF-DEK |
| 13 | 1097984 | Miller Firm, LLC, The (PA) | Barkell | Cindy | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 14 | 1097987 | Miller Firm, LLC, The (PA) | Bates | Mary | A | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 15 | 1097997 | Miller Firm, LLC, The (PA) | Blackmon | Brenda | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | 1098003 | Miller Firm, LLC, The (PA) | Bodle | Gaynelle | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| 17 | 1098031 | Miller Firm, LLC, The (PA) | Caton | Jill | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |
| 18 | 1098041 | Miller Firm, LLC, The (PA) | Cline | Bobbie | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 19 | 1098280 | Miller Firm, LLC, The (PA) | Cox | Carol | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 20 | 1098055 | Miller Firm, LLC, The (PA) | Daley | Craig | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 21 | 1098064 | Miller Firm, LLC, The (PA) | Daykin | Thomas | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 22 | 1098076 | Miller Firm, LLC, The (PA) | Drake | Buford | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 23 | 1098095 | Miller Firm, LLC, The (PA) | Fitzgerald | Paul | T | Fitzgerald, Jane v. Merck & Co., Inc. | 2:06-cv-09826-EEF-DEK |
| 24 | 1098105 | Miller Firm, LLC, The (PA) | George | Betty | B | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 25 | 1098113 | Miller Firm, LLC, The (PA) | Glenn Daniels | Phyllis | A | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 26 | 1098129 | Miller Firm, LLC, The (PA) | Hall | Shirley | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 27 | 1098170 | Miller Firm, LLC, The (PA) | Jones | Mariti | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 28 | 1098189 | Miller Firm, LLC, The (PA) | Layton | Gloria | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| 29 | 1098192 | Miller Firm, LLC, The (PA) | Lee | Deauna | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 30 | 1098202 | Miller Firm, LLC, The (PA) | Lingar | Patricia | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| 31 | 1098214 | Miller Firm, LLC, The (PA) | Marcelin | Albertha | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 32 | 1098251 | Miller Firm, LLC, The (PA) | Mizzelle | Joyce | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| 33 | 1098431 | Miller Firm, LLC, The (PA) | Mondroski | Charles | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| 34 | 1098261 | Miller Firm, LLC, The (PA) | Myers | Joseph | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 35 | 1098263 | Miller Firm, LLC, The (PA) | Myers | Tina | | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |
| 36 | 1098286 | Miller Firm, LLC, The (PA) | Pittman | Emma | Jean | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 37 | 1098306 | Miller Firm, LLC, The (PA) | Reem | Karen | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| 38 | 1098334 | Miller Firm, LLC, The (PA) | Sheets | Charles | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| 39 | 1098341 | Miller Firm, LLC, The (PA) | Smith | Grace | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 40 | 1098354 | Miller Firm, LLC, The (PA) | Stoner | Kathy | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 41 | 1098362 | Miller Firm, LLC, The (PA) | Taden | Janett | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 42 | 1098380 | Miller Firm, LLC, The (PA) | Tierce | Glynn | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| 43 | 1098429 | Miller Firm, LLC, The (PA) | Zeehandelaar | Edward | | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK |
| 44 | 1079870 | Stipe, Harper Law Firm | Coonfield | Mary | | Coonfield, Mary v. Merck & Co., Inc. | 2:06-cv-10260-EEF-DEK |