UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv- | * | **KNOWLES** |
| 05822-EEF-DEK (Gordon Gonnuscio only); *Allison, et* | * | |
| *al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04450- | * | |
| EEF-DEK (Lemma Plemons only); *Bajon, et al. v.* | * | |
| *Merck & Co., Inc.,* Docket No. 2:06-cv-03865-EEF- | * | |
| DEK (Luba Kanavaloff only); *Garcia-DeLeon, et al. v.* | * | |
| *Merck & Co., Inc.,* Docket No. 2:06-cv-10092-EEF- | * | |
| DEK; *Ebong, et al. v. Merck & Co., Inc.,* Docket No. | * | |
| 2:06-cv-01508-EEF-DEK (Lawrence Rivers and Ava | * | |
| Williams only); *Gomez, et al. v. Merck & Co., Inc.,* | * | |
| Docket No. 2:05-cv-01003-EEF-DEK (Felicita Rivera | * | |
| and Paula Debo only); *Jenkins, et al. v. Merck & Co.,* | * | |
| *Inc.,* Docket No. 2:05-cv-04054-EEF-DEK (Joseph | * | |
| Aguillard, Patricia Anderson, Terrell Breaux, Albert | * | |
| Dobard, Carolyn Hughes, Jessie Jackson, Tanisha | * | |
| Jackson, Shelly Joseph, Glynis Rogers-Taylor, and | * | |
| Kevin Young only); *Prado, et al. v. Merck & Co., Inc.,* | * | |
| Docket No. 2:05-cv-06303-EEF-DEK (Margarita | * | |
| Acevedo, Gary Hadley, Therezinha Kalicosque, and | * | |
| Guillermina Marina only) | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Cross-Motion and Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute, R. Doc. 16154, came on for hearing on the 10th day of October, 2008. At that time, the Court deferred the motion until the November status conference. The motion will be heard on November 21, 2008, immediately after the conclusion of the monthly status conference scheduled to commence at 9:00 a.m. Any plaintiff wishing to file an additional response to the motion must do so on or

before November 14, 2008. Any replies by Merck must be filed on or before November 20, 2008.

        NEW ORLEANS, LOUISIANA, this 4th day of November, 2008.

                                            _____
                                            ELDON E. FALLON
                                            UNITED STATES DISTRICT JUDGE

823840v.1
951635v.1