# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | *<br>* | MDL Docket No. 1657 |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | *<br>* | |
| | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

MOTION TO WITHDRAW ORIGINAL MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, JESSIE DOOLAN, RESPONDED TO COMMUNICATIONS FROM COUNSEL PRIOR TO DEADLINE OF OCTOBER 30, 2008

Comes now, counsel of record for Jessie Doolan, and files this Motion to Withdraw original Motion to Withdraw as Counsel filed on October 21, 2008 , and states as follows:

1. Counsel for Plaintiff seeks to withdraw original Motion to Withdraw as following the filing of the motion Plaintiff responded to counsel and agreed to execute enrollment documents.

2. Plaintiff has now submitted the required Release and enrolled in the settlement program.

Wherefore, counsel prays that the Court grants counsel's request for removal of the original Motion To Withdraw as counsel for Jessie Doolan.

Respectfully submitted,

s/David McMullan
David McMullan
BARRETT LAW OFFICE, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095
(662) 834-2376  (662) 834-2409 (fax)

CERTIFICATE OF SERVICE

I, David McMullan, hereby certify that on November 6, 2008, a true copy of the foregoing was filed electronically, and notice was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ David McMullan
Attorney for Plaintiff
