UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jean Davis, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc., et al.*<br><br>**Only with regard to Jean Davis** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02104<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Jean Davis in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1