UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*John and Doris Hendricks, individually and on behalf of their marital community*

*v.*

*Merck & Co., Inc.*

**Only with regard to Doris Hendricks**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-05186

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Doris Hendricks in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1