UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Vernon C. Amie, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to George A. Smith
and Bernice A. Smith**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-02219

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs George A. Smith and Bernice A. Smith in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of ____November____, 2008.

_____
DISTRICT JUDGE

950103v.1