UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | |
| PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:06-cv-11068 |
| *Myrna Hamilton, et al.* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc., et al.* | |
| **Only with regard to Kenna Mars and Myrna Hamilton** | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Kenna Mars and Myrna Hamilton in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1