**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Geraldine Moore, et al,* <br><br> v. <br><br> *Merck & Co. Inc., et al* <br><br> **Only with regard to:** <br><br> **David Stewart** | MDL Docket No. 1657 <br> SECTION L <br><br> Civ. No. A. No. 05-04611 <br><br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff David Stewart *only*, against all defendants, be dismissed in their entirety without prejudice, with each party to bear its own costs.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2008.

                                                          */s/ Dorothy H. Wimberly*
                                                          Dorothy H. Wimberly, 18509
                                                          STONE PIGMAN WALTHER
                                                          WITTMANN L.L.C.
                                                          546 Carondelet Street
                                                          New Orleans, Louisiana  70130
                                                          Phone: 504-581-3200
                                                          Fax:    504-581-3361
                                                          dwimberly@stonepigman.com

                                                          Defendants' Liaison Counsel

| | |
|---|---|
| /s/ John Carey | /s/ Dorothy H. Wimberly |
| John Carey | Phillip A. Wittmann |
| Joseph P. Danis | Dorothy H. Wimberly |
| Carey & Danis, LLC | 546 Carondelet Street |
| 8235 Forsyth Boulevard, Suite 1100 | New Orleans, Louisiana 70130 |
| St. Louis, Missouri 63105 | (504) 581-3200 |
| (314) 725-7700 | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants Merck & Co., Inc., Amy Sepko, and Sherry Alberts* |
| | |
| Dated: 11/7/08 | Dated: 11/7/08 |

/s/ David A. Dick
David A. Dick
Thompson & Coburn
One US Bank Plaza, Suite 2600
St. Louis, MO 63101-9702
(314) 552-7000

*Counsel for Defendant Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., and The Medicine Shoppe International, Inc.*

Dated: 11/7/08