IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE
WHY CERTAIN MEDICAL PROVIDERS SHOULD NOT BE HELD IN
CONTEMPT OF COURT FOR FAILING TO
COMPLY WITH PRETRIAL ORDER NO. 35 AND/OR 35A

Those Plaintiffs listed in Exhibit "A" file this Motion to Show Cause Why

Certain Medical Providers Should Not Be Held In Contempt of Court For Failing

To Comply With Pretrial Orders Nos. 35 and/or 35A, and in support thereof show

as follows:

1.      The Plaintiffs identified in Exhibit "A" have attempted to obtain

medical records from their healthcare providers, also identified in Exhibit "A", so

that they may comply with the terms of the Vioxx Settlement Agreement.

Unfortunately, Plaintiffs' requests to their healthcare providers have been futile.

2.      The respective healthcare providers have refused to comply with this

Court's Pretrial Orders Nos. 35 and/or 35A, which address the refusal of

healthcare providers, pharmacies and other entities to provide records required to

be submitted under the Vioxx Settlement Agreement.  Plaintiffs, through their

counsel, have taken other measures as well to obtain the records of the Plaintiffs from their respective healthcare providers.

3.     Plaintiffs respectfully ask this Court to order that each provider appear before this Court and show cause why:

a.     Each respective healthcare provider, as identified in Exhibit "A", should not be held in contempt for failing to comply with PTO 35 and/or 35A; and

b.     Each respective healthcare provider, as identified in Exhibit "A", should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

4.     Plaintiffs further moves for an Order on this motion as quickly as the Court allows, inasmuch as the final deadlines are quickly approaching for the necessary records to be submitted to the Vioxx Resolution Claim Administrator.

5.     The bases for this Motion are more fully set forth in the attached Memorandum in Support hereof.

WHEREFORE, the Plaintiffs identified in Exhibit "A" pray that this Motion to Show Cause be granted, that the Court order the healthcare provider or

2

an appropriate representative to appear before the Court to explain its refusal to

honor this Court's orders, and for such relief to which they may be entitled.

Done this 5th day of November, 2008.

Respectfully submitted,

/s/ Tyler C. Vail
Attorney for Plaintiffs

Of Counsel:
DAVIS & NORRIS, LLP
2154 Highland Avenue
Birmingham, Alabama 35205
(205) 930-9900
(205) 930-9989 (fax)
tvail@davisnorris.com


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison
Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and upon all parties by
electronically uploading the same to LexisNexis File & Serve Advanced in
accordance with Pretrial Order No. 8(b), and that the foregoing was electronically
filed with the Clerk of Court of the United States District Court for the Eastern
District of Louisiana by using the CM/ECF system which will send a Notice of
Electronic Filing in accord with the procedures established in MDL 1657.


/s/ Tyler C. Vail
Attorney for Plaintiffs