UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| This Document Relates To: | * JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * MAGISTRATE JUDGE KNOWLES |

## ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto. The Court finds that the motion should be **GRANTED**. It is therefore,

**ORDERED** that those medical providers identified in Exhibit "A" hereto appear in this Court at _____ m. on the \_\_\_\_ day of _____, 2008, to show cause why:

1. They should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. They should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this \_\_\_\_\_ day of _____, 2008.

ELDON E. FALLON
UNITED STATE DISTRICT JUDGE