# EXHIBIT A

| CLAIMANT | PROVIDER | STATUS |
|---|---|---|
| Jones, Frank | Brookwood Medical Center | Not Responded |
| Jones, Queen | Baptist Medical Center | Not Responded |
| Finley, Stewart | Dr. Nancy White | Not Responded |
| Alexander, Connie | Dr. Farrell Medolson | Not Responded |
| Montgomery, Rosie | Dr. Harold Betton | Not Responded |
| Morrison, Kenneth | Dr. Shawn Purifoy | Not Responded |
| Jackson, Paula | Baptist Princeton Family Medical Services | Not Responded |
| Maye, Elmer | Tandem Health Dr. John Axley | Not Responded |
| McClendon, Diann | Dr. Mohammad Ismail Christine Medical Complex Medco | Not Responded |
| Merritt, Deborah | Dr. John Riser | Not Responded |
| Carter, Juanita | South Arkansas Regional Health Care Dr. Rollin Wycoff | Not Responded |
| Baldridge, Danny | Fred's Pharmacy | Not Responded |
| Baker, Beulah | Baptist Memorial Neurology | Not Responded |
| Thomas, Patricia | Dr. Paul Scalici CVS Pharmacy Dr. Edwin Moyo | Not Responded |
| Hardy Jr., Robert | Dr. Whitely | Not Responded |
| Harpman, Lynda | Adamsville Pharmacy | Not Responded |
| May, Ronald | Medi Sav Pharmacy National Pharmacy Dr. Timothy Waack | Not Responded |

1

| | | |
|---|---|---|
| Allen, Charles | Mt. Grove Pharmacy | Not Responded |
| Cohron, James | Weekly Pharmacy | Not Responded |
| Jones, James | Walmart Pharmacy<br>Shannon Regional Heart Center<br>McMahon Pharmacy Services | Not Responded |
| Dukes Jr., Tommy | Evergreen Pharmacy<br>Dr. Rabichauk | Not Responded |
| Talley, Katherine | Dr. Keith Bufford | Not Responded |
| Smith, Rosie | Medi Mart Pharmacy<br>Brinkley Health Care<br>Clarendon Medical Clinic | Not Responded |
| Sartain, Donna | Brookwood Medical Center<br>Dr. Scott Touger | Not Responded |
| Patterson, Michael | Walmart | Not Responded |
| Smith, Donald | Dr. Charles Larson<br>Dr. Braxton Smith | Not Responded |
| Rice Jr., Harvey | Dr. Eddie Gaines | Not Responded |
| McCain, Clarence | Dr. Shroyer | Not Responded |
| Barberi Jr., James | Dr. Bumaquat | Not Responded |
| Hamor, Ian | Dr. Beverly Vance<br>Dr. Winfield Fisher | Not Responded |
| Lee, Lois | Dr. Kevin Klopfenstein | Not Responded |
| Lamar, Franklin | William Howell | Not Responded |
| Johnson, Lora | Dr. Richard Burnett | Not Responded |
| Patillo, Gloria | Dr. Mary Sain<br>Dr. Ira Gardner<br>Kroger Pharmacy | Not Responded |

| | | |
|---|---|---|
| Offutt, Paula | Harco Pharmacy<br>HealthSouth | Not Responded |
| Sharpe, Donald | Dr. John Upchurch<br>Dr. Calvin Shaffer | Not Responded |
| Sledge, Viola | Dr. Richard Gualtier<br>Dr. Peter Ditoro | Not Responded |
| Robertson, Patricia | Dr. Paul Drenning | Not Responded |
| Yarbro, Bobby | Dr. Hunt | Not Responded |
| Campbell, Doris | Drug Mart | Not Responded |
| Eddy, Waymon | Dr. Mel Nance<br>Dr. Patricia Knott | Not Responded |
| Flippo, Jerry | Rushing Drug | Not Responded |
| Walden-Sims, Theresa | Dr. Anthony Russell | Not Responded |
| Snook, Bertha | Dr. Darin Talley | Not Responded |
| Kitchens, Selena | Dr. George Graves<br>Dr. Daniel Stabler | Not Responded |
| Swann, Buddy | Dr. Brock Harris | Not Responded |
| Horton, Robert | Winn Dixie Pharmacy | Not Responded |
| Palmer, Harold | Saline Memorial Hospital | Not Responded |
| Williams, Rosie | Dr. William Fleet<br>Dr. William Hicks | Not Responded |
| Abbott, Connie | Wood Discount Pharmacy | Not Responded |
| Olson, Katheryn | Dr. Geitzen | Not Responded |
| Rodden, Geneva | St. Johns Regional Healthcare Center | Not Responded |
| Sellers, Lawrence | CVS | Not Responded |

| | | |
|---|---|---|
| Champ, Betty | Dr. Braden | Not Responded |
| Cooper, Barbara | Fred's Pharmacy | Not Responded |
| Chapman, Helen | Dr. Diane Borderman<br>VA Pharmacy | Not Responded |
| Collins, Herchel | Dr. Tommy Lowe | Not Responded |
| Beale, Lorine | Walgreens Pharmacy<br>Kroger Pharmacy<br>Dr. Mohammed Kahn | Not Responded |
| Edwards, Margaret | Huntsville Hospital<br>Horizons Medical Center<br>Propst Pharmacy | Not Responded |
| Hunter, Beverly | West Georgia Medical Center | Not Responded |
| Lemon, Addie | Dr. Howard Clark<br>D&B Discount Drugs | Not Responded |
| Harris, Martha | Dr. David Wynne | Not Responded |
| Hines, Patrice | Dr. Yvette Randle | Not Responded |
| Crowell, Billy Ray | Arkansas Cardiology Associates<br>Dr. Davis Foscue | Not Responded |
| Reynolds, Stella | Dr. Thompson<br>Dr. Charlie Knight<br>Dr. Grier | Not Responded |
| Morris, Susie | Medco | Not Responded |
| Mitchell, Eula Mae | Medco<br>Dr. Mark Wood<br>Dr. Frederick Nusbickel<br>Dr. Nicodemo Macri | Not Responded |
| Freeman, Patsy | Medco | Not Responded |
| Logan, Don | Dr. Shaeffer | Not Responded |

| | | |
|---|---|---|
| Appling, Eline | Medco | Not Responded |
| Elmore, Roberta | Dr. Dennis Brown<br>Dr. Fred Farris | Not Responded |
| Ferguson, Linda | Spears Pharmacy<br>Rite-Aid Pharmacy | Not Responded |
| Dean, Madeline | Sacred Heart Hospital | Not Responded |
| Crowder, Vera | Dr. Ronald Stroud | Not Responded |
| Cockrell, Hilda | Rite-Aid Pharmacy<br>West Point Internal Medicine | Not Responded |
| Baxter, Bobby | McMillan Hospital<br>Dr. Vann Landingham | Not Responded |
| Barntsen, Romania | Dr. Kenneth Counselman<br>West Florida Hospital | Not Responded |
| Cook, Ruby | Dr. Roland Reynolds | Not Responded |
| Storey, Betty | Dr. Ben Parrish<br>Dr. John Morgan | Not Responded |
| Taylor, Carolyn | Dr. Goodwin | Not Responded |
| Thigpen, Webb | Dr. Mark Allen<br>Dr. Jack McHenry | Not Responded |
| King, Irene | Methodist Hospital Central<br>Dr. Evan Murray | Not Responded |
| Hinton, Mamie | Fred's Pharmacy<br>Dr. Andrea Smith<br>Dr. Jessie McGee | Not Responded |
| Martin, Ronald | Dr. Christopher<br>Princeton Hospital Bessemer | Not Responded |
| Miller, Gary | North Mississippi Medical Center<br>Dr. Sydney Pressor | Not Responded |

| Plaintiff | Provider | Status |
|---|---|---|
| McCurdy, Verlyn | Medco<br>Dr. Wayne Campbell<br>Dr. Gregory Staviski | Not Responded |
| Mitchell, Eugenia | Dr. Paul Matz<br>Dr. Richard Rosenthal<br>Dr. Alan Gruman<br>Dr. Julia Passyn | Not Responded |
| Hudnall, Carolyn | Dr. Walter Gough | Not Responded |
| Pugh, Agnes | St. Edwards Mercy Medical Center<br>Walmart Pharmacy<br>Charleston Clinic<br>Walnut Ridge Clinic Pharmacy<br>Walnut Ridge Clinic | Not Responded |
| Eppler, James | Dr. Charles Pearce | Not Responded |
| Lynch, Roas | St. Thomas Hospital<br>Dr. Donald Polk | Not Responded |
| Mack, Aurelia | Dr. Thomas Scott<br>Dr. Wesley Spruill | Not Responded |
| Berryhill, Mary | Malvern Mercy Medical Clinic Pharmacy<br>Dr. Robert White | Not Responded |
| Bennett, Marzetta | Dr. Richard Berryman | Not Responded |
| McCall, Barbara | Mackinaw Pain Clinic<br>Saginaw Physical Therapy<br>Dr. Jehad Jafari | Not Responded |
| Belt, Clarence | Dr. Thomas Lemay<br>Dr. Phillip White<br>Dr. Hiram Ward | Not Responded |
| Calhoun, Shirley | Medco<br>South Baldwin Regional Medical Center<br>Dr. Rodriguez-Feo<br>Dr. Kasmia | Not Responded |
| Edwards, Edna | St. Francis Hospital | Not Responded |

| Name | Provider | Status |
|---|---|---|
| Pressley, Jimmy | Baptist Hospital Pensacola | Not Responded |
| Anderson, Sharon | Dr. Gregg Carr<br>Brookwood Medical Center<br>Brookwood Medical Center Pharmacy | Not Responded |
| Thieme, Herbert | Methodist Hospital<br>Osceda Nursing Home<br>Newcomb Drugs | Not Responded |
| Moseley, John | Dr. Kenneth Yagodich<br>Trinity Medical Center | Not Responded |
| Rogers, James | Trinity Medical Center | Not Responded |
| Pollnitz, Barbara | Dr. Wilson | Not Responded |
| Richardson, Ethel | Dr. Steven Moehle | Not Responded |
| Morris, Vaughn | Walgreen's drugs<br>Dr. Reza Ershadi<br>Dr. Gilbert Zoghbi<br>Dr. Doppalaudi Harish<br>Dr. Isabel Barrenechea | Not Responded |
| Spencer, Brenda | Rite-Aid | Not Responded |
| Whisnant, David | Dr. Nancy Kahn<br>Dr. Richard Heck<br>Jacksonville Medical Clinic<br>Dr. Thomas Conley | Not Responded |
| Hill, George | Dr. John Nicholas | Not Responded |
| Michael, Sherman G. | Dr. Gary Bowman<br>Central Arkansas Hospital<br>Dr. Larry Weathers<br>Dr. Richards | Not Responded |
| Dowdell, Lena | Dr. Jerico<br>Providence Medical Group Cottage Hill<br>Providence Family Physicians<br>Franklin Medical Mall<br>Prevention Education & Counseling Center | Not Responded |

| | | |
|---|---|---|
| | Dr. Gene Ball | |
| | H.E. Savage | |
| Bean, Ariel | Dr. Barclay | Not Responded |
| Thigpen, Rosa Lee | Picayune Drugs<br>Dr. James Pennebaker | Not Responded |
| Hillman, Dorothy | Express Scripts | Not Responded |
| Aleshire, Lillie | Cox Medical Center South<br>Dr. Huang | Not Responded |
| Hayes, Jack | Primrose Nursing Home | Not Responded |
| Jackson, Edwin D. | St. Vincent's Medical Center<br>Dr. Zakeri Ahmed | Not Responded |
| Jones, Joycelyn Regina | Melvin's Discount Pharmacy | Not Responded |
| Kemble, Harold | Compass Imaging | Not Responded |
| Martin, Billy Ray | Dr. Krishna Reddy<br>Dr. David Whitley | Not Responded |
| Guffey, Gertrude | Dr. Brendella Fore | Not Responded |
| Cole, Gwendolyn | Dr. Kaplan<br>Dr. William Burks | Not Responded |
| Manley Jr., Joseph A. | Fox Army Health Center | Not Responded |
| Thomas, Myrtle "Frances" | Dr. Jack Brand<br>CVS/Caremark | Not Responded |
| Tolbert, Patricia | Dr. Kathy S. Short | Not Responded |
| Wilborn, Lucille | Hunter Medical Sys. c/o<br>Riley Hospital | Not Responded |
| Mack, Sarah | Dr. Carmella Anderson<br>Neurology Consultants of Tuscaloosa | Not Responded |
| Marchand, Bruce | Neurology Consultants of<br>Tuscaloosa | Not Responded |

| | | |
|---|---|---|
| Moore, Lillie Pearl | HealthSouth Rehab<br>Dr. Hauhn<br>Dr. Gomez<br>Dr. Douglas C. Tilt | Not Responded |
| Thomas, Jessie | Dr. George Habeab<br>Dr. Frank Wilson<br>Dr. Demetri Marshall | Not Responded |
| Harrell, Shirley | Dr. Randall Hess<br>Dr. Charles Skoog | Not Responded |
| Godsey, Charles | Dr. Faye Witson | Not Responded |
| Ellis, Ella | W & D Pharmacy<br>Genesis Hospice | Not Responded |
| Herzog, Edward | Dr. John Mantle<br>DCH Regional Medical Center<br>Dr. Collier<br>Dr. Leslie Fowler | Not Responded |
| Holmes, Dorothy | Dr Michael Grabowski<br>Healthsouth Pharmacy | Not Responded |
| Harris, Lillie | Dr. Shiva Natgrajan | Not Responded |
| Hutto, Randy | Dr. Sheri Clark<br>Dr. Michael Honan | Not Responded |
| Hudson, Wendell | Dr. Paul Kyte | Not Responded |
| Hubble, Doris | Dr. David E. Boike | Not Responded |
| Horgan, James | Dr. Jim Bozeman<br>Dr. William H. George | Not Responded |
| Johnson, Barbara | Dr. Katal<br>Wal-Mart Pharmacy | Not Responded |
| Johnson, Daniel | Dr. Michael Muher<br>Dr. England<br>Behavioral Health Care Center | Not Responded |

| | | |
|---|---|---|
| Jones, Charles for Doris Jones | Dr. Joe Buford<br>Dr. Scott Harrington | Not Responded |
| Jones, Daryl | Dr. Burke | Not Responded |
| Jones, Eugenia | Dr. Brian Roberts<br>Dr. Rachelle Cassity | Not Responded |
| Kennamer, Billy | Dr. Peter Lodewick | Not Responded |
| Killam, Aline | Dr. David A. Miles | Not Responded |
| Kullman, Velma | Dr. Evan Cohen<br>Buy Rite Drugs<br>Haralson Discount Drugs | Not Responded |
| Roberson, Alene | Kroger Pharmacy<br>Dr. Gina Hanissian | Not Responded |
| Scroggins, Freda | Medco | Not Responded |
| Singleton, Peter | Dr. David Hall | Not Responded |
| Sloate, Emmalene | Dr. John Hestir | Not Responded |
| Stevenson, James | Dr. Strong<br>Dr. Thomas McDermott<br>Dr. Curtis Tucker | Not Responded |
| Sockwell, James | Walmart pharmacy<br>Family pharmacy | Not Responded |
| Taylor, Samuel | Gibson Pharmacy<br>Dr. Edward Mahan<br>Dr. Cedric Harris<br>Lloyd Noland Hospital<br>HealthSouth Metro West<br>Rite Aid<br>Dr. Carry<br>Express Scripts | Not Responded |
| Terry, Bessie | Dr. Vaishali Shah<br>Dr. Milton Person | Not Responded |

| | | |
|---|---|---|
| Thomas, Flora | Dr. Pasquale Delvecchio, MD | Not Responded |
| Thomas, Rickey | Dr. Hay | Not Responded |
| Vann, Jim | Dr. Rory Justo<br>Jasper Pharmacy<br>The Drug Store | Not Responded |
| Dorsch, Olivia Lucille | Dr. Dennis Yellvington | Not Responded |
| Vaughan, Connie | Dr. Judson Hart<br>Little Rock Diagnostic Clinic<br>Cardiac Diagnostic Clinic | Not Responded |
| Webster, Virginia | Dr. Susan Balke<br>Dr. M McDaniel<br>Dr. Sakr | Not Responded |
| Westbrook, Jay | Dr. Edwin Barron | Not Responded |
| White, Annette | Dr. Yu Ogu | Not Responded |
| Williams, Rebecca | Dr. Ernest Okeke<br>Bryan W. Whitfield Memorial Hospital | Not Responded |
| Wilson, Vicky G. | Baptist Medical Center<br>Dr. Randy Pastor<br>Dr. Ford | Not Responded |
| Wilson, Walter | Dr. Margaret W. Kuykendall<br>Dr. Paul Klaassen<br>Dr. Wade Fischer<br>Dr. Tom Cummins<br>Woods Pharmacy | Not Responded |
| Wilson, Wayne | Dr. Perry<br>Dr. Heather Sabo<br>VA Pharmacy & Hospital<br>Downey Drug | Not Responded |
| Womack, Marion | Dr. Sharma<br>Cardiology Care Clinic | Not Responded |
| Arnett, Merry Carol | Rite-Aid | Not Responded |

| | | |
|---|---|---|
| Arrington, Ruth Lee | Thomas Pharmacy | Not Responded |
| Baker, Patricia | Doug's Pharmacy | Not Responded |
| Bates, Carol | Lakeland Regional Hospital | Not Responded |
| Burrough, Roy | Jefferson Regional Medical Center<br>Dr. Ruben Tejada | Not Responded |
| Capps, May Ruth | Dr. Sam Scrogging | Not Responded |
| Carnes, Herman | Alley's Drug Store<br>Dr. Barry McClain<br>Dr. Barry Mclean | Not Responded |
| Chamness, Clifford | Dr. Sukhija | Not Responded |
| Comer, Mack | Dr. J.W. Pitts<br>Dr. Larry Dye<br>Dr. Larry Moreland | Not Responded |
| Cook, Lowell | Ft. Walton Beach Hospital<br>Rite-Aid<br>Dr. Deborah Viglione<br>Sacred Heart Hospital<br>Baptist Hospital | Not Responded |
| Crouch, Ronnie | Dr. Ramon Anastacia | Not Responded |
| Crutchfield, Janis | Walgreens<br>Dr. Thomas | Not Responded |
| Davis, Lethell | Walmart | Not Responded |
| Demery, Shirley | Dr. Chidozie Ononuju<br>Valley Cardiology | Not Responded |
| LaCock, Diane | Gulf Breeze Hospital<br>Dr. K. Shams<br>Dr. Vita Kaplan<br>Bay Breeze Nursing Home & Retirement Center<br>Costco Pharamacy<br>Okaloosa Neuropsychiatric Center | Not Responded |

| | | |
|---|---|---|
| Lawson, Mary Ann | David's Pharmacy | Not Responded |
| Lowe, Martha P. | Dr. Helmes | Not Responded |
| Nannini, Clara | Dr. Dilip Shah | Not Responded |
| Neville, Charlotte | Dr. Robert Kimbrel/Family Medical | Not Responded |
| Newbill, Rose | Mobile Infirmary<br>The Heart Group<br>Dr. William Fleet<br>Dr. Greg Parker<br>Dr. Shaw | Not Responded |
| Oglesby, Brenda | Caremark/CVS<br>Dr. Nasiar Haque<br>Dr. Jonathan Brody<br>Dr. Shiba Natarajan<br>Dr. Reddy Karri | Not Responded |
| Owen, John | Dr. Philip Tracey | Not Responded |
| Owens, Rosie | Arkadelphia Medical Clinic<br>Dr. Hagood<br>Dr. Vladimir Karpitskiy<br>Fred's Pharmacy<br>Clark County Health Unit | Not Responded |
| Palmer, Julie | Dr. John Kerr | Not Responded |
| Perry, Patricia Ann | Dr. Rakesh A. Perikh<br>Dr. Yousseff Tawfik<br>Carolina Health Care Center<br>Cumberland County Hospital System | Not Responded |
| Peterson, Jarvon | UAB Health Center<br>Dr. James Williams<br>Dr. Chris Kim/Heart South Cardiovascular | Not Responded |
| Brzeski, Jerry | Fred's Pharmacy<br>Walmart<br>Dr. Dale Goins | Not Responded |

| | | |
|---|---|---|
| Brown, Walter | Fred's Pharmacy<br>Dr. William Crave | Not Responded |
| Eddings Sr., John C. | Southwest Regional Med. Ctr. | Not Responded |
| Gardner, Theodore | Princeton Baptist | Not Responded |
| Edwards, James A. | White River Med. Ctr. | Not Responded |
| Simpson, Dorothy | Express Scripts | Not Responded |
| Dodd, Barbara | Rite-Aid Pharmacy<br>Swifton Medical Clinic<br>Newport Hospital<br>Dr. Terry Hunt | Not Responded |
| McFarland, Donna | Save-A-Lot Pharmacy<br>Sacred Heart Hosp. | Not Responded |
| Grant, Clay | Dr. Bob Russell<br>Dr. John E. Stone<br>Express Scripts | Not Responded |
| Webb, James | Dr. Wade Lamberth<br>Dr. Paschal Redding | Not Responded |
| Arena, Hugh | Hanover Health & Rehab<br>Birmingham VA Hospital<br>UAB Spain Rehabilitation Center<br>Dr. Andrew Cardova<br>Dr. Jordan | Not Responded |
| Shirley, Lorene | Beverly Healthcare Meadowood | Not Responded |
| Orr, Anita | Northwest Ortho/Dr. Ganooza<br>Dr. Ijen Narayan | Not Responded |
| King, Faye D. | Dr. Hale Elliot | Not Responded |
| Harvey, Joyce | Dr. Dibyajban Mahapatra<br>Dr. Petra/Patra | Not Responded |
| Gamble, Katie | Princeton Baptist Med. Ctr. | Not Responded |

| | | |
|---|---|---|
| Fletcher, Eddie | Walmart<br>Sutherland Clinic | Not Responded |
| Gammon, Jeffrey | Health South | Not Responded |
| Thompson, Carolyn | Smitherman's Pharmacy | Not Responded |
| Lewis, David | Dr. P.K. Garg | Not Responded |
| Robinson, Cynthia | Wadley Regional Medical Center<br>All-Care Family Discount<br>Cabun Rural Health Services<br>Dr. Harbin<br>Dr. Sherri Diamond | Not Responded |
| Frances, Rayma | Dr. David Wing | Not Responded |
| McClanahan, Ethelda | St. Joseph Home Health<br>Dr. Jacob E. Abraham<br>Dr. Tangunan | Not Responded |
| Clair, Agnes St. | Dr. Paul Glynn | Not Responded |
| | Dr. Stephen Thies | Not Responded |
| Tiner, Alton | Dr. Marvin Sanderson<br>Dr. Jeffrey Mayfield | Not Responded |
| Green, Benja | Princeton Baptist Med. Ctr.<br>Gilmer Drug Company | Not Responded |
| Smith, James | Dr. Primvoick<br>Dr. Carol Caruthers | Not Responded |
| Smith, Zoetta | First Care/Dr. Darrell Ragland | Not Responded |
| Pharr, Jean M. | Dr. C.E. Ransom<br>Dr. Lawson Glover<br>White County Med. Ctr.<br>Dr. David Evans<br>County Drug | Not Responded |

15

| | | |
|---|---|---|
| Blair, West | Dr. Kurt Thorderson | Not Responded |
| Sanders, Irish M. | Courtland Pharmacy<br>Dr. Kristina Kumar | Not Responded |
| Sanders, James T. | Dr. Mark Caine | Not Responded |
| Scott, Sarah Lacey | DCH Hospital<br>Dr. J. Grier Stewart | Not Responded |
| Randall, Douglass | Walmart<br>Albertson's Pharm.<br>CVS Pharm.<br>Rite-Aid (Ekerd's)<br>Baptist Hospital | Not Responded |
| Riddlespur, Ronald | Dr. Crow | Not Responded |
| Roden, William | Albertsons Pharmacy<br>Southern Family Market Pharmacy | Not Responded |
| Taylor, Carl | UAMS of Arkansas | Not Responded |
| Carl Simpson | Express Scripts | Not Responded |
| Bobby Stewart | Express Scripts | Not Responded |
| Margaret Cody | Express Scripts | Not Responded |
| Cook, Printeris | Odyssey Health Care Pharmacy | Not Responded |
| Boseman, Isabel | Publix Pharmacy | Not Responded |
| Garner, Douglas | Walmart Pharmacy | Not Responded |
| Catalano, Dennis | Brunos Pharmacy<br>Publix Pharmacy<br>CVS Pharmacy<br>Walmart Pharmacy | Not Responded |
| Caton, James | Dr. Brice Brackin | Not Responded |

16

| | | |
|---|---|---|
| Jenkins, Nicey | Dr. Tom Kovaleski | Not Responded |
| Hylton, Wendell | Dr. Stephen Reeder<br>Dr. Mattax Nell Prater | Not Responded |
| Gann, Martha | Dr. John Crompton<br>Dr. Patrick Boyett<br>Dr. James Stone | Not Responded |
| Berry, Gerald | Dr. Jones Kane | Not Responded |
| Dawson, Don | Baptist Hospital | Not Responded |
| Truss, Clarence | Carraway Hospital | Not Responded |