UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Greg B. Miller, et al.*

*v.*

*Merck & Co., Inc., et al.*

**Only with regard to Patricia Bass**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-05292

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Patricia Bass in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE