**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Letty Bess, et al,*<br><br>v.<br><br>*Merck & Co. Inc., et al*<br><br>**Only with regard to:**<br><br>**Barbara Young** | MDL Docket No. 1657<br>SECTION L<br><br>Civ. No. A. No. 05-05301<br><br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

    Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Barbara Young *only*, against all defendants, be dismissed in their entirety without prejudice, with each party to bear its own costs.

/s/ John Carey
John Carey
Joseph P. Danis
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700

*Counsel for Plaintiffs*

Dated: 11/7/08

/s/ David A. Dick
David A. Dick
Thompson & Coburn
One US Bank Plaza, Suite 2600
St. Louis, MO 63101-9702
(314) 552-7000

*Counsel for Defendants Walgreen Co.,
d/b/a Walgreens, Wal-Mart Stores, Inc.,
and The Medicine Shoppe International*

Dated: 11/7/08

/s/ Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendants Merck & Co.,
Inc., Amy Sepko, and Sherry Alberts*

Dated: 11/7/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2