UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Ricardo Lara, et al.*

v.

*Merck & Co., Inc., et al.*

**Only with regard to Ricardo Lara, Donna Brown, Jimmy Foster, and Ruby Ruffin**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-05309

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Ricardo Lara, Donna Brown, Jimmy Foster, and Ruby Ruffin in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1