UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON | * | MAGISTRATE JUDGE KNOWLES |
| EXHIBIT "A" | * | |

### ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Rite Aid Pharmacy Should Not Be Held in Contempt for Failing to Comply with Pre-Trial Orders Nos. 35 and/or 35A for those plaintiffs identified in Exhibit "A" hereto.  The Court finds that the motion should be **GRANTED**.  It is therefore,

**ORDERED** that Rite Aid  Pharmacy appear in this Court at _____m. on the ____ day of _____, 2008, to show cause why:

1. It should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. It should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**

# EXHIBIT "A"

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Provider Phone | Exhibit # |
|---|---|---|---|---|---|---|---|
| S324-112020 | 2007-12-12 | June, Bernadine | RITE AID | ESCALATED | 200400272297 | 717-975-5952 | B-1 |
| S324-114261 | 2008-02-27 | Stevenson, Frances | RITE AID | ESCALATED | 200500036849 | 304-425-3024 | B-2 |
| S324-114961 | 2008-03-19 | McClellan, George | RITE-AID | ESCALATED | 200400256884 | 717-975-5952 | B-3 |
| S324-115111 | 2008-03-19 | Kelser, Charles | RITE AID | ESCALATED | 200500022197 | 717-763-1181 | B-4 |
| S324-117243 | 2008-04-11 | Deel, Gerald | RITE AID | ESCALATED | 200500031745 | 717-761-2633 | B-5 |
| S324-119545 | 2008-05-14 | Holland, Henry Jack | RITE AID | ESCALATED | 200560030373 | 800-748-3243 | B-6 |
| S324-120052 | 2008-05-22 | Killum, Ernest | RITE-AID PHARMACY | ESCALATED | 200500034544 | 800-748-3243 | B-7 |
| S324-121046 | 2008-06-09 | Elliott, Loretta | RITE AID | RESEARCH | 200400256459 | 800-748-3243 | B-8 |
| S324-115793 | 2008-03-26 | Shipman, Lola | RITE AID | ESCALATED | 200500024753 | 800-748-3243 | B-9 |
| S324-115714 | 2008-03-25 | Hawkins, Barbara | RITE AID | ESCALATED | 200400255694 | 800-748-3243 | B-10 |
| S324-121722 | 2008-06-18 | Baldwin, Jeanette Betty | RITE AID | ESCALATED | 200400256238 | 717-761-2633 | B-11 |
| S324-121819 | 2008-06-23 | Miles, Thelma | RITE AID | INCORRECT | 200500030915 | 800-748-3243 | B-12 |
| S324-114538 | 2008-03-06 | Meadows, Dorothy L. | RITE AID | ESCALATED | 200400283531 | 800-748-3243 | B-13 |
| S324-122263 | 2008-07-07 | Pagan, Sr., Alfonzo | RITE AID | ESCALATED | 200400284062 | 800-748-3243 | B-14 |
| S324-122661 | 2008-07-31 | Ishee, Althea | RITE AID PHARMACY | ESCALATED | 200400261093 | 334-393-4440 | B-15 |
| S324-122888 | 2008-08-18 | Williams, Walter | RITE AID | ESCALATED | 200500018405 | 800-748-3243 | B-16 |
| S324-110019 | 2007-11-06 | Harper, Agnes | RITE AID PHARMACY | ESCALATED | 200500014563 | 800-748-3243 | B-17 |
| S324-122964 | 2008-08-19 | Thomas, Robert | RITE AID | ESCALATED | 100200068654 | 800-748-3243 | B-18 |
| S324-108370 | 2007-10-18 | Alston, Vivian E. | RITE AID | ESCALATED | 200600046023 | 717-730-7724 | B-19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S324-107935 | 2007-10-03 | Gabriel, George | RITE AID | ESCALATED | 200400275253 | 717-761-2633 | B-20 |
| S324-123625 | 2008-09-25 | Robinson, Nevill | RITE AID | ESCALATED | 200500021366 | 800-748-3243 | B-21 |
| S324-123701 | 2008-10-01 | Hughes, Keith | RITE AID | RESEARCH | 200400278983 | 800-748-3243 | B-22 |
| S324-123759 | 2008-10-21 | Grubb, Leslie | RITE AID PHARMACY | RESEARCH | 200500010843 | 800-748-3243 | B-23 |
| S324-120935 | 2008-06-05 | Bell, Beverly | RITE-AID | ESCALATED | 200400244392 | 717-761-2633 | B-24 |
| S324-115591 | 2008-03-25 | Liddell, Willie | RITE-AID | ESCALATED | 200500008712 | 717-761-2633 | B-25 |
| | | Boykin, Williams | RITE AID | V2031-PTO35A | | | B-26 |
| | | Penta, Gloria | RITE AID | V2031-PTO35A | | | B-27 |
| | | Randall, Mabel | RITE AID | V2031-PTO35A | | | B-28 |
| | | Wilder, Terry | RITE AID | V2031-PTO35A | | | B-29 |