**EXHIBIT "B-1"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-112020 | Status | ESCALATED |
| Requested | 12/12/2007 9:57:11 AM | Completed | 3/12/2008 8:04:25 PM |

### Patient Information

| | | | |
|---|---|---|---|
| Name | June, Bernadine | | |
| Gender | | AKA | |
| Date of Birth | 6/21/1932 | Social Security # | xxx-xx-8819 |
| Case Number | 200400272297 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 9/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy profile |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 717-975-5952 |
| City, State ZIP | CAMPHILL, PA 17011 | Fax | |

### Notes

**Note from MediConnect 11/4/2008 9:55:49 AM MT**
Callback set for 11/10/2008.
We emailed a spreadsheet to Heather asking for a status check. She stated that she should send it back with updates at the end of this week. We will follow up in 4 business days.

**Note from MediConnect 10/28/2008 1:12:58 PM MT**
Callback set for 11/4/2008.
We have sent an email to Heather asking for the status of this request. We will note a response when one is received. We will follow up in 5 business days.

**Interoffice note - purters324 10/27/2008 10:43:35 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:19 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

Request - Details

**Note from MediConnect 9/30/2008 1:17:59 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.

**Note from MediConnect 9/24/2008 12:14:49 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 9/19/2008 7:39:25 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.

**Note from MediConnect 9/15/2008 8:05:30 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.

**Note from MediConnect 9/12/2008 7:50:03 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.

**Note from MediConnect 9/8/2008 7:51:43 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.

**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.

**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.

**Note from MediConnect 9/4/2008 12:19:18 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.

**Note from MediConnect 9/3/2008 2:43:47 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.

**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.

**Note from MediConnect 9/2/2008 6:42:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.

**Note from MediConnect 8/27/2008 8:31:58 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.

**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed, although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.

**Note from MediConnect 8/19/2008 7:02:55 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but hopes to

have status by the end of this week. I am setting the call back to 3 business days.

**Note from MediConnect 8/13/2008 7:59:18 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior

**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.

**Note from MediConnect 8/4/2008 8:05:32 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.

**Note from MediConnect 7/31/2008 9:09:05 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.

**Note from MediConnect 7/30/2008 10:25:58 AM MT**
Callback set for 7/31/2008.
I sent another email to Heather informing her that she need to let me know status as soon as possible. I also reminded her that the records are needed for the Vioxx litigation and it has already passed the deadline. I will follow up in 1 business day.

**Note from MediConnect 7/29/2008 12:15:56 PM MT**
Callback set for 7/30/2008.
I still have not heard a response from Heather. I sent another URGENT email asking her for status as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/28/2008 10:50:22 AM MT**
Callback set for 7/29/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.

**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.

**Note from MediConnect 7/23/2008 10:03:33 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/23/2008 9:15:28 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/22/2008 9:41:14 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email to check status. I will follow up in 1 business day.

**Note from MediConnect 7/21/2008 8:57:04 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/17/2008 8:26:21 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email and will follow up in 2 business days.

**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

Request - Details

Note from MediConnect 7/15/2008 10:07:10 AM MT
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior
Note from MediConnect 7/14/2008 4:07:39 PM MT
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
Note from MediConnect 7/14/2008 10:54:04 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 7/11/2008 9:44:31 AM MT
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
Note from MediConnect 7/10/2008 8:10:36 AM MT
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed
Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/9/2008 7:57:09 AM MT
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
Note from MediConnect 7/8/2008 11:40:54 AM MT
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
Note from MediConnect 7/8/2008 7:50:18 AM MT
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
Note from MediConnect 7/7/2008 8:43:57 AM MT
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
Note from MediConnect 7/3/2008 8:54:00 AM MT
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as
possible. I will follow up in 1 business day.
Note from MediConnect 7/3/2008 6:13:14 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 7/2/2008 12:11:19 PM MT
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this
week and that per Judge Fallon, if the records are not received, they could be ordered to appear
in court at their expense explaining why we have not received the records. I also emailed her
explaining above. I will follow up in 1 business day.
Note from MediConnect 7/2/2008 11:26:31 AM MT
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.
Note from MediConnect 6/30/2008 8:45:10 AM MT
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 6/23/2008 10:46:36 AM MT
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 6/16/2008 8:08:28 AM MT
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 6/13/2008 8:29:37 AM MT
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her
back informing her that I need status as soon as possible. I will follow up in 1 business day.

Request - Details                                                                Page 5 of 6

Note from MediConnect 6/11/2008 8:36:49 AM MT
Callback set for 6/13/2008.
I still have not heard a response from Heather. I emailed her again informing her that we need
status ASAP as promised. I will follow up in 2 business days.
Note from MediConnect 6/9/2008 2:34:00 PM MT
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer
and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I
am up and running she will let me know the status. I will follow up in 2 business days.
Note from MediConnect 6/4/2008 1:38:17 PM MT
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests
received in March and April. She stated that they are on an 8-10 week backlog and do not
expedite requests. I will follow up in 4 business days.
Note from MediConnect 5/5/2008 7:30:26 AM MT
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 4/28/2008 7:30:51 AM MT
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 4/21/2008 7:40:27 AM MT
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they
process the requests the receive in the order that they are received as with our company and any
other company/attorney they may receive a request from. I will follow up in 5 business days if no
response has been received.
Note from MediConnect 4/18/2008 7:46:08 AM MT
Callback set for 4/21/2008.
I have not heard back from Heather. I sent her an email informing her about the court order. I will
follow up in 1 business day if no response has been received.
Note from MediConnect 4/15/2008 8:09:41 AM MT
Callback set for 4/21/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
Note from MediConnect 4/10/2008 8:38:47 AM MT
Callback set for 4/15/2008.
Our contact at Rite-Aid, Heather Leininger, has informed us that they are backlogged by about 8 -
10 weeks on all record requests. She said that she and her office staff are working on the backlog
and are mailing records out as they have them available. She said they are focusing on requests
based on age and will provide status if/when they have time to do so. We will continue to follow
up and provide status as we receive it.
Note from MediConnect 3/13/2008 7:52:52 AM MT
Callback set for 4/14/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20
business days per their requested processing time. This facility is on an 8-10 week backlog and
does not expedite requests.
Note from MediConnect 3/13/2008 7:52:22 AM MT
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: GABREAL HILLS/LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: GABREAL HILLS
Note from MediConnect 3/13/2008 7:26:12 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 3/13/2008 7:09:39 AM MT
CC: Please see previous note and proceed with request. Thank you
Note from Requestor - purters324 3/13/2008 7:04:26 AM MT
The pharmacy address is Rite Aid Pharmacy 1605 Broadway Toledo, Ohio 43609 Thanks
Note from MediConnect 3/12/2008 8:04:25 PM MT

DEAR REQUESTOR: In accordance with our polices and notices, this request has been

cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.
**Note from MediConnect 12/13/2007 6:52:17 AM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
**Note from MediConnect 12/13/2007 6:16:14 AM MT**
DEAR REQUESTOR: In order to obtain the records I need the address of the pharmacy that the patient filled the prescriptions. Please obtain this information. Thank you.
**Note from MediConnect 12/12/2007 8:16:36 PM MT**
An authorization has been scanned for this request.



**EXHIBIT "B-2"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-114261 | **Status** | ESCALATED |
| Requested | 2/27/2008 6:50:45 AM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Stevenson, Frances | | |
| Gender | | **AKA** | |
| Date of Birth | 10/9/1954 | **Social Security #** | xxx-xx-8869 |
| Case Number | 200500036849 | | |

## Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 9/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Any and All |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 101 MORRISON DRIVE | **Phone** | 304-425-3024 |
| City, State ZIP | PRINCETON, WV 24740 | **Fax** | |

## Notes

**Note from MediConnect 11/4/2008 9:55:49 AM MT**
Callback for 11/10/2008.
We emailed a spreadsheet to Heather asking for a status check. She stated that she should send it back with updates at the end of this week. We will follow up in 4 business days.

**Note from MediConnect 10/28/2008 1:32:15 PM MT**
Callback set for 11/4/2008.
We have sent an email to Heather asking for the status of this request. We will note a response when one is received. We will follow up in 5 business days.

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:17 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 9/30/2008 1:17:58 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.

**Note from MediConnect 9/25/2008 10:51:59 AM MT**
Callback set for 9/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3 business days if I do not receive a response prior.

**Note from MediConnect 9/19/2008 7:39:25 AM MT**

Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:30 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:03 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:51:43 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/4/2008 12:19:18 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:42:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 8:31:58 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed, although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/20/2008 9:05:59 AM MT**
Callback set for 8/22/2008.
I called and left message on Tracy Landis's voicemail, Heather's supervisor, explaining the importance of getting these records and also reminded about HIPAA law. I explained that we have several requests and have long passed the 8-10 week backlog that I have been informed that this facility is on. I asked for a call back to go over why it is taking so long to send the records. I will follow up in 2 business days. I also sent an email to Heather informing her of the same.
**Note from MediConnect 8/20/2008 8:16:55 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she was out of the office on Monday, but she is working on the requests and will hopefully let me know status by the end the week. I also emailed her again asking for status. I will follow up in 2 business days.
**Note from MediConnect 8/13/2008 7:59:18 AM MT**
Callback set for 8/20/2008.

Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior

**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 8/8/2008 9:02:02 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.

**Note from MediConnect 8/5/2008 7:15:56 AM MT**
Callback set for 8/8/2008.
Per Heather, she informed me that she let me know status this week. I am resetting the call back to 3 business days.

**Note from MediConnect 8/5/2008 7:04:54 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forward to internal team for follow up.

**Note from MediConnect 7/31/2008 9:09:07 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.

**Note from MediConnect 7/30/2008 10:25:58 AM MT**
Callback set for 7/31/2008.
I sent another email to Heather informing her that she need to let me know status as soon as possible. I also reminded her that the records are needed for the Vioxx litigation and it has already passed the deadline. I will follow up in 1 business day.

**Note from MediConnect 7/29/2008 12:15:56 PM MT**
Callback set for 7/30/2008.
I still have not heard a response from Heather. I sent another URGENT email asking her for status as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/28/2008 10:50:23 AM MT**
Callback set for 7/29/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.

**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.

**Note from MediConnect 7/23/2008 10:03:34 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/23/2008 9:15:29 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/22/2008 9:41:16 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email to check status. I will follow up in 1 business day.

**Note from MediConnect 7/21/2008 8:57:04 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/17/2008 8:26:22 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email and will follow up in 2 business days.

**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/15/2008 10:07:11 AM MT**

Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/14/2008 4:07:39 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 9:44:31 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:09 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 11:40:54 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:59 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 1:06:36 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/23/2008 10:46:37 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/16/2008 8:08:29 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/13/2008 9:46:13 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 6/11/2008 8:36:49 AM MT**
Callback set for 6/13/2008.
I still have not heard a response from Heather. I emailed her again informing her that we need status ASAP as promised. I will follow up in 2 business days.

**Note from MediConnect 6/9/2008 2:34:00 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 1:54:45 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I called and left a message on Tracy's, Heather's supervisor's, voicemail about the age of these request and that we need these ASAP. I left a very detailed message stating that we need to get the records and to see what needs to be done to get them to expedite these requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:46:34 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 8:41:23 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 11:39:13 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.
**Note from MediConnect 5/12/2008 8:57:20 AM MT**
Callback set for 5/19/2008.
I received response back from Heather which stated that they process the requests the receive in the order that they are received. I will follow up in 5 business days.
**Note from MediConnect 5/5/2008 8:06:59 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 7:50:20 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/21/2008 7:54:12 AM MT**
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they process the requests they receive in the order that they are received as with our company and any other company/attorney they may receive a request from. I will follow up in 5 business days if no response has been received.
**Note from MediConnect 4/15/2008 8:56:11 AM MT**
Callback set for 4/21/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/10/2008 9:30:39 AM MT**
Callback set for 4/15/2008.
Our contact at Rite-Aid, Heather Leininger, has informed us that they are backlogged by about 8 10 weeks on all record requests. She said that she and her office staff are working on the backlog and are mailing records out as they have them available. She said they are focusing on requests based on age and will provide status if/when they have time to do so. We will continue to follow up and provide status as we receive it.
**Note from MediConnect 4/7/2008 7:40:19 AM MT**
Callback set for 4/14/2008.
Sent another email to Heather informing her that I need status and that she has not responded as promised.
**Note from MediConnect 3/31/2008 7:55:17 AM MT**
Callback set for 4/7/2008.
Per procedure set up with facility. I have sent an URGENT email to Heather to check status. I will note response once received.
**Note from MediConnect 3/26/2008 6:58:03 AM MT**

Callback set for 3/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response

once received.

**Note from MediConnect 2/28/2008 7:38:44 AM MT**
Callback set for 3/26/2008.
See note below
**Note from MediConnect 2/27/2008 2:40:33 PM MT**
Callback set for 3/26/2008.
I issued the required prepayment and as per request from Rite Aid I will set follow up call out for
20 business days.
**Note from MediConnect 2/27/2008 2:39:38 PM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /ALLISON LEE-LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice:
**Note from MediConnect 2/27/2008 1:19:51 PM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 2/27/2008 1:06:35 PM MT**
An authorization has been scanned for this request.

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

EXHIBIT "B-3"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-114961 | **Status** | ESCALATED |
| Requested | 3/19/2008 9:15:28 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | McClellan, George | | |
| Gender | | **AKA** | |
| Date of Birth | 9/20/1935 | **Social Security #** | xxx-xx-6114 |
| Case Number | 200400256884 | | |

## Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 1/1/1999 through 12/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile, All Records |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE-AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 717-975-5952 |
| City, State ZIP | CAMP HILL, PA 17011 | **Fax** | |

## Notes

**Note from MediConnect 11/4/2008 9:55:50 AM MT**
Callback set for 11/10/2008.
We emailed a spreadsheet to Heather asking for a status check. She stated that she should send it back with updates at the end of this week. We will follow up in 4 business days.

**Note from MediConnect 10/28/2008 1:32:15 PM MT**
Callback set for 11/4/2008.
We have sent an email to Heather asking for the status of this request. We will note a response when one is received. We will follow up in 5 business days.

**Interoffice note - purters324 10/27/2008 10:47:18 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:19 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review

and respond. We will set a call back for 5 business days.
**Note from MediConnect 9/30/2008 1:17:59 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we
have received correspondence.
**Note from MediConnect 9/24/2008 12:14:49 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:25 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her
again reminding her that these records are needed today in order to not have them put on the list
of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:51:43 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the
authorization to her until she has asked that I do so. I have set the call back for 4 business days
due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week.
I emailed her back informing her that these records are needed by next week. She then emailed
me back stating that she will review the requests that we have open with this facility and let me
know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:18 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records
are needed within the week in order to not have them put on the list of facilities that are not
sending the records. I left my phone number and asked for her to return my call. Set follow-up call
for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these
records were not included. I sent her another email asking for status. I will follow up in 3 business
days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 8:31:58 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed,
although this request was not included. She informed me that she will let me know when these
records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/19/2008 7:02:55 AM MT**
Callback set for 8/22/2008.

I received response from Heather which stated that she is currently out of the office, but hopes to have status by the end of this week. I am setting the call back to 3 business days.
**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:05:32 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
**Note from MediConnect 7/31/2008 9:09:07 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 10:25:59 AM MT**
Callback set for 7/31/2008.
I sent another email to Heather informing her that she need to let me know status as soon as possible. I also reminded her that the records are needed for the Vioxx litigation and it has already passed the deadline. I will follow up in 1 business day.
**Note from MediConnect 7/29/2008 12:15:56 PM MT**
Callback set for 7/30/2008.
I still have not heard a response from Heather. I sent another URGENT email asking her for status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 10:50:23 AM MT**
Callback set for 7/29/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:35 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/23/2008 9:15:29 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/22/2008 9:41:17 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email to check status. I will follow up in 1 business day.
**Note from MediConnect 7/21/2008 8:57:05 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/17/2008 8:26:02 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email and will follow up in 2 business days.
**Note from MediConnect 7/16/2008 9:53:26 AM MT**

Callback set for 7/17/2008.
Per facility request, status checks should be sent through email. We have not received a

response as of yet. have emailed Heather to check status. This facility is on an 8-10 weeks back log and does not expedite requests. They are processed in the order in which they are received. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/15/2008 10:33:58 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/14/2008 4:32:46 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will set a call back for 1 business days.

**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/11/2008 9:44:31 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/9/2008 7:57:09 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/8/2008 11:40:54 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/7/2008 8:43:58 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/2/2008 1:06:36 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we haven't received the records. I also emailed her explaining above. I will follow up in 1 business day.

**Note from MediConnect 6/30/2008 9:42:17 AM MT**
Callback set for 7/7/2008.
I received redsponse from Heather which stated that she sent out several requests for our facility on Friday and that she will try to send an updated spreadsheet with all the requests that were sent by this afternoon. I emailed her back asking her to send as soon as possible. I will follow up in 5 business days if nothing has been received.

**Note from MediConnect 6/23/2008 10:56:08 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/16/2008 8:27:27 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior

**Note from MediConnect 6/13/2008 10:23:40 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 6/11/2008 9:04:09 AM MT**

Callback set for 6/13/2008.

I still have not received a response from Heather, I emailed her again informing her that I need status ASAP as promised. I will follow up in 2 business days.
**Note from MediConnect 6/9/2008 2:38:38 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 1:53:50 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:58:01 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 8:41:24 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 12:00:18 PM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.
**Note from MediConnect 5/12/2008 11:07:08 AM MT**
Callback set for 5/19/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 8:21:28 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 8:09:37 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/21/2008 8:06:33 AM MT**
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they process the requests they receive in the order that they are received as with our company and any other company/attorney they may receive a request from. I will follow up in 5 business days if no response has been received.
**Note from MediConnect 4/18/2008 8:14:14 AM MT**
Callback set for 4/21/2008.
I have not heard a response back from Heather. I emailed her informing her of the court order. I will follow up in 1 business day if no response has been received.
**Note from MediConnect 3/20/2008 10:40:21 AM MT**
Callback set for 4/21/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.
**Note from MediConnect 3/20/2008 10:40:15 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: MCCLELLAN, GEORGE
**Note from MediConnect 3/20/2008 10:37:54 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/20/2008 7:52:15 AM MT**
An authorization has been scanned for this request.

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit

EXHIBIT "B-4"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-115111 | Status | ESCALATED |
| Requested | 3/19/2008 9:49:22 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Kelser, Charles | | |
| Gender | | AKA | |
| Date of Birth | 11/11/1951 | Social Security # | xxx-xx-2595 |
| Case Number | 200500022197 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 to 9/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 717-763-1181 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

## Notes

**Note from MediConnect 11/4/2008 9:55:50 AM MT**
Callback set for 11/10/2008.
We emailed a spreadsheet to Heather asking for a status check. She stated that she should send it back with updates at the end of this week. We will follow up in 4 business days.

**Note from MediConnect 10/28/2008 1:12:58 PM MT**
Callback set for 11/4/2008.
We have sent an email to Heather asking for the status of this request. We will note a response when one is received. We will follow up in 5 business days.

**Interoffice note - purters324 10/27/2008 10:44:13 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:19 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review

and respond. We will set a call back for 5 business days.
**Note from MediConnect 9/30/2008 1:17:59 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we
have received correspondence.
**Note from MediConnect 9/25/2008 10:51:59 AM MT**
Callback set for 9/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3
business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:25 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her
again reminding her that these records are needed today in order to not have them put on the list
of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:51:43 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the
authorization to her until she has asked that I do so. I have set the call back for 4 business days
due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week.
I emailed her back informing her that these records are needed by next week. She then emailed
me back stating that she will review the requests that we have open with this facility and let me
know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/4/2008 12:19:19 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records
are needed within the week in order to not have them put on the list of facilities that are not
sending the records. I left my phone number and asked for her to return my call. Set follow-up call
for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:51 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these
records were not included. I sent her another email asking for status. I will follow up in 3 business
days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 8:31:58 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed,
although this request was not included. She informed me that she will let me know when these
records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/20/2008 9:05:59 AM MT**
Callback set for 8/22/2008.
I called and left message on Tracy Landis's voicemail, Heather's supervisor, explaining the
importance of getting these records and also reminded about HIPAA law. I explained that we
have several requests and have long passed the 8-10 week backlog that I have been informed

that this facility is on. I asked for a call back to go over why it is taking so long to send the records.
I will follow up in 2 business days. I also sent an email to Heather informing her of the same.
**Note from MediConnect 8/20/2008 8:16:55 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she was out of the office on Monday, but she
is working on the requests and will hopefully let me know status by the end the week. I also
emailed her again asking for status. I will follow up in 2 business days.
**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email
updates every night to inform me which records were sent that day. I also sent her an updated
spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business
days.
**Note from MediConnect 8/5/2008 7:15:56 AM MT**
Callback set for 8/8/2008.
Per Heather, she informed me that she let me know status this week. I am resetting the call back
to 3 business days.
**Note from MediConnect 8/5/2008 7:04:54 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forward to internal team for follow up.
**Note from MediConnect 7/31/2008 9:09:07 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for
our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 10:25:59 AM MT**
Callback set for 7/31/2008.
I sent another email to Heather informing her that she need to let me know status as soon as
possible. I also reminded her that the records are needed for the Vioxx litigation and it has already
passed the deadline. I will follow up in 1 business day.
**Note from MediConnect 7/29/2008 12:15:56 PM MT**
Callback set for 7/30/2008.
I still have not heard a response from Heather. I sent another URGENT email asking her for
status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 10:50:23 AM MT**
Callback set for 7/29/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete
any records requests this week. She also stated that she is hoping to send some records out
today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:35 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed
as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/22/2008 9:41:17 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email to check status. I
will follow up in 1 business day.
**Note from MediConnect 7/21/2008 8:57:05 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior
**Note from MediConnect 7/17/2008 8:26:22 AM MT**

Callback set for 7/21/2008.

I received response from Heather, but the status of this request was not given. I sent another URGENT email and will follow up in 2 business days.
**Note from MediConnect 7/16/2008 9:53:26 AM MT**
Callback set for 7/17/2008.
Per facility request, status checks should be sent through email. We have not received a response as of yet. have emailed Heather to check status. This facility is on an 8-10 weeks back log and does not expedite requests. They are processed in the order in which they are received. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/15/2008 10:33:58 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/14/2008 4:32:46 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 9:44:31 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 11:40:54 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:57 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 1:06:36 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 6/30/2008 9:42:17 AM MT**
Callback set for 7/7/2008.
I received redsponse from Heather which stated that she sent out several requests for our facility on Friday and that she will try to send an updated spreadsheet with all the requests that were sent by this afternoon. I emailed her back asking her to send as soon as possible. I will follow up in 5 business days if nothing has been received.
**Note from MediConnect 6/23/2008 10:56:08 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/16/2008 8:27:27 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior
**Note from MediConnect 6/13/2008 10:23:40 AM MT**

Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 6/11/2008 9:04:09 AM MT**
Callback set for 6/13/2008.
I still have not received a response from Heather, I emailed her again informing her that I need status ASAP as promised. I will follow up in 2 business days.
**Note from MediConnect 6/9/2008 2:38:38 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 2:03:05 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:58:01 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 8:50:21 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 12:00:18 PM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.
**Note from MediConnect 5/12/2008 11:44:27 AM MT**
Callback set for 5/19/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 8:21:28 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 8:34:32 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/21/2008 8:06:33 AM MT**
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they process the requests they receive in the order that they are received as with our company and any other company/attorney they may receive a request from. I will follow up in 5 business days if no response has been received.
**Note from MediConnect 4/18/2008 8:24:01 AM MT**
Callback set for 4/21/2008.
I have not heard a response from Heather. I emailed her reminding her of the court order. I will follow up in 1 business day if no response has been received.
**Note from MediConnect 4/16/2008 2:06:25 PM MT**
Callback set for 4/18/2008.
I called an left a message on Heather voicemail informing her that they have 30 days to send the records and that they can not longer reject our authorization due to a court order received. I will follow up in 2 business days if no response has been received.
**Note from MediConnect 3/21/2008 1:01:41 PM MT**
Callback set for 4/21/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.
**Note from MediConnect 3/21/2008 1:01:28 PM MT**

A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE

ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: KELSER, CHARLES
**Note from MediConnect 3/21/2008 9:55:44 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/21/2008 3:42:05 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 3/19/2008 9:57:55 AM MT**
The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-763-1181

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit