EXHIBIT "B-5"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-117243 | **Status** | ESCALATED |
| Requested | 4/11/2008 10:13:49 AM | Completed | |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Deel, Gerald | | |
| Gender | | **AKA** | |
| Date of Birth | 6/23/1950 | **Social Security #** | xxx-xx-2339 |
| Case Number | 200500031745 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 1/1/2001 through 12/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile, All Records |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 717-761-2633 |
| City, State ZIP | CAMP HILL, PA 17011 | **Fax** | |

### Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Interoffice note - purters324 10/29/2008 3:43:01 PM MT**
E-mailed Heather requesting records be sent directly to us.

**Note from MediConnect 10/27/2008 2:38:10 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 1:58:52 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 9:23:21 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:58 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/14/2008 8:44:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/7/2008 12:42:30 PM MT**

Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status

check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.
**Note from MediConnect 9/30/2008 1:18:09 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/11/2008 9:21:32 AM MT**
Callback set for 9/12/2008.
Resetting the call back to allow time for response. I am setting the call back to 1 business day.
**Note from MediConnect 9/8/2008 7:25:52 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:44 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:20 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:51 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 7:16:00 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed,

although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.

**Note from MediConnect 8/19/2008 6:58:08 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but hope to have status by the end of this week. I will follow up in 3 business days.

**Note from MediConnect 8/13/2008 12:45:01 PM MT**
Callback set for 8/20/2008.
Per previous note, I am resetting the call back to 5 business days.

**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior

**Note from MediConnect 8/13/2008 7:07:51 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.

**Note from MediConnect 8/4/2008 8:46:22 AM MT**
Callback set for 8/8/2008 10:00:00 AM.
Per Heather, she is working on the requests for our company and will let me know status this week. I am setting the call back to 4 business days.

**Note from MediConnect 7/31/2008 9:09:07 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.

**Note from MediConnect 7/30/2008 7:05:36 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/29/2008 8:30:02 AM MT**
Callback set for 7/30/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/28/2008 8:38:45 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.

**Note from MediConnect 7/25/2008 9:25:11 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.

**Note from MediConnect 7/25/2008 7:30:24 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/24/2008 8:58:33 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.

**Note from MediConnect 7/23/2008 8:40:03 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/22/2008 8:32:13 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email asking for status. I will follow up in 1 business.

**Note from MediConnect 7/21/2008 8:33:17 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/17/2008 8:07:25 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 9:53:27 AM MT**
Callback set for 7/17/2008.
Per facility request, status checks should be sent through email. We have not received a response as of yet. have emailed Heather to check status. This facility is on an 8-10 weeks back log and does not expedite requests. They are processed in the order in which they are received. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/16/2008 9:29:38 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/15/2008 10:33:58 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/14/2008 4:32:46 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/11/2008 8:21:15 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:12:03 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 9:00:34 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 9:05:05 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 1:06:37 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 6/30/2008 9:42:18 AM MT**
Callback set for 7/7/2008.
I received redsponse from Heather which stated that she sent out several requests for our facility on Friday and that she will try to send an updated spreadsheet with all the requests that were sent by this afternoon. I emailed her back asking her to send as soon as possible. I will follow up in 5 business days if nothing has been received.
**Note from MediConnect 6/27/2008 8:07:30 AM MT**

Callback set for 6/30/2008.
I emailed Heather again informing her that I need an update as promised yesterday. I will follow

up in 1 business day if nothing has been received.

**Note from MediConnect 6/23/2008 11:08:01 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. This facility is on an 8-10 week backlog and does NOT expedite requests. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/20/2008 7:31:09 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business days if I do not receive a response prior.

**Note from MediConnect 6/16/2008 9:08:31 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/13/2008 11:19:05 AM MT**
Callback set for 6/16/2008.
Per previous note, I emailed Heather back informing her that I need status as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 6/12/2008 9:55:05 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status ASAP. I will follow up in 2 business days.

**Note from MediConnect 6/11/2008 9:12:58 AM MT**
Callback set for 6/13/2008.
I still have not received a response from Heather. I emailed her again informing her that I need status ASAP as promised. I will follow up in 2 business days.

**Note from MediConnect 6/10/2008 7:01:02 AM MT**
Callback set for 6/11/2008.
Per Heather, she informed me that she will let me know the status by today. If not response has been received I will follow up in 1 business day.

**Note from MediConnect 6/9/2008 2:44:38 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as she is up and running she will let me know the status. I will follow up in 2 business days.

**Note from MediConnect 6/4/2008 2:09:32 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I will follow up in 4 business days.

**Note from MediConnect 6/2/2008 9:06:13 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 5/27/2008 8:59:01 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.

**Note from MediConnect 5/19/2008 12:22:57 PM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.

**Note from MediConnect 5/19/2008 8:46:09 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 4/22/2008 7:21:16 AM MT**
Callback set for 5/19/2008.
I have mailed the prepayment and authorization to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.

**Note from MediConnect 4/22/2008 7:21:00 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011

The check was sent via EXPRESS mail.
Provider Invoice: DEEL, GERALD
**Note from MediConnect 4/22/2008 6:53:01 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 4/21/2008 3:33:39 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 4/21/2008 2:43:43 PM MT**
DEAR REQUESTOR: Thank you for your note. We will keep the request in Incorrect Auth status
until we receive the auth.
**Note from Requestor - purters324 4/21/2008 2:41:35 PM MT**
medical auth sent 4/21/08
**Note from MediConnect 4/11/2008 10:48:11 AM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.
**Note from MediConnect 4/11/2008 10:48:06 AM MT**
The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-761-2633

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit

**EXHIBIT "B-6"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-119545 | Status | ESCALATED |
| Requested | 5/14/2008 9:24:22 AM | Completed | |

## Patient Information

| | |
|---|---|
| Name | Holland, Henry Jack |
| Gender | AKA |
| Date of Birth | 8/1/1925 | Social Security # | xxx-xx-7958 |
| Case Number | 2005600030373 |

## Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999-Present (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Any and ALL |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

## Notes

**Note from MediConnect 11/7/2008 9:12:55 AM MT**
Callback set for 11/10/2008.
Setting callback to the original date to allow time for a response.

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:11 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Interoffice note - purters324 10/27/2008 10:19:00 AM MT**
She said this one was not open, meaning she could not pull anything up on the client showing that the request was made. She will give to Heather to double check. She also suggested that I send an email to Heather hleininger@riteaid.com of the requests that I have pending since she could only take 5 at a time per day per Company. VT17

**Note from MediConnect 10/21/2008 1:58:52 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 7:00:39 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:43 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:42:30 PM MT**

Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a
completely new updated status check. I have compiled a new spreadsheet and sent a status
check to Heather due to the large amount she requests that we allow some time for her to review
and respond. We will set a call back for 5 business days.
**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/1/2008 1:03:19 PM MT**
Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have
received correspondence.
**Note from MediConnect 10/1/2008 11:11:35 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her
again reminding her that these records are needed today in order to not have them put on the list
of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the
authorization to her until she has asked that I do so. I have set the call back for 4 business days
due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:44 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week.
I emailed her back informing her that these records are needed by next week. She then emailed
me back stating that she will review the requests that we have open with this facility and let me
know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:20 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records
are needed within the week in order to not have them put on the list of facilities that are not
sending the records. I left my phone number and asked for her to return my call. Set follow-up call
for 2 business days.
**Note from MediConnect 9/3/2008 2:43:45 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:51 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these
records were not included. I sent her another email asking for status. I will follow up in 3 business
days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/29/2008 7:20:36 AM MT**

Callback set for 9/2/2008.

Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 8/26/2008 7:54:49 AM MT
Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.
Note from MediConnect 8/21/2008 6:33:40 AM MT
Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3 business days if I do not receive a response prior
Note from MediConnect 8/19/2008 6:53:27 AM MT
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but she hopes to have status by the end of this week. I will follow up in 3 business days.
Note from MediConnect 8/13/2008 7:59:19 AM MT
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
Note from MediConnect 8/13/2008 7:07:51 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 8/8/2008 10:25:17 AM MT
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
Note from MediConnect 8/4/2008 8:05:33 AM MT
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
Note from MediConnect 7/31/2008 8:13:05 AM MT
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on the requests for our facility and that she will send me an update next week. I will follow up in 3 business days.
Note from MediConnect 7/30/2008 7:04:16 AM MT
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/29/2008 8:20:24 AM MT
Callback set for 7/30/2008.
I have still not heard a response from Heather. I sent her another email informing her that I need status as soon as possible. I will follow up in 1 business day.
Note from MediConnect 7/28/2008 8:02:54 AM MT
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
Note from MediConnect 7/25/2008 9:25:11 AM MT
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
Note from MediConnect 7/25/2008 6:37:33 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 7/24/2008 8:41:03 AM MT
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
Note from MediConnect 7/23/2008 8:19:56 AM MT
Callback set for 7/24/2008.
I sent another email to Heather informing her that I really need the status of this request. I will follow up in 1 business day.
Note from MediConnect 7/22/2008 8:28:38 AM MT

Callback set for 7/23/2008.

I still have not heard a responds from Heather. I sent her another URGENT email. I will follow up in 1 business day.
Note from MediConnect 7/21/2008 8:05:31 AM MT
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/18/2008 8:13:04 AM MT
Callback set for 7/21/2008.
Per Heather the records are processed in the order in which they were received. I will follow up in 1 business day.
Note from MediConnect 7/17/2008 8:05:46 AM MT
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email to check status. I will follow up in 2 business days.
Note from MediConnect 7/16/2008 8:06:22 AM MT
Callback set for 7/17/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
Note from MediConnect 7/15/2008 8:36:40 AM MT
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/14/2008 4:07:36 PM MT
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
Note from MediConnect 7/14/2008 11:02:34 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 7/11/2008 8:35:07 AM MT
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/10/2008 8:10:37 AM MT
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/9/2008 7:57:10 AM MT
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/8/2008 9:16:22 AM MT
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/8/2008 7:50:18 AM MT
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/7/2008 8:43:57 AM MT
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
Note from MediConnect 7/3/2008 8:54:01 AM MT
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
Note from MediConnect 7/3/2008 6:13:15 AM MT
Provider Relations -- Rite-Aid Pharmacy.
Note from MediConnect 7/2/2008 12:11:19 PM MT
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
Note from MediConnect 7/2/2008 11:26:32 AM MT

Callback set for 7/2/2008 1:00:00 PM.

Call back set for later today to follow up in Heather.
**Note from MediConnect 6/27/2008 12:13:47 PM MT**
Tracking Number: 796020095935
**Note from MediConnect 6/27/2008 12:13:46 PM MT**
Tracking Number: 797019163946
**Note from MediConnect 6/26/2008 12:59:14 PM MT**
Callback set for 8/4/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 32 business days.
**Note from MediConnect 6/26/2008 12:59:05 PM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: HOLLAND, HENRY JACK
**Note from MediConnect 6/26/2008 11:42:30 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarded to internal team for follow up.
**Note from MediConnect 6/26/2008 10:35:38 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 6/26/2008 10:35:38 AM MT**
An authorization has been scanned for this request.
**Interoffice note - purters324 6/26/2008 8:36:04 AM MT**
Letter of testamentary and death certificate has been faxed to Mediconnect today.
**Note from MediConnect 6/24/2008 10:20:28 AM MT**
DEAR REQUESTOR: This facility requires the letters of administration or power of attorney. Please obtain proper documentation. Thank you.
**Note from MediConnect 6/24/2008 8:07:21 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/24/2008 6:59:24 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/23/2008 8:36:54 PM MT**
To CC:- Please proceed with this request. Thanks
**Note from MediConnect 6/23/2008 5:28:04 PM MT**
Dear Requestor: Thank you for your note. We have received the authorization and will proceed with this request.
**Note from MediConnect 6/23/2008 2:55:34 PM MT**
An authorization has been scanned for this request.
**Note from Requestor - purters324 6/23/2008 1:18:12 PM MT**
Auth sent. cj1

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

EXHIBIT "B-7"

## Request Status

| | | | |
|---|---|---|---|
| **Request ID** | S324-120052 | **Status** | ESCALATED |
| **Requested** | 5/22/2008 11:48:21 AM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| **Name** | Killum, Ernest | | |
| **Gender** | | **AKA** | |
| **Date of Birth** | 6/11/1948 | **Social Security #** | xxx-xx-1862 |
| **Case Number** | 200500034544 | | |

## Record Information

| | |
|---|---|
| **Record Type** | PHARMACY |
| **Intended Use** | Plantiff Drug Litigation |
| **Dates of Service** | 5/1/99 through 8/15/04 (Include any archived records for same period.) |
| **Types of Info, Instructions to Provider** | Any and All |

## Services and Options

| | | | |
|---|---|---|---|
| **Rush** | Yes | **Sort Type** | None |
| **Affidavit/Certification** | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| **Bates/Page Stamping** | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| **Organization** | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| **Address** | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| **City, State ZIP** | Montgomery, AL 36103-4160 | **Fax** | |
| **E-mail** | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| **Provider Name** | RITE-AID PHARMACY | **Doctor** | |
| **Address** | 30 HUNTER LANE | **Phone** | 800-748-3243 |
| **City, State ZIP** | CAMP HILL, PA 17011 | **Fax** | 717-395-6258 |

## Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:11 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Interoffice note - purters324 10/27/2008 10:44:54 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17

**Note from MediConnect 10/21/2008 1:58:52 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 7:00:39 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:53 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:19 PM MT**

Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.
**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/1/2008 1:03:20 PM MT**
Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 10/1/2008 11:11:35 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:32 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:44 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:20 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:45 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:50 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/29/2008 7:20:36 AM MT**

Callback set for 9/2/2008.

Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 8/26/2008 7:54:49 AM MT**
Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.
**Note from MediConnect 8/21/2008 6:33:40 AM MT**
Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3 business days if I do not receive a response prior
**Note from MediConnect 8/19/2008 6:53:27 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but she hopes to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:51 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:46:22 AM MT**
Callback set for 8/8/2008 10:00:00 AM.
Per Heather, she is working on the requests for our company and will let me know status this week. I am setting the call back to 4 business days.
**Note from MediConnect 7/31/2008 8:13:05 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on the requests for our facility and that she will send me an update next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:04:16 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:20:24 AM MT**
Callback set for 7/30/2008.
I have still not heard a response from Heather. I sent her another email informing her that I need status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:02:54 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 9:52:45 AM MT**
Callback set for 7/28/2008.
I received response from Heather, she stated that she did not oportunity to send any records out this week, but she is trying to send some out today. She also informed me that she will send me an update by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 6:37:33 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:58:33 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 8:19:56 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that I really need the status of this request. I will follow up in 1 business day.
**Note from MediConnect 7/22/2008 8:28:39 AM MT**

Callback set for 7/23/2008.

I still have not heard a responds from Heather. I sent her another URGENT email. I will follow up in 1 business day.
**Note from MediConnect 7/21/2008 8:05:31 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/18/2008 8:13:04 AM MT**
Callback set for 7/21/2008.
Per Heather the records are processed in the order in which they were received. I will follow up in 1 business day.
**Note from MediConnect 7/17/2008 8:05:46 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email to check status. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 8:06:22 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/15/2008 8:36:40 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/14/2008 4:32:46 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/11/2008 8:35:07 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:37 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:16:22 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 9:00:36 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 9:31:02 AM MT**
Callback set for 7/7/2008.
I sent another urgent email to Heather explaining the importance of getting the records. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:15 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 1:06:37 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 5/28/2008 12:09:15 PM MT**
Tracking Number: 797006567677
**Note from MediConnect 5/28/2008 12:09:15 PM MT**
Tracking Number: 796007386107
**Note from MediConnect 5/28/2008 8:33:47 AM MT**

Callback set for 7/7/2008.
I have mailed the prepayment and authorization to Rite-Aid Corporation and will set the call out 28 business days per their requested processing time. This facility is on an 8-10 week backlog and

does not expedite requests.

**Note from MediConnect 5/28/2008 8:32:38 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: KILLUM, ERNEST

**Note from MediConnect 5/28/2008 8:29:01 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 5/27/2008 10:46:55 PM MT**
An authorization has been scanned for this request.

**Note from MediConnect 5/27/2008 4:33:39 PM MT**
Dear Requestor: Thank you for your note. The status of this request will temporarily remain in Need Auth status until we receive the authorization.This acts as a temporary holding cell. Thank you

**Note from Requestor - purters324 5/27/2008 3:08:57 PM MT**
Auth sent

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit

EXHIBIT "B-8"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-121046 | Status | RESEARCH |
| Requested | 6/9/2008 11:43:22 AM | Completed | |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Elliott, Loretta | | |
| Gender | | AKA | |
| Date of Birth | 11/6/1932 | Social Security # | xxx-xx-0038 |
| Case Number | 200400256459 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/99 thru 1/1/03 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

### Notes

**Note from MediConnect 10/27/2008 1:26:16 PM MT**
Callback set for 11/26/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 30 business days.
**Note from MediConnect 10/27/2008 1:25:29 PM MT**
A prepay was issued by MediConnect to:
**Rite Aid**
30 HUNTER LANE
ATTN: LEGAL DEPARTMENT
CAMP HILL, NJ 17011
The check was sent via EXPRESS mail.
Provider Invoice:
**Note from MediConnect 10/24/2008 1:45:35 PM MT**
Callback set for 10/27/2008.
We have not received correspondence as of yet. We will follow up with Heather. We will follow up in 1 business day.
**Note from MediConnect 10/23/2008 11:12:05 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/23/2008 10:48:54 AM MT**
Dear Requestor,

Thank you for your note. The authorization has been received and your order will be processed.

Regards,
Customer Support
**Note from MediConnect 10/23/2008 10:36:12 AM MT**
An authorization has been scanned for this request.
**Interoffice note - purters324 10/23/2008 6:38:50 AM MT**

Updated authorization sent to Mediconnect. Thanks
**Note from Requestor - purters324 10/23/2008 6:35:58 AM MT**
The patient is not decased and is able to sign for herself. I am sending an updated authorization
to Mediconnect today. Thanks
**Interoffice note - purters324 10/9/2008 1:40:54 PM MT**
Still awaiting documents from client. cj1
**Interoffice note - purters324 9/13/2008 7:49:48 AM MT**
Emailed AMF client need POA and LOA. cj1
**Note from MediConnect 6/11/2008 7:33:59 AM MT**
DEAR REQUESTOR: This facility requires the letters of administration or power of attorney.
Please obtain proper documentation. Thank you.
**Note from MediConnect 6/11/2008 7:30:16 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/10/2008 3:34:25 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 6/10/2008 8:57:19 AM MT**
Dear Requestor- thank you for your note. We will leave this in Need Auth status until we receive
the auth from you. Thank you
**Note from Requestor - purters324 6/10/2008 8:55:02 AM MT**
Auth sent. cj1

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

**EXHIBIT "B-9"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-115793 | **Status** | ESCALATED |
| Requested | 3/26/2008 11:40:35 AM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Shipman, Lola | | |
| Gender | | **AKA** | |
| Date of Birth | 1/1/1942 | **Social Security #** | xxx-xx-4703 |
| Case Number | 200500024753 | | |

## Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 12/31/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | any and all |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | **Fax** | 717-975-5952 |

## Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:10 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 7:00:39 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:23:00 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:17 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/1/2008 1:03:20 PM MT**

Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 10/1/2008 11:11:35 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:44 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:19 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:51 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/29/2008 7:20:36 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 8/26/2008 7:54:49 AM MT**
Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.
**Note from MediConnect 8/21/2008 6:33:40 AM MT**

Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3
business days if I do not receive a response prior
**Note from MediConnect 8/19/2008 6:53:27 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but she
hopes to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 8:56:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email
updates every night to inform me which records were sent that day. I also sent her an updated
spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business
days.
**Note from MediConnect 8/4/2008 8:05:32 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4
business days to allow time to received a response.
**Note from MediConnect 7/31/2008 8:13:05 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on the requests for our facility
and that she will send me an update next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:04:16 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:20:24 AM MT**
Callback set for 7/30/2008.
I have still not heard a response from Heather. I sent her another email informing her that I need
status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:02:53 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate
office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1
business day.
**Note from MediConnect 7/25/2008 9:25:11 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete
any records requests this week. She also stated that she is hoping to send some records out
today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 6:37:33 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:58:33 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 8:19:56 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that I really need the status of this request. I will
follow up in 1 business day.
**Note from MediConnect 7/22/2008 8:28:38 AM MT**
Callback set for 7/23/2008.
I still have not heard a responds from Heather. I sent her another URGENT email. I will follow up
in 1 business day.
**Note from MediConnect 7/21/2008 8:05:31 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
**Note from MediConnect 7/18/2008 8:13:04 AM MT**

Callback set for 7/21/2008.

Per Heather the records are processed in the order in which they were received. I will follow up in 1 business day.
**Note from MediConnect 7/17/2008 8:05:46 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email to check status. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 8:06:22 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/15/2008 8:36:40 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/14/2008 4:07:39 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
**Note from MediConnect 7/14/2008 10:54:05 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 8:35:07 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:16:22 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:59 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 12:11:19 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 7/2/2008 11:26:31 AM MT**
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.
**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/23/2008 10:40:25 AM MT**

Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5

business days if I do not receive a response prior.
**Note from MediConnect 6/23/2008 9:23:18 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/16/2008 7:24:44 AM MT**
Callback set for 6/23/2008 8:00:00 AM.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 6/9/2008 8:05:36 AM MT**
Callback set for 6/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 6/4/2008 1:26:01 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests
received in March and April. She stated that they are on an 8-10 week backlog and do not
expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:34:32 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 7:38:37 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 11:27:13 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6
business days if I do not receive a response prior.
**Note from MediConnect 5/12/2008 7:57:34 AM MT**
Callback set for 5/19/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 7:04:48 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 7:16:49 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 5:32:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/28/2008 6:45:13 AM MT**
Callback set for 4/28/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20
business days per their requested processing time. This facility is on an 8-10 week backlog and
does not expedite requests.
**Note from MediConnect 3/28/2008 6:45:06 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: SHIPMAN, LOLA
**Note from MediConnect 3/28/2008 6:42:33 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/28/2008 12:55:26 AM MT**
An authorization has been scanned for this request.

[ Back ]  [ Print ]  [ Enter Note ]  [ New Request ]  [ Cancel ]

Case 2:05-md-01657-EEF-DEK   Document 16854-4   Filed 11/07/08   Page 29 of 29

View Authorization   View Affidavit