# EXHIBIT "B-16"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-122888 | Status | ESCALATED |
| Requested | 8/18/2008 11:37:58 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Williams, Walter | | |
| Gender | | AKA | |
| Date of Birth | 1/4/1927 | Social Security # | xxx-xx-2506 |
| Case Number | 200500018405 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 01/01/1999 - 12/31/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Any and All |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonyapurter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

## Notes

**Note from MediConnect 11/3/2008 8:51:49 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:11 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 12:05:53 PM MT**
Callback set for 10/28/2008.
I received correspondence stating the facility is behind in their work and to allow more time for them to complete the status check. We will set a call back for 5 business days.

**Note from MediConnect 10/21/2008 7:00:41 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 1:30:09 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:16 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/1/2008 1:03:16 PM MT**
Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.

**Note from MediConnect 10/1/2008 11:11:36 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 9/19/2008 7:39:32 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.

**Note from MediConnect 9/15/2008 8:05:32 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.

**Note from MediConnect 9/12/2008 7:50:05 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.

**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.

**Note from MediConnect 9/5/2008 1:14:46 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.

**Note from MediConnect 9/5/2008 7:39:41 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.

**Note from MediConnect 9/4/2008 12:19:22 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.

**Note from MediConnect 9/3/2008 2:43:43 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.

**Note from MediConnect 9/2/2008 7:07:49 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.

**Note from MediConnect 9/2/2008 6:34:49 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.

**Note from MediConnect 8/29/2008 7:20:37 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 8/26/2008 7:54:49 AM MT**
Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.

**Note from MediConnect 8/25/2008 9:36:51 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/25/2008 9:36:51 AM MT**
797059077781 Delivered at 8-25-2008 9:18 AM UTC-6 Address South Jordan, UT 84095
**Note from MediConnect 8/25/2008 9:35:37 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/25/2008 9:35:37 AM MT**
797059077781 Delivered at 8-25-2008 9:18 AM UTC-6 Address South Jordan, UT 84095
**Note from MediConnect 8/25/2008 9:35:36 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/25/2008 9:35:36 AM MT**
797059077781 Delivered at 8-25-2008 9:18 AM UTC-6 Address South Jordan, UT 84095
**Note from MediConnect 8/23/2008 9:38:08 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/23/2008 9:36:46 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/23/2008 9:36:46 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/23/2008 5:37:38 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/23/2008 5:36:19 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/23/2008 5:36:17 AM MT**
797059077781 Picked up at 8-22-2008 7:02 PM UTC-6 Address MIDDLETOWN, PA 17057
**Note from MediConnect 8/21/2008 6:33:40 AM MT**
Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3
business days if I do not receive a response prior
**Note from MediConnect 8/20/2008 9:40:39 AM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 9:40:39 AM MT**
797059077715 Delivered at 8-20-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/20/2008 9:39:00 AM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 9:39:00 AM MT**
797059077715 Delivered at 8-20-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/20/2008 9:38:59 AM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 9:38:59 AM MT**
797059077715 Delivered at 8-20-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/19/2008 5:38:32 PM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/19/2008 5:37:19 PM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/19/2008 5:37:19 PM MT**
797059077715 Picked up at 8-19-2008 4:45 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/19/2008 12:38:59 PM MT**
Tracking Number: 797059077781
**Note from MediConnect 8/19/2008 12:38:58 PM MT**
Tracking Number: 797059077715
**Note from MediConnect 8/19/2008 10:56:07 AM MT**
Callback set for 8/22/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate
office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 3
business days.
**Note from MediConnect 8/19/2008 10:55:10 AM MT**

A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.

CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: WILLIAMS, WALTER
**Note from MediConnect 8/19/2008 9:16:48 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 8/19/2008 7:49:27 AM MT**
Dear Requestor: Thank you for your note, this request will remain in Need Auth status until we
receive the authorization. Thank you
**Note from Requestor - purters324 8/19/2008 7:38:31 AM MT**
Sending Auth - sj

[ Back ] [ Print ] [ Enter Note ] [ New Request ] [ Cancel ]

[ View Authorization ] [ View Affidavit ]

# EXHIBIT "B-17"

## Request Status

| | | | |
|---|---|---|---|
| **Request ID** | S324-110019 | **Status** | ESCALATED |
| **Requested** | 11/6/2007 6:37:26 AM | **Completed** | 3/9/2008 8:04:47 PM |

### Patient Information

| | | | |
|---|---|---|---|
| **Name** | Harper, Agnes | | |
| **Gender** | | **AKA** | |
| **Date of Birth** | 2/4/1931 | **Social Security #** | xxx-xx-3565 |
| **Case Number** | 200500014563 | | |

### Record Information

| | |
|---|---|
| **Record Type** | PHARMACY |
| **Intended Use** | Plantiff Drug Litigation |
| **Dates of Service** | 5/1/1999-12/31/1999 (Include any archived records for same period.) |
| **Types of Info, Instructions to Provider** | Complete Pharmacy Profile |

### Services and Options

| | | | |
|---|---|---|---|
| **Rush** | Yes | **Sort Type** | None |
| **Affidavit/Certification** | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| **Bates/Page Stamping** | No | **Delivery of Paper Copy** | No |

### Requestor Information

| | | | |
|---|---|---|---|
| **Organization** | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| **Address** | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| **City, State ZIP** | Montgomery, AL 36103-4160 | **Fax** | |
| **E-mail** | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| **Provider Name** | RITE AID PHARMACY | **Doctor** | |
| **Address** | 30 HUNTER LANE | **Phone** | 800-748-3243 |
| **City, State ZIP** | CAMP HILL, PA 17011 | **Fax** | 717-975-5952 |

### Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:10 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Interoffice note - purters324 10/27/2008 10:07:25 AM MT**
Spoke w/Jill at Rite Aid. She did not find this one in the system & suggested that request should be sent again. 1st request was on 11/6/07. VT17

**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 7:00:39 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:42:29 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/1/2008 1:03:21 PM MT**
Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 10/1/2008 11:11:35 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/24/2008 12:14:49 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:25 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:30 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:03 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:17 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:47 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:42:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/29/2008 7:20:36 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 8/26/2008 7:54:48 AM MT**

Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this

request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.
**Note from MediConnect 8/21/2008 6:33:40 AM MT**
Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3 business days if I do not receive a response prior
**Note from MediConnect 8/19/2008 6:53:27 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but she hopes to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 7:59:18 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:05:32 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
**Note from MediConnect 7/31/2008 8:13:05 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on the requests for our facility and that she will send me an update next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:04:16 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:20:24 AM MT**
Callback set for 7/30/2008.
I have still not heard a response from Heather. I sent her another email informing her that I need status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:02:52 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 6:37:33 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 8:19:55 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that I really need the status of this request. I will follow up in 1 business day.
**Note from MediConnect 7/22/2008 8:28:38 AM MT**
Callback set for 7/23/2008.
I still have not heard a responds from Heather. I sent her another URGENT email. I will follow up in 1 business day.
**Note from MediConnect 7/21/2008 8:05:31 AM MT**

Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1

business day if I do not receive a response prior.
**Note from MediConnect 7/18/2008 8:13:04 AM MT**
Callback set for 7/21/2008.
Per Heather the records are processed in the order in which they were received. I will follow up in 1 business day.
**Note from MediConnect 7/17/2008 8:05:46 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I sent another URGENT email to check status. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 8:06:22 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. We will set a call back for 1 business days.
**Note from MediConnect 7/15/2008 8:36:40 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/14/2008 4:07:39 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 8:35:07 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:35 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:09 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:16:22 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:57 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 8:54:00 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 12:11:18 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 7/2/2008 11:26:31 AM MT**
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.
**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/23/2008 10:40:25 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/16/2008 7:24:44 AM MT**
Callback set for 6/23/2008 8:00:00 AM.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/9/2008 8:05:36 AM MT**
Callback set for 6/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/4/2008 1:46:39 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I called and left a message on Tracy's, Heather's supervisor's, voicemail about the age of these request and that we need these ASAP. I left a very detailed message stating that we need to get the records and to see what needs to be done to get them to expedite these requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:46:34 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior
**Note from MediConnect 5/27/2008 8:15:57 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior
**Note from MediConnect 5/19/2008 11:39:12 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior
**Note from MediConnect 5/12/2008 9:44:18 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 5/12/2008 8:57:20 AM MT**
Callback set for 5/19/2008.
I received response back from Heather which stated that they process the requests the receive in the order that they are received. I will follow up in 5 business days.
**Note from MediConnect 5/5/2008 7:04:48 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 7:30:51 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 5:32:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 4/21/2008 7:40:27 AM MT**
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they process the requests the receive in the order that they are received as with our company and any other company/attorney they may receive a request from. I will follow up in 5 business days if no response has been received.
**Note from MediConnect 4/18/2008 7:46:08 AM MT**
Callback set for 4/21/2008.
I have not heard back from Heather. I sent her an email informing her about the court order. I will follow up in 1 business day if no response has been received.
**Note from MediConnect 4/15/2008 8:09:41 AM MT**
Callback set for 4/21/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/10/2008 8:38:47 AM MT**

Callback set for 4/15/2008.

Our contact at Rite-Aid, Heather Leininger, has informed us that they are backlogged by about 8 - 10 weeks on all record requests. She said that she and her office staff are working on the backlog and are mailing records out as they have them available. She said they are focusing on requests based on age and will provide status if/when they have time to do so. We will continue to follow up and provide status as we receive it.

**Note from MediConnect 4/7/2008 6:42:15 AM MT**
Callback set for 4/14/2008.
I sent another email to Heather, informing her that we need these records ASAP and also noted that she has not responded as promised.

**Note from MediConnect 3/10/2008 9:29:40 AM MT**
Callback set for 4/7/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.

**Note from MediConnect 3/10/2008 9:29:19 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: GABREAL HILLS/LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: HARPER, AGNES

**Note from MediConnect 3/10/2008 8:07:18 AM MT**
cc; Please see requestors note with address of facility and please proceed. THank you.

**Note from Requestor - purters324 3/10/2008 8:06:22 AM MT**
The pharmacy addrdess is; Rite Aid Pharmacy 1305 Washington Street POB 885 Jefferson, GA 30549-0885 (706)-367-8828 Thanks

**Note from MediConnect 3/9/2008 8:04:47 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been cancelled because it has been in a Need Information status for more than the allowed number of days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.

**Note from MediConnect 12/10/2007 12:26:55 PM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do. Thankyou

**Note from MediConnect 12/10/2007 11:50:46 AM MT**
DEAR REQUESTOR: In order to obtain the records I need the address of the pharmacy that the patient filled the prescriptions. Please obtain this information. Thank you.

**Note from MediConnect 12/10/2007 11:07:42 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 12/10/2007 9:12:31 AM MT**
An authorization has been scanned for this request.

**Note from MediConnect 11/6/2007 6:55:39 AM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.

**Note from MediConnect 11/6/2007 6:55:34 AM MT**
The provider information for this request was changed. The original information was:
RITE AID PHARMACY
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE AID PHARMACY
30 HUNTER LANE
CAMP HILL, PA 17011
800-748-3243

[Back] [Print] [Enter Note] [New Request] [Cancel]

[View Authorization] [View Affidavit]

EXHIBIT "B-18"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-122964 | Status | ESCALATED |
| Requested | 8/19/2008 7:18:33 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Thomas, Robert | | |
| Gender | | AKA | |
| Date of Birth | 8/2/1955 | Social Security # | xxx-xx-9594 |
| Case Number | 100200068654 | | |

## Record Information

| | | | |
|---|---|---|---|
| Record Type | MEDICAL | | |
| Intended Use | Plantiff Drug Litigation | | |
| Dates of Service | 12/1/00 - 12/31/01 (Include any archived records for same period.) | | |
| Types of Info, Instructions to Provider | Complete Pharmacy Profile from Foodworld #066 | | |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

## Notes

**Note from MediConnect 11/3/2008 8:51:49 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:11 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 12:05:53 PM MT**
Callback set for 10/28/2008.
I received correspondence stating the facility is behind in their work and to allow more time for them to complete the status check. We will set a call back for 5 business days.

**Note from MediConnect 10/21/2008 7:00:41 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 1:30:09 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:31:17 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 10/7/2008 6:52:02 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/1/2008 1:03:16 PM MT**
Callback set for 10/7/2008.
I sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 10/1/2008 11:11:36 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:32 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:32 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:05 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:24:21 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:46 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:41 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:22 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:43 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:49 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:34:49 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/29/2008 7:20:37 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather another URGENT email to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 8/26/2008 7:54:49 AM MT**
Callback set for 8/29/2008.
I received an email from Heather with a list of records that were sent to our facility, although this request was not included with the records that were sent. I emailed her asking for status. I will follow up in 3 business days.

**Note from MediConnect 8/21/2008 9:39:12 AM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/21/2008 9:39:12 AM MT**
797060268720 Delivered at 8-21-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/21/2008 9:37:39 AM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/21/2008 9:37:39 AM MT**
797060268720 Delivered at 8-21-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/21/2008 9:37:38 AM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/21/2008 9:37:38 AM MT**
797060268720 Delivered at 8-21-2008 9:04 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 8/21/2008 6:33:40 AM MT**
Callback set for 8/26/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3
business days if I do not receive a response prior
**Note from MediConnect 8/20/2008 5:36:26 PM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 5:35:09 PM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 5:35:08 PM MT**
797060268720 Picked up at 8-20-2008 4:39 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 8/20/2008 12:05:58 PM MT**
Tracking Number: 796061163840
**Note from MediConnect 8/20/2008 12:05:57 PM MT**
Tracking Number: 797060268720
**Note from MediConnect 8/19/2008 1:03:24 PM MT**
Callback set for 8/22/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate
office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 3
business days.
**Note from MediConnect 8/19/2008 1:02:38 PM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: THOMAS, ROBERT
**Note from MediConnect 8/19/2008 11:25:27 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 8/19/2008 10:16:33 AM MT**
Dear Requestor: Thank you for your note, this request will remain in Need Auth status until we
receive the authorization. Thank you
**Note from Requestor - purters324 8/19/2008 9:54:01 AM MT**
Sending Auth - sj

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

**EXHIBIT "B-19"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-108370 | Status | ESCALATED |
| Requested | 10/18/2007 7:33:27 AM | Completed | 1/20/2008 7:05:02 PM |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Alston, Vivian E. | | |
| Gender | | AKA | |
| Date of Birth | 8/28/1941 | Social Security # | xxx-xx-2906 |
| Case Number | 200600046023 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 10/1/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | Doctor | |
| Address | 30 HUNTER LANE | Phone | 717-730-7724 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

### Notes

**Note from MediConnect 11/4/2008 9:55:49 AM MT**
Callback set for 11/10/2008.
We emailed a spreadsheet to Heather asking for a status check. She stated that she should send it back with updates at the end of this week. We will follow up in 4 business days.

**Interoffice note - purters324 10/29/2008 3:14:09 PM MT**
E-mailed Heather asking that records be sent to us directly.

**Note from MediConnect 10/28/2008 12:42:02 PM MT**
Callback set for 11/4/2008.
We have sent an email to Heather asking for the status of this request. We will note a response when one is received. We will follow up in 5 business days.

**Note from MediConnect 10/21/2008 1:58:50 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/14/2008 2:23:00 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/7/2008 12:52:10 PM MT**
Callback set for 10/14/2008.
We have not received correspondence as of yet. Due to the large amount of requests that we have sent status on we will allow 5 business days.

**Note from MediConnect 10/3/2008 8:16:06 AM MT**
Callback set for 10/7/2008.
I received correspondence from Heather and there was no status attached. I sent an e-mail back requesting status. She then sent correspondence stating she will like a complete new updated spreadsheet sent to her. I have sent a status check to Heather. We will allow time for a response.

**Note from MediConnect 9/30/2008 1:17:58 PM MT**

Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we

have received correspondence.
**Note from MediConnect 9/25/2008 10:51:59 AM MT**
Callback set for 9/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 3 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:43:11 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I faxed the request again informing that this is a previous request and that we have not received any thing on this patient. I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:30 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:03 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/8/2008 7:27:23 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:43 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/4/2008 12:19:17 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:47 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:42:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 8:31:58 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed, although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/20/2008 9:05:59 AM MT**
Callback set for 8/22/2008.
I called and left message on Tracy Landis's voicemail, Heather's supervisor, explaining the importance of getting these records and also reminded about HIPAA law. I explained that we have several requests and have long passed the 8-10 week backlog that I have been informed that this facility is on. I asked for a call back to go over why it is taking so long to send the records. I will follow up in 2 business days. I also sent an email to Heather informing her of the same.

**Note from MediConnect 8/20/2008 8:16:55 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she was out of the office on Monday, but she is working on the requests and will hopefully let me know status by the end the week. I also emailed her again asking for status. I will follow up in 2 business days.
**Note from MediConnect 8/13/2008 7:59:18 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/5/2008 7:15:55 AM MT**
Callback set for 8/8/2008.
Per Heather, she informed me that she let me know status this week. I am resetting the call back to 3 business days.
**Note from MediConnect 8/5/2008 7:04:54 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forward to internal team for follow up.
**Note from MediConnect 7/31/2008 9:09:04 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 10:25:58 AM MT**
Callback set for 7/31/2008.
I sent another email to Heather informing her that she need to let me know status as soon as possible. I also reminded her that the records are needed for the Vioxx litigation and it has already passed the deadline. I will follow up in 1 business day.
**Note from MediConnect 7/29/2008 12:15:56 PM MT**
Callback set for 7/30/2008.
I still have not heard a response from Heather. I sent another URGENT email asking her for status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 10:50:22 AM MT**
Callback set for 7/29/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:32 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/23/2008 9:32:23 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/22/2008 9:10:50 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I send another URGENT email to check status. I will follow up in 1 business day.
**Note from MediConnect 7/21/2008 8:57:04 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/17/2008 8:26:21 AM MT**

Callback set for 7/21/2008.

I received response from Heather, but the status of this request was not given. I sent another URGENT email and will follow up in 2 business days.

**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/15/2008 10:07:10 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/14/2008 4:07:40 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.

**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/11/2008 9:44:31 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/10/2008 8:10:35 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/9/2008 7:57:09 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/8/2008 11:40:54 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/7/2008 8:43:55 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/3/2008 8:54:00 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/2/2008 12:11:18 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.

**Note from MediConnect 7/2/2008 11:26:31 AM MT**
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.

**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/23/2008 10:40:25 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 6/23/2008 9:23:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 6/16/2008 7:48:46 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/13/2008 8:29:37 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 6/11/2008 7:49:58 AM MT**
Callback set for 6/13/2008.
I still have not heard a response from Heather, I emailed her again informing her that I need status ASAP as promised. I will follow up in 2 business days.
**Note from MediConnect 6/9/2008 2:14:02 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 1:26:01 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:34:31 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 1:33:05 PM MT**
Callback set for 6/2/2008.
I faxed the updated authroization to Heather informing her that the requests are now certified and that the AFFIDAVIT needs completed. I will follow up in 4 business days.
**Note from MediConnect 5/27/2008 12:03:34 PM MT**
The following information was changed on this request:

Record set to certified.
**Note from MediConnect 5/27/2008 12:03:29 PM MT**
A new affidavit has been uploaded for this request.
**Note from MediConnect 5/27/2008 8:18:58 AM MT**
Callback set for 5/28/2008.
I emailed account management to have an affidavit appended for this request.
**Note from Requestor - purters324 5/21/2008 4:08:46 PM MT**
Please make sure the request is certified. Thank You
**Note from MediConnect 5/19/2008 11:27:13 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.
**Note from MediConnect 5/12/2008 9:26:07 AM MT**
Callback set for 5/19/2008.
Per procedure set up with facility. I have emailed Heather to check status. I informed her of the age of this request and that we should have these records by now and that we need these records ASAP. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 7:17:36 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/28/2008 7:30:50 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/21/2008 7:28:06 AM MT**
Callback set for 4/28/2008.
Received email from Heather which stated that she is aware of the litigation suite and that they process the requests the receive in the order that they are received as with our company and any other company/attorney they may receive a request from. I will follow up in 5 business days if nothing has been received.

**Note from MediConnect 4/18/2008 7:20:14 AM MT**
Callback set for 4/21/2008.
I still have not heard back from Heather. I emailed her informing her of the court order. I will follow up in 1 business day if no response has been received.
**Note from MediConnect 4/16/2008 1:18:45 PM MT**
Callback set for 4/18/2008.
I called and left a message on Heather's voicemail informing her that they have 30 days to get the records to us and that they can no longer reject the authorizations's from our facility due to a court order received. I asked for her to call me back. I will follow up in 2 business days if I do not receive a response.
**Note from MediConnect 4/15/2008 7:27:32 AM MT**
Callback set for 4/21/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 4/10/2008 8:15:58 AM MT**
Callback set for 4/15/2008.
Our contact at Rite-Aid, Heather Leininger, has informed us that they are backlogged by about 8-10 weeks on all record requests. She said that she and her office staff are working on the backlog and are mailing records out as they have them available. She said they are focusing on requests based on age and will provide status if/when they have time to do so. We will continue to follow up and provide status as we receive it.
**Note from MediConnect 4/10/2008 7:47:45 AM MT**
Callback set for 4/14/2008.
Our contact at Rite-Aid, Heather Leininger, has informed us that they are backlogged by about 8-10 weeks on all record requests. She said that she and her office staff are working on the backlog and are mailing records out as they have them available. She said they are focusing on requests based on age and will provide status if/when they have time to do so. We will continue to follow up and provide status as we receive it.
**Note from MediConnect 4/7/2008 6:21:08 AM MT**
Callback set for 4/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response once received.
**Note from MediConnect 3/31/2008 6:52:05 AM MT**
Callback set for 4/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response once received.
**Note from MediConnect 3/24/2008 6:39:28 AM MT**
Callback set for 3/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response once received.
**Note from MediConnect 3/18/2008 6:30:53 AM MT**
Callback set for 3/24/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response once received. I also reminded her that she stated that she would let me know by today.
**Note from MediConnect 3/12/2008 11:10:30 AM MT**
Callback set for 3/18/2008.
Received response from Heather, stated that she is working on getting me status and she will let me know by Tuesday, 3/18/208.
**Note from MediConnect 3/10/2008 7:24:57 AM MT**
Callback set for 3/17/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will note response once received.
**Note from MediConnect 3/7/2008 8:56:57 AM MT**
Callback set for 3/10/2008.
Per procedure set up with facility. I emailed Heather to check status. I stated it was urgent we hear from her ASAP. I will note response once received. This facility will not expedite requests and they are currently back logged 8 to 10 weeks.
**Note from MediConnect 2/29/2008 12:07:33 PM MT**
Callback set for 3/7/2008.
Per procedure set up with facility. I emailed Heather to check status. I stated it was urgent we hear from her ASAP. I will note response once received. This facility will not expedite requests and they are currently back logged 6 to 8 weeks.
**Note from MediConnect 2/25/2008 12:15:53 PM MT**

Callback set for 3/5/2008.
Per procedure set up with facility. I emailed Heather to check status. I stated it was urgent we

hear from her ASAP. I will note response once received.
**Note from MediConnect 1/24/2008 3:32:47 PM MT**
Callback set for 2/25/2008.
I have mailed the prepayment to Rite-Aid Corporation and will set the call out 20 business days
per their requested processing time.
**Note from MediConnect 1/24/2008 3:32:22 PM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: GABREAL HILLS/LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: ALSTON, VIVIAN E.
**Note from MediConnect 1/24/2008 2:44:34 PM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 1/24/2008 2:36:31 PM MT**
Dear CC: Please see note from Requestor. See if this will be enough info to give the Provider as
a specific location cannot be obtained. Thanks.
**Note from Requestor - purters324 1/23/2008 12:23:55 PM MT**
Please do not cancel this request. The only thing we have on file is Baltimore MD Thank You
**Note from MediConnect 1/20/2008 7:05:02 PM MT**
DEAR REQUESTOR: In accordance with our polices and notices, this request has been
cancelled because it has been in a Need Information status for more than the allowed number of
days. You will be invoiced for a cancellation fee per the standard cancellation policy. You will also
be invoiced for any provider costs associated with this request or its cancellation.

**If you wish to have this request remain open please do one of the following:**

- Reply to this e-mail with your reason to keep the request open
- Submit a note on the website requesting that this request remain open or
- Contact Customer Service at 800-489-8549.

Thank you,
MediConnect.net, Inc.
**Note from MediConnect 10/22/2007 7:58:41 AM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
**Note from MediConnect 10/19/2007 12:30:18 PM MT**
DEAR REQUESTOR: In order to process this request we need the address where the
prescriptions were filled. Thank you.
**Note from MediConnect 10/19/2007 6:46:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/18/2007 3:19:38 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 10/18/2007 7:44:16 AM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.
**Note from MediConnect 10/18/2007 7:44:10 AM MT**
The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-730-7724

[ Back ]  [ Print ]  [ Enter Note ]  [ New Request ]  [ Cancel ]

[ View Authorization ]  [ View Affidavit ]

Case 2:05-md-01657-EEF-DEK   Document 16854-6   Filed 11/07/08   Page 26 of 34

**EXHIBIT "B-20"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-107935 | **Status** | ESCALATED |
| Requested | 10/3/2007 6:32:53 AM | **Completed** | 3/31/2008 12:10:59 PM |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Gabriel, George | | |
| Gender | | **AKA** | |
| Date of Birth | 10/26/1928 | **Social Security #** | xxx-xx-5866 |
| Case Number | 200400275253 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 10/1/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 1301 MURAS AVENUE | **Phone** | 717-761-2633 |
| City, State ZIP | MONTEREY, CA 93940 | **Fax** | 717-975-5952 |

### Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Note from MediConnect 10/27/2008 2:38:10 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 1:58:50 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 9:23:20 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:59 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/14/2008 8:44:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/7/2008 12:42:29 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.

**Note from MediConnect 9/30/2008 1:18:01 PM MT**

Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we
have received correspondence.
**Note from MediConnect 9/24/2008 12:14:49 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:25 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:30 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:03 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her
again reminding her that these records are needed today in order to not have them put on the list
of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/11/2008 9:21:31 AM MT**
Callback set for 9/12/2008.
Resetting the call back to allow time for response. I am setting the call back to 1 business day.
**Note from MediConnect 9/8/2008 7:25:50 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the
authorization to her until she has asked that I do so. I have set the call back for 4 business days
due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:42 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week.
I emailed her back informing her that these records are needed by next week. She then emailed
me back stating that she will review the requests that we have open with this facility and let me
know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:17 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records
are needed within the week in order to not have them put on the list of facilities that are not
sending the records. I left my phone number and asked for her to return my call. Set follow-up call
for 2 business days.
**Note from MediConnect 9/3/2008 2:43:47 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:52 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these
records were not included. I sent her another email asking for status. I will follow up in 3 business
days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 7:15:56 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed,
although this request was not included. She informed me that she will let me know when these
records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/19/2008 6:58:08 AM MT**

Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but hope to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 12:42:34 PM MT**
Callback set for 8/20/2008.
Per previous note, I am resetting the call back to 5 business days.
**Note from MediConnect 8/13/2008 7:59:17 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:16 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:05:31 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
**Note from MediConnect 7/31/2008 9:09:04 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:05:35 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:30:02 AM MT**
Callback set for 7/30/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:38:45 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 7:30:23 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:58:32 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:32 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/23/2008 9:15:28 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/23/2008 8:40:02 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/22/2008 8:32:12 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email asking for status. I will follow up in 1 business.
**Note from MediConnect 7/21/2008 8:33:16 AM MT**

Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/17/2008 8:07:24 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 9:29:35 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/15/2008 10:07:10 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/14/2008 4:07:39 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
**Note from MediConnect 7/14/2008 10:54:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 8:21:11 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:35 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:09 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:12:03 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 7:50:17 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:56 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 9:05:04 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 8:54:00 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 12:11:17 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 7/2/2008 11:26:31 AM MT**

Callback set for 7/2/2008 1:00:00 PM.

Call back set for later today to follow up in Heather.
**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 6/27/2008 8:07:29 AM MT**
Callback set for 6/30/2008.
I emailed Heather again informing her that I need an update as promised yesterday. I will follow
up in 1 business day if nothing has been received.
**Note from MediConnect 6/23/2008 10:40:25 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 6/23/2008 9:23:17 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/20/2008 7:31:09 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1
business day if I do not receive a response prior.
**Note from MediConnect 6/16/2008 7:48:46 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 6/13/2008 8:32:59 AM MT**
Callback set for 6/16/2008.
Per previous note, I am resetting the call back to 1 business day to allow time for a response to
be received.
**Note from MediConnect 6/12/2008 9:55:05 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her
back informing her that I need status ASAP. I will follow up in 2 business days.
**Note from MediConnect 6/11/2008 7:49:58 AM MT**
Callback set for 6/13/2008.
I still have not heard a response from Heather, I emailed her again informing her that I need
status ASAP as promised. I will follow up in 2 business days.
**Note from MediConnect 6/10/2008 7:01:02 AM MT**
Callback set for 6/11/2008.
Per Heather, she informed me that she will let me know the status by today. If not response has
been received I will follow up in 1 business day.
**Note from MediConnect 6/9/2008 2:14:02 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer
and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I
am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 1:26:01 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests
received in March and April. She stated that they are on an 8-10 week backlog and do not
expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:34:31 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 5/27/2008 7:38:37 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.
**Note from MediConnect 5/23/2008 6:34:42 AM MT**
Callback set for 5/27/2008.
I faxed the updated authorization informing Heather that the request needs to be certified. I will
follow up in 2 business days.
**Note from MediConnect 5/22/2008 3:23:06 PM MT**

The following information was changed on this request:

Record set to certified.

**Note from MediConnect 5/22/2008 3:23:06 PM MT**
Callback set for 5/22/2008.
CC: Request has been changed to certified. Please proceed accordingly.

**Note from Requestor - purters324 5/21/2008 4:13:29 PM MT**
Please have the records certified. Thanks

**Note from MediConnect 5/19/2008 11:27:13 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.

**Note from MediConnect 5/19/2008 8:46:09 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 4/22/2008 7:36:18 AM MT**
Callback set for 5/19/2008.
I have mailed the prepayment and UPDATED authorization to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.

**Note from MediConnect 4/22/2008 7:35:45 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: GABRIEL, GEORGE

**Note from MediConnect 4/22/2008 7:15:22 AM MT**
An authorization has been scanned for this request.

**Note from MediConnect 4/21/2008 7:03:26 AM MT**
Dear Requestor: Thank you for your note. We will leave this request in the INCORRECT AUTH status until the paperwork has been received. This acts as a temporary holding status and a reminder to you. Thank you

**Note from Requestor - purters324 4/20/2008 1:47:04 PM MT**
sending judges ma over to mc

**Note from MediConnect 4/3/2008 4:39:51 PM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 4/3/2008 4:35:09 PM MT**
Dear Requestor:
Thank you for your note. This request has been re-opened and the authorization will be associated as soon as it is received. We will proceed with this RUSH request. Please contact your account manager if you have any questions or if we can assist you further.
Thank you. ~cl

**Note from Requestor - purters324 4/3/2008 12:06:03 PM MT**
The special authorization has been faxed to you today. Thanks-ldp Please reopen this request.Thanks

**Note from Requestor - purters324 4/3/2008 12:06:02 PM MT**
The special authorization has been faxed to you today. Thanks-ldp Please reopen this request.Thanks

**Note from Requestor - purters324 4/1/2008 12:20:19 PM MT**
Please do not cancel this request. We are sending the special authorization to the client again. Thanks-ldp

**Note from MediConnect 3/31/2008 12:10:59 PM MT**
Cancelling request as we have not received the special authorization.

**Note from Requestor - purters324 3/28/2008 5:22:58 PM MT**
Information has been noted in ProLaw GBM

**Note from MediConnect 1/24/2008 2:28:08 PM MT**

The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-761-2633

The new provider information is:
RITE AID

1301 MURAS AVENUE
MONTEREY, CA 93940
717-761-2633
**Note from MediConnect 11/1/2007 3:41:33 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 11/1/2007 1:18:55 PM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do.
Thankyou
**Note from MediConnect 11/1/2007 12:30:19 PM MT**
DEAR REQUESTOR: In of order to process this request we need the address that the patient had
prescriptions were filled at. Thank you.
**Note from MediConnect 10/31/2007 3:12:35 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 10/24/2007 9:12:13 AM MT**
Dear Requestor, The special authorization for this request has been sent to you. Please advise if
you do not receive it. Thank You
**Note from MediConnect 10/24/2007 8:32:10 AM MT**
DEAR REQUESTOR: Please contact your account manager to fill out special Rite Aid release
form. Thank you.
**Note from MediConnect 10/3/2007 1:27:58 PM MT**
Callback set for 10/24/2007.
I have mailed the prepayment to Rite-Aid Corporation and will set the call out 15 business days
per their requested processing time.
**Note from MediConnect 10/3/2007 1:06:27 PM MT**
A prepay was issued by MediConnect to:
**Rite Aid**
30 HUNTER LANE
ATTN LEGAL DPT
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice:
**Note from MediConnect 10/3/2007 12:55:37 PM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/3/2007 9:03:39 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 10/3/2007 6:37:00 AM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.
**Note from MediConnect 10/3/2007 6:36:55 AM MT**
The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-761-2633

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit