# EXHIBIT "B-21"

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-123625 | **Status** | ESCALATED |
| Requested | 9/25/2008 11:24:24 AM | Completed | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Robinson, Nevill | | |
| Gender | | **AKA** | |
| Date of Birth | 10/19/1939 | **Social Security #** | xxx-xx-6662 |
| Case Number | 200500021366 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 5/1/1999 - 12/31/2002 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Any and All Records |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 800-748-3243 |
| City, State ZIP | CAMP HILL,, PA 17011 | **Fax** | 717-975-5952 |

## Notes

**Note from MediConnect 11/5/2008 1:50:49 PM MT**
Callback set for 11/10/2008.
I have emailed Heather asking her to provide a status on the request and to rush the records. We will follow up in 3 business days.
**Note from MediConnect 11/5/2008 8:53:52 AM MT**
Callback set for 11/5/2008.
CC: Please follow up with facility on this request. Thank you
**Note from Requestor - purters324 11/5/2008 8:10:30 AM MT**
please follow up and check the status on these records. Thank You
**Note from MediConnect 9/29/2008 9:53:53 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/29/2008 9:53:53 AM MT**
796089519517 Delivered at 9-29-2008 8:53 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 9/29/2008 9:52:31 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/29/2008 9:52:31 AM MT**
796089519517 Delivered at 9-29-2008 8:53 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 9/29/2008 9:51:50 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/29/2008 9:51:50 AM MT**
796089519517 Delivered at 9-29-2008 8:53 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 9/29/2008 9:51:50 AM MT**
796089519517 Delivered at 9-29-2008 8:53 AM UTC-6 Address CAMP HILL, PA 17011
**Note from MediConnect 9/29/2008 9:51:50 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/27/2008 9:47:48 AM MT**

796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/27/2008 9:46:43 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/27/2008 9:45:54 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/27/2008 9:45:53 AM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/26/2008 5:51:40 PM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/26/2008 5:50:45 PM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/26/2008 5:49:59 PM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/26/2008 5:49:59 PM MT**
796089519517 Picked up at 9-26-2008 4:31 PM UTC-6 Address WEST VALLEY, UT 84119
**Note from MediConnect 9/26/2008 12:21:55 PM MT**
Tracking Number: 796089519528
**Note from MediConnect 9/26/2008 12:21:54 PM MT**
Tracking Number: 796089519517
**Note from MediConnect 9/26/2008 9:42:31 AM MT**
Callback set for 11/7/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 30 business days.
**Note from MediConnect 9/26/2008 9:41:47 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice:
**Note from MediConnect 9/26/2008 6:39:56 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 9/25/2008 3:32:10 PM MT**
An authorization has been scanned for this request.
**Note from MediConnect 9/25/2008 2:33:05 PM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.
**Note from MediConnect 9/25/2008 2:32:59 PM MT**
The provider information for this request was changed. The original information was:
RITE AID
30 HUNTER LANE
CAMP HILL,, PA 17011

The new provider information is:
RITE AID
30 HUNTER LANE
CAMP HILL,, PA 17011
800-748-3243
**Interoffice note - purters324 9/25/2008 1:02:20 PM MT**
Auth sent. cj1

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

# EXHIBIT "B-22"

`

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-123701 | **Status** | ESCALATED |
| Requested | 10/1/2008 8:12:41 AM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Hughes, Keith | | |
| Gender | | **AKA** | |
| Date of Birth | 7/27/1938 | **Social Security #** | xxx-xx-5517 |
| Case Number | 200400278983 | | |

## Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 11/1/1999 through 9/30/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | pharmacy profile |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |
| Medical Record Review | No | | |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | **Fax** | 717-975-5952 |

## Notes

**Note from MediConnect 11/3/2008 9:08:38 AM MT**
Callback set for 11/10/2008.
I have emailed Heather the cancellation and the check number. She stated that she destroys the check. We will follow up in 5 business days.

**Note from MediConnect 11/3/2008 6:58:09 AM MT**
Callback set for 11/3/2008.
CC: Please contact facility and cancel request. Thank you

**Note from Requestor - purters324 10/31/2008 12:25:39 PM MT**
Please cancel this request. Thank you

**Interoffice note - purters324 10/27/2008 10:40:52 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17

**Note from MediConnect 10/10/2008 2:21:04 PM MT**
Callback set for 11/21/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 30 business days.

**Note from MediConnect 10/10/2008 12:48:03 PM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/9/2008 9:37:53 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

### Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-123759 | Status | RESEARCH |
| Requested | 10/21/2008 11:58:58 AM | Completed | |

### Patient Information

| | | | |
|---|---|---|---|
| Name | Grubb, Leslie | | |
| Gender | | AKA | |
| Date of Birth | 2/4/1954 | Social Security # | xxx-xx-1221 |
| Case Number | 200500010843 | | |

### Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 05/01/1999-10/01/2004 (Include any archived records for same period.) |
| Types of Info, | All records for time specified |
| Instructions to Provider | |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | Yes | Delivery of Paper Copy | No |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | Name | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | Phone | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | Fax | |
| E-mail | lasonya.purter@beasleyallen.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE AID PHARMACY | Doctor | |
| Address | 30 HUNTER LANE | Phone | 800-748-3243 |
| City, State ZIP | CAMP HILL, PA 17011 | Fax | 717-975-5952 |

### Notes

**Note from MediConnect 11/3/2008 9:13:26 AM MT**
Callback set for 11/10/2008.
I spoke with Heather; we have not received the records. I asked if they could send me the Fed Ex tracking number. We will follow up in 5 business days.
**Note from MediConnect 11/3/2008 7:05:41 AM MT**
Callback set for 11/3/2008.
CC: Please confirm with the facility the address the records were mailed to. Thank you
**Note from Requestor - purters324 10/31/2008 1:06:45 PM MT**
Have these records been received yet, if so please associate them as soon as you can.Records are needed ASAP Thank you
**Note from MediConnect 10/30/2008 8:53:22 AM MT**
Callback set for 11/7/2008.
Per previous note Jill at Rite Aid mailed the records on 10/13/08. We will follow up in 6 business days to allow the records to be received.
**Note from MediConnect 10/27/2008 1:30:52 PM MT**
Callback set for 10/30/2008.
We will follow up in 3 business days to allow the records to be received.
**Interoffice note - purters324 10/27/2008 9:59:59 AM MT**
Spoke w/Jill at Rite Aid. She said this one was mailed out on 10/13/08. VT17
**Note from MediConnect 10/24/2008 1:53:17 PM MT**
Callback set for 10/27/2008.
We were unable to contact Heather. We will follow up in 1 business day.
**Note from MediConnect 10/23/2008 11:12:05 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/23/2008 8:58:45 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/22/2008 6:27:52 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/21/2008 12:44:10 PM MT**
An authorization has been scanned for this request.

**Note from MediConnect 10/21/2008 12:03:21 PM MT**
Dear Requestor: Thank you for your note, this request will remain in Need Auth status until we receive the authorization. Thank you

**Note from Requestor - purters324 10/21/2008 12:02:40 PM MT**
A letter has been sent to the facility from the firm. Please call the facility to see if they have received this letter and will supply and update. The authorization has been faxed to Mediconnect today.

Back    Print    Enter Note    New Request    Cancel

View Authorization    View Affidavit

**EXHIBIT "B-24"**

## Request Status

| | | | |
|---|---|---|---|
| Request ID | S324-120935 | **Status** | ESCALATED |
| Requested | 6/5/2008 1:01:00 PM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| Name | Bell, Beverly | | |
| Gender | | **AKA** | |
| Date of Birth | 12/13/1936 | **Social Security #** | xxx-xx-7507 |
| Case Number | 200400244392 | | |

## Record Information

| | |
|---|---|
| Record Type | PHARMACY |
| Intended Use | Plantiff Drug Litigation |
| Dates of Service | 1/1/2000 through 10/1/2004 (Include any archived records for same period.) |
| Types of Info, Instructions to Provider | Pharmacy Profile |

## Services and Options

| | | | |
|---|---|---|---|
| Rush | Yes | **Sort Type** | None |
| Affidavit/Certification | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| Bates/Page Stamping | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| Organization | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| Address | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| City, State ZIP | Montgomery, AL 36103-4160 | **Fax** | |
| E-mail | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| Provider Name | RITE-AID | **Doctor** | |
| Address | 30 HUNTER LANE | **Phone** | 717-761-2633 |
| City, State ZIP | CAMP HILL, PA 17011 | **Fax** | 717-975-5952 |

## Notes

**Note from MediConnect 11/3/2008 8:51:48 AM MT**
Callback set for 11/10/2008.
Spoke with Heather; she stated that they are working on request that they got in May/June. She asked if we could send a spreadsheet with all the requests and she would update it and send a status check. She advised that we should send the status check spreadsheet once a week and if we needed anything updated sooner we could email her. I have sent the spreadsheet and will follow up in 5 business days.

**Interoffice note - purters324 10/29/2008 3:27:30 PM MT**
E-mailed Heather asking that records be sent directly to us. vt12

**Note from MediConnect 10/27/2008 2:38:11 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 10/21/2008 1:58:53 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.

**Note from MediConnect 10/21/2008 9:23:21 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/14/2008 2:22:48 PM MT**
Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.

**Note from MediConnect 10/14/2008 8:44:05 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 10/7/2008 12:52:11 PM MT**
Callback set for 10/14/2008.
We have not received correspondence as of yet. Due to the large amount of requests that we have sent status on we will allow 5 business days.

**Note from MediConnect 10/3/2008 9:58:49 AM MT**
Callback set for 10/7/2008.
I received correspondence with a blank status check. I e-mailed Heather requesting she complete
the status check. She responded stating she would like an updated status check and she will
check status. We have sent an updated status check. We will allow time for a response.
**Note from MediConnect 9/30/2008 1:18:15 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we
have received correspondence.
**Note from MediConnect 9/24/2008 12:14:50 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5
business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:32 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I
emailed her again reminding her that these records are needed today in order to not have them
put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:05 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her
again reminding her that these records are needed today in order to not have them put on the list
of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/11/2008 9:21:32 AM MT**
Callback set for 9/12/2008.
Resetting the call back to allow time for response. I am setting the call back to 1 business day.
**Note from MediConnect 9/8/2008 7:25:52 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the
authorization to her until she has asked that I do so. I have set the call back for 4 business days
due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:45 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week.
I emailed her back informing her that these records are needed by next week. She then emailed
me back stating that she will review the requests that we have open with this facility and let me
know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:41 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:21 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records
are needed within the week in order to not have them put on the list of facilities that are not
sending the records. I left my phone number and asked for her to return my call. Set follow-up call
for 2 business days.
**Note from MediConnect 9/3/2008 2:43:44 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:50 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these
records were not included. I sent her another email asking for status. I will follow up in 3 business
days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**
Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 7:16:01 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4
business days if I do not receive a response prior.

**Note from MediConnect 8/22/2008 7:23:57 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed, although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/19/2008 6:58:08 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but hope to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 12:46:04 PM MT**
Callback set for 8/20/2008.
Per previous note, I am resetting the call back to 5 business days.
**Note from MediConnect 8/13/2008 7:59:20 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:51 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:05:33 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
**Note from MediConnect 7/31/2008 9:09:09 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:05:36 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:30:02 AM MT**
Callback set for 7/30/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:38:46 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 9:25:11 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 7:30:24 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:41:03 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:35 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/23/2008 9:15:29 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/23/2008 8:40:03 AM MT**

Callback set for 7/24/2008.
I sent another email to Heather informing her that the status of this request is needed as soon as

possible. I will follow up in 1 business day.

**Note from MediConnect 7/22/2008 8:32:13 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email asking for status. I will follow up in 1 business.

**Note from MediConnect 7/21/2008 8:33:18 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/17/2008 8:07:25 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I will follow up in 2 business days.

**Note from MediConnect 7/16/2008 9:29:38 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/15/2008 10:07:12 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior

**Note from MediConnect 7/14/2008 4:07:37 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.

**Note from MediConnect 7/14/2008 11:02:34 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/11/2008 8:21:17 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/10/2008 8:10:37 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/8/2008 9:12:03 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/7/2008 8:43:55 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.

**Note from MediConnect 7/3/2008 9:05:05 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/3/2008 6:13:15 AM MT**
Provider Relations -- Rite-Aid Pharmacy.

**Note from MediConnect 7/2/2008 12:11:19 PM MT**
Callback set for 7/3/2008.

I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.

**Note from MediConnect 7/2/2008 11:26:32 AM MT**
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.

**Note from MediConnect 6/11/2008 10:51:03 AM MT**
Tracking Number: 796011773626

**Note from MediConnect 6/11/2008 10:51:02 AM MT**
Tracking Number: 796011773615

**Note from MediConnect 6/11/2008 7:35:13 AM MT**
Callback set for 7/21/2008.
DEAR REQUESTOR: This facility requires the letters of administration or power of attorney. Please obtain proper documentation. Thank you.

**Note from MediConnect 6/11/2008 7:35:05 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: BELL, BEVERLY

**Note from MediConnect 6/9/2008 3:13:41 AM MT**
An authorization has been scanned for this request.

**Note from MediConnect 6/6/2008 1:48:49 PM MT**
Dear Requestor: Thank you for your note, this request will remain in Need Auth status until we receive the authorization. Thank you

**Note from Requestor - purters324 6/6/2008 1:47:15 PM MT**
Auth sent. cj1

**Note from MediConnect 6/5/2008 1:10:09 PM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.

**Note from MediConnect 6/5/2008 1:10:04 PM MT**
The provider information for this request was changed. The original information was:
RITE-AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE-AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-761-2633

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Cancel ]

[ View Authorization ]   [ View Affidavit ]

**EXHIBIT "B-25"**

## Request Status

| | | | |
|---|---|---|---|
| **Request ID** | S324-115591 | **Status** | ESCALATED |
| **Requested** | 3/25/2008 9:02:52 AM | **Completed** | |

## Patient Information

| | | | |
|---|---|---|---|
| **Name** | Liddell, Willie | | |
| **Gender** | | **AKA** | |
| **Date of Birth** | 6/13/1926 | **Social Security #** | xxx-xx-5189 |
| **Case Number** | 200500008712 | | |

## Record Information

| | |
|---|---|
| **Record Type** | PHARMACY |
| **Intended Use** | Plantiff Drug Litigation |
| **Dates of Service** | 04/01/1999 through 01/31/2003 (Include any archived records for same period.) |
| **Types of Info, Instructions to Provider** | Pharmacy Profile |

## Services and Options

| | | | |
|---|---|---|---|
| **Rush** | Yes | **Sort Type** | None |
| **Affidavit/Certification** | Yes | **Aff./Cert. with Orig. Sig./Notarization** | No/No |
| **Bates/Page Stamping** | No | **Delivery of Paper Copy** | No |

## Requestor Information

| | | | |
|---|---|---|---|
| **Organization** | S324 - Beasley Allen Law | **Name** | LaSonya Purter |
| **Address** | 234 Commerce Street Post Office Box 4160 | **Phone** | 800-898-2034x458 |
| **City, State ZIP** | Montgomery, AL 36103-4160 | **Fax** | |
| **E-mail** | lasonya.purter@beasleyallen.com | **Send Alerts** | Yes |

## Provider Information

| | | | |
|---|---|---|---|
| **Provider Name** | RITE-AID | **Doctor** | |
| **Address** | 30 HUNTER LANE | **Phone** | 717-761-2633 |
| **City, State ZIP** | CAMP HILL, PA 17011 | **Fax** | 717-975-5952 |

## Notes

**Note from MediConnect 11/5/2008 9:44:05 AM MT**
Callback set for 11/10/2008.
I have sent Heather a notification to close this request We will follow up in 3 business days.
**Note from MediConnect 10/31/2008 9:29:27 AM MT**
Callback set for 10/31/2008.
CC: Please contact facility and cancel request. Thank you
**Note from Requestor - purters324 10/31/2008 9:14:23 AM MT**
Please cancel this request. thank you
**Note from MediConnect 10/27/2008 2:38:10 PM MT**
Callback set for 11/3/2008.
Per procedure set up with facility. I have emailed Heather to check status. They are backlogged 8-10 weeks. I will follow up in 5 business days if I do not receive a response prior.
**Interoffice note - purters324 10/27/2008 10:46:26 AM MT**
Sent the message below to Heather per Jill. Hello, I am a staff assistant with Beasley Allen working on the Vioxx case. I spoke Jill earlier who was most helpful with the 5 requests that she could assist me with. She also informed me of sending any other requests that are still pending to your attention & you would be able to help me. I know that you are overwhelmingly back logged, but as you know the time is winding down for the Vioxx cases so we are trying very hard to get all records that are needed in as soon as possible. If you would please take time out of your busy day to research the attached, I would greatly appreciate it. Looking forward to hearing from you soon. VT17
**Note from MediConnect 10/21/2008 1:58:51 PM MT**
Callback set for 10/28/2008.
I have received correspondence stating the facility is behind in their work and to allow more time for a response. We will note a response once we have received correspondence.
**Note from MediConnect 10/21/2008 9:23:20 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/14/2008 2:23:00 PM MT**

Callback set for 10/21/2008.
We have not received correspondence as of yet. We have sent another e-mail requesting status.
**Note from MediConnect 10/14/2008 8:44:04 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 10/7/2008 12:31:19 PM MT**
Callback set for 10/14/2008.
I received correspondence from Heather with no status attached. She stated she would like a completely new updated status check. I have compiled a new spreadsheet and sent a status check to Heather due to the large amount she requests that we allow some time for her to review and respond. We will set a call back for 5 business days.
**Note from MediConnect 9/30/2008 1:18:00 PM MT**
Callback set for 10/7/2008.
I have sent another e-mail to Heather requesting status ASAP. We will note a response once we have received correspondence.
**Note from MediConnect 9/24/2008 12:14:49 PM MT**
Callback set for 10/1/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 9/19/2008 7:39:26 AM MT**
Callback set for 9/25/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records I will follow up in 4 business days.
**Note from MediConnect 9/15/2008 8:05:31 AM MT**
Callback set for 9/19/2008.
I received another response from Heather, but, again, the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 4 business days.
**Note from MediConnect 9/12/2008 7:50:04 AM MT**
Callback set for 9/15/2008.
I received response from Heather, but the status of this request was not given. I emailed her again reminding her that these records are needed today in order to not have them put on the list of facilities that are not sending the records. I will follow up in 1 business day.
**Note from MediConnect 9/11/2008 9:21:31 AM MT**
Callback set for 9/12/2008.
Resetting the call back to allow time for response. I am setting the call back to 1 business day.
**Note from MediConnect 9/8/2008 7:25:52 AM MT**
Callback set for 9/12/2008.
I received response from Heather stating that she would prefer that I not fax a copy of the authorization to her until she has asked that I do so. I have set the call back for 4 business days due to her previously stating that she will let me know status by the end of the week.
**Note from MediConnect 9/5/2008 1:14:44 PM MT**
Callback set for 9/8/2008.
I received an email from Heather stating that she will have status for me by the end of next week. I emailed her back informing her that these records are needed by next week. She then emailed me back stating that she will review the requests that we have open with this facility and let me know if I need to fax any of the requests to her again. I will follow up in 1 business day.
**Note from MediConnect 9/5/2008 7:39:40 AM MT**
Callback set for 9/8/2008.
I am resetting the call back per previous note, to 1 business day.
**Note from MediConnect 9/4/2008 12:19:19 PM MT**
Callback set for 9/8/2008.
Left message on Heather's voicemail concerning VIOXX requests. I informed that these records are needed within the week in order to not have them put on the list of facilities that are not sending the records. I left my phone number and asked for her to return my call. Set follow-up call for 2 business days.
**Note from MediConnect 9/3/2008 2:43:46 PM MT**
Callback set for 9/5/2008.
I sent another email to Heather asking for status. I will follow up in 2 business days.
**Note from MediConnect 9/2/2008 7:07:51 AM MT**
Callback set for 9/5/2008.
I received response from Heather which had a list of records that were sent out, although these records were not included. I sent her another email asking for status. I will follow up in 3 business days.
**Note from MediConnect 9/2/2008 6:34:48 AM MT**

Provider Relations -- Rite-Aid Pharmacy. Forwarding to internal team for follow up.
**Note from MediConnect 8/27/2008 7:16:00 AM MT**
Callback set for 9/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 8/22/2008 7:23:58 AM MT**
Callback set for 8/27/2008.
I received an email from Heather which consisted of the requests that the records were mailed, although this request was not included. She informed me that she will let me know when these records are sent. I will follow up in 3 business days.
**Note from MediConnect 8/19/2008 6:58:08 AM MT**
Callback set for 8/22/2008.
I received response from Heather which stated that she is currently out of the office, but hope to have status by the end of this week. I will follow up in 3 business days.
**Note from MediConnect 8/13/2008 12:44:30 PM MT**
Callback set for 8/20/2008.
Per previous note, I am resetting the call back to 5 business days.
**Note from MediConnect 8/13/2008 7:59:19 AM MT**
Callback set for 8/20/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business day if I do not receive a response prior
**Note from MediConnect 8/13/2008 7:07:50 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 8/8/2008 10:25:17 AM MT**
Callback set for 8/13/2008.
I received response from Heather which stated that she is going to start sending me email updates every night to inform me which records were sent that day. I also sent her an updated spreadsheet of all the pending requests that we have for their facility. I will follow up in 3 business days.
**Note from MediConnect 8/4/2008 8:05:32 AM MT**
Callback set for 8/8/2008.
Per Heather, she stated that she will let me know status this week. I am setting the call back to 4 business days to allow time to received a response.
**Note from MediConnect 7/31/2008 9:09:07 AM MT**
Callback set for 8/5/2008.
I received response from Heather which stated that she is working on getting the records sent for our company and that she will give me status next week. I will follow up in 3 business days.
**Note from MediConnect 7/30/2008 7:05:36 AM MT**
Callback set for 7/31/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/29/2008 8:30:02 AM MT**
Callback set for 7/30/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/28/2008 8:38:45 AM MT**
Callback set for 7/29/2008.
Per procedure set up with the facility, I mailed the authorization and prepayment to the corporate office. They are on an 8-10 week backlog and they do not expedite requests. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 9:25:10 AM MT**
Callback set for 7/28/2008.
I received response from Heather which stated that she did not have the opportunity to complete any records requests this week. She also stated that she is hoping to send some records out today and will let me know by the end of the day. I will follow up in 1 business day.
**Note from MediConnect 7/25/2008 7:30:24 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/24/2008 8:58:33 AM MT**
Callback set for 7/25/2008.
Forwarded to internal team member for follow up.
**Note from MediConnect 7/23/2008 10:03:35 AM MT**
Callback set for 7/24/2008.
I sent another URGENT email to Heather, informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.

**Note from MediConnect 7/23/2008 9:15:29 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/23/2008 8:40:02 AM MT**
Callback set for 7/24/2008.
I sent another email to Heather informing her that the status of this request is needed as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/22/2008 8:32:13 AM MT**
Callback set for 7/23/2008.
I still have not heard a response from Heather. I sent another URGENT email asking for status. I will follow up in 1 business.
**Note from MediConnect 7/21/2008 8:33:17 AM MT**
Callback set for 7/22/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/17/2008 8:07:24 AM MT**
Callback set for 7/21/2008.
I received response from Heather, but the status of this request was not given. I will follow up in 2 business days.
**Note from MediConnect 7/16/2008 9:29:38 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/16/2008 9:19:33 AM MT**
Callback set for 7/17/2008.
We have not received a response as of yet. have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/15/2008 10:07:11 AM MT**
Callback set for 7/16/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior
**Note from MediConnect 7/14/2008 4:07:39 PM MT**
Callback set for 7/15/2008.
We have not received a response as of yet. We will allow 1 business day for a response.
**Note from MediConnect 7/14/2008 10:54:05 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/11/2008 8:21:13 AM MT**
Callback set for 7/14/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/10/2008 8:10:36 AM MT**
Callback set for 7/11/2008.
I received response from Heather, but the status of this request was not given. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/9/2008 7:57:10 AM MT**
Callback set for 7/10/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 9:12:03 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/8/2008 7:50:18 AM MT**
Callback set for 7/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/7/2008 8:43:58 AM MT**
Callback set for 7/8/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business day if I do not receive a response prior.
**Note from MediConnect 7/3/2008 9:05:05 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 8:54:01 AM MT**
Callback set for 7/7/2008.
I sent another email to Heather explaining the importance of receiving these records as soon as

possible. I will follow up in 1 business day.
**Note from MediConnect 7/3/2008 6:13:14 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 7/2/2008 12:11:19 PM MT**
Callback set for 7/3/2008.
I left a detailed message on Heather's voicemail informing her that the record are needed this week and that per Judge Fallon, if the records are not received, they could be ordered to appear in court at their expense explaining why we have not received the records. I also emailed her explaining above. I will follow up in 1 business day.
**Note from MediConnect 7/2/2008 11:26:31 AM MT**
Callback set for 7/2/2008 1:00:00 PM.
Call back set for later today to follow up in Heather.
**Note from MediConnect 6/30/2008 8:45:10 AM MT**
Callback set for 7/7/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/27/2008 8:07:30 AM MT**
Callback set for 6/30/2008.
I emailed Heather again informing her that I need an update as promised yesterday. I will follow up in 1 business day if nothing has been received.
**Note from MediConnect 6/23/2008 10:40:25 AM MT**
Callback set for 6/30/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/23/2008 9:23:18 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 6/20/2008 7:31:09 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 1 business days if I do not receive a response prior.
**Note from MediConnect 6/16/2008 7:48:46 AM MT**
Callback set for 6/23/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 6/13/2008 8:32:59 AM MT**
Callback set for 6/16/2008.
Per previous note, I am resetting the call back to 1 business day to allow time for a response to be received.
**Note from MediConnect 6/12/2008 9:55:05 AM MT**
Callback set for 6/16/2008.
I received response from Heather, but the status of this request was not provided. I emailed her back informing her that I need status ASAP. I will follow up in 2 business days.
**Note from MediConnect 6/11/2008 7:49:58 AM MT**
Callback set for 6/13/2008.
I still have not heard a response from Heather, I emailed her again informing her that I need status ASAP as promised. I will follow up in 2 business days.
**Note from MediConnect 6/10/2008 7:01:02 AM MT**
Callback set for 6/11/2008.
Per Heather, she informed me that she will let me know the status by today. If not response has been received I will follow up in 1 business day.
**Note from MediConnect 6/9/2008 2:14:02 PM MT**
Callback set for 6/11/2008.
I received response from Heather which stated that she does not have access to my computer and does not anticipate getting access until late Monday or Tuesday at the earliest. As soon as I am up and running she will let me know the status. I will follow up in 2 business days.
**Note from MediConnect 6/4/2008 1:26:01 PM MT**
Callback set for 6/10/2008.
I have received response from Heather which stated that they are currently working on requests received in March and April. She stated that they are on an 8-10 week backlog and do not expedite requests. I will follow up in 4 business days.
**Note from MediConnect 6/2/2008 8:34:32 AM MT**
Callback set for 6/9/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.

**Note from MediConnect 5/27/2008 7:38:37 AM MT**
Callback set for 6/2/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 4 business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 11:27:13 AM MT**
Callback set for 5/27/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 6 business days if I do not receive a response prior.
**Note from MediConnect 5/19/2008 8:46:09 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 5/12/2008 7:57:34 AM MT**
Callback set for 5/19/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 7:17:36 AM MT**
Callback set for 5/12/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 5/5/2008 7:12:15 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 4/28/2008 7:16:49 AM MT**
Callback set for 5/5/2008.
Per procedure set up with facility. I have emailed Heather to check status. I will follow up in 5 business days if I do not receive a response prior.
**Note from MediConnect 3/27/2008 7:30:16 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/27/2008 7:25:13 AM MT**
Callback set for 4/28/2008.
I have mailed the prepayment and auth to Rite-Aid Corporation and will set the call out 20 business days per their requested processing time. This facility is on an 8-10 week backlog and does not expedite requests.
**Note from MediConnect 3/27/2008 7:25:06 AM MT**
A prepay was issued by MediConnect to:
**Rite-Aid Corporation**
30 HUNTER LANE
ATTN: /LEGAL DEPT.
CAMP HILL, PA 17011
The check was sent via EXPRESS mail.
Provider Invoice: LIDDELL, WILLIE
**Note from MediConnect 3/27/2008 7:21:57 AM MT**
Provider Relations -- Rite-Aid Pharmacy.
**Note from MediConnect 3/27/2008 12:01:05 AM MT**
An authorization has been scanned for this request.
**Note from MediConnect 3/25/2008 10:23:05 AM MT**
Retrieval Services: Updated provider phone number. Please proceed with this request.
**Note from MediConnect 3/25/2008 10:23:00 AM MT**
The provider information for this request was changed. The original information was:
RITE-AID
30 HUNTER LANE
CAMP HILL, PA 17011

The new provider information is:
RITE-AID
30 HUNTER LANE
CAMP HILL, PA 17011
717-761-2633



# EXHIBIT "B-26"

# Beasley Allen

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
————————————— Attorneys at law

| | | | |
|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | | FRANK WOODSON |
| J. GREG ALLEN | C. GIBSON VANCE | | KENDALL C. DUNSON |
| MICHAEL J. CROW | J. P. SAWYER | | SCARLETTE M. TULEY |
| THOMAS J. METHVIN | C. LANCE GOULD | | ROMAN ASHLEY SHAUL |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | | W. ROGER SMITH, III |
| W. DANIEL MILES, III | DANA G. TAUNTON | | P. LEIGH O'DELL |
| R. GRAHAM ESDALE, JR. | J. MARK ENGLEHART | | D. MICHAEL ANDREWS |
| JULIA ANNE BEASLEY | CLINTON C. CARTER | | BENJAMIN L. LOCKLAR |
| RHON E. JONES | BENJAMIN E. BAKER, JR. | | LARRY A. GOLSTON, JR. |
| LABARRON N. BOONE | DAVID B. BYRNE, III | | MELISSA A. PRICKETT |
| ANDY D. BIRCHFIELD, JR. | TED G. MEADOWS | | ALYCE S. ROBERTSON |

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343
(800) 898-2034
FAX: (334) 954-7555
BeasleyAllen.com

RUSSELL T. ABNEY *
NAVAN WARD, JR.
WESLEY CHADWICK COOK
CHRISTOPHER D. GLOVER
JOHN E. TOMLINSON
WILLIAM H. ROBERTSON, V
H. CLAY BARNETT, III
MARY PAT CROOK
CHRISTOPHER D. BOUTWELL
J. PARKER MILLER
—————————————
SOME ATTORNEYS ADMITTED IN:
AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY,
OH, OK, PA, SC, TN, TX, WV
* NOT ADMITTED IN ALABAMA

October 24, 2008

Rite Aid
Post Office Box 3165
Harrisburg, Pennsylvania 17105

        Re:    **William Boykin**
               **Reference No. 200500032749**

Dear Sir or Madam:

        We have previously requested that you provide medical records or information related to William Boykin (DOB: 9/5/1926; SS# ▇▇▇▇▇▇▇) for the time period of 5/1/1999 through 9/30/2004. To date, you have refused to provide the information as requested and/or not responded to our request.

        Please find enclosed Pre-Trial Order 35A, a Form V2031, and an executed medical authorization release form. In pertinent part, the enclosed Order states:

"IT IS FURTHER ORDERED, consistent with Pre-Trial Order No. 35 [which was previously sent to you], that any entity (including but not limited to physicians, healthcare providers, pharmacies, Prescription Benefit Managers ..., education facilities, former and present employers, insurance providers, all branches of the military and/or any other federal, state and/or local government agencies) that are provided with *Form V2031* and an Authorization as part of the Vioxx Resolution Program, can rely upon the CAP 2008-1 procedure and shall, **within 7 days after receiving a *Form V2031* and an Authorization**, produce and forward any and all requested records or data directly to the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130. The production shall be labeled with the name of the individual whose records are being produced and a reference that the production is made pursuant to PTO35(A), *In re: Vioxx Products Liability Litigation*, MDL 1657."

        When you send the records to Judge Fallon, please send us written notice that you have complied with this request for the above-referenced patient. In order to allow you ample time, we will wait ten (10) days before notifying the Court of your compliance or non-compliance. If you fail to comply with this request, we will have no choice but to

seek sanctions against you.  Your failure to produce the records in a timely fashion could result in our client's Vioxx claim being compromised under the Vioxx® Resolution Program.

Feel free to call me or my assistant, Angie Faust, if you wish to discuss this further.

With kindest regards,

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

BENJAMIN L. LOCKLAR

BLL/amf

Enclosures

| V2031 | REPRESENTATIVE CLAIMANT OF VIOXX USER |
|---|---|

### A.  VIOXX USER CLAIMANT
(All Claimants complete this Section)

| Name | First<br>William | | MI<br>D | Last<br>Boykin |
|---|---|---|---|---|
| SSN | ▬▬▬▬▬▬ | VCN | | 1002634 |

| Date of<br>Birth | 9 / 5 / 1926<br>(month) (day)  (year) | Date of<br>Death | 9 / 22 / 2006<br>(month) (day)  (year) | Was death caused by Vioxx use?<br>☐ Yes   ☒ No |
|---|---|---|---|---|

| State/Territory/Country of Domicile of Vioxx User Claimant at Time of Death | MS |
|---|---|

| Spouse of the Vioxx User Claimant | Was the Vioxx User Claimant survived by a spouse at the time of death?  ☒ Yes ☐ No<br>If Yes, provide the following information on the surviving spouse: | | | |
|---|---|---|---|---|
| | **Name** | First<br>Ava | MI<br>L | Last<br>Boykin |
| | **SSN** | ▬▬▬▬ | Is the Spouse now deceased? ☐ Yes ☒ No | |

### B.  TESTATE VIOXX USER CLAIMANT
(Testate Claimants complete this Section)

☐ The Vioxx User Claimant had a valid Will at the time of death.  **NOTE:** If the Claimant had no valid Will, complete Section C of this Form.

☐ A copy of the Will is submitted with this Form.  **NOTE:** Fill out the remainder of Section B of this Form. If the person named in the Will as the Personal Representative, Administrator, or Executor is not serving, then provide this information on the person serving.

| Name of Personal Representative, Administrator, or Executor | First Name | MI | Last Name | |
|---|---|---|---|---|
| **Address** | Street/P.O. Box | | | |
| | City | | State | Zip |
| **Relationship to Vioxx User Claimant** | ☐ Spouse   ☐ Parent   ☐ Child   ☐ Sibling<br>☐ Administrator   ☐ Executor   ☐ Other _____ (specify) | | | |
| **Status of the Will** | ☐ This Will was submitted for probate proceedings.  **NOTE:** If a Personal Representative, Administrator, or Executor has been appointed, submit a copy of such appointment document along with this Form. | | | |
| | ☐ This Will has not been submitted for probate proceedings. | | | |

## C. INTESTATE VIOXX USER CLAIMANT
(Intestate Claimants complete this Section)

☒ The Vioxx User Claimant had no valid Will at the time of death.

| **Personal Representative** | ☐ A Personal Representative has been appointed for the estate of the Vioxx User Claimant. **NOTE:** If a Personal Representative has been appointed, submit a copy of such appointment document along with this Form. |
| | ☒ Estate proceedings have been filed but no Personal Representative has been appointed for the estate of the Vioxx User Claimant. |
| | ☐ No Personal Representative has been appointed for the estate of the Vioxx User Claimant and no estate proceedings have been filed. |
| **Intestate Succession** | Identify the state, territory or country whose laws of Intestate Succession apply to the Estate of the Vioxx User Claimant: |

If there was no surviving spouse at the time of the Vioxx User Claimant's death, or if under applicable law the surviving spouse is not the first to succeed to the estate, identify the person(s) who are the next to succeed. (Attach additional sheets if necessary):

| **Name** | First | MI | Last |
|---|---|---|---|
| **SSN** | | **Date of Birth** | __ / __ / _____ (month) (day)  (year) |
| **Relationship to Vioxx User Claimant** | ☐ Spouse   ☐ Parent   ☐ Child   ☐ Sibling   ☐ Administrator ☐ Executor  ☐ Other _____ (specify) | | |

## D. CERTIFICATION
(All Claimants complete this Section)

☒ I am counsel for the Vioxx User Claimant. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ The Vioxx User Claimant is not represented by counsel. I am authorized to complete this form on behalf of the Vioxx User Claimant and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **Signature** | | **Date** | 10 / 24 / 08 (month)  (day)  (year) |
|---|---|---|---|
| **Name** | First William | MI Roger | Last Smith, III. |
| **Address** | Street/P.O. Box P.O. Box 4160 | | |
| | City Montgomery | State AL | Zip 36103 |

Apr 11 2008
9:49AM

## ATTACHMENT D TO ENROLLMENT FORM

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

Patient Name: _William Boykin_

Date of Birth: _9/5/1926_

Social Security Number ███████

Litigation Case No. _MDL-1657_

I hereby authorize

_Rite Aid_

_P.O. Box 3165_

_Harrisburg, PA 17105_

_5/1/1999 to 9/30/2004_

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to _Beasley-Allen_ _ _ [Merck & Co.,Inc., the Claims Administrator, the Special Master (and any Deputy Special Master) for the Program, the Chief Administrator for the Program, members of the Gate Committee for the Program, all other persons provided for under the terms of the Agreement to consider claims], and their respective attorneys, agents, servants, employees and independent auditors, the medical or other documentation required for approval of an award under the Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 24 th day of _October_, 200 8

Signature: _Ava Lick Boykins Wife of deceased_
[PATIENT OR REPRESENTATIVE]

Print Name: _Ava Lick Boykin_

**If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:**

You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.