**EXHIBIT "B-27"**

# Beasley Allen

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
———————————ʃ——————————— Attorneys at law

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | 218 COMMERCE STREET | FRANK WOODSON | RUSSELL T. ABNEY * |
| J. GREG ALLEN | C. GIBSON VANCE | POST OFFICE BOX 4160 | KENDALL C. DUNSON | NAVAN WARD, JR. |
| MICHAEL J. CROW | J. P. SAWYER | MONTGOMERY, ALABAMA | SCARLETTE M. TULEY | WESLEY CHADWICK COOK |
| THOMAS J. METHVIN | C. LANCE GOULD | 36103-4160 | ROMAN ASHLEY SHAUL | CHRISTOPHER D. GLOVER |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | | W. ROGER SMITH, III | JOHN E. TOMLINSON |
| W. DANIEL MILES, III | DANA G. TAUNTON | (334) 269-2343 | P. LEIGH O'DELL | WILLIAM H. ROBERTSON, V |
| R. GRAHAM ESDALE, JR. | J. MARK ENGLEHART | (800) 898-2034 | D. MICHAEL ANDREWS | H. CLAY BARNETT, III |
| JULIA ANNE BEASLEY | CLINTON C. CARTER | FAX: (334) 954-7555 | BENJAMIN L. LOCKLAR | MARY PAT CROOK |
| RHON E. JONES | BENJAMIN E. BAKER, JR. | BeasleyAllen.com | LARRY A. GOLSTON, JR. | CHRISTOPHER D. BOUTWELL |
| LABARRON N. BOONE | DAVID B. BYRNE, III | | MELISSA A. PRICKETT | J. PARKER MILLER |
| ANDY D. BIRCHFIELD, JR. | TED G. MEADOWS | | ALYCE S. ROBERTSON | SOME ATTORNEYS ADMITTED IN: AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY, OH, OK, PA, SC, TN, TX, WV |
| | | | | * NOT ADMITTED IN ALABAMA |

October 28, 2008

Rite Aid
Post Office Box 3165
Harrisburg, Pennsylvania 17105

    Re:    Gloria Penta
            Reference No. 200400275479

Dear Sir or Madam:

    We have previously requested that you provide medical records or information related to Gloria Penta (DOB: 6/13/1941; SS# ████████) for the time period of 5/1/1999 through 9/30/2004. To date, you have refused to provide the information as requested and/or not responded to our request.

    Please find enclosed Pre-Trial Order 35A, a Form V2031, and an executed medical authorization release form. In pertinent part, the enclosed Order states:

"IT IS FURTHER ORDERED, consistent with Pre-Trial Order No. 35 [which was previously sent to you], that any entity (including but not limited to physicians, healthcare providers, pharmacies, Prescription Benefit Managers ..., education facilities, former and present employers, insurance providers, all branches of the military and/or any other federal, state and/or local government agencies) that are provided with *Form V2031* and an Authorization as part of the Vioxx Resolution Program, can rely upon the CAP 2008-1 procedure and shall, **within 7 days after receiving a *Form V2031* and an Authorization**, produce and forward any and all requested records or data directly to the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130. The production shall be labeled with the name of the individual whose records are being produced and a reference that the production is made pursuant to PTO35(A), *In re: Vioxx Products Liability Litigation*, MDL 1657."

    When you send the records to Judge Fallon, please send us written notice that you have complied with this request for the above-referenced patient. In order to allow you ample time, we will wait ten (10) days before notifying the Court of your compliance or non-compliance. If you fail to comply with this request, we will have no choice but to

seek sanctions against you. Your failure to produce the records in a timely fashion could result in our client's Vioxx claim being compromised under the Vioxx® Resolution Program.

Feel free to call me or my assistant, Angie Faust, if you wish to discuss this further.

With kindest regards,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

BENJAMIN L. LOCKLAR

BLL/amf

Enclosures

| V2031 | REPRESENTATIVE CLAIMANT OF VIOXX USER |
|---|---|

### A. VIOXX USER CLAIMANT
(All Claimants complete this Section)

| Name | First<br>Gloria | MI<br>A | Last<br>Penta |
|---|---|---|---|
| SSN | ███████ | VCN | 1005341 |
| Date of Birth | 6 / 13 / 1941<br>(month) (day) (year) | Date of Death | 8 / 22 / 2006<br>(month) (day) (year) |

Was death caused by Vioxx use? ☐ Yes ☒ No

| State/Territory/Country of Domicile of Vioxx User Claimant at Time of Death | California |
|---|---|

**Spouse of the Vioxx User Claimant**

Was the Vioxx User Claimant survived by a spouse at the time of death? ☐ Yes ☒ No
If Yes, provide the following information on the surviving spouse:

| Name | First | MI | Last |
|---|---|---|---|
| SSN | | | Is the Spouse now deceased? ☐ Yes ☐ No |

### B. TESTATE VIOXX USER CLAIMANT
(Testate Claimants complete this Section)

☐ The Vioxx User Claimant had a valid Will at the time of death. **NOTE:** If the Claimant had no valid Will, complete Section C of this Form.

☐ A copy of the Will is submitted with this Form. **NOTE:** Fill out the remainder of Section B of this Form. If the person named in the Will as the Personal Representative, Administrator, or Executor is not serving, then provide this information on the person serving.

| Name of Personal Representative, Administrator, or Executor | First Name | MI | Last Name |
|---|---|---|---|
| Address | Street/P.O. Box | | |
| | City | State | Zip |
| Relationship to Vioxx User Claimant | ☐ Spouse ☐ Parent ☐ Child ☐ Sibling<br>☐ Administrator ☐ Executor ☐ Other ____ (specify) | | |
| Status of the Will | ☐ This Will was submitted for probate proceedings. **NOTE:** If a Personal Representative, Administrator, or Executor has been appointed, submit a copy of such appointment document along with this Form. | | |
| | ☐ This Will has not been submitted for probate proceedings. | | |

## C. INTESTATE VIOXX USER CLAIMANT
(Intestate Claimants complete this Section)

| | |
|---|---|
| ☒ The Vioxx User Claimant had no valid Will at the time of death. | |
| **Personal Representative** | ☐ A Personal Representative has been appointed for the estate of the Vioxx User Claimant. **NOTE:** If a Personal Representative has been appointed, submit a copy of such appointment document along with this Form.<br>☒ Estate proceedings have been filed but no Personal Representative has been appointed for the estate of the Vioxx User Claimant.<br>☐ No Personal Representative has been appointed for the estate of the Vioxx User Claimant and no estate proceedings have been filed. |
| **Intestate Succession** | Identify the state, territory or country whose laws of Intestate Succession apply to the Estate of the Vioxx User Claimant: California |

If there was no surviving spouse at the time of the Vioxx User Claimant's death, or if under applicable law the surviving spouse is not the first to succeed to the estate, identify the person(s) who are the next to succeed. (Attach additional sheets if necessary):

| Name | First<br>Wendy | MI | Last<br>Patterson |
|---|---|---|---|
| SSN | [redacted] | Date of Birth | 11 / 30 / 1965<br>(month) (day) (year) |
| Relationship to Vioxx User Claimant | ☐ Spouse  ☐ Parent  ☒ Child  ☐ Sibling  ☐ Administrator<br>☐ Executor  ☐ Other _____ (specify) | | |

## D. CERTIFICATION
(All Claimants complete this Section)

☐ I am counsel for the Vioxx User Claimant. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ The Vioxx User Claimant is not represented by counsel. I am authorized to complete this form on behalf of the Vioxx User Claimant and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Signature | [signature] | | Date | 10 / 26 / 08<br>(month) (day) (year) |
|---|---|---|---|---|
| Name | First | MI | Last | |
| Address | Street/P.O. Box | | | |
| | City | | State | Zip |



Apr 11 2008
9:49AM

## ATTACHMENT D TO ENROLLMENT FORM

AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Patient Name: **Gloria Penta**

Date of Birth: **6-13-1941**

Social Security Number: ███████

Litigation Case No. **MDL - 1657**

I hereby authorize

**Rite Aid**
**P.O. Box 3165**
**Harrisburg, PA 17105**
**5/1/1999 to 9/30/2004**

to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the to **Beasley - Allen** [Merck & Co., Inc., the Claims Administrator, the Special Master (and any Deputy Special Master) for the Program, the Chief Administrator for the Program, members of the Gate Committee for the Program, all other persons provided for under the terms of the Agreement to consider claims], and their respective attorneys, agents, servants, employees and independent auditors, the medical or other documentation required for approval of an award under the Program. These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or claims Resolution Program under the Settlement Agreement dated November ___, 2007, involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or

analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient to its clients, agents, employees, consultants, experts, the court, Special Masters and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of [Claims Administrator] or Merck & Co., Inc..

Dated this 29th day of September, 2008

Signature: Wendy Patterson
[PATIENT OR REPRESENTATIVE]

Print Name: Wendy Patterson

If you are signing this authorization as a representative on behalf of the patient identified at the top of this form, please describe your relationship to the patient and your authority to act on his/her behalf:

> You must attach proper documentation (e.g., power of attorney, letters of administration) authorizing you to act in this representative capacity.

8

STATE OF CALIFORNIA              )
                                 :
COUNTY OF LOS ANGELES            )

## AFFIDAVIT OF RELATIONSHIP

BEFORE ME, the undersigned authority, a notary public in and for said state and county, personally appeared the undersigned Affiant who is known to me, and who, being by me first duly sworn according to law, upon oath deposes and says as follows:

1. My name is WENDY PATTERSON. I currently reside at 3014 East Second Street, Long Beach, California 90803.

2. I am the daughter and next of kin of GLORIA PENTA.

3. GLORIA PENTA died on August 22, 2006 in Palmdale, California.

4. I stand next in line of intestate succession for GLORIA PENTA and I am responsible for all legal affairs of GLORIA PENTA.

Further Affiant Sayeth Naught.

Dated this 26 day of September, 2008.

_____
WENDY PATTERSON

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I, _____, a Notary Public in and for said County and State, hereby certify that WENDY PATTERSON, whose name is signed to the foregoing Affidavit and who is known to me, acknowledges before me on this date, that the foregoing is true and correct and that she executed the same voluntarily on the date the same bears date.

Give under my hand and official seal this ____ day of _____, 2008.

_____
Notary Public
My Commission Expires:_____

Acknowledgment
Attached to 1 page(s)
Date 9-26-08

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of September, 2008, by

(1) Wendy Patterson,
       Name of Signer

proved to me on the basis of satisfactory evidence be the person who appeared before me (.) (,)

(and

(2) _____,
       Name of Signer

proved to me on the basis of satisfactory evidence be the person who appeared before me.)

Signature _Sharon Butler_
              Signature of Notary Public

[Notary Seal: SHARON BUTLER, Commission # 1796641, Notary Public - California, Los Angeles County, My Comm. Expires Apr 24, 2012]

Place Notary Seal Above

──────── OPTIONAL ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Relationship

Document Date: 26th Sept 2008    Number of Pages: 1

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT "B-28"

**EXHIBIT "B-29"**

# Beasley Allen

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
———————————— Attorneys at law ————————————

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | 218 COMMERCE STREET | FRANK WOODSON | RUSSELL T. ABNEY * |
| J. GREG ALLEN | C. GIBSON VANCE | POST OFFICE BOX 4160 | KENDALL C. DUNSON | NAVAN WARD, JR. |
| MICHAEL J. CROW | J. P. SAWYER | MONTGOMERY, ALABAMA | SCARLETTE M. TULEY | WESLEY CHADWICK COOK |
| THOMAS J. METHVIN | C. LANCE GOULD | 36103-4160 | ROMAN ASHLEY SHAUL | CHRISTOPHER D. GLOVER |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | (334) 269-2343 | W. ROGER SMITH, III | JOHN E. TOMLINSON |
| W. DANIEL MILES, III | DANA G. TAUNTON | (800) 898-2034 | P. LEIGH O'DELL | WILLIAM H. ROBERTSON, V |
| R. GRAHAM ESDALE, JR. | J. MARK ENGLEHART | FAX: (334) 954-7555 | D. MICHAEL ANDREWS | H. CLAY BARNETT, III |
| JULIA ANNE BEASLEY | CLINTON C. CARTER | BeasleyAllen.com | BENJAMIN L. LOCKLAR | MARY PAT CROOK |
| RHON E. JONES | BENJAMIN E. BAKER, JR. | | LARRY A. GOLSTON, JR. | CHRISTOPHER D. BOUTWELL |
| LABARRON N. BOONE | DAVID B. BYRNE, III | | MELISSA A. PRICKETT | J. PARKER MILLER |
| ANDY D. BIRCHFIELD, JR. | TED G. MEADOWS | | ALYCE S. ROBERTSON | SOME ATTORNEYS ADMITTED IN: AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY, OH, OK, PA, SC, TN, TX, WV  * NOT ADMITTED IN ALABAMA |

October 27, 2008

Rite Aid
Post Office Box 3165
Harrisburg, Pennsylvania 17105

      Re:   **Terry Wilder**
              **Reference No. 200400259637**

Dear Sir or Madam:

     We have previously requested that you provide medical records or information related to Terry Wilder (DOB: 8/9/1950; ███████████) for the time period of 5/1/1999 through 9/30/2004. To date, you have refused to provide the information as requested and/or not responded to our request.

     Please find enclosed Pre-Trial Order 35A, a Form V2031, and an executed medical authorization release form. In pertinent part, the enclosed Order states:

"IT IS FURTHER ORDERED, consistent with Pre-Trial Order No. 35 [which was previously sent to you], that any entity (including but not limited to physicians, healthcare providers, pharmacies, Prescription Benefit Managers ..., education facilities, former and present employers, insurance providers, all branches of the military and/or any other federal, state and/or local government agencies) that are provided with *Form V2031* and an Authorization as part of the Vioxx Resolution Program, can rely upon the CAP 2008-1 procedure and shall, **within 7 days after receiving a *Form V2031* and an Authorization**, produce and forward any and all requested records or data directly to the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130. The production shall be labeled with the name of the individual whose records are being produced and a reference that the production is made pursuant to PTO35(A), *In re: Vioxx Products Liability Litigation*, MDL 1657."

     When you send the records to Judge Fallon, please send us written notice that you have complied with this request for the above-referenced patient. In order to allow you ample time, we will wait ten (10) days before notifying the Court of your compliance or non-compliance. If you fail to comply with this request, we will have no choice but to

seek sanctions against you. Your failure to produce the records in a timely fashion could result in our client's Vioxx claim being compromised under the Vioxx® Resolution Program.

      Feel free to call me or my assistant, Angie Faust, if you wish to discuss this further.

With kindest regards,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

*[signature]*

BENJAMIN L. LOCKLAR

BLL/amf

Enclosures

| V2031 | REPRESENTATIVE CLAIMANT OF VIOXX USER |
|---|---|

### A. VIOXX USER CLAIMANT
(All Claimants complete this Section)

| Name | First: Ruby | MI: B. | Last: Raikes |
|---|---|---|---|
| SSN | ▓▓▓▓▓▓ | VCN | 1000673 |
| Date of Birth | 01 / 31 / 1932 (month) (day) (year) | Date of Death: 12 / 31 / 2007 (month) (day) (year) | Was death caused by Vioxx use? ☐ Yes ☒ No |

| State/Territory/Country of Domicile of Vioxx User Claimant at Time of Death | North Carolina |
|---|---|

| Spouse of the Vioxx User Claimant | Was the Vioxx User Claimant survived by a spouse at the time of death? ☐ Yes ☒ No  If Yes, provide the following information on the surviving spouse: |
|---|---|

| | Name | First | MI | Last |
|---|---|---|---|---|
| | SSN | | Is the Spouse now deceased? ☐ Yes ☐ No | |

### B. TESTATE VIOXX USER CLAIMANT
(Testate Claimants complete this Section)

☒ The Vioxx User Claimant had a valid Will at the time of death. **NOTE:** If the Claimant had no valid Will, complete Section C of this Form.

☒ A copy of the Will is submitted with this Form. **NOTE:** Fill out the remainder of Section B of this Form. If the person named in the Will as the Personal Representative, Administrator, or Executor is not serving, then provide this information on the person serving.

| Name of Personal Representative, Administrator, or Executor | First Name: Joe | MI: P. | Last Name: Moody |
|---|---|---|---|
| Address | Street/P.O. Box: 1915 Thelma Road | | |
| | City: Roanoke Rapids | State: NC | Zip: 27870 |
| Relationship to Vioxx User Claimant | ☐ Spouse  ☐ Parent  ☐ Child  ☐ Sibling  ☐ Administrator  ☒ Executor  ☐ Other ____ (specify) | | |
| Status of the Will | ☐ This Will was submitted for probate proceedings. **NOTE:** If a Personal Representative, Administrator, or Executor has been appointed, submit a copy of such appointment document along with this Form. | | |
| | ☒ This Will has not been submitted for probate proceedings. | | |

## C. INTESTATE VIOXX USER CLAIMANT
(Intestate Claimants complete this Section)

| | |
|---|---|
| | ☐ The Vioxx User Claimant had no valid Will at the time of death. |
| **Personal Representative** | ☐ A Personal Representative has been appointed for the estate of the Vioxx User Claimant. **NOTE:** If a Personal Representative has been appointed, submit a copy of such appointment document along with this Form.<br>☐ Estate proceedings have been filed but no Personal Representative has been appointed for the estate of the Vioxx User Claimant.<br>☐ No Personal Representative has been appointed for the estate of the Vioxx User Claimant and no estate proceedings have been filed. |
| **Intestate Succession** | Identify the state, territory or country whose laws of Intestate Succession apply to the Estate of the Vioxx User Claimant: |

If there was no surviving spouse at the time of the Vioxx User Claimant's death, or if under applicable law the surviving spouse is not the first to succeed to the estate, identify the person(s) who are the next to succeed. (Attach additional sheets if necessary):

| **Name** | First | | MI | Last | |
|---|---|---|---|---|---|
| **SSN** | | | **Date of Birth** | __ / __ / ____ (month) (day) (year) | |
| **Relationship to Vioxx User Claimant** | ☐ Spouse  ☐ Parent  ☐ Child  ☐ Sibling  ☐ Administrator<br>☐ Executor  ☐ Other _____ (specify) | | | | |

## D. CERTIFICATION
(All Claimants complete this Section)

☒ I am counsel for the Vioxx User Claimant. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ The Vioxx User Claimant is not represented by counsel. I am authorized to complete this form on behalf of the Vioxx User Claimant and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **Signature** | [signature] | | **Date** | 10 / 26 / 08<br>(month) (day) (year) | |
|---|---|---|---|---|---|
| **Name** | First<br>William | | MI<br>Roger | Last<br>Smith, III | |
| **Address** | Street/P.O. Box<br>P.O. Box 4160 | | | | |
| | City<br>Montgomery | | | State<br>AL | Zip<br>36103 |

V2031v2
#343140v2
6/4/08

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| *This document relates to ALL CASES* : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

PRE-TRIAL ORDER 35(A)
(Production of Records in the Vioxx Resolution Program
Pursuant to CAP 2008-1, "Required Representative Capacity
Documentation: Vioxx User Claimant")

Pursuant to the terms of the Master Settlement Agreement ("MSA") executed on November 9, 2007, this Court presides over the Vioxx Settlement Program. To carry out its duty, the Court issues this Order supplementing Pre-Trial Order No. 35 entered on April 10, 2008, which is fully incorporated herein. Accordingly, this Order is issued pursuant to the Court's express authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. § 1407, Fed.R.Civ.P. 16, and Fed.R.Civ.P. 26(b), the Court's express authority as set forth in the terms of the MSA, and the Court's inherent authority regarding case-specific discovery in this MDL.

The Parties to the MSA and the Claims Administrator have developed a procedure, known as CAP 2008-1, to allow claims submitted to the Vioxx Resolution Program on behalf of Deceased Claimants to move forward in the settlement process without delay. The CAP 2008-1 procedure allows a Claimant or their counsel to complete a *Form V2031* to provide information on Surviving Spouse or the Designated Representative of a Deceased Claimant. The Surviving Spouse or

Page -1-

Designated Representative named in *Form V2031* is authorized to sign a Release or the Medical Authorization Form, allowing the Claim to be evaluated in the claims process. Copies of the various forms can be obtained at the BrownGreer website located at www.browngreer.com.

The PSC issued a *Subpoena* for prescription data including for certain Deceased Claimants, service of which was accepted by counsel for Express Scripts Inc. (ESI) on June 30, 2008. ESI has been provided a *Form V2031* and signed Medical Authorizations for certain Deceased Claimants. ESI has delayed production of the requested prescription data for Deceased Claimants because of concern as to the bona fides of the requesting party. Accordingly,

**IT IS HEREBY ORDERED** that ESI can rely upon the CAP 2008-1 procedure and shall, within 7 days of the entry of this Order, produce and forward any and all prescription data in its possession, custody or control for those Deceased Claimants it has received a *Form V2031* and a Medical Authorization directly to the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130. The production shall be labeled with the name of the individual whose records are being produced and a reference that the production is made pursuant to PTO 35(A), *In re: Vioxx Products Liability Litigation,* MDL 1657; and,

**IT IS FURTHER ORDERED**, consistent with Pre-Trial Order No. 35, that any entity (including but not limited to physicians, healthcare providers, pharmacies, Prescription Benefit Managers [including ESI], educational facilities, former and present employers, insurance providers, all branches of the military and or any other federal, state and/or local government agencies) that are provided with *Form V2031* and an Authorization as part of the Vioxx Resolution Program, can rely upon the CAP 2008-1 procedure and shall, within 7 days after receiving a *Form V2031* and an

Authorization, produce and forward any and all requested records or data directly to the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130. The production shall be labeled with the name of the individual whose records are being produced and a reference that the production is made pursuant to PTO 35(A), *In re: Vioxx Products Liability Litigation,* MDL 1657.

New Orleans, Louisiana, this 29th day of September, 2008

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

STATE OF INDIANA )
COUNTY OF ~~Clark~~ )

## AFFIDAVIT OF RELATIONSHIP

BEFORE ME, the undersigned authority, a notary public in and for said state and county, personally appeared the undersigned Affiant who is known to me, and who, being by me first duly sworn according to law, upon oath deposes and says as follows:

1. My name is SHERRY WILDER. I currently reside at 827 Springdale Drive, Jeffersonville, Indiana 47130.

2. I am the ~~son~~ wife and next of kin of TERRY WILDER.

3. TERRY WILDER died on August 11, 2005 in Jeffersonville, Indiana.

4. I stand next in line of intestate succession for TERRY WILDER and I am responsible for all legal affairs of TERRY WILDER.

Further Affiant Sayeth Naught.

Dated this 13 day of October, 2008.

_____
SHERRY WILDER

STATE OF INDIANA
COUNTY OF _____

I, Angie Faust, a Notary Public in and for said County and State, hereby certify that SHERRY WILDER, whose name is signed to the foregoing Affidavit and who is known to me, acknowledges before me on this date, that the foregoing is true and correct and that she executed the same voluntarily on the date the same bears date.

Give under my hand and official seal this 13th day of October, 2008.

_____
Notary Public
My Commission Expires: 2010/July