UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **This Document Relates to all cases Listed on Exhibit "A"** | **SECTION: L**<br><br>**Judge Fallon**<br><br>**Magistrate Judge Knowles** |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16854**

    **DESCRIPTION:** Memorandum in Support

    **FILED BY:** Plaintiff

    **FILE DATE:** 11/7/2008