UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Barbara Heet, et al.*  v.  *Merck & Co., Inc., et al.*  **Only with regard to Damian Havens for the Estate of Shirley Havens** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:06-cv-11440  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Damian Havens for the Estate of Shirley Havens in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1