UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL | * | MDL Docket No. 1657 |
| Plaintiffs | * | |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC. | * | |
| Defendants | * | |
| | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

ORDER GRANTING MOTION TO WITHDRAW ORIGINAL MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, JESSIE DOOLAN, RESPONDED TO COMMUNICATIONS FROM COUNSEL PRIOR TO DEADLINE OF OCTOBER 30, 2008

Before this Court is Counsel's Motion to Withdraw original Motion to Withdraw as counsel for Jessie Doolan. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., will remain as the attorney for the Plaintiff, Jessie Doolan.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date: November 7th 2008