UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Valerie Rockingham, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to Peggy Stone, Individually and as representative of the Estate of James Stone** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:07-cv-07115<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

   Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Peggy Stone, Individually and as Representative of the Estate of James Stone, against defendant Merck & Co., Inc. and all other defendants be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| /s/ David P. Matthews<br>David P. Matthews<br>Matthews & Associates<br>2905 Sackett<br>Houston, Texas  77098<br>(713) 222-8080<br><br>*Counsel for Plaintiff* | /s/ Dorothy H. Wimberly<br>Phillip A. Wittmann<br>Dorothy H. Wimberly<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>(504) 581-3200<br><br>*Counsel for Defendant Merck & Co., Inc* |

951602v.1

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of November, 2008.

       */s/ Dorothy H. Wimberly*
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER
       WITTMANN L.L.C.
       546 Carondelet Street
       New Orleans, Louisiana  70130
       Phone:  504-581-3200
       Fax:     504-581-3361
       dwimberly@stonepigman.com

       Defendants' Liaison Counsel