UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Valerie Rockingham, et al.* <br><br>*v.* <br><br>*Merck & Co., Inc.* <br><br>**Only with regard to Peggy Stone, Individually and as representative of the Estate of James Stone** | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:06-cv-07115 <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Peggy Stone, Individually and as Representative of the Estate of James Stone in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

951604v.1