UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  **PRODUCTS LIABILITY LITIGATION**  This document relates to:  *Marie Nobles, et al.*  v.  *Merck & Co., Inc., et al.*  **Only with regard to Marie Vance** | MDL Docket No. 1657  SECTION L  CIVIL ACTION NO. 2:06-cv-02102  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Marie Vance in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1