UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

## CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL PROVIDERS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35

NOW COMES Plaintiffs, listed in Exhibit "A", by and through their attorneys, THE LAW GROUP, LTD., file this Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35. In support thereof show as follows:

1. In accordance with Pretrial Order No. 35, which addresses the refusal of healthcare providers, pharmacies, and other entities to provide certain medical records required to be submitted under the Vioxx Settlement Agreement, Plaintiffs, identified in Exhibit "A," have attempted to obtain medical records from their respective healthcare providers, also identified in Exhibit "A," but all attempts have been since ignored.

2. Plaintiffs, through their counsel, have provided the following healthcare providers, identified in Exhibit "A" with Pretrial Order No. 35, which applies to all claims submitted to the Vioxx Resolution Program. The

respective healthcare providers, identified in Exhibit "A" have either ignored and/or refused to comply with your Honor's Pretrial Order No. 35.

3. In addition, Plaintiffs, through their counsel, have also diligently taken other actions, as detailed more thoroughly in the attached Plaintiff's Memorandum in Support, such as submitting numerous medical record requests via mail and facsimile as well as placing numerous phone calls to the respective healthcare providers which have also been ignored.

4. As a result, Plaintiffs respectfully ask this Court that each provider and/or representative from each of the healthcare providers identified in Exhibit "A" appear before this Court to show cause why:

   a. They should not be held in contempt of Court for failing to comply with Pretrial Order No. 35; and

   b. They should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

5. Plaintiffs respectfully requests an Order on this motion as soon as the Court allows, due to the fact that Plaintiffs must submit these medical records corresponding to the identified healthcare providers identified in Exhibit "A" by no later than December 1, 2008 in order to comply with the Vioxx Resolution Program deadlines.

## CONCLUSION

WHEREFORE, the Plaintiffs identified in Exhibit "A" respectfully requests that Plaintiffs Motion to Show Cause be granted and that the Court order the healthcare providers or an appropriate representative to appear before the Court to explain why they should not be held in contempt for failing to comply with PTO 35 and for such relief to which they may be entitled.

Submitted this 10th day of November, 2008.

Respectfully Submitted,

By: /s/ Kurt D. Hyzy
Kurt D. Hyzy, #6196871
Pamela G. Sotoodeh, #6284622
Lynn M. Herbstman, #6286390
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of November, 2008, a true and correct copy of Plaintiffs Motion to Show Cause has been served on Liaison Counsel, Phillip Wittman and Russ Herman, and upon all parties by electronically uploading to LexisNexus File & Serve Advanced in accordance with Pretrial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

Respectfully Submitted,

By: /s/ Kurt D. Hyzy
Kurt D. Hyzy, #6196871
Pamela G. Sotoodeh, #6284622
Lynn M. Herbstman, #6286390
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

## EXHIBIT A

| CLAIMANT | PROVIDER | STATUS |
|---|---|---|
| Marie Look | Dr. Semyon Maslovsky | Not Responded |
| Charles H. Hupp | Dr. Lee Lindquist | Not Responded |

1