UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

ORDER TO SHOW CAUSE

The Court has considered Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35 for those plaintiffs and healthcare providers identified in Exhibit "A" hereto.  Accordingly, **IT IS ORDERED** that the motion is **GRANTED**.

Plaintiffs have alerted this Court that certain medical providers have refused to produce medical records in compliance with the Court's Pretrial Order No. 35 which addresses the refusal of healthcare providers, pharmacies, and other entities to provide certain medical records required to be submitted under the Vioxx Settlement Agreement.  Plaintiffs report that several attempts have been made to obtain medical records from the following medical providers, identified in Exhibit "A" and also listed below, but that the medical providers at issue have refused to comply fully with the requests for records: (1) Dr. Semyon Maslovsky, 50 S. Milwaukee Ave., Family Care of Lake County, Suite 102, Lake Villa, IL 60046; (2) Dr. Lee Lindquist, 700 W. Ironwood Dr., Suite 301, Coeur D Alene, ID 83814.

Accordingly, **IT IS ORDERED** that the healthcare providers or appropriate representatives from each of the above-named entities appear in this Court at _____ on the _____day of _____, 2008, to show cause why:

1. they should not be held in contempt of Court for failing to comply with Pre-trial Order No. 35 and
2. they should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Production of the medical records at issue prior to _____day of _____,2008, will be sufficient to satisfy the requirements of this Order and will relieve the above-named entities of the obligation to appear before this Court to show cause:

New Orleans, Louisiana, this 11th day of November, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

CC:  Dr. Semyon Maslovsky
     Family Care of Lake County
     Suite 102
     Lake Villa, IL 60046

     Dr. Lee Lindquist
     700 W. Ironwood Dr.
     Suite 301
     Coeur D Alene, Idaho 83814