**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**............................................................................**

THIS DOCUMENT RELATES TO:
Civil Action No: 07-2140                        Plaintiff: <u>Juanita T. Garrette,</u>
                                                                   <u>deceased</u>

**............................................................................**


<u>**ORDER ON MOTION TO VACATE**</u>

After considering Plaintiffs' Motion to Vacate, the Court finds good cause to vacate its'

Order of October 16, 2008, with regard only to the dismissal of the case at hand (filed by survivors

of Juanita T. Garrette, deceased), and the Court hereby GRANTS their Motion to Vacate.  IT IS

ORDERED that this case only is hereby reinstated.

SIGNED on _____, 2008.


_____
PRESIDING JUDGE


APPROVED & ENTRY REQUESTED:



/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449

FAX: (361) 885-7983


 /s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

ATTORNEYS FOR PLAINTIFFS