## Renee Scott

**From:** Wimberly, Dorothy H. [DWimberly@stonepigman.com]
**Sent:** Friday, November 07, 2008 2:14 PM
**To:** Renee Scott
**Cc:** Jack Modesett; doug; Tamra Blankenship
**Subject:** RE: Charles Garrett v. Merck

As I indicated previously, this case is one of several in the same position -- timely enrolled but dismissed on the Lone Pine or other orders following the October 10 hearing. It was dismissed with prejudice, as were others, because you did not oppose the motion. Had you filed a response, indicating that you intended to enroll before the deadline, we would have deferred the motion as to Garrett. Notwithstanding this fact, as we have already told you, we are working through claimants with similar issues, we are considering your claim to be eligible with respect to filing status, and that we expect the paperwork to be completed on or before November 21st. Ultimately, the status on the portal will be changed to reflect this. This is all I can provide at this time. If you feel the need to move to vacate, please do. The court will deal with any pending motions to vacate following the status conference on November 21.

The email from Brown Greer indicates timely receipt. You should continue to complete any outstanding claims package documents.

---

**From:** Renee Scott [mailto:rscott@jmodesettlaw.com]
**Sent:** Wednesday, November 05, 2008 1:53 PM
**To:** Wimberly, Dorothy H.
**Cc:** 'Jack Modesett'; 'doug'; 'Tamra Blankenship'
**Subject:** FW: Charles Garrett v. Merck

Please see the response I continue to receive from Brown Greer which indicates that this case is ineligible. Because a lawsuit was pending, I interpret this to mean that our case is now ineligible due to same being dismissed by the Court. In your previous email, you stated to me "I have confirmed with Brown Greer that the Garrett claim was timely enrolled in the settlement."
However, I have received nothing to assure our office that while you did not think it prudent to vacate the court's order, you have agreed to provide us confirmation that you will verify with Brown Greer that our case is NOT ineligible for the settlement due to the dismissal which was done in error.

I am copying my attorneys, as well as Brown Greer, on this matter in hopes that we can quickly resolve this matter.

Renee Scott
Legal Assistant to Jack Modesett, III
500 N. Water Street, Ste. 1200
Corpus Christi, Texas 78471
(361) 887-6449 Telephone
(361) 885-7983 Telefax

---

**From:** Tamra Blankenship [mailto:tblankenship@browngreer.com]
**Sent:** Wednesday, November 05, 2008 12:05 PM
**To:** Renee Scott
**Subject:** RE: Charles Garrett v. Merck

We received the following documents for VCN 1081640:

Release
Stipulation of Dismissal

11/7/2008

Medical Authorization
Employment Authorization
Certification of Final Enrollment

All of the materials listed above were postmarked 10/22/08, before the 10/31/08 final Enrollment deadline.

The Ineligibility is based on the information below:

According to information given to us by Merck, this Claimant is not Eligible to participate in the Settlement Program because the Claimant had no pending lawsuit on file and was not a party to a Tolling Agreement by 11/9/07, or had a lawsuit pending at one time but such suit has been dismissed for other than administrative reasons. If this information is in error, send us a copy of the complaint or other document showing the filing status.

If you think this information is incorrect, send me the supporting documents (Complaint, etc.).

Let me know if you have any questions.

Tamra

---

**From:** Renee Scott [mailto:rscott@jmodesettlaw.com]
**Sent:** Wednesday, November 05, 2008 12:25 PM
**To:** Tamra Blankenship
**Subject:** FW: Charles Garrett v. Merck

Can you confirm this information for me? Will Garrett now be listed as eligible on the portal?

Renee Scott
Legal Assistant to Jack Modesett, III
500 N. Water Street, Ste. 1200
Corpus Christi, Texas 78471
(361) 887-6449 Telephone
(361) 885-7983 Telefax

---

**From:** Wimberly, Dorothy H. [mailto:DWimberly@stonepigman.com]
**Sent:** Wednesday, November 05, 2008 11:02 AM
**To:** Renee Scott
**Subject:** RE: Charles Garrett v. Merck

I have confirmed with Brown Greer that the Garrett claim was timely enrolled in the settlement.

---

**From:** Renee Scott [mailto:rscott@jmodesettlaw.com]
**Sent:** Tuesday, November 04, 2008 9:21 AM
**To:** Wimberly, Dorothy H.
**Subject:** Charles Garrett v. Merck

What is the status of your written confirmation that this case was timely enrolled in the settlement, despite it showing as "ineligible" on the Vioxx portal?

Renee Scott
Legal Assistant to Jack Modesett, III
500 N. Water Street, Ste. 1200

11/7/2008

Corpus Christi, Texas 78471
(361) 887-6449 Telephone
(361) 885-7983 Telefax

11/7/2008