## VERIFICATION

STATE OF TEXAS            §

NUECES COUNTY          §

On this day, Jack Modesett, III, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said he read Plaintiffs' Motion to Vacate and that the facts stated in it are within his personal knowledge and are true and correct.

Jack Modesett, III

SWORN TO and SUBSCRIBED before me by Jack Modesett, III, on this 11th day of November, 2008.



RENEE SCOTT
Notary Public, State of Texas
My Commission Expires
April 12, 2010

Renee Scott
Notary Public in and for the State of Texas