IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319-EEF-DEK

### MOTION TO WITHDRAW AS ATTORNEY

David W. Krivit, one of the attorneys for Plaintiff Donald Patterson, hereby files this Motion to Withdraw as Attorney and states as follows:

1. Mr. Krivit is no longer working for the firm of Moriarty Leyendecker Erben PC as of October 30, 2008.

2. Mr. Krivit is seeking to withdraw as counsel of record herein.

3. No party hereto will be prejudiced by the relief requested herein, as Robert D. Erben of Moriarty Leyendecker Erben PC will remain counsel of record for Plaintiff.

WHEREFORE, David W. Krivit, as one of the attorneys of record for Plaintiff Donald Patterson, respectfully requests that the court enter an order withdrawing him as counsel of record herein. A proposed order granting this relief is provided herewith.

Respectfully submitted this 11th day of November 2008.

s/ David W. Krivit
David W. Krivit
MORIARTY LEYENDECKER ERBEN PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel
(713) 528-1390 Fax
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on November 11, 2008 that a true and correct copy of the above and foregoing MOTION TO WITHDRAW AS ATTORNEY was filed electronically with the Court via CM/ECF PACER and served via LexisNexis to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

/s/ Christina J. Kim
Christina J. Kim, Paralegal
MORIARTY LEYENDECKER ERBEN PC
