IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
|  | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
|  | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319-EEF-DEK

**[PROPOSED] ORDER RE: MOTION TO WITHDRAW AS ATTORNEY**

This Court, having considered the Motion to Withdraw as Attorney, hereby ORDERS that:

The Motion to Withdraw as Attorney filed by David W. Krivit, one of the attorneys for Plaintiff Donald Patterson, is GRANTED.

IT IS SO ORDERED.


DATED this _____ day of _____, 2007.


_____
United States District Judge