FILED
~~RECEIVED~~

OCT 30 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

05-MD-1657 L(3)

DANNY LOUIS BELL

Plaintiff(s),

v.

MERCK & CO., INC.,

Defendant(s).

U.S. EASTERN DISTRICT COURT
OF LOUISIANA MDL 1657

DOCKET NO. 1243

COPY

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to the Rule applicable in this jurisdiction to the voluntary dismissal of actions, the undersigned Plaintiff hereby stipulates that all claims of Plaintiff of any kind against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
[Plaintiff]
DANNY LOUIS BELL #K-68611,
F.S.P. P.O. Box 950, Folsom, CA 95763

Dated: October 22, 2008

_____
Attorney for Merck & Co., Inc

Dated: _____

V2017v1
#337095

## PROOF OF SERVICE BY MAIL

I **Danny Bell**, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: **K-68611**

MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, Ca. 95763

ON **October 22**, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

**STIPULATION OF DISMISSAL**

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras St. Rm. C-151
New Orleans, LA 70113

VIOXX CLAIMS ADMINISTRATOR
P.O. Box 85031
Richmond, Virginia 23285-5031

ROBERT M. JOHNSTON
JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE
601 POYDRAS St. Ste 2490
New Orleans, LA 70130

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED **October 22**, 2008, AT FOLSOM, CALIFORNIA..

_Danny Bell_

