

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

May 12, 2008

**VIA ELECTRONIC MAIL (andrewslawgroup@ix.netcom.com)**

J. Troy Andrews, Esq.
Andrews Law Group
3220 Henderson Blvd.
Tampa, FL 33609

      Re:    <u>In re Vioxx® Litigation</u>

Dear Counsel:

      The plaintiff listed in the enclosed report has not been registered with the Vioxx Claims Administrator BrownGreer as required by the Court's November 9, 2007 Order. Please be advised that Merck will move to dismiss this plaintiff's claims for failure to comply with the Order, unless this plaintiff is registered no later than Tuesday, May 20, 2008.

      Information about registration is available at the BrownGreer website (www.browngreer.com).

      Thank you for your anticipated cooperation.

      Very truly yours,

      Charles W. Cohen

Enclosure

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

60280911_1.DOC