UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| THIS DOCUMENT RELATES TO : | : | JUDGE FALLON |
| Basham, Norman R. v. Merck & Co. Inc., 2:07-cv-09545-EEF-DEK | : | MAG. JUDGE KNOWLES |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT/ORDER

This Court having considered Plaintiff's Motion for Relief from Judgment/Order, dated October 29, 2008, IT IS ORDERED the case of Basham, Norman R. v. Merck & Co. Inc., 2:07-cv-09545-EEF-DEK, is reinstated under its original action and case heading.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 200___.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____