RECEIVED
NOV 3 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 10 2008
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA
NEW ORLEANS LOUISANA

JAMAL ALI BILAL,
    Plaintiff,

MDL No. 1657
Docket No. 2:06-cv-02364-EEF-DEK

v.

MERCK & Co., Inc.,
    Defendants.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Rule applicable in this jurisdiction to the voluntary dismissal of actions, the undersigned Plaintiff hereby stipulates that all claims of Plaintiff of any kind against defendant Merck & Co., Inc. and all other named defendants to be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted,

*Jamaal Ali Bilal*
Jamaal Ali Bilal 990124
FCCC, 13613 S.E. Hwy 70
Arcadia, Florida 34266

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to Attorneys for Merck & Co., Inc., this 26th day of October 2008.

*Jamaal Ali Bilal*
Jamaal Ali Bilal



Jamaal Ali Bilal 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, FL 34266

MANASOTA FL 340
27 OCT 2008 PM 3 L

Hon. Eldon E. Fallon
U.S. District Court Judge
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana

70100/9595

Legal Mail