UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:06-cv-11444 |
| *Minnie Smith, et al.* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc., et al.* | |
| **Only with regard to Minnie Smith, Maurice Locke, and Bruce Hartline** | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Minnie Smith, Maurice Locke, and Bruce Hartline in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1