UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Vivian Copher, et al.*<br><br>v.<br><br>*Merck & Co., Inc., et al.*<br><br>**Only with regard to Bryan Burton, Yvette Evans, Jacinta Jones, William Thrasher, and Betty Sweezea** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02104<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Bryan Burton, Yvette Evans, Jacinta Jones, William Thrasher, and Betty Sweeza in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1