UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> *Sineria Jones, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc., et al.* <br><br> **Only with regard to Theresa Maddox and Sineria Jones** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-02581 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Theresa Maddox and Sineria Jones in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1