UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> *Michael Elder, et al.* <br><br> v. <br><br> *Merck & Co., Inc., et al.* <br><br> **Only with regard to Paul Jackson** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-00785 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Paul Jackson in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of ____November____, 2008.

_____
DISTRICT JUDGE

950103v.1