UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Earline McBride, et al.*

*v.*

*Merck & Co., Inc., et al.*

**Only with regard to Opal Scherer**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-03420

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Opal Scherer in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of ___November___, 2008.

_____
DISTRICT JUDGE

950103v.1