UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees 330 West 42nd Street - 31st Floor New York, NY 10036 | * * * * | CASE NO: 08-3627 RELATED CASE: 2:05-MD-1657 |
| and | * * | VIOXX MDL LITIGATION |
| THE NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, by its Trustees, 151 Northern Concourse Syracuse, NY 08648 on behalf of themselves and all others similarly situated, | * * * * * * * * | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, v. | * * * | |
| BROWNGREER, PLC; BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.; BLIZZARD, McCARTHY & NABERS, LLP; GIRARDI AND KEESE; HERMAN, HERMAN, KATZ & COTLAR, LLP; LEVIN, FISHBEIN, SEDRAN & BERMAN; JOHN DOE LAW FIRMS 1-100, etc.; and JANE DOE VIOXX CLAIMANTS 1-1000, etc., Defendants. | * * * * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BROWNGREER'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

BrownGreer submits this reply memorandum in response to Plaintiffs' Opposition to the Defendants' Motion to Dismiss. BrownGreer adopts and incorporates by reference herein the arguments set forth in the NPC's Reply memorandum, and in addition, asserts the following:

1)      Plaintiffs have still failed to establish subject matter jurisdiction.  Plaintiffs have failed to connect the dots between their specific plans, a specific plan member who has received funds and a specific member of the NPC.  Simply because interim payments have begun does not change these facts, nor their burden to shore up these facts;

2)      BrownGreer is not a proper defendant.  Certainly, if members of the NPC are not proper defendants, which they are not, BrownGreer can not be as well.  BrownGreer's role in this litigation is that of claims administrator, it does not represent the interest of any individual claimant.  ERISA does not bestow any duty upon BrownGreer, contractual or otherwise, to plaintiffs.  Any duty owed to Plaintiffs regarding their reimbursement rights arises from the Plaintiffs' own members, not from third-parties, such as BrownGreer; and

3)      This Court has determined that suits by multiple plaintiffs, such as this, must be severed.  Thus, based on this fact alone, this case must be dismissed.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s *Monique M. Garsaud*
JAMES B. IRWIN (Bar No. 7172), T.A.
MONIQUE M. GARSAUD (Bar No. 25393)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101
Email: jirwin@irwinllc.com
          mgarsaud@irwinllc.com

*Attorneys for BROWNGREER, PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Strike Class Allegations in Plaintiffs' Class Action Complaint has been served on Liaison Counsel, Russ Herman and

Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of November, 2008.

*/s Monique M. Garsaud*