UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Shirley Bailey, et al.*  v.  *Merck & Co., Inc., et al.*  **Only with regard to Mary Heagle and Oliver Pearson** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:05-cv-03414  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Mary Heagle and Oliver Pearson in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1