```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA          2008 NOV 14  PM 3: 17

|  |  |  |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
|  | * |  |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * |  |
|  | * |  |
|  | * | JUDGE FALLON |
| This document relates | * |  |
| Listed on Exhibit C-2 | * | MAGISTRATE JUDGE |
|  | * | KNOWLES |

LORETTA G. WHYTE
CLERK

**************************************************************

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the Law Offices of Lawrence P. Biondi, by Richard Mandel, Esq., appears for the following plaintiffs:

1. Alexandros Garidis v. Merck & Co., Inc.
   Docket Number: 2:05-cv-03880-EEF-DEK

2. Panagiotis Kousoulas v. Merck & Co., Inc.
   Docket Number: 2:06-cv-01014-EEF-DEK

3. Karen McCracken v. Merck & Co., Inc.
   Docket Number: 2:06-cv-01013-EEK-DEK

4. Mariya Shpolyanskaya v. Merck & Co., Inc.
   Docket Number: 2:05-cv-04699-EEF-DEK

5. Raisa Yarosh v. Merck & Co., Inc.
   Docket Number: 2:05-cv-03882-EEF-DEK

Respectfully submitted,

BY:   Richard Mandel, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street-Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax:   (914) 946-7372
Rmandel@LPBLawfirm.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____