UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Valerie Rockingham, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to Peggy Stone, Individually and as representative of the Estate of James Stone**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-07115

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Peggy Stone, Individually and as Representative of the Estate of James Stone in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of November, 2008.

_____
DISTRICT JUDGE

951604v.1