UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Marie Nobles, et al.*<br><br>v.<br><br>*Merck & Co., Inc., et al.*<br><br>**Only with regard to Marie Vance** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02102<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Marie Vance in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of November, 2008.

_____
DISTRICT JUDGE

950103v.1