UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Marilyn McCandless, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc., et al.* <br><br> **Only with regard to Mary Henry** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-10746 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Mary Henry in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>13th</u> day of <u>    November    </u>, 2008.

_____
DISTRICT JUDGE