

A CERTIFIED TRUE COPY
ATTEST

By April Layne on Nov 12, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED NOV 1 2 2008
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 24, 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-144)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,739 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 12, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

November 12, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-144)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on October 24, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges & clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _April C. Layne_
April C. Layne
Docket Specialist

Attachments

cc:    Transferee Judge: Judge Eldon E. Fallon

JPML Form 36C

Page 1 of 2

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## SCHEDULE CTO-144 - TAG-ALONG ACTIONS

EDLA
SEC.L/3

**DIST. DIV. C.A. #**          **CASE CAPTION**

FLORIDA MIDDLE
 FLM 2 08-746          Lester John Anderson v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-747          Laura M. Lundberg v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-748          Osvaldo Lopez v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-749          Kurt Jung v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-750          George Audette v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-752          Michael Cohen v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-753          Roland Fick v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-754          Thelma Greaves v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-755          Verne Gavitt v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-756          Charles Johnson v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-757          Dorothy Miller v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-758          Marcia Ross v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-759          Marjorie Sarvis v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-760          Patricia Schweitzer v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-761          Marie Stevens v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 2 08-762          Wendy Walters v. Merck & Co., Inc., et al.  Opposed 11/12/08
 FLM 6 08-1681         Judy Johnson, etc. v. Merck & Co., Inc., et al.                  08-4895

FLORIDA SOUTHERN
 FLS 0 08-61530        Jennifer Ioli v. Merck & Co., Inc.                               08-4896
 FLS 0 08-61541        Merle Myers v. Merck & Co., Inc.                                 08-4897
 FLS 0 08-61543        Bryan King v. Merck & Co., Inc.                                  08-4898
 FLS 0 08-61544        James Smith v. Merck & Co., Inc.                                 08-4899
 FLS 0 08-61545        Freda Joyce Straughn v. Merck & Co., Inc.                        08-4900
 FLS 0 08-61546        Mary Russell v. Merck & Co., Inc.                                08-4901
 FLS 0 08-61547        Gerald Aaron Whittaker v. Merck & Co., Inc.                      08-4902
 FLS 0 08-61552        Lemen McCray v. Merck & Co., Inc.                                08-4903
 FLS 0 08-61553        Clinita Lawrence v. Merck & Co., Inc.                            08-4904
 FLS 0 08-61564        Inez Alsup, etc. v. Merck & Co., Inc.                            08-4905
 FLS 0 08-61567        Alicia Jordan, etc. v. Merck & Co., Inc.                         08-4906
 FLS 0 08-61568        David St. Clair, etc. v. Merck & Co., Inc.                       08-4907
 FLS 0 08-61570        Brenda Gentry, etc. v. Merck & Co., Inc.                         08-4908
 FLS 1 08-22654        Rodolfo J. Bryan v. Merck & Co., Inc.                            08-4909
 FLS 1 08-22677        Mary Vickers v. Merck & Co., Inc.                                08-4910

**MDL No. 1657 - Schedule CTO-144 Tag-Along Actions (Continued)**

EDLA
SEC.L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| FLS 1 08-22687 | Mario Gonzalez v. Merck & Co., Inc. | 08-4911 |
| FLS 1 08-22689 | Fred Podolsky v. Merck & Co., Inc. | 08-4912 |
| FLS 1 08-22690 | Fred Robinson v. Merck & Co., Inc. | 08-4913 |
| FLS 1 08-22691 | Violet Banton v. Merck & Co., Inc. | 08-4914 |
| FLS 1 08-22692 | Amparo Sanchez v. Merck & Co., Inc. | 08-4915 |
| FLS 1 08-22693 | Yvonnie Manning v. Merck & Co., Inc. | 08-4916 |
| FLS 1 08-22694 | Patricia Pruett v. Merck & Co., Inc. | 08-4917 |
| FLS 1 08-22695 | Leroy Gadson v. Merck & Co., Inc. | 08-4918 |
| FLS 1 08-22697 | Pauline Abshire v. Merck & Co., Inc. | 08-4919 |
| FLS 1 08-22698 | Isidro Figueroa v. Merck & Co., Inc. | 08-4920 |
| FLS 1 08-22703 | Dolores Bell v. Merck & Co., Inc. | 08-4921 |
| FLS 1 08-22704 | Maria Rodriguez v. Merck & Co., Inc. | 08-4922 |
| FLS 1 08-22705 | Marie Garcon v. Merck & Co., Inc. | 08-4923 |
| FLS 1 08-22725 | Maxine Williams v. Merck & Co., Inc. | 08-4924 |
| FLS 1 08-22726 | Barbara Lewis v. Merck & Co., Inc. | 08-4925 |
| FLS 1 08-22727 | Maria Santiago-Cordero v. Merck & Co., Inc. | 08-4926 |
| FLS 1 08-22728 | Andre Britton v. Merck & Co., Inc. | 08-4927 |
| FLS 1 08-22729 | Connie Williams, etc. v. Merck & Co., Inc. | 08-4928 |
| FLS 1 08-22734 | Bettie Ferguson, etc. v. Merck & Co., Inc. | 08-4929 |
| FLS 1 08-22735 | Susan Friederberg, etc. v. Merck & Co., Inc. | 08-4930 |
| FLS 1 08-22736 | Edwin Shuman v. Merck & Co., Inc. | 08-4931 |
| FLS 1 08-22737 | Eugene Sorosky v. Merck & Co., Inc. | 08-4932 |
| FLS 9 08-81115 | Erwin Vogel, etc. v. Merck & Co., Inc. | 08-4933 |

MICHIGAN WESTERN
MIW 1 08-918    ~~Michael A. Cox ex rel. The State of Michigan & The Michigan Department of Community Health v. Merck & Co., Inc.~~ **Opposed 11/12/08**

UTAH
UT 2 08-739    Rober K. Ito v. Merck & Co., Inc.    08-4934

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION         MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-144)

Andrew S. Doctoroff
HONIGMAN MILLER SCHWARTZ & COHN
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Robert J. Fenstersheib
LAW OFFICES OF ROBERT J
FENSTERSHEIB & ASSOCIATES
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Barbara B. Litten
SQUIRE SANDERS & DEMPSEY LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Mark Matus
Michigan Department Attorney General
Health Care Fraud Division
P.O. Box 30218
Lansing, MI 48909

William H. Ogle
MAYFIELD & OGLE
444 Seabreeze Blvd.
Suite 750
Daytona Beach, FL 32118

Marcus W. Viles
VILES & BECKHAM LLC
6350 Presidential Court
Suite A
Ft. Myers, FL 33919

Donald J. Winder
WINDER & COUNSEL
175 West 200 South
Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION         MDL No. 1657

## INVOLVED JUDGES LIST (CTO-144)

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. John Antoon, II
U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6650
Orlando, FL 32801

Hon. Dee V. Benson
U.S. District Judge
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

~~Hon. Anne C. Conway~~
~~Chief Judge, U.S. District Court~~
~~1200 United States Courthouse~~
~~401 West Central Boulevard~~
~~Orlando, FL 32801~~

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal
Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. William P. Dimitrouleas
U.S. District Judge
205F U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Alan S. Gold
U.S. District Judge
11-1 Wilkie D. Ferguson, Jr.
  U.S. Courthouse
400 N. Miami Avenue
Miami, FL 33128

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

~~Hon. Robert James Jonker~~
~~U.S. District Judge~~
~~United States District Court~~
~~685 Gerald R. Ford Federal Building~~
~~110 Michigan Street, N.W.~~
~~Grand Rapids, MI 49503~~

Hon. Adalberto Jordan
U.S. District Judge
C. Clyde Atkins U.S. Courthouse
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King
  Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King
  Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Federico A. Moreno
Chief Judge, U.S. District Court
1061 James Lawrence King
  Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

~~Hon. John E. Steele~~
~~U.S. District Judge~~
~~U.S. Courthouse & Federal Building~~
~~Suite 6-109~~
~~2110 First Street~~
~~Ft. Myers, FL 33901~~

Hon. Ursula M. Ungaro
U.S. District Judge
C. Clyde Atkins U.S. Courthouse
11th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. William J. Zloch
U.S. District Judge
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED CLERKS LIST (CTO-144)

~~Sheryl L. Loesch, Clerk~~
~~2-194 U.S. Courthouse & Federal Building~~
~~2110 First Street~~
~~Fort Myers, FL 33901~~

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

~~Ronald C. Weston, Clerk~~
~~452 Federal Building~~
~~110 Michigan Street, N.W.~~
~~Grand Rapids, MI 49503~~

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101