UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates Listed on Exhibit C-2 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## OPPOSITION TO DEFENDANT'S APPLICATION FOR DISMISSAL

**NOW INTO COURT**, plaintiffs in the above pending Vioxx Litigation: RAISA YAROSH and MARIA SHPOLYANSKAYA, through its undersigned counsel, submitts this opposition in connection with defendant MERCK & Co., INC.'s application for dismissal, without prejudice, for failure to enroll.

In these two (2) matters, plaintiffs have already enrolled and documents have ALREADY been forwarded to Brown Greer; the claims administrator.

In light of the foregoing, dismissal without prejudice must be denied as to these plaintiffs.

**WHEREFORE**, it is most respectfully requested that the Court deny defendant's application for dismissal without prejudice, with respect to plaintiffs RAISA YAROSH and FAINA SHAMIS.

Respectfully submitted,

_____
BY:   Richard Mandel, Esq.
**LAW OFFICES OF LAWRENCE P. BIONDI**
81 Main Street-Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax:   (914) 946-7372
Rmandel@LPBLawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **OPPOSITION TO DEFENDANT'S APPLICATION FOR DISMISSAL** has been served on Liaison Counsel, Russ Herman and Philip Wittman, by U.S. mail and by e-mail upon all parties by electronically filing uploading the same to the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed with the court on this 17th day of November, 2008.

By: Richard Mandel, Esq.
**LAW OFFICES OF LAWRENCE P. BIONDI**
81 Main Street-Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax:    (914) 946-7372
Rmandel@LPBLawfirm.com