UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Dana D'zurella, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to Adam Schooler, by or on behalf of Shirley Schooler**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-10163

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Adam Schooler, by or on behalf of Shirley Schooler, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2008.

_________________________
DISTRICT JUDGE

950103v.1