UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Marianne Chambers, et al.* <br><br>*v.* <br><br>*Merck & Co., Inc.* <br><br>**Only with regard to Janet Haag** | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:05-cv-1997 <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Janet Haag in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1