## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Locklar | First: Benjamin | Middle: L. |
| **Name of Law Firm** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

**Current Address**
- Street: 234 Commerce Street
- City: Montgomery
- State: AL
- Zip: 36104
- Country: USA

**Telephone Number:** 334-269-2343
**Facsimile:** 334-954-7555
**Email:** ben.locklar@beasleyallen.com

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: McWhirt | First: William | Middle: |

**Plaintiff Address**
- Street: 628 "M" Street
- City: Casper
- State: WY
- Zip: 82601
- Country: USA

**Telephone Number:** 307-259-0202
**Facsimile:** NONE
**Email:** NONE

**Case Caption:** Bobby Myatt, et al. v. Merck & Co., Inc. - McWhirt Only

**Case Number:** 2:06-cv-10158

**Court Where Case is Pending:** U.S. District Court of the Eastern District of Louisiana MDL - 1657

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Cronin | First: Kim | Middle: |

**Address**
- Street: 1896 Hogadon Road
- City: Casper
- State: WY
- Zip: 82601
- Country: USA

**Telephone Number:** 307-266-5573
**Facsimile:** NONE
**Email:** NONE

**Relationship to Plaintiff:** ☐ Friend  ☒ Relative (specify relationship: Friend)

#343319                                    1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 05 / 12 / 08 (Month/Day/Year). (Record Docket No. 14418)

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct

| Date Signed | 11 / 17 / 08 (Month/Day/Year) | /s/ Benjamin L. Locklar  Counsel |
|---|---|---|

#343319

2