# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | **Goldstein** | **Brian** | **A** |

| **Name of Law Firm** | **Cellino & Barnes** | | | | |
|---|---|---|---|---|---|
| **Current Address** | Street **350 Main St., 25th Fl., 2500 Main Place Tower** | | | | |
| | City **Buffalo** | State **NY** | Zip **14202** | Country **U.S.** | |
| **Telephone Number** | **716-854-2020** | Facsimile **716-854-6291** | Email Brian.goldstein@cellinoandbarnes.com | | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Pierre | Edele | |

| **Plaintiff Address** | Street 1028 E. 96th Street, 2nd Fl. | | | |
|---|---|---|---|---|
| | City Brooklyn | State NY | Zip 11236 | Country U.S. |
| **Telephone Number** | (718) 272-5731 | Facsimile | Email | |
| **Case Caption** | BANKS, et al. vs. Merck & Co., Inc., et al. | | | |
| **Case Number** | 2:06-cv-02214-EEF-DEK | | | |
| **Court Where Case is Pending** | E.D.L.A. | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

×    Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |
| **Telephone Number** | | Facsimile | Email | |
| **Relationship to Plaintiff** | ☐ Friend ☐ Relative (specify relationship:_____ | | | |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

[×] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on ___11___ / ___18___ / ___2008___ . (**Record Docket No.__2_____**)
         Month    Day    Year

[×] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | ___11___ / ___18___ / ___2008___<br>(Month/Day/Year) | |
|---|---|---|