UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND**, by its Trustees, *et al.*, on behalf of themselves and all others similarly situated, | * * * * * | **CASE NO. 08-3627** **RELATED CASE:** **2:05-MD-1657** **VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC**, *et al.*, | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs 1199SEIU Greater New York Benefit Fund and The New York State Teamsters Council Health and Hospital Fund ("Plaintiffs"), by and through their attorneys, King, Krebs & Jurgens, P.L.L.C., Levy Phillips & Konigsberg, LLP, and Crowell & Moring LLP, hereby respectfully request leave to file the attached surreply memorandum in opposition to Defendants' Motion to Dismiss. Defendants' arguments in their initial Motion to Dismiss were directed to Plaintiffs' original complaint, which was superseded by the Amended Complaint filed on July 9, 2008. This surreply is necessary to respond to the new arguments presented by Defendants in their reply memorandum which was filed subsequent to Plaintiffs' amended pleading.

Defendants have expressed that they have no opposition to the filing of Plaintiffs' surreply.

Further, Plaintiffs respectfully request oral argument on Defendants' Motion to Dismiss, at a date to be set by the mutual agreement of the Court and the parties at the November 21, 2008 status conference.

New Orleans, Louisiana, this 18th day of November, 2008.

/s/ Rebecca H. Dietz
KING, KREBS & JURGENS, P.L.L.C
HENRY KING (#7393)
ERIC E. JARRELL (#16982) (T.A.)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave., 45th Floor
New Orleans, LA  70170
Telephone:  504-582-3800
Facsimile:  504-582-1233

-and-

LEVY PHILLIPS & KONIGSBERG, LLP
Steven J. Phillips
Diane Paolicelli
800 Third Avenue
13th Floor
New York, NY  10022
Telephone:  212-605-6200
Facsimile:  212-605-6290

- and -

CROWELL & MORING, LLP
Andrew H. Marks
Robert T. Rhoad
Aryeh S. Portnoy
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  202-624-2500
Facsimile:  202-628-5116

ATTORNEYS FOR PLAINTIFFS

{N0148065}

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Plaintiffs' Motion for Leave to File Surreply Memorandum in Opposition to Defendants' Motion to Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

   This 18th day of November, 2008,

            /s/ Rebecca H. Dietz

{N0148065}