UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1199SEIU GREATER NEW YORK BENEFIT FUND, by its Trustees, *et al.*,** on behalf of themselves and all others similarly situated, | * * * * | **CASE NO. 08-3627** **RELATED CASE:** **2:05-MD-1657** |
| | * | **VIOXX MDL LITIGATION** |
| Plaintiffs, | * * | **SECTION L** |
| v. | * * | **JUDGE ELDON E. FALLON** |
| **BROWNGREER, PLC, *et al.*,** | * * | **MAGISTRATE JUDGE** |
| Defendants. | * | **KNOWLES** |

**************************************************************************

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Surreply Memorandum in Opposition to Defendants' Motion to Dismiss, the Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs are granted leave of court to file their surreply memorandum in opposition to Defendants' Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2008

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{N0148062}