## CERTIFICATE OF SERVICE

I, Cecily C. Williams, hereby certify that on November 12, 2008, I caused to be served a true and correct copy of the Response of Defendant Merck & Co., Inc. to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 143, upon the following by United States Mail, First Class postage prepaid:

**ALL COUNSEL PER THE ATTACHED PANEL SERVICE LISTS AND RELEVANT DISTRICT COURT CLERKS**

Amy Lea Drushal
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, ET AL.
101 E. Kennedy Blvd.
Suite 2700
P.O. Box 1102
Tampa, FL 33601-1102

Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, P.L.L.C.
210 East Capitol Street
Suite 1700 Regions Plaza
P.O. Box 22567
Jackson, MS 39225-2567

Bennie L. Jones
BENNIE L. JONES, JR. & ASSOCIATES
P.O. Box 357
West Point, MS 39773

Maria Jose Moncada
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittman
STONE, PIGMAN, WALTHER & WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588

1

J. T. Noblin
Clerk of Court
U. S. District Court
P.O. Box 23552
Jackson, MS 39225-3552

Loretta G. Whyte
Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA  70130

*Cecily C. Williams* (signature)
Cecily C. Williams

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-143)

Amy Lea Drushal
TRENAM KEMKER SCHARF BARKIN FRYE ET AL
101 E. Kennedy Blvd.
Suite 2700
P.O. Box 1102
Tampa, FL 33601-1102

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
210 East Capitol Street
Suite 1700 Regions Plaza
P.O. Box 22567
Jackson, MS 39225-2567

Bennie L. Jones
BENNIE L JONES JR & ASSOCIATES
P.O. Box 357
West Point, MS 39773

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Maria Jose Moncada
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588