UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>     PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657<br><br>SECTION:  L |
| ………………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
     ALL CASES

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel for plaintiffs listed in Exhibit 1 hereby move to substitute Seth S. Webb as attorney of record for John J. Driscoll.  John J. Driscoll is no longer an employee of Brown & Crouppen, P.C.  All future pleadings, discovery, notices, communications and correspondence, etc. should be directed to Seth S. Webb at Brown & Crouppen P.C., 720 Olive Street, Ste 1800, St. Louis, MO 63101.


Dated: 11/18/2008                          Respectfully submitted,

                                                       /s/  SETH S. WEBB
                                                       Seth S. Webb
                                                       Brown & Crouppen, P.C.
                                                       720 Olive Street, #1800
                                                       St. Louis, MO 63101
                                                       Ph: (314) 421-0216
                                                       Fax: (314) 421-3395
                                                       swebb@brownandcrouppen.com
                                                       **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 18th day of November, 2008.

      /s/  SETH S. WEBB  
      Seth S. Webb  
      Brown & Crouppen, P.C.  
      720 Olive Street, #1800  
      St. Louis, MO 63101  
      Ph: (314) 421-0216  
      Fax: (314) 421-3395  
      swebb@brownandcrouppen.com  
      **ATTORNEY FOR PLAINTIFF**