| | |
|---|---|
| Aguirre v. Merck & Co Inc et al | 2:05-cv-02268-EEF-DEK |
| Anzona v. Merck & Co Inc et al | 2:06-cv-03137-EEF-DEK |
| Battaglia v. Merck & Co Inc et al | 2:05-cv-02267-EEF-DEK |
| Beavers et al v. Merck & Co Inc | 2:06-cv-08344-EEF-DEK |
| Belue v. Merck & Co Inc | 2:05-cv-04800-EEF-DEK |
| Beyer v. Merck & Co Inc et al | 2:06-cv-01898-EEF-DEK |
| Bradley v. Merck & Co Inc | 2:05-cv-04789-EEF-DEK |
| Collins v. Merck & Co Inc et al | 2:06-cv-00822-EEF-DEK |
| Conway v. Merck & Co Inc | 2:06-cv-00982-EEF-DEK |
| Davis v. Merck & Co Inc | 2:06-cv-11294-EEF-DEK |
| Done v. Merck & Co Inc | 2:06-cv-01483-EEF-DEK |
| Elswick v. Merck & Co Inc et al | 2:06-cv-00723-EEF-DEK |
| Fleming v. Merck & Co Inc | 2:05-cv-02915-EEF-DEK |
| Fuller et al v. Merck & Co Inc | 2:06-cv-03138-EEF-DEK |
| Glasco v. Merck & Co Inc et al | 2:05-cv-05565-EEF-DEK |
| Hale v. Merck & Co Inc | 2:05-cv-04794-EEF-DEK |
| Handy v. Merck & Co Inc | 2:05-cv-04793-EEF-DEK |
| Hardin v. Merck & Co Inc et al | 2:05-cv-06344-EEF-DEK |
| Hayes v. Merck & Co Inc et al | 2:05-cv-06342-EEF-DEK |
| Henderson v. Merck & Co Inc | 2:05-cv-04911-EEF-DEK |
| Hoffman v. Merck & Co Inc | 2:05-cv-04791-EEF-DEK |
| Hughes v. Merck & Co Inc | 2:05-cv-04798-EEF-DEK |
| Hull v. Merck & Co Inc | 2:06-cv-05534-EEF-DEK |
| King et al v. Merck & Co Inc | 2:06-cv-11301-EEF-DEK |
| Kirkendall v. Merck & Co Inc et al | 2:05-cv-06343-EEF-DEK |
| Koch v. Merck & Co Inc | 2:05-cv-04790-EEF-DEK |
| Lahey v. Merck & Co Inc | 2:06-cv-02182-EEF-DEK |
| Lucas v. Merck & Co Inc | 2:05-cv-04797-EEF-DEK |
| Marcum v. Merck & Co Inc | 2:05-cv-02917-EEF-DEK |
| McCormick v. Merck & Co Inc et al | 2:05-cv-05564-EEF-DEK |
| McNulty v. Merck & Co Inc et al | 2:06-cv-00724-EEF-DEK |
| Morgan v. Merck & Co Inc | 2:06-cv-02183-EEF-DEK |
| Parra v. Merck & Co Inc | 2:05-cv-05606-EEF-DEK |
| Perry et al v. Merck & Co Inc | 2:06-cv-03140-EEF-DEK |
| Rothwell v. Merck & Co Inc | 2:06-cv-00981-EEF-DEK |
| Siuba v. Merck & Co Inc | 2:06-cv-03596-EEF-DEK |
| Spiegelberg v. Merck & Co Inc | 2:05-cv-04795-EEF-DEK |
| Wamsley v. Merck & Co Inc | 2:06-cv-00980-EEF-DEK |
| Willis v. Merck & Co Inc | 2:05-cv-02916-EEF-DEK |