UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | |
| | SECTION:  L |
| | |
| | JUDGE FALLON |
| …………………………………………………….. | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
Adams et al v. Merck & Co Inc, et al., Case No. 2:06-cv-02101-EEF-DEK
Cavender et al v. Merck & Co Inc, Case No., 2:05-cv-06533-EEF-DEK
Coleman et al v. Merck & Co Inc, Case No., 2:06-cv-01970-EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF JOHN J. DRISCOLL

Counsel for plaintiffs in the above mentioned cases hereby move to withdraw John J. Driscoll as attorney of record.  John J. Driscoll is no longer an employee of Brown & Crouppen, P.C.  Movant advises the Court that Seth S. Webb, Brown and Crouppen PC, remains as counsel for all Plaintiffs in the above named cases.

Dated: 11/18/2008                                         Respectfully submitted,

                                                                  **/s/  SETH S. WEBB**
                                                                   Seth S. Webb
                                                                   Brown & Crouppen, P.C.
                                                                   720 Olive Street, #1800
                                                                   St. Louis, MO 63101
                                                                   Ph: (314) 421-0216
                                                                   Fax: (314) 421-3395
                                                                   swebb@brownandcrouppen.com
                                                                   **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 18th day of November, 2008.

    /s/  SETH S. WEBB
Seth S. Webb
Brown & Crouppen, P.C.
720 Olive Street, #1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fax: (314) 421-3395
swebb@brownandcrouppen.com
**ATTORNEY FOR PLAINTIFF**