UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  
       PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION:  L

……………………………………………………..

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
Adams et al v. Merck & Co Inc, et al.,  Case No. 2:06-cv-02101-EEF-DEK  
Cavender et al v. Merck & Co Inc, Case No., 2:05-cv-06533-EEF-DEK  
Coleman et al v. Merck & Co Inc, Case No., 2:06-cv-01970-EEF-DEK

## ORDER

THIS CAUSE, having come before the Court upon the Motion to Withdraw as Counsel of John J. Driscoll and the Court, having considered the Motion, hereby ORDERS that John J. Driscoll is allowed to withdraw as counsel for the above named cases.  Seth S. Webb, Brown & Crouppen PC, remain as counsel for all Plaintiffs in the above named cases.

_____  
Date

_____  
United States District Court Judge