UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates To: | * | JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL PROVIDERS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDERS NOS. 35 AND/OR 35A**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., file this Motion to Withdraw the previously filed Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt for failing to Comply with Requests Made for the Production of Certain Medical Records from the healthcare providers listed below.

1. Claimant Vera Robinson filed the motion to show cause on October 31, 2008. Since filing said motion, Cardiology Associates of North Mississippi produced the requested medical records.

2. Claimant Robert Stevenson (deceased) filed the motion to show cause on October 31, 2008. Since filing said motion, John W. Gillota, M.D. has confirmed that he has no records for this Claimant.

3. Claimant Rosezella Raub (deceased) filed the motion to show cause on October 31, 2008. Since filing said motion, Walgreen's Corporate Office produced the requested pharmacy records.

1

    4.    Claimant Carl Brazier filed the motion to show cause on October 31, 2008. Since filing said motion, Redmond Park Hospital advised they are processing the medical records for this Claimant and will provide the records promptly.

The motion to show cause shall remain in effect for all other health and providers named in the prior filed motion to show cause.

Dated: 11/18/08

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
  & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

     In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on the health care providers listed on Exhibit "A".

                                                   /s/ Benjamin L. Locklar
                                         **BENJAMIN L. LOCKLAR**
                                         **ATTORNEY FOR PLAINTIFFS**

# EXHIBIT "A"

| Plaintiff | Facility's Information | Facility's Response | Status |
|---|---|---|---|
| Ronnie Williams | Managed RX Plan<br>270 C Duffy Avenue<br>Hicksville, NY 11801 | Refuses to provide records (Mediconnect) | No records provided |
| Shirley Green | Richard Steinberg, M.D.<br>1100 W. Central Road<br>Suite 305<br>Arlington Heights, IL 60005 | Refuses to provide records (Mediconnect) | No records provided |
| Geoffrey Wood | Liskey Medical Group<br>2480 Mission Group<br>San Francisco, CA 94110 | Refuses to provide records (Mediconnect) | No records provided |
| Robert Stevenson (Deceased) | John W. Gillota, M.D.<br>2614 Remsen Road<br>Medina, OH 44256 | Physician claims he is retired but location of records not disclosed (Mediconnect and Beasley, Allen) | No records |
| Rosezella Raub | Walgreen's Corporate Office<br>1901 East Voorhees St.<br>Danville, IL 61834 | Rejected power of attorney (Mediconnect) | Records received |
| Vera Robinson | Cardiology Assocs. Of North Mississippi<br>499 Gloster Creek Vlg<br>Tupelo, MS 38801 | Rejected power of attorney (Mediconnect) | Records received |
| Carl Brazier | Redmond Park Hospital<br>501 Redmond Road<br>Rome, GA 30165 | Rejected medical authorization | Records pending receipt |
| Lois G.L. McKenzie (Deceased) | Kerr Drug<br>108 East Main Street<br>Thomasville, NC 27360 | Rejected medical authorization | No records provided |