UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

### ORDER TO WITHDRAW MOTION TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto. The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs Vera Robinson, Robert Stevenson, Rosezella Raub, and Carl Brazier.

This order shall not apply to the pending Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt of Court for the remaining Plaintiffs on Exhibit "A".

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE

1

**EXHIBIT "A"**

| Plaintiff | Facility's Information | Facility's Response | Status |
|---|---|---|---|
| Ronnie Williams | Managed RX Plan<br>270 C Duffy Avenue<br>Hicksville, NY 11801 | Refuses to provide records (Mediconnect) | No records provided |
| Shirley Green | Richard Steinberg, M.D.<br>1100 W. Central Road<br>Suite 305<br>Arlington Heights, IL 60005 | Refuses to provide records (Mediconnect) | No records provided |
| Geoffrey Wood | Liskey Medical Group<br>2480 Mission Group<br>San Francisco, CA 94110 | Refuses to provide records (Mediconnect) | No records provided |
| Robert Stevenson (Deceased) | John W. Gillota, M.D.<br>2614 Remsen Road<br>Medina, OH 44256 | Physician claims he is retired but location of records not disclosed (Mediconnect and Beasley, Allen) | No records |
| Rosezella Raub | Walgreen's Corporate Office<br>1901 East Voorhees St.<br>Danville, IL 61834 | Rejected power of attorney (Mediconnect) | Records received |
| Vera Robinson | Cardiology Assocs. Of North Mississippi<br>499 Gloster Creek Vlg<br>Tupelo, MS 38801 | Rejected power of attorney (Mediconnect) | Records received |
| Carl Brazier | Redmond Park Hospital<br>501 Redmond Road<br>Rome, GA 30165 | Rejected medical authorization | Records pending receipt |
| Lois G.L. McKenzie (Deceased) | Kerr Drug<br>108 East Main Street<br>Thomasville, NC 27360 | Rejected medical authorization | No records provided |