UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| THOSE PLAINTIFFS IDENTIFIED IN EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW
CAUSE WHY RITE AID PHARMACY SHOULD NOT BE
HELD IN CONTEMPT OF COURT FOR FAILING TO
COMPLY WITH PRETRIAL ORDERS NOS. 35 AND/OR 35A

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., file this Motion to Withdraw Motion to Show Cause Why Rite Aid Pharmacy Should Not Be Held in Contempt for failing to Comply with Requests Made for the Production of Records. This motion was filed on November 10, 2008.  Since filing said motion, Rite Aid Pharmacy has advised they are complying and processing the pharmacy records for these Claimants and has or will produce all outstanding records requests promptly.

The motion to show cause should be withdrawn.

Dated: 11/18/08

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

      In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on Rite Aid Pharmacy.

                                                /s/ Benjamin L. Locklar
                                      **BENJAMIN L. LOCKLAR**
                                      **ATTORNEY FOR PLAINTIFFS**

**EXHIBIT "A"**

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Provider Phone | Exhibit # |
|---|---|---|---|---|---|---|---|
| S324-112020 | 2007-12-12 | June, Bernadine | RITE AID | ESCALATED | 200400272297 | 717-975-5952 | B-1 |
| S324-114261 | 2008-02-27 | Stevenson, Frances | RITE AID | ESCALATED | 200500036849 | 304-425-3024 | B-2 |
| S324-114961 | 2008-03-19 | McClellan, George | RITE-AID | ESCALATED | 200400256884 | 717-975-5952 | B-3 |
| S324-115111 | 2008-03-19 | Kelser, Charles | RITE AID | ESCALATED | 200500022197 | 717-763-1181 | B-4 |
| S324-117243 | 2008-04-11 | Deel, Gerald | RITE AID | ESCALATED | 200500031745 | 717-761-2633 | B-5 |
| S324-119545 | 2008-05-14 | Holland, Henry Jack | RITE AID | ESCALATED | 200560030373 | 800-748-3243 | B-6 |
| S324-120052 | 2008-05-22 | Killum, Ernest | RITE-AID PHARMACY | ESCALATED | 200500034544 | 800-748-3243 | B-7 |
| S324-121046 | 2008-06-09 | Elliott, Loretta | RITE AID | RESEARCH | 200400256459 | 800-748-3243 | B-8 |
| S324-115793 | 2008-03-26 | Shipman, Lola | RITE AID | ESCALATED | 200500024753 | 800-748-3243 | B-9 |
| S324-115714 | 2008-03-25 | Hawkins, Barbara | RITE AID | ESCALATED | 200400255694 | 800-748-3243 | B-10 |
| S324-121722 | 2008-06-18 | Baldwin, Jeanette Betty | RITE AID | ESCALATED | 200400256238 | 717-761-2633 | B-11 |
| S324-121819 | 2008-06-23 | Miles, Thelma | RITE AID | INCORRECT | 200500030915 | 800-748-3243 | B-12 |
| S324-114538 | 2008-03-06 | Meadows, Dorothy L. | RITE AID | ESCALATED | 200400283531 | 800-748-3243 | B-13 |
| S324-122263 | 2008-07-07 | Pagan, Sr., Alfonzo | RITE AID | ESCALATED | 200400284062 | 800-748-3243 | B-14 |
| S324-122661 | 2008-07-31 | Ishee, Althea | RITE AID PHARMACY | ESCALATED | 200400261093 | 334-393-4440 | B-15 |
| S324-122888 | 2008-08-18 | Williams, Walter | RITE AID | ESCALATED | 200500018405 | 800-748-3243 | B-16 |
| S324-110019 | 2007-11-06 | Harper, Agnes | RITE AID PHARMACY | ESCALATED | 200500014563 | 800-748-3243 | B-17 |
| S324-122964 | 2008-08-19 | Thomas, Robert | RITE AID | ESCALATED | 100200068654 | 800-748-3243 | B-18 |
| S324-108370 | 2007-10-18 | Alston, Vivian E. | RITE AID | ESCALATED | 200600046023 | 717-730-7724 | B-19 |

| | | | | | |
|---|---|---|---|---|---|
| S324-107935 | 2007-10-03 | Gabriel, George | RITE AID | ESCALATED | 2004002752533 717-761-2633 B-20 |
| S324-123625 | 2008-09-25 | Robinson, Nevill | RITE AID | ESCALATED | 2005000213666 800-748-3243 B-21 |
| S324-123701 | 2008-10-01 | Hughes, Keith | RITE AID | RESEARCH | 2004002789833 800-748-3243 B-22 |
| S324-123759 | 2008-10-21 | Grubb, Leslie | RITE AID PHARMACY | RESEARCH | 2005000108433 800-748-3243 B-23 |
| S324-120935 | 2008-06-05 | Bell, Beverly | RITE-AID | ESCALATED | 2004002443922 717-761-2633 B-24 |
| S324-115591 | 2008-03-25 | Liddell, Willie | RITE-AID | ESCALATED | 2005000087122 717-761-2633 B-25 |
| | | Boykin, Williams | RITE AID | V2031-PTO35A | B-26 |
| | | Penta, Gloria | RITE AID | V2031-PTO35A | B-27 |
| | | Randall, Mabel | RITE AID | V2031-PTO35A | B-28 |
| | | Wilder, Terry | RITE AID | V2031-PTO35A | B-29 |