UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates To: | * | JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION TO SHOW CAUSE
WHY KROGER PHARMACY SHOULD NOT BE HELD IN CONTEMPT OF
COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDERS NOS. 35
AND/OR 35A**

Those Plaintiffs listed in Exhibit "A" file this *Motion to Show Cause Why Kroger Pharmacy Should Not Be Held In Contempt of Court For Failing To Comply With Pretrial Orders Nos. 35 and/or 35A*, and in support thereof show as follows:

1. The Plaintiffs identified in Exhibit "A" have repeatedly attempted to obtain a certified copy of their pharmacy profile from Kroger Pharmacy, so that they may comply with the terms of the VIOXX® Settlement Agreement. Unfortunately, Plaintiffs' requests to Kroger Pharmacy have been futile.

2. For those plaintiffs identified on Exhibit "A", Kroger Pharmacy has refused to comply with this Court's Pretrial Orders Nos. 35 and/or 35A, which address the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX Settlement Agreement. Plaintiffs, through their counsel, have taken other measures as well to obtain the records of the Plaintiffs from Kroger Pharmacy without success.

3. Plaintiffs respectfully ask this Court to order that each provider appear before this Court and show cause why:

1

    a.    Kroger Pharmacy should not be held in contempt for failing to comply with PTO 35 and/or 35A; and

    b.    Kroger Pharmacy should not be ordered to pay the attorneys' fees and costs related to Plaintiffs' efforts to obtain their own medical records.

4.    Plaintiffs further moves for an order setting a hearing on this motion as quickly as this Court's docket permits, inasmuch as the final deadlines are quickly approaching for the necessary records to be submitted to the VIOXX® Resolution Program Claim Administrator.

5.    The bases for this Motion are more fully set forth in the attached Memorandum in Support hereof.

**WHEREFORE**, the Plaintiffs identified in Exhibit "A" pray that this Motion to Show Cause be granted, that the Court order an appropriate representative of Kroger Pharmacy to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Dated: 11/18/08

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
  & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657. In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on Kroger Pharmacy, Corporate Office, located at 1014 Vine Street, Cincinnati, Ohio 45202.

/s/ Benjamin L. Locklar
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, regarding this motion and they do not oppose the relief requested.

/s/ Benjamin L. Locklar
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFFS**

**EXHIBIT "A"**

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Order Type | Provider Phone |
|---|---|---|---|---|---|---|---|
| S324-123560 | 2008-09-22 | Hurley, Bryant | KROGER PHARMACY | ESCALATED | 200400265496 | MEDICAL | 800-545-0451 |
| | | Remenicky, Ilene | KROGER | | | V2031-PTO35A | |