UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

## ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Kroger Pharmacy Should Not Be Held in Contempt for Failing to Comply with Pre-Trial Orders Nos. 35 and/or 35A for those plaintiffs identified in Exhibit "A" hereto. The Court finds that the motion should be **GRANTED**. It is therefore,

**ORDERED** that Kroger Pharmacy appear in this Court at _____m. on the ____ day of _____, 2008, to show cause why:

1. It should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. It should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**

**EXHIBIT "A"**

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Order Type | Provider Phone |
|---|---|---|---|---|---|---|---|
| S324-123560 | 2008-09-22 | Hurley, Bryant | KROGER PHARMACY | ESCALATED | 200400265496 | MEDICAL | 800-545-0451 |
| | | Remenicky, Ilene | KROGER | | | V2031-PTO35A | |