UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: SECTION L |
| NO: This Case Relates To: | JUDGE FALLON |
| MULTIPLE CASES LISTED ON | MAGISTRATE JUDGE KNOWLES |
| EXHIBIT "A" | |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 16942**

DESCRIPTION:  Memorandum in Support

FILED BY:   Plaintiffs'

FILE DATE:   11/18/2008