# EXHIBIT A

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Cellino and Barnes PC; Trepanier and MacGillis PA | Rockell | David | | David Rockell and Maureen Rockell v. Merck & Co., Inc. | 2:08-cv-00136-EEF-DEK | March 19, 2008 |
| Alford Law Group PA | Anton | William | L | Anton, William v. Merck & Co., Inc. | 2:08-cv-01016-EEF-DEK | Apr 11, 2008 |
| Alford Law Group PA | Baldwin | Marilyn | V | Baldwin, Marilyn v. Merck & Co., Inc. | 2:08-cv-01117-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Evans | Edward | | Evans, Edward v. Merck & Co., Inc. | 2:08-cv-01118-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Haywood | Robert | | Haywood, Robert v. Merck & Co., Inc. | 2:08-cv-01116-EEF-DEK | Apr 18, 2008 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ballay Braud and Colon PLC | Bowers | Sylvia | Watson | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK | May 9, 2008 |
| Cellino and Barnes PC;Trepanier and MacGillis PA | Barnes | Anna | L | Anna L. Barnes and James C. Barnes v. Merck & Co., Inc. | 2:08-cv-00137-EEF-DEK | March 19, 2008 |
| Paul A. Weykamp Law | Lockhart | Jimmy | | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK | Apr 11, 2008 |
| William J. Murray Law | Stuckey | Lewis | B | Stuckey, Lewis B. v. Merck & Co., Inc. | 2:08-cv-01119-EEF-DEK | Apr 18, 2008 |