# EXHIBIT B

| Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Pro Se | Anderson | Brian | | Anderson, Brian v. Merck & Co., Inc. | 2:08-cv-01458-EEF-DEK | May 29, 2008 |
| Bernstein and Maryanoff | Cohen | Loretta | | Cohen, Loretta v. Merck & Co., Inc. | 2:08-cv-01017-EEF-DEK | Apr 11, 2008 |
| Phyllis M. Mosby | Mosby | Adeline Thomas | Thomas | Mosby, Adeline Thomas v. Merck & Co., Inc. | 2:08-cv-00170-EEF-DEK | Mar 19, 2008 |