UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Lillie Mae Berry, et al. v. | * | |
| Merck & Co., Inc.,  2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

   IT IS ORDERED that Leave of Court is hereby granted and that Plaintiffs be allowed to file their Supplemental Reply Memorandum in Support of Motion to Vacate Order of Dismissal.

   NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

                   _____
                      DISTRICT JUDGE