UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Lillie Mae Berry, et al. v. | * | |
| Merck & Co., Inc., 2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Supplemental Reply Memorandum in Support of Motion to Vacate Order of Dismissal

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Ansanta P. Cole, Mary F. Conerly, Dorothy Dandridge, Carlee Harried, Dolores Pizarro, Gilbert Joseph, Sr., Brenda Keeton, Rosemary King, Santonio McPherson, Sr., Venessa Pichon, Sidney Salvant, Mary Underwood, Ruby Veal, Sharon Wright, and Laurie Young, who supplement their reply to defendant, Merck & Co.'s response to their Motion to Vacate as follows:

As of today's date, Plaintiffs Lillie Mae Berry, Emily Becnel, Dorothy Dandridge and Ruby Veal have been registered with the claims administrator, sustained eligible injuries and were located and enrolled by the undersigned prior to October 30, 2008. These Plaintiffs have been recently located and the discovery has been forwarded to their attention. Plaintiffs are attempting to gather the information necessary to respond properly to the lengthy requests.

Plaintiffs Sharon Wright and Delores Pizzaro have been registered with the claims administrator and sustained eligible injuries but were enrolled by other counsel prior to October 30, 2008.

Plaintiffs Ansanta P. Cole, Mary F. Conerly, Carlee Harried, Rosemary King, Sidney Salvant and Mary Underwood have been registered with the claims administrator, suffered injury classified as "other" and were therefore not enrolled.  These Plaintiffs have been recently located and the discovery has been forwarded to their attention. Plaintiffs are attempting to gather the information necessary to respond properly to the lengthy requests.

Plaintiffs, Gilbert Joseph, Sr., Santonio McPherson, Sr., and Venessa Pichon have been registered with the claims administrator, suffered injury classified as "other" and were therefore not enrolled.  Plaintiffs' counsel has not been able to locate these Plaintiffs at this time, however, attempts to locate are continuing.

Plaintiff Brenda Keeton has been registered with the claims administrator, and suffered an eligible injury.  However, Plaintiffs' counsel has not been able to locate this Plaintiff at this time, and was therefore, was unable to enroll this Plaintiff prior to October 30, 2008.

Plaintiff Laurie Young is a daughter of deceased Doris Salvant.  Doris Salvant has been registered with the claims administrator, and suffered an eligible injury.  However, Plaintiffs' counsel has not been able to locate this Plaintiff at this time, and was therefore, was unable to enroll this Plaintiff prior to October 30, 2008.

Accordingly, Plaintiffs respectfully request that their claims not be dismissed and that they be given additional time to fully comply with the requested information as ordered in Pre-Trial Order 28.

> RESPECTFULLY SUBMITTED,
>
> */s/ Ron A. Austin                               .*
> **RON A. AUSTIN (#23630)**
> **AUSTIN & ASSOCIATES, L.L.C.**
> 400 Manhattan Boulevard
> Harvey, LA 70058
> Telephone: (504) 227-8100
> Telecopier: (504) 227-8122

## **CERTIFICATION OF SERVICE**

I hereby certify that on the 19th day of November, 2008 a copy of the foregoing Opposition to Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to: Phillip Wittmann Stone Pigman Walther Wittmann, LLC 546 Carondelet St. New Orleans, LA 70130 by operation of the court's electronic filing system.

I further certify that there are no non-CM/ECF participants.

> */s/ Ron A. Austin                               .*
> **RON A. AUSTIN (#23630)**