UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers:<br>05-4130; 05-4131; 05-4132; 05-4763;<br>05-00354; 05-00355; 05-00357; 05-00359;<br>05-06351; 05-06352; 05-06353; 05-06354;<br>06-2769; 06-2865; 06-3288; 06-3302; 06-3311;<br>06-3406; 07-02103; 07-02104; A499668;<br>A499671; A499672; A499673; ATL-L 1301-05;<br>ATL-L-0931-05 MT; ATL-L-1286-05-MT;<br>BC328851; BC328854; BC328855; BC328877;<br>BC328878; BC328879; BC328901; BC328903;<br>BC328904; BC329122; BC336539; BC338441;<br>BC338536; BC338540; BC338559; BC339156;<br>BC353071; BC354511; BC355284; BC359312 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO
SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS
SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY
WITH REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Robinson, Calcagnie & Robinson, file this Motion to Withdraw Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Requests Made for the Production of Medical Records.

Respectfully submitted,

Date:   November 19, 2008          By:_____/s/ Mark P. Robinson, Jr._____
                                                           **Mark P. Robinson, Jr. (SBN 054426)**
                                                           Kevin F. Calcagnie (SBN 108994)
                                                           ***Robinson, Calcagnie & Robinson***
                                                           620 Newport Center Drive, 7th Floor
                                                           Newport Beach, CA 92660
                                                           Telephone: 949-720-1288
                                                           Facsimile: 949-720-1292

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of November, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 19th day of November, 2008.

Central Valley Family Health
Dr. Eric Sorensen
1025 N. Douty St.
Hanford, CA 93230

Advance RX
P.O. Box 830070
Birmingham, AL 35283

Chief, Navy Branch, National
Personnel Records Center
9700 Page Ave.
Saint Louis, MO 63132

George Locke, M.D.
Fountain Valley Regional Hospital
17100 Euclid St
Fountain Valley, CA 92708

Jackson Hospital
1725 Pine St.
Montgomery, AL 36106

National Personnel Records Center
Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132

Rite Aid
P.O. Box 3165
Harrisburg, PA 17105

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net