# EXHIBIT A

| PROVIDER | PLAINTIFF |
|---|---|
| Central Valley Family Health<br>Dr. Eric Sorensen<br>1025 N. Douty St.<br>Hanford, CA 93230<br>559-583-2254 | Claimant: Alice Guecho-Azevedo<br>Injured Party: Joaquin Guecho |
| Advance RX<br>P.O. Box 830070<br>Birmingham, AL 35283 | Claimant: Richard Shirley<br>Injured Party: Richard Shirley |
| Chief, Navy Branch, National Personnel Records Center<br>9700 Page Ave.<br>Saint Louis, MO 63132<br>314-801-9000 | Claimant: Karen Risper<br>Injured Party: Karen Risper |
| George Locke, M.D.<br>Fountain Valley Regional Hospital<br>17100 Euclid St<br>Fountain Valley, CA 92708<br>714-966-7200 | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |
| Rite Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105<br>717-761-2633 | Claimant: Ophelia Alvarez<br>Injured Party: Ophelia Alvarez |
| | Claimant: John Bird<br>Injured Party: John Bird |
| | Claimant: Ronald Collins<br>Injured Party: Ronald Collins |
| | Claimant: Atalla Ishak<br>Injured Party: Atalla Ishak |
| | Claimant: John Jagielski<br>Injured Party: John Jagielski |
| | Claimant: Terria Jenkins<br>Injured Party: Terria Jenkins |

|  | Claimant: Howard Lambert<br>Injured Party: Howard Lambert |
|---|---|
|  | Claimant: Priscilla Lynch<br>Injured Party: Mabel Lynch |
|  | Claimant: Loretta Marlowe<br>Injured Party: Loretta Marlowe |
|  | Claimant: Christie Rudder<br>Injured Party: Christie Rudder |
|  | Claimant: Richard Slade<br>Injured Party: Richard Slade |
| Jackson Hospital<br>1725 Pine St.<br>Montgomery, AL 36106<br>334-293-8000 | Claimant: Michelle Slade<br>Injured Party: Richard Slade |
| National Personnel Records Center<br>Military Personnel Records<br>9700 Page Avenue<br>St. Louis, MO 63132<br>314-801-0519 | Claimant: Susan Petty<br>Injured Party: John Petty |