## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                   :

PRODUCTS LIABILITY LITIGATION    :

This document relates to case numbers:   :
05-4130; 05-4131; 05-4132; 05-4763;
05-00354; 05-00355; 05-00357; 05-00359;
05-06351; 05-06352; 05-06353; 05-06354;
06-2769; 06-2865; 06-3288; 06-3302; 06-3311;
06-3406; 07-02103; 07-02104, A499668;
A499671; A499672; A499673; ATL-L 1301-05;
ATL-L-0931-05 MT; ATL-L-1286-05-MT;
BC328851; BC328854; BC328855; BC328877;
BC328878; BC328879; BC328901; BC328903;
BC328904; BC329122; BC336539; BC338441;
BC338536; BC338540; BC338559; BC339156;
BC353071; BC354511; BC355284; BC359312

MDL Docket NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

## [PROPOSED] ORDER

Considering Plaintiffs' Motion to Withdraw Motion To Show Cause Why Certain

Medical Providers Should Not Be Held In Contempt For Failing To Comply With Requests

Made For The Production Of Medical Records:

**IT IS ORDERED**, that the Motion is withdrawn.

Dated: _____, 2008

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of November, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 19th day of November, 2008.

Central Valley Family Health
Dr. Eric Sorensen
1025 N. Douty St.
Hanford, CA 93230

Advance RX
P.O. Box 830070
Birmingham, AL 35283

Chief, Navy Branch, National
Personnel Records Center
9700 Page Ave.
Saint Louis, MO 63132

George Locke, M.D.
Fountain Valley Regional Hospital
17100 Euclid St
Fountain Valley, CA 92708

Jackson Hospital
1725 Pine St.
Montgomery, AL 36106

National Personnel Records Center
Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132

Rite Aid
P.O. Box 3165
Harrisburg, PA 17105

/s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr. (SBN 054426)**
*Robinson, Calcagnie & Robinson*
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Facsimile: 949-720-1292
mrobinson@rcrlaw.net