IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

**This Document Relates To All Cases**

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

**MOTION FOR EXTENSION OF TIME TO HAVE THE SHOW CAUSE HEARING WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35 UNTIL THE NEXT STATUS CONFERENCE AND MOTION TO WITHDRAW THE MOTION TO COMPEL FOR PLAINTIFFS IDENTIFIED IN EXHIBIT B**

Comes now Plaintiffs, and move for **extension of time** to have the show cause hearing for their Motion to Compel Why Certain Medical Records providers should not be held in Contempt for Failing to Comply with Pretrial Order No. 35 ("motion to compel"), **document No. 16691**, and to **withdraw** the motion to compel as to certain medical records providers identified in Exhibit B, and in support thereof state:

1. The responsible attorney, knowledgeable with the motion, Francis J. "Casey" Flynn, is dealing with unexpected deaths in his family. An attorney – from the Carey & Danis office, will be present, however, for the status conference on Friday, November 21, 2008.

2. Plaintiff's attorneys are presently working with the medical record providers identified in Exhibit A to get the medical records and would like to give these medical record providers another 30 days until the next status conference to come up with

those medical records.

3. Plaintiffs have filed as Exhibit B the names of those medical providers that have turned over the necessary medical records and, therefore, should not be subject to plaintiff's Motion to Compel.

WHEREFORE, Plaintiffs pray for an extension of time until the next status conference to have the show cause hearing for plaintiffs' Motion to Compel and to withdraw its motion to compel against those medical record providers identified in Exhibit B.

By: _____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
THE LOWE LAW FIRM
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices

1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

                                                                                             _____