# EXHIBIT A

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Aikens, Terry | 2:06-cv-01976 | Critten Memorial Hospital<br>200 W. Tyler Ave.<br>West Memphis, AR 72301 | Event |
| 2 | Akers, Polly | 2:06-cv-6239 | Frederick G Cox MD<br>109 S Douglas St<br>Pikeville, KY 41501<br>606-432-1545 | PCP |
| 3 | Albright-Reyes(D), Elizabeth | 2:06-cv-4063 | Dr. Stella<br>640 Walnut St.<br>Reading, PA 19601<br><br>Rite Aid<br>5370 Allentown Pike<br>Reading, PA 19560 | Prescriber<br>Pharmacy |
| 4 | Allen, Olamae | 2:06-cv-3465 | Dr. Tommy Hughes<br>122 Westover Drive<br>Tylertown, MS 39667 | Prescriber |
| 5 | Anderson, Barbara J. | 2:06-cv-3373 | Eckerds Pharmacy/Rite Aid<br>2389 St. Andrew's Blvd.<br>Panama City, FL 32404 | Pharmacy |
| 6 | Armbrister, Viola | 2:05-cv-04324 | Sista Drug Store<br>655 Grand Street<br>Brooklyn, NY 11211<br><br>Dr. Fransed Tellus<br>3101 Clardon Road<br>Brooklyn, NY 11233 | Pharmacy<br>Precriber |
| 7 | Armbruster, James | 2:05-cv-06387 | Dr. David H.S. Jansmith<br>Cardiology Specialists<br>80 Humphreys Center, Suite 202<br>Memphis, TN 38120 | Cardiology |
| 8 | Bauersfeld, Virtus (D) | 2:06-cv-00796 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>( 847) 914-2500 | Pharmacy |
| 9 | Blake, Joan (D) | 2:06-cv-3370 | Eckerds/Rite Aid<br>934 South Long Drive<br>Rockingham, NC 28379 | Pharmacy |
| 10 | Brandon, Billy | 2:05-cv-04326 | EHS Eckerd/Rite Aid<br>8275 Bryan Dairy Rd.<br>Largo, FL 33777 | Pharmacy |
| 11 | Castaneda, Santos | 2:06-cv-3378 | Eckerd Drugs/Rite Aid<br>3401 82nd Street<br>Lubbock, TX 79423 | Pharmacy |
| 12 | Davis, Dennis | 2:05-cv-03817 | Dr. Frank Schmidt, MD<br>St. Johns Clinic Cardiovascular Surgery<br>1900 South National Avenue Suite 3400<br>Springfield, MO 65804 | Cardiology |
| 13 | Davis, Helen (D) | 2:06-cv-3381 | Dr. Arlene Basdow<br>2117 South 7th Street<br>Ironton, OH 45638 | PCP |
| 14 | Dowell, Otis (D) | 2:06-cv-6239 | Dr. Kenton Forte<br>964 Delaware Ave<br>Heartbeat Center Of Western NY<br>Buffalo, NY 14209 | Cardiology |
| 15 | Freeman, Joann | 2:07-cv-4118 | Jackson Hospital<br>1725 Pine St.<br>Montgomery, AL 36106<br>(334) 293-8000 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 16 | Goree, James | 2:05-cv-06058 | Medco Health Solutions<br>6225 Annie Oakley Drive<br>Las Vegas, NV 89120 | Pharmacy |
| 17 | Griffith, Shirley | 2:06-cv-03745 | Shelby Memorial Pharmacy/Medical Center Pharmacy<br>207 S Pine St<br>Shelbyville, IL 62565 | Pharmacy |
| 18 | Haley, Sabrina (D) | 2:06-cv-6654 | Dr. Barry Clemson<br>420 NE Glen Oak Ave, Ste 402<br>Peoria, IL 61603<br>(309) 674-1114 | Cardiology |
| 19 | Hartwick, Esther (D) | 2:05-cv-03812 | Super D Drugs/USA Drug<br>702 N. Main<br>Sikeston, MO 63801 | Pharmacy |
| 20 | Ice, Joanne (D) | 2:06-cv-01973 | Dr. Candise Kroutil/ Dr. Warford Johnson/ Dr. James Ceaser<br>Ferrell-Duncan Clinic<br>1001 E. Primrose<br>Springfield, MO 65807 | PCP/ Cardiology/ Cardiology |
| 21 | Jones, Charles | 2:06-cv-3375 | Union City Manor Nursing Home Skilled Care Unit<br>1630 E Reelfoot Ave<br>Union City, TN 38261 | Event |
| 22 | Jones, Jamesanna (D) | 2:05-cv-02575 | Dr. Robert Kaufman<br>456 N. Ballas Rd., Ste 299<br>St. Louis, MO 63141 | PCP |
| 23 | Kiper, Anna | 2:05-cv-04326 | Hardin Memorial Hospital<br>913 Dixie<br>Elizabethtown, KY 42701 | Event |
| 24 | Logan, Janice | 2:06-cv-00786 | Forrest Park Hospital<br>6150 Oakland Ave.<br>St. Louis, MO 63139 | Prescriber |
| 25 | Lutcher, Priscilla | 2:06-cv-03141 | Jason Smith, DO<br>6032 S. Halsted<br>Suite 109<br>Chicago, IL 60621<br>(773) 483-0201 | Event |
| 26 | Magnum, Belle (D) | 2:05-cv-02929 | Rite-Aid Pharmacy<br>1324 North State<br>Provo, UT 84604<br>(801) 374-2015 | Pharmacy |
| 27 | Maliszewski, Carol | 2:06-cv-03366 | St John Hospital & Medical Center<br>22101 Moross Rd<br>Detroit, MI 48236 | Event |
| 28 | Marshall, Marilyn (D) | 2:06-cv-6654 | CVS Pharmacy/Osco Drugs<br>One CVS Drive<br>Woonsocket, RI 02895 | Pharmacy |
| 29 | Martin, Lona (D) | 2:05-cv-06347 | St. Johns Regional Medical Center<br>Joplin, MO 64804<br>(417)781-2727 | Event |
| 30 | Martin, Royce | 2:06-cv-4063 | Dr. Chime Banjo<br>Mabank Medical Center<br>802 W Mason St<br>Mabank, TX 75147<br>(903) 887-2161 | Prescriber |
| 31 | McMullen, Sharon | 2:06-cv-6654 | Dr. Eddie Gaines<br>2227 Drake Ave. SW<br>Huntsville, AL 35801 | Prescriber |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 32 | Mead, Herman (D) | 2:06-cv-01972 | Family Pharmacy<br>Healthcare Services<br>1152 W. Jackson<br>PO Box 949<br>Ozark, MO 65721<br>417-581-6813 | Pharmacy |
| 33 | Miller, Greg | 2:05-cv-05292 | Denman County Drugs<br>PO BOX 246<br>Lewistown, MO 63452 | Pharmacy |
| 34 | Moore, Nicole | 2:06-cv-03171 | Presbyterian Hospital<br>81 Hillcrest Drive<br>Punxutawney, PA 17567 | Event |
| 35 | Morris, Peggy | 2:05-cv-02578 | Medicine Shoppe<br>635 S. Sturgeon St.<br>Montgomery City, MO 63361 | Pharmacy |
| 36 | Newcomer, Vera (D) | 2:06-cv-3384 | Mercy Hospital<br>746 Jefferson Ave<br>Scranton, PA 18510<br>(570) 348-7100 | Event |
| 37 | Perkins, Lois | 2:05-cv-05313 | Skaggs Medical West<br>Dr. Jack Gillespe<br>11863 Highway 13<br>Kimberling City, MO 65686<br>(417) 739-2520 | Event |
| 38 | Peterson, Kathryn | 2:06-cv-11442 | Dr. Gurprakash Grewal<br>3535 S. Jefferson<br>St. Louis, MO 63118<br>(314) 772-5070 | PCP |
| 39 | Phillips, Doris A. | 2:06-cv-3372 | Dr. Jesse Cooper<br>314 Missouri St.<br>West Memphis, AR 72301<br>(870) 735-3919 | Prescriber |
| 40 | Powell, Edgar (D) | 2:06-cv-3378 | Plains Regional Hospital<br>2100 N. Dr. Martin Luther King, Jr,Blvd<br>Clovis, NM 88101<br>(575) 769-2141 | Event |
| 41 | Purcell, Edward | 2:06-cv-3377 | Dr. Arthur Fedics<br>6137 Watt Ave<br>North Highlands, CA 95660<br>(916) 339-2229 | Prescriber |
| 42 | Royster, Melissa | 2:06-cv-02153 | Rite Aid Pharmacy<br>1521 Harford Ave<br>Baltimore, MD 21202<br>(410) 962-5541 | Pharmacy |
| 43 | Russo, Mary | 2:06-cv-6652 | El Paso Orthopaedic Sg. Group<br>1720 Murchison Dr.<br>El Paso, TX 79936 | Prescriber |
| 44 | Schultz, Robert (D) | 2:06-cv-3374 | Marshfield Clinic Pharmacy<br>Dr. Panna Varia c/o<br>1000 North Oak Avenue<br>Marshfield, WI 54449<br>(715) 387-9100 | Pharmacy |
| 45 | Shetrompf, Louise | 2:06-cv-6652 | Rite Aid Corporation<br>80 Central Ave.<br>E. Orange, NJ 07018 | Pharmacy |
| 46 | Simpson, Mark | 2:06-cv-11082 | Rite Aid Corporation<br>80 Central Ave.<br>East Orange, NJ 07018 | Pharmacy |
| 47 | Snedegar, William | 2:05-cv-04326 | Rite Aid Pharmacy<br>2135 Argillite Road<br>Flatwoods, KY 41139 | Pharmacy |
| 48 | Stauffer, Ruth (D) | 2:06-cv-10773 | UPMC SHADYSIDE<br>5230 CENTRE AVE<br>PITTSBURGH, PA 15232 | Event |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 49 | Stickley, Velma | 2:06-cv-01974 | Dr. Jane Brunner<br>7900 Lees Summit Rd.<br>Kansas City, MO 64139<br>(913) 469-5579 | PCP |
| 50 | Stokes, Shirley (D) | 2:06-cv-6239 | Erie County Medical Center<br>462 Grider St.<br>Buffalo NY 14208<br><br>Dr. Nathaniel C. Webster<br>15 Northland Avenue<br>Buffalo NY 14208<br>(716) 882-8989 | Event<br><br>Prescriber |
| 51 | Thrasher-Gordon, Connie | 2:06-cv-11442 | Dr. H. Frank Martin Jr – Cardiologist<br>1211 Union Ave<br>Ste 865<br>Memphis, TN 38104<br>(901) 725-0347 | Cardiology |
| 52 | Victery, Thomas | 2:06-cv-11444 | Dr. H. Frank Martin, Jr. – Cardiologist<br>7705 Poplar Ave<br>Ste. 320<br>Germantown, TN 38138<br>(901) 725-0347 | Cardiology |
| 53 | Wood, Robert B. (D) | 2:07-cv-1701 | Dr. John Cox<br>P.O. Box 4000<br>Joplin, MO 64804 | Cardiology |
| 54 | Yancey, Jolene | 2:06-cv-11068 | Dr. Cesar Caello<br>Prairie Cardiovascular<br>305 W. Jackson St.<br>Carbondale, IL 62901 | Cardiology |
| 55 | York, Artie | 2:06-cv-3373 | Dr. Jose Menendez<br>1800 SW 8th Street<br>Miami, FL 33135<br>(305) 870-9725 | Prescriber |