# EXHIBIT B

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Ady, John L. | 2:06-cv-3378 | Dr. Scott T. Croft<br>5620 E. Bell Road<br>Scottsdale, AZ 85254<br>(602) 493-9361 | Prescriber |
| 2 | Allen, Olamae | 2:06-cv-3465 | Dr. Anne Brooks<br>205 Alma<br>Tutwiler Road, MS 38963 | Prescriber |
| 3 | Allen, Virginia | 2:05-cv-05305 | St. Mary's Hospital/Mercy Medical Center<br>1200 West Walnut Street<br>Rogers, AR 72756 | Events |
| 4 | Aman, Wilma (Michael Aman PR) | 2:05-cv-05311 | Crossroads Regional Hospital<br>500 Medical Dr.<br>P.O. Box 711<br>Wentzville, MO 63385 | Event |
| 5 | Anderson, James | 2:06-cv-3465 | K-Mart Pharmacy<br>280 John Runkin Dr.<br>Natchez, MS 39120 | Pharmacy |
| 6 | Anderson, James | 2:06-cv-3465 | Dr Jerry W. Iles<br>150 Jefferson Davis Blvd. South<br>Natchez, MS 39120 | Prescriber |
| 7 | Anderson, Sandra | 2:06-cv-00785 | Cardiovascular Assocs N Ctrl AR<br>555 West Sixth Street<br>Mountain Home<br>AR 72653<br>(870) 425-8288 | Cardiology |
| 8 | Armbrister, Viola | 2:05-cv-04324 | Dr. Khandelwal Ashish<br>374 Stock Holm Street<br>Brooklyn, NY 11237 | Precriber |
| 9 | Behrens-Bailey, Virginia A. | 2:06-cv-00788 | Dr. Pratip Patel<br>5701 State Ave #100<br>Kansas City, KS 66102<br>(913) 287-7800 | PCP |
| 10 | Belcher, John | 2:06-cv-02153 | Dan Johnson<br>MidSouth Neurosurgery<br>800 S Church<br>Jonesboro AR<br>870-932-3850 | Neurology |
| 11 | Blackstock, Joel C. | 2:06-cv-00790 | Dr. Mohamad Kabani<br>4747 Dusty Lake Drive<br>Suite 203<br>Pine Bluff, AR 71603 | Cardiology |

# EXHIBIT B

| 12 | Boards, Gladys (D) | 2:06-cv-09332 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>( 847) 914-2500 | Pharmacy |
|---|---|---|---|---|
| 13 | Boudreaux, O'Neil | 2:05-cv-03815 | St. John's Mercy Hospital<br>615 S. New Ballas Rd.,<br>St. Louis, MO 63141 | Event |
| 14 | Bridgewater, Olga | 2:06-cv-02153 | Wellness Clinic<br>3000 Prospect Ave.<br>Kansas City, MO 64128 | Rehab |
| 15 | Brown, Peter | 2:06-cv-3375 | Dr. Jacques Tittley<br>Vascular Suregeon<br>304 Victoria Ave.<br>Hamilton, Ontario<br>CANADA<br>905-521-5558 | Event |
| 16 | Cavins, Jane | 2:05-cv-03816 | St. Anthony's Medical Center<br>10010 Kennerly Road<br>St. Louis, MO 63128<br>(314) 525-1000 | Event |
| 17 | Clem, Lloyd | 2:06-cv-00796 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>( 847) 914-2500 | Pharmacy |
| 18 | Cox-Jarvis, Charlene | 2:06-cv-00788 | Dr. James LaSalle<br>950 N Jesse James Rd,<br>Excelsior Springs, MO 64024<br>816-630-6071 | PCP |
| 19 | Cross, Richard (D) | 2:06-cv-6239 | Dr. Philippe Beaudry<br>Corning Hospital<br>130 Centerway<br>Corning, NY 14830 | Cardiology |
| 20 | Crowley, Ava | 2:05-cv-02929 | Poplar Bluff Regional Medical Center<br>2620 N. Westwood Blvd.<br>Poplar Bluff, MO 63901-3396<br>(573) 785-7721 | Event |
| 21 | Daman, Alyce | 2:06-cv-3377 | Stanford Hospitals & Clinics<br>300 Pasteur Drive<br>Stanford, CA 94305 | Event |

# EXHIBIT B

| 22 | Desrosier, Aleah | 2:06-cv-3379 | Kmart Pharmacy<br>3300 Harrison Avenue<br>Butte, MT 59701 | Pharmacy |
|---|---|---|---|---|
| 23 | Drews, David | 2:06-cv-00790 | VA Medical Center<br>2925 DeBarr<br>Anchorage, AK 99508<br>(per Josiah email: requested 06/01/2003 to 06/31/2005 to include pharmacy records, and AMENDED FOR DOS 1/1999- 6/2003 &  include pharmacy. Provider has informed for both of these requests they don't have anything for either dos) | Event |
| 24 | Dunn, James | 2:06-cv-3390 | Dr. James Hagler<br>PO Box 436<br>Buena Vista, GA 31803<br>(229) 649-2050 | Prescriber |
| 25 | Edwards, Howard | BC344 656 | Rideout Memorial Hospital<br>726 4th Street<br>Marysville, CA 95901<br>(530) 749-4300 | Event |
| 26 | Flanagan, James | 2:06-cv-6652 | Penn State Milton S. Hershey Med Ctr<br>500 University Dr.<br>Hershey, PA  17033<br><br>Keystone Family Medicine Assoc.<br>1252 County Rd. 8<br>Keystone, CO  80435 | Event<br><br>PCP |
| 27 | Fogle, Ken | 2:05-cv-05293 | University of Iowa Hospitals & Clinics<br>1614 Somerset Ln.<br>Iowa City, IA 52240 | Event |
| 28 | Goettie, Christine | 2:06-cv-3390 | Winn-Dixie Pharmacy<br>1912 Memorial Drive<br>Waycross, GA 31501 | Pharmacy |
| 29 | Grable, Doris (D) | 2:06-cv-4063 | The Washington Pharmacy/Rite Aid<br>940 Jefferson Ave.<br>Washington, PA 15301 | Pharmacy |

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 30 | Hartwick, Esther (D) | 2:05-cv-03812 | St. Francis Medical Center<br>211 St. Francis Dr.<br>Cape Girardeau, MO 63703<br>(573) 331-3000<br><br>Clearview Nursing Center<br>430 Salcedo Rd.<br>Sikeston, MO 63801<br>(573) 471-2565<br><br>T.W. Roberts, MD<br>808 East Wakefield<br>Sikeston, MO 63801 | Event<br><br>Rehab<br><br>Cardiology |
| 31 | Hayes, Waymond | 2:06-cv-6239 | Dr. Tony S. Das<br>Cardio Interventional Vascular Assoc.<br>7150 Green Ave. Suite 650<br>Lock box 40<br>Dallas, TX 75231 | Cardiology |
| 32 | Hogan, Yolanda (D) | 2:06-cv-00796 | Barnes Jewish Hospital<br>One Barnes Jewish Hospital Drive<br>St. Louis, MO 63110<br>314-747-3000 | Event |
| 33 | Howard, Charlene | 2:06-cv-3379 | Dr. Michael Spieker<br>One Boone Road<br>Brenton, WA 98312-1898 | Prescriber |
| 34 | Jeter, Crosby (D) | 2:06-cv-01418 | Eckerd/ Rite Aid<br>1009 Broad Head Road<br>Aliquippa, PA 15001 | Pharmacy |
| 35 | Jones, Jamesanna (D) | 2:05-cv-02575 | Missouri Baptist Medical Center<br>3844 S Lindbergh Blvd<br>Saint Louis, MO 63127<br>(314) 996-5000 | Event |
| 36 | Kisiolek, Eugene | 2:06-cv-03977 | AdvanceRx.com<br>P.O.Box 3223<br>Wilkes-Barre<br>PA 18773-3223 | Pharmacy |
| 37 | Kopes, Maria (D) | 2:06-cv-03141 | Univ. of Chicago Medical Center<br>5841 South Maryland Avenue<br>Chicago, IL 60637<br>1-888-UCH-0200 | Event |
| 38 | Lafiore, Carmelina (D) | 2:06-cv-02103 | Delmar Gardens North<br>4401 Parker Road<br>Florissant, MO 63033<br>(314) 355-1516 | Event |

# EXHIBIT B

| 39 | Layman, Robert (D) | 2:06-cv-3372 | Dr. Tom Cummins<br>White River Disease Clinic<br>3443 Harrison Street<br>Batesville, AR 72501 | PCP |
|---|---|---|---|---|
| 40 | Lee, Mary | 2:06-cv-11442 | Dr. Shelby Lynn MayGinnes<br>St. Luke's Hospital Plaza<br>4401 Wornall Road<br>Kansas City, MO 64111<br>Dr. Ian McGhie<br>Cardiovasular Consultants<br>4401 Wornall Road<br>Kansas City, MO 64111 | Prescribers |
| 41 | Lopez, Juanita | 2:06-cv-6239 | Saenz Medical Pharmacy<br>2121 East Griffin Pkwy<br>Mission, TX 78572 | Pharmacy |
| 42 | Love, Earline | 2:06-cv-3465 | Greenwood Leflore Hospital<br>1401 River Rd.<br>Greenwood, MS 38930<br>(662) 459-9751 | Event |
| 43 | Marshall, Marilyn (D) | 2:06-cv-6654 | Dr. Shashikumar Gowda, MD<br>AP & S Clinic<br>1530 North 7th Street Suite 200<br>Terre Haute, IN 47807<br><br>Dr. John Albrecht, MD<br>221 South 6th Street<br>Terre Haute, IN 47807 | Cardiology<br><br>Prescriber |
| 44 | Martin, Francis (D) | 2:06-cv-6239 | Big Y Pharmacy<br>425 Center St.<br>Ludlow, MA 01056 | Pharmacy |
| 45 | McAtee, Linda Sue | 2:06-cv-11444 | SSM St. Joseph Health Center<br>300 First Capitol Drive<br>St. Charles, MO 63301<br>636-947-5000 | Event |
| 46 | McCabe, Rudy | 2:06-cv-10773 | Northwest Medical Faculty Foundation<br>251 E. Huron St.<br>Chicago, IL 60611 | Event |
| 47 | McDaniel, Bonnie | 2:05-cv-02578 | Neurological Medicine, Inc.<br>12255 DePaul Drive<br>Bridgeton, MO 63044 | Neurology |
| 48 | McKnight, Thelma | 2:06-cv-3465 | Natchez Regional Medical Center<br>54 Sgt Prentiss Drive<br>Natchez, MS 39120<br>601-443-2100 | Event |

# EXHIBIT B

| 49 | Mead, Herman (D) | 2:06-cv-01972 | Bruce C Lammers DC<br>1205 Clevenger Cove Road<br>Hollister, MO 65672 | Prescriber |
|---|---|---|---|---|
| 50 | Metcalf, Vernon | 2:06-cv-6653 | Carlisle Regional Med. Ctr.<br>361 Alexander Spring Rd.<br>Carlisle, PA 17015 | Event |
| 51 | Michalski, Joan (D) | 2:06-cv-3375 | Walgreens Corporate Office<br>1033 Shooting Park Rd.<br>Peru, IL 61354 | Pharmacy |
| 52 | Miller, Earnest (D) | 2:06-cv-10773 | New Hanover Regional Med. Ctr.<br>2131 S. 17th St.<br>Wilmington, NC 28401 | Event |
| 53 | Moorman, Orrell | 2:06-cv-03172 | SAINT LUKES SOUTH HOSPSITAL<br>12300 METCALF<br>OVERLAND PARK, KS 66213<br>(816) 531-1234 | Event |
| 54 | Morris, Wayne | 2:06-cv-6239 | Dr. Roland Nord<br>Primary Health Network<br>188 Enclave Drive<br>New Castle, PA 16105 | Prescriber |
| 55 | Newton, Helen | 2:05-cv-02578 | Freeman Health System<br>1102 W. 32nd St.<br>Joplin, MO 64804 | Event |
| 56 | Orock, Patty | 2:06-cv-03171 | Hillside Pharmacy<br>304 Evans Dr<br>Ellwood City, PA 16117<br>(724) 752-1643 | Pharmacy |
| 57 | Panos, Robert Sr. | 2:05-cv-03816 | St. Luke's Northland Hospital<br>5830 NW Barry Rd, Kansas City, MO 64154<br>(816) 532-3999<br><br>Dr. James Day<br>601 S US Highway 169 Smithville, MO 64089<br>(816) 532-3999 | Event<br><br>PCP |
| 58 | Phillips, Sam (D) | 2:06-cv-00548 | Southeastern Regional Medical Center<br>300 W. 27th Street<br>Lumberton, NC 28358<br>(910) 671-5000 | Event |

# EXHIBIT B

| 69 | Stewart, Nellie Y. | 2:05-cv-05311 | Dr. J C Haley<br>Puxico Medical Clinic<br>130 E. Harbin Ave.<br>P.O. Box 7<br>Puxico, MO 63960<br>(573) 222-3556 | PCP |
|---|---|---|---|---|
| 70 | Stout, Helen | 2:05-cv-02566 | Medical Center Pharmacy<br>Highway 34 & Canyon<br>Piedmont, MO 63957<br>(573) 223-4235 | Pharmacy |
| 71 | Stroup, Danny | 2:05-cv-05313 | Dr. Donald Piland<br>2210 Barron Rd.<br>Poplar Bluff, MO 63901 | Prescriber |
| 72 | Terrett, Alton (D) | 2:05-cv-03851 | Pemiscot Primary Care Ctr.<br>907 E. Reed St.<br>Hayti, MO 63851 | PCP |
| 73 | Tiberio, Shirley (D) | 2:06-cv-01418 | Rite-Aid Pharmacy<br>847 Midland Ave.<br>Midland, PA 15059<br>(724) 643-6520 | Pharmacy |
| 74 | Tripp, Emigene | 2:05-cv-02568 | Poplar Bluff Reg. Med. Ctr. N<br>2620 N. Westwood Blvd.<br>Poplar Bluff, MO 63901 | Event |
| 75 | Underwood, Sammy | 2:05-cv-02571 | Dr. Alphonse Beauboeuf<br>2415 N Kingshighway Blvd<br>St Louis, MO 63113<br>(618) 274-1900 | PCP |
| 76 | Vann, Peggy | 2:06-cv-6239 | Walgreens<br>1901 East Voorhees<br>PO Box 4039, MS #735<br>Danville, IL 61834<br>(847) 914-2500 | Pharmacy |
| 77 | Vincent, Fred | 2:05-cv-02576 | Poplar Bluff Regional Medical Center<br>2620 North Westwood Blvd<br>Poplar Bluff, MO 63901<br>(573) 785-7721 | Event |
| 78 | Waller, David | 2:05-cv-03802 | Poplar Bluff Regional Medical Center<br>2620 North Westwood Blvd<br>Poplar Bluff, MO 63901<br>(573) 785-7721 | Event |

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 79 | Warden, Karen | 2:06-cv-6652 | Sentara Norfolk General Hosp. 600 Gresham Dr. Norfolk, VA 23507<br><br>Rite Aid Corporation 3600 Tidewater Dr. Norfolk, VA 23509 | Event<br><br>Pharmacy |
| 80 | Whaley, Everett | 2:05-cv-02928 | Dr. Michael Toney 2620 North Westwood Blvd. Poplar Bluff, MO 63901 | PCP |
| 81 | Whorton, Charles R. | 2:06-cv-11442 | Mayo Clinic 200 First Street SW Rochester, MN | Event |
| 82 | Whitehead, Alan (D) | 2:06-cv-10838 | Dr. Ronald Pawlowski 1250 Bamberg CT Hanover Park, IL 60103 630-837-9460 | PCP |
| 83 | Wideman, Sharon | 2:05-cv-05307 | Dr. Ted Vargas 319 North 1st Street Pacific, MO 63069 | PCP |
| 84 | Wood, Richard C. (D) | 2:06-cv-03977 | Kmart Pharmacy 1300 Dellwood Rd Waynesville, NC 28786 | Pharmacy |
| 85 | York, Deloris | 2:06-cv-3381 | St. Michael's Hospital Cleveland, OH (216) 883-1229 | Event |
| 86 | Young, LeJuana | 2:05-cv-03805 | Dr. Harvey Serota STL Heart & Vascular 11155 Dunn Road, Suite 304 Easr St. Louis, MO 63136 | Cardiology |
| 87 | | | | |
| 88 | | | | |
| 89 | | | | |
| 90 | | | | |
| 91 | | | | |
| 92 | | | | |
| 93 | | | | |
| 94 | | | | |
| 95 | | | | |
| 96 | | | | |
| 97 | | | | |
| 98 | | | | |
| 99 | | | | |
| 100 | | | | |
| 101 | | | | |
| 102 | | | | |
| 103 | | | | |