IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**ORDER ON MOTION TO WITHDRAW MOTION
TO SHOW CAUSE**

The Court today considered Certain Plaintiffs' Motion to Withdraw their Motion to Show Cause against Express Scripts and Walgreen Co.[1]  The Court finds that the motion should be **GRANTED**.  It is therefore,

**ORDERED** that the Motion to Withdraw filed by certain plaintiffs against Express Scripts and Walgreen Co. is granted and that neither provider shall be help in contempt of Pre-trial Orders No. 35 and/or 35A as it pertains to these plaintiffs' claims.

Dated this ___18th___ day of _____November_____, 2008.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

---

[1] This Order applies to the following Plaintiffs only: Samuel Taylor, Clay Grant, Carl Simpson, Bobby Stewart, Margaret Cody and Dorothy Hillman for their Motion against Express Scripts and Lorine Beale, Janis Crutchfield, Douglas Garner and Vaughn Morris for their Motion against Walgreen Co.