UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates To: | * | JUDGE FALLON |
| THOSE PLAINTIFFS IDENTIFIED IN EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |

## ORDER TO WITHDRAW MOTION TO SHOW CAUSE FOR RITE AID PHARMACY

The Court today considered Certain Plaintiffs' Motion to Withdraw Their Motion to Show Cause Why Rite Aid Pharmacy Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A. Those Claimants are identified in Exhibit "A" hereto. The Court finds that the motion to withdraw should be **GRANTED**.

Dated this 19th day of November, 2008.

ELDON E. FALLON
UNITED STATE DISTRICT JUDGE

1

**EXHIBIT "A"**

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Provider Phone | Exhibit # |
|---|---|---|---|---|---|---|---|
| S324-112020 | 2007-12-12 | June, Bernadine | RITE AID | ESCALATED | 200400272297 | 717-975-5952 | B-1 |
| S324-114261 | 2008-02-27 | Stevenson, Frances | RITE AID | ESCALATED | 200500036849 | 304-425-3024 | B-2 |
| S324-114961 | 2008-03-19 | McClellan, George | RITE-AID | ESCALATED | 200400256884 | 717-975-5952 | B-3 |
| S324-115111 | 2008-03-19 | Kelser, Charles | RITE AID | ESCALATED | 200500022197 | 717-763-1181 | B-4 |
| S324-117243 | 2008-04-11 | Deel, Gerald | RITE AID | ESCALATED | 200500031745 | 717-761-2633 | B-5 |
| S324-119545 | 2008-05-14 | Holland, Henry Jack | RITE AID | ESCALATED | 200560030373 | 800-748-3243 | B-6 |
| S324-120052 | 2008-05-22 | Killum, Ernest | RITE-AID PHARMACY | ESCALATED | 200500034544 | 800-748-3243 | B-7 |
| S324-121046 | 2008-06-09 | Elliott, Loretta | RITE AID PHARMACY | RESEARCH | 200400256459 | 800-748-3243 | B-8 |
| S324-115793 | 2008-03-26 | Shipman, Lola | RITE AID | ESCALATED | 200500024753 | 800-748-3243 | B-9 |
| S324-115714 | 2008-03-25 | Hawkins, Barbara | RITE AID | ESCALATED | 200400255694 | 800-748-3243 | B-10 |
| S324-121722 | 2008-06-18 | Baldwin, Jeanette Betty | RITE AID | ESCALATED | 200400256238 | 717-761-2633 | B-11 |
| S324-121819 | 2008-06-23 | Miles, Thelma | RITE AID | INCORRECT | 200500030915 | 800-748-3243 | B-12 |
| S324-114538 | 2008-03-06 | Meadows, Dorothy | RITE AID | ESCALATED | 200400283531 | 800-748-3243 | B-13 |
| S324-122263 | 2008-07-07 | Pagan, Sr., Alfonzo L. | RITE AID | ESCALATED | 200400284062 | 800-748-3243 | B-14 |
| S324-122661 | 2008-07-31 | Ishee, Althea | RITE AID PHARMACY | ESCALATED | 200400261093 | 334-393-4440 | B-15 |
| S324-122888 | 2008-08-18 | Williams, Walter | RITE AID | ESCALATED | 200500018405 | 800-748-3243 | B-16 |
| S324-110019 | 2007-11-06 | Harper, Agnes | RITE AID PHARMACY | ESCALATED | 200500014563 | 800-748-3243 | B-17 |
| S324-122964 | 2008-08-19 | Thomas, Robert | RITE AID | ESCALATED | 100200068654 | 800-748-3243 | B-18 |
| S324-108370 | 2007-10-18 | Alston, Vivian E. | RITE AID | ESCALATED | 200600046023 | 717-730-7724 | B-19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S324-107935 | 2007-10-03 | Gabriel, George | RITE AID | ESCALATED | 200400275253 | 717-761-2633 | B-20 |
| S324-123625 | 2008-09-25 | Robinson, Nevill | RITE AID | ESCALATED | 200500021366 | 800-748-3243 | B-21 |
| S324-123701 | 2008-10-01 | Hughes, Keith | RITE AID | RESEARCH | 200400278983 | 800-748-3243 | B-22 |
| S324-123759 | 2008-10-21 | Grubb, Leslie | RITE AID PHARMACY | RESEARCH | 200500010843 | 800-748-3243 | B-23 |
| S324-120935 | 2008-06-05 | Bell, Beverly | RITE-AID | ESCALATED | 200400244392 | 717-761-2633 | B-24 |
| S324-115591 | 2008-03-25 | Liddell, Willie | RITE-AID | ESCALATED | 200500008712 | 717-761-2633 | B-25 |
| | | Boykin, Williams | RITE AID | V2031-PTO35A | | | B-26 |
| | | Penta, Gloria | RITE AID | V2031-PTO35A | | | B-27 |
| | | Randall, Mabel | RITE AID | V2031-PTO35A | | | B-28 |
| | | Wilder, Terry | RITE AID | V2031-PTO35A | | | B-29 |