UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.*, No. 05-3700 | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| *Chautauqua County, New York v. Merck & Co., Inc.*, No. 08-1642 | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *County of Santa Clara v. Merck & Co., Inc.*, No. 06-9382 | * | |
| | * | |
| | * | |
| *District of Columbia, ex rel. Walker v. Merck & Co., Inc.*, No. 08-4148 | * | |
| | * | |
| | * | |
| *Erie County, New York v. Merck & Co., Inc.*, No. 08-1517 | * | |
| | * | |
| | * | |
| *Franklin on behalf of the State of Colorado v. Merck & Co., Inc.*, No. 07-2073 | * | |
| | * | |
| | * | |
| *Hood, ex rel. State of Mississippi v. Merck & Co., Inc.*, No. 05-6755 | * | |
| | * | |
| | * | |
| *People of the State of New York, et al. v. Merck & Co., Inc.*, No. 08-0960 | * | |
| | * | |
| | * | |
| *State of Alaska v. Merck & Co., Inc.*, No. 06-3132 | * | |
| | * | |
| | * | |
| *State of Montana ex rel McGrath v. Merck & Co., Inc.*, No. 06-4302 | * | |
| | * | |
| | * | |
| *State of Utah v. Merck & Co., Inc.*, No. 06-9336 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR ORDER PARTIALLY LIFTING STAY TO ALLOW PARTIES IN GOVERNMENT ACTIONS TO CONDUCT MUTUAL COMMON DISCOVERY

Plaintiffs in the above-captioned actions by or on behalf of states, counties, and/or cities asserting claims against defendant Merck & Co., Inc. ("Merck") with respect to Vioxx ("Government Actions") and Merck respectfully request that this Court issue an Order partially lifting the stay of proceedings in the above-captioned cases, and in similar cases to be transferred to this MDL Court by the Judicial Panel on Multidistrict Litigation, solely for the purpose of allowing the parties to conduct mutual and common discovery in this Court. In support of the motion, plaintiffs and Merck in the Government Actions state as follows:

1. Presently, there are eleven actions brought by or on behalf of states, counties, or cities ("Government Actions") pending in this MDL Court seeking damages or other relief from Merck stemming from allegations concerning Vioxx. Several additional Government Actions have been filed and efforts are underway to have them transferred to this Court pursuant to the MDL process.

2. On November 9, 2007, the Court entered Pretrial Order No. 30, which stayed all litigation proceedings pending in the MDL, including the Government Actions. At the time this Order was entered, remand motions were pending in many of these actions and discovery requests and responses had been exchanged in at least two of these actions.

3. On July 11, 2008, the Court directed Dawn M. Barrios ("Barrios") to coordinate mutual common discovery efforts on behalf of plaintiffs in the Government

Actions by, *inter alia,* working with the PSC, counsel for plaintiffs in the Government Actions and with Merck to develop and implement a mutual common discovery program.

4. Pursuant to this appointment, Barrios has identified relevant counsel for plaintiffs in the Government Actions, communicated the Court's instructions to them, communicated with Merck's counsel regarding the establishment of a mutual common discovery program, made arrangements with the Plaintiffs' Steering Committee to facilitate the Government Action plaintiffs' access to discovery materials previously produced by Merck in this MDL proceeding, and begun synthesizing additional common discovery requests to be served on behalf of plaintiffs in the Government Actions.

5. Counsel for Merck has cooperated with Barrios' and the PSC's efforts by participating in several conference calls, identifying the Government Actions to which this program pertains, making available for dissemination to plaintiffs in the Government Actions discovery materials that will facilitate their ability to access and use previously produced discovery materials, and assembling common discovery requests to be served on behalf of Merck in the Government Actions.

6. Barrios, the PSC and counsel for Merck agree that, in light of the Court's previous instructions and the efforts toward mutual common discovery that have occurred to date, it is now appropriate for the Court to lift the stay of proceedings it previously entered for the limited and sole purpose of permitting a program of mutual common discovery to proceed in this Court among the Government Action plaintiffs, Merck, and relevant third parties.

7. Barrios and counsel for Merck further suggest that the discovery obtained pursuant to this Order, whether newly produced or previously produced, may be used by

the Government Action plaintiffs or Merck in the Government Action cases in this MDL Court or in the courts to which those actions may be transferred or remanded, and seek an order recognizing same.

8. Merck agrees that the Government Action plaintiffs' participation in this program of mutual common discovery will not be deemed a waiver of any arguments that federal subject matter jurisdiction does not exist over their actions, and that there is mutual common discovery.

WHEREFORE, plaintiffs in the Government Actions and Merck, through undersigned counsel, respectfully request that the Court issue the proposed Order attached hereto and thereby partially lift the stay in the Government Actions currently before the Court, and those similar Government Actions that may be transferred to this Court by the Judicial Panel on Multidistrict Litigation, to allow the parties to conduct mutual and common discovery in this Court.

Respectfully submitted,

s/ Dawn M. Barrios
Dawn M. Barrios
LA Bar Roll No. 2821
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, Louisiana  70139

Plaintiffs' State Court Liaison Counsel

And

John H. Beisner
Brian C. Anderson
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

Joseph Zonies
Kritzer/Zonies, LLC
140 E. 19th Avenue
3rd Floor
Denver, CO  80203-1013

*James Franklin on Behalf of the State of Colorado*

Steven J. Phillips
Levy, Phillips & Konigsberg, LLP
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, NJ  08648

*Chautauqua County, New York*
*Erie County, New York*

Timothy M. Bechtold
Rossbach Hart Bechtold, P.C.
PO Box 8988
Missoula, MT  59807-8988

*State of Montana et al.*

Michael J. Miller
David J. Dickens
The Miller Firm, LLC
105 North Alfred Street
Alexandria, VA  22314

*State of Montana et al.*

Diane Paolicelli
Levy, Phillips & Konigsberg, LLP
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, NJ  08648

*Chautauqua County, New York*
*Erie County, New York*

Michael A. Cardozo
Michael A. Cardozo, Attorney at Law
120 Broadway
13th Floor
New York, NY  10271-0007

*People of the State of New York, et al.*

E. Craig Daue
Buxbaum, Dix & Daue, LLP
PO Box 8209
228 W. Main
Suite A
Missoula, MT  59807

*State of Montana et al.*

William A. Rossbach
Rossbach  Hart Bechtold, P.C.
PO Box 8988
Missoula, MT  59807-8988

*State of Montana et al.*

| | |
|---|---|
| James R. Dugan, II<br>The Dugan Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br><br>*Caldwell, et al.* | James D. Caldwell<br>Louisiana Attorney General's Office<br>1885 N. 3rd St.<br>7th Floor<br>Baton Rouge, LA 70802<br><br>*Caldwell, et al.* |
| Sheila M. Bossier<br>Bossier & Associates, PLLC<br>1520 N. State St.<br>P.O. Box 55567<br>Jackson, MS 39202<br><br>*Hood* | Rickey T. Moore<br>Geoffrey C. Morgan<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205<br><br>*Hood* |
| Matthew L. Garretson<br>The Garretson Firm<br>7775 Cooper Road<br>Cincinnati, Ohio 45242<br><br>*Utah State* | Kenneth Lougee<br>Siegfried & Jensen<br>5664 South Green St.<br>Murray, Utah 84123<br><br>*Utah State* |
| David R. Stallard<br>Assistant Attorney General<br>160 East 300 South, 6th floor<br>Salt Lake City, UT 84114<br><br>*Utah State* | James E. Fosler<br>Fosler Law Group, Inc.<br>737 W. Fifth Ave., Suite 205<br>Anchorage, AK  99501<br><br>*State of Alaska* |

Mark Lanier
Rick Meadow
Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069

*State of Alaska*
*James Franklin on Behalf of the State of Colorado*

Patrick J. Coughlin
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

*County of Santa Clara*

Steve W. Berman
Hagans Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

*County of Santa Clara*

Gene Locks
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002

*County of Santa Clara*

Attorney General Mike McGrath
P.O. Box 201401
Helena, MT 59620-1401

*State of Montana et al.*

Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271

*People of the State of New York, et al.*

Robert J. Spagnoletti
Attorney General, DC
1350 Pennsylvania Ave., N.W.
Washington, DC 20004

*Walker, etc.*

H. Vincent McKnight, Jr.
Chris Tisi
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

*Walker, etc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Dawn M. Barrios