## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NUMBER: 05 - 1567 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| PERTAINS TO: <u>05–06852, DeBoutte</u> | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE TO VACATE AND/OR AMEND JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Joelle deBoutte, and herewith files the following Motion for New Trial and/or Motion to Vacate and/or Amend the Order of the Court dated October 16, 2008[1], only insofar as it pertains to plaintiff, Joelle deBoutte, due to the fact that defendant mistakenly represented to the Court that the plaintiff, Joelle deBoutte, failed to provide any discovery to defendant.

**WHEREFORE**, for the reasons set forth in the attached memorandum and exhibits

---

[1] Although the Court's Order is dated October 16, 2008, undersigned counsel was not served with a copy of this Order until November 6, 2008 (see attached exhibit "A").

hereto, plaintiff herein respectfully prays that this Court grant a new trial or in the alternative that the Court vacate and/or amend the Order dated October 16, 2008, only insofar as it dismisses with prejudice the claims of Joelle deBoutte and/or that Ms. deBoutte be granted an opportunity to be heard by this Honorable Court on the defendant's motion to dismiss.

**Respectfully submitted:**

**THORNHILL & COLLINGS, L.C.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS   # 25373**
**TOM W. THORNHILL           # 12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 (facsimile)**
**cwc@thornhillcollings.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

*s/ Chadwick W. Collings*