UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NUMBER: 05 - 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| PERTAINS TO: <u>05–06852, DeBoutte</u> | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**TO:** **Defendant, Merck & Co, Inc.**
*Through its attorneys of record,*
Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

**PLEASE TAKE NOTICE** that the hearing on the Motion for New Trial and/or Motion to Vacate and/or Amend the Order of the Court filed by Plaintiff, Joelle deBoutte, will be heard on the 17th day of December, 2008, at 9:00 o'clock, a.m., at the United States

Page 1 of  2

District Court for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, before the Honorable Eldon E. Fallon, District Court Judge, Section "L."

**Respectfully submitted:**

**THORNHILL & COLLINGS, L.C.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS   # 25373**
**TOM W. THORNHILL          # 12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 (facsimile)**
**cwc@thornhillcollings.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

*s/ Chadwick W. Collings*