# Chadwick W. Collings

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Thursday, November 06, 2008 11:48 AM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:05-cv-06852-EEF-DEK DeBoutte v. Merck & Co Inc Order Dismissing Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 11/6/2008 at 11:48 AM CST and filed on 10/17/2008
**Case Name:** DeBoutte v. Merck & Co Inc
**Case Number:** 2:05-cv-6852
**Filer:**
**WARNING: CASE CLOSED on 10/17/2008**
**Document Number:** 4

**Docket Text:**
**ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice. Signed by Judge Eldon E. Fallon on 10/16/2008.(cms, )**

**2:05-cv-6852 Notice has been electronically mailed to:**

Richard C. Stanley rcs@sfrlawfirm.com

Tommy Wood Thornhill twt@thornhillcollings.com, cdf@thornhillcollings.com, cwc@thornhillcollings.com, map@thornhillcollings.com, ssk@thornhillcollings.com, twm@thornhillcollings.com

Phillip A. Wittmann pwittmann@stonepigman.com, cmolony@stonepigman.com, npaskert@stonepigman.com

Chadwick William Collings cwc@thornhillcollings.com, cdf@thornhillcollings.com, chadwickcollings@charter.net, kbd@thornhillcollings.com, twt@thornhillcollings.com

**2:05-cv-6852 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:



1

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=11/6/2008] [FileNumber=2907784-0
] [801de05825866d12f71bef72cc0cd6474c2c1c951ec47558385f90bdf65ee93b1d9
bfe218f8526569bdedbb43ba276389dfedc1e4aa33b9a000e02eb96022785]]