# THORNHILL & COLLINGS, L.C.
### ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
CHADWICK W. COLLINGS
MITCHELL A. PALMER
CHRISTINE C. HILLEREN

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458

☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhillcollings.com
e-mail: office@thornhillcollings.com
cwc@thornhillcollings.com

April 4, 2008

Eva Petko Esber
Law Offices of Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      RE:    Joelle deBautte vs. Merck & Company, Inc
               Our File No.: 12686

Dear Mrs. Esber:

      Pursuant to your letter dated April 1, 2008, enclosed please find a copy of all letters to medical providers requesting records for my client. Please find requests for Rite Aid Pharmacy, Winn- Dixie Pharmacy, Dr. Vansantha Bethala, Slidell Memorial Hospital, and Dr. Brian Fong. For your convenience, I have enclosed on disc, a copy of all the medical records and bills received from the above mentioned health care providers. Should you have any questions regarding the foregoing, please do not hesitate to contact me at your earliest convenience.

                                       Sincerely,

                                       Chadwick W. Collings

CWC/sk
Enclosures

