UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Annette Patton, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of William Patton v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| Docket Number: 2:05cv 4539 | § | |

### MOTION TO REPLACE ANNETTE PATTON (DECEASED), NAMED REPRESENTATIVE OF THE ESTATE OF WILLIAM PATTON, WITH BONNIE FOX, COURT APPOINTED ADMINISTRATRIX OF THE ESTATE OF WILLIAM PATTON AND DAUGHTER OF WILLIAM AND ANNETTE PATTON

This motion comes as Annette Patton, widow of William Patton and named party representing the estate of William Patton, died on March 26, 2006 (Exhibit A). The Court has since named Bonnie Fox, daughter of William and Annette Patton, as Administratrix. Merck has refused to move forward with William Patton's claims package until Annette Patton has been removed from the case and a new, Court appointed personal representative has been named. Accordingly, we petition this Court grant an expedited order to replace Annette Patton, deceased, with Bonnie Fox, allowing the claim of William Patton to proceed.

Dated this 19th day of November, 2008.

SANFORD PINEDO LLP

By: /s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904

2016 Bissonnet St.<br>
Houston, Texas 77005<br>
Tel: (713) 524-6677<br>
Fax: (713) 524-6611<br>
ssanford@sanfordpinedo.com<br>
<b>ATTORNEY FOR PLAINTIFF</b>

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Replace Annette Patton (Deceased), Named Representative of the Estate of William Patton, with Bonnie Fox, Court Appointed Adminitratrix of the Estate of William Patton and daughter of William and Annette Patton, was served on November 19, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of November, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford