STATE CENTER FOR HEALTH STATISTICS · N.C. VITAL RECO

**CERTIFICATE OF DEATH**

Registration District No. 036-90 Local No. _____

Doc ID: 011032380001 Type: DTH

| 1. DECEDENT'S NAME (First, Middle, Last) | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| ANNETTE PATTON | | 2. Female | 3. March 26, 2006 |

| SOCIAL SECURITY NUMBER | AGE - Last Birthday (Years) | UNDER 1 YEAR Months / Days | UNDER 1 DAY Hours / Minutes | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|
| 4. 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 | 5. 68 | 6b. | 6c. | 6. Apr 24, 1937 | 7. Lincoln Co. NC |

8. WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No): No

9a. PLACE OF DEATH (Check only one; see instructions on other side)
HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER: ☒ Nursing Home ☐ Residence ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| 9b. Gaston Memorial Hospital | 9c. Gastonia | 9d. Yes | 9e. Gaston |

| MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| 10. ~~Married~~ WIDOWED | 11. | 12a. Winder | 12b. Textiles |

| RESIDENCE - STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| 13a. North Carolina | 13b. Gaston | 13c. Mt. Holly | 13d. 423 North Main Street |

| INSIDE CITY LIMITS (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No-If yes, specify Cuban, Mexican, Puerto Rican, etc.) | RACE - American Indian, Black, White, etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| 13e. Yes | 13f. 28120 | 14. ☒ No | 15. White | 16. 9 |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. William Thomas Abernathy | 18. Effie Costner |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | DATE AMENDED |
|---|---|---|
| 19a. Bonny Fox | 19b. 304 Pine Road, Mt. Holly, North Carolina 28120 | 19c. |

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol or drug use. List only one cause on each line. (PRINT or TYPE)

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death)

a. _Lung cA_

DUE TO (OR AS A CONSEQUENCE OF):

b. _NONSTEMI°_

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

20a.

c. _____

DUE TO (OR AS A CONSEQUENCE OF):

d. _____

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use, diabetes, etc.

20b.

| AUTOPSY? (Yes or No) If yes, were findings considered in determining cause of death? | | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| 21a. | 21b. | 21c. | 22. 1645 M. |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

| SIGNATURE AND TITLE OF CERTIFIER | DATE SIGNED (Month, Day, Year) |
|---|---|
| 23a. _B/ab for Dr Erik Schuls_ | 23b. 3/28/06 |

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print)
24. Dr. Erik Schuls Gaston Memorial Hospital Gastonia NC

| METHOD OF DISPOSITION | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | LOCATION - City or Town, State, Zip Code |
|---|---|---|
| 25a. ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | 25b. Gaston Memorial Park | 25c. Gastonia, NC 28054 |

| NAME AND ADDRESS OF FUNERAL HOME | NAME OF FUNERAL DIRECTOR | LICENSE NUMBER |
|---|---|---|
| 26a. Carothers Funeral Home 412 S. Main Street Stanley, NC, 28164 | 26b. John D. Thomas | 26c. FS1182 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | NAME OF EMBALMER | LICENSE NUMBER |
|---|---|---|---|
| 27. _Colleen Bridges / SS_ | 28. March 29, 2006 | 26d. Kelly R. Stroud | 26e. FS1019 |

DHHS 1872 (Revised 11/97) Review 2/99)

VITAL RECORDS

Book:173, Pag

_Exhibit A_