# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® § | MDL No. 1657 |
| § | |
| PRODUCTS LIABILITY LITIGATION § | SECTION L |
| § | |
| § | JUDGE ELDON FALLON |
| § | MAGISTRATE JUDGE |
| *Rosemary Doss, Individually* § | DANIEL E. KNOWLES III |
| *and as Representative of the* § | |
| *Estate of Charles Doss v.* § | |
| *Merck & Co., Inc., et al.* § | |
| **Docket Number: 2:06cv 7702** § | |

## MOTION TO REPLACE ROSEMARY DOSS (DECEASED), NAMED REPRESENTATIVE OF THE ESTATE OF CHARLES DOSS, WITH EMMA FLEMING, DAUGHTER OF CHARLES AND ROSEMARY DOSS

This motion comes as Rosemary Doss, widow of Charles Doss and named party representing the estate of Charles Doss, died on August 28, 2005 (Exhibit A). As such, Merck & Co., Inc., et al. has mandated that, on behalf of the estate of Charles Doss, we motion to this Court for the dismissal of the claim of Rosemary Doss and have another named so as to proceed with the claim of Charles Doss, deceased client who used Vioxx and subsequently died from the ingestion of Vioxx. Accordingly, we petition this Court grant an expedited order to replace Rosemary Doss, deceased spouse of Charles Doss, with Emma Fleming, daughter of Rosemary and Charles Doss, allowing the claim made on behalf of the estate of Charles Doss to proceed.

Dated this 24th day of November, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904

2016 Bissonnet St.
Houston, Texas  77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Replace Rosemary Doss (Deceased), Named Representative of the Estate of Charles Doss, with Emma Fleming, daughter of Rosemary and Charles Doss, was served on November 24, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of November, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford