STATE OF FLORIDA

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY

FLORIDA CERTIFICATE OF DEATH

Rosemary          Hope          Dass          Fasolo

March 8, 1950          86          August 28, 2005

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          Bethesda, Maryland          Okaloosa

North Okaloosa Medical Center          Crestview

Florida          Okaloosa          Crestview

2411 Cross Drive          Crestview          32536

Homemaker          Own Home

Clarence Hotel Smith          Mattie Lillian Carlisle

Elizabeth Smith          Daughter          Florida

Crestview          289 Cross Street          Florida          32536

Barkimie Crematory          DeFuniak Springs          Florida

FH 1646

Bonkerdis Direct Cremation Service          Florida

DeFuniak Springs          32433

1471 Highway 83 North

09/09/2005          0730

MR 91729          Cameron F. Snidder, M.D.

Florida          Fort Walton Beach          206 Staff Drive          32547

SEP 14 2005

Complications of Morbid Obesity

FEB 20 2008

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A COLORED BACKGROUND AND THE GOLD AND EMBOSSED SEAL. THE BACK CONTAINS THIS WARNING AND AS ADDITIONAL SECURITY FEATURES.

DH FORM 1947 (06/04)

HEALTH

51154542          CERTIFICATION OF VITAL RECORD