UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® § | | MDL No. 1657 |
| § | | |
| PRODUCTS LIABILITY LITIGATION § | | SECTION L |
| § | | |
| § | | JUDGE ELDON FALLON |
| § | | MAGISTRATE JUDGE |
| *Rosemary Doss, Individually* § | | DANIEL E. KNOWLES III |
| *and as Representative of the* § | | |
| *Estate of Charles Doss v.* § | | |
| *Merck & Co., Inc., et al.* § | | |
| **Docket Number: 2:06cv 7702** § | | |

## ORDER SUBSTITUTING ROSEMARY DOSS (DECEASED), NAMED REPRESENTATIVE OF THE ESTATE OF CHARLES DOSS, WITH EMMA FLEMING, DAUGHTER OF CHARLES AND ROSEMARY DOSS

Considering the Motion to Substitute Rosemary Doss, (Deceased spouse of Charles Doss), with Emma Fleming, Court Appointed Administratrix of the Estate of Charles Doss and daughter of Rosemary and Charles Doss, this Court finds that the motion should be GRANTED.

It is therefore ORDERED that Emma Fleming's name shall be substituted in this cause of action with that of Rosemary Doss as the party, Administratrix and personal representative of behalf of the Estate of Charles Doss.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE