# UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Leah Hutson, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of Bessie Marie Kerby v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| **Docket Number: 2:05cv 3090** | § | |

## MOTION TO DISMISS THE CLAIM OF DOROTHY HUNTER (DECEASED), NAMED PARTY AND DAUGHTER OF DECEASED, BESSIE MARIE KERBY, SO THE CLAIM OF LEAH HUTSON, DAUGHTER AND PERSONAL REPRESENTATIVE OF THE ESTATE OF BESSIE MARIE KERBY, AND OTHER NAMED PARTIES MAY PROCEED

This motion comes as Dorothy Hunter, daughter of Bessie Marie Kerby and named party, died on October 9, 2007. As such, Merck & Co., Inc., et al. has mandated that, on behalf of the estate of Bessie Marie Kerby, we motion to this Court for the dismissal of the claim of Dorothy Hunter so the claim of Leah Hutson, daughter and administatrix of the estate of Bessie Marie Kerby, may proceed on behalf of the estate of Bessie Marie Kerby and other named parties. Accordingly, we petition this Court grant an expedited order to dismiss the claim of Dorothy Hunter, daughter of Bessie Marie Kerby and named party, allowing the claim made on behalf of the estate of Bessie Marie Kerby and other named parties may proceed.

Dated this 24th day of November, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford
    Shelly A. Sanford

Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss the Claim of Dorothy Hunter (Deceased), Named Party and Daughter of Deceased, Bessie Marie Kerby, so the Claim of Leah Hutson, Daughter and Personal Representative of the Estate of Bessie Marie Kerby and other Named Parties May Proceed, was served on November 24, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of November, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford