## UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | § | **MDL No. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | **SECTION L** |
| | § | |
| | § | **JUDGE ELDON FALLON** |
| | § | **MAGISTRATE JUDGE** |
| ***Leah Hutson, Individually*** | § | **DANIEL E. KNOWLES III** |
| ***and as Representative of the*** | § | |
| ***Estate of Bessie Marie Kerby v.*** | § | |
| ***Merck & Co., Inc., et al.*** | § | |
| **Docket Number: 2:05cv 3090** | § | |

## ORDER DISMISSING THE CLAIM OF DOROTHY HUNTER (DECEASED), NAMED PARTY AND DAUGHTER OF DECEASED, BESSIE MARIE KERBY, SO THE CLAIM OF LEAH HUTSON, DAUGHTER AND PERSONAL REPRESENTATIVE OF THE ESTATE OF BESSIE MARIE KERBY, AND OTHER NAMED PARTIES MAY PROCEED

Considering the Motion to Dismiss the claims of Dorothy Hunter, Deceased, daughter of Bessie Marie Kerby this Court finds that the motion should be GRANTED.

It is therefore ORDERED that the claims of Dorothy Hunter, Deceased, daughter of Bessie Marie Kerby are hereby DISMISSED and the parties may proceed with the claim of Bessie Marie Kerby.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE