# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Cleatus W. Drinnon, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of Glenda Drinnon v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| Docket Number: 2:06cv 9420 | § | |

## MOTION TO SUBSTITUE CLEATUS W. DRINNON (DECEASED HUSBAND OF GLENDA DRINNON), NAMED EPRESENTATIVE OF THE ESTATE OF GLENDA DRINNON, WITH SHARLA DRINNON CARVER AND LEESA DRINNON TOLIVER, COURT APPOINTED ADMINISTRATRICES OF THE ESTATE OF GLENDA DRINNON AND DAUGHTERS OF CLEATUS AND GLENDA DRINNON

This motion comes as Cleatus W. Drinnon, widower of Glenda Drinnon and Named Representative of the Estate of Glenda Drinnon, died on January 15, 2007. The Court has since named Sharla Drinnon Carver and Leesa Drinnon Toliver, daughters of Cleatus and Glenda Drinnon, as Administratrices. Merck has refused to move forward with Glenda Drinnon's claims package until Cleatus W. Drinnon has been removed from the case and a new, Court appointed personal representative has been named. Accordingly, we petition this Court grant an expedited order to replace Cleatus W. Drinnon, deceased, with Sharla Drinnon Carver and Leesa Drinnon Toliver, allowing the claim of Glenda Drinnon to proceed.

Dated this 25th day of November, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford

Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas  77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Replace Cleatus W. Drinnon (Deceased Husband of Glenda Drinnon), Named Representative of the Estate of Glenda Drinnon, with Sharla Drinnon Carver and Leesa Drinnon Toliver, Court Appointed Adminitratrices of the Estate of Glenda Drinnon and daughters of Cleatus and Glenda Drinnon, was served on November 25, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of November, 2008.

/s/ Shelly A. Sanford
Shelly A. Sanford