# CERTIFICATION OF VITAL RECORD

# CITY OF ABILENE
## STATE OF TEXAS

**STATE OF TEXAS — CERTIFICATE OF DEATH**

1. **LEGAL NAME OF DECEASED:** Cleatus Woodrow Drinnon
2. **DATE OF DEATH:** January 15, 2007
3. **SEX:** Male
4. **DATE OF BIRTH:** Dec. 21, 1937
5. **AGE:** 69
6. **BIRTHPLACE:** Weinert, Texas
7. **SOCIAL SECURITY NUMBER:** 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
8. **MARITAL STATUS AT TIME OF DEATH:** Widowed
10a. **RESIDENCE STREET ADDRESS:** 6565 Central Parkway Blvd.
10c. **CITY OR TOWN:** Abilene
10d. **COUNTY:** Taylor
10e. **STATE:** Texas
10f. **ZIP CODE:** 79606
10g. **INSIDE CITY LIMITS?:** Yes
11. **FATHER'S NAME:** Robert Drinnon
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** Veda Turnbow
13. **PLACE OF DEATH:** Decedent's Home
14. **COUNTY OF DEATH:** Taylor
15. **CITY/TOWN, ZIP:** Abilene, 79706
16. **FACILITY NAME (street address):** 6565 Central Parkway Blvd.
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** Sharla Carver — Daughter
18. **MAILING ADDRESS OF INFORMANT:** 2208 SCR 1085 Midland, Texas 79706
19. **METHOD OF DISPOSITION:** Burial
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** Christina M. Tidwell  12290
21. **Section:** New North, **Lot:** 7, **Space:** 6
22. **PLACE OF DISPOSITION:** Willow Cemetery
23. **LOCATION:** Haskell, Texas 79521
24. **NAME OF FUNERAL FACILITY:** Holden McCauley Funeral Home
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 304 North 2nd Street Haskell, Texas 79521
26. **CERTIFIER:** Certifying Physician
28. **DATE CERTIFIED:** 1/22/07
29. **LICENSE NUMBER:** J8058
30. **TIME OF DEATH:** 10:07 AM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** Dr. Anton Melnyk 1957 Antilley Road Abilene, Texas 79606
32. **TITLE OF CERTIFIER:** M.D.

33. **PART 1. CHAIN OF EVENTS:**
   a. **IMMEDIATE CAUSE:** Cardiac Arrest
   b. Coronary Artery Disease

**PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** Metastatic Prostate Cancer

34. **WAS AN AUTOPSY PERFORMED?:** No
36. **MANNER OF DEATH:** Natural
37. **DID TOBACCO CONTRIBUTE TO DEATH?:** Unknown

42a. **REGISTRAR FILE NO.:** 04-0084
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** JAN 26 2007
42c. **REGISTRAR:** Janice Louden

171506

I hereby certify that this is a true and correct reproduction of the original record as recorded in the City of Abilene, Vital Statistics Office. Issued under authority of Sec. 191.051, Health and Safety Code.

*Janice Louden*
JANICE LOUDEN, REGISTRAR
Vital Statistics Office

**DATE ISSUED:** JAN 26 2007

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE