# UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Cleatus W. Drinnon, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of Glenda Drinnon v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| **Docket Number: 2:06cv 9420** | § | |

## ORDER SUBSTITUTING CLEATUS W. DRINNON, WIDOWER OF GLENDA DRINNON AND NAMED REPRESENTATIVE OF THE ESTATE OF GLENDA DRINNON WITH SHARLA DRINNON CARVER AND STEPHEN DRINNON CHILDREN OF CLEATUS AND GLENDA DRINNON, AS ADMINISTRATORS

Considering the Motion to Substitute Cleatus W. Drinnon, widower of Glenda Drinnon and Named Representative of the Estate of Glenda Drinnon who died on January 15, 2007. The Court names Sharla Drinnon Carver and Stephen Drinnon, children of Cleatus and Glenda Drinnon, as Administrators. This Court finds that the motion should be GRANTED.

It is therefore ORDERED that Cleatus W. Drinnon, widower of Glenda Drinnon and Named Representative of the Estate of Glenda Drinnon be substituted in by Sharla Drinnon Carver and Stephen Drinnon, children of Cleatus and Glenda Drinnon, as Administrators and Named Representative of the Estate of Glenda Drinnon.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE