UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | |
| Lois Madison, Docket No. 05-4428 | MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2II, and in accordance with Pretrial Order 36, the law firm of Frank J. D'Amico, Jr., APLC counsel of record for Lois Madison, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record, in the above styled case/claim. Counsel states that plaintiff no longer wishes to continue with her claim as she denies suffering from any qualifying events.

For this reason, Frank J. D'Amico, Jr., APLC urges the Court to grant their motion to withdraw as Counsel of Record in this matter.

Respectfully submitted:

FRANK J. D'AMICO, JR., (#17519)
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-9561
Telecopier:    (504) 525-0522
ATTORNEYS FOR PLAINTIFF