# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. * | MDL NO. 05-4428 |
| ****************************************** | CIVIL ACTION NO. |
| This action relates to: * | SECTION L MAG. 3 |
| HAROLD ANDERSON, ETAL. * | JUDGE ELDON FALLON |

Plaintiffs,

Versus

MERCK & CO., INC.

Defendant.

**************************************************************************

### WRITTEN CONSENT TO WITHDRAW

I, Lois Madison, hereby certify that:

1. The Law Office of Frank J. D'Amico Jr. has my permission to withdraw as the attorneys in the above entitled and numbered proceeding;

2. I have not suffered from either a heart attack or a stroke which I have been informed are the only qualifying events;

3. Attorney D'Amico has advised me, and I am aware, that there are deadlines involving discovery and continuing litigation that I must adhere to in order to proceed with Vioxx litigation and have been provided with the appropriate orders and a copy of my file; and

4. My current address is 1509 Kings Road, Apartment B, Harvey, Louisiana, 70058; and my telephone number is (504) 367-5541.

Signed this 29 day of June 2008.

_____    _____
Witness                       Lois Madison