UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Valerie Rockingham, et al.*

*v.*

*Merck & Co., Inc.*

**Only with regard to:**

**Mary Rush, Sydney S. Salyers, Timothy L. Shannon, William I. Smart, Jeanie H. Smith, Katherine J. Smith, Beverly J. Spears, Dorothy E. Stewart, Diana Taylor, Warren Watson, David P. West, Jennifer Wisdom, Individually and as Representative of the Estate of Richard L. Wisdom, Richard W. Wright**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-7115

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Mary Rush, Sydney S. Salyers, Timothy L. Shannon, William I. Smart, Jeanie H. Smith, Katherine J. Smith, Beverly J. Spears, Dorothy E. Stewart, Diana Taylor, Warren Watson, David P. West, Jennifer Wisdom, Individually and as Representative of the Estate of Richard L. Wisdom, and Richard W. Wright, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

954854v.1

_____/David P. Matthews/_____             _____/Dorothy H. Wimberly/_____
David P. Matthews                                 Phillip A. Wittmann
Matthews & Associates                             Dorothy H. Wimberly
2905 Sackett Street                               546 Carondelet Street
Houston, Texas 77098                              New Orleans, Louisiana 70130
(713) 522-5250                                    (504) 581-3200

*Counsel for Plaintiffs*                          *Counsel for Defendant Merck & Co., Inc*


Dated: _11/25/2008_____                 Dated: _11/25/2008_____

954854v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of November, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

954854v.1