## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Valerie Rockingham, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:06-cv-7115 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Mary Rush, Sydney S. Salyers,
Timothy L. Shannon, William I.
Smart, Jeanie H. Smith, Katherine J.
Smith, Beverly J. Spears, Dorothy E.
Stewart, Diana Taylor, Warren
Watson, David P. West, Jennifer
Wisdom, Individually and as
Representative of the Estate of
Richard L. Wisdom, Richard W.
Wright**
*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Mary Rush, Sydney S. Salyers, Timothy L. Shannon, William I. Smart,

Jeanie H. Smith, Katherine J. Smith, Beverly J. Spears, Dorothy E. Stewart, Diana Taylor,

Warren Watson, David P. West, Jennifer Wisdom, Individually and as Representative of the

Estate of Richard L. Wisdom, and Richard W. Wright and Defendant, Merck & Co., Inc. hereby

stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims

against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear

its own costs.

954860v.1

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE

954860v.1