## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Amelia Haywood, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:06-cv-6944 |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only with regard to:** | * | |
| | * | |
| **Bridgett Higgins, Individually and as Representative of the Estate of Othell Higgins, Stephen H. Higgins, Mark Houde, Individually and as Representative of the Estate of Roselyn M. Houde, Jim Howard, Arnetta K. Jackson** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Bridgett Higgins, Individually and as Representative of the Estate of Othell Higgins, Stephen H. Higgins, Mark Houde, Individually and as Representative of the Estate of Roselyn M. Houde, Jim Howard, and Arnetta K. Jackson and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

954832v.1