## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Clara E. Clark, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:06-cv-6942 |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only with regard to:** | * | |
| | * | |
| **June A. Cordle, Larry M. Cotton, Gloria J. Dantzler, Diane J. Davis, Juanetta M. Davis, Celestina DeRosier, Melvin E. Disbennett, Edward L. Elliott, Laura M. Fitzgerald, Vernon F. Fox, Alice Garcia** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs June A. Cordle, Larry M. Cotton, Gloria J. Dantzler, Diane J. Davis, Juanetta M. Davis, Celestina DeRosier, Melvin E. Disbennett, Edward L. Elliott, Laura M. Fitzgerald, Vernon F. Fox, and Alice Garcia and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

954827v.1