# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Joyce A. Baker, et al.* | * | JUDGE FALLON |
| | * | |
| *v.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Merck & Co., Inc.* | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4755 |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Willie Cathey**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Willie Cathey and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2008.

_____
DISTRICT JUDGE

954819v.1