UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Cleatus W. Drinnon, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of Glenda Drinnon v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| Docket Number: 2:06cv 9420 | § | |

## MOTION TO SUBSTITUTE LEESA DRINNON TOLIVER WITH STEPHEN DRINNON

This motion comes as Cleatus W. Drinnon, widower of Glenda Drinnon and Named Representative of the Estate of Glenda Drinnon, died on January 15, 2007. The Court has since named Sharla Drinnon Carver and Stephen Drinnon, children of Cleatus and Glenda Drinnon, as Administrators. Merck has refused to move forward with Glenda Drinnon's claims package until Cleatus W. Drinnon has been removed from the case and a new, Court appointed personal representative has been named. By previous motion filed earlier today Plaintiff requested that Cleatus W. Drinnon, deceased be removed from the case and be replaced with Sharla Drinnon Carver and Leesa Drinnon Toliver. Accordingly, we now petition this Court grant an expedited order to replace Leesa Drinnon Toliver with Stephen Drinnon, allowing the claim of Glenda Drinnon to proceed.

Dated this 25th day of November, 2008.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford

              Shelly A. Sanford
              Federal Bar No. 19105
              Texas Bar No. 00784904
              2016 Bissonnet St.
              Houston, Texas  77005
              Tel: (713) 524-6677
              Fax: (713) 524-6611
              ssanford@sanfordpinedo.com
              **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion to Replace Cleatus W. Drinnon (Deceased Husband of Glenda Drinnon), Named Representative of the Estate of Glenda Drinnon, with Sharla Drinnon Carver and Stephen Drinnon, Court Appointed Administrators of the Estate of Glenda Drinnon and children of Cleatus and Glenda Drinnon, was served on November 25, 2008, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of November, 2008.

              /s/ Shelly A. Sanford
              Shelly A. Sanford