# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Linda M. Cable, et al.* | * | JUDGE FALLON |
| | * | |
| *v.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Merck & Co., Inc.* | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4759 |
| | * | |
| | * | |
| **Only with regard to:** | * | |
| | | |
| **Sara L. Cox, Carron A. Foster,** | | |
| **Goldie M. Hubek, Timothy A.** | | |
| **Vickers, and Allan D. Douglas,** | | |
| **Individually and as Representative of** | | |
| **the Estate of William N. Douglas** | | |
| ********************************* | | |

## ORDER OF DISMISSAL WITH PREJUDICE

      Plaintiffs Sara L. Cox, Carron a. Foster, Goldie M. Hubek, Timothy A. Vickers and Allan D. Douglas, Individually and as Representative of the Estate of William N. Douglas and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

      NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

 

                                                              _____
                                                              DISTRICT JUDGE