UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates To: | * | JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |

### ORDER TO WITHDRAW MOTION TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto. The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiff Lois G. McKenzie, deceased.

This order shall not apply to the pending Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt of Court for the remaining Plaintiffs on Exhibit "A".

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE