UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION TO SHOW CAUSE WHY KROGER PHARMACY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDERS NOS. 35 AND/OR 35A**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., file this Motion to Withdraw the previously filed Motion to Show Cause Why Kroger Pharmacy Should Not Be Held in Contempt for failing to Comply with Requests Made for the Production of Certain Medical Records from the healthcare providers listed below.

1. Claimant Bryant Hurley filed the motion to show cause on November 18, 2008. Since filing said motion, Kroger Pharmacy has produced the requested pharmacy record.

2. Claimant Ilene Remenicky filed the motion to show cause on November 18, 2008. Since filing said motion, Kroger Pharmacy has produced part of the records and is conducting a manual search for additional records.

1

Dated: 11/25/08

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on Kroger Pharmacy.

/s/ Benjamin L. Locklar
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFFS**

2

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Order Type | Provider Phone |
|---|---|---|---|---|---|---|---|
| | | Remenicky, Ilene | KROGER | | | V2031-PTO35A | |
| | 9/22/2008 | Hurley, Bryant | KROGER PHARMACY | Received | | | |