UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

### ORDER TO WITHDRAW MOTION TO SHOW CAUSE

The Court today considered Certain Plaintiff's Motion to Withdraw Motion to Show Cause Why Kroger Pharmacy Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs Bryant Hurley and Ilene Remeicky.

Dated this _____ day of _____, 2008.


_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE

1

| REQUEST ID | RECEIVE DATE | Claimant Name | Provider Name | Status | Claim # | Order Type | Provider Phone |
|---|---|---|---|---|---|---|---|
| | | Remenicky, Ilene | KROGER | | | V2031-PTO35A | |
| | 9/22/2008 | Hurley, Bryant | KROGER PHARMACY | Received | | | |