| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Adelberg, Carol v. Merck & Co., Inc. | 2:08-cv-04173-EEF-DEK | Adelberg | Carol | |
| Adelberg, Carol v. Merck & Co., Inc. | 2:08-cv-04173-EEF-DEK | Amendoeira | Antonio | |
| Alapeck, Geraldine M v. Merck & Co., Inc. | 2:08-cv-03221-EEF-DEK | Alapeck | Geraldine | M |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Alapeck | Geraldine | M |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Bilik | Helen | |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Boone | Elizabeth | |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Croft | Carolyn | S |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Mahar | Mary | J |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Santacrose | Dean | |
| Bilik, Helen v. Merck & Co., Inc. | 2:08-cv-04172-EEF-DEK | Simmons | Stasia | |
| Cadwell, Samuella v. Merck & Co., Inc. | 2:08-cv-04167-EEF-DEK | Cadwell | Albert | D |
| Cadwell, Samuella v. Merck & Co., Inc. | 2:08-cv-04167-EEF-DEK | Cadwell | Samuella | |
| Cadwell, Samuella v. Merck & Co., Inc. | 2:08-cv-04167-EEF-DEK | Corprew | Wilbert | |
| Cadwell, Samuella v. Merck & Co., Inc. | 2:08-cv-04167-EEF-DEK | Plocek | Elsa | |
| Cadwell, Samuella v. Merck & Co., Inc. | 2:08-cv-04167-EEF-DEK | Schaffer | Ronald | H |
| Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | Smith | Victoria | |

| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Connolly | Marjorie | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Harris, Jr. | Charles | |
| Croft, Caroline S. v. Merck & Co., Inc. | 2:08-cv-04171-EEF-DEK | Croft | Caroline | S |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Lindsey | Kimberly | |
| Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-03220-EEF-DEK | Spencer | Frank | |
| Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK | Gehm | Herbert | |
| Hoffner, Kathleen v. Merck & Co., Inc. | 2:06-cv-02238-EEF-DEK | Hoffner | Kathleen | |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Smith | Sheila | |
| Mahar, Mary J. v. Merck & Co., Inc. | 2:08-cv-03222-EEF-DEK | Mahar | Mary | J |
| Pitcher, Kevin v. Merck & Co., Inc. | 2:08-cv-04170-EEF-DEK | Pitcher | Kevin | |
| Raftis, Marianne v. Merck & Co., Inc. | 2:08-cv-04166-EEF-DEK | Raftis | Marianne | |
| Santacrose, Dean v. Merck & Co., Inc. | 2:08-cv-04168-EEF-DEK | Santacrose | Dean | |
| Steinhoff, Margaret v. Merck & Co., Inc. | 2:08-cv-04169-EEF-DEK | Steinhoff | Margaret | |