| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Darrow | Rodney | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Demoski | Jim | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Henderson | Edward | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | O'Connor | Ronald | R |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Aljibory | Adnan | A |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Robinson | Rosanna | |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Santacrose | Viola | |
| Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | Cavallo | Matthew | |
| Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | DeRosa | Alphonse | V |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Curtis | Marjorie | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Donahue | Kristina | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hia | Kristine | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hickok | Sheila | L |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hochrun | Joanne | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Holdredge | Suzanne | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hoyt | Maurice | |

| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Kunik | Frank | P |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Patrick | William | |
| Core, Marilyn R v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK | Core | Richard | F |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Devincentiis | Carlo | |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Lord | Wilson | E |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Pratt | Arthur | |
| Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Dier | Glenn | L |
| Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Mack | Timothy | |
| Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK | Berthel | Scott | R |
| Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK | Gates | Robert | |
| Hoffner, Kathleen v. Merck & Co., Inc. | 2:06-cv-02238-EEF-DEK | Carniero | Manuel | |
| Hoffner, Kathleen v. Merck & Co., Inc. | 2:06-cv-02238-EEF-DEK | Roman | Thomas | J |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Holobosky | Rosemary | T |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Mannino | Ann | M |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Sullivan | Thomas | J |
| Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | Kurtz | Mary | |