UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
|     *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.*, No. 05-3700 | *   SECTION L |
| | * |
|     *Chautauqua County, New York v. Merck & Co., Inc.*, No. 08-1642 | *   JUDGE ELDON E. FALLON |
| | * |
|     *County of Santa Clara v. Merck & Co., Inc.*, No. 06-9382 | *   MAGISTRATE JUDGE KNOWLES |
| | * |
|     *District of Columbia, ex rel. Walker v. Merck & Co., Inc.*, No. 08-4148 | * |
| | * |
|     *Erie County, New York v. Merck & Co., Inc.*, No. 08-1517 | * |
| | * |
|     *Franklin on behalf of the State of Colorado v. Merck & Co., Inc.*, No. 07-2073 | * |
| | * |
|     *Hood, ex rel. State of Mississippi v. Merck & Co., Inc.*, No. 05-6755 | * |
| | * |
|     *People of the State of New York, et al. v. Merck & Co., Inc.*, No. 08-0960 | * |
| | * |
|     *State of Alaska v. Merck & Co., Inc.*, No. 06-3132 | * |
| | * |
|     *State of Montana ex rel McGrath v. Merck & Co., Inc.*, No. 06-4302 | * |
| | * |
|     *State of Utah v. Merck & Co., Inc.*, No. 06-9336 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

    The Court, having reviewed the Joint Motion For Order Partially Lifting Stay To Allow Parties In Government Actions To Conduct Mutual Common Discovery in the above-captioned

actions by and on behalf of state, county, and/or cities against Merck (the "Government Actions") and any other Government Actions transferred to this Court by the Judicial Panel on Multidistrict Litigation, it is hereby ORDERED that the Motion is Granted, the stay set forth in Pretrial Order No. 30 is lifted for the limited and sole purpose of allowing mutual common discovery to proceed, in a coordinated fashion, in this Court among the Government Action plaintiffs, Merck, and relevant third parties, and the parties to the Government Actions are directed to conduct such mutual common discovery.  The discovery obtained pursuant to this Order, whether newly produced or previously produced may be used by the Government Action plaintiffs or Merck in the Government Action cases in this MDL Court or in the courts to which those actions may be transferred or remanded.

IT IS FURTHER ORDERED that all other portions of the stay, as set forth in Pretrial Order No. 30, remain in effect.

Dated: November  21st  2008

_____

United States District Judge