UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx * | |
| Products Liability Litigation * | |
| * | |
| This Document Relates To: * | MDL No. 05-1657 |
| * | |
| *Ronald Rester, et al* * | JUDGE FALLON |
| * | |
| *v.* * | MAGISTRATE JUDGE |
| * | KNOWLES |
| *Merck & Co., Inc.* * | |
| * | |
| **No. 05-4460** * | |
| * | |
| **Only with regard to:** * | |
| **Mae Singleton** | |
| ********************************* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Mae Singleton and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 21st day of November, 2008.

_____
DISTRICT JUDGE

954207v.1