UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Juanita C. Walls* | * | JUDGE FALLON |
| | * | |
| *v.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Merck & Co., Inc.* | * | |
| | * | |
| No. 05-4461 | * | |
| | * | |
| **Only with regard to:** | * | |
| **Demetri C. Williams** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Demetri Williams and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 21st day of November, 2008.

_____
DISTRICT JUDGE

954195v.1