UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | MAGISTRATE JUDGE |
| *Annette Patton, Individually* | § | DANIEL E. KNOWLES III |
| *and as Representative of the* | § | |
| *Estate of William Patton v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| Docket Number: 2:05cv 4539 | § | |

## ORDER

Considering the Motion to Replace Annette Patton (Deceased), Named Representative of the Estate of William Patton, with Bonnie Fox, Court Appointed Adminitratrix of the Estate of William Patton and daughter of William and Annette Patton, this Court finds that the motion should be granted.

It is therefore ORDERED that Annette Patton's name shall be replaced in this cause of action with that of Bonnie Fox as the party, Administratrix, and personal representative on behalf of the estate of William Patton.

New Orleans, Louisiana, this __24th__ day of __November__, 2008.

Honorable Eldon E. Fallon
U.S. District Court Judge