UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   Olivia Robinson v. Merck & Co., Inc., et al.
Civ A. No. 07-914

# ORDER

The Court has been advised that the transferor court in this matter previously ruled that the Defendant, Pablo Medina, M.D., was improperly joined as a defendant. Accordingly, IT IS ORDERED that the Plaintiffs' claims against Defendant Pablo Medina, M.D., ARE HEREBY DISMISSED.

New Orleans, Louisiana, this 25th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

1