UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * **MDL Docket No. 1657** |
| | * |
| PRODUCTS LIABILITY | * **SECTION L** |
| LITIGATION | * |
| | * **JUDGE FALLON** |
| This document relates to: | * |
| | * **MAGISTRATE JUDGE** |
| *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv- | * **KNOWLES** |
| 05822-EEF-DEK (Gordon Gonnuscio only); *Allison, et* | * |
| *al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04450- | * |
| EEF-DEK (Lemma Plemons only); *Bajon, et al. v.* | * |
| *Merck & Co., Inc.,* Docket No. 2:06-cv-03865-EEF- | * |
| DEK (Luba Kanavaloff only); *Garcia-DeLeon, et al. v.* | * |
| *Merck & Co., Inc.,* Docket No. 2:06-cv-10092-EEF- | * |
| DEK (Bonita A. Garcia-DeLeon only); *Ebong, et al. v.* | * |
| *Merck & Co., Inc.,* Docket No. 2:06-cv-01508-EEF- | * |
| DEK (Lawrence Rivers and Ava Williams only); | * |
| *Gomez, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv- | * |
| 01003-EEF-DEK (Felicita Rivera and Paula Debo only); | * |
| *Jenkins, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv- | * |
| 04416-EEF-DEK (Joseph Aguillard, Patricia Anderson, | * |
| Terrell Breaux, Albert Dobard, Carolyn Hughes, Jessie | * |
| Jackson, Tanisha Jackson, Shelly Joseph, Glynis Rogers- | * |
| Taylor, and Kevin Young only); *Prado, et al. v. Merck* | * |
| *& Co., Inc.,* Docket No. 2:05-cv-06303-EEF-DEK | * |
| (Margarita Acevedo, Gary Hadley, Therezinha | * |
| Kalicosque, and Guillermina Marina only) | * |
| | * |

**************************************************************************

# ORDER

Defendant Merck & Co., Inc.'s Third Cross-Motion and Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute, R. Doc. 16154, came on for hearing on the 21st day of November, 2008. For the reasons orally assigned, the Court entered judgment as follows:

IT IS ORDERED that the motion is deferred until December 19, 2008, immediately following the monthly status conference, as to all plaintiffs on the attached Exhibit 1.

IT IS FURTHER ORDERED that the motion is granted as to all plaintiffs on Exhibit 2 and, accordingly, their claims hereby are dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this 21st day of November, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
951635v.1

# **EXHIBIT 1**

## **DEFERRED UNTIL NEXT MONTHLY STATUS CONFERENCE**

| | | | | |
|---|---|---|---|---|
| Aguillard | Joseph | Jr. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Anderson | Patricia | A. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Breaux | Terrell | D. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Dobard | Albert | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Hughes | Carolyn | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Jackson | Jessie | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Jackson | Tanisha | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Joseph | Shelly | J. | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Plemons | Lemma | M. | Allison, Kelly v. Merck & Co., Inc. | 2:05-cv-04450-EEF-DEK |
| Taylor | Glynnis-Rogers | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| Young | Kevin | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |

954341v.1

# EXHIBIT 2

## PLAINTIFFS AS TO WHOM THE MOTION SHOULD BE GRANTED AND CLAIMS DISMISSED WITH PREJUDICE

| | | | | |
|---|---|---|---|---|
| Gonnuscio | Gordon | L | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| Kanavaloff | Luba | | Bajon, Stephen R. v. Merck & Co., Inc. | 2:06-cv-03865-EEF-DEK |
| Garcia - DeLeon | Bonita | A. | DeLeon, Bonita A. Garcia v. Merck & Co., Inc. | 2:06-cv-10092-EEF-DEK |
| Debo | Paula | | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| Rivera | Felicita | | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| Acevedo | Margarita | | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| Hadley | Gary | R. | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| Kalicosque | Therezinha | | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| Marina | Guillermina | | Prado, Carmen v. Merck & Co., Inc. | 2:05-cv-06303-EEF-DEK |
| Rivers | Lawrence | | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| Williams | Ava | | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |