**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 1 and 2 | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Cases Should Not Be Dismissed Without Prejudice, R. Doc. 16153, came on for hearing on the 21st day of November, 2008. For the reasons orally assigned, the Court hereby rules as follows:

IT IS ORDERED that the claims of all plaintiffs on Exhibit 1 be and they hereby are dismissed without prejudice.

IT IS FURTHER ORDERED that the motion is withdrawn as to all plaintiffs on Exhibit 2 who have either enrolled or whose claims have been previously dismissed by this Court pursuant to stipulations.

NEW ORLEANS, LOUISIANA, this 21st day of November, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

954282v.1

# EXHIBIT 1 -- MOTION TO BE GRANTED AND CASES DISMISSED WITHOUT PREJUDICE

|  | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1088054 | Biondi, Lawrence P., Law Offices of | Garidis | Alexandros |  | Garidis, Alexandros v. Merck & Co., Inc. | 2:05-cv-03880-EEF-DEK |
| 2 | 1088057 | Biondi, Lawrence P., Law Offices of | Kousoulas | Panagiotis |  | Kousoulas, Panagiotis v. Merck & Co., Inc. | 2:06-cv-01014-EEF-DEK |
| 3 | 1088058 | Biondi, Lawrence P., Law Offices of | McCracken | Karen |  | McCracken, Karen v. Merck & Co., Inc. | 2:06-cv-01013-EEF-DEK |
| 4 | 1097298 | Douglas & London, PC | Hope | Jimmy |  | Catalfamo, Jennifer v. Merck & Co., Inc. | 2:07-cv-09135-EEF-DEK |
| 5 | 1092387 | Lopez, McHugh LLP | Adkins | Della |  | Adkins, Della v. Merck & Co., Inc. | 2:07-cv-01710-EEF-DEK |
| 6 | 1092414 | Lopez, McHugh LLP | Ero | Patrick |  | Ero, Patrick v. Merck & Co., Inc. | 2:07-cv-01705-EEF-DEK |
| 7 | 1092666 | Lopez, McHugh LLP | Savage | Gloria |  | Savage, Gloria v. Merck & Co., Inc. | 2:07-cv-02943-EEF-DEK |
| 8 | 1092380 | Lopez, McHugh LLP | Wells | David |  | Wells, David v. Merck & Co., Inc. | 2:07-cv-01704-EEF-DEK |
| 9 | 1092737 | Lopez, McHugh LLP | Whitty | Lawrence |  | Whitty, Lawrence v. Merck & Co., Inc. | 2:05-cv-01112-EEF-DEK |
| 10 | 1098263 | Miller Firm, LLC, The (PA) | Myers | Tina |  | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK |

## EXHIBIT 2 -- MOTION TO BE WITHDRAWN AS MOOT

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | 1088066 | Biondi, Lawrence P., Law Offices of | Shpolyanskaya | Mariya | | Shpolyanskaya, Mariya v. Merck & Co., Inc. | 2:05-cv-04699-EEF-DEK | Enrollment confirmed |
| 2 | 1088069 | Biondi, Lawrence P., Law Offices of | Yarosh | Raisa | | Yarosh, Raisa v. Merck & Co., Inc. | 2:05-cv-03882-EEF-DEK | Enrollment confirmed |
| 3 | 1097333 | Douglas & London, PC | Mikel | John | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | Enrollment confirmed |
| 4 | 1097984 | Miller Firm, LLC, The (PA) | Barkell | Cindy | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Dismissed per stipulation |
| 5 | 1097987 | Miller Firm, LLC, The (PA) | Bates | Mary | A | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Dismissed per stipulation |
| 6 | 1097997 | Miller Firm, LLC, The (PA) | Blackmon | Brenda | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK | Dismissed per stipulation |
| 7 | 1098003 | Miller Firm, LLC, The (PA) | Bodle | Gaynelle | T | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Dismissed per stipulation |
| 8 | 1098031 | Miller Firm, LLC, The (PA) | Caton | Jill | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK | Dismissed per stipulation |
| 9 | 1098041 | Miller Firm, LLC, The (PA) | Cline | Bobbie | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK | Filing stip |
| 10 | 1098280 | Miller Firm, LLC, The (PA) | Cox | Carol | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK | Dismissed per stipulation |
| 11 | 1098055 | Miller Firm, LLC, The (PA) | Daley | Craig | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | Dismissed per stipulation |
| 12 | 1098064 | Miller Firm, LLC, The (PA) | Daykin | Thomas | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | Dismissed per stipulation |
| 13 | 1098076 | Miller Firm, LLC, The (PA) | Drake | Buford | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK | Dismissed per stipulation |
| 14 | 1098095 | Miller Firm, LLC, The (PA) | Fitzgerald | Paul | | Fitzgerald, Jane v. Merck & Co., Inc. | 2:06-cv-09826-EEF-DEK | Dismissed per stipulation |
| 15 | 1098105 | Miller Firm, LLC, The (PA) | George | Betty | B | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK | Dismissed per stipulation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | 1098113 | Miller Firm, LLC, The (PA) | Glenn Daniels | Phyllis | A | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Dismissed per stipulation |
| 17 | 1098129 | Miller Firm, LLC, The (PA) | Hall | Shirley | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Dismissed per stipulation |
| 18 | 1098170 | Miller Firm, LLC, The (PA) | Jones | Mariti | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Dismissed per stipulation |
| 19 | 1098189 | Miller Firm, LLC, The (PA) | Layton | Gloria | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK | Dismissed per stipulation |
| 20 | 1098192 | Miller Firm, LLC, The (PA) | Lee | Deauna | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Dismissed per stipulation |
| 21 | 1098202 | Miller Firm, LLC, The (PA) | Lingar | Patricia | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK | Dismissed per stipulation |
| 22 | 1098214 | Miller Firm, LLC, The (PA) | Marcelin | Albertha | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK | Dismissed per stipulation |
| 23 | 1098251 | Miller Firm, LLC, The (PA) | Mizzelle | Joyce | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK | Dismissed per stipulation |
| 24 | 1098431 | Miller Firm, LLC, The (PA) | Mondroski | Charles | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Dismissed per stipulation |
| 25 | 1098261 | Miller Firm, LLC, The (PA) | Myers | Joseph | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | Dismissed per stipulation |
| 26 | 1098286 | Miller Firm, LLC, The (PA) | Pittman | Emma | Jean | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Dismissed per stipulation |
| 27 | 1098306 | Miller Firm, LLC, The (PA) | Reem | Karen | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Dismissed per stipulation |
| 28 | 1098334 | Miller Firm, LLC, The (PA) | Sheets | Charles | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | Dismissed per stipulation |
| 29 | 1098341 | Miller Firm, LLC, The (PA) | Smith | Grace | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Dismissed per stipulation |
| 30 | 1098354 | Miller Firm, LLC, The (PA) | Stoner | Kathy | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK | Dismissed per stipulation |
| 31 | 1098362 | Miller Firm, LLC, The (PA) | Taden | Janett | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Dismissed per stipulation |
| 32 | 1098380 | Miller Firm, LLC, The (PA) | Tierce | Glynn | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Dismissed per stipulation |

| 33 | 1098429 | Miller Firm, LLC, The (PA) | Zeehandelaar | Edward | | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Dismissed per stipulation |
|---|---|---|---|---|---|---|---|---|
| 34 | 1079870 | Stipe, Harper Law Firm | Coonfield | Mary | | Coonfield, Mary v. Merck & Co., Inc. | 2:06-cv-10260-EEF-DEK | Enrollment confirmed |