## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>TABOR | First<br>KRYSTLE | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>3900 HERRIMER AVENUE<br>APT. 15 | | | |
| | City<br>METAIRIE | State<br>LA | Zip<br>70002 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
  Month   Day   Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

   a. The Motion to Withdraw;

   b. A copy of PTO 36;

   c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__ (Month/Day/Year) | _[signature]_ Counsel |
| --- | --- | --- |

#344084

2

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | |
|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>TALLY | First<br>GWENDOLYN | Middle |

| | | | |
|---|---|---|---|
| **Plaintiff Address** | Street<br>7414 1/2 MISTLETOE STREET | | |
| | City<br>METAIRIE | State<br>LA | Zip<br>70003 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on ___10_ / _1_ / _2008_ .
                                                Month   Day    Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

   a. The Motion to Withdraw;

   b. A copy of PTO 36;

   c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11_ / _24_ / _2008_<br>(Month/Day/Year) | _Jmmr Swanson_<br>              Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

**Current Address**

Street: 601 POYDRAS STREET, SUITE 2655

| City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |
|---|---|---|---|

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last TAYLOR - WILSON | First SANDRA | Middle |
|---|---|---|---|

**Plaintiff Address**

Street: P.O. BOX 3523

| City WAVELAND | State MS | Zip 39576 | Country USA |
|---|---|---|---|

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
                                               Month   Day    Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

   a. The Motion to Withdraw;

   b. A copy of PTO 36;

   c. A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__<br>(Month/Day/Year) | _[signature]_<br>Counsel |
| --- | --- | --- |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|------|------|------|------|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|------|------|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|------|------|------|------|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|------|------|------|------|------|------|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last THOMAS | First TANYA | Middle |
|------|------|------|------|

| Plaintiff Address | Street 7001 BUNDY ROAD C24 | | |
|------|------|------|------|
| | City NEW ORLEANS | State LA | Zip 70127 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|------|------|------|------|------|------|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|------|------|

| Case Number | 2:05cv04435 |
|------|------|

| Court Where Case is Pending | E.D. LA |
|------|------|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on ___10__ / __1__ / __2008__ .
                                                                  Month    Day    Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

    1.    I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

    2.    I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

        a.    The Motion to Withdraw;

        b.    A copy of PTO 36;

        c.    A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

        d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

        e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__<br>(Month/Day/Year) | _Jmmvl Swanson_<br>Counsel |
|---|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
|---|---|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | |
|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last THOMPSON | First BARBARA | Middle |
|---|---|---|---|

| Plaintiff Address | Street 36325 NICHOLAS STREET | | |
|---|---|---|---|
| | City SLIDELL | State LA | Zip 70460 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| Case Number | 2:05cv04435 |
| Court Where Case is Pending | E.D. LA |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒   At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on   10 / 1 / 2008 .
                                               Month   Day    Year

☒   I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒   I complied with PTO No. 36 in that:

     1.   I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

     2.   I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

         a.   The Motion to Withdraw;

         b.   A copy of PTO 36;

         c.   A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

         d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

         e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒   No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒   The Pro Se Curator has not been contacted by the Plaintiff.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 11 / 24 / 2008<br>(Month/Day/Year) | *(signature)* John L. Swanson<br>Counsel |
|---|---|---|

#344084

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last | | First | | Middle | |
|---|---|---|---|---|---|---|
| | SWANSON | | LYNN | | E. | |

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street |
|---|---|
| | 601 POYDRAS STREET, SUITE 2655 |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | NEW ORLEANS | LOUISIANA | 70130 | USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | | First | | Middle | |
|---|---|---|---|---|---|---|
| | TINSLEY | | JAMES | | | |

| Plaintiff Address | Street |
|---|---|
| | 1929 LOUISIANA AVENUE |

| | City | State | Zip | Country |
|---|---|---|---|---|
| | NEW ORLEANS | LA | 70115 | USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒  At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on  10 / 1 / 2008 .
                                                    Month  Day  Year

☒  I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒  I complied with PTO No. 36 in that:

1.  I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2.  I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

    a.  The Motion to Withdraw;

    b.  A copy of PTO 36;

    c.  A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

    d.  An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

    e.  An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒  No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒  The Pro Se Curator has not been contacted by the Plaintiff.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 11 / 24 / 2008<br>(Month/Day/Year) | *[signature]* Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| Name | Last SWANSON | First LYNN | Middle E. |
|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last VERCHER | First GEORGE | Middle |
|---|---|---|---|

| Plaintiff Address | Street 809 5th AVENUE | | | |
|---|---|---|---|---|
| | City HARVEY | State LA | Zip 70058 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒   At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
         Month    Day    Year

☒   I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒   I complied with PTO No. 36 in that:

1.   I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2.   I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

    a.   The Motion to Withdraw;

    b.   A copy of PTO 36;

    c.   A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

    d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

    e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒   No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒   The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__ (Month/Day/Year) | *[signature]* Counsel |
| --- | --- | --- |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |

| | |
|---|---|
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>VINCENT | First<br>ANGELA | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street<br>44717 LAKESIDE ROAD | | | |
| | City<br>GUEYDAN | State<br>LA | Zip<br>70542 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on  10  /  1  /  2008 .
        Month   Day      Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

    a. The Motion to Withdraw;

    b. A copy of PTO 36;

    c. A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

    d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

    e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 11  /  24  /  2008  (Month/Day/Year) | *[signature]*  Counsel |
| --- | --- | --- |

#344084                                    2

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|

| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
|---|---|

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last WALTON | | First BARBARA | Middle |
|---|---|---|---|---|

| Plaintiff Address | Street 4634 KNIGHT DRIVE | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70127 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|

| Case Number | 2:05cv04435 |
|---|---|

| Court Where Case is Pending | E.D. LA |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
                                         Month  Day   Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

   a. The Motion to Withdraw;

   b. A copy of PTO 36;

   c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__ <br>(Month/Day/Year) | _[signature]_ <br> Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last SWANSON | | First LYNN | Middle E. |
|---|---|---|---|---|
| Name of Law Firm | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | | |

| Current Address | Street 601 POYDRAS STREET, SUITE 2655 | | | | |
|---|---|---|---|---|---|
| | City NEW ORLEANS | State LOUISIANA | Zip 70130 | Country USA | |

| Telephone Number | (504)523-2500 | Facsimile | (504)523-2508 | Email | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last WASHINGTON | First MARY | Middle G. |
|---|---|---|---|

| Plaintiff Address | Street 12151 I-10 SERVICE ROAD APT. 405 | | | |
|---|---|---|---|---|
| | City NEW ORLEANS | State LA | Zip 70128 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|
| Case Caption | DONNA ALLEN, ET AL. V. MERCK & CO., INC. | | | | |
| Case Number | 2:05cv04435 | | | | |
| Court Where Case is Pending | E.D. LA | | | | |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10_ / _1_ / _2008_ .
                                       Month   Day   Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

    1.   I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

    2.   I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

        a.   The Motion to Withdraw;

        b.   A copy of PTO 36;

        c.   A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

        d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

        e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __11_ / _24_ / _2008_<br>(Month/Day/Year) | _Jmmr Swanson_<br>                    Counsel |
| --- | --- | --- |

#344084                               2

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |
| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | |

| | | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>WEBB, JR. | First<br>JAMES | Middle |
| **Plaintiff Address** | Street<br>P.O. BOX 856 | | |

| | | | | |
|---|---|---|---|---|
| | City<br>MEEDVILLE | State<br>MS | Zip<br>39653 | Country<br>USA |

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

| | |
|---|---|
| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
                                                         Month  Day   Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

1. I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

2. I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

   a. The Motion to Withdraw;

   b. A copy of PTO 36;

   c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

   d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

   e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__<br>(Month/Day/Year) | _(signature)_<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.D of PTO No. 36 as follows:

### A.  COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>SWANSON | First<br>LYNN | Middle<br>E. |
| **Name of Law Firm** | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. | | |

| **Current Address** | Street<br>601 POYDRAS STREET, SUITE 2655 | | | |
|---|---|---|---|---|
| | City<br>NEW ORLEANS | State<br>LOUISIANA | Zip<br>70130 | Country<br>USA |

| **Telephone Number** | (504)523-2500 | **Facsimile** | (504)523-2508 | **Email** | lswanson@jonesswanson.com |
|---|---|---|---|---|---|

### B.  PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>WILLIAMS | First<br>ELAINE | Middle |

| **Plaintiff Address** | Street<br>1703 DOUGHTY ROAD | | | |
|---|---|---|---|---|
| | City<br>GREENSBURG | State<br>LA | Zip<br>70441 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | DONNA ALLEN, ET AL. V. MERCK & CO., INC. |
|---|---|
| **Case Number** | 2:05cv04435 |
| **Court Where Case is Pending** | E.D. LA |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.D of PTO No. 36)

| C. COMPLIANCE WITH PTO NO. 36 |
|---|

☒ At least 60 days before the date of this Certification I filed a Motion to Withdraw pursuant to Section I of PTO No. 36, on __10__ / __1__ / __2008__ .
                                                        Month   Day    Year

☒ I have not been able to locate or communicate with the Plaintiff, who has failed to respond to any communication from me since the filing of the Motion to Withdraw.

☒ I complied with PTO No. 36 in that:

    1.    I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

    2.    I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

        a.    The Motion to Withdraw;

        b.    A copy of PTO 36;

        c.    A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

        d.    An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

        e.    An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

☒ No Notice of Appearance for Plaintiff has been filed by any other Counsel.

☒ The Pro Se Curator has not been contacted by the Plaintiff.

| D. SIGNATURE |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __11__ / __24__ / __2008__<br>(Month/Day/Year) | *[signature]*<br>Counsel |
|---|---|---|