UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A and B* | * | KNOWLES |
| | * | |

**************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed on the attached Exhibits A and B show cause on the 19th day of December, 2008, immediately following the monthly status conference that begins at 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the cases listed on the attached Exhibits A and B file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of December, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the cases listed on the attached Exhibits A and B any replies to the oppositions on or before the 18th day of December, 2008.

**NEW ORLEANS, LOUISIANA**, this 21st day of November, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

954020v.1

# EXHIBIT A

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Cellino and Barnes PC; Trepanier and MacGillis PA | Rockell | David | | David Rockell and Maureen Rockell v. Merck & Co., Inc. | 2:08-cv-00136-EEF-DEK | March 19, 2008 |
| Alford Law Group PA | Anton | William | L | Anton, William v. Merck & Co., Inc. | 2:08-cv-01016-EEF-DEK | Apr 11, 2008 |
| Alford Law Group PA | Baldwin | Marilyn | V | Baldwin, Marilyn v. Merck & Co., Inc. | 2:08-cv-01117-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Evans | Edward | | Evans, Edward v. Merck & Co., Inc. | 2:08-cv-01118-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Haywood | Robert | | Haywood, Robert v. Merck & Co., Inc. | 2:08-cv-01116-EEF-DEK | Apr 18, 2008 |

| Ballay Braud and Colon PLC | Bowers | Sylvia | Watson | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK | May 9, 2008 |
|---|---|---|---|---|---|---|
| Cellino and Barnes PC;Trepanier and MacGillis PA | Barnes | Anna | L | Anna L. Barnes and James C. Barnes v. Merck & Co., Inc. | 2:08-cv-00137-EEF-DEK | March 19, 2008 |
| Paul A. Weykamp Law | Lockhart | Jimmy | | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK | Apr 11, 2008 |
| William J. Murray Law | Stuckey | Lewis | B | Stuckey, Lewis B. v. Merck & Co., Inc. | 2:08-cv-01119-EEF-DEK | Apr 18, 2008 |

**EXHIBIT B**

| Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Pro Se | Anderson | Brian | | Anderson, Brian v. Merck & Co., Inc. | 2:08-cv-01458-EEF-DEK | May 29, 2008 |
| Bernstein and Maryanoff | Cohen | Loretta | | Cohen, Loretta v. Merck & Co., Inc. | 2:08-cv-01017-EEF-DEK | Apr 11, 2008 |
| Phyllis M. Mosby | Mosby | Adeline Thomas | Thomas | Mosby, Adeline Thomas v. Merck & Co., Inc. | 2:08-cv-00170-EEF-DEK | Mar 19, 2008 |