UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | *   MDL No. 1657 |
|   *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.*, No. 05-3700 | *   SECTION L |
|   *Chautauqua County, New York v. Merck & Co., Inc.*, No. 08-1642 | *   JUDGE ELDON E. FALLON |
|   *County of Santa Clara v. Merck & Co., Inc.*, No. 06-9382 | *   MAGISTRATE JUDGE KNOWLES |
|   *District of Columbia, ex rel. Walker v. Merck & Co., Inc.*, No. 08-4148 | * |
|   *Erie County, New York v. Merck & Co., Inc.*, No. 08-1517 | * |
|   *Franklin on behalf of the State of Colorado v. Merck & Co., Inc.*, No. 07-2073 | * |
|   *Hood, ex rel. State of Mississippi v. Merck & Co., Inc.*, No. 05-6755 | * |
|   *People of the State of New York, et al. v. Merck & Co., Inc.*, No. 08-0960 | * |
|   *State of Alaska v. Merck & Co., Inc.*, No. 06-3132 | * |
|   *State of Montana ex rel McGrath v. Merck & Co., Inc.*, No. 06-4302 | * |
|   *State of Utah v. Merck & Co., Inc.*, No. 06-9336 | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

IT IS ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Thursday, December 18th, 2008, at 11:00 a.m., CST, to address the status of the above-listed cases. At the conference, the parties should be prepared to discuss proposals for moving forward with common discovery issues in relation to the several government actions listed.

New Orleans, Louisiana, this 25th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE