UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

*1199SEIU Greater New York Benefit Fund, et al. v. BrownGreer, PLC, et al.,*
   *Civ A. No. 08-3627*

**ORDER**

IT IS ORDERED that the NPC Defendants' Motion to Dismiss and Strike Class Allegations (Rec. Doc. 14875) shall be set for hearing on Thursday, December 18th, 2008, at 9:00 a.m., to address only the issue of dismissal.  The motion shall be heard WITH ORAL ARGUMENT.

New Orleans, Louisiana, this 25th day of November, 2008.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1