## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | **MDL No. 1657** |
| This document relates to: | SECTION L |
| *James Spencer Oakley v. Merck & Co., Inc.*<br>Civil Action No. 05-5912 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff James Spencer Oakley, by and through undersigned counsel, states, alleges and prays as follows:

Plaintiff Oakley has been represented by Kathryn E. Barnett and the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP.  Plaintiff Oakley has acquiesced to Lieff, Cabraser, Heimann & Bernstein, LLP's withdrawal of legal representation, and has authorized Ronald R. Benjamin and the Law Office of Ronald R. Benjamin to assume his legal representation.  Plaintiff Oakley and undersigned counsel respectfully request that this Court authorize the substitution of Lieff, Cabraser, Heimann & Bernstein, LLP by The Law Office of Ronald R. Benjamin and accept The Law Office of Ronald R. Benjamin as counsel for Plaintiff Oakley.

WHEREFORE, Plaintiff Oakley respectfully requests that this Court relieve Lieff, Cabraser, Heimann & Bernstein, LLP from legal representation and authorize The Law Office of Ronald R. Benjamin to act as Plaintiff Oakley's counsel of record.

791280.1

Dated: November 26, 2008                 Respectfully Submitted,


Ronald R. Benjamin

The Law Office of Ronald R Benjamin

126 Riverside Drive

P.O. Box 607

Binghamton, NY 13902-0607

Phone:  (607) 772-1442

Fax:  (607) 772-1678

791280.1