UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*James Spencer Oakley v. Merck & Co., Inc.*<br>Civil Action No. 05-5912 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER FOR SUBSTITUTION OF COUNSEL

Upon due consideration and for good cause shown, the Court hereby orders the substitution of Lieff, Cabraser, Heimann & Bernstein, LLP and authorizes The Law Office of Ronald R. Benjamin to act as Plaintiff Oakley's counsel of record.

IT IS SO ORDERED.

Dated: _____

_____
Judge Eldon E. Fallon
United States District Court Judge

791289.1