UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Oakley, James v. Merck & Co., Inc. 2:05-cv-05912 | | |
| | * | |
| | * | |
| | * | |

**************************************************************************

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Substitution, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of November, 2008.

                                          _s/s Ronald R. Benjamin_
                                          RONALD R. BENJAMIN Fed. No. 110131
                                          LAW OFFICE OF RONALD R. BENJAMIN
                                          126 Riverside Drive, P O. Box 607
                                          Binghamton, New York 13902-0607
                                          607/772-1442

                                          Attorneys for Individual Plaintiff
                                               in Above-Captioned Action