UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 NOV 26 PM 2:55
LORETTA G. WHYTE
CLERK

**GERALD PERRODIN**                                    CIVIL ACTION NO. 05-4192

**VERSUS**                                                          **JUDGE**

**MERCK & CO., INC., ET AL**                        **MAGISTRATE JUDGE 3; SEC. L**

*************************************************************************

### NOTICE OF CHANGE OF ADDRESS

Please note that effective December 1, 2008, the new mailing address for undersigned counsel, who represents <u>Gerald Perrodin</u>, shall be:

> **Aaron J. Allen**
> **P.O. Box 4405**
> **Lafayette, LA 70502**

The new physical address is:

> **1026 St. John Street**
> **Lafayette, LA 70501**

The new main **telephone number is (337)237-1000** and the new **facsimile number is (337) 232-7580**.

Mover further request that said new address, telephone and facsimile numbers be reflected on all court records and all future mailings.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above pleading has this date been forwarded to all known counsel of record by depositing same in the United States Mail, postage prepaid and properly address.
Lafayette, Louisiana, this 21st day of Nov, 2008.

_____
AARON J. ALLEN

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully Submitted,

ALLEN LAW OFFICE
224 St. Landry Street, Ste. 3-F
P.O. Drawer 3204
Lafayette, LA 70502
Phone: (337)232-9918

BY: _____
AARON J. ALLEN (#16786)