

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| JOSEPH CITIZEN, JR. | CIVIL ACTION NO. 05-4194 |
| VERSUS | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., ET AL | MAGISTRATE JUDGE 3; SEC. L |

*************************************************************

### NOTICE OF CHANGE OF ADDRESS

Please note that effective December 1, 2008, the new mailing address for undersigned counsel, who represents Joseph Citizen, Jr. shall be:

> Aaron J. Allen
> P.O. Box 4405
> Lafayette, LA 70502

The new physical address is:

> 1026 St. John Street
> Lafayette, LA 70501

The new main **telephone number is (337)237-1000** and the new **facsimile number is (337) 232-7580.**

Mover further request that said new address, telephone and facsimile numbers be reflected on all court records and all future mailings.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above pleading has this date been forwarded to all known counsel of record by depositing same in the United States Mail, postage prepaid and properly address.
Lafayette, Louisiana, this 21st day of Nov, 2008.

_____
AARON J. ALLEN

Respectfully Submitted,

ALLEN LAW OFFICE
224 St. Landry Street, Ste. 3-F
P.O. Drawer 3204
Lafayette, LA 70502
Phone: (337)232-9918

BY: _____
AARON J. ALLEN (#16786)