UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

IN RE: VIOXX

ROBERT PIERSON, et al.  :  MDL DOCKET NO. 1657
:
:  2:05-CV-02953
v.  :
:  EEF-DEK

MERCK & CO., INC.  :
:

## NOTICE OF APPEARANCE

Kindly file my appearance as counsel for the Plaintiffs in the above captioned matter.

FEINBERG & SILVA

By: _____
Sarah P. Katowitz, Esquire
Identification No. 47676
Suite 1805, 2000 Market Street
Philadelphia, Pa. 19103
Telephone No. 215-665-8989
Fax: 215-665-0250
E-mail: AFEI@aol.com

Date: November 26, 2008