## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Valerie Rockingham, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:06-cv-7115 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Mary Rush, Sydney S. Salyers, Timothy L. Shannon, William I. Smart, Jeanie H. Smith, Katherine J. Smith, Beverly J. Spears, Dorothy E. Stewart, Diana Taylor, Warren Watson, David P. West, Jennifer Wisdom, Individually and as Representative of the Estate of Richard L. Wisdom, Richard W. Wright**

*********************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiffs Mary Rush, Sydney S. Salyers, Timothy L. Shannon, William I. Smart, Jeanie H. Smith, Katherine J. Smith, Beverly J. Spears, Dorothy E. Stewart, Diana Taylor, Warren Watson, David P. West, Jennifer Wisdom, Individually and as Representative of the Estate of Richard L. Wisdom, and Richard W. Wright and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

954860v.1

NEW ORLEANS, LOUISIANA, this 26th day of ___ November ___, 2008.

_____
DISTRICT JUDGE

954860v.1