## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Kenneth Jenkins, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | CIVIL ACTION NO. 2:06-cv-7116 |
| *Merck & Co., Inc.* | * | |

**Only with regard to:**

**Carolyn S. Johnson, Neva J. Johnson, Cheryl A. Jones, Ronald M. Lance, Edward B. Langford, Robert G. Logan, Satish Ram, Irma Spahn**
*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Carolyn S. Johnson, Neva J. Johnson, Cheryl A. Jones, Ronald M. Lance, Edward B. Langford, Robert G. Logan, Satish Ram, and Irma Spahn and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 26th day of November, 2008.

_____
DISTRICT JUDGE

954834v.1