# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>Products Liability Litigation | *<br>*<br>* |
| This Document Relates To: | *   MDL No. 05-1657<br>* |
| *Antonia Acosta Cabrera, et al.* | *   JUDGE FALLON<br>* |
| v. | *   MAGISTRATE JUDGE<br>*   KNOWLES |
| *Merck & Co., Inc.* | *<br>*   CIVIL ACTION NO. 2:05-cv-4589<br>* |
| **Only with regard to:** | *<br>* |
| **Ana H. Benitez Boines, Maria Bruno Jurgens, Delia Correa Lopez, Serafin Figueroa Casanova, and Paulina Maldonado Rodriguez** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Ana H. Benitez Boines, Maria Bruno Jurgens, Delia Correa Lopez, Serafin Figueroa Casanova and Paulina Madlonado Rodriguez and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 26th day of November, 2008.

_____
DISTRICT JUDGE

954809v.1