UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | |
| This Document Relates To: | * * | MDL No. 05-1657 |
| *Linda M. Cable, et al.* | * * | JUDGE FALLON |
| v. | * * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | * * * | CIVIL ACTION NO. 2:05-cv-4759 |
| **Only with regard to:** | * * | |

**Sara L. Cox, Carron A. Foster, Goldie M. Hubek, Timothy A. Vickers, and Allan D. Douglas, Individually and as Representative of the Estate of William N. Douglas**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Sara L. Cox, Carron a. Foster, Goldie M. Hubek, Timothy A. Vickers and Allan D. Douglas, Individually and as Representative of the Estate of William N. Douglas and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 26th day of November, 2008.

_____
DISTRICT JUDGE

954811v.1