# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates To: | * | MDL No. 05-1657 |
| | * | |
| *Johnny E. Anderson, et al.* | * | JUDGE FALLON |
| | * | |
| *v.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Merck & Co., Inc.* | * | |
| | * | CIVIL ACTION NO. 2:05-cv- 4762 |
| **Only with regard to:** | * | |
| | * | |
| **Albert Beverly, Bridget L. Blackwell as Next Friend of Marsha A. Blackwell, Edmond Comeaux, Augusta Davis, Kim Hamilton, Hilton James, Jerine M. Mose, Antoine A. Ross, Individually and as Representative of the Estate of Sylvia Ross, Bandele Thomas, Dorothy E. Voiron, Joy L. Ward, and Serena J. Weston, Individually and as Representative of the Estate of Henry Williams** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Albert Beverly, Bridget L. Blackwell as Next Friend of Marsha A. Blackwell, Edmond Comeaux, Augusta Davis, Kim Hamilton, Hilton James, Jerine M. Mose, Antoine A. Ross, Individually and as Representative of the Estate of Sylvia Ross, Bandele Thomas, Dorothy E. Voiron, Joy L. Ward, and Serena J. Weston, Individually and as Representative of the Estate of Henry Williams and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims

954821v.1

against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 26th day of  November , 2008.

_____
DISTRICT JUDGE