## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Karen A. Montalto, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:06-cv-6945 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Karen A. Montalto, Dorenda K. Murrell, Philip E. Nally, Mary A. O'Neal, David J. Page, Carol Pospisil, William R. Reese, Ruth E. Richmond**

*********************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiffs Karen A. Montalto, Dorenda K. Murrell, Philip E. Nally, Mary A. O'Neal, David J. Page, Carol Pospisil, William R. Reese, and Ruth E. Richmond and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

955187v.1