# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Rosa M. Acosta Padilla, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | CIVIL ACTION NO. 2:06-cv-7042 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Emerita Aguirre Colon, Luis R. Costas Perez, Paula Morales Santiago, Hiroshima Rosado Sanchez, Reynaldo Soto Silva, Delia Velez Rodriguez**

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Emerita Aguirre Colon, Luis R. Costas Perez, Paula Morales Santiago, Hiroshima Rosado Sanchez, Reynaldo Soto Silva, and Delia Velez Rodriguez and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

955185v.1