# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Mildred L. Peters, et al.* | * * | MAGISTRATE JUDGE KNOWLES |
| v. | * * | |
| *Merck & Co., Inc.* | * * * * * | CIVIL ACTION NO. 2:05-cv-4754 |
| **Only with regard to:** | * | |

**Debbie Laneair, Individually and as Representative of the Estate of Elnora M. Noil**
*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Debbie Laneair, Individually and as Representative of the Estate of Elnora M. Noil and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

955184v.1