UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Geraldine Shedd and Robert Shedd, M.D.*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only as to Robert Shedd, M.D.** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-3361<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Robert Shedd, M.D. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1