UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Glenda Meysami, et al.* <br><br> v. <br><br> *Merck & Co., Inc.* <br><br> **Only as to Dorothy Anderson, by or on behalf of Steven Anderson** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-5353 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Dorothy Anderson, by or on behalf of Steven Anderson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE

950103v.1