UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®  **PRODUCTS LIABILITY LITIGATION**  This document relates to:  *Tana J. Schermerhorn, et al.*  *v.*  *Merck & Co., Inc.*  **Only as to James Schermerhorn III** | MDL Docket No. 1657  SECTION L  CIVIL ACTION NO. 2:05-cv-6309  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff James Schermerhorn III in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1