UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Daniela Bivens Byington, Robert W. Bivens and Gary L. Bivens, Individually & as sole heirs of the estate of Patsy R. Bivens, Deceased v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-cv-05493) | Judge Fallon<br><br>Mag. Judge Knowles |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE
## FOR
## GARY BIVENS

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims for Plaintiff, **GARY BIVENS, ONLY** against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Grant Kaiser
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000

Dated: NOV 2 0 2008

_____
Attorney for Merck & Co., Inc
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 701301
(504) 581-3200

Dated: 12/1/08

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of December, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2