UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> *Barbara Benoit, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc.* <br><br> **Only as to Joseph Duhon, by or on behalf of Sarah Duhon, Joseph Broussard, by or on behalf of Leola Broussard, and Gabriel LaCour, by or on behalf of Louella L. LaCour** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-5641 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Joseph Duhon, by or on behalf of Sarah Duhon, Joseph Broussard, by or on behalf of Leola Broussard, and Gabriel LaCour, by or on behalf of Louella L. LaCour in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1