UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : : : |
| This document relates to: | : MDL 1657 : SECTION L : HONORABLE ELDON FALLON : MAGISTRATE KNOWLES |
| 1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627 | : : : : |

## MOTION FOR LEAVE OF COURT
## TO FILE SUPPLEMENTAL AUTHORITY

NOW INTO COURT, through undersigned counsel, comes the Negotiating Plaintiff's counsel ("NPC"), who requests leave of court to file the attached Supplemental Authority in support of its Motion to Dismiss the Complaint of 1199 SEIU Greater New Orleans New York Benefit Fund.

Respectfully submitted,

Date: December 1, 2008       By: /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**ATTORNEYS FOR THE NPC DEFENDANTS**

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of December, 2008.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com

W:\25000-29999\27115\000\PLD\Declaratory Judgment (1199SEIU New York)\Motion for Leave to File Supplemental Authority 2008-11-21.wpd\rlv

2