UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITITGATION<br><br>This document relates to:<br><br>1199SEIU GREATER NEW YORK BENEFIT FUND, et al. v. BROWNGREER, PLC, et al., Case No. 08-3627 | : MDL 1657<br>: SECTION L<br>: HONORABLE ELDON FALLON<br>: MAGISTRATE KNOWLES |

## ORDER

Considering the Motion for Leave to File Supplemental Authority of the Negotiating Plaintiff's Counsel ("NPC");

IT IS ORDERED BY THE COURT that the NPC is granted leave of court to file the attached Supplemental Authority in support of its Motion to Dismiss the Complaint of 1199 SEIU Greater New York Benefit Fund.

New Orleans, Louisiana this ____ day of _____, 2008.

 

Honorable Eldon E. Fallon
U.S. District Judge

1