UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION : : : | |
| _____ : This document relates to: : : : 1199SEIU GREATER NEW YORK BENEFIT : FUND, et al. v. BROWNGREER, PLC, et al., : Case No. 08-3627 : _____ : | MDL 1657 SECTION L HONORABLE ELDON FALLON MAGISTRATE KNOWLES |

### THE NEGOTIATING PLAINTIFFS' COUNSEL'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

The Negotiating Plaintiff's Counsel ("NPC") hereby submits as supplemental authority in supports of its Motion to Dismiss the Complaint of 1199 SEIU Greater New York Benefit Fund, the recent opinion of the Fifth Circuit, *Avmed Inc. v. BrownGreer PLC*, Docket No. 08-30802 (5th Cir. Nov. 17, 2008)[attached hereto as Exhibit "A"].

The *AvMed* decision affirms this Court's August 7, 2008 ruling denying the preliminary injunction sought by both AvMed and Greater New York Benefit. *See AvMed Inc., supra*. Especially relevant to the pending motion to dismiss is the Fifth Circuit's determination that, "The appellants therefore have no substantial likelihood of success on the merits nor will they suffer any reparable harm if equitable relief is not granted." *Id.*, slip op. at 5. The Fifth Circuit's opinion is replete with affirmation of this Court's determination that the appellants failed to meet their burden of showing a substantial likelihood of success on the merits because they were unable to establish an identifiable fund. *Id.* at 6-9. The Fifth Circuit's reasoning is now the law of the case. As such, the complaints at issue in the instant motion to dismiss are defective.

1

The NPC respectfully requests that this Court take into consideration the Fifth Circuit's decision in *AvMed, Inc.*

Respectfully submitted,

Date: December 1, 2008    By:    /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**ATTORNEYS FOR THE NPC DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of December, 2008.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com