UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Alauddin Ahmed, et al.*

*v.*

*Merck & Co., Inc., Peter S. Kim, Ph.D.,
Louis M. Sherwood, Ph.D., David W.
Anstice, Ph.D., and Edward M.
Scolnick, M.D.*

**Only as to Sylvia Myhrvold, by or on
behalf of Stuart Myhrvold**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-3639

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Sylvia Myhrvold, by or on behalf of Stuart

Myhrvold, in the above-captioned case be and they hereby are dismissed with prejudice with

each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE