UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| In re: VIOXX * | |
| PRODUCTS LIABILITY LITIGATION * | |
| * | MDL NO. 1657 |
| This document relates to: * | |
| *Hegedus, et. al. v. Merck & Co., Inc.,* * | SECTION: L |
| (E.D. La. 2:06-cv-3968) * | |
| *Fraser, et. al. v. Merck & Co., Inc.,* * | |
| (E.D. La. 2:06-cv-06952) * | JUDGE FALLON |
| *Zonkel, et. al. v. Merck & Co., Inc.,* * | |
| (E.D. La. 2:06-cv-06965) * | MAG. JUDGE KNOWLES |
| *McDowell, et. al. v. Merck & Co., Inc.,* * | |
| (E.D. La. 2:06-cv-07339) * | |
| * | |
| * * * * * * * * * * * * * * * | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7(b), Lynn M. Herbstman hereby gives notice of her withdrawal of appearance on behalf of the Plaintiffs in the above-referenced case. The reason for this withdrawal is that Attorney Kurt D. Hyzy and Attorney Pamela G. Sotoodeh have already filed appearances in the above-referenced cases and will continue to act as counsel on the Plaintiffs' behalf. Effective immediately, all further notices on this matter should be directed as follows:

Kurt D. Hyzy
Pamela G. Sotoodeh
The Law Group, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112

Respectfully submitted,

*/s/ Lynn M. Herbstman*

Lynn M. Herbstman
The Law Group, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112