UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br> <br> This document relates to: <br> *Hegedus, et. al. v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-3968) <br> *Fraser, et. al. v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-06952) <br> *Zonkel, et. al. v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-06965) <br> *McDowell, et. al. v. Merck & Co., Inc.,* <br> (E.D. La. 2:06-cv-07339) | MDL NO. 1657 <br> <br> SECTION: L <br> <br> JUDGE FALLON <br> <br> MAG. JUDGE KNOWLES |

ORDER OF WITHDRAWAL OF APPEARANCE

The Court today considered Lynn M. Herbstman's Motion for Withdrawal of Appearance. The Court finds that the motion should be GRANTED. It is therefore,

ORDERED that Lynn M. Herbstman be withdrawn as counsel for the following cases: (1) Hegedus, et. al. v. Merck & Co., Inc., (E.D. La. 2:06-cv-3968); (2) Fraser, et. al. v. Merck & Co., Inc., (E.D. La. 2:06-cv-06952); (3) Zonkel, et. al. v. Merck & Co., Inc., (E.D. La. 2:06-cv-06965); (4) McDowell, et. al. v. Merck & Co., Inc., (E.D. La. 2:06-cv-07339).

Dated this _____ day of _____, 2008.

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE