EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL DOCET NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAGISTRATE JUDGE KNOWLES |
| | § | |

THIS RELATES TO:

PLAINTIFFS: FLENARD WHITLEY AND
SHARON WHITLEY
Cause No.   07-37126

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

LINDA LAURENT THOMAS and MICHELLE W. WAN, attorneys of record for the Plaintiff file this Notice of Change of Address and would respectfully show the Court as follows:

Please take notice of the change of address as follows:

**Linda Laurent Thomas**
**Michelle W. Wan**
**Thomas & Wan, L.L.P.**
**1710 Sunset Blvd.**
**Houston, Texas 77005**
**Telephone: 713-529-1177**
**Facsimile: 713-529-1116**

Respectfully submitted,

THOMAS & WAN, L.L.P.

BY: _____
LINDA LAURENT THOMAS
State Bar No. 12580850
MICHELLE W. WAN
State Bar No. 24033432
1710 Sunset Blvd.
Houston, Texas 77005
713.529.1177
713.529.1116 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Change of Address has been served on upon all parties electronically uploading the same to LexisNexis File & Serve Advanced on this 21st day of November 2008.

_____
MICHELLE W. WAN