UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:        MULTIPLE CASES LISTED ON EXHIBIT "A"**

## ORDER

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt for Failing to Comply with Pre-Trial Orders No. 35 and/or 35A (Rec. Doc. No. 16750), those medical providers identified in Exhibit "A" hereto.

On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program.  Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court.  As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its orders in each of the 94 federal judicial districts of the United States.  *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned ... may exercise the powers of a district judge in any district....").

1

Accordingly, the Court finds that the motion should be GRANTED.  It is therefore, ORDERED that representatives from each of the medical providers listed in Exhibit "A" appear in this Court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, December 19, 2008, at 9:00 a.m., to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records are produced.

Any medical records provider that satisfies this records request prior to Thursday, December 18, 2008, either by providing the records directly to counsel or by sending them to this Court, attention Judge Eldon E. Fallon, 500 Poydras Street, Room C-456, New Orleans, LA 70130, shall no longer be subject to this Order and will not be required to appear in court. Plaintiff's counsel is directed to serve a copy of this Order on each of the providers listed in Exhibit "A" via certified mail.

New Orleans, Louisiana, this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT "A"**

| Plaintiff's Name | Facility's Information | Facility's Response |
| --- | --- | --- |
| Ronnie Williams | Managed RX Plan<br>270 C Duffy Avenue<br>Hicksville, NY 11801 | Refuses to provide records<br>(Mediconnect) |
| Shirley Green | Richard Steinberg, M.D.<br>1100 W. Central Road<br>Suite 305<br>Arlington Heights, IL 60005 | Refuses to provide records<br>(Mediconnect) |
| Geoffrey Wood | Liskey Medical Group<br>2480 Mission Group<br>San Francisco, CA 94110 | Refuses to provide records<br>(Mediconnect) |
| Lois G.L. McKenzie,<br>Deceased | Kerr Drug<br>108 East Main Street<br>Thomasville, NC 27360 | Rejected medical authorization |