UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:    PLAINTIFFS LISTED ON EXHIBIT "A"**

**ORDER**

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt for Failing to Comply with Pre-Trial Orders No. 35 and/or 35A (Rec. Doc. No. 16155), those medical providers identified in Exhibit "A" hereto.

On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program. Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court. As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its orders in each of the 94 federal judicial districts of the United States. *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned ... may exercise the powers of a district judge in any district....").

1

Accordingly, the Court finds that the motion should be GRANTED.  It is therefore, ORDERED that representatives from each of the medical providers listed in Exhibit "A" appear in this Court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, December 19, 2008, at 9:00 a.m., to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records are produced.

Any medical records provider that satisfies this records request prior to Thursday, December 18, 2008, either by providing the records directly to counsel or by sending them to this Court, attention Judge Eldon E. Fallon, 500 Poydras Street, Room C-456, New Orleans, LA 70130, shall no longer be subject to this Order and will not be required to appear in court. Plaintiff's counsel is directed to serve a copy of this Order on each of the providers listed in Exhibit "A" via certified mail.

New Orleans, Louisiana, this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A**

| | FACILITY NAME, ADDRESS, & PHONE NUMBER | CONTACT PERSON | INJURED PARTY | ORDER DATE | RECORD TYPE |
|---|---|---|---|---|---|
| 1 | Dr. Aubry Douglas (Deceased) 4519 Lyons Ave Houston, TX 77020 713-674-9936 | Emma Smith - Sibling of Dr. Douglas | Jones, Jesse | 8/28/2008 | Prescriber |
| | | or Janet Sanchez-Douglas- widow of Dr. Douglas | Jones, Jesse | 8/28/2008 | Prescriber |
| 2 | National Personnel Records Center/ Blanchfield Army Community Hospital   9700 Page Ave. Attn: Organizational Records 9700 Page Ave St. Louis, MO 63132 314-801-0800 | Medical Records Department | Mallory, Nathaniel | 4/16/2008 | Event |
| 3 | Dr. Bruce Levy 6410 Fannin St. Ste. 1460 Houston, TX 77030 713-796-9100 | Karen | Robbins, Melanie | 4/24/2008 | Neurology |
| 4 | Medco P.O. Box 2660 Spokane, WA 99220 509-928-8738 | Medical Records Department | Miller (McDonald), Betty | 7/14/2008 | Pharmacy |