## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Karen A. Montalto, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | CIVIL ACTION NO. 2:06-cv-6945 |
| *Merck & Co., Inc.* | * | |

**Only with regard to:**

**Karen A. Montalto, Dorenda K. Murrell, Philip E. Nally, Mary A. O'Neal, David J. Page, Carol Pospisil, William R. Reese, Ruth E. Richmond**

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Karen A. Montalto, Dorenda K. Murrell, Philip E. Nally, Mary A. O'Neal, David J. Page, Carol Pospisil, William R. Reese, and Ruth E. Richmond and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of December, 2008.

_____
DISTRICT JUDGE

955187v.1