# EXHIBIT A

1.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Susan Bell) (filed October 1, 2008)

2.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Donald Billizon)   (filed October 1, 2008)

3.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Lynda Brant) (filed October 1, 2008)

4.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Brown)   (filed October 1, 2008)

5.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Lubertia Bunch) (filed October 1, 2008)

6.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Marion Burton) (filed October 1, 2008)

7.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Cole) (filed October 1, 2008)

8.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Joycelyn Collins)   (filed October 1, 2008)

9.   *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Joyce Davis) (filed October 1, 2008)

10.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Lawrence Davis)   (filed October 1, 2008)

11.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Laurence Debose)   (filed October 1, 2008)

12.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Stephanie Delahoussaye)   (filed October 1, 2008)

13.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Paul Duhe, Jr.) (filed October 1, 2008)

14.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (William Duncan)   (filed October 1, 2008)

15.  *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Alice Faas) (filed October 1, 2008)

16.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Mona Fisher) (filed October 1, 2008)

17.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tiwanda Franklin)   (filed October 1, 2008)

18.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (MaryJane Roy Garrick)   (filed October 1, 2008)

19.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Gibson) (filed October 1, 2008)

20.     *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Pamela Green) (filed October 1, 2008)

21.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Harmon) (filed October 1, 2008)

22.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Betty Hartfield) (filed October 1, 2008)

23.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Conchita Harvey)   (filed October 1, 2008)

24.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Edwin Henson) (filed October 1, 2008)

25.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Charlotte Kleinpeter)   (filed October 1, 2008)

26.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Manno)   (filed October 1, 2008)

27.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (John McKinley) (filed October 1, 2008)

28.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Merricks)   (filed October 1, 2008)

29.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Morris)   (filed October 1, 2008)

30.     *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ruby Nicolosi) (filed October 1, 2008)

31. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ameal Parker) (filed October 1, 2008)

32. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Shirley Parkman)   (filed October 1, 2008)

33. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (C.P. Powell) (filed October 1, 2008)

34. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paulette Randall)   (filed October 1, 2008)

35. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Norman Ross) (filed October 1, 2008)

36. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Anita Simmons) (filed October 1, 2008)

37. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lilly Simpson) (filed October 1, 2008)

38. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Stewart) (filed October 1, 2008)

39. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tanya Thomas) (filed October 1, 2008)

40. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Sandra Taylor-Wilson)   (filed October 1, 2008)

41. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Tinsley) (filed October 1, 2008)

42. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (George Vercher)   (filed October 1, 2008)

43. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Angela Vincent)   (filed October 1, 2008)

44. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Walton)   (filed October 1, 2008)

45. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Elaine Williams)   (filed October 1, 2008)

46. *Allred, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-04050-EEF-DEK (Wynette Hilliar)   (filed October 15, 2008)

47. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Gwendolyn Laymon)   (filed October 2, 2008)

48. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Doris Miller)   (filed October 2, 2008)

49. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Carol Robertson)   (filed October 2, 2008)

50. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Dollie Skinner)   (filed October 2, 2008)

51. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Kimberly Taylor)   (filed October 2, 2008)

52. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Lloyd Williams)   (filed October 2, 2008)

53. *Banks, et al. v. Merck & Co., Inc.,* Docket No. 2:07-cv-03019 (Gary Allen Guy)   (filed October 1, 2008)

54. *Banks, et al. v. Merck & Co., Inc.,* Docket No. 2:07-cv-03019 (Lloyd Johnson)   (filed October 1, 2008)

55. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Edna Harness)   (filed October 1, 2008)

56. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Willie Jones)   (filed October 1, 2008)

57. *Crenshaw v. Merck & Co., Inc.,* Docket No. 2:06-cv-02085 (filed October 23, 2008)

58. *Gulledge, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1036 (JoAnn Atkins)   (filed October 15, 2008)

59. *Hicks, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1048 (Leonard Jackson)   (filed October 15, 2008)

60. *Johnson v. Merck & Co., Inc.,* Docket No. 2:05-cv-4031-EEF-DEK (filed October 15, 2008)

955760v.1

61.  *Oller, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-01102 (Michael Fischer)   (filed October 16, 2008)

62.  *Oller, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-01102 (Jan Hammon)   (filed October 16, 2008)

63.  *Wilshusen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1055 (Gwenever Wilson) (filed October 15, 2008)

64.  *Wiser, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1545 (Leontine L. Silvers)   (filed October 15, 2008)