## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Ruben Miranda Velez, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4590 |
| *Merck & Co., Inc.* | * | |

**Only with regard to:**

**Carmen Montalvo Santiago, Rosa Ramirez Torres, Tomasa Soto Rivera, Lidia Vega Valentin**

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Carmen Montalvo Santiago, Rosa Ramirez Torres, Tomasa Soto Rivera, and Lidia Vega Valentin and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __2nd__ day of __December__, 2008.

_____
DISTRICT JUDGE

955182v.1