

21494310
Sep 12 2008
4:22PM

Sharon Wilson,

          Plaintiff(s),

v.

MERCK & CO., INC.,

          Defendant(s).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL Docket No. 1657
SECTION L
**Docket No.: 06-3488**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Pursuant to Local Rule 83.2.11, Eric M. Terry, of SimmonsCooper LLC respectfully moves the Court for an order allowing them to withdraw as counsel of record for Plaintiff, Sharon Wilson, in the above-captioned litigation. Good cause for withdrawal exists, as counsel and client have a fundamental disagreement regarding the course of future representation with respect to this action. Counsel have informed Plaintiff, Sharon Wilson, of their intention to withdraw and have advised her to retain other counsel.

    Written notice of the filing of this motion was sent to Plaintiff via UPS Overnight. If court grants this motion, the undersigned counsel will notify LexisNexis File and Serve of the withdrawal upon entry of this Order.

Dated: September 12, 2008

Respectfully submitted,

By: _____
Eric M. Terry, IL 6282169
SIMMONSCOOPER LLC
707 Berkshire Blvd.
PO Box 521
East Alton, IL 62024
Phone: 618-259-2222
Fax: 619-259-2251

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herrmann and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of September, 2008.

*Kristie Stephens*
SimmonsCooper LLC