# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Sharon Wilson<br><br>v.<br><br>*Merck & Co., Inc.* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-3488<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Upon due consideration and for good cause shown, the Court hereby grants Counsels' Motion to Withdraw as Counsel of Record.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Eric M. Terry, and the law firm of SimmonsCooper LLC are withdrawn as counsel of record for Plaintiff Sharon Wilson.

IT IS ORDERED.

Dated: _____          _____
                                        Judge Eldon E. Fallon
                                        United States District Court Judge