UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Marie Allen, et al.*

*v.*

*Merck & Co., Inc.,*

**Only with regard to:**

**Louise Anthony, Elaine Bjelland,
Elizabeth Crawford, Charlotte
Crider, Dorothy W. Edstrom, Helen
Eilers, Jennie Hennessey, Carmela
Ilacqua and Anthony J. Ilacqua,
Eileen Mihlbauer and George J.
Mihlbauer, Theresa Paterson and
Hugh Paterson, Mary Ratliff and
Kenneth Ratliff, Phyllis Remington,
June A. Reynolds, Helen Rogaski,
Mae Rogers, Rachel Sorbini, Faith
Marie Swenson, Susan Thonnesen
and Roy Thonnesen, Helen Verdier,
Martha Waltz, Juanita Wilson-
Crowder and Aubrey Crowder, Jr.**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-2220

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Louise Anthony, Elaine Bjelland, Elizabeth

Crawford, Charlotte Crider, Dorothy W. Edstrom, Helen Eilers, Jennie Hennessey, Carmela

Ilacqua and Anthony J. Ilacqua, Eileen Mihlbauer and George J. Mihlbauer, Theresa Paterson

and Hugh Paterson, Mary Ratliff and Kenneth Ratliff, Phyllis Remington, June A. Reynolds, Helen Rogaski, Mae Rogers, Rachel Sorbini, Faith Marie Swenson, Susan Thonnesen and Roy Thonnesen, Helen Verdier, Martha Waltz, Juanita Wilson-Crowder and Aubrey Crowder, Jr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE