UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Clarence Abrams, et al.*  *v.*  *Merck & Co., Inc.,*  **Only as to Nicole Dorsey** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:05-cv-5204  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Nicole Dorsey in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1