UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:  William Andrew Curl and Tonya Curl**
**MDL CASE NO. 2:05cv5295**

Come counsel, Tyler Thompson, Ann Oldfather, and Gregory J. Bubalo of the law

firms of Dolt, Thompson, Shepherd, Kinney & Wilt, Oldfather Law Firm, and Bubalo,

Hiestand & Rotman, pursuant to Local Rule 83.2.11, moves the Court for an order

allowing them to withdraw as counsel of record for plaintiff(s), William Andrew Curl and

Tonya Curl, in the above-captioned multidistrict litigation. There has been a breakdown

in the attorney-client relationship, the details of which are within the confines of the

attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to

grant this motion.  A Declaration of counsel as required by PTO 36 is attached hereto.

Written notice of the filing of this motion was sent via certified mail to plaintiffs'

last known mailing address, 265 Gumwell Road, Brandenburg, KY  40108.

Dated:  December 4, 2008

Respectfully submitted,


s/ Brian Rattliff
Gregory J. Bubalo
D. Brian Rattliff
Bubalo, Hiestand & Rotman
401 South Fourth Street, Suite 800
Louisville, KY   40202
502.753.1600
brattliff@bhtriallaw.com


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 5th day of December, 2008.



s/ D. Brian Rattliff
D. Brian Rattliff