UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** Carolyn A. Ward
**MDL CASE NO. 2:06cv779**

## DECLARATION OF COUNSEL REGARDING PTO 36

I, Leslie M. Cronen, as counsel for the claimants listed above, do hereby state under oath as follows:

1. Counsel communicated with Plaintiff(s) regarding the motion to withdraw and explained the reasons for withdrawal from representation.

2. On or about May 6, 2008, Pretrial Order 36 was received by Plaintiff's counsel.

3. On June 6, 2008, in accordance with the requirements of PTO 36, a certified letter was sent to Plaintiffs advising them of their rights/responsibilities as outlined in PTO 36.

**Pursuant to 28 USC §1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

_____
Leslie M. Cronen, Counsel for Plaintiff(s)