UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:  Carolyn A. Ward**
**MDL NO. 2:06cv779**

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Tyler Thompson, Ann Oldfather, and Gregory Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt, Oldfather Law Firm, and Bubalo, Hiestand & Rotman are withdrawn as counsel of record for plaintiff(s),

IT IS SO ORDERED.

DATED:_____      _____
                                            JUDGE ELDON E. FALLON
                                            UNITED STATES DISTRICT COURT JUDGE