UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:  Richard W. Allen, Sr. and Delilah Allen**
**MDL CASE NO. 2:06cv1920**

Come counsel, Tyler Thompson, Ann Oldfather, and Gregory J. Bubalo of the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt, Oldfather Law Firm, and Bubalo, Hiestand & Rotman, pursuant to Local Rule 83.2.11, moves the Court for an order allowing them to withdraw as counsel of record for plaintiff(s), Richard W. Allen, Sr. and Delilah Allen, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.  A Declaration of counsel as required by PTO 36 is attached hereto.

Written notice of the filing of this motion was sent via certified mail to plaintiffs' last known mailing address, 7604 Texlyn Court, Louisville, KY  40258.

Dated:  December 4, 2008

Respectfully submitted,

s/ Brian Rattliff
Gregory J. Bubalo
D. Brian Rattliff
Bubalo, Hiestand & Rotman
401 South Fourth Street, Suite 800
Louisville, KY   40202
502.753.1600
brattliff@bhtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 5th day of December, 2008.

s/ D. Brian Rattliff
D. Brian Rattliff