UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Imogene Burse and Ray Burse v. Merck* | * | JUDGE KNOWLES |
| *& Co., Inc.* | * | |
| | * | |
| Docket Number: 2:06-cv-408 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE

On November 17, 2008, Plaintiffs Imogene Burse and Ray Burse and Defendant, Merck & Co., Inc. filed a Stipulation of Dismissal With Prejudice as to All Defendants with the Court. *See* R. Doc. 16926.  By Order entered November 20, 2008, R. Doc. 16951, the Court granted the stipulation and dismissed the case with prejudice.  The stipulation was filed in error.  It should have been sent to the Claims Administrator and held until final payment pursuant to the Vioxx Settlement program.  Accordingly, the parties move to vacate the Order of Dismissal With Prejudice, R. Doc. 16951, and reinstate the case.

Respectfully submitted,

/s/ Jonathan W. Johnson
Jonathan W. Johnson
Johnson & Benjamin, LLP
567 Ladona Drive
Decatur, GA  30032
Phone:  404-298-8995


Counsel for Plaintiffs

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200


Counsel for Defendant Merck & Co., Inc.

956077v.1

956077v.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion to Vacate Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of December, 2008.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

956077v.1