UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Earnest Staples, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br><br>**Only with regard to:**<br><br>**Earnest Staples, Howard Cape, Margery Dunn, Emma Lucas, and Carolyn B. Webster, individually and as representative of the Estate of Burl Webster, deceased** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:08-cv-4561<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Earnest Staples, Howard Cape, Margery Dunn, Emma Lucas, and Carolyn B. Webster, individually and as representative of the Estate of Burl Webster, deceased, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

956121v.1

| | |
|---|---|
| */s/David P. Matthews/*_____ | */s/ Dorothy H. Wimberly/*_____ |
| David P. Matthews | Phillip A. Wittmann |
| Matthews & Associates | Dorothy H. Wimberly |
| 2905 Sackett Street | 546 Carondelet Street |
| Houston, Texas 77098 | New Orleans, Louisiana 70130 |
| (713) 522-5250 | (504) 581-3200 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc* |
| | |
| Dated: 12/5/08_____ | Dated: 12/5/08_____ |

956121v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of December, 2008.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel

956121v.1