**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 05-4416; 06-4468; 07-7078; 05-0860 05-4322; 05-4422; 05-4450; and 05-6215 | JUDGE FALLON MAG. JUDGE KNOWLES |

**MOTION FOR EXPEDITED HEARING ON
CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY
CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE
HELD IN CONTEMPT FOR FAILING TO COMPLY WITH
PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE
FOR THE PRODUCTION OF MEDICAL RECORDS**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Herman, Herman, Katz & Cotlar, LLP, file this Motion for Expedited Hearing in connection with their Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that the receipt of medical records is necessary in order to meet time

constraints set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date:   December 5, 2008            By:      /s/ Leonard A. Davis
                                                      **Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 5th day of December, 2008.

1.  Mediconnect Global
    Attn: Gabriel Barrett
    10897 S. Riverfront Pkwy.
    Suite 500
    S. Jordan, Utah 84095

2.  Walgreens
    1901 East Voorhees St.
    P.O. Box 4039, MS #735
    Danville, IL 61834

3.     Rite-Aid
       5661 Bullard Ave.
       New Orleans, LA 70128

4     Rite-Aid
       30 Hunter Lane
       Camp Hill, PA 17011
       Attn: Legal Dept.

5.     Walmart
       702 S.W. 8th Street
       Bentonville, AR 72712
       Attn: Custodian of Records

6.     Touro Infirmary Hospital
       1401 Foucher St
       New Orleans, LA 70115
       Attn: Medical Records

7.     Tulane University Hospital
       3434 Prytania Street
       Suite 450
       New Orleans, LA 70115

8.     Meadowcrest Hospital
       2500 Belle Chasse Hwy.
       Gretna, LA 70056

9.     Lindy Boggs Hospital
       301 North Jefferson Davis Hwy.
       New Orleans, LA 70119

10.    Dartmouth Hitchcock Center
       One Medical Drive
       Lebanon, NH 03756

11.    Dr. Neil Sullivan
       850 Kempsville Road
       Norfolk, VA 23502

12.    Dr. Miguel Caculls
       100 Medical Center Dr.
       Slidell, LA 70461

13. Dr. David Tran
    6010 Bullard Ave.
    New Orleans, LA 70128

14. Dr. Dugas Mitchell
    457 Heymann Blvd.
    Lafayette, LA 70503

15. Dr. Carroll Roberts
    1214 Coolidge Blvd.
    Lafayette, LA 70503

16. Surgeons Enhancement Center
    110 Lakeview Lane
    Suite 200
    Covington, LA 70434

17. Dr. Mark Juneau
    1111 Medical Center Blvd.
    Suite 804
    Marrero, LA 70072

18. Dr. Antoine Roberts
    4644 Lincoln Blvd.
    Suite 101
    Marina Del Rey, CA 90292

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com