UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 05-4416; 06-4468; 07-7078; 05-0860 05-4322; 05-4422; 05-4450; and 05-6215 | JUDGE FALLON MAG. JUDGE KNOWLES |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

**MAY IT PLEASE THE COURT:**

The Plaintiffs identified on Exhibit "A" to the Motion to Show Cause are represented by the law firm of Herman, Herman, Katz & Cotlar, LLP. All of these plaintiffs need to obtain medical records from various providers. There are certain time frames set forth in the Vioxx Resolution Program. The delay in obtaining the medical records will prejudice plaintiffs. Mediconnect Global and the providers have had ample opportunity to provide the requested medical records, yet have failed to do so. The Court addressed this matter at the status conference on August 20, 2008, and the Court is aware that the receipt of medical records is necessary in order to meet time constraints

set forth in the Resolution Program. Therefore, additional delays would be unnecessary and an expedited hearing is requested.

Respectfully submitted,

Date: December 5, 2008          By:     /s/ Leonard A. Davis
                                            **Russ M. Herman (Bar No. 6819)**
                                            Leonard A. Davis (Bar No. 14190)
                                            Stephen J. Herman (Bar No. 23129)
                                            ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Telephone: (504) 581-4892
                                            Facsimile: (504) 561-6024

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion, via U.S. Mail, postage prepaid and properly addressed, on the 5th day of December, 2008.

1. Mediconnect Global
   Attn: Gabriel Barrett
   10897 S. Riverfront Pkwy.
   Suite 500
   S. Jordan, Utah 84095

2. Walgreens
   1901 East Voorhees St.
   P.O. Box 4039, MS #735
   Danville, IL 61834

3. Rite-Aid
   5661 Bullard Ave.
   New Orleans, LA 70128

4. Rite-Aid
   30 Hunter Lane
   Camp Hill, PA 17011
   Attn: Legal Dept.

5. Walmart
   702 S.W. 8th Street
   Bentonville, AR 72712
   Attn: Custodian of Records

6. Touro Infirmary Hospital
   1401 Foucher St
   New Orleans, LA 70115
   Attn: Medical Records

7. Tulane University Hospital
   3434 Prytania Street
   Suite 450
   New Orleans, LA 70115

8. Meadowcrest Hospital
   2500 Belle Chasse Hwy.
   Gretna, LA 70056

9. Lindy Boggs Hospital
   301 North Jefferson Davis Hwy.
   New Orleans, LA 70119

10. Dartmouth Hitchcock Center
    One Medical Drive
    Lebanon, NH 03756

11. Dr. Neil Sullivan
    850 Kempsville Road
    Norfolk, VA 23502

12. Dr. Miguel Caculls
    100 Medical Center Dr.
    Slidell, LA 70461

13. Dr. David Tran
    6010 Bullard Ave.
    New Orleans, LA 70128

14. Dr. Dugas Mitchell
    457 Heymann Blvd.
    Lafayette, LA 70503

15. Dr. Carroll Roberts
    1214 Coolidge Blvd.
    Lafayette, LA 70503

16. Surgeons Enhancement Center
    110 Lakeview Lane
    Suite 200
    Covington, LA 70434

17. Dr. Mark Juneau
    1111 Medical Center Blvd.
    Suite 804
    Marrero, LA 70072

18. Dr. Antoine Roberts
    4644 Lincoln Blvd.
    Suite 101
    Marina Del Rey, CA 90292

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

4