UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to case numbers: : <br> 05-4416; 06-4468; 07-7078; 05-0860 <br> 05-4322; 05-4422; 05-4450; and 05-6215 : | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

### CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRE-TRIAL ORDER NO. 35 AND REQUESTS MADE FOR THE PRODUCTION OF MEDICAL RECORDS

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented by the law firm of Herman, Herman, Katz & Cotlar, LLP, file this Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, and in support thereof show:

I.

Plaintiffs have repeatedly attempted to obtain records from certain healthcare providers so that they may comply with the terms of the Vioxx Settlement Agreement. Unfortunately, plaintiffs' requests to certain providers have been futile. All of the requests that are the subject of this motion have been made through Mediconnect Global.

II.

Despite repeated requests to Mediconnect Global, the record providers refuse to comply with this Court's Pre-Trial Order No. 35, and the requests for medical records.

1

III.

Plaintiffs request that this Court issue an Order that Mediconnect Global and each of the providers identified on the attached Exhibit "A" appear before this Court and show cause why:

a.  They and each of them should not be held in contempt for failing to comply with Pre-Trial Order No. 35;

b.  They and each of them should not be held in contempt for failure to provide requested medical records; and

c.  That each of them should not be ordered to pay the attorney's fees and costs related to plaintiffs' efforts to obtain their own medical records.

IV.

Plaintiffs further move for an Order setting a hearing on this motion as quickly as the Court's docket permits.

V.

The basis for this motion is more fully set forth in the memorandum in support attached hereto, which is adopted herein as if copied *in extenso*.

WHEREFORE, plaintiffs identified on attached Exhibit "A" and the law firm of Herman, Herman, Katz & Cotlar, LLP, pray that this Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records be granted and the Court Order a corporate

representative for each health care provider and Mediconnect Global to appear before the Court to explain its refusal to honor this Court's Orders, and for such other relief as may be entered.

Respectfully submitted,

Date:  December 5, 2008      By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2008.

In addition, I hereby certify that the above and foregoing has been served on the following medical providers, all of whom are subjects of this motion,  via U.S. Mail, postage prepaid and properly addressed, on the 5th day of December, 2008.

1. Mediconnect Global
   Attn: Gabriel Barrett
   10897 S. Riverfront Pkwy.
   Suite 500
   S. Jordan, Utah 84095

3

2.  Walgreens
    1901 East Voorhees St.
    P.O. Box 4039, MS #735
    Danville, IL 61834

3.  Rite-Aid
    5661 Bullard Ave.
    New Orleans, LA 70128

4.  Rite-Aid
    30 Hunter Lane
    Camp Hill, PA 17011
    Attn: Legal Dept.

5.  Walmart
    702 S.W. 8th Street
    Bentonville, AR 72712
    Attn: Custodian of Records

6.  Touro Infirmary Hospital
    1401 Foucher St
    New Orleans, LA 70115
    Attn: Medical Records

7.  Tulane University Hospital
    3434 Prytania Street
    Suite 450
    New Orleans, LA 70115

8.  Meadowcrest Hospital
    2500 Belle Chasse Hwy.
    Gretna, LA 70056

9.  Lindy Boggs Hospital
    301 North Jefferson Davis Hwy.
    New Orleans, LA 70119

10. Dartmouth Hitchcock Center
    One Medical Drive
    Lebanon, NH 03756

11. Dr. Neil Sullivan
    850 Kempsville Road
    Norfolk, VA 23502

4

12. Dr. Miguel Caculls
    100 Medical Center Dr.
    Slidell, LA 70461

13. Dr. David Tran
    6010 Bullard Ave.
    New Orleans, LA 70128

14. Dr. Dugas Mitchell
    457 Heymann Blvd.
    Lafayette, LA 70503

15. Dr. Carroll Roberts
    1214 Coolidge Blvd.
    Lafayette, LA 70503

16. Surgeons Enhancement Center
    110 Lakeview Lane
    Suite 200
    Covington, LA 70434

17. Dr. Mark Juneau
    1111 Medical Center Blvd.
    Suite 804
    Marrero, LA 70072

18. Dr. Antoine Roberts
    4644 Lincoln Blvd.
    Suite 101
    Marina Del Rey, CA 90292

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

5