**EXHIBIT "A" TO CERTAIN PLAINTIFFS'
MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL
RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT
FOR FAILING TO COMPLY WITH PTO 35 AND REQUESTS
MADE FOR THE PRODUCTION OF MEDICAL RECORDS**

## Outstanding Medical Requests

Mediconnect Global
Attn: Gabriel Barrett
10897 S. Riverfront Pkwy.
Suite 500
S. Jordan, Utah 84095
PH: (801) 545-3719

| *Facility Name & Address* | *Claimant* |
|---|---|
| **Walmart**<br>702 S. W. 8th St.<br>Attn: Custodian of Records<br>Bentonville, AR 72712 | Loretta Phillips |
| **Rite Aide**<br>5661 Bullard Ave.<br>New Orleans, LA 70128 | Willie Cromedy |
| 30 Hunter Lane<br>Attn: Legal Dept<br>Camp Hill, PA 17011 | Dale Woodward |
| **Walgreens**<br>1901 E. Voorhees St.<br>P.O. Box 4039, MS #735<br>Danville, IL 61834 | Lawrence Coleman<br>Byron Young<br>William Stallworth |
| **Meadowcrest Hospital**<br>2500 Belle Chasse Hwy.<br>Gretna, LA 70056 | Clifford Gasper |

**Dartmouth Hitchcock Center**
One Medical Drive                           Dale Woodward
Lebanon, NH 03756

**Dr. Neil Sullivan**
850 Kempsville Rd.                          Lawrence Coleman
Norfolk, VA 23502

**Dr. Miguel Caculls**
100 Medical Center Dr.                      Velma Batiste
Slidell, LA 70461

**Dr. David Tran**
6010 Bullard Ave.                           Janie Banks
New Orleans, LA 70128

**Lindy Boggs Hospital**
301 S. Jeff Davis Pkwy.                     Willie Cromedy
New Orleans, LA 70118

**Dr. Dugas Mitchell**
457 Heymann Blvd.                           Frank Breda
Lafayette, LA 70503

**Dr. Carroll Roberts**
1214 Coolidge Blvd.                         Frank Breda
Lafayette, LA 70503

**Surgeons Enhancement Center**
110 Lakeview Lane, Suite 200                John Turner
Covington, LA 70434

**Dr. Mark Juneau**
1111 Medical Center Blvd. Suite 804         Mary Stipe
Marrero, LA 70072

**Dr. Antoine Roberts**
4644 Lincoln Blvd., Suite 101               Donnis Ball
Marina Del Rey, CA 90292

**Tulane University Hospital**
3434 Prytania St., Suite 450                William Stallworth
New Orleans, LA 70115

**<u>Touro Infirmary Hospital</u>**
1401 Foucher St.     William Stallworth
Attn: Medical Records
New Orleans, LA 70115