IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO:<br><br>JOHN and JUDITH STEWARD, individually and on behalf of their marital community,<br>                               Plaintiffs,<br>    v.<br>MERCK & CO., INC.,<br>                               Defendant. | Civil Action No: 2:06-cv-10330 |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to LR 83.2.11, Amy Hanson and the firm of Keller Rohrback, L.L.P. ("KR") and Kim Williams and the firm of Williamson & Williams ("WW") move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiffs in this matter for the reason that KR and WW can no longer effectively represent Plaintiffs as they have a fundamental disagreement as to what action should be taken in this case.

RESPECTFULLY SUBMITTED this 5th day of December 2008.

KELLER ROHRBACK L.L.P.

By /s/ Amy Hanson
Amy N.L. Hanson
WSBA No. 28589

        Attorneys for Plaintiffs John and Judith Steward
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, WA  98104
        Telephone:  206-623-1900
        Facsimile:   206-623-3384
        ahanson@kellerrohrrback.com


        WILLIAMSON & WILLIAMS

        By /s/ Kim Williams

        Kim Williams, WSBA No. 9077
        Rob Williamson, WSBA No. 11387
        Attorneys for Plaintiffs John and Judith Steward
        WILLIAMS & WILLIAMS
        187 Parfitt Way SW, #250
        Bainbridge Island, WA  98110
        Telephone: 206-780-4447
        Facsimile:  206-780-5557
        kim@williamslaw.com
        roblin@williamslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2008.

By /s/ Amy Hanson
Amy N.L. Hanson
WSBA No. 28589
Attorneys for Plaintiffs John and
Judith Steward
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98104
Telephone:  206-623-1900
Facsimile:   206-623-3384
ahanson@kellerrohrrback.com