IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br><br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | |
| JOHN and JUDITH STEWARD, individually and on behalf of their marital community,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　　　　　　　　Defendant. | Civil Action No: 2:06-cv-10330 |

**DECLARATION OF AMY N.L. HANSON IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Amy N.L. Hanson, declare under penalty of perjury as follows:

1.　　I am an attorney at Keller Rohrback L.L.P., one of the counsel for plaintiffs in this action, John and Judith Steward. I submit this declaration in support of my Motion to Withdraw as Counsel of Record.

2.　　I have communicated with the plaintiffs in this action.

3.　　I have explained to the plaintiffs the reasons that Keller Rohrback, L.L.P. and my co-counsel firm, Williamson & Williams, are seeking to withdraw from the representation of the plaintiffs in this action.

4. I have not been able to obtain the consent of plaintiffs to the withdrawal of Keller Rohrback L.L.P. or Williamson & Williams from the representation of the plaintiffs in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2008, at Seattle, Washington.

Amy N.L. Hanson
KELLER ROHRBACK L.L.P.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Declaration of Amy N.L. Hanson in Support of Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2008.

                                                By <u>/s/ Amy Hanson</u>
                                                Amy N.L. Hanson
                                                WSBA No. 28589
                                                Attorneys for Plaintiffs John and Judith Steward
                                                KELLER ROHRBACK L.L.P.
                                                1201 Third Avenue, Suite 3200
                                                Seattle, WA  98104
                                                Telephone:  206-623-1900
                                                Facsimile:   206-623-3384
                                                ahanson@kellerrohrrback.com