**Exhibit A**
**Represented Plaintiffs**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Brown Chiari, L.L.P. | Bonilla | Ramon | Bonilla, Norma J. v. Merck & Co., Inc. | 2:07-cv-02014-EEF-DEK |
| Brown Chiari, L.L.P. | Campbell | Kathleen | Campbell, Kathleen v. Merck & Co., Inc. | 2:06-cv-03146-EEF-DEK |
| Brown Chiari, L.L.P. | Ciura | Marion | Ciura, Ronald v. Merck & Co., Inc. | 2:06-cv-01516-EEF-DEK |
| Brown Chiari, L.L.P. | Damerau | Albert | Damerau, Albert v. Merck & Co., Inc. | 2:07-cv-04005-EEF-DEK |
| Brown Chiari, L.L.P. | Eubanks | Beverly | Eubanks, Beverly v. Merck & Co., Inc. | 2:08-cv-00168-EEF-DEK |
| Brown Chiari, L.L.P. | Gordon | Karen | Gordon, Karen v. Merck & Co., Inc. | 2:08-cv-00164-EEF-DEK |
| Brown Chiari, L.L.P. | Porter | Beverly | Porter, Beverley v. Merck & Co., Inc. | 2:06-cv-01515-EEF-DEK |
| Brown Chiari, L.L.P. | Stenzel | Bruce | Stenzel, Bruce v. Merck & Co., Inc. | 2:06-cv-03150-EEF-DEK |
| Brown Chiari, L.L.P. | Stroka | Deborah | Stroka, Deborah v. Merck & Co., Inc. | 2:06-cv-03149-EEF-DEK |
| Brown Chiari, L.L.P. | Yates | Ronald | Yates, Ronald v. Merck & Co., Inc. | 2:06-cv-01711-EEF-DEK |
| Brown Chiari, L.L.P. | Zika | Marie | Zika, Marie v. Merck & Co., Inc. | 2:08-cv-00166-EEF-DEK |
| Fabbro, Steven A., Law Office of | Sisson | Mike | Sisson, Michael v. Merck & Co., Inc. | 2:07-cv-00366-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly, Deceased | John | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Spencer | Joel | Spencer, Joel v. Merck & Co., Inc. | 2:05-cv-05907-EEF-DEK |

956061v.1