**Exhibit B-1**
**Cases with a Pending Counsel Motion to Withdraw**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Barrett Law Office, PA (MS) | Carney | Karen Lee | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Chapel | Marchell | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Clark | Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Fortune | Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Gaines | William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Hale | Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Huff | Michele | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Johnson | Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Killman | Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Messenger | Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Morrell | Janice Faye | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Petrash | Barbara | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Porter | Tammantha | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Smith | Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Starks | Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Thompson | Beverly Jo | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Trimble | Sandinia | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Fischer | Michael | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight | James | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Wheaton | Rosie | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
| Cellino & Barnes, P.C. | Calhoun | Thelma | Burch, Marjorie E. v. Merck & Co., Inc. | 2:06-cv-10623-EEF-DEK |
| Cellino & Barnes, P.C. | Clerkley | Lorraine | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

| | | | | |
|---|---|---|---|---|
| | | | | DEK |
| Cellino & Barnes, P.C. | Cody | Anthony | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Coleman | Christine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Collier | Michelene | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Collins | Felicia | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Collins | Nathaniel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Colmenero | Luella | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cook | Betty | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Cassaundra | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Willie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Copes | Susan | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Criss | Deoma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Crosland | Larry | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Curry | James | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Daniels | Anna | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Dantzler | December | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Catherine | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Dawley | David | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deal | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Deans | James | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deck | Linda | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | John | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | Maria | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | DiSalvo | Lorraine | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Domanico | Emily | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Downey | Frances | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Dzierwa | Edward | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF- |

| | | | | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Edwards | Fleta | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ferrara | Vincent | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Angelee | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Sammy | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Gussie | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Franklin | Lamar | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Frederick | Nancy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Friedel | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaffney | Vonda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Garofolo | Rachele | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Gasiewicz | Daniel | Barnes, Emily E. v. Merck & Co., Inc. | 2:06-cv-11309-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Goodman | Ann | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Gorman | Cindy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Graf | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Grant | Johnny | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Green | Marcus | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Griggs | Cassandra | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Harris | Pamela | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Harris | Margaret | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hartley | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hawkins | Preston | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Yolanda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Stanley | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Hornbuckle | Joanne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Howard | Betty | Bryant, Isabelle C. v. Merck & | 2:06-cv-01203-EEF- |

956062v.1

| | | | Co., Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Hunter | Donald | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Ivey | Mary | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Ruth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Jansen-Husereau | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Everett | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Jones | Cheryl | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jordan | Arthur | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Judkins | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Kelley | Dianna | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Knochenmus | Alice | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| Cellino & Barnes, P.C. | Kobinski | Michael | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Korbar | Gary | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Kurja | Bela | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | LaBrake | Richard | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | LaGasse | Marianne | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Lazatin | Jose | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Leone | Lewis | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Lesher | Patsy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Lester | Goldie | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK |
| Cellino & Barnes, P.C. | Loyd | Darlene | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| Cellino & Barnes, P.C. | Luper | Viola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Lutsko | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Lyght | Charles | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Martinez | Di-an | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | McClarty | Sylvester | Amie, Vernon v. Merck & Co., | 2:06-cv-02219-EEF- |

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | McEachern | Dorothy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Mesidor | Viveca | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Miller | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Millsaps | Rosella | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| Cellino & Barnes, P.C. | Monnin | Wilma | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Clayton | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Ernest | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Moreno | Carmen | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Mosier | Richard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Muraski | Doug | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Murphy | Robert | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Anease | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Huguette | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Newton | Deborah | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Norton | Dorothy | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Norfleet | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Nunn | Agnes | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | O'Malley | Mildred | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | O'Rourke | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Olden | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Osei | Monica | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Otler | Joyce | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Palabay | Celestino | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Pelow | Patricia | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Pennington | Roger | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Pratt | Jessie | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ramjit | Persuram | Ballantyne, Arthur W. v. Merck & | 2:06-cv-02195-EEF- |

956062v.1

|  |  |  | Co., Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Randle | Kevin | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Bonda | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Reif | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Repeta | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Riggins | Lucy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Rives | Valerie | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Roberts | Glen | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Domingo | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Wilfredo | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Mariam | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Rogers | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Russo | Cathy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Saddler | Robert | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Salabiu | Olubola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sales | Joseph | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Sanders | Frank | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Sands | Russell | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Santiago | Joanne | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| Cellino & Barnes, P.C. | Scholl | Evelyn | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Shirley | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Emma | Miller, Emma v. Merck & Co., Inc. | 2:06-cv-03100-EEF-DEK |
| Cellino & Barnes, P.C. | Seay | Claude | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Sheirod | Ada | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sims | Jeweldean | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Skeriotis | Katherine | Cannon, Mary v. Merck & Co., | 2:06-cv-01188-EEF- |

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Smith | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Stepp | Beverly | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Telis | Ruth | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Terhesh | Judith | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Tillapaugh | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Valdes | Ariel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Van Pelt | Kenneth | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Vaudrin | Jeffrey | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Veasley | Robert | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Vines | Beverly | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Visconte | Frances | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Walden | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walker | Frederick | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walters | Mildred | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Welch | Maureen | Guthmiller, Jon v. Merck & Co., Inc. | 2:06-cv-05552-EEF-DEK |
| Cellino & Barnes, P.C. | Wells | Kenyatta | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Wetterhahn | Nancy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | White | Martin | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | White | Meeka | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Williams | Agnes | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Wittcop | Jean | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Wolfe | Orpha | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Fichera & Miller | Christie | David | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BROWN | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BUNCH | LUBERTIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GIBSON | JOYCE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell | HARMON | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF- |

956062v.1

| | | | | |
|---|---|---|---|---|
| & Garrison, L.L.C. | | | | DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARTFIELD | BETTY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HENSON | EDWIN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JONES | WILLIE | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KLEINPETER | CHARLOTTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MCKINLEY, DECEASED | JOHN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MORRIS | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | O'NEAL, DECEASED | MARY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKER | AMEAL | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKMAN | SHIRLEY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | POWELL | C. P. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | RANDALL | PAULETTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROSS, DECEASED | NORMAN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SIMPSON | LILLY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - WILSON, DECEASED | SANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMAS | TANYA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TINSLEY | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VINCENT | ANGELA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WILLIAMS | ELAINE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lanier Law Firm, PC | Chambers | Christopher | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Chatman | Charles | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Clark | Beulah | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Jorge | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Manuel | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Hernandez | Ana | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Jackson | Esther | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Pradia | Carolyn | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |

| | | | | |
|---|---|---|---|---|
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| Levin Fishbein Sedran & Berman | Montgomery | James | Montgomery, James v. Merck & Co., Inc. | 2:06-cv-05581-EEF-DEK |
| Levin Fishbein Sedran & Berman | Shaw | Shirley | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Oakley | James | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| McMurtray & Armistad, P.A. | Dobbs | Marquetta | Dobbs, Calvin v. Merck & Co., Inc. | 2:06-cv-00501-EEF-DEK |
| Simmons Cooper, LLC | Wilson | Sharon | Wilson, Sharon L. v. Merck & Co., Inc. | 2:06-cv-03488-EEF-DEK |
| Simon Passanante PC | Atkins | JoAnn | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| Simon Passanante PC | Jackson | Leonard | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| Simon Passanante PC | Wilson | Gwenever | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |