**Exhibit B-2**
**Cases in which Counsel Asserts that a Motion to Withdraw Has Been Filed**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Simon Passanante PC | Kramper | John | Kramper, John R. v. Merck & Co., Inc. | 2:05-cv-03286-EEF-DEK |
| Simon Passanante PC | Wright | LaVerne | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |