**Exhibit C**
**Previously Represented Plaintiffs Who Are Now Pro Se**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Adams | Deborah | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Allen | Ronnie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Amie | Vernon | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Anderson | Delanese | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Anderson | Paul | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Anderson | Brenda | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Ashley | Virgil | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Astrella | Michael | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Bagwell | Jacqueline | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Battle | Wade | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Beltrami | Michael | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Benedict | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Bivens-Brooks | Sharion | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Bjornson | Bambi | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Bonom | Alma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Bowling | Melvin | Bowling, Melvin v. Merck & Co., Inc. | 2:06-cv-06904-EEF-DEK |
| Bradley | Yvonne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Brichacek | Debora | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Brookstone | Jennifer | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Burch | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Burnett | Leonard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Burr | Virginia | Burr, Virginia R. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| Burton | Lura | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

| | | | |
|---|---|---|---|
| | | | DEK |
| Butler | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cannioto | Anna | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Carson | Helen | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Castleman | Jason | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Collins | Bobnel | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Crooms | Willie | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Duke | Joyce | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Dunn | Kris | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Fanning | Sherry | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Faries | Orville | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Funcke | Nancy | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Gallegos | Joe | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| Garry | Robert | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Gordon-Crowder | Irellia | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Hanners | Tina | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Lee | Robert | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Lewis | Selma | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Lyons | Gloria | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Pazicni | Cheryl | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Richmond | Donna | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Sullivant | Tresa | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |