UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Lillian R. Cody v. Merck & Co., Inc.* Docket Number: 2:06-CV-00331 | * | MAGISTRATE JUDGE |

### Order Of Dismissal With Prejudice

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Lillian R. Cody in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

New Orleans, Louisiana, this ___2nd___ day of December 2008.

_____
United States District Judge