## Exhibit A

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Podlofsky and Orange LLP | Arocho, Lydia | Arocho, Lydia v. Merck & Co., Inc. | 2:08-cv-04150-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Ellsworth, Deborah | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Gallup, Robert A | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Johnson, Lily | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Jones, Marion | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Spriggs, June Louis | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Wyma, Gerry George | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Richard L. Hughes;Thrash Law Firm | Thibault, Shannon | Thibault, Shannon v. Merck & Co., Inc. | 2:08-cv-03572-EEF-DEK |
| Ted Machi and Associates PC | Perez, Jesus Castillo | Perez, Jesus C. v. Merck & Co., Inc. | 2:08-cv-01421-EEF-DEK |
| Wariboko and Associates PC | Iwobi, Emmanuel | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Wariboko and Associates PC | Okpara, Olive | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Wariboko and Associates PC | Wariboko, Ure | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Weitz and Luxenberg PC | Hay Pope, Irene | Hay Pope, Irene v. Merck & Co., Inc. | 2:07-cv-09802-EEF-DEK |
| Weitz and Luxenberg PC | Wood, Paula | Wood, Paula v. Merck & Co., Inc. | 2:07-cv-09806-EEF-DEK |

No PTO 29 discovery materials

12/5/2008