## Exhibit B

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Berke and Lubell PA | Bennett, Horace P | Bennett, Horace P. v. Merck & Co., Inc. | 2:08-cv-01459-EEF-DEK |
| Berke and Lubell PA | Borden, Virginia | Borden, Virginia v. Merck & Co., Inc. | 2:08-cv-01404-EEF-DEK |
| Berke and Lubell PA | Kovack, Joseph T | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| Berke and Lubell PA | McDermott, Michael U | McDermott, Michael U. v. Merck & Co., Inc. | 2:08-cv-00874-EEF-DEK |
| Berke and Lubell PA | Siegel, Helen | Siegel, Helen v. Merck & Co., Inc. | 2:08-cv-00873-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Bates, Dorothy | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Fagerstrom, David | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Laux, Lee | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Loggains, James | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Sadler, Emma | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Smith, Barbara | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |