UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY : 
LITIGATION :
 :
_____ : MDL 1657
 : SECTION L
This document relates to: : HONORABLE ELDON FALLON
 : MAGISTRATE KNOWLES
 :
1199SEIU GREATER NEW YORK BENEFIT :
FUND, et al. v. BROWNGREER, PLC, et al., :
Case No. 08-3627 :
 :
_____ :

**ORDER**

Considering the Motion for Leave to File Supplemental Authority of the Negotiating Plaintiff's Counsel ("NPC");

IT IS ORDERED BY THE COURT that the NPC is granted leave of court to file the attached Supplemental Authority in support of its Motion to Dismiss the Complaint of 1199 SEIU Greater New York Benefit Fund.

New Orleans, Louisiana this 2nd day of December, 2008.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1