IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>        Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | |
| JOHN MATTHEWS,<br>                              Plaintiff,<br>and<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br><br>                    Involuntary Plaintiff,<br>     v.<br><br>MERCK & CO., INC.,<br>                              Defendant. | Civil Action No: 2:06-cv-5606 |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to LR 83.2.11, Amy Hanson and the firm of Keller Rohrback, L.L.P. (collectively "KR"); Kim Williams and the firm of Williamson & Williams (collectively "WW") and Kent Carnell and the firm of Lawton & Cates, S.C. (collectively "LC") move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff John Matthews in this matter for the reason that KR, WW, and LC can no longer effectively represent Plaintiff John Matthews as they have a fundamental disagreement as to what action should be taken in this case.

RESPECTFULLY SUBMITTED this 8th day of December 2008.

       KELLER ROHRBACK L.L.P.

        By /s/ Amy Hanson
        Amy N.L. Hanson
        WA Bar No. 28589
        WI Bar No. 1025442
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, WA 98104
        Telephone: 206-623-1900
        Facsimile: 206-623-3384
        ahanson@kellerrohrrback.com

       WILLIAMSON & WILLIAMS
        Kim Williams, WSBA No. 9077
        Rob Williamson, WSBA No. 11387
        187 Parfitt Way SW, #250
        Bainbridge Island, WA 98110
        Telephone: 206-780-4447
        Facsimile: 206-780-5557
        kim@williamslaw.com
        roblin@williamslaw.com

       LAWTON & CATES, S.C.
        Kent Carnell, Wis. Bar No. 1013909
        10 East Doty St., Suite 400
        P.O. Box 2965
        Madison, WI 53701-2965
        Telephone: (608) 282-6200
        Facsimile: (608) 282-6252
        kcarnell@lawtoncates.com

        Attorneys for Plaintiff John Matthews

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of December, 2008.

      By /s/ Amy Hanson
Amy N.L. Hanson
WSBA No. 28589
Attorneys for Plaintiffs John Matthews
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98104
Telephone: 206-623-1900
Facsimile: 206-623-3384
ahanson@kellerrohrrback.com