IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | Civil Action No: 2:06-cv-5606 |
| JOHN MATTHEWS,<br>                              Plaintiff,<br>and<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br><br>                    Involuntary Plaintiff,<br>      v.<br><br>MERCK & CO., INC.,<br>                              Defendant. | |

**DECLARATION OF AMY N. L. HANSON IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Amy N. L. Hanson, declare under penalty of perjury as follows:

1.      I am an attorney at Keller Rohrback L.L.P., one of the counsel for Plaintiff John Matthews in this action.  I submit this declaration in support of my Motion to Withdraw as Counsel of Record.

2.      I have communicated with Plaintiff John Matthews in this action.

3.      I have explained to Plaintiff John Matthews the reasons that Keller Rohrback, L.L.P. and my co-counsel firms, Williamson & Williams and Lawton & Cates,

S.C., are seeking to withdraw from the representation of Plaintiff John Matthews in this action.

4. I have not been able to obtain the consent of Plaintiff John Matthews to the withdrawal of Keller Rohrback L.L.P., Williamson & Williams, or Lawton & Cates from the representation of the plaintiffs in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2008, at Seattle, Washington.

_____
Amy N.L. Hanson
KELLER ROHRBACK L.L.P.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Declaration of Amy N. L. Hanson in Support of Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of December, 2008.

      By /s/ Amy Hanson
      Amy N. L. Hanson
      WSBA No. 28589
      Attorneys for Plaintiffs John Matthews
      KELLER ROHRBACK L.L.P.
      1201 Third Avenue, Suite 3200
      Seattle, WA 98104
      Telephone: 206-623-1900
      Facsimile: 206-623-3384
      ahanson@kellerrohrrback.com