IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION:  L |
| THIS RELATES TO: | Plaintiff:  Wynette Carolyn Burke |
| Civil Action No. 06-1746 | Judge Eldon E. Fallon<br>Magistrate Judge<br>Daniel E. Knowles, III |

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

1.      Plaintiff asks the Court to allow Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. to withdraw as attorneys for Plaintiffs and to permit the substitution of Sally Metcalfe and Jeff Edwards and the law firm of Evans Edwards, L.L.P. as the attorneys for Plaintiff.  Plaintiff approves of this substitution of counsel.

2.      Good cause exists for this Court to grant the Motion to Withdraw and Motion For Substitution of Counsel as set forth above.  Mr. Ozmun will be retiring from the active practice of law on December 31, 2008 to become the District Judge of the 353rd Judicial District Court of Travis County, Texas.

3.      All future pleadings, discovery, notices, communications and correspondence should be directed to Sally Metcalfe and Jeff Edwards and the law firm of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746; (512) 732-2727; (phone); (512) 732-2731 (facsimile).

Respectfully submitted,

**WHITEHURST, HARKNESS, OZMUN & BREES, P.C.**
5113 Southwest Parkway #150
Austin TX 78735
(512) 476-4346 (telephone)
(512) 476-4400 (facsimile)


BY:  /s/ Scott Ozmun
          SCOTT OZMUN
          State Bar No. 15392740
          sozmun@whoalaw.com


**EVANS EDWARDS, L.L.P.**
4407 Bee Cave Road, #611
Austin TX  78746
(512) 732-2727 (telephone)
(512) 732-2731 (facsimile)


BY:  /s/ Sally Metcalfe
          SALLY METCALFE
          State Bar No. 00788460
          sally@evansedwards.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw and Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed with the Clerk of Court, Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of December, 2008.

      Richard Stanley
      Bryan C. Reuter
      Thomas P. Owen, Jr.
      STANLEY, FLANAGAN & REUTER
      909 Poydras Street, Suite 2500
      New Orleans, LA 70112

      Phillip A. Wittman
      Dorothy H. Wimberly
      Carmelite M. Bertaut
      STONE PIGMAN WALTHER WITTMANN
      546 Carondelet Street
      New Orleans, LA 70130

/s/ Scott Ozmun
SCOTT OZMUN
State Bar No. 15392740
Attorney for Plaintiff
WHITEHURST, HARKNESS, OZMUN & BREES, P.C.
5113 Southwest Parkway #150
Austin, Texas 78735
512/476-4346 (telephone)
512/476-4400 (facsimile)
sozmun@whoalaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  VIOXX<br>        Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION:  L |
| THIS RELATES TO:<br><br>Civil Action No. 06-0463 | Plaintiff:  Wynette Carolyn Burke<br><br>Judge Fallon<br>Mag. Judge Knowles |

**THIS DOCUMENT RELATES TO:**
**JULIO VILLARREAL, JR.**

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW
### AND FOR SUBSITUTION OF RECORD

On this _____ day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Substitution of Record, and the Court being f the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. are allowed to withdraw as counsel for Plaintiff and Sally Metcalfe and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, are hereby substituted as attorney of record for said Plaintiff in the above styled and numbered cause.

SIGNED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon
United States District Court Judge