IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>　　　　Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO:<br><br>Civil Action No. 06-0463 | Plaintiff: Wynette Carolyn Burke<br><br>Judge Fallon<br>Mag. Judge Knowles |

**THIS DOCUMENT RELATES TO:**
**JULIO VILLARREAL, JR.**

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW**
**AND FOR SUBSITUTION OF RECORD**

On this _____ day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Substitution of Record, and the Court being f the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. are allowed to withdraw as counsel for Plaintiff and Sally Metcalfe and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, are hereby substituted as attorney of record for said Plaintiff in the above styled and numbered cause.

SIGNED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon
United States District Court Judge