IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Julio Villarreal, Jr. |
| Civil Action No. 06-0463 | Judge Fallon<br>Mag. Judge Knowles |

THIS DOCUMENT RELATES TO:
JULIO VILLARREAL, JR.

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

1. Plaintiff asks the Court to allow Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. to withdraw as attorneys for Plaintiffs and to permit the substitution of Sally Metcalfe and Jeff Edwards and the law firm of Evans Edwards, L.L.P. as the attorneys for Plaintiff. Plaintiff approves of this substitution of counsel.

2. Good cause exists for this Court to grant the Motion to Withdraw and Motion For Substitution of Counsel as set forth above. Mr. Ozmun will be retiring from the active practice of law on December 31, 2008 to become the District Judge of the 353rd Judicial District Court of Travis County, Texas.

3. All future pleadings, discovery, notices, communications and correspondence should be directed to Sally Metcalfe and Jeff Edwards and the law firm of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746; (512) 732-2727; (phone); (512) 732-2731 (facsimile).

Respectfully submitted,

**WHITEHURST, HARKNESS, OZMUN & BREES, P.C.**
5113 Southwest Parkway #150
Austin TX 78735
(512) 476-4346 (telephone)
(512) 476-4400 (facsimile)


BY:  /s/ Scott Ozmun
    SCOTT OZMUN
    State Bar No. 15392740
    sozmun@whoalaw.com


**EVANS EDWARDS, L.L.P.**
4407 Bee Cave Road, #611
Austin TX 78746
(512) 732-2727 (telephone)
(512) 732-2731 (facsimile)


BY:  /s/ Sally Metcalfe
    SALLY METCALFE
    State Bar No. 00788460
    sally@evansedwards.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw and Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 5th day of December, 2008.

Charles A. Deacon
Thomas A. Countryman, Senior Counsel
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio TX  78205-3792

 /s/ Scott Ozmun
SCOTT OZMUN
State Bar No. 15392740
Attorney for Plaintiff
WHITEHURST, HARKNESS, OZMUN & BREES, P.C.
5113 Southwest Parkway #150
Austin, Texas 78735
512/476-4346 (telephone)
512/476-4400 (facsimile)
sozmun@whoalaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>　　　　Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Julio Villarreal, Jr. |
| Civil Action No. 06-0463 | Judge Fallon<br>Mag. Judge Knowles |

**THIS DOCUMENT RELATES TO:**
**JULIO VILLARREAL, JR.**

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND FOR SUBSITUTION OF COUNSEL

On this _____ day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Substitution of Counsel, and the Court being of the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. are allowed to withdraw as counsel for Plaintiff and Sally Metcalfe and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, are hereby substituted as attorney of record for said Plaintiff in the above styled and numbered cause.

SIGNED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon
United States District Court Judge