IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>　　　Products Liability Litigation | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Julio Villarreal, Jr. |
| Civil Action No. 06-0463 | Judge Fallon<br>Mag. Judge Knowles |

THIS DOCUMENT RELATES TO:
JULIO VILLARREAL, JR.

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND FOR SUBSITUTION OF COUNSEL

On this _____ day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Substitution of Counsel, and the Court being of the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun and the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. are allowed to withdraw as counsel for Plaintiff and Sally Metcalfe and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, are hereby substituted as attorney of record for said Plaintiff in the above styled and numbered cause.

SIGNED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon
United States District Court Judge