IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Laura Rojas |
| Civil Action No. 05-0381 | Judge Eldon E. Fallon<br>Magistrate Judge<br>Daniel E. Knowles, III |

## MOTION TO WITHDRAW AND FOR APPEARANCE OF COUNSEL

1. Plaintiff asks the Court to allow Scott Ozmun to withdraw as an attorney for Plaintiffs and to permit the appearance of Jeff Edwards and Sally Metcalfe and the law firm of Evans Edwards, L.L.P. as co-counsel for Plaintiff. Plaintiff approves of this motion.

2. Good cause exists for this Court to grant the Motion to Withdraw and Motion For Appearance of Counsel as set forth above. Mr. Ozmun will be retiring from the active practice of law on December 31, 2008 to become the District Judge of the 353rd Judicial District Court of Travis County, Texas.

3. All future pleadings, discovery, notices, communications and correspondence should be directed to Jeff Edwards and Sally Metcalfe and the law firm of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746; (512) 732-2727 (phone); (512) 732-2731 (facsimile); and Eugene W. Brees and Sylvia Imhoff and the law firm of Whitehurst, Harkness, Brees, Cheng & Imhoff, 5113 Southwest Parkway, #150, Austin, Texas 78735, (512) 476-4346

(phone); (512) 476-4400 (facsimile).

        Respectfully submitted,

**WHITEHURST, HARKNESS, OZMUN &
    BREES, P.C.**
5113 Southwest Parkway,#150
Austin, Texas 78735
512/ 476-4346
512/ 476-0018 (Fax)


By:  /s/ Scott Ozmun
      SCOTT OZMUN
      State Bar No. 15392740
      sozmun@whoalaw.com
      EUGENE W. BREES
      State Bar No. 02947500
      cbrees@whoalaw.com
      SYLVIA H. IMHOFF
      State Bar No. 10388745
      simhoff@whoalaw.com


**EVANS EDWARDS, L.L.P.**
4407 Bee Cave Road, #611
Austin TX  78746
(512) 732-2727 (telephone)
(512) 732-2731 (facsimile)


BY:  /s/ Jeff Edwards
      JEFF EDWARDS
      State Bar No. 24014406
      jeff@evansedwards.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Withdraw and for Appearance of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that foregoing was filed with the Clerk of Court of the United State District for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 8th day of December, 2008.

    /s/ Scott Ozmun
SCOTT OZMUN
State Bar No. 15392740
Attorney for Plaintiff
WHITEHURST, HARKNESS, OZMUN &
BREES, P.C.
5113 Southwest Parkway, #150
Austin, Texas 78735
512/ 476-4346 (telephone)
512/ 476-4400 (facsimile)
sozmun@whoalaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| | **SECTION: L** |
| **THIS RELATES TO:** | **Plaintiff: Laura Rojas** |
| **Civil Action No. 06-1746** | **Judge Eldon E. Fallon** <br> **Magistrate Judge** <br> **Daniel E. Knowles, III** |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND FOR APPEARANCE OF COUNSEL

On this _____ day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Appearance of Counsel, and the Court being of the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun of the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. is allowed to withdraw as counsel for Plaintiff and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, is hereby added as co-counsel of record for said Plaintiff in the above styled and numbered cause.

SIGNED this _____ day of _____, 2008.

_____
Hon. Eldon Fallon
United States District Court Judge