IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX ) MDL No. 1657
      Products Liability Litigation )
) Section L
)
) Eldon E. Fallon
THIS DOCUMENT RELATES TO: ) U. S. District Judge
)
Civil Action No: 2:07-cv-740 ) Daniel E. Knowles, III
) U. S. Magistrate Judge
Plaintiff: Nicholas Jones and Jane Wykoff- )
      Jones )
)
)
)

    I, Kim Williams, declare under penalty of perjury as follows:

    1.    I am an attorney at Williamson & Williams, one of the counsel for plaintiffs in this action, Nicholas Jones and Jane Wykoff-Jones. I submit this declaration in support of my Motion to Withdraw as Counsel of Record.

    2.    I have communicated with the plaintiffs in this action.

    3.    I have explained to the plaintiffs the reasons that Williamson & Williams and my co-counsel firm, Keller Rohrback, L.L.P., are seeking to withdraw from the representation of the plaintiffs in this action.

    4.    I have not been able to obtain the consent of plaintiffs to the withdrawal of Williamson & Williams or Keller Rohrback, L.L.P. from the representation of the plaintiffs in this action.

    I declare under penalty of perjury of the laws of the State of Washington that the foregoing statements are true and correct.

**WILLIAMSON & WILLIAMS**
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com

1  DATED: December 4, 2008 at Bainbridge Island, Washington.

3       WILLIAMSON & WILLIAMS

4       By /s/ Kim Williams

        Kim Williams, WSBA No. 9077
        Rob Williamson, WSBA No. 11387
        Attorneys for Plaintiffs Nicholas Jones
        and Jane Wykoff–Jones
        WILLIAMS & WILLIAMS
        187 Parfitt Way SW, #250
        Bainbridge Island, WA  98110
        Telephone: 206-780-4447
        Facsimile:  206-780-5557
        kim@williamslaw.com
        roblin@williamslaw.com

WILLIAMSON & WILLIAMS
187 PARFITT WAY SW
SUITE 250
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com