UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *Franklin v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (USDC, District of Colorado) | ) | |
| Case No. 06-CV-02164-WYD-BNB | ) | |
| Case 2:07-CV-02073 | | |

### ORDER ON NOTICE OF SUBSTITUTION OF COUNSEL

Upon due consideration of the Notice of Substitution of Counsel and for good cause shown, the Court finds the Notice is well-taken, and that the same should be granted.

IT IS THEREFORE ORDERED that the Law Offices of Stuart A. Kritzer, P.C., is hereby substituted as counsel of record for Plaintiff James Franklin in place of Kritzer/Zonies, LLC.

New Orleans Louisiana

December 3rd 2008

BY THE COURT:

_/s/ Eldon E. Fallon_
Judge Eldon E. Fallon
United States District Court Judge