A CERTIFIED TRUE COPY
ATTEST
By April Layne on Dec 02, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 13, 2008**

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 2  2008
LORETTA G. WHYTE
CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-146)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,739 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 02, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge W. Royal Furgeson, Jr.<br>United States District Court<br>Western District of Texas | **DIRECT REPLY TO:**<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

December 2, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-146)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on November 13, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks is attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *April C. Layne*
April C. Layne
Docket Specialist

Attachments

cc:   Transferee Judge: Judge Eldon E. Fallon

JPML Form 36C

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                           MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-146)

Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

George Willie Buford, III
REF. 30024-074
United States Penetentiary
P.O. Box 33
Terre Haute, IN 47808

John J. Cord
JANET JENNER & SUGGS LLC
1829 Reisterstown Road
Suite 320
Baltimore, MD 21208

Sean A. Espenship
ESPENSHIP NIEMZCYK & WELDON PA
P.O. Box 191
Lake City, FL 32056

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Barbara Bolton Litten
SQUIRE SANDERS & DEMPSEY LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Sarah Levien Shullman
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James D. Young
Office of the Attorney General
1300 Riverplace Blvd.
Suite 405
Jacksonville, FL 33204

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

### INVOLVED JUDGES LIST (CTO-146)

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Robert L. Hinkle
Chief Judge, U.S. District Court
U.S. Courthouse Annex
111 North Adams Street
Suite 595
Tallahassee, FL 32301

~~Hon. M. Casey Rodgers~~
~~U.S. District Judge~~
~~U.S. Courthouse, Suite 460~~
~~One North Palafox Street~~
~~Pensacola, FL 32501~~

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED CLERKS LIST (CTO-146)

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

~~William M. McCool, Clerk~~
~~226 U.S. Courthouse~~
~~One North Palafax Street~~
~~Pensacola, FL 32501-5625~~

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 1657

## SCHEDULE CTO-146 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 08-1017 | Oliver J. Johnson v. Merck & Co., Inc. | 08-5056 |
| **FLORIDA NORTHERN** | | |
| ~~FLN 3 08-473~~ | ~~David Hall v. Merck & Co., Inc.~~ **OPPOSED 12/2/08** | |
| FLN 4 08-459 | State of Florida, Office of the Attorney General, Dept. of Legal Affairs v. Merck & Co., Inc. | 08-5057 |
| **MINNESOTA** | | |
| MN 0 08-5835 | Jeff Parker v. Merck & Co., Inc. | 08-5058 |
| **NEW JERSEY** | | |
| NJ 2 08-4802 | George Willie Buford, III v. Merck & Co., Inc. | 08-5059 |