U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 5 2008
LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY
ATTEST
By April Layne on Dec 05, 2008
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 05, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
    George Willie Buford, III v. Merck & Co., Inc.,
        D. New Jersey, C.A. No. 2:08-4802

MDL No. 1657

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

    On November 13, 2008, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Buford*). In the absence of any known opposition to the proposed transfer of *Buford*, the stay of transmittal with regard to *Buford* was lifted on December 2, 2008, and the action was transferred to the Eastern District of Louisiana. Subsequently, on December 4, 2008, the Panel received correspondence and a notice of opposition from plaintiff in *Buford*. Plaintiff's opposition was dated November 26, 2008. The Panel will construe plaintiff's letter as a request to reinstate the conditional transfer order. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Buford* in order to permit plaintiff to pursue his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-146" filed on November 13, 2008, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is deemed filed as of December 5, 2008. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before December 29, 2008.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.