FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC -5 PM 4: 29

LORETTA G. WHYTE
CLERK

DANNY BELL, )
               Plaintiff, )
)
v. )
)
MERCK & CO., INC., et al., )
)
               Defendants. )

IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA

Case Code No: 1657
Docket No: 2:05-cv-01243-EEF-DEK

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

ORIGINAL

      Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Danny Bell** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_/s/ Danny Bell_
Danny Louis Bell
#K-68611
F.S.P. P.O. Box 950
Folsom, CA 95763
Pro Se Plaintiff

_____
Attorney for Merck & Co., Inc.

Dated: November 25, 2008      Dated: _____

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____

## PROOF OF SERVICE BY MAIL

I **Danny Bell**, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

   MY PRISON NUMBER IS: **K-68611**
   MY PRISON ADDRESS IS: **P.O. BOX 950, Folsom, Ca. 95763**

   ON **NOVEMBER 25**, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

**STIPULATION OF DISMISSAL**

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras St. Rm. C-151
New Orleans, LA 70113

VIOXX CLAIMS ADMINISTRATOR
P.O. Box 85031
Richmond, Virginia 23285-5031

ROBERT M. JOHNSTON
JOHNSTON, HOEFER, HOLWADEL + ELDRIDGE
601 Poydras St. Ste 2490
New Orleans, LA 70130

   THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

   I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

   EXECUTED **November 25**, 2008, AT FOLSOM, CALIFORNIA..

*Danny Bell*

Danny Bell #K68611
F.S.P.
5-AB2-40
P.O. Box 950
Folsom, CA 95763

CONFIDENTIAL-
LEGAL-MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras St. Rm. C-151
New Orleans, LA

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA, CA 95671



$01.17⁰
DEC 01 2008
MAILED FROM ZIP CODE 95672