# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia 23285-5031 | Richmond, Virginia 23219-4209 |

November 20, 2008

**By U.S. Mail**

Danny Louis Bell
F.S.P., P.O. Box 950
Folsom, CA 95763

    Re: **Pro Se Enrollment Deficiencies**
          **Vioxx Claim Number (VCN): 1058986**

Dear Claimant:

You submitted documents to enroll in the Vioxx Settlement Program. Counsel for Merck and/or the Claims Administrator have reviewed your submissions to determine if they are complete and sufficient to complete your Enrollment in the Settlement Program.

**A. Stipulation of Dismissal**

☒ You submitted a Stipulation of Dismissal, but it is deficient. Sign and submit the enclosed Stipulation of Dismissal, **by November 30, 2008.**

**B. Deadline Warning**

If any Cure Action is required of you, you must submit the required correction by November 30, 2008. Make sure that you postmark your response no later than that date. If you do not respond, you will not be able to participate in the Program.

If you have any questions, please contact me toll free at (866)866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator by telephone at (504)561-7799 or by email at cps@ahhelaw.com . Thank you.

Sincerely,

*Diann W. Bates*

Diann Bates
Pro Se Coordinator

Enclosure