# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. 2:05-CV-1152 |
| LOMA E. RASCO, Individually and as Representative of the Estate of HARVEY J. RASCO, III, Deceased, and as Next Friend of GAIL N. RASCO, BRANDON A. RASCO and HALEIGH E. RASCO, Minors, § | MDL NO: 1657  SECTION: L  JUDGE FALLON  MAG. JUDGE KNOWLES |
| *Plaintiffs,* § | |
| VS. § | |
| MERCK & CO., INC. § | |
| *Defendant.* § | |

## ORDER

On this day came on to be heard the Notice of Non-Representation and Alternative Motion to Withdraw as Attorneys Elizabeth Startz Only, and the Court after consideration of the motion and all other matters of record, is of the opinion that such notice is acknowledged and the motion should be granted and that good cause exists to grant such motion.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

It is, therefore ORDERED, ADJUDGED and DECREED that RICHARD WARREN MITHOFF, JOSEPH R. ALEXANDER, JR., and HERRICK L. SOVANY, and the law firm of MITHOFF LAW FIRM should be and are hereby given leave to withdraw and are withdrawn as attorneys of record for ELIZABETH STARTZ, in the above-entitled and numbered cause, and the foregoing motion is, accordingly, GRANTED.

The Clerk is hereby directed to send all further notices regarding ELIZABETH STARTZ in this cause of action to the her last known address:

**Elizabeth Startz**
**305 S. Walker**
**Angleton, TX  77515**
**(979) 849-4502**

SIGNED in New Orleans, Louisiana, this  4th  day of     December    , 2008.

_____
JUDGE ELDON FALLON
UNITED STATES DISTRICT JUDGE