UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Bobbie L. Thompson v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:05-cv-04055 (Jerry Dancer only) | * | |

**********************************************************************

### ORDER TO SHOW CAUSE WHY CASE
### SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff in the above-numbered case show cause on the 19th day of December, 2008, immediately following the monthly status conference scheduled for 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any oppositions to the Rule on or before the 15th day of December, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered case any reply to the opposition on or before the 17th day of December, 2008.

NEW ORLEANS, LOUISIANA, this 4th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

955627v.1