U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 9 2008

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 17, 2008

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 08-30802

D.C. Docket No. 2:08-CV-1633
2:05-MD-1657

AVMED INC; AETNA INC; ARKANSAS BLUE CROSS AND BLUE SHIELD, A
Mutual Insurance Company; HMO PARTNERS INC doing business
as, Health Advantage; USABLE LIFE; ET AL

Plaintiffs - Appellants

v.

BROWNGREER PLC; US BANCORP INC; UNIDENTIFIED PARTIES

Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before DAVIS, STEWART, and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was
argued by counsel.

It is ordered and adjudged that the judgment of the District
Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to
defendants-appellees the costs on appeal to be taxed by the Clerk
of this Court.

ISSUED AS MANDATE: DEC 0 9 2008

Fee
Process
X Dktd
CtRmDep
Doc. No.

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana    DEC 0 9 2008