**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: <br> VIOXX PRODUCT LIABILITY LITIGATION ) | MDL NO. 1657 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |
| ***THIS DOCUMENT RELATES TO:*** ) <br> Rockell v. Merck & Co., Inc., ) <br> 2:08-cv-00136-EEF-DEK and ) <br> Barnes v. Merck & Co., Inc., ) <br> 2:08-cv-00137-EEF-DEK ) | |

**PLAINTIFFS' OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT MERCK & CO., INC.'S FIRST MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH REQUIREMENTS OF PTO 29**

On November 19, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion (Document 16994) requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On November 21, 2008, this Court filed the requested order to show cause and ordered oppositions on or before December 10, 2008. The plaintiffs represented by the undersigned hereby respond pursuant to this Court's order.

Plaintiff Mrs. Anna L. Barnes respectfully states her non-opposition to this Court granting defendant's motion to dismiss with prejudice. Alternatively, Mrs. Barnes consents to this dismissal with prejudice.

The remaining Cellino & Barnes, P.C. client identified in defendant's motion, Mr. David Rockell, is the subject of a pending motion to withdraw based upon counsel's

1

fundamental disagreement with further prosecuting this action. On September 29, 2008, this Court granted the five of counsel's substantively identical motions to withdraw. However, the motion regarding Mr. Rockell remains pending as noted in defendant's motion. (Motion, p. 3 n. 3.) Mr. Rockell to date has not served notice of an intent to continue his action should counsel be permitted to withdraw. (*See* Pretrial Order 36.)

Due to the likelihood this motion will not be resolved prior to the December 18, 2008 hearing, Mr. Rockell's resulting uncertainty as to whether he should prosecute this litigation independent of his disagreeing counsel, and the potential that Mr. Rockell *pro se* or with substitute counsel may wish to proceed without fundamental disagreement to further prosecution, counsel respectfully submits that dismissal is unduly harsh. With regard to Mr. Rockell, counsel respectfully requests that this Court discharge the order to show cause, grant counsel's motion to withdraw and provide Mr. Rockell with the opportunity to proceed following withdrawal. Counsel respectfully submits that Defendant's proposed process in Document 17208, pursuant to Pretrial Order 28 to resolve actions where counsel has moved to withdraw, would apply equally well to the pending motion pursuant to the analogous Pretrial Order 29.

DATED:     December 10, 2008

Respectfully submitted,

CELLINO & BARNES, P.C.

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020

2