UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| This document relates to all plaintiffs | * | KNOWLES |
| listed on Exhibit A | * | |
| | * | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 19th day of December 2008, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). lK LK  Vu   VM VxCx3UV

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 15th day of December, 2008.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 17th day of December, 2008.

NEW ORLEANS, LOUISIANA, this __4th__ day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

955764v.1

# EXHIBIT A

1. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Susan Bell) (filed October 1, 2008)

2. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Donald Billizon)    (filed October 1, 2008)

3. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lynda Brant) (filed October 1, 2008)

4. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Brown)    (filed October 1, 2008)

5. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lubertia Bunch) (filed October 1, 2008)

6. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Marion Burton) (filed October 1, 2008)

7. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Cole) (filed October 1, 2008)

8. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joycelyn Collins)    (filed October 1, 2008)

9. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Davis) (filed October 1, 2008)

10. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lawrence Davis)    (filed October 1, 2008)

11. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Laurence Debose)    (filed October 1, 2008)

12. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Stephanie Delahoussaye)    (filed October 1, 2008)

13. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paul Duhe, Jr.) (filed October 1, 2008)

14. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (William Duncan)    (filed October 1, 2008)

15. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Alice Faas) (filed October 1, 2008)

16. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Mona Fisher) (filed October 1, 2008)

17. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tiwanda Franklin)    (filed October 1, 2008)

18. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (MaryJane Roy Garrick)    (filed October 1, 2008)

19. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Gibson) (filed October 1, 2008)

20. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Pamela Green) (filed October 1, 2008)

21. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Harmon) (filed October 1, 2008)

22. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Betty Hartfield) (filed October 1, 2008)

23. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Conchita Harvey)    (filed October 1, 2008)

24. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Edwin Henson) (filed October 1, 2008)

25. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Charlotte Kleinpeter)    (filed October 1, 2008)

26. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Manno)    (filed October 1, 2008)

27. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (John McKinley) (filed October 1, 2008)

28. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Merricks)    (filed October 1, 2008)

29. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Morris)    (filed October 1, 2008)

30. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ruby Nicolosi) (filed October 1, 2008)

31. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ameal Parker) (filed October 1, 2008)

32. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Shirley Parkman)    (filed October 1, 2008)

33. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (C.P. Powell) (filed October 1, 2008)

34. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paulette Randall)    (filed October 1, 2008)

35. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Norman Ross) (filed October 1, 2008)

36. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Anita Simmons) (filed October 1, 2008)

37. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lilly Simpson) (filed October 1, 2008)

38. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Stewart) (filed October 1, 2008)

39. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tanya Thomas) (filed October 1, 2008)

40. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Sandra Taylor-Wilson)    (filed October 1, 2008)

41. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Tinsley) (filed October 1, 2008)

42. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (George Vercher)    (filed October 1, 2008)

43. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Angela Vincent)    (filed October 1, 2008)

44. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Walton)    (filed October 1, 2008)

45. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Elaine Williams)    (filed October 1, 2008)

46. *Allred, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-04050-EEF-DEK (Wynette Hilliar)    (filed October 15, 2008)

47. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Gwendolyn Laymon)    (filed October 2, 2008)

48. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Doris Miller)    (filed October 2, 2008)

49. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Carol Robertson)    (filed October 2, 2008)

50. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Dollie Skinner)    (filed October 2, 2008)

51. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Kimberly Taylor)    (filed October 2, 2008)

52. *Anderson, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04428-EEF-DEK (Lloyd Williams)    (filed October 2, 2008)

53. *Banks, et al. v. Merck & Co., Inc.,* Docket No. 2:07-cv-03019 (Gary Allen Guy)    (filed October 1, 2008)

54. *Banks, et al. v. Merck & Co., Inc.,* Docket No. 2:07-cv-03019 (Lloyd Johnson)    (filed October 1, 2008)

55. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Edna Harness)    (filed October 1, 2008)

56. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Willie Jones)    (filed October 1, 2008)

57. *Crenshaw v. Merck & Co., Inc.,* Docket No. 2:06-cv-02085 (filed October 23, 2008)

58. *Gulledge, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1036 (JoAnn Atkins)    (filed October 15, 2008)

59. *Hicks, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1048 (Leonard Jackson)    (filed October 15, 2008)

60. *Johnson v. Merck & Co., Inc.,* Docket No. 2:05-cv-4031-EEF-DEK (filed October 15, 2008)

61. *Oller, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-01102 (Michael Fischer)   (filed October 16, 2008)

62. *Oller, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-01102 (Jan Hammon)   (filed October 16, 2008)

63. *Wilshusen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1055 (Gwenever Wilson) (filed October 15, 2008)

64. *Wiser, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-1545 (Leontine L. Silvers)   (filed October 15, 2008)