UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to case numbers: 05-4416; 06-4468; 07-7078; 05-0860 05-4322; 05-4422; 05-4450; and 05-6215 | JUDGE FALLON MAG. JUDGE KNOWLES |

### ORDER

Considering the Motion for Expedited Hearing in connection with Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records. The Court finds that the motion for expedited hearing should be granted. It is therefore,

ORDERED that the medical care providers listed on Exhibit "A" attached to Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply With Pre-Trial Order No. 35 and Requests Made for the Production of Medical Records, appear in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana, at 9:00 o'clock a.m. on the 19th day of December, 2008, to show cause why:

1. They and each of them should not be held in contempt for failing to comply with Pre-Trial Order No. 35;

2. They and each of them should not be held in contempt for failure to provide requested medical records; and

3. That each of them should not be ordered to pay the attorney's fees and costs related to plaintiffs' efforts to obtain their own medical records.

New Orleans, Louisiana, this 8th day of December, 2008.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

**EXHIBIT "A" TO CERTAIN PLAINTIFFS'
MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL
RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT
FOR FAILING TO COMPLY WITH PTO 35 AND REQUESTS
MADE FOR THE PRODUCTION OF MEDICAL RECORDS**

## Outstanding Medical Requests

Mediconnect Global
Attn: Gabriel Barrett
10897 S. Riverfront Pkwy.
Suite 500
S. Jordan, Utah 84095
PH: (801) 545-3719

| *Facility Name & Address* | *Claimant* |
|---|---|
| **Walmart**<br>702 S. W. 8th St.<br>Attn: Custodian of Records<br>Bentonville, AR 72712 | Loretta Phillips |
| **Rite Aide**<br>5661 Bullard Ave.<br>New Orleans, LA 70128 | Willie Cromedy |
| 30 Hunter Lane<br>Attn: Legal Dept<br>Camp Hill, PA 17011 | Dale Woodward |
| **Walgreens**<br>1901 E. Voorhees St.<br>P.O. Box 4039, MS #735<br>Danville, IL 61834 | Lawrence Coleman<br>Byron Young<br>William Stallworth |
| **Meadowcrest Hospital**<br>2500 Belle Chasse Hwy.<br>Gretna, LA 70056 | Clifford Gasper |

Page 1 of 3

| | |
|---|---|
| **Dartmouth Hitchcock Center**<br>One Medical Drive<br>Lebanon, NH 03756 | Dale Woodward |
| **Dr. Neil Sullivan**<br>850 Kempsville Rd.<br>Norfolk, VA 23502 | Lawrence Coleman |
| **Dr. Miguel Caculls**<br>100 Medical Center Dr.<br>Slidell, LA 70461 | Velma Batiste |
| **Dr. David Tran**<br>6010 Bullard Ave.<br>New Orleans, LA 70128 | Janie Banks |
| **Lindy Boggs Hospital**<br>301 S. Jeff Davis Pkwy.<br>New Orleans, LA 70118 | Willie Cromedy |
| **Dr. Dugas Mitchell**<br>457 Heymann Blvd.<br>Lafayette, LA 70503 | Frank Breda |
| **Dr. Carroll Roberts**<br>1214 Coolidge Blvd.<br>Lafayette, LA 70503 | Frank Breda |
| **Surgeons Enhancement Center**<br>110 Lakeview Lane, Suite 200<br>Covington, LA 70434 | John Turner |
| **Dr. Mark Juneau**<br>1111 Medical Center Blvd. Suite 804<br>Marrero, LA 70072 | Mary Stipe |
| **Dr. Antoine Roberts**<br>4644 Lincoln Blvd., Suite 101<br>Marina Del Rey, CA 90292 | Donnis Ball |
| **Tulane University Hospital**<br>3434 Prytania St., Suite 450<br>New Orleans, LA 70115 | William Stallworth |

**Touro Infirmary Hospital**
1401 Foucher St.                     William Stallworth
Attn: Medical Records
New Orleans, LA 70115