UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibits A and B* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 22nd day of January, 2009, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 14th day of January, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 20th day of January, 2009.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| Exhibit A | | | |
|---|---|---|---|
| Counsel | Pertaining to | Case Name | Docket Number |
| Podlofsky and Orange LLP | Arocho, Lydia | Arocho, Lydia v. Merck & Co., Inc. | 2:08-cv-04150-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Ellsworth, Deborah | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Gallup, Robert A | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Johnson, Lily | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Jones, Marion | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Spriggs, June Louis | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Wyma, Gerry George | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Richard L. Hughes;Thrash Law Firm | Thibault, Shannon | Thibault, Shannon v. Merck & Co., Inc. | 2:08-cv-03572-EEF-DEK |
| Ted Machi and Associates PC | Perez, Jesus Castillo | Perez, Jesus C. v. Merck & Co., Inc. | 2:08-cv-01421-EEF-DEK |
| Wariboko and Associates PC | Iwobi, Emmanuel | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Wariboko and Associates PC | Okpara, Olive | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Wariboko and Associates PC | Wariboko, Ure | Iwobi, Emmanuel v. Merck & Co., Inc. | 2:08-cv-01422-EEF-DEK |
| Weitz and Luxenberg PC | Hay Pope, Irene | Hay Pope, Irene v. Merck & Co., Inc. | 2:07-cv-09802-EEF-DEK |
| Weitz and Luxenberg PC | Wood, Paula | Wood, Paula v. Merck & Co., Inc. | 2:07-cv-09806-EEF-DEK |

| Exhibit B | | | |
|---|---|---|---|
| Counsel | Pertaining to | Case Name | Docket Number |
| Berke and Lubell PA | Bennett, Horace P | Bennett, Horace P. v. Merck & Co., Inc. | 2:08-cv-01459-EEF-DEK |
| Berke and Lubell PA | Borden, Virginia | Borden, Virginia v. Merck & Co., Inc. | 2:08-cv-01404-EEF-DEK |
| Berke and Lubell PA | Kovack, Joseph T | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| Berke and Lubell PA | McDermott, Michael U | McDermott, Michael U. v. Merck & Co., Inc. | 2:08-cv-00874-EEF-DEK |
| Berke and Lubell PA | Siegel, Helen | Siegel, Helen v. Merck & Co., Inc. | 2:08-cv-00873-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Bates, Dorothy | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Fagerstrom, David | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Laux, Lee | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Loggains, James | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Sadler, Emma | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |
| Reinhardt Wendorf and Blanchfield;Gruber and Gruber;Howard A. Snyder Law | Smith, Barbara | Bates, Dorothy v. Merck & Co., Inc. | 2:08-cv-03665-EEF-DEK |