**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibits A, B-1, B-2, and C* | * | KNOWLES |
| | * | |
| | * | |

*******************************************************************************

**ORDER TO SHOW CAUSE WHY CASES**
**SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit A** show cause on the 22nd day of January 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 14th day of January, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 20th day of January, 2009.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibits B-1 & B-2,** as follows**:**

- Plaintiffs' counsel seeking to withdraw must deliver to the plaintiff by December 18, 2008, a copy of Merck's motion to dismiss the plaintiff's claim with prejudice and a copy of this Order;

- By no later than January 9, 2009, plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiffs who notify the Curator of their intention to proceed with their claim shall, no later than January 30, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent them in this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve an expert report in compliance with PTO 28; and

- Failure to notify the Curator as noted above by January 9, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibit C,** as follows**:**

- By no later than January 9, 2009, plaintiff shall notify the Pro Se Curator whether or not plaintiff intends to pursue his or her claim;

- By no later than January 30, 2009, plaintiffs who intend to pursue their claims must either (a) have new counsel enter an appearance in this litigation, or (b) if proceeding *pro se*, serve an expert report in compliance with PTO 28; and

823840v.1

---

- Failure to notify the Curator as noted above by January 9, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

NEW ORLEANS, LOUISIANA, this 8th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

**Exhibit A**
**Represented Plaintiffs**

| **FirmName** | **LastName** | **FirstName** | **Case Caption** | **Docket #** |
|---|---|---|---|---|
| Brown Chiari, L.L.P. | Bonilla | Ramon | Bonilla, Norma J. v. Merck & Co., Inc. | 2:07-cv-02014-EEF-DEK |
| Brown Chiari, L.L.P. | Campbell | Kathleen | Campbell, Kathleen v. Merck & Co., Inc. | 2:06-cv-03146-EEF-DEK |
| Brown Chiari, L.L.P. | Ciura | Marion | Ciura, Ronald v. Merck & Co., Inc. | 2:06-cv-01516-EEF-DEK |
| Brown Chiari, L.L.P. | Damerau | Albert | Damerau, Albert v. Merck & Co., Inc. | 2:07-cv-04005-EEF-DEK |
| Brown Chiari, L.L.P. | Eubanks | Beverly | Eubanks, Beverly v. Merck & Co., Inc. | 2:08-cv-00168-EEF-DEK |
| Brown Chiari, L.L.P. | Gordon | Karen | Gordon, Karen v. Merck & Co., Inc. | 2:08-cv-00164-EEF-DEK |
| Brown Chiari, L.L.P. | Porter | Beverly | Porter, Beverley v. Merck & Co., Inc. | 2:06-cv-01515-EEF-DEK |
| Brown Chiari, L.L.P. | Stenzel | Bruce | Stenzel, Bruce v. Merck & Co., Inc. | 2:06-cv-03150-EEF-DEK |
| Brown Chiari, L.L.P. | Stroka | Deborah | Stroka, Deborah v. Merck & Co., Inc. | 2:06-cv-03149-EEF-DEK |
| Brown Chiari, L.L.P. | Yates | Ronald | Yates, Ronald v. Merck & Co., Inc. | 2:06-cv-01711-EEF-DEK |
| Brown Chiari, L.L.P. | Zika | Marie | Zika, Marie v. Merck & Co., Inc. | 2:08-cv-00166-EEF-DEK |
| Fabbro, Steven A., Law Office of | Sisson | Mike | Sisson, Michael v. Merck & Co., Inc. | 2:07-cv-00366-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly, Deceased | John | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Spencer | Joel | Spencer, Joel v. Merck & Co., Inc. | 2:05-cv-05907-EEF-DEK |

**Exhibit B-1**
**Cases with a Pending Counsel Motion to Withdraw**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Barrett Law Office, PA (MS) | Carney | Karen Lee | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Chapel | Marchell | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Clark | Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Fortune | Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Gaines | William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Hale | Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Huff | Michele | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Johnson | Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Killman | Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Messenger | Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Morrell | Janice Faye | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Petrash | Barbara | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Porter | Tammantha | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Smith | Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Starks | Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Thompson | Beverly Jo | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Trimble | Sandinia | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Fischer | Michael | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight | James | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Wheaton | Rosie | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
| Cellino & Barnes, P.C. | Calhoun | Thelma | Burch, Marjorie E. v. Merck & Co., Inc. | 2:06-cv-10623-EEF-DEK |
| Cellino & Barnes, P.C. | Clerkley | Lorraine | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

956062v.1

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | DEK |
| Cellino & Barnes, P.C. | Cody | Anthony | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Coleman | Christine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Collier | Michelene | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Collins | Felicia | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Collins | Nathaniel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Colmenero | Luella | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cook | Betty | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Cassaundra | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Willie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Copes | Susan | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Criss | Deoma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Crosland | Larry | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Curry | James | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Daniels | Anna | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Dantzler | December | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Catherine | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Dawley | David | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deal | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Deans | James | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deck | Linda | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | John | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | Maria | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | DiSalvo | Lorraine | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Domanico | Emily | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Downey | Frances | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Dzierwa | Edward | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF- |

| | | | | |
|---|---|---|---|---|
| | | | | DEK |
| Cellino & Barnes, P.C. | Edwards | Fleta | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ferrara | Vincent | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Angelee | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Sammy | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Gussie | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Franklin | Lamar | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Frederick | Nancy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Friedel | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaffney | Vonda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Garofolo | Rachele | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Gasiewicz | Daniel | Barnes, Emily E. v. Merck & Co., Inc. | 2:06-cv-11309-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Goodman | Ann | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Gorman | Cindy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Graf | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Grant | Johnny | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Green | Marcus | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Griggs | Cassandra | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Harris | Pamela | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Harris | Margaret | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hartley | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hawkins | Preston | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Yolanda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Stanley | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Hornbuckle | Joanne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Howard | Betty | Bryant, Isabelle C. v. Merck & | 2:06-cv-01203-EEF- |

| | | | | |
|---|---|---|---|---|
| | | | Co., Inc. | DEK |
| Cellino & Barnes, P.C. | Hunter | Donald | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Ivey | Mary | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Ruth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Jansen-Husereau | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Everett | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Jones | Cheryl | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jordan | Arthur | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Judkins | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Kelley | Dianna | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Knochenmus | Alice | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| Cellino & Barnes, P.C. | Kobinski | Michael | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Korbar | Gary | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Kurja | Bela | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | LaBrake | Richard | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | LaGasse | Marianne | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Lazatin | Jose | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Leone | Lewis | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Lesher | Patsy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Lester | Goldie | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK |
| Cellino & Barnes, P.C. | Loyd | Darlene | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| Cellino & Barnes, P.C. | Luper | Viola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Lutsko | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Lyght | Charles | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Martinez | Di-an | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | McClarty | Sylvester | Amie, Vernon v. Merck & Co., | 2:06-cv-02219-EEF- |

956062v.1

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | McEachern | Dorothy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Mesidor | Viveca | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Miller | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Millsaps | Rosella | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| Cellino & Barnes, P.C. | Monnin | Wilma | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Clayton | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Ernest | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Moreno | Carmen | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Mosier | Richard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Muraski | Doug | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Murphy | Robert | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Anease | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Huguette | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Newton | Deborah | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Norton | Dorothy | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Norfleet | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Nunn | Agnes | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | O'Malley | Mildred | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | O'Rourke | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Olden | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Osei | Monica | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Otler | Joyce | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Palabay | Celestino | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Pelow | Patricia | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Pennington | Roger | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Pratt | Jessie | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ramjit | Persuram | Ballantyne, Arthur W. v. Merck & | 2:06-cv-02195-EEF- |

956062v.1

| | | | Co., Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Randle | Kevin | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Bonda | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Reif | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Repeta | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Riggins | Lucy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Rives | Valerie | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Roberts | Glen | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Domingo | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Wilfredo | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Mariam | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Rogers | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Russo | Cathy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Saddler | Robert | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Salabiu | Olubola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sales | Joseph | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Sanders | Frank | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Sands | Russell | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Santiago | Joanne | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| Cellino & Barnes, P.C. | Scholl | Evelyn | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Shirley | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Emma | Miller, Emma v. Merck & Co., Inc. | 2:06-cv-03100-EEF-DEK |
| Cellino & Barnes, P.C. | Seay | Claude | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Sheirod | Ada | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sims | Jeweldean | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Skeriotis | Katherine | Cannon, Mary v. Merck & Co., | 2:06-cv-01188-EEF- |

956062v.1

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Smith | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Stepp | Beverly | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Telis | Ruth | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Terhesh | Judith | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Tillapaugh | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Valdes | Ariel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Van Pelt | Kenneth | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Vaudrin | Jeffrey | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Veasley | Robert | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Vines | Beverly | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Visconte | Frances | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Walden | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walker | Frederick | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walters | Mildred | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Welch | Maureen | Guthmiller, Jon v. Merck & Co., Inc. | 2:06-cv-05552-EEF-DEK |
| Cellino & Barnes, P.C. | Wells | Kenyatta | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Wetterhahn | Nancy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | White | Martin | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | White | Meeka | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Williams | Agnes | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Wittcop | Jean | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Wolfe | Orpha | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Fichera & Miller | Christie | David | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BROWN | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BUNCH | LUBERTIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GIBSON | JOYCE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell | HARMON | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF- |

956062v.1

| | | | | |
|---|---|---|---|---|
| & Garrison, L.L.C. | | | | DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARTFIELD | BETTY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HENSON | EDWIN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JONES | WILLIE | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KLEINPETER | CHARLOTTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MCKINLEY, DECEASED | JOHN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MORRIS | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | O'NEAL, DECEASED | MARY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKER | AMEAL | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKMAN | SHIRLEY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | POWELL | C. P. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | RANDALL | PAULETTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROSS, DECEASED | NORMAN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SIMPSON | LILLY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - WILSON, DECEASED | SANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMAS | TANYA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TINSLEY | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VINCENT | ANGELA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WILLIAMS | ELAINE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lanier Law Firm, PC | Chambers | Christopher | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Chatman | Charles | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Clark | Beulah | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Jorge | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Manuel | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Hernandez | Ana | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Jackson | Esther | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Pradia | Carolyn | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |

956062v.1

| | | | | |
|---|---|---|---|---|
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| Levin Fishbein Sedran & Berman | Montgomery | James | Montgomery, James v. Merck & Co., Inc. | 2:06-cv-05581-EEF-DEK |
| Levin Fishbein Sedran & Berman | Shaw | Shirley | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Oakley | James | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| McMurtray & Armistad, P.A. | Dobbs | Marquetta | Dobbs, Calvin v. Merck & Co., Inc. | 2:06-cv-00501-EEF-DEK |
| Simmons Cooper, LLC | Wilson | Sharon | Wilson, Sharon L. v. Merck & Co., Inc. | 2:06-cv-03488-EEF-DEK |
| Simon Passanante PC | Atkins | JoAnn | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| Simon Passanante PC | Jackson | Leonard | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| Simon Passanante PC | Wilson | Gwenever | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |

956062v.1

**Exhibit B-2**
**Cases in which Counsel Asserts that a Motion to Withdraw Has Been Filed**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Simon Passanante PC | Kramper | John | Kramper, John R. v. Merck & Co., Inc. | 2:05-cv-03286-EEF-DEK |
| Simon Passanante PC | Wright | LaVerne | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |

956063v.1

**Exhibit C**
**Previously Represented Plaintiffs Who Are Now Pro Se**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Adams | Deborah | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Allen | Ronnie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Amie | Vernon | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Anderson | Delanese | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Anderson | Paul | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Anderson | Brenda | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Ashley | Virgil | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Astrella | Michael | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Bagwell | Jacqueline | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Battle | Wade | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Beltrami | Michael | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Benedict | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Bivens-Brooks | Sharion | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Bjornson | Bambi | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Bonom | Alma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Bowling | Melvin | Bowling, Melvin v. Merck & Co., Inc. | 2:06-cv-06904-EEF-DEK |
| Bradley | Yvonne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Brichacek | Debora | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Brookstone | Jennifer | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Burch | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Burnett | Leonard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Burr | Virginia | Burr, Virginia R. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| Burton | Lura | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

|  |  |  | DEK |
|---|---|---|---|
| Butler | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cannioto | Anna | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Carson | Helen | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Castleman | Jason | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Collins | Bobnel | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Crooms | Willie | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Duke | Joyce | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Dunn | Kris | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Fanning | Sherry | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Faries | Orville | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Funcke | Nancy | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Gallegos | Joe | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| Garry | Robert | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Gordon-Crowder | Irellia | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Hanners | Tina | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Lee | Robert | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Lewis | Selma | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Lyons | Gloria | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Pazicni | Cheryl | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Richmond | Donna | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Sullivant | Tresa | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |

956065v.1