UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit D | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Cases Should Not Be Dismissed Without Prejudice, R. Doc. 16153, came on for hearing on the 10th day of October, 2008.  At that time, the Court deferred the motion as to all plaintiffs on Exhibit D pending expiration of the time periods provided for under Pre-Trial Order 36, to be reset at the request of Merck.  The applicable time periods have now elapsed.  Accordingly,

IT IS ORDERED that, as to all plaintiffs on Exhibit D, the motion will now be heard on December 19, 2008, immediately after the conclusion of the monthly status conference scheduled to commence at 9:00 a.m.  Any plaintiff wishing to file an additional response to the motion must do so on or before December 15, 2008.  Any replies by Merck must be filed on or before December 17, 2008.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

955637v.1

**EXHIBIT D**

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1 | 1105226 | Jones, Swanson, Huddell & Garrison, L.L.C. | Bailey | Kim | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 2 | 1105228 | Jones, Swanson, Huddell & Garrison, L.L.C. | Baker | Cheabert | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 3 | 1105512 | Jones, Swanson, Huddell & Garrison, L.L.C. | Blanchard | Linda | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 4 | 1105253 | Jones, Swanson, Huddell & Garrison, L.L.C. | Burton | Arbell | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 5 | 1105259 | Jones, Swanson, Huddell & Garrison, L.L.C. | Carr | Ardessa | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 6 | 1105270 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crawford | Timothy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 7 | 1105272 | Jones, Swanson, Huddell & Garrison, L.L.C. | Crowell | Lorine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 8 | 1105294 | Jones, Swanson, Huddell & Garrison, L.L.C. | Dillon | Shirley | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 9 | 1105328 | Jones, Swanson, Huddell & Garrison, L.L.C. | Grant | Ursula | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 10 | 1105340 | Jones, Swanson, Huddell & Garrison, L.L.C. | Harrell | Queen | Victoria | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 11 | 1105349 | Jones, Swanson, Huddell & Garrison, L.L.C. | Hills | Yvonne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 12 | 1105355 | Jones, Swanson, Huddell & Garrison, L.L.C. | Howard | Carmel | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 13 | 1105511 | Jones, Swanson, Huddell & Garrison, L.L.C. | Jones | Bobbie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

M010F42451

## EXHIBIT D

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 14 | 1105374 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lange | Dolores | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 15 | 1105534 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lazure | Ida | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 16 | 1105381 | Jones, Swanson, Huddell & Garrison, L.L.C. | Lewis | Larry | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 17 | 1105386 | Jones, Swanson, Huddell & Garrison, L.L.C. | Love | James | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 18 | 1105405 | Jones, Swanson, Huddell & Garrison, L.L.C. | Mixon | Johnnie | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 19 | 1105412 | Jones, Swanson, Huddell & Garrison, L.L.C. | Naquin | Elda | Annie | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 20 | 1105427 | Jones, Swanson, Huddell & Garrison, L.L.C. | Porter | Lucretia | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 21 | 1105430 | Jones, Swanson, Huddell & Garrison, L.L.C. | Price | Judy | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 22 | 1105445 | Jones, Swanson, Huddell & Garrison, L.L.C. | Roy Garrick | Maryjane | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 23 | 1105459 | Jones, Swanson, Huddell & Garrison, L.L.C. | Slensker | Beverly | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 24 | 1105462 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Frankie | W | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 25 | 1105460 | Jones, Swanson, Huddell & Garrison, L.L.C. | Smith | Sarah | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 26 | 1105466 | Jones, Swanson, Huddell & Garrison, L.L.C. | Spriggs | Dewayne | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

EXHIBIT D

| | VCN | Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 27 | 1105470 | Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly | Sheryl | | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 28 | 1105474 | Jones, Swanson, Huddell & Garrison, L.L.C. | Swanson | Theresa | J | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 29 | 1105483 | Jones, Swanson, Huddell & Garrison, L.L.C. | Thompson | Jerry | Otis | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 30 | 1105497 | Jones, Swanson, Huddell & Garrison, L.L.C. | Warren | Herman | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 31 | 1105510 | Jones, Swanson, Huddell & Garrison, L.L.C. | Young | Catherine | | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 32 | 1102993 | Ranier, Gayle & Elliot, L.L.C. (TX) | Roderick | Janet | D | Roderick, Janet D. v. Merck & Co., Inc. | 2:05-cv-06573-EEF-DEK |