UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, came on for hearing on the 10th day of October, 2008. At that time, the Court deferred the motion as to all plaintiffs on Exhibit C pending expiration of the time periods provided for under Pre-Trial Order 36, to be reset at the request of Merck. The applicable time periods have now elapsed. Accordingly,

IT IS ORDERED that, as to all plaintiffs on Exhibit C, the motion will now be heard on December 19, 2008, immediately after the conclusion of the monthly status conference scheduled to commence at 9:00 a.m. Any plaintiff wishing to file an additional response to the motion must do so on or before December 16, 2008. Any replies by Merck must be filed on or before December 18, 2008.

NEW ORLEANS, LOUISIANA, this 9th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

955646v.1

EXHIBIT C:
Defer Ruling on Motion to Dismiss for 60 Days (Dec. Status Conf.)

| | | | | | |
|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Dunn | Kris | A. | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Gallegos | Joe | | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duke | Joyce | | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Pazicni | Cheryl | Ann | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sullivant | Tresa | | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Burr | Virginia | R. | Burr, Virginia R. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Richmond | Donna | B. | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Anderson | Brenda | | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brookstone | Jennifer | | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hanners | Tina | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight | James | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lee | Robert | | Laws, Iva v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lewis | Selma | | Laws, Iva v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Wheaton | Rosie | L. | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
| Cellino & Barnes | Howard | Betty | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes | Ivey | Mary | | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes | Loyd | Darlene | | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| Cellino & Barnes | Martin | William | J. | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes | Moreno | Carmen | | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes | Ricks | Elizabeth | | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes | Wittcop | Jean | A. | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Douglas & London, PC | Bowie | Barbara | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Douglass | Roberta | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Fowler | Wardrey | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Hemphill | Charlene | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Lanier | Alfred | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |

Exhibit C: Defer 60 Days, December status conference
949174v.1

| | | | | | |
|---|---|---|---|---|---|
| Douglas & London, PC | Pennington | Judie | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Civil | Jean | | Civil, Jean v. Merck & Co., Inc. | 2:08-cv-00307-EEF-DEK |
| Douglas & London, PC | Delacruz | Maria | | Cruz, Maria D. v. Merck & Co., Inc. | 2:07-cv-07516-EEF-DEK |
| Douglas & London, PC | Degraw | William | | Degraw, William v. Merck & Co., Inc. | 2:08-cv-00308-EEF-DEK |
| Douglas & London, PC | Miller | Geraldine | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| Douglas & London, PC | Alcantra | Cornelia | | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| Douglas & London, PC | Lai | Tai Man | | Lai, Tai M. v. Merck & Co., Inc. | 2:07-cv-08077-EEF-DEK |
| Douglas & London, PC | Mott | Donald | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |
| Douglas & London, PC | Thompson | Catherine | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |
| Douglas & London, PC | Patterson | Phyllis | | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |

Exhibit C: Defer 60 Days, December status conference
949174v.1

M012B18253