U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 9 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 9, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 08-30802   In Re: Vioxx Prod
    USDC No.  2:08-CV-1633
              2:05-MD-1657

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

            By: _____
                  Angelique D. Batiste, Deputy Clerk
                  504-310-7808

cc: (letter only)
    Honorable Eldon E Fallon
    Mr Joseph Samuel Grinstein
    Mr James B Irwin

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____