# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® § | |
|     PRODUCTS LIABILITY CASES § | |
| § | |
| THIS DOCUMENT RELATES TO: § | DOCKET NO. CA 05-3639 |
| § | MDL NO. 1657 |
| MELVINA M. MILLER and husband § | |
| RODNEY MILLER, Individually § | SECTION: L/3 |
| § | |
| § | JUDGE FALLON |
| *Plaintiffs,* § | MAG. JUDGE KNOWLES |
| § | |
| VS. § | |
| § | |
| MERCK & CO., INC. § | |
| § | |
| *Defendant.* § | |

# STIPULATION OF DISMISSAL
# WITH PREJUDICE
# AS TO ALL DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff RODNEY MILLER, <u>ONLY</u>, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  
RICHARD WARREN MITHOFF  
State Bar No. 14228500  
S.D. Tex. Bar No. 2101  
JOSEPH R. ALEXANDER, JR.  
Attorney-In-Charge  
State Bar No. 00995150  
S.D. Tex. Bar No. 1368  
Penthouse, One Allen Center  
500 Dallas, Suite 3450  
Houston, Texas 77002  
(713) 654-1122  
(713) 739-8085 (Fax)  

ATTORNEYS FOR PLAINTIFFS

Dated: _____

_____  
ATTORNEY FOR MERCK & CO., INC.

Dated: 12/5/08