UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF PAGE LIMIT**

This Motion is brought by the Vioxx Litigation Consortium ("VLC"), a group of five attorneys affected by the Court's August 27, 2008 Order capping contingent fees at 32% (the "Capping Order"), who moves this Court for leave to file its Memorandum in Support of Motion for Reconsideration/Revision of Order Capping Contingent Fees and Alternatively for Entry of Judgment, which exceeds the page limitations set forth in Local Rule 7.8.1E.

The Capping Order raises many complex issues that the VLC cannot adequately address within the page limits allotted under Local Rule 7.8.1E. Given the significance of the Court's determinations, the VLC should be permitted to exceed the twenty-five (25) page limit by one

{N1908880.1}

page. In order to address this Court's reasoning fully, the VLC requests leave to exceed the page limitation by an additional page.

                                      Respectfully submitted,

                                      /s
                              HARRY S. HARDIN (# 6540)
                              MADELEINE FISCHER (# 5575)
                              ERIC MICHAEL LIDDICK (# 31237)
                              JONES, WALKER, WAECHTER, POITEVENT,
                              CARRÈRE & DENÈGRE, L.L.P.
                              201 St. Charles Avenue, 49th Floor
                              New Orleans, Louisiana 70170-5100
                              Telephone:    (504) 582-8208
                              Facsimile:     (504) 589-8208

                              *Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 10, 2008.

                                      Respectfully submitted,

                                    /s
                              Grant Kaiser
                              Texas Bar #11078900
                              The Kaiser Firm, LLP
                              8441 Gulf Freeway, Suite 600
                              Houston, Texas 77017
                              Telephone:    (713) 223-0000
                              Facsimile:     (713) 223-0440

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## **ORDER**

Considering the foregoing motion;

IT IS ORDERED that the Vioxx Litigation Consortium is hereby granted leave to file a brief in excess of the standard page limitation, not to exceed twenty-seven (27) pages.

New Orleans, Louisiana, this ____ day of December, 2008.

_____
JUDGE ELDON E. FALLON

{N1908880.1}