UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | **CIVIL** |
| | **NO: 05-1657** |
| **This document relates to All Cases** | |
| | **SECTION: L**<br>**JUDGE FALLON** |
| | **MAG 3** |
| | **MAGISTRATE JUDGE KNOWLES III** |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 17322**

DESCRIPTION:  Motion for Reconsideration

FILED BY:  Plaintiffs

FILE DATE:  12/10/2008