UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | CIVIL |
| | NO: 05-1657 |
| **This document relates to All Cases** | |
| | SECTION: L <br> JUDGE FALLON |
| | MAG 3 |
| | MAGISTRATE JUDGE KNOWLES III |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 17322**

    DESCRIPTION: Memorandum in Support

    FILED BY: Plaintiffs

    FILE DATE: 12/10/2008