UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    COMES NOW:

    Harry S. Hardin III, hhardin@joneswalker.com (Louisiana Bar No. 6540);

    Madeleine Fischer, mfischer@joneswalker.com (Louisiana Bar No. 5575); and

    Eric Michael Liddick, eliddick@joneswalker.com (Louisiana Bar No. 31237)

all of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, 201 St. Charles Avenue, 51st Floor, New Orleans, Louisiana, 70170, who enter their appearance on behalf of the Vioxx Litigation Consortium ("VLC"), a group of five attorneys who represent

certain plaintiffs in this MDL and who are affected by the Court's August 27, 2008 Order capping contingent fees at 32% (the "Capping Order"). The group consists of:

- Walter Umphrey, Provost Umphrey Law Firm, LLP;
- John Eddie Williams, Jr., Williams Kherkher Hart Boundas, LLP;
- Drew Ranier, Ranier, Gayle & Elliot, LLC;
- Mikal Watts, The Watts Law Firm, LLP; and
- Grant Kaiser, The Kaiser Firm LLP.

The VLC has retained undersigned counsel to represent it in connection with certain matters related to attorneys' fees including the Capping Order.

Dated this 10th day of December 2008.

Respectfully submitted,

/s/ Harry S. Hardin III
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8208
Facsimile:     (504) 589-8208

*Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

{N1910092.1}                                2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 10, 2008.

/s/ Harry S. Hardin III
HARRY S. HARDIN III