FILED '08 DEC 10 11:29 USDC-LAE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL-Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | Judge Fallon |
| | * | Magistrate Judge Knowles |
| | * | |
| Mr. Jimmy Lockhart, Executor of the Estate of Dolena Lockhard v. MERCK & Co., Inc. 2:08-cv-00876-EEF-DEK | * | |

*********************************************************************

## RESPONSE TO SHOW CAUSE ORDER

Comes now the plaintiff, Jimmy Lockhart, and hereby responds to the Court's show cause order.

The Plaintiff in this claim is the son and Executor of the estate of Dolena Lockhart, who passed away on or about June 17, 2003. The plaintiff is disabled and has had chronic medical problems that have rendered him slow in responding to requests for information. He has indicated this desire to continue this claim and has pledged to assist in every manner possible.

Plaintiff has provided a complete Amended and Supplemental Plaintiff Profile Form, appended as Exhibit A.

Wherefore, the plaintiff respectfully requests that this court not dismiss plaintiff's claim.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

                                    Respectfully submitted,

                                    _____
                                    Paul A. Weykamp
                                    Law Offices of Paul A. Weykamp
                                    16 Stenersen Lane, Suite 2
                                    Hunt Valley, MD  21030
                                    Tel 410-584-0660

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent on December 9, 2008, per Federal Express overnight delivery to Ms. Dorothy Wimberly, Stone, Pigman, Walther, Wittmann, LLC, 546 Carondelet Street, New Orleans, LA 70130.  And sent per email to Mr. Russ Herman, Esq. at rherman@hhkc.com

_____
Paul Weykamp