**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| VIOXX PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| ***THIS DOCUMENT RELATES TO:*** | ) | |
| Cellino & Barnes, P.C. Plaintiffs Identified in | ) | |
| December 9, 2008 Order, Document 17305, Exh. C | ) | |
| | ) | |

**PLAINTIFFS' ADDITIONAL RESPONSE IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *SECOND* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

On September 19, 2008, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. This Court subsequently ordered a response and then deferred the motion as to seven Cellino & Barnes, P.C. clients for whom motions to withdraw had been filed based on counsel's fundamental disagreement with continuing representation. On December 9, 2008, this Court set the deferred portion of the motion for hearing on December 19, 2008 and granted leave to file additional responses. The Cellino & Barnes plaintiffs file this additional response to request the same relief as the analogously positioned plaintiffs subject to Defendant Merck & Co., Inc's *Fourth* Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed with prejudice for Failure to Comply with the *Lone Pine* Requirements of Pretrial Order (PTO) 28. (Document 17208, Exh. B-1.)

1

These seven plaintiffs previously opposed dismissal on the grounds that this Court had granted substantively identical motions to withdraw under the fundamental disagreement provision of Pretrial order 36, that counsel's fundamental disagreement with continued prosecution barred providing the required *Lone Pine* reports and that the plaintiffs' uncertainty as to whether they should prosecute this litigation independent of their disagreeing counsel either *pro se* or with substitute counsel made dismissal an unduly harsh sanction. These facts remain unchanged and the plaintiffs reassert their previous opposition by incorporation as if fully set forth herein.

Following the partial resolution of defendants *Second* motion for dismissal on PTO 28 grounds, however, defendant filed its *Fourth* motion to dismiss on PTO 28 grounds requesting relief that addresses these concerns for cases where counsel's motions to withdraw are ripe for resolution. (Document 17208, p. 5 and Exh. B-1.) The Cellino & Barnes plaintiffs subject to the pending *Second* motion, whose motions for withdraw are also ripe for resolution, respectfully request that they be accorded the *Fourth* motion Exhibit B-1 relief as they stand in substantively identical positions.

Defendant's *Fourth* motion requests fairly balanced relief permitting plaintiffs a window of opportunity to proceed after the withdrawal of counsel. The Cellino & Barnes plaintiffs subject to that motion have filed no opposition. The Cellino & Barnes plaintiff subject to this Court's Order of November 21, 2008 (Document 17013), Mr. David Rockwell, stands in a substantively identical position as the plaintiffs subject to the *Second* and *Fourth* motions and has opposed dismissal by requesting defendant's proposed *Fourth* motion Exhibit B-1 relief. In order to balance the interests of all parties and efficiently resolve these issues without unduly harsh results, plaintiffs respectfully

request that this Court discharge the order to show cause and uniformly grant defendant the relief requested in the *Fourth* motion for Exhibit B-1 plaintiffs.

DATED:   December 11, 2008

             Respectfully submitted,

             CELLINO & BARNES, P.C.

By:         _____
             Brian A. Goldstein
             Main Place Towers
             350 Main Street, 25th Floor
             Buffalo, NY 14202
             (716) 854-2020