## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CELLINO & BARNES, P.C. PLAINTIFFS' ADDITIONAL RESPONSE IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *SECOND MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE LONE PINE REQUIREMENTS OF PTO 28* have been served on Liason Counsel Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 11TH day of December, 2008.

Brian A. Goldstein, Esq.
Attorneys for Plaintiffs
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
Ph: (716) 854-2020
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com