UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Helen Choice, et al.* <br><br> v. <br><br> *Merck & Co., Inc.* <br><br> **Only with regard to Ronnie Long and Geri Scott** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:07-cv-6690 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Ronnie Long and Geri Scott against defendant Merck & Co., Inc. and all other defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

/s/ Tamara Banno
Tim K. Goss
Tamara L. Banno
Freese & Goss, PLLC
3031 Allen Street, Suite 200
Dallas, Texas 75204
(214) 761-6610

*Counsel for Plaintiffs*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

949957v.1

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _____ day of December, 2008.

                                                /s/ Dorothy H. Wimberly
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana 70130
                                                Phone: 504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel

949957v.1