## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | § | |
| IN RE: VIOXX® | § | |
|     PRODUCTS LIABILITY CASES | § | |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | DOCKET NO. CA 05-3639 |
| | § | |
| | § | MDL NO. 1657 |
| MELVINA M. MILLER and husband | § | |
| RODNEY MILLER, Individually | § | SECTION: L/3 |
| | § | |
| | § | |
| | § | JUDGE FALLON |
| *Plaintiffs,* | § | MAG. JUDGE KNOWLES |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claim of plaintiff Rodney Miller, <u>ONLY</u>, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

UNITED STATES DISTRICT JUDGE