UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Bonnie Centers, Individually and as Representative of the Estate of Harold E. Ackley, Deceased, and Peggy Pope* <br><br>*v.* <br><br>*Merck & Co., Inc., et al.* <br><br>**Only with regard to:** <br><br>**Bonnie Centers, Individually.** | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:06-cv-10164 <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Bonnie Centers only in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs. The claims of plaintiffs Peggy Pope and the Estate of Harold E. Ackley remain.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE

950103v.1