UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Marie Allen, et al.*<br><br>v.<br><br>*Merck & Co., Inc.,*<br><br>**Only with regard to:**<br><br>**Louise Anthony, Elaine Bjelland, Elizabeth Crawford, Charlotte Crider, Dorothy W. Edstrom, Helen Eilers, Jennie Hennessey, Carmela Ilacqua and Anthony J. Ilacqua, Eileen Mihlbauer and George J. Mihlbauer, Theresa Paterson and Hugh Paterson, Mary Ratliff and Kenneth Ratliff, Phyllis Remington, June A. Reynolds, Helen Rogaski, Mae Rogers, Rachel Sorbini, Faith Marie Swenson, Susan Thonnesen and Roy Thonnesen, Helen Verdier, Martha Waltz, Juanita Wilson-Crowder and Aubrey Crowder, Jr.** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-2220<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Louise Anthony, Elaine Bjelland, Elizabeth Crawford, Charlotte Crider, Dorothy W. Edstrom, Helen Eilers, Jennie Hennessey, Carmela Ilacqua and Anthony J. Ilacqua, Eileen Mihlbauer and George J. Mihlbauer, Theresa Paterson

950103v.1

and Hugh Paterson, Mary Ratliff and Kenneth Ratliff, Phyllis Remington, June A. Reynolds, Helen Rogaski, Mae Rogers, Rachel Sorbini, Faith Marie Swenson, Susan Thonnesen and Roy Thonnesen, Helen Verdier, Martha Waltz, Juanita Wilson-Crowder and Aubrey Crowder, Jr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  8th  day of ___December___, 2008.

_____
DISTRICT JUDGE

950103v.1