## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | § § § § § | |
| THIS DOCUMENT RELATES TO: | § § § | DOCKET NO. CA 05-6251 |
| | § § | MDL NO. 1657 |
| ROY ARNOLD, SR., and wife, MARY ARNOLD, | § § § § | SECTION: L/3 |
| *Plaintiffs,* | § § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| VS. | § § § | |
| MERCK & CO., INC. | § § § | |
| *Defendant.* | § § § § § § § § § § § § | |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff MARY ARNOLD, ONLY, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE