IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: IVAN E. TAEGE and HELEN J. TAEGE, Plaintiffs, v. MERCK & CO., INC., Defendant(s). | CASE NO. 06-10139 STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF, HELEN J. TAEGE, ONLY |

Plaintiff's Counsel certifies that Helen J. Taege had only a loss of consortium claim. Helen J. Taege died on October 17, 2006 in Fremont, Nebraska. At the time of death she was still married to Ivan E. Taege.

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Helen J. Taege, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. All claims of Ivan E. Taege are to remain, pending settlement through the Vioxx Settlement Program.

_____
Leila H. Watson
Attorney for Plaintiffs
Cory, Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
Dated: 12/11/08

V1013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 )))) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: ) ) | |
| IVAN E. TAEGE and HELEN J. TAEGE, )))) | CASE NO. 06-10139 |
| Plaintiffs, ) | [PROPOSED] ORDER DISMISSING WITH PREJUDICE, PLAINTIFF, HELEN J. TAEGE |
| v. ))) | |
| MERCK & CO., INC., )) | |
| Defendant(s). ) | |

This matter coming before the Court on Plaintiff, Helen J. Taege's Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41, and there being just cause for the dismissal, it is hereby Ordered that all claims of the Plaintiff, Helen J. Taege, are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE AND ORDERED THIS ___ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

V1013