UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Tai Man Lai and So Chun Lai*  v.  *Merck & Co., Inc.,* | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:07-cv-8077  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs Tai Man Lai and So Chun Lai in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __8th__ day of ____December____, 2008.

_____
DISTRICT JUDGE

950103v.1