IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Laura Rojas |
| Civil Action No. 06-1746 | Judge Eldon E. Fallon<br>Magistrate Judge<br>Daniel E. Knowles, III |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW
AND FOR APPEARANCE OF COUNSEL**

On this  9th  day of December, 2008, came on to be heard Plaintiff's Motion to Withdraw and for Appearance of Counsel, and the Court being of the opinion that the same should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Scott Ozmun of the law firm of Whitehurst, Harkness, Ozmun & Brees, P.C. is allowed to withdraw as counsel for Plaintiff and Jeff Edwards of Evans Edwards, L.L.P., 4407 Bee Cave Road, #611, Austin, Texas 78746, is hereby added as co-counsel of record for said Plaintiff in the above styled and numbered cause.

SIGNED this  9th  day of   December  , 2008.

_____
Hon. Eldon Fallon
United States District Court Judge