UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>       LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**PROPOSED ORDER ON
MOTION FOR RECONSIDERATION/REVISION
OF ORDER CAPPING CONTINGENT FEES
AND ALTERNATIVELY FOR ENTRY OF JUDGMENT (DOC. NO. 17327)**

Considering the Motion for Reconsideration/Revision of Order Capping Contingent Fees and Alternatively for Entry of Judgment filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser (Doc. No. 17327);

IT IS ORDERED that the Court's August 27, 2008 Order capping contingent fee agreements at 32% is revoked and set aside as to all clients of Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser, and their attorneys.

New Orleans, Louisiana, this ___ day of _____, 200_.


_____
JUDGE ELDON E. FALLON