UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC -5  AM 10: 43

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | CASE NO. 2:06 CV 02245 |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | Plaintiff: Terri Fabes |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

1. TERRI FABES,                        )
                                        )
           Plaintiff,                   )
                                        )
vs.                                     )   Case No. 06 CV 126 JHP-FHM
                                        )
1. MERCK & CO., a Foreign Corporation,  )
                                        )
2. PETER S. KIM, Ph.D,                  )
                                        )
3. LOUIS M. SHERWOOD, Ph.D.,            )
                                        )
4. DAVID W. ANSTICE, and                )
                                        )
5. EDWARD M. SCOLNICK, M.D.,            )
                                        )
           Defendants.                  )

## RELEASE OF ATTORNEY'S LIEN

TO:   ALL PARTIES OF RECORD:

Feldman, Franden, Woodard & Farris (formerly Feldman, Franden, Woodard, Farris & Boudreaux), formerly counsel for Plaintiff, releases its attorney's lien for services rendered on Plaintiff's cause of action.

Respectfully submitted,

FELDMAN, FRANDEN, WOODARD & FARRIS

_____
Paula J. Quillin, OBA #7368
Joseph R. Farris, OBA # 2835
Williams Center Tower II, Suite 900
2 West 2nd Street
Tulsa, Oklahoma  74103
Tel:    918/583-7129   Fax:   918/584-3814
LIEN CLAIMANT

### CERTIFICATE OF MAILING

     This is to certify that on the 2nd day of December, 2008, I mailed a true and correct copy of the above and foregoing Release of Attorney's Lien to the following:

Paul T. Boudreaux, Esq.
Charles L. Richardson, Esq.
RICHARDSON LAW FIRM
6450 S. Lewis Avenue, Suite 300
Tulsa, Oklahoma  74136

Zane C. Riester, Esq.
Robert Brundige, Jr., Esq.
Wilford Coronato, Esq.
John N. Paulos, Esq.
HUGHES HUBBARD & REED
101 Hudson Street – Suite 3601
Jersey City, New Jersey  07302-3910

John A. Kennedy, Esq.
Sheryl N. Young, Esq.
Brandon L. Buchanan, Esq.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102

George S. Corbyn, Jr., Esq.
Kathryn M. Zynda, Esq.
211 North Robinson, suite 1120
Two Leadership Square
Oklahoma City, Oklahoma  73102

_____