```
                                                          FILED
                                                   U.S. DISTRICT COURT
                                                 EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2008 DEC 12  AM 2: 16

LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Terri Fabes v. Merck & Co., Inc., et al.,*
Civ. A. No. 06-2245

### ORDER

The Court is in receipt of the attached notice of release of attorney's lien. IT IS ORDERED that the notice be made a part of the record. Any parties wishing to respond to the notice are directed to file their responses into the record.

New Orleans, Louisiana, this 10th day of December, 2008.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

1