UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | |
| | MDL DOCKET NO. 1657 |
| This document relates to: ) 2:05cv04055 ) | |
| ) | SECTION L |
| ) | |
| JERRY DANCER ONLY ) Plaintiff ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |
| v. ) ) | |
| MERCK & CO., INC., ) Defendant. ) | |

### AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD IN ACCORDANCE WITH PRETRIAL ORDER 36

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's Order Granting Plaintiff's Counsel Leave to Withdraw as Counsel of Record for Plaintiff in the above captioned multi-district litigation for the following reasons:

1. The undersigned counsel represents approximately 250 Vioxx claimants. Counsel recommended that all claimants represented by counsel participate in the Vioxx settlement negotiated by representatives of the Plaintiffs' Steering Committee.

2. Good cause exists for withdrawal since Mr. Dancer has recently passed away and no heirs can be located.

3. Counsel has taken appropriate steps to locate any potential heirs, however has been unable to do so. As such, there are no material adverse effects on the interest of the client.

4. Counsel placed an advertisement in the newspaper of general circulation for three (3) consecutive days serving the community in which the plaintiff last resided.

5. Counsel sent a letter to the plaintiffs by certified mail to the last known address that included the following:

    a. The motion to Withdraw;

    b. A copy of this Order;

    c. A statement that the plaintiff shall have thirty (30) days from receipt of the letter to (i) contact his or her counsel, (ii) secure new counsel or (iii) contact the Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Ste. 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; e-mail rmj@rmj-law.com) to apprise the Curator that the plaintiff is proceeding with his lawsuit pro se.

    d. An explanation of the importance of securing new counsel; and

    e. An explanation that, unless plaintiff contacts current counsel, engages new counsel or contacts the Curator and proceeds pro se, the Motion to Withdraw will be considered by the Court and that, if the Court considers the steps taken to reach the plaintiff have been reasonable and without success, the Motion may be granted.

6. If the Court grants this motion, the undersigned counsel will notify Lexis/Nexis File and Serve of this change and counsel's status as soon as the Order is entered.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firm to withdraw as counsel of record for plaintiff Jerry Dancer in the above-styled action.

Respectfully submitted,

/s/ Thomas P. Cartmell
Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton          MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram             MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever            MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza                    MO #32475
Brad Honnold                 MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis               MO #34799
Shawn Foster                 MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey          Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman by e-mail, on plaintiff Jerry Dancer by Certified Mail, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2008.

Respectfully submitted,

　　/s/  Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Attorney for Plaintiff