## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® § <br>     PRODUCTS LIABILITY CASES § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> MELVINA M. MILLER and husband § <br> RODNEY MILLER, Individually § <br> § <br> *Plaintiffs,* § <br> § <br> VS. § <br> § <br> MERCK & CO., INC. § <br> § <br> *Defendant.* § | DOCKET NO. CA 05-3639 <br><br> MDL NO. 1657 <br><br> SECTION: L/3 <br><br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the claim of plaintiff Rodney Miller, ONLY, be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 12th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE