UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*Wanda and Luther Ray Houtz, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.,*<br><br>**Only with regard to:**<br><br>**Joe Kehoe, by or on behalf of Ethel<br>Kehoe** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-10164<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Joe Kehoe, by or on behalf of Ethel Kehoe,

in the above-captioned case be and they hereby are dismissed with prejudice with each party to

bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of ___December___, 2008.

_____
DISTRICT JUDGE

950103v 1