IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 ) ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: ) ) ) | |
| IVAN E. TAEGE and HELEN J. TAEGE, ) ) ) | CASE NO. 06-10139 |
| Plaintiffs, ) ) ) ) | ORDER DISMISSING WITH PREJUDICE, PLAINTIFF, HELEN J. TAEGE |
| v. MERCK & CO., INC., ) ) ) ) | |
| Defendant(s). ) | |

This matter coming before the Court on Plaintiff, Helen J. Taege's Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41, and there being just cause for the dismissal, it is hereby Ordered that all claims of the Plaintiff, Helen J. Taege, are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE AND ORDERED THIS 12th DAY OF December, 2008.

_____
UNITED STATES DISTRICT JUDGE

V1013