UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Daryl Hill, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc.* <br><br><br> **Only with regard to:** <br><br> **Steven Albert Schafer, Tracey Simpkiss as next of kin of Mary Ann Cantrell** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-4325 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, Steven Albert Schafer and Tracey Simpkiss as next of kin of Mary Ann Cantrell, against defendant Merck & Co., Inc., be dismissed in their entirety without prejudice, with each party to bear its own costs.

  /s/ John Carey                                   /s/ Dorothy H. Wimberly           
Carey & Danis, LLC                           Phillip A. Wittmann
John Carey                                         Dorothy H. Wimberly
Joseph P. Danis                                  546 Carondelet Street
8235 Forsyth Boulevard, Suite 1100   New Orleans, Louisiana 70130
St. Louis, Missouri 63105                   (504) 581-3200
(314) 725-7700

*Counsel for Plaintiffs*                       *Counsel for Defendant Merck & Co., Inc*

Dated:  12/15/2008                             Dated:  12/15/2008

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal Without Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th of December, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel