UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Fredrick Geiger, et al.*  *v.*  *Merck & Co., Inc.*   **Only with regard to:**  **James Champion, Anna Orange, Ted Sanchez for decedent Eliza Sanchez** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:06-cv-6654  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES   **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs, James Champion, Anna Orange, and Ted Sanchez for decedent Eliza Sanchez, against defendant Merck & Co., Inc., be dismissed in their entirety without prejudice, with each party to bear its own costs.


  /s/ John Carey_____               /s/ Dorothy H. Wimberly____
Carey & Danis, LLC                          Phillip A. Wittmann
John Carey                                  Dorothy H. Wimberly
Joseph P. Danis                             546 Carondelet Street
8235 Forsyth Boulevard, Suite 1100          New Orleans, Louisiana 70130
St. Louis, Missouri 63105                   (504) 581-3200
(314) 725-7700

*Counsel for Plaintiffs*                     *Counsel for Defendant Merck & Co., Inc*


Dated:  12/15/2008_____        Dated:  12/15/2008_____

957676v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal Without Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th of December, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

957676v.1