UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL DOCKET NO. 1657 |
| This document relates to: ) 2:05cv04055 ) ) | SECTION L |
| Bobbie L. Thompson ) JERRY DANCER ONLY ) Plaintiff ) ) | JUDGE FALLON |
| v. ) ) MERCK & CO., INC., ) Defendant. ) | MAG. JUDGE KNOWLES |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH PREJUDICE**

COMES NOW plaintiff's counsel, listed below, and respectfully answers motion to show cause why case should not be dismissed with prejudice:

1. The Plaintiff passed away in December 2007.

2. Despite actively pursuing heirs since that time, Counsel has been unable to locate any living heirs.

3. Plaintiff's Counsel mistakenly thought their motion to withdraw filed on March 27, 2008 was still pending.

4. Plaintiff's Counsel has since filed an amended motion to withdraw in accordance with PTO 36.

Respectfully submitted,


____/s/  Thomas P. Cartmell_____
Thomas P. Cartmell         MO #45366
Brian J. Madden            MO #40637
Thomas J. Preuss           MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372


James P. Frickleton        MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram           MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever          MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza                  MO #32475
Brad Honnold               MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis             MO #34799
Shawn Foster               MO #47663

        DAVIS BETHUNE & JONES, LLC
        1100 Main Street, Suite 2930
        PO Box 26250
        Kansas City, MO 64196
        (816) 421-1600
        Fax (816) 472-5972

        Wayne S. Spivey      Atty ID #31017
        SHRAGER SPIVEY & SACHS
        Two Commerce Square, 32nd Floor
        Philadelphia, PA 19103
        (800) 568-5868
        Fax (215) 568-7495
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE has been served on Phillip Wittmann and Russ Herman and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of December, 2008.

Respectfully submitted,

/s/ Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

Attorney for Plaintiff