UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION<br>This document relates to | SECTION L |
| Gwendolyn Laymon, Doris Miller, Carol<br>Robertson, Dollie Skinner, Kimberly<br>Taylor, and Lloyd Williams Docket No.<br>05-4428 | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S FOURTH CROSS-MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE

MAY IT PLEASE THE COURT:

**FACTUAL BACKGROUND**

Plaintiffs Gwendolyn Laymon, Doris Miller, Carol Robertson, Dollie Skinner, Kimberly Taylor, and Lloyd Williams presented their cases for representation to Frank J. D'Amico, Jr., APLC with the belief that they had suffered qualifying events. It is our understanding that all plaintiffs evacuated during Hurricane Katrina in August 2008. Upon counsel's return from evacuation, counsel was unable to locate any of these plaintiffs. In order to preserve the clients' rights, plaintiffs' counsel filed a lawsuit on their behalf.

On the dates of June 20, 21, and 22, 2008, Plaintiffs' counsel filed an advertisement in The Times Picayune, requesting the whereabouts of plaintiffs Gwendolyn Laymon, Doris Miller, Carol Robertson, Dollie Skinner, Kimberly Taylor,

1

and Lloyd Williams (see Exhibit "A"). As of that posting, plaintiffs' counsel have still not heard or been able to locate these missing plaintiffs.

### FACTUAL BACKGROUND OF GWENDOLYN LAYMON

Although Plaintiff Laymon provided medical records and pharmacy records before her absence, plaintiff's counsel has been unable to prove the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

### FACTUAL BACKGROUND OF DORIS MILLER

Although Plaintiff Miller provided pharmacy records before her absence, plaintiff's counsel has been unable to prove Vioxx usage or the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

### FACTUAL BACKGROUND OF CAROL ROBERTSON

Although Plaintiff Robertson provided medical records and pharmacy records before her absence, plaintiff's counsel has been unable to prove the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

### FACTUAL BACKGROUND OF DOLLIE SKINNER

Although Plaintiff Skinner provided medical records and pharmacy records before her absence, plaintiff's counsel has been unable to prove the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

## FACTUAL BACKGROUND OF KIMBERLY TAYLOR

Although Plaintiff Taylor provided medical records before her absence, plaintiff's counsel has been unable to prove Vioxx usage or the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

## FACTUAL BACKGROUND OF LLOYD WILLIAMS

Plaintiff Williams provided written forms acknowledging an event but did not provide medical records or pharmacy records before his absence, therefore, plaintiff's counsel has been unable to prove Vioxx usage or the occurrence of a qualifying event.

Counsel has since filed a Motion to Withdraw as Counsel based on these facts.

## LEGAL ARGUMENT

Under the present circumstances, plaintiffs' counsel has followed the orders as set out by Judge Fallon. Motions to withdraw as counsel along with the required certificates have been filed. Plaintiffs' counsel is currently awaiting the Judge's signature on these documents. Based on these facts that are presented above, the plaintiffs listed have not provided the proper documentation to counsel or to the Settlement committee to bring and/or maintain a claim in this instant suit.

## CONCLUSION

Plaintiff has no facts which it can dispute. The underlying facts are what they are. Counsel maintains that they filed in good faith but due to the absence of the plaintiffs, have been unable to substantiate these claims. Unless this court is willing to allow

3

plaintiffs additional time to be located and there claims to be substantiated, there is no further information to offer to the Court at this time.

Respectfully submitted:

***FRANK J. D'AMICO, JR., APLC***

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., (#17519)
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-9561
Telecopier:   (504) 525-9522

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record, by facsimile and by placing the same in the United States Mail, postage prepaid, this 15th day of December, 2008.

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.

4