# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097   TELEPHONE (504) 826-3206

**MAIL TO:**

| | | | |
|---|---|---|---|
| D'Amico, Frank | | | |
| **NAME** | | | |
| 622 Baronne St. | | | |
| **STREET** | | | |
| New Orleans, | La. | 70113 | |
| **CITY** | **STATE** | **ZIP CODE** | |

**CERTIFICATE OF PUBLICATION**
**STATE OF LOUISIANA**
**PARISH OF ORLEANS**
**CITY OF NEW ORLEANS**

Classification   1030
Publication
Date   June
         Month
Date   20,21,22,          Year 2008

Name in Ad   Gwendolyn Laymon, Alger McKenzie, Doris Miller, Lynette Paul, Carol Miller
Charged   D'Amico, Frank
Address   622 Baronne St.
City   New Orleans, L.a 70113

Certification is hereby made by Robert J. Chiasson, who attests that he is Accounts Receivable Manager, of the TIMES-PICAYUNE PUBLISHING CORPORATION, a Louisiana Corporation, Publishers of The Times-Picayune / The States – Item daily, and The Times – Picayune Sunday, of general circulation; doing business in the City of New Orleans and State of Louisiana, and the undersigned does hereby certify that the attached advertisement for the above was published on the dates as listed above.

_____ Robert J. Chiasson _____

Anyone knowing the whereabouts of GWENDOLYN LAYMON, ALGER MCKENZIE, DORIS MILLER, LYNETTE PAUL, CAROL ROBERTSON, DOLLIE SKINNER, JOYCE DENET, KIMBERLY TAYLOR OR LLOYD WILLIAMS please contact the law offices of Frank J. D'Amico, Jr., 504-525-7272.



PLAINTIFF'S EXHIBIT A