```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC 15 2008

LORETTA G. WHYTE
     CLERK
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31043

MD 05-1657-L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

United States Court of Appeals
Fifth Circuit
**FILED**
December 11, 2008

Charles R. Fulbruge III
Clerk

JONATHAN LEE RICHES

    Movant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 11, 2008, for want of prosecution. The appellant failed to timely pay docketing fee.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                      Kim Folse, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

DIS-2

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No.__
```

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
                  Deputy
New Orleans, Louisiana  12/11/08

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 11, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 08-31043  In Re: Vioxx Prod
         USDC No.  2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Kim Folse
Kim Folse, Deputy Clerk
504-310-7712

cc: w/encl:
    Mr Jonathan Lee Riches

MDT-1