## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Stella Atkins, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4324 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |

**Barbara Casey**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Barbara Casey and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2008.

_____
DISTRICT JUDGE

957749v.1