UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:06-cv-3373 |
| *Patty Bird, et al.* | JUDGE FALLON |
| *v.* | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |
| **Only with regard to:** **Merritt Williams** | STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff, Merritt Williams, against defendant Merck & Co., Inc., be dismissed in their entirety without prejudice, with each party to bear its own costs.

　/s/ John Carey　　　　　　　　　　　　　　　/s/ Dorothy H Wimberly
Carey & Danis, LLC　　　　　　　　　　　　Phillip A. Wittmann
John Carey　　　　　　　　　　　　　　　　Dorothy H. Wimberly
Joseph P. Danis　　　　　　　　　　　　　　546 Carondelet Street
8235 Forsyth Boulevard, Suite 1100　　　　　New Orleans, Louisiana 70130
St. Louis, Missouri 63105　　　　　　　　　(504) 581-3200
(314) 725-7700


*Counsel for Plaintiffs*　　　　　　　　　　*Counsel for Defendant Merck & Co., Inc*


Dated:  12/16/2008　　　　　　　　　　　Dated:   12/16/2008

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal Without Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th of December, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel