# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *Estella Amaya v. Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 2:06cv 0571 | § | DANIEL E. KNOWLES III |

## ORDER

On June 17, 2008, Shelly A. Sanford of SANFORD PINEDO LLP, counsel of record for Plaintiff Estella Amaya, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Shelly A. Sanford of SANFORD PINEDO LLP and HUERTA LAW FIRM, LLP withdraw as counsel for Plaintiff Estella Amaya.

IT IS SO ORDERED.

December 12th 2008
Date

_/s/ Eldon E. Fallon_
Judge Eldon E. Fallon
United States District Court Judge