UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| This document relates to: | § | JUDGE ELDON FALLON |
| Jeannette Lasky v. Merck & Co., Inc., et al. Docket Number: 2:06cv 2086 | § | MAGISTRATE JUDGE DANIEL E. KNOWLES III |

## ORDER

On June 19, 2008, Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. and SANFORD PINEDO, LLP counsel of record for Plaintiff Jeannette Lasky, filed a motion to withdraw as counsel of record for Plaintiff. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert D. Rowland of GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. and SANFORD PINEDO LLP withdraw as counsel for Plaintiff Jeannette Lasky.

IT IS SO ORDERED.

December 14th 2008
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.