UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to:: | * | |
| | * | |
| *Clara Hatcher, et. al., v. Merck & Co. Inc.*, VCN#1106474 | * | CASE NO. 2:06CV10190 |
| | * | |
| | * | |
| | * | |

**ORDER**

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Kelley & Ferraro, LLP are hereby withdrawn as Counsel of Record for Clara Hatcher.

**NEW ORLEANS, LOUISIANA,** this __12th__ day of ____December____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**