## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| *Banks, Sheryl et al. v. Merck & Co., Inc.,* Docket Number: 2:07-cv-03019; and Only regarding Gary Allen Guy, Lloyd Johnson and Helen Johnson | |

### ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that John F. McKay, John M. McKay and Christopher R. Sonnier are hereby withdrawn as attorneys of record for Gary Allen Guy, Lloyd Johnson and Helen Johnson.

_New Orleans_, Louisiana this _12th_ day of _December_, 2008.

*(signed) Eldon E. Fallon*

**UNITED STATES DISTRICT JUDGE**