## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Wilma Adair, et al. v. Merck & Co.* | * | |
| *Inc., Docket No. 06-10159, only* | * | |
| *Regarding Dorothy Bourgeois* | * | KNOWLES |
| | * | |

*****************************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and

Seeger Weiss, LLP are hereby withdrawn as Counsel of Record for Dorothy Bourgeois.

**NEW ORLEANS, LOUISIANA,** this the __12th__ day of ____December____,

2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**