UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Annie Bradford, et al v. Merck & Co., Inc.<br>(E.D.La. Index No. 2:05-cv-02328) | Judge Fallon<br><br>Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiffs Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKHER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, Grant Kaiser of THE KAISER FIRM, LLP, John Climaco of CLIMACO LEFKOWITZ PECA WILCOX GAROFOLI, LPA are released from any further responsibility as counsel for Plaintiff(s), Dale E. Weaver, and this plaintiff only.

IT IS SO ORDERED.

December 12th 2008
Date

Judge Eldon E. Fallon
United States District Court Judge