IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
PRODUCTS LIABILITY LITIGATION

This Document Relates To All Cases

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

ORDER

The Court grants an extension of time until the next status conference ____ to have the show cause hearing for Plaintiffs' Motion to Compel Why Certain Medical Records providers should not be held in Contempt for Failing to Comply with Pretrial Order No. 35 ("motion to compel"), **document No. 16691,** and to withdraw plaintiff's motion to compel against those medical record providers identified in Exhibit B.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE