# Exhibit A

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Freeman, Joann | 2:07-cv-4118 | Jackson Hospital 1725 Pine St. Montgomery, AL 36106 (334) 293-8000 | Event |
| 2 | Hartwick, Esther (D) | 2:05-cv-03812 | Super D Drugs/USA Drug 702 N. Main Sikeston, MO 63801 | Pharmacy |
| 3 | Logan, Janice | 2:06-cv-00786 | Dr. Anwar Forrest Park Hospital 6150 Oakland Ave. St. Louis, MO 63139 | Prescriber |
| 4 | McMullen, Sharon | 2:06-cv-6654 | Dr. Eddie Gaines 2227 Drake Ave. SW Huntsville, AL 35801 | Prescriber |
| 5 | Perkins, Lois | 2:05-cv-05313 | Skaggs Medical West Dr. Jack Gillespe 11863 Highway 13 Kimberling City, MO 65686 (417) 739-2520 | Event |
| 6 | Phillips, Doris A. | 2:06-cv-3372 | Dr. Jesse Cooper 314 Missouri St. West Memphis, AR 72301 (870) 735-3919 | Prescriber |
| 7 | Powell, Edgar (D) | 2:06-cv-3378 | Plains Regional Hospital 2100 N. Dr. Martin Luther King, Jr,Blvd Clovis, NM 88101 (575) 769-2141 | Event |
| 8 | Shetrompf, Louise | 2:06-cv-6652 | Rite Aid Corporation 80 Central Ave. E. Orange, NJ 07018 | Pharmacy |
| 9 | Stickley, Velma | 2:06-cv-01974 | Dr. Jane Brunner 7900 Lees Summit Rd. Kansas City, MO 64139 (913) 469-5579 | PCP |
| 10 | Stokes, Shirley (D) | 2:06-cv-6239 | Erie County Medical Center 462 Grider St. Buffalo NY 14208 | Event |