# Exhibit B

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
| --- | --- | --- | --- | --- |
| 1 | Albright-Reyes(D), Elizabeth | 2:06-cv-4063 | Dr. Stella<br>640 Walnut St.<br>Reading, PA 19601 | Prescriber |
| 2 | Goree, James | 2:05-cv-06058 | Medco Health Solutions<br>6225 Annie Oakley Drive<br>Las Vegas, NV 89120 | Pharmacy |
| 3 | Jones, Jamesanna (D) | 2:05-cv-02575 | Dr. Robert Kaufman<br>456 N. Ballas Rd., Ste 299<br>St. Louis, MO 63141 | PCP |
| 4 | Martin, Royce | 2:06-cv-4063 | Dr. Chime Banjo<br>Mabank Medical Center<br>802 W Mason St<br>Mabank, TX 75147<br>(903) 887-2161 | Prescriber |
| 5 | Morris, Peggy | 2:05-cv-02578 | Medicine Shoppe<br>635 S. Sturgeon St.<br>Montgomery City, MO 63361 | Pharmacy |
| 6 | Royster, Melissa | 2:06-cv-02153 | Rite Aid Pharmacy<br>1521 Harford Ave<br>Baltimore, MD 21202<br>(410) 962-5541 | Pharmacy |
| 7 | Yancey, Jolene | 2:06-cv-11068 | Dr. Cesar Caello<br>Prairie Cardiovascular<br>305 W. Jackson St.<br>Carbondale, IL 62901 | Cardiology |