# Exhibit C

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Bierig, Eddie | ATL-L-211-04-MT | Mutual of Omaha and his ID is 800239870.<br><br>Mutual of Omaha Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175<br>1-800-775-6000 | Insurer |
| 2 | Hayes, Waymond | 2:06-cv-6239 | PRESBYTERIAN HOSPITAL of DALLAS<br>8200 WALNUT HILL LN<br>DALLAS, TX 75231 | Event |