# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.0 of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Davis | Leonard | A. |

| **Name of Law Firm** | Herman, Herman, Katz & Cotlar LLP |
|---|---|

| **Current Address** | Street: 820 O'Keefe Ave. | | | | |
|---|---|---|---|---|---|
| | City: New Orleans | State: LA | Zip: 70113 | Country: United States of America | |

| **Telephone Number** | 504-5814892 | **Facsimile** | 504-5616024 | **Email** | Vioxx@hhkc.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Rogers-Taylor | Glynis | |

| **Plaintiff Address** | Street: 1024 Marshall Dr. | | | |
|---|---|---|---|---|
| | City: Marrero | State: LA | Zip: 70126 | Country: |

| **Telephone Number** | Unkonwn | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Jackie Jenkins ET.AL V. Merck & Co (As to Plaintiff Glynis Rogers-Taylor only) |
|---|---|
| **Case Number** | 05-4416 |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#343319

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph MC of PTO No. 36) |

## D. COMPLIANCE WITH PTO NO. 36

I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  09 / 25 / 2008  (Record Docket No.  16136  )
Month Day YTR

Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim pro *se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

Date Signed  1 2 / 1 7 / 0 8
(Month/Day/Year)

_____
Counsel

#343319

2