# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.0 of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Davis | First: Leonard | Middle: A. |
| **Name of Law Firm** | Herman, Herman, Katz & Cotlar LLP | | |
| **Current Address** | Street: 820 O'Keefe Ave. | | |
| | City: New Orleans | State: LA  Zip: 70113 | Country: United States of America |
| **Telephone Number** | 504-5814892 | Facsimile: 504-5616024 | Email: Vioxx@hhkc.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Aguillard | First: Joseph | Middle: |
| **Plaintiff Address** | Street: 1234 Meandering Way | | |
| | City: Gerald | State: TX  Zip: 75040 | Country: |
| **Telephone Number** | Unkonwn | Facsimile: | Email: |
| **Case Caption** | Jackie Jenkins ET.AL V. Merck & Co (As to Plaintiff Joseph Aguillard) | | |
| **Case Number** | 05-4416 | | |
| **Court Where Case is Pending** | The United States District Court for the Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** | | Facsimile: | Email: |
| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph MC of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  09 / 25 / 2008   (Record Docket No.  16125  )
Month Day-YTE-

Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim pro *se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 1 2 / 1 7 / 0 8 (Month/Day/Year) | _____ Counsel |

#343319

2