UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INRE: VIOXX | CIVIL ACTION NO. 05-4439 |
| PRODUCTS LIABILITY LITIGATION | MDLNO.1657 |
| This document relates to: | SECTION Mag. 3 |
| Lois Jordan, et al v. Merck, et al, Docket No. 05-4439, only Regarding Barbara Lamb | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Leger & Shaw are hereby withdrawn as Counsel of Record for Barbara Lamb.

**NEW ORLEANS, LOUISIANA** December 12th 2008

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE