UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INRE: VIOXX | CIVIL ACTION NO. 05-4421 |
| PRODUCTS LIABILITY LITIGATION | MDLNO.1657 |
| This document relates to: | SECTION Mag. 3 |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Elizabeth Armstrong, Byron Hall, Lois Spillar, Tommy Franklin, Ebert Van Buren, Vivian Baker o/b/o Christine White, Rosie Howard o/b/o Leroy Julian, Mohan Baskaran, Ruthie Gipson, Charlie Watson, Betty Sumler, Roy Saucer, Thomas Dreher, Earl Davis, Glenda Johnson, Deborah Dunn, Veronica Schleuter, Ruth Sullivan | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Leger & Shaw , are hereby withdrawn as Counsel of Record for Elizabeth Armstrong, Byron Hall, Lois Spillar,Tommy Franklin, Ebert Van Buren, Vivian Baker o/b/o Christine White, Rosie Howard o/b/o Leroy Julian, Mohan Baskaran, Ruthie Gipson, Charlie Watson, Betty Sumler, Roy Saucer, Thomas Dreher, Earl Davis, Glenda Johnson, Deborah Dunn, Veronica Schleuter, and Ruth Sullivan.

**NEW ORLEANS, LOUISIANA** December 12th 2008

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**