UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This Document Relates To: | JUDGE FALLON |
| ALL CASES | MAGISTRATE JUDGE KNOWLES |

STATE OF NEW JERSEY

COUNTY OF BERGEN

### AFFIDAVIT OF PETER C. DURAN

I, Peter C. Duran, am over the age of 19 and am competent to testify to the matters set for the in this Affidavit and state as follows:

1. I am the Custodian of Records for Medco Health Solutions, Inc. ("Medco"). I submit this Affidavit in compliance with the Order entered by the Court on December 3, 2008, directing Medco to produce all medical records that it has in its possession relating to Plaintiff James Goree ("Goree").

2. As Custodian of Records for Medco, I am responsible for responding to the Subpoena.

3. Medco's records were personally searched and reviewed by myself or someone working under my direction in response to this Subpoena, which was addressed to Merck & Co., Inc. Medco is not a party to this action.

4. On or about December 11, 2008, Medco responded to the Subpoena for records regarding Goree by producing all the records responsive thereto. A copy of the transmittal letter responding to the Subpoena, together with the documents produced (Medco's records for Goree), is attached hereto as Exhibit A.

_____
Peter C. Duran

Sworn to and subscribed this 15th
day of December, 2008.

_____
Notary Public

Maureen G. Cutrona
Notary Public
State of New Jersey
My Commission Expires
February 15, 2010

2

# EXHIBIT A

# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE H. PARSELLS, III
Direct Dial: (973) 425-8833
gparsells@mdmc-law.com

December 11, 2008

**VIA CERTIFIED MAIL R.R.R.**
**#7008 1300 0001 1700 1834**
Heather Rohling
Records Express LLP
4295 Armstrong Boulevard
Batavia, OH 45103

      RE:    **James Goree**
               **Tracking No. 455627926**
               **MDMC File No. M0489-1220**

Dear Ms. Rohling:

    Pursuant to your request, enclosed please find a copy of the Prescription History records received from Medco regarding James Goree.

    Should you need anything further, please do not hesitate to contact me.

               Very truly yours,

               *George H. Parsells / KMS*

               GEORGE H. PARSELLS, III

GHP/kms
Enclosures

# medco

## MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

RX# 9816610529-01 ISSUED 1998-06-12 BY RAVI    BHALLA         DEA# BB2448947        PHONE 602-815-2690      C
   DEP# 01 JAMES       GOREE       DOB 1926-07-01 CUST/ID 0527240674                PD1 DODNMOP
   DRUG: DICLOFENAC SOD DR TABS GG739 75MG     O/QTY 180 A/QTY 180 O/RFLS 1 A/RFLS 1 DAYS/S 90
   DIRECS: TAKE 1 TABLET TWICE A DAY AFTER MEALS
   FILLED: 01:RR3:1998-06-19  01:AQW:1998-10-13

RX# 9818203944-01 ISSUED 1998-06-28 BY SANJAY   SHAH         DEA# BS4583743         PHONE 602-978-2899      C
   DEP# 01 JIM        GOREE       DOB 1926-07-01 CUST/ID 0527240674                 PD1 DODNMOP
   DRUG: ZYRTEC TABS             10MG      O/QTY 90 A/QTY 90 O/RFLS 1 A/RFLS 1 DAYS/S 90
   DIRECS: TAKE 1 TABLET DAILY
   P/CMNT: PRUD PRESC INTRCHG DATE: 070698, NPFD-PROD: ZYRTEC TABS(20461), PFD-PROD: CLARITIN TABS(20064), PFD-RXNO: 09818712
   " 926 01, CONTACT: DONNA HARTH
(VOIDED)     THIS RX# 09818203944-01 WAS VOIDED. VOID-FLAG = 1.

RX# 9818712926-01 ISSUED 1998-07-06 BY SANJAY   SHAH         DEA# BS4583743         PHONE 602-978-2899      C
   DEP# 01 JIM        GOREE             458 10MG     DOB 1926-07-01 CUST/ID 0527240674     PD1 DODNMOP
   DRUG: CLARITIN TABS                            O/QTY 90 A/QTY 90 O/RFLS 0 A/RFLS 0 DAYS/S 90
   DIRECS: TAKE 1 TABLET DAILY
   P/CMNT: PRUD PRESC INTRCHG DATE: 070698, NPFD-PROD: ZYRTEC TABS(20461), PFD-PROD: CLARITIN TABS(20064), NPFD-RXNO: 0981820
   " 3944 01, CONTACT: DONNA HARTH
   FILLED: 01:CP7:1998-07-06

RX# 9832006659-01 ISSUED 1998-11-10 BY E        TORKELSON     DEA# BT4457215        PHONE 503-203-8159      C
   DEP# 01 JAMES      GOREE       DOB 1926-07-10 CUST/ID 0527240674                 PD1 DODNMOP
   DRUG: NASACORT AQ NASAL SPR 16.5GM         O/QTY 8 A/QTY 4 O/RFLS 3 A/RFLS 3 DAYS/S 90
   DIRECS: USE 2 PUFFS DAILY IN BOTH NOSTRILS
   FILLED: 01:CBB:1998-11-17  01:RJS:1999-03-01

RX# 9833702784-01 ISSUED 1998-11-30 BY EDMUND   TORKELSON     DEA# BT4457215        PHONE 503-203-8159      C
   DEP# 01 JIM        GOREE       DOB 1926-07-10 CUST/ID 0527240674                 PD1 DODNMOP
   DRUG: HYDROCODONE BIT/APAP TABS 349 5/500MG O/QTY 90 A/QTY 90 O/RFLS 0 A/RFLS 0 DAYS/S 30
   DIRECS: TAKE 1 TABLET EVERY 8-12 HOURS AS NEEDED FOR PAIN
   FILLED: 01:TTT:1998-12-04

RX# 9833702810-01 ISSUED 1998-11-30 BY EDMUND   TORKELSON     DEA# BT4457215        PHONE 503-203-8159      C
   DEP# 01 JIM        GOREE            5401 5MG     DOB 1926-07-10 CUST/ID 0527240674   PD1 DODNMOP
   DRUG: AMBIEN TABS                           O/QTY 30 A/QTY 30 O/RFLS 2 A/RFLS 2 DAYS/S 30
   DIRECS: TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP
   FILLED: 01:TTT:1998-12-04  01:ALK:1998-12-29  01:JC2:1999-02-02

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

RX# 9902005678-01 ISSUED 1999-01-19 BY EDMUND   TORKELSON        DEA# BT4457215     PHONE 503-203-8159   C
    DEP# 01 JAMES    GOREE           DOB 1926-07-10 CUST/ID 0527240674    PD1 DODNMOP
    DRUG: PRAVACHOL TABS        40MG    O/QTY 90 A/QTY 90 O/RFLS 3 A/RFLS 3 DAYS/S  90
    DIRECS: TAKE 1 TABLET DAILY
    FILLED: 01:JP2:1999-01-20  01:BW1:1999-04-21  01:MSF:1999-07-03  01:HSM:1999-10-13

RX# 9902211124-01 ISSUED 1999-01-19 BY EDMUND   TORKELSON        DEA# BT4457215     PHONE 503-203-8159   C
    DEP# 01 JIM     GOREE           DOB 1926-07-10 CUST/ID 0527240674    PD1 DODNMOP
    DRUG: HYDROCODONE BIT/APAP TABS 349 5/500MG O/QTY 90 A/QTY 90 O/RFLS 0 A/RFLS 0 DAYS/S 23
    DIRECS: TAKE 1 TABLET EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN
    FILLED: 01:ALC:1999-01-23

RX# 9902913317-01 ISSUED 1999-01-29 BY EDMUND   TORKELSON        DEA# BT4457215     PHONE 503-203-8159   C
    DEP# 01 JAMES    GOREE           DOB 1926-07-10 CUST/ID 0527240674    PD1 DODNMOP
    DRUG: QUININE SULFATE CAPS   716 325MG  O/QTY 90 A/QTY 90 O/RFLS 3 A/RFLS 3 DAYS/S  90
    DIRECS: TAKE 1 CAPSULE AT BEDTIME  WHEN NEEDED FOR CRAMPS
    P/CMNT: RXDIR: CT FAX|FAX|FAX|CASE=104420645
    FILLED: 01:JFW:1999-01-31  01:BW1:1999-04-21  01:JS4:1999-07-14  01:HSM:1999-10-13

RX# 9905509707-01 ISSUED 1999-02-24 BY EDMUND   TORKELSON        DEA# BT4457215     PHONE 503-203-8159   C
    DEP# 01 JAMES    GOREE           DOB 1926-07-10 CUST/ID 0527240674    PD1 DODNMOP
    DRUG: VICODIN TABS           * 5MG/500  O/QTY 120 A/QTY 120 O/RFLS 1 A/RFLS 1 DAYS/S  40
    DIRECS: TAKE 1 TABLET EVERY 8 TO 12 HOURS AS NEEDED FOR PAIN
    P/CMNT: RXDIR: CT FAX|FAX|FAX|CASE=104645976NCOPY NEW RX#9905605329 01 ON 022599
(VOIDED)     THIS RX# 0905509707-01 WAS VOIDED. VOID-FLAG = 1.

RX# 9905605329-01 ISSUED 1999-02-24 BY EDMUND   TORKELSON        DEA# BT4457215     PHONE 503-203-8159   C
    DEP# 01 JAMES    GOREE           DOB 1926-07-10 CUST/ID 0527240674    PD1 DODNMOP
    DRUG: VICODIN TABS           * 5MG/500  O/QTY 120 A/QTY 120 O/RFLS 1 A/RFLS 1 DAYS/S  40
    DIRECS: TAKE 1 TABLET EVERY 8 TO 12 HOURS AS NEEDED FOR PAIN
    P/CMNT: NCOPY OLD RX#9905509707 01 ON 022599| PRUD PRESC INTRCHG DATE: 022599, NPFD-PROD: VICODIN TABS(10157), PFD-PROD: H
    " YDROCODONE BIT/APAP TABS 349(12432), PFD-RXNO: 09905611245 01, CONTACT: KIMBERLY ENGST
(VOIDED)     THIS RX# 0905605329-01 WAS VOIDED. VOID-FLAG = 1.

# MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

RX# 9905611245-01 ISSUED 1999-02-25 BY EDMUND    TORKELSON           DEA# BT4457215      PHONE 503-203-8159    C
   DEP# 01 JAMES       GOREE         DOB 1926-07-10  CUST/ID 0527240674      PD1 DODNMOP
   DRUG: HYDROCODONE BIT/APAP TABS 349 5/500MG  O/QTY 90  A/QTY  90  O/RFLS  1  A/RFLS  1  DAYS/S   30
   DIRECS: TAKE 1 TABLET EVERY 8 TO 12 HOURS AS NEEDED FOR PAIN
   P/CMNT: PRUD PRESC INTRCHG DATE: 022599, NPFD-PROD: VICODIN TABS(10157), PFD-PROD: HYDROCODONE BIT/APAP TABS 349(12432), N
   "    PFD-RXNO: 09905605329 01, CONTACT: KIMBERLY ENGSTROM
   FILLED: 01:CF2:1999-02-26  01:CF2:1999-03-23

RX# 9915407731-01 ISSUED 1999-06-03 BY EDMUND    TORKELSON           DEA# BT4457215      PHONE 503-203-8159    C
   DEP# 01 JAMES       GOREE         DOB 1926-07-10  CUST/ID 0527240674      PD1 DODNMOP
   DRUG:  GUAIFENESIN LA TABS  152 600MG   O/QTY 90  A/QTY  90  O/RFLS  1  A/RFLS  1  DAYS/S   45
   DIRECS: TAKE 1 TABLET TWICE A DAY AS NEEDED FOR CONGESTION
   P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105371089
   FILLED: 01:JFW:1999-06-08  01:HCP:1999-07-11

RX# 9915501573-01 ISSUED 1999-06-04 BY EDMUND    TORKELSON           DEA# BT4457215      PHONE 503-203-8159    C
   DEP# 01 JAMES       GOREE         DOB 1926-07-10  CUST/ID 0527240674      PD1 DODNMOP
   DRUG: HYDROCODONE BIT/APAP TAB M357 5/500MG  O/QTY  90  A/QTY  90  O/RFLS  1  A/RFLS  1  DAYS/S   30
   DIRECS: TAKE 1 TABLET EVERY 8 HOURS  AS NEEDED FOR PAIN
   P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105374894
   FILLED: 01:RDB:1999-06-09  01:ALC:1999-07-06

RX# 9921710328-01 ISSUED 1999-08-05 BY EDMUND    TORKELSON           DEA# BT4457215      PHONE 503-203-8159    C
   DEP# 01 JAMES       GOREE         DOB 1926-07-10  CUST/ID 0527240674      PD1 DODNMOP
   DRUG:  DOD REVIEW DRUG NUMBER              O/QTY  90  A/QTY  90  O/RFLS  3  A/RFLS  3  DAYS/S   90
   DIRECS: TAKE 1 TABLET DAILY
   P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105802669
   (VOIDED)      THIS RX# 09921710328-01 WAS VOIDED. VOID-FLAG = 1.

RX# 9921710329-01 ISSUED 1999-08-05 BY EDMUND    TORKELSON           DEA# BT4457215      PHONE 503-203-8159    C
   DEP# 01 JAMES       GOREE         DOB 1926-07-10  CUST/ID 0527240674      PD1 DODNMOP
   DRUG: ZYRTEC TABS              10MG   O/QTY 90  A/QTY  90  O/RFLS  2  A/RFLS  2  DAYS/S   90
   DIRECS: TAKE 1 TABLET DAILY
   P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105802669
   FILLED: 01:JT1:1999-08-12  01:AAF:1999-10-13  01:BW1:2000-01-10

medco

# medco

## MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

RX# 9921710330-01 ISSUED 1999-08-05 BY EDMUND    TORKELSON        DEA# BT4457215      PHONE 503-203-8159    C
    DEP# 01 JAMES      GOREE          DOB 1926-07-10 CUST/ID 0527240674           PD1 DODNMOP
    DRUG: HYDROCODONE BIT/APAP TAB M357 5/500MG  O/QTY 120  A/QTY 120  O/RFLS  2  A/RFLS  2  DAYS/S   30
    DIRECS: TAKE 1 TABLET EVERY 6 TO 8 HOURS WHEN NEEDED
    P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105802669
    FILLED: 01:JT1:1999-08-12  01:HCP:1999-09-02  01:HCP:2000-01-10

RX# 9923300492-01 ISSUED 1999-08-21 BY EDMUND    TORKELSON        DEA# BT4457215      PHONE 503-203-8159    C
    DEP# 01 JAMES      GOREE          DOB 1926-07-10 CUST/ID 0527240674           PD1 DODNMOP
    DRUG:  ARTHROTEC 50 TABS EC 60'S 50/.2MG O/QTY  2  A/QTY  2  O/RFLS  3  A/RFLS  3  DAYS/S   60
    DIRECS: TAKE 1 TABLET TWO TIMES A DAY WITH FOOD
    P/CMNT: RXDIR: CT FAX|FAX|FX|CASE=105929589
    FILLED: 01:JNO:1999-08-23  01:RFY:1999-10-13  01:DMZ:2000-02-03

RX 00032709245-01 ISSUED 2000-11-17 BY THOMAS    PHIPPS           DEA# AP2445573-     PHONE 503-692-2850 |   C
    DOCTOR ADDRESS: 6464 SW BORLAND RD  TUALATIN                OR 000097062
    DEP# 01 JAMES      GOREE          DOB 1926-07-10 CUST/ID 0527240674            PD1 DODNMOP
    DRUG: 25732     AGGRENOX CAPS 60'S        01A 25/200 |O/QTY   1| A/QTY   1| O/RFLS  11| A/RFLS  11
    |DAYS/S  30   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /       T/QTY 0000 Q/DISP 0000 FILL TYP
    DIRECS: TAKE 1 CAPSULE TWICE A DAY
    P/CMNT: PULIN NEW RX#0108608505 01 ON 032701
    FILLED: 00:01:00:KH1:2000-11-25:0001  01:01:00:SK5:2000-12-21:0001  02:01:00:AAS:2001-01-02:0001  03:01:00:SF1:2001-02-27:0001

RX 00032709270-01 ISSUED 2000-11-17 BY THOMAS    PHIPPS           DEA# AP2445573-     PHONE 503-692-2850 |   C
    DOCTOR ADDRESS: 6464 SW BORLAND RD  TUALATIN                OR 000097062
    DEP# 01 JAMES      GOREE          DOB 1926-07-10 CUST/ID 0527240674            PD1 DODNMOP
    DRUG: 08298     ZESTRIL TABS         130 5MG   |O/QTY  90| A/QTY  90| O/RFLS   3| A/RFLS   3
    |DAYS/S  90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /       T/QTY 0000 Q/DISP 0000 FILL TYP
    DIRECS: TAKE 1 TABLET DAILY
    FILLED: 00:01:00:KH1:2000-11-25:0090

RX 00036406969-01 ISSUED 2000-12-29 BY GWENN     REEVE            DEA# BR6835574-     PHONE 503-692-7785 |   C
    DOCTOR ADDRESS: 19875 SW 65TH AVE   TUALATIN               OR 000097062
    DEP# 01 JAMES      GOREE          DOB 1926-07-10 CUST/ID 0527240674            PD1 DODNMOP
    DRUG: 14290     AMBIEN TABS         5401 5MG   |O/QTY  30| A/QTY  30| O/RFLS   5| A/RFLS   5
    |DAYS/S  30   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /       T/QTY 0000 Q/DISP 0030 FILL TYP
    DIRECS: TAKE 1 TABLET AT BEDTIME
    FILLED: 00:01:00:PPK:2001-01-05:0030  01:01:00:AF2:2001-02-05:0030  02:01:00:JKM:2001-04-03:0030

# medco

## MEDCO HEALTH SOLUTIONS
## PRESCRIPTION HISTORY

RX 00036407034-01 ISSUED 2000-12-29 BY GWENN    REEVE              DEA# BR6835574-       PHONE 503-692-7785 |   C
  DOCTOR ADDRESS: 19875 SW 65TH AVE    TUALATIN            OR 000097062
  DEP# 01 JAMES    GOREE            DOB 1926-07-10  CUST/ID 0527240674          PD1 DODNMOP
  DRUG: 12432    HYDROCODONE BIT/APAP TAB M357 5/500MG | O/QTY  100 | A/QTY  100 | O/RFLS  11 | A/RFLS  5
  | DAYS/S   13   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /         T/QTY 0000 Q/DISP 0100 FILL TYP
  DIRECS: TAKE 1 TO 2 TABLETS EVERY 6 HOURS AS NEEDED
  P/CMNT: FAX CASE#110675119
  FILLED: 00:01:00:PPK:2001-01-05:0100  01:01:00:JM7:2001-01-23:0100  02:01:00:JM7:2001-02-15:0100  03:01:00:CF2:2001-03-23:0100
  04:01:00:NG1:2001-04-30:0100  05:01:00:FGG:2001-05-23:0100

RX 00102702605-01 ISSUED 2001-01-23 BY GWENN    REEVE              DEA# BR6835574        PHONE 503-692-7785 |   C
  DOCTOR ADDRESS: 19875 SW 65TH AVE    TUALATIN            OR 000097062
  DEP# 01 JAMES    GOREE            DOB 1926-07-10  CUST/ID 0527240674          PD1 DODNMOP
  DRUG: 08298    ZESTRIL TABS          130*5MG   | O/QTY  90 | A/QTY  90 | O/RFLS  4 | A/RFLS  3
  | DAYS/S   90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /         T/QTY 0000 Q/DISP 0090 FILL TYP F
  DIRECS: TAKE 1 TABLET DAILY
  FILLED: 00:01:00:EDM:2001-02-01:0090  01:01:00:MC8:2001-05-22:0090  02:01:00:CJM:2001-07-27:0090  03:01:00:DWN:2001-11-08:0090

RX 00102702646-01 ISSUED 2001-01-23 BY GWENN    REEVE              DEA# BR6835574        PHONE 503-692-7785 |   C
  DOCTOR ADDRESS: 19875 SW 65TH AVE    TUALATIN            OR 000097062
  DEP# 01 JAMES    GOREE            DOB 1926-07-10  CUST/ID 0527240674          PD1 DODNMOP
  DRUG: 09548    ZOCOR TABS            740 20MG  | O/QTY  90 | A/QTY  90 | O/RFLS  4 | A/RFLS  3
  | DAYS/S   90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /         T/QTY 0360 Q/DISP 0000 FILL TYP F
  DIRECS: TAKE 1 TABLET DAILY
  (VOIDED)    THIS RX# 00102702646-01 WAS VOIDED. VOID-FLAG = 1.

RX 00102702694-01 ISSUED 2001-01-23 BY GWENN    REEVE              DEA# BR6835574        PHONE 503-692-7785 |   C
  DOCTOR ADDRESS: 19875 SW 65TH AVE    TUALATIN            OR 000097062
  DEP# 01 JAMES    GOREE            DOB 1926-07-10  CUST/ID 0527240674          PD1 DODNMOP
  DRUG: 24727    VIOXX TABS            MRK110 25MG  | O/QTY  90 | A/QTY  90 | O/RFLS  4 | A/RFLS  3
  | DAYS/S   90   PIRS (DOC/DT/SVR) 000000000000 / 0001-01-01 /         T/QTY 0000 Q/DISP 0090 FILL TYP F
  DIRECS: TAKE 1 TABLET DAILY
  FILLED: 00:01:00:EDM:2001-02-01:0090  01:01:00:MC8:2001-05-22:0090  02:01:00:CJM:2001-07-27:0090  03:01:00:DWN:2001-11-08:0090