UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| This Document Relates To: | : JUDGE FALLON |
| ALL CASES | : MAGISTRATE JUDGE KNOWLES |

STATE OF NEW JERSEY

COUNTY OF BERGEN

### AFFIDAVIT OF PETER C. DURAN

I, Peter C. Duran, am over the age of 19 and am competent to testify to the matters set for the in this Affidavit and state as follows:

1. I am the Custodian of Records for Medco Health Solutions, Inc. ("Medco"). I submit this Affidavit in compliance with the Order entered by the Court on December 3, 2008, directing Medco to produce all medical records that it has in its possession relating to Plaintiff Betty Miller/McDonald ("Miller).

2. As Custodian of Records for Medco, I am responsible for responding to the Subpoena.

3. Medco's records were personally searched and reviewed by myself or someone working under my direction in response to this Subpoena, which was addressed to Merck & Co., Inc. Medco is not a party to this action.

4. Medco responds to this Subpoena by stating that no records have been found regarding Miller.

_____
Peter C. Duran

Sworn to and subscribed this 15th
day of December, 2008.

_____
Notary Public

Maureen G. Cutrona
Notary Public
State of New Jersey
My Commission Expires
February 15, 2010

2