UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| ALL CASES | § | MAGISTRATE JUDGE KNOWLES |

SUPPLEMENT TO
"CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL RECORDS PROVIDERS SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35" (Rec. Doc. No. 16155)

Plaintiffs listed in Exhibit A file this Supplement to their "Certain Plaintiffs' Motion to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt for Failing to Comply with Pretrial Order No. 35" (Rec. Doc. No. 16155), and in support thereof show:

1. Plaintiffs file this supplement to report to the Court the status of their efforts to secure compliance with this Court's orders.

2. Plaintiffs have attempted repeatedly to obtain records from certain of their healthcare providers so that they may comply with the terms of the VIOXX® Settlement Agreement. Fortunately, certain providers have complied. The following have complied and have been informed that they do not need to appear on December 19, 2008, as originally ordered:

- Dr. Aubrey Douglas; and
- Dr. Bruce Levy

3. Another provider, Medco, is working with us to provide the records. Therefore, we ask that they be excused from the Court's order to show cause for a period of one month so that Medco has additional time in which to comply.

1

4. Unfortunately, one provider, the National Personnel Records Center (NPRC), continues its refusal to obey this Court's orders. In addition, it has written that it will *not* appear tomorrow as ordered (See **Exhibit A,** attached hereto).

5. Although our more than eight month effort to secure records from NPRC are somewhat irrelevant at this point, a recap of our efforts to obtain the records is as follows:

| Date | Description |
|---|---|
| 4/17/08 | Mediconnect (Records Service) faxed Records Request and Court Order to NPRC |
| 4/28/08 | Records Service emailed NPRC to check status |
| 5/6/08 | Records Service emailed NPRC to check status |
| 5/8/08 | NPRC stated that the records would be sent on 6/4/08 |
| 6/9/08 | Records Service emailed NPRC to check status |
| 6/13/08 | Records Service emailed NPRC to check status |
| 6/18/08 | NPRC emailed Records Service stating that the records were being processed. |
| 6/18/08 | Records Service emailed NPRC to check status |
| 7/1/08 | Records Service emailed NPRC to check status |
| 7/3/08 | Records Service emailed NPRC stating that because of the delay, the records needed to be faxed or sent by FedEx immediately. |
| 7/7/08 | NPRC stated that the Request had been cancelled because there was no response to their fee approval letter, even though no such letter had been received. NPRC told Records Service to re-fax the Records Request. Records Service explained that this was urgent, and that any fee approval letter should be faxed or emailed immediately. |
| 7/10/08 | Records Service emailed NPRC to check status |
| 7/16/08 | Records Service emailed NPRC to check status |
| 7/23/08 | NPRC emailed Records Service the following |

> *Thank you for contacting the National Personnel records Center.*
> *We have received your request for information and we are obtaining*

> *the appropriate records. The estimated date of completion is approximately 8/14/08. Please allow 5-7 business days mailing time.*

7/30/08      Records Service emailed NPRC to check status

7/31/08      Records Service emailed NPRC to check status

8/1/08       Records Service emailed NPRC to check status

8/6/08       Records Service emailed NPRC to check status

8/11/08      Records Service emailed NPRC to check status

8/14/08      NPRC emailed Records Service stating that the Request would be complete on or before 8/27/08

8/20/08      Records Service emailed NPRC to check status

8/22/08      NPRC emailed Records Service the following:

> *Thank you for contacting the National Personnel records Center. We have received your request for information and we are obtaining the appropriate records. The estimated date of completion is approximately 9/5/08. Please allow 5-7 business days mailing time.*

9/2/08       Records Service re-sent NPRC the Court Order and reminded them that a waiting period shall not be imposed. We told them that we need the records faxed or sent via FedEx immediately.

9/4/08       NPRC emailed Records Service stating that they required pre-payment, and had sent a letter requesting payment on 8/29/08. Records Service replied that they had not received any letter and asked that the invoice be faxed at once.

9/5/08       Records Service emailed NPRC asking that they please fax an invoice and requesting that NPRC not cancel the Request.

9/8/08       Records Service emailed NPRC asking about invoice.

9/9/08       NPRC sent Records Service invoice, and pre-payment was made by credit card.

9/18/08      Records Service emailed NPRC to check status

9/26/08      NPRC emailed Records Service the following:

> *Thank you for contacting the National Personnel records Center.*

|  |  |
|---|---|
|  | *We have received your request for information and we are obtaining the appropriate records. The estimated date of completion is approximately 10/20/08. Please allow 5-7 business days mailing time.* |
| 9/29/08 | NPRC emailed Records Service the following: *Thank you for contacting the National Personnel Records Center. We have located the separation document for the veteran named above… We have sent you an invoice for reproducing the documents requested, an "Order for Archival Reproducton [sic] Services form. Please return this form with your payment within 30 days. Once payment is made, the photocopy will be mailed to you. If payment is not received within this period, we will assume that you no longer desire a copy of this document and your request will be closed automatically without further notice.* |
| 9/29/08 | Records Service emailed NPRC stating that payment by credit card had been faxed. |
| 10/6/08 | Records Service spoke with Rob at NPRC and explained that we did not request Mr. Mallory's separation papers. We need the records from Blanchfield Army Community Hospital for his 07/2001 admission. Rob stated that he would personally look into this, and requested a few days to process. |
| 10/8/08 | NPRC said that we needed to call the payment center. Records Service called the number given and left a message on a voicemail. |
| 10/9/08 | NPRC stated that someone would be calling back about the records. |
| 10/14/08 | NPRC stated that the Request is being processed. She took a message and said that someone would call back about the records. |
| 10/14/08 | NPRC said that the only records in their possession were the separation papers. Apparently, there was a fire in 1973, and many records were lost. NPRC suggested we call Blanchfield Hospital. |
| 10/15/08 | Blanchfield Hospital stated that if NPRC doesn't have the records, they may be with the Dept. of Veterans Affairs. |
| 10/16/08 | Our request was changed from:<br>　　　*National Personnel Records Center*<br>　　　　　to<br>　　　*Dept. of Veterans Affairs* |
| 10/17/08 | VA said that the records are being processed at their Nashville Regional Office. |

| | |
|---|---|
| 10/21/08 | VA stated that NPRC has these records. Accordingly, we changed our request from:<br>    *Dept. of Veterans Affairs*<br>        to<br>    *National Personnel Records Center* |
| 10/24/08 | NPRC said that they didn't have the records and that we should order them from the VA. The request was changed from:<br>    *National Personnel Records Center*<br>        to<br>    *Dept. of Veterans Affairs* |
| 10/28/08 | We attempted to order the records directly from Blanchfield Hospital, but the hospital only had one x-ray report in their possession. |
| 11/18/08 | Records Service asked VA Nashville Regional Office whether Mr. Mallory's Blanchfield Hospital records are within his file. |
| 11/20/08 | Blanchfield Army Community Hospital reiterated that their hospital records are archived at NPRC. |
| 11/20/08 | VA Records Management Center confirmed that the hospital records are stored at NPRC. They stated the hospital records are stored in the archives center in boxes by facility and dates of service; the boxes are stacked 12 feet high and are at least three boxes deep, so the records custodians can be reluctant to look for the records. |
| 12/02/08 | Dept. Of Veterans Affairs said that Mr. Mallory's records were now at the Tennessee Regional Office for processing. |
| **12/03/08** | **This Court issued its Order to show cause (Rec. Doc. No. 17130).** |
| **12/04/08** | **Our office sent NPRC copy of Court's 12-3-08 Order to show cause (Docket No. 17130). The Federal Express Delivery Confirmation is attached hereto as Exhibit B.** |
| **12/05/08** | **NPRC received a copy of Court's 12-3-08 Order to show cause (Docket No. 17130). The Federal Express Delivery Confirmation is attached hereto as Exhibit B.** |
| 12/05/08 | Our office called NPRC asking whether they had located any of Mr. Mallory's records. They stated that they had no record of any Request, so we re-faxed a Request, per their instructions. |
| 12/8/08 | Records Service sent Dept. of VA online inquiry regarding status. |

| | |
|---|---|
| 12/12/08 | Records Service sent Dept. of VA online inquiry regarding status. |
| 12/15/08 | Our office emailed NPRC for status. |
| 12/17/08 | Our office emailed NPRC for status. |
| 12/17/08 | Dept. of VA emailed Records Service stating that the Request will take 6-8 weeks for processing, and because the file has only been at the Tennessee Regional Office since the end of November 2008, this may take an additional 30 business days. |
| **12/18/08** | **"Mike D." of NPRC emailed us stating:** |
| | **NPRC DOES NOT appear for oral depositions or respond to depositions in the form of written questions unless a party to the action. Authenticated or certified copies of the record will be furnished instead. Our agencys [sic] policy is to provide records in lieu of a court appearance. See Exhibit A, attached.** |
| **12/18/08** | **Our office emailed "Mike D." at NPRC advising him, again, of the Court's order to appear on 12-19-08 to show cause why he should not be held in contempt and enclosing the order. See Exhibit C, attached.** |

6. To date, we have requests for records pending with both the Dept. of Veterans Affairs and NPRC; neither has cooperated. NPRC is now beginning similar delay tactics with another client, Viola Buzzard. Plaintiffs are left with no choice but to respectfully ask this Court to enlist the services of the U.S. Marshals Service to assist in obtaining compliance with the order to show cause.

WHEREFORE, Plaintiffs pray that this Supplemental Motion to Show Cause be granted, that the Court order a corporate representative for each provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

Dated: December 18, 2008                           Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 | (409) 838-8848 |
| 713-643-6226 (facsimile) | (409) 838-8888 (facsimile) |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Ranier, Gayle & Elliot, LLC | The Watts Law Firm, LLP |
| 1419 Ryan Street | 300 Convent St # 100 |
| Lake Charles, Louisiana 70601 | San Antonio, TX 78205 |
| 337-494-7171 | (210) 527-0500 |
| 337-494-7218 (facsimile) | |

/s/ Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)
ATTORNEYS FOR PLAINTIFFS

---

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 18, 2008. In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on each provider.

/s/Grant Kaiser
Grant Kaiser

# EXHIBIT A

From: mpr status [mailto:mpr.status@nara.gov]
Sent: Thursday, December 18, 2008 9:44 AM
To: Anna Farmer
Subject: Re: Nathaniel Mallory

Thank you for contacting the National Personnel Record Center. We have received your request for information and we are obtaining the appropriate records. The estimated date of completion is approximately 1/15/2009. Please allow 5-7 business days mailing time.

Also, NPRC DOES NOT appear for oral depositions or respond to depositions in the form of written questions unless a party to the action. Authenticated or certified copies of the record will be furnished instead. Our agencys policy is to provide records in lieu of a court appearance.

Thanks
Mike D.
Customer Service Representative
National Personnel Record Center


>>> "Anna Farmer" <afarmer@vioxxgroup.com> 12/17/2008 11:25 AM >>>


I would like to check the status of Nathaniel Mallory's records from His 7/2001 admission to Blanchfield Army Community Hospital. (DOB 2/21/21)

We have been trying to get these records since April, and Judge Fallon Has ordered that someone from your facility appear in his courtroom on Friday to address this.


Anna Farmer

# EXHIBIT B

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Friday, December 05, 2008 9:04 AM
**To:** Gerilyn Gordon
**Subject:** FedEx Shipment 796159956762 Delivered

_____

This tracking update has been requested by:

Company Name: WILLIAMS KHERKHER
Name:         Gerilyn Gordon
E-mail:       'not provided by requestor'

_____

Our records indicate that the following shipment has been delivered:

Reference:                 Vioxx MDL
Ship (P/U) date:           Dec 4, 2008
Delivery date:             Dec 5, 2008 8:54 AM
Sign for by:               J.CRUMER
Delivered to:              Mailroom
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Adult Signature Required
                           Deliver Weekday
Tracking number: 796159956762

| Shipper Information | Recipient Information |
|---|---|
| Gerilyn Gordon | Organizational Records/Med Records |
| WILLIAMS KHERKHER | Blanchfield Army Comm. Hospital |
| 8441 Gulf Freeway; Ste.600 | 9700 PAGE AVE; NATIONAL PERSONNEL RECORDS CENTER |
| Houston | SAINT LOUIS |
| TX | MO |
| US | US |
| 77017 | 63132 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:03 AM CST
on 12/05/2008.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

# EXHIBIT C

**From:** Grant Kaiser
**Sent:** Thursday, December 18, 2008 11:49 AM
**To:** 'mpr.status@nara.gov'
**Subject:**

Dear Mike D.:

Just so that you are fully informed, United States District Judge Eldon E. Fallon's order for NPRC to appear tomorrow in his courtroom at 9:00 a.m. is not a request for a deposition. I attach, again, a copy of his order. As you will see, it is an order that you appear to show cause why you should not be held in contempt of court and ordered to pay $1,000 per day thereafter until the records are produced.

If you have any questions, please contact me.

Yours truly,

Grant Kaiser
713.223.0000

---

From: mpr status [mailto:mpr.status@nara.gov]
Sent: Thursday, December 18, 2008 9:44 AM
To: Anna Farmer
Subject: Re: Nathaniel Mallory

Thank you for contacting the National Personnel Record Center. We have received your request for information and we are obtaining the appropriate records. The estimated date of completion is approximately 1/15/2009. Please allow 5-7 business days mailing time.

Also, NPRC DOES NOT appear for oral depositions or respond to depositions in the form of written questions unless a party to the action. Authenticated or certified copies of the record will be furnished instead. Our agencys policy is to provide records in lieu of a court appearance.

Thanks
Mike D.
Customer Service Representative
National Personnel Record Center

>>> "Anna Farmer" <afarmer@vioxxgroup.com> 12/17/2008 11:25 AM >>>

I would like to check the status of Nathaniel Mallory's records from His 7/2001 admission to Blanchfield Army Community Hospital. (DOB 2/21/21)

We have been trying to get these records since April, and Judge Fallon Has ordered that someone from your facility appear in his courtroom on Friday to address this.

Anna Farmer



Sep 26 2008
10:49AM
21701630

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has been informed that the following medical records providers have failed to comply with or in some cases even respond to legal requests made by Vioxx claimants for the production of their medical records. At this time, it is critical that claimants be given access to their medical records or those of their decedents. Without these records, claimants will be unable to enroll in the settlement program. With the final deadline for enrollment now imminent, this Court will not allow these providers to ignore court orders for the production of records. The importance of timely compliance cannot be overstated.

On April 10, 2008, this Court issued Pretrial Order No. 35, which sets forth HIPPA-compliant rules and procedures for authorizing the release of healthcare, pharmacy, and other records relating to claimants in the Vioxx global settlement program. Requests made pursuant to the requirements of Pretrial Order No. 35 carry the full weight and authority of a judicial order of this Court. As the court presiding over this multi-district litigation proceeding, this Court has the authority and jurisdiction to enforce its orders in each of the 94 federal judicial districts of the

Case 2:05-md-01657-EEF-DEK  Document 17492  Filed 12/12/08  Page 16 of 20
Case 2:05-md-01657-EEF-DEK  Document 16142  Filed 09/26/2008  Page 2 of 6

2

United States. *See* 28 U.S.C. § 1407(b) ("The judge or judges to whom such actions are assigned ... may exercise the powers of a district judge in any district....").

Accordingly, IT IS ORDERED that Plaintiff's Motions for Order to Show Cause (Rec. Doc. 15702, 15721) ARE GRANTED.  IT IS FURTHER ORDERED that representatives from each of the following medical records providers shall appear in court at 500 Poydras Street, Room C-456, New Orleans, LA 70130, on Friday, October 17, 2008, at 9:00 a.m., to show cause why they should not be held in contempt of court and why they should not also be fined $1,000 per day for every day thereafter until such records are produced.

Medical records providers that satisfy the records requests prior to Wednesday, October 15, 2008, will no longer be subject to this Order and will not be required to appear in court.

New Orleans, Louisiana, this 24th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

**Medical Records Providers Subject to this Show Cause Order:**

1. **Rite-Aid**
   320 Cumberland Street
   Bogalusa, LA 70427
   *Claimant: Pernell Peters*

2. **Eckerds**
   601 East King Street
   King Mountain, NC 28086
   *Claimant: Peggy Pruitt*

3. **Mercy Medical Center**
   301 St. Paul Place
   Baltimore, MD 21201
   *Claimant: Constance Flowers*

4. **Heart & Vascular Clinic**
   42078 Veterans Avenue
   Houma, LA 70403
   *Claimant: John Henry Turner*

5. **Dr. Lee Walker**
   9600 Lile Avenue
   Suite 220
   Little Rock, AR 72205
   *Claimant: Duncan Wade*

6. **Lindy Boggs Hospital**
   301 North Jefferson Davis Highway
   New Orleans, LA 70119
   *Claimant: Doinca Keller*

7. **K-Mart Pharmacy**
   2701 Belle Chasse Highway
   Gretna, LA 70053
   *Claimant: Mary Stipe*

8. **New York Presbyterian Hospital**
   526 East 68th Street
   New York, NY 10021
   *Claimant: Lawrence Coleman*

9. **Lake Providence Medical Clinic**
   319 North Hood Street
   Lake Providence, LA 71254
   *Claimant: Loretta Phillips*

10. **Orthopaedic Specialist of New Orleans**
    3434 Prytania Street
    Suite 450
    New Orleans, LA 70115
    *Claimant: Thomas Scanlan*

11. **Walgreens**
    1901 East Voorhees Street
    P.O. Box 4039, MS #735
    Danville, IL 61834
    *Claimants: Velma Batiste, Ursula Price, Thomas Scanlan*

12. **CVS**
    3754 Moss Street
    Lafayette, LA 70501
    *Claimant: Eunice Andrus*

13. **Sam's Club**
    181 Northshore Boulevard
    Slidell, LA 70460
    *Claimant: Janie Banks*

14. **Walmart**
    167 Northshore Boulevard
    Slidell, LA 70460
    *Claimant: Velma Batiste*

15. **Walmart**
    83333 West Judge Perez Dr.
    Chalmette, LA 70043
    *Claimant: Thomas Scanlan*

16. **Touro Infirmary**
    1401 Foucher Street
    New Orleans, LA 70115
    *Claimant: Velma Batiste*

17. **Dr. Daniel Stein**
    1921 Waldemere Street #701
    Sarasota, FL 34239
    *Claimant: Howard Balkin*

18. **East Jefferson General Hospital**
    4200 Houma Boulevard
    Metairie, LA 70006
    *Claimant: William Teter*

19. **Tulane University Hospital**
    1415 Tulane Ave.
    New Orleans, LA 70112
    *Claimant: Ursula Price*

20. **Dr. John Schumacher**
    4328 Houma Boulevard
    Suite 510
    Metairie, LA 7006
    *Claimant: William Teter*

21. **Meadowcrest Hospital**
    2500 Belle Chasse Highway
    Gretna, LA 70056
    *Claimant: Clifford Gasper*

22. **St. Tammany Hospital**
    1202 South Tyler Street
    Covington, LA 70433
    *Claimant: Geneva McKay*

23. **Winn Dixie**
    204 Northwest Boulevard
    Franklin, LA 70538
    *Claimant: Mary Dantin*

24. **Winn Dixie**
    57 Gentilly Boulevard
    New Orleans, LA 70122
    *Claimant: Doinca Keler*

25. **Caremark, NALC**
    P.O. Box. 94465
    Palatine, IL 60094
    *Claimant: William Robertson*

26. **Charity Hospital Pharmacy**
    1541 Tulane Avenue
    New Orleans, LA 70112
    *Claimant: Pernell Peters*

5

27. **VA Hospital**
    1500 E. Woodrow Wilson Avenue
    Jackson, MS 39216
    *Claimant: James George*

28. **Dr. Thomas Melancon**
    3600 Belle Chasse Highway
    Gretna, LA 70056
    *Claimant: Paul Beamer*

29. **Dr. Joseph Laughlin**
    8080 Bluebonnet Boulevard
    Suite 1000
    Baton Rouge, LA 70810
    *Claimant: Ben Smith*

30. **Tulane University Hospital**
    1415 Tulane Avenue
    New Orleans, LA 70112
    *Claimants: Keith Hunter, Shirley Wright*

31. **Slidell Memorial Hospital**
    1001 Gause Boulevard
    Slidell, LA 70458
    *Claimant: Lilla Pittman*

32. **Oschner Hospial**
    1514 Jefferson Highway
    New Orleans, LA 70121
    *Claimant: Don Hubbard*

33. **Dr. Goodwin Ogbukiri**
    44543 Downman Road
    New Orleans, LA 70126
    *Claimant: Rebecca Hart-Sherman*

34. **Rite-Aid Corporation**
    Attn: Jill L. Larson
    30 Hunter Lane
    Camp Hill, PA 17011
    *Claimant: Donna Doherty*