UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :    MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION      :    SECTION: L
                                                          :
                                                          :    JUDGE FALLON
                                                          :    MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *Miller, et al. v. Merck & Co., Inc., et al.*, **No. 06-3100 (as to Emma Miller, individually and as Administratrix of the Estate of Emma Scott, Deceased only**)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record IS GRANTED, all counsel of record are permitted to withdraw, and Emma Miller may proceed with this action pro se in the absence of retaining substitute counsel.

New Orleans, Louisiana, this 12th day of December, 2008.

*[signature: Eldon E. Fallon]*
_____
UNITED STATES DISTRICT JUDGE

1