UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**       ***Allen, et al. v. Merck & Co., Inc., et al.,***
                                                        **No. 06-2212 (as to Claude Seay only)**

<u>**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD**</u>

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this

Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found

good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record

IS GRANTED, all counsel of record are permitted to withdraw, and <u>Claude Seay</u> may proceed

with this action pro se in the absence of retaining substitute counsel.

New Orleans, Louisiana, this 12th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

1