IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br> Section L <br> Judge Fallon <br> Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

Juan Silva v. Merck & Co., Inc., et al.;
Docket Number: 2:07-cv-0876-EEF-DEK

Dolores Silva v. Merck & Co., Inc., et al.;
Docket Number: 2:07-cv-3963-EEF-DEK

### **ORDER**

Upon due consideration of plaintiffs' counsels' motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiffs, Juan Silva and Dolores Silva.

IT IS SO ORDERED.

DATED: December 12th  2008

_/s/ Eldon E. Fallon_
Judge Eldon E. Fallon
United States District Court Judge