UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Joel Spencer v. Merck & Co., Inc.*<br>Civil Action No. 05-0597 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### RESPONSE TO MERCK & CO., INC.'S FOURTH MOTION TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

On August 18, 2008, Plaintiff Joel Spencer filed a Motion to Dismiss all of his claims (see Exhibit 1). That Motion has not been ruled on by the Court.

Respectfully submitted,

/s/ *Kathryn E. Barnett*
Kathryn E. Barnett
TN Bar No. 15361
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

793785.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19 th day of December, 2008.

        */s/ Kathryn E. Barnett*
        Kathryn E. Barnett, TN 15361
        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP