IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®                                MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION     Section L
                                                   Judge Fallon
                                                   Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

*Darnell Hudson v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-0886-EEF-DEK

## **ORDER**

Upon due consideration of plaintiffs' counsels' motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff Darnell Hudson.

IT IS SO ORDERED.

DATED: December 12th 2008                  _/s/ Eldon E. Fallon_
                                                                     Judge Eldon E. Fallon
                                                                     United States District Court Judge