IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>Section L<br>Judge Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

*Angela Tourajigian v. Merck & Co., Inc., et al.*;
Docket Number: 2:07-cv-0825-EEF-DEK

## **ORDER**

Upon due consideration of plaintiffs' counsels' motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, are withdrawn as counsel of record for plaintiff Angela Tourajigian.

IT IS SO ORDERED.

DATED: December 12th 2008

Judge Eldon E. Fallon
United States District Court Judge