| | |
|---|---|
| U.S.District Court<br>500 Poydras St.,<br>New Orleans,LA<br>70130 | U. S. DISTRICT COURT<br>Eastern District of Louisiana<br><br>FILED  DEC 1 5 2008  WP<br><br>LORETTA G. WHYTE<br>Clerk |
| Brian Anderson,Pro Se<br>           Plaintiff<br><br>V.<br><br>Merck & Co.,Inc<br>Defendant | ^ COURT USE ONLY ^<br><br>05-MD-1657 L (3)<br><br>MDL#1657 |
| Attorney address or unrepresented party:<br>Brian Anderson,#64193<br>S.C.F.,P.O.Box 6000<br>Sterling,Co<br>80751 | |
| PLAINTIFFS;RESPONSE,TO SHOW CAUSE WHY,CASE SHOULD NOT BE DISMISSED. | |

The Plaintiff will provide **(4) reasons** why Plaintiffs case should'nt be dismissed.(1),The Defendant violated **Fed.Rls.Civ.Pro.** (2),The Plaintiff is in a settlement program.(3),Case Law supports the Plaintiff.(4),The Defendant refuses to comply with Discovery & Interrogatory.

---

<u>1ST ISSUE</u>,THE DEFENDANT VIOLATED FED,.RLS.OF CIV.PRO.

In <u>April-2008,</u> the <u>Law Firm of Williams & Connolly Of washington DC</u> contacted the Plaintiff,notifying the Plaintiff that they represented the defendant.Without **a motion to withdraw,they stopped** representing the Defendant,VIOLATING **Fed.Rl.Civ.Pro,36(6)(b).**The <u>Law Firm Of Stone Pigman Walther,etc</u> without **filing a Entry Of Appearance,**notified the Plaintiff in <u>Nov-2008,</u>that they're motioning to Dismiss Plaintiffs Case.

TENDERED FOR FILING

DEC 15 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc No.

1

This is a violation of Fed.Rl.Of Civ.Pro,11(a).

The Law Firm Of William & Connolly & the Vioxx Claims Administrator excepted Plaintiffs Discovery & this Honorable Court did also.**PLEASE OBSERVE PLAINTIFFS REBUTTAL,RESPONSE TO DEFENDANTS MOTION TO DISMISS,Filed Nov-26-08.** Also **SEE ATTACHED EXHIBIT # 1.**Before the Court ruled,the Defendant put the Plaintiff in a **settlement program**,regarding (Exhibit # 1).

### 2ND ISSUE,THE PLAINTIFF IS IN A SETTLEMENT PROGRAM.

The Law Firm of Stone Pigman,etc within their **MOTION TO DISMISS** FILED Nov-19-08 state; on page (1),that the Motion To Dismiss,relates to Plaintiffs **that are not** in a settlement program.

The Plaintiff is in a settlement program.**PLEASE OBSERVE PLAINTIFFS,REBUTTAL, RESPONSE TO DEFENDANTS MOTION TO DISMISS** FILED Nov-26-08,**EXHIBITS 1,3,4.**

### 3RD ISSUE,CASE LAW SUPPORTS PLAINTIFF.

498 F.2d 1264,at 1272,Reyes V.Wyeth Laboratories(C.A.5(Tex.) 1974).The Plaintiff is faced with an with an arduous burden of proof.He must prove that; **(1),**The product,in question was defective.**(2),**The defect existed at the time the products left the hands of the defendant.**(3),**That because of the defect the product was unreasonably dangerous to the user or consumer.**(4),** That the consumer was injured or suffered damages.**(5),**And that the defect if proved was the **proximate cause** of the injuries suffered.

Merck & Co.,Inc accepts **1-3 as true.**Also the Plaintiff provided **Medical records,** & a statment from Physician Asst.Webster, conforming to **#4,5.** **PLEASE OBSERVE ATTACHED EXHIBIT # 2.**

Acuna V.Brown & Root Inc,200 F.3d 335 at 340[11](5th.Cir. 2000).Each Plaintiff should have at least some information regarding the nature of his injurys,the circumstances under which he could have been exposed to harmful substances, & the basis for believing that the named defendants were responsible for his injuries.

Plaintiff Brian Anderson, conformed to Acuna V.Brown at 340[11], PLEASE OBSERVE,ATTACHED EXHIBIT # 2.

---

### 4TH ISSUE,THE DEFENDANT REFUSES TO COMPLY WITH DISCOVERY & INTERROGATORYS.

On June-9-08,the Plaintiff requested Discovery & Interrogatory. The Defendant refused to comply,violating;Fed.Rl.Civ.Pro.33,37(B)(3). & Rule 26 (A)(ii).

With professional Legal Trickeration the Defendants refused to issue Discovery. Then the Defendant requested that Plaintiffs Doctors,with only Newspaper Clippings,TV & Magazine Reports,verify that the vioxx caused Plaintiffs minor heart attack. This is unethical.Irrespective,of this the Medical Staff indirectly stated; that vioxx caused Plaintiffs heart attack.

The Plaintiff requires the Defendant to submit Discovery & Interrogatorys for the following reasons;(1),Plaintiffs Doctors need Merck & Co.,Inc. Medical Data.stating that vioxx causes heart attacks,bleeding stomach ulcers,fast heart beat,stroke,etc,to understand & counter the dangerous effects & to support the Doctors theory that vioxx causes cardiovascular & stomach ulcers,& stroke related problems. PLEASE SEE ATTACHED EXHIBITS 3.4.The Plaintiff developed minimal stomach bleeding in 2001,after taking vioxx.This lasted until Aug-08. In Aug-2008, the Plaintiff began having severe stomach bleeding.Dr.Miller conducted a cancer colon test & determined that the Plaintiff has Ulcerative Colitis (bleeding of the Colon). There's information that vioxx causes stomach ulcers.PLEASE SEE Attached EXHIBIT # 4.The Plaintiffs Doctors need this information from the defendant,because Ulcerative Colitis has potential to transform into Colon Cancer.

---

Due to these 4 reasons,Plaintiffs case should'nt be dismissed.

---

3

## Certificate Of Service

I certify that on  Dec-8-08  ,I deposited in the U.S.Mail,this motion to the partys below.

U.S.District Court
500 Poydras St.,
New Orleans,LA
70130

Law Firm Of;
Stone Pigman Walther,etc
546 Carondelet
New Orleans,LA
70130-3588

Respectfully Submitted,Paralegal,  _B. Anderson_ .

*Exhibit #1*

COPY

| | |
|---|---|
| U.S.,District Court<br>500 Poydras St.,<br>New Orleans,LA<br>70130 | |
| Brian Anderson,Pro Se<br>       Plaintiff<br><br>V.<br>  Merck and Co.,Inc<br>       Defendant | ^ COURT USE ONLY ^ |
| Attorney address or unrepresented party:<br>Brian Anderson #64193<br>S.C.F.,P.O.Box 6000<br>Sterling,Colorado<br>80751 | MDL#1657 |
| MOTION,REQUESTING COURT ORDER. | |

The Plaintiff request the Honorable Court to Order, Nicole Wilson, Medical Records Technician,or other Staff,to verify that the Discovery Exhibits,Plaintiff submitted to the Defendant or true and correct,and within Plaintiffs Medical Record.

Nicole Wilson,Medical Record Technician.

S.C.F.,P.O.,Box 6000

Sterling,Colorado

80751

---

CERTIFICATE OF SERVICE

I certify that on June-9-08, I deposited in the U.S.,Mail this motion to the partys below.

U.S.,District Court　　　　　　　　William and Connally
500 Poydras St.,　　　　　　　　　725 Twelfth St.,N.W.
New Orleans,La  70130　　　　　　Washington,D.C.,20005-5901

Respectfully Submitted  B. Anderson

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -8 PM 12: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :     SECTION: L
                                            :
                                            :     JUDGE FALLON
                                            :     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

The Court has received the attached document from Plaintiff Brian Anderson which includes copies of his medical records.

IT IS ORDERED that the submitted medical records are FILED UNDER SEAL.

IT IS FURTHER ORDERED that a copy of the Plaintiff Brian Anderson's medical records shall be sent to the Claims Administrator.

New Orleans, Louisiana, this 3rd day of July, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

CC:  Brian Anderson
      S.C.F., P.O. Box 6000
      Sterling, CO 80751

BrownGreer, PLC

*Exhibit #2*

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

Exhibit # 3

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Brian Anderson | 64193 | 02 |

DATE: 10/31/08
TIME:

PROBLEM 1, 2
PLAN/ORDERS: Extra toilet tissue

SUBJECTIVE:
Mr. Anderson has Crohn's Proven Ulcerative Colitis and is expected to have

OBJECTIVE: Temp ___ Pulse ___ Resp ___ B/P ___

ASSESSMENT:
Frequent stools and will need significant bed rest in addition to meds treatments we will order for him.

SIGNATURE
NURSE:
P.E.
PHYSICIAN: B. Bellamy MD
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET
31201

*Rocky Mountain News, Page 42A   Exhibit #4*

**FRIDAY, DECEMBER 9, 2005**

# Vioxx problems not disclosed

## Medical journal says report's 'deletions' taint submitted data

**By Linda A. Johnson**
ASSOCIATED PRESS

TRENTON, N.J. — Authors of a study funded by Vioxx maker Merck & Co. failed to disclose in a report published in the *New England Journal of Medicine* in 2000 that three additional patients in a clinical study suffered heart attacks while using the now-withdrawn painkiller, the journal wrote in an editorial released Thursday.

The editorial, written by the journal's editor in chief, Dr. Jeffrey Drazen, executive editor Dr. Gregory Curfman and managing editor Stephen Morrissey, also alleges the report's authors deleted other relevant data before submitting their article for publication.

"Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article," the doctors wrote.

The findings of what became known as the VIGOR study have been a key part of testimony in the three product-liability trials to date over the withdrawn drug, including one in which a federal jury in Texas began deliberations Thursday afternoon. The research was published more than a year after the Food and Drug Administration approved Vioxx in May 1999.

The report was intended to compare whether Vioxx caused more stomach ulcers and bleeding among patients with rheumatoid arthritis than in those using the older, cheaper anti-inflammatory, naproxen. During an average nine-month period, Vioxx did score better on that count, but the study also showed there were a greater number of heart attacks among Vioxx users.

In a statement Thursday, Merck said the additional heart attacks "did not materially change any of the conclusions of the article."

The company also said the information was not included because the heart attacks were reported after Merck's cut-off date for collecting information on the patients in the study.

But Curfman said in an interview that Merck's arguments about the cut-off date "don't hold water" because journal articles are routinely updated with new data in the weeks before publication.

Colorado Department of Corrections
Name: Brian Anderson
Register Number: 62893
Unit: 2
Box Number: 6000
City, State, Zip: Sterling, CO 80751



U.S. District Court
500 Poydras Street
New Orleans, Louisiana
70130

