UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Rockell, et al. v. Merck & Co., Inc.,* No. 2:08-cv-00136 (as to David Rockell only) | * | |
| | * | |
| | * | |
| | * | |

******************************************************************************

## CONSENT ORDER

Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 29, R. Doc. 16944, came on for hearing on the 19th day of December, 2008.

Considering the response filed by Cellino & Barnes, the parties agree that the above-listed plaintiff will be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28.  *See* R. Doc. 17303.  Accordingly,

**IT IS ORDERED** that the above-listed plaintiff show cause on the 22nd day of January 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule (R. Doc. 16033) should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiff shall file and serve upon Liaison Counsel any opposition to the Rule on or before the 14th day of January, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs'

Liaison Counsel and plaintiff's counsel in the above-referenced case any reply to the opposition on or before the 20th day of January, 2009.

**IT IS FURTHER ORDERED** that, as to the above-listed plaintiff:

- Plaintiff's counsel seeking to withdraw must deliver to the plaintiff by December 25, 2008, a copy of Merck's motion to dismiss the plaintiff's claim with prejudice and a copy of this Order;

- By no later than January 9, 2009, plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiff who notifies the Curator of his intention to proceed with his claim shall, no later than January 30, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent himin this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve an expert report in compliance with PTO 29; and

- Failure to notify the Curator as noted above by January 9, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 29 shall constitute grounds for dismissal of the claim.

- The Curator's office can be reached as follows: Robert Johnson at 504-561-7799 or Claudia Santoyo at 504-581-2606.

957446v.1

NEW ORLEANS, LOUISIANA, this 19th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

957446v.1