UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

## ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto. The Court finds that the motion should be **GRANTED**. It is therefore,

**ORDERED** that those medical providers identified in Exhibit "A" hereto appear in this Court at _____ m. on the _____ day of _____, 2008, to show cause why:

1. They should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. They should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this _____ day of _____, 2008.

_____
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**

## EXHIBIT "A"

| Plaintiff | Facility's Information | Facility's Response | Status |
|---|---|---|---|
| Revonia Peters | Eduardo Cossio, M.D.<br>1075 South Main Street #300<br>Madison, GA 30650 | Refuses to provide records (Mediconnect) | No records provided |
| Amanda Tinsley | Central Drug Store<br>628 Wilson Avenue<br>Mobile, AL 36610 | Refuses to provide records (Mediconnect) | No records provided |