# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Bryant, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1203 (as to | * | KNOWLES |
| Betty Howard and Mary Ivey only); | * | |
| | * | |
| *Connors, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1190 (as to | * | |
| Darlene Loyd only); | * | |
| | * | |
| *Astrella, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1173 (as to | * | |
| William J. Martin only); | * | |
| | * | |
| *Chase, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1177 (as to | * | |
| Carmen Moreno and Jean A. Wittcop only); and | * | |
| | * | |
| *Adams, et al. v. Merck & Co., Inc.,* No. 2:06-cv-2200 (as to | * | |
| Elizabeth Ricks only) | * | |

*****************************************************************************

## CONSENT ORDER

Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, came on for hearing on the 10th day of October, 2008. At that time, the Court deferred the motion as to the above-listed plaintiffs pending expiration of the time periods provided for under Pre-Trial Order 36, to be reset at the request of Merck. After the applicable time periods elapsed, the Court rescheduled the motion for hearing on December 19, 2008, immediately after the conclusion of the monthly status conference scheduled to commence at 9:00 a.m. *See* R. Doc. 17305.

957352v.1

Considering the supplemental opposition filed by Cellino & Barnes, the parties agreed that the above-listed plaintiffs would be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28. *See* R. Doc. 17303. Accordingly,

**IT IS ORDERED** that the above-listed plaintiffs show cause on the 22nd day of January 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule (R. Doc. 16033) should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 14th day of January, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 20th day of January, 2009.

**IT IS FURTHER ORDERED** that, as to the above-listed plaintiffs:

- Plaintiffs' counsel seeking to withdraw must deliver to the plaintiff by December 24, 2008, a copy of Merck's motion to dismiss the plaintiff's claim with prejudice and a copy of this Order;

- By no later than January 9, 2009, plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiffs who notify the Curator of their intention to proceed with their claim shall, no later than January 30, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will

2

represent them in this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve an expert report in compliance with PTO 28; and

- Failure to notify the Curator as noted above by January 9, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.
- The Curator's office can be reached as follows: Robert Johnson at 504-561-7799 or Claudia Santoyo at 504-581-2606.

NEW ORLEANS, LOUISIANA, this 19th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE