Supp[?] Appeal De novo

Motion On Supplemental Damages and then to Appointment of Counsel

Case MDL 05-1657
and 06-~~3074~~ 1493 L(3)

Dear Judge Eldon E. Fallon / Chief Judge / Clerk(s)

— I need supplemental damages I get SSI/SSD and counsel I need my liaison Russ Herman to help me find an attorney with the U.S. federal Attorney Bar Association. I have had U.S. mailing defraud for over 10 months just today I finally got mail on case MDL 05-1699 open when I was not present officer filer and postage $1.00 with only four pages. I am not aloud law library, copies, nor notary I am defame and tortured daily. I need to change my address to 208 s Harrison Saginaw MI. 48602 and to be updated from a year back. A lawsuit filed to Reopen / Amend Judge Victoria A. Roberts 0811543 on Saginaw County, were the milk is wrost than cow disease (mad cow) and food smells bad, bad, and bader.

Signed,
Edward Earl Thomas
12-9-2008

This is pertinent information.

FILED DEC 12 2008
LORETTA G. WHYTE
Clerk

TENDERED FOR FILING
DEC 12 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process ___
_X_ Dktd _____
_X_ CtRmDep ___
___ Doc. No. __

Edward Earl Thomas 081023
208 S. Harrison
Saginaw Michigan 48602

SAGINAW MI 486
08 DEC 2008 PM 2 L

Chief Clerk
500 Poydras st.
Louisiana 70130

70130+3313

FROM INMATE AT THE
SAGINAW COUNTY JAIL