## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Eva Lucille Adams, et al.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4326 |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only with regard to:** | * | |
| | * | |
| **Ricky Calvert, Mary Greear,** | * | |
| **Claudie Thomas, Tammy Rogers, as** | | |
| **administrator for the estate of** | | |
| **Jimmie Rogers** | | |
| ********************************* | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Ricky Calvert, Mary Greear, Claudie Thomas, and Tammy Rogers, as administrator for the estate of Jimmie Rogers and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 17th day of December, 2008.

_____
DISTRICT JUDGE

957747v.1