IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 05-1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| James G. Pendergast and Mona L. Pendergast, no. 06-4472; Skender Veli Doci and Diana Doci, no. 06-10185; Eliahu Tzfanya, no. 05-5578; and Dina Rebecca Romandia and Sergio Quinonez, no. 05-4516 | MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion for Entry of an Order Withdrawing its *Forum Non Conveniens* Motion for an Order to Show Cause as it Relates to Certain Plaintiffs,

**IT IS ORDERED** that the Motion for an Order to Show Cause, R. Doc. 14455, be and it hereby is deemed withdrawn as it relates to plaintiffs James G. Pendergast, Mona L. Pendergast, Skender Veli Doci, Diana Doci, Eliahu Tzfanya, Dina Rebecca Romandia and Sergio Quinonez

NEW ORLEANS, LOUISIANA, this 19th day of December, 2008.

_____
DISTRICT JUDGE

942163v.1