IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

### CERTAIN PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO SHOW CAUSE AGAINST CVS/CAREMARK

Certain Plaintiffs listed below filed their Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt of Court For Failing To Comply With Pretrial Orders Nos. 35 and/or 35A on November 7, 2008. Contained in Plaintiffs' Motion to Show Cause were allegations that CVS/Caremark had failed to respond to Plaintiffs request for medical and/or pharmacy records.  Based on events that occurred after the filing of said Motion, Plaintiffs now seek to withdraw their Motion to Show Cause against CVS/Caremark and in support thereof show as follows:

1.	Plaintiffs Patricia Thomas, Brenda Oglesby, Douglas Randall, Dennis Catalano, Lawrence Sellers and Myrtle Thomas filed their Motion to Show Cause against several healthcare providers, including CVS/Caremark November 7, 2008.  Following the filing of their Motion, counsel for CVS/Caremark contacted plaintiffs' counsel and an agreement was reached between the parties with regard

to the production of plaintiffs' pharmacy records.  Therefore, the plaintiffs listed above request that their Motion to Show Cause against CVS/Caremark be withdrawn.

WHEREFORE, the Plaintiffs identified above pray that this Motion to Withdraw their Motion to Show Cause against CVS/Caremark be granted.

Respectfully submitted, this 23rd day of December, 2008.

Respectfully submitted,

/s/ Tyler C. Vail
Attorney for Plaintiffs

Of Counsel:
DAVIS & NORRIS, LLP
2154 Highland Avenue
Birmingham, Alabama 35205
(205) 930-9900
(205) 930-9989 (fax)
tvail@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

/s/ Tyler C. Vail
Attorney for Plaintiffs