IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To All Cases

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

ORDER

The Court grants an extension of time until the next status conference January 22nd to have the show cause hearing for Plaintiffs' Motion to Compel Why Certain Medical Records providers should not be held in Contempt for Failing to Comply with Pretrial Order No. 35 ("motion to compel"), **document No. 16691,** and to withdraw plaintiff's motion to compel against those medical record providers identified in Exhibit B.

New Orleans, Louisiana, this __21st__ day of __December__, 2008.

_/s/ Eldon E. Fallon_

UNITED STATES DISTRICT JUDGE

# Exhibit A

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Freeman, Joann | 2:07-cv-4118 | Jackson Hospital<br>1725 Pine St.<br>Montgomery, AL 36106<br>(334) 293-8000 | Event |
| 2 | Hartwick, Esther (D) | 2:05-cv-03812 | Super D Drugs/USA Drug<br>702 N. Main<br>Sikeston, MO 63801 | Pharmacy |
| 3 | Logan, Janice | 2:06-cv-00786 | Dr. Anwar<br>Forrest Park Hospital<br>6150 Oakland Ave.<br>St. Louis, MO 63139 | Prescriber |
| 4 | McMullen, Sharon | 2:06-cv-6654 | Dr. Eddie Gaines<br>2227 Drake Ave. SW<br>Huntsville, AL 35801 | Prescriber |
| 5 | Perkins, Lois | 2:05-cv-05313 | Skaggs Medical West<br>Dr. Jack Gillespe<br>11863 Highway 13<br>Kimberling City, MO 65686<br>(417) 739-2520 | Event |
| 6 | Phillips, Doris A. | 2:06-cv-3372 | Dr. Jesse Cooper<br>314 Missouri St.<br>West Memphis, AR 72301<br>(870) 735-3919 | Prescriber |
| 7 | Powell, Edgar (D) | 2:06-cv-3378 | Plains Regional Hospital<br>2100 N. Dr. Martin Luther King, Jr,Blvd<br>Clovis, NM 88101<br>(575) 769-2141 | Event |
| 8 | Shetrompf, Louise | 2:06-cv-6652 | Rite Aid Corporation<br>80 Central Ave.<br>E. Orange, NJ 07018 | Pharmacy |
| 9 | Stickley, Velma | 2:06-cv-01974 | Dr. Jane Brunner<br>7900 Lees Summit Rd.<br>Kansas City, MO 64139<br>(913) 469-5579 | PCP |
| 10 | Stokes, Shirley (D) | 2:06-cv-6239 | Erie County Medical Center<br>462 Grider St.<br>Buffalo NY 14208 | Event |

# Exhibit B

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Albright-Reyes(D), Elizabeth | 2:06-cv-4063 | Dr. Stella<br>640 Walnut St.<br>Reading, PA 19601 | Prescriber |
| 2 | Goree, James | 2:05-cv-06058 | Medco Health Solutions<br>6225 Annie Oakley Drive<br>Las Vegas, NV 89120 | Pharmacy |
| 3 | Jones, Jamesanna (D) | 2:05-cv-02575 | Dr. Robert Kaufman<br>456 N. Ballas Rd., Ste 299<br>St. Louis, MO 63141 | PCP |
| 4 | Martin, Royce | 2:06-cv-4063 | Dr. Chime Banjo<br>Mabank Medical Center<br>802 W Mason St<br>Mabank, TX 75147<br>(903) 887-2161 | Prescriber |
| 5 | Morris, Peggy | 2:05-cv-02578 | Medicine Shoppe<br>635 S. Sturgeon St.<br>Montgomery City, MO 63361 | Pharmacy |
| 6 | Royster, Melissa | 2:06-cv-02153 | Rite Aid Pharmacy<br>1521 Harford Ave<br>Baltimore, MD 21202<br>(410) 962-5541 | Pharmacy |
| 7 | Yancey, Jolene | 2:06-cv-11068 | Dr. Cesar Caello<br>Prairie Cardiovascular<br>305 W. Jackson St.<br>Carbondale, IL 62901 | Cardiology |

# Exhibit C

| Number | Injured Party | Case Number | Facility Name, Address & Phone Number | Record Type |
|---|---|---|---|---|
| 1 | Bierig, Eddie | ATL-L-211-04-MT | Mutual of Omaha and his ID is 800239870.<br><br>Mutual of Omaha Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175<br>1-800-775-6000 | Insurer |
| 2 | Hayes, Waymond | 2:06-cv-6239 | PRESBYTERIAN HOSPITAL of DALLAS<br>8200 WALNUT HILL LN<br>DALLAS, TX 75231 | Event |