UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| Ms. Shelly Joseph<br>(Jenkins #05-4416) | MAGISTRATE JUDGE KNOWLES |

### ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Herman, Herman, Katz & Cotlar, LLP is hereby withdrawn as counsel of record for Ms. Shelly Joseph.

New Orleans, Louisiana this __18th__ day of _____December_____, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE