UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

Ms. Glynis Rogers-Taylor
(Jenkins #05-4416)

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Herman, Herman, Katz & Cotlar, LLP is hereby withdrawn as counsel of record for Ms. Glynis Rogers-Taylor.

New Orleans, Louisiana this 18th day of December, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE