UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR RECONSIDERATION OF ORDER
APPOINTING TULANE CIVIL LITIGATION CLINIC
AND FOR STAY PENDING BRIEFING; ALTERNATIVELY
FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)**

This motion is brought by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (referred to here as the Vioxx Litigation Consortium or "VLC") under Rule 59(e) and/or Rule 60(b) of the Federal Rules of Civil Procedure, and alternatively for certification for interlocutory appeal under 28 U.S.C. § 1292(B).

The VLC moves this Court to reconsider its Order of December 19, 2008 (the "Appointment Order"), in which this Court determined that a potential conflict of interest exists between the interests of the VLC and the interests of the VLC's clients, appointed the Tulane

{N1916286.4}

Civil Litigation Clinic to represent the interests of the VLC's clients, and ordered the VLC to send a copy of the Appointment Order to the VLC's clients. The VLC moves this Court to withdraw the Appointment Order or, in the alternative, to stay its effects and schedule an evidentiary hearing and briefing so that the VLC can fully brief and be heard on the significant issues raised by the Appointment Order.

In the further alternative, should the Court deny this motion, the VLC requests that the Court certify the Appointment Order for interlocutory appeal under 28 U.S.C. § 1292(b) and issue a stay pending review by the United States Court of Appeals for the Fifth Circuit so that the VLC can appeal the Appointment Order.

Most, if not all of the VLC's agreements with their clients contain arbitration clauses whereby the client or counsel may avail themselves of arbitration to resolve any differences they may have. The VLC reserves for its clients and itself the right to seek arbitration in the event a true case or controversy appears.

Simultaneously with the filing of this motion, the VLC will move for expedited consideration, because if not decided expeditiously, the Order will be implemented and have effects that cannot be undone.

The reasons for this motion are set forth in the memorandum filed in support of this motion.

<div style="text-align: right;">
Respectfully submitted,

/s/ Harry S. Hardin III
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
</div>

{N1916286.4}

New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8208
Facsimile: (504) 589-8208

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 24, 2008.

Respectfully submitted,

/s/ Eric Michael Liddick
ERIC MICHAEL LIDDICK