UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**PROPOSED ORDER ON
MOTION FOR RECONSIDERATION OF ORDER
APPOINTING TULANE CIVIL LITIGATION CLINIC
AND FOR STAY PENDING BRIEFING; ALTERNATIVELY
<u>FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)</u>**

Considering the Motion for Reconsideration of Order Appointing Tulane Civil Litigation Clinic and for Stay Pending Briefing; Alternatively for Certification Under 28 U.S.C. § 1292(B) filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser;

IT IS ORDERED that the Court's December 19, 2008 Order appointing the Tulane Civil Litigation Clinic is withdrawn and set aside.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
JUDGE ELDON E. FALLON

{N1916986.1}