UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### SECOND ALTERNATE PROPOSED ORDER ON MOTION FOR RECONSIDERATION OF ORDER APPOINTING TULANE CIVIL LITIGATION CLINIC AND FOR STAY PENDING BRIEFING; ALTERNATIVELY FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)

### ORDER CERTIFYING INTERLOCUTORY APPEAL

Considering the Motion for Reconsideration of Order Appointing Tulane Civil Litigation Clinic and for Stay Pending Briefing; Alternatively for Certification Under 28 U.S.C. § 1292(B) filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser;

IT IS ORDERED that the effect of the Court's December 19, 2008 Order appointing the Tulane Civil Litigation Clinic is hereby stayed and certified for appeal under 28 U.S.C. § 1292(B). This Court is of the opinion that the order involves controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal may materially advance the ultimate termination of the litigation.

{N1916992.1}

New Orleans, Louisiana, this ___ day of _____, 200_.

_____
JUDGE ELDON E. FALLON

{N1916992.1}