UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS  LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR EXPEDITED CONSIDERATION
OF MOTION FOR RECONSIDERATION
OF ORDER APPOINTING TULANE CIVIL LITIGATION CLINIC
AND FOR STAY PENDING BRIEFING; ALTERNATIVELY
<u>FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)</u>**

This motion is brought by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (referred to here as the "Vioxx Litigation Consortium" or "VLC"), who respectfully move this Court for an order setting an expedited hearing on their Motion for Reconsideration of Order Appointing Tulane Civil Litigation Clinic and for Stay Pending Briefing; Alternatively for Certification Under 28 U.S.C. § 1292(B) ("Motion for Reconsideration").

{N1916974.1}                                            1

In this Court's Order of December 19, 2008 (the "Appointment Order"), this Court found that there was a potential conflict of interest between the interests of the VLC and the interests of the VLC's clients, appointed the Tulane Civil Litigation Clinic to represent the interests of the VLC's clients, and ordered the VLC to send a copy of the Appointment Order to the VLC's clients on or before January 5, 2009.  The VLC now seeks reconsideration of the Appointment Order through its Motion for Reconsideration filed today.  Unless the Court stays the effect of the Appointment Order pending reconsideration of the order or considers the Motion for Reconsideration on an expedited basis, the Order will have irreparable effects before the Motion for Reconsideration can be decided.  In particular, the VLC asks that, in the event the Court does not stay the effect of the Appointment Order pending reconsideration, this Court consider the Motion for Reconsideration in sufficient time so that the VLC may seek review from the United States Court of Appeals for the Fifth Circuit, if necessary, before it is forced to comply with the Court's directive that the VLC send a copy of the Appointment Order to the VLC's clients.  The VLC respectfully requests that if the Court does not stay the effect of the Appointment Order, this Court render its decision on or before Tuesday, December 30, 2008 to allow for appellate review before January 5, 2009.

For all these reasons, the VLC requests that this Court consider and decide this motion on an expedited basis.  A proposed order embodying the requested relief is being filed contemporaneously with this motion.

> Respectfully submitted,
>
> /s/ Harry S. Hardin III
> HARRY S. HARDIN III (# 6540)
> MADELEINE FISCHER (# 5575)
> ERIC MICHAEL LIDDICK (# 31237)

{N1916974.1}                                    2

> JONES, WALKER, WAECHTER, POITEVENT,
> CARRÈRE & DENÈGRE, L.L.P.
> 201 St. Charles Avenue, 49th Floor
> New Orleans, Louisiana  70170-5100
> Telephone:    (504) 582-8208
> Facsimile:    (504) 589-8208
>
> *Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 24, 2008.

> Respectfully submitted,
>
> /s/ Eric Michael Liddick
> ERIC MICHAEL LIDDICK