UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## ORDER

Considering the foregoing Motion for Expedited Hearing on Motion for Reconsideration of Order Appointing Tulane Civil Litigation Clinic and for Stay Pending Briefing; Alternatively for Certification Under 28 U.S.C. § 1292(B) filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser:

**IT IS HEREBY ORDERED** that (1) this Court's Order of February 19, 2008, Record Document No. 17517, is stayed pending reconsideration by this Court; or (2) this Court will consider the Motion for Reconsideration on an expedited basis on or before December 30, 2008.

New Orleans, Louisiana this _____ day of _____ 2008.

_____
JUDGE ELDON E. FALLON

{N1916974.1}