```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA
```

|  |  |
|---|---|
| JAMAL ALI BILAL f/k/a JOHN L. BURTON, | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA  2008 DEC 22 PM 4:03  LORETTA G. WHYTE CLERK |
| Plaintiff, | CASE NO. 2:06-CV-2364-EEF-DEK |
| v. | REQUEST FOR RELIEF FROM DEADLINE |
| MERCK & CO., INC., et al, | |
| Defendants. | |

Pursuant to Rule 60 (b)(6) Fed. R. Civ. P. requesting relief from deadline in which to complete claims package under the Vioxx Settlement Program upon the following grounds:

1. Plaintiff is pro se and civilly detained at a mental health facility and does not have access to medical records needed to complete claim package.

2. Plaintiff's medical file is too voluminous that he cannot afford the costs it takes to make copies of what's relevant to complete claim package including PME records.

3. Plaintiff request in the alternative that the court and Claims Administrator accept the partial records submitted with this request.

4. Plaintiff is currently suffering severe chest spasms shortness of breath, and breathing cut-offs periods in the after effect of ingesting Vioxx. Medical staff members at this

1



facility refuse to treat me or transfer me to a Veteran Administration facility that can treat plaintiff.[1]

**WHEREFORE** plaintiff would request that the court order the claims administrator to retrieve necessary medical documents from this facility in furtherance of completing claims package under the Vioxx Settlement Program.

Respectfully submitted,

*Jamaal Ali Bilal*
Jamaal Ali Bilal 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, FL 34266

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the Request For Relief From Deadline has been furnished by U.S. Mail to Diann Bates, Pro Se Coordinator, Vioxx Claims Administrator, P.O. Box 85031, Richmond, Virginia 23285-5031 this 26th Day of November 2008.

*Jamaal Ali Bilal*
Jamaal Ali Bilal

---

[1] Plaintiff holds an Honorably Discharged from the United States Navy and United States Army (Discharge documents attached) (Viet Nam era). He is entitled to treatment at a VA facility per 38 U.S.C.A. §1712A and 38 U.S.C.A. §5501. See also 394.4672 Fla. Stat. The issue here at this facility is that mental health officials will not allow plaintiff to receive treatment at a VA facility despite the fact he has a court order to be transported there and despite the fact that more than 75 residents at this facility have died due to medical neglect at this facility the past seven years. Some of those deaths were Vioxx related. These act constitute a violations of the Supremacy Clause. Bennett v. Arkansas, 108 S. Ct. 1204, 485 U.S. 395 (1988).



RETURNED TO SENDER

United States District Court
Eastern District of Louisiana
Office of Clerk
New Orleans, Louisiana

Jarnaal Ali Bilal 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, Fl 34266