**SUBJECT**

Date: 5/1/07  Time: xx40  Age: 53  Description/Complaint: pain epigastric pain

Location: Mid Sternum  Onset  Duration/Frequency: just started

Check all that apply. Place additional comments on back.

Severity: 4 (scale of 1-10, least to most severe). Pain increased by respiration or motion? ☐ Yes ☐ No

Characteristics: ☐ Sharp  ☐ Dull  ☒ Ache  ☐ Pressure  ☐ Burning

Radiating? ☒ No  ☐ Yes  Where ___

Associated symptoms: ☐ Nausea  ☐ Diaphoresis  ☐ Shortness of breath  ☒ Smoker

Alleviating factors ___

Past cardiac history? ☐ No  ☒ Yes  Describe: Angina Stroke

Medications: Verapamil  Allergies: NKDA

**OBJECTIVE**

B/P: 136/80  Temp: 98.4  Pulse: 68  Resp: 18

Weight: 225 (if able to obtain)

Color of: Skin: Warm, dry  Lips: pink
Nail Beds: pink  Extremities: pink

Associated symptoms: ☐ Shortness of breath  ☐ Diaphoretic  ☐ Restlessness  ☐ Agitation

Heart rhythm: ☒ Regular  ☐ Irregular  Apical pulse ___

Breath sounds: ☒ Clear  ☐ Rales  ☐ Ronchi  ☐ Wheezing

**ASSESSMENT** had whole pizza this afternoon, Ø SOB, Ø nausea

Chest pain.

**PLAN**

(EKG immediately)  ☒ Place patient in supine position—head elevated or position of comfort

☐ ASA 325 mg. immediately (if indicated)  ☐ IV NS KVO rate if EMS activated, if indicated. (per M.D. order).

☐ O₂ @3 liters by nasal cannula (if indicated)

Physician notification required for all chest pain.  ☐ Maintain on cardiac monitor if available.

☐ Notify EMS if indicated or per physician order.

☒ NTG 1/150SL Q 5 min x 3 per M.D. order.  Time: 2245  CP gone @ 2300  Time ___  Time ___

**EDUCATION** Instructed to not lie down after spicy meal
As instructed by physician.  antacid given

___Dr Lamar___
Name of Physician Notified

___M _____
Nursing Signature/Stamp

**RESIDENT NAME**  BURTON, JOHN L.
**SVP#** ___  N/K/A JAMAAL ALI BILAL
**DATE OF BIRTH**  FCCC# 990124
R/S: B/M
DOB: 11-23-54

___M Feller___
Signature/Stamp

CHEST PAIN ASSESSMENT Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Health Services Administrator

# MEDICATION AND TREATMENT RECORD (MAR)

**Month/Year:** SEPT 2001
**List Drug Allergies:** NKA

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZIDE 1 TAB PO QD | 8AM | | | DC'd | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start/Stop / Transcriber Init. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| —mi 1 po qd Start 9/12/01 Transcriber Init. | 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Calcium 500mg po Start 9/12/01 Transcriber Init. DMG | 8a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vioxx 25mg po Start 9/20/01 Transcriber Init. DMG | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WK feet daily 500ml water Start 9/30/01 Stop 9/30/01 Transcriber Init. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Name:** BILAL, JAMAL (Bolton, Ish)
**ID#:** 99124  R/S
**Date of Birth:** 11/23/54
**Institution:** F.C.C.C.

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|

MEDICATION AND TREATMENT RECORD
*Requires Comment on Back

9-3-01 No Show — BC
9-4-01 No Show NP

COPY

## ADMINISTRATION RECORD

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9757-00  CB<br>CHECK BLOOD PRESSURE  12/05/01<br>WEEKLY ON WEDNESDAY 7-3<br>1/31/02 bb | 7-3<br>B/P | | | | | | | | | | | | | | | | 130/90 | | | | | | | | | | | | | | |
| X9305-03  XR       00182-1576-10<br>OYSTER 500MG TAB "OSCAL-500" 09/21/01<br>PO 2 TIMES DAILY | 8A<br>9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Y0358-03  XR       00781-1123-05<br>TRIAM/HCTZ 37.5/25 "MAXZIDE-25" 09/01/01<br>SUB FOR: MAXZIDE-25 TAB<br>PO DAILY AT 6A<br>B/P RECOMMENDED<br>AVOID SUNLIGHT | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X9306-05  CH       00006-0110-68<br>IOXX 25MG TAB            09/21/01<br>PO DAILY | 8A | | | | | | | | | | | d/c 1/8/02 | | | | | | | | | | | | | | | | | | | |
| 37972-00  SM       00536-4046-10<br>MULTI-VITAMIN TAB        09/21/01<br>PO DAILY | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vioxx 25 mg po BID<br>m  1/8/02 | 8A<br>9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Chart Date: 01/01/2002          Diet: LOW SODIUM
                                NO PORK

**Key for Omission Recordi**
S - Self Medication
L - LOA   N - NPO   R - Refu
O - Other   H - Held*
(*Refer to Facility Policy)

Check all restraints every
minutes; release every 2 h
exercise 10 minutes reposit

ALLERGIES / SENSITIVITIES: NO KNOWN ALLERGIES

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SID

DIAGNOSIS:

| | LAST       FIRST | D.O.B. | ROOM/BED | STA | MED. RECORD NO. | |
|---|---|---|---|---|---|---|
| RESIDENT | BILAL, JAMAAL | 11/23/1954 | R | NSB | 990124 | M |
| PHYSICIAN | DR PERRONE, VINCENZO | | | PHYSICIAN PHONE # | 941-795-0011 | |
| NURSES SIGNATURE | [signature]  LN  12/26/01 | DATE | | | | |

FORM 730 (703 REV. 6/01)   032-050-1224          01/01/2002

# NURSE'S MEDICATION NOTES

**INSTRUCTIONS:**
A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES.
D. PRN MEDICATION: REASON GIVEN SHOULD BE NOTED ON NURSE'S NOTES.
E. INDICATE INJECTION SITE (CODE).

**Result Codes:**
1. EFFECTIVE
2. INEFFECTIVE
3. SLIGHTLY EFFECTIVE
4. NO EFFECT OBSERVED

**Indicate Injection Site With Appropriate Number:**
1. Thigh Left  3. Deltoid Left  5. Abdomen Left
2. Thigh Right  4. Deltoid Right  5. Abdomen Right
7. Ventrogluteal Left  8. Ventrogluteal Right

**Indicate Patch Site by Number:**
9. Chest Left  11. Back Left  13. Ear, Behind Left
10. Chest Right  12. Back Right  14. Ear, Behind Right

| DATE / HOUR | MEDICATION / DOSE / ROUTE | REASON | RESULTS / RESPONSE | HOUR / NURSE'S SIGNATURE |
|---|---|---|---|---|
| 12/9/02 | 0 show 8p ± | | | |
| 12/10/02 | 0 show 8p ± | | | |

| ROUTINE PHYSICIAN'S ORDER MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63757-00  DR<br>CHECK BLOOD PRESSURE  12/05/01<br>WEEKLY ON monday | 7-3<br>B/P | | | | | | | | | | | | 128/<br>72 | | | | | 130/<br>80 | | | | | | | | 110/<br>82 | | | | | |
| X9205-04  XR  00182-1576-10<br>OYSTER 500MG TAB "OSCAL-500"  09/21/01<br>PO 2 TIMES DAILY | 6A<br>6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Y0358-04  XR  00781-1123-05<br>TRIAM/HCTZ 37.5/25 "MAXZIDE-25"  09/01/01<br>SUB FOR: MAXZIDE-25 TAB<br>PO DAILY AT 6A<br>R/P RECOMMENDED<br>AVOID SUNLIGHT | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04846-00  XN  00006-0110-68<br>VIOXX 25MG TAB  01/08/02<br>PO 2 TIMES DAILY<br>(# 60 NO REFILLS)<br>renewed 2/2/02 k | 6A<br>6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 37972-00  SM  00536-4046-10<br>MULTI-VITAMIN TAB  09/21/01<br>PO DAILY | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/5/02<br>Pericolau 100mg<br>q/HS | 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Chart Date: 02/01/2002   Diet: LOW SODIUM NO PORK

**Key for Omission Recording**
S - Self Medication
L - LOA   N - NPO   R - Refused
O - Other   H - Held*
(*Refer to Facility Policy)

Check all restraints every __ minutes; release every 2 hours exercise 10 minutes reposition

ALLERGIES / SENSITIVITIES:  NO KNOWN ALLERGIES

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

DIAGNOSIS:

| | LAST | FIRST | | D.O.B. | ROOM/BED | STA | MED. RECORD NO. | |
|---|---|---|---|---|---|---|---|---|
| RESIDENT | RIZAL, JAMAL | | | 11/27/1954 | E/8 | NSB | 990126 | |
| PHYSICIAN | DR PERRONE, VINCENZO | | | | PHYSICIAN PHONE # | 941-795-0011 | | |
| NURSES SIGNATURE | [signature] LPN 1/31/02 | | DATE | | | | | |

FORM 730 (703 REV. 6/01)   048-147-0124   02/01/2002



| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03757-00  CR<br>CHECK BLOOD PRESSURE  12/05/01<br>WEEKLY ON WEDNESDAY<br>MONDAY | 7-3<br>B/P | | | | | | | | | | | 148/78 | | | | | | | | | 130/70 | | | | | 150/70 | | | | | |
| 38097-00  SN  00182-0150-10<br>SS W/CASS CAP "PERI-COLACE"  02/12/02<br>PO AT BEDTIME | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 49305-04  XR  00182-1576-10<br>OYSTER 500MG TAB "OSCAL-500"  09/21/01<br>PO 2 TIMES DAILY | 9P<br>8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 70358-05  XR  00781-1123-05<br>TRIAN/HCTZ 37.5/25 "MAXZIDE-25"  09/01/01<br>SUB FOR: MAXZIDE-25 TAB<br>PO DAILY AT 6A<br>B/P RECOMMENDED<br>AVOID SUNLIGHT | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 31191-00  XN  00006-0110-68<br>VIOXX 25MG TAB  02/20/02<br>PO 2 TIMES DAILY<br>REFILLS | 8A<br>9P | | | | | | | | | | | | | | | | | | | | | | | | D/C 3/19/02 | | | | | | |
| 37972-00  SN  00536-4046-10<br>MULTI-VITAMIN TAB  09/21/01<br>PO DAILY | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/19/02<br>Daypro 600mg QD | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Chart Date: 03/01/2002     Diet: LOW SODIUM  NO PORK

**Key for Omission Recording**
S - Self Medication
L - LOA  N - NPO  R - Refu...
O - Other  H - Held*
(*Refer to Facility Policy)

Check all restraints every ...
minutes; release every 2 h...
exercise 10 minutes reposit...

ALLERGIES / SENSITIVITIES: NO KNOWN ALLERGIES

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

DIAGNOSIS:

| | LAST | FIRST | D.O.B. | ROOM/BED | STA | MED. RECORD NO. |
|---|---|---|---|---|---|---|
| RESIDENT | BILAL | JAMAAL | 11/23/1954 | B E | NSB | 990124 |
| PHYSICIAN | DR PERRONE, VINCENZO | | | PHYSICIAN PHONE # | 941-795-0011 | |
| NURSES SIGNATURE | Beverly A Rubb RN  035-0576221 | | DATE  2/20/02 | | | |

FORM 730 (703 REV. 6/01)    03/01/2002



# NURSE'S MEDICATION NOTES

| MEDICATION | HOUR | 1-30 |
|---|---|---|
| X9305-02  XR  00182-1576-10 OYSTER 500MG TAB "OSCAL-500"  09/21/01 1 PO 2 TIMES DAILY | 8A | |
| | 9P | |
| T0250-02  XR  00781-1123-05 TRIAM/HCTZ 37.5/25 "MAXZIDE-25"  09/01/01 SUB FOR: MAXZIDE-25 TAB PO DAILY AT 6A /B/P RECOMMENDED AVOID SUNLIGHT | 6A | |
| X9306-02  XR  00006-0110-68 VIOXX 25MG TAB  09/21/01 PO DAILY | 8A | YYY |
| 37972-00  SM  00536-4046-10 MULTI-VITAMIN TAB  09/21/01 PO DAILY | 8A | |
| B/P Weekly Wednesday | 7-3 | |
| Flu Vaccine | 8P | AE |
| 2/4/01 Vioxx 25mg ÷ QD po  #30 | 8A | |

Chart Date: 12/01/2001      Diet: LOW SODIUM NO PORK

Key for Omission Recording
S - Self Medication
L - LOA   N - NPO   R - Refu
O - Other   H - Held
(*Refer to Facility Policy)

Check all restraints - every minutes; release every 2 h exercise 10 minutes reposit

ALLERGIES / SENSITIVITIES: NO KNOWN ALLERGIES

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SID

DIAGNOSIS:

| | LAST | FIRST | D.O.B. | ROOM/BED | STA | MED. RECORD NO. |
|---|---|---|---|---|---|---|
| RESIDENT | BILAL | JAMAAL | 11/23/1954 | B | NSB | 990124 |
| PHYSICIAN | DR PERRONE, VINCENZO | | | | PHYSICIAN PHONE # | 941-795-0011 |
| NURSES SIGNATURE | [signature] | | DATE 12/1/01 | | | |

FORM 730 (703 REV. 6/01)     941-125-1125     12/01/2001



# NURSE'S MEDICATION NOTES

**INSTRUCTIONS:**
A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES.
D. PRN MEDICATION: REASON GIVEN SHOULD BE NOTED ON NURSE'S NOTES.
E. INDICATE INJECTION SITE (CODE)

**Result Codes:**
1. EFFECTIVE
2. INEFFECTIVE
3. SLIGHTLY EFFECTIVE
4. NO EFFECT OBSERVED

**Indicate Injection Site with Appropriate Number:**
1. Thigh Left  3. Deltoid Left  5. Abdomen Left
2. Thigh Right  4. Deltoid Right  6. Abdomen Right
7. Ventrogluteal Left  8. Ventrogluteal Right

**Indicate Patch Site by Number:**
9. Chest Left  11. Back Left  13. Ear, Behind Left
10. Chest Right  12. Back Right  14. Ear, Behind Right

| DATE / HOUR | MEDICATION / DOSE / ROUTE | REASON | RESULTS / RESPONSE | HOUR / NURSE'S SIGNATURE |
|---|---|---|---|---|
| /3/01 0600 | AM meds held | refused [illegible] day light | | |
| /9/01 0600 | AM meds held | [illegible] | | |
| /28 9PM | [illegible] | | | |

## PHYSICIAN'S ORDER FORM — B2019150

**CHECK ALLERGIES** — FAX THIS COPY

- Center: FCCC
- 990124
- Date: 1/8/02
- Resident (Last, First): Bilal, Jamal
- Time: 2p P.M.
- Physician: Dr. Perrone
- V.O.

Order: ↑ Vioxx 25 mg. po Bid #60
V.O. Dr. Perrone / E. Hall RN

FAXED 1/8/02

Nurse's Signature: E. Hall RN   Date: 1/8/02
Physician's Signature: [signature] Gurney ARNP   Date: 01/8/02

---

## PHYSICIAN'S ORDER FORM — B2019151

**CHECK ALLERGIES** — FAX THIS COPY

- Center: FCCC
- 990124
- Date: 2/5/02
- Resident (Last, First): Burton, John (AKA Bilal Jamal)
- Time: 1000 A.M.
- T.O. ☒   Written ☒

Order: Pericolace 100mg ☐ HS

COPY

Nurse's Signature: [signature] RN   Date: 2/5/02
Physician's Signature: [signature]

---

## PHYSICIAN'S ORDER FORM — B2019152

**CHECK ALLERGIES** — FAX THIS COPY

- Center: FCCC
- 990124
- Date: 2/20/02
- Resident (Last, First): BILAL JAMAL
- Time: 8 A.M.
- Physician: Dr Perrone
- T.O. ☒

Order: VIOXX 25mg po BID #60
TO Dr Perrone / E Lainey RN

FAXED 2/20/02 8p

Nurse's Signature: E Lainey RN   Date: 2/20/02
Physician's Signature: [signature]

## Physician's Order Form — B1641924

**CHECK ALLERGIES**    FAX THIS COPY    Noted MAR 31    PHYSICIAN'S ORDER FORM    B1641924    FAXED 9/21/01

- Center: Fcee
- Resident (Last, First): Bilal, Jamaal
- Date: 9/21/01
- Time: 10:00 A.M.
- Written
- Physician: Dr Perrone

Orders:
1. Calcium 500 y PO BID
2. Low Na+ diet, LFTS
3. Vioxx 25 y PO QD
4. No pork in diet, Soak feet daily in soap/water

Nurse's Signature: [signature] RN  Date 9/21/01
Physician's Signature: [signature]  Date 9/21/01

---

## Physician's Order Form — B1641925

**CHECK ALLERGIES**    FAX THIS COPY    11/2/01    PHYSICIAN'S ORDER FORM    B1641925    FAXED 11/2/01

- Center: Fcee
- Resident: Bilal, Jamaal
- Date: 11/2/01
- Time: 10:20 A.M.
- Written
- Physician: Dr Perrone

Orders:
1. Vioxx 25 y QD #30
2. U/A
3. PSA

Nurse's Signature: Edna Lampis  Date 10/02/01
Physician's Signature: [signature]  Date 11/2/01

---

## Physician's Order Form — B1641926

**CHECK ALLERGIES**    FAX THIS COPY    1945  12/4/01    PHYSICIAN'S ORDER FORM    B1641926    FAXED 12/4/01

- Center: Fcee
- Resident: Bilal, Jamaal
- Rm. # E
- Date: 12/4/01
- Time: 1945 P.M.
- Written

Orders:
1. Vioxx 25 mg T PO QD #30
2. Audiology consult Dx: hearing loss

Nurse's Signature: M Amelia  Date 12/4/01
Physician's Signature: Perrone MD  Date 12/4/01

REORDER FORM 742 REV. 6/99









| V2033 | REQUEST FOR RELIEF FROM DEADLINE |
|---|---|

### A. REQUESTING PARTY

| Name of Vioxx User Claimant | Last: Bilal | First: Jamaal | Middle: Ali |
|---|---|---|---|
| VCN | | | |
| Name of Representative Claimant, if any | Last: Bates | First: Diann | Middle: N/A |
| Primary Counsel | Law Firm: Robert M. Johnston, 601 Poydras St. Ste 2490, New Orleans, Louisiana 70130 | | |
| Attorney Name | Last: Johnston | First: Robert | Middle: M. |

### B. APPLICABLE DEADLINE AND RELIEF REQUESTED

| Deadline Date from which Relief is Sought | 2/20/09 (month) (day) (year) |
|---|---|
| Subject of the Deadline Date | ☐ Enrollment Deadline Date<br>☐ Deadline for Response to an Enrollment Document Deficiency Notice from the Claims Administrator<br>☒ Submission of Additional Materials Following Claims Administrator Notice of Ineligibility<br>☐ Deadline to Accept or Appeal Notice of Points Award<br>☐ Final PME Records Submission Deadline<br>☐ Other [Specify:         ] |
| Date of this Request | 11/25/08 (month) (day) (year) | Date the Need for Relief from this Deadline was Discovered | 11/17/08 (month) (day) (year) |
| Have Materials for this Deadline Been Submitted to the Claims Administrator? | ☒ Submitted with Request for Relief<br>☐ Not Yet Submitted<br>☐ Submitted Previously:   /   /   (month) (day) (year) |
| Relief Requested | ☒ Consider submitted materials timely, if applicable<br>☐ Additional time for submission [Specify days requested:        ] |

### C. BASIS FOR REQUEST

Attach a written statement of the reasons you feel this Request for Relief should be granted. Include: (a) the reasons for the delay in your submissions, including whether the reason was within your reasonable control; (b) the impact on Merck if the Request for Relief were granted; and (c) the impact on the progress of the Settlement Program and other Claimants if the Request for Relief were granted.

### D. SIGNATURE

I swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above information and any information submitted with this Request for Relief are true and correct.

| Signature | Jamaal Ali Bilal / Jamaal Ali Bilal | Date | 11/25/08 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Jamaal | MI: Ali | Last: Bilal |

V2033
#344153v3
9/23/08

1



Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that John Larry Burton was Honorably Discharged from the United States Army on the 30th day of November, 1976. This certificate is awarded as a testimonial of Honest and Faithful Service.

HERBERT G. PARKER, COL, IN, PMS

0019

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| BURTON, JOHN LARRY | M | | 54 NOV 29 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, R | GRADE | DATE OF RANK |
|---|---|---|---|
| NAVY - USN | AN | E-3 | 74 DEC 15 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| 26 2 542 434 | 2, LAS VEGAS, NV | LAS VEGAS, NV |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| RELEASED FROM ACTIVE DUTY AND TRANSFERRED TO NAVAL RESERVE | ATTACK SQUADRON EIGHTY SEVEN |

| c. AUTHORITY AND REASON | EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|---|
| | | 75 | SEP | 12 |

| 9. CHARACTER OF SERVICE | 10. TYPE OF CERTIFICATE ISSUED | 11. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | NA | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| ATTACK SQUADRON EIGHTY SEVEN | NAVAL RESERVE MANPOWER CENTER, BAINBRIDGE, MD 21905 |

| 13. TERMINAL DATE OF RESERVE/M&S OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD |
|---|---|---|
| YEAR MONTH DAY | | YEAR MONTH DAY |
| 79 OCT 22 | LAS VEGAS, NV | 73 OCT 30 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| AN - 9760 | 912 - AIR TRANS OCCUPS | (a) NET ACTIVE SERVICE THIS PERIOD | 01 | 10 | 13 |
| | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| 17. SECONDARY SPECIALTY NUMBER AND TITLE | RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 01 | 10 | 13 |
| | | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 07 |
| AN - 0000 | NONE | (e) TOTAL SERVICE FOR PAY (c+d) | 01 | 10 | 20 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 06 | 00 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUG 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| ☐ YES ☒ NO | SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades)  COLLEGE 00 YRS |

| 21. | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| TL - NONE | 24 | ☐ $15,000 ☐ $5,000 ☒ $20,000 ☐ $10,000 ☐ NONE | ☒ NO ☐ YES  AMOUNT | a. TYPE: ENT-NAC  b. DATE COMPLETED: 27NOV73 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

NATIONAL DEFENSE SERVICE MEDAL.
X   X   X
X   X
X

27. REMARKS  BUPERSMAN 3850220, MDM, RE-1

NONE
X
X
X
X
X

28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code)
2004 LAWRY AVE, LAS VEGAS, NV

29. SIGNATURE OF PERSON BEING SEPARATED
John L. Burton

30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER
F. G. SCHAAD, LTJG, USN
PERSONNEL OFFICER, BY DIR CO

31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN