UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                             :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION         :
                                            :   SECTION: L
                                            :
                                            :   JUDGE FALLON
                                            :   MAG. JUDGE KNOWLES
..........................................:

**THIS DOCUMENT RELATES TO:**     ALL CASES

### ORDER

Before the Court are the VLC's Motion to Reconsider (Rec. Doc. 17562) and Motion to Expedite (Rec. Doc. 17563).

IT IS ORDERED that the Motion to Expedite IS GRANTED and the Motion to Reconsider is DENIED.

New Orleans, Louisiana, this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

1