UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| Lillie Mae Berry, et al. v. | * | JUDGE FALLON |
| Merck & Co., Inc., | * | |
| Civ.Action No. 2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**Motion for Extension of Time to Submit Final PME Records**

**NOW INTO COURT** come Plaintiffs, Lillie Mae Berry, Emily Becnel, Dorothy Dandridge, and Ruby Veal, who hereby Move this Honorable Court to grant them an extension of time of thirty (30) days to submit the final PME records required under Exhibit 1.3.1 of the settlement agreement for the reasons more fully set forth in the attached Memorandum in Support.

RESPECTFULLY SUBMITTED,

*/s/ Ron A. Austin*                .
**RON A. AUSTIN (#23630)**
**AUSTIN & ASSOCIATES, L.L.C.**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Telecopier: (504) 227-8122

**CERTIFICATION OF SERVICE**

I hereby certify that on the 30th day of December, 2008 a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice was sent of this filing will be sent to: Phillip Wittmann  Stone Pigman Walther Wittmann, LLC  546 Carondelet St. New Orleans, LA 70130  by operation of the court's electronic filing system.
I further certify that there are no non-CM/ECF participants.

*/s/ Ron A. Austin*                .
**RON A. AUSTIN (#23630)**