UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| Lillie Mae Berry, et al. v. | * | JUDGE FALLON |
| Merck & Co., Inc., | * | |
| Civ.Action No. 2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time to Submit Final PME Records as to Plaintiffs, Lillie Mae Berry, Emily Becnel, Dorothy Dandridge, and Ruby Veal, is hereby GRANTED.  Plaintiff must submit all PME records no later than January 30, 2009.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE