UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| Lillie Mae Berry, et al. v. | * | JUDGE FALLON |
| Merck & Co., Inc., | * | |
| Civ.Action No. 2:05-cv-4553 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE WHY**
**MOTION FOR EXTENSION OF TIME TO SUBMIT FINAL PME RECORDS**
**SHOULD NOT BE GRANTED**

IT IS ORDERED that defendants show cause on the _____ day of _____, 2008 at _____ o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana why the Motion for Extension of Time to Submit Final PME Records as to Plaintiffs, Lillie Mae Berry, Emily Becnel, Dorothy Dandridge, and Ruby Veal, should not be granted.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____
DISTRICT JUDGE