UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| **Only regarding plaintiffs** | * | |
| **indentified herein** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## I. REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO PROVIDE CORRECTED CLAIMS FORM

COME NOW the plaintiffs listed below, by and through their attorneys of record, and request this Honorable Court to enter an order allowing additional time for the plaintiffs to provide corrected Claims Forms; and for grounds would state:

1. Plaintiffs have been diligent in attempting to obtain medical records and pharmacy records that would provide specific dates of injury and usage.

2. Plaintiffs have issued hundreds of subpoenas to health care providers in an attempt to obtain the exact date(s) of injury. There are still many subpoenas that are outstanding.

3. Plaintiffs have spoken with their claims administrator and asked if they should provide a "guesstimate" date that was gathered from discussions with the plaintiffs and other records; but were advised not to submit a date unless we were sure it was accurate as it would not correlate with records that are eventually obtained and would create deficiencies.

4. Plaintiffs are diligently attempting to obtain the correct information and correct the outstanding Claim Forms; and will continue to pursue this information; and will provide it to the defendants as soon as it is learned. In fact, on 12/29/08 plaintiffs have submitted supplemental documents in 33 of the listed claimants.

5. Puerto Rico also celebrates extended holidays and offices and places of business

are generally closed from mid December through January 12th or 15th. This has created a problem due to the deadlines being during the holidays.

6. An extension of time within which to cure these deficiencies would not be detrimental to Merck; or to the progress of the settlement program, as many completed claims are still in line for review. To allow additional records to be gathered and additional information to be submitted; will actually assist in making the process proceed more smoothly.

7. Not allowing an extension of time to submit this information would be detrimental to the claimants; and would be unjust.

WHEREFORE, PREMISES CONSIDERED plaintiffs request this Honorable Court to grant an extension of time for the Plaintiffs to correct and/or complete Claims Forms for those individuals listed in Exhibit "A" attached hereto.

## II. REQUEST FOR EXTENSION OF TIME TO SUPPLEMENT RECORDS

Plaintiffs request an extension of time to submit additional records relating to events and proof of use for the following individuals who have been deemed non-submitting claimants:

| VCN | Claimant Name |
|---|---|
| 1050741 | Ahmed-Garcia, Nacima |
| 1050819 | Corchado-Rios, Miriam (supplement filed 12/29/08) |
| 1050834 | Cruz-Diaz, Maria A. |
| 1050837 | Cruz-Ortiz, Carmen A. (supplement filed 12/29/08) |
| 1050845 | Davila-Cabrera, Sonia (supplement filed 12/29/08) |
| 1050850 | De-Jesus-Pedraza, Candida |
| 1051261 | De-La-Cruz, Margarita |
| 1050860 | Diaz-Irizarry, Angelica (supplement filed 12/29/08) |
| 1050867 | Encarnacion-Sanchez, Ismael |
| 1050876 | Febres-Colon, Ramon |
| 1050878 | Feliciano-Otero, Justina |
| 1050882 | Fernandini-Ruiz, Rosa R. (supplement filed 12/29/08) |
| 1050892 | Fuster-Delgado, Vicente (supplement filed 12/29/08) |
| 1050893 | Gago-Rosado, Angela |
| 1050896 | Garcia-Garamendi-Rosario (supplement filed 12/29/08) |
| 1050899 | Garcia-Sanchez, Ana L. |
| 1050901 | Giliberty-Arizmendi, Angeles |
| 1050935 | Hernandez-Rivera, Sandra (supplement filed 12/29/08) |
| 1050937 | Hymovitz, Paul |
| 1050963 | Lassend-Figueroa, Francisco (supplement filed 12/29/08) |
| 1050980 | Maldonado-Medina, Javier |
| 1051023 | Morales-Carrasquillo, Eliud (supplement filed 12/29/08) |
| 1051035 | Nunez, Jeselina (supplement filed 12/29/08) |

| 1051056 | Otero-Camacho, Margarita |
| --- | --- |
| 1051094 | Reyes-Colon, Melquiades |
| 1051096 | Reyes-Hernandez, Elsa M. |
| 1051110 | Rivera-De-Jesus, Gloria M. |
| 1051125 | Rivera-Rodriguez, Nixsa (supplement filed 12/29/08) |
| 1051146 | Rodriguez-Perez, Emilia Del C. (supplement filed 12/29/08) |
| 1051150 | Rodriguez-Rivera, Juan (supplement filed 12/29/08) |
| 1051164 | Rosado-Santana, Isabel (supplement filed 12/29/08) |
| 1051272 | Rosario-Nunez, Belkis |
| 1051175 | Saavedra-Lugo, Diana |
| 1051214 | Soto-Valle, Elisa (supplement filed 12/29/08) |
| 1051215 | Sousa-Morganty, Jose R. |
| 1051236 | Valentin-Millan, David (supplement filed 12/29/08) |
| 1051240 | Vazquez-Cruz, Josefina (supplement filed 12/29/08) |
| 1051245 | Vega-Rivera, Israel |
|  |  |

As grounds for the extension, plaintiffs state the following:

1.   Each of the above claimants had submitted their Claims Forms on or prior to November 26, 2008. The defendant listed these plaintiffs as "non-submitting claimants" on or about December 1-5, 2008. Plaintiffs appealed these listings, as reflected in the attached spreadsheet e-mailed to counsel for plaintiffs' from the Claims Administrator. As noted in the attached spreadsheet, all appeals contain the affirmation that all claims packages were placed in the hand of a delivery person and/or postmarked prior to the November 30, 2008 deadline, and that all claims for this firm were sent on or before November 26, 2008.

2.   Medical records and pharmacy records have been timely requested and/or subpoenaed from healthcare and pharmaceutical providers for each of the above plaintiffs.

3.   There has been a delay in the receipt of the medical and pharmaceutical records, in part due to the extensive holiday closings in Puerto Rico from Thanksgiving through the New Year. (For example, many offices are closed from approximately mid-to-late December until January 15, 2009).

4.   Many of the claims listed above were supplemented on December 29, 2008, and plaintiffs expect to be able to supplement the records again after the "re-opening" of offices after the 12th of January.

5.   Plaintiffs further state that there would be no prejudice to Merck in allowing this extension in that the defendant has hundreds of claims to review through the claims process. For example, counsel for these plaintiffs has submitted in excess of five hundred claims, with approximately two hundred of them being submitted since July of 2008. To date, only two of the claims have been reviewed through the process and deemed "eligible", and one has been reviewed through the process and deemed "ineligible". Again, defendant has hundreds of claims

to review, and to allow these plaintiffs additional time to supplement their claims forms would not prejudice the defendant in any way.

  WHEREFORE, Plaintiffs respectfully request an extension of time to submit additional records to supplement their respective claims forms.

            Respectfully submitted,

            _____
            Archie C. Lamb, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _30_ day of December, 2008.

      Respectfully submitted,

s/Archie C. Lamb, Jr.
The Lamb Firm, LLC
2900 First Avenue South
Birmingham, AL 35233
(205)324-4644

Notice of Incomplete or Inconsistent Claims Forms

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | VCN | Claimant Name | Supplemented | Cure Submitted |
| 2 |  |  |  |  |
| 3 | 1050786 | Caballero-Martinez, Jorge R. |  |  |
| 4 | 1050794 | Capo-Silen, Ivanska | 12/29/2008 |  |
| 5 | 1050798 | Casiano-Mercado, Felix |  |  |
| 6 | 1050803 | Castro-Ramirez, Luis A. | 12/22/2008 |  |
| 7 | 1050804 | Castro-Robledo, Julia M. |  |  |
| 8 | 1050806 | Chaparro-Chaparro, Elisa | 12/29/2008 |  |
| 9 | 1050815 | Colon-Rosado, Maria | 12/29/2008 |  |
| 10 | 1050827 | Crespo-Gabriel, Irma L. | 12/29/2008 |  |
| 11 | 1050830 | Crespo-Rodriguez, Noemi |  |  |
| 12 | 1050832 | Cruz, Clarisa | 12/29/2008 |  |
| 13 | 1050835 | Cruz-Hernandez, Angel L. | 12/29/2008 |  |
| 14 | 1050836 | Cruz-Juarbe, Jose | 12/29/2008 |  |
| 15 | 1050844 | Dalmau-Castro, Carmen S. | 12/29/2008 |  |
| 16 | 1050847 | Deathe, Virginia |  |  |
| 17 | 1050849 | De-Jesus-De-Jesus, Natividad |  |  |
| 18 | 1050854 | Del-R.-Rosa-Maldonado, Maria |  |  |
| 19 | 1050856 | Del-Valle-Velazquez, Victor | 12/29/2008 |  |
| 20 | 1050857 | Diadone-Alers, Mario A. |  |  |
| 21 | 1050859 | Diaz-Colon, Hilda | 12/29/2008 |  |
| 22 | 1050861 | Diaz-Medina, Victor | 12/29/2008 |  |
| 23 | 1050862 | Diaz-Ramirez, Carmen | 12/29/2008 |  |
| 24 | 1050868 | Escobar-Caceres, Myrna | 12/29/2008 |  |
| 25 | 1050870 | Espinosa-Figueroa, Olga |  |  |
| 26 | 1050872 | Estrella-Huertas, Johanna | 12/29/2008 |  |
| 27 | 1050877 | Febus-Febus, Juan |  |  |
| 28 | 1050881 | Fernandez-Martinez, Cruz | 12/29/2008 |  |
| 29 | 1050885 | Figueroa-Torres, Luz | 12/29/2008 |  |
| 30 | 1050926 | Henson-Bousquets, Victor |  |  |
| 31 | 1050936 | Hidalgo, Juanita |  |  |
| 32 | 1051263 | Infante-Pena, Francisco |  |  |
| 33 | 1050943 | Jackson, Inez |  |  |
| 34 | 1050948 | Jordan, Daisy D. |  |  |
| 35 | 1050952 | Kling, Constance M. |  |  |
| 36 | 1050954 | Labonte, Robert C. |  | 12/30/2008 |
| 37 | 1051264 | Leguisamon-Mora, Filomena |  |  |
| 38 | 1050970 | Lopez-Ramos, Livia |  |  |
| 39 | 1050976 | Maisonet-Acosta, Tommy | 12/29/2008 |  |
| 40 | 1050979 | Maldonado-Gonzalez, Fernando |  |  |
| 41 | 1051010 | Mendez-Cuadrado, Carmen L. |  |  |
| 42 | 1051015 | Merrell, Sr., Paul D. |  |  |
| 43 | 1051021 | Montiel, Robert C. |  |  |
| 44 | 1051025 | Morales-Ortiz, Carlos M. | 12/29/2008 |  |
| 45 | 1051034 | Nieves-Quiles, Orlando |  |  |
| 46 | 1051037 | Oliveras-Colon, Carmen A. |  |  |
| 47 | 1051045 | Ortiz-Ayala, Edgardo | 12/29/2008 |  |
| 48 | 1051050 | Ortiz-Maranon, Elena R. |  |  |
| 49 | 1051054 | Ortiz-Rivera, Nilda |  |  |
| 50 | 1051055 | Otero-Agosto, Sonia M. | 12/29/2008 |  |
| 51 | 1051061 | Pagan-de-Jesus, Ana Maria | 12/29/2008 |  |

Exhibit "A"

Notice of Incomplete or Inconsistent Claims Forms

|    | A       | B                            | C          | D |
|----|---------|------------------------------|------------|---|
| 52 | 1051063 | Parrilla-Torres, Luisa       | 12/29/2008 |   |
| 53 | 1051080 | Quinones-Perez, Carmen G.    |            |   |
| 54 | 1051082 | Ramirez-Gomez, Hector        | 12/29/2008 |   |
| 55 | 1051087 | Ramos-Ramos, Hector L.       |            |   |
| 56 | 1051097 | Reyes-Negron, Luz            |            |   |
| 57 | 1051106 | Rivera-Castro, Irene         |            |   |
| 58 | 1051120 | Rivera-Pena, Awilda          |            |   |
| 59 | 1051126 | Rivera-Rodriguez, Daisy      |            |   |
| 60 | 1051134 | Robles-Mercado, Jose D.      |            |   |
| 61 | 1051139 | Rodriguez-Garcia, Lucelenia  |            |   |
| 62 | 1051142 | Rodriguez-Mont, Rafael       |            |   |
| 63 | 1051143 | Rodriguez-Morales, Joaquin   | 12/29/2008 |   |
| 64 | 1051149 | Rodriguez-Rivera, Felix      | 12/29/2008 |   |
| 65 | 1051153 | Rodriguez-Torres, Gilberto   |            |   |
| 66 | 1051156 | Roldan-Ramirez, Mildred      | 12/29/2008 |   |
| 67 | 1051159 | Roque-Ortiz, Margarita       |            |   |
| 68 | 1051165 | Rosario-Nunez, Maria         |            |   |
| 69 | 1051167 | Rosario-Rosario, Zenaida     |            |   |
| 70 | 1051169 | Rosa-Villegas, Karen         |            |   |
| 71 | 1051172 | Ruiz-Leon, Eusebia           |            |   |
| 72 | 1051173 | Ruiz-Ruiz, Elizardo          | 12/29/2008 |   |
| 73 | 1051182 | Sanchez-Santiago, Evaristo   |            |   |
| 74 | 1051206 | Skipper, Carroll D.          |            |   |
| 75 | 1051207 | Smith, Jr., Harold B.        |            |   |
| 76 | 1051210 | Sosa-Alvarado, Maria         |            |   |
| 77 | 1051213 | Soto-Segerra, Luz N.         |            |   |
| 78 | 1051217 | Stoll-Roche, Josefina        |            |   |
| 79 | 1051221 | Tapia-Velazquez, Felix       |            |   |
| 80 | 1051224 | Torres-Domincana, Norma      |            |   |
| 81 | 1051227 | Torres-Rivera, Carmen        |            |   |
| 82 | 1051230 | Torres-Torres, Nora          |            |   |
| 83 | 1051234 | Trinidad-Quiles, Jose A.     | 12/29/2008 |   |
| 84 | 1051238 | Vargas-Cuebas, German        |            |   |
| 85 | 1051239 | Vargas-Ortega, Victor        | 12/29/2008 |   |
| 86 | 1051241 | Vazquez-Perez, Luz           | 12/29/2008 |   |
| 87 | 1051242 | Vazquez-Vazquez, Jose        | 12/29/2008 |   |
| 88 | 1051251 | Velez-Santiago, Maria        |            |   |
| 89 | 1051253 | Villanueva-Roman, Martha     | 12/29/2008 |   |
| 90 | 1051254 | Villegas-Rodriguez, Francisca|            |   |
| 91 | 1051255 | Wililams, Carolyn R.W.       |            |   |