**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Only regarding plaintiffs | * | |
| identified herein | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**THIS CAUSE** having come on to be heard on Plaintiff's Request For Extension of Time

Within Which to Provide Corrected Claims Form and Request for Extension of Time to

Supplement Records; and

**AFTER CONSIDERING** the argument of counsel and being fully advised:

**IT IS ORDERED and ADJUDGED** that:

1.    Plaintiff's Request for Extension of Time Within Which to Provide Corrected
      Clams Form is hereby **GRANTED**; and

2.    Plaintiff's Request for Extension of Time to Supplement Records is hereby
      **GRANTED.**

DONE AND ORDERED this _____ day of _____, 2009.


_____
The Honorable Judge Fallon
Circuit Court Judge

Copies provided this _____ day of _____, 2009 via electronic filing.