UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | Judge Fallon |
| | Magistrate Judge Knowles |
| Marjorie Connolly, et al., | |
| v. Merck & Co., et al., | |

Civil Action No: 2:05-cv-01089-EEF-DEK

"And only regarding RONALD O'CONNOR"

## SUGGESTION OF DEATH

Counsel for plaintiffs hereby gives notice of the death of plaintiff RONALD O'CONNOR on July 2, 2008.

There is as yet no personal representative appointed for the decedent's estate who can be substituted at this time, and it is anticipated the decision whether to seek an appointment will be made by her family in the near future based on discussions with his wife, plaintiff Karen O'Connor.

Dated:   December 31, 2008.

*[signature]*

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Suggestion of Death was served on the following, by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of December, 2008.

Marya C. Young    Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442