# Registration Affidavit

I, __Ronald R. Benjamin__, hereby certify [pursuant to 28 U.S.C. § 1746] as follows:

I am an attorney in good standing who is admitted to practice law in the State of __New York__. The name and address of my law firm are:

| | | |
|---|---|---|
| __Law Office of Ronald R. Benjamin__ | | |
| Law Firm | | |
| __169 Riverside Drive__ | | |
| Street | | |
| __Binghamton__ | __New York__ | __13905__ |
| City | State | Zip Code |

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply where your clients have cases pending):

__X__   Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana.

__X__   Order entered on 11/9/07 by the Superior Court of the New Jersey law Division: Atlantic County

____   Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas

____   Order entered on 11/9/07 by the Superior Court of the State of California, Los Angeles, in NCCP No. 42476.

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have and "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in Each Claim as of October 1, 2007. I am including cases that are not in MDL 1657 as a courtesy to the court and affirmatively assert this Court has no jurisdiction to adjudicate or otherwise compel parties

1 of 2

outside the MDL to engage in any acts in the absence of specific motions directed to those parties with an opportunity for the parties to submit opposition.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/15/08

_____
Primary Counsel

## Registration Affidavit

I, ____Ronald R. Benjamin____, hereby certify [pursuant to 28 U.S.C. § 1746] as follows:

I am an attorney in good standing who is admitted to practice law in the State of ____New York____. The name and address of my law firm are:

| | |
|---|---|
| ____Law Office of Ronald R. Benjamin____ | |
| Law Firm | |
| ____169 Riverside Drive____ | |
| Street | |
| ____Binghamton____   ____New York____   ____13905____ | |
| City   State   Zip Code | |

I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1567, now pending in the United States District Court for the Eastern District of Louisiana.

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have and "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in Each Claim as of October 1, 2007. I am including cases that are not in MDL 1657 as a courtesy to the court and affirmatively assert this Court has no jurisdiction to adjudicate or otherwise compel parties outside the MDL to engage in any acts in the absence of specific motions directed to those parties with an opportunity for the parties to submit opposition.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: __1/15/08__                                    _____/s/ Ronald R. Benjamin_____
                                                                        Primary Counsel

1 of 2

Sign ONE of the statements below:

1. I, _____, on behalf of myself and all other counsel with an Interest in the cases listed in Exhibit 1, agree to the terms of the MSA and will recommend that all Plaintiffs and/or Tolling Claimants listed on Exhibit 1 who at any time have alleged any of the following injuries should enroll in the Program: myocardial infarction, sudden cardiac death, and/or ischemic stroke.

Dated: _____

_____
Signature

OR

2. I, \_\_\_\_\_Ronald R. Benjamin\_\_\_\_\_, do not agree to the terms of the MSA and will not recommend that any of the Plaintiffs and/or Tolling Claimants listed on Exhibit 1 enroll in the Program.

Dated: \_\_\_1/18/08\_\_\_

_____
Signature

## In the United States District Court
## Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: | VIOXX ) <br> PRODUCT LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS RELATES TO: ) <br> _____) | MDL NO. 1657 <br> SESCTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

### CERTIFICATE OF SERVICE OF REGISTRATION AFFIDAVIT AND EXHIBIT 1 FOR RONALD R. BENJAMIN

I hereby certify that the above and foregoing Registration Affidavit (in PDF Format) and Exhibit "1" to Ronald R. Benjamin's Registration Affidavit (Excel Format) has been served via electronic mail on the following parties, pursuant to Pretrial Order 31(B) as follows:

claimsadmin@browngreer.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order 31(A), by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the 15th day of January, 2008.

Ronald R. Benjamin
Law Office of Ronald R. Benjamin
126 Riverside Drive
Binghamton, NY 13905
Telephone:    607-772-1442
Fax:          607-772-1678
Email: ronbenjaminlaw@stny.rr.com

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

***TIP:*** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18074595 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Jan 15 2008 3:24PM CST |
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx |

**Documents List**
**2 Document(s)**

**Attached Document, 2 Pages   Document ID: 12983736**                           PDF Format | Original Format
**Document Type:**                              **Access:**                **Statutory Fee:**        **Linked:**
Vioxx Settlement Registration                   Secure Public              $0.00
**Document title:**
Registration Affidavit and Exhibit 1 for Law Office Ronald R. Benjamin

**Attached Document, 1 Pages   Document ID: 12983814**                           PDF Format | Original Format
Related Document ID: 12983736
**Document Type:**                              **Access:**                **Statutory Fee:**        **Linked:**
Vioxx Settlement Registration                   Secure Public              $0.00
**Document title:**
Cetificate of Service for Law Office of Ronald R. Benjamin

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊟ **Recipients (1784)**

   ⊞ Service List (1784)

   ⊞ Additional Recipients (0)

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

## Megan Clark

| | |
|---|---|
| **From:** | "Vioxx Claims Administrator" <Claimsadmin@browngreer.com> |
| **To:** | "Megan Clark" <mclark@benjaminattorney.com> |
| **Cc:** | "Scott Monroe" <SMonroe@browngreer.com> |
| **Sent:** | Wednesday, January 16, 2008 1:28 PM |
| **Attach:** | Correspondence - Response to Registration Materials - Ronald R Benjamin - 2008-1-16.pdf |
| **Subject:** | RE: Registration Affidavit and Exhibit 1 for Law Office of Ronald R. Benjamin |

This confirms that we have received your Registration Materials. Attached is a letter introducing you to your Claims Administrator Contact (CA Contact) who will serve as your contact person here throughout the settlement process. This letter describes the next steps in the Settlement Process. Please get in touch with your CA Contact if you have questions.

Thank you.

**Vioxx Claims Administrator**
**BROWN         PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299

<

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

---

**From:** Megan Clark [mailto:mclark@benjaminattorney.com]
**Sent:** Tuesday, January 15, 2008 3:57 PM
**To:** Vioxx Claims Administrator
**Cc:** Megan at work
**Subject:** Registration Affidavit and Exhibit 1 for Law Office of Ronald R. Benjamin

Please see attached and contact me if there are issues receiving the attachments.

Thank you,

Megan Clark
Law Office of Ronald R. Benjamin
126 Riverside Dr.
Binghamton, NY 13905
607-772-1442


_____ NOD32 2798 (20080116) Information _____

This message was checked by NOD32 antivirus system.

1/16/2008