```
To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                        LA US District Court Eastern District E-Service-
Vioxx
Case Name:                    In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                  MDL-1657 Master Case
Transaction ID:               18974617
Document Title(s):
      Agard Statement of Notices Sent (28 pages)
      Statement of Notices Sent (18 pages)
      Statement of Notices Sent (13 pages)
      Statement of Notices Sent (18 pages)
Authorized Date/Time:         Mar 13 2008  8:48AM CDT
Authorizer:                   Ronald R Benjamin
Authorizer's Organization:    Benjamin, Ronald R
Sending Parties:
      Plaintiff
Served Parties:
      Plaintiff
      Defendant
      Defendants Steering Committee
      Defendants Liaison Counsel
      Plaintiffs Liaison Counsel
Additional Recipients:
      Susan Giamportone

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).

_____   NOD32 2944 (20080313) Information   _____

This message was checked by NOD32 antivirus system.
http://www.eset.com
```

```
To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18975046
Document Title(s):
      Statement of Notices Sent (3 pages)
      Statement of Notices Sent (12 pages)
      Statement of Notices Sent (12 pages)
      Statement of Notices Sent (9 pages)
      Statement of Notices Sent (16 pages)
      Statement of Notices Sent (15 pages)
      Statement of Notices Sent (11 pages)
      Statement of Notices Sent, DeRosa (15 pages)
      Statement of Notices Sent, DeVincentiis (15 pages)
      Statement of Notices Sent, Dier (11 pages)
      Statement of Notices Sent, Donahue (14 pages)
Authorized Date/Time:           Mar 13 2008 10:34AM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
      Plaintiff
Served Parties:
      Plaintiff
      Defendant
      Defendants Steering Committee
      Defendants Liaison Counsel
      Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com
```

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18975046 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 10:34AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notice Service |

**Documents List**
**11 Document(s)**

**Attached Document, 3 Pages**   Document ID: 22793747                    PDF Format | Original Format
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 12 Pages**   Document ID: 22793748                   PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 12 Pages**   Document ID: 22793749                   PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 9 Pages**   Document ID: 22793750                    PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 16 Pages**   Document ID: 22793751                   PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 15 Pages**   Document ID: 22793752                   PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**
Notice                        Secure Public            $0.00
**Document title:**
Statement of Notices Sent

**Attached Document, 11 Pages**   Document ID: 22793753                   PDF Format | Original Format
Related Document ID: 22793747
**Document Type:**            **Access:**              **Statutory Fee:**        **Linked:**

| | | | |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 15 Pages**   **Document ID: 22793754**         PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, DeRosa

**Attached Document, 15 Pages**   **Document ID: 22793755**         PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, DeVincentiis

**Attached Document, 11 Pages**   **Document ID: 22793756**         PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Dier

**Attached Document, 14 Pages**   **Document ID: 22793757**         PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Donahue

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊞ **Recipients (1687)**

  ⊞ Service List (1687)

  ⊟ Additional Recipients (0)


⊞ **Case Parties**

[ Close ]


About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

```
To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18977768
Document Title(s):
       Statement of Notices Sent, Gates (13 pages)
       Statement of Notices Sent, Gehm (13 pages)
       Statement of Notices Sent, Harris (8 pages)
       Statement of Notices Sent, Henderson (26 pages)
       Statement of Notices Sent, Hia (42 pages)
       Statement of Notices Sent, Hickok (18 pages)
       Statement of Notices Sent, Hochrun (14 pages)
       Statement of Notices Sent, Hoffner (3 pages)
       Statement of Notices Sent, Holdredge (19 pages)
       Statement of Notices Sent, Holobosky (17 pages)
       Statement of Notices Sent, Hoyt (12 pages)
Authorized Date/Time:           Mar 13 2008 10:53AM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
       Plaintiff
Served Parties:
       Plaintiff
       Defendant
       Defendants Steering Committee
       Defendants Liaison Counsel
       Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com
```

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18977768 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 10:53AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Served |

**Documents List**
**11 Document(s)**

**Attached Document, 13 Pages**  Document ID: 22794666      PDF Format | Original Format
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Gates

**Attached Document, 13 Pages**  Document ID: 22794667      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Gehm

**Attached Document, 8 Pages**   Document ID: 22794668      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Harris

**Attached Document, 26 Pages**  Document ID: 22794669      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Henderson

**Attached Document, 42 Pages**  Document ID: 22794670      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Hia

**Attached Document, 18 Pages**  Document ID: 22794671      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**
Notice                            Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Hickok

**Attached Document, 14 Pages**  Document ID: 22794672      PDF Format | Original Format
Related Document ID: 22794666
**Document Type:**                **Access:**                **Statutory Fee:**    **Linked:**

| | | | |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Hochrun

**Attached Document, 3 Pages   Document ID: 22794673**  PDF Format | Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Hoffner

**Attached Document, 19 Pages   Document ID: 22794674**  PDF Format | Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Holdredge

**Attached Document, 17 Pages   Document ID: 22794675**  PDF Format | Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Holobosky

**Attached Document, 12 Pages   Document ID: 22794676**  PDF Format | Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Hoyt

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

☐ **Recipients (1687)**

   ☐ Service List (1687)

   ☐ Additional Recipients (0)

☐ **Case Parties**

[ Close ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court:                          LA US District Court Eastern District E-Service-Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18979828
Document Title(s):
    Statement of Notices Sent, Kunik (12 pages)
    Statement of Notices Sent, Kurtz (15 pages)
    Statement of Notices Sent, Lindsey (7 pages)
    Statement of Notices Sent, Lord (8 pages)
    Statement of Notices Sent, Mack (7 pages)
    Statement of Notices Sent, Mannino (12 pages)
    Statement of Notices Sent, McKan (5 pages)
    Statement of Notices Sent, O'Connor (16 pages)
    Statement of Notices Sent, Patrick (11 pages)
    Statement of Notices Sent, Pratt (8 pages)
Authorized Date/Time:           Mar 13 2008 12:42PM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
    Plaintiff
Served Parties:
    Plaintiff
    Defendant
    Defendants Steering Committee
    Defendants Liaison Counsel
    Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18979828 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 12:42PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Sent |

**Documents List**
**10 Document(s)**

**Attached Document, 12 Pages**   Document ID: 22799230          PDF Format | Original Format
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Kunik

**Attached Document, 15 Pages**   Document ID: 22799231          PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Kurtz

**Attached Document, 7 Pages**   Document ID: 22799232           PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Lindsey

**Attached Document, 8 Pages**   Document ID: 22799233           PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Lord

**Attached Document, 7 Pages**   Document ID: 22799234           PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Mack

**Attached Document, 12 Pages**   Document ID: 22799235          PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**
Notice                     Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Mannino

**Attached Document, 5 Pages**   Document ID: 22799236           PDF Format | Original Format
Related Document ID: 22799230
**Document Type:**          **Access:**              **Statutory Fee:**        **Linked:**

| | | | |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, McKan

**Attached Document, 16 Pages**   Document ID: 22799237                                    PDF Format  |  Original Format
Related Document ID: 22799230

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, O'Connor

**Attached Document, 11 Pages**   Document ID: 22799239                                    PDF Format  |  Original Format
Related Document ID: 22799230

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Patrick

**Attached Document, 8 Pages**   Document ID: 22799240                                    PDF Format  |  Original Format
Related Document ID: 22799230

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Pratt

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

☐ **Recipients (1687)**

  ☐ Service List (1687)

  ☐ Additional Recipients (0)

☐ **Case Parties**

[ Close ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

```
To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18982254
Document Title(s):
     Statement of Notices Sent, Robinson (24 pages)
     Statement of Notices Sent, Roman (3 pages)
     Statement of Notices Sent, S Smith (12 pages)
     Statement of Notices Sent, Sullivan (7 pages)
     Statement of Notices Sent, V Santacrose (14 pages)
     Statement of Notices Sent, V Smith (5 pages)
Authorized Date/Time:           Mar 13 2008 12:49PM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
     Plaintiff
Served Parties:
     Plaintiff
     Defendant
     Defendants Steering Committee
     Defendants Liaison Counsel
     Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com
```

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18982254 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 12:49PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Sent Service |

**Documents List**
**6 Document(s)**

**Attached Document, 24 Pages   Document ID: 13928449**              PDF Format | Original Format
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Robinson

**Attached Document, 3 Pages   Document ID: 13928465**               PDF Format | Original Format
Related Document ID: 13928449
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Roman

**Attached Document, 12 Pages   Document ID: 13928486**              PDF Format | Original Format
Related Document ID: 13928449
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, S Smith

**Attached Document, 7 Pages   Document ID: 13928512**               PDF Format | Original Format
Related Document ID: 13928449
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, Sullivan

**Attached Document, 14 Pages   Document ID: 13928539**              PDF Format | Original Format
Related Document ID: 13928449
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, V Santacrose

**Attached Document, 5 Pages   Document ID: 13928556**               PDF Format | Original Format
Related Document ID: 13928449
**Document Type:**        **Access:**              **Statutory Fee:**        **Linked:**
Notice                   Secure Public            $0.00
**Document title:**
Statement of Notices Sent, V Smith

Expand All
☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊞ **Recipients (1788)**

   ⊞ Service List (1788)

   ⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.