| Row | FirmName | VCN | ClaimantName | EligibilityStatus |
|---|---|---|---|---|
| 1. | Benjamin, Ronald R., Law Office of | 1097015 | Adelberg, Carol | Merck Deems Eligible |
| 2. | Benjamin, Ronald R., Law Office of | 1096956 | Agard, David L. | Merck Deems Eligible |
| 3. | Benjamin, Ronald R., Law Office of | 1096991 | Alapeck, Geraldine | Merck Deems Eligible |
| 4. | Benjamin, Ronald R., Law Office of | 1096957 | Aljibory, Adnan A. | Merck Deems Eligible |
| 5. | Benjamin, Ronald R., Law Office of | 1097037 | Amendoeria, Antonio | Merck Deems Eligible |
| 6. | Benjamin, Ronald R., Law Office of | 1096958 | Bates, Elizabeth | Merck Deems Eligible |
| 7. | Benjamin, Ronald R., Law Office of | 1096959 | Berthel, Scott R. | Merck Deems Eligible |
| 8. | Benjamin, Ronald R., Law Office of | 1097030 | Bilik, Helen | Merck Deems Eligible |
| 9. | Benjamin, Ronald R., Law Office of | 1096993 | Boone, Elizabeth | Merck Deems Eligible |
| 10. | Benjamin, Ronald R., Law Office of | 1096960 | Bozich, Mary Anne | Merck Deems Eligible |
| 11. | Benjamin, Ronald R., Law Office of | 1096994 | Cadwell, Albert D. | Merck Deems Eligible |
| 12. | Benjamin, Ronald R., Law Office of | 1096995 | Cadwell, Samuella | Merck Deems Eligible |
| 13. | Benjamin, Ronald R., Law Office of | 1097022 | Carniero, Manuel | Merck Deems Eligible |
| 14. | Benjamin, Ronald R., Law Office of | 1097038 | Cavallo, Matthew | Merck Deems Eligible |
| 15. | Benjamin, Ronald R., Law Office of | 1096961 | Connolly, Marjorie | Merck Deems Eligible |
| 16. | Benjamin, Ronald R., Law Office of | 1097041 | Cook, William | Merck Deems Eligible |
| 17. | Benjamin, Ronald R., Law Office of | 1096962 | Core, Richard F. | Merck Deems Eligible |
| 18. | Benjamin, Ronald R., Law Office of | 1097033 | Corprew, Wilbert | Merck Deems Eligible |
| 19. | Benjamin, Ronald R., Law Office of | 1096996 | Croft, Carolyn | Merck Deems Eligible |
| 20. | Benjamin, Ronald R., Law Office of | 1096963 | Curtis, Marjorie | Merck Deems Eligible |
| 21. | Benjamin, Ronald R., Law Office of | 1096964 | Darrow, Rodney | Merck Deems Eligible |
| 22. | Benjamin, Ronald R., Law Office of | 1096965 | Demoski, Jim | Merck Deems Eligible |
| 23. | Benjamin, Ronald R., Law Office of | 1097039 | Derosa, Alphonse V. | Merck Deems Eligible |
| 24. | Benjamin, Ronald R., Law Office of | 1096966 | Devincentiis, Carlo | Merck Deems Eligible |
| 25. | Benjamin, Ronald R., Law Office of | 1096967 | Dier, Glenn L. | Merck Deems Eligible |
| 26. | Benjamin, Ronald R., Law Office of | 1096997 | Dixson, Charles H. | Merck Deems Eligible |
| 27. | Benjamin, Ronald R., Law Office of | 1097016 | Donahue, Kristina | Merck Deems Eligible |
| 28. | Benjamin, Ronald R., Law Office of | 1096969 | Egan, Richard | Merck Deems Eligible |
| 29. | Benjamin, Ronald R., Law Office of | 1096970 | Gates, Robert | Merck Deems Eligible |
| 30. | Benjamin, Ronald R., Law Office of | 1097024 | Gehm, Herbert | Merck Deems Eligible |
| 31. | Benjamin, Ronald R., Law Office of | 1097035 | Giordano, Margharita | Merck Deems Eligible |
| 32. | Benjamin, Ronald R., Law Office of | 1096971 | Golub, Andrea S. | Merck Deems Eligible |
| 33. | Benjamin, Ronald R., Law Office of | 1096972 | Harris, Charles C. | Merck Deems Eligible |
| 34. | Benjamin, Ronald R., Law Office of | 1096973 | Henderson, Edward | Merck Deems Eligible |
| 35. | Benjamin, Ronald R., Law Office of | 1096974 | Hia, Kristine | Merck Deems Eligible |
| 36. | Benjamin, Ronald R., Law Office of | 1096975 | Hickok, Sheila L. | Merck Deems Eligible |
| 37. | Benjamin, Ronald R., Law Office of | 1097021 | Hochrun, Joanne | Merck Deems Eligible |
| 38. | Benjamin, Ronald R., Law Office of | 1097023 | Hoffner, Kathleen | Merck Deems Eligible |
| 39. | Benjamin, Ronald R., Law Office of | 1096976 | Holdredge, Suzanne | Merck Deems Eligible |
| 40. | Benjamin, Ronald R., Law Office of | 1096977 | Holobosky, Rosemary T. | Merck Deems Eligible |
| 41. | Benjamin, Ronald R., Law Office of | 1096978 | Hoyt, Maurice | Merck Deems Eligible |
| 42. | Benjamin, Ronald R., Law Office of | 1096979 | Kunik, Frank P. | Merck Deems Eligible |
| 43. | Benjamin, Ronald R., Law Office of | 1096999 | Kurtz, Mary | Merck Deems Eligible |
| 44. | Benjamin, Ronald R., Law Office of | 1097025 | Lindsey, Kimberly | Merck Deems Eligible |
| 45. | Benjamin, Ronald R., Law Office of | 1096980 | Lord, Wilson E. | Merck Deems Eligible |
| 46. | Benjamin, Ronald R., Law Office of | 1096982 | Mack, Timothy | Merck Deems Eligible |
| 47. | Benjamin, Ronald R., Law Office of | 1097000 | Mahar, Mary | Merck Deems Eligible |

| Row | FirmName | VCN | ClaimantName | EligibilityStatus |
|---|---|---|---|---|
| 48. | Benjamin, Ronald R., Law Office of | 1096983 | Mannino, Ann M. | Merck Deems Eligible |
| 49. | Benjamin, Ronald R., Law Office of | 1097001 | Matias, Mary | Merck Deems Eligible |
| 50. | Benjamin, Ronald R., Law Office of | 1097032 | Nobile, Lucretia | Merck Deems Eligible |
| 51. | Benjamin, Ronald R., Law Office of | 1096984 | O'Connor, Ronald R. | Merck Deems Eligible |
| 52. | Benjamin, Ronald R., Law Office of | 1097002 | Orioles, Anthony | Merck Deems Eligible |
| 53. | Benjamin, Ronald R., Law Office of | 1096985 | Patrick, William | Merck Deems Eligible |
| 54. | Benjamin, Ronald R., Law Office of | 1097004 | Peltz, Hilda | Merck Deems Eligible |
| 55. | Benjamin, Ronald R., Law Office of | 1097006 | Plocek, Elsa | Merck Deems Eligible |
| 56. | Benjamin, Ronald R., Law Office of | 1096986 | Pratt, Arthur | Merck Deems Eligible |
| 57. | Benjamin, Ronald R., Law Office of | 1097026 | Robinson, Rosanna | Merck Deems Eligible |
| 58. | Benjamin, Ronald R., Law Office of | 1096987 | Roman, Thomas J. | Merck Deems Eligible |
| 59. | Benjamin, Ronald R., Law Office of | 1097036 | Santacrose, Dean | Merck Deems Eligible |
| 60. | Benjamin, Ronald R., Law Office of | 1096988 | Santacrose, Viola | Merck Deems Eligible |
| 61. | Benjamin, Ronald R., Law Office of | 1097012 | Schaffer, Ronald H. | Merck Deems Eligible |
| 62. | Benjamin, Ronald R., Law Office of | 1097029 | Simmons, Stasia | Merck Deems Eligible |
| 63. | Benjamin, Ronald R., Law Office of | 1097020 | Singer, Cheryl E. | Merck Deems Eligible |
| 64. | Benjamin, Ronald R., Law Office of | 1096989 | Smith, Sheila | Merck Deems Eligible |
| 65. | Benjamin, Ronald R., Law Office of | 1097014 | Smith, Victoria | Merck Deems Eligible |
| 66. | Benjamin, Ronald R., Law Office of | 1096968 | Spencer, Frank | Merck Deems Eligible |
| 67. | Benjamin, Ronald R., Law Office of | 1096990 | Sullivan, Thomas J. | Merck Deems Eligible |