## LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

Mary Jane Murphy (Of Counsel)
*Also Admitted in the District of Columbia

Phone 607-772-1442 / Fax 607-772-1678

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Email:ronbenjaminlaw@stny.rr.com

October 27, 2008

**VIA FAX ONLY #202-434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

**RE: In Re: Vioxx Products Liability Litigation, MDL No.: 1657**

Dear Ms. Horn:

Please let this letter serve as a response to your letter of October 22, 2008. I am requesting we meet and confer in an effort to resolve or narrow the matters raised in your letter, short of additional motion practice.

As you may be aware, there is already a motion pending seeking relief from compliance with PTO 28 under the Agard caption, and today we are filing our response to a Motion to Dismiss in the Oakley case, which seeks similar relief.

Since the arguments will not differ in any of the cases referred to in your letter, as a matter of common sense and judicial economy, I am asking that you agree to hold off making any motions until such time as there are rulings on both the Agard and Oakley motions, or at minimum, until the Agard motion is decided.

In the event you do not agree to do so, I will request a conference with the Court for purposes of requesting that no further motions be made until we get rulings in Agard and/or Oakley.

Please feel free to contact me if you want to discuss any of the issues described above. Also, I would appreciate it if you notify me if you are not agreeable to the above prior to making any motion, so I can request a conference as noted above.

Thank you for your consideration in this matter.

Very truly yours,

Ronald R. Benjamin

RRB/tlh