# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*  
Marya C. Young*

126 Riverside Drive  
P.O. Box 607  
Binghamton, NY 13902-0607

*Also Admitted in the District of Columbia

Phone 607-772-1442 / Fax 607-772-1678

Email: ronbenjaminlaw@stny.rr.com

October 29, 2008

**By Facsimile Only**  
**(202) 434-5029**  
M. Elaine Horn, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005-5901

Re: **Vioxx Products Liability Litigation, MDL No. 1657**

Dear Ms. Horn:

I have received your letter of October 28, 2008 and must interpret the same as a refusal to provide an extension as requested in my letter of October 27, 2008.

I am aware of the time frame set forth in PTO 28 and depending on when the Court rules, the issue may be moot; however that is not the case at this time.

In the event that you adhere to the position taken in your letter of October 28, 2008 I will request a conference as set forth in my letter of October 27, 2008.

Please let me know if you will reconsider your position.

Very truly yours,

Ronald R. Benjamin

RRB/dw