UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------

THIS DOCUMENT RELATES TO:

**PTO 28 PLAINTIFFS LISTED IN EXHIBITS A & B TO MERCK MOTION TO DISMISS**

MDL Docket No. 1657

SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

### PLAINTIFFS' CROSS-MOTIONS FOR EXTENSIONS OF TIME TO CURE CASE-SPECIFIC EXPERT REPORT DEFICIENY AND FOR THIS COURT'S RECUSAL

Plaintiffs in the above-captioned actions, by and through their attorneys, the Law Office of Ronald R. Benjamin, hereby cross-move this Honorable Court, for good cause shown, as appropriate, for the following relief:

(a) Extensions of time for certain plaintiffs to provide the defendant with case-specific expert reports under PTO 28;

(b) For this Court's recusal.

In support of the relief requested in this cross-motion, plaintiffs state the following matters:

1. Plaintiffs rely on the matters set forth in and the exhibits to their opposition to the motion of defendant Merck & Co., Inc., seeking to dismiss their cases for failure to submit a case-specific report pursuant to PTO 28, as well as the Court records and documents cited therein, as showing good cause for the extensions of time requested.

2. Plaintiffs rely on the Master Settlement Agreement and PTOs 28 through 30 entered November 9, 2008, and the matters set forth in and the exhibits to their opposition to the motion of defendant Merck & Co., Inc., seeking to dismiss their cases for failure to

submit a case-specific report pursuant to PTO 28, as well as the Court records and documents cited therein, as supporting the request for recusal.

WHEREFORE, plaintiffs in the above-captioned actions respectfully move this Court to grant the relief sought in the instant motion.

Respectfully submitted,

RONALD R. BENJAMIN Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P O. Box 607
Binghamton, New York 13902-0607
607/772-1442

Attorneys for Plaintiffs in Above-Captioned Actions