# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*
*Fax: 585-396-0849*

August 2, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

Re: David Agard
DOB: 8/31/41
Date of Injury: Ischemic Stroke 11/2/2002

Thank you for the opportunity to review records regarding Mr David Agard and the events surrounding his ischemic November 2, 2002 and his use of VIOXX®.

I have reviewed the patient's statements, physicians, notes, laboratory reports and prescription records for this report.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to Mr. Agard during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mr. David Agard was 65 years of age when he experienced sudden onset of loss of vision in his right visual field. His evaluation by CT scanning and MRI showed a corresponding stroke in his right occipital lobe. At the time of this stroke the patient had been taking VIOXX® for 31 months for the treatment of osteoarthritic pain. Prior to his event the patient had high blood pressure which was under excellent control, an elevation of his cholesterol level which was under effective treatment, and had a prior history of coronary artery disease status post. He also had cardiomyopathy and was followed by a cardiologist. He had only a brief and distant history of cigarette smoking

1

It is my opinion that the ischemic stroke   that Mr. David Agard suffered on November 2.2002    was caused by his ingestion of VIOXX®.  Furthermore, that as a result of his ischemic stroke Mr. Agard suffered permanent loss of vision. The ischemic stroke he suffered has reduced his ability to continue to work as a musician which can lead to other strokes.

All of my opinions are stated within a reasonable degree of medical certainty.  My opinions are based on my education, training, and experience.  My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely.

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
  ViaHealth Health System/Rochester
Clinical Assistant Professor of Medicine
  University of Rochester School of Medicine and Dentistry

Statement 9-11-08

## Steven A. Rich M.D.,
*4884 North Road Canandaigua NY 14424*
*srich@rochester.rr.com*
*Voice:585-922-0392*
*Fax:585-389-0849*

Law Office of Ronald Benjamin
126 Riverside Drive
P.o. Box 607
Binghamton, NY  13902-0607

September 11, 2008

Dear Mr. Benjamin:

Please accept this as a statement for services rendered and expenses incurred regarding
the issue of Mr. David Agard

| Firm | Expense | Service | Activity | Time | Rate/hr | Issue | Date |
|------|---------|---------|----------|------|---------|-------|------|
| R.Benjamin | | 1000 | Review/report | 1.5 | 500 | Agard,David | 8/2/2008 |
| **Subtotal Expense** | **0** | | | | | | |
| **Subtotal Service** | | | **1500** | | | | |
| **Total;** | | | **1500** | | | | |

Sincerely,

Steven A Rich MD

# Steven A. Rich, M.D.
## *Internal Medicine-Geriatrics-Clinical Pharmacology*

*4884 North Road Canandaigua, NY 14424*
srich@rochester.rr.com
*Voice: 585-922-0392*
*Fax: 585-396-0849*

August 2, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Mary Ann Bozich**
**DOB: 7-16-1940**
**Date of Injury: 9/1/03**

Thank you for the opportunity to review records regarding Ms. Mary Anne Bozich and
the events surrounding her ischemic heart disease and VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in
Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric
Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae
is attached. My experience includes 21 years of direct patient care including primary,
secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the
consequences of these diseases. I have treated patients similar to Ms. Bozich during the
course of my career. I have been active in clinical pharmacology for 21 years, and have
authored peer-reviewed and published articles. I have also reviewed published medical
literature and Merck documents relating to VIOXX®.

Ms. Bozich was 59 years old when she first developed single-vessel coronary artery
disease which was successfully treated with angioplasty and stenting. She had risk
factors of diabetes, hypertension, and elevated cholesterol. Subsequent to her initial
coronary procedure 4/20/00 she significantly improved her control of these risk factors.
A subsequent coronary angiogram on 8/28/01 showed no significant coronary artery
disease. She initiated using VIOXX® with samples provided from her physician. Her
first prescription is noted to have been filled 1/21/02 at a CVS pharmacy. In July of 2003
she was noted to have increased symptoms of dyspnea and was found to have a reduced
of heart function (left ventricular ejection fraction 20%). She underwent repeat
angiography in July of 2003 with findings of significant coronary artery disease of the
left anterior descending artery, the right coronary artery, and recurrent disease in the left

1

circumflex artery. This required treatment with angioplasty and stenting, but she had recurrent symptoms in September 2003 requiring additional angioplasty and stenting. Subsequent to that time the patient has undergone on carotid endarterectomy, and additional angiograms for progressive symptoms of coronary and cerebrovascular insufficiency. She developed problems with falling and short-term memory deficit and now resides in a skilled nursing facility.

It is my opinion that the rapid progression and occlusion of the coronary arteries experienced by Ms. Bozich after starting VIOXX® is related to selective cyclooxygenase-2 inhibition due to ingestion of VIOXX®. Ms. Bozich suffered permanent heart damage that required ongoing cardiac medical treatment documented in the medical records and will require future cardiac medical treatment and medications. The ischemic heart disease suffered by Ms. Bozich has contributed to the loss of functional capacity that makes it necessary for her to reside in a skilled nursing facility. The congestive heart failure will likely adversely affect Ms. Bozich's life expectancy

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
ViaHealth Health System/Rochester
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2

Statement 9-11-08

## Steven A. Rich M.D.,
*4884 North Road Canandaigua NY 14424*
*srich@rochester.rr.com*
*Voice:585-922-0392*
*Fax:585-389-0849*

Law Office of Ronald Benjamin
126 Riverside Drive
P.o. Box 607
Binghamton, NY 13902-0607

September 11, 2008

Dear Mr. Benjamin:

Please accept this as a statement for services rendered and expenses incurred regarding the issue of Ms. Maryane Bozich.

| Firm | Expense | Service | Activity | Time | Rate/hr | Issue | Date |
|------|---------|---------|----------|------|---------|-------|------|
| R Benjamin | | 1000 | record review/report | 2.5 | 500 | Bozich, | 8/2/2008 |
| Subtotal Expense | 0 | | | | | | |
| Subtotal Service | | 1000 | | | | | |
| Total; | | 1000 | | | | | |

Sincerely,

Steven A Rich MD