JOHN W. VARDAMAN
PAUL MARTIN WOLFF
JOHN G. KESTER
WILLIAM E. MCDANIELS
BRENDAN V. SULLIVAN, JR.
tARD M. COOPER
.LD A. FEFFER
.xY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN
LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III

STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
MARK S. LEVINSTEIN
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN
ROBERT J. SHAUGHNESSY
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 22, 2008

DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER
JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
MEGAN E. HILLS
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD
WILLIAM T. BURKE
LISA M. DUGGAN
JOHN E. JOINER

NICHOLAS J. BOYLE
ADAM L. PERLMAN
ANDREW W. RUDGE
DENEEN C. HOWELL
ALEX G. ROMAIN
DAVID A. FORKNER
JONATHAN M. LANDY
CHRISTOPHER N. MANNING
RYAN T. SCARBOROUGH
JENNIFER G. WICHT
STEPHEN D. ANDREWS
MALACHI B. JONES
THOMAS H. L. SELBY
KEVIN HARDY
EDWARD C. BARNIDGE
JOSEPH M. TERRY
AARON P. MAURER
JON R. FETTEROLF

OF COUNSEL
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
DAVID POVICH
J. ALAN GALBRAITH
ROBERT P. WATKINS
MARY G. CLARK
STEVEN A. STEINBACH
JACQUELINE E. MAITLAND DAVIES

BY FIRST CLASS MAIL & TELECOPY

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607

Subject:   *In Re Vioxx Products Liability Litigation*, MDL No. 1657
          Pertaining to: See Attached List

Dear Mr. Benjamin:

      We represent defendant Merck & Co., Inc. ("Merck") in the action referenced above. Our records indicate that this action is subject to the provisions of Pretrial Order No. 28 ("PTO 28"), entered by the Honorable Eldon E. Fallon on November 9, 2007 as a case that was not submitted to the Vioxx Resolution Program.

      Section II of PTO 28 requires that certain discovery specified in the Order must be produced to Merck. The Order requires production of, *inter alia*, all pharmacy and medical records since January 1, 1995, any death certificates and autopsy reports, an Amended and Supplemental Plaintiff Profile Form, answers to the Interrogatories attached to the Order, an affidavit from the plaintiff pertaining to document collection, and a Rule 26(a)(2) case specific expert report. The full details of these requirements are set forth in Section II, subsections A-B of that same order, which is available on the Court's website at http://vioxx.laed.uscourts.gov/Orders/Orders.htm. Compliance with PTO 28 was called for, under Section II.C. of the Order, and the dates for compliance by all claimants has now passed.

Page 2

       Although you have submitted some materials relating to the discovery requirements of Section II of PTO 28, you have failed to submit the required Rule 26(a)(2) case specific expert report.[1] Accordingly, notice is hereby given to cure the failure to comply with Section II of PTO 28 within thirty (30) days. If any failure to comply with PTO 28 is not cured, Merck will file a Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, as specified in Section II. D. of the Order.

                                                  Very Truly Yours,

                                                  M. Elaine Horn

cc:    Phillip A. Wittman, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

---

[1] This letter only addresses your missing expert report. If we determine that the other materials you have submitted are materially deficient and/or that other required materials are missing, those deficiencies will be identified in a separate letter.

| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Darrow | Rodney | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Demoski | Jim | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Henderson | Edward | |
| Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | O'Connor | Ronald | R |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Aljibory | Adnan | A |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Robinson | Rosanna | |
| Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK | Santacrose | Viola | |
| Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | Cavallo | Matthew | |
| Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | DeRosa | Alphonse | V |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Curtis | Marjorie | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Donahue | Kristina | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hia | Kristine | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hickok | Sheila | L |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hochrun | Joanne | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Holdredge | Suzanne | |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Hoyt | Maurice | |

| Case | Docket Number | Plaintiff Last Name | Plaintiff First Name | MI |
|---|---|---|---|---|
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Kunik | Frank | P |
| Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | Patrick | William | |
| Core, Marilyn R v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK | Core | Richard | F |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Devincentiis | Carlo | |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Lord | Wilson | E |
| DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | Pratt | Arthur | |
| Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Dier | Glenn | L |
| Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Mack | Timothy | |
| Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK | Berthel | Scott | R |
| Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK | Gates | Robert | |
| Hoffner, Kathleen v. Merck & Co., Inc. | 2:06-cv-02238-EEF-DEK | Carniero | Manuel | |
| Hoffner, Kathleen v. Merck & Co., Inc. | 2:06-cv-02238-EEF-DEK | Roman | Thomas | J |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Holobosky | Rosemary | T |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Mannino | Ann | M |
| Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | Sullivan | Thomas | J |
| Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | Kurtz | Mary | |