## LexisNexis File & Serve Transaction Receipt

**Transaction ID:** 11724459
**Submitted by:** Kristina Donahue, Benjamin, Ronald R
**Authorized by:** Ronald R Benjamin, Benjamin, Ronald R
**Authorize and file on:** Jul 7 2006 10:09AM CDT

**Court:** LA US District Court Eastern District E-Service-Vioxx
**Division/Courtroom:** N/A
**Case Class:** Civil-Vioxx
**Case Type:** Product Liability-Pharmaceutical(3)
**Case Number:** 2:06cv2708
**Case Name:** Connolly, Marjorie et al vs Merck & Co Inc

**Transaction Option:** Serve Only - Private
**Billing Reference:**

### Documents List
**17 Document(s)**

**Attached Document, 9 Pages   Document ID: 6288230**          View Original   View PDF
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Marjorie Curtis Plaintiff Profile Form

**Attached Document, 8 Pages   Document ID: 6288253**          View Original   View PDF
Related Document ID: 6288230
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Marjorie Curtis PPF Authorizations

**Attached Document, 3 Pages   Document ID: 6288264**          View Original   View PDF
Related Document ID: 6288230
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Marjorie Curtis Power of Attorney to Son James Curtis

**Attached Document, 10 Pages   Document ID: 6288282**          View Original   View PDF
Related Document ID: 6288230
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Kristina R. Donahue Plaintiff Profile Form

**Attached Document, 8 Pages   Document ID: 6288299**          View Original   View PDF
Related Document ID: 6288230
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Kristina R. Donahue PPF Authorizations

**Attached Document, 10 Pages   Document ID: 6288309**          View Original   View PDF
Related Document ID: 6288230
**Document Type:** Plaintiff Profile Form
**Access:** Sealed, electronic
**Transaction Fee:** $0.00
**Linked:**
**Document title:** Kristina R. Donahue Pharmacy Records

**Attached Document, 9 Pages   Document ID: 6288327**          View Original   View PDF
Related Document ID: 6288230
**Document Type:**
**Access:**
**Transaction Fee:**
**Linked:**

| | | | |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Marjorie Connolly Plaintiff Profile Form

**Attached Document, 8 Pages**   **Document ID: 6288337**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Marjorie Connolly PPF Authorizations

**Attached Document, 9 Pages**   **Document ID: 6288368**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Joanne Hochrun Plaintiff Profile Form

**Attached Document, 8 Pages**   **Document ID: 6288376**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Joanne Hochrun PPF Authorizations

**Attached Document, 4 Pages**   **Document ID: 6288381**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Joanne Hochrun Pharmacy Records

**Attached Document, 10 Pages**   **Document ID: 6288397**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Suzanne Holdredge Plaintiff Profile Form

**Attached Document, 8 Pages**   **Document ID: 6288406**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Suzanne Holdredge PPF Authorizations

**Attached Document, 7 Pages**   **Document ID: 6288412**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Suzanne Holdredge Pharmacy Records

**Attached Document, 9 Pages**   **Document ID: 6288419**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
William Patrick Plaintiff Profile Form

**Attached Document, 8 Pages**   **Document ID: 6288435**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
William Patrick PPF Authorizations

**Attached Document, 4 Pages**   **Document ID: 6288440**          View Original   View PDF
Related Document ID: 6288230

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**

William Patrick Pharmacy Records

Expand All

### Sending Parties (9)

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Connolly, Marjorie | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Curtis, Marjorie | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Donahue, Kristina | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Hickok, Sheila | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Hochrun, Joanne | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Holdredge, Larry | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Holdredge, Suzanne | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Patrick, Mary | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |
| Patrick, William | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

### Recipients (11)

#### Service List (11)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Hayes, Vilia B | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Pepper/973231, James | Dechert LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

#### Additional Recipients (0)

### Case Parties

[ Close ]

https://fileandserve.lexisnexis.com/WebServer/WebPages/FileAndServe/prcReviewSubmit....   7/7/2006