## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2008, the above and foregoing Plaintiff's Cross-Motion for Extensions of Time to Cure Case-Specific Expert Report Deficiency and to Seek Remands to State Court and for This Court's Recusal, Post 11-09 Plaintiff's Opposition to Third Motion and Rule of Defendant Merck & Co., Inc., to Dismiss Their Actions With Prejudice for Failure to Provide Case-Specific Expert Reports Pursuant to PTO 28, and in Support of Their Cross-Motions for an Extension of Time to Cure Such Deficiency and to Seek Remands to State Court, and For This Court's Recusal with Exhibits A-M, and Plaintiff's Cross-Motions for Extensions of Time to Cure Case-Specific Expert Report Deficiency and for This Court's Recusal, Plaintiff's Opposition to Third Motion and Rule of Defendant Merck & Co., Inc., to Dismiss Their Actions With Prejudice for Failure to Provide Case-Specific Expert Reports Under PTO 28, and in Support of Time to Cure Such Deficiency, if Applicable, and for Recusal with Exhibits A-M, have been served on Liaison Counsel, Russ Herman and Phillip Wittman, by US Mail and email, and on Merck & Co., Inc., c/oWilliams & Connolly by electronically uploading the same to LexisNexis File& Serve in accordance with Pre-Trial Order No.8B, and that the foregoing was electronically filed with the Clerk of the District Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system.

                                                s/s Ronald R. Benjamin
Ronald R. Benjamin, Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
607/772-1442