UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates To: | * | JUDGE FALLON |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |

### ORDER TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto. The Court finds that the motion should be **GRANTED**. It is therefore,

**ORDERED** that those medical providers identified in Exhibit "A" hereto appear in this Court at 9:00 a.m. on the 5th day of January, 2009, to show cause why:

1. They should not be held in contempt for failing to comply with Pre-trial Orders No. 35 and/or 35A; and

2. They should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own medical records.

Dated this 22nd day of December, 2008.

*/s/ Eldon E. Fallon*
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**

## EXHIBIT "A"

| Plaintiff | Facility's Information | Facility's Response | Status |
|---|---|---|---|
| Revonia Peters | Eduardo Cossio, M.D.<br>1075 South Main Street #300<br>Madison, GA 30650 | Refuses to provide records (Mediconnect) | No records provided |
| Amanda Tinsley | Central Drug Store<br>628 Wilson Avenue<br>Mobile, AL 36610 | Refuses to provide records (Mediconnect) | No records provided |