IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to all cases | * | JUDGE FALLON |
| Listed on Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

ORDER ON MOTION TO WITHDRAW MOTION
TO SHOW CAUSE

The Court today considered Certain Plaintiffs' Motion to Withdraw their Motion to Show Cause against CVS/Caremark.[1] The Court finds that the motion should be **GRANTED**.  It is therefore,

**ORDERED** that the Motion to Withdraw filed by certain plaintiffs against CVS/Caremark is granted and that none of the providers listed above shall be held in contempt of Pre-trial Orders No. 35 and/or 35A as it pertains to these plaintiffs' claims.

Dated this ___23rd___ day of _____December_____, 200_8_.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

---

[1] This Order applies to the following Plaintiffs only: Patricia Thomas, Brenda Oglesby, Douglas Randall, Dennis Catalano, Lawrence Sellers and Myrtle Thomas for their Motion against CVS/Caremark only.