IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>         Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO:<br><br>JOHN MATTHEWS,<br>                    Plaintiff,<br>and<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br><br>              Involuntary Plaintiff,<br>    v.<br><br>MERCK & CO., INC.,<br>                    Defendant. | Civil Action No: 2:06-cv-5606 |

**SUPPLEMENTAL DECLARATION OF AMY N. L. HANSON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Amy N. L. Hanson, declare under penalty of perjury as follows:

1.      I am an attorney at Keller Rohrback L.L.P., one of the counsel for Plaintiff John Matthews in this action. I submit this declaration in further support of my Motion to Withdraw as Counsel of Record.

2.      John Matthews mailed me a letter dated December 11, 2008 and asked that I forward that letter to the Court. That letter advises the Court that John Matthews authorizes Keller Rohrback L.L.P. to withdraw as legal counsel in the above-referenced matter. A copy of this letter is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2009, at Seattle, Washington.

                                                                     */s/ Amy N. L. Hanson*
Amy N. L. Hanson
KELLER ROHRBACK L.L.P.

5726 Kilkenny Place
Madison, WI 53711
December 11, 2008

United States District Court
Eastern District of Louisiana
Judge Fallon
Magistgrate Judge Knowles

Re: Pretrial Order 36, MDL Docket 1657

Dear Judge Knowles:

This is to advise that I authorize Keller Rohrback. LLP, to withdraw as legal counsel for me, in the above-referenced matter.

Very truly yours,

John A. Matthews

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Supplemental Declaration of Amy N. L. Hanson in Support of Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of January, 2008.

      By <u>/s/ Amy Hanson</u>
Amy N. L. Hanson
WSBA No. 28589
Attorney for Plaintiff John Matthews
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98104
Telephone: 206-623-1900
Facsimile: 206-623-3384
ahanson@kellerrohrrback.com