UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA
NEW ORLEANS LOUISANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED DEC 3 1 2008
LORETTA G. WHYTE
Clerk

L (3)

JAMAL ALI BILAL,
      Plaintiff,

MDL No. 1657
Docket No. 2:06-cv-02364-EEF-DEK

v.

MERCK & Co., Inc.,
      Defendants.
_____/

### NOTICE TO COURT THAT PRO SE VIOXX PLAINTIFF JAMAAL ALI BILAL HAS SUBMITTED CLAIMS PACKAGE ON OR BEFORE DECEMBER 30, 2008

Plaintiff has fully and faithfully performed, to the best of his ability, all of submissions of final PME Records obligations under the terms of the Vioxx Settlement Agreement.

On or before November 30, 2008, Plaintiff submitted pertinent records showing the dates and times he ingested Vioxx; the period he suffered stroke from such ingestion; and, pharmacy records related to the purchase of the drug.

The request for time extension made by Plaintiff on November 30, 2008 was made in abundance of caution to assure that his claims package was properly submitted. That request should be viewed as inadvertent inasmuch Plaintiff's Claim Package was already timely submitted.

Respectfully submitted,

*Jamaal Ali Bilal*
Jamaal Ali Bilal 990124
FCCC, 13613 S.E. Hwy 70
Arcadia, Florida 34266

TENDERED FOR FILING
DEC 3 1 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
_X_ Dktd____
_X_ CtRmDep___
Doc. No._____

1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to Attorneys for Merck & Co., Inc.; Robert M. Johnston, Esquire, 400 Poydras Street, Suite 2450, New Orleans, Louisiana 70130; and Diann Bates, Pro Se Coordinator, P.O. Box 85031, Richmond, Virginia 23285-5031 this 27th day of December 2008.

Jamaal Ali Bilal

Jamaal Ali Bilal 99-0124
GCCC, 13413 S.E. Hwy 70
Arcadia, Fl 34266

MANASOTA FL 342
29 DEC 2008 PM 2 L

United States District Court
Eastern District of Louisiana
Office of Clerk
New Orleans, Louisiana
70130

70130/5555

Legal Mail