U.S.District Court
500 Poydras St.,
New orleans,LA
70130

Brian Anderson,Pro Se
     Plaintiff

V.

Merck & Co.,Inc
     Defendant

**Attorney address or unrepresented party:**
Brian Anderson,#64193
S.C.F.,P.O.,Box 6000
Sterling,Co
80751

**ORIGINAL**

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  DEC 1 9 2008  WP

LORETTA G. WHYTE
Clerk

^ COURT USE ONLY ^

MDL # 1657

05-MD-1657 L(3)
RE: 08-1458

PLAINTIFF MOTIONS;TO AMEND, original COMPLAINT & ADD ULCERA-
TIVE COLITIS,(BLEEDING OF THE COLON),AS ANOTHER CLAIM.

In Oct-08,the Plaintiff was diagnoised as having Ulcerative Colitis(bleeding of the Colon),that potentialy could develop into colon cancer.Merck & Co.,Inc Scientist within a study titled;VIGOR Verified that vioxx causes stomach ulcers & bleeding.

### Certificate Of Service

I certify that on DeC-10-08 ,I deposited in the U.S.Mail this motion to the partys below.

U.S.District Court
500 Poydras St.,
New Orleans,LA
70130

Law Firm Of;
Stone Pigman Walther,etc
546 Carondelet
New Orleans,LA
70130-3588

Respectfully Submitted,Paralegal, *B. Anderson*  .

TENDERED FOR FILING

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

DEC 19 2008

U.S. DISTRICT COURT
Eastern District of Louisiana

Exhibit # 1



PRICARE CODE NO. | NAME: Brian Anderson | OFFENDER NO. 64193 | LIVING UNIT: O2

DATE: 10/31/08 TIME:

SUBJECTIVE: Mr. Anderson has Crohn's Disease/Ulcerative Colitis and is expected to make

OBJECTIVE: Temp / Pulse / Resp / BP /
Frequent stools and will need significant bed rest in addition to meals + garments to him. We will order for him

PROBLEM 12
PLAN/ORDERS: Extra toilet tissue

SIGNATURE NURSE:
P.E.:
PHYSICIAN: [signature] MD
RX NO.

*Rocky Mountain News, Page 42A    Exhibit #2*

**FRIDAY, DECEMBER 9, 2005**

# Vioxx problems not disclosed

## Medical journal says report's 'deletions' taint submitted data

**By Linda A. Johnson**
ASSOCIATED PRESS

TRENTON, N.J. — Authors of a study funded by Vioxx maker Merck & Co. failed to disclose in a report published in the *New England Journal of Medicine* in 2000 that three additional patients in a clinical study suffered heart attacks while using the now-withdrawn painkiller, the journal wrote in an editorial released Thursday.

The editorial, written by the journal's editor in chief, Dr. Jeffrey Drazen, executive editor Dr. Gregory Curfman and managing editor Stephen Morrissey, also alleges the report's authors deleted other relevant data before submitting their article for publication.

"Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article," the doctors wrote.

The findings of what became known as the VIGOR study have been a key part of testimony in the three product-liability trials to date over the withdrawn drug, including one in which a federal jury in Texas began deliberations Thursday afternoon. The research was published more than a year after the Food and Drug Administration approved Vioxx in May 1999.

The report was intended to compare whether Vioxx caused more stomach ulcers and bleeding among patients with rheumatoid arthritis than in those using the older, cheaper anti-inflammatory, naproxen. During an average nine-month period, Vioxx did score better on that count, but the study also showed there were a greater number of heart attacks among Vioxx users.

In a statement Thursday, Merck said the additional heart attacks "did not materially change any of the conclusions of the article."

The company also said the information was not included because the heart attacks were reported after Merck's cut-off date for collecting information on the patients in the study.

But Curfman said in an interview that Merck's arguments about the cut-off date "don't hold water" because journal articles are routinely updated with new data in the weeks before publication.

Colorado Department Of Corrections
Name Brian Anderson
Register Number 64193
Unit 2
Box Number 6000
City, State, Zip Sterling, Co
80751

7013 0+3319

DENVER CO 802
11 DEC 2008 PM 2 T



U.S. District Court
500 Poydras Street
New Orleans, Louisiana
70130