| | |
|---|---|
| U.S District Court<br>500 Poydras St.,<br>New Orleans, LA<br>70130 | **ORIGINAL**<br>U. S. DISTRICT COURT<br>Eastern District of Louisiana<br>FILED DEC 1 9 2008 WP<br>LORETTA G. WHYTE<br>Clerk |
| Brian Anderson, Pro Se<br>    Plaintiff<br>V.<br>Merck & Co., Inc<br>    Defendant | ^ COURT USE ONLY ^<br><br>MDL # 1657 |
| Attorney address or unrepresented party:<br>Brian Anderson, 364193<br>S.C.F., P.O. Box 6000<br>Sterling, Co<br>80751 | 05-MD-1657  L(3)<br>RE:<br>08-1458 |
| PLAINTIFF MOTIONS; TO AMEND DISCOVERY & ADD MEDICAL REPORT VERIFYING, THAT THE PLAINTIFF HAS ULCERATIVE COLITIS, (BLEEDING OF THE COLON). | |

Merck & Co., Inc **Scientist** within a STUDY TITLED; **VIGOR**, determined that **vioxx** causes **stomach ulcers & bleeding.** In Oct-08, Dr. Miller & Dr. Goldsmith concluded that the Plaintiff has **Ulcerative Colitis, (Bleeding Of the Colon)**, that potentially can develop into **colon cancer.**

### Certificate Of Service

I certify that on Dec-10-08, I deposited in the U.S. Mail this motion to the partys below.

U.S. District Court
500 Poydras St.,
New Orleans, LA
70130

Law Firm Of:
Stone Pigman Walther, etc
546 Carondelet
New Orleans, LA
70130-3588

Respectfully Submitted, Paralegal, B. Anderson

TENDERED FOR FILING

DEC 1 9 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
___ Doc No. _____

| PRICARE CODE NO. | NAME Brian Anderson | OFFENDER NO. 64193 | LIVING UNIT 02 |
|---|---|---|---|

SUBJECTIVE: Mr. Anderson has Biopsy Proven Ulcerative Colitis and is expected to have

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

DATE: 10/31/08

PROBLEM 1  2
PLAN / ORDERS: Extra toilet tissue

ASSESSMENT: Frequent Stools and will need significant bed rest in addition to meds treatments. We will order for h.m.

SIGNATURE:
NURSE: ___
P.E.: ___
PHYSICIAN: [signature] MD
Rx NO.: ___

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Colorado Department of Corrections
Name  Brian Anderson
Register Number  64193
Unit  2
Box Number  6000
City, State, Zip  Sterling, Co  80751

7013 0+3319

DENVER CO 802
11 DEC 2008 PM 2 T

U.S. District Court
500 Poydras Street
New Orleans, Louisiana
70130

