# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

19720835
May 7 2008

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Bubalo | First: Gregory | Middle: J. |
| **Name of Law Firm** | Bubalo Hiestand & Rotman | | |
| **Current Address** | Street: 401 South 4th Street, Suite 800 | | |
| | City: Louisville | State: KY | Zip: 40202 | Country: USA |
| **Telephone Number** | 502-753-1600 | **Facsimile** 502-753-1601 | **Email** gbubalo@bhtriallaw.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Allen | First: Richard | Middle: W. |
| **Plaintiff Address** | Street: 7604 Texlyn Court | | |
| | City: Louisville | State: KY | Zip: 40258 | Country: USA |
| **Telephone Number** | 502.935.8113 | **Facsimile** | **Email** |
| **Case Caption** | Richard W. Allen, Sr., et al. v. Merck & Co., Inc. | | |
| **Case Number** | 2:06cv1920 | | |
| **Court Where Case is Pending** | MDL - Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Allen | First: Brian | Middle: C. |
| **Address** | Street: 2412 Parliament Court | | |
| | City: Louisville | State: KY | Zip: 40272 | Country: USA |
| **Telephone Number** | 502.298.1175 | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Son ) | | |

#343319                                    1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  12 / 05 / 08 . (*Record Docket No.* 17203      )
      Month  Day  Year

[X] Within 30 days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 1 / 6 / 09 (Month/Day/Year) | *Leslee M. Crone* Counsel |

#343319

2