# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Bubalo | First: Gregory | Middle: J. |
| **Name of Law Firm** | Bubalo Hiestand & Rotman | | |
| **Current Address** | Street: 401 South 4th Street, Suite 800 | | |
| | City: Louisville | State: KY | Zip: 40202 / Country: USA |
| **Telephone Number** | 502-753-1600 | Facsimile: 502-753-1601 | Email: gbubalo@bhtriallaw.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Curl | First: William | Middle: Andrew |
| **Plaintiff Address** | Street: 265 Gumwell Road | | |
| | City: Brandenburg | State: KY | Zip: 40108 / Country: USA |
| **Telephone Number** | 270.828.6386 | Facsimile: | Email: |
| **Case Caption** | William Andrew Curl, et al. v. Merck & Co., Inc. and Charles Conley, MD | | |
| **Case Number** | 2:05cv5295 | | |
| **Court Where Case is Pending** | MDL - Louisiana | | |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Curl | First: Tanya | Middle: |
| **Address** | Street: 265 Gumwell Road | | |
| | City: Brandenburg | State: KY | Zip: 40108 / Country: USA |
| **Telephone Number** | 270.828.6386 | Facsimile: | Email: |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Wife) | | |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 12 / 05 / 08 . (*Record Docket No.* 17200          )
   Month  Day  Year

[X] Within 30 days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 1 / 6 / 09 (Month/Day/Year) | *Leslie M. Cronen* Counsel |
|---|---|---|

#343319

2