UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>**Claimants on Attached List** | CIVIL ACTION<br><br>No. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR RECONSIDERATION / REVISION
OF ORDER CAPPING CONTINGENT FEES
AND ALTERNATIVELY FOR ENTRY OF JUDGMENT**

COMES NOW, Douglas A. Allison and Jack Modesett, III, herein after referred to as "Movants," and file this Motion for Reconsideration / Revision of Order Capping Contingent Fees and Alternatively For Entry of Judgment because of the anticipated effects of the Court's Order dated August 27, 2008 capping contingent fee agreements at thirty-two percent (32%).

Movants request that this Court reconsider and vacate, or revise, its Order and Reasons of August 27, 2008, in which this Court capped contingent fee arrangements for all counsel at thirty-two percent (32%) plus reasonable costs (the "Capping Order"). Movants submit that the Court (1) lacked subject matter jurisdiction over attorneys' contingent fee contracts; (2) did not have authority to regulate attorneys' contingent fee contracts under the circumstances of this MDL; (3) if it had authority, failed to apply the correct law; and (4) deprived attorneys of their property without due process.

1

Movants anticipate that upon final Point Awards for the Vioxx Claimants and settlement funds are received, the capping of attorneys' fees will adversely affect Movants. Thus, Movants bring this motion under Rule 60, which allows a district court to reconsider and/or revise an order if a motion is brought within a reasonable time after the order is entered. *Shepherd v. Int'l Paper Co.*, 372 F.3d 326, 328 n.1 (5th Cir. 2004).

Accordingly, Movants request that this Court permanently withdraw and set aside the Capping Order as to Movants and their clients. In the alternative, Movants request that in the event the Court holds that it (1) has jurisdiction and (2) the authority to regulate private fee agreements, the Court withdraw and set aside the Capping Order as to Movants and their clients, schedule an evidentiary hearing on the matter, set a briefing schedule, and thereafter rule based on the record of evidence. In the further alternative, in the event the Court denies all other requested relief, Movants request that the Court clarify the Capping Order's status by entering a separate judgment under Rule 54(B) and/or Rule 58(D) of the Federal Rules of Civil Procedure so that Movants can appeal the Capping Order.

                                                Respectfully submitted,

                                                /s/ Douglas A. Allison
                                                Douglas A. Allison
                                                State Bar No. 01083500
                                                Federal ID No. 10252
                                                LAW OFFICES OF DOUGLAS A. ALLISON
                                                500 North Water Street, Suite 1200
                                                Corpus Christi, Texas 78471
                                                361-888-6002
                                                361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 6th day of January, 2009.

/s/ Douglas A. Allison
Douglas A. Allison

| | | | |
|---|---|---|---|
| 1. | Danaila Vlasquez de Alvarado | | |
| 2. | Katherine Arney | 2:07cv00945 | VCN: 1081632 |
| 3. | Crystina Bautista | | VCN: 1081672 |
| 4. | Emil Kenneth Braune | 2:07cv02138 | VCN: 1081633 |
| 5. | Maria Cabrera | | VCN: 1081674 |
| 6. | Delia Cantu | 2:07cv00920 | VCN: 1081634 |
| 7. | Luis Cantu | 2:07cv00933 | VCN: 1081635 |
| 8. | Maria Cardenas | 2:07cv00935 | VCN: 1081636 |
| 9. | Sharon Davis | | VCN: 1081657 |
| 10. | Adolfo Deleon | 2:07cv02121 | VCN: 1081637 |
| 11. | Maria Deleon | 2:07cv02133 | VCN: 1081638 |
| 12. | Elizabeth Fox, Deceased | 2:07cv00943 | VCN: 1081639 |
| 13. | Beatriz Garcia | | VCN: 1081676 |
| 14. | Celia Garza Garcia | | VCN: 1081677 |
| 15. | Juanita Garrette | 2:07cv02140 | VCN: 1081640 |
| 16. | Dora Hernandez | 2:07cv02129 | VCN: 1081641 |
| 17. | Ignacio Hernandez | 2:06cv03359 | VCN: 1081642 |
| 18. | Gwendolyn Herron | 2:07cv00915 | VCN: 1081643 |
| 19. | Coleman Ison | 2:07cv02141 | VCN: 1081644 |
| 20. | Nathaniel Knight | 2:07cv02144 | VCN: 1081645 |
| 21. | Rosario Lechuga | 2:07cv02110 | VCN: 1081646 |
| 22. | Juan Lizardi | 2:07cv02107 | VCN: 1081647 |
| 23. | Ben Longoria | 2:07cv00918 | VCN: 1081648 |
| 24. | Berta Martinez | | VCN: 1081678 |
| 25. | Esther McConoghy | 2:07cv02142 | VCN: 1081649 |
| 26. | Cristina Hernandez Mendoza | 2:07cv00928 | VCN: 1081650 |
| 27. | James Mercer | 2:06cv11129 | VCN: 1081651 |
| 28. | Jonna Murchison | 2:07cv00950 | VCN: 1081652 |
| 29. | Juanita Phillips | 2:07cv00952 | VCN: 1081653 |
| 30. | Maria Quintanilla | 2:07cv02135 | VCN: 1081654 |
| 31. | Maria Gonzalez de Ramirez | 2:07cv00930 | VCN: 1081655 |
| 32. | Rodolfo Regalado | 2:07cv02125 | VCN: 1081656 |
| 33. | Richard Rodriguez, Deceased | 2:07cv00954 | VCN: 1081657 |
| 34. | Minerva Rosas | 2:07cv00922 | VCN: 1081658 |
| 35. | Amanda Salinas | | VCN: 1081679 |
| 36. | Celia Sanchez | 2:07cv00919 | VCN: 1081659 |
| 37. | Elvira Serna | 2:07cv00942 | VCN: 1081660 |
| 38. | Ruby Shaw | 2:07cv02143 | VCN: 1081661 |
| 39. | Julio Sierra | 2:07cv02130 | VCN: 1081662 |
| 40. | Sandra Smith | 2:06cv11168 | VCN: 1081663 |
| 41. | Irma Solis | 2:07cv00939 | VCN: 1081664 |
| 42. | Eddie Tealer | 2:07cv00946 | VCN: 1081665 |
| 43. | Brian Thompson | 2:07cv00951 | VCN: 1081666 |
| 44. | Marcelina Tijerina | 2:07cv02132 | VCN: 1081667 |
| 45. | Martha Torres | 2:07cv00931 | VCN: 1081668 |
| 46. | Marilyn Trent | 2:07cv02139 | VCN: 1081669 |
| 47. | Javier Trevino | 2:07cv02131 | VCN: 1081670 |
| 48. | James Williams | 2:06cv11167 | VCN: 1081671 |