UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>**Claimants on Attached List** | CIVIL ACTION<br><br>No. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**ORDER GRANTING MOTION FOR RECONSIDERATION / REVISION
OF ORDER CAPPING CONTINGENT FEES
AND ALTERNATIVELY FOR ENTRY OF JUDGMENT**

On the _____ day of _____, 2009, the Court considered Movant's Motion for Reconsideration / Revision of Order Capping Contingent Fees and Alternatively For Entry of Judgment. After considering the motion, the court states the following:

It is hereby ORDERED AND DECREED that Movant's Motion for Reconsideration / Revision of Order Capping Contingent Fees and Alternatively For Entry of Judgment is GRANTED.

SIGNED this _____ day of _____, 2009.

_____
U.S. District Judge

1