UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON | * | MAGISTRATE JUDGE KNOWLES |
| EXHIBIT "A" | * | |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO SHOW
CAUSE WHY CERTAIN MEDICAL PROVIDERS SHOULD
NOT BE HELD IN CONTEMPT OF COURT FOR FAILING
TO COMPLY WITH PRETRIAL ORDERS NOS. 35 AND/OR 35A**

The Plaintiffs identified on the attached Exhibit "A", all of whom are represented

by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., file this Motion

to Withdraw the previously filed Motion to Show Cause Why Certain Medical Providers

Should Not Be Held in Contempt for failing to Comply with Requests Made for the

Production of Certain Medical Records from the healthcare providers listed below.

1.      Claimant Revonia Peters filed the motion to show cause on December 19,

2008.  Since filing said motion, Eduardo Cossio, M.D. has produced the requested

medical records.

The motion to show cause shall remain in effect for all other health and providers named in the prior filed motion to show cause.

Dated: _____

Respectfully submitted,

_/s/ Benjamin L. Locklar_____
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

In addition, a copy of the foregoing was today served by U.S. Mail, Return Receipt Requested, on the health care providers listed on Exhibit "A".

___/s/ Benjamin L. Locklar_____
**BENJAMIN L. LOCKLAR**
**ATTORNEY FOR PLAINTIFFS**

**EXHIBIT "A"**

| Plaintiff | Facility's Information | Facility's Response | Status |
|---|---|---|---|
| Revonia Peters | Eduardo Cossio, M.D. 1075 South Main Street #300 Madison, GA  30650 | Refuses to provide records (Mediconnect) | Records provided 12-29-08 **Withdrawing** |
| Amanda Tinsley | Central Drug Store 628 Wilson Avenue Mobile, AL  36610 | Refuses to provide records (Mediconnect) | No records provided |