| | |
|---|---|
| DOROTHY ADAMS, ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). <br> Only with regard to Sheila Davis | UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF LOUISIANA <br><br> DOCKET NO. 2:05-cv-04430-EEF-DEK <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br> **AS TO ALL DEFENDANTS** |

Pursuant to Fed. R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Sheila Davis, Individually and as the putative derivative claimant of Elbert Davis, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. Further all rights of the principal claimant, Elbert Davis, to pursue his claim against defendant, Merck & Co., Inc. are expressly reserved.

_/s/ Shawn C. Reed_
SHAWN C. REED, LSBA #14304
HOWARD & REED
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985)893-3607
Facsimile: (985)893-3478
sreed516@bellsouth.net

Dated: 12/29/2008

_/s/ Dorothy H. Wimberly_
Attorney for Merck & Co., Inc
Phillip A. Wittman
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Dated: 1/6/09

V1013