| | |
|---|---|
| DOROTHY ADAMS, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). <br> Only with regard to Betty Pace | UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF LOUISIANA <br><br> DOCKET NO. 2:05-cv-04430-EEF-DEK <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br> **AS TO ALL DEFENDANTS** |

Pursuant to Fed. R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Betty Pace, Individually and as the putative derivative claimant of Huey Pace, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. Further all rights of the principal claimant, Huey Pace, to pursue his claim against defendant, Merck & Co., Inc. are expressly reserved.

_____
SHAWN C. REED, LSBA #14304
HOWARD & REED
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985)893-3607
Facsimile: (985)893-3478
sreed516@bellsouth.net

Dated: 12/29/2008

_____
Attorney for Merck & Co., Inc
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, LA 70130
(501) 581-3200

Dated: 1/6/09

V1013