| | |
|---|---|
| CAROL JONES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GENEVA WAYNE, DECEASED; QUEEN WAYNE; GENEVA RICHARDS; AND RAPUNZEL MULLEN<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., ET AL.<br><br>Defendants. | IN THE UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL: 1657<br><br>DOCKET NO. 2:05-cv-04412 |

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE FOR RAPUNZEL MULLEN, ONLY, INDIVIDUALLY.

Pursuant to Fed. R. 41, the undersigned counsel hereby stipulate that all claims for Plaintiff, **Rapunzel Mullen,** Individually, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. Plaintiff's of the Estate of Geneva Wayne; Carol Jones; Queen Wayne; Geneva Richards are not dismissed.

_____
Grant Kaiser
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000

Dated: 12/23/2008

_____
Attorney for Merck & Co., Inc
Phillip A. Wittman
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Dated: 1/6/09

VCN 1101384
V1013