UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                              MDL NO. 1657  
**PRODUCTS LIABILITY LITIGATION:**

                                                                          SECTION:  L

…………………………………………………..      JUDGE FALLON  
                                                                          MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
**Chickadel et al v. Merck & Co Inc., 2:05-cv-05834-EEF-DEK**  
**Plaintiff Shirley Jones**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Shirley Jones, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen is withdrawn as attorneys for Plaintiff Shirley Jones.

IT IS SO ORDERED.

DATED: _____, 2009

                                                      _____  
                                                      Honorable Eldon E. Fallon/Judge  
                                                      United States District Court Judge  
                                                      Eastern District of Louisiana