UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

JUDGE FALLON
………………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Chickadel et al v. Merck & Co Inc., 2:05-cv-05834-EEF-DEK**
**Plaintiff Shirley Jones**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

Dated: January 8, 2009             RESPECTFULLY SUBMITTED,

                                   BROWN AND CROUPPEN

                                   /s/ Seth S. Webb
                                   Seth S. Webb, MO #505666
                                   Brown & Crouppen, P.C.
                                   720 Olive Street, Ste. 1800
                                   St. Louis, MO 63101
                                   (314) 421-0216
                                   (314) 421-0359 fax
                                   swebb@brownandcrouppen.com