U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN - 8 2009

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 08-31255

MD 05-1657. L

In Re: VIOXX LITIGATION CONSORTIUM

Petitioner

United States Court of Appeals
Fifth Circuit

**FILED**
December 31, 2008

Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that petitioners' motion for leave to file the petition for writ of mandamus in excess of the page limitation is GRANTED.

IT IS FURTHER ORDERED that the district court's Appointment Order of December 19, 2008 is STAYED until further order of this Court.

/s/ E. GRADY JOLLY
CIRCUIT JUDGE



A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Deputy
New Orleans, Louisiana  DEC 3 1 2008

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 31, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-31255  In Re: Vioxx Litigat
        USDC No.  2:05-MD-1657

Enclosed is an order entered in this case.

                  Sincerely,

                  CHARLES R. FULBRUGE III, Clerk

      By: _____
                  Cindy Broadhead, Deputy Clerk
                  504-310-7707

Ms Madeleine M Fischer
Ms Virginia W Gundlach
Mr Harry S Hardin III
Mr Eric Michael Liddick
Ms Loretta Whyte, Clerk

MOT-2