U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN -8 2009

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31255

MD 05-1657-L

In Re: VIOXX LITIGATION CONSORTIUM

        Petitioner

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 5, 2009

Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R :

IT IS ORDERED that the unopposed amicus curiae motion filed by Associate Professor Stacy E. Seicshnaydre Director, Tulane Civil Litigation Clinic to file response to writ of mandamus and stay is GRANTED.

/S/E. GRADY JOLLY
--------------------------------
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

MOT-21

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
          Deputy
New Orleans, Louisiana  JAN 5 2009