UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Geneva Thibodeaux, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.,*<br><br>**Only with regard to:**<br><br>**James Coleman, Leah Judwin and Michelle Judwin** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-2920<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiffs James Coleman, Leah Judwin and Michelle Judwin in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

950103v.1