IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY COOK and REBECCA COOK, | : | CIVIL ACTION NO.: |
| ALVIN FRANK TODD and | : | |
| LAVERNE TODD, | : | 2:06-cv-06643 |
| DORIS FORD and EDDIE FORD, | : | |
| DONALD PAUL SCHERFF and | : | |
| LEONA DAVIDSON SCHERFF, | : | JUDGE FALLON |
| ALICE FAYE ANDERSON, | : | |
| THOMAS HAMILTON and | : | MAGISTRATE JUDGE |
| CLARA BELL HAMILTON, | : | KNOWLES |
| | : | |
| *Plaintiffs,* | : | STIPULATION OF DISMISSAL |
| | : | WITH PREJUDICE |
| vs. | : | AS TO ALL DEFENDANTS, |
| | : | AS TO PLAINTIFF |
| | : | LAVERNE TODD, ONLY |
| | : | |
| MERCK & CO., INC. | : | |
| | : | |
| *Defendant.* | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, LAVERNE TODD *only* against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

/s/ Christopher Paris
Attorney for Laverne Todd

Christopher J. Paris
The Paris Law Firm
1001 Texas Ave., Ste. 1400
Houston, Texas 77002

Dated: 1/9/09

/s/ Dorothy H. Wimberly
Attorney for Merck & Co., Inc.

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Dated: 1/9/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of January, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:  504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2