UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Rose Washington* on behalf of *David Washington  v. Merck & Co., Inc.*<br>E.D.La. Docket No. 07-7077 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION AND ORDER OF DISMISSAL

NOW INTO COURT through undersigned counsel, comes Rose Washington on behalf of David Washington (deceased) a plaintiff in the above captioned matter, and on suggesting to this Honorable Court that it is the desire of Rose Washington on behalf of David Washington to dismiss, without prejudice, the claim that she has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs thereto.

Respectfully submitted,

/s/ Russ M. Herman

_____

**Russ M. Herman,** La. Bar No. 6819
**LEONARD A. DAVIS**, La. Bar No. 14190
**HERMAN HERMAN KATZ & COTLAR ,LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892

                                      Fax No. (504) 561-6024
                                      E-Mail: rwestenfeld@hhkc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th th day of January, 2009.

                                        /s/ Russ M. Herman

                                        _____