**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**