UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>*Rose Washington* **on behalf of** *David Washington  v. Merck & Co., Inc.*<br>**E.D.La. Docket No. 07-7077** | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

### ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of Rose Washington on behalf of David Washington (deceased) in the above captioned matter, be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE