UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *Terry Cook, et al.*  v.  *Merck & Co., Inc.,*  **Only with regard to:**  **Laverne Todd** | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:06-cv-6643  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Laverne Todd in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of January, 2009.

_____
DISTRICT JUDGE

950103v.1