UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCT LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| Shannon Thibault | * | |
| v. | * | 2:08-cv-03572-EEF-DEK |
| Merck & Co., Inc. | * | |

*********************************************************************

PLAINTIFF THIBAULT'S
OPPOSITION TO DISMISSAL OF HER CASE

Merck & Co., Inc. ("Merck") complains that Shannon Thibault has failed to provide certain discovery and that her case should be dismissed with prejudice. More particularly, Merck says it has not been provided with a case specific expert report in this case.

Ms. Thibault has complied either specifically or substantially with all discovery related orders and rules in connection with this matter. She has provided the following records, reports and other information to Merck:

1.      Prior to commencing her lawsuit on April 9, 2008, in the United States District Court for the Eastern District of Arkansas, Ms. Thibault submitted her medical records to Merck in an attempt to join with others to settle her claim.

1

Her medical records consist of 325 pages of reports, notes, test results, etc., prepared by healthcare professionals in the course of treating Ms. Thibault. In addition, the records contain a letter from one of her doctors dated April 11, 2005, addressed "To Whom It May Concern" that states:

> This woman is 51years old and had myocardial infarction in 2004. She had been on Vioxx regularly since December 1999 until early in 2004. This medication has been implicated in the onset of heart disease, congestive heart failure and stroke. She had myocardial infarction. Other contributory factors include hypertension and hyperlipidemia. This medication may have been a factor in her case of heart disease. If there are specific questions regarding this case, contact my office.
> Sincerely, /s/ James W. Logan, M.D.

A second copy of these medical records, including the letter from Dr. Logan, was received in the offices of Merck's Attorneys at 725 Twelfth Street, N.W., Washington, D.C., 20005-5901 on December 1, 2008.

2.  In addition, Ms. Thibault submitted her affidavit of treating physicians and pharmacies as well as copies of her notices to preserve records to those persons to Merck's attorneys, Williams & Connolly, LLP, on August 12, 2008.

Ms. Thibault has complied, if not precisely, substantially with PTO 29 in a timely manner. Her case should be allowed to proceed.

                                        Respectfully Submitted,

                                        <u>/s/ Richard L. Hughes</u>
                                        Richard L. Hughes  ABA # 82081
                                        400 W. Capitol Ave., Suite 1700
                                        Little Rock, AR 72201
                                        (501) 376-1112
                                        lawyerhughes@sbcglobal.net

            AND

                                        <u>/s/ Thomas P. Thrash</u>
                                        Thomas P. Thrash  ABA # 80147
                                        Attorney at Law
                                        1101 Garland Street
                                        Little Rock, AR 72201
                                        (501) 374-1058
                                        tomthrash@sbcglobal.net

                                        Attorneys for Shannon Thibault

## **CERTIFICATE OF SERVICE**

I hereby certify that this pleading is being filed electronically via CM/ECF, United States District Court, Eastern District of Louisiana. In addition, a hard copy shall be mailed to the following attorneys:

Dorothy H. Wimberly, Esq.
546 Carondelet Street
New Orleans, LA 70130

Eva Petko Esber, Esq.
725 Twelfth Street, N.W.
Washington, D.C. 20005

on this 14th day of January, 2009.                    /s/ Thomas P. Thrash