UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| KATHLEEN CAMPBELL | * | |
| | * | MAG. JUDGE KNOWLES |
| v. | * | No. 2:06-cv-03146-EEF-DEK |
| | * | |
| MERCK & CO., INC., | * | |
| RITE AID OF NEW YORK, INC., | * | |
| RITE AID PHARMACY, | * | |
| RITE AID PHARMACY, | * | |
| RITE AID PHARMACY, | * | |
| RITE AID PHARMACY, | * | |
| CVS PHARMACY, INC., and | * | |
| CVS PHARMACY | * | |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MERCK &CO, INC.'S FOURTH MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DIMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH LONE PINE REQUIREMENTS OF PTO 28**

## PRELIMINARY STATEMENT

This Memorandum is being submitted by the Plaintiff in the above captioned matter in opposition to the Order to Show Cause of Merck & Co., Inc.

By way of background, this suit was commenced against defendant Merck & Co, Inc. and the Rite Aid Pharmacy and CVS Pharmacy in New York State Supreme Court, Erie County. Of note, the Rite Aid Pharmacy defendants are New York State domestic entities. Defendant Merck subsequently filed a Notice of Removal in the United States District Court, Western District of New York claiming fraudulent joinder of the Rite Aid Pharmacy and CVS Pharmacy defendants. The Notice of Removal by defendant Merck is attached as **Exhibit A**. Plaintiff subsequently filed a Motion to Remand this matter back to the New York State Supreme Court on the grounds that Merck's removal petition was defective due to the lack of diversity. The motion was filed on January 23, 2006 and is attached as **Exhibit B**. Upon motion by Defendant Merck, the transferring Court stayed the proceedings in this matter (See **Exhibit C**). As a result, the motion was not decided by the transferring Court and remains pending.

**POINT I:** **MERCK DOES NOT HAVE STANDING TO BRING THIS MOTION**

As noted above, the only basis that defendant Merck had remove this action to federal court was its claims that the Rite Aid and CVS defendants were fradently joined and as such are not proper parties to this action. The Plaintiff vehemently opposes these claims as outlined in her Motion to Remand. It is the Plaintiff's contention that this Court, in general, does not have jurisdiction over this matter as Merck improperly removed this action and it should be under the jurisdiction of the New York State Supreme Court, Erie County.

Defendant Merck has no basis for bringing this dismissal motion before this Court in this action as Plaintiff has extensively outlined the factual and legal authority in its Motion to Remand demonstrating that this action was improperly removed and should not before this Court.

## CONCLUSION

WHEREFORE, an Order of this Court is respectfully requested denying defendants' motion. Due to the basis set forth in Plaintiffs' remand motions, Plaintiffs also seek an Order of this Court remanding these cases back to New York State Supreme Court, Erie County for further proceedings and for such other relief as this Court deems just and proper.

DATED: Lancaster, New York
      January 14, 2009    /s/Theresa M. Walsh
                                                Theresa M. Walsh, Esq.
                                                BROWN CHIARI, LLP
                                                **Attorneys for Plaintiff**
                                                5775 Broadway
                                                Lancaster, New York  14086
                                                Phone: (716) 681-7190

Fax: (716) 681-8136  
twalsh@brownchiari.com

UNITED STATES DISTRICT COURT
EASTHERN DISTRICT OF LOUISIANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

KATHLEEN CAMPBELL

v.

MERCK & CO., INC.,
RITE AID OF NEW YORK, INC.,
RITE AID PHARMACY,
RITE AID PHARMACY,
RITE AID PHARMACY,
RITE AID PHARMACY,
CVS PHARMACY, INC., and
CVS PHARMACY

**CERTIFICATE OF SERVICE**
No. 2:06-cv-03146-EEF-DEK

    I hereby certify that on January 14, 2009, that the above foregoing has been served on Liasion Counsel Russ Herman, Esq. and Phillip Wittmann, Esq., Liaison Counsel by U.S.Mail and e-mail; and upon Dorothy H. Wimberly, Esq. and all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court, Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

DATED:  January 14, 2009
           Lancaster, New York

           /s/Theresa M. Walsh
Theresa M. Walsh, Esq.
BROWN CHIARI, LLP
5775 Broadway
Lancaster, New York  14086
Phone: (716) 681-7190
Fax: (716) 681-8136
twalsh@brownchiari.com

- BROWN CHIARI, LLP -