## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the Attached Exhibit A | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT ORDER

Defendant Merck & Co., Inc.'s Fourth Cross Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed for Failure Prosecute, R. Doc. 17136, came on for hearing on the 19th day of December, 2008.

Considering the discussions with Jones, Swanson, Huddell and Garrison regarding the plaintiffs represented by the firm, the parties agree that the plaintiffs listed on the attached Exhibit A will be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28. *See* R. Doc. 17303. Accordingly,

**IT IS ORDERED** that the above-listed plaintiff show cause on the 22nd day of January 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule (R. Doc. 16033) should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiff shall file and serve upon Liaison Counsel any opposition to the Rule on or before

the 14th day of January, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-referenced case any reply to the opposition on or before the 20th day of January, 2009.

**IT IS FURTHER ORDERED** that, as to the plaintiffs on the attached Exhibit A:

- Plaintiffs' counsel seeking to withdraw must deliver to the plaintiff by December 24, 2008, a copy of Merck's motion to dismiss the plaintiffs' claim with prejudice and a copy of this Order;

- By no later than January 9, 2009, each plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiff who notifies the Curator of his intention to proceed with his claim shall, no later than January 30, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent him in this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve an expert report in compliance with PTO 29; and

- Failure to notify the Curator as noted above by January 9, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 29 shall constitute grounds for dismissal of the claim.

- The Curator's office can be reached as follows: Robert Johnson at 504-561-7799 or Claudia Santoyo at 504-581-2606.

958357v.1

NEW ORLEANS, LOUISIANA, this 19th day of December, 2008.

*[Signature: Eldon E. Fallon]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

1. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Susan Bell) (filed October 1, 2008)

2. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Donald Billizon)   (filed October 1, 2008)

3. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lynda Brant) (filed October 1, 2008)

4. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Brown)   (filed October 1, 2008)

5. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lubertia Bunch) (filed October 1, 2008)

6. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Marion Burton) (filed October 1, 2008)

7. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Cole) (filed October 1, 2008)

8. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joycelyn Collins)   (filed October 1, 2008)

9. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Davis) (filed October 1, 2008)

10. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lawrence Davis)   (filed October 1, 2008)

11. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Laurence Debose)   (filed October 1, 2008)

12. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Stephanie Delahoussaye)   (filed October 1, 2008)

13. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paul Duhe, Jr.) (filed October 1, 2008)

14. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (William Duncan)   (filed October 1, 2008)

15. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Alice Faas) (filed October 1, 2008)

16. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Mona Fisher) (filed October 1, 2008)

17. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tiwanda Franklin)   (filed October 1, 2008)

18. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (MaryJane Roy Garrick)   (filed October 1, 2008)

19. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Gibson) (filed October 1, 2008)

20. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Pamela Green) (filed October 1, 2008)

21. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Harmon) (filed October 1, 2008)

22. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Betty Hartfield) (filed October 1, 2008)

23. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Conchita Harvey)   (filed October 1, 2008)

24. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Edwin Henson) (filed October 1, 2008)

25. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Charlotte Kleinpeter)   (filed October 1, 2008)

26. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Manno)   (filed October 1, 2008)

27. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (John McKinley) (filed October 1, 2008)

28. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Merricks)   (filed October 1, 2008)

29. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Morris)   (filed October 1, 2008)

30. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ruby Nicolosi) (filed October 1, 2008)

31. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ameal Parker) (filed October 1, 2008)

32. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Shirley Parkman)   (filed October 1, 2008)

33. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (C.P. Powell) (filed October 1, 2008)

34. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paulette Randall)   (filed October 1, 2008)

35. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Norman Ross) (filed October 1, 2008)

36. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Anita Simmons) (filed October 1, 2008)

37. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lilly Simpson) (filed October 1, 2008)

38. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Stewart) (filed October 1, 2008)

39. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tanya Thomas) (filed October 1, 2008)

40. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Sandra Taylor-Wilson)   (filed October 1, 2008)

41. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Tinsley) (filed October 1, 2008)

42. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (George Vercher)   (filed October 1, 2008)

43. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Angela Vincent)   (filed October 1, 2008)

44. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Walton)   (filed October 1, 2008)

45. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Elaine Williams)   (filed October 1, 2008)

958358v.1

Case 2:05-md-01657-EEF-DEK   Document 17516   Filed 12/19/2008   Page 7 of 7

46. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Edna Harness)   (filed October 1, 2008)

47. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Willie Jones)   (filed October 1, 2008)

48. *Crenshaw v. Merck & Co., Inc.,* Docket No. 2:06-cv-02085 (filed October 23, 2008)