Case 2:05-md-01657-EEF-DEK   Document 17632   Filed 01/14/09   Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 14 2009

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31255

MD 05-1657-L

In Re: VIOXX LITIGATION CONSORTIUM

Petitioner

U.S. COURT OF APPEALS
FILED
JAN 09 2009
CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that petitioner's unopposed motion to file reply to amicus curiae response to petition for writ of mandamus is GRANTED.

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

MOT-21

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana   JAN 09 2009

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 9, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 08-31255 In Re: Vioxx Litigat
        USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

              By: _____
                      Nancy Dolly, Deputy Clerk
                      504-310-7683

Ms Stacy Elizabeth Seicshnaydre
Ms Madeleine M Fischer
Ms Virginia W Gundlach
Mr Harry S Hardin III
Mr Russ M Herman
Mr Eric Michael Liddick
Mr Phillip A Wittmann
Judge Eldon E Fallon
Ms Loretta Whyte, Clerk

MOT-2