# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | First | Middle |
|---|---|---|---|
| | Webb | Seth | S. |

| Name of Law Firm | Brown & Crouppen, P.C. |
|---|---|

| Current Address | Street | | | | |
|---|---|---|---|---|---|
| | 720 Olive, Suite 1800 | | | | |
| | City | | State | Zip | Country |
| | St. Louis | | MO | 63101 | United States |

| Telephone Number | 800-536-4357 | Facsimile | 314-421-0359 | Email | swebb@brownandcrouppen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | First | Middle |
|---|---|---|---|
| | Jones | Shirley | |

| Plaintiff Address | Street | | | | |
|---|---|---|---|---|---|
| | 1290 Pennsylvania Ave, Apt 8 | | | | |
| | City | | State | Zip | Country |
| | Canon City | | CO | 81212 | United States |

| Telephone Number | 719-269-1522 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Ronald Chickadel, et al v Merck & Co., Inc. |
|---|---|

| Case Number | 2:05cv5834 |
|---|---|

| Court Where Case is Pending | United States District Court, Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|
| | | | |

| Address | Street | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | City | | State | Zip | Country |
| | | | | | |

| Telephone Number | . | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  01 / 8 / 2009 .
   <u>Month   Day   Year</u>

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 1 / 15 / 2009 (Month/Day/Year) | _____ Counsel |
|---|---|---|