| | |
|---|---|
| IN RE: VIOXX® PRODUCTS,<br><br>Liability Litigation<br><br>---<br>THIS RELATES TO: 05-3142<br><br>Civil Action No: | UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL Docket No.1657<br><br>Plaintiff: Macy (Mary) Virginia Cullins Jones |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2009 JAN -9 PM 5: 14 LORETTA G. WHYTE CLERK*

## MOTION TO DROP PARTY PLAINTIFFS

**NOW INTO COURT,** through undersigned counsel come and appear Mary Jones, et al. who respectfully represent as follows:

1.

That <u>S. J. Jones</u> and <u>Joyce Wilma</u> petitioners herein wish to withdraw as petitioners herein and have their names stricken from the record of these proceedings.

Wherefore petitioners, <u>S. J. Jones</u> and <u>Joyce Wilma</u> desire to withdraw as petitioners and have their names stricken from the record of these proceedings.

                                                  PIPER & LAFITTE
                                                  **Attorneys at Law**
                                                  **624 Pierre Avenue**
                                                  Post Office Box 69
                                                  Shreveport, Louisiana 71161
                                                  Telephone:  (318) 226-0826
                                                  Facsimile: (318) 424-9900

                                  BY:  _/s/ Robert E. Piper_____
                                         ROBERT E. PIPER, JR.,
                                         Bar Roll 10552

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No.____
```

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing motion on S. J. Jones, Joyce Wilma and opposing counsel on this \_\_\_\_6\_\_\_\_ day of January, 2009.

>PIPER & ASSOCIATES
>Attorneys at Law
>624 Pierre Avenue
>Post Office Box 69
>Shreveport, Louisiana 71161
>Telephone: (318) 226-0826
>Facsimile: (318) 424-9900
>
>BY: _____
>     ROBERT E. PIPER, JR.,