FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 14  PM 12: 52

LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX® PRODUCTS, | UNITED STATES DISTRICT COURT |
|  | EASTERN DISTRICT OF LOUISIANA |
|  | MDL Dockct No.1657 |
| Liability Litigation |  |
| THIS RELATES TO: 05-3142 | Plaintiff: Macy (Mary) Virginia Cullins Jones |
| Civil Action No: |  |

# ORDER

**FOREGOING CONSIDERED:**

**IT IS ORDERED** that S. J. Jones and Joyce Wilma be allowed to withdraw as petitioners in the above captioned and numbered cause.

**SIGNED** in New Orleans, Louisiana, this ___12___ day of ___Jan___, 2009.

U. S. DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____