

A CERTIFIED TRUE COPY
ATTEST
By April Layne on Jan 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 29, 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-148)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,788 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 14, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## SCHEDULE CTO-148 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 6 08-2003 | Ragnar Steinmo, et al. v. Merck & Co., Inc. | **09-124** |
| **MISSOURI EASTERN** | | |
| MOE 4 08-1776 | Billie Joe Thomas v. Merck & Co., Inc. | **09-125** |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 08-603 | Patsy Bowers v. Merck & Co., Inc. | **09-126** |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Judge Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

January 14, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-148)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on December 29, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
April C. Layne
Docket Specialist

Attachments

cc:   Transferee Judge:   Judge Eldon E. Fallon

JPML Form 36C

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                              MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-148)

Christopher J. Blake
NELSON MULLINS RILEY &
SCARBOROUGH LLP
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, NC 27612

Robert J. Burford
ROBERT J BURFORD & ASSOCIATES
311 Kinsey Street
Raleigh, NC 27603

Francis J. Flynn
CAREY & DANIS LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Barbara Bolton Litten
SQUIRE SANDERS & DEMPSEY LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

John H. McElyea, Jr.
MCELYEA SANTOS & BARNARD PA
1390 Hope Road
Suite 100
Maitland, FL 32751

Randy J. Soriano
BRYAN CAVE LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588