UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------

**In Re: VIOXX MARKETING, SALES**    :
**PRACTICES AND PRODUCTS**    :
**LIABILITY LITIGATION**    :
            :     **MDL Docket No.: 1657**
            :     **SECTION L**
            :     **JUDGE FALLON**
            :     **MAG. JUDGE KNOWLES**
            :

-----------------------------------------------------

**THIS DOCUMENT RELATES TO : William Andrew Curl and Tonya Curl**
**MDL NO.: 2:05-CV-5295**

     **PLEASE TAKE NOTICE**, the Law Offices of Ronald R. Benjamin located at 126

Riverside Drive, P.O. Box 607, Binghamton, New York 13902 will appear as attorney(s) of

record for the plaintiffs in the above-entitled action.

_____

RONALD R. BENJAMIN, ESQ. Fed No. 110131
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

PHILLIP WITTMANN, ESQ.
Attorneys for Merck
Stone Pigman Walther WittmannLLC
546 Carondelet Street
New Orleans, Louisiana 70130