UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL 1657

PRODUCTS LIABILITY LITIGATION :

: SECTION L

:

: JUDGE FALLON

: MAG. JUDGE KNOWLES

---

THIS DOCUMENT RELATES TO: William and Andrew Curl and Tonya Curl
Docket No.: 2:05-CV-5295

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liason Counsels, PhillipWittman by ECF and U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on January 16, 2009.

Dated: January 16, 2009
Binghamton, New York

/s/ Ronald R. Benjamin