## Exhibit A

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Bergman and Frockt | Purcell, Angela | Cunningham, Lisa v. Merck & Co., Inc. | 2:08-cv-04400-EEF-DEK |
| Carey and Danis LLC; Biersdorf and Associates PA | Pitts, Clarence | Pitts, Debra v. Merck & Co., Inc. | 2:08-cv-04560-EEF-DEK |
| Matthews and Associates | Fisher, Juanita | Staples, Earnest v. Merck & Co., Inc. | 2:08-cv-04561-EEF-DEK |
| Weitz and Luxenberg PC | Gifford, Ralph | Gifford, Ralph v. Merck & Co., Inc. | 2:07-cv-09805-EEF-DEK |
| Weitz and Luxenberg PC | Johnson, Sandra | Johnson, Sandra v. Merck & Co., Inc. | 2:07-cv-09803-EEF-DEK |
| Weitz and Luxenberg PC | Mullins, Sylvia | Mullins, Sylvia v. Merck & Co., Inc. | 02:07-cv-09808-EEF-DEK |
| Weitz and Luxenberg PC | Parks El, Reginald | Parks El, Reginald v. Merck & Co., Inc. | 02:07-cv-09804-EEF-DEK |
| Weitz and Luxenberg PC | Stilley, Gladys | Stilley, Gladys v. Merck & Co., Inc. | 02:07-cv-09807-EEF-DEK |