## Exhibit B

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Lennon Law | Lennon, Janet | Lennon, Janet v. Merck & Co., Inc. | 2:08-CV-01417-EEF-DEK |
| Pro Se | Robinson, Bobbie | Robinson, Maurice v. Merck & Co., Inc. | 2:08-cv-01406-EEF-DEK |

Some PTO 29 discovery materials, no expert report

January 15, 2009

Page 1 of 1