UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the Plaintiffs' Liaison Counsel is granted leave of court to file its Memorandum in Support of Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE