UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the above and foregoing Motion for Leave to File Exhibit Under Seal filed on behalf of the Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the Plaintiffs' Liaison Counsel is granted leave of court to file Exhibit 2 to the Affidavit of Phillip A. Garrett, C.P.A., under seal and that such exhibit remain confidential subject to further orders of this Court.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE