# EXHIBIT A

```
 1  Ralph A. Campillo (State Bar No. 70376)
    Wendy A. Tucker (State Bar No. 121122)
 2  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    801 South Figueroa Street, 18th Floor
 3  Los Angeles, California 90017-5556
    Telephone: (213) 426-6900
 4  Facsimile: (213) 426-6921

 5  Michael K. Brown (State Bar No. 104252)
    Thomas J. Yoo (State Bar No. 175118)
 6  REED SMITH LLP
    355 South Grand Avenue, Suite 2900
 7  Los Angeles, CA 90071
    Telephone: (213) 457-8000
 8  Facsimile: (213) 457-8080

 9  Attorneys for Defendant
    Merck & Co., Inc.
10
```

**ORIGINAL FILED**

JUN 2 8 2007

LOS ANGELES SUPERIOR COURT

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| Coordination Proceeding Special Title (Rule 3.550(c))<br><br>This Document Applies to All<br><br>**INDIVIDUAL VIOXX® CASES** | CASE NO. JCCP No. 4247<br><br>**NOTICE OF RULING RE: JUNE 1, 2007 GENERAL STATUS CONFERENCE**<br><br>DATE:   June 1, 2007<br>TIME:    8:30 a.m.<br>PLACE:  Dept. 324<br><br>The Honorable Victoria G. Chaney |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Status Conference was held in the above coordinated proceedings on June 1, 2007 before the Honorable Victoria G. Chaney. Counsel for various Plaintiffs and Defendants were present. The Court ruled as follows:

**A.     Plan for Remand of MI Cases**

After consideration of Remand proposals submitted by both sides, the Court announced the following tentative plan for the eventual remand of MI cases to their counties of origin:

     1.     A new pool of MI users from which future trials will be selected is to be formed as follows:

C. <u>Next General Status Conference</u>

The next General Status Conference will be held on September 24, 2007 at 2:00 p.m.

DATED: June 28, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Ralph A. Campillo
Wendy A. Tucker
Karen Woodward
Attorneys for Defendant
Merck & Co., Inc. and Defense Liaison Counsel

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On June 28, 2007, I served the within document(s):

**NOTICE OF RULING RE: JUNE 1, 2007**
**GENERAL STATUS CONFERENCE**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ ELECTRONIC MAIL – by transmitting via email the document(s) listed above to the email address set forth below.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

☒ CASE HOME PAGE – by submitting an electronic version of the above referenced documents via file transfer protocol to the CaseHomePage. Pursuant to the Court's Electronic Case Management Order (CMO No. 1), service upon all parties listed in the 32nd Master Service List is deemed complete when the above – referenced documents have been posted on CaseHomePage. The 32nd Master Service List is currently available for review on CaseHomePage under the folder Vioxx – Service Lists entitled Thirty-First Amended Master Service List.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 28, 2007, at Los Angeles, California.

*/s/ Angelo McCabe*
Angelo McCabe

LA/694705v1