# Exhibit A

RUSS M. HERMAN
820 O'Keefe Avenue, New Orleans, Louisiana 70113
Telephone (504) 581-4892, Facsimile (504) 561-6024

## BIOGRAPHY

RUSS HERMAN is a Senior Partner in the firm of Herman, Herman, Katz & Cotlar of New Orleans, Louisiana. He graduated from Tulane University with a B.A. Degree and L.L.B. in 1966. In 1977, he was chosen "Outstanding Trial Lawyer" by the Louisiana Trial Lawyers Association, and was LTLA President in 1980-81.

He has authored over 200 articles, papers and books in various aspects of Civil Trial Practice and has been published in various works including Am Jur; Trials; Shepard's/McGraw Hill; The National Business Institute; Trial Magazine; The Forum; and Personal Injury Annual by Matthew Bender.

Mr. Herman has served on the faculty of the Practicing Law Institute - The National College of Trial Advocacy and has lectured at Tulane, L.S.U., Loyola, Georgetown, Hastings and other law schools.

Mr. Herman served as President of the (ATLA) Association of Trial Lawyers of America (1989-1990); President of the Civil Justice Foundation (1987-1988); and President of the Roscoe Pound Foundation (1991-1993). He is a Diplomate of the American Board of Professional Liability attorneys; a Diplomate of the National College of Advocacy, a Fellow and Director of the International Academy of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA),a Fellow of the International Society of Barristers, a Barrister of the American College of Barristers. In July of 2001, Mr. Herman was selected for The Leonard M. Ring Champion of Justice Award, which is the highest honor bestowed by ATLA. He has also received the ATLA Lifetime Achievement Award (1999) and the Joe Tonahill Award (1998); Pursuit of Justice Award (American Bar Association Tort Trial & Insurance Practice Section (TIPS) 2005) and; City Business' Top 100 Leaders in Law for 2005and 2006.

Mr. Herman has been selected for listing by Naifeth and Smith in their book "Best Lawyers in America" in Personal Injury, Maritime, Complex Litigation and Appellate Trial Practice areas.

He is the author and performer of ATLA's best selling, 6-Volume Video Trial Practice Series, "Courtroom Persuasion: Art, Drama & Science" and a 443-page book by the same title published by West Group, Clark Boardman Thomson and ATLA Press and is the author for West Group's two-volume series Louisiana Personal Injury.

The National Law Journal named Mr. Herman as one of Louisiana's top ten litigators and the American Law Journal highlighted Mr. Herman in its June 1999 issue, and Fortune Magazine featured his litigation accomplishments in the July 3, 2000, issue.

In April 2003, the Third Edition of Chamber's USA "America's Leading Business Lawyers" (2003-2004) listed Mr. Herman as the leading individual trial lawyer in Louisiana in General and Commercial Litigation.

In 2004, a jury returned a $591,000,000 verdict in Scott v American Tobacco, et al. (96-8461,

Orleans Parish, Civil District Court). Mr. Herman was lead trial counsel in this case. Mr. Herman is Court Appointed: Liaison and Lead Counsel in In Re Propulsid: MDL 1355 case; Liaison Counsel and Member of PSC Executive Committee and In Re Vioxx: MDL1657.

In 2005, Mr. Herman was selected from over 15,000 nation-wide nominees as one of American's 500 Leading Lawyers and Jurists by "Lawdragon" publications and in 2006, as one of America's Top 500 Litigators. In 2007, he was selected by "The Legal 500" as one of the 500 top litigators in the country. And again in 2008 as one of the 500 Top Litigators in the U.S.

Russ Herman was named 2007 Lawyer of the Year by Lawyers USA on December 19, 2007, citing his role as the lead negotiator for Plaintiffs in reaching the recent $4.85 Billion Settlement with Merck in the Vioxx Litigation.

Russ Herman and the Firm has been retained in 2008 as Special Counsel to the Council of the City of New Orleans.

For more information see: www.hhkc.com