# Exhibit B

# Substantive Motions of the PSC in MDL-1657[*]

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 1  | 6/7/2005   | 427        | MOTION for appointment of interim class counsel by Plaintiffs' Steering Committee. |
| 2  | 6/15/2005  | 456        | MOTION for Extension of Time to File common benefit time & expense records by Plaintiffs' Steering Committee. |
| 3  | 6/15/2005  | 492        | MOTION to Modify 422 the June 6, 2005 Order to limit its applicability where the treating physician has been named as a dft by Plaintiff. |
| 4  | 6/29/2005  | 486        | MOTION for an Order Securing Allocation of Counsel Fees & Costs for Admin & Common Benefit Work by Plaintiffs' Steering Committee. |
| 5  | 8/5/2005   | 805        | MOTION for Protective Order regarding unilateral cross-noticing of New Jersey depos by Plaintiffs' Liaison Counsel. |
| 6  | 8/10/2005  | 832        | MOTION to Amend/Correct Caption of Master Complaints for Personal Injury & Medical Monitoring by Plaintiffs' Liaison Counsel. |
| 7  | 8/10/2005  | 834        | MOTION to Amend/Correct Caption on Master Complaints regarding Purchase Claims by Plaintiffs' Liaison Counsel. |
| 8  | 8/26/2005  | 958        | MOTION to Compel Answers to Master Set of Interrogs (Foreign Vioxx Related Activities) by Plaintiffs' Liaison Counsel & Steering Committee. |
| 9  | 8/26/2005  | 1,466      | MOTION to Compel Answers to Master set of interrogs & prod of docs (Concerning Arcoxia) by PLC & PSC. |
| 10 | 9/28/2005  | 954        | MOTION to Stay Class Briefing by Plaintiffs' Steering Committee. |
| 11 | 10/11/2005 | 1,038      | MOTION to Compel production of documents improperly claimed as privileged on Merck's Privilege Log by PLC & PSC. |
| 12 | 11/7/2005  | 1,335      | MOTION for Suggestions of Remand in connection w/class certification or for individual state class certifications & for leave to seek MDL Court to sit by designation in each of transferor court jurisdictions at issue by Plaintiff. |
| 13 | 12/2/2005  | 2,044      | MEMORANDUM in Support filed by Plaintiffs' Steering Committe re MOTION for Reconsideration of ruling on Dr. Tom Baldwin. |
| 14 | 12/8/2005  | 2,171      | MOTION to Certify Nationwide Class Action for personal injury & wrongful death by Plaintiffs' Steering Committee. |
| 15 | 1/20/2006  | 2,804      | MOTION for clarify PTO #17 regarding assembly of prior discovery by Plaintiffs' Liaison Counsel. |
| 16 | 1/24/2006  | 3,003      | MOTION to Amend/Correct First Master Class Action Complaint (Medical Monitoring by Plaintiff. |

---

[*] Excerpted from MDL-1657 Docket as of January 13, 2009

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 17 | 1/27/2006  | 2,979      | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re MOTION for clarification of PTO #19. |
| 18 | 3/27/2006  | 3,906      | MOTION for Rapid Remand by Plaintiffs' Steering Committee. |
| 19 | 5/2/2006   | 4,513      | Joinder by Plaintiffs' Steering Committee re EMERGENCY MOTION to Quash Subpoena by David J. Graham, MD. |
| 20 | 8/18/2006  | 6,334      | MOTION to Compel Discovery Responses of Merck & Co., Inc., and Request for Expedited Hearing by Plaintiff. |
| 21 | 8/23/2006  | 6,491      | MOTION to Compel Production of Merck Profile Form and for an Order compelling Merck to cease and desist delaying the production of MPFs based on unwarranted grounds by Plaintiff. |
| 22 | 10/30/2006 | 8,354      | EX PARTE MOTION to Expedite Hearing by Plaintiff. |
| 23 | 11/10/2006 | 8,673      | AMICUS BRIEF in Response to Motion filed by Plaintiff re MOTION for New Trial. |
| 24 | 11/13/2006 | 8,697      | MOTION to Compel Responses to Third Set of Interrogatories and Third Set of Requests for Production of Documents by Plaintiff. |
| 25 | 11/22/2006 | 8,881      | MOTION to Compel Third-Party Subpoenas re Martin Report by Plaintiff. |
| 26 | 3/29/2007  | 10,601     | MOTION to Compel the Return of Attorney Work Product by Plaintiff. |
| 27 | 3/30/2007  | 10,615     | MOTION for Protective Order re duplicate discovery by Plaintiff. |
| 28 | 5/2/2007   | 10,922     | MOTION to Remand PSC's Renewed Motion to Implement Procedure for Rapid Remand by Plaintiff. |
| 29 | 5/29/2007  | 11,210     | MOTION for Discovery Plaintiffs' Steering Committee's Motion to Conduct Case Specific Discovery by Plaintiff. |
| 30 | 6/18/2007  | 11,397     | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18C. |
| 31 | 8/10/2007  | 12,008     | Amicus Curiae in response to Motion for New Trial entered by Plaintiff. |
| 32 | 11/1/2007  | 12,846     | Memorandum by Plaintiffs' Steering Committee's Omnibus Memorandum of Law in Opposition to Merck's 7345 Motions for Summary Judgment. |
| 33 | 11/7/2007  | 12,890     | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re MOTION for Summary Judgment. |
| 34 | 12/10/2007 | 13,070     | RESPONSE to Motion filed by Plaintiff re MOTION For Release of Trial Package (The Plaintiffs' Steering Committee's Response to Mr. Stratton's Motion for Release of Trial Package). |
| 35 | 12/12/2007 | 13,091     | EXPARTE/CONSENT MOTION Lift Stay The Plaintiffs' Steering Committee's Emergency Motion to Lift Stay for Purposes of Conducting Discovery Regarding the Website Known as "OfficialVioxSettlement.Com" by Plaintiff. |

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 36 | 12/12/2007 | 13,093 | EXPARTE/CONSENT MOTION to Lift Stay The Plaintiffs' Steering Committee's Emergency Motion to Lift Stay for Purposes of Conducting Discovery Regarding Certain Medical Records in the Possession of Express Scripts, Inc. by Plaintiff. |
| 37 | 1/10/2008 | 13,213 | EXPARTE/CONSENT MOTION The Plaintiffs' Steering Committee's Unopposed Motion to Lift Stay for Purposes of Conducting Discovery Regarding Certain Records in the Possession of the Food and Drug Administration by Plaintiff. |
| 38 | 2/8/2008 | 13,331 | MOTION to Compel Express Scripts to Comply with the Request Made in Connection with the Vioxx Settlement Program for the Prescription Drug Documents or Data Needed for the Vioxx Settlement Program by Plaintiff. |
| 39 | 2/14/2008 | 13,370 | RESPONSE to Motion filed by Plaintiff re MOTION Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement Agreement. |
| 40 | 3/10/2008 | 13,627 | MOTION to Dismiss the Verified Petition of Healthcare Recoveries, Inc. by Plaintiff. |
| 41 | 5/15/2008 | 14,450 | EXPARTE/CONSENT MOTION Plaintiffs' Steering Committee's Motion to Extend the Date of Implementation of Pre-Trial Order No. 6C by Plaintiff. |
| 42 | 6/23/2008 | 14,848 | Correction of Docket Entry by Clerk re Amicus Curiae Appearance; Filing attorney selected incorrect event. Correct event is Response/Memorandum in Opposition to Motion. Clerk took corrective action by re-docketing the event. |
| 43 | 6/26/2008 | 14,875 | EXPARTE MOTION to Dismiss and Strike Class Allegations in the Complaint by Defendant. |
| 44 | 7/16/2008 | 15,322 | RESPONSE to Motion filed by PSC/PNC re Emergency MOTION for Temporary Restraining Order (Reinstate)Emergency MOTION for Temporary Restraining Order (Reinstate)Emergency MOTION for Preliminary Injunction (Reinstate)Emergency MOTION for Preliminary Injunction (Reinstate). |
| 45 | 9/15/2008 | 15,900 | RESPONSE to Motion filed by Plaintiff re MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate or Modify the Master Settlement Agreement filed by the Plaintiffs' Steering Committee. |