# Exhibit C

# Substantive Motions by Plaintiffs in MDL-1657[*]

|   | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 1 | 10/24/2005 | 1,138 | MOTION to exclude opinion testimony that Vioxx is the same as all NSAIDS re cardiotoxic effects by Plaintiff. |
| 2 | 10/24/2005 | 1,139 | MOTION to exclude testimony of Thomas M. Wheeler, MD by Plaintiff. |
| 3 | 10/24/2005 | 1,140 | MOTION to exclude testimony that Merck couldn't provide risk info through labeling or marketing w/o prior approval of FDA by Plaintiff. |
| 4 | 10/24/2005 | 1,141 | MOTION to exclude testimony that Naproxen is sufficiently cardioprotective to explain excess cardiac risk in vigor by Plaintiff. |
| 5 | 10/24/2005 | 1,142 | MOTION to exclude testimony of Drs. Frank Lanza & Merlin Wilson by Plaintiff. |
| 6 | 10/24/2005 | 1,143 | MOTION to exclude testimony of Dr. David Silver by Plaintiff. |
| 7 | 10/24/2005 | 1,144 | MOTION to exclude testimony that Vioxx cannot cause adverse thrombotic cardiac events unless ingested 18 months or longer by Plaintiff. |
| 8 | 11/7/2005 | 1,361 | MOTION in Limine to exclude evidence re the number of heart attacks in USA by Plaintiff. |
| 9 | 11/7/2005 | 1,362 | MOTION in Limine to preclude Merck from referring to Mr. Irvin's left anterior descending artery as a "widow-maker" by Plaintiff. |
| 10 | 11/7/2005 | 1,363 | MOTION in Limine to exclude certain subjects from evidence at trial by Plaintiff. |
| 11 | 11/7/2005 | 1,364 | MOTION in Limine to exclude evidence or discussion concerning dft's reputation and/or good acts by Plaintiff. |
| 12 | 11/7/2005 | 1,365 | MOTION in Limine to exclude evidence that FDA has concluded there is a "class effect" for all NSAIDS by Plaintiff. |
| 13 | 11/7/2005 | 1,366 | MOTION in Limine to preclude testimony or discussion by dft that it couldn't have amended the Vioxx label or issued warnings w/o prior FDA approval by Plaintiff. |
| 14 | 11/7/2005 | 1,367 | MOTION in Limine to exclude evidence that Merck employees or family members took Vioxx by Plaintiff. |
| 15 | 11/7/2005 | 1,368 | MOTION in Limine to exclude Merck witnesses from testifying about number of deaths re NSAID w/o appropriate qualifications by Plaintiff. |

---

[*] Excerpted from MDL-1657 Docket as of January 13, 2009

*Page 1 of 7*

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 16 | 11/7/2005 | 1,369 | MOTION in Limine to preclude Merck employees from offering opinion testimony which they are unqualified to offer and which lacks support under Daubert by Plaintiff. |
| 17 | 11/7/2005 | 1,370 | MOTION in Limine to exclude evidence or discussion concerning personal matters by Plaintiff. |
| 18 | 11/7/2005 | 1,371 | MOTION for leave to use depo testimony of Dr. Eric Topol at trial by Plaintiff. |
| 19 | 11/7/2005 | 1,372 | MOTION to exclude testimony of Dr. Janet Arrowsmith-Lowe by Plaintiff. |
| 20 | 11/10/2005 | 1,374 | MOTION to Strike declarations of J. Paul Waymack, MD & Lisa D. Rarick, MD by Plaintiff. |
| 21 | 12/2/2005 | 2,043 | MOTION for Reconsideration of ruling in regard to testimony of Dr. Thomas Baldwin by Plaintiff. |
| 22 | 1/25/2006 | 2,955 | MOTION to reurge Daubert motions filed previously by Plaintiff. |
| 23 | 2/2/2006 | 3,089 | MOTION to reurge responses in opposition to Merck's motions in limine filed previously by Plaintiff. |
| 24 | 2/2/2006 | 3,131 | MOTION in Limine to preclude improper attempts to impeach expert witnesses with prior testimiony of expert witnesses from the previous trial by Plaintiff. |
| 25 | 2/2/2006 | 3,132 | MOTION in Limine to exclude the FDA's 4/6/05 memo and evidence that the FDA has concluded there is a "class effect" for all NSAIDS by Plaintiff. |
| 26 | 2/2/2006 | 3,133 | MOTION in Limine to exclude evidence and/or argument regarding the previous trial of this case by Plaintiff. |
| 27 | 2/2/2006 | 3,142 | MOTION to reurge motions in limine filed previously by Plaintiff. |
| 28 | 3/8/2006 | 3,674 | MOTION for New Trial by Plaintiff. |
| 29 | 4/19/2006 | 4,352 | GENERIC MOTION in Limine to address trial issues by Plaintiff. |
| 30 | 5/2/2006 | 4,510 | MOTION to Expedite hearing on Emergency Motion to Quash Subpoena by David Graham. |
| 31 | 5/5/2006 | 4,580 | MOTION to reurge motion to consolidate the two referenced cases for trial by Plaintiff. |
| 32 | 6/16/2006 | 5,313 | MOTION in Limine #1 to exclude evidence regarding the number of heart attacks in the US by Plaintiff. |
| 33 | 6/16/2006 | 5,314 | MOTION in Limine #2 to preclude Merck from referring to Mr. Barnett's left anterior descending coronary artery as a "widow-maker" by Plaintiff. |
| 34 | 6/16/2006 | 5,315 | MOTION in Limine #3 to exclude certain subjects from evidence at trial by Plaintiff. |
| 35 | 6/16/2006 | 5,316 | MOTION in Limine #4 to exclude evidence or discussion concerning dft's reputation and/or "good acts" by Plaintiff. |
| 36 | 6/16/2006 | 5,317 | MOTION in Limine #5 regarding the 4/6/05 FDA Memorandum by Plaintiff. |

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 37 | 6/16/2006  | 5,318      | MOTION in Limine #6 to preclude Merck from arguing that FDA regulations prohibited the company from making label changes w/o prior approval by Plaintiff. |
| 38 | 6/16/2006  | 5,319      | MOTION in Limine #7 to preclude testimony by Merck Employees regarding their personal use of Vioxx by Plaintiff. |
| 39 | 6/16/2006  | 5,320      | MOTION in Limine #8 to preclude Merck witnesses from testifying about the annual number of deaths attributable to NSAID gastro toxicity w/o qualifications & scientific support by Plaintiff. |
| 40 | 6/16/2006  | 5,321      | MOTION in Limine #9 to preclude Merck employee & former employee witnesses from testimony that are unqualified to offer & which lacks appropriate support under Daubert by Plaintiff. |
| 41 | 6/16/2006  | 5,322      | MOTION in Limine #10 to exclude evidence, testimony or argument that Vioxx is a potential cure for cancer by Plaintiff. |
| 42 | 6/19/2006  | 5,403      | MOTION to Exclude opinion testimony of Nicholas Flavahan, PhD by Plaintiff. |
| 43 | 6/19/2006  | 5,404      | MOTION to Exclude argument or opinion testimony that APPROVe Study & Protocol 203 cannot be generalized to other populations & exclude opinions concerning "individual confidence intervals" by Plaintiff. |
| 44 | 6/19/2006  | 5,405      | MOTION to Exclude certain opinion testimony of Foster Curtis Bryan, II, MD by Plaintiff. |
| 45 | 6/19/2006  | 5,406      | MOTION regarding sequencing of the publication of deposition designations by Plaintiff. |
| 46 | 6/29/2006  | 5,667      | MOTION to Exclude testimony of Tom DeBauche, MD by Plaintiff. |
| 47 | 6/29/2006  | 5,668      | MOTION to Exclude testimony of Paul Roach, MD by Plaintiff. |
| 48 | 6/29/2006  | 5,669      | MOTION in Limine to preclude Merck from offering testimony re the preamble to 71FR 3922-01 and statements by the FDA re preemption by Plaintiff. |
| 49 | 6/29/2006  | 5,670      | MOTION in Limine to preclude Merck from referring to geographic are in or around South Carolina as the "stroke belt" by Plaintiff. |
| 50 | 6/29/2006  | 5,671      | MOTION in Limine to exclude certain subjects from evidence at trial by Plaintiff. |
| 51 | 6/29/2006  | 5,672      | MOTION in Limine to preclude Merck from offering testimony re Dr. McCaffrey's personal use of Vioxx and his opinions re the FDA approval process by Plaintiff. |
| 52 | 7/28/2006  | 5,971      | MOTION in Limine to No. 17 For Order Excluding Testimony of Paul Roach, MD by Plaintiff. |
| 53 | 7/31/2006  | 6,063      | MOTION to Compel Discovery and for Expedited Hearing by Plaintiff. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 54 | 8/4/2006 | 6,065 | MOTION in Limine to No. 18 for an Order Excluding the Cumulative Testimony of Defendant Merck's Deposition Designations of Plaintiff's Treating Physicians Including Drs. Mikola and McCaffrey Regarding Pain Medication Alternatives by Plaintiff. |
| 55 | 8/7/2006 | 6,121 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine Concerning Evidence or Discussion Concerning Defendant's Alleged Good Reputation and or Good Acts - Motion in Limine 3 by Plaintiff. |
| 56 | 8/7/2006 | 6,126 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine and or Request for Limiting Instructions - Plaintiff's Motion in Limine No. 1 by Plaintiff. |
| 57 | 8/7/2006 | 6,127 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine Concerning Evidence or Argument that Merck Employees, Former Employees, or Their Family Members Took Vioxx Prior to the Drug's Withdrawal from the Market - Plaintiff's Motion in Limine No. 2 by Plaintiff. |
| 58 | 8/7/2006 | 6,128 | MOTION in Limine to Exclude, or in the Alternative, Motion in Limine Concerning Defendant's Argument that it was Prohibited by FDA Regulations from Making Label Changes Without Prior Approval - Plaintiff's Motion in Limine No. 4 by Plaintiff. |
| 59 | 8/7/2006 | 6,129 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine Concerning Merck Employee's Offering Undisclosed Expert Opinions - Plaintiff's Motion in Limine No. 5 by Plaintiff. |
| 60 | 8/7/2006 | 6,130 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine Concerning Annual Deaths Attributable to NSAID Gastropathy - Plaintiff's Motion in Limine No. 6 by Plaintiff. |
| 61 | 8/7/2006 | 6,131 | MOTION in Limine to Exclude or, in the Alternative, Motion in Limine re the April 6, 2005 FDA Memorandum - Plaintiff's Motion in Limine No. 7 by Plaintiff. |
| 62 | 8/14/2006 | 6,267 | MOTION to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx by Plaintiff. |
| 63 | 8/23/2006 | 6,455 | MOTION To Deem Answers to Plaintiff's Request for Admissions Admitted, and Request for Expedited Hearing by Plaintiff. |
| 64 | 9/26/2006 | 7,400 | MOTION to Exclude Testimony that Vioxx is the Same as All NSAIDS Regarding Cardiotoxic Effects by Plaintiff. |
| 65 | 9/26/2006 | 7,401 | MOTION to Exclude Argument Or Opinion Testimony That An Increased Risk Of Heart Attack Exists Only After 18 Months Of Vioxx Use by Plaintiff. |
| 66 | 9/26/2006 | 7,402 | MOTION to Exclude Testimony of Michael Rothkopf, MD by Plaintiff. |
| 67 | 9/26/2006 | 7,403 | MOTION to Exclude Testimony of Nicholas Flavahan, Ph.D. by Plaintiff. |
| 68 | 9/26/2006 | 7,404 | MOTION to Exclude Testimony of Dr. Janet Arrowsmith-Lowe by Plaintiff. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 69 | 9/26/2006 | 7,405 | MOTION to Exclude Testimony of Donald David, M.D. by Plaintiff. |
| 70 | 9/26/2006 | 7,406 | MOTION to Exclude Testimony of Craig Pratt, M.D. by Plaintiff. |
| 71 | 9/27/2006 | 7,435 | MOTION in Limine to Exclude Evidence or Argument that Merck Employees, Former Employees, or their Family Members Took Vioxx Prior to the Drug's Withdrawal from the Market (Plaintiff's Motion in Limine No. 2) by Plaintiff. |
| 72 | 9/27/2006 | 7,448 | MOTION in Limine Concerning Defendant's Argument that it was Prohibited by FDA Regulations from Making Label Changes without Prior Approval (Plaintiff's Motion in Limine No. 4) by Plaintiff. |
| 73 | 9/27/2006 | 7,453 | MOTION in Limine to Preclude Defendant Merck From Referring to Mr. Mason's Left Anterior Descending Coronary Artery as a "Widow-Maker" (Plaintiff's Motion in Limine No. 8) by Plaintiff. |
| 74 | 9/27/2006 | 7,460 | MOTION in Limine to Exclude and/or Request for Limiting Instructions by Plaintiff. |
| 75 | 9/27/2006 | 7,461 | MOTION in Limine Conerning Merck Employees Offering Undisclosed Expert Opinions (Pl's MIL No. 5) by Plaintiff. |
| 76 | 9/27/2006 | 7,465 | MOTION in Limine to Regarding the "Martin Report" by Plaintiff. |
| 77 | 9/27/2006 | 7,466 | MOTION in Limine to Concerning Evidence or Discussion Concerning Defendant's Alleged Good Reputation and/or "Good Acts" by Plaintiff. |
| 78 | 9/27/2006 | 7,467 | MOTION in Limine to Exclude and/or Request for Limiting Instructions Regarding the Cause of Reta Mason Hurley's Death by Plaintiff. |
| 79 | 9/27/2006 | 7,468 | MOTION in Limine Concerning Annual Deaths Attributable to NSAID Gastropathy (Plaintiff's Motion in Limine No. 6) by Plaintiff. |
| 80 | 9/27/2006 | 7,469 | MOTION in Limine to Exclude The April 6, 2005 FDA Memorandum (Plaintiff's Motion in Limine No. 7) by Plaintiff. |
| 81 | 9/27/2006 | 7,470 | MOTION to Exclude the Testimony of Dr. Michael Rothkopf by Plaintiff. |
| 82 | 9/29/2006 | 7,531 | MOTION to Exclude Testimony of Dr. Michael Rothkopf by Plaintiff. |
| 83 | 10/27/2006 | 8,283 | MOTION in Limine to Exclude Martin Report by Plaintiff. |
| 84 | 10/27/2006 | 8,287 | MOTION in Limine to Exclude Testimony that Vioxx is a potential Cure for Cancer by Plaintiff. |
| 85 | 10/27/2006 | 8,288 | MOTION in Limine to Exclude Certain Subjects from Evidence at Trial by Plaintiff. |
| 86 | 10/27/2006 | 8,293 | MOTION in Limine to Preclude Merck from offering testimony re Preamble (Motion in Limine #11) by Plaintiff. |

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 87 | 10/27/2006 | 8,308 | MOTION in Limine to exclude evidence re the number of heart attacks in the USA (Motion in Limine #7) by Plaintiff. |
| 88 | 10/27/2006 | 8,309 | MOTION in Limine to preclude Merck Employee & Former Employee witnesses from offering testimony (Motion in Limine #9) by Plaintiff. |
| 89 | 10/27/2006 | 8,310 | MOTION in Limine to preclude Merck from referring to Mr. Dedrick's left anterior descending artery as a "widow-maker" (Motion In Limine #2) by Plaintiff. |
| 90 | 10/27/2006 | 8,311 | MOTION in Limine to preclude Merck from arguing that FDA regulations prohibited the Co from making label changes w/o prior approval (Motion in Limine #6) by Plaintiff. |
| 91 | 10/27/2006 | 8,314 | MOTION in Limine to exclude evidence or discussion concerning dft's reputation and/or "good acts" (Motion in Limine #4) by Plaintiff. |
| 92 | 10/27/2006 | 8,316 | MOTION in Limine to preclude Merck witnesses from testifying about the annual number of deaths attributable to NSAID gastro toxicity w/o appropriate qualifications and scientific support (Motion In Limine #8) by Plaintiff. |
| 93 | 10/27/2006 | 8,319 | MOTION in Limine to preclude testimony by Merck Employees regarding their personal use of Vioxx (Motion in Limine #5) by Plaintiff. |
| 94 | 10/27/2006 | 8,324 | MOTION in Limine to Re the April 6, 2005 FDA staff memo addressing analysis & recommendations for agency action (Motion in Limine #13) by Plaintiff. |
| 95 | 10/30/2006 | 8,359 | MOTION to Reassert Daubert Motions Previously Considered by the Court by Plaintiff. |
| 96 | 11/3/2006 | 8,496 | MOTION to Exclude Opinion Testimony of Paul J. Roach, M.D. by Plaintiff. |
| 97 | 11/14/2006 | 8,811 | MOTION in Limine to exclude Merck witnesses from testifying about annual number of deaths attributable to NSAID gastro toxicity w/o qualifications & scientific support by Plaintiff. |
| 98 | 12/2/2006 | 9,078 | MOTION for additional time to present evidence, or alternatively, motion for mistrial by Plaintiff. |
| 99 | 12/11/2006 | 9,266 | MOTION for Protective Order relative to the depo of Dr. Eliav Barr and depo of Robert Silverman and for review and/or release of certain docs previously found not privileged by Plaintiff. |
| 100 | 11/28/2007 | 13,019 | MOTION For Release of Trial Package by Plaintiff. |
| 101 | 12/14/2007 | 13,099 | EXPARTE Emergency MOTION to Amend/Correct 12965 Pretrial Order 31, Registration of Claims, and, Emergency MOTION for Declaratory Judgment that Certain Provisions of Settlement Agreement are Unenforceable by Plaintiff. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 102 | 1/30/2008 | 13,301 | MOTION Amended Motion by Certain Florida Claimants to be Included in the Vioxx MDL Settlement Agreement by Plaintiff. |
| 103 | 6/9/2008 | 14,640 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Plaintiff. |
| 104 | 6/26/2008 | 14,877 | EXPARTE MOTION for Preliminary Injunction by Plaintiff. |
| 105 | 6/30/2008 | 14,938 | MOTION for Extension of Deadlines, MOTION to Vacate by Plaintiff. |
| 106 | 7/14/2008 | 15,280 | Emergency MOTION for Temporary Restraining Order (Reinstate), Emergency MOTION for Preliminary Injunction (Reinstate) by Plaintiff. |
| 107 | 10/16/2008 | 16,498 | EXPARTE Emergency MOTION for Reconsideration re 16419 Order; Emergency MOTION to Vacate 16459 Notice (Other), 16458 Notice (Other) by Plaintiff. |
| 108 | 10/29/2008 | 16,685 | EXPARTE/CONSENT Emergency MOTION Relief From Vioxx Settlement Agreement Section 1.2.2.4. by Evva Lois Harris. |
| 109 | 10/30/2008 | 16,691 | MOTION to Compel Medical Providers to Show Cause, MOTION for Order to Show Cause by Plaintiff. |
| 110 | 11/5/2008 | 16,803 | Request by Plaintiff for Stay |
| 111 | 11/10/2008 | 16,870 | EXPARTE First MOTION to Show Cause Why Certain Medical Providers Should Not be Held in Contempt of Court for Failing to Comply with PTO #35 by Plaintiff. |
| 112 | 11/20/2008 | 16,963 | EXPARTE/CONSENT Joint MOTION For Order Partially Lifting Stay to Allow Parties in Government Actions to Conduct Mutual Common Discovery by Plaintiff, Defendant. |
| 113 | 12/18/2008 | 17,492 | Supplemental MOTION for Order to Show Cause Why Certain Medical Records Providers Should Not be Held in Contempt by Plaintiff. |