# Exhibit D

# Substantive Motions by
# Merck and Others in MDL-1657[*]

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 1 | 10/21/2005 | 1,117 | MOTION to exclude testimony of Wayne A. Ray, PhD by Defendant Merck. |
| 2 | 10/21/2005 | 1,118 | MOTION to exclude testimony of Winston Gandy, Jr., MD by Defendant Merck. |
| 3 | 10/21/2005 | 1,119 | MOTION to exclude testimony of Richard M. Kapit, MD by Defendant Merck. |
| 4 | 10/21/2005 | 1,120 | MOTION to exclude testimony of Colin M. Bloor, MD & Joseph L. Burton, MD by Defendant Merck. |
| 5 | 10/21/2005 | 1,121 | MOTION to exclude testimony of Thomas Baldwin, MD by Defendant Merck. |
| 6 | 10/21/2005 | 1,122 | MOTION to exclude testimony of John W. Farquhar, MD by Defendant Merck. |
| 7 | 10/28/2005 | 1,172 | MOTION to exclude testimony of Benedict R. Lucchesi, MD, PhD, MS, FAHA by Defendant Merck. |
| 8 | 11/4/2005 | 1,266 | MOTION in Limine to exclude evidence or reference to marketing & promotional materials unrelated to Mr. Irvin or his physician by Defendant Merck. |
| 9 | 11/4/2005 | 1,267 | MOTION in Limine to exclude evidence of motive relating to assets & profitability of Merck or compensation & financial decisions of its employees by Defendant Merck. |
| 10 | 11/4/2005 | 1,268 | MOTION in Limine to exclude evidence or argument pertaining to conduct with no nexus to issues being tried by Defendant Merck. |
| 11 | 11/4/2005 | 1,269 | MOTION in Limine to exclude FDA warning letters & inadmissible hearsay statements made by FDA by Defendant Merck. |
| 12 | 11/4/2005 | 1,270 | MOTION in Limine to exclude evidence or argument preempted by federal regulations by Defendant Merck. |
| 13 | 11/4/2005 | 1,271 | MOTION in Limine to exclude scientifically unreliable & irrelevant medical and scientific evidence by Defendant Merck. |
| 14 | 11/4/2005 | 1,272 | MOTION in Limine to exclude irrelevant medical conditions by Defendant Merck. |
| 15 | 11/4/2005 | 1,273 | MOTION in Limine to exclude evidence & reference to estimates of Dr. David Graham by Defendant Merck. |
| 16 | 11/4/2005 | 1,274 | MOTION in Limine to exclude evidence of interim or blinded data & studies that were considered but not undertaken or completed studies that were inadequate by Defendant Merck. |

---

[*] Excerpted from MDL-1657 Docket as of January 13, 2009

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 17 | 11/4/2005  | 1,275      | MOTION in Limine to exclude evidence or argument concerning alleged unethical conduct associated with clinical trials by Defendant Merck. |
| 18 | 11/4/2005  | 1,276      | MOTION in Limine to exclude all evidence & reference to adverse event reports & case reports by Defendant Merck. |
| 19 | 11/4/2005  | 1,277      | MOTION in Limine to exclude evidence of changes between the 16th & 17th editions of Merck manual by Defendant Merck. |
| 20 | 11/4/2005  | 1,278      | MOTION in Limine to exclude letters to the editor and non-scientific editorials in science journals by Defendant Merck. |
| 21 | 11/4/2005  | 1,279      | MOTION in Limine to exclude evidence of a privileged, previously excluded confidential memo of invention by Defendant Merck. |
| 22 | 11/4/2005  | 1,280      | MOTION in Limine to exclude evidence of argument re statements made w/political proceedings and evidence of verdicts from other litigations by Defendant Merck. |
| 23 | 11/4/2005  | 1,281      | MOTION in Limine to exclude evidence or argument concerning alleged misconduct unrelated to Vioxx by Defendant Merck. |
| 24 | 11/4/2005  | 1,282      | MOTION in Limine to exclude improper witness testimony by Defendant Merck. |
| 25 | 11/4/2005  | 1,283      | MOTION in Limine to exclude irrelevant and prejudicial evidence by Defendant Merck. |
| 26 | 11/7/2005  | 1,349      | MOTION to Strike plas' personal injury and wrongful death master class action complaint by Defendant Merck & Co Inc. |
| 27 | 11/7/2005  | 1,350      | MOTION to Dismiss plas' medical monitoring master class action complaint by Defendant Merck & Co Inc. |
| 28 | 11/7/2005  | 1,352      | MOTION to Dismiss plas' purchase claims master class action complaint by Defendant Merck & Co Inc. |
| 29 | 11/17/2005 | 1,524      | MOTION to Expedited consideration of Merck & Co's mtn for clarification of the Court's order concerning public statements prior to the jury verdict by Defendant Merck & Co Inc. |
| 30 | 11/18/2005 | 1,515      | MOTION to exclude evidence of pla's experts regarding causation by Defendant Merck. |
| 31 | 11/21/2005 | 1,564      | MOTION to Quash subpoena by Defendant David Anstice & Merck & Co Inc. |
| 32 | 12/5/2005  | 2,163      | MOTION for Judgment as a Matter of Law on pla's design defect, fraud & breach of warranty claims by Defendant Merck & Co Inc. |
| 33 | 12/7/2005  | 2,165      | MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 34 | 12/19/2005 | 2,323      | MOTION for entry of order appointing replacement member to dfts' steering committee by Defendant Merck. |
| 35 | 1/18/2006  | 2,813      | MOTION to Compel production of docs from the New England Journal of Medicine by Defendant Merck. |

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 36 | 1/30/2006  | 3,023      | MOTION in Limine to exclude evidence of, or reference to, marketing & promotional materials unrelated to Mr. Irvin or his physician by Defendant Merck. |
| 37 | 1/30/2006  | 3,024      | MOTION in Limine to exclude evidence of motive & relating to assets & profitability of merck or compensation and financial decisions of its employees by Defendant Merck. |
| 38 | 1/30/2006  | 3,025      | MOTION in Limine to exclude evidence or argument pertaining to conduct w/no nexus to issues being tried by Defendant Merck. |
| 39 | 1/30/2006  | 3,026      | MOTION in Limine to exclude FDA warning letters & inadmissible hearsay statements by FDA employees by Defendant Merck. |
| 40 | 1/30/2006  | 3,027      | MOTION in Limine to exclude evidence or argument preempted by federal regulations by Defendant Merck. |
| 41 | 1/30/2006  | 3,028      | MOTION in Limine to exclude scientifically unreliable & irrelevant medical and scientific evidence by Defendant Merck. |
| 42 | 1/30/2006  | 3,029      | MOTION in Limine to exclude irrelevant medical conditions by Defendant Merck. |
| 43 | 1/30/2006  | 3,030      | MOTION in Limine to exclude evidence of and reference to estimates of Dr. David Graham by Defendant Merck. |
| 44 | 1/30/2006  | 3,031      | MOTION in Limine to exclude evidence of intereim or "blinded" data from trials & evidence that specific studies were considered but not undertaken or completed and inadequate by Defendant Merck. |
| 45 | 1/30/2006  | 3,032      | MOTION in Limine to exclude evidence or argument concerning alleged unethical conduct associated with clinical trials by Defendant Merck. |
| 46 | 1/30/2006  | 3,033      | MOTION in Limine to exclude all evidence & reference to adverse event & case reports by Defendant Merck. |
| 47 | 1/30/2006  | 3,034      | MOTION in Limine to exclude evidence of changes between the 16th & 17th editions of the Merck Manual by Defendant Merck. |
| 48 | 1/30/2006  | 3,035      | MOTION in Limine to exclude letters to the editor & non-scientific editorials in science journals by Defendant Merck. |
| 49 | 1/30/2006  | 3,036      | MOTION in Limine to exclude evidence of a privileged, previously excluded confidential memo of invention by Defendant Merck. |
| 50 | 1/30/2006  | 3,037      | MOTION in Limine to exclude evidence or argument re statements made in connection w/political proceedings & debate and evidence of verdicts from other litigations by Defendant Merck. |
| 51 | 1/30/2006  | 3,038      | MOTION in Limine to exclude evidence or argument concerning alleged misconduct unrelated to Vioxx by Defendant Merck. |
| 52 | 1/30/2006  | 3,039      | MOTION in Limine to exclude irrelevant & prejudicial evidence by Defendant Merck. |
| 53 | 1/30/2006  | 3,040      | MOTION in Limine to exclude testimony of Eric J. Topol, MD by Defendant Merck. |

|    | Date Filed | Document # | Pleading Title |
|----|------------|------------|----------------|
| 54 | 1/30/2006  | 3,041      | MOTION in Limine to exclude testimony of Michael Alan Graham, MD by Defendant Merck. |
| 55 | 2/2/2006   | 3,138      | MOTION for RULE to Show Cause why cases should not be dismissed for providing a blank plaintiff profile from in non-compliance with PTO #18B by Defendant Merck. |
| 56 | 2/2/2006   | 3,161      | MOTION for Rule to Show Cause why cases should not be dismissed for failure to provide any response to the plaintiff profile form as required by PTO #18B by Defendant Merck & Co Inc. |
| 57 | 2/2/2006   | 3,163      | MOTION for Rule to Show Cause why cases should not be dismissed for providing a grossly deficient plaintiff profile form in non-compliance with PTO #18B by Defendant Merck & Co Inc. |
| 58 | 2/7/2006   | 3,178      | MOTION to Dismiss for Lack of Prosecution by Defendant Merck & Co Inc. |
| 59 | 2/14/2006  | 3,324      | MOTION for Judgment as a Matter of Law by Defendant Merck. |
| 60 | 4/24/2006  | 4,412      | EMERGENCY MOTION to Stay pending appeal of the Court's privilege rulings by Defendant Merck & Co Inc. |
| 61 | 6/16/2006  | 5,258      | MOTION to Exclude Testimony of Jerry Avorn, M.D. by Defendant. |
| 62 | 6/16/2006  | 5,270      | MOTION to Exclude Testimony of Richard A. Kronmal, Ph.D. by Defendant. |
| 63 | 6/16/2006  | 5,275      | MOTION to Exclude Testimony of Leslie Cleland, M.D. by Defendant. |
| 64 | 6/16/2006  | 5,282      | MOTION to Exclude Testimony of Richard M. Kapit, M.D. by Defendant. |
| 65 | 6/16/2006  | 5,286      | MOTION to Exclude Testimony of Cornelia Pechmann, Ph.D. by Defendant. |
| 66 | 6/16/2006  | 5,287      | MOTION to Exclude Testimony By Plaintiff's Experts That Vioxx Accelerates Atherosclerosis by Defendant. |
| 67 | 6/16/2006  | 5,288      | MOTION to Exclude Testimony of Douglas P. Zipes, M.D. by Defendant. |
| 68 | 6/16/2006  | 5,289      | MOTION to Exclude Testimony of Lemuel A. Moye, M.D., Ph.D. by Defendant. |
| 69 | 6/16/2006  | 5,290      | MOTION to Exclude Testimony of Egil Fosslien, M.D. by Defendant. |
| 70 | 6/16/2006  | 5,291      | MOTION to Exclude Testimony of John W. Farquhar, M.D. by Defendant. |
| 71 | 6/16/2006  | 5,307      | MOTION in Limine #1 for order excluding evidence of motive & relating to assets & profitability of Merck or to the compensation & financial decisions of its employees by Defendant Merck. |
| 72 | 6/16/2006  | 5,308      | MOTION in Limine #2 to exclude informal communications from the FDA concerning promotional materials by Defendant Merck. |
| 73 | 6/16/2006  | 5,309      | MOTION in Limine #3 to exclude the Fries letter by Defendant Merck. |
| 74 | 6/16/2006  | 5,310      | MOTION in Limine #4 to exclude evidence relating to the New England Journal's December, 2005 "Expression of Concern" by Defendant Merck. |
| 75 | 6/16/2006  | 5,311      | MOTION in Limine #5 to exclude testimony of Eric J. Topol, MD by Defendant Merck. |
| 76 | 6/16/2006  | 5,312      | MOTION in Limine #6 to exclude testimony of David Graham, MD by Defendant Merck. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 77 | 6/26/2006 | 5,503 | MOTION to Exclude Testimony of Plaintiff's "Rebuttal" Expert, Professor Nicholas Jewell by Defendant. |
| 78 | 7/12/2006 | 5,758 | MOTION to Quash Subpoena and Incorporated Memorandum by Defendant David Anstice & Merck. |
| 79 | 7/18/2006 | 5,842 | MOTION for Summary Judgment by Defendant Merck & Co Inc. |
| 80 | 7/19/2006 | 5,864 | MOTION to Strike Third Supplemental Report of Plaintiff's Expert John M. Farquhar, M.D. by Defendant. |
| 81 | 7/24/2006 | 5,892 | MOTION to Compel The Deposition of Douglas P. Zipes, M.D., in the alternative, to Exclude Him From Testifying at Trial by Defendant. |
| 82 | 7/24/2006 | 5,894 | MOTION to Exclude The "Addendum" to the Expert Report of Douglas P. Zipes, M.D. by Defendant. |
| 83 | 8/7/2006 | 6,119 | MOTION in Limine to Exclude Communications Between Merck and the FDA in 2005 about the Potential Reintroduction of VIOXX to the Market And/Or any Proposed Black Box Warning by Defendant. |
| 84 | 8/7/2006 | 6,120 | MOTION in Limine to To Exclude the Testimony of David Graham, M.D. by Defendant. |
| 85 | 8/7/2006 | 6,122 | MOTION in Limine to Exclude Testimony or Argument that Merck (1) Should or Could Have Unilaterally Changed the VIOXX Label to Include the Vigor Data; or (2) "Dragged Its Feet" to Prevent the Vigor Data from Being Added to the VIOXX Label by Defendant. |
| 86 | 8/7/2006 | 6,123 | MOTION in Limine to Exclude Evidence Of, Or Reference To, Marketing and Promotional Materials Unrelated to Mr. Smith or His Prescribing Physician Dr. Michael Grefer by Defendant. |
| 87 | 8/7/2006 | 6,124 | MOTION in Limine to Exclude (1) Evidence of Motive and (2) Evidence Relating to the Assets and Profitability of Merck or to the Compensation and Financial Decisions of its Employees by Defendant. |
| 88 | 8/7/2006 | 6,125 | MOTION in Limine to Omnibus to Exclude Evidence and Testimony on Issues Previously Addressed by the Court by Defendant. |
| 89 | 8/10/2006 | 6,169 | MOTION for Judgment as a Matter of Law by Defendant. |
| 90 | 8/14/2006 | 6,247 | MOTION to Exclude Testimony of John D. Abramson, M.D. by Defendant. |
| 91 | 8/14/2006 | 6,249 | MOTION to Exclude Testimony of Douglas P. Zipes, MD by Defendant. |
| 92 | 8/14/2006 | 6,251 | MOTION to Exclude Testimony of Gary Sander and Incorporated Memorandum by Defendant. |
| 93 | 8/14/2006 | 6,252 | MOTION to Exclude Certain Testimony of Richard A. Kronmal, Ph.D. by Defendant. |
| 94 | 8/14/2006 | 6,253 | MOTION to Exclude Testimony of Wayne A. Ray, Ph.D. by Defendant. |
| 95 | 8/14/2006 | 6,255 | MOTION to Exclude Testimony of John W. Farquhar, M.D. by Defendant. |
| 96 | 8/14/2006 | 6,256 | MOTION to Exclude Testimony of Richard M. Kapit, M.D. by Defendant. |
| 97 | 8/14/2006 | 6,257 | MOTION to Exclude Testimony of Jerry Avorn, M.D. by Defendant. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 98 | 8/14/2006 | 6,258 | MOTION to Exclude Testimony of Cornelia Pechmann, Ph.D. by Defendant. |
| 99 | 8/14/2006 | 6,260 | MOTION to Exclude Opinion Testimony by Plaintiff's Experts that Vioxx Acclerates Atherosclerosis or Causes Plaque Rupture by Defendant. |
| 100 | 8/14/2006 | 6,261 | MOTION to Exclude Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk by Defendant. |
| 101 | 8/15/2006 | 6,274 | RENEWED MOTION for Judgment as a Matter of Law by Defendant. |
| 102 | 8/22/2006 | 6,408 | MOTION to Dismiss and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed With Prejudice for Failure to Provide any PPF by Defendant. |
| 103 | 8/23/2006 | 6,458 | MOTION for Order to Show Cause why cases should not be dismissed by Defendant Merck & Co Inc. |
| 104 | 8/24/2006 | 6,470 | MOTION in Limine to Exclude Testimony of Gary Sander, M.D. by Defendant. |
| 105 | 8/25/2006 | 6,497 | MOTION for Protective Order Applicable to Plaintiff's 1st Set of Request for Admissions by Defendant Merck. |
| 106 | 8/25/2006 | 6,500 | MOTION for Protective Order Applicable to Plaintiff's Request for Admissions by Defendant Merck. |
| 107 | 8/29/2006 | 6,565 | MOTION in Limine to Exclude improper reference to Merck's defense of other Vioxx related lawsuits and questions or argument pertaining to number of times Merck witnesses have testified by Defendant Merck & Co Inc. |
| 108 | 8/29/2006 | 6,567 | MOTION to Exclude testimony of Lemuel A. Moye, MD by Defendant Merck & Co Inc. |
| 109 | 9/7/2006 | 6,724 | MOTION for Order to Show Cause Why cases should not be Dismissed with Prejudice by Defendant. |
| 110 | 9/12/2006 | 7,054 | RENEWED MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 111 | 9/15/2006 | 7,103 | MOTION to Compel Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him From Testifying at Trial by Defendant Merck & Co Inc. |
| 112 | 9/15/2006 | 7,111 | MOTION to Compel Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial by Defendant. |
| 113 | 9/19/2006 | 7,178 | MOTION to Exclude Testimony of Isaac Weiner M.D. by Defendant. |
| 114 | 9/19/2006 | 7,180 | MOTION to Exclude Testimony of Laura Plunkett, PH.D. by Defendant. |
| 115 | 9/19/2006 | 7,188 | MOTION to Exclude Testimony of Lemuel Moye M.D. by Defendant. |
| 116 | 9/19/2006 | 7,195 | MOTION to Exclude Expert Testimony that short-term Vioxx use increases cardiovascular risk by Defendant. |
| 117 | 9/19/2006 | 7,196 | MOTION to Exclude Expert Testimony of pla's experts that Vioxx accelerates atherosclerosid or causes plaque rupture by Defendant. |
| 118 | 9/19/2006 | 7,197 | MOTION to Exclude testimony of Gary Sander M.D. by Defendant. |
| 119 | 9/19/2006 | 7,198 | MOTION to Exclude Testimony of John Gueriguian, MD by Defendant. |

|     | Date Filed | Document # | Pleading Title |
| --- | --- | --- | --- |
| 120 | 9/19/2006 | 7,199 | MOTION to Exclude Testimony of Jerry Avron, MD by Defendant. |
| 121 | 9/19/2006 | 7,200 | MOTION to Exclude testimony of Douglas Zipes M.D. by Defendant. |
| 122 | 9/25/2006 | 7,347 | MOTION to Exclude Testimony of Cornelia Pechmann, Ph.D. by Defendant. |
| 123 | 9/25/2006 | 7,377 | MOTION to Exclude testimony of Benedict R. Lucchesi, MD, PhD, MS, FAHA by Defendant. |
| 124 | 9/25/2006 | 7,392 | MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 125 | 9/27/2006 | 7,444 | MOTION in Limine to Preclude Improper Reference to Merck's Defense of Other Vioxx-Related Lawsuits or to the Number of Times Merck Witnesses Have Testified Previously (Motion In Limine No. 1) by Defendant. |
| 126 | 9/27/2006 | 7,451 | MOTION in Limine to Exclude Testimony or Argument that Merck: (1) Could or should have unilaterally changed the Vioxx label to include the VIGOR date; or 2 "Dragged Its Feet" to Prevent the VIGOR data from being added to the Vioxx label by Defendant. |
| 127 | 9/27/2006 | 7,456 | MOTION in Limine to Exclude Improper Personal Opinions of David Graham Regarding the Food and Drug Administration by Defendant. |
| 128 | 9/27/2006 | 7,457 | MOTION in Limine to Exclude Evidence or Argument Regarding "All-Cause" Mortality Data from Alzheimer's Disease Clinical Trials by Defendant. |
| 129 | 9/27/2006 | 7,458 | MOTION in Limine to Exclude Evidence and Testimony Addressed in Motions Previously Granted by the Court by Defendant. |
| 130 | 9/27/2006 | 7,462 | MOTION in Limine to exclude evidence and testimony raised by motions previously denied by the court by Defendant. |
| 131 | 9/27/2006 | 7,463 | MOTION in Limine to exclude evidence or argument regarding "all Cause" Mortality Data From Alzheimers Disease Clinical trials by Defendant. |
| 132 | 9/27/2006 | 7,464 | MOTION in Limine to Exclude Evidence or Argument about Dr. Graham's Excess Events Calculations by Defendant. |
| 133 | 9/27/2006 | 7,533 | RENEWED MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 134 | 10/13/2006 | 7,958 | MOTION to Quash Subpoena by Defendant David Anstice & Merck. |
| 135 | 10/27/2006 | 8,326 | MOTION in Limine to exclude evidence & testimony addressed in motions previously considered by Defendant. |
| 136 | 10/30/2006 | 8,340 | MOTION in Limine to Exclude testimony of Ira J. Gelb, MD by Defendant. |
| 137 | 10/30/2006 | 8,341 | MOTION in Limine to Exclude testimony of Colin Funk, PhD by Defendant. |
| 138 | 10/30/2006 | 8,349 | MOTION in Limine to Exclude testimony of Donna K. Arnett, PhD by Defendant. |
| 139 | 10/30/2006 | 8,353 | MOTION in Limine to Exclude testimony of Lemuel A. Moye, MD, PhD by Defendant. |
| 140 | 10/30/2006 | 8,356 | MOTION in Limine to Exclude testimony of John L. Gueriguian, MD by Defendant. |

|  | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 141 | 10/30/2006 | 8,360 | MOTION in Limine to Exclude testimony of Cornelia Pechmann, PhD by Defendant. |
| 142 | 10/30/2006 | 8,361 | MOTION in Limine to Exclude testimony of Jerry Avorn, MD by Defendant. |
| 143 | 10/30/2006 | 8,362 | MOTION in Limine to Exclude testimony of John W. Farquhar, MD by Defendant. |
| 144 | 10/30/2006 | 8,363 | MOTION in Limine to Exclude certain testimony of Egil Fosslien, MD by Defendant. |
| 145 | 10/30/2006 | 8,364 | MOTION in Limine to Exclude testimony that short-term Vioxx use increases cardiovascular risk by Defendant. |
| 146 | 10/30/2006 | 8,365 | MOTION in Limine to Exclude testimony of Mark I. Furman, MD by Defendant. |
| 147 | 10/31/2006 | 8,383 | MOTION in Limine to Exclude expert testimony that short-term Vioxx use increases cardiovascular risks by Defendant. |
| 148 | 10/31/2006 | 8,395 | MOTION in Limine to exclude evidence & testimony addressed in motions previously granted by Defendant. |
| 149 | 11/3/2006 | 8,466 | MOTION for Bill of Costs by Defendant. |
| 150 | 11/9/2006 | 8,684 | MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 151 | 11/13/2006 | 8,699 | MOTION in Limine to exclude testimony of Mark I. Furman, MD by Defendant. |
| 152 | 11/15/2006 | 8,722 | RENEWED MOTION for Judgment as a Matter of Law by Defendant. |
| 153 | 11/15/2006 | 8,728 | MOTION in Limine to exclude testimony by pla's experts that Vioxx accelerates artheroslerosis or causes plaque rupture by Defendant. |
| 154 | 11/16/2006 | 8,759 | MOTION for Protective Order preventing corporate depo on duplicate, irrelevant & privilege topics by Defendant. |
| 155 | 11/22/2006 | 8,883 | MOTION for Protective Order Regarding the Trial Preservation Deposition of Dr. Steven Nissen by Defendant. |
| 156 | 12/7/2006 | 9,213 | MOTION to Sever Plaintiffs by Defendant. |
| 157 | 12/7/2006 | 9,249 | MOTION for Judgment as a Matter of Law by Defendant Merck & Co Inc. |
| 158 | 12/15/2006 | 9,343 | RENEWED MOTION for Judgment as a Matter of Law by Defendant. |
| 159 | 1/16/2007 | 9,694 | Joint MOTION for Protective Order and/or to Quash insurance related discovery by Defendant Merck & Insurers. |
| 160 | 1/17/2007 | 9,698 | MOTION for Order to Show Cause why cases should not be dismissed for failure to respond to PPFs by Defendant. |
| 161 | 2/16/2007 | 10,091 | MOTION to Strike and Memorandum in Support to Strike Class Allegations in Plaintiffs Medical Monitoring Master Class Action Complaint by Defendant. |
| 162 | 4/23/2007 | 10,839 | MOTION for Order to Show Cause Why Cases Should not be Dismissed by Defendant. |
| 163 | 4/23/2007 | 10,840 | MOTION for Order to Show Cause Why cases should not be dismissed by Defendant. |

| | Date Filed | Document # | Pleading Title |
|---|---|---|---|
| 164 | 4/23/2007 | 10,841 | MOTION for Order to Show Cause Why cases should not be dismissed by Defendant. |
| 165 | 4/23/2007 | 10,842 | MOTION for Order to Show Cause Why cases should not be dismissed by Defendant. |
| 166 | 4/23/2007 | 10,843 | MOTION for Order to Show Cause Why cases should not be dismissed by Defendant. |
| 167 | 4/24/2007 | 10,848 | MOTION for Order to Show Cause Why cases should not be dismissed by Defendant. |
| 168 | 5/29/2007 | 11,198 | MOTION for Order to Show Cause why cases should not be dismissed with prejudice for failure to provide any response to the plaintiff profile form as required by pre-trial order 18C by Defendant. |
| 169 | 6/4/2007 | 11,243 | MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18C by Defendant. |
| 170 | 6/28/2007 | 11,541 | MOTION for Order to Show Cause why cases should not be dismissed w/prej by Defendant. |
| 171 | 6/28/2007 | 11,545 | MOTION for Order to Show Cause why cases should not be dismissed w/prej by Defendant. |
| 172 | 6/28/2007 | 11,546 | MOTION for Order to Show Cause why cases should not be dismissed w/prej by Defendant. |
| 173 | 8/14/2007 | 12,024 | MOTION for Order to Show Cause why cases should not be dismissed w/prejudice by Defendant |
| 174 | 9/18/2007 | 12,271 | MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice For Failure to Provide any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C by Defendant. |
| 175 | 9/18/2007 | 12,272 | MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice For Failure to Provide any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C by Defendant. |
| 176 | 9/18/2007 | 12,278 | MOTION for Order to Show Cause Rule to Show Cause and Incorporated Memorandum To Show Cause Why Cases Should not Be Dismissed with Prejudice For Failure to Provide Plaintiff Profile Form Pursuant to Pre-Trial Order No. 18C by Defendant. |
| 177 | 10/23/2007 | 12,725 | MOTION for Summary Judgment by Merck & Co., Inc. |
| 178 | 10/29/2007 | 12,757 | MOTION Entry of Pretrial Order and Incorporated Memorandum by Defendant. |
| 179 | 10/29/2007 | 12,758 | MOTION Entry of Pretrial Order and Incorporated Memorandum by Defendant. |
| 180 | 10/30/2007 | 12,798 | MOTION for Summary Judgment by Defendant Merck & Co., Inc. |
| 181 | 3/12/2008 | 13,683 | MOTION to Dismiss Petition of Healthcare Recoveries Inc. by Defendant. |
| 182 | 9/19/2008 | 16,032 | EXPARTE MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with The Lone Pine Requirements of PTO 28 by Defendant. |

|     | Date Filed | Document # | Pleading Title |
|-----|------------|------------|----------------|
| 183 | 9/19/2008  | 16,033     | EXPARTE Second MOTION for Order to Show Cause Why Cases should Not be dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 by Defendant. |
| 184 | 9/26/2008  | 16,153     | EXPARTE MOTION for Order to Show Cause Why Cases Should not Be Dismissed Without Prejudice for Failure to Prosecute by Defendant. |
| 185 | 10/13/2008 | 16,406     | MOTION to Dismiss Case by Defendant. |
| 186 | 12/24/2008 | 17,562     | MOTION for Reconsideration re 17517 Order,, ; by Vioxx Litigation Consortium. |