# Exhibit F

BROWNGREER ‖ PLC

# CLAIMS ADMINISTRATOR
# COURT REPORT NO. 13

**December 19, 2008**

1

BROWNGREER ‖ PLC

## ELIGIBLE CLAIMANTS SUBMITTED FOR ENROLLMENT

1) Over 48,000 Eligible Claimants Enrolled.

2) Over 99.79% of Eligible Claimants have Enrolled.

3) Over 91% of Enrolled Eligible Claimants are Eligible for Interim Payments (3/31/08 Enrollees).

2

BROWNGREER ‖ PLC

## FINISHING THE ENROLLMENT PHASE

1) Claimants Missing Enrollment Documents

2) Claimants with Deficient Release or Stipulation of Dismissal

→ Affect the processing of Claims

3

**BROWNGREER PLC**

Confidential Settlement Information

# Enrollment Documents Not Received for
## Test & Test, PLC
### (As of 12/18/08)

V4132

| | VCN | Claimant Name | Release | Stipulation | Medical Authorization |
|---|---|---|---|---|---|
| 1. | 1002738 | Test, Catherine | Received | Not Received | Not Received |
| 2. | 1002532 | Test, Jim | Received | Not Received | Not Received |
| 3. | 1002528 | Test, Sally | Received | Not Received | Not Received |
| 4. | 1002693 | Test, Susie | Received | Not Received | Not Received |

4

**BROWNGREER ‖ PLC**

*Confidential Information*

# Enrollment Document Deficiencies for [Firm Name]
(As of 11/19/08)

V4061

| | VCN | Firm Unique ID | Claimant Name | Release Deficiencies | | | Stipulation of Dismissal Deficiencies | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Deficiencies | Posting Status | Date Posted | Deficiencies | Posting Status | Date Posted |
| 1. | | | | R-30 | Deficiency | 8/26/08 | | | |
| 2. | | | | R-37i | Deficiency | 9/23/08 | | | |
| 3. | | | | R-15, R-16, R-33, R-36 | Deficiency | 7/29/08 | | | |
| 4. | | | | R-30 | Deficiency | 5/23/08 | | | |
| 5. | | | | R-30 | Deficiency | 11/1/08 | | | |
| 6. | | | | R-30 | Deficiency | 8/26/08 | | | |
| 7. | | | | R-30 | Deficiency | 5/3/08 | | | |
| 8. | | | | R-30 | Deficiency | 7/25/08 | Deficient | Deficiency | 11/11/08 |

BrownGreer PLC

BROWNGREER PLC

## CLAIMS MATERIALS RECEIVED
### (As of 12/18/08)

|    |                                                | | |
|----|------------------------------------------------|--------|----------|
| 1. | Claims Form + PME Records                      | 46,001 | (+4,728) |
| 2. | No Claims Materials or Claims Form             | 2,196  | (-1,996) |
| 3. | Claims Forms Only                              | 388    | (-1,554) |
| 4. | Claims Materials/No Claims Form                | 251    | (-270)   |
| 5. | Non-PME Records/No Claims Form                 | 103    | (-39)    |
| 6. | Non-PME Records/With Claims Form               | 745    | (-565)   |
| 7. | Materials Received, Not Yet Coded              | 90     | (-290)   |
| 8. | Firms Submitting Materials                     | 957    | (+22)    |
| 9. | Pro Se Claimants Submitting Materials          | 400    | (+53)    |

6

BROWNGREER PLC

# RESPONSES TO INCOMPLETE CLAIMS PACKAGE NOTICES
## (As of 12/18/08)

| # | | |
|---|---|---|
| 1. | Notices Issued | 13,461 |
| 2. | Firms Receiving Notices | 437 |
| 3. | Pro Se Claimants Receiving Notices | 258 |
| 4. | Formerly Incomplete Packages Cured | 9,726 |
| 5. | Remaining Incomplete Packages | 3,735 |
| 6. | Firms Viewing Notices | 399 Firms for 13,016 Claimants |

BROWNGREER ‖ PLC

## RESPONSES TO NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT
### (As of 12/18/08)

| | Status | Represented Claimants | Pro Se Claimants | Total |
|---|---|---|---|---|
| 1. | Current Non-Submitting Program Claimants | 1,456 | 68 | 1,524 |
| 2. | Claimants Receiving Notice Filing Timely Appeal | (90) | 0 | (90) |
| 3. | Claimants Subject to NSPC Notice with Timely Extension Requests | 2,047 | 30 | 2,077 |
| 4. | TOTAL Potential NSPCs | 3,503 | 98 | 3,601 |

8

BROWNGREER ‖ PLC

## CLAIMS REVIEW STATUS
### (As of 12/18/08)

| | | | |
|---|---|---|---|
| 1. | Remaining Incomplete Packages (Uncured) | ~3,600 | ~(-4,700) |
| 2. | In Queue for Gates Review | ~16,500 | (+1,850) |
| 3. | In Gates Review Process | ~19,830 | (+1,860) |
| 4. | In Points Review Process | ~4,000 | (-360) |
| 5. | Claims Paid August – November | 3,048 | |
| 6. | Claims to be Paid 12/23/08 | 1,537 | |
| 7. | TOTAL Paid or to be Paid | 4,585 | |

9

BrownGreer ‖ PLC

## MI INJURY LEVEL SUMMARY
### (As of 12/18/08)

|   | INJURY LEVEL | AVERAGE POINTS |
|---|---|---|
| 1. | Level 1 | 222.49 |
| 2. | Level 2 | 198.88 |
| 3. | Level 3 | 149.86 |
| 4. | Level 4 | 105.90 |
| 5. | Level 5 | 86.52 |
| 6. | Level 6 | 56.82 |
| 7. | Special Marker % | 4.83% |

10

BROWNGREER ‖ PLC

## RESPONSES TO NOTICE OF POINTS AWARDS
### (As of 12/18/08)

|   |                                         |       |       |
|---|-----------------------------------------|-------|-------|
| 1.| Accepted, Not Yet Paid                  | 90    | 1.5%  |
| 2.| Preliminary Appeals to CA               | 326   | 6%    |
| 3.| Appeals to Special Master               | 13    | .2%   |
| 4.| Special Review                          | 21    | .3%   |
| 5.| No Decision Yet                         | 445   | 8%    |
| 6.| Paid or to Be Paid on 12/23/08          | 4,585 | 84%   |
| 7.| TOTAL                                   | 5,480 |       |

11

BROWNGREER ‖ PLC

| | CLAIMS PAID OR TO BE PAID ON 12/23/08 | |
|---|---|---|
| 1. | Claimants Receiving Interim Payments | 4,436 |
| 2. | Total Interim Payment $ Paid | $392,828,372 |
| 3. | Special Marker Elections ($5,000) | 149 |
| 4. | Special Marker $ Paid | $667,574 |
| 5. | Total Claimants Paid | 4,585 |
| 6. | Law Firms Paid | 239 |
| 7. | Current Per Point Value (MI) | $1,915 |
| 8. | TOTAL PAID | $393,495,946 |

12