# EXHIBIT 1

# PHILIP A. GARRETT, CPA
## 117 Fairgrounds Blvd
## Bush, LA 70431
## 985-635-1500
## philipgarrettsr@yahoo.com

**Education and Certification**

- Bachelor of Science in Accounting, University of New Orleans, December 1972
- Certified Public Accountant

**Significant Career Experience:**

Over 35 years of accounting, auditing, and consulting experience in serving clients in a variety of industries. Associated with Wegmann Dazet and Company from staff to managing partner.

In addition to accounting and auditing services, Mr. Garrett has provided consulting assistance covering a broad array of matters. The following list highlights selected issues and experience:

- Sale and purchase of business entities ranging in asset values up to $100 million
- Business valuations
- Preparation of financial packages to assist clients in arranging for financing of major projects and acquisitions
- Reconstruction of financial records
- Employee benefits and compensation
- Business plans, budgeting, and financial projections
- Assistance in the acquisition and installation of computer systems
- Financial reorganization
- Tax, financial, and retirement planning
- Representation before tax authorities
- Evaluation of financial and accounting documents of borrowers for banks

**Bankruptcy and Litigation Support Consulting Experience**

Experience in bankruptcy and litigation support consulting and/or expert testimony

includes the following issues:

- Examiner for U.S. Bankruptcy Court to report on adherence of debtor to court order
- Use of loan proceeds--real estate project
- Arbitration of fixed asset dispute
- Analysis of construction documents
- Evaluation of profitability plan of debtor in bankruptcy
- Damage calculation
- Division of assets in marital dissolution
- Assistance to debtors and creditors with bankruptcy process

### Training and Teaching Experience

Guest lecturer for the University of New Orleans, Louisiana State Society of CPAs and numerous business associations. Topics include:

- Planning for Profits
- Getting Behind the Numbers
- Cash Flow Analysis
- Tax Planning, both corporate and individual
- Valuation of a Closely-Held Corporation
- Pricing Strategies
- Cost Reduction

### Professional Affiliations

- American Institute of Certified Public Accountants
- Society of Louisiana Certified Public Accountants

### Litigation Experience As Consultant Or Expert Witness -- (All cases where a report and/or expert testimony was completed)

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Plaintiff | Quality Amusements | Joe Friend Breazeale, Sachee & Wilson | 2008 | Consultation and Report |
| Plaintiff | Marketfare St Claude vs. Schwegmann | Phil Franco | 2008 | Report and deposition |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Houston National Insurance Co. | Eric Burt Degan, Blanchard & Nash | 2008 | Consultation |
| Plaintiff | State Farm Insurance | Burt Carnahan | 2008 | Consultation, Report & deposition |
| Plaintiff | Big River Enterprises, Inc | Steven Griffith | 2008 | Report |
| Plaintiff | Premier Industries | George Pivach | 2007 | Report and Consultation |
| Plaintiff | Robert Grocers et al | Phil Franco | 2007-2008 | Testimony, report and deposition |
| Debtor | Fordoche vs. TEPI | Joe Ward | 2007 | Report and deposition |
| Plaintiff | Pelts and Skins (alligator farm) | Doug Draper | 2007 | Report and testimony |
| Defendant | The Wood Group | Ben Banta | 2007 | Report and analysis |
| Plaintiff | Preston Law Firs vs. Cowan Law Firm | Kyle Schonekas | 2007 | Arbitration testimony and deposition |
| Plaintiff | Sigur vs Emerson Process Mgmt | Couhig Patners | 2006 | Report and deposition |
| Defendant | BCM, LLC, et al v. Copeland of New Orleans | Roy Cheatwood | 2006 | Testimony in State Court in Lafayette, LA |
| Defendant | Arr-Maz Products vs. Sonitrol (ADT) Damages calculation after building destroyed by fire | Michael Lehman Couhig Partners | 2005-2006 | Report only |
| Plaintiff | Jitney Jungle Bankruptcy Valuation of Company as of preference period | Doug Draper | 2005 | Report only |
| Defendant | Cross Marine v. Soloman Smith Barney Securities case – Return on Investment | Bruce Schewe | 2004-2005 | Report only |
| Plaintiff | Bruno, et al v. Hattier, Sanford and Reynoir, LLP Securities case – Return on Investment | Bruce Schewe | 2005 | Report only |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Decorte, et al v. Eddie Jordan, et al | Clem Donelon/ Lisa Brener | 2004-2005 | Report, Deposition & Federal court testimony |
| Defendant | John B. Steigner v. Elaine D. Scott, et al | Maurice Mathieu/ Burt Carnahan | 2004 | Report for Mediation |
| Plaintiff | City of New Orleans v. Municipal Administrative Services, Inc. | Randy Smith | 2004 | Deposition & Federal court testimony |
| Plaintiff | JRL Enterprises, Inc. v. Procorp Associates, Inc. et al | Joseph Ward | 2003/ 2005 | Report, Depositions, and Federal Court Testimony |
| Defendant | Evans Industries, Inc. v. J.D. Edwards World Solutions Company et al | Stone Pigman | 2003-2004 | Report and testifying at arbitration |
| Plaintiff | William B. Allen Supply Co., Inc. v. Betty K. Martin et al Bank being sued for not detecting embezzlement at company | Phelps Dunbar | 2003 | Deposition |
| Defendant | Aucoin v. Trudeau Shareholder dispute | John Robinson | 2001 - 2002 | Deposition |
| Plaintiff | Positive Black Talk, Inc. v. Cash Money Records, Inc. et al Copyright infringement | Phelps Dunbar | 2003 | Deposition |
| Plaintiff | David J. L'Hoste v. Andrew J. Lea & William B. Gibbens III, Break Up of Law Firm | Warren Horn | 2001 - 2004 | Deposition & arbitration testimony |
| Defendant | Propulsid MDL 1355 - Ongoing - U.S. District Court Class Action Lawsuit Accounting for Attorneys' time and cost | Lenny Davis- HHKC | 2000-Present | Accounting and tax advisory |
| Defendant | Star Enterprise v. Entergy - Damages Calculations on Refinery Incident | Phelps Dunbar | 1999 - 2002 | Deposition |
| Defendant | Gaylord Chemical Co. v. Ingersoll-Rand St. Tammany Parish Court; Damage Calculation on Pump | Phelps Dunbar | 1999 - 2001 | Deposition |
| Plaintiff | Insurance defense | Degan Blanchard & Nash | 2002 | Report only - tax issue |
| Defendant | William C. Bethea v. W&T Offshore, Inc. et al Analysis of tax consequences and management violations | Phelps Dunbar | 2002 | Deposition |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Creditor | Menard food distributors Defend against damages for taking customers of Plaintiff | Kyle Schonekas | 2002 | Deposition |
| Creditor | First National Bank of St. Bernard v. Lonnie L. Asevedo, et al U.S. District Court | Bob Mathis | 2002 | Deposition and State Court testimony |
| Defendant | ITTCO v. Gulf Coast Bank Cash Flow Analysis | Bob Mathis | 2002 | Deposition & Federal Court testimony |
| Plaintiff | Hingle, et al v. Exxon Frilot, Partridge, Kohnke, & Clements, LC | Robert McNeal | 2001 | Income schedules of multiple plaintiffs |
| Plaintiff | Blue Mill Farms v. Boohaker and Austin | Phelps Dunbar | 2001 | Report only |
| Defendant | John R. Pilgreen v. Donald & Co. Securities, Inc. Arbitration | Phelps Dunbar | 2001 | Deposition & arbitration testimony |
| Defendant | Southeast Distribution Discovery Engineering, Inc d/b/a National Coatings Company v. Garco Shellac and Polyurethane Corp. U.S. District Court | Phelps Dunbar | 2001 | Deposition |
| Defendant | Kennedy v. Security National Settled Jefferson Parish, Interest Calculation and Pay Off of Loan | Bob Mathis | 2001 | Deposition & court testimony |
| Defendant | Aguilar v. Minnesota Mutual | Warren Horn | 2001 | Deposition |
| Defendant | Minnesota Mutual v. Robert Gavin Baton Rouge Court | Warren Horn | 2001 | Deposition & court testimony |
| Plaintiff | Minnesota Mutual Disability defense | California | 2001 | Report only |
| Plaintiff | Grace Bishop v. CNG Producing Company | Stone Pigman | 2000 | Deposition |
| Plaintiff | Reynold J. Jennins v. Ramsay Health Care, Inc. U.S. District Court Illegal Termination of Contract | Lenny Davis | 2000 | Report only |
| Plaintiff | LeMoyne Riverside: Re M/V Brighton -- Civil District Court; Riverwalk Destruction by ship | Herman Herman Katz & Cotlar | 2000 | Deposition |
| Plaintiff | Virginia Miller v. Bob Cournoyer Terrebonne Parish Court | Herman Herman Katz & Cotlar | 2000 | Deposition & court testimony |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Multi-Transportation Corporation v. Gulf States Toyota Civil District Court | Robert Kutcher | 2000 | Deposition |
| Defendant | Generation Hall Civil District Court | Herman Herman Katz & Cotlar | 2000 | Consultation |
| Defendant | Eagle Electronics v. Delta Bank Civil District Court | Stone Pigman | 2000 | Deposition & court testimony |
| Debtor | Charles & Gwendlyn Shaw vs. IRS U.S. Tax Court | Al Ajubita | 2000 | Report only |
| Plaintiff | Medical Heritage, Inc. Bankruptcy Federal Court | Martinez | 1999 | Deposition |
| Defendant | T.V. Management, Inc. Civil District Court | Heller Draper | 1999 | Deposition & court testimony |
| Debtor | Hvide Marine- U.S. Offshore v. Seabulk Offshore, LTD | Florida Law Firm | 1999 | Report only |
| Plaintiff | Wichita River Oil Corporation Federal Court | Doug Draper | 1999 | Report only |
| Plaintiff | Cardio Devices, Inc. et al v. Sulzer Intermedics, Inc. | Marc Winsberg | 1999 | Report only |
| Defendant | Louisiana Stadium and Exposition District Arbitration | Herman Herman Katz & Cotlar | | Report only |
| Defendant | Exxon v. Tri-State Asphalt Baton Rouge Court | Exxon | | Deposition & court testimony |
| Defendant | Delta Petroleum Civil District Court | Herman Herman Katz & Cotlar | | Report only |
| Defendant | Worldwide Gaming of Louisiana in Bankruptcy Federal Court Louisiana Route Operators in Bankruptcy | Stone Pigman | | Deposition & court testimony |
| Creditor/Court | Interurban of Cincinnati v. Barclay Bank Federal Court | Heller Draper | | Deposition & court testimony |
| Defendant | Pelican Homestead v. Mamahat et al Federal Court, Court Appointed Examiner | Creditor/Ct | | Deposition & court testimony |
| | Thompson v. Allied Bank-Bank Litigation | Liskow | | Deposition & court testimony |