UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

## THE PLAINTIFFS' LIAISON COUNSEL'S MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

## EXHIBIT 2 ATTACHED TO AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

# FILED UNDER SEAL
# (CONTAINS 1 DVD)

