UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, Plaintiffs' Liaison Counsel will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at a time and date designated by the Court, for an order on the Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Date:  January 20, 2009          By:  /s/ Leonard A. Davis
                                 **Russ M. Herman (Bar No. 6819)**
                                 Leonard A. Davis (Bar No. 14190)
                                 Stephen J. Herman (Bar No. 23129)
                                 ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana  70113
                                 Telephone: (504) 581-4892
                                 Facsimile: (504) 561-6024

                                 **PLAINTIFFS' LIAISON COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of January, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com