**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MONTHLY STATUS CONFERENCE**
**JANUARY 22, 2009**
**SUGGESTED AGENDA**

I.      Settlement Agreement

II.     Registration  and Enrollment of Claims in the Settlement Program

III.    Lien Administrator

IV.     Special Master and Deputy Special Masters

V.      State Court Trial Settings

VI.     Class Actions

VII.    Discovery Directed to Third Parties

VIII.   State/Federal Coordination -- State Liaison Committee

IX.     *Pro Se* Claimants

X.      Merck's Motion for Summary Judgment

XI.     Issues Relating to Pre-Trial Order No. 9

XII.    Vioxx Suit Statistics

XIII.   PSC MDL Trial Package

XIV.    Third Party Payor Cases

XV.     Motion to Dismiss Foreign Individual Cases

XVI.    Third Party Payors' Motion

XVII.   1199SEIU Greater New York Benefit Fund

XVIII.  Merck's Nonresponsive Plaintiffs' Cross-Motion and Rule

XIX.    Merck's Motion and Rule on PTO 28 Non-Compliance

XX.     Decision Quest, Inc.

XXI.    Fee Allocation Committee

XXII.   Motion for Reconsideration/Revision of Order Capping Contingent Fees

XXIII.  Merck's Motions and Rules on PTO 29 Non-Compliance

XXIV.   Next Status Conference