UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the above and foregoing Motion for Leave to File Exhibit Under Seal filed on behalf of the Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the Plaintiffs' Liaison Counsel is granted leave of court to file Exhibit 2 to the Affidavit of Phillip A. Garrett, C.P.A., under seal and that such exhibit remain confidential subject to further orders of this Court.

New Orleans, Louisiana, this 16th day of January, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE